# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eighty-Eighth Omnibus Objection**

## Four Hundred Eighty-Eighth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BERNICE BEAUCHAMP-VELÁZQUEZ, PERSONALLY AND ON BEHALF OF HER MINOR DAUGHTER, AMB FRANCISCO J. VIZCARRONDO PO BOX 195642 SAN JUAN, PR 00919 | 07/25/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38 | $3,518.75 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | COLON BERMUDEZ, CARLOS A PO BOX 1072 BARRANQUITAS, PR 00794 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5396 | $1,160.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COMULADA ORTIZ, FERNANDO A. CHARLES A. CUPRILL PSC LAW OFFICES 356 FORALEZA ST. 2ND FLOOR SAN JUAN, PR 00901 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20873 | $38,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CYCLE SPORTS CENTER, INC. 1917 AVE PONCE DE LEON SAN JUAN, PR 00915 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38061 | $45,287.86 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Eighth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | DEYA ELEVATOR SERVICE INC<br>P.O. BOX 362411<br>SAN JUAN, PR 00936-2411 | 05/19/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174018 | $308,095.88 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority (PBA), but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority (PBA), such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority (PBA) or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | DIESEL ENGINE TECHICIAN INC<br>PMB 632 HC-01 BOX 29030<br>CAGUAS, PR 00725 | 04/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7545 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | FIGUEROA, ELIZABETH ALMODOVAR<br>URB NUEVO MAMEYES<br>H2 CALLE PEDRO ROMAN SABATER<br>PONCE, PR 00730 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 103937 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | FUNERARIA, OLIVER J<br>2863 LAS AMERICAS<br>PONCE, PR 00717 | 03/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5660 | $2,195.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Eighth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | GARCIAFIGUEROA CO PS<br>PO BOX 9300002<br>SAN JUAN, PR 00925 | 03/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5090 | $18,755.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GONZALEZ TORRES, MARIELA<br>CONDADO MODERNO<br>CALLE 5 G4<br>CAGUAS, PR 00725 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16903-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | PESANTE MARTINEZ, CARMEN A<br>MANSIONES REALES<br>A22 CALLE PRINCIPE DE ASTURIAS<br>GUAYNABO, PR 00969-5261 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165253 | $7,272.50 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | POTREROS LOS LLANOS, INC.<br>P.O. BOX 1914<br>COAMO, PR 00769 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17818 | $11,013.06 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

\*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Eighth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | REYES LOPATEGUI, LILLIAM JANETTE<br>ESTANCIAS DEL CARMEN<br>CALLE TENDAL 2055<br>PONCE, PR 00716 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123489 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | ROCKET LEARNING, LLC<br>ATTN: HAYS LINDSLEY<br>3000 TURTLE CREEK BLVD.<br>DALLAS, TX 75219 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115471 | $618,529.39* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | SOGOFIF MARCHE DU FILMS SAS<br>3 RUE AMELIE<br>PARIS, 75007<br>FRANCE | 03/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2808 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eighty-Eighth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | TORRES, MARIELA GONZALEZ<br>CONDADO MODERNO<br>CALLE 5 G4<br>CAGUAS, PR 00725 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 20141-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | TRENCHE OLIVERO, MARIA A<br>B4 CALLE ELADIA SIERRA<br>JARD. DE CANOVANAS<br>CANOVANAS, PR 00729 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4308 | $500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | TURNOS MEDIA, LLC<br>PMB 233, 35 CALLE JUAN BORBÓN<br>GUAYNABO, PR 00969 | 05/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9024 | $2,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Eighth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | VEGA PAMBLANCA, BILMA I.<br>533 YUCATAN URB. SAN ANTONIA<br>PONCE, PR 00728 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 136010-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | VELEZ MARTINEZ, ELIZABETH<br>URB RIO CANAS<br>3131 CALLE TAMESIS<br>PONCE, PR 00728 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96192-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | TOTAL | $1,056,327.44* |

*Indicates claim contains unliquidated and/or undetermined amounts