# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eighty-Ninth Omnibus Objection**

Four Hundred Eighty-Ninth Omnibus Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CASTILLO MATOS, PEDRO J.<br>C/O: IVETTE LOPEZ SANTIAGO<br>COND. DARLINGTON - OFIC 1103<br>SAN JUAN, PR 00925-2725 | 31903 | Puerto Rico Highways and Transportation Authority | Secured | $599,900.00* | Commonwealth of Puerto Rico | Secured | $599,900.00* |
| | Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the Debtors' books and records and/or the proof of claim itself or the supporting documentation show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | | | |
| 2 | MATOS, ELIZABETH<br>C/O IVETTE LOPEZ SANTIAGO<br>COND. DARLINGTON - OFIC 1103<br>AVE. MUNOZ RIVERA #1007<br>SAN JUAN, PR 00925-2725 | 25471 | Puerto Rico Highways and Transportation Authority | Secured | $400,100.00* | Commonwealth of Puerto Rico | Secured | $400,100.00* |
| | Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the Debtors' books and records and/or the proof of claim itself or the supporting documentation show that any liability would reside, if at all, under Commonwealth of Puerto Rico. | | | | | | | |
| | | | TOTAL | | $1,000,000.00* | TOTAL | | $1,000,000.00* |

*Indicates claim contains unliquidated and/or undetermined amounts

1