# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima octogésima novena objeción global**

Cuadrigentésima Octogésima Novena Objeción Global

Anexo A – Reclamos reclasificados

| | | | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CASTILLO MATOS, PEDRO J.<br>C/O: IVETTE LOPEZ SANTIAGO<br>COND. DARLINGTON - OFIC 1103<br>SAN JUAN, PR 00925-2725 | 31903 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $599,900.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $599,900.00* |
| | Base para: El demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico, cuando los libros y registros, y/o la misma Evidencia de Reclamo, o la documentación de respaldo, de los Deudores indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| 2 | MATOS, ELIZABETH<br>C/O IVETTE LOPEZ SANTIAGO<br>COND. DARLINGTON - OFIC 1103<br>AVE. MUNOZ RIVERA #1007<br>SAN JUAN, PR 00925-2725 | 25471 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $400,100.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $400,100.00* |
| | Base para: El demandante identifica como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico, cuando los libros y registros, y/o la misma Evidencia de Reclamo, o la documentación de respaldo, de los Deudores indican que cualquier obligación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $1,000,000.00* | TOTAL | | $1,000,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados