# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Ninetieth Omnibus Objection**

## Four Hundred Ninetieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BELTRAN RODRIGUEZ, MILAGROS<br>HC 71 BOX 2704<br>NARANJITO, PR 00719 | 03/30/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5673-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CAER FERMAINT, ROSA MARIA<br>P.O. BOX 143256<br>ARECIBO, PR 00614 | 07/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107380-2 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CASTILLO LOPEZ, SYLVIA<br>1213 CALLE BAMBLE LOS CAOBOS<br>PONCE, PR 00716 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104956-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FARGAS LLANOS, NANCY<br>PO BOX 1077<br>SAINT JUST, PR 00978 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65397-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Ninetieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | GARCIA BELTRAN, LUIS A<br>BARRIO LOMAS GARCIA<br>HC 71 BOX 2704<br>CARR 165 KM 2.2<br>NARANJITO, PR 00719 | 03/19/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3446-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | GARCIA SANTIAGO, ANGEL<br>BO LOMAS CENTRO<br>HC 71 BOX 2704<br>NARANJITO, PR 00719 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3265-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | GARCIA SANTIAGO, ANGEL L<br>HC 71 BOX 2704<br>BO. LOMAS GARCIA<br>NARANJITO, PR 00719 | 03/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5679-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Ninetieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | GARCIA SANTIAGO, ANGEL L<br>HC 71 BOX 2704<br>BO. LOMAS GARCIA<br>NARANJITO, PR 00719 | 04/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6047-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MELENDEZ RIVERA, CARMEN D.<br>VANESSA HERNANDEZ RODRIGUEZ, ESQ<br>4140 AURORA STREET SUITE 1<br>PONCE, PR 00717-1203 | 06/03/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179297-2 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | TORRES ROMAN, LOUIS I<br>HC-03 BOX 17775<br>LAJAS, PR 00667 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79920-2 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | TOTAL | Undetermined* |

\*Indicates claim contains unliquidated and/or undetermined amounts