# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Ninety-Second Omnibus Objection**

Four Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 06/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49945 | $764.35 |

Reason: Per the books and records of the Commonwealth, the asserted liabilities are associated with amounts that were outside of the approved contract, where no contract was in place or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AUTORIDAD DE CARRETERAS ELA<br>LCDO NELSON RAMOS<br>JOSE HERNANDEZ ORTIZ<br>PO. BOX 8455<br>PONCE, PR 00732-8455 | 05/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 41223 | $13,294.18* |

Reason: Proof of claim purports to asserts liability on the basis of case number KEF-2004-0762. The records of the Puerto Rico Highways and Transportation Authority show that any funds owed pursuant to that case were deposited with the relevant court and, due to the claimant's delay in accessing the funds, eventually escheated. The funds remain available for the claimant's recovery.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BIG SAVE PHARMACY<br>SIERRA BAYAMON<br>BLOQUE 51-30 CALLE 49<br>BAYAMON, PR 00961 | 05/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15286 | $19,862.26 |

Reason: Per the books and records of the Commonwealth, the asserted liabilities are associated with amounts that were outside of the approved contract, where no contract was in place or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE AHORRO Y CREDITO DE AGUADA<br>HARRY ANDUZE-MONTANO, ESQ.<br>1454 AVE. FERNANDEZ JUNCOS<br>SAN JUAN, PR 00909 | 06/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 38797 | $17,000,000.00* |

Reason: Proof of Claim asserts liability on the basis of case number FPE-2011-0844. The records of the Puerto Rico Highways and Transportation Authority show such case has been dismissed without prejudice.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Ninety-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | DOWNTOWN DEVELOPMENT CORP<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27270 | $38,385.19 |

Reason: Per the books and records of the Commonwealth, the asserted liabilities are associated with amounts that were outside of the approved contract, where no contract was in place or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | GARCIA, MARIA M.<br>PO BOX 1584<br>ARECIBO, PR 00613 | 06/07/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 58950 | $98,673.90* |

Reason: Proof of claim purports to asserts liability on the basis of case number KEF-1995-0478. The records of the Puerto Rico Highways and Transportation Authority show that any funds owed pursuant to that case were deposited with the relevant court and, due to the claimant's delay in accessing the funds, eventually escheated. The funds remain available for the claimant's recovery.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | MALDONADO OLVERAS, ZORAIDA<br>PEDRO ORTIZ ALVAREZ LLC<br>PO BOX 9009<br>PONCE, PR 00732 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24961 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of litigation against the Commonwealth. The books and records of the Commonwealth show such case has been dismissed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | MASSANET NOVALES, WANDA I.<br>URB. PARK GARDENSVS CALLE INDEPENDENCE<br>G-11<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36274 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of litigation against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"). The books and records of ERS show such case has been dismissed.

*Indicates claim contains unliquidated and/or undetermined amounts

# Four Hundred Ninety-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | ORTIZ OTERO, ILIA S.<br>URB. CARIOCA<br>29 SUR CALLE 3<br>GUAYAMA, PR 00784 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146640 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of an arbitration proceeding against the Commonwealth regarding accrued but unpaid wages, but the case records show that the arbitral tribunal dismissed the case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RODRIGUEZ TORRES, BRENDA L<br>URB MEDINA<br>A11 CALLE 2<br>ISABELA, PR 00662 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72751 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number AQ-15-0354, but the claimant does not appear as a named plaintiff in that litigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | SAN MARCOS TREATMENT CENTER<br>120 BERT BROWN ROAD<br>SAN MARCOS, TX 78666 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31343 | $143,904.00 |

Reason: Per the books and records of the Commonwealth, the asserted liabilities are associated with amounts that were outside of the approved contract, where no contract was in place or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SANTANA NEVAREZ, NYDIA M<br>PO BOX 682<br>COROZAL, PR 00783 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84963 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of litigation against the Commonwealth. The books and records of the Commonwealth show such case has been dismissed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | SPECTRA SYSTEMS<br>40 WESTMINSTER ST.<br>2ND FLOOR<br>PROVIDENCE, RI 02903 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32981 | $63,201.67 |

Reason: Per the books and records of the Commonwealth, the asserted liabilities are associated with amounts that were outside of the approved contract, where no contract was in place or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Ninety-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | TORRES VARGAS, CARLOS<br>PEDRO ORTIZ ALVAREZ LLC<br>P.O BOX 9009<br>PONCE, PR 00732 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31400 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of litigation against the Commonwealth. The books and records of the Commonwealth show such case has been dismissed. | | | | | |
| 15 | VELEZ LEBRON, ROSA<br>HC 05 BOX 54728<br>HATILLO, PR 00659-9605 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26674 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of litigation against the Commonwealth. The books and records of the Commonwealth show such case has been dismissed. | | | | | |
| | | | | | TOTAL | $17,378,085.55* |

\* Indicates claim contains unliquidated and/or undetermined amounts

4