# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima nonagésima segunda objeción global**

## Cuadrigentésima Nonagésima Segunda Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 06/08/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49945 | $764.35 |

Base para: Según obra en los libros y registros del Estado Libre Asociado, las obligaciones invocadas se relacionan con montos ajenos al contrato aprobado, o respecto de los cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AUTORIDAD DE CARRETERAS ELA<br>LCDO NELSON RAMOS<br>JOSE HERNANDEZ ORTIZ<br>PO. BOX 8455<br>PONCE, PR 00732-8455 | 05/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 41223 | $13,294.18* |

Base para: La Evidencia de Reclamo invoca una obligación con base en el caso número KEF-2004-0762. Según los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, cualquiera de los fondos que se adeudan en virtud de ese caso se depositaron en el tribunal correspondiente y, debido al atraso del demandante en acceder a ellos, se revirtieron finalmente al Estado. Los fondos permanecen disponibles para que el demandante los recupere.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BIG SAVE PHARMACY<br>SIERRA BAYAMON<br>BLOQUE 51-30 CALLE 49<br>BAYAMON, PR 00961 | 05/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15286 | $19,862.26 |

Base para: Según obra en los libros y registros del Estado Libre Asociado, las obligaciones invocadas se relacionan con montos ajenos al contrato aprobado, o respecto de los cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE AHORRO Y CREDITO DE AGUADA<br>HARRY ANDUZE-MONTANO, ESQ.<br>1454 AVE. FERNANDEZ JUNCOS<br>SAN JUAN, PR 00909 | 06/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 38797 | $17,000,000.00* |

Base para: La Evidencia de Reclamo invoca una obligación con base en el caso número PFE-2011-0844. Según obra en los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, este caso fue desestimado con sobreseimiento provisional.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Nonagésima Segunda Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | DOWNTOWN DEVELOPMENT CORP<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27270 | $38,385.19 |
| | Base para: Según obra en los libros y registros del Estado Libre Asociado, las obligaciones invocadas se relacionan con montos ajenos al contrato aprobado, o respecto de los cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca. | | | | | |
| 6 | GARCIA, MARIA M.<br>PO BOX 1584<br>ARECIBO, PR 00613 | 06/07/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 58950 | $98,673.90* |
| | Base para: La Evidencia de Reclamo invoca una obligación con base en el caso número KEF-1995-0478. Según los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, cualquiera de los fondos que se adeudan en dicho caso se depositaron en el tribunal correspondiente y, debido al atraso del demandante en acceder a ellos, se revirtieron finalmente al Estado. Los fondos permanecen disponibles para que el demandante los recupere. | | | | | |
| 7 | MALDONADO OLVERAS, ZORAIDA<br>PEDRO ORTIZ ALVAREZ LLC<br>PO BOX 9009<br>PONCE, PR 00732 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24961 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio contra el Estado Libre Asociado. Según obra en los libros y registros del Estado Libre Asociado, el caso se desestimó. | | | | | |
| 8 | MASSANET NOVALES, WANDA I.<br>URB. PARK GARDENSVS CALLE INDEPENDENCE G-11<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36274 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el litigio que se sustancia contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER). Según los libros y registros del SER, dicho caso se desestimó. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Nonagésima Segunda Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | ORTIZ OTERO, ILIA S.<br>URB. CARIOCA<br>29 SUR CALLE 3<br>GUAYAMA, PR 00784 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 146640 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en un proceso de arbitraje que se sustancia en contra del Estado Libre Asociado, vinculado a salarios acumulados pero impagos; no obstante, el expediente del caso muestra que el tribunal arbitral desestimó el caso.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RODRIGUEZ TORRES, BRENDA L<br>URB MEDINA<br>A11 CALLE 2<br>ISABELA, PR 00662 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72751 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso número AQ-15-0354, pero el demandante no aparece mencionado como tal en dicho caso.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | SAN MARCOS TREATMENT CENTER<br>120 BERT BROWN ROAD<br>SAN MARCOS, TX 78666 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31343 | $143,904.00 |

Base para: Según obra en los libros y registros del Estado Libre Asociado, las obligaciones invocadas se relacionan con montos ajenos al contrato aprobado, o respecto de los cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SANTANA NEVAREZ, NYDIA M<br>PO BOX 682<br>COROZAL, PR 00783 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84963 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio contra el Estado Libre Asociado. Según obra en los libros y registros del Estado Libre Asociado, el caso se desestimó.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | SPECTRA SYSTEMS<br>40 WESTMINSTER ST.<br>2ND FLOOR<br>PROVIDENCE, RI 02903 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32981 | $63,201.67 |

Base para: Según obra en los libros y registros del Estado Libre Asociado, las obligaciones invocadas se relacionan con montos ajenos al contrato aprobado, o respecto de los cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Nonagésima Segunda Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | TORRES VARGAS, CARLOS<br>PEDRO ORTIZ ALVAREZ LLC<br>P.O BOX 9009<br>PONCE, PR 00732 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31400 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio contra el Estado Libre Asociado. Según obra en los libros y registros del Estado Libre Asociado, el caso se desestimó. | | | | | |
| 15 | VELEZ LEBRON, ROSA<br>HC 05 BOX 54728<br>HATILLO, PR 00659-9605 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26674 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio contra el Estado Libre Asociado. Según obra en los libros y registros del Estado Libre Asociado, el caso se desestimó. | | | | | |
| | | | | | TOTAL | $17,378,085.55* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados