## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Ninety-Third Omnibus Objection**

## Four Hundred Ninety-Third Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CONDE MERCADO, NANETTE MENENDEZ<br>GASPAR MARTINEZ MANGUAL, ESQ.<br>P.O. BOX 194422<br>SAN JUAN, PR 00919-4422 | 05/18/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 19519 | $2,000,000.00* |
| | Reason: Pursuant to the judgment dated February 25th, 2020 the Puerto Rico Highways and Transportation Authority (HTA) owed the creditor an additional $36,134.00 plus $7,495.83 in interest for just compensation of the property subject to this claim. HTA deposited the money to the court on March 3, 2020 and the creditor subsequently withdrew the money on July 21, 2020. | | | | | |
| 2 | FINCA LA MATILDE, INC.<br>EILEEN M. COFFEY<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/07/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 12222 | $9,812.34* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2004-0206. Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. All deposited funds have been withdrawn from the account. | | | | | |
| 3 | FIORINA MARIA VILELLA GARCIA, ET ALS SEE EXHIBIT 1<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 09/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 167504 | $10,108,544.94* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2004-1202. Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. All deposited funds have been withdrawn from the account. | | | | | |
| 4 | JOSE ALBERTO TORRADO PEREZ AND BLANCA EMERITA DELGADO RODRIGUEZ<br>JOSÉ ALBERTO TORRADO PÉREZ<br>PO BOX 1323<br>HATILLO, PR 00659-1323 | 05/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24637 | $24,000.00 |
| | Reason: Invoices totaling $24,000.00 were paid via checks 00076371, 00093329, 00093330, 00093331, 00093332, 00093333, and 00093334 on 4/3/2018 and 8/28/2018. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Four Hundred Ninety-Third Omnibus Objection
## Exhibit A - Satisfied Claims

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | ONE BY ONE, INC<br>PO BOX 441<br>FAJARDO, PR 00738-0441 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36157 | $19,252.25 |

Reason: Invoices totaling $19,252.25 were paid via checks 93439, 93443, and 93444 on 08/28/2018.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | PRODUCTORA ANGELES DEL FIN INC<br>HC 20 BOX 26393<br>SAN LORENZO, PR 00754 | 05/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10557 | $15,950.00 |

Reason: Invoices totaling $15,950.00 were paid via EFTs 00080284, 00080285, and 00080286 on 05/23/2018.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21173 | $7,800.00 |

Reason: Invoices totaling $7,800.00 were paid via checks 2380, 2610 and 2634 dated 05/18/2018, 09/05/2018, and 09/14/2018.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | VELEZ PINEIRO, MYRNA IRIS<br>PO BOX 2517<br>ISABELA, PR 00662 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27750 | $15,120.00 |

Reason: Invoices totaling $15,120.00 were paid via checks 63247, 81664, 81663, 98463, 104992, 119645, 140316, 40381, 40380, and 40379 on 08/29/2016, 10/19/2016, 11/29/2016, 12/16/2016, 02/07/2017, 04/26/2017, and 06/22/2017.

| | | | | | TOTAL | $12,200,479.53* |
|---|---|---|---|---|---|---|

\*Indicates claim contains unliquidated and/or undetermined amounts