# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima nonagésima tercera objeción global**

Cuadringentésima Nonagésima Tercera Objeción Global

Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CONDE MERCADO, NANETTE MENENDEZ<br>GASPAR MARTINEZ MANGUAL, ESQ.<br>P.O. BOX 194422<br>SAN JUAN, PR 00919-4422 | 05/18/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 19519 | $2,000,000.00* |
| | Base para: De acuerdo con el fallo del 25 de febrero de 2020, la Autoridad de Carreteras y Transportación de Puerto Rico (ACT) le adeudaba al acreedor otros $36,134.00, más $7,495.83 en intereses, en concepto de compensación justa por los bienes objeto de este reclamo. El 3 de marzo de 2020, la ACT depositó el dinero en el tribunal, que posteriormente el acreedor retiró, el 21 de julio de 2020. | | | | | |
| 2 | FINCA LA MATILDE, INC.<br>EILEEN M. COFFEY<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/07/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 12222 | $9,812.34* |
| | Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2004-0206. En el marco de dicho caso, se dictó un fallo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la resolución. Se han retirado todos los fondos depositados en la cuenta. | | | | | |
| 3 | FIORINA MARIA VILELLA GARCIA, ET ALS SEE EXHIBIT 1<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 09/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 167504 | $10,108,544.94* |
| | Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2004-1202. En el marco de dicho caso, se dictó un fallo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la resolución. Se han retirado todos los fondos depositados en la cuenta. | | | | | |
| 4 | JOSE ALBERTO TORRADO PEREZ AND BLANCA EMERITA DELGADO RODRIGUEZ<br>JOSÉ ALBERTO TORRADO PÉREZ<br>PO BOX 1323<br>HATILLO, PR 00659-1323 | 05/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24637 | $24,000.00 |
| | Base para: El 3/4/2018 y el 28/8/2018 se pagaron facturas por un total de $24,000.00 mediante cheques identificados con los números 00076371, 00093329, 00093330, 00093331, 00093332, 00093333 y 00093334. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Tercera Objeción Global

Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | ONE BY ONE, INC<br>PO BOX 441<br>FAJARDO, PR 00738-0441 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36157 | $19,252.25 |
| | Base para: El 28/08/2018 se pagaron facturas por un total de $19,252.25 mediante cheques identificados con los números 93439, 93443, y 93444. | | | | | |
| 6 | PRODUCTORA ANGELES DEL FIN INC<br>HC 20 BOX 26393<br>SAN LORENZO, PR 00754 | 05/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10557 | $15,950.00 |
| | Base para: El 23/05/2018 se pagaron facturas por un total de $15,950.00 mediante transferencias electrónicas identificadas con los número 00080284, 00080285 y 00080286. | | | | | |
| 7 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21173 | $7,800.00 |
| | Base para: El 18/05/2018, el 05/09/2018 y el 14/09/2018 se pagaron facturas por un total de $7,800.00 mediante cheques identificados con los números 2380, 2610 y 2634. | | | | | |
| 8 | VELEZ PINEIRO, MYRNA IRIS<br>PO BOX 2517<br>ISABELA, PR 00662 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27750 | $15,120.00 |
| | Base para: El 29/08/2016, el 19/10/2016, el 29/11/2016, el 16/12/2016, el 07/02/2017, el 26/04/2017 y el 22/06/2017 se pagaron facturas por un total de $15,120.00 mediante cheques identificados con los números 63247, 81664, 81663, 98463, 104992, 119645, 140316, 40381, 40380 y 40379. | | | | | |
| | | | | | TOTAL | $12.200.479.53* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados