# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Ninety-Fourth Omnibus Objection**

Four Hundred Ninety-Fourth Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY PO BOX 3474 MANATÍ, PR 00674 | 49967 | Commonwealth of Puerto Rico | 503(b)(9) | $173.84 | Commonwealth of Puerto Rico | Unsecured | $173.84 |
| | Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. | | | | | | | |
| 2 | TECHNICAL POWER SERVICES P.O.BOX 3826 GUAYNABO, PR 00970 | 32814 | Commonwealth of Puerto Rico | 503(b)(9) | $5,400.00 | Commonwealth of Puerto Rico | Unsecured | $5,400.00 |
| | Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. | | | | | | | |
| | | | TOTAL | | $5,573.84 | TOTAL | | $5,573.84 |

1