## **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima nonagésima cuarta objeción global**

## Cuadringentésima Nonagésima Cuarta Objeción Global
### Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | RECLAMOS MODIFICADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 49967 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $173.84 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $173.84 |
| | Base para: Los bienes listados en el reclamo fueron recibidos fuera del plazo de recepción establecido de 20 días conforme al título 11 del Código de los Estados Unidos, sección 503(b)(9) y, por lo tanto, no le dan derecho a una prioridad administrativa. | | | | | | | |
| 2 | TECHNICAL POWER SERVICES<br>P.O.BOX 3826<br>GUAYNABO, PR 00970 | 32814 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $5,400.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,400.00 |
| | Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho a una prioridad administrativa. | | | | | | | |
| | | | TOTAL | | $5,573.84 | TOTAL | | $5,573.84 |