# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Ninety-Fifth Omnibus Objection**

Four Hundred Ninety-Fifth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CONSTRUCTORA CAYEY INC<br>PO BOX 6400 SUITE 353<br>CAYEY, PR 00737 | 7133 | Commonwealth of Puerto Rico | 503(b)(9) | $104,962.56 | Commonwealth of Puerto Rico | Unsecured | $86,871.54 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $18,091.02 fails to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. For the remaining amount, claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold or outside of the prescribed 20-day receipt period and as such claimant is not entitled to administrative priority. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $86,871.54.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | CRUZ, JORGE MARQUEZ<br>PMB 131, CALLE SIERRA MORENA 267<br>SAN JUAN, PR 00926 | 58 | Commonwealth of Puerto Rico | Priority | $217,519.45 | Commonwealth of Puerto Rico | Unsecured | $362,532.42 |
| | | | Commonwealth of Puerto Rico | Secured | $217,519.45 | | | |
| | | | Commonwealth of Puerto Rico | Unsecured | $145,012.97 | | | |
| | | | | Subtotal | $580,051.87 | | | |

Reason: Claimant asserted priority under 11 U.S.C. § 507(a)(4), but proof of claim is for services performed outside of the 180 day period and as such claimant is not entitled to priority status. Additionally, the claimant also failed to provide prima facie evidence to support a secured claim. Claimant also asserted a total claim amount of $362,532.42 in box 8 of the Proof of Claim, however they also wrote an additional $217,519.45 in box 9 & 12 causing the claim to be placed on the register in the amount of $580,051.87. As such, the claim is overstated and should be reduced to $362,532.42. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $362,532.42.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 29562 | Commonwealth of Puerto Rico | 503(b)(9) | $75.00 | Commonwealth of Puerto Rico | Unsecured | $75.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $75.00 | | | |
| | | | | Subtotal | $150.00 | | | |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold or is outside of the prescribed 20-day receipt period and as such claimant is not entitled to administrative priority. Claimant also asserted a total claim amount of $75.00 in box 8 of the Proof of Claim, however they also wrote the same amount in boxes 10 & 13 causing the claim to be placed on the register in the amount of $150.00. As such, the claim is overstated and should be reduced to $75.00. The Claimant shall retain the non-modified portion of the claim.

Four Hundred Ninety-Fifth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 4 | TECHNICAL MAINTENANCE SERVICES PO BOX 3826 GUAYNABO, PR 00970 | 36172 | Commonwealth of Puerto Rico | 503(b)(9) | $3,707.25 | Commonwealth of Puerto Rico | Unsecured | $590.25 |
| | | | Commonwealth of Puerto Rico | Unsecured | $3,707.25 | | | |
| | | | | Subtotal | $7,414.50 | | | |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold or is outside of the prescribed 20-day receipt period and as such claimant is not entitled to administrative priority. Claimant also asserted a total claim amount of $3,707.25 in box 8 of the Proof of Claim, however they also wrote the same amount in boxes 10 & 13 causing the claim to be placed on the register in the amount of $7,414.50. As such, the claim is overstated and should be reduced to $3,707.25. Additionally, invoices totaling $3,117.00 were paid via checks 00022245, 00023495, and 00024453 on 05/15/2018, 06/14/2018, and 07/13/2018. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $590.25.