# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima nonagésima quinta objeción global**

Cuadringentésima Nonagésima Quinta Objeción Global

Anexo A: Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CONSTRUCTORA CAYEY INC<br>PO BOX 6400 SUITE 353<br>CAYEY, PR 00737 | 7133 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $104,962.56 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $86,871.54 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones por $18,091.02, asociadas al Estado Libre Asociado de Puerto Rico, pero omite proporcionar una documentación de respaldo suficiente para invocar obligaciones en contra del Estado citado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo de obligaciones válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores en virtud del Título III. En cuanto al monto restante, el demandante invocó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos o fuera del periodo de recepción prescrito de 20 días, razón por la cual el demandante no tiene derecho a ella. Por tal motivo, el reclamo se redujo y se reclasificó como un reclamo general sin garantía por un monto de $86,871.54.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | CRUZ, JORGE MARQUEZ<br>PMB 131, CALLE SIERRA MORENA 267<br>SAN JUAN, PR 00926 | 58 | El Estado Libre Asociado de Puerto Rico | De Prioridad | $217,519.45 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $362,532.42 |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $217,519.45 | | | |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $145,012.97 | | | |
| | | | | Subtotal | $580,051.87 | | | |

Base para: El Demandante invocó una prioridad en virtud del título 11 del Código de los Estados Unidos, sección 507(a)(4), pero la evidencia de reclamo corresponde a servicios prestados fuera del periodo de 180 días, razón por la cual el demandante no tiene derecho a la condición de prioridad. Además, el demandante omitió también proporcionar una presunción de prueba para apoyar un reclamo con garantía. El demandante invocó también un reclamo por un monto total de $362,532.42 en el casillero 8 de la Evidencia de Reclamo; sin embargo, también consignó otros $217,519.45 en los casilleros 9 y 12, por lo que el reclamo se incluyó en el registro por un monto de $580,051.87. Por tal motivo, el reclamo está sobreestimado y debe reducirse a $362,532.42. Así pues, el reclamo se redujo y se reclasificó como un crédito general sin garantía por un monto de $362,532.42.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 29562 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $75.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75.00 | | | |
| | | | | Subtotal | $150.00 | | | |

Base para: El Demandante invocó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos o fuera del periodo de recepción prescrito de 20 días, razón por la cual el demandante no tiene derecho a ella. El demandante invocó también un reclamo por un monto total de $75.00 en el casillero 8 de la Evidencia de Reclamo; sin embargo, también consignó el mismo monto en los casilleros 10 y 13, por lo que el reclamo se incluyó en el registro por un monto de $150.00. Por tal motivo, el reclamo está sobreestimado y debe reducirse a $75.00. El Demandante retendrá la parte no modificada del reclamo.

## Cuadringentésima Nonagésima Quinta Objeción Global

### Anexo A: Reclamos a ser parcialmente desestimados y parcialmente reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR (ALEGADOS) | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR (RECLAMOS MODIFICADOS) | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | TECHNICAL MAINTENANCE SERVICES PO BOX 3826 GUAYNABO, PR 00970 | 36172 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $3,707.25 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $590.25 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,707.25 | | | |
| | | | | Subtotal | $7,414.50 | | | |

Base para: El Demandante invocó un derecho de prelación administrativa conforme a 11 U.S.C. § 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos o se encuentra fuera del período de recepción establecido de 20 días, de modo que el demandante no tiene derecho a la prioridad administrativa. El Demandante también invocó un reclamo total por $ 3,707.25 en la casilla 8 de la Evidencia de Reclamo. Sin embargo, solo también escribieron el mismo importe en las casillas 10 y 13, lo que hace que el reclamo se incluya en el registro por un monto de $7,414.50. Es así que el reclamo está sobrestimado y debe reducirse a $ 3,707.25. Asimismo, se pagaron facturas por un total de $3, 117.00 con cheques número 00022245, 00023495 y 00024453 con fechas 05/15/2018, 06/14/2018 y 07/13/2018, respectivamente. En consecuencia, se ha reducido el reclamo y reclasificado como un reclamo general sin garantía por un total de $590.25.