# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima nonagésima séptima objeción global**

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALICEA SEPULVEDA, EDGARDO Z. LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36568 | $12,488.11* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 2 | ARROYO MELENDEZ, FELIX D HC 01 BOX 2158 MAUNABO, PR 00707 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24616 | $103,946.20* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 3 | BAEZ LUCIANO, JORGE L. LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35956 | $22,738.21* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 4 | BAEZ SANTIAGO, HERIBERTO LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35057 | $23,275.33* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | BATISTA RIOS, FELIPE<br>PO BOX 188<br>BAJADERO, PR 00616 | 05/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15250 | $80,000.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | BERNIER ROMAN, WILFREDO<br>AY6 CALLE 54<br>GUAYAMA, PR 00784 | 05/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25676 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | BEY SEPULVEDA, CARLOS J.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34598 | $14,323.28* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | BISBAL TORRES, ISRAEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35986 | $9,668.21* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | BRILLON COLON, JOSE A. HC 02 BOX 14770 BO BARRAZAS CAROLINA, PR 00987 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 148172 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | BURGOS DEL TORO, BENJAMIN CALLE ZARAGOZA L-11 VILLA ESPAÑA BAYAMON, PR 00961 | 05/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27426 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CARDONA RAMOS, LUIS A. LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35621 | $14,233.76* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CASIANO JIMENEZ, EFRAIN LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44466 | $14,860.40* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | CHEVERE ALFONSO, JAIME<br>ALTS DE BORINQUEN<br>6228 CALLE MAROJO<br>JAYUYA, PR 00664 | 05/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25019 | $165,610.58 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | CHU FIGUEROA, VICTOR<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29121 | $16,919.37* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | COLON MERCADO, MODESTO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45589 | $14,323.28* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | CONCEPCION RODRIGUEZ, MILTON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35244 | $18,351.70* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | DE LEON TORRES, JUAN LUIS<br>HACIENDA CONCORDIA<br>CALLE MARGARITA 11197<br>SANTA ISABEL, PR 00757 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11459 | $11,592.00 |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 18 | DOMENECH MIRANDA, LUIS R.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38986 | $11,324.34* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 19 | FELICIANO VARELA, ALBERTO<br>BO. CALLEJONES<br>BZN 3829<br>LARES, PR 00669 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28370 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 20 | FERNANDEZ BETANCOUNT, AILEEN<br>HC04 BOX 22123<br>JUANA DIAZ, PR 00795 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 128425 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | FIGUEROA LUGO, MIGUEL E.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44508 | $13,517.60* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 22 | FIGUEROA SANTANA, OSVALDO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35662 | $19,067.87* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 23 | FRATICELLI VILANOVA, SERGIO A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34067 | $11,413.86* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 24 | GALARAZ, JUAN R.<br>2610 PALMA DE SIERRA<br>PONCE, PR 00728 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 85079 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | GONZALEZ RAMOS, JOEL<br>BORRIO LEGUIZAMO CARRETERA 352 KILOMETRE 3.8<br>MAYAGUEZ, PR 00680 | 06/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49042 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | HERNANDEZ AUBRET, JOSE N<br>PARC MAGINAS<br>171 CALLE MAGNOLIA<br>SABANA GRANDE, PR 00637-2119 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30526 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 27 | LEBRON MARTINEZ, JOSE A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29198 | $12,353.83* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | LEON VAZQUEZ, FELIX<br>PO BOX 10, 007 SUITE 133<br>GUAYAMA, PR 00785 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101623 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | LOPEZ VALDES, DIANA M<br>D 73 C/29 URB PARQUE ECUESTRE<br>CAROLINA, PR 00987 | 05/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12674 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 30 | MALAVE TROCHE, ANGEL ALEXIS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32997 | $9,668.21* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 31 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103 PMB 138<br>URB. LAS VISTAS #15<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 106911 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 32 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103<br>PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 109789 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 33 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103 PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 110920 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103<br>PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115810 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MARTINEZ RIVERA, MIGUEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32965 | $9,668.21* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | MERCADO COLON, CARLOS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35706 | $20,589.71* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | MERCADO CORDERO, PEDRO A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32843 | $9,578.69* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 38 | MOJICA RIVERA, ELSTON<br>EXT 18 EXT URB PALMER<br>CABO ROJO, PR 00623-3162 | 07/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 130749 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 39 | NAZARIO TORRES, JORGE A.<br>URB. BARAMAYA C/AREYDO #852<br>PONCE, PR 00728 | 06/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50645 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |
| 40 | NEGRON VAZQUEZ, WILSON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35611 | $15,352.77* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 41 | NIEVES ACEVEDO, JAIME<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGÜEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38680 | $21,619.20* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | NIEVES ROSARIO, CELSO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25956 | $11,100.54* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | PAGAN MERCADO, RADAMES<br>URB VILLA DEL CARMEN #4528 AUD CONSTARAC<br>PONCE, PR 00716 | 06/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79609 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | PENA- DUMAS, REY A.<br>PANIS # 243 PMB 1110<br>SAN JUAN, PR 00917 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56342 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 45 | PEREZ CINTRON, GABY<br>CALLE FLAMBOYAN E4<br>URB SAN MARTIN<br>UTUADO, PR 00641 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 52600 | $100,843.87* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | PEREZ COLON, JOSE<br>HC 05 BOX 6442<br>AGUAS BUENAS, PR 00703 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115388 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | PEREZ MONTES, JOSE M<br>CASA #18, CALLE TRINITARIA<br>PARCELAS TOAVACA<br>VILLALBA, PR 00766 | 06/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80804 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | RAMOS GUZMAN, DOMINGO<br>RR 2 BOX 7050<br>GUAYAMA, PR 00784-9607 | 03/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1562 | $15,000.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | RIVERA COLON, ELMER<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49371 | $12,130.03* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | RIVERA VELAZQUEZ, IVETTE<br>PO BOX 861<br>GURABA, PR 00778 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162980 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | RODRIGUEZ GARCIA, MIGUEL A.<br>CALLE GALLARDO #2125 URB. BALDORIOTY<br>PONCE, PR 00728 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45403 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | RODRIGUEZ GARCIA, QUECSIE<br>HC-2, BOX 5654<br>PENUELAS, PR 00624 | 06/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64743 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Nonagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 53 | ROMAN CARRERO, FRANKLYN<br>PO BOX 9356<br>ARECIBO, PR 00613 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47385 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 54 | ROSAS MORENO, WILLIAM<br>HC2 BOX 23411<br>MAYAGUEZ, PR 00680 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69927 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 55 | SANCHEZ PENA, GERMAN L<br>PO BOX 1151<br>SAN SEBASTIAN, PR 00685 | 05/31/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30597 | $82,180.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 56 | SEGUI SERRANO, LUIS A<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56109 | $11,369.10* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 57 | SOLA ORELLANO, JOSE V.<br>URB. VALLE TOLIMA<br>MYRNA VAZQUEZ I 2<br>CAGUAS, PR 00727 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 117459 | $11,301,625.50* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 58 | TIRADO GARCIA, MANUEL<br>53 C/ NUEVA<br>CATANO, PR 00962 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 163431 | $128,087.04 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 59 | TORRES CRUZ, JOSE I.<br>PO BOX 419<br>YAUCO, PR 00698 | 06/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140787 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 60 | TORRES MARTINEZ, EDDIE E<br>URB. SOPRADO CORAZON<br>CALLE ALEGRIA #843<br>PENUELAS, PR 00624 | 06/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 78289 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

## Cuadringentésima Nonagésima Séptima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 61 | TORRES REYES, MIGUEL A.<br>3923 ACEROLA URB EXT LAUREL<br>COTO LAUREL, PR 00780 | 06/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50312 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 62 | VEGA VEGA, LUIS<br>C/O LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71467 | $12,622.39* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | TOTAL | $12,351,443.19* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados