# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima nonagésima sexta objeción global**

Cuadringentésima Nonagésima Sexta Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | RECLAMOS MODIFICADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | AKM MFG INC. 418 CALLE ASTE 1 SAN JUAN, PR 00920-2005 | 44619 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $41,061.62* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,790.03* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones por $32,271.59, asociadas al Estado Libre Asociado de Puerto Rico, pero omite incluir documentación de respaldo suficiente para invocar obligaciones en contra de dicho Estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo de obligaciones válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores en virtud del Título III. El Demandante retendrá la parte no modificada del reclamo. Además, el reclamo se presentó como un monto no liquidado parcialmente, modificado, que liquida por completo el reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | BPA OFFICE SUPPLIES INC PO BOX 10611 PONCE, PR 00732 | 25556 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $302,042.54 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $240,131.43 |

Base para: El 19/4/2017, el 1/5/2017, el 16/5/2017, el 18/5/2017, el 31/5/2017, el 5/6/2017, el 20/6/2017, el 28/6/2017, el 18/7/2017, el 10/8/2017, el 24/8/2017, el 30/8/2017, el 13/11/2017, el 12/9/2018, el 14/9/2018 y el 1/10/2019 se pagaron facturas por un total de $61,911.11 mediante pagos de ACH (Cámara de Compensación Automatizada)/cheques identificados con los números 00113418, 00116939, 00116940, 00116941, 00116942, 00116943, 00116944, 00116945, 00116946, 00116947, 00116948, 00121027, 00121903, 00123067, 00124076, 00128810, 00129709, 00147400, 00150275, 00150902, 00151282, 00154403, 00202796, 00007604, y 00253854 El Demandante retendrá la parte no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | C E & L FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR 00960 | 11882 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $54.60* |

Base para: El reclamo no invoca un valor determinado; sin embargo, el apoyo que se indica en el POC asciende a $1,596.00, de los cuales los Deudores muestran la totalidad, pero se pagaron $54.60 el 29/5/2018 mediante cheques identificados con los números 00212714, 00212715, 00212716, 00212717, 00212718, 00212719, y 00212720. El Demandante retendrá la parte no modificada del reclamo. Además, el reclamo se presentó como un monto no liquidado parcialmente, modificado, que liquida el reclamo por completo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CAMERA MUNDI INC PO BOX 6840 CAGUAS, PR 00726-6840 | 168163 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,738,496.35 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,638,612.96 |

Base para: Entre 2007 y 2019 se pagaron facturas por un total de $99,883.39 mediante pagos de ACH (Cámara de Compensación Automatizada)/cheques identificados con los números 00237726, 00230957, 00460881, 00241166, 00484947, 00482887, 00007954, 00010826, 00122751, 00120387, 00521136, 00529651, 00524391, 00012293, 00107201, 00583320, 00537986, 00052271, 00666018, 00426667, 00648387, 00202218, 00011059, 00046303, 00126745, 00116882, 00117607, 00117614, 00361175, 00001118, 00173947, 00002641, 00442995, 00202721, 00010316, 00451242, 00514221, 00497756, 00009870, 00011930, 00258365, 00638341, 00026646, 00076762, 00070627, y 0036070. El Demandante retendrá la parte no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadringentésima Nonagésima Sexta Objeción Global

Anexo A - Reclamos modificados

|  | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 27647 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,033.10 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $883.10 |

Base para: El 30/7/2018 se pagaron facturas por un total de $150.00 mediante cheques identificados con los números 00046891 y 00046893. El Demandante retendrá la parte no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28070 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,678.11 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,223.11 |

Base para: El 27/3/2018, el 23/4/2018, el 16/5/2018 y el 23/5/2018 se pagaron facturas por un total de $455.00 mediante transferencias bancarias identificadas con los números 70087, 74410, 78384, 79813 y 79814.  El Demandante retendrá la parte no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28096 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,881.26 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,658.91 |

Base para: El 18/4/2018, el 30/4/2018 y el 31/5/2018 se pagaron facturas por un total de $1,222.35 mediante cheques identificados con los números 00040185, 00040186, 00040187, 00040188, 00041215 y 00042896.  El Demandante retendrá la parte no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | CONSOLIDATED WASTE SERVICES<br>P.O. BOX 1322<br>GURABO, PR 00778 | 28103 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,838.13 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,515.00 |

Base para: El 23/5/2018 se pagaron facturas por un total de $1,323.13 mediante transferencias bancarias identificadas con los números 00080103, 00080272, 00080273, 00080274, 00080275, 00080276, y 00080277.   El Demandante retendrá la parte no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Sexta Objeción Global

Anexo A - Reclamos modificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28115 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,332.70 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,152.72 |

Base para: El 26/3/2018, el 20/6/2017, el 10/7/2017, el 2/8/2017, el 24/8/2017, el 11/10/2017, el 7/12/2017, el 27/12/2017, el 7/2/2018, el 19/3/2018, el 26/3/2018, el 9/4/2018, el 24/4/2018, el 27/6/2018 y el 6/9/2018 se pagaron facturas por un total de $1,179.98 mediante transferencias bancarias identificadas con los números 39993, 42906, 46896, 49511, 52302, 56951, 59283, 59286, 64074, 68802, 69793, 69994, 71734, 72055, 72057, 74695, 87142, 87143, 87144, 87145, 87146, y 98175. El Demandante retendrá la parte no modificada del reclamo.

| 10 | GARCIA DAVILA, HUMBERTO<br>PO BOX 361716<br>SAN JUAN, PR 00936 | 138933 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,462.50 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,150.00 |

Base para: El 25/1/2018 y el 5/7/2018 se pagaron facturas por un total de $1,312.50 mediante cheques identificados con los números 188738 y 222990. El Demandante retendrá la parte no modificada del reclamo.

| 11 | GERMAN TORRES BERRIOS & ASSOCIADOS<br>HC 04 BOX 5775<br>BARRANQUITAS, PR 00794-9609 | 48747 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $15,178.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,900.00 |

Base para: El 18/7/2016, el 28/2/2017, el 20/4/2017 y el 19/9/2017 se pagaron facturas por un total de $11,278.00 mediante transferencias bancarias identificadas con los números 11100112, 11100044, 11100064 y 11100152. El Demandante retendrá la parte no modificada del reclamo.

| 12 | GONZALEZ DIAZ, WILLIAN<br>PO BOX 534<br>SALINAS, PR 00751 | 3077 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $21,600.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,100.00* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones por $13,500.00, asociadas al Estado Libre Asociado de Puerto Rico, pero no incluye una documentación de respaldo suficiente para invocar obligaciones contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo de obligaciones válido contra el Estado citado o contra cualquiera de los otros deudores en virtud del Título III. El Demandante retendrá la parte no modificada del reclamo. Además, el reclamo se presentó como un monto no liquidado parcialmente, modificado, que liquida el reclamo por completo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

3

Cuadringentésima Nonagésima Sexta Objeción Global

Anexo A - Reclamos modificados

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 13 | LIBERTY CABLEVISION OF PUERTO RICO LLC<br>C/O ORLANDO FERNANDEZ, ESQ.<br>#27 CALLE GONZALEZ GIUSTI STE 300<br>GUAYNABO, PR 00968-3076 | 17316 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,767.37 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $535.90 |

Base para: El 17/5/2017 se pagó una factura por un total de $1,231.47 mediante la transferencia bancaria identificada con el número 33640. El Demandante retendrá la parte no modificada del reclamo.

| 14 | PONCE MEDICAL SCHOOL FOUNDATION INC<br>PO BOX 7004<br>PONCE, PR 00732-7004 | 19257 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,182.76 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $98.44 |

Base para: El 20/6/2017, el 21/2/2019, el 21/3/2019, el 30/4/2019 y el 30/5/2019 se pagaron facturas por un total de $4,145.67 mediante cheques identificados con los números 51477, 51479, 112412, 116436, 120162 y 124103. En cuanto a las obligaciones que ascienden a $4,938.65, el demandante omite fundamentar el reclamo que invoca contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. El Demandante retendrá la parte no modificada del reclamo.

| 15 | QUEST DIAGNOSTICS OF PUERTO RICO, INC.<br>CAPARRA GALLERY<br>CALLE ORTEGON #107<br>LOCAL 105<br>GUAYNABO, PR 00966 | 94933 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,349.14 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $706.87 |

Base para: El 26/3/2018, el 18/5/2018 y el 18/9/2018 se pagaron facturas por un total de $1,642.27 mediante cheques identificados con los números 75978, 75979, 75980, 75987, 82274, 96372, 96374 y 96382. El Demandante retendrá la parte no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Sexta Objeción Global

Anexo A - Reclamos modificados

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 16 | RIVERA SIACA, LUIS A. CHARLES A CUPRILL P.S.C. LAW OFFICES 356 FORALEZA STREET 2 FLOOR SAN JUAN, PR 00901 | 48953 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $483,109.37 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $55,531.24 |

Base para: El 23/12/2019, el 6/2/2020 y el 10/2/2020 se pagaron facturas por un total de $427,578.13 mediante pagos ACH (Cámara de Compensación Automatizada)/cheques identificados con los números 00033392, 00259654, 00035704, 00261257 y 00036001. El Demandante retendrá la parte no modificada del reclamo.

| 17 | SUR MED MEDICAL CENTER CORP PO BOX 1162 8 CALLE COLON PACHECO SALINAS, PR 00751 | 41863 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $97,016.06 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,573.00 |

Base para: El 29/8/2018 se pagaron facturas por un total de $90,443.06 mediante transferencias bancarias identificadas con los números 00096628, 00096660, 00096661, 00096662, 00096663, 00096664, 00096665 y 00096666. El Demandante retendrá la parte no modificada del reclamo.

| 18 | YABUCOA DEVELOPMENT, S.E PO BOX 190858 SAN JUAN, PR 00919-0858 | 25519 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $74,097.42 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $47,945.49 |

Base para: El 14/9/2018 se pagaron facturas por un total de $26,151.93 mediante la transferencia bancaria identificada con el número 00095237. El Demandante retendrá la parte no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados