## ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima nonagésima octava objeción global**

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1  APONTE CALDERON, ISABEL M URB EL ROSARIO T13 CALLE G VEGA BAJA, PR 00693 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 25052 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Serivcio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 2 | BENIQUEZ RIOS, MARIA DEL C HC 67 BOX 126 BAYAMON, PR 00956 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 162130 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Serivcio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 3 | CLEMENTE TAPIA, MARGARITA HC 3 BOX 22922 RIO GRANDE, PR 00745-8868 | 04/30/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9837 | $32,000.00* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127 | $6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 50221 | $43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. Reclamos 50221 y 104127, interpuestos en nombre de todos los demandantes del litigio caratulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, N.° KAC2005-5021 (los "Reclamos maestros de Abrams Diaz"), por el abogado que representa a los demandantes en dicho litigio.  Los demandantes de este pleito son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP"), que alegaron que dicho departamento retuvo de manera ilegal una parte de sus salarios y pagos de jubilación, como resultado del "Memorándum general N.° 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | |
| 4 | CRUZ ACEVEDO, MARIBEL URB MONTEMAR #13 AGUADA, PR 00602 | 05/30/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 39412 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

4

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | ESQUILIN CINTRON, ROSA URB VALLE ARRIBA HEIGHTS BC5 CALLE YAGRUMO CAROLINA, PR 00983 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 43713 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | MALDONADO FONTANEZ, MARITZA PO BOX 965 COROZAL, PR 00783 | 06/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 80639 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Serivcio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

6

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 7 | ORTIZ RIVERA, WILMA P.O. BOX 5026 CAGUAS, PR 00726-5026 | 05/21/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28763 | $230,400.00* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Serivcio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 8 | REYES ORTIZ, SONIA I<br>TURABO GARDENS 2DA SECCION<br>K 56 CALLE 28<br>CAGUAS, PR 00727 | 05/25/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32116 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES<br>ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | RODRIGUEZ MERCADO, IVETTE NUM 5288 CALLE IGENIO URBANIZACION HACIENDA LA MATILDE PONCE, PR 00728-2430 | 05/17/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26432 | $21,888.86* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127 | $6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 50221 | $43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. Reclamos 50221 y 104127, interpuestos en nombre de todos los demandantes del litigio caratulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, N.° KAC2005-5021 (los "Reclamos maestros de Abrams Diaz"), por el abogado que representa a los demandantes en dicho litigio.  Los demandantes de este pleito son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP"), que alegaron que dicho departamento retuvo de manera ilegal una parte de sus salarios y pagos de jubilación, como resultado del "Memorándum general N.° 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio.

* Indica que la reclamación contiene montos por liquidar o indeterminados

10

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 10 | SALVA RODRIGUEZ (FALLECIDO), CANDIDO A DOS PINOS TOWNHOUSES B 12 CALLE 2 SAN JUAN, PR 00923 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26248 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Serivcio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 | SANTIAGO CONDE, BLANCA PO BOX 370038 CAYEY, PR 00737-0038 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 61367 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Serivcio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Nonagésima Octava Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 12 | VAZQUEZ REYES, KARIAM S URB. ALTAGRACIA CALLE RUISENOR 1N-3 TOA BAJA, PR 00949 | 04/16/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 7401 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados

13