# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima nonagésima novena objeción global**

## Cuadrigentésima Nonagésima Novena Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BALBIN PADILLA, CYNTHIA<br>URB LOS ALMENDROS<br>EB 5 CALLE TILO<br>BAYAMON, PR 00961 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38507 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CANDELARIO ORTIZ, ALBA L.<br>HC 01 BOX 10240<br>TOA BAJA, PR 00949-9795 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45925 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones relacionadas con el litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado de los Reclamos No. 179140 y 93199, las evidencias de reclamo maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Beltrán Cintrón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CHACON RODRIGUEZ, MAYRA<br>URB MONTE VERDE<br>M 1303 CALLE MONTE GRANDE<br>MANATI, PR 00674 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31054 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho.

## Cuadrigentésima Nonagésima Novena Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | CHACON RODRIGUEZ, MAYRA<br>URB MONTE VERDE<br>M 1303 CALLE MONTE GRANDE<br>MANATI, PR 00674 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42306 | Indeterminado* |
| | Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. | | | | | |
| 5 | CRUZ QUINTERO, JUAN CARLOS<br>CALLE JOSE JULIAN ACOSTA<br>H21 BO AMELIA<br>CATANO, PR 00962 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38069 | Indeterminado* |
| | Base para: El reclamo pretende reclamar obligaciones relacionadas con el litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado de los Reclamos No. 179140 y 93199, las evidencias de reclamo maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Beltrán Cintrón. | | | | | |
| 6 | TORRES, GLENDAMID<br>PO BOX 689<br>OROCOVIS, PR 00720 | 06/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79250 | Indeterminado* |
| | Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. | | | | | |
| | | | | | TOTAL | Indeterminado* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados