# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima objeción global**

## Quingentésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALIANZA CORRECCIONAL UNIDA SERVIDORES PÚBLICOS<br>MARISEL BAEZ SANTIAGO<br>BANCO COOP PLZ. STE 802B<br>#623 AVE. PONCE DE LEON<br>SAN JUAN, PR 00917-4827 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27520 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | ALICEA CAMPOS, MARIA M<br>CALLE CENTRAL #84<br>COTO LAUREL, P.R.00780<br>JUANA DIAZ, PR 00780 | 06/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50864 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | CALAFF QUINONES, MIGUELINA<br>PO BOX 2166<br>MOCA, PR 00676-2166 | 05/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 42566 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | CORNIER MALDONADO, ANGEL A.<br>17 CALLE ARIES<br>CAROLINA, PR 00979-1712 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 142499 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | FIGUEROA CORREA, MARIA E<br>HC 11 BOX 47851<br>CAGUAS, PR 00725-9626 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24005 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FIGUEROA CORREA, MARIA E<br>HC11 BOX 47851<br>CAGUAS, PR 00725-9626 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24217 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GONZALEZ MERCADO, OMAYRA<br>URB COUNTRY CLUB<br>JC 20 C 230<br>CAROLINA, PR 00982 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 98315 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | IRIZARRY CEDENO, JULIO CESAR<br>BO MACANA SECTOR HOYO VICIOSO<br>CARR. 132<br>PENUELAS, PR 00624 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 149208 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MEDINA HERNANDEZ, MIGDALIA<br>AV DE DIEGO APT 1007 2<br>COOP SAN FRANCISCO<br>RIO PIEDRAS, PR 00927 | 05/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17637 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MEDINA RIVERA, ASNEL<br>EDIF EL CENTRO I 500 AVE. MUÑOZ RIVERA STE 215<br>SAN JUAN, PR 00918 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 63375 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | MONTALVO LAFONTAINE, MARIA DE LOS A. 3001 EL COBO AGUADILLA, PR 00603 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111768 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | MORALES MONTALVO, FREDDY 15 BO EL COQUI CABO ROJO, PR 00623-3628 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23314 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | NEGRON COLON, MIGUEL A. D-14 CALLE 9 URB. REPARTO UNIVERSIDAD SAN GERMAN, PR 00683 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121654 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | NIEVES CRUZ, IRIS M.<br>URBANIZACION FACTOR<br>CALLE BALBOA 30-B<br>ARECIBO, PR 00612 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58387 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | NIEVES RAMOS, ADELAIDA<br>2231 CALLE DELTA<br>URB. SAN ANTONIO<br>PONCE, PR 00728-1702 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 109002 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | ORTIZ LABRADOR, EDNA MARIA<br>APARTADO 2119<br>AIBONITO, PR 00705 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 90181 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

## Quingentésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | ORTIZ ROSA, YENICE<br>PO BOX 177<br>SABANA SECA, PR 00952 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 151337 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | PADILLA ORTIZ, MARISEL<br>PO BOX 561136<br>GUAYANILLA, PR 00656 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16480 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | PEREZ ARCE, HARRY<br>CO NILDA BAEZ ALICEA<br>ECHEANDIA ASOCIADOS<br>P O BOX 140549<br>ARECIBO, PR 00614-0549 | 04/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8217 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

## Quingentésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | PEREZ RAMIREZ, JOSE A<br>URB VALLE VERDE<br>C 9 CALLE 2<br>SAN GERMAN, PR 00683 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51630 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | RAMOS CAMACHO, DINORIS<br>PO BOX 448<br>AGUAS BUENAS, PR 00703 | 05/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14042 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | RAMOS GONZALEZ, DAVID<br>COLINAS DE FAIRVIEW<br>4K-29 CALLE 214<br>TRUJILLO ALTO, PR 00976 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79224 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

## Quingentésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | RESTO HERNANDEZ, SONIA<br>HC-61 BZN 4359<br>BO LA GLORIA<br>TRUJILLO ALTO, PR 00976 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101236 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | REYES HERNANDEZ, INGRID<br>ANTONIO JUSINO RODRÍGUEZ<br>CALLE 90 BL. 91 10 URB. VILLA<br>CAROLINA, PR 00985 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 52709 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | RIOS CRUZ, NILSA<br>HC 11 BOX 12459<br>HUMACAO, PR 00791-9420 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 91272 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

## Quingentésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | RIVERA ALVAREZ, CRUZ<br>CALLE LATIMER #1409<br>SAN JUAN, PR 00940 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38684 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 27 | RIVERA OLMEDA, TEODORO<br>BO. LIMON CARR 151<br>KM 8 HM 0 APT 193<br>VILLABLA, PR 00766 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35274 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | RIVERA RODRIGUEZ, JOHANNA M.<br>HC-3 BOX 10920<br>SAN GERMAN, PR 00683 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16862 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

## Quingentésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | RIVERA TORRES, ENEIDA<br>19 SECTOR MAL PASO<br>CARR 386<br>PENUELAS, PR 00624 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35467 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ CANDELARIA, ZULMA I<br>HC 3 BOX 51602<br>HATILLO, PR 00659 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19638 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | SANTIAGO HERNANDEZ, HECTOR MANUEL<br>HC- 02 BOX 5677<br>COMENO, PR 00782 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 145851 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | TOTAL | Indeterminado* |
|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados