## **EXHIBIT E**

**Declaration of Carla García Benítez**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

**DECLARATION OF CARLA GARCÍA BENÍTEZ IN SUPPORT OF THE FIVE HUDNREDTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT ADR CLAIMS**

I, Carla García Benítez, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

  1.  I am a Member of O'Neill & Borges, LLC ("O&B"). The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") retained O&B to provide legal counsel to the Oversight Board on numerous issues, including, *inter alia*, with respect to the claims

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

reconciliation process for the Debtors' (as defined below) cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] The facts set forth herein are true and correct to the best of my knowledge and belief as per my review of O&B records and the information provided by the team of O&B employees I personally supervised, as further explained below.

2. In my capacity as a Member of O&B, I am one of the persons responsible for assisting the Debtors with the ongoing claims reconciliation and objection process. This process involves the collective effort of a team of O&B employees, as well as Alvarez & Marsal North America, LLC ("A&M") and Proskauer Rose LLP, outside counsel for the Oversight Board, the legal representative for the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor").

3. I submit this declaration in support of the *Five Hundredth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims* (the "Five Hundredth Omnibus Objection").[3]

4. Proskauer and A&M provided O&B with a list of Claimants whose claims purported to assert liabilities associated with litigations, but who did not provide information sufficient to enable the Debtors to understand the nature or basis of the liabilities asserted in the Claims to Be Disallowed. I identified and organized a team of O&B employees who, working under my direction and/or supervision, reached out to each Claimant using the phone numbers and/or email addresses provided by the Claimants in their proofs of claim, but the Claimants did not respond to our outreach and/or failed to provide sufficient information in support of the Claims to Be Disallowed.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundredth Omnibus Objection.

2

Claimants contacted via email were sent messages in English and Spanish, asking Claimants to provide certain information regarding their claims. Claimants contacted via phone who did not answer and for whom voicemail was an option were left voicemails in Spanish asking Claimants to contact O&B in order to provide additional information regarding their claims. Other Claimants contacted via phone confirmed that they simply did not have any further documents and/or information in support of the Claims to Be Disallowed.

5. Attached as **Exhibit A** to this Declaration is a chart that summarizes the O&B employee who reached out to each Claimant, the date and time of the outreach, and the manner of outreach. Each of the Claimants identified in **Exhibit A** have either not responded to O&B's outreach or have failed to provide legally sufficient documentation in support of their respective claims.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 5, 2022

By: /s/ *Carla Garcia Benítez*
Carla García Benítez

## **EXHIBIT A**

| Claim Number | Date | Method of Outreach | Attorney |
|---|---|---|---|
| 101236 | 3/18/2022 | Email | Alberto O. Nieves Cubero |
| 109002 | 3/17/2022 | Email | Owen A. Rivera Colon |
| 111768 | 3/17/2022 | Email | Kiomari I. Lopez Torres |
| 121654 | 3/17/2022 | Email | Kiomari I. Lopez Torres |
| 16480 | 3/17/2022 | Email | Owen A. Rivera Colon |
| 16862 | 3/18/2022 | Email | Alberto O. Nieves Cubero |
| 23314 | 3/17/2022 | Email | Kiomari I. Lopez Torres |
| 27520 | 1/27/2022 | Email | Gabriel A. Miranda Rivera |
| 35467 | 3/22/2022 | Call | Laura E. Diaz |
| 42566 | 3/25/2022 | Call | Lorena Y. Gely Rojas |
| 58387 | 3/17/2022 | Email | Kiomari I. Lopez Torres |
| 79224 | 3/18/2022 | Email | Alberto O. Nieves Cubero |
| 90181 | 3/17/2022 | Email | Owen A. Rivera Colon |
| 91272 | 3/18/2022 | Email | Alberto O. Nieves Cubero |

# **ANEXO E**

**Declaración de Carla García-Benítez**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores.¹ | PROMESA <br> Título III <br> Número 17 BK 3283-LTS <br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA y el SRE.** |

**DECLARACIÓN DE CARLA GARCÍA BENÍTEZ EN APOYO DE LA QUINGENTÉSIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES DEFICIENTES DE ADR**

Yo, Carla García Benítez, de conformidad con el Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

¹ Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Soy socia de O'Neill & Borges, LLC ("O&B"). La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") contrató a O&B para que le prestara asesoramiento jurídico a la Junta de Supervisión sobre diferentes cuestiones relacionadas, entre otras cosas, con el proceso de reconciliación de reclamaciones relativas a los casos de los Deudores (según se definen abajo) radicados conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"). [2] A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros de O&B y en la información proporcionada por el equipo de empelados de O&B que estaba bajo mi supervisión personal, como explico más adelante.

2. En mi capacidad de socia de O&B, soy una de las personas responsables de ayudar a los Deudores con el proceso de reconciliación y objeciones, relativo a las reclamaciones en curso. Dicho proceso implica un esfuerzo colectivo de un equipo de los empleados de O&B, así como de Alvarez & Marsal North America, LLC ("A&M") y de Proskauer Rose LLP, abogados externos de la Junta de Supervisión, el representante legal del Estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor").

3. Realizo esta declaración en apoyo de la *Quingentésima objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del estado Libre Asociado de Puerto Rico a Reclamaciones Deficientes de ADR* (la "Quingentésima objeción global"). [3]

4. Proskauer y A&M le proporcionaron a O&B una lista de Reclamantes cuyas reclamaciones pretendían alegar responsabilidades vinculadas con litigios, pero que no brindaban

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima objeción global.

2

suficiente información para que los Deudores comprendieran la naturaleza o el fundamento de las responsabilidades alegadas en las Reclamaciones que han de ser rechazadas. He identificado y organizado un equipo de los empleados de O&B que trabaja bajo mi dirección y/o supervisión, me puse en contacto con cada Reclamante utilizando los números de teléfono y/o las direcciones de correo electrónico proporcionados por los Reclamantes en sus evidencias de reclamaciones, pero los Reclamantes no han respondido a nuestras comunicaciones ni han proporcionado suficiente información en apoyo de las Reclamaciones que han de ser rechazadas. Enviamos a los Reclamantes mensajes por correo electrónico tanto en inglés como en español, en los que les solicitamos que proporcionaran determinada información sobre sus reclamaciones. A los Reclamantes a los que llamamos por teléfono (que no han respondido a la llamada y que tenían correo de voz habilitado) les dejamos correos de voz en español, en los que les solicitamos que se pusieran en contacto con O&B para proporcionar información adicional sobre sus reclamaciones. Otros Reclamantes a los que llamamos por teléfono confirmaron que sencillamente no tenían más documentos ni información en apoyo de las Reclamaciones que han de ser rechazadas.

5. El cuadro, que se adjunta a esta Declaración como **Anexo A**, contiene un resumen de los empleados que contactaron con cada Reclamante, las fechas y las horas de cada comunicación y la forma de comunicación. Los Reclamantes identificados en el **Anexo A** o bien no han respondido a la comunicación de O&B o bien no han proporcionado ninguna documentación que fuera suficiente desde el punto de vista legal en apoyo de sus respectivas reclamaciones.

6. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 5 de agosto de 2022

                                        Por: *[Firma en la versión en inglés]*
                                               Carla García-Benítez

## **ANEXO A**

| Claim Number | Date | Method of Outreach | Attorney |
|---|---|---|---|
| 101236 | 3/18/2022 | Email | Alberto O. Nieves Cubero |
| 109002 | 3/17/2022 | Email | Owen A. Rivera Colon |
| 111768 | 3/17/2022 | Email | Kiomari I. Lopez Torres |
| 121654 | 3/17/2022 | Email | Kiomari I. Lopez Torres |
| 16480 | 3/17/2022 | Email | Owen A. Rivera Colon |
| 16862 | 3/18/2022 | Email | Alberto O. Nieves Cubero |
| 23314 | 3/17/2022 | Email | Kiomari I. Lopez Torres |
| 27520 | 1/27/2022 | Email | Gabriel A. Miranda Rivera |
| 35467 | 3/22/2022 | Call | Laura E. Diaz |
| 42566 | 3/25/2022 | Call | Lorena Y. Gely Rojas |
| 58387 | 3/17/2022 | Email | Kiomari I. Lopez Torres |
| 79224 | 3/18/2022 | Email | Alberto O. Nieves Cubero |
| 90181 | 3/17/2022 | Email | Owen A. Rivera Colon |
| 91272 | 3/18/2022 | Email | Alberto O. Nieves Cubero |