## **<u>EXHIBIT D</u>**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

This filing relates to the
Commonwealth**.**

---

ORDER GRANTING FIVE HUNDRED SIXTH OMNIBUS OBJECTION (SUBSTANTIVE)
OF THE COMMONWEALTH OF PUERTO RICO TO UNRESPONSIVE ACR CLAIMS

Upon the *Five Hundred Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* (the "Five Hundred Sixth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), dated August 5, 2022, for entry of an order disallowing in their entirety certain claims filed against the Debtor, as more fully set forth in the Five Hundred Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Sixth Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixth Omnibus Objection.

1

Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and

venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Five

Hundred Sixth Omnibus Objection having been provided to those parties identified therein, and

no other or further notice being required; and each of the claimants associated with the claims

identified in Exhibit A to the Five Hundred Sixth Omnibus Objection (the "Claims to Be

Disallowed") having not responded to requests, issued by the Debtor in accordance with the ACR

Order, seeking to obtain information necessary to resolve the Claims to Be Disallowed; and the

Court having determined that the relief sought in the Five Hundred Sixth Omnibus Objection is in

the best interests of the Debtor, its creditors, and all parties in interest; and the Court having

determined that the legal and factual bases set forth in the Five Hundred Sixth Omnibus Objection

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is hereby

ORDERED that the Five Hundred Sixth Omnibus Objection is GRANTED as set

forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their

entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be

Disallowed as expunged on the official claims registry in the Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____

Honorable Judge Laura Taylor Swain
United States District Judge

# **ANEXO D**

## **Orden Propuesta**

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>                                Deudores.[1] | PROMESA<br>Título III<br>Número 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>La presente radicación guarda relación con el ELA**.** |

## ORDEN POR LA QUE SE CONCEDE LA QUINGENTÉSIMA SEXTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SIN RESPUESTA DE RAR.

Vista la *Quingentésima Sexta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones sin Respuesta de RAR* (la "Quingentésima Sexta objeción global"),[2] radicada por el Estado Libre Asociado de Puerto Rico (el "ELA" o el

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima Sexta objeción global.

1

"Deudor"), de fecha 5 de agosto de 2022, en la que se solicita que se dicte una orden que rechace en su totalidad determinadas reclamaciones radicadas contra el Deudor, según se expone con más detalle en la propia Quingentésima Sexta objeción global y los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Quingentésima Sexta objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Quingentésima Sexta objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiéndose concluido que cada una de las reclamantes asociados con las reclamaciones identificadas en el Anexo A de la Quingentésima Sexta objeción global (conjuntamente, las "Reclamaciones que han de ser rechazadas") al no haber respondido a los requerimientos, emitidos por el Deudor de acuerdo con la Orden ACR, para obtener la información necesaria para resolver las Reclamaciones que han de ser rechazadas; y habiendo determinado el Tribunal que el remedio solicitado en la Quingentésima Sexta objeción global redunda en el mejor interés del Deudor, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Quingentésima Sexta objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Quingentésima Sexta objeción global, según se establece en el presente documento; además

SE ORDENA que se rechacen en su totalidad las Reclamaciones que han de ser rechazadas; asimismo

2

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para designar las Reclamaciones que han de ser rechazadas como eliminadas del registro oficial de reclamaciones en el marco del Caso de Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)