UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

ORDER SETTING DEADLINE TO PROVIDE NOTICE OF INTENTION TO CROSS-EXAMINE WITNESSES IN CONNECTION WITH HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT

On August 17, 2022, the Court will receive evidence and hear argument in connection with the request of the Financial Oversight and Management Board for Puerto Rico for approval of the *Fourth Amended Title III Plan of Adjustment of the Puerto Rico Highways*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*and Transportation Authority* (Docket No. 21769 in Case No. 17-3283 and Docket Entry No. 1350 in Case No. 17-3567, as may be supplemented or amended, the "HTA Plan").  On June 22, 2022, the Court entered the *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 21301 in Case No. 17-3283 and Docket Entry No. 1249 in Case No. 17-3567), pursuant to which the Court set (among other things) a deadline of August 7, 2022, for parties to file witness declarations concerning confirmation of the HTA Plan.

If any party that has timely filed an objection to or statement in support of confirmation of the HTA Plan (each a "Party") wishes to cross-examine any declarant, the Party must file a notice by **10:00 a.m. (Atlantic Standard Time)** on **August 12, 2022**, indicating (a) the witness(es) to be examined, (b) the factual issue(s) to which the proposed cross-examination relates, and (c) the time requested for such examination(s).

SO ORDERED.

Dated: August 8, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge