# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:00 AM (AST)
Started: 9:03 AM (AST)
Ended: 9:49 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE:   August 8, 2022
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al.,<br>Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Highways and Transportation Authority,<br>Debtor. | 3:17-BK-3567 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

**Pretrial Conference Hearing held**.[1]

---

[1] Agenda filed at Docket Entry No. 21726 in 3:17-BK-3283 (LTS) and at Docket Entry No. 1345 in 3:17-BK-3567 (LTS).

3:17-BK-3283 (LTS) / 3:17-BK-3567 (LTS)
Page 2
Pretrial Conference – August 8, 2022

### I. MOTIONS IN LIMINE

1. None
   a. The deadline to file motions in limine was set at July 25, 2022.
   b. No motions in limine were filed.

### II. OTHER STIPULATED OR CONTESTED MATTERS

1. HTA Insured Bondholder Group Exhibit List. [Case No. 17-3283, ECF No. 21619; Case No. 17-3567, ECF No. 1303]
   a. Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Motion of the HTA Insured Bondholder Group Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment [Case No. 17-3283, ECF No. 21688; Case No. 17-3567, ECF No. 1330]
   b. HTA Insured Bondholders' motion was granted.
   c. Assured's objection was overruled.

### III. MATTERS CONCERNING THE CONDUCT OF THE CONFIRMATION HEARING

1. Schedule for the Confirmation Hearing and presentation of testimony in support and in opposition to confirmation of the HTA Plan of Adjustment.
   a. FOMB informed the Court that no party has given notice of an intention to cross-examine any witness(es).
   b. A supplemental order will be issued establishing August 12, 2022, as the deadline to provide notice of an intent to cross-examine declarants.
2. The number of witnesses to be produced, including, without limitation, the persons on the Witness Lists
   a. Designation of Fact Witness List, filed by plaintiffs-appellants in Vazquez Velazquez v. Puerto Rico Highways Authority, Case No. 21-1739 [Case No. 17-3567, ECF No. 1259]
   b. Debtor's Preliminary List of Witnesses to be Offered in Support of Confirmation of Plan of Adjustment [Case No. 17-3283, ECF No. 21409; Case No. 17-3567, ECF No. 1261]

    c. Debtor's Identification of Expert Witnesses [Case No. 17-3283, ECF No. 21410; Case No. 17-3567, ECF No. 1260]

    d. Debtor's Opening Expert Disclosures [Case No. 17-3283, ECF No. 21486; Case No. 17-3567, ECF No. 1268]

    e. Group of Plaintiffs'-Appellants in First Circuit Court Appeal Case Final List of Witnesses and Exhibits, filed by plaintiffs-appellants in Vazquez Velazquez v. Puerto Rico Highways Authority, Case No. 21-1739 [Case No. 17-3567, ECF No. 1298]

    f. Debtor's Final List of Witnesses to Be Offered in Support of Confirmation of Plan of Adjustment [Case No. 17-3283, ECF No. 21623; Case No. 17-3567, ECF No. 1305]

    g. Reservation of Rights of National Public Finance Guarantee Corporation with Respect to Witness and Exhibit Lists [Case No. 17-3283, ECF No. 21626; Case No. 17-3567, ECF No. 1307]

2. Estimated time for presentation of any such witnesses' testimony
3. Pre-admission of exhibits to be offered at the Confirmation Hearing

    a. Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment [Case No. 17-3283, ECF No. 21608; Case No. 17-3567, ECF No. 1291]

    b. Group of Plaintiffs'-Appellants in First Circuit Court Appeal Case Final List of Witnesses and Exhibits, filed by plaintiffs-appellants in Vazquez Velazquez v. Puerto Rico Highways Authority, Case No. 21-1739 [Case No. 17-3567, ECF No. 1298]

    c. Notice of Submission of Debtor's Final Exhibit List in Connection with Confirmation Hearing [Case No. 17-3283, ECF No. 21618; Case No. 17-3567, ECF No. 1299]

    d. Continued Exhibits of Debtor (Exhibits 21-40) [Case No. 17-3283, ECF No. 21620; Case No. 17-3567, ECF No. 1300]

    e. Continued Exhibits of Debtor (Exhibits 41-53) [Case No. 17-3283, ECF No. 21622; Case No. 17-3567, ECF No. 1302]

    f. Motion of the HTA Insured Bondholder Group Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment [Case No. 17-3283, ECF No. 21619; Case No. 17-3567, ECF No. 1303]

3:17-BK-3283 (LTS) / 3:17-BK-3567 (LTS)
Page 4
Pretrial Conference – August 8, 2022

    g.  Reservation of Rights of National Public Finance Guarantee Corporation with Respect to Witness and Exhibit Lists [Case No. 17-3283, ECF No. 21626; Case No. 17-3567, ECF No. 1307]

    h.  Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. Submitting Supplemental Exhibit List in Connection with Confirmation of HTA Plan of Adjustment [Case No. 17-3283, ECF No. 21667; Case No. 17-3567, ECF No. 1322]

**NEXT SCHEDULED HEARING:**

HTA Confirmation Hearing and Omnibus Hearing set for August 17, 2022, at 9:30 AM (AST) before Judge Laura Taylor Swain.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator