**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER GRANTING THE URGENT
<u>CONSENSUAL MOTION FOR EXTENSION OF DEADLINES</u>**

Upon the *Urgent Consensual Motion for Extension of Deadlines* (Docket Entry No. 21784 in Case No. 17-3283) (the "<u>Extension Motion</u>");[2] and the Court having found that the relief requested in the Extension Motion is in the best interests of the Oversight Board, Ivelisse Calderón-Alibrán, and Carlos Torres Viada; and the Court having found that the Oversight Board provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

or further notice is required; and the Court having reviewed the Extension Motion; and the Court

having determined that the factual bases set forth in the Extension Motion establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

hereby ORDERED that:

1.  The Extension Motion is granted as set forth herein.

2.  Responses to the Motion, if any, must be filed by **September 9, 2022**, at

**5:00 p.m. (Atlantic Standard Time)**.

3.  Replies, if any, must be filed by **September 23, 2022**, at **5:00 p.m. (Atlantic**

**Standard Time)**.

4.  This Order resolves Docket Entry No. 21784 in Case No. 17-3283.


SO ORDERED.

Dated: August 8, 2022

   /s/Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge