IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br>      Debtor[1]. | BANKRUPTCY NO.: 17-03283 (LTS)<br><br>PROMESA<br>Title III |

**INFORMATIVE MOTION REGARDING APPEARANCE
AT AUGUST 17, 2022 HEARING**

**TO THE HONORABLE BANKRUPTCY COURT:**

COME Creditors Luis Manuel Ramírez-Pérez and José Luis Ramírez-Pérez ("Creditors"), through the undersigned counsel, and respectfully inform as follows:

1. On August 1, 2022 Creditors Luis Manuel Ramírez-Pérez and José Luis Ramírez-Pérez filed a Response and Reservation of Rights in Connection with the Four Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Allegedly not Liable (**Docket No. 21680**).

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

2. Said Response will be discussed at the Omnibus hearing scheduled for August 17, 2022.

3. The undersigned counsel wishes to participate at the Omnibus Hearing where Creditor's Response will be discussed.

4. Creditors Luis Manuel Ramírez-Pérez and José Luis Ramírez-Pérez are attaching as **Exhibit A** hereto the Party Appearance Sheet.

**WHEREFORE**, creditors Luis Manuel Ramírez-Pérez and José Luis Ramírez-Pérez respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of August 2022.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

**ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ José L. Ramírez-Coll**
JOSÉ L. RAMÍREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com