25 de julio de 2022

A quien pueda interesar:

Por este medio yo, Aurelio Moreno Soto, hago constar que soy retirado del Departamento de Educación de Puerto Rico, desde el 6 de abril de 2010. Completé 30 años "0" meses 2 semanas y 3 días de servicios acreditados. El 11 de junio de 1989, me gradué con el grado de maestría en Orientación y Consejería, de la Universidad de Puerto Rico, Recinto de Río Piedras. Desde ese mismo año, 1989, comencé a trabajar como orientador y consejero en el Departamento de Educación de Puerto Rico, hasta el año 2007.

La Ley de Carrera Magisterial tomó vigencia desde el año 1999 hasta el año 2005. Durante el transcurso de esos seis años la paga mensual aumentaría $375.00 por encima del sueldo regular. La ley requería el grado de Maestría en el área de trabajo; específicamente en lo que te graduaste. En mi caso en particular, yo cumplí con dichos requisitos. Estos requisitos me cualificaban para recibir los $375.00 mensuales, algo que no sucedió. Este impago me llevó, al igual que a otros miles de compañeros, a radicar una demanda de clases. Caso # 17-03283-LTS "Claim Number" o número de reclamo es (67535).

Este caso sobre la Carrera Magisterial es muy diferente al segundo caso reclamado que está basado en el aumento salarial de $100.00 que otorgó la gobernadora, para aquel entonces, Sila María Calderón; el cual cobró vigencia

en julio de 2002. Claramente se evidencia, en las dos reclamaciones que son diametralmente diferentes, una de la otra. Está completamente fuera de la realidad, el tan sólo pensar, que haya alguna duplicidad de solicitudes. Pues una está basada en la Ley de Carrera Magisterial de 1999 al 2005 y la otra solicitud está basada en el aumento salarial otorgado por Sila María Calderón, ex gobernadora de Puerto Rico, cuyo aumento cobró vigencia en julio 2002.

Con este escrito quiero adicionar algunos documentos, como evidencia a lo expuesto, a toda la evidencia ya expuesta durante estos 23 años de larga espera. Quisiera además, que se tomen en consideración los reclamos de otros compañeros maestros que están en el mismo bote que yo, en el mismo naufragio. Gracias por su atención al respecto. Reclamamos justicia. No queremos que estos ricos jueguen con nuestras habichuelas. Ya basta de tantas injusticias.

Honestamente,
Aurelio Moreno Soto
*[signature]*