**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

| | |
|---|---|
| Fecha Radicación | 17-nov-09 |
| Fecha Vencimiento | 27-may-10 |

10-OCT-08

Núm de Caso: 1840

**MORENO SOTO AURELIO**
Apellido Paterno, Materno, Nombre e Inicial

Sexo: ☐ Femenino ☑ Masculino

Fecha Nacimiento: 26-mar-1957
Categoría y Pueblo: SEC-ISABELA
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: EXT VILLA RITA
BB 12 CALLE 26
SAN SEBASTIAN PR 00685

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| Años 53 Meses 0 Días 10 | Años 30 Meses 0 Sem 2 Días 3 | $ 49,521.17 | Mensual $ 2,297.69  Anual $ 27,572.28 |

Fecha de Renuncia: 5-abr-10    Último Día de Pago: 5-abr-10
Fecha Efectividad Pensión: 6-abr-10    Cierre de Nómina: 27-may-10
Fecha Primer Pago Pensión: 15-Jun-10    Importe $ 2,297.69
Pago Global Retroactivo  Desde 6-abr-10  Hasta 31-may-10  Importe Total $ 4,212.44

**DESGLOSE DE DESCUENTOS**

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | $ 4,212.44 | $ 2,297.69 |
| Menos Descuentos: | Descuento | Descuento |
| Préstamos Personal (PP) Clave 47-000 | | |
| Cultural (PC) 45-000 | | |
| Hipotecario 36-000 | | |
| Financiero 57-059 | | |
| Aport. Individual 9% (Clave 26-001) | 505.47 | 275.72 |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 3,706.97 | $ 2,021.97 |

PAGADO 26 MAY 2010

Bonos:
☐ Bono Verano (PBV)   ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ALFONSO MARTINEZ SANCHEZ
Nombre del Empleado    Firma    Fecha 11-may-2010

NORMA I. PEÑA AGOSTO
Nombre Supervisor    Firma    Fecha

**PREINTERVENCIÓN DE DOCUMENTOS**  |  **USO DIRECTOR(A) AREA RETIRO**

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

MAY 18 2010

Aprobado por:
IVONNE L. ORTIZ VALLADARES
Nombre Director(a) o Representante Autorizado

**USO AREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina  Mes ___  ☑ 1ra ☐ 2da
Nombre Empleado ___  Firma ___  Fecha ___

Nómina Pago Global  Mes Junio  ☑ 1ra ☐ 2da  ☐ Off Cycle ☐ Pay Line
Nombre Empleado ___  Firma ___  Fecha 26/05/2010

Juan Agosto Castro
Nombre Supervisor    Firma    Fecha 22-Junio 2010

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.



**UNIVERSIDAD DE PUERTO RICO**
RECINTO DE RIO PIEDRAS
OFICINA DEL REGISTRADOR
RIO PIEDRAS, PUERTO RICO 00931

CERTIFICACION

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
NUM. DE ESTUDIANTE

CERTIFICO QUE   MORENO SOTO AURELIO

RECIBIO EN LA UNIVERSIDAD DE PUERTO RICO EL GRADO DE

MAESTRO EN EDUCACION
ORIENTACION Y CONSEJERIA

EL  11  DE   JUNIO   DE  1989.

EXPEDIDA EN RIO PIEDRAS, PUERTO RICO, EL
11 DE JUNIO DE 1989.

OR—R.P.6

POR EL REGISTRADOR

ILEANA RIVAS DE ROSA
REGISTRADOR AUXILIAR

# CERTIFICADO  DE MAESTRO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE INSTRUCCIÓN PÚBLICA
SAN JUAN DE PUERTO RICO

## EL SECRETARIO DE INSTRUCCIÓN PÚBLICA

POR LA PRESENTE CONFIERE A:

AURELIO MORENO SOTO

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

ORIENTADOR ESCOLAR

EN LAS ESCUELAS PÚBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 23 de junio DE 19 89 HASTA 30 de junio DE 19 95.

DADO EN SAN JUAN DE PUERTO RICO EL 21 de julio DE 19 89.

SECRETARIO DE INSTRUCCIÓN PÚBLICA

Número 4118

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

DEPARTAMENTO DE SALUD
Department of Health

202160

OFICINA DE REGLAMENTACION Y CERTIFICACION
Office of Regulation and Certification
DE PROFESIONALES DE LA SALUD
of Health Professionals

## CERTIFICADO DE REGISTRO
## (REGISTRY CERTIFICATE)

| | |
|---|---|
| NOMBRE (NAME) | AURELIO MORENO SOTO |
| PROFESIÓN (PROFESSION) | CONSEJERO PROFESIONAL |
| NÚM. DE LICENCIA (LICENSE NO.) | 000386 |
| NÚM. DE REGISTRO (REGISTRY NO.) | 127098 |
| VÁLIDO DESDE (VALID FROM) | 27/ABR/2019 |
| VENCE EN (DUE DATE) | 26/ABR/2022 |

CERTIFICAMOS QUE ESTE PROFESIONAL CUMPLIÓ CON EL REQUISITO ESTABLECIDO POR LA
(WE CERTIFY THAT THIS PROFESSIONAL HAS COMPLIED WITH REQUISITES ESTABLISHED)

LEY NÚM. 11 DE 23 DE JUNIO DE 1976 SEGÚN ENMENDADA.
(BY ACT NO.. 11 OF JUNE 23, 1976 AS AMENDED)

LA LICENCIA DEBERÁ RECERTIFICARSE A LA FECHA DE VENCIMIENTO O ANTES.
(THE LICENSE MUST BE RECERTIFY THE DATE DUE OR BEFORE)

DADA EN SAN JUAN, PUERTO RICO HOY.   25 DE FEBRERO DEL 2019
(GIVEN IN SAN JUAN, PUERTO RICO ON)



FIRMA AUTORIZADA (AUTHORIZED SIGNATURE)

### NO TRANSFERIBLE (NON TRANSFERABLE)
ADVERTENCIA: CUALQUIER ALTERACION O BORRADURA CANCELA ESTA CERTIFICACIÓN.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.
ESTE DOCUMENTO NO ES TRANSFERIBLE / THIS DOCUMENT IS NOT TRANSFERABLE.

2019022520220426709362