**Fecha de la vista: 17 de agosto de 2022, a las 9:30 a.m. (AST)**
**Fecha límite para responder: 1 de agosto de 2022, a las 4:00 p.m. (AST)**

---

**REVISE DETENIDAMENTE ESTA OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMACIÓN(ES).**

---

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores.[1] | PROMESA <br> Título III <br><br> Número 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA y el SRE.** |

**CUADRINGENTÉSIMA SEPTUAGÉSIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES DUPLICADAS**

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19 BK 5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los presentes casos de Título III se están administrando conjuntamente a los fines procesales únicamente, conforme al artículo 304(g) de PROMESA).

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

**Proof of Claim / Evidencia de reclamación**                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o redactar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantía. No adjunte documentos originales, ya que es posible que los documentos durante la destrucción luego de escaneados. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

Identify the Claim / Identifique la reclamación

**1. Who is the current creditor? / ¿Quién es el acreedor actual?**

Aurelio Moreno Soto

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410                           Proof of Claim                                      page 1

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | [X] No / No<br>[ ] Yes. From whom?<br>Sí. ¿De quién? _____ | |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br><br><br><br>7876405340<br>Contact phone / Teléfono de contacto<br><br>moreso3377@yahoo.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br><br><br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto | |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | [ ] No / No<br>[X] Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 67535<br>Filed on / Presentada el 06/28/2017 _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| | | |
|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | [X] No / No<br>[ ] Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | | |
|---|---|---|
| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | [ ] No / No<br>[X] Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de educacion |

| | | |
|---|---|---|
| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | [X] No / No<br>[ ] Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

8. **How much is the claim?** $ 48000 . Does this amount include interest or other charges?
¿Cuál es el importe de la reclamación? ¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. **What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Ley de Carrera Magisterial_

10. **Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales:

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso:
$_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

11. **Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso
$_____

Modified Official Form 410     Proof of Claim     page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.     $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Signature: *Aurelio Moreno soto*
Aurelio Moreno soto (Jul 14, 2022 20:34 EDT)
Email: moreso3377@yahoo.com

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: **Aurelio** **Moreno Soto**
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo: **Orientador**

Company / Compañía: **Departamento de Educacion de PR**
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: **Po box 1512**
Number / Número    Street / Calle

**San Sebastián**    **PR**    **00685**
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto: **7876405340**    Email / Correo electrónico: **moreso3377@yahoo.com**

Modified Official Form 410    Proof of Claim    page 4

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | DISALLOWED CLAIM # | DATE FILED | DEBTOR | DISALLOWED ASSERTED CLAIM AMOUNT | SURVIVING CLAIM # | DATE FILED | DEBTOR | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Moreno Soto, Aurelio | 67535 | 6/28/2018 | Commonwealth of Puerto Rico | $48,000.00 | 61451 | 6/28/2018 | Commonwealth of Puerto Rico | $9,500.00 |
| **Treatment:** | Claim to be Disallowed | | | | | | | |
| **Reason:** | Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | No. DE RECLAMO DESESTIMADO | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO FORMULADO DESESTIMADO | No. DE RECLAMO SOBREVIVIENTE | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO SOBREVIVIENTE |
|---|---|---|---|---|---|---|---|---|
| Moreno Soto, Aurelio | 67535 | 6/28/2018 | Commonwealth of Puerto Rico | $48,000.00 | 61451 | 6/28/2018 | Commonwealth of Puerto Rico | $9,500.00 |
| **Tratamiento:** | Reclamo a ser desestimado | | | | | | | |
| **Reason:** | Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 62589 PackID: 32 MMLID: 1603166-P SVC: 476 Omni
Moreno Soto, Aurelio
PO Box 1512
San Sebastian PR 00685

[Handwritten notes in margin:]
Prime Clerk Puertorico
Correo Cert 7/8/6/ Puesto fiero
Raul Hagmier Abogado
1 cuadro
Lupa - 8/6/22
H pecian - norvao Nevarts
Objection
V
Moreno C pag. 6 # 3/6/22
OSC→Fo
Tribunal de distrito

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---:|
| 79683 | PEREZ SANTIAGO, MARTHA E | Commonwealth of Puerto Rico | $ - |
| 81054 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 25,000 |
| 82795 | MARTINEZ RUIZ, GLORIA M. | Commonwealth of Puerto Rico | $ 30,000 |
| 83119 | MORALES ALVARADO, MIRIAM L. | Commonwealth of Puerto Rico | $ - |
| 84715 | CINTRON DIAZ, EFRAIN | Commonwealth of Puerto Rico | $ 5,800 |
| 84907 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 25,000 |
| 85382 | FARIA, CARMEN I. | Commonwealth of Puerto Rico | $ - |
| 86442 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 20,000 |
| 86488 | FIGUEROA FERNANDEZ, MARITZA E | Commonwealth of Puerto Rico | $ - |
| 91062 | MARI GONZALEZ, IRAIDA O. | Commonwealth of Puerto Rico | $ - |
| 97223 | PEREZ RODRIGUEZ, ROSANA | Commonwealth of Puerto Rico | $ - |
| 97579 | PEREZ SANTIAGO, MARTHA E. | Commonwealth of Puerto Rico | $ - |
| 101019 | PEREZ TORRES, FERNANDO E | Commonwealth of Puerto Rico | $ 39,600 |
| 149181 | PEREZ TORRES, FERNANDO E. | Commonwealth of Puerto Rico | $ - |
| 118508 | NIEVES DE SNYDER, DORIS N. | Commonwealth of Puerto Rico | $ - |
| 135489 | PADIN RODRIGUEZ, AIDA L. | Commonwealth of Puerto Rico | $ 5,670 |
| 140349 | PADIN-RODRIGUEZ, AIDA L. | Commonwealth of Puerto Rico | $ 5,670 |
| 151692 | DIAZ FEBO, LUZ O. | Commonwealth of Puerto Rico | $ - |
| 158080 | RIOS, YOLANDA ACEVEDO | Commonwealth of Puerto Rico | $ 4,200 |
| 158887 | ACEVEDO RIOS, YOLANDA | Commonwealth of Puerto Rico | $ 15,600 |
| 166183 | ADAMES LUGO, ROSA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 18,000 |
| 167729 | SANTOS CEDENO, BAUDILIA | Commonwealth of Puerto Rico | $ - |
| 67535 | MORENO SOTO, AURELIO | Commonwealth of Puerto Rico | $ 48,000 |
| 169996 | AROCHO RIVERA, HERIBERTO | Commonwealth of Puerto Rico | $ - |
| 178811 | SANTANA DIAZ, AUREA L. | Commonwealth of Puerto Rico | $ - |
| 29481 | CORDERO MALDONADO, MARIA DEL C | Commonwealth of Puerto Rico | $ 15,000 |
| 169151 | RODRIGUEZ ALOYO, JUSTINIANO | Commonwealth of Puerto Rico | $ - |
| 115744 | TORRES ROSARIO, NANCY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 32,652 |
| 78765-1 | DIAZ MORALES, AZLIN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 39,605 |
| 31975 | DE LOS SANTOS VALLES, MARCOS A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 47926 | LUGO BEAUCHAMP, NIDYVETTE | Commonwealth of Puerto Rico | $ - |
| 11703 | MADERA ROSARIO, ELIEZER | Commonwealth of Puerto Rico | $ - |
| 2805 | ROBLES, CARLOS MALDONADO | Commonwealth of Puerto Rico | $ 11,515 |
| 27198 | SANTIAGO ROSADO, HERIBERTO | Commonwealth of Puerto Rico | $ - |
| 41575 | TORRES TRAVERSO, JOSE E | Commonwealth of Puerto Rico | $ - |
| 62584 | ACEVEDO RUIZ, ALEXANDER | Commonwealth of Puerto Rico | $ 22,238 |
| 41028 | ADORNO RODRIGUEZ, CARLOS M. | Commonwealth of Puerto Rico | $ 30,000 |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---:|
| 144912 | DEVARIE CORA, HERMINIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 102927 | TORRES CAMPUSANO, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 103025 | LOPEZ ORTIZ, RUTH N. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 109312 | MEDINA RIVERA, NYDIA ANNIE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 127631 | ISAAC CANALES, OLGA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 131085 | MALDONADO ORTIZ, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 142001 | TORRES CAMPUSAÑO, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 143180 | HERNANDEZ MELENDEZ, ROSE M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 175689 | REYES NIEVES, NICOLAS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 38,250 |
| 40271 | HERNANDEZ, JESSICA FERNANDEZ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 52,800 |
| 48968 | COLLAZO MORINGLANE, WILLIAM O | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 49231 | ROSALY GERENA, DIONISIO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 7367 | MENDEZ PADILLA, LUIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 27,080 |
| 89531 | ALVARADO COLON, MARIBEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 1,500 |
| 105579 | DOMINGUEZ GONZALEZ, ADA IRIS | Commonwealth of Puerto Rico | $ 19,687 |
| 106267 | LORENZO ALEVS, VICTOR | Commonwealth of Puerto Rico | $ 1,300 |
| 107940 | TORRES CAMPUSANO, MAGDALENA | Commonwealth of Puerto Rico | $ - |
| 119301 | LOPEZ ORTIZ, RUTH N | Commonwealth of Puerto Rico | $ - |
| 123483 | GONZALEZ MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ - |
| 126018 | TORRES CAMPUSANO, SONIA M. | Commonwealth of Puerto Rico | $ - |
| 129266 | PEREZ TORRES, FERNANDO. E. | Commonwealth of Puerto Rico | $ - |
| 130584 | GONZALEZ-MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ - |
| 130675 | MALDONADO RIVERA, MARIA DEL CARMEN | Commonwealth of Puerto Rico | $ - |
| 132847 | DIEZ DE ANDINO-RODRIGUEZ, MARIA S. | Commonwealth of Puerto Rico | $ 20,000 |
| 133878 | MALDONADO RIVERA, MARIA DEL CARMEN | Commonwealth of Puerto Rico | $ - |
| 138812 | ARILL TORRES, CARLOS M. | Commonwealth of Puerto Rico | $ 15,000 |
| 152879 | GONZALEZ - MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ - |
| 152966 | CARDINA RIVERA, WILMER A. | Commonwealth of Puerto Rico | $ - |
| 153104 | ALVARADO CINTRON, JOSE A. | Commonwealth of Puerto Rico | $ 3,600 |
| 156939 | RODRIGUEZ ESTRADA, INES | Commonwealth of Puerto Rico | $ 8,400 |
| 31399 | RIVERA VEGUILLA, MARIA T | Commonwealth of Puerto Rico | $ 5,938 |
| 36956 | CALDERIN GARCIA, MARIA M. | Commonwealth of Puerto Rico | $ - |
| 51198 | BARRETO RAMOS, JOSE R. | Commonwealth of Puerto Rico | $ 14,000 |
| 56649 | OSORIO ROSA, MARIS A | Commonwealth of Puerto Rico | $ - |
| 61973 | COLON COLON, NITZA M. | Commonwealth of Puerto Rico | $ - |
| 73184 | MARI GONZALEZ, IRAIDA O. | Commonwealth of Puerto Rico | $ - |
| 79637 | PEREZ SANTIAGO, MARTHA | Commonwealth of Puerto Rico | $ - |

reclamaciones han sido transferidas al proceso de Reconciliación de Reclamaciones Administrativas para su resolución utilizando procesos administrativos habituales de los Deudores.

16. Esta Cuadringentésima septuagésima sexta objeción global se radica de conformidad con los Procedimientos Enmendados relativos a Objeciones Globales del Tribunal.

### OBJECIONES A EVIDENCIAS DE RECLAMACIONES

17. Los Procedimientos Enmendados relativos a Objeciones Globales permiten a los Deudores radicar una objeción global a varias evidencias de reclamaciones sobre cualquiera de las bases recogidas en las reglas 3007(d)(1) a (7) de las Reglas Federales del Procedimiento de Quiebra (*Federal Rule of Bankruptcy Procedure*), así como sobre otras bases sustantivas establecidas en los Procedimientos Enmendados relativos a Objeciones Globales.

18. La Cuadringentésima septuagésima sexta objeción global pretende que se rechacen, de conformidad con la regla 3007(d)(1) de las Reglas Federales del Procedimiento de Quiebra y los Procedimientos Enmendados relativos a Objeciones Globales, reclamaciones que estén sustancialmente duplicadas con respecto a otras evidencias de reclamaciones radicadas en el marco de los Casos de Título III.

19. Como se establece en el **Anexo A** del presente documento, las reclamaciones identificadas en la columna titulada "Reclamaciones que han de ser rechazadas" (conjuntamente, "Reclamaciones que han de ser rechazadas") alegan las mismas responsabilidades contra el ELA y/o SRE que las reclamaciones identificadas en la columna titulada "Reclamaciones Restantes" (cada una denominada una "Reclamación Restante" y conjuntamente, las "Reclamaciones Restantes"). En algunos casos, las Reclamaciones que han de ser rechazadas fueron radicadas en nombre de los mismos reclamantes que en las Reclamaciones Restantes, establecen los mismos fundamentos para la reclamación (por ejemplo, obligaciones laborales supuestamente impagadas), adjuntan la misma documentación y/o reclaman un mismo monto que las Reclamaciones

8

procedimientos enmendados en la que solicitaron, entre otras cosas, que se les permitiera radicar objeciones globales sobre unas bases sustantivas, aumentar el número de reclamaciones que pudieran incluirse en una objeción y aprobar formas de notificación adicionales. *Notificación de vista en relación con una Orden que A) apruebe Procedimientos Enmendados relativos a Objeciones Globales, B) exima los requisitos contenidos en la regla 3007(e) de las Reglas de Quiebras, C) apruebe formas de notificación adicionales y D) conceda el remedio relacionado* [ECF Número 7091]. El 14 de junio de 2019, el Tribunal concedió el remedio solicitado por medio de la *Orden que A) aprueba Procedimientos Enmendados relativos a Objeciones Globales, B) exime los requisitos contenidos en la regla 3007(e) de las Reglas de Quiebras, C) aprueba formas de notificación adicionales y D)* concede el remedio relacionado [ECF Número 7440] (los "Procedimientos Enmendados relativos a Objeciones Globales").

15. Conforme a los Procedimientos Iniciales relativos a Objeciones Globales y los Procedimientos Enmendados relativos a Objeciones Globales, el Tribunal ha celebrado hasta la fecha más de 25 vistas y ha dictado órdenes sobre más de 315 objeciones globales radicadas por el ELA, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"), la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT"), la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") y/o el SRE. Sobre la base de las resoluciones y órdenes del Tribunal dictadas hasta la fecha, y de la retirada de determinadas reclamaciones conforme al Plan, aproximadamente 102,469 reclamaciones que reivindicaban $43 billones en responsabilidad contra el ELA, COFINA, la ACT, la AEE, la AEP y el SRE fueron rechazadas y retiradas del registro de reclamaciones en el marco de los procedimientos radicados conforme al Título III. Además, aproximadamente 44,700

*[Anotación manuscrita superior:]* Hace ver al maestro puertorriqueño como cometedor de fraude denigrando el honor, la dignidad e inteligencia del maestro socavando sus valores

Restantes. En otros casos, los formularios de evidencias de reclamaciones sometidos por las Reclamaciones Restantes y las Reclamaciones que han de ser rechazadas no son exactamente idénticos, pero tanto las Reclamaciones Restantes como las Reclamaciones que han de ser rechazadas alegan las mismas responsabilidades en nombre del mismo reclamante e invocan la misma documentación justificativa. En consecuencia, las Reclamaciones que han de ser rechazadas constituyen duplicados con respecto a una o más Reclamaciones Restantes.

*[Anotaciones manuscritas al margen:]* Falso / una afrenta Falso al maestro / Falso / Falso

20. Si las Reclamaciones que han de ser rechazadas no son rechazadas, ello resultaría en que los correspondientes reclamantes obtuvieran potencialmente una recuperación duplicada no justificada contra los Deudores en detrimento de otras partes interesadas en los Casos de Título III. Los titulares de las Reclamaciones que han de ser rechazadas no se verán perjudicados por el hecho de que se rechacen sus reclamaciones, puesto que cada uno de ellos mantendrá una Reclamación Restante contra los Deudores, según se establece en el **Anexo A** del presente documento. Puesto que esta Cuadringentésima septuagésima sexta objeción global a las Reclamaciones que han de ser rechazadas no constituye una objeción a las Reclamaciones Restantes, los Deudores se reservan el derecho a oponerse a las Reclamaciones Restantes sobre la base de cualquier otro motivos que fuere.

*[Anotaciones manuscritas al margen:]* → Falso / Ambigüedad en el mensaje → Falso

21. En apoyo de lo anterior, los Deudores invocan la *Declaración de Jay Herriman en apoyo de la Cuadringentésima septuagésima sexta objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones Duplicadas*, de fecha 1 de julio de 2022, adjunta al presente como **Anexo B**.

*[Anotaciones manuscritas al margen:]* → Conducta, acción y declaración aberrante e incierta fuera de la realidad y plagada de mentiras / Cometió Perjurio / Quién lo mete preso

## NOTIFICACIÓN

22. De conformidad con los Procedimientos Enmendados relativos a Objeciones Globales y la Orden de Notificación del Tribunal, los Deudores han notificado la presente

9

Cuadringentésima septuagésima sexta objeción global a) a los acreedores individuales objeto de esta Cuadringentésima septuagésima sexta objeción global, b) al U.S. Trustee, y c) a la Lista maestra de notificaciones (según se define en los *Procedimientos de administración de casos enmendados Número 16* [ECF Número 20190-1]), disponibles en el sitio web de casos de los Deudores, en https://cases.ra.kroll.com/puertorico/. Una copia de la notificación relativa a esta Cuadringentésima septuagésima sexta objeción global se adjunta al presente como **Anexo C**. Las traducciones al español de la Cuadringentésima septuagésima sexta objeción global y de la totalidad de los anexos adjuntos al presente se están radicando con la presente objeción y se trasladarán a las partes. Los Deudores sostienen que, dada la naturaleza del remedio solicitado, no es necesario enviar ninguna otra notificación.

## AUSENCIA DE SOLICITUDES PREVIAS

23. No se ha radicado ninguna solicitud de remedio previa a la presente Cuadringentésima septuagésima sexta objeción global ni ante este Tribunal ni ante ningún otro órgano judicial.

*[El resto de la página se deja en blanco intencionadamente.]*