Exhibit C

Aurelio Moreno Soto
Urb. Jardines de Guerrero
Aguadilla, P.R. 00603
email: moreso3377@yahoo.com
Tel: 787-640-5340

Re: #67535
#61451

Caso # 17 BK 3283-LTS

Someto réplica c/m evidencias de que fui empleado del Departamento de Educación de P.R. hasta mi retiro en abril 2010.
- Ley de Sila M. Calderón - aumento de $100.00 no otorgados
- Demanda de clase, Ley Carrera Magisterial 1999-2005, Consejeros Escolares

20 febrero 2020

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

# CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. AURELIO MORENO SOTO**, con número de seguro social que termina en **1953**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 6 de abril de 2010 |
| Tiempo Cotizado para la Pensión | 30 años, 0 meses, 2 semana y 3 días |
| Fecha de Efectividad de la Renuncia | 5 de abril de 2010 |
| Fecha de Efectividad de la Pensión | 6 de abril de 2010 |
| Pensión Mensual Actual | $2,297.69 |

Esta certificación se expide hoy, 10 de febrero de 2020 en San Juan, Puerto Rico.

Edgardo Negron Ramirez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico

5-Abril-2010
Ley 91

FORM. 409 Rev.: 99



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

Pagarle ____ días por vacaciones regulares en julio

Descontarle _____ días por ausencias

### Informe de Cambio – Personal Docente

| | ANTES DEL CAMBIO | DESPUÉS DEL CAMBIO |
|---|---|---|
| 1. Nombre del Empleado | AURELIO MORENO SOTO | |
| 2. Número de Seguro Social | 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 | |
| 3. Lugar y Fecha de Nacimiento | San Sebastián 26 de marzo 1957 | |
| 4. Sexo | M. | |
| 5. Estado Civil | C. | |
| 6. Preparación Académica | MA. (21) | |
| 7. Experiencia | 30 años | |
| 8. Status del Empleado (Contrato) | Permanente (01) | |
| 9. Sueldo Bruto | $3,145.00 | |
| 10. Número del Puesto | R04554 | |
| 11. Categoría del Puesto | MAESTRO EDUCACIÓN FÍSICA-SECUNDARIA | |
| 12. Nivel del Puesto (Directivo) | | |
| 13. Fondo | Estatal | |
| 14. Cifra de Cuenta | E1110-221-08100000-0000-00100-2010 | |
| 15. Fecha de Efectividad | 5 de abril de 2010 | |
| 16. Acción y Duración | Renuncia | |
| 17. Causa del Cese | Jubilación | RECIBIDO APR 26 2010 |
| 18. Último Día de Trabajo | 5 de Abril de 2010. | |
| 19. Último Día de Pago | 23 de Sept. de 2010. 9:05 A.M. | |
| 20. Programa Escolar, Nivel y Grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | Isabela (035) | |
| 23. Escuela | José C. Rosario | |
| 24. Dirección Postal y Residencial Calle 26 BB-12 Ext. Villa Rita San Sebastián, PR. 00685 Calle Arboreta F-14 Urb. Jardines de Guerrero, Aguadilla, PR. 00603 | | 25. Teléfono Residencial (787) 640-5340 |

26. Observaciones: SRM Y AEELA SE ACOGE A LOS BENEFICIOS DE LA LEY.NUM.91 DE 29/MAR./2004.P/ GLOBAL VAC. REG.32-0-29 DEL 6/ABRIL/10. AL 20/MAYO/10. 8:29 A.M.Y ENF.86-0-36 DEL 20/MAYO/10. 8:29 A.M. AL 23/SEPT./10. 9:05 A.M. AÑOS DE SERVICIO

27. En caso de cambio de status a probatorio o permanente, traslado, reasignación permanente o descenso.

29. Deseo: ____ Acogerme ____ No Acogerme
Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatorio o permanente.

Firma del empleado / Fecha

28. Recomendado
Ana N. Méndez Barreto     11 de febrero de 2010
Directora Regional          Fecha

Firma del empleado / Fecha

30. Recomendado
_____
Director de Escuela / Fecha

31. Aprobado por: El Secretario de Educación o su Representante.
Firma

Fecha

Si el nombramiento es con status transitorio p_sional, el mismo constituye un CERTIFICADO _VISIONAL DE MAESTRO.