*1999 → 2005*  $27,000 Carr. Magist. $375 Mensuales Julio

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



U.S. POSTAGE >> PITNEY BOWES

ZIP 11232  $ 000.35⁰
02 4W
0000349804 AUG 09. 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 67535

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Aurelio Moreno Soto
HC 3 Box 30403
Aguadilla, PR 00603

Número de Evidencia de Reclamación
Reclamante: #67535 Aurelio Moreno Soto

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   
   _Ley de Carrera Magisterial $375.00 mensuales_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   
   _$27,000.00 + Intereses_

   _Nota: El valor del dinero desde el año 1999 hasta ahora el 2022 no es el mismo, prácticamente se duplica. Súmale además los intereses. Especulo que sobrepasa los $50,000.00_

*Número de Evidencia de Reclamación:* #67535
*Reclamante:* Aurelio Moreno Soto

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación de Puerto Rico 1982-2010.

3(b). Identifique las fechas de su empleo con relación a su reclamación: Julio 1999 a Julio 2005

3(c). Últimos cuatro dígitos de su número de seguro social: 1953

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

Ley de Carrera Magisterial año 1999 hasta 2005 a razón de $375.00 mensuales.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ☐ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: United States Bankruptcy Court for the District of Puerto Rico (San Juan)

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso: Commonwealth of Puerto Rico

2



Gobierno de Puerto Rico
Sistema de Retiro para Maestros

*# Reclamación 67535*
*Aurelio Moreno Soto*

16 de junio de 2010

Prof. Aurelio Moreno Soto
HC 3 Box 30403
Aguadilla Puerto Rico 00603

Estimado profesor Moreno:

Para los efectos que estime pertinente, le certificamos que recibe una pensión del Sistema de Retiro para Maestros, que asciende a $2,297.69 mensual, equivalente a 27,572.28 anual.

Estamos en la mejor disposición de brindarle cualquier información adicional que estime necesaria.

Cordialmente,

Carmen I. Figueroa Fernández
Supervisora
Servicios de Información
Sucursal de Mayagüez

CIFF/apc

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No. 67535**  **Creditor Name: Moreno Soto, Aurelio**

| | | |
|---|---|---|
| (1) | Nombre Completo | Aurelio Moreno Soto |
| (2) | Número de teléfono | (787) 640-5340 |
| (3) | Número de empleado | Retirado |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Trabajé desde 1982 hasta marzo de 2010, dentro de la sala de clases. Lugar: Departamento de Educación de P.R. Retirado Julio-2010 |
| (5) | Correo electrónico | moreso3377@yahoo.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 1953 |
| (7) | Número de caso administrativo o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) <br><br> #17-03283 |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | En mi caso #67535 está basado en la ley de Carrera Magisterial. Aquí cualificaban los que tenían el grado de maestría en sus áreas de trabajo. Este fue mi caso, pues yo me gradué de la Universidad de Puerto Rico para el año 1988, como Orientador Consejero Escolar. Desde que comenzó la ley de Carrera Magisterial desde el año 1999 hasta 2005, yo estuve trabajando como orientador escolar. Incluyase en la demanda el costo de vida y los intereses desde 1999 hasta el momento de hoy día, por dicha suma de dinero a pagar. $275 mensuales. Dinero que dejaron de pagarme |

*** Attach any supporting documentation you may have related to your claim. ***

Exhibit A

# EMPLOYEE RESPONSE LETTER

**Claim No. 67535**   **Creditor Name:** Moreno Soto, Aurelio

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, *other than the Title III case*.) |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*

