2002 → 2010   $9,500.⁰⁰ Aumento Sila - $100.⁰⁰ mensual Julio

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

10 AUG '18
PM 6 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

U.S. POSTAGE ›› PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 10 2018

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 6/28/2018
Proof of Claim No.: 61451

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Aurelio Moreno Soto
HC 3 Box 30403
Aguadilla, PR 00603

919703

Número de Evidencia de Reclamación:
Reclamante: #61451 Aurelio Moreno Soto

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. ¿Cuál es el fundamento de su reclamación?
   - ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)
   
   Aumento $100.ºº mensuales por Sila Calderón Gobernadora

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   $9,500.00 + intereses.

Nota: El valor monetario del dólar en el 2002, no es el mismo para el 2022. Podría duplicarse. Súmale además los intereses. Especulo que podría pasar de los $50,000.ºº.

Número de Evidencia de Reclamación:
Reclamante: #61451 Aurelio Moreno Soto

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación de Puerto Rico 1982→2010.

3(b). Identifique las fechas de su empleo con relación a su reclamación: Julio de 2002 a Julio de 2010.

3(c). Últimos cuatro dígitos de su número de seguro social: 1953

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

$100.00 mensuales desde Julio 2002 hasta Julio 2010. Aumento salarial otorgado por María Sila Calderón, gobernadora de P.R.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de Educación de Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: United States Bankruptcy Court for the Distit of P.R. (San Juan)

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso: Commonwealth of Puerto Rico

2

Número de Evidencia de Reclamación: #61451
Reclamante: Aurelio Moreno Soto

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

Pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

6/28/2018 $9,500.00 sin los intereses y costo de vida

3

Número de Evidencia de Reclamación:
Reclamante: #67535 Aurelio Moreno Soto

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
Pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
6/28/2018 $48,000.00 Sin el costo de vida e intereses.

3

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No. 61451**     **Creditor Name:** Moreno Soto, Aurelio

| | |
|---|---|
| (1) Nombre Completo | Aurelio Moreno Soto |
| (2) Número de teléfono | (787) 640-5340 |
| (3) Número de empleado | Retirado |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico desde 1982 hasta 2010. Retirado en Julio/2010. |
| (5) Correo electrónico | moreso3377@yahoo.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 1953 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br><br>#17-03283 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | El caso #61451, está basado al aumento salarial otorgado por la gobernadora de Puerto Rico para esa fecha, Sila María Calderón. Dicho aumento salarial cobró vigencia en julio de 2002 y culminó con mi retiro en julio de 2010. Dicho aumento fue por la cantidad de $100.00 dólares mensuales.<br><br>Inclúyase el costo de vida y los intereses a pagar por dicha suma, hasta el día de hoy. |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*





Gobierno de Puerto Rico
Sistema de Retiro para Maestros

Claim # 61451
Aurelio Moreno Soto

16 de junio de 2010

Prof. Aurelio Moreno Soto
HC 3 Box 30403
Aguadilla Puerto Rico 00603

Estimado profesor Moreno:

Para los efectos que estime pertinente, le certificamos que recibe una pensión del Sistema de Retiro para Maestros, que asciende a $2,297.69 mensual, equivalente a 27,572.28 anual.

Estamos en la mejor disposición de brindarle cualquier información adicional que estime necesaria.

Cordialmente,

Carmen I. Figueroa Fernández
Supervisora
Servicios de Información
Sucursal de Mayagüez

CIFF/apc

PO Box 191879 San Juan, P.R. 00919-1879 Teléfonos (787) 754-8611 ó (1) (888) 981-8611
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr