**FROM:**

Dr. Aurelio Moreno Soto
PO Box 1512
San Sebastián, P.R. 00685



**TO:**

Secretaria Tribunal de Distrito de los
Estados Unidos
#150 Ave. Chardón
Edificio Federal, San Juan, P.R.
00918