**Exhibit A**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors.[1] | PROMESA Title III <br><br> No. 17-BK-3283-LTS <br> (Jointly Administered) |
| DRIVETRAIN, LLC, in its capacity as the trustee of the Commonwealth Avoidance Actions Trust, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAYS CAPITAL, *et al.*, <br><br> Defendants. | Adv. Proc. No. 19-280-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER

This matter is before the Court on the *Unopposed Motion of Avoidance Actions Trustee for Entry of Order Extending Stay of Adversary Proceeding* (Dkt. No. 41) (the "Motion"). Pursuant to the Court's prior order granting the Avoidance Actions Trustee's (the "Trustee") unopposed motion to stay this Adversary Proceeding (Dkt. No. 40), this Adversary Proceeding is currently stayed in all respects for a period of 90 days from the March 15, 2022 effective date of the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (the "Initial Stay"). Taking note of the lack of objection, and finding good cause for the requested relief, the Court hereby ALLOWS the Motion as follows:

1. The Initial Stay is extended through and including **September 15, 2022** (the "Extended Stay").

2. The Trustee shall file any amended complaint on or before the date of expiration of the Extended Stay.

3. The Trustee and the Defendants shall meet and confer regarding a schedule for the Defendants to answer, move to dismiss, or otherwise respond to any complaint in the Adversary Proceeding. If the parties are unable to reach an agreed schedule, and absent further relief from the Court, the Defendants shall answer, move to dismiss, or otherwise respond to any complaint in the Adversary Proceeding no later than 150 days after the date of expiration of the Extended Stay.

4. This Order is without prejudice to any argument, defense, or claim that the Trustee or any Defendant may assert in the Adversary Proceeding.

5. The Court shall retain exclusive jurisdiction to enforce this Order and over any and all disputes arising out of or otherwise relating to this Order.

This Order resolves Dkt. No. 41.

SO ORDERED.

/s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 10, 2022