## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS
## <u>SCHEDULED FOR THE HEARING ON AUGUST 17-18, 2022</u>

| | |
|---|---|
| **Time and Date of Hearing:** | **Immediately upon the conclusion of the Confirmation Hearing, which will commence on Wednesday, August 17, 2022**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., and continue, if necessary, **Thursday, August 18, 2022**, beginning at 9:30 a.m. **(Atlantic Standard Time)** |
| | Honorable Laura Taylor Swain, United States District Judge |
| | Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | <u>**The Hearing will be conducted in-person and virtually via videoconferencing and telephonic platforms.**</u> |

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**In-Person**:  **Courtroom 3**
United States District Court for the District of Puerto Rico
**150 Carlos Chardón Street, Federal Building**
**San Juan, P.R. 00918-1767**

**Video Teleconference**:  The hearing will be broadcast by **video teleconference in Courtroom 17C**[2] of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Telephonically via CourtSolutions.**

Participation:  Pursuant to the *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17-18, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 21494; Case No. 17-3567, ECF No.1270] attached to this Agenda as **Exhibit A** (the "Procedures Order"), counsel for any party-in-interest and any individual party not represented by counsel that wishes to participate in the hearing must file an Informative Motion in accordance with paragraph 6 of the Procedures Order.

Attorneys who have entered an appearance in the Title III proceedings have the option to register for a live participation line or listen-only line by registering with CourtSolutions at www.court-solutions.com.  Each party shall be limited to registering a maximum of three live participation lines.  There will be no limitation on the registration of listen-only lines for attorneys who have entered appearances in these proceedings

Listen-Only Public Access to the Hearing:  Members of the public, press, and attorneys **may listen to (but not view or participate in)** the hearing by dialing (888) 363-4749 and entering the access code (7214978) and security code (6788) when prompted.

**Copies of Documents:**      Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

---

[2] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

## I.   STATUS REPORTS

1. **Report from the Oversight Board.**

   Description:  Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (iv) the anticipated timing and volume of objections to claims.

   Speakers:  Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

   Description:  Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written Status Report prior to the hearing.  AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

   Speakers:  Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II.   FEE APPLICATION RELATED MATTERS

1. **Fee Examiner's Ninth Interim and Semi-Annual Fee Application**.  Ninth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2021 through March 31, 2022 **[Case No. 17-3283, ECF No. 21592]**

   Description:  Ninth interim and consolidated semiannual application of the Fee Examiner and Godfrey & Kahn, S.C., counsel to the Fee Examiner, for allowance of compensation for services rendered and reimbursement of expenses for the period from October 1, 2021 through March 31, 2022.

   Objection Deadline:  August 16, 2022 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A.  None.

Related Documents:
 A. None.

Status: This matter is going forward.[3]

Estimated Time Required: N/A.

2. **Fee Examiner's Report on Uncontested Pre-PRRADA Professional Fee Matters for Consideration in Connection with the August 17, 2022, Omnibus Hearing [Case No. 17-3283, ECF No. 21813]**

Description: The Fee Examiner, Brady C. Williamson, will present his report on the (i) status of interim and final review process in light of PRRADA and HTA Plan confirmation; and (ii) summary of uncontested fee applications for interim periods through and including the Thirteenth Interim Fee Period.

Status: This matter is going forward.[4]

Estimated Time Required: N/A.

## III. UNCONTESTED MATTERS

1. **Four Hundred Eighty-First Omnibus Objection**. Four Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 21427]**

Objection Deadline: August 1, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A. Response and Reservation of Rights in Connection with Four Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Allegedly Not Liable, filed by creditors Luis Manuel Ramírez-Pérez and José Luis Ramírez-Pérez **[Case No. 17-3283, ECF No. 21680]**

Reply, Joinder & Statement Deadlines: August 9, 2022, at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and August 10, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

---

[3] Eyck Lugo and Brady C. Williamson will be available to respond to any questions or objections regarding this matter, otherwise Eyck Lugo and Brady C. Williamson do not intend to speak on this matter. If any timely objections are filed, an amended agenda will be filed to reflect the (i) names of speakers who will present at the hearing, (ii) time allocations for each speaker, and (iii) the order in which speakers will present.

[4] Eyck Lugo and Brady C. Williamson will be available to respond to any questions or objections regarding this matter, otherwise Eyck Lugo and Brady C. Williamson do not intend to speak on this matter. If any timely objections are filed, an amended agenda will be filed to reflect the (i) names of speakers who will present at the hearing, (ii) time allocations for each speaker, and (iii) the order in which speakers will present.

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Response Filed by Luis Manuel Ramírez-Pérez and José Luis Ramírez-Pérez [ECF No. 21680] to the Four Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 21810]**

Related Documents:
    A.  Request of Extension of Time to Reply to the Four Hundred Eighty – First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and It's Employee's Retirement System to Claims the Debtors Allege Are Not Liable, filed by claimants Aníbal Arroyo Bolerin, Rosa Idalia Orengo Rohena, Ada Norely López Santiago, and Arinda Colón Colón **[Case No. 17-3283, ECF Nos. 21670 & 21671]**

    B.  Order Granting Motion for Extension of Time to Respond to the Four Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 21681]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
    A.  Movants:
        1.  **FOMB**: Brian S. Rosen and/or Libbie B. Osaben, 3 minutes
    B.  Responding Parties:
        1.  **Luis Manuel Ramírez-Pérez and José Luis Ramírez-Pérez**: José L. Ramírez-Coll, 5 minutes
    C.  Movants:
        1.  **FOMB**: Brian S. Rosen and/or Libbie B. Osaben, 2 minutes

2.  **Four Hundred Eighty-Second Omnibus Objection**.  Four Hundred Eighty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims That Are Partially Satisfied and Partially Assert Amounts for Which PREPA Is Not Liable **[Case No. 17-3283, ECF No. 21434]**

Objection Deadline:  August 1, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Peerless Oil & Chemicals, Inc. Response to the Four Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Electric Power Authority to Claims That Are Partially Satisfied and

5

Partially Assert Amounts for Which PREPA Is Not Liable **[Case No. 17-3283, ECF No. 21664]**

Reply, Joinder & Statement Deadlines:  August 9, 2022, at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and August 10, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
    A.  Movants:
        1.  **FOMB**: Brian S. Rosen and/or Libbie B. Osaben, 5 minutes

3. **Debtor's Motion for Order Extending the Deadline to File Objections to Proofs of Claim**.  Debtors' Motion for an Order Extending the Deadline to File Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 21601]**

Description:  Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and  the Puerto Rico Public Buildings Authority's motion for an order granting an extension of the deadline to file objections to proofs of claim that remain asserted against the Debtors.

Objection Deadline:  August 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Response of Official Committee of Unsecured Creditors to Debtors' Motion for Order Extending Deadline to File Objection to Proofs of Claim **[Case No. 17-3283, ECF No. 21705]**

Reply, Joinder & Statement Deadlines:  August 9, 2022, at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and August 10, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  Debtors' Reply to Response of Official Committee of Unsecured Creditors to Debtors' Motion for Order Extending Deadline to File Objection to Proofs of Claim **[Case No. 17-3283, ECF No. 21805]**

Related Documents:

6

A.  None

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A.  Movants:
        1.  **FOMB**: Brian S. Rosen, 6 minutes
   B.  Response Parties:
        1.  **UCC**: Luc A. Despins, 2 minutes
   C.  Movants:
        1.  **FOMB**: Brian S. Rosen, 2 minutes

## IV.   **CONTESTED MATTERS**

1.  None.

## V.   **ADJOURNED MATTERS**

1.  **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**.  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

   Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

   Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
        A.  United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

   Reply, Joinder & Statement Deadlines:  December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
        A.  COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

7

Related Documents:

A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

X. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21708; Case No. 17-3284, ECF No. 776]**

Status:  This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required:  N/A.

2. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description:  Hearing on the portion of PREPA's motion for an order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline:  September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. None.

Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. None.

Related Documents:
A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

C.  Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

D.  Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

E.  Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F.  Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G.  Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H.  Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I.  Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J.  Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K. Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L. Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M. Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3. **Community Health Foundation's Administrative Claim Motion.**  Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

Objection Deadline:  May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

Reply, Joinder & Statement Deadlines:  September 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. None.

Related Documents:
A. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

B. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

C. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

D. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

F. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

G. Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

H. Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

I. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

J. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

K. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20556]**

L. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20568]**

M. Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 21006]**

N. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21110]**

O. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21116]**

P. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21456]**

Q. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21461]**

    R.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21750]**

    S.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21782]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

4.  **Ricoh Puerto Rico Inc.'s Objection to Cure Amounts**.  Ricoh Puerto Rico Inc.'s Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19498]**

Description:  Objection by Ricoh Puerto Rico Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  September 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
    A.  None.

Related Documents:
    A.  Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

    B.  Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

    C.  Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

    D.  Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

    E.  Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

    F.  Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

    G.  Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

H.  Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

I.  Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J.  Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K.  Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L.  Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M.  Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N.  Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O.  Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P.  Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Status:  This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required:  N/A.

5.  **Ramhil Developers Inc.'s Objection to Cure Amount**.  Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:  Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  September 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
    A.  None.

Related Documents:

A.   Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

B.   Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

C.   Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

D.   Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

E.   Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

F.   Urgent Motion Submitting Eleven (11) Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

G.   Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

H.   Motion Submitting Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* **[Case No. 17-3283, ECF No. 20186]**

I.   Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J.   Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K.   Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L.   Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M.   Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N.   Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O.  Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P.  Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Status:  This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required:  N/A.

6. **Evertec's Administrative Expense Claim Motion.**  Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 21187]**

Description:  Evertec Group, LLC's motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  None.

Reply, Joinder & Statement Deadlines:  September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A.  None.

Related Documents:
A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

Status:  This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required:  N/A.

7. **Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion.** Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 **[Case No. 17-3283, ECF No. 21191]**

Description: Ricoh Puerto Rico, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline: August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

   E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

Status: This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required: N/A.

8. **Blanca Iris Marrero's Administrative Expense Claim Motion.** Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21192]**

Description: Blanca Iris Marrero's motion for an order allowing payment of her administrative expense claim.

Objection Deadline: August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

18

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

<u>Status</u>:  This matter has been adjourned to September 21, 2022 omnibus hearing.

<u>Estimated Time Required</u>:  N/A.

9. **<u>Administrative Expense Claim Motion by Plaintiffs in CASP Case No. 2016-05-1340 (Madeline Acevedo Camacho Litigation)</u>.**  Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 21194]**

<u>Description</u>:  Motion by plaintiffs in Case No. 2016-05-1340 for an order allowing payment of their administrative expense claim.

<u>Objection Deadline</u>:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Debtor's Objection To Application For Allowance And Payment Of Administrative Expense Claims Filed By Group Wage Creditors In The Madeline Acevedo Camacho Litigation **[Case No. 17-3283, ECF No. 21640]**

<u>Reply, Joinder & Statement Deadlines</u>:  September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A.  None.

Related Documents:

    A.  Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21232]**

    B.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    C.  Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

    D.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    E.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    F.  Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 and Related Documents **[Case No. 17-3283, ECF No. 21502]**

    G.  Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

    H.  Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

10. **Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 1991-0665 (Carmen Socorro Cruz Hernandez Litigation).**  Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment filed by Judgment Claimants Case Carmen Socor[r]o Cruz Hernandez et als v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 21195]**

Description:  Motion by plaintiffs in Case No. K AC 199-0665 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  Debtor's Objection to Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Judgment Claimants In the Carmen Socor[r]o Cruz Hernandez Litigation Rico **[Case No. 17-3283, ECF No. 21641]**

Reply, Joinder & Statement Deadlines:  September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A.  None.

Related Documents:
  A.  Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21232]**

  B.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

  C.  Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

  D.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

  E.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

  F.  Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 **[Case No. 17-3283, ECF No. 21487]**

  G.  Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

  H.  Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

11. **Orlando Santiago Amador's Administrative Expense Claim Motion.**  Orlando Santiago Amador's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21207]**

<u>Description</u>:  Orlando Santiago Amador's motion for an order allowing payment of his administrative expense claim.

<u>Objection Deadline</u>:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>:  September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

<u>Status</u>:  This matter has been adjourned to September 21, 2022 omnibus hearing.

<u>Estimated Time Required</u>:  N/A.

12. **<u>MCG's Administrative Expense Claim Motion</u>.**  MCG's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21208]**

<u>Description</u>:  MCG and the Able Child's ("MCG") motion for an order allowing payment of its administrative expense claim.

<u>Objection Deadline</u>:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>:  September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  MCG's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21208 **[Case No. 17-3283, ECF No. 21341]**

    D.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    E.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

    F.  MCG's Motion Submitting Certified English Translation of Exhibits at Docket No. 21208 **[Case No. 17-3283, ECF No. 21464]**

    G.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    H.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

Status:  This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required:  N/A.

13. **COSEY's Administrative Expense Claim Motion.**  Cosey's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21209]**

Description:  Corporacion de Servicios Eductativos de Yabucoa, Inc.'s ("COSEY") motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

23

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  COSEY's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21346]**

    D.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    E.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

    F.  COSEY's Motion for Extension of T[i]me to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21466]**

    G.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21467]**

    H.  COSEY's Motion Submitting Certified English Translation of Exhibits at Docket No. 21209 **[Case No. 17-3283, ECF No. 21480]**

    I.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    J.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

Status:  This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required:  N/A.

14. **Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0345 (Francisco Beltran Cintron Litigation).**  Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights **[Case No. 17-3283, ECF No. 21224]**

<u>Description</u>:  Motion by plaintiffs in Case No. 2021-05-0345 for an order allowing payment of their administrative expense claim.

<u>Objection Deadline</u>: J uly 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Debtor's Objection to Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Francisco Beltran Cintron Litigation **[Case No. 17-3283, ECF No. 21642]**

<u>Reply, Joinder & Statement Deadlines</u>: September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21233]**

    B.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    C.  Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

    D.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    E.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    F.  Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 and Related Documents **[Case No. 17-3283, ECF No. 21489]**

    G.  Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

    H.  Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

<u>Status</u>:  This matter has been adjourned to November 2, 2022 omnibus hearing.

<u>Estimated Time Required</u>:  N/A.

15. **Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0346 (Abraham Gimenez Litigation).** Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights **[Case No. 17-3283, ECF No. 21227]**

Description: Motion by plaintiffs in Case No. 2021-05-0346 for an order allowing payment of their administrative expense claim.

Objection Deadline: July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Debtor's Objection to Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Abraham Gimenez Litigation **[Case No. 17-3283, ECF No. 21643]**

Reply, Joinder & Statement Deadlines: September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. None

Related Documents:
   A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   D. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

   E. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

Status: This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required: N/A.

16. **Melani Curra and Velez Martinez's Administrative Expense Claim Motion.**  Motion Requesting Allowance and Payment of Administrative Expense Claim filed by Pablo Melani Curra and Diana Velez Martinez **[Case No. 17-3283, ECF No. 21229]**

Description:  Pablo Melani Curra and Diana Velez Martinez's motion for an order allowing payment of their administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines:  September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

   E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

Status:  This matter has been adjourned to September 21, 2022 omnibus hearing.

Estimated Time Required:  N/A.

17. **Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 2033-5022 (Acevedo Arocho Litigation).**  Application for Allowance of Payment of Post-Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et. als. v. Departamento Hacienda and Reservation of Rig[ht]s **[Case No. 17-3283, ECF No. 21230]**

Description:  Motion by plaintiffs in Case No. K AC 2033-5022 for an order allowing payment of their administrative expense claim.

<u>Objection Deadline</u>:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
>    A.  Debtor's Objection to Application for Allowance of Payment of Post Petition
>        Administrative Expense Priority Claims Filed by the Creditors in the Acevedo
>        Arocho Litigation **[Case No. 17-3283, ECF No. 21644]**

<u>Reply, Joinder & Statement Deadlines</u>:  September 2, 2022 at 4:00 p.m. (Atlantic Standard
Time).

<u>Replies, Joinders & Statements</u>:
>    A.  None.

<u>Related Documents</u>:
>    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense
>        Claims **[Case No. 17-3283, ECF No. 21244]**
>
>    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing
>        Date **[Case No. 17-3283, ECF No. 21330]**
>
>    C.  Order Granting Urgent Motion for Extension of Response Deadlines and
>        Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**
>
>    D.  Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling
>        of Hearing Date **[Case No. 17-3283, ECF No. 21713]**
>
>    E.  Order Granting Urgent Consensual Motion for Extension of Response Deadlines
>        and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

<u>Status</u>:  This matter has been adjourned to November 2, 2022 omnibus hearing.

<u>Estimated Time Required</u>:  N/A.

18. **<u>Debtors' Omnibus Objections to Claims.</u>**

<u>Related Documents</u>:
>    A.  Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the
>        August 17, 2022 Omnibus Hearing to the September 21, 2022 Omnibus Hearing
>        **[Case No. 17-3283, ECF No. 21815]** (the "<u>Notice of Adjournment</u>")

The following omnibus objections to claims were scheduled for hearing at the August 17,
2022, omnibus hearing but will be subject to forthcoming notices of presentment for final
written orders of the Court.

>    Four Hundred Sixty-Ninth [ECF No. 21418]; Four Hundred Seventieth [ECF No.
>    21419]; Four Hundred Seventy-First [ECF No. 21420]; Four Hundred Seventy-Second
>    [ECF No. 21421]; Four Hundred Seventy-Third [ECF No. 21422]; Four Hundred

Seventy-Fourth [ECF No. 21423]; Four Hundred Seventy-Eighth [ECF No. 21425]; Four Hundred Seventy-Ninth [ECF No. 21430]; Four Hundred Eightieth [ECF No. 21432]; Four Hundred Eighty-Second [ECF No. 21434]; and Four Hundred Eighty-Third [ECF No. 21429].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the August 17, 2022 omnibus hearing to the September 21, 2022, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Thirty-Sixth [ECF No. 17101] (Claim No. 21597); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three-Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 177404); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim No. 160874); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; and 175538); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 177215; 176671; 178015; 179150; 177243; 177761; 177513; 177932; 177092; and 177099); Four Hundred Sixth [ECF No. 19555] (Claim No. 16103); Four Hundred Twelfth [ECF No. 19559] (Claim Nos. 176447; 176498; 177629; and 176450); Four Hundred Fourteenth [ECF No. 20040] (Claim Nos. 179649 and 179662); Four Hundred Twenty-Fifth [ECF No. 20051] (Claim No. 17048); Four Hundred Thirty-Second [ECF No. 20487] (Claim No. 15774); Four Hundred Thirty-Seventh [ECF No. 20495] (Claim Nos. 179730; 135965; 136952; 140056; 140270; and 140676); Four Hundred Thirty-Ninth [ECF No. 20497] (Claim Nos. 179635 and 31525); Four Hundred Forty-First [ECF No. 20499] (Claim No. 134043); Four Hundred Forty-Third [ECF No. 20501] (Claim Nos. 151713; 9891; 125306; 104914; 90011; and 80168); Four Hundred Forty-Eighth [ECF No. 20504] (Claim No. 17433); Four Hundred Fifty-Third [ECF No. 20784] (Claim Nos. 31895; 179281-1; and 84345-1); Four Hundred Fifty-Fourth [ECF No. 20785] (Claim No. 44390); Four Hundred Sixtieth [ECF No. 20791] (Claim No. 147357); Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and 173831); Four Hundred Seventy-Fifth [ECF No. 21426] (Claim No. 122217-2); Four Hundred Seventy-Sixth [ECF No. 21428] (Claim No. 67535); Four Hundred Seventy-Seventh [ECF No. 21424] (Claim Nos. 122217-2; 20921; 37185; 42321; 24859; 33847; 27117; 18206; 34951; 29971; 17669; 92700; 34658; 29349; 34686; 19418; 23291; 34655; 24827; 47736; 34640; 13766; 24635; 48297; 20243; 26894; 42779; 29170; 58891; 31782; 42816; 18995; 51644; 17690; 35688; 34664; 44113; 53674; 25680; 39857; 32560; 19652; 36234; 17017; 20427; 31773; 34728; 27275; 37181; 26851; 37182; 41040; 35134; 28301; 34926; 26137; 61196; 29412; 40197; 28855; 37184; 20309; 33583; 35209; 20925; 39221; 42317; 32420; 36839; 14050; 42492; 44060; 37249; 19897; 20970; 34602; 30819; 26127; and 25273); and Four Hundred Eighty-First [ECF No. 21427] (Claim Nos. 51788; 179444; 39308; 49385; and 49126).

Estimated Time Required:  N/A.

Dated: August 11, 2022
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

30

## Exhibit A

**Order Regarding Procedures
for Hearing on Confirmation of HTA Plan of Adjustment
and August 17-18, 2022, Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                    PROMESA
                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                 No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                           (Jointly Administered)
et al.,

           Debtors.[1]

------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR HEARING ON
CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AUGUST 17-18, 2022, OMNIBUS HEARING

        The Court will receive evidence and hear argument in connection with the request

of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") for

approval of the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and*

*Transportation Authority* (Docket No. 21271 in Case No. 17-3283; Docket Entry No. 1242 in

Case No. 17-3567, as may be supplemented or amended, the "Plan of Adjustment"). The

hearing will be conducted on **August 17, 2022**, from **9:30 a.m.** to **12:50 p.m. (Atlantic**

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Standard Time)**, resume from **2:10 p.m.** to **5:00 p.m. (Atlantic Standard Time)**, and continue, if necessary, on **August 18, 2022**, beginning at **9:30 a.m. (Atlantic Standard Time)** (the "Confirmation Hearing"). Immediately upon the conclusion of the Confirmation Hearing, the Court will commence an omnibus hearing on certain motions in the above-captioned cases and related adversary proceedings (the "Omnibus Hearing" and, together with the Confirmation Hearing, the "Hearings"). The Court will conduct the Hearings in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courtroom"). The Hearings shall be governed by the following procedures.

**Registration for In-Person Attendance; CourtSolutions Participation, and Listen-In Facilities for Attorneys, Members of the Public and Press**

1.     **In-Person Participation**. The Court will conduct the Hearings live from the San Juan Courtroom and via CourtSolutions. Counsel who intend to participate in the Hearings should expect to appear in person to present argument and examine witnesses during the Hearings. Counsel who are not scheduled to present argument or examine witnesses have the following options to access the Hearings:   (i) observe in person in the San Juan Courtroom, (ii) observe a video feed of the Hearings in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 (the "New York Courtroom"), or (iii) register for a speaking line and/or listen-only CourtSolutions access line. Due to limited seating in the San Juan Courtroom, the Court will prioritize admission to Courtroom 3 to allow the Oversight Board and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") be permitted four attorneys at a time, and each other Party will be permitted two attorneys at a time. **Each counsel intending to participate in or observe the Hearings in person (in the San Juan Courtroom**

or the New York Courtroom) or through the CourtSolutions platform must file an
informative motion, as set forth in paragraph 6 below.  Informative motions are due no later
than July 28, 2022, at 12:00 p.m. (Atlantic Standard Time).

    2.  **CourtSolutions Registration**.  Attorneys who have entered an appearance
in the Title III proceedings have the option to register for a live participation line or listen-only
line.  Such attorneys must register with CourtSolutions at www.court-solutions.com no later than
**July 28, 2022, at 5:00 p.m. (Atlantic Standard Time)** and pay the fee established by
CourtSolutions.[2]  In order to promote the efficient conduct of the proceedings, each Party shall
be limited to registering a maximum of three live participation lines.  There will be no limitation
on the registration of listen-only lines for attorneys who have entered appearances in
these proceedings.

    3.  **Listen-Only Public Access to the Hearings**.  Members of the public,
press, and attorneys may **listen to but not view or participate in** the Hearings by dialing
(888) 363-4749, and, when prompted, entering the access code (7214978) and security code
(6788) for listen-only access.  Recording and retransmission of the proceedings by any means
are prohibited.

    4.  **Live Video Feed of the Hearings**.  Members of the public and press who
wish to **view but not participate in** the Hearings through a live video feed may do so by
appearing in person at the United States District Court for the District of Puerto Rico, 150 Carlos
Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan
Courthouse") or the United States District Court for the Southern District of New York, Daniel

---

[2]   Parties that intend to participate by CourtSolutions are advised that filing an informative
motion in accordance with paragraph 6, does not relieve the Party of the Party obligation
to separately register on www.court-solutions.com.

Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 (the "New York Courthouse").

5.     **Press Room.**  There will be a live feed of the proceedings broadcasted to the press rooms in the San Juan Courthouse and the New York Courthouse.  Members of the press should contact presscredentials@prd.uscourts.gov (San Juan) or 212-805-0513 (New York) regarding viewing facilities and space availability.

**Party Informative Motion and Exhibit List Procedures**

6.     Counsel for any party-in-interest (each, a "Party") and any individual Party not represented by counsel that wishes to participate in the Hearings must file an informative motion by **July 28, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.  The informative motion shall contain a completed Exhibit A, Exhibit B, and Exhibit C.  Counsel who have not filed exhibits and/or do not intend to examine a witness may write "N/A" on the Exhibit B and Exhibit C cover sheets.

a.     <u>Party Appearance Sheet</u>.  Counsel for any Party that has (a) timely filed an objection to or statement in support of confirmation of the Plan of Adjustment, or (b) a motion or response in connection with a matter noticed for the omnibus hearing (each, a "Party") and wishes to participate at the Hearings must register an appearance by completing the Party Appearance Sheet.  Counsel must identify (a) the Party for which they intend to appear, (b) whether they intend to appear for the Confirmation Hearing, the Omnibus Hearing, or both, and (c) the name(s), email address(es), and method of appearance for those attorney(s) who wish to participate in or observe the Hearings.

b.     <u>Witness Cover Sheet</u>.  If the Party wishes to cross-examine any declarant, the Party shall complete the Witness Cover Sheet indicating:  (a) the witness(es) to be examined, (b) the factual issue) to which the proposed cross-examination or testimony relates, (c) the

subject matter of the testimony and its relevance to the factual issue(s), and (d) the time requested for such examination or testimony.

        c.   <u>Parties not represented by counsel</u>.  Any individual Party who wishes to participate in the Hearings must file a Pretrial Informative Motion with the Party Appearance Sheet, Witness Cover Sheet, and Exhibit Cover Sheet as set forth in paragraph 6.  An individual Party not represented by counsel who simply wishes to make a short statement to the Court in connection with the Confirmation Hearing may apply for an opportunity to do so in accordance with paragraph 9.

        d.   <u>Exhibit List Procedures and Exhibit Cover Sheet</u>.  Exhibit lists are due by July 27, 2022, pursuant to the *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 21301 in Case No. 17-3283; Docket Entry No. 1249 in Case No. 17-3567). Each Party must follow the below instructions for filing the Exhibit List.

      i.   Each Party is directed to file an Exhibit List using the CM/ECF event "Motion Submitting."

      ii.   Each Party must upload each exhibit as a separate attachment to the Exhibit List.  Hyperlinks may not be used in lieu of uploading an exhibit.

      iii.   The Exhibit List is intended to be a single filing (with multiple exhibits). If your Exhibit List and attachments exceed the upload capacity of CM/ECF,[3] you may divide your submission into multiple filings.

           A.   **Large Exhibits**.  If a single exhibit is too large to file, Parties shall divide the exhibit into separate attachments.  In this scenario, the Party assigns each part of the exhibit **the same exhibit letter or number**, and types in the text field "Part 1 of [Total Number]." Parties **must** select the same exhibit letter or number to indicate to the Court that an uploaded exhibit is continued in the next attachment.  For example, if "Party ABC" needs to divide

---

[3]     The maximum capacity of the U.S. Bankruptcy Court for the District of Puerto Rico CM/ECF System is 20 MB for a single filing.

Exhibit C into 3 attachments due to its size, "Party ABC" will upload and designate the exhibit as follows: Exhibit C: "Part 1 of 3," the next attachment as Exhibit C "Part 2 of 3," and the final attachment as Exhibit C "Part 3 of 3."  The next attachment will then proceed to Exhibit D.

B. **Multiple Filings**.  If a group of exhibits reaches the 20MB capacity for a single CM/ECF filing, parties must continue to file their exhibits by starting a new filing.  Parties will again select the "Motion Submitting" CM/ECF Activity when filing the next set of exhibits.  The main document for a continued filing should be titled "Continued Exhibits of [Party Name]" and may include a list of the exhibits attached to that single filing.

iv. **Requests to Seal Certain Exhibits**.  A Party who has included an exhibit on their Exhibit List that is subject to a sealing application **must file a placeholder for the exhibit, clearly marked as such**.  The placeholder document can simply state "Exhibit Name, Exhibit Brief Description, Party [Name] will file a Motion to Seal regarding Exhibit [Letter]."  The Party must still select the exhibit letter corresponding to the exhibit and type in the text field "SEALED Exhibit [Letter]."

A. When a Party files a motion to seal, the Party must select the CM/ECF designation "MOTION TO SEAL" or "URGENT MOTION TO SEAL."  This is the only CM/ECF Designation that allows the Clerk's Office to unseal the document at a later date.  Failure to select the appropriate designation will result in a deficient filing notification and/or termination of the motion.

The Exhibit Cover Sheet, Exhibit C to the Pretrial Informative Motion, must include all docket entry numbers for each exhibit that was previously filed in connection with the Exhibit List.  Thus, a Party is only able to complete the Exhibit Cover Sheet **after** the Party has filed their Exhibit List.

7. **Witness Testimony**.  The court expects that all witnesses be available for in person cross-examination at the San Juan Courthouse during the Confirmation Hearing.  Rule 43(a) of the Federal Rules of Civil Procedure, made applicable by Rule 9017 of the Federal Rules of Bankruptcy Procedure, provides that for "good cause in compelling circumstances" a witness may be permitted to testify by contemporaneous transmission from a location other than

the courtroom. Any motions to allow a witness to provide remote testimony shall be due no later than **July 29, 2022**.

      a.     The original proponent of a witness will be responsible for (a) arranging in-person participation at the Confirmation Hearing, (b) providing a certified interpreter if the witness requires translation services,[4] and (c) confirming witness attendance by emailing SwainDPRCorresp@nysd.uscourts.gov by **3:00 p.m. (Atlantic Standard Time)** the day before the witness is scheduled to testify with the following information: the (1) name of the witness, and (2) the name of the interpreter, if any.

      b.     The Party intending to examine a witness must have identified the witness on the Party's witness list, due July 27, 2022, and included the declarant's name on the Witness Cover Sheet attached to the Party's Pretrial Informative Motion. Direct testimony will be by declaration previously provided pursuant to the procedures prescribed for that purpose, and cross-examination and redirect examination, if any, shall be as set forth herein.

      c.     The Court will review all declarations that have been submitted in support of or opposition to confirmation of the Plan of Adjustment in advance of the Confirmation Hearing. The deadline for all Parties to file witness declarations to be used at the Confirmation Hearing is **August 7, 2022**. All such declarations are deemed submitted as direct testimony.

      d.     Parties must meet and confer in advance of the Confirmation Hearing to use their best efforts to agree on the admissibility of the proposed exhibits into evidence. By no later than **August 9, 2022, at 2:00 p.m. (Atlantic Standard Time)**, the Parties shall, through the

---

[4]     Information regarding interpreter services can be found on the website for the United States District Court for the District of Puerto Rico https://www.prd.uscourts.gov/interpreter-services.

Oversight Board's counsel, provide to **each** of the courthouses[5] (a) a list of exhibits whose admissibility into evidence for purposes of the Confirmation Hearing is agreed, (b) a list of exhibits whose admissibility into evidence is not agreed, and (c) hard copies of all witness direct testimony declarations.

        8.    **Notice of Order of Appearances for Oral Argument and Witness Examination.** The parties intending to present argument and examine witnesses in connection with the Plan of Adjustment shall meet and confer and jointly file a Notice of Proposed Confirmation Hearing Agenda no later than **August 3, 2022**, at **12:00 p.m**. **(Atlantic Standard Time)**. The Notice of Confirmation Hearing Agenda shall contain (a) the Parties (including any persons appearing pro se) who intend to appear and present opening and closing statements, (b) time allocations for each speaker providing an opening and closing statement, (c) the names and anticipated order of the witnesses that will be cross-examined, (d) the names and anticipated order of the Parties who will cross-examine the witnesses, and (e) the name of any Party who anticipates conducting redirect examination of a witness. The Court will allocate up to two hours for opening arguments beginning on August 17, 2022, and two hours for closing statements. The Notice of Confirmation Hearing Agenda should contain a section allocating two hours following opening statements for public comment.

        a.    Omnibus Hearing Agenda. In anticipation of the omnibus hearing, the Debtors shall file an agenda outlining the matters to be addressed and the projected timetable for the Omnibus Hearing shall be filed by Debtors' counsel by **August 11, 2022**. The agenda shall

---

[5]    The binders shall be addressed to the following locations: (i) United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and (ii) the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

include (a) the names of the individuals who intend to appear and speak on behalf of each relevant Party in connection with each motion or report, (b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each Party.  Debtors' counsel shall file a revised agenda on **August 15, 2022**, if circumstances have changed or if requested to do so by the Court.  Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **August 9, 2022**, at **12:00 p.m. (Atlantic Standard Time)**.

      b.    <u>Status Reports</u>.  The Oversight Board and AAFAF shall file written status reports by **5:00 p.m. (Atlantic Standard Time)** on **August 16, 2022**.  The Oversight Board's report shall address (a) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (b) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (c) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (d) the anticipated timing and volume of objections to claims.  AAFAF shall provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.  At the Omni Hearing, the Court will ask counsel to the Oversight Board and AAFAF to respond to questions and comments, if any, related to their respective status reports

      9.    **Public Testimony.**  The Court will devote two hours to hearing statements concerning the Plan of Adjustment by members of the public, to be selected by lottery, who will appear in person at the San Juan Courthouse.  Further information concerning registration procedures for members of the public to apply to address the Court on **August 17, 2022**, will be the subject of a future order.

10. **Courtroom Procedures**.  All persons appearing in person or by telephonic means are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of this prohibition may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.  All individuals at the San Juan Courtroom and the New York Courtroom must comply with the relevant COVID-19 protocols (including applicable masking and social distancing requirements), available at https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information (San Juan Courtroom) and https://www.nysd.uscourts.gov/covid-19-coronavirus (New York Courtroom), respectively.


SO ORDERED.

Dated: July 13, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge