**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On August 9, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- AAFAF's Omnibus Response to (I) Motion to Compel Enforcement of the Terms of Stipulation and Contempt and (II) Memorandum in Support

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: August 11, 2022

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 11, 2022, by Nicholas Vass, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 63273

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via first class mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea<br>#403 Calle 12 de Octubre<br>Urb. El Vedado<br>San Juan PR 00918 |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea<br>PO Box 194021<br>San Juan PR 00919-4021 |
| Counsel to El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática (ELAC) | El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | Attn: David Ortiz<br>800 Ave. RH Todd<br>Suite 318 (Piso 3), Comercial 18, Pda. 18<br>Santurce PR 00907 |
| Counsel to the Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company, Preferred Health, Inc., and Agro Industrias del Este, Corp. | Garay Massey Law Office | Attn: Juan Carlos Garay Massey<br>PMB 347<br>#5900 Isla Verde Ave. L-2<br>Carolina PR 00979-4901 |