# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et. als.* | |
| Debtors | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW, Professional Consulting International Group, Inc. ("Claimant") through its undersigned counsel, and respectfully states and requests:

1. Claimant is a creditor in Case No. 17 BK 3283 (LTS).

2. On May 3, 2018, Claimant filed Prime Clerk Claim Number 10517 as a secured claim for $1,550,400.00 plus annual interest at 6% and legal fees, objected by the Commonwealth of Puerto Rico not as to amount, but as its classification as secured.

3. Claimant has retained the undersigned law firm to join Luis P. Costas Elena, Esq. in his representation of Claimant in the captioned case.

4. Consequently, it is requested that all notices required to be issued in said case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and copy of all documents which may be filed, be served on Claimant through the undersigned law firm.

**WHEREFORE**, it is respectfully requested that all notices required to be issued in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and copy of all documents which may be filed, be served on Claimant through the undersigned law firm.

San Juan, Puerto Rico, this 12th day of August 2022

s/**CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com