In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Thirteenth Fee Period Applications Recommended:**

| # | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 1 | Citigroup Global Markets Inc. [Dkt. No. 14523] | 2/1 - 5/31/2019 | $ 4,300,000.00 | $ - | $ 26,187.61 | $ 16,359.71 | | $ 4,300,000.00 | $ 9,827.90 |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 2 | Citigroup Global Markets Inc. [Dkt. No. 16155] | 6/1 - 9/30/2019 | $ 4,705,000.00 | $ - | $ 813,391.60 | $ 1,828.30 | | $ 4,705,000.00 | $ 811,563.30 |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 3 | Citigroup Global Markets Inc. [Dkt. No. 16156] | 10/1/2019 - 1/31/2020 | $ 4,840,000.00 | $ - | $ 1,206.00 | $ 1,206.00 | | $ 4,840,000.00 | $ - |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 4 | Citigroup Global Markets Inc. [Dkt. No. 16157] | 2/1 - 5/31/2020 | $ 4,840,000.00 | $ - | $ 9,354.30 | $ 2,331.60 | | $ 4,840,000.00 | $ 7,022.70 |
| | *Local Counsel to the FOMB* | | | | | | | | |
| 5 | O'Neill & Borges LLC [Dkt. No. 16782] | 2/1 - 5/31/2020 | $ 455,558.85 | $ 924.80 | $ 509.09 | $ - | FN1 | $ 454,634.05 | $ 509.09 |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 6 | Citigroup Global Markets Inc. [Dkt. No. 16158] | 6/1 - 9/30/2020 | $ 4,840,000.00 | $ - | $ 7,115.40 | $ 3,698.40 | | $ 4,840,000.00 | $ 3,417.00 |
| | *Local Counsel to the FOMB* | | | | | | | | |
| 7 | O'Neill & Borges LLC [Dkt. No. 17660] | 6/1 - 9/30/2020 | $ 283,425.75 | $ 670.18 | $ 3,968.93 | $ - | FN1 | $ 282,755.57 | $ 3,968.93 |

**FN1** - In light of the *Order Concerning Carlos Lamoutte's Objection to Verified Statement Regarding Disinterestedness of O'Neill & Borges LLC Pursuant to the Puerto Rico Recovery Accuracy in Disclsosures Act*, Filed on July 12, 2022, Docket Entry No. 21,485 [Dkt. No. 21604], the Fee Examiner has not requested adjustments premised on any deficiency in disclosure or disinterestedness. *See also Motion to Intervene and to Inform the Existence and Continuance of an Unresolvable Conflict of Interest In Violation of the Puerto Rico Recovery Accuracy in Disclosures Act of 2021, 48 U.S.C. 2101 Et Seq., and Petition for : (A) the Permanent Disqualification of O'Neill & Borges, LLC as Legal Counsel to the Financial Oversight and Management Board for Puerto Rico, and (B) the Disallowment [sic] and Disgorgement of Legal Fees* [Dkt. No. 20873]. Neither the disqualification motion nor the objection to the professional's PRRADA disclosures directly implicates - at least initially - the reasonableness or necessity of the professional fees recommended for Court approval here.