# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Blended Hourly Rate | |
|---|---|---|---|
| | | **Worked and Billed in 2021** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| **Partner** | | **$913** | **$1,409** |
| | Partner – Sr. (20+ years) | $964 | $1,436 |
| | Partner – Mid (13-19 years) | $880 | $1,146 |
| | Partner – Jr. (0-12 years) | $786 | N/A |
| **Associate** | | **$602** | **$820** |
| | Associate – Sr. (5+ years) | $691 | N/A |
| | Associate – Mid (4-5years) | $642 | $820 |
| | Associate – Jr. (0-3 years) | $577 | N/A |
| **Counsel** | N/A | $656 | $965 |
| **Paralegal** | N/A | $303 | $408 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $1,194.14 |
| **Blended Rate for all Attorneys with 15% discount** | | | $1,015.02 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $1,147.75 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $975.59 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Jenner & Block LLP |
| Date of Application: | August 12, 2022 |
| Interim or Final: | Interim |