# **EXHIBIT E**

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2022) | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,450 | 188.80 | $273,760.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,275 | 16.60 | $21,165.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $1,075 | 1.30 | $1,397.50 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,150 | 21.30 | $24,495.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,450 | 8.90 | $12,905.00 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $820 | 1.90 | $1558.00 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $895/ $995[1] | 218.90 | $211,275.50 |
| KATHLEEN R. ALBERT | Paralegal | N/A | Litigation | $360 | 19.20 | $6,912.00 |
| JESSICA M. MERKOURIS | Paralegal | N/A | Litigation | $505 | 9.50 | $4,797.50 |
| **Sub-Total*** | | | | | **486.40** | **$558,265.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $474,525.68 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $0.00 |
| Total | | | | | **486.40** | **$474,525.68** |

---

[1] On March 1, 2022, Mr. Wedoff's hourly rate increased from $895 to $995. (*See* Dkt. 20695.)