# EXHIBIT F

**Summary of Jenner & Block LLP Expenses**

| Service Description | Amount |
|---|---:|
| B&W Copy | $403.10 |
| Color Copy | $47.50 |
| Lexis Research | $31.01 |
| Messenger Services | $54.22 |
| Other Professional Services | $5,109.75 |
| Pacer Charges | $49.30 |
| Postage Expense | $605.93 |
| Transcripts | $1,389.30 |
| Westlaw Research | $500.66 |
| In-Person Conference Services | $9,881.58 |
| **TOTAL** | **$18,072.35** |