# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 40.5 | $34,599.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 25.7 | $32,558.00 |
| COURT HEARINGS | 4.7 | $5,507.50 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 83.5 | $76,920.00 |
| EMPLOYMENT OF PROFESSIONALS (NON-JENNER) | 69.0 | $68,565.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 261.1 | $337,360.50 |
| PREPA | 1.9 | $2,755.00 |
| **Sub-Total*** | 486.4 | $558,265.50 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $474,525.68 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | **$474,525.68** |