# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# FEBRUARY 2022

1

# JENNER & BLOCK LLP
Law Offices
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                 **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 2/01/22 | Other Professional Services; ALIX PARTNERS LLP; 02/01/2022 | 5,109.75 |
| 2/01/22 | Travel, ROBERT D. GORDON, 02/01/2022 | 9,881.58 |
| 2/02/22 | US Messenger & Logistics Inc. 02/05/2022 Invoice 8912_50767 OrderTrackingID 1388.020222 | 54.22 |
| 2/28/22 | Color Copy | 47.50 |
| 2/28/22 | B&W Copy | 7.80 |
| | TOTAL DISBURSEMENTS | $ 15,100.85 |

MATTER 10113 TOTAL      $ 15,100.85

# MARCH 2022

1

Law Offices

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**     **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 2/28/22 | Lexis Research | 31.01 |
| 2/28/22 | Westlaw Research | 137.49 |
| 3/01/22 | B&W Copy | 149.00 |
| 3/19/22 | B&W Copy | .90 |
| 3/31/22 | Postage Expense | 1.36 |
| 3/31/22 | Postage Expense | 234.88 |
| 3/31/22 | Westlaw Research | 86.79 |
| 3/31/22 | B&W Copy | 12.40 |
| 3/31/22 | B&W Copy | 51.90 |
| 3/31/22 | B&W Copy | 3.50 |
| | TOTAL DISBURSEMENTS | $ 709.23 |

**MATTER 10113 TOTAL**     **$ 709.23**

# APRIL 2022

Law Offices

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**  **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 4/01/22 | Transcripts - Court Appearance; AMY WALKER; 04/01/2022 | 1,389.30 |
| 4/05/22 | Postage Expense | .53 |
| 4/07/22 | Pacer Charges; PACER SERVICE CENTER; 04/07/2022 | 16.80 |
| 4/07/22 | Pacer Quarterly Charges 04/07/2022 Period Cost January 01 thru March 31 2022. | .50 |
| 4/07/22 | Pacer Quarterly Charges 04/07/2022 Period Cost January 01 thru March 31 2022. | 32.00 |
| 4/30/22 | Westlaw Research | 79.49 |
| | TOTAL DISBURSEMENTS | $ 1,518.62 |

MATTER 10113 TOTAL  $ 1,518.62

# MAY 2022

1

Law Offices of
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                 **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 5/26/22 | B&W Copy | 173.40 |
| 5/27/22 | Postage Expense | 369.16 |
| 5/27/22 | B&W Copy | 4.20 |
| 5/31/22 | Westlaw Research | 196.89 |
| | TOTAL DISBURSEMENTS | $ 743.65 |

MATTER 10113 TOTAL $ 743.65