# EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| CASE ADMINISTRATION/MISCELLANEOUS | 64.20 | 19,800.00 |
| CHALLENGES TO PROMESA | 1.40 | 525.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 54.10 | 15,012.50 |
| COMMUNICATIONS WITH RETIREES | 31.50 | 9,100.00 |
| CONTESTED MATTERS | 32.20 | 12,037.50 |
| COURT HEARINGS | 18.40 | 6,250.00 |
| DISCOVERY MATTERS | 0.00 | 0.00 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 67.50 | 20,927.50 |
| ERS/TRS/JRS MATTERS | 0.00 | 0.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 233.80 | 73,012.50 |
| GO BOND ISSUES | 0.00 | 0.00 |
| MEDIATION | 0.00 | 0.00 |
| NON-WORKING TRAVEL TIME | 0.00 | 0.00 |
| PENSION ANALYSIS | 8.50 | 3,087.50 |
| PREPA | 13.40 | 5,025.00 |
| **TOTAL** | **525.00** | **$164,777.50** |