# **EXHIBIT D**

15th Fee Application

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $ 351.48 |
| Document Delivery | $ 465.00 |
| Translation services | $3,695.68 |
| **TOTAL** | **$ 4,512.16** |