# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

# February 2022

| | ADDITIONAL CHARGES: | Amount |
|---|---|---|
| | **EXPENSES BGM** | |
| 02/15/22 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY INVOICE #55459 | 89.76 |
| | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY INVOICE #55463 | 165.38 |
| | DOCUMENT DELIVERY: MILAGROS ACEVEDO (TOA ALTA) | 40.00 |
| | DOCUMENT DELIVERY: MARCOS LÓPEZ (TOA ALTA) | 40.00 |
| | DOCUMENT DELIVERY: CARMEN NÚÑEZ (BAYAMÓN) | 20.00 |
| | DOCUMENT DELIVERY: JUAN ORTIZ (PONCE) | 110.00 |
| | DOCUMENT DELIVERY: BLANCA PANIAGUA (CAROLINA) | 25.00 |
| | DOCUMENT DELIVERY: LYDIA PELLOT (SAN JUAN) | 20.00 |
| | DOCUMENT DELIVERY: ROSARIO PACHECO (SAN JUAN) | 20.00 |
| 02/17/22 | TRANSLATIONS: RITA INVOICE 8112 COR MEETING OF FEBRUARY 17, 2022 | 312.00 |
| | SUBTOTAL | [$842.14] |

# March 2022

**EXPENSES BGM**

| | | |
|---|---|---|
| 03/23/22 | DOCUMENT REPRODUCTION: SIR SPEEDY #55538 | 96.34 |
| 03/24/22 | DOCUMENT DELVERY: LCDO. CARLOS CABÁN (GUAYNABO) | 20.00 |
| | DOCUMENT DELVERY: JUAN ORTIZ (PONCE) | 110.00 |
| | DOCUMENT DELVERY: WANDA G. SANTIAGO (BAYAMÓN) | 40.00 |
| | DOCUMENT DELVERY: BLANCA PANIAGUA (CAROLINA) | 20.00 |

| | | |
|---|---|---|
| 03/25/22 | TRANSLATIONS: RITA INVOICE #8250, TRANSLATION "REGLAMENTO DEL FIDEICOMISO DE LA RESERVA DE PENSIONES" | 2,967.68 |
| | TRANSLATIONS: RITA INVOICE #8254 | 208.00 |
| | SUBTOTAL: | [$3,462.02] |

## April 2022

**EXPENSES BGM:**

| | | |
|---|---|---|
| 04/04/22 | TRANSLATIONS: RITA INVOICE #8310; COR MEETING | 208.00 |
| | SUBTOTAL: | [$208.00] |

## May 2022

| | |
|---|---|
| NO EXPENSES BILLED. | [$0.00] |

Total          [$4,512.16]