# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jorge Marchand | Principal | $175.00 | 148.80 | $26,040.00 |
| Male Noguera | Media Manager | $95.00 | 82.00 | $7,790.00 |
| María Schell | Business Editor | $110.00 | 165.80 | $18,238.00 |
| **Total** | | | 396.60 | $52,068.00 |