# **EXHIBIT E**

### **Summary of Marchand ICS Group Expenses**

| Service Description | Amount |
|---|---|
| Cloud Storage | $35.97 |
| USB Drives | $51.25 |
| Media monitoring services | $72.80 |
| Web analytic services | $198.00 |
| Website domain hosting | $900.00 |
| Graphics and Media | $100.00 |
| **TOTAL** | **$1,358.02** |