# EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| Project Meetings | 102.10 | $13,938.00 |
| Project Management | 239.80 | $32,933.50 |
| Website Development and Management | 54.70 | $5,196.50 |
| **Total** | **396.60** | **$52,068.00** |