# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**

**Summary of Marchand ICS Group Expenses**

**From February 1 to February 28, 2022**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 2/1/2022 | Weebly | COR Webpage Renewal | 900.00 |
| 2/18/2022 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 2/20/2022 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| | | *Total:* | **1,099.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From March 1 to March 31, 2022**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 3/15/2022 | Dropbox | Monthly cloud storage suscription to store the COR database | 11.99 |
| 3/15/2022 | Best Buy | Purchase of USB drives, to provide each COR member with a copy of the COR case documents database | 51.25 |
| 3/18/2022 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 3/18/2022 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 72.80 |
| | | *Total:* | 235.04 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From April 1 to April 30, 2022**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 4/20/2022 | Dropbox | Monthly cloud storage suscription to store the COR database | 11.99 |
| | | *Total:* | **11.99** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From May 1 to May 31, 2022**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 5/16/2022 | Dropbox | Monthly cloud storage suscription to store the COR database | 11.99 |
|  |  | *Total:* | **11.99** |