UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**THE MEDIATION TEAM'S NOTICE OF EXTENSION
OF THE MEDIATION TERMINATION DATE
AND RELATED DEADLINES TO SEPTEMBER 9, 2022**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

PLEASE TAKE NOTICE that, on July 29, 2022, the Court entered the Order Granting the (A) Mediation Team's Notice and Request for Approval of Third Extension of Termination Date of Mediation and (B) Urgent Motion of Financial Oversight and Management Board for Order Extending Mediation Termination Date and Related Path Forward Deadline (the "July 29 Extension Order").[2]

PLEASE TAKE FURTHER NOTICE that, in the July 29 Extension Order, the Court granted the Mediation Team's request to extend the Mediation Termination Date to August 15, 2022, "subject to an automatic extension or extensions through and including September 9, 2022 at the Mediation Team's discretion based on its assessment of the material progress of the mediation process, after notice of such extension to parties in interest and without further Court approval, when and if the Mediation Team files a notice of such extension with the Court (the "Extension Notice")."[3]

PLEASE TAKE FURTHER NOTICE that, in the July 29 Extension Order, the Court granted the Oversight Board's request to extend the Path Forward Deadline to August 15, 2022, and further that, "[u]pon the filing of an Extension Notice, the Path Forward Deadline will, without further Court approval, automatically be extended to the concurrent extended Termination Deadline."[4]

PLEASE TAKE FURTHER NOTICE that the Mediation Team respectfully submits this Extension Notice in accordance with July 29 Extension Order because it is the judgment of the Mediation Team that, based on recent developments, negotiations are continuing to make progress in the mediation process and the Mediation Team believes it is beneficial to continue

---

[2] Case No. 17-03283, Docket No. 21672; Case No. 17-04780, Docket No. 2911.
[3] July 29 Extension Order, ¶ 3.
[4] July 29 Extension Order, ¶ 4.

the mediation process and extend the Mediation Termination Date (and all related deadlines) to September 9, 2022.

WHEREFORE, the Mediation Team hereby files this Extension Notice and exercises its right granted by the Court to extend the Termination Date and all related deadlines to **September 9, 2022 at 11:59 p.m. (Atlantic Standard Time)**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 15, 2022 | /s/ Shelley C. Chapman<br>SHELLEY C. CHAPMAN<br>United States Bankruptcy Judge |
|  | /s/ Brendan L. Shannon<br>BRENDAN L. SHANNON<br>United States Bankruptcy Judge |
|  | /s/ Robert D. Drain<br>ROBERT D. DRAIN<br>United States Bankruptcy Judge |