# PRRADA DISCLOSURE ATTACHMENT
## OFFICE OF THE UNITED STATES TRUSTEE
### CASE NOs. 17-BK-3283-LTS, PUERTO RICO PROMESA

| # | Disclosure Filer Name | Statement Filed? | Initial Disclosure Statement | Supplemental Disclosure Filed? | Supplemental Disclosure Statement | Status |
|---|---|---|---|---|---|---|
| 1 | Alvarez & Marsal North America, LLC | Yes | 20802 | Yes | 21811 | Review Completed |
| 2 | Ankura Consulting Group, LLC | Yes | 20825 | Yes | 21600 | Review Completed |
| 3 | Bennazar, Garcia & Milian CSP | Yes | 20814 | Yes | 21061 | Review Completed |
| 4 | Brattle Group, Inc. | Yes | 20837 | Yes | 21287 | Review Completed |
| 5 | Brown Rudnick LLP | Yes | 20842 | Yes | 21373 | Review Completed |
| 6 | Casillas, Santiago & Torres, LLC | Yes | 20824 | Yes | 20925 | Review Completed |
| 7 | Continental PLLC | Yes | 20776 | Yes | 21306 | Review Completed |
| 8 | Diaz & Vazquez Law Firm PSC | Yes | 20894 | Yes | 21057 | Review Completed |
| 9 | DiCicco, Gulman & Co. | Yes | 21174 | Yes | 21557 | Review Completed |
| 10 | Edge Legal, LLC | Yes | 20843 | Yes | 21795 | Review Completed |
| 11 | Epiq Corporate Restructuring, LLC | Yes | 20808 | Yes | 21816 | Review Completed |
| 12 | Epiq eDiscovery Solutions | Yes | 20808 | Yes | 21816* | Review Completed |
| 13 | Estrella LLC | Yes | 20835 | Yes | 20945 | Review Completed |
| 14 | FTI Consulting, Inc | Yes | 20817 | Yes | 21597 | Review Completed |
| 15 | Godfrey and Kahn, S.C. | Yes | 20827 | Yes | 21792 | Review Completed |
| 16 | Ileana C. Cardona Fernandez, Esq. | Yes | 20812 | Yes | 21066 | Review Completed |
| 17 | Jenner & Block LLP | Yes | 20818 | Yes | 21469 | Review Completed |
| 18 | Marchand ICS Group Inc. | Yes | 20820 | Yes | 21322 | Review Completed |
| 19 | Marini Pietrantoni & Muniz | Yes | 21035 | Yes | 21407 | Review Completed |
| 20 | Nixon Peabody LLP | Yes | 20841 | Yes | 21498 | Review Completed |
| 21 | O'Melveny & Myers LLP | Yes | 20829 | Yes | 21695 | Review Completed |
| 22 | Paul Hastings LLP | Yes | 20826 | Yes | 21463 | Review Completed |
| 23 | PFM Group Consulting LLC | Yes | 20809 | Yes | 21139 | Review Completed |
| 24 | Phoenix Management Services, LLC | Yes | 20804 | Yes | 21375 | Review Completed |
| 25 | PJT Partners LP | Yes | 20811 | Yes | 21547 | Review Completed |
| 26 | Proskauer Rose LLP | Yes | 20816 | Yes | 21697 | Review Completed |
| 27 | Zolfo Cooper LLC | Yes | 20828 | Yes | 21545 | Review Completed |
| 28 | Andrew Wolfe | Yes | 20864 | N/A | N/A | Review Completed |
| 29 | Berkeley Research Group, LLC | Yes | 20773 | N/A | N/A | Review Completed |
| 30 | Filsinger Energy Partners, Inc. | Yes | 20803 | N/A | N/A | Review Completed |
| 31 | Genovese, Joblove & Battista, PA | Yes | 21513 | N/A | N/A | Review Completed |
| 32 | Gierbolini & Carroll Law Offices PSC | Yes | 21156 | N/A | N/A | Review Completed |
| 33 | Jose Cartaya Morales | Yes | 21508 | N/A | N/A | Review Completed |
| 34 | Kroma Advertising, Inc. | Yes | 20830 | N/A | N/A | Review Completed |
| 35 | London Economics International LLC | Yes | 20623 | N/A | N/A | Review Completed |
| 36 | Luskin, Stern & Eisler LLP | Yes | 20810 | N/A | N/A | Review Completed |
| 37 | Moelis & Company LLC | Yes | 2849 (17-bk-4780-LTS) | N/A | N/A | Review Completed |
| 38 | O'Neill & Gilmore Law Office LLC | Yes | 21178 | N/A | N/A | Review Completed |
| 39 | Segal Consulting | Yes | 20821 | N/A | N/A | Review Completed |
| 40 | A & S Legal Studio, PSC | Yes | 21515 | Pending | Pending | Pending |
| 41 | Citigroup Global Markets, Inc. | Yes | 21252 | Pending | Pending | Pending |
| 42 | Deloitte Consulting and Deloitte Financial | Yes | 21243 | Pending | Pending | Pending |
| 43 | Duff & Phelps, LLC | Yes | 20823 | Pending | Pending | Pending |
| 44 | Ernst & Young LLP | Yes | 20834 | Pending | Pending | Pending |
| 45 | King & Spalding LLP | Yes | 20706 | Pending | Pending | Pending |
| 46 | McKinsey & Company Inc. | Yes | 20989 | Pending | Pending | Pending |
| 47 | Norton Rose Fulbright US LLP | Yes | 21395 | Pending | Pending | Pending |
| 48 | O'Neill & Borges LLC | Yes | 21390 | Pending | Pending | Pending |
| 49 | Ashenfelter & Ashmore | No | N/A | N/A | N/A | N/A |
| 50 | Bluhaus Capital, LLC | No | N/A | N/A | N/A | N/A |
| 51 | Cancio, Nadal, Rivera & Diaz, PSC | No | N/A | N/A | N/A | N/A |
| 52 | Conway McKenzie, Inc. | No | N/A | N/A | N/A | N/A |
| 53 | DevTech Systems, Inc. | No | N/A | N/A | N/A | N/A |
| 54 | DLA Piper Puerto Rico, LLC | No | N/A | N/A | N/A | N/A |
| 55 | DLA Piper US LLP | No | N/A | N/A | N/A | N/A |
| 56 | Greenberg Traurig, LLP | No | N/A | N/A | N/A | N/A |
| 57 | Law Office of Andres W Lopez, PSC | No | N/A | N/A | N/A | N/A |
| 58 | Munger Tolles & Olson LLP | No | N/A | N/A | N/A | N/A |
| 59 | Pension Trustee Advisors, Inc. | No | N/A | N/A | N/A | N/A |
| 60 | Rothschild & Co. US Inc. | No | N/A | N/A | N/A | N/A |

\* Epiq eDiscovery Solutions is also on the MIP List. However, based on Epiq Corporate Restructuring, LLC's supplemental disclosure at D.I. 21816 ¶ 2, it appears to the U.S. Trustee that Epiq Corporate Restructuring, LLC's disclosures encompass Epiq eDiscovery Solutions.