THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of,<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of,<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3567-LTS<br><br>**This Court Filing Relates Only to HTA's Title III Case (Case No. 17-BK-3567-LTS)** |

**RESERVATION OF RIGHTS OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. WITH RESPECT TO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN CONNECTION WITH CONFIRMATION OF THE FOURTH AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (ECF NO. 21781)**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this reservation of rights (the "Reservation of Rights") with respect to the proposed *Findings of Fact and Conclusions of Law in Connection with Confirmation of the Fourth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* (ECF No. 21781, and including as further amended, the "Proposed Findings of Fact and Conclusions of Law");[2] and respectfully state as follows:

## RESERVATION OF RIGHTS

1. On August 7, 2022, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed the Proposed Findings of Fact and Conclusions of Law.

2. Assured insures or owns approximately $1,471,360.00 in principal amount of HTA Bonds and is a party to the HTA/CCDA Plan Support Agreement.

3. Pursuant to the HTA/CCDA Plan Support Agreement and Section 1.103 of the HTA Plan, the Proposed Findings of Fact and Conclusions of Law must be in form and substance reasonably satisfactory and acceptable to Assured.

4. Assured reserves all of its rights with respect to the Proposed Findings of Fact and Conclusions of Law, including Assured's right to address the Proposed Findings of Fact and Conclusions of Law at the HTA Confirmation Hearing.

[*Remainder of Page Intentionally Omitted*]

---

[2] Unless otherwise indicated, ECF numbers referenced in this Reservation of Rights refer to the docket in Case Number 17-3283-LTS. Capitalized terms used in this Reservation of Rights but not defined herein shall have the meanings ascribed to them in the *Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* (ECF No. 21835, and including as amended, the "HTA Plan").

Dated: August 15, 2022
New York, New York

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: /s/ *Heriberto Burgos Pérez* | By: /s/ *Howard R. Hawkins, Jr.* |
| Heriberto Burgos Pérez | Howard R. Hawkins, Jr.* |
| USDC-PR No. 204,809 | Mark C. Ellenberg* |
| Ricardo F. Casellas-Sánchez | Casey J. Servais* |
| USDC-PR No. 203,114 | William J. Natbony* |
| Diana Pérez-Seda | Thomas J. Curtin* |
| USDC–PR No. 232,014 | 200 Liberty Street |
| P.O. Box 364924 | New York, New York 10281 |
| San Juan, PR 00936-4924 | Tel.: (212) 504-6000 |
| Tel.: (787) 756-1400 | Fax: (212) 406-6666 |
| Fax: (787) 756-1401 | Email: howard.hawkins@cwt.com |
| E-mail: hburgos@cabprlaw.com | mark.ellenberg@cwt.com |
| rcasellas@cabprlaw.com | casey.servais@cwt.com |
| dperez@cabprlaw.com | bill.natbony@cwt.com |
| | thomas.curtin@cwt.com |
| | |
| | * Admitted pro hac vice |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 15th day of August, 2022.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice
