# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA<br>: Title III |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
| Debtors.[1] | : |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. §2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by section 301 of PROMESA, Vilariño & Associates LLC hereby enter their appearance in the above captioned Title

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

III case as counsel for E. Cardona & Asociados, Inc. ("E. Cardona"). E. Cardona hereby requests, pursuant to Bankruptcy Rules 2002, and 9007 and section 1109(b) of the Bankruptcy Code, that the undersigned names be added to the mailing list maintained by the Clerk in the Title III Case, and that the Clerk and all other parties in interest in the Title III Case provide all notices and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in the Title III Cases, to the persons listed below:

**Vilariño & Associates, LLC**
PO BOX 9022515
San Juan, PR 00902-2515
Tel. (787) 565-9894

Attn. Javier Vilariño
Email: jvilarino@vilarinolaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitations, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply of papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Title III Case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex, electronically or otherwise filed or given with regard to the Title III Case and the proceedings therein, all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that, neither this notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any rights of E. Cardona (1) to trial by jury in any proceeding so triable in the Title III Case or any case, controversy, or

proceeding related to the Title III Case; or (2) to rights, claims, actions, defenses, setoffs, recoupments, or remedies to which E. Cardona is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 16th day of August of 2022.

**VILARIÑO & ASSOCIATES, LLC**
P.O. BOX 9022515
SAN JUAN, PR 00902-2515
Tel. (787) 565-9894

*/s/ Javier Vilariño*
**JAVIER VILARIÑO**
USDC No. 223503
E-mail: jvilarino@vilarinolaw.com

*Counsel for E. Cardona & Asociados, Inc*