

Miami August 8, 2022

**Clerk's Office United States District Court**
**Room 150 Federal Building**
**San Juan, Puerto Rico 00918-1767**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors.**

**PROMESA Title III No. 17 BK 3283-LTS (Jointly Administered)**

Response to the Court, In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS.

**(i) Contact Information**
William Corredor
Open International Systems Corp
13019 Mar ST
Coral Gables FL 33156
+1 786 554 5750
William.corredor@openintl.com

(Old address was)
6190 SW 116th ST
Pinecrest FL 33156

**(ii) Caption**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors.
PROMESA Title III No. 17 BK 3283-LTS (Jointly Administered)
FIVE HUNDRED FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNRESPONSIVE ACR CLAIMS

| | |
|---|---|
| Name: | OPEN INT'L SYSTEMS CORP |
| Date filed: | 04/27/2018 |
| Case Number: | 17 BK 03283-LTS |
| Debtor: | Commonwealth of Puerto Rico |
| Claim number: | 8625 |
| Amount: | $604.00 |

**Reason:** Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim.

**(iii) Reason for Opposing the Omnibus Objection.**

We moved 4 years ago, but our email address and phone number has not changed. We have not received any other mailings until this week that we received an email with this objection. So, we ask the Court not to grant the Omnibus Objection with respect to our claim. We have updated our physical address through Kroll. We are ready to provide any additional information necessary.

**(iv) Supporting Documentation.**
Attached the electronic proof of Claim from Kroll.

*William Corredor*
**William Corredor**
**CEO**
**Open International Systems Corp.**