

# Electronic Proof of Claim - 1703283--766915

Adobe Sign Document History                 04/27/2018

| | |
|---|---|
| Created: | 04/27/2018 |
| By: | Puerto Rico Claims (prclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIoLATkg6jyxFq9KiOMcRiqyYF_q-izIN |

## "Electronic Proof of Claim - 1703283--766915" History

Widget created by Puerto Rico Claims (prclaims@primeclerk.com)
04/27/2018 - 1:45:47 PM EDT

William Corredor (william.corredor@openintl.com) uploaded the following supporting documents:
Attachment
04/27/2018 - 2:09:43 PM EDT

Widget filled in by William Corredor (william.corredor@openintl.com)
04/27/2018 - 2:09:43 PM EDT- IP address: 76.109.127.132

(User email address provided through API 1703283--766915, User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/65.0.3325.181 Safari/537.36)
04/27/2018 - 2:09:47 PM EDT- IP address: 76.109.127.132

Signed document emailed to Puerto Rico Claims (prclaims@primeclerk.com) and William Corredor (william.corredor@openintl.com)
04/27/2018 - 2:09:47 PM EDT