MR. WILLIAM CORREDOR
13019 Mar St.
Coral Gables, FL 33156

MIAMI FL 330
10 AUG 2022 PM 4 L

Clerk's Office United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

2022 AUG 15 PM 5: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED