

# FINANCIAL OVERSIGHT & MANAGEMENT BOARD
## FOR PUERTO RICO

**EXHIBIT B**

Members
Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

David A. Skeel, Jr.
Chair

**BY ELECTRONIC MAIL**

August 3, 2022

Hon. Omar Marrero Díaz
Executive Director
Fiscal Agency and Financial Advisory Authority

Dear Mr. Marrero Díaz,

On July 18, 2022, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF," for its Spanish acronym) submitted to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") an authorization request pursuant to Section 207 of PROMESA related to the Economic Development Bank for Puerto Rico's ("EDB") proposed Settlement Agreement with the Government Development Bank for Puerto Rico ("GDB") (the "Proposed Settlement Agreement"). Pursuant to the Proposed Settlement Agreement, EDB shall make a one-time cash payment of $3,100,000 in full settlement and satisfaction of its obligations under the GDB Overnight Deposit, a short-term line of credit facility granted by GDB with an outstanding balance of $35,070,738.52.

After our preliminary review of the documentation submitted by AAFAF and EDB, the Oversight Board requests the following information and documentation to complete its review under Section 207 of PROMESA.

**Information Request**

1. Please provide copy of the detailed financial projection model used to project EDB revenues and expenses within the submission, including detail of programs, interest income and other revenues and details of EDB's operating expenses.
2. Please provide copies of EDB's financial statements for the past 3 fiscal years, including income statement and balance sheet detail.
3. Please provide copy of the detailed breakdown of other deposits owed by EDB for the most recent reconciled period.
4. Please provide copy of the FY23 EDB operating budget.
5. Please provide copy of EDB charter or other relevant establishment documents.

Mr. Marrero Díaz
August 3, 2022
Page 2 of 2

The Oversight Board requests that AAFAF provide the requested information by no later than **Friday, August 12, 2022.**

We trust the government will understand the importance of these requests and look forward to continuing our work together for the benefit of the people of Puerto Rico.

Sincerely,

Jaime A. El Koury
General Counsel