UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>           as representative of,<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>           Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

### DECLARATION OF DOUGLAS S. MINTZ

Douglas S. Mintz, pursuant to section 1746 of title 28 of the United States Code, declares that the following is true to the best of his knowledge:

1. I am a partner in the law firm of Schulte Roth & Zabel LLP ("SRZ"), which has offices in New York, Washington and London, having joined SRZ in November, 2020. I submit this declaration in response to fact questions raised by the United States Trustee ("UST") in the Commonwealth of Puerto Rico ("Commonwealth") Title III case. Unless otherwise stated, all matters set forth in this declaration are based on my personal knowledge, my review of relevant documents, information supplied to me by other professionals at SRZ, or my views, including those based upon my experience and knowledge.

<u>Cantor-Katz Collateral Monitor LLC and AmeriNational Community Services Engagement of Kroll, LLC</u>

2. Cantor-Katz Collateral Monitor LLC ("CK") retained SRZ in November, 2020 to represent it as collateral monitor in the Puerto Rico case with respect to certain Commonwealth Debt Recovery Authority ("DRA") bonds. AmeriNational Community Services, LLC ("ANCS")

DOC ID - 38802419.2

was the servicer of the DRA bonds and was represented by the law firm of McConnoll Valdes LLC ("MV").

3. I had recommended MV's retention of a Kroll team led by David Prager in August, 2021, solely on the basis of Mr. Prager's established reputation and my prior experience with his work. I have known Mr. Prager for at least 10 years.

4. MV retained Kroll on August 16, 2021, to perform a financial analysis of the Commonwealth's proposed plan of adjustment. Mr. Prager is a Kroll managing director who had joined Kroll in the middle of 2020. MV first paid Kroll for its services after receiving an invoice on October 5, 2021, for $808,298.58.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2022

_____
Douglas S. Mintz