UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*

      Debtors.[1]

------------------------------------------------------------- x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**SUMMARY SHEET TO THE SECOND INTERIM APPLICATION OF THE BRATTLE GROUP,
INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER
ROSE LLP, AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVES OF
THE DEBTORS, FOR THE FOURTEENTH INTERIM FEE PERIOD
FROM OCTOBER 1, 2021-JANUARY 31, 2022.**

| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
|---|---|
| Retained to Provide Professional Services to: | Proskauer Rose LLP ("Proskauer"), as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico, Representative of the Debtors Pursuant to PROMESA § 315(b) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Retention Date: | March 25, 2019[2] |
|---|---|
| Fee Period for Which Compensation and Reimbursement is Sought: | October 1, 2021 through January 31, 2022 (the "Compensation Period") |
| Amount of Fees Sought: | **$ 219,185.50** |
| Amount of Expense Reimbursement Sought: | **$ 0** |
| Total Fees and Expenses Sought for Compensation Period: | **$ 219,185.50** |
| Compensation Sought in this Application Already Paid[3] Pursuant to Monthly Compensation Statements But Not Yet Allowed | **$ 197,411.94[4]** |
| Expenses Sought in this Application Already Paid Pursuant to Monthly Compensation Statements But Not Yet Allowed | **$ 0** |

This is a(n) __ Monthly  _X_ Interim  __Final Fee Application

This is the second interim fee application filed by Brattle in this Debtors' Title III Case for this project assignment.

---

[2]  Proskauer originally retained Brattle on March 25, 2019 to provide general litigation support, and specifically retained Brattle in connection with the confirmation hearings of the Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico ("Plan of Adjustment") on August 9, 2021.

[3]  Compensation paid includes applicable 29% income tax withholding and 1.5% government contribution.

[4]  In October 2021, Brattle received an overpayment of $144.99.

## <u>SCHEDULE 1</u>

**Summary of Professional Services and Expenses Rendered *by Task*
for the Compensation Period October 1, 2021 through January 31, 2022**

| TASK | HOURS | FEES |
|---|---|---|
| C5 – Title III Expert Support | 360.10 | $219,185.50 |
| Subtotal | | $219,185.50 |
| **Total Fees Charged to Oversight Board** | | **$219,185.50** |

## SCHEDULE 2

**Summary of Professional Services Rendered *by Timekeeper*
for the Period October 1, 2021 through January 31, 2022**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES |
|---|---|---|---|---|
| Murray, Marti | Principal | $1,100 | 107.50 | $118,250.00 |
| Zhu, Julia | Senior Associate | $500 | 108.80 | $ 54,400.00 |
| Bajaj, Nitin | Associate | $460 | 16.30 | $ 7,498.00 |
| Kim, Ally | Research Analyst | $285 | 7.10 | $ 2,023.50 |
| Lee, Monet | Research Analyst | $315 | 41.40 | $ 13,041.00 |
| Lehner, Connor | Research Analyst | $315 | 3.90 | $ 1,228.50 |
| Mather, Sarah | Research Analyst | $285 | 9.20 | $ 2,622.00 |
| Nair, Rohit | Research Analyst | $285 | 51.00 | $ 14,535.00 |
| Paulson, Gara | Litigation Specialist | $375 | 14.90 | $ 5,587.50 |
| Subtotal | | | | $219,185.50 |
| **Total Fees Charged to Oversight Board** | | | | **$219,185.50** |

## **SCHEDULE 3**

**No Actual and Necessary Expenses were Incurred
for the Period October 1, 2021 through January 31, 2022**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------ x
```
*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*
        Debtors.[5]

```
------------------------------------------------------------ x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

SECOND INTERIM APPLICATION OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL
TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS, FOR THE <u>FOURTEENTH INTERIM
FEE PERIOD FROM OCTOBER 1, 2021-JANUARY 31, 2022.</u>

This is the Second Interim Application of The Brattle Group, Inc. ("<u>Brattle</u>"), in Adv. Proc.
No. 17 BK 3283-LTS ("<u>Plan Confirmation Case</u>")[6] in this particular project assignment, covering
the period from October 1, 2021, through January 31, 2022 ("<u>Compensation Period</u>"), seeking
allowance of compensation for professional services rendered to Proskauer Rose LLP ("Proskauer")
to facilitate the effective representation by Proskauer as legal counsel to The Financial Oversight

---

[5] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[6] This Interim Fee Application solely pertains to fees and expenses incurred with respect to this particular project assignment and does not address fees or expenses incurred with respect to any other services performed for Proskauer.

and Management Board for Puerto Rico (the "Oversight Board") pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act,* codified in 48 U.S.C. §§ 2101-2241 ("PROMESA"), in the amount of $219,185.50.

Brattle's application is submitted pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") applicable pursuant to PROMESA section 310, and Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and in accordance with this Court's and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A (the "Guidelines"), and in accordance with this Court's Third Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Case No. 17 BK 3283-LTS, Dkt. No. 20245] (the "Interim Compensation Order").

Pursuant to Puerto Rico Recovery Accuracy in Disclosures Act (the "PRRADA") and the Court's related orders [Docket Nos. 19859, 19980, 20419, and 20467], Brattle filed its PRRADA disclosures on May 16, 2022, June 21, 2022 and August 8, 2022 [Docket Nos. 19859, 21287, 21797].

In support of the Application, Brattle respectfully states:

## Jurisdiction

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      The statutory bases for the relief requested herein are PROMESA sections 316 and 317.

## General Background

4.      On June 30, 2016, the Oversight Board was established under PROMESA section

101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under § [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." PROMESA § 315(a), (b).

6.      On September 30, 2016, the Oversight Board designated the Debtor as a "covered entity" under PROMESA section 101(d).

7.      On November 25, 2016, the Oversight Board retained Proskauer as legal counsel in connection with matters relating to and arising out of implementation of the provisions of PROMESA.  Those matters include advising and representing the Oversight Board concerning the performance of its duties and activities pursuant to PROMESA, the restructuring or adjustment of the obligations of the Debtors, and litigation arising out of any of those matters (collectively, the "Relevant Matters").

8.      On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth in the District Court pursuant to PROMESA section 304(a), commencing a case under Title III thereof (the "Debtor's Title III Case").

9.       Further Background information regarding the Debtor and the commencement of the Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board in connection with PROMESA Title III Petition* [ECF No. 1, Case No. 17 BK 3283-LTS], attached to the Commonwealth of Puerto Rico's Title III petition.

**Brattle's Retention and Fee Statements During the Compensation Period**

10.      Proskauer originally retained Brattle, an international economic consulting firm, pursuant to an Independent Contractor Services Agreement effective March 25, 2019 (the "Agreement"), in support of its litigation preparation on the Relevant Matters for the Oversight

Board.  On August 9, 2021, Proskauer specifically retained Brattle to facilitate the effective representation by Proskauer of the Debtors in connection with the confirmation hearing for the Plan of Adjustment under Project Assignment #7 of the Agreement.

11.     The Agreement provides that:

    a.  Proskauer's client, the Oversight Board, is solely responsible for Brattle's fees and expenses, and will compensate Brattle in accordance with the terms of the Agreement; and

    b.  Brattle will charge on a time and materials basis, based on the hourly billing rates in effect at the time services are performed, with all fees and expenses payable under the Agreement to be paid through the applicable PROMESA Title III proceeding.

12.     In October and November 2021, Brattle caused its third and fourth monthly fee statements ("Monthly Fee Statements") to be served on the notice parties.  Copies of Brattle's Monthly Fee Statements are attached hereto as Exhibit B.  In accordance with the Interim Compensation Order, Brattle requested an aggregate payment of $197,266.95 (representing payment of ninety percent (90%) of the compensation sought for professional fees), and as of the date of this Application Brattle has received $197,411.94[7] as payment for services rendered and expenses incurred on this project assignment during the Compensation Period.[8]

13.     Prior to the submission of this Application, Brattle has made only one previous requests for the allowance of interim compensation for professional services rendered and reimbursement of expenses incurred for this particular project assignment (its first interim application for the Thirteenth Interim Fee Period covered services rendered from June 1, 2021 through September 30, 2021).

---

[7] In October 2021, Brattle received and overpayment of $144.99.

[8] Compensation paid includes applicable 29% income tax withholding and 1.5% government contribution.

**Summary of Professional Services Rendered**
**By Brattle during the Compensation Period**

14.    Brattle's services to Proskauer, as legal counsel to the Oversight Board as representative of the Debtors, were reasonable, necessary, appropriate, and beneficial when rendered, facilitated the effective representation by Proskauer of its obligations as legal counsel to the Oversight Board as representative of the Debtors in connection with the confirmation hearing for the Title III Plan of Adjustment, and were in the best interests of the Oversight Board and the Debtors' creditors, the Commonwealth's residents, and other stakeholders.  Brattle performed its professional services in an expedient and efficient manner.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and time-sensitive nature of the issues and tasks involved.

15.    To provide an orderly and meaningful summary of the services rendered by Brattle, Brattle established, in accordance with the Guidelines, a separate task code for the services.  During the Compensation Period, Brattle expended 360.10 hours assisting Proskauer on matters relating to the Plan Confirmation Case.  Details of Brattle's work during this Compensation Period in furtherance of these tasks for Proskauer are included in the Monthly Fee Statements, and summarized as follows:

- Title III Expert Support
  - (Fees: $219,185.50; Hours: 360.10)
    - Brattle performed tasks necessary to assist Proskauer, as legal counsel to the Oversight Board, in rendering legal advice to the Oversight Board on matters relevant to Confirmation Hearing for the Plan of Adjustment, including the provision of expert testimony.

**Actual and Necessary Expenses of Brattle**

16.    Brattle incurred no expenses during the Compensation Period in connection with such service provided to Proskauer in connection with the confirmation hearing for the Plan of Adjustment.

### Compensation Paid and its Source

17.     All services for which Brattle seeks compensation were performed on behalf of and at the direction of Proskauer, as legal counsel to the Oversight Board, representative of the Debtors in their Title III Cases to facilitate Proskauer's effective representation of the Debtors. In connection with the request covered by this Application, Brattle has received no payment and has received no promises of payment for services rendered, or to be rendered, from any source other than the Debtors.  There is no agreement or understanding between Brattle and any other person for the sharing of compensation received for services rendered to Proskauer in the Debtors' Title III cases.

18.     PROMESA sections 316 and 317 provide for interim compensation of professionals and govern this Court's award of such compensation.  PROMESA section 316 provides that a court may award a professional employed for the benefit of the Debtor or the Oversight Board under PROMESA "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  PROMESA § 316(a). PROMESA section 316 also sets forth the criteria for awarding compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (1)  the time spent on such services;
>
> (2)  the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(5) with respect to a professional person, whether the person is board certified or
otherwise has demonstrated skill and experience in the bankruptcy field;

and

(6) whether the compensation is reasonable based on the customary compensation
charged by comparably skilled practitioners in cases other than cases under this
subchapter or title 11.

PROMESA § 316(c).

19.    Brattle respectfully submits that the professional services rendered and the
expenses incurred during the Compensation Period were necessary for and beneficial to
Proskauer's effective representation of the Oversight Board on behalf of the Debtors and
therefore were necessary for and beneficial to the maximization of value for all stakeholders and
ultimately to the orderly administration of the Debtors' Title III Cases.  The services required
experienced professionals with specialized expertise to timely and thoroughly respond to
Proskauer's requests, and to provide expert testimony at the Plan Confirmation Hearing. During
the Compensation Period, Brattle worked efficiently, under time constraints, to perform the
services.

20.    The rates of the Brattle personnel performing the services are the rates Brattle
charges for professional services rendered in comparable bankruptcy and non-bankruptcy
matters and are reasonable given the customary rates charged by comparably skilled practitioners
in comparable bankruptcy and non-bankruptcy cases in a competitive national market.

21.    Brattle submits that allowance of the fees and expenses requested herein is
reasonable and warranted in light of the nature, extent and value of Brattle's services to the
Proskauer, as legal counsel to the Oversight Board, as representative of the Debtors in the Plan
Confirmation Proceedings.  Proskauer has reviewed and approved this Application.

**No Previous Request**

22.    No previous request for the relief sought herein for these Fee Statements has been
made by Brattle to this or any other court.

## Reservations

23.      To the extent time or disbursement charges for services rendered or expenses
incurred relate to the Compensation Period but were not processed prior to the preparation of
this Application, or Brattle has for any other reason not yet sought compensation or
reimbursement of expenses herein with respect to any services rendered or expenses incurred
during the Compensation Period, Brattle reserves the right to request compensation for such
services and reimbursement of such expenses in a future application.

## Notice

24.      Pursuant to the Interim Compensation Order, notice of this Application has been
or will be filed in the Plan Confirmation Case and the jointly-administered Commonwealth of
Puerto Rico's Title III Case and served by email on:

(a) attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square,
New York, NY 10036, Attn: Martin J. Bienenstock, Esq.
(mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com),
and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul
V. Possinger, Esq. (ppossinger@proskauer.com);

(b) attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave.,
Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq.
(hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY
10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), and Diana M. Perez,
Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San
Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and
Carolina Velaz-Rivero, Esq. (cvelaz@mpmlawpr.com);

(e)  the Office of the United States Trustee for the District of Puerto Rico, Edificio
Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: *In re: Commonwealth
of Puerto Rico*);

(f)  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP,
200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq.
(lucdespins@paulhastings.com);

(g)  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago &
Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR
00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E.
Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h)  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP,
1155 Avenue of the Americas, New York, NY 10036, Attn: Robert Gordon, Esq.
(rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner
& Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq.
(csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i)  attorneys for the Official Committee of Retired Employees, Bennazar, García &
Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey,
PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j)  the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-
4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting
(Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant
Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L.
Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy
(angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and
Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury
(Francisco.Pena@hacienda.pr.gov);

(k)  counsel to any other statutory committee appointed;

(l)  attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León
Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo
(elugo@edgelegalpr.com); and

(m)attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

Brattle submits that, in light of the foregoing, no other or further notice need be provided.

25.    The certification required by Local Rule 2016-1(a)(4) and Rule 2016 is attached hereto as Exhibit A.

//

//

//

//

//

CONCLUSION

WHEREFORE The Brattle Group, Inc. respectfully requests that the Court enter an order:

a.          allowing interim compensation for professional services rendered during the Compensation Period in the amount of $219,185.50 (which includes the 10% professional compensation holdback amount);

b.          directing the Debtors to pay promptly to Brattle the difference between (i) the amount of interim compensation for professional services rendered, and reimbursement of expenses incurred during the Compensation Period allowed hereunder, and (ii) the amounts for such compensation and expenses previously paid to Brattle, consistent with the provisions of the Interim Compensation Order; and

c.          granting Brattle such other and further relief as is just and proper.


Dated:          August 16, 2022                    Respectfully Submitted,
                Boston, MA

                                                   _Barbara Levine_____
                                                   Barbara Levine, General Counsel
                                                   THE BRATTLE GROUP, INC.
                                                   Independent Contractor to Proskauer Rose LLP,
                                                   legal counsel to the Financial Oversight and
                                                   Management Board, as representative of the
                                                   Debtors

                                                   One Beacon Street, Suite 2600
                                                   Boston, MA 02108
                                                   Tel: 617-864-7900
                                                   Fax: 617-507-0063
                                                   Email: barbara.levine@brattle.com

# EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*
     Debtors.[9]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF APPLICATION OF THE BRATTLE GROUP, INC. AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL TO AND ON BEHALF OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Barbara Levine, hereby certify that:

1.     I am employed by The Brattle Group, Inc. ("Brattle") as its General Counsel, and have been designated by Brattle in respect of compliance with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A (the "Guidelines") and Local Rule 2016-1.

---

[9]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.       I submit this certification in support of Brattle's second interim fee application for

the project assignment regarding the Plan Confirmation, covering the period October 1, 2021

through January 31, 2022.

3.       Pursuant to the Guidelines and Local Rule 2016-1, I certify that:

      (a)       I have read the Application;

      (b)       To the best of my knowledge, information and belief formed after

reasonable inquiry, the fees and expenses sought in the Application

fall within the Guidelines;

      (c)       The fees sought in the Application are billed at rates that are

customarily employed by Brattle and generally accepted by Brattle's

clients, and that fall, to the best of my knowledge, information, and

belief formed after reasonable inquiry, within the Guidelines; and

      (e)       Brattle incurred no necessary costs and expenses during the period

reflected in the Application.

4.       I certify that Brattle has previously provided monthly fee statements of Brattle's

fees and expenses for the period October 1, 2021 through January 31, 2022 by causing the same

to be served and filed in accordance with the Interim Compensation Order (as defined in the

Application).

I certify under the pains and penalties of perjury that the foregoing is true and correct.

DATED:        AUGUST 16, 2022
              BOSTON, MA

Barbara Levine, General Counsel
THE BRATTLE GROUP, INC.
Independent Contractor to Proskauer Rose LLP,
legal counsel to the Financial Oversight and
Management Board, as representative of the
Debtors

One Beacon Street, Suite 2600
Boston, MA 02108
Tel: 617-864-7900
Fax: 617-507-0063
Email: barbara.levine@brattle.com

EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*
         Debtors.[1]

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)


**COVER SHEET TO THE THIRD MONTHLY FEE STATEMENT OF THE BRATTLE GROUP, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL COUNSEL
TO AND ON BEHALF OF THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
FOR THE PERIOD OCTOBER 1, 2021-OCTOBER 31, 2021**

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP, ("Proskauer") as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). |
| Retention Date: | March 25, 2019[2] |

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Proskauer originally retained Brattle on March 25, 2019 to provide general litigation support, and specifically retained Brattle in this particular project assignment on August 9, 2021.

| Period for Which Compensation is Sought: | October 1, 2021 through October 31, 2021 (the "Fee Period") |
|---|---|
| Amount of Fees Sought (90% of Invoiced Amount): | **$115,195.95** |
| Amount of Expense Reimbursement Sought: | **$     0** |
| Total Fees and Expenses Sought for Compensation Period: | **$115,195.95** |

This is a(n) _X_ Monthly ___Interim __Final Fee Application

This is Brattle's third monthly fee statement in the Debtors' Title III Case (the "Plan Confirmation Proceedings")[3] ("Brattle's Third Monthly Fee Statement in the Plan Confirmation Proceedings"), served pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Second Amended Order"). Brattle seeks:

a. Payment of compensation in the amount of $115,195.95 (90% of $127,995.50 of fees on account of reasonable and necessary professional services rendered to Proskauer to facilitate the effective representation by Proskauer of its obligations as legal counsel to Oversight Board as representative of the Debtor in the Plan Confirmation Proceeding).

At the end of Brattle's Third Monthly Fee Statement in the Plan Confirmation Proceeding are the following summaries:

a. Schedule 1 – Summary schedule showing professional fees by task;

b. Schedule 2 – Summary schedule showing the professionals who performed the services, the numbers of hours spent, the respective professional's billing rate, and the total fees for such services;

---

[3]  This fee statement solely pertains to fees and expenses incurred with respect to the Plan Confirmation Proceeding and does not address fees or expenses incurred with respect to other services performed for Proskauer in its general representation of the Oversight Board.

c.   Schedule 3 – Summary schedule noting the expenses incurred in connection with the provision of the services; and

d.   Schedule 4 – An itemized time record, organized chronologically, for which compensation is sought which includes: 1) the date each service was rendered; 2) the professionals who performed the services; 3) a description of the services rendered; and 4) the time spent performing the services in increments of tenths of an hour.

//

//

//

//

//

<u>Certifications</u>

I certify that no employee of the Oversight Board is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of Proskauer and the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. The total amount shown on this fee statement is true and correct. To the best of my knowledge, Brattle does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:       December 30, 2021
             Boston, MA




             _Barbara Levine_

             Barbara Levine, General Counsel
             THE BRATTLE GROUP, INC.
             Independent Contractor to Proskauer Rose LLP,
             legal counsel to the Financial Oversight and
             Management Board, as representative of the
             Debtors

             One Beacon Street, Suite 2600
             Boston, MA 02108
             Tel: 617-864-7900
             Fax: 617-507-0063
             Email: barbara.levine@brattle.com

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement.

Chantel L. Febus, Partner
Proskauer Rose LLP
Counsel to the Financial Oversight and Management Board for Puerto Rico

Pursuant to the Interim Compensation Order, Brattle has caused notice of this Monthly

Fee Statement to be provided to:

(a) the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member;

(b) attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq., (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar- Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

## SCHEDULE 1

**Summary of Professional Services and Expenses Rendered *by Task*
for the Period October 1, 2021 through October 31, 2021**

| TASK | HOURS | FEES[4] |
|------|-------|---------|
| C5 – Title III Expert Support | 222.10 | $127,995.50 |
| Subtotal | | $127,995.50 |
| **Total Fees Charged to Oversight Board** | | **$127,995.50** |

### **SCHEDULE 2**

**Summary of Professional Services Rendered *by Timekeeper*
for the Period October 1, 2021 through October 31, 2021**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES[5] |
|---|---|---|---|---|
| Murray, Marti | Principal | $1,100 | 57.20 | $62,920.00 |
| Zhu, Julia | Senior Associate | $500 | 65.20 | $32,600.00 |
| Bajaj, Nitin | Associate | $460 | 10.40 | $ 4,784.00 |
| Kim, Ally | Research Analyst | $285 | 7.10 | $ 2,023.50 |
| Lee, Monet | Research Analyst | $315 | 26.10 | $ 8,221.50 |
| Lehner, Connor | Research Analyst | $315 | 3.90 | $ 1,228.50 |
| Mather, Sarah | Research Analyst | $285 | 9.20 | $ 2,622.00 |
| Nair, Rohit | Research Analyst | $285 | 28.10 | $ 8,008.50 |
| Paulson, Gara | Litigation Specialist | $375 | 14.90 | $ 5,587.50 |
| Subtotal | | | | $127,995.50 |
| **Total Fees Charged to Oversight Board** | | | | **$127,995.50** |

## **SCHEDULE 3**

**No Expenses were Incurred
for the Period October 1, 2021 through October 31, 2021**

## <u>SCHEDULE 4</u>

**Itemized time record, organized chronologically, for which compensation is sought**

| Location | Task Code | Date | Week Ending | Timekeeper | Position/Title | Hourly Rate | Billed Hours | Billed Fees | Fee Statement description |
|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C5 - Title III Expert Support | 20211004 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.5 | $ 250.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211004 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.7 | $ 350.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211004 | 8-Oct-21 | Lee, Monet | Research Analyst | $ 315 | 0.9 | $ 283.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211005 | 8-Oct-21 | Lee, Monet | Research Analyst | $ 315 | 0.1 | $ 31.50 | Reviewed materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211005 | 8-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.4 | $ 150.00 | Reviewed materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211006 | 8-Oct-21 | Murray, Marti | Principal | $ 1,100 | 0.7 | $ 770.00 | Reviewed materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211006 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 2.1 | $ 1,050.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.1 | $ 37.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.2 | $ 75.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.5 | $ 250.00 | Meeting with K. Patterson, M. Valenciano (Veritext), C. Rogoff, M. Murray, and N. Bajaj regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.3 | $ 112.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Murray, Marti | Principal | $ 1,100 | 0.6 | $ 660.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.7 | $ 350.00 | Meeting with P. Possinger, C. Rogoff (Proskauer), M. Murray, and N. Bajaj regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Bajaj, Nitin | Associate | $ 460 | 0.7 | $ 322.00 | Meeting with P. Possinger, C. Rogoff (Proskauer), M. Murray, and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Murray, Marti | Principal | $ 1,100 | 0.3 | $ 330.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Murray, Marti | Principal | $ 1,100 | 0.6 | $ 660.00 | Meeting with P. Possinger and C. Rogoff (Proskauer) regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.3 | $ 112.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211013 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.3 | $ 150.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211013 | 15-Oct-21 | Bajaj, Nitin | Associate | $ 460 | 0.5 | $ 230.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211013 | 15-Oct-21 | Lee, Monet | Research Analyst | $ 315 | 0.7 | $ 220.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211014 | 15-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.3 | $ 112.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.3 | $ 112.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.4 | $ 200.00 | Meeting with C. Febus, C. Rogoff (Proskauer), and G. Paulson regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.4 | $ 200.00 | Follow-up meeting with G. Paulson regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211018 | 22-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.4 | $ 150.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211020 | 22-Oct-21 | Murray, Marti | Principal | $ 1,100 | 0.2 | $ 220.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211021 | 22-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.1 | $ 50.00 | Follow-up meeting with C. Febus (Proskauer) regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211021 | 22-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.2 | $ 100.00 | Meeting with C. Febus (Proskauer) regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211021 | 22-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.4 | $ 150.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Paulson, Gara | Litigation Specialist | $ 375 | 0.3 | $ 112.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211026 | 29-Oct-21 | Murray, Marti | Principal | $ 1,100 | 0.2 | $ 220.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211026 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.5 | $ 250.00 | Meeting with M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ 500 | 0.8 | $ 400.00 | Meeting with M. Lee, S. Mather, and R. Nair regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Lee, Monet | Research Analyst | $ 315 | 0.8 | $ 252.00 | Meeting with J. Zhu, S. Mather, and R. Nair regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Mather, Sarah | Research Analyst | $ 285 | 0.8 | $ 228.00 | Meeting with J. Zhu, M. Lee, and R. Nair regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Murray, Marti | Principal | $ 1,100 | 0.2 | $ 220.00 | Reviewed materials relevant to the Plan of Adjustment. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.8 | $ 400.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.2 | $ 600.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.3 | $ 1,430.00 | Meeting with J. Zhu and M. Lee regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211029 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.7 | $ 1,350.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211004 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.9 | $ 950.00 | Meeting with C. Febus, M. Dale, (Proskauer) M. Murray, G. Paulson, and N. Bajaj regarding materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Bajaj, Nitin | Associate | $ | 460 | 0.5 | $ 230.00 | Meeting with K. Patterson, M. Valenciano (Veritext), C. Rogoff, M. Murray, and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.7 | $ 262.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.8 | $ 400.00 | Team meeting with N. Bajaj, R. Nair, and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Bajaj, Nitin | Associate | $ | 460 | 0.8 | $ 368.00 | Team meeting with J. Zhu, M. Murray, and R. Nair regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 1.2 | $ 378.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211013 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.9 | $ 450.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 0.4 | $ 114.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.3 | $ 112.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.5 | $ 550.00 | Meeting with K. Patterson, M. Valenciano (Veritext), C. Rogoff, N. Bajaj and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.7 | $ 770.00 | Meeting with P. Possinger, C. Rogoff (Proskauer), J. Zhu and N. Bajaj regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.8 | $ 400.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 1.2 | $ 342.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.8 | $ 880.00 | Team meeting with J. Zhu, N. Bajaj, and R. Nair regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 0.8 | $ 228.00 | Team meeting with J. Zhu, N. Bajaj, and M. Murray to continue preparing for expert deposition. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 1.7 | $ 484.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 1.7 | $ 535.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.4 | $ 150.00 | Meeting with C. Febus, C. Rogoff (Proskauer), J. Zhu and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.4 | $ 150.00 | Follow-up meeting with J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211018 | 22-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 0.5 | $ 142.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211021 | 22-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 0.6 | $ 189.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211026 | 29-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.5 | $ 550.00 | Meeting with J. Zhu to discuss the Prager report. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 0.8 | $ 228.00 | Meeting with J. Zhu, M. Lee, and S. Mather regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.2 | $ 600.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.3 | $ 650.00 | Meeting with M. Murray and M. Lee regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211029 | 29-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 3.2 | $ 912.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.8 | $ 900.00 | Meeting with M. Murray and R. Nair regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211001 | 1-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 0.1 | $ 31.50 | Reviewed materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211004 | 8-Oct-21 | Bajaj, Nitin | Associate | $ | 460 | 1.9 | $ 874.00 | Meeting with C. Febus, M. Dale, (Proskauer) M. Murray, G. Paulson, and J. Zhu regarding materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.8 | $ 900.00 | Reviewed materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211013 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 3.1 | $ 3,410.00 | Reviewed materials relevant to the Plan of Adjustment. |

| | | | | | | | Rate | Hours | | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C5 - Title III Expert Support | 20211014 | 15-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 0.5 | $ | 157.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Bajaj, Nitin | Associate | $ | 460 | 1.0 | $ | 460.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211018 | 22-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 0.5 | $ | 157.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211019 | 22-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 0.6 | $ | 189.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211020 | 22-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.8 | $ | 400.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211021 | 22-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.8 | $ | 300.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211022 | 22-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 0.1 | $ | 31.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.4 | $ | 150.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211026 | 29-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 1.0 | $ | 315.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211026 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.1 | $ | 550.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Mather, Sarah | Research Analyst | $ | 285 | 1.3 | $ | 370.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Mather, Sarah | Research Analyst | $ | 285 | 1.4 | $ | 399.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 1.7 | $ | 535.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 1.3 | $ | 409.50 | Meeting with M. Murray and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211029 | 29-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 5.2 | $ | 1,638.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 1.8 | $ | 513.00 | Meeting with M. Murray and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.7 | $ | 350.00 | Meeting with M. Murray and G. Paulson regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.8 | $ | 1,980.00 | Meeting with J. Zhu and R. Nair regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 1.8 | $ | 567.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.3 | $ | 1,150.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.4 | $ | 1,200.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211004 | 8-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 1.9 | $ | 712.50 | Meeting with C. Febus, M. Dale, (Proskauer) M. Murray, J. Zhu, and N. Bajaj regarding materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211005 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.3 | $ | 1,430.00 | Reviewed materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211006 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 2.1 | $ | 2,310.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.7 | $ | 262.50 | Meeting with J. Zhu and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.7 | $ | 770.00 | Meeting with G. Paulson and J. Zhu regarding expert report and deposition preparation. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Mather, Sarah | Research Analyst | $ | 285 | 0.8 | $ | 228.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.1 | $ | 1,050.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 2.9 | $ | 826.5 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 2.0 | $ | 630.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 2.2 | $ | 2,420.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211014 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.8 | $ | 400.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 1.1 | $ | 346.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211015 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.3 | $ | 1,150.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211018 | 22-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.2 | $ | 600.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211019 | 22-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.2 | $ | 75.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211021 | 22-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.4 | $ | 1,540.00 | Reviewed materials relevant to the plant of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211021 | 22-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.2 | $ | 1,100.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 0.5 | $ | 157.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Bajaj, Nitin | Associate | $ | 460 | 0.7 | $ | 322.00 | (Attended partially) Meeting with C. Febus, C. Rogoff, G. Paulson (Proskauer), and J. Zhu regarding materials relevant to the Plan of Adjustment. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 0.9 | $ | 337.50 | Meeting with C. Febus, C. Rogoff (Proskauer), N. Bajaj (attended partially), and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.9 | $ | 450.00 | Meeting with C. Febus, C. Rogoff (Proskauer), N. Bajaj (attended partially), and G. Paulson regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.9 | $ | 950.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Lehner, Connor | Research Analyst | $ | 315 | 1.0 | $ | 315.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211003 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.2 | $ | 220.00 | Reviewed materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211004 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.9 | $ | 2,090.00 | Meeting with C. Febus, M. Dale (Proskauer), J. Zhu, N. Bajaj, and G. Paulson regarding materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211005 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.2 | $ | 1,320.00 | Reviewed materials relevant to Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211005 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.1 | $ | 1,050.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211005 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.5 | $ | 1,250.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211006 | 8-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 2.9 | $ | 1,087.50 | (Attended partially) Meeting with C. Febus, M. Murray, and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211006 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 3.4 | $ | 1,700.00 | Meeting with C. Febus, M. Murray, and G. Paulson (attended partially) regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211006 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 3.4 | $ | 3,740.00 | Meeting with C. Febus, J. Zhu, and G. Paulson (attended partially) regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.4 | $ | 1,540.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 1.9 | $ | 541.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211007 | 8-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.7 | $ | 1,350.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Lehner, Connor | Research Analyst | $ | 315 | 2.9 | $ | 913.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Mather, Sarah | Research Analyst | $ | 285 | 4.9 | $ | 1,396.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211008 | 8-Oct-21 | Kim, Ally | Research Analyst | $ | 285 | 7.1 | $ | 2,023.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211009 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 3.3 | $ | 3,630.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211009 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.8 | $ | 880.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211009 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.3 | $ | 1,430.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211010 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.2 | $ | 220.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211010 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.5 | $ | 550.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211010 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.8 | $ | 880.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211010 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 2.2 | $ | 2,420.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.1 | $ | 1,210.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.4 | $ | 1,540.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.7 | $ | 850.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Bajaj, Nitin | Associate | $ | 460 | 2.0 | $ | 920.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 2.3 | $ | 2,530.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211011 | 15-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 2.4 | $ | 684.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 2.3 | $ | 2,530.00 | Meeting with C. Febus, C. Rogoff, S. Cooper, M. Dale (Proskauer), J. Zhu, N. Bajaj, and G. Paulson regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.3 | $ | 1,150.00 | Meeting with C. Febus, C. Rogoff, S. Cooper, M. Dale (Proskauer), M. Murray, N. Bajaj, and G. Paulson regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Bajaj, Nitin | Associate | $ | 460 | 2.3 | $ | 1,058.00 | Meeting with C. Febus, C. Rogoff, S. Cooper, M. Dale (Proskauer), M. Murray, J. Zhu, and G. Paulson regarding materials relevant to the Plan of Adjustment. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Paulson, Gara | Litigation Specialist | $ | 375 | 2.3 | $ | 862.50 | Meeting with C. Febus, C. Rogoff, S. Cooper, M. Dale (Proskauer), M. Murray, J. Zhu, and N. Bajaj regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211013 | 15-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 5.4 | $ | 2,700.00 | Attended the expert deposition. |
| Outside PR | C5 - Title III Expert Support | 20211020 | 22-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 1.5 | $ | 472.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211021 | 22-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 2.4 | $ | 684.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211022 | 22-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 0.2 | $ | 220.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211025 | 29-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 3.2 | $ | 3,520.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211026 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 1.4 | $ | 700.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211026 | 29-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 1.4 | $ | 399.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211026 | 29-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 1.7 | $ | 1,870.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 1.4 | $ | 399.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Lee, Monet | Research Analyst | $ | 315 | 2.2 | $ | 693.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 2.6 | $ | 741.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211012 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 3.2 | $ | 3,520.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211013 | 15-Oct-21 | Murray, Marti | Principal | $ | 1,100 | 5.4 | $ | 5,940.0 | Attended the expert deposition. |
| Outside PR | C5 - Title III Expert Support | 20211027 | 29-Oct-21 | Nair, Rohit | Research Analyst | $ | 285 | 2.7 | $ | 769.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211028 | 29-Oct-21 | Zhu, Julia | Senior Associate | $ | 500 | 2.6 | $ | 1,300.00 | Reviewed materials relevant to the Plan of Adjustment. |

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------- x

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et. al.*
       Debtors.[1]

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)


**COVER SHEET TO THE FOURTH MONTHLY FEE STATEMENT OF THE BRATTLE GROUP,
INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS ECONOMIC CONSULTANT TO PROSKAUER ROSE LLP, AS LEGAL
COUNSEL TO AND ON BEHALF OF THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
FOR THE PERIOD NOVEMBER 1, 2021-NOVEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | The Brattle Group, Inc. ("Brattle") |
| Retained to Provide Professional Services to: | Proskauer Rose LLP, ("Proskauer") as legal counsel to and on behalf of The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). |
| Retention Date: | March 25, 2019[2] |

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Proskauer originally retained Brattle on March 25, 2019 to provide general litigation support, and specifically retained Brattle in this particular project assignment on August 9, 2021.

| Period for Which Compensation is Sought: | November 1, 2021 through November 30, 2021 (the "Fee Period") |
|---|---|
| Amount of Fees Sought (90% of Invoiced Amount): | **$ 82,071.00** |
| Amount of Expense Reimbursement Sought: | **$ 0** |
| Total Fees and Expenses Sought for Compensation Period: | **$ 82,071.00** |

This is a(n) _X_ Monthly ___Interim __Final Fee Application

This is Brattle's fourth monthly fee statement in the Debtors' Title III Case (the "<u>Plan Confirmation Proceedings</u>")[3] ("<u>Brattle's Fourth Monthly Fee Statement in the Plan Confirmation Proceedings</u>"), served pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "<u>Second Amended Order</u>"). Brattle seeks:

a.  Payment of compensation in the amount of $82,071.00 (90% of $91,190.00 of fees on account of reasonable and necessary professional services rendered to Proskauer to facilitate the effective representation by Proskauer of its obligations as legal counsel to Oversight Board as representative of the Debtor in the Plan Confirmation Proceeding).

At the end of Brattle's Fourth Monthly Fee Statement in the Plan Confirmation Proceeding are the following summaries:

a.  Schedule 1 – Summary schedule showing professional fees by task;

b.  Schedule 2 – Summary schedule showing the professionals who performed the services, the numbers of hours spent, the respective professional's billing rate, and the total fees for such services;

---

[3]   This fee statement solely pertains to fees and expenses incurred with respect to the Plan Confirmation Proceeding and does not address fees or expenses incurred with respect to other services performed for Proskauer in its general representation of the Oversight Board.

c.  Schedule 3 – Summary schedule noting the expenses incurred in connection with the provision of the services; and

d.  Schedule 4 – An itemized time record, organized chronologically, for which compensation is sought which includes: 1) the date each service was rendered; 2) the professionals who performed the services; 3) a description of the services rendered; and 4) the time spent performing the services in increments of tenths of an hour.

//

//

//

//

//

## Certifications

I certify that no employee of the Oversight Board is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of Proskauer and the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. The total amount shown on this fee statement is true and correct. To the best of my knowledge, Brattle does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:      February 1, 2022
            Boston, MA


*Barbara Levine*

Barbara Levine, General Counsel
THE BRATTLE GROUP, INC.
Independent Contractor to Proskauer Rose LLP,
legal counsel to the Financial Oversight and
Management Board, as representative of the
Debtors

One Beacon Street, Suite 2600
Boston, MA 02108
Tel: 617-864-7900
Fax: 617-507-0063
Email: barbara.levine@brattle.com

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement.

Chantel L. Febus, Partner
Proskauer Rose LLP
Counsel to the Financial Oversight and Management Board for Puerto Rico

Pursuant to the Interim Compensation Order, Brattle has caused notice of this Monthly

Fee Statement to be provided to:

(a) the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member;

(b) attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq., (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar- Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

(l) attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

## <u>SCHEDULE 1</u>

**Summary of Professional Services and Expenses Rendered *by Task***
**for the Period November 1, 2021 through November 30, 2021**

| TASK | HOURS | FEES |
|------|-------|------|
| C5 – Title III Expert Support | 138.00 | $91,190.00 |
| Subtotal | | $91,190.00 |
| **Total Fees Charged to Oversight Board** | | **$91,190.00** |

## SCHEDULE 2

**Summary of Professional Services Rendered *by Timekeeper*
for the Period November 1, 2021 through November 30, 2021**

| NAME OF PROFESSIONAL | POSITION | HOURLY RATE | TOTAL HOURS (in this application) | FEES |
|---|---|---|---|---|
| Murray, Marti | Principal | $1,100 | 50.30 | $55,330.00 |
| Zhu, Julia | Senior Associate | $500 | 43.60 | $21,800.00 |
| Bajaj, Nitin | Associate | $460 | 5.90 | $ 2,714.00 |
| Lee, Monet | Research Analyst | $315 | 15.30 | $ 4,819.50 |
| Nair, Rohit | Research Analyst | $285 | 22.90 | $ 6,526.50 |
| Subtotal | | | | $91,190.00 |
| **Total Fees Charged to Oversight Board** | | | | **$91,190.00** |

## **<u>SCHEDULE 3</u>**

**No Expenses were Incurred
for the Period November 1, 2021 through November 30, 2021**

# **SCHEDULE 4**

**Itemized time record, organized chronologically, for which compensation is sought**

| Location | Task Code | Date | Week Ending | Timekeeper | Position/Title | Hourly Rate | Billed Hours | Billed Fees | Fee Statement description |
|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.8 | $ 252.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.7 | $ 220.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 2.1 | $ 598.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 3.2 | $ 912.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 2.5 | $ 1,250.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 2.4 | $ 1,200.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Murray, Marti | Principal | $ 1,100 | 0.3 | $ 330.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Murray, Marti | Principal | $ 1,100 | 0.4 | $ 440.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211101 | 5-Nov-21 | Murray, Marti | Principal | $ 1,100 | 0.3 | $ 330.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211102 | 5-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.6 | $ 189.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211102 | 5-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.9 | $ 283.50 | Meeting with R. Nair, J. Zhu and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211102 | 5-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 0.9 | $ 256.50 | Meeting with M. Lee, J. Zhu, and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211102 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 0.9 | $ 450.00 | Meeting with M. Lee, R. Nair, and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211102 | 5-Nov-21 | Murray, Marti | Principal | $ 1,100 | 0.9 | $ 990.00 | Meeting with M. Lee, R. Nair, and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211102 | 5-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 1.0 | $ 315.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211102 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 2.4 | $ 1,200.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211102 | 5-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 2.5 | $ 712.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211103 | 5-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.5 | $ 157.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211103 | 5-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 0.8 | $ 228.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211103 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 2.2 | $ 1,100.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211104 | 5-Nov-21 | Murray, Marti | Principal | $ 1,100 | 0.5 | $ 550.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211104 | 5-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.6 | $ 189.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211104 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.1 | $ 550.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211104 | 5-Nov-21 | Bajaj, Nitin | Associate | $ 460 | 1.2 | $ 552.00 | Meeting with J. Levitan, C. Rogoff, S. Cooper, P. Possinger, M. Dale (Proskauer), J. Zhu and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211104 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.2 | $ 600.00 | Meeting with J. Levitan, C. Rogoff, S. Cooper, P. Possinger, M. Dale (Proskauer), N. Bajaj and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211104 | 5-Nov-21 | Murray, Marti | Principal | $ 1,100 | 1.2 | $ 1,320.00 | Meeting with J. Levitan, C. Rogoff, S. Cooper, P. Possinger, M. Dale (Proskauer), N. Bajaj and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211104 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.7 | $ 850.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211105 | 5-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 0.6 | $ 300.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211106 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 2.1 | $ 1,050.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211106 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 3.3 | $ 3,630.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211107 | 12-Nov-21 | Bajaj, Nitin | Associate | $ 460 | 1.5 | $ 690.00 | Meeting with M. Dale (Proskauer), M. Murray and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211107 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.5 | $ 750.00 | Meeting with M. Dale (Proskauer), M. Murray and N. Bajaj regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211107 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 1.5 | $ 1,650.00 | Meeting with M. Dale (Proskauer), N. Bajaj and J. Zhu regarding materials relevant to the Plan of Adjustment. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Outside PR | C5 - Title III Expert Support | 20211107 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 2.7 | $ 2,970.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 0.2 | $ 220.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 2.3 | $ 2,530.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.7 | $ 220.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.8 | $ 252.00 | Meeting with R. Nair regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 5.2 | $ 5,720.00 | Attended the Confirmation Hearing. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 0.8 | $ 228.00 | Meeting with M. Lee regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 1.9 | $ 541.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 3.9 | $ 1,111.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211108 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 4.4 | $ 2,200.00 | (Partially attended) Attended the Confirmation Hearing. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 0.6 | $ 189.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Bajaj, Nitin | Associate | $ 460 | 1.2 | $ 552.00 | Meeting with M. Dale, P. Possinger, S. Cooper (Proskauer), J. Zhu and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.2 | $ 600.00 | Meeting with M. Dale, P. Possinger, S. Cooper (Proskauer), N. Bajaj and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 1.2 | $ 1,320.00 | Meeting with M. Dale, P. Possinger, S. Cooper (Proskauer), J. Zhu and N. Bajaj regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.3 | $ 650.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 2.2 | $ 2,420.00 | Attended the Confirmation Hearing. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 2.7 | $ 1,350.00 | Attended the Confirmation Hearing. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 3.6 | $ 1,026.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211109 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 3.9 | $ 4,290.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211110 | 12-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 4.6 | $ 1,449.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211110 | 12-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 1.7 | $ 484.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211110 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.7 | $ 850.00 | Attended the Confirmation Hearing. |
| Outside PR | C5 - Title III Expert Support | 20211110 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.8 | $ 900.00 | Attended the Confirmation Hearing. |
| Outside PR | C5 - Title III Expert Support | 20211110 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 2.2 | $ 1,100.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211110 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 1.2 | $ 1,320.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211110 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 7.4 | $ 8,140.00 | Attended the Confirmation Hearing. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Lee, Monet | Research Analyst | $ 315 | 3.5 | $ 1,102.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 0.5 | $ 142.50 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Bajaj, Nitin | Associate | $ 460 | 2.0 | $ 920.00 | (Attended partially) Meeting with M. Dale, C. Rogoff, P. Possinger (Proskauer), J. Zhu, and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 3.0 | $ 1,500.00 | Meeting with M. Dale, C. Rogoff, P. Possinger (Proskauer), N. Bajaj (attended partially) and M. Murray regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.6 | $ 800.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ 500 | 1.7 | $ 850.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 1.3 | $ 1,430.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 3.0 | $ 3,300.00 | Meeting with M. Dale, C. Rogoff, P. Possinger (Proskauer), N. Bajaj (attended partially) and J. Zhu regarding materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 3.8 | $ 4,180.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211111 | 12-Nov-21 | Murray, Marti | Principal | $ 1,100 | 2.0 | $ 2,200.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211112 | 12-Nov-21 | Nair, Rohit | Research Analyst | $ 285 | 1.0 | $ 285.00 | Partially attended the Confirmation Hearing. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Outside PR | C5 - Title III Expert Support | 20211112 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ | 500 | 0.2 | $ | 100.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211112 | 12-Nov-21 | Zhu, Julia | Senior Associate | $ | 500 | 3.2 | $ | 1,600.00 | Attended the Confirmation Hearing. |
| Outside PR | C5 - Title III Expert Support | 20211112 | 12-Nov-21 | Murray, Marti | Principal | $ | 1,100 | 0.4 | $ | 440.00 | Reviewed materials relevant to the Plan of Adjustment. |
| Outside PR | C5 - Title III Expert Support | 20211112 | 12-Nov-21 | Murray, Marti | Principal | $ | 1,100 | 5.1 | $ | 5,610.00 | Reviewed materials relevant to the Plan of Adjustment. |