To the best of my knowledge, information, and belief, and pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct.

Dated: August 7, 2022

Christina Pullo
Managing Director, Head of Restructuring
Administration and Issuer Services
Kroll Restructuring Administration LLC

New York, New York

7