Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 7, 2022
     New York, New York

David M. Brownstein
Managing Director
Citigroup Global Markets Inc.