Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 7, 2022
New York, New York

*Ojas N. Shah*
Ojas N. Shah
Partner, McKinsey & Company