Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 7, 2022
Marco Island, FL

*/s/ Jay Herriman*
Jay Herriman
Managing Director,
Alvarez & Marsal North America, LLC

16