**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**<u>CERTIFICATE OF SERVICE</u>**

I, Christian Rivera, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **<u>Exhibit A</u>**, to be served via First Class Mail on the ACR CW Notice Parties Service List attached hereto as **<u>Exhibit B</u>**.

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **<u>Exhibit C</u>**, to be served via First Class Mail on the ACR ERS Notice Parties Service List attached hereto as **<u>Exhibit D.</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit E**, to be served via First Class Mail on the ACR Public Letter Notice Parties Service List attached hereto as **Exhibit F**.

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit G**, to be served via First Class Mail on the Jose R. Perez Rivera (MMLID: 1874408), PO Box 5000-446, San German PR 00683.

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit H**, to be served via First Class Mail on the ACR Tax Notice Parties Service List attached hereto as **Exhibit I**.

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit J**, to be served via First Class Mail on the ACR Tax Final Notice Parties Service List attached hereto as **Exhibit K**.

Dated: August 17, 2022

                                                              */s/ Christian Rivera*
                                                              Christian Rivera

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 17, 2022, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 63333

**<u>Exhibit A</u>**



## GOVERNMENT OF PUERTO RICO
Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

12 de agosto de 2022

**Re:**   **Reclamación Núm.**          **- REQUIERE RESPUESTA/ FAVOR COMPLETAR**
          **REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Estado Libre Asociado de Puerto Rico** y registrada(s) por Kroll como Evidencia de Reclamación Núm.        (la "Reclamación").

El          , los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones estan disponibles en la pagina electronica de Kroll: https://cases.ra.kroll.com/puertorico/

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 12 de septiembre de 2022 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

August 12, 2022

<u>Re: Claim No.</u>                     <u>- RESPONSE REQUIRED</u>
            <u>COMPLETE ATTACHED INFORMATION REQUEST</u>

Dear

We write with respect to your proof(s) of claim, which was filed on                     against
**the Commonwealth of Puerto Rico** and logged by Kroll as Proof of Claim No.
(the "<u>Claim</u>").

On                     ,   the   Debtors   transferred   your   Claim   into   the
Administrative   Claims   Reconciliation   ("<u>ACR</u>")   process.     This   means   that   your
Claim   will   be   resolved   using   the   Commonwealth's   existing   administrative
processes.   Specifically,   your   claim   will   be   resolved   by   ERS   using   the   Pension/Retiree
Procedures,   as   described   in   the   order   authorizing   the   ACR   process   [Case No. 17-
bk-3283,   ECF   No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you
have provided.   Based on the information you have provided, it appears that your Claim
is only asserting your right to receive your pension and nothing else.   It does not appear that
you dispute the amount of the pension payments you are receiving or can expect to
receive upon your retirement.     You can determine the pension payment amount
ERS presently expects you will receive by consulting your most recent pension benefit
statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of
your pension or whether you have any independent claim against ERS unrelated to
your right to pension benefits.   Please confirm whether or not you dispute the amount of
your pension or have an independent claim unrelated to your pension benefits by
completing the box marked

---

[1] Copies of all pleadings are available on Kroll's website,

https://cases.ra.kroll.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.   If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before September 12, 2022 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

**FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN**

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO**_____

\_\_\_\_\_   Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

\_\_\_\_\_   Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____

**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO _____

_____  I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.              and DO NOT have an independent claim against ERS unrelated to my/ our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

_____  I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.              or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

3

**<u>Exhibit B</u>**

Exhibit B

ACR CW Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 943900 | BELTRAN SOTO, MARILYN | HC1 BOX 4415 | | | ARROYO | PR | 00714 |
| 943146 | CRUZ FRANCO, GLORIA | CO JOSE R PERELES SANTIAGO | 1705 PASEO LAS COLONIAS | URB VISTA ALEGRE | PONCE | PR | 00717-2234 |
| 849740 | Escobar Vargas, Ricardo | 12488 Northover Loop | | | Orlando | FL | 32824-7392 |
| 1593642 | LUGO BEAUCHAMP, NIDYVETTE | 45 SAN JOSE | | | MAYAGUEZ | PR | 00682 |
| 2079201 | Olan Ramirez, Aida L. | 205 Aguamarina Magueyes | | | Ponce | PR | 00728 |

**<u>Exhibit C</u>**



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

12 de agosto de 2022

**Re:    Reclamación Núm.            - REQUIERE RESPUESTA/ FAVOR COMPLETAR
        REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Kroll como Evidencia de Reclamación Núm.            (la "Reclamación").

El            , los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones estan disponibles en la pagina electronica de Kroll: https://cases.ra.kroll.com/puertorico/

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo  a  la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica  que  el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted  tendrá  la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 12 de septiembre 2022 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a  PRACRprocess@ra.kroll.com,, o por correo, entrega personal, o correo urgente  a  la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internanciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

August 12, 2022

**Re: Claim No.                - RESPONSE REQUIRED**

**COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                against
**The Employees Retirement System** and logged by Kroll as Proof of Claim No.
the "Claim").

On                  , the Debtors transferred your Claim into the
Administrative Claims Reconciliation ("ACR") process.   This means that your Claim
will be resolved using the Commonwealth's existing administrative processes.
Specifically, your claim will be resolved by ERS using the Pension/Retiree Procedures,
as described in the order authorizing the ACR process [Case No. 17-bk-3283, ECF No.
12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that
you have provided.  Based on the information you have provided, it appears that your
Claim is only asserting your right to receive your pension and nothing else.  It does not
appear that you dispute the amount of the pension payments you are receiving or
can expect to receive upon your retirement.   You can determine the pension
payment amount  ERS presently expects you will receive by consulting your most recent
pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount
of your pension or whether you have any independent claim against ERS unrelated to
your right to pension benefits.  Please confirm whether or not you dispute the amount of
your pension or have an independent claim unrelated to your pension benefits by
completing the box marked

---

[1] Copies of all pleadings are available on Kroll's website,

https://cases.ra.kroll.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.   If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before September 12, 2022 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

<div style="border:1px solid black;padding:10px;">

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO**_____

\_\_\_\_\_ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

\_\_\_\_\_ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____

**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

</div>

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO** _____

_____  I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.                and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

_____  I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.                or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

3

**<u>Exhibit D</u>**

Exhibit D

ACR ERS Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 944511 | AGUILA GEIRING, VICKIE | CO NORA MOLINA CRUZ | PO BOX 2795 | | | ARECIBO | PR | 00613-2795 |
| 2066427 | ALVARADO FERNANDEZ, ALEX M. | URB ESTANCIAS EVELYMAR | 403 CALLE GUAYACAN | | | SALINAS | PR | 00751 |
| 1516825 | Alvarado, Julia B | 12907 New York Woods Cr. | | | | Orlando | FL | 32824 |
| 1516825 | Alvarado, Julia B | 1842 Bridge View Circle | | | | Orlando | FL | 32824 |
| 649653 | APONTE FEBLES, ESTEBAN | HC 8 BOX 207 | | | | PONCE | PR | 00731 |
| 923282 | CRUZ SANTIAGO, MARISOL | URB MONTEMAR 16 | | | | AGUADA | PR | 00602 |
| 944268 | ESCABI PADILLA, PORFIRIO | CO YAMILEE ARROYO SEPULVEDA | SERVICIOS LEGALES DE PR | APARTADO 21370 | | SAN JUAN | PR | 00928-1370 |
| 247835 | HERNANDEZ RODRIGUEZ, JOSE | HC 7 BOX 75478 | | | | SAN SEBASTIAN | PR | 00685 |
| 853225 | HERNÁNDEZ SÁNCHEZ, JUAN R. | MANSIONES DE CAROLINA | NN30 CALLE YAUREL | | | CAROLINA | PR | 00987-8119 |
| 1577549 | Lorenzo-Perez, Migdalia | PO Box 1711 | | | | Aguada | PR | 00602 |
| 1586408 | Massanet Novales, Wanda I. | Autoridad Aqueductos y Alcantarillados | Avenida Barbosa | | | Rio Piedras | PR | |
| 1586408 | Massanet Novales, Wanda I. | Urb. Park Gardensvs Calle Independence G-11 | | | | San Juan | PR | 00926 |
| 1236217 | RIVERA ALICEA, JOSE LUIS | COLLEGE PARK | 236 CALLE VIENA | | | SAN JUAN | PR | 00921 |
| 1546848 | RIVERA MEDINA, GILBERTO | PASEO 11 NUM. 291 | VILLA OLIMPICA | | | SAN JUAN | PR | 00924 |
| 1522776 | SURÉN FUENTES, MILDRED I | PO BOX 367905 | | | | SAN JUAN | PR | 00936-7905 |
| 1566272 | TRUJILLO-RODRIGUEZ, NORBERTO | C/O BUFETE CABAN & MORALES | ABOGADA PARTE APELANTE | ATTN: SUHAIL CABAN-LOPEZ | PO BOX 1711 | AGUADA | PR | 00602 |
| 1566272 | TRUJILLO-RODRIGUEZ, NORBERTO | URB MONTEMAR 30 | | | | AGUADA | PR | 00602-3018 |

**Exhibit E**

**Responda a esta carta el 1 de septiembre de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before September 1, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

12 de agosto de 2022

**Re:     Reclamación Núm.              - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 | PO Box 42001, San Juan, PR 00940-2001

787.722.2525        contact@aafaf.pr.gov        aafaf.pr.gov



GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con cualquier documento en apoyo a su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico** PRACRprocess@ra.kroll.com**; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.** Si tiene alguna pregunta respecto a esta carta, favor enviar un correo electrónico a acr@aafaf.pr.gov.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

August 12, 2022

**Re:     Claim No.                     - <u>REQUIRES RESPONSE</u>**

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve the Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government entity you work for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the attached form along with any supporting documentation in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) telephone number where you can be contacted; (2) employee number; (3) social security number; (4) if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  |  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**Please send the completed form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to  PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

  787.722.2525        contact@aafaf.pr.gov        aafaf.pr.gov

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.*          *Creditor Name:*

| | |
|---|---|
| (1) Nombre Completo | |
| (2) Número de teléfono | |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha.     Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | |
| (5) Correo electrónico | |
| (6) Número de seguro social (últimos cuatro dígitos) | |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

*** Attach any supporting documentation you may have related to your claim. ***

EMPLOYEE RESPONSE LETTER

*Claim No.*                    *Creditor Name:*

| (1) Full Name | |
|---|---|
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

**Exhibit F**

Exhibit F

ACR Public Letter Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1589655 | Adorno Esquilin, Milisa | Jesus R. Morales Cordero | Attorney at Law | PO Box 363085 | | San Juan | PR | 00936-3085 |
| 16421 | ALMODOVAR RAMIREZ, EDEL W | DEPARTAMENTO DE EDUCACION, MAESTRA | CARR. 315 KM 2.4 QUINTAS MAROSA | | | LAJAS | PR | 00667 |
| 16421 | ALMODOVAR RAMIREZ, EDEL W | PO BOX 676 | | | | LAJAS | PR | 00667 |
| 1467825 | Alvarado Cartagena, Héctor | Jose E. Torres Valentin, Abogado | Calle Georgetti 78 | | | San Juan | PR | 00923 |
| 1449366 | Andino Vega, Mildred | Torres Valentin Estudio Legal LLC | José E. Torres Valentin-Abogado | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 2123819 | Angulo Cintron, Maria C | Enudio Negron Angulo | 2114 Baronesa St. | Urb. Valle Real | | Ponce | PR | 00716 |
| 1597424 | APONTE PEREZ, ZENAIDA | P O BOX 435 | | | | LAS MARIAS | PR | 00670 |
| 1449368 | Arocho Nieves, José | Jose E. Torres Valentín | Abogado reclamación laboral | Torres Valentin Estudio Legal , LLC | #78 Calle Georgetti | San Juan | PR | 00925 |
| 1600465 | Arzon Mendez, Jose R. | Jesus R. Morales Cordero | PO 363085 | | | San Juan | PR | 00936-3085 |
| 1450434 | Barboza Velez, Cecilia | Torres Valentin Estudio Legal LLC | Jose E. Torres Valentin - Abogado De Reclamacion | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1780305 | BIRRIEL CACERES, NORA I | BOX 322 | | | | RIO GRANDE | PR | 00745 |
| 710863 | CAMACHO HERNANDEZ, MARIA DEL C | EXT VALLE ALTO | 2250 CALLE SABANA | | | PONCE | PR | 00730-4142 |
| 1451074 | Carbonera, Pedro | Levittown FR-3 Calle Felipe Arana | | | | Toa Baja | PR | 00949 |
| 1501056 | Cartagena, Hector Alvarez | JOSE E TORRES VALENTIN, ABOGADO-APELACION | 78 GEORGETTI | | | SAN JUAN | PR | 00925 |
| 1893210 | CASASNOVAS CUEVAS, LUZ N | URB VILLA CRISTINA CALLE 3/B-12 | | | | COAMO | PR | 00769 |
| 1448809 | Casiano Ayala, Pedro A | HC-2 Box 5126 | | | | Coamo | PR | 00769-9682 |
| 1725668 | CASTRO ECHEVARRIA, ALBA J | CALLE SANTA CRUZ | COND RIVER PARK Q204 | | | BAYAMON | PR | 00961 |
| 1182961 | CEPEDA RODRIGUEZ, CARMEN R | JARDINES DE LOIZA | C12 CALLE 3 | | | LOIZA | PR | 00772 |
| 1592063 | CINTRON VELAZQUEZ, LUIS I | URB VILLA DEL CARIBE B-31 BOX 139 | | | | SANTA ISABEL | PR | 00757 |
| 1449853 | Collazo Oropeza, Gisela | Torres Valentin Estudio Legal LLC | Jose E. Torres Valentin - Abogado De Reclamacion | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1561621 | COLLAZO OTERO, MARIEL | BALCONES DE SANTA MARIA | 1500 AVE SAN IGNACIO | SUITE 26 | | SAN JUAN | PR | 00921 |
| 1601654 | Colon Cruz, Jose A. | Jesus R. Morales Cordero | PO Box 363085 | | | San Juan | PR | 00936-3085 |
| 1512646 | Colon Irizarry, Ramon | Jose E. Torres Valentin, Abogado-Reclamacion | 78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1828681 | COLON SANCHEZ, MARIA | HC 4 BOX 6603 | | | | COROZAL | PR | 00783 |
| 1583565 | Cordero Rosa, Carlos J. | HC-6 Box 12404 | | | | San Sebastian | PR | 00685 |
| 1598956 | Cosme Rivera, Heriberto | Jesus R. Morales Cordero | Po Box 363085 | | | San Juan | PR | 00936-3085 |
| 114405 | CRUZ COLLAZO, MARIA S. | PO BOX 2244 | | | | UTUADO | PR | 00641 |
| 130487 | DE PEREZ DELGADO, VANESSA | URB. RAFAEL BERMUDEZ | J-3 CALLE CLAVELES | | | FAJARDO | PR | 00738 |
| 1449403 | Deglans Rodriguez, Regis | Torres Valentin Estudio Legal LLC | Jose E. Torres Valentin, Abogado | Georgetti #78 | | San Juan | PR | 00925 |
| 1108720 | DEL ENCARNACION RIVERA, MARIA | URB EL COMANDANTE | 383 CALLE SAN CARLOS | | | CAROLINA | PR | 00982-3618 |
| 1108720 | DEL ENCARNACION RIVERA, MARIA | 1200 CARR.849 | CONDI VISTA VERDE APT 163 | | | SAN JUAN | PR | 00924 |
| 1776083 | Del Valle Feliciano, Karen | Lcdo. Hector L. Claudio | 167 Calle Pedro Flores H8 Urb. | Monticielo | | Caguas | PR | 00725 |
| 1776083 | Del Valle Feliciano, Karen | Karen Del Valle Feliciano | Calle Valladolid 497 Urb. Villa Granada | | | San Juan | PR | 00923 |
| 1562614 | Diaz Ortiz, Angel L | Country Club 4th Ext. 885 Calle/Galapagos | | | | San Juan | PR | 00924 |
| 1603390 | Dominguez Perez, Javier E. | Jesus R. Morales Cordero, Attorney at Law | PO Box 363085 | | | San Juan | PR | 00936-3085 |
| 1765615 | ECHEVARRIA SANTIAGO, LYDIA | PO-BOX 401 | | | | AGUADILLA | PR | 00605-0401 |
| 943001 | ESTHER RIOS DE SANTIAGO C/P ESTHER RIOS CRESPO | HC 6 BUZON 17664 | BARRIO SALTOS | | | SAN SEBASTIAN | PR | 00685 |
| 676306 | FALCON AYALA, JEANNETTE | HC 03 BOX 7451 | | | | COMERIO | PR | 00782 |
| 353911 | FARGAS LLANOS, NANCY | PO BOX 1077 | | | | SAINT JUST | PR | 00978 |
| 1491648 | Fernandez Flores, Hamilton | Jose E Torres Valentin | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1450558 | Ferreira Merced, Giovanna | Torres Valentin Estudio Legal | Jose E. Torres Valentin | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1455149 | Garcia, Carmelo Rondon | HC 1 Box 6429 | | | | Guaynabo | PR | 00971 |
| 1477551 | GONZALEZ CLASS, CARMEN | JOSE E. TORRES VALENTIN | #78 CALLE GEORGETTI | ABOGADO -APELACION | | SAN JUAN | PR | 00925 |
| 1497461 | Gonzalez, Ana Sostre | Jose E. Torres Valentin | Abogado-apealacion | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1498478 | Gonzalez, Elisa Albarran | JOSE E. TORRES VALENTIN | #78 CALLE GEORGETTI | | | SAN JUAN | PR | 00925 |
| 1420027 | HERNÁNDEZ OCAÑA, MANUEL G. | LUIS M. BERNECET VELEZ | URB. SAN ANTONIO 1744 CALLE DONCELLA | | | PONCE | PR | 00728-1624 |
| 1451544 | Irizarry Torres, Nemesio | Jose E. Torres Valentin | Abogado Reclamacion | Torres Valentin Estudio Legal | #78 Calle Georgetti | San Juan | PR | 00925 |
| 1231753 | Irizarry Yambo, Jose A | HC 2 Box 9134 | | | | Florida | PR | 00650 |
| 2099259 | Lebron Diaz, Jamie | HC-1 Box 4519 | | | | Arroyo | PR | 00714 |
| 1558019 | LEON RIVERA, CARMEN A | URB VALLE HUCARES | 145 GUAYACAN | | | JUANA DIAZ | PR | 00795 |
| 1450482 | LOPEZ ABRIL, RAFAEL | JOSE E. TORRES VALENTIN | ABOGADO RECLAMACION | TORRES VALENTIN ESTUDIO LEGAL | 78 CALLE GEORGETTI | SAN JUAN | PR | 00925 |
| 706716 | LOPEZ TORRES, MADELINE | URB VILLA CRISTINA | CALLE 2 E-12 | | | COAMO | PR | 00769 |
| 288868 | MADERA DEL VALLE, CESAR | PO BOX 162 | | | | HORMIGUEROS | PR | 00660 |
| 288868 | MADERA DEL VALLE, CESAR | 8352 BALBINO TRINTA | | | | MAYAGUEZ | PR | 00680 |
| 2044949 | MAISONAVE HERNANDEZ, JUDITH N | 336 CALLE JESUS RAMOS | | | | MOCA | PR | 00676 |
| 1944856 | MAISONAVE HERNANDEZ, JUDITH N | 336 CALLE JESUS RAMOS | | | | MOCA | PR | 00676 |
| 1991754 | Maria Dolores Zeno - Juan G. Colon Zeno Heredero | Box 1716 | | | | Arecibo | PR | 00613 |
| 1594036 | Marrero Colon, Edgardo | Jesus R. Morales Cordero | Attorney at Law (USDC PR No. 210609) | PO Box 363085 | | San Juan | PR | 00936-3085 |
| 1873010 | Marrero Torres, Rosalina | 12 Luchetti | | | | Villalba | PR | 00766 |
| 1971367 | MARTINEZ COURET, LINEL | URB ENCANTADA | 350 VIA AVENTURA 5606 | | | TRUJILLO ALTO | PR | 00976 |
| 1420498 | Martinez Roman, Patsy | Derecho Propio | Condominio el Cordoves Apartamento 7-D | | | Guaynabo | PR | 00968 |
| 965700 | Mas Rodriguez, Carlos Elizabeth | HC 2 Box 22162 | | | | Mayaguez | PR | 00680-9020 |
| 622818 | MASS RODRIGUEZ, CARLOS E | HC 2 BOX 22162 | | | | MAYAGUEZ | PR | 00680 |
| 1595511 | Miranda Cristobal, Lilliam | Jesus R. Morales Cordero | Attorney at Law | PO Box 363085 | | San Juan | PR | 00936-3085 |
| 1933099 | Miranda Rodriguez, Rosa Nelly | 27113 Calle Altamira Jardines Fagot | | | | Ponce | PR | 00716-3441 |
| 1491781 | Monje Rivera, Moises | #78 Calle Georgetti | | | | San Juan | PR | 00925 |
| 1616437 | Morales Cordero, Jesus R. | PO Box 363085 | | | | San Juan | PR | 00936-3085 |
| 1468383 | Morales Martinez, Rafael | Jose E Torres Valentin | Abogado | Calle Georgetti #78 | | San Juan | PR | 00925 |
| 1451476 | Morales Olmos, Sonia | Torres Valentin Estudio Legal LLC | José E. Torres Valentin, Abogado Reclamacion | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1631179 | Morales Vazquez, Margarita | HC 72 Box 24342 | | | | Cayey | PR | 00736 |
| 1853407 | MORALES VAZQUEZ, MARGARITA | HC 72 BOX 24342 | | | | CAYEY | PR | 00736 |
| 1451444 | Morales, Carmelo Hernandez | José E. Torres Valentin | Abogado Reclamacion | Torres Valentin Estudio Legal LLC | #78 Calle Georgetti | San Juan | PR | 00925 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 2

Exhibit F

ACR Public Letter Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1467726 | Nazario Fabre, Andres | Jose E. Torres Valentin, Abogado | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1576850 | Negron Padilla, Jose | #243 Paris St. PMB 1736 | Jesus R Morales-Cordero, Attorney at law | PO BOX 363085 | | San Juan | PR | 00936-3085 |
| 1491671 | Nogueras Valle, Jose | Jose E Torres Valentin | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1769409 | Orfila Hernandez, Edwin | Urb. Villa Linda 85 Calle Leemo Mora | | | | Aguadilla | PR | 00603 |
| 1568592 | Ortiz Guevara, Luis R | HC-02 Box 31762 | | | | Caguas | PR | 00727-9410 |
| 1617569 | ORTIZ MONTES, CESAR LUIS | PARC. DE BARAHORA 311 | CALLE MANUEL CACHO | | | MOROVIS | PR | 00687 |
| 1777409 | ORTIZ ORTIZ, JOANSELLE | HC 01 BOX 3443 | | | | BARRANQUITAS | PR | 00794 |
| 1450514 | Ortiz Ortiz, Wanda | Torres Valentin Estudio Legal LLC | Jose E. Torres Valentin, Abogado de la Reclamación | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1449407 | Ortiz Sanchez, Coraly M. | Jose E. Torres Valentin | Torres Valentin Estudio Legal LLC | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1587596 | OSORIO CEPEDA, MARIBEL | RICARDO GOYTIA DÍAZ | PO BOX 360381 | | | SAN JUAN | PR | 00936 |
| 1491794 | Pena Colon, Artemio | Jose E. Torres Valentin | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1274110 | PEREZ FONSECA, ELIAS | PO BOX 1012 | | | | PATILLAS | PR | 00723 |
| 1499667 | Perez Serrano, Jesus | Jose E. Torres Valentin, Abogado-Apealacion | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1495815 | PEREZ-GARCIA, EMILIO | JOSE E. TORRES VALENTIN | #78 CALLE GEORGETTI | | | SAN JUAN | PR | 00925 |
| 1600035 | Quiles, Edwin Ramos | Jesus R. Morales Cordero,Attorney at Law (USDC PR | PO Box 363085 | | | San Juan | PR | 00936-3085 |
| 1954573 | Ramos Ostolaza, Alba E. | 12868 Estancias Vista Alegre | | | | Villalba | PR | 00766 |
| 1449832 | Ramos Pitre, Daisy | Jose E. Torres Valentin | Abogado Reclamacion | Torres Valentin Estudio Legal | #78 Calle Georgetti | San Juan | PR | 00925 |
| 1604185 | Rivera Marrero, Denis | Jesus R Morales Cordero, Attorney at Law | PO Box 363085 | | | San Juan | PR | 00936-3085 |
| 1605894 | Rivera Miranda, Alba Iris | Jesus R Morales Cordero, Attorney at Law | PO Box 363085 | | | San Juan | PR | 00936-3085 |
| 1948984 | RIVERA MIRANDA, MARITZA M. | Villas de Rio Cana | 1321 Padre Santiago Guerra | | | PONCE | PR | 00728 |
| 1483672 | Rivera Rojas, Virgen M | Por Derecho Propio | HC 05 Box 5429 | | | Juana Diaz | PR | 00795 |
| 2081124 | Rivera, Migdalia Arroyo | PO Box 1306 | | | | Anasco | PR | 00610 |
| 1452181 | Rodriguez Garcia, Maribel | Jardines del Caribe | 5311 | St. Sagitada | | Ponce | PR | 00728 |
| 1452181 | Rodriguez Garcia, Maribel | Torres Valentin Estudio Legal, LLC | Jose E. Torres Valentin | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1583803 | Rodriguez Lopez, Sandra I | HC 75 Box 1430 | | | | Naranjito | PR | 00719 |
| 2037073 | RODRIGUEZ SANTOS, MARILYN | HC 01 BOX 2238 | CALLE FLAMBOYAN | | | LAS MARIAS | PR | 00670 |
| 1541621 | ROMAN MALDONADO, YELITZA | URB DIPLO 707 | CALLE FLAMBOYAN | | | NAGUABO | PR | 00718 |
| 1578032 | Ruiz Alvarez, Jorge A. | Jesus R. Morales Cordero,Attorney at Law (USDC PR | PO Box 363085 | | | San Juan | PR | 00936-3085 |
| 154775 | SALGADO RODRIGUEZ, ENRIQUE | QUINTA LEVITTOWN | DA 20 CALLE LAGO GUAJATACA | | | TOA BAJA | PR | 00949 |
| 1498548 | Salicrup, Pedro | Jose E. Torres Valentin | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1793635 | Santana Vazquez, Carlos M | Jose E Torres Valentin, Abogado Reclamacion Admini | 78 Georgetti | | | San Juan | PR | 00925 |
| 1491843 | Santiago Garcia, Eduardo | #78 Calle Georgetti | | | | San Juan | PR | 00925 |
| 1449335 | Santiago López, Maria | Asociación de Empleados Gerenciales | Autoridad de Carreteras y Transportación | Apartado 40177 | Estación Minillas | San Juan | PR | 00940 |
| 1449335 | Santiago López, Maria | Torres Valentin, Estudio Legal | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1449335 | Santiago López, Maria | Maria del M. Santiago Lopez | Alturas de Villa Fontana | Calle 4 #B-4 | | Carolina | PR | 00982 |
| 1449377 | Seda Rivera, Ivonne | Jose E. Torres Valentin | Abogado | Torres Valentin Estudio Legal LLC | #78 Calle Georgetti | San Juan | PR | 00925 |
| 1647617 | Serrano Robles, Carmen Eugenia | Harry Anduze-Montaño, Esq. | 1454 Ave Fernandez Juncos | | | San Juan | PR | 00909 |
| 1647617 | Serrano Robles, Carmen Eugenia | PO Box 40803 | Minillas Station | | | San Juan | PR | 00940-0803 |
| 1502119 | Service Employees International Union | Cohen, Weiss and Simon LLP | Peter D. DeChiara | 900 Third Ave. | | New York | NY | 10022 |
| 2053923 | SILVA CARO, ROSA M | CRUCES | PO BOX 1154 | | | AGUADA | PR | 00602 |
| 1070657 | SOLIS DE JESUS, NILDA | HC 03 BOX 8875 | | | | GUAYNABO | PR | 00971 |
| 1498245 | Sostre Gonzalez, Ana | Jose E. Torres Valentin, Abogado-apelacion | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1450990 | Tamaris Vargas, Celia | José E. Torres Valentin | Abogado Reclamacion | Torres Valentin Estudio Legal | 78 Calle Georgetti | San Juan | PR | 00925 |
| 1450449 | Torres Cruz, Miguel E | Torres Valentin Estudio Legal LLC | Jose E. Torres Valentin, Abogado Reclamacion | 78 Calle Georgetti | | San Juan | PR | 00925 |
| 1468819 | TORRES FIGUEROA, JOEDDY | PO BOX 343 | | | | PENUELAS | PR | 00624 |
| 1451035 | Travieso Figueroa, Hariel | Torres Valentin Estudio Legal LLC | José E. Torres Valentin | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1451576 | Valentin Torres, Ricardo C | Jose E. Torres Valentin | Abogado Reclamacion | Torres Valentin Estudio LLC | #78 Calle Georgetti | San Juan | PR | 00925 |
| 2107771 | VAZQUEZ BORRERO, CINDY | 1023 JAIME PERICAS | | | | PONCE | PR | 00717 |
| 1497408 | Vazquez, Heriberto | Jose E. Torres Valentin, | Abogado-Apealacion | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1503032 | Vega Berrios, Fernando | Jose E. Torres Valentin, Abogado Apealacion | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 2073170 | Vega Klimezek, Saray N. | P.O. Box 3116 | | | | San Sebastian | PR | 00685 |
| 1449422 | Vega López, William | Jose E. Torres Valentin | Abogado | Torres Valentin Estudio Legal | 378 Calle Georgetti | San Juan | PR | 00925 |
| 1468316 | Velazquez Munoz, Hector | Jose E. Torres Valentin | Calle Georgetti 78 | | | San Juan | PR | 00925 |
| 1494789 | Villegas Levis, Noelis | Jose E. Torres Valentin, Abogado-Apealacion | 78 Georgetti | | | San Juan | PR | 00925 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 2 of 2

**Exhibit G**

**Responda a esta carta el 1 de septiembre de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before September 1, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

12 de agosto de 2022

Re:   Reclamación Núm.                   - <u>REQUIERE RESPUESTA</u>

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su  Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental  para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

Esta es la tercera y última solicitud para que provea la información suficiente para evaluar y resolver adecuadamente su reclamo. En consecuencia, se le solicita que responda al formulario anejado a esta carta en el cual describa detalladamente la naturaleza de su Reclamación. En el formulario debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525     contact@aafaf.pr.gov     aafaf.pr.gov



De no responder a esta tercera solicitud de información, su Reclamación será removida del Procedimiento de ACR y objetada, lo que puede conllevar la eliminación de su Reclamación. Si su Reclamación es eliminada, usted ya no tendrá una reclamación dentro del Procedimiento de ACR o ante el Tribunal de Título III.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con cualquier documento en apoyo a su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta,** a la siguiente dirección de correo electrónico PRACRprocess@ra.kroll.com; o, por correo, a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.** Si tiene alguna pregunta respecto a esta carta, favor enviar un correo electrónico a acr@aafaf.pr.gov.

Respetuosamente,

La Autoridad de Asesoría
Financiera y Agencia Fiscal

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

August 12, 2022

Re:     Claim No.            - <u>REQUIRES RESPONSE</u>

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Reconciliation Process ("ACR") in order to resolve the Claim using the Government's existing administrative procedures. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government agency responsible for reconciling your Claim to adequately evaluate and resolve your Claim.

This is the third and final request to provide sufficient information to adequately evaluate and resolve your claim. We request that, within a term of twenty (20) days, you submit the attached form along with any supporting documentation in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) a telephone number and email address, if available, where you can be contacted; (2) your employee number; (3) your social security number; (4) if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

Failure to respond to this third information request will result in your claim being removed from ACR for failure to respond and objected to, which may result in your claim being expunged. If your claim is expunged you will no longer have a claim in the ACR process or the Title III Proceedings.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Villella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 l PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**Please send the completed form and any supporting documents within twenty (20)   days from the date of the notice of this letter, via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal
Agency and Financial
Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

 787.722.2525      contact@aafaf.pr.gov      aafaf.pr.gov

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.*                          *Creditor Name:*

| | |
|---|---|
| (1) Nombre Completo | |
| (2) Número de teléfono | |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha.     Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | |
| (5) Correo electrónico | |
| (6) Número de seguro social (últimos cuatro dígitos) | |
| (7) Número de caso administrativo o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*

EMPLOYEE RESPONSE LETTER

*Claim No.*                              *Creditor Name:*

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

**\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\***

**Exhibit H**

**Responda a esta carta el 10 de agosto de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before August 10, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

## GOBIERNO DE PUERTO RICO
### Departamento de Hacienda

July 21, 2022

**Re:**    **Claim No.**               - <u>REQUIRES RESPONSE</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

---

[1] [1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



# GOBIERNO DE PUERTO RICO

### Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

21 de julio de 2022

**Re:**   **Reclamación Núm.**   **- <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico <u>PRACRprocess@ra.kroll.com</u>; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

## GOBIERNO DE PUERTO RICO
Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.

Claimant Name:

| (1) | Full Name | |
|-----|-----------|---|
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1)    Nombre completo | |
| (2)    Número de teléfono | |
| (3)    Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)    Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la  Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)    Número de seguro social de individuo/ número de seguro social patronal | |
| (6)    En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)    Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8)    Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |
| | |

**Exhibit I**

Exhibit I

ACR Tax Notice Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 288395 | MACHADO VARGAS, JUAN | HC 3 BOX 7512 | | DORADO | PR | 00646 |
| 2208102 | Morales Figueroa, Pedro Ivan | HC-03 Box 100436 | | Comerio | PR | 00782-9510 |
| 412649 | PONCE MEDICAL SCHOOL FOUNDATION INC | ELIAS L FERNANDEZ | PO BOX 7500 | PONCE | PR | 00732 |
| 412649 | PONCE MEDICAL SCHOOL FOUNDATION INC | PO BOX 7004 | | PONCE | PR | 00732-7004 |
| 2204836 | Velazquez Vargas, Dolores | P.O. Box 719 | | Cidra | PR | 00739 |

**Exhibit J**

**Responda a esta carta el 12 de septiembre de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administración LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before September 12, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

August 12, 2022

Re:   Claim NO.                   - <u>REQUIRES RESPONSE</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board for Puerto Rico ("FOMB"), transferred your Claim to the Administrative Claims Reconciliation Process ("ACR") in order to resolve your Claim using the Government's existing administrative procedures. The purpose of this letter is to notify you again that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

This is the third and final request to provide sufficient information to adequately evaluate and resolve your claim. We request that you submit the attached form along with any supporting documentation within a term of thirty (30) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) your full name; (2) a telephone number and email address, if available, where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify each applicable tax year as well as the amount claimed per tax year; (5) your social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Failure to respond to this third information request will result in your claim being removed from ACR for failure to respond and objected to, which may result in your claim being expunged. If your claim is expunged you will no longer have a claim in the ACR process or the Title III Cases.



# GOBIERNO DE PUERTO RICO

Departamento de Hacienda

Please send the completed response form and any supporting documents within thirty (30) days from the date of the notice of this letter, via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR
Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

It is of the utmost importance you reply to this letter within the thirty (30) days specified herein, for the adequate evaluation and resolution of your Claim. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

12 de agosto de 2022

Re:    Reclamación Núm.                  - <u>REQUIERE RESPUESTA</u>

Estimado           ,

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia("Reclamación") ante el Tribunal del Título III de *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico ("JSAF") transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

Esta es la tercera y última solicitud para que provea la información suficiente para evaluar y resolver adecuadamente su reclamo. En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña dentro del término de treinta (30) días, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1)nombre completo; (2) número de teléfono y correo electrónico donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) númerode seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.



# GOBIERNO DE PUERTO RICO

Departamento de Hacienda

De no responder a esta tercera solicitud de información, su Reclamación será removida del Procedimiento de ACR y objetada, lo que puede conllevar la eliminación de su Reclamación. Si su Reclamación es eliminada, usted ya no tendrá una reclamación dentro del Procedimiento de ACR o ante el Tribunal de Título III.

Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos treinta (30) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@ra.kroll.com; o, por correo, a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR
Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Es de suma importancia que responda a esta comunicación en el periodo de treinta (30) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de resolverla.

Respetuosamente,


Departamento de Hacienda de Puerto Rico

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

CLAIMANT'S RESPONSE FORM

Claim No.
Claimant
Name:

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number and email | |
| (3) | Tax year for which you claimed atax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year,please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, asapplicable | |
| (6) | If your Claim has been subject to anadministrative or judicial process (not related to Title III), provide thecase number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or    tax credit claimed in the Proof of Claim and any other documentation that supports    your claim. | | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are    entitled to the tax return and/or tax credit claimed. Include additional pages if    necessary. | | |
| | | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación
No.
Reclamante:

| | |
|---|---|
| (1)     Nombre completo | |
| (2)     Número de teléfono y correo electrónico | |
| (3) Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)     Si en la Evidencia de Reclamación *(Proofof Claim)* reclamó un reintegro y/o crédito paramás de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)     Número de seguro social de individuo/número de seguro social patronal | |
| (6)     En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)     Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamenterelacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8)     Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. Incluya páginas adicionales si es necesario. | |
| | |

**Exhibit K**

## Exhibit K

ACR Tax Final Notice Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2232263 | Castrodad Berrios, Ada M. | RR-1 Box 2215-1 | Cidra | PR | 00739 |
| 2233541 | Galarza Figueroa, Marieva | RR-1 BUZON 2215-1 | CIDRA | PR | 00739 |