# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Christian Rivera, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via First Class Mail on the ADR CW Notice Parties Service List attached hereto as **Exhibit B**.

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit C**, to be served via First Class Mail on the ADR ERS Notice Parties Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On August 12, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit E**, to be served via First Class Mail on the ADR HTA Notice Parties Service List attached hereto as **Exhibit F**.

Dated: August 17, 2022

<div align="right">

*/s/ Christian Rivera*
Christian Rivera

</div>

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 17, 2022, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 63380

**<u>Exhibit A</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: Friday, August 12, 2022
Designated Claimant(s):

Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Tuesday, September 6, 2022

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth of Puerto Rico's Title III case.  The Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Fourth Notice of Transfer of Claims to Alternative Dispute Resolution* on August 1, 2022 [ECF No. 21685], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.primeclerk.com/puertorico.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Proskauer Rose LLP with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request**.  Debtor requests that you provide the following related to Designated Claim No.           : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

---

**Please attach to this form your written responses to the requests for information and the requested documentation.**
YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM

**<u>REQUESTS FOR INFORMATION AND DOCUMENTS</u>**

1. Please provide information regarding the basis of the case.  What are the facts underlying the case?

2. Please provide any documentation you have relating to the case.

3. What is the amount that you are claiming?  Please provide the basis for the estimated amount owed for your claim.

4. What is the current status of the case?

5. Are you represented in the case?  If so, who is your attorney?

---

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Proskauer Rose.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY TUESDAY, SEPTEMBER 6, 2022**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>        Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: viernes, 12 de agosto de 2022
Reclamante(s) designado(s):

Dirección:

Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: martes, 6 de septiembre de 2022**

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales),</u> disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III del Estado Libre Asociado de Puerto Rico. El Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésimo Cuarto Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 1 de agosto de 2022 [ECF Núm. 21685], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.primeclerk.com/puertorico.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Proskauer Rose LLP conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.              : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| <u>**SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS**</u><br><br>1. Por favor proporcione información sobre la base del caso. ¿Qué hechos cree que dieron lugar al caso?<br><br>2. Por favor proporcione toda documentación que tenga relacionado con el caso.<br><br>3. ¿Cuál es la cantidad que reclamas? Por favor proporcione la base de la cantidad estimada adeuda por sus reclamaciones adicionales.<br><br>4. Cuál es el estado actual del caso?<br><br>5. ¿Estás representado en cualquiera del caso? Si es así, quien está tu abogado o abogada? |

> *Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Proskauer Rose.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL MARTES, 6 DE SEPTIEMBRE DE 2022 A LA SIGUIENTE DIRECCIÓN:</u>**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**Exhibit B**

Exhibit B
ADR CW Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 12201 | ALEMAÑY MARTÍNEZ, FRANCHESKA Y OTROS | MARIA DE L. RUIZ RAMIREZ | PO BOX 13413 | | | SAN JUAN | PR | 00908 |
| 12201 | ALEMAÑY MARTÍNEZ, FRANCHESKA Y OTROS | LIC. PANTOJA OQUENDO, JOSEFINA | PO BOX 21370 | | | SAN JUAN | PR | 00928 |
| 2028944 | ALSINA MARTINEZ, NORMA I. | PEDRO ORTIZ ALVAREZ, LLC | P.O. BOX 9009 | | | PONCE | PR | 00732 |
| 19086 | ALVAREZ INOA, ANTONIO Y/O 7: ORLANDO BERMUDEZ LÓPEZ, EDWIN ENCARNACIÓN COSME, DANIEL MORALES SÁEZ, G | LCDA. MARISEL BAEZ SANTIAGO | BANCO COOPERATIVO | SUITE 802-B | 623 AVE PONCE DE LEÓN | SAN JUAN | PR | 00917 |
| 1420486 | APS HEALTHCARE PUERTO RICO, INC. | HARRY ANDUZE MONTAÑO | AVE FERNANDEZ JUNCOS 1454 | | | SAN JUAN | PR | 00909 |
| 1605052 | Arroyo Rivera V Policia, Edwin | Urb. Mans San Martin Suite 17 | | | | San Juan | PR | 00924-0227 |
| 1477485 | AYALA-RIVERA, IRIS | ATTN RICARDO AGRAIT DEFILLO | SERVICIOS LEGALES PR | PO BOX 21370 | | SAN JUAN | PR | 00928-1370 |
| 1687945 | Benitez Diaz, Hector | Lcdo. Hector L. Claudio | 167 Calle Pedro Flores H8 Urb. Monticielo | | | Caguas | PR | 00725 |
| 1531552 | Berrios Valentin, Felix A. | Bo. Corazon Calle La Milagros | #165 | | | Guayama | PR | 00784 |
| 1531552 | Berrios Valentin, Felix A. | c/o Fernando Santiago | Urb. San Martin | Suite 17 | | San Juan | PR | 00924-4586 |
| 58792 | Bufete Castro - Perez & Castro | APARTADO 227 | | | | YABUCOA | PR | 00767 |
| 1507303 | Caraballo, Lennis | II Cond Santana Maria | 501 Calle Modesta Apt 1404 | | | San Juan | PR | 00924 |
| 1470051 | CARMEN P. MORALES - OCASIO ON BEHALF OF MINOR R.G.M. | RICARDO AGRAIT-DEFILLO | SERVICIOS LEGALES DE PO BOX 21370 | | | SAN JUAN | PR | 00928-1370 |
| 1064631 | CASTRO MACHUCA, MILDRED | VILLA PALMERAS | 225 CALLE PALACIOS | | | SAN JUAN | PR | 00915 |
| 663862 | CASTRO PEREZ, HECTOR A | Abogado | Bufete de Abogados Castro-Pérez & Castro-Cintrón | PO Box 227 | | Yabucoa | PR | 00767 |
| 1919926 | Cintron-Valenzuela, Eizzil | Law Office of Erick Morales-Perez | P.O. Box 10409 | | | San Juan | PR | 00922 |
| 1546649 | Colon Vazquez, Miriam | Pedro Ortiz Alvarez LLC | P.O Box 9009 | | | Ponce | PR | 00732 |
| 1720645 | Colon-Gonzalez , Juan I. | Bufete Francisco Gonzalez | 1519 Ponce de León Ave. | Suite 805 | | San Juan | PR | 00909 |
| 1511215 | Corden Sanchez , Wanda | PO Box 1733 | | | | Guayama | PR | 00785 |
| 1511215 | Corden Sanchez , Wanda | FERNANDO SANTIAGO | URB. SAN MARTÍN SUITE 17 | | | SAN JUAN | PR | 00924-4586 |
| 1981494 | CORREA FRANCESHINI, LISSIE L | HC 1 BOX 6081 | | | | GUAYANILLA | PR | 00656 |
| 1092989 | CORUJO SOTO, SERGIO A | COM LAS 500 TAS | 385 CALLE ESMERALDA | | | ARROYO | PR | 00714 |
| 1509424 | Couvertier Sosa, Orlando | Urb. Jardines del Mamey Calle 7 I # 9 | | | | Patillas | PR | 00723 |
| 1509424 | Couvertier Sosa, Orlando | Fernando Santiago | Urb. San Martin Suite 17 | | | San Juan | PR | 00924-4586 |
| 1419342 | CRESPO MULERO, ANASTACIA | URB. BATISTA | CALLE NUEVA #4 | VILLA PEREGRINOS | APT. 124 | CAGUAS | PR | 00725 |
| 1582625 | DE JESUS DAVILA, WANDA | FERNANDO SANTIAGO ORTIZ | URB. MANS SAN MARTIN SUITE 17 | | | SAN JUAN | PR | 00924-0227 |
| 1504483 | De Jesus Santiago, Miguel A | Apartado 552 Patillas | | | | Puerto Rico | PR | 00723 |
| 1504483 | De Jesus Santiago, Miguel A | Fernando Santiago | Urb. San Martin Suite 17 | | | San Juan | PR | 00924-4586 |
| 614552 | DE LOURDES SANTANA CRUZ, ARLENE | URB TERRAZAS DE CUPEY | B 21 CALLE 7 | | | TRUJILLO ALTO | PR | 00976 |
| 1419465 | DEL RIO, VANESSA | TORRES VALENTÍN, JOSÉ E | CALLE GEORGETTI 78 | | | SAN JUAN | PR | 00925 |
| 1079569 | DIAZ CASIANO, RAFAEL | RR 1 BOX 6771 | | | | GUAYAMA | PR | 00784 |
| 1525381 | Diaz Rodriguez, Gabriel | 274 Uruguay St. | Cond Torre Alta Ph 1 | | | San Juan | PR | 00917 |
| 1254065 | DIAZ TORRES, LUIS G | BO SANTA CATALINA | CANT 150 RM 150 | | | COAMO | PR | 00769 |
| 1547907 | Felix DeJesus, Orlando | BO.PUENTE JOBUS | #476 CALLE 9A | | | GUAYAMA | PR | 00784 |
| 1547907 | Felix DeJesus, Orlando | P.O. Box 251 | | | | Guayama | PR | 00785 |
| 1547907 | Felix DeJesus, Orlando | Urb. Jardines del Mamey | c/7 I/6 | | | Patillas | PR | 00723 |
| 1547907 | Felix DeJesus, Orlando | Apt. 445 | | | | Patillas | PR | 00723 |
| 1547907 | Felix DeJesus, Orlando | APTDO #317 | | | | PATILLAS | PR | 00723-0317 |
| 1547907 | Felix DeJesus, Orlando | Fernando Santiago | Urb. San Martin Suite 17 | | | San Juan | PR | 00924-4586 |
| 1509442 | Figueroa, Francisco Bolis | P.O. Box 891 | | | | Patillas | PR | 00723 |
| 1509442 | Figueroa, Francisco Bolis | FERNANDO SANTIAGO | URB. SAN MARTÍN SUITE 17 | | | San Juan | PR | 00924-4586 |
| 1574047 | Flores Melendez, Wilfredo | Num 48 Calle -3 | RR-1 Buzon 6267 | | | Guaynabo | PR | 00784 |
| 1928804 | Gallardo Gutierrez, Heriberto | Heriberto Gallardo/Lysette Gallardo | F-11 Ausubo | | | Guayanilla | PR | 00656-1411 |
| 969846 | Garcia Torres, Carmen | HC 9 Box 1737 | | | | Ponce | PR | 00731 |
| 1419855 | GAUDIER PEREZ, JONATHAN | AUREA M AVILES GAUDIER | 308 CALLE NEVADA ,SAN GERARDO | | | SAN JUAN | PR | 00926 |
| 1419857 | GERARDINO NARVÁEZ, LIZA M | MOISES ABREU CORDERO | 454 AVE. LUIS MÑOZ SOUFFRONT URB. LOS MAESTROS | | | RIO PIEDRAS | PR | 00923 |
| 1861172 | Gonzalez Martinez, Maria V. | PO Box 916 | | | | Jayuya | PR | 00664 |
| 1153523 | GONZALEZ RAMOS, WILFREDO | PO BOX 317 | | | | PATILLAS | PR | 00723-0317 |
| 1420019 | HERNANDEZ MOLINA, MELVIN | C/O RODOLFO G. OCASIO BAVO | ATTORNEY | PMB 108 #5900 ISLA VERDE AVE L2 | | CAROLINA | PR | 00979-4901 |
| 1420019 | HERNANDEZ MOLINA, MELVIN | JUAN MANUEL ADORNO PEÑA | URB EL PARAISO | 2 CALLE B | | HUMACAO | PR | 00791-3606 |
| 178135 | JIMENEZ ALVAREZ, FRANCISCO J | NORA CRUZ MOLINA | DESPACHO LEGAL LCDA. NORA CRUZ MOLINA | P.O. BOX 2795 | | ARECIBO | PR | 00613-2795 |
| 178135 | JIMENEZ ALVAREZ, FRANCISCO J | URB EL CULEBRINA | U 18 CALLE MORALON | | | SAN SEBASTIAN | PR | 00685-2932 |
| 1526347 | Jimenez de Jesus, Ruth | American Civil Liberties Union of Puerto Rico | Union Plaza, Suite 1105 | 416 Ave. Ponce de Leon | | San Juan | PR | 00918 |
| 1549264 | Jose Juan Mederie Oliveira y Otros os Departamento Justicia y Otros | Attn: Marisel Baez Santiago | Banco Coop Plaza Suite 802 B | Ave Ponce De Leon 623 | | San Juan | PR | 00917-4820 |
| 1515659 | Lopez Colon, Jose A | Urb. Las Mercedes | 111 Calle 14 | | | Salinas | PR | 00751 |
| 1515659 | Lopez Colon, Jose A | c/o Fernando Santiago | Urb. San Martin Suite 17 | | | San Juan | PR | 00924-4586 |
| 1420225 | LOPEZ MORA, WILMA | 3536 BLVD. MEDIALUNA THE RESIDENCES 1930 | | | | CAROLINA | PR | 00987-5050 |
| 1855555 | MALDONADO CANDELARIO, MARCELO | 2 #36 | VILLA ESPERANZA | | | PONCE | PR | 00716 |
| 294028 | Mangual Diaz, Jose L | Loiza Valley | C/ San Guinaria Y-936 | | | Canovanas | PR | 00729 |
| 294028 | Mangual Diaz, Jose L | RE: Jose L. Mangual Diaz | Calle San Gabriel S-4 | Urb Alturas de San Pedro | | Fajardo | PR | 00738 |

Exhibit B
ADR CW Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1735016 | MANTILLA GAVILLAN, JESUS | COOPERATIVA LOS ROBLES | APT B-714 | 401 AMERICO MIRANDA | | SAN JUAN | PR | 00927 |
| 1735016 | MANTILLA GAVILLAN, JESUS | ROBERTO MALDONADO NIEVES, ATTORNEY | 344 STREET 7 NE OFFICE 1 A | | | SAN JUAN | PR | 00920 |
| 2045251 | MARQUEZ CANALES, YAMIELLE | PEDRO ORTIZ ALVAREZ, LLC | P.O. BOX 9009 | | | PONCE | PR | 00732 |
| 1645175 | Marrero, Javier Pantoja | Ramiro Martinez #8 | Parcelas Amadeo | | | Vega Baja | PR | 00693 |
| 1586143 | MATOS GALARZA, NORMA I. | JOSÉ F. AVILÉS LAMBERTY | MANSIONES DE SAN MARTÍN SUITE 17 | | | SAN JUAN | PR | 00924-4586 |
| 803269 | MENDEZ TERRERO, MAGDA | 517 PUEBLA | MATIENZO CINTRON | | | SAN JUAN | PR | 00923 |
| 330580 | MERCUCCI ORTIZ, LILLIBETH | URB. ALTURAS DEL CAFETAL | CALLE ORQUIDEA E-2 | | | YAUCO | PR | 00698 |
| 1512053 | Morales Lebron, Javier A | Apt. 445 | | | | Patillas | PR | 00723 |
| 1512053 | Morales Lebron, Javier A | Fernando Santiago | Urb. San Martin | Suite 17 | | San Juan | PR | 00924 |
| 1422831 | MUNICIPIO DE BAYAMON | PO BOX 1588 | | | | BAYAMON | PR | 00960-1588 |
| 1422831 | MUNICIPIO DE BAYAMON | PÉREZ SANTIAGO, MARIEL | KAREN MORALES PÉREZ | EDIF. BCO COOP PLAZA 623 | AVE. PONCE DE LEON SUITE 205-B | SAN JUAN | PR | 00917 |
| 1578752 | Muniz Galarza, Juan | Pedro Ortiz Alvarez LLC | PO Box 9009 | | | Ponce | PR | 00732 |
| 2050965 | Muniz Mendoza, Domitila | PO Box 42 | | | | Anasco | PR | 00610-0663 |
| 1976629 | Nieves Rivera, Edwin | Pedro Ortiz Alvarez, LLC | PO Box 9009 | | | Ponce | PR | 00732 |
| 1893154 | Ortega Richardson, David O | 131 D Calle 8A El Tugue | | | | Ponce | PR | 00728 |
| 1577034 | PADILLA PEREZ, DAISY | PMB 104 | PO BOX 29005 | | | SAN JUAN | PR | 00929-0029 |
| 1567347 | PICORNELL MARTÍ, MORAIMA | PANTOJA OQUENDO, JOSEFINA | PO BOX 21370 | | | SAN JUAN | PR | 00928 |
| 1567347 | PICORNELL MARTÍ, MORAIMA | 2478 PASEO AMPARO 2D SECC. LEVITTOWN | | | | TOA BAJA | PR | 00949 |
| 2006815 | Ramirez Barias, Carlos R. | PO BOX 440 | | | | Yauco | PR | 00698-0440 |
| 1573126 | Ramirez Feliciano, Letilu | Pedro Ortiz Alvarez LLC | PO Box 9009 | | | Ponce | PR | 00732 |
| 1958336 | Ramirez Romero, Brenda Liz | Jardines de Ponce | I-13 | | | Ponce | PR | 00730 |
| 1958336 | Ramirez Romero, Brenda Liz | Jardines de Ponce-Paseo Nardos I-13 | | | | Ponce | PR | 00730 |
| 429127 | RAMOS ROSA, YAMARIS | C/LEILA OESTE | T-30 4TA SECCION | | | LEVITTOWN | PR | 00949 |
| 1590081 | RIVERA BURGOS, NESTOR E. Y QUILES HERNÁNDEZ, ELIZABETH | JOSE F. AVILES LAMBERTY | MANSIONES DE SAN MARTÍN SUITE 17 | | | SAN JUAN | PR | 00924-4586 |
| 2079229 | RIVERA HERNANDEZ, MARITZA | PEDRO ORTIZ ALVAREZ, LLC | P.O. BOX 9009 | | | PONCE | PR | 00732 |
| 2001624 | Rivera Nunez, Gloria I | Ext. Santa Teresita | 3502 Calle Santa Juanita | | | Ponce | PR | 00730-4612 |
| 1086597 | RODRIGUEZ DE JESUS, ROBERTO | PO BOX 1183 | | | | PATILLAS | PR | 00723 |
| 2030959 | Rodriguez Forty, Jose Joel | P.O. Box 9009 | | | | Ponce | PR | 00732 |
| 1559045 | Rodriguez Rivas, Armando | Pedro Ortiz Alvarez LLC | PO Box 9009 | | | Ponce | PR | 00732 |
| 1532101 | Rodriguez Sabater, Sadder | C/O Pedro Ortiz Alvarez LLC | PO Box 9009 | | | Ponce | PR | 00732 |
| 821066 | RUIZ CAMACHO, HARRY H | PO BOX 800001 | COTO LAUREL | | | PONCE | PR | 00780 |
| 1834891 | RUIZ GUTIERREZ, LESLIE A | URB.LOS LLANOS | D-9 CALLE # 2 | | | SANTA ISABEL | PR | 00757 |
| 1908103 | Ruiz Perez, Juan | Buzon 42 Urb. Altamira | | | | Lares | PR | 00669 |
| 1215256 | SANABRIA DE JESUS, HECTOR W | APARTADO 1343 | | | | ARROYO | PR | 00714 |
| 85409 | SANDOVAL QUINTANA, CECILIO | LCDO. MOISES ABREU CORDERO | 454 AVE. LUIS MÑOZ SOUFFRONT | URB. LOS MAESTROS | | RIO PIEDRAS | PR | 00923 |
| 1541554 | Santana Garcia, Angel Luis | Urb. Jardines de Country Club | Calle #149. CM 9 | | | Carolina | PR | 00984 |
| 822711 | SANTIAGO FELICIANO, SARAH E | HC-03 | BOX 13390 | | | PENUELAS | PR | 00624 |
| 2125809 | Santos Nieves, Juan | HC-1 Box 1964 | | | | Morovis | PR | 00687 |
| 1543989 | SARGENTO MARIANO GONZALEZ GONZALEZ GONZALEZ | BARRIO CACAO BAJO CARR. 184 K.M. 0.5 | | | | PATILLAS | PR | 00723 |
| 1543989 | SARGENTO MARIANO GONZALEZ GONZALEZ GONZALEZ | FERNANDO SANTIAGO | URB. SAN MARTÍN SUITE 17 | | | SAN JUAN | PR | 00924-4586 |
| 1528005 | Sepulveda Ramos, Hector | c/o Pedro Ortiz Alvarez LLC | PO Box 9009 | | | Ponce | PR | 00732 |
| 544972 | TEJADA MIRANDA, JUAN | PO BOX 391 | | | | GURABO | PR | 00778-0391 |
| 544972 | TEJADA MIRANDA, JUAN | PO BOX 391 | | | | Gurabo | PR | 00778-0391 |
| 554419 | TORRES NEGRON, JOSE A | HC 03 BOX 15017 | SECTORAMILL | | | YAUCO | PR | 00698 |
| 1949162 | Torres Ortiz, Mayra | P.O. Box 492 | | | | Sabana Grande | PR | 00637 |
| 1986151 | Torres Torres, Yanira | Apartado #5 | | | | Coamo | PR | 00769 |
| 2134613 | Vargas-Fontanez, Pedro A. | G-14 Calle Bohio | Repto. Caguax | | | Caguas | PR | 00725 |
| 1801604 | VAZQUEZ LEON, ELISELOTTE | URB VILLAS DEL SOL | B6 CALLE MANUEL FDEZ JUNCOS | | | JUANA DIAZ | PR | 00795 |
| 1422318 | VEGA AYALA, WANDA | JOSÉ E TORRES VALENTÍN | CALLE GEORGETTI 78 | | | SAN JUAN | PR | 00925 |
| 1466235 | VICTOR R. ANDINO ROMAN, LOLINNE RIVERA MUNOZ, POR SI Y EN REPRESENTACION DE LA SOCIEDAD DE GANANC | TORRES VALENTIN | ESTUDIO LEGAL | CALLE GEORGETTI #78 | | SAN JUAN | PR | 00925 |
| 1512128 | VILLEGAS GONZALEZ, RICARDO | URB. PARQUE DEL SOL CALLE 2 - C-5 | | | | PATILLAS | PR | 00723 |
| 1512128 | VILLEGAS GONZALEZ, RICARDO | FERNANDO SANTIAGO | URB. SAN MARTÍN SUITE 17 | | | SAN JUAN | PR | 00924-4586 |
| 1422426 | Zayas Vasquez, Briseida Y/O 24 Ana M Cruz Quintana | PO Box 1522 | | | | Moca | PR | 00676 |

**<u>Exhibit C</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: Friday, August 12, 2022
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Tuesday, September 6, 2022

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above.  You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Title III case.  Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Fourth Notice of Transfer of Claims to Alternative Dispute Resolution* on August 1, 2022 [ECF No. 21685], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.primeclerk.com/puertorico.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Proskauer Rose LLP with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request.**  Debtor requests that you provide the following related to Designated Claim No.          : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

<div style="border:1px solid black">

**Please attach to this form your written responses to the requests for information and the requested documentation.**
YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM

**REQUESTS FOR INFORMATION AND DOCUMENTS**

1. Please provide information regarding the basis of the case.  What are the facts underlying the case?

2. Please provide any documentation you have relating to the case.

3. What is the amount that you are claiming?  Please provide the basis for the estimated amount owed for your claim.

4. What is the current status of the case?

5. Are you represented in the case?  If so, who is your attorney?

</div>

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Proskauer Rose.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY TUESDAY, SEPTEMBER 6, 2022**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]

[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>        como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                          Deudores.² | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: viernes, 12 de agosto de 2022
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: martes, 6 de septiembre de 2022**

---

² Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

---

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales),</u> disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

---

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésimo Cuarto Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 1 de agosto de 2022 [ECF Núm. 21685], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.primeclerk.com/puertorico.**

 Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

 **Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Proskauer Rose LLP conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.            : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

---

**Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.**

DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO

**SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS**

1. Por favor proporcione información sobre la base del caso. ¿Qué hechos cree que dieron lugar al caso?

2. Por favor proporcione toda documentación que tenga relacionado con el caso.

3. ¿Cuál es la cantidad que reclamas? Por favor proporcione la base de la cantidad estimada adeuda por sus reclamaciones adicionales.

4. Cuál es el estado actual del caso?

5. ¿Estás representado en cualquiera del caso? Si es así, quien está tu abogado o abogada?

---

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Proskauer Rose.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL MARTES, 6 DE SEPTIEMBRE DE 2022 A LA SIGUIENTE DIRECCIÓN:</u>**

Alvarez and Marsal
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
            [Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma
según sea necesario.]**

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
            [Nombre en letra de molde]

**<u>Exhibit D</u>**

Exhibit D

ADR ERS Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1615909 | Fontanez Lasanta, Felix | Bo. Sabana | Carretera 569 Kilometro 2.9 | Orocovis | PR | 00720 |
| 1615909 | Fontanez Lasanta, Felix | P.O. Box 171 | | Orocovis | PR | 00720 |
| 1182381 | ROLON ORTEGA, CARMEN M | BO MOSQUITO | PDA 6 BUZON 1525 | AGUIRRE | PR | 00704 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                             Page 1 of 1

**Exhibit E**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST**

---

Service Date: Friday, August 12, 2022
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
**RESPONSE DEADLINE: Tuesday, September 6, 2022**

---

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above.  You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Puerto Rico Highway and Transportation Authority's Title III case. The Puerto Rico Highway and Transportation Authority (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Fourth Notice of Transfer of Claims to Alternative Dispute Resolution* on August 1, 2022 [ECF No. 21685], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully. The ADR Procedures are available online at https://cases.primeclerk.com/puertorico.**

An **Information Request** is included below. Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Proskauer Rose LLP with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request**.  Debtor requests that you provide the following related to Designated Claim No.          : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

---

**Please attach to this form your written responses to the requests for information and the requested documentation.**

YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM

---

**REQUESTS FOR INFORMATION AND DOCUMENTS**

1. Please provide information regarding the basis of the case.  What are the facts underlying the case?

2. Please provide any documentation you have relating to the case.

3. What is the amount that you are claiming?  Please provide the basis for the estimated amount owed for your claim.

4. What is the current status of the case?

5. Are you represented in the case?  If so, who is your attorney?

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Proskauer Rose.*

**<u>RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY TUESDAY, SEPTEMBER 6, 2022</u>**

**Alvarez and Marsa**l
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>        como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                          Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: viernes, 12 de agosto de 2022
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
 **FECHA LÍMITE DE RESPUESTA: martes, 6 de septiembre de 2022**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico.  La Autoridad de Carreteras y Transportación de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésimo Cuarto Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 1 de agosto de 2022 [ECF Núm. 21685], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.primeclerk.com/puertorico.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Proskauer Rose LLP conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.            : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

---

**Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.**

DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO

**<u>SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS</u>**

1. Por favor proporcione información sobre la base del caso. ¿Qué hechos cree que dieron lugar al caso?

2. Por favor proporcione toda documentación que tenga relacionado con el caso.

3. ¿Cuál es la cantidad que reclamas? Por favor proporcione la base de la cantidad estimada adeuda por sus reclamaciones adicionales.

4. Cuál es el estado actual del caso?

5. ¿Estás representado en cualquiera del caso? Si es así, quien está tu abogado o abogada?

---

7

> *Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Proskauer Rose.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL MARTES, 6 DE SEPTIEMBRE DE 2022A LA SIGUIENTE DIRECCIÓN</u>:**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**<u>Exhibit F</u>**

Exhibit F

ADR HTA Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1482870 | Collazo Romero, Brunilda | Jose E. Torres Valentin, Abogado | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1450999 | Janet Vazquez Velazquez y Otros, Segun Mencionados en el epigrafe del caso | José E. Torres Valentin | TORRES VALENTIN ESTUDIO LEGAL LLC | 78 GEORGETTI | | San Juan | PR | 00925 |
| 1449446 | Miradan Perez, Lisbeth | Jose E. Torres Valentin | Abogado | Torres Valentin Estudio Legal LLC | #78 Calle Gerogetti | San Juan | PR | 00925 |
| 1596860 | Molina Perez, Nurys A. | Jesus R. Morales Cordero, Attorney at Law | PO Box 363085 | | | San Juan | PR | 00936-3085 |
| 1596860 | Molina Perez, Nurys A. | PO Box 40177 | | | | San Juan | PR | 00940-0177 |
| 1450615 | NUNEZ RIVERA, BERNICE | Sra. Bernice Nunez Rivera | Parte Apelante | Villas de Felisa 3033 | Maria Luisa Arcelay | Mayaguez | PR | 00680 |
| 1450615 | NUNEZ RIVERA, BERNICE | Sra. Gladys M. Diaz Figueroa, Directora Ejecutiva | Directoria de Recursos Humanos y Asuntos Laborales | Autoridad de Carreteras y Transportacion | Parte Apelada, PO Box 42007 | San Juan | PR | 00940-2007 |
| 1450615 | NUNEZ RIVERA, BERNICE | Lcda. Rebeca Rojas Colon, Asesora Legal | Autoridad de Carreteras y Transportacion | Parte Apelada | PO Box 42007 | San Juan | PR | 00940-2007 |
| 1450615 | NUNEZ RIVERA, BERNICE | JOSE E. TORRES VALENTIN | ABOGADO RECLAMACION | TORRES VALENTIN ESTUDIO LEGAL LLC | 78 CALLE GEORGETTI | SAN JUAN | PR | 00925 |
| 1482811 | Ramos Torres, Carmen E | Abogado Apelacion | #78 Calle Georgetti | | | San Juan | PR | 00925 |
| 1450451 | Santiago Adorno, Blanca I | Torres Valentin Estudio Legal LLC | Jose E. Torres Valentin - Abogado Reclamación | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 1449863 | Vazquez Velazquez, Janet | Torres Valentin Estudio Legal, LLC | Jose E. Torres Valentin - Abogado Reclamacion | 78 Calle Georgetti | | San Juan | PR | 00925 |