FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.**　　　**Creditor Name:**

| | | |
|---|---|---|
| (1) | Nombre Completo | Elsa Nydia Baños Cruz |
| (2) | Número de teléfono | 704-414-0561 |
| (3) | Número de empleado | 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 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de PR 1972-2002 (30 años) |
| (5) | Correo electrónico | enbanos@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 8213 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim). N/A (56764) |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Mi reclamación está basada en la denegación del aumento salarial a los maestros del Dept. de Educación de PR y el consecuente resultado en mi pensión del Sistema de Retiro para Maestros (Ley 91). Durante 30 años se me privó de recibir el dinero que me correspondía. Como consecuencia mi pensión se vió afectada. Durante estos 30 años que llevo de retirada mi pensión debió ser un poco más alta. Al tener una maestría durante ese tiempo el aumento hubiese sido de los más altos de la escala salarial. Ante esta situación estoy solicitando la cantidad de 25,000 dólares sujeto a la evaluación del Comité correspondiente. |

*** Attach any supporting documentation you may have related to your claim. ***