Elsa N. Baños Cruz

6319 Pine Chapel Dr.
Charlotte, NC 28273





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

00918-170625