UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER DIRECTING BRIEFING IN RESPONSE TO THE (I) NOTICE OF INTENT TO REPLY TO FOUR HUNDRED NINETY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO PARTIALLY SATISFIED AND PARTIALLY NO LIABILITY CLAIMS ON BEHALF OF FERNANDO COMULADA ORTIZ AND (II) NOTICE OF INTENT TO REPLY TO FOUR HUNDRED NINETY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO PARTIALLY SATISFIED AND PARTIALLY NO LIABILITY CLAIMS ON BEHALF OF POTRERO LOS LLANOS, INC

The Court has received and reviewed the *Notice of Intent to Reply to Four Hundred Ninety-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims on behalf of Fernando Comulada Ortiz,* (Docket Entry No. 21749 in Case No. 17-3283) (the "Ortiz Notice"), filed by Fernando Comulada Ortiz ("Mr. Comulada Ortiz"), and the *Notice of Intent to Reply to Four Hundred Ninety-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims on behalf of Potrero Los Llanos, Inc.* (Docket Entry No. 21867 in Case No. 17-3283) (the "Los Llanos Notice," and together with the Ortiz Notice, the "Notices"), filed by Potrero Los Llanos, Inc. ("Los Llanos").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Mr. Comulada Ortiz and Los Llanos (the "Movants") filed the Notices in response to the *Four Hundred Ninety-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims* (Docket Entry No. 21749 in Case No. 17-3283) (the "Claim Objection"). On August 5, 2022, the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed the Claim Objection with a response deadline of September 5, 2022, at 4:00 p.m. (Atlantic Standard Time) (the "Response Deadline"). (See Claim Objection at 1.)

Through the Notices, Movants seek "a term of fifteen (15) days to reply to the Objection." (Notices at 2.) It is unclear to the Court whether the Movants seek an extension of the Response Deadline or intend to respond to the Claim Objection within 15 days of the filing of the Movants' respective Notices. To the extent the Movants seek an extension of the Response Deadline, the Notices do not indicate whether the Oversight Board consents to the requested relief. After consideration of the Notices, it is hereby ORDERED that:

1. The Movants and the Oversight Board are directed to meet and confer regarding the status of the Claim Objection and the Movants' response thereto.

2. The Oversight Board shall respond to the Notices by **August 26, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: August 22, 2022

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge