UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING DEFECTIVE PLEADING

The Court has received and reviewed the *Response to the Court* (Docket Entry No. 21851 in Case No. 17-3283) (the "Pleading"), filed by William Corredor, CEO, on behalf of Open International Systems Corporation in response to the *Five Hundred Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* (Docket Entry No. 21761 in Case No. 17-3283) (the "Omnibus Claims Objection") and the objection to Proof of Claim No. 8625 included therein.

The Pleading is defective because it was not filed by counsel to Open International Systems Corporation. Business entities may not appear in this proceeding without counsel, as they are not natural persons. Rowland v. California Men's Colony, 506 U.S. 194, 202–03 (1993) (explaining that corporations and other artificial entities can only appear in federal court through licensed counsel). Accordingly, the Pleading is hereby stricken. To the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

extent the Pleading may be construed as an application requesting action by the Court, it is denied.

The Financial Oversight and Management Board for Puerto Rico is ordered to meet and confer with Open International Systems Corporation as soon as possible to explore resolution of the objection.

Open International Systems Corporation is granted leave to file a corrected pleading by **September 21, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. Despite the September 5, 2022 deadline to respond to the Omnibus Claims Objection, a corrected response received by September 21, 2022 at 5:00 p.m. (Atlantic Standard Time) will be considered a timely response to the Omnibus Claims Objection. The Financial Oversight and Management Board for Puerto Rico shall file a reply (if any) by **September 28, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. The hearing on the Omnibus Claims Objection is adjourned <u>solely with respect to Proof of Claim No. 8625</u> to the Omnibus Hearing scheduled for November 2, 2022, at 9:30 a.m. (Atlantic Standard Time).

SO ORDERED.

Dated: August 22, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge