UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth, ERS, and PBA. |

ORDER GRANTING DEBTORS' MOTION FOR AN ORDER EXTENDING
THE DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIM

Upon consideration of the *Debtors' Motion for an Order Extending the Deadline to File Objections to Proofs of Claim* (Docket Entry No. 21601 in Case No. 17-3283) (the "Motion");[2] and it appearing that (i) the Court has subject-matter jurisdiction over the Motion pursuant to PROMESA § 306(a)(1); (ii) venue of this proceeding is proper under PROMESA §§ 106(a) and 307, and 28 U.S.C. § 1391(b); and (iii) the Court has found good cause to grant the relief requested

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

in the Motion; and for the reasons set forth on the record of the August 17, 2022, omnibus hearing; it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein;

2. The Claim Objection Deadline is extended for a period of one hundred eighty (180) days, up to and including March 8, 2023;

3. The Debtors' right to seek further extensions of the Claim Objection Deadline is preserved;

4. This Order resolves Docket Entry No. 21601 in Case No. 17-3283;

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

SO ORDERED.

Dated: August 22, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge