**EXHIBIT B**

| Name | Title | Primary Department | Date of admission to the bar | Current hourly rate included in this Application | Total hours billed in this Application | Total fees billed in this Application |
|---|---|---|---|---|---|---|
| Arturo Diaz Angueira | Member | Litigation | 1970 | $300 | 1149.60 | $344,880.00 |
| Maraliz Vazquez Marrero | Member | Litigation | 2007 | $300 | 1425.10 | $427,530.00 |
| Victoria D. Pierce | Associate | Litigation | 1976 | $300 | 1286.40 | $386,190.00 |
| Charles A. Bimbela | Associate | Litigation | 1987 | $300 | 1609.10 | $482,760.00 |
| Brunilda Rodríguez | Associate | Litigation | 1978 | $300 | 1470.70 | $441,210.00 |
| Blanca Mera Roure | Associate | Litigation | 1979 | $300 | 760.50 | $228,150.00 |
| Doris Gongon | Associate | Litigation | 2009 | $300 | 1119.30 | $335,710.00 |
| Katiuska Bolanos | Associate | Litigation | 2012 | $250 $300 | 1233.40 | $342,120.00 |
| Joannely Marrero Cruz | Associate | Litigation | 2014 | $250 | 1164.90 | $291,225.00 |
| Rafael E. González Ramos | Associate | Litigation | 2014 | $250 | 1238.80 | $309,700.00 |
| Damaris Billoch Colón | Associate | Litigation | 2013 | $250 | 1150.60 | $287,650.00 |
| Irelis Rodríguez Guzmán | Associate | Litigation | 2013 | $250 | 791.10 | $197,025.00 |

| Joseph Feldstein | Associate | Litigation | 2012 | $250 | 917.50 | $251,192.50 |
| Giuliano Vilanova Feliberti | Associate | Litigation | 2022 | $175 | 507.10 | $105,222.50 |
| Sylvia Saldaña Villafañe | Associate | Litigation | 2021 | $175 | 273.00 | $23,432.50 |