# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                         Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS<br><br>**Court filing relates only to PREPA and shall only be filed in case no. 17 BK 4780-LTS and case no. 17 BK 3283-LTS** |

**DECLARATION OF MARALIZ VÁZQUEZ MARRERO IN SUPPORT OF DÍAZ & VÁZQUEZ LAW FIRM, P.S.C. FIFTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AS ATTORNEYS FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY AND REIMBURSEMENT OF EXPENSES FOR THE FIFTEENTH (OCTOBER 1, 2021 – MAY 31, 2022) INTERIM COMPENSATION PERIOD**

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I, Maraliz Vázquez Marrero, being duly sworn, state the following under penalty of perjury:

1. I am a Member in the law firm of Díaz & Vázquez Law Firm, P.S.C. ("D&V"), located at 290 Jesús T. Piñero Ave., Oriental Tower, Suite 11-E, San Juan PR 00918. I am a member in good standing of the bars of the Commonwealth of Puerto Rico and of the United States District Court for the District of Puerto Rico. There are no disciplinary proceedings pending against me.

2. I have read the foregoing fifth application of D&V for allowance of the payment of compensation and reimbursement of expenses as counsel for the Puerto Rico Electric Power Authority ("PREPA"), for the fifteenth interim fee period of October 1, 2021, to May 31, 2022 (the "Fee Application"). To the best of my knowledge, information and belief, the statements contained in the Fee Application are true and correct. In addition, I believe that the Fee Application and the compensation and reimbursement of expenses sought conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines and the Puerto Rico Local Bankruptcy Rules, including, P.R. LBR 2016-1.

3. In connection therewith, I hereby certify that:

   a. to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and PROMESA provisions, except as specifically set forth herein;

   b. except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by D&V, not less favorable to PREPA and its estate, and generally accepted by D&V's clients;

   c. in providing a reimbursable expense, D&V does not make a profit on that expense, whether the service is performed by D&V in-house or through a third party;

    d.    in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between D&V and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to PROMESA, the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and

    e.    all services for which compensation is sought were professional services on behalf of PREPA and not on behalf of any other person.

Dated: August 18, 2022
In San Juan, Puerto Rico.

Respectfully submitted,

*/s/ Maraliz Vázquez Marrero*

Maraliz Vázquez Marrero
Member
USDC No. 225504
mvazquez@diazvaz.law

**DÍAZ & VÁZQUEZ LAW FIRM, P.S.C.**
290 Jesús T. Piñero Ave.
Oriental Tower, Suite 803
San Juan, PR 00918
PO Box 11689
San Juan, PR 00922-1689
T. (787)395-7133
F: (787) 497-9664