# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br>(Jointly Administered) |

## NOTICE AND ORDER TERMINATING EVALUATIVE MEDIATION PROCESS

On April 4, 2022, pursuant to the *Alternative Dispute Resolution Procedures* (Dkt. No. 12576-1) for the resolution of claims, as authorized by the Court pursuant to the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting Related Relief* (Dkt. No. 12576) as amended on December 29, 2020 (Dkt. No. 15505) (the "ADR Procedures"), Proof of Claim Number 78462 (the "Claim") was assigned for evaluative mediation. (See Dkt. No. 20509). In light of the *Sixth Informative Motion of the Financial Oversight and Management Board for Puerto Rico with Respect to Resolution of Proof of Claim Pursuant to Alternative Dispute Resolution Procedures* (Dkt. No.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

21848) and the *Order Regarding Sixth Informative Motion of the Financial Oversight and Management Board for Puerto Rico with Respect to Resolution of Proof of Claim pursuant to Alternative Dispute Resolution Procedures* (Dkt. No. 21891) approving resolution of the Claim, Magistrate Judge Valdez hereby terminates the evaluative mediation of the Claim filed by Claimant Hipólito González Agosto against the Debtor Puerto Rico Electric Power Authority.

It is hereby ORDERED that the evaluative mediation process for Proof of Claim Number 78462 is terminated and no further written evaluation is necessary.

SO ORDERED.

    /s/ Maria Valdez
Maria Valdez
United States Magistrate Judge

Dated: August 23, 2022