UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

### ORDER TO SHOW CAUSE REGARDING NON-COMPLIANCE WITH THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT AND THE COURT'S ORDERS RELATED THERETO

On March 30, 2022, the Court entered the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 20467 in Case No. 17-3283) (the "First Disclosure Order"), pursuant to which professionals in the above-captioned Title III cases were ordered to file the disclosures required by section 2(b)(1) of the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82 ("PRRADA") by May 16, 2022 (the "PRRADA Disclosure Deadline"). On June 24, 2022, at the request of the United States Trustee for Region 21 (the "United States Trustee"), the Court extended the PRRADA Disclosure Deadline through July 15, 2022, for parties that had failed to comply with the First Disclosure Order. (Docket Entry No. 21334 in Case No. 17-3283) (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Second Disclosure Order" and, together with the First Disclosure Order, the "Disclosure Orders").

On August 15, 2022, the United States Trustee filed *The United States Trustee's Comment and Related Status Report on the Verified Statements of Connections Filed by Professionals Under the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 21840 in Case No. 17-3283) (the "PRRADA Compliance Report"). According to the PRRADA Compliance Report, forty-eight professionals filed disclosures prior to the PRRADA Disclosure Deadline. The PRRADA Compliance Report further represented that the following twelve professionals (the "Non-Compliant Professionals") had not filed the disclosures required by PRRADA and the Court's Disclosure Orders:

- Ashenfelter & Ashmore
- Bluhaus Capital, LLC
- Cancio, Nadal, Rivera & Diaz, PSC
- Conway McKenzie, Inc.
- DevTech Systems, Inc.
- DLA Piper Puerto Rico, LLC
- DLA Piper US LLP
- Greenberg Traurig, LLP
- Law Office of Andres W Lopez, PSC
- Munger Tolles & Olson LLP
- Pension Trustee Advisors, Inc.
- Rothschild & Co. US Inc.

Each of the Non-Compliant Professionals is hereby required to show cause by **August 30, 2022**, at **5:00 p.m. (Atlantic Standard Time)** as to why, in light of its ongoing failure to comply with or seek extension of the PRRADA Disclosure Deadline, the Court should not deny future applications for payment of fees and reimbursement of expenses.

SO ORDERED.

Dated: August 23, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge