agosto 22, 2022

To: Kroll Restructuring Administration, LLC

De: Maria M. Ramos Echevarria
Urb. Camino del Mar
7060 Via Playera
Toa Baja, PR.

Asuntos:
1. Cambio de dirección
2. Cambio de Código

Distinguidos señores

Recientemente recibí el libro The Financial oversight and Management Board For P.R. The Commonwealth of PR

Ley Promesa
No. 17 BK 3283-LTS

En el libro aparece mi nombre el exibit 19 pag 75 y en el anexo A pag 90 en ambas pag con el código # 131663. También aparezco en la pág 81 de 116.

Mis códigos siempre han sido en todos los libros han sido los siguientes

51062
124565
123457
121191

Hablé con Juan Hernández, de sus oficinas y me indicó que el que no concuerda es el del Romerazo. Por favor corrijan, porque todo lo que contesté corresponden a las reclamaciones y códigos

1-2

que me enviaron y que conteste el 4 de oct-2021 por correo y por vía email. Les envío evidencia del mismo.

En cuanto a mi dirección correcta es la siguiente:

Sra. Maria M. Ramos Echevarría
Urb. Camino del Mar
7060 Vía Playera
Toa Baja, P.R.

Cualquier error en la misma, el cartero no entrega la correspondencia.

Adjunto le envío la reclamación con el código que aparece a mi nombre en el libro enviado o recibido el 29 marzo del 2022

Gracias por su atención.

att.

*[firma]*
Maria M. Ramos

2-2