FORMULARIO DE RESPUESTA DEL RECLAMANTE

| Claim No. 131663 | Creditor Name: | |
|---|---|---|
| (1) | Nombre Completo | Maria M. Ramos Echevarria |
| (2) | Número de teléfono | 787-565-4262 - 787-565-4262 |
| (3) | Número de empleado | 0690847 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación Fecha - 1965-1997 |
| (5) | Correo electrónico | CuatroRosas2015@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | |
| (7) | Número de caso administrativo o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim) |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Durante los años 1965-1997 me desempeñé como maestra de educación elemental, en el Departamento de Educación de P.R. Completando mis (30) años de servicio y pensionándome de dicho departamento. Durante la gobernación del Sr. Carlos Romero Barceló y administraciones anteriores y posteriores a la misma se legislaron varios aumentos por ley para beneficio de los empleados públicos, los cuales nunca fueron evidenciados en mis cheques. Tampoco se me orientó ni notificó para hacer las reclamaciones debidas. Por lo tanto, creí justo y necesario unirme a la reclamación de clase para que se haga justicia y se otorgue lo que por ley me pertenece. |

*** Attach any supporting documentation you may have related to your claim. ***

**marlimmm@outlook.com**

| | |
|---|---|
| **From:** | Marangeli Munoz Muetzel |
| **Sent:** | Friday, October 8, 2021 6:48 PM |
| **To:** | PRACRprocess@primeclerk.com |
| **Cc:** | Miny Ramos |
| **Subject:** | Reclamaciones -Maria M. Ramos Echevarria |
| **Attachments:** | PRACR-Maria M. Ramos Echevarria-Reclamaciones.pdf |
| **Importance:** | High |

Adjunto envío los "Formularios de Respuesta del Reclamante" relacionados a mis siguientes reclamaciones (Claim No):
1. 51062 (enviada por correo y vía email)
2. 121191 (enviada por correo y vía email)
3. 124565 (vía email)
4. 164108 (enviada por correo y vía email)

Los formularios fueron recibidos por correo los días 4 y 8 de octubre de 2021.

Cordialmente,

María M. Ramos Echevarría
Cuatrorosas2015@gmail.com
787-565-4262

1

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 123457

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP 12 2018

Maria M. Ramos Echevarria
7060 Via Playera Camino del Mar
Toa Baja, PR 00664

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/18/2018
Proof of Claim No.: 51062

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.


ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP 07 2018

MARIA M RAMOS ECHEVARRIA
7060 VIA PLAYERA
CAMINO DEL MAR
TOA BAJA, PR 00949

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 121191

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP 12 2018

Maria M. Ramos Echevarria
7060 Via Playera
Camino del Mar
Toa Baja, PR 00647

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 124565

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or call us at **844.822.9231**.

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 SEP 12 2018

Maria M. Ramos Echevarria
7060 Via playera, Camino del Mar
Toa Baja, PR 00676