# United States Court of Appeals
## For the First Circuit

No. 21-1982

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

OBE E. JOHNSON,

Movant - Appellant,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO,

Debtor - Appellee.

Before

Thompson, Howard and Kayatta,
Circuit Judges.

**ORDER OF COURT**

Entered: August 22, 2022

      Appellant has filed an appeal from an order of the Title III court holding his appeal from that court's decision partially lifting the automatic stay as not taken in good faith and the Financial Oversight and Management Board has moved to dismiss. Because appellant has separately appealed the lift-stay order and has sought to proceed IFP in that appeal, we dismiss this appeal as duplicative.

      By the Court:

      Maria R. Hamilton, Clerk

cc:
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Ricardo Burgos-Vargas
John E. Roberts
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Laura E. Stafford
Michael Luskin
Stephan E. Hornung
Chad Golder
Julia D. Alonzo
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Steven O. Weise
Ginger D. Anders
William D. Dalsen
Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Brian S. Rosen

Rachel G. Miller Ziegler
Guy Brenner
Gabriel A Miranda-Rivera
Juan Carlos Ramirez-Ortiz
Shiloh Rainwater
Raul Castellanos-Malave
Arturo Diaz-Angueira
Joseph P. Davis III
Katiuska Bolanos-Lugo
Maria Jennifer DiConza
Monsita Lecaroz-Arribas
Fernando E. Agrait-Betancourt
Luis Francisco Del-Valle-Emmanuelli
Chantel L. Febus
Monsita Lecaroz-Arribas
Ralph C. Ferrara
Ann M. Ashton
Obe E. Johnson
Mariana Muniz-Lara
Sergio A. Ramirez-de-Arellano
Nelson Robles Diaz