| Name of Claimant | Proof of Claim Number | Claim Amount Range (a–f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ALBIZU MERCED, ANTONIA M | 23186 | a | Litigation Claims | Uknown | Initial Transfer |
| ALEJANDRO ESTRADA, REYNALDO | 9900 | c | Litigation Claims | GDP-2017-0004 | Initial Transfer |
| ANDRES MORALES COLON & MARIA MARGARITA RIVERA LEON | 18524 | c | Litigation Claims | LAC-2015-0064 | Initial Transfer |
| CLASSEN RIVERA, MERCEDES | 7441 | c | Litigation Claims | FDP-2014-0338 | Initial Transfer |
| CLASSEN RIVERA, MERCEDES | 7461 | c | Litigation Claims | FDP-2014-0388 | Initial Transfer |
| COLLAZO, HAYDEE RIVERA | 37879 | c | Litigation Claims | 2003-ACT-054 | Initial Transfer |
| CRUZ VÁZQUEZ, HÉCTOR | 29451 | c | Litigation Claims | DDP-2010-0079 | Initial Transfer |
| CRUZ, ENID ESPINAR | 13158 | a | Litigation Claims | 2016-0054 | Initial Transfer |
| DIAZ GONZALEZ, VILMA V | 3949 | c | Litigation Claims | AQ-08-669; L-11-053 | Initial Transfer |
| ESTATE OF AARON L. HERNANDEZ MARTINEZ | 48077 | c | Litigation Claims | 2000-ACT-005; 2003-ACT-100 | Initial Transfer |
| FEBUS RODRIGUEZ, ROBERTO | 39663 | e | Litigation Claims | KAC-2008-1138; KAC-2000-1703; KAC-2000-7304; KAC-2008-0507; KLCE-2009-01755 | Initial Transfer |
| FRYE PINA, MILLIE | 44263 | c | Litigation Claims | KAC-2015-0887; KLCE-2017-00350 | Initial Transfer |
| GARCIA HICKS, JASLIND | 136191 | a | Litigation Claims | 2015-11-0436 | Initial Transfer |
| GARCIA TORRES, JESUS | 15040 | c | Litigation Claims | GDP-2014-0057 | Initial Transfer |
| GINES CRUZ, JUAN C. | 26813 | c | Litigation Claims | CPE-2016-0060 | Initial Transfer |
| GONZALEZ BEAUCHAMP, AUGUSTO | 24621 | c | Litigation Claims | 2012-10-0503 | Initial Transfer |
| GONZALEZ FONTANEZ, MARIBEL | 63201 | c | Litigation Claims | KPE-2011-3662 | Initial Transfer |
| GONZALEZ MALDONADO, MIGDALIA | 52589 | a | Litigation Claims | Uknown | Initial Transfer |
| GONZALEZ RAMOS, MARISOL | 53622 | f | Litigation Claims | 2013-07-0004; 2013-09-0120; 2015-06-3778; 2016-06-0235 2013-07-0004; 2013-09-0120; 2015-06-3778 | Initial Transfer |
| HEALTH CARE CONSULTING | 8222 | c | Litigation Claims | KCD-2010-3886 | Initial Transfer |
| LEANDRY HERNANDEZ, JULIO | 6059 | c | Litigation Claims | JDP-2015-0283 | Initial Transfer |
| LEBRON VARGAS, JONATHAN | 6743 | d | Litigation Claims | 09-AC-276 | Initial Transfer |
| LUGO LEBRON, PABLO | 26647 | a | Litigation Claims | EAC-2013-0267; HSCI 2014-00340; HSCI-2007-00463; HSCI2015-010733; HSCI-2016-00516; HSCI-2016-00726; HSCI-2017-00029; N2CI2014-00016 | Initial Transfer |
| LUGO SANTANA, INES M | 87462-1 | a | Litigation Claims | Uknown | Initial Transfer |
| MARIBEL GONZALEZ FONTANEZ Y OTROS | 8720 | d | Litigation Claims | KPE-2011-3662; KPE-2012-0767 | Initial Transfer |
| MAYOL SANCHEZ, JOSE RAMON Y OTROS, FRANCISCA PENA LOPEZ Y SU HIJO NUNOR A.Y.M.P. | 35212 | c | Litigation Claims | FDP-2016-0219 | Initial Transfer |
| MELENDEZ GONZALEZ, LUIS JAVIER | 38578 | c | Litigation Claims | FDP-2017-0123 | Initial Transfer |
| NAVARRO LUGO, ROBERTO | 175780 | b | Litigation Claims | Unknown | Initial Transfer |

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| NUNEZ, YADINES | 25581 | a | Litigation Claims | 2016-10-0546 | Initial Transfer |
| OLIVERA RODRÍGUEZ, YAZIRA | 12044 | a | Litigation Claims | 2015-0272 | Initial Transfer |
| PAGAN PAGAN, IRMA | 14511 | c | Litigation Claims | IRMA PAGAN PAGAN Y OTROS vs. ESTADO LIBRE ASOCIADO DE PUERTO RICO; DEPARTAMENTO DE LA FAMILIA | Initial Transfer |
| PAZ VILLALOBOS, IRIS | 20856 | f | Litigation Claims | KAC-2000-1703; KAC-2000-7304; KAC-2008-0507; KAC-2008-1138; KLCE-2009-01755 | Initial Transfer |
| PEREA GINORIO, LILIA M | 40590 | a | Litigation Claims | AQ-16-0339; AQ-16-0478; KAC-2007-0214 | Initial Transfer |
| PEREZ REYES, MARAGARITA | 39851 | c | Litigation Claims | GDP-2017-0076 | Initial Transfer |
| RAMIREZ VAZQUEZ, CHARLIE | 28983 | c | Litigation Claims | KDP-2016-1546 | Initial Transfer |
| RAMOS CAMACHO, DINORIS | 12748 | a | Litigation Claims | Uknown | Initial Transfer |
| RUIZ RIVERA, ROSA I | 25183 | a | Litigation Claims | Uknown | Initial Transfer |
| SANABRIA PLAZA, JUAN C. | 8185 | a | Litigation Claims | CDP-2014-0002; LDP-2013-0054 | Initial Transfer |
| SANTANA BAEZ , ELIEZER | 6853 | c | Litigation Claims | KLCE-2017-00777 | Initial Transfer |
| SANTANA BAEZ, ELIEZER | 6517 | c | Litigation Claims | DDP-2015-0244; DDP-2016-0480; KLCE-2017-00777 | Initial Transfer |
| SANTOS ALVAREZ, LUIS | 3490 | c | Litigation Claims | GDP-2014-0134 | Initial Transfer |
| SIBERON MALDONADO, MIGUEL A. | 44586 | c | Litigation Claims | 2003-ACT-100; 2003-ACT-103 | Initial Transfer |
| SILVA BARBOSA, MADELINE | 37798 | a | Litigation Claims | Uknown | Initial Transfer |
| SOLER VARGAS, JOSE | 14510 | c | Litigation Claims | IRMA PAGAN PAGAN Y OTROS vs. ESTADO LIBRE ASOCIADO DE PUERTO RICO; DEPARTAMENTO DE LA FAMILIA | Initial Transfer |
| TIBER HEALTH, PUBLIC BENEFIT CORPORATION | 25299 | c | Accounts Payable Claims | N/A | Initial Transfer |
| TORRES SANCHEZ, OMAYRA | 29056 | d | Litigation Claims | DDP-2016-0657 | Initial Transfer |
| VERA UMPIERRE, RITA MARIA | 109254 | c | Litigation Claims | CT-RET-99-05-1306 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |