FORMULARIO DE RESPUESTA DEL RECLAMANTE

Claim No. 143753     Creditor Name: Cirino Ortiz, Samuel

| | | |
|---|---|---|
| (1) | Nombre Completo | Samuel Cirino Ortiz |
| (2) | Número de teléfono | (787) 232-9501 |
| (3) | Número de empleado | |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Trabajé como Maestro para el Departamento de Educación, entre los años 1980 hasta el año 1996. También Trabajé en la Autoridad de Energía Eléctrica desde el año 1996 hasta el año 2014. |
| (5) | Correo electrónico | SamuelCirino37@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 6913 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim)<br><br>143753 (Ley Promesa Caso Título III) |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Estoy reclamando lo siguiente:<br>1) Ley 89 (Romerazo) lo correspondiente.<br>2) Pasos de $25.00 y aumentos Salariales durante ese tiempo, lo que corresponda.<br>3) Ley 96, incentivo del año 1996, lo que corresponda.<br>4) 3% Asistencia of Living retrate, lo que corresponda. |

*** Attach any supporting documentation you may have related to your claim. ***

_[signature]_  17 de agosto de 2022



FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | | |
|---|---|---|
| (1) | Nombre completo | Samuel Cirino Ortiz |
| (2) | Número de teléfono y correo electrónico | (787) 232-9501  SamuelCirino37@gmail.com |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4) | Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*. | |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | REDACTED 6913 |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7) | Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |
| | | |

[Signature]   17 agosto 2022