Samuel Cirino Ortiz
P.O. Box 152
Loíza P.R. 00772

To- Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767