# Eliezer Hernández López

6319 Pine Chapel Dr.
Charlotte, NC 28273
(225) 773-7777
eliehernandez@gmail.com

17 de agosto de 2022

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-176

Re: Estado Libre Asociado de Puerto Rico, Caso número 17 BK 3283-LTS
Reclamación 58399 de Sucesión Antonia Ruiz Gerena

Señores,

Adjunto les incluyo copia del Formulario de Repuesta del Reclamante, según Exhibit E página 15 de 154 para completar información solicitada en su comunicación del 5 de agosto del 2022. No quiero que mi reclamación sea eliminada. Cualquier comunicación puede dirigirla a mi nueva dirección de correo o correo electrónico arriba descrita.

Cordialmente

Eliezer Hernández López

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 58399   **Creditor Name:** Susección Antonia Ruiz Gerena

| (1) Nombre Completo | Antonia Ruiz Gerena |
|---|---|
| (2) Número de teléfono | 225-773-7777 |
| (3) Número de empleado | REDACTED 3958 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico, Distrito Escolar de Hatillo |
| (5) Correo electrónico | eliehernandez@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 0920 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Como resultado de la ley 89 del 1980, todos los maestros del sistema del Departamento de Educación de Puerto Rico recibirían un aumento salarial de $45 mensuales con fecha de efectividad del 1 de julio de 1981. Esto no ocurrió y la que hoy es mi difunta esposa Antonia Ruiz Gerena dejó de devengar $45 por 247 meses hasta el día de su muerte el día 2 de febrero del 2002. Razón por la cual el gobierno de Puerto Rico le adeuda a sus sobrevivientes la cantidad de 247 X $45 = $11,115. |

*** Attach any supporting documentation you may have related to your claim. ***