Eliezer Hernandez López

6319 Pine Chapel Dr.
Charlotte, NC 28273



CHARLOTTE NC 280

17 AUG 2022 PM 4 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

0091831706 C018