UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

ORDER TO SUBMIT REVISED PROPOSED PLAN AND RELATED MATERIALS

    The Court has received and reviewed the *Debtor's Informative Motion Regarding Proposed Revisions to (I) Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority, and (II) Proposed Findings of Fact and Conclusions of Law in Connection with Confirmation of the Fifth Amended Title III Plan of Adjustment of the*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Puerto Rico Highways and Transportation Authority* (Docket Entry No. 21862 in Case No. 17-3283 and Docket Entry No. 1388 in Case No. 17-3567) (the "Informative Motion"), as well as the *Joint Response of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and HTA Insured Bondholder Group to Order to Meet and Confer (ECF No. 21863)* (Docket Entry No. 21907 in Case No. 17-3283 and Docket Entry No. 1394 in Case No. 17-3567) (the "Joint Response").[2]

The Oversight Board is ordered to make appropriate revisions to the HTA Plan, the Proposed FFCL, and the proposed order and judgment confirming the HTA Plan, as well as to all other relevant plan materials. Such revisions shall: (i) reflect the Oversight Board's position regarding the proposal in the Joint Response,[3] and indicate whether any differences from the revisions proposed in the Joint Response have been the subject of discussions with Assured and the HTA Insured Bondholder Group; (ii) reflect the resolutions of other disputes; and (iii) "be annotated to the transcript of the [HTA] Confirmation Hearing" per paragraph 26 of the *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 21301 in Case No. 17-3283 and Docket Entry No. 1249 in Case No. 17-3567). The Oversight Board is directed to file the revised plan and related materials by no later than Wednesday, **August 31, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: August 24, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized words used but not defined herein shall have the meanings ascribed to them in the Informative Motion and the Joint Response.

[3] The revisions must include any necessary or appropriate updates to the discussion of HTA Plan confirmation requirements.