Exhibit A

# FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 106241  **Creditor Name:** Ruiz Muniz, Doris N.

| | | |
|---|---|---|
| (1) | Nombre Completo | Doris N. Ruiz Muniz |
| (2) | Número de teléfono | 787-316-1594 |
| (3) | Número de empleado | |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico agosto 1984 — octubre 2014 Sistema Retiro de Maestro octubre 2014 — al presente (1984 - 2022) |
| (5) | Correo electrónico | doruiz11@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 0645 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | La ley 168 de 2004 Son $100.00 (son 1,200 x 10años) Desde el 2004 - al 2014 son 10 años Cantidad reclamada $12,000 |

*** Attach any supporting documentation you may have related to your claim. ***

