Doris Ruiz Muniz
1051 Calle 3 SE
Cond. Medical Plaza Apt. 613
San Juan, P.R. 00921-3011
(106241)

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste 150,
San Juan, P.R. 00918-1767

23 AUG 2022 PM 2 L
SAN JUAN PR 009

00918-170625