## ANEXO C

### Notificación

22 de agosto de 2022

Saludos. Mi nombre es: Milagros Ortiz Bonilla residente en Puerto Rico. Recientemente (hoy 22 agosto 2022) recibí un comunicado indicando lo siguiente: "Si su reclamo está incluido aquí uno o más de los deudores solicitan que su reclamo sea rechazado por la razón indicada." El mismo refleja que realize dos (2) reclamos con numeraciones: 83024 y 83025. Cuando en realidad sólo hice una (1) cuyo número de reclamación es 83024 por la cantidad de $16,200.00. Por lo tanto solicito que la reclamación número 83025 sea cancelada y se continúe con proceso la 83024. Mi número de correo electrónico es: milagrosortizbonilla.57@gmail.com y número celular: 1-787-388-5506. Respetuosamente solicito que sea contestado ésta reclamación en español. Gracias anticipadas por realización solicitada.

Sin otro particular queda,

Cordialmente,

Milagros Ortiz Bonilla.

INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.ra.kroll.com/puertorico. This website is maintained by Kroll and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Kroll hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@kroll.com.