Milagros Ortiz Padilla
HC-01 Box 5896
San Germán, P.R. 00683

SAN JUAN PR 009

23 AUG 2022 PM 2 L

Clerk's Office
United States District Court
# 150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

00918-170625