Réplica a la objeción global

María del Rosario Olivera Rivero

Calle Rufina #10 Guayanilla, P.R.

Seguro Social - 7009

Año de nac. - 1958

Teléfono - 787-402-8297

Email - mariaolivera7009@gmail.com

Nombre del Tribunal:
Tribunal del Distrito de los Estados Unidos.

Deudores:
El Estado Libre Asociado de Puerto Rico a través de la Junta de Supervisión y Administración Financiera para Puerto Rico.

Objeción global:
Reclamos a ser desestimados. Someto la presente información. Espero mi caso no sea desestimado.

Reclamación - #108681
Núm. de caso - 17 BK 03283-LTS
Fecha y Año - 6-26-2018

documentación justificativa.

Autoridades, actualmente me encuentro retirada por espacio de 12 años, por tal motivo no había enviado documentos adicionales, sólo lo que sometí en el año 2018. En aquel momento nos señalaron que necesitábamos un abogado y con lo que recibo actualmente no me alcanza para dichos fines, por tal razón no procedí. Llamé a los teléfonos que nos enviaron y me señalaron que no necesito abogado sólo fundamentar mi caso. Espero ser parte de los empleados retirados y que se nos haga justicia salarial. Espero se acoja mi caso. Soy empleada retirada del Departamento de Educación bajo el Estado Libre Asociado de Puerto Rico.

Adjunto talonario de cheque que evidencia mi pobre salario. Trabajé desde agosto del año 1981 hasta diciembre 2010 en el Departamento de Educación.

Esperando pronta atención a mi caso y reiterando mi deseo de que se me haga justicia ya que los últimos 11 años fui Consejera Profesional y tampoco e recibido lo correcto; con 2 maestrías una para ejercer como Directora de escuela y otra que ejercí como Consejera Profesional.

Muy respetuosamente queda de usted

María del Rosario Olmo Ruiz