| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 03/16/2022 | Aviso #: | 0149035 |
| | | Hasta: | 03/31/2022 | Fecha Aviso: | 03/30/2022 |

| MARIA DEL ROSARIO OLIVERA RIVERA | # Empleado: | XXXXX7009 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| 10 CALLE RUFINA | Dept: | 592160-ANOS SERVICIO LEY91 2004 | Estado Civil: | Married | Married |
| GUAYANILLA, PR 00656 | Lugar: | A/OS SERVICIO LEY 91 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-7009 | Sueldo: | $2,097.11 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,048.56 | 480.00 | 6,291.36 |
| Total: | | | 1,048.56 | 480.00 | 6,291.36 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Ley 117 | 192.50 | 1,155.00 |
| SC-AMER FAM LIFE ASS CO | 75.78 | 454.68 |
| AS-ASOC PENSIONADOS | 1.00 | 6.00 |
| Total: | 269.28 | 1,615.68 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Ley 117 | 100.00 | 300.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,048.56 | 0.00 | 269.28 | 779.28 |
| Acumulado: | 6,291.36 | 0.00 | 1,615.68 | 4,675.68 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | | |
|---|---|---|
| Aviso #0149035 | | 779.28 |
| Total: | | 779.28 |

**MENSAJE:**

Gobierno de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
03/30/2022

Aviso No.  
0149035

Cant. Deposito: $779.28

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | Redacted | $779.28 |
| Total: | | $779.28 |

TRAY 48 SEQ 12141 ************AUTO**SCH 5-DIGIT 00653 12141 1 AV 0.426  
MARIA DEL ROSARIO OLIVERA RIVERA  
10 CALLE RUFINA  
GUAYANILLA PR 00656-1809

**NO-NEGOCIABLE**