María del Rosario Olmeda Rivera
Calle Rufina #10
Guayanilla, Pto. Rico. 00656

CERTIFIED MAIL
7022 0410 0000 9400 1567

U.S. POSTAGE PAID
FCM LG ENV
GUAYANILLA, PR 00656
AUG 22, 22
AMOUNT
$8.69
R2303S104137-04

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2022 AUG 24 PM 3:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RETURN RECEIPT REQUESTED