FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No. 142426
Reclamante:

| | | |
|---|---|---|
| (1) | Nombre completo | Gladys I. Colón Santiago |
| (2) | Número de teléfono | 787-547-8659 |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación (Proof of Claim) | Trabajé del agosto 1990 al diciembre 2019 y no recuerdo cuales años |
| (4) | Si en la Evidencia de Reclamación (Proof of Claim) reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (Proof of Claim). | — no recuerdo |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | Redacted |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | — |
| (7) | Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (Proof of Claim), así como cualquier otra documentación que apoye su reclamo. | |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. Incluya páginas adicionales si es necesario. | |

Luego de haber trabajado por 28 años y medio en el Departamento de Educación de P.R. creo que tengo derecho al exceso de enfermedad (al momento de mi retiro no me lo pagaron), a la aportación del patrono al retiro y/o cualquier otro que cualifique.

* dirección: RR06 Buzón 6753
Toa Alta P.R 00953

tel- 787-547-8659
email bettycolonsantiago@gmail.com