Fecha: 22 de agosto de 2022

A: Secretaría del Tribunal
Tribunal del Distrito de Estados Unidos
Sala 150 Edificio Federal
San Juan puerto Rico 00918-1767

De: Gladys Ibeth Colón Santiago
Dirección: RR 06 Buzón 6753
Toa Alta P.R. 00953
Tel. 787-547-8659
Email: bettycolonsantiago@gmail.com

A quien pueda interesar:

Me llamo Gladys Ibeth Colón Santiago certifico que trabajé en el Departamento de Educación de Puerto Rico por 28 años y medio desde agosto de 1990 hasta diciembre de 2018. He reclamado porque creo que tengo derecho al pago de exceso de enfermedad (al momento de mi retiro tampoco fue pagado), a la aportación del patrono al retiro y/o cualquier otro beneficio que cualifique.

Atentamente,

*Gladys I. Colón Santiago*

Gladys Ibeth Colón Santiago

# reclamación
142426