Gladys I. Cabán Santiago
RR 06 Buzón 6753
Toa Alta P.R 00953



7016 0340 0001 0340 9613

United States District Court
Office 150 Carlos Chardon ave.
San Juan P.R 00918-1767

(secretarial del tribunal)



U.S. POSTAGE PAID
FCM LETTER
TOA ALTA, PR
00953
AUG 23, 22
AMOUNT
$7.85
R2304N117476-25

1000   00918