## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **In re** | ) **PROMESA** |
| | ) **Title III** |
| **THE FINANCIAL OVERSIGHT AND** | ) |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | ) **No. 17 BK 3283-LTS** |
| | ) |
| | ) **(Jointly Administered)** |
| As a representative of | ) |
| | ) |
| **THE COMMONWEALTH OF PUERTO RICO** | ) |
| ***et al.***, | ) |
| | ) |
| **Debtors.**[1] | ) |
| | ) |

---

**FIFTEENTH INTERIM FEE APPLICATION OF ERNST & YOUNG LLP,
AS FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO, FOR
TITLE III SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH MARCH 15, 2022</u>**

Name of Applicant:  **Ernst & Young LLP**

Authorized to Provide Professional Services to:  **The Financial Oversight and Management Board for Puerto Rico**

Date of Retention:  **Effective as of May 3, 2017 for Title III Cases**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Period for which compensation and reimbursement is sought: **February 1, 2022 through March 15, 2022 (the "<u>Fee Period</u>")**

Amount of interim compensation sought as actual, reasonable, and necessary for Title III Services: **$3,639,293.65[2]**

Amount of interim expense reimbursement sought as actual, reasonable, and necessary in connection with Title III Services: **$40,313.49**

Are your fee or expense totals different from the sum of previously-served monthly statements?

_____ Yes     __X__ No.   Reference footnote 2 below. If there is any discrepancy, please explain it in the text of the attached fee application or in a footnote to this cover sheet.

Blended rate in this application for all professionals for Title III Services:  **$591.02 / hour**

This is an ***interim*** application.

The total time expended for fee application preparation for the Interim Fee Period is approximately **36.90** hours and the corresponding compensation requested is **$9,409.50**.

**PRIOR INTERIM FEE APPLICATIONS & ADJUSTMENTS:**

| Date Filed | Fees Requested | Expenses Requested | Fee Adjustments | Expense Adjustments | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| 12/15/2017 | $1,169,699.80 | $4,910.69 | $33,230.32 | $839.80 | $1,136,469.48 | $4,070.89 |
| 3/21/2018 | $1,261,586.10 | $12,546.21 | $32,859.19 | $7.86 | $1,228,726.91 | $12,538.35 |
| 7/16/2018 | $1,114,251.25 | $0 | $31,654.54 | $0 | $1,082,596.71 | $0 |
| 11/16/18 | $2,810,623.75 | $101,015.45 | $39,500.86 | $3,389.64 | $2,771,122.89 | $94,236.17 |
| 3/18/19 | $3,053,407.50 | $121,966.01 | $30,725.17 | $14,443.35 | $3,022,682.33 | $107,522.66 |
| 9/30/19 | $4,505,960.45 | $197,454.73 | $27,173.43 | $27,555.52 | $4,478,787,43 | $169,899.21 |
| 2/11/2020 | $5,034,312.80 | $116,907.08 | $64,065.85 | $62,894.51 | $4,970,246.95 | $54,012.57 |
| 11/11/20 | $5,333,685.84 | $255,437.27 | $80,696.46 | $89,121.60 | $5,252,989.38 | $166,315.67 |
| 11/12/20 | $7,526,389.70 | $121,739.82 | $113,871.16 | $42,474.80 | $7,412,518.54 | $79,265.02 |
| 11/12/20 | $6,119,618.90 | $0.00 | $78,944.54 | $0.00 | $6,040,674.36 | $0.00 |
| 5/13/2021 | $7,833,611.30 | $0.00 | $101,055.46 | $0.00 | $7,732,555.84 | $0.00 |
| 9/9/2021 | $10,021,758.20 | $1,769.80 | $165,000.00 | 0.00 | $9,856,758.20 | $1,768.80 |

---

[2] During the 15th interim, EY inadvertently left out hours related to Lou Roberts during the period of February 2022 totaling 3.8 hours resulting in an increase of the total fees by $3,439.00.

2

| 6/3/2022 | $9,039,848.45 | $40,270.76 | Pending | Pending | Pending | Pending |
|---|---|---|---|---|---|---|
| | $10,962,263.15 | $42,630.73 | Pending | Pending | Pending | Pending |

Number of professionals with time included in this application: **87**

If applicable, number of professionals in this application not included in a staffing plan approved by the client: **0**

If applicable, difference between fees budgeted and compensation sought for this period: **Pursuant to the attached Budget Plan, EY's actual fees for Title III Services (defined herein) during the interim period were approximately $172,101.00 lower than budgeted fees.**

Are any timekeeper's hourly rates higher than those charged and approved upon retention: **Yes**

 

1.      By this Application, Ernst & Young LLP ("EY") respectfully requests allowance and payment of $3,639,293.65 as compensation and reimbursement of $40,313.49 of expenses, with respect to services rendered to The Financial Oversight and Management Board for Puerto Rico (the "Board") that are not customarily required outside Title III cases (the "Title III Services"),[3] for the interim period from February 1, 2022 through March 15, 2022 (the "Fee Period").

2.      The supporting detail for this Application is attached hereto as Exhibits A through E. Exhibits A-1 contain a summary of compensation requested by professional for Title III Services for the period of February 1, 2022 through March 15, 2021. Exhibit B contains details of the expenses for which EY hereby requests reimbursement. Exhibit C contains a summary of

---

[3] EY also rendered other services to the Board that are customarily required outside Title III cases (the "Non-Title III Services"). In accordance with the Court's *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on November 8, 2017 [Docket No. 1715], this Application does not include the fees and expenses that EY incurred in performing Non-Title III Services.

compensation requested by project category for Title III Services. Exhibit D contains EY's detailed time records for Title III Services during the Fee Period. Exhibit E contains EY's budget for Title III Services for the Fee Period. Exhibit F contains EY's staffing plan for Title III Services for the Fee Period.[4]

## Title III Services Provided During the Fee Period

3.      During the Fee Period, EY performed the categories of Title III Services for the Board that are described in Exhibit B hereto.

4.      The total time spent by EY providing Title III Services for the Board during the Fee Period was approximately 6,157.60 hours. The blended hourly rate for Title III Services performed for the Board during the Fee Period is approximately $591.02.

## Statement in Compliance with Appendix B Guidelines C.5

5.      The following answers are provided in response to the questions set forth in Appendix B Guidelines paragraph C.5:

**Question:**      Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

**Response:**      No.

---

[4] EY understands that it is not required to provide a comparable hourly rate disclosure, pursuant to the letter from the Government of Puerto Rico regarding the applicability of the US Trustee Guidelines to financial advisors.

4

**Question:**      If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

>   **Response:**      Not applicable.

**Question:**      Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

>   **Response:**      No.

**Question:**      Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

>   **Response:**      No.

**Question:** Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

>   **Response:**      EY did not charge the time it spent redacting time entries.

**Question:**      If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that

they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Response:**  The engagement letters that were signed by the Board provide that EY's rates are subject to increase, typically once a year on July 1.  Since EY is not a law firm, it is not subject to ABA Formal Ethics Opinion 11-458.

### *Johnson* **Factors**

6.    Below is a discussion of the twelve factors set forth in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), made applicable to compensation determinations in bankruptcy in *Am. Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp. of Am.)*, 544 F.2d 1291, 1298-99 (5th Cir. 1977):

(1)    The time and labor required.  The number of hours expended during the Fee Period demonstrates that EY devoted a substantial amount of time on a variety of issues that have arisen during the Fee Period.  EY rendered the services within a reasonable amount of time commensurate with the complexity, importance and nature of the issues it addressed.

(2)    The novelty and difficulty of the issues.  Many of the issues that EY addressed were complex, and required the skill and experience of sophisticated accounting and restructuring professionals.

(3)    The skill requisite to perform the services properly.  To properly perform the Title III Services it rendered during the Fee Period, EY was required to draw upon the skill and substantive knowledge of its professionals.

(4)    The preclusion of other employment by the professional due to acceptance of the case.  EY committed a significant amount of time and labor to the Board during the Fee

6

Period, which otherwise would have been dedicated to other matters for which, in most instances, EY's invoices would have been paid in full on a timely basis.

(5)     <u>The customary fee.</u> EY's fees are based on the customary rates it charges its other clients for similar types of services.

(6)     <u>Whether the fee is fixed or contingent.</u> EY is charging the Board on an hourly-fee basis for the services it rendered during the Fee Period.

(7)     <u>Time limitations imposed by the client or the circumstances.</u> The circumstances of these cases have occasionally imposed time constraints on EY, because of the need for rapid resolution of significant issues.

(8)     <u>The amount involved, and the results obtained.</u> EY respectfully submits that its Title III Services have resulted in substantial benefits to the Board, which ultimately redounds to the benefit of the Title III debtors.

(9)     <u>The experience, reputation and ability of the professionals.</u> EY is a very well-regarded and established professional services firm, and its partners and professional employees are experienced in performing the Title III Services.

(10)     <u>The "undesirability" of these cases.</u> EY does not believe these cases are undesirable, based on its understanding that its requested compensation and expense reimbursement would be awarded.

(11)     <u>The nature and length of the professional relationship with the client.</u> EY has provided professional services to the Board since early 2017.

(12)     <u>Awards in similar cases.</u> The amount of compensation and expense reimbursement is reasonable in terms of the awards granted in cases of similar magnitude and complexity.

7

7.    The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.

**WHEREFORE,** EY LLP hereby respectfully requests allowance and payment of $3,639,293.65 as compensation and reimbursement $40,313.49 of expenses, with respect to Title III Services during the Fee Period.  EY LLP also respectfully requests that it be granted such other and further relief as the Court may deem just and proper.

Dated:  August 26, 2022                        Respectfully submitted,


                                                   By: */s/ Adam Chepenik*_____
                                                        Adam Chepenik
                                                        Ernst & Young LLP

## **VERIFICATION**

I hereby certify that:

a)      I am a principal with the applicant firm, Ernst & Young LLP ("EY").

b)      I am familiar with the work performed on behalf of The Financial Oversight and Management Board for Puerto Rico by EY during the Fee Period.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

d)      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of EY's client. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, EY does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Dated:  August 26, 2022                              Respectfully submitted,


By: */s/ Adam Chepenik*_____
         Adam Chepenik
         Ernst & Young LLP

9

## EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROFESSIONAL

| Name | Location | Title | Time | Hourly Rate [1] | Total Individual Fees |
|---|---|---|---|---|---|
| Berk,Adam S. | Houston, TX | Partner/Principal | 1.20 | 750.00 | 900.00 |
| Chepenik,Adam Brandon | Washington, DC | Partner/Principal | 101.70 | 905.00 | 92,038.50 |
| Chepenik,Adam Brandon | Washington, DC | Partner/Principal | 8.00 | 452.50 | 3,620.00 |
| Jerneycic,Daniel J | Detriot, MI | Partner/Principal | 5.30 | 905.00 | 4,796.50 |
| Levy,Sheva R | Cleveland, OH | Partner/Principal | 204.20 | 750.00 | 153,150.00 |
| Malhotra,Gaurav | Chicago, IL | Partner/Principal | 59.30 | 905.00 | 53,666.50 |
| Thomas,Richard I | New York, NY | Partner/Principal | 2.60 | 905.00 | 2,353.00 |
| Uzor,Onuwa Onwemadu | Atlanta, GA | Partner/Principal | 5.50 | 905.00 | 4,977.50 |
| Vaccaro,Philip | Boston, MA | Partner/Principal | 8.40 | 905.00 | 7,602.00 |
| Eaton,Gregory William | Chicago, IL | Executive Director | 3.60 | 843.00 | 3,034.80 |
| Hymovitz Cardona,Pablo S | San Juan, PR | Executive Director | 2.00 | 843.00 | 1,686.00 |
| Jones,James | Hoboken, NJ | Executive Director | 1.20 | 719.00 | 862.80 |
| Mackie,James | Washington, DC | Executive Director | 132.70 | 843.00 | 111,866.10 |
| Mullins,Daniel R | Washington, DC | Executive Director | 191.60 | 843.00 | 161,518.80 |
| Naughton,Leo F | New York, NY | Executive Director | 12.40 | 719.00 | 8,915.60 |
| Pilger,Josef | McLean, VA | Executive Director | 165.60 | 719.00 | 119,066.40 |
| Powell,Marc | Miami, FL | Executive Director | 13.50 | 843.00 | 11,380.50 |
| Rodriguez-Ramos,Rosa M. | San Juan, PR | Executive Director | 0.50 | 843.00 | 421.50 |
| Santambrogio,Juan | Atlanta, GA | Executive Director | 168.00 | 843.00 | 141,624.00 |
| Santambrogio,Juan | Atlanta, GA | Executive Director | 31.50 | 421.50 | 13,277.25 |
| Tague,Robert | Chicago, IL | Executive Director | 120.00 | 843.00 | 101,160.00 |
| Breeding,Stephen | Dallas, TX | Senior Manager | 0.80 | 682.00 | 545.60 |
| Diaz,Carla J. | San Juan, PR | Senior Manager | 2.00 | 682.00 | 1,364.00 |
| Draper,Steven David | Dallas, TX | Senior Manager | 18.30 | 682.00 | 12,480.60 |
| Fung,Mary | New York, NY | Senior Manager | 190.80 | 749.00 | 142,909.20 |
| Good JR,Clark E | Dallas, TX | Senior Manager | 211.30 | 682.00 | 144,106.60 |
| Heath,Emma | Chicago, IL | Senior Manager | 244.20 | 749.00 | 182,905.80 |
| Heath,Emma | Chicago, IL | Senior Manager | 40.70 | 374.50 | 15,242.15 |
| Kleine,Andrew | Washington, DC | Senior Manager | 19.30 | 749.00 | 14,455.70 |
| Lisk, Matthew J. | McLean, VA | Senior Manager | 1.70 | 749.00 | 1,273.30 |
| Lor,Rosy Leck | Washington, DC | Senior Manager | 7.70 | 682.00 | 5,251.40 |

| Name | Location | Title | Time | Hourly Rate [1] | Total Individual Fees |
|------|----------|-------|------|-----------------|----------------------|
| Mann,Paul | New York, NY | Senior Manager | 11.60 | 749.00 | 8,688.40 |
| Mira,Francisco Jose | New York, NY | Senior Manager | 3.80 | 749.00 | 2,846.20 |
| Nichols,Carly | Houston, TX | Senior Manager | 0.90 | 682.00 | 613.80 |
| Outlaw,Jessica R. | Houston, TX | Senior Manager | 153.10 | 749.00 | 114,671.90 |
| Panagiotakis,Sofia | New York, NY | Senior Manager | 130.80 | 749.00 | 97,969.20 |
| Panagiotakis,Sofia | New York, NY | Senior Manager | 28.00 | 374.50 | 10,486.00 |
| Santos,Jaycee Ann Medina | Cincinnati, OH | Senior Manager | 4.00 | 749.00 | 2,996.00 |
| Sarna,Shavi | Detroit, MI | Senior Manager | 97.50 | 749.00 | 73,027.50 |
| Sarna,Shavi | Detroit, MI | Senior Manager | 6.00 | 374.50 | 2,247.00 |
| Wheeler,Laura Allison | Atlanta, GA | Senior Manager | 223.90 | 749.00 | 167,701.10 |
| Ban,Menuka | Washington, DC | Manager | 160.90 | 619.00 | 99,597.10 |
| Barati Stec,Izabella | Washington, DC | Manager | 151.90 | 619.00 | 94,026.10 |
| Berger,Daniel L. | Washington, DC | Manager | 100.50 | 619.00 | 62,209.50 |
| Burr,Jeremy | San Diego, CA | Manager | 76.90 | 619.00 | 47,601.10 |
| Burr,Jeremy | San Diego, CA | Manager | 12.00 | 309.50 | 3,714.00 |
| Chan,Jonathan | New York, NY | Manager | 81.60 | 619.00 | 50,510.40 |
| Chawla,Sonia | New York, NY | Manager | 54.30 | 619.00 | 33,611.70 |
| Dubinsky,Shawn | Chicago, IL | Manager | 57.40 | 619.00 | 35,530.60 |
| Holvey,Brandon | Phoenix, AZ | Manager | 13.00 | 619.00 | 8,047.00 |
| Hurtado,Sergio Danilo | Charlotte, NC | Manager | 56.30 | 619.00 | 34,849.70 |
| Hurtado,Sergio Danilo | Charlotte, NC | Manager | 5.00 | 309.50 | 1,547.50 |
| Johnson,Brandon Michael | New York, NY | Manager | 182.30 | 619.00 | 112,843.70 |
| Kane,Collin | Cleveland, OH | Manager | 4.50 | 540.00 | 2,430.00 |
| Kebhaj,Suhaib | Washington, DC | Manager | 159.00 | 619.00 | 98,421.00 |
| Pushka,Nicole L | Chicago, IL | Manager | 37.00 | 540.00 | 19,980.00 |
| Schaumburg,Andrew H. | Cleveland, OH | Manager | 27.50 | 540.00 | 14,850.00 |
| Selden,Courtenay | New York, NY | Manager | 3.70 | 619.00 | 2,290.30 |
| Tan,Riyandi | New York, NY | Manager | 49.80 | 619.00 | 30,826.20 |
| Tan,Riyandi | New York, NY | Manager | 12.00 | 309.50 | 3,714.00 |
| Venkatramanan,Siddhu | Hoboken,NJ | Manager | 1.60 | 619.00 | 990.40 |
| Weaver,Joseph | Chicago, IL | Manager | 218.80 | 619.00 | 135,437.20 |
| Wilson,Harold | Philadelphia, PA | Manager | 91.50 | 540.00 | 49,410.00 |
| Aldana Herbas,Jose A. | Chicago, IL | Senior | 166.50 | 463.00 | 77,089.50 |
| Aldana Herbas,Jose A. | Chicago, IL | Senior | 4.50 | 231.50 | 1,041.75 |
| Castelli,Michael | Washington, DC | Senior | 9.00 | 463.00 | 4,167.00 |
| Gelfond,Hilary | Boston, MA | Senior | 97.10 | 463.00 | 44,957.30 |
| Glavin,Amanda Jane | Washington, DC | Senior | 63.00 | 463.00 | 29,169.00 |
| Hung,Megan | New York, NY | Senior | 1.80 | 463.00 | 833.40 |
| Knapp,Nicole Penelope | Washington, DC | Senior | 165.30 | 463.00 | 76,533.90 |

| Name | Location | Title | Time | Hourly Rate [1] | Total Individual Fees |
|---|---|---|---|---|---|
| LeBlanc,Samantha | New York, NY | Senior | 39.70 | 463.00 | 18,381.10 |
| LeBlanc,Samantha | New York, NY | Senior | 10.00 | 231.50 | 2,315.00 |
| Levine,Adam | New York, NY | Senior | 19.90 | 463.00 | 9,213.70 |
| Mammola,Frank | New York, NY | Senior | 13.70 | 463.00 | 6,343.10 |
| Mammola,Frank | New York, NY | Senior | 4.00 | 231.50 | 926.00 |
| Montanez-Miranda,David | San Juan, PR | Senior | 0.80 | 463.00 | 370.40 |
| Moran-Eserski,Javier | New York, NY | Senior | 0.60 | 463.00 | 277.80 |
| Nguyen,Jimmy Hoang Huy | Dallas, TX | Senior | 4.90 | 422.00 | 2,067.80 |
| Novotny,Melissa B | Houston, TX | Senior | 99.00 | 422.00 | 41,778.00 |
| Ramirez-Saenz,Catalina Santos | Chicago, IL | Senior | 1.90 | 463.00 | 879.70 |
| Riggins,Kyle | Dallas, TX | Senior | 6.00 | 422.00 | 2,532.00 |
| Stricklin,Todd | New Orleans, LA | Senior | 63.70 | 422.00 | 26,881.40 |
| Stuber,Emily Grace | Philadelphia, PA | Senior | 6.90 | 422.00 | 2,911.80 |
| Yodice,Frank | Hoboken,NJ | Senior | 2.60 | 463.00 | 1,203.80 |
| Zhao,Leqi | Washington, DC | Senior | 183.10 | 463.00 | 84,775.30 |
| Carter,Madeleine | San Francisco, CA | Staff | 1.20 | 255.00 | 306.00 |
| Garcia,Daniel | New York, NY | Staff | 222.50 | 255.00 | 56,737.50 |
| Going,Olivia | New York, NY | Staff | 75.10 | 255.00 | 19,150.50 |
| Lang,Siting Silvia | Washington, DC | Staff | 98.10 | 255.00 | 25,015.50 |
| Netherland,Michael Joseph | Dallas, TX | Staff | 15.80 | 282.00 | 4,455.60 |
| Neziroski,David | New York, NY | Staff | 36.90 | 255.00 | 9,409.50 |
| Osman,Selma Ahmed | Washington, DC | Staff | 41.00 | 255.00 | 10,455.00 |
| Rubin,Joshua A. | Washington, DC | Staff | 17.40 | 255.00 | 4,437.00 |
| Soutendijk,Tyler | Washington, DC | Staff | 25.50 | 255.00 | 6,502.50 |
| Sumberg,Owen | McLean, VA | Staff | 162.30 | 282.00 | 45,768.60 |
| Syndergaard,Brett | Washington, DC | Staff | 105.20 | 255.00 | 26,826.00 |
| Vazquez,Lynette | Miami, FL | Staff | 196.10 | 255.00 | 50,005.50 |
| **Total** | | | **6,153.80** | | **$ 3,635,854.65** |

Note:  [1] Rates for the PAS professions per the signed SoW Amendment No. 3

Note:  Travel fees are billed out at 50% bill rate

**EXHIBIT B**

**EXPENSE DETAIL**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Chepenik,Adam Brandon | Partner/Principal | 2/1/2022 | Ground Transportation | Taxi - Client to Hotel | 18.64 |
| Chepenik,Adam Brandon | Partner/Principal | 2/1/2022 | Ground Transportation | Taxi - Hotel to Client | 16.03 |
| Santambrogio,Juan | Executive Director | 2/1/2022 | Ground Transportation | Taxi- Airport to Hotel | 13.74 |
| Santambrogio,Juan | Executive Director | 2/1/2022 | Ground Transportation | Taxi- Home to Airport | 77.24 |
| Santambrogio,Juan | Executive Director | 2/1/2022 | Lodging | Lodging - 2 nights in San Juan, PR 2.1.2022 through 2.3.2022 | 390.00 |
| Panagiotakis,Sofia | Senior Manager | 2/1/2022 | Airfare | Airfare - Round trip - New York, NY to San Juan, PR | 1,039.60 |
| Panagiotakis,Sofia | Senior Manager | 2/1/2022 | Lodging | Lodging - 2 nights in San Juan, PR 02.01.22 through 02.03.22 | 390.00 |
| Santambrogio,Juan | Executive Director | 2/2/2022 | Meals | Meals - Dinner - Self | 29.61 |
| Chepenik,Adam Brandon | Partner/Principal | 2/2/2022 | Ground Transportation | Taxi - Hotel to Client | 16.39 |
| Santambrogio,Juan | Executive Director | 2/3/2022 | Meals | Meals - Breakfast - Self | 12.40 |
| Santambrogio,Juan | Executive Director | 2/3/2022 | Meals | Meals - Dinner - Self | 39.16 |
| Santambrogio,Juan | Executive Director | 2/3/2022 | Ground Transportation | Taxi- Office to Airport | 16.99 |
| Tan,Riyandi | Manager | 2/3/2022 | Lodging | Lodging - 2 nights in San Juan, PR 02.01.22 through 02.03.22 | 390.00 |
| Chepenik,Adam Brandon | Partner/Principal | 2/3/2022 | Lodging | Lodging - 2 nights in San Juan, PR 02.07.22 through 02.08.22 | 390.00 |
| Chepenik,Adam Brandon | Partner/Principal | 2/3/2022 | Ground Transportation | Taxi- Client to Airport | 26.62 |
| Heath,Emma | Senior Manager | 2/3/2022 | Airfare | Airfare - Round trip - Chicago, IL to San Juan, PR | 515.03 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Chepenik,Adam Brandon | Partner/Principal | 2/3/2022 | Ground Transportation | Taxi- Airport to Home | 62.00 |
| Santambrogio,Juan | Executive Director | 2/4/2022 | Ground Transportation | Taxi - Airport to home | 79.89 |
| Chepenik,Adam Brandon | Partner/Principal | 2/5/2022 | Airfare | Airfare - Round trip - DCA to San Juan, PR | 1,074.62 |
| Panagiotakis,Sofia | Senior Manager | 2/5/2022 | Airfare | Airfare - Round trip - New York, NY to San Juan, PR | 1,373.60 |
| Santambrogio,Juan | Executive Director | 2/7/2022 | Airfare | Airfare - Round trip - ATL to San Juan, PR | 1,212.60 |
| Heath,Emma | Senior Manager | 2/7/2022 | Ground Transportation | Taxi- Home to Airport | 73.84 |
| Santambrogio,Juan | Executive Director | 2/7/2022 | Ground Transportation | Taxi- Airport to Hotel | 13.33 |
| Santambrogio,Juan | Executive Director | 2/7/2022 | Ground Transportation | Taxi- Home to Airport | 67.29 |
| Chepenik,Adam Brandon | Partner/Principal | 2/7/2022 | Ground Transportation | Taxi- Airport to client location | 57.03 |
| Santambrogio,Juan | Executive Director | 2/7/2022 | Lodging | Lodging - 2 nights in San Juan, PR 2.7.2022 through 2.9.2022 | 390.00 |
| Santambrogio,Juan | Executive Director | 2/8/2022 | Ground Transportation | Taxi- Hotel to Office | 15.96 |
| Heath,Emma | Senior Manager | 2/8/2022 | Ground Transportation | Taxi- Airport to Hotel | 25.91 |
| Heath,Emma | Senior Manager | 2/8/2022 | Meals | Meals - Lunch - Self | 12.70 |
| Heath,Emma | Senior Manager | 2/8/2022 | Meals | Meals - Breakfast - Self | 3.00 |
| Heath,Emma | Senior Manager | 2/8/2022 | Ground Transportation | Taxi- Office to Dinner | 6.78 |
| Heath,Emma | Senior Manager | 2/8/2022 | Ground Transportation | Taxi- Hotel to Office | 26.99 |
| Santambrogio,Juan | Executive Director | 2/8/2022 | Meals | Meals - Breakfast - Self | 7.49 |
| Chepenik,Adam Brandon | Partner/Principal | 2/8/2022 | Meals | Meals - Breakfast - Self | 13.98 |

14

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Chepenik,Adam Brandon | Partner/Principal | 2/8/2022 | Ground Transportation | Taxi- Hotel to Client location | 16.88 |
| Chepenik,Adam Brandon | Partner/Principal | 2/8/2022 | Ground Transportation | Taxi - Client to Hotel | 18.00 |
| Chepenik,Adam Brandon | Partner/Principal | 2/8/2022 | Ground Transportation | Taxi- Airport to client location | 10.98 |
| Panagiotakis,Sofia | Senior Manager | 2/8/2022 | Lodging | Lodging - 2 nights in San Juan, PR 02.08.22 through 02.10.22 | 390.00 |
| Chepenik,Adam Brandon | Partner/Principal | 2/9/2022 | Ground Transportation | Taxi - Client to Hotel | 15.20 |
| Heath,Emma | Senior Manager | 2/9/2022 | Ground Transportation | Taxi- Hotel to Office | 11.25 |
| Heath,Emma | Senior Manager | 2/9/2022 | Meals | Meals - Breakfast - Self | 3.46 |
| Heath,Emma | Senior Manager | 2/9/2022 | Meals | Meals - Breakfast - Self | 11.54 |
| Santambrogio,Juan | Executive Director | 2/9/2022 | Ground Transportation | Taxi- Office to Airport | 17.93 |
| Chepenik,Adam Brandon | Partner/Principal | 2/9/2022 | Lodging | Lodging - 2 nights in San Juan, PR 02.07.22 through 02.09.22 | 390.00 |
| Chepenik,Adam Brandon | Partner/Principal | 2/9/2022 | Ground Transportation | Taxi- Airport to Home | 46.64 |
| Chepenik,Adam Brandon | Partner/Principal | 2/9/2022 | Ground Transportation | Taxi- Airport to Client Location | 30.22 |
| Heath,Emma | Senior Manager | 2/10/2022 | Ground Transportation | Taxi- Office to Airport | 23.00 |
| Heath,Emma | Senior Manager | 2/10/2022 | Meals | Meals - Lunch - Self | 9.79 |
| Heath,Emma | Senior Manager | 2/10/2022 | Meals | Meals - Lunch - Self | 13.37 |
| Heath,Emma | Senior Manager | 2/10/2022 | Lodging | Lodging - 3 nights in San Juan, PR 02.07.22 through 02.10.22 | 585.00 |
| Heath,Emma | Senior Manager | 2/10/2022 | Meals | Meals - Breakfast - Self | 6.85 |
| Santambrogio,Juan | Executive Director | 2/10/2022 | Ground Transportation | Taxi- Airport to Home | 83.80 |

15

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Heath,Emma | Senior Manager | 2/11/2022 | Ground Transportation | Taxi- Airport to Home | 64.94 |
| Kleine,Andrew | Senior Manager | 2/14/2022 | Airfare | Airfare - Round trip -  Baltimore to San Juan, PR | 622.20 |
| Kleine,Andrew | Senior Manager | 2/14/2022 | Lodging | Lodging - 1 night in NYC 02.07.22 through 02.08.22 | 195.00 |
| Martinez,Tyffany | Staff | 2/15/2022 | Airfare | Airfare - Round trip - Houston, TX to San Juan, PR | 871.65 |
| Burr,Jeremy | Manager | 2/15/2022 | Airfare | Airfare - One way -  San Juan, PR to San Diego, CA | 1,462.16 |
| Burr,Jeremy | Manager | 2/15/2022 | Airfare | Airfare - One way -  San Diego, CA to San Juan, PR | 593.77 |
| Santambrogio,Juan | Executive Director | 2/16/2022 | Airfare | Airfare - Round trip - ATL to San Juan, PR | 1,622.10 |
| Levine,Adam | Senior | 2/17/2022 | Airfare | Airfare - Round trip -  NYC  to San Juan, PR | 842.50 |
| Heath,Emma | Senior Manager | 2/19/2022 | Airfare | Airfare - Rount trip - Pensacola, FL to San Juan, PR | 626.20 |
| Panagiotakis,Sofia | Senior Manager | 2/19/2022 | Airfare | Airfare - Round trip - New York, NY to San Juan, PR | 1,934.40 |
| Martinez,Tyffany | Staff | 2/21/2022 | Ground Transportation | Taxi - Airport to Office | 20.21 |
| Burr,Jeremy | Manager | 2/21/2022 | Ground Transportation | Taxi- Airport to Hotel | 35.52 |
| Burr,Jeremy | Manager | 2/21/2022 | Ground Transportation | Taxi- Home to Airport | 153.12 |
| Martinez,Tyffany | Staff | 2/22/2022 | Meals | Meals - Dinner - Self | 32.40 |
| Martinez,Tyffany | Staff | 2/22/2022 | Ground Transportation | Taxi - Office to Hotel | 12.97 |
| Martinez,Tyffany | Staff | 2/22/2022 | Meals | Meals - Lunch - Self | 10.65 |
| Heath,Emma | Senior Manager | 2/22/2022 | Ground Transportation | Taxi- Office to Hotel | 13.37 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Heath,Emma | Senior Manager | 2/22/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Burr,Jeremy | Manager | 2/22/2022 | Meals | Meals - Breakfast - Self | 15.00 |
| Santambrogio,Juan | Executive Director | 2/22/2022 | Ground Transportation | Taxi- Airport to Hotel | 21.60 |
| Heath,Emma | Senior Manager | 2/22/2022 | Ground Transportation | Taxi- Airport to Office | 28.47 |
| Santambrogio,Juan | Executive Director | 2/22/2022 | Lodging | Lodging - 3 nights in San Juan, PR 03.22.22 through 03.25.22 | 585.00 |
| Panagiotakis,Sofia | Senior Manager | 2/22/2022 | Lodging | Lodging - 3 nights in San Juan, PR 02.22.22 through 02.25.22 | 585.00 |
| Santambrogio,Juan | Executive Director | 2/23/2022 | Meals | Meals - Breakfast - Self | 10.41 |
| Martinez,Tyffany | Staff | 2/23/2022 | Meals | Meals - Breakfast - Self | 15.00 |
| Martinez,Tyffany | Staff | 2/23/2022 | Ground Transportation | Taxi - Office to Dinner | 14.97 |
| Martinez,Tyffany | Staff | 2/23/2022 | Ground Transportation | Taxi - Dinner to Hotel | 11.15 |
| Martinez,Tyffany | Staff | 2/23/2022 | Meals | Meals - Lunch - Self, Parker Yablon, Noelia Ortiz-Landazabal | 46.63 |
| Heath,Emma | Senior Manager | 2/23/2022 | Meals | Meals - Breakfast - Self | 3.00 |
| Heath,Emma | Senior Manager | 2/23/2022 | Ground Transportation | Taxi- Hotel to Office | 10.88 |
| Heath,Emma | Senior Manager | 2/23/2022 | Ground Transportation | Taxi- Office to Dinner | 13.62 |
| Heath,Emma | Senior Manager | 2/23/2022 | Meals | Meals - Breakfast - Self | 6.42 |
| Burr,Jeremy | Manager | 2/23/2022 | Meals | Meals - Lunch - Self | 11.24 |
| Levine,Adam | Senior | 2/23/2022 | Ground Transportation | Taxi- Home to Airport | 63.30 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|------|-------|-----------------|------------------|--------------------|--------------:|
| Levine,Adam | Senior | 2/23/2022 | Meals | Meals - Lunch - Self | 23.01 |
| Santambrogio,Juan | Executive Director | 2/23/2022 | Ground Transportation | Taxi- Hotel to Office | 9.52 |
| Santambrogio,Juan | Executive Director | 2/24/2022 | Ground Transportation | Taxi- Hotel to Office | 13.12 |
| Santambrogio,Juan | Executive Director | 2/24/2022 | Meals | Meals - Breakfast - Self | 8.40 |
| Burr,Jeremy | Manager | 2/24/2022 | Meals | Meals - Dinner - Self, S LeBlanc, and A Levine | 120.00 |
| Burr,Jeremy | Manager | 2/24/2022 | Meals | Meals - Lunch - Self | 8.41 |
| Burr,Jeremy | Manager | 2/24/2022 | Meals | Meals - Breakfast - Self | 15.00 |
| Levine,Adam | Senior | 2/24/2022 | Meals | Meals - Breakfast - Self | 12.46 |
| Levine,Adam | Senior | 2/24/2022 | Meals | Meals - Lunch - Self | 15.68 |
| Levine,Adam | Senior | 2/24/2022 | Meals | Meals - Breakfast - Self | 2.54 |
| Levine,Adam | Senior | 2/24/2022 | Ground Transportation | Taxi- Office to Dinner | 12.28 |
| Martinez,Tyffany | Staff | 2/24/2022 | Meals | Meals - Breakfast - Self | 14.28 |
| Martinez,Tyffany | Staff | 2/24/2022 | Ground Transportation | Taxi - Dinner to Hotel | 10.30 |
| Heath,Emma | Senior Manager | 2/24/2022 | Ground Transportation | Taxi- Dinner to Hotel | 16.80 |
| Heath,Emma | Senior Manager | 2/24/2022 | Meals | Meals - Breakfast - Self | 3.00 |
| Heath,Emma | Senior Manager | 2/24/2022 | Meals | Meals - Lunch - Self | 9.79 |
| Heath,Emma | Senior Manager | 2/24/2022 | Lodging | Lodging - 1 night in San Juan, PR 02.02.22 through 02.23.22 | 195.00 |

18

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Heath,Emma | Senior Manager | 2/24/2022 | Ground Transportation | Taxi- Hotel to Office | 10.54 |
| Heath,Emma | Senior Manager | 2/24/2022 | Airfare | Airfare - One way - Chicago, IL to San Juan, PR | 555.83 |
| Chepenik,Adam Brandon | Partner/Principal | 2/25/2022 | Lodging | Lodging - 3 nights in San Juan, PR 02.22.22 through 02.25.22 | 585.00 |
| Levine,Adam | Senior | 2/25/2022 | Meals | Meals - Breakfast - Self | 15.00 |
| Levine,Adam | Senior | 2/25/2022 | Ground Transportation | Taxi - Hotel to Airport | 11.52 |
| Levine,Adam | Senior | 2/25/2022 | Ground Transportation | Taxi - Airport to Home | 87.98 |
| Levine,Adam | Senior | 2/25/2022 | Lodging | Lodging - 2 nights in San Juan, PR 02.23.22 through 02.25.22 | 390.00 |
| Heath,Emma | Senior Manager | 2/25/2022 | Ground Transportation | Taxi- Office to Airport | 14.80 |
| Santambrogio,Juan | Executive Director | 2/25/2022 | Ground Transportation | Taxi- Hotel to Office | 9.14 |
| Santambrogio,Juan | Executive Director | 2/25/2022 | Meals | Meals - Breakfast - Self | 9.80 |
| Santambrogio,Juan | Executive Director | 2/25/2022 | Ground Transportation | Parking- 4 days at the airport | 63.00 |
| Burr,Jeremy | Manager | 2/25/2022 | Meals | Meals - Dinner - Self | 31.25 |
| Burr,Jeremy | Manager | 2/26/2022 | Lodging | Lodging - 4 nights in San Juan, PR 02.21.22 through 02.25.22 | 780.00 |
| Heath,Emma | Senior Manager | 2/28/2022 | Ground Transportation | Taxi- Airport to Home | 318.00 |
| Santambrogio,Juan | Executive Director | 3/3/2022 | Airfare | Airfare - Round trip - ATL to San Juan, PR | 1,751.60 |
| Chepenik,Adam Brandon | Partner/Principal | 3/3/2022 | Airfare | Airfare - Round trip - DCA to San Juan, PR | 1,073.93 |

19

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|------|-------|-----------------|------------------|---------------------|----------------|
| Sarna,Shavi | Senior Manager | 3/3/2022 | Airfare | Airfare - Round trip - Detroit to San Juan, PR | 1,880.30 |
| Heath,Emma | Senior Manager | 3/7/2022 | Ground Transportation | Taxi- Home to Airport | 72.34 |
| Santambrogio,Juan | Executive Director | 3/7/2022 | Ground Transportation | Taxi- Home to Airport | 82.39 |
| Aldana Herbas,Jose A. | Senior | 3/7/2022 | Airfare | Airfare - Round trip - Chicago to San Juan, PR | 623.80 |
| Santambrogio,Juan | Executive Director | 3/7/2022 | Ground Transportation | Taxi- Airport to Hotel | 35.59 |
| Heath,Emma | Senior Manager | 3/7/2022 | Lodging | Lodging - 3 nights in San Juan, PR 03.07.22 through 03.10.22 | 585.00 |
| Santambrogio,Juan | Executive Director | 3/7/2022 | Lodging | Lodging - 2 nights in San Juan, PR 3.7.2022 through 3.9.2022 | 390.00 |
| Chepenik,Adam Brandon | Partner/Principal | 3/7/2022 | Lodging | Lodging - 4 nights in San Juan, PR 03.07.22 through 03.11.22 | 780.00 |
| Santambrogio,Juan | Executive Director | 3/7/2022 | Lodging | Lodging - 2 nights in San Juan, PR 3.7.22 through 3.9.22 | 390.00 |
| Santambrogio,Juan | Executive Director | 3/7/2022 | Ground Transportation | Taxi - Home to Airport | 82.39 |
| Heath,Emma | Senior Manager | 3/8/2022 | Ground Transportation | Taxi- Airport to Hotel | 13.99 |
| Heath,Emma | Senior Manager | 3/8/2022 | Ground Transportation | Taxi- Office to Hotel | 18.96 |
| Heath,Emma | Senior Manager | 3/8/2022 | Ground Transportation | Taxi- Hotel to Office | 19.91 |
| Santambrogio,Juan | Executive Director | 3/8/2022 | Meals | Meals - Breakfast - Self | 9.80 |
| Santambrogio,Juan | Executive Director | 3/8/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Santambrogio,Juan | Executive Director | 3/8/2022 | Ground Transportation | Taxi- Hotel to Office | 20.98 |
| Santambrogio,Juan | Executive Director | 3/8/2022 | Meals | Meals - Breakfast - Self | 9.80 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Santambrogio,Juan | Executive Director | 3/8/2022 | Ground Transportation | Taxi - Airport to Hotel | 35.59 |
| Santambrogio,Juan | Executive Director | 3/8/2022 | Ground Transportation | Taxi - Hotel to Office | 20.98 |
| Santambrogio,Juan | Executive Director | 3/8/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Heath,Emma | Senior Manager | 3/9/2022 | Meals | Meals - Breakfast - Self | 8.98 |
| Heath,Emma | Senior Manager | 3/9/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Heath,Emma | Senior Manager | 3/9/2022 | Meals | Meals - Lunch - Self | 25.00 |
| Heath,Emma | Senior Manager | 3/9/2022 | Ground Transportation | Taxi- Office to Hotel | 20.64 |
| Heath,Emma | Senior Manager | 3/9/2022 | Ground Transportation | Taxi- Hotel to Office | 14.96 |
| Santambrogio,Juan | Executive Director | 3/9/2022 | Ground Transportation | Taxi- Hotel to Office | 22.99 |
| Santambrogio,Juan | Executive Director | 3/9/2022 | Meals | Meals - Breakfast - Self | 9.63 |
| Santambrogio,Juan | Executive Director | 3/9/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Chepenik,Adam Brandon | Partner/Principal | 3/9/2022 | Airfare | Airfare - One-way - DCA to San Juan, PR | 494.81 |
| Santambrogio,Juan | Executive Director | 3/9/2022 | Lodging | Lodging - 2 nights in San Juan, PR 3.9.22 through 3.11.22 | 390.00 |
| Santambrogio,Juan | Executive Director | 3/9/2022 | Ground Transportation | Taxi - Hotel to Office | 22.99 |
| Santambrogio,Juan | Executive Director | 3/9/2022 | Meals | Meals - Breakfast - Self | 9.63 |
| Santambrogio,Juan | Executive Director | 3/9/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Santambrogio,Juan | Executive Director | 3/9/2022 | Lodging | Lodging - 2 nights in San Juan, PR 3.9.2022 through 3.11.2022 | 390.00 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Santambrogio,Juan | Executive Director | 3/9/2022 | Lodging | Lodging - 2 nights in San Juan, PR 3.9.2022 through 3.11.2022 | 390.00 |
| Heath,Emma | Senior Manager | 3/10/2022 | Ground Transportation | Taxi- Hotel to Airport | 23.98 |
| Heath,Emma | Senior Manager | 3/10/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Heath,Emma | Senior Manager | 3/10/2022 | Ground Transportation | Taxi- Airport to Home | 73.49 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Ground Transportation | Taxi- Hotel to Office | 11.96 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Meals | Meals - Breakfast - Self | 6.96 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Meals | Meals - Lunch - Self | 16.93 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Ground Transportation | Taxi- Office to Hotel | 14.92 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Meals | Meals - Dinner - Self | 6.96 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Ground Transportation | Taxi - Hotel to Office | 11.96 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Meals | Meals - Breakfast - Self | 15.00 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Ground Transportation | Taxi - Office to Hotel | 14.92 |
| Santambrogio,Juan | Executive Director | 3/10/2022 | Meals | Meals - Dinner - Self | 40.00 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Airfare | Airfare - Round trip - ATL to San Juan, PR | 1,503.20 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Ground Transportation | Taxi- Airport to Home | 101.77 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Ground Transportation | Taxi- Hotel to Office | 13.43 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Ground Transportation | Taxi- Office to Airport | 19.52 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Santambrogio,Juan | Executive Director | 3/11/2022 | Meals | Meals - Breakfast - Self | 5.29 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Meals | Meals - Dinner - Self | 6.96 |
| Chepenik,Adam Brandon | Partner/Principal | 3/11/2022 | Meals | Meals - Breakfast - Self | 4.87 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Ground Transportation | Taxi - Airport to Home | 101.77 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Ground Transportation | Taxi - Hotel to Office | 13.43 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Ground Transportation | Taxi - Office to Airport | 19.52 |
| Santambrogio,Juan | Executive Director | 3/11/2022 | Meals | Meals - Breakfast - Self | 5.29 |
| Santambrogio,Juan | Executive Director | 3/14/2022 | Ground Transportation | Taxi- Airport to Hotel | 20.97 |
| Santambrogio,Juan | Executive Director | 3/14/2022 | Ground Transportation | Taxi- Home to Airport | 66.31 |
| Aldana Herbas,Jose A. | Senior | 3/14/2022 | Ground Transportation | Taxi- Airport to Client Location | 17.95 |
| Santambrogio,Juan | Executive Director | 3/14/2022 | Lodging | Lodging - 2 nights in San Juan, PR 03.14.22 through 03.16.22 | 390.00 |
| Aldana Herbas,Jose A. | Senior | 3/14/2022 | Lodging | Lodging - 3 nights in San Juan, PR 03.14.22 through 03.17.22 | 585.00 |
| Sarna,Shavi | Senior Manager | 3/14/2022 | Ground Transportation | Taxi - Home to Airport | 41.96 |
| Panagiotakis,Sofia | Senior Manager | 3/14/2022 | Lodging | Lodging - 3 nights in San Juan, PR 03.14.22 through 03.17.22 | 430.92 |
| Panagiotakis,Sofia | Senior Manager | 3/14/2022 | Airfare | Airfare - Round trip - New York, NY to San Juan, PR | 1,619.10 |
| Fung,Mary | Senior Manager | 3/15/2022 | Airfare | Airfare - One way - New York, NY to San Juan, PR | 633.50 |
| Santambrogio,Juan | Executive Director | 3/15/2022 | Ground Transportation | Taxi- Hotel to Office | 9.97 |
| Santambrogio,Juan | Executive Director | 3/15/2022 | Meals | Meals - Breakfast - Self | 7.49 |

23

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Santambrogio,Juan | Executive Director | 3/15/2022 | Meals | Meals - Dinner - Self, S. Panagiotakis, S Hurtdado, J Aldana, R Tague, S Dubinksi, F Mammola, M. Fung, M. Hung, S. Leblanc, S. Sarna | 440.00 |
| Aldana Herbas,Jose A. | Senior | 3/15/2022 | Ground Transportation | Taxi - Hotel to dinner | 14.61 |
| Aldana Herbas,Jose A. | Senior | 3/15/2022 | Ground Transportation | Taxi - Hotel to client office | 10.98 |
| Aldana Herbas,Jose A. | Senior | 3/15/2022 | Meals | Meals - Lunch - Self | 14.12 |
| Santambrogio,Juan | Executive Director | 3/15/2022 | Ground Transportation | Taxi- Hotel to Office | 27.54 |
| Santambrogio,Juan | Executive Director | 3/15/2022 | Ground Transportation | Taxi- Dinner to Hotel | 10.98 |
| Aldana Herbas,Jose A. | Senior | 3/15/2022 | Ground Transportation | Taxi - Client office to dinner | 10.45 |
| Fung,Mary | Senior Manager | 3/15/2022 | Lodging | Lodging - 2 nights in San Juan 03.15.22 through 03.17.22 | 390.00 |
| Sarna,Shavi | Senior Manager | 3/15/2022 | Meals | Meals - Breakfast - Self | 13.86 |
| | | | | | |
| **Total** | | | | | **$40,313.49** |

**The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**

**EXHIBIT C**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| Project Category | Project Category Description | Billed Hours | Fees Sought |
|---|---|---|---|
| T3 - Creditor Mediation Support | This category includes time spent collaborating with advisors to support the mediation process, preparing material and advising on strategy.<br>+ February and March activity focused on PRIDCO collateral analysis, preparation of creditor mediation materials and analysis, negotiations with creditors on POA revisions, POA cash settlements analysis, and work on PREPA restructuring surrounding LUMA transition, VTP and CW mobility. | 90.40 | 58,821.30 |
| T3 - Expert Testimony | This category includes time spent supporting litigation matters, including preparation of reports, analyses, support material and advising on strategy. | 15.40 | 11,696.10 |
| T3 - Fee Applications / Retention | This category includes time spent preparing monthly and interim fee application | 36.90 | 9,409.50 |
| T3 - Long Term Projections | This category includes time spent collaborating in the assessment of long term financial projections including analysis of restructuring scenarios, development of long term financial projections, funds available for creditors and analysis of creditor recoveries for the best interest test, feasibility and other matters.<br>+ February and March activity focused on Fiscal Plan workstreams for Fiscal Year alignment with CW budget, analysis of various legislative matters impacting Fiscal Plan projections, analysis of PREPA CW mobility plan impact to Fiscal Plan, analysis of federal funds, including ARP and EITC to Fiscal | 2,912.60 | 1,715,972.80 |

| Project Category | Project Category Description | Billed Hours | Fees Sought |
|---|---|---|---|
| | Plan, PRIDCO Fiscal Plan analysis, and analysis of pension cost scenarios for FP. | | |
| T3 - Non-working travel (billed at 50% of rates) | This category includes all matters related to non-working travel and is billed at 50% of agreed upon rates. | 161.70 | 58,130.65 |
| T3 - Plan of Adjustment | This category includes time spent collaborating in the development of a Plan of Adjustment, including the treatment of each creditor class, financial analysis related to the best interest test, plan feasibility and other financial and economic analyses. + February and March aactivity focused on cash analysis of 12/31/2021 balances, recurring validation of accounts, preparation for the 03/31/2022 period, and preparing requests for cash data. | 2,936.80 | 1,781,824.30 |
| **Total** | | **6,153.80** | **$ 3,635,854.65** |

**<u>EXHIBIT D</u>**

**<u>DETAILED TIME RECORDS</u>**

# EXHIBIT E

# BUDGET

| Project Category | Est. Hours | Est. Fees | Total EY Billed Hours | Total EY Fees Sought |
|---|---|---|---|---|
| **T3 - Creditor Mediation Support** | 110 | $ 9,491 | 90 | $ 8,821 |
| **T3 - Expert Testimony** | 30 | 16,225 | 15 | 11,696 |
| **T3 - Fee Applications / Retention** | 146 | 78,717 | 37 | 9,410 |
| **T3 - Long Term Projections** | 3,170 | 1,710,536 | 2,913 | 1,715,973 |
| **T3 - Non-working travel (billed at 50% of rates)** | 190 | 102,510 | 162 | 58,131 |
| **T3 - Plan of Adjustment** | 3,410 | 1,840,477 | 2,937 | 1,781,824 |
| **Total** | **7,056** | **$ 3,807,956** | **6,154** | **$ 3,635,855** |

28

## EXHIBIT F

## STAFFING PLAN

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|:---:|---:|
| Partner/Principal | 8 | $ 815.51 |
| Executive Director | 11 | 800.87 |
| Senior Manager | 17 | 717.40 |
| Manager | 19 | 605.10 |
| Senior | 19 | 450.88 |
| Staff | 12 | 259.82 |