## Exhibit A

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                    Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to ERS.**

</td>
</tr>
</table>

ORDER GRANTING FOUR HUNDRED FIFTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Four Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* [ECF No. 20782] (the "Four Hundred Fifty-First Omnibus Objection")[2] of the Employees Retirement System of the Government of the Commonwealth of

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Fifty-First Omnibus Objection.

Puerto Rico ("ERS"), dated May 13, 2022, for entry of an order reclassifying certain claims filed

against ERS, as more fully set forth in the Four Hundred Fifty-First Omnibus Objection and

supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Fifty-

First Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the

*Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue

being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Four

Hundred Fifty-First Omnibus Objection having been provided to those parties identified therein,

and no other or further notice being required; and each of the claims identified in the column titled

"Asserted" in Exhibit A to the Four Hundred Fifty-First Omnibus Objection having improperly

identified ERS as obligor, when such claims are properly asserted, if at all, against the

Commonwealth of Puerto Rico (the "Commonwealth") as identified in the column titled

"Corrected" in Exhibit A to the Four Hundred Fifty-First Omnibus Objection; and the Court having

determined that the relief sought in the Four Hundred Fifty-First Omnibus Objection is in the best

interest of ERS, its creditors, and all the parties in interest; and the Court having determined that

the legal and factual bases set forth in the Four Hundred Fifty-First Omnibus Objection establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is hereby

ORDERED that the Four Hundred Fifty-First Omnibus Objection is GRANTED as

set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A

to the Four Hundred Fifty-First Omnibus Objection (the "Reclassified Claims") are hereby

---

[3]     PROMESA is codified at 48 U.S.C. §§ 2101-2241.

reclassified to be claims asserted against the Title III debtor(s) indicated in the column titled "Corrected" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Kroll is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Fifty-First Omnibus Objection from ERS's Title III Case (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686) to the Title III case for the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Four Hundred Fifty-First Omnibus Objection; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

ORDERED that this Order resolves Docket Entry No. 20782 in Case No. 17-3283; and it is further

SO ORDERED.


Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Fifty-First Omnibus Objection**

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AGOSTO TORRES, CARLOS J.<br>APRIL GARDENS CALLE 21 2C-9<br>LAS PIEDRAS, PR 00771 | 147581 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ALAMO CUEVAS, JOSE M.<br>URB. VILLA DEL REY 4TA.SEC<br>CALLE 5 4L10<br>CAGUAS, PR 00725 | 138930 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | AMALBERT-MILLAN, MARIA A.<br>PASEO PALMA REAL 76 CALANDRIA<br>JUNCOS, PR 00777-3125 | 81661 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | $75,000.00* | Commonwealth of Puerto Rico | 503(b)(9) | $75,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BERRIOS CASTRODAD, NORMA D.<br>URB. FERNANDEZ 24 FRANCISCO CRUZ<br>CIDRA, PR 00739 | 175400-1 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $74,600.00 | Commonwealth of Puerto Rico | Unsecured | $74,600.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CASILLAS RODRIGUEZ, MYRNA L. K44 12 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 135462 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 6 | COSME COSME, WANDA I. HC 02 BOX 80194 CIALES, PR 00638 | 60545 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 7 | CRUZ CRUZ, RAMON E. HC-02 BOX 5210 VILLALBA, PR 00766 | 138184 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 8 | CUEVAS GONZALEZ, NORMA I. URB. VISTA DEL RIO II P.O. BOX 665 ANASCO, PR 00610 | 156362 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $80,000.00* | Commonwealth of Puerto Rico | Unsecured | $80,000.00* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | DE JESUS MORALES, AIDA M. HC-01 BOX 2723 LOIZA, PR 00772 | 103573 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | DIAZ REYES, LUISA M. SECTOR LA PRRA RAMAL 4 #122 TRUJILLO ALTO, PR 00976 | 106019 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | ECHEVARRIA ABREU, SANDRA I. URB. LAS DELICIAS 4041 CALLE FIDELIA MATHEW PONCE, PR 00728-3710 | 89567 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | ESCRIBANO, ZAIDA J. P.O. BOX 52 CIDRA, PR 00739-0052 | 176074 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $75,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED | | | CORRECTED | | |
| 13 | FELICIANO RODRIGUEZ, IRVING HC01 BOX 8380 HORMIGUEROS, PR 00660 | 9963 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $70,000.00* | Commonwealth of Puerto Rico | Secured | $70,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | FLORES OYOLA, SYLVIA M. 13 CALLE ORQUIDEA CIDRA, PR 00739 | 175465 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |
| | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $95,000.00* | Commonwealth of Puerto Rico | Unsecured | $95,000.00* |
| | | | | | | | Subtotal | $95,000.00* |
| | | | | Subtotal | $95,000.00* | | | |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | FRANCIS ROSARIO, DOLORES R. C-23 B URB. MELENDEZ FAJARDO, PR 00738 | 163586 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $14,400.00* | Commonwealth of Puerto Rico | Unsecured | $14,400.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | GARCIA GARCIA, RAFAEL 5 H 15 CALLE 8 URB MONTE BRISAS 5 FAJARDO, PR 00738 | 165086 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $9,600.00* | Commonwealth of Puerto Rico | Unsecured | $9,600.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | GONZALEZ GONZALEZ, FELICITA CALLE-24-GG-15- VILLAS DE CASTRO CAGUAS, PR 00725 | 151107 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |
| | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | | | | | Subtotal | Undetermined* |
| | | | | Subtotal | Undetermined* | | | |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | LAFONTAINE VELEZ, SONIA URB TANAMA 167 CALLE CUBA ARECIBO, PR 00612 | 40898 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | MATOS ARROYO , VICENTA PMB 376 BOX 1283 SAN LORENZO, PR 00754 | 129954 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | MORALES VALDES, RUBEN A 12 EUCALIPTO STREET PARCELAS MARQUEZ MANATI, PR 00674 | 18526 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $70,000.00* | Commonwealth of Puerto Rico | Unsecured | $70,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | | | | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 21 | NAVARRO COTTO, AGUSTINA PO BOX 1106 CIDRA, PR 00739 | 175663 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $75,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | NIEVES HERNANDEZ, HILDA E-25 SANTA ANA, SANTA ELVIRA CAGUAS, PR 00725 | 118029 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $5,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | ORTIZ ARROYO, MANUEL ANTONIO URB HACIENDA LA MATILDE 5675 PASEO MORELL CAMPOS PONCE, PR 00728-2449 | 132283 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | ORTIZ SANTIAGO, ADA IRMA PO BOX 31005 SAN JUAN, PR 00929 | 173564 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |
| | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | | Subtotal | Undetermined* | | Subtotal | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection

## Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | RAMOS MARTINEZ, YVETTE BK 25 DR. MARTORELL LEVITTOWN TOA BAJA, PR 00949 | 119642 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $50,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | RAMOS RIVERA, VICTOR M. 4TA EXTENSION COUNTRY CLUB CALLE GUAN 882 RIO PIEDRAS, PR 00924 | 150208 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | RIVERA DIAZ, ADA ESTHER HC 01 BOX 4227 COROZAL, PR 00783 | 126354 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $50,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | RODRIGUEZ MOJICA, MARIA C BUZON 21407 BOS LAS CROABAS FAJARDO, PR 00738 | 133250 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | ROMERO VALENTIN, CONSTANCE 843 CAREW ST. SPRINGFIELD, MA 01104 | 115333 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | ROSARIO GONZALEZ, ELIZABETH PO BOX 1022 PATILLAS, PR 00723 | 130431 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | ROSARIO SANTIAGO, CLARIBEL ENID PO BOX 690 SABANA HOYOS, PR 00688 | 53546 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $10,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | RUIZ LOZANO, CARMEN M PO BOX 10436 PONCE, PR 00732 | 137829 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | | | | ASSERTED | | | CORRECTED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 33 | SANTIAGO AYALA, LETICIA URB METROPOLIS 2C 32 AVE C CAROLINA, PR 00987-7817 | 100241 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 34 | SANTIAGO FUENTES, NIVIA A. URB. CUGUAS NORTE CALLE GENOVA AK2 CAGUAS, PR 00725 | 44956 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $66,977.39 | Commonwealth of Puerto Rico | Unsecured | $66,977.39 |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 35 | SUAREZ MONTANEZ, MARIA VIRGINIA 4505 SEC. CAPILLA CIDRA, PR 00739 | 175385 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $33,600.00* | Commonwealth of Puerto Rico | Unsecured | $33,600.00* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 36 | TAPIA RODRIGUEZ, GLADYS PO BOX 1858 RIO GRANDE, PR 00745 | 137835 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | TARONJI TORRES, JACQUELINE N 404 CALLE AMAPOLA URB VISTA ALEGRE VILLALBA, PR 00766 | 106698 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | ZAYAS SOTOMAYOR, CARMEN N. NUM 8 CALLE B URB TIERRA SANTA VILLALBA, PR 00766 | 117960 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $24,000.00* | Commonwealth of Puerto Rico | Unsecured | $24,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | TOTAL | | $998,177.39* | TOTAL | | $998,177.39* |
|---|---|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts

10