**<u>Exhibit A</u>**

**Proposed Order**

Case:17-03283-LTS Doc#:21945-1 Filed:08/29/22 Entered:08/29/22 15:58:00 Desc: Exhibit A Page 1 of 6

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and HTA. |

### ORDER GRANTING FOUR HUNDRED FIFTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO LATE-FILED CLAIMS

Upon the *Four Hundred Fifty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Late-Filed Claims* [ECF No. 20783] ("Four Hundred Fifty-Second Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Highways and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Fifty-Second Omnibus Objection.

Transportation Authority ("HTA," and together with the Commonwealth, the "Debtors"), dated May 13, 2022, for entry of an order disallowing in their entirety certain late-filed claims filed against the Debtors, as more fully set forth in the Four Hundred Fifty-Second Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Fifty-Second Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Fifty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the claims identified in the column titled "Claims to Be Disallowed" in Exhibit A to the Four Hundred Fifty-Second Omnibus Objection (collectively, the "Claims to Be Disallowed") having been filed after June 29, 2018 at 4:00 p.m. (Atlantic Time) against the Debtors; and the Court having determined that the relief sought in the Four Hundred Fifty-Second Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Fifty-Second Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Fifty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the disallowed claims identified in Exhibit A to the Four Hundred Fifty-Second Omnibus Objection as expunged on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20783 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Fifty-Second Omnibus Objection**

## Four Hundred Fifty-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON-AVILES, RICARDO<br>LCDO. FRANCISCO R. GONZÁLEZ COLÓN<br>USDC 116410<br>1519 PONCE DE LEÓN 805, SANTURCE<br>SAN JUAN, PR 00909 | 04/01/2022 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179756 | $33,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 2 | MARCANO, VICTOR SANTIAGO<br>HC 03 BOX 6825<br>JUNCOS, PR 00777 | 10/26/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179669 | $60,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| | | | | | TOTAL | $93,000.00* |

\*Indicates claim contains unliquidated and/or undetermined amounts

1