# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Fifty-Eighth Omnibus Objection**

Four Hundred Fifty-Eighth Omnibus Objection

Exhibit A - Claims to Be Reclassified

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BETTERCYCLING CORPORATION ROSIMARI LEON 209 AVE. MUNOZ RIVERA (8TH FLOOR) SAN JUAN, PR 00917 | 118789 | Commonwealth of Puerto Rico | Secured | $1,432,161.52 | Commonwealth of Puerto Rico Commonwealth of Puerto Rico Subtotal | Secured Unsecured | $0.00 $1,432,161.52 $1,432,161.52 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 2 | BETTEROADS ASPHALT LLC ROSIMARI LEON 209 AVE. MUNOZ RIVERA (8TH FLOOR) SAN JUAN, PR 00917 | 115188 | Puerto Rico Highways and Transportation Authority | Secured | $1,459,173.56 | Puerto Rico Highways and Transportation Authority Puerto Rico Highways and Transportation Authority Subtotal | Secured Unsecured | $0.00 $1,459,173.56 $1,459,173.56 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 3 | BETTERRECYCLING CORPORATION ROSIMARI LEON 209 AVE. MUNOZ RIVERA (8TH FLOOR) SAN JUAN, PR 00917 | 103288 | Puerto Rico Highways and Transportation Authority | Secured | $1,052,047.33 | Puerto Rico Highways and Transportation Authority Puerto Rico Highways and Transportation Authority Subtotal | Secured Unsecured | $0.00 $1,052,047.33 $1,052,047.33 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 4 | FERROVIAL AGROMAN LLC RIBERA DEL LOIRA 42 MADRID, 28042 SPAIN PARQUE EMPRESARIAL PUERTA DE LAS NACIONES MADRID, 28042 | 24320 | Puerto Rico Highways and Transportation Authority Puerto Rico Highways and Transportation Authority | Secured Unsecured Subtotal | $839,442.86* $14,252,990.21* $15,092,433.07* | Puerto Rico Highways and Transportation Authority Puerto Rico Highways and Transportation Authority Subtotal | Secured Unsecured | $0.00 $15,092,433.07* $15,092,433.07* |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Fifty-Eighth Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | FERROVIAL AGROMAN, S.A. 1250 PONCE DE LEON AVE SAN JOSE BUILDING SUITE 901 SAN JUAN, PR 00902 | 17738 | Puerto Rico Highways and Transportation Authority | Secured | $1,812,052.07* | Puerto Rico Highways and Transportation Authority | Secured | $0.00 |
| | | | Puerto Rico Highways and Transportation Authority | Unsecured | $22,869,042.57* | Puerto Rico Highways and Transportation Authority | Unsecured | $24,681,094.64* |
| | | | | Subtotal | $24,681,094.64* | | Subtotal | $24,681,094.64* |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

| | | | TOTAL | | $43,716,910.12* | TOTAL | | $43,716,910.12* |

*Indicates claim contains unliquidated and/or undetermined amounts

2