**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

ORDER GRANTING FOUR HUNDRED SIXTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO NO LIABILITY BOND CLAIMS

Upon the *Four Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability Bond Claims* [ECF No. 20793] (the "Four Hundred Sixty-Second Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth"), dated May 13, 2022, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred Sixty-Second

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Sixty-Second Omnibus Objection.

Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Sixty-Second Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Four Hundred Sixty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in Exhibit A to the Four Hundred Sixty-Second Omnibus Objection (the "Claims to Be Disallowed") seek recovery of amounts for which the Commonwealth is not liable; and the Court having determined that the relief sought in the Four Hundred Sixty-Second Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Sixty-Second Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Sixty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20793 in Case No. 17-3283; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Sixty-Second Omnibus Objection**

Four Hundred Sixty-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALAN JAMES JACOBY /RRV TRUST/ U/A DTD 11/26/2012<br>JAYNE JACOBY, TRUSTEE<br>4210 POINTE GATE DR.<br>LIVINGSTON, NJ 07039 | 04/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6279 | $59,284.75 |
| | Reason: Claimant appears to assert liabilities for investment losses for bonds sold. To the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss. | | | | | |
| 2 | HERNANDEZ, DELIA<br>PO BOX 141359<br>ARECIBO, PR 00614-1359 | 07/09/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169591 | $18,434.03 |
| | Reason: Claimant appears to assert liabilities for investment losses for bonds sold. To the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss. | | | | | |
| 3 | KARIE D & JULIE A DUNKS FAMILY TRUST<br>9165 SEASONS TERRACE<br>VERO BEACH, FL 32963 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20315 | $76,455.00 |
| | Reason: Claimant appears to assert liabilities for investment losses for bonds sold. To the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss. | | | | | |
| 4 | MAY, FRANCOIS AND MATTHEW JTWROS<br>7310 RINDGE AVENUE<br>PLAYA DEL REY, CA 90293 | 04/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6390 | $50,487.45 |
| | Reason: Claimant appears to assert liabilities for investment losses for bonds sold. To the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss. | | | | | |
| 5 | WEISSMAN, SAMUEL<br>7379 EAST VAQUERO DR<br>SCOTTSDALE, AZ 85258 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18399 | $57,952.03 |
| | Reason: Claimant appears to assert liabilities for investment losses for bonds sold. To the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss. | | | | | |

## Four Hundred Sixty-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | WIEDERSPIEL, BRUCE ROBERT<br>2783 COLUMBIA FALLS STAGE ROAD<br>COLUMBIA FALLS, MT 59912 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3560 | $262,650.00 |

Reason: Claimant appears to assert liabilities for investment losses for bonds sold. To the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss.

| | | | | | TOTAL | $525,263.26 |

2