## **Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and HTA. |

ORDER GRANTING FOUR HUNDRED EIGHTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO SATISFIED CLAIMS

Upon the *Four Hundred Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Satisfied Claims* [ECF No. 21432] (the "Four Hundred Eightieth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA, and together with the Commonwealth, the "Debtors"), dated July 1, 2022, for entry of an order disallowing in their entirety certain claims filed against the Debtors,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Eightieth Omnibus Objection.

as more fully set forth in the Four Hundred Eightieth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Eightieth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Eightieth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Eightieth Omnibus Objection (collectively, the "Satisfied Claims") have been satisfied; and the Court having determined that the relief sought in the Four Hundred Eightieth Omnibus Objection is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Eightieth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Eightieth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Satisfied Claims are disallowed in their entirety; and it is further

ORDERED that Kroll, is authorized and directed to designate the Satisfied Claims as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 21432 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                                       Honorable Judge Laura Taylor Swain
                                                                       United States District Judge

# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Eightieth Omnibus Objection**

Four Hundred Eightieth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25660 | $14,728.00 |

Reason: Invoices totaling $14,728.00 were paid via checks 00123111, 00124158, and 00253862 on 05/31/2017, 06/05/2017, and 10/01/2019.

| 2 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10766 | $148,233.00 |

Reason: Invoices totaling $148.233.00 were paid via check 00004957 on 06/01/2018 and via EFT 00000056 on 02/04/2021.

| 3 | DAT@ACCESS COMMUNICATIONS INC.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9459 | $12,013.00 |

Reason: Invoice totaling $12,013.00 was paid via check 046392.

| 4 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9476 | $26,500.00 |

Reason: Invoices totaling $26,500 were paid via EFTs 289802 and 00083802 on 05/11/2018 and 06/13/2018.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Eightieth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | FINCA LA MATILDE, INC.<br>EILEEN M. COFFEY<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/07/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 12794 | $10,392.42* |

Reason: Proof of Claim asserts claim related to litigation case KEF-2004-0377. Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. All deposited funds have been withdrawn from the account.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FINCA PERSEVERANCIA, INC.<br>MARGARITA WILSON<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 06/08/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 35047 | $415,436.07* |

Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0244. Amended judgment was entered in the case, with respect to this creditor, and HTA deposited funds with the Commonwealth court in compliance with the judgment. The funds were withdrawn on 2/26/2014 and 4/19/2021.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | HERNANDEZ RENTAS, LUIS A.<br>PO BOX 1958<br>LAS PIEDRAS, PR 00771 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49585 | $64,477.87 |

Reason: Invoices totaling $64,477.87 were paid via checks 00505040, 00507002, 00507003, and 00620262 on 09/15/2014, 09/19/2014, 09/19/2014, and 08/27/2015.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | LAS MONJAS REALTY II, SE<br>G. CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE, THIRD FLOOR<br>SAN JUAN, PR 00901 | 06/06/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 36496 | $1,274,000.00* |

Reason: Proof of Claim asserts claim related to litigation cases KAC-2010-1332 and KEF-2016-0083. Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Four Hundred Eightieth Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | MANDRY MERCADO, SUCESION PASTOR<br>MARIA E. VICENS<br>9140 MARINA ST. SUITE 801<br>PONCE, PR 00717 | 06/08/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 41356 | $810,266.48* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0244. Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. | | | | | |
| 10 | NUSTREAM COMMUNICATION INC.<br>HECTOR FIGUEROA VINCENTY ESQ.<br>CALLE SAN FRANCISCO 310 STE. 32<br>SAN JUAN, PR 00901 | 04/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8778 | $9,000.00 |
| | Reason: Invoices totaling $9,000 were paid via electronic transfers CPI8001289 and CPI8001471 on 04/06/2018 and 05/08/2018. | | | | | |
| 11 | SAAVEDRA CASTRO, IVETTE<br>PO BOX 9021782<br>SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 82943 | $300,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0464. Settlement was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the settlement. | | | | | |
| 12 | SAAVEDRA CASTRO, JOSE MARTIN<br>JUAN H SAAVEDRA CASTRO<br>PO BOX 9021782<br>SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 78911 | $300,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0464. Settlement was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the settlement. | | | | | |
| 13 | SAAVEDRA CASTRO, JUAN H.<br>PO BOX 9021782<br>SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 87042 | $300,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0464. Settlement was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the settlement. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eightieth Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | SAAVEDRA CASTRO, YVONNE<br>JUAN H. SAAVEDRA CASTRO<br>PO BOX 9021782<br>SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 61569 | $300,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0464. Settlement was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the settlement. | | | | | |
| 15 | ZLS DEVELOPMENT CORPORATION<br>C/O MR JORGE C VENEGAS HUDDERS<br>ABOGADO DEL ACREEDOR<br>PO BOX 361172<br>SAN JUAN, PR 00936-1172 | 05/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 30837 | $820,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0345. Settlement was entered in the case, with respect to this creditor, and HTA deposited funds with the Commonwealth court in compliance with the stipulation. The funds were withdrawn, in a total amount of $298,449.66, on 1/24/2017 and 2/27/2020. | | | | | |
| | | | | | TOTAL | $4,805,046.84* |

*Indicates claim contains unliquidated and/or undetermined amounts

4