**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

### ORDER GRANTING FOUR HUNDRED SIXTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CROSS-DEBTOR DUPLICATE CLAIMS

Upon the *Four Hundred Sixty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [ECF No. 21418] (the "Four Hundred Sixty-Ninth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), dated July 1, 2022, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Sixty-Ninth Omnibus Objection.

Sixty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Sixty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Sixty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims filed against the Commonwealth identified in the column titled "Claims to Be Disallowed" in Exhibit A to the Four Hundred Sixty-Ninth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of claims asserted against the Commonwealth, for which the asserted liability would lie, if at all, against the Commonwealth; and the Court having determined that the relief sought in the Four Hundred Sixty-Ninth Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Sixty-Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Sixty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 21418 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Sixty-Ninth Omnibus Objection**

## Four Hundred Sixty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALVARADO COLON, MARIBEL<br>HC-73 BOX 5627<br>CAYEY, PR 00736 | 06/27/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 89531 | $1,500.00 | ALVARADO COLON, MARIBEL<br>HC-73 BOX 5627<br>CAYEY, PR 00736 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 102710 | $5,400.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 2 | COLLAZO MORINGLANE, WILLIAM O<br>P.O.BOX 54<br>ARROYO, PR 00714-0054 | 06/05/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 48968 | Undetermined* | COLLAZO MORINGLANE, WILLIAM O.<br>P.O. BOX 54<br>ARROYO, PR 00714-0054 | 06/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 46380 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 | HERNANDEZ MELENDEZ, ROSE M.<br>BO. MULITAS<br>HC 5 BOX 6794<br>AGUAS BUENAS, PR 00703 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143180 | Undetermined* | HERNANDEZ MELENDEZ, ROSE<br>HC 5 BOX 6794<br>AGUAS BUENAS, PR 00703-9020 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 118133 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 4 | HERNANDEZ, JESSICA FERNANDEZ<br>URB. MEDINA CALLE 5D 51<br>ISABELA, PR 00662 | 05/30/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40271 | $52,800.00* | FERNANDEZ HERNANDEZ, JESSICA<br>URB. MEDINA, CALLE 5D #51<br>ISABELA, PR 00662 | 05/30/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 40332 | $52,800.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | ISAAC CANALES, OLGA<br>RUTA RURAL #1 BOX 35 E<br>CAROLINA, PR 00983 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127631 | Undetermined* | ISAAC CANALES, OLGA<br>RUTA RURAL #1 BOX 35E<br>CAROLINA, PR 00983 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 147087 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 6 | LOPEZ ORTIZ, RUTH N.<br>URB. LAS MUESAS 32 RAFAEL C. NAVAS<br>CAYEY, PR 00736 | 06/26/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103025 | Undetermined* | LOPEZ ORTIZ, RUTH N.<br>URB. LAS MUESAS 32 CALLE RAFAEL C. NAVAS<br>CAYEY, PR 00736 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 142298 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 7 | MALDONADO ORTIZ, SONIA M.<br>URB. MARIA DEL CARMEN E-18 CALLE 8<br>COROZAL, PR 00783 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 131085 | Undetermined* | MALDONADO ORTIZ, SONIA  M.<br>URB. MARIA DEL CARMEN E-18 CALLE 8<br>COROZAL, PR 00783 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 152575 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 8 | MEDINA RIVERA, NYDIA ANNIE<br>P.O. BOX 5397<br>CAGUAS, PR 00726 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 109312 | Undetermined* | MEDINA RIVERA, NYDIA  ANNIE<br>PO BOX 5397<br>CAGUAS, PR 00726 | 06/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 89214 | $28,520.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Four Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | MENDEZ PADILLA, LUIS<br>HC-04 BOX 7242<br>COROZAL, PR 00783-9620 | 04/13/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7367 | $27,080.00 | MENDEZ PADILLA, LUIS A<br>HC 04 BOX 7242<br>COROZAL, PR 00783 | 04/13/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 7370 | $27,080.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 10 | REYES NIEVES, NICOLAS<br>3201 PARKSIDE CT<br>WINTER PARK, FL 32792 | 09/18/20 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175689 | $38,250.00 | REYES NIEVES, NICOLAS<br>3201 PARKSIDE CT<br>WINTER PARK, FL 32792 | 07/20/20 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 174160 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 11 | ROSALY GERENA, DIONISIO<br>REPARTO DURAN #6120 CALLE CIPRES<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 49231 | Undetermined* | GERENA, DIONISIO ROSALY<br>DIONISIO ROSALY GERENA REPARTO DURÁN<br>#6120 CALLE CIPRÉS<br>ISABELA, PR 00662 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 90715 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 12 | TORRES CAMPUSANO, SONIA M.<br>1244 MANUEL A.BARRETO<br>URB.SAN JOSE<br>MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 102927 | Undetermined* | TORRES CAMPUSANO, SONIA M.<br>1244 MANUAL A. BARRETO<br>URB. SAN JOSE<br>MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 118718 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

## Four Hundred Sixty-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | TORRES CAMPUSANO, SONIA M. 1244 MANUAL A. BARRETO URB. SAN JOSE MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142001 | Undetermined* | TORRES CAMPUSANO, SONIA M. 1244 MANUAL A. BARRETO URB. SAN JOSE MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118718 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

4