**Exhibit A**

**Proposed Order**

Case:17-03283-LTS Doc#:21963-1 Filed:08/29/22 Entered:08/29/22 17:37:36 Desc: Exhibit A Page 1 of 18

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and ERS. |

### ORDER GRANTING FOUR HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FILED BY EMPLOYEES OF THE PUERTO RICO POLICE DEPARTMENT FOR WHICH THE DEBTORS ARE NOT LIABLE

Upon the *Four Hundred Seventy-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Filed by Employees of the Puerto Rico Police Department for which the Debtors Are Not Liable* [ECF No. 21422] (the "Four Hundred Seventy-Third Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), dated July 1, 2022, for entry of an order

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Seventy-Third Omnibus Objection.

disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Four Hundred Seventy-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Seventy-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Seventy-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> to the Four Hundred Seventy-Third Omnibus Objection (collectively, the "<u>Claims to Be Disallowed</u>") having been found to be claims for which the Debtors are not liable because the liabilities asserted therein have already been satisfied and released; and the Court having determined that the relief sought in the Four Hundred Seventy-Third Omnibus Objection is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Seventy-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Seventy-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 21422 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                Honorable Judge Laura Taylor Swain
                                                United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Four Hundred Seventy-Third Omnibus Objection**

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO RUIZ, ALEXANDER<br>PO BOX 56<br>LARES, PR 00669 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62584 | $22,237.61 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ADORNO RODRIGUEZ, CARLOS M.<br>QUINTAS DE MOROVIS<br>20 PASEO FELICIDAD<br>MOROVIS, PR 00687 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41028 | $30,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ALVARADO DAVILA, CHARLES<br>17 VILLAS DE SAN BLAS<br>COAMO, PR 00769-2616 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3514 | $7,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BEAUCHAMP, NIDYVETTE LUGO<br>CALLE JULIO N MATOS<br>45 SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47975 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | BERRIOS FIGUEROA, LUIS A.<br>P.O. BOX 877<br>PATILLAS, PR 00723 | 06/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47151 | $50,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CALDERON GONZALEZ, MARTIN A<br>HC 2 BOX 70145<br>COMERIO, PR 00782 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36789 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CARDONA MORALES, MYRTA<br>HC 03 BOX 9307<br>MOCA, PR 06676 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7445 | $21,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CEDENO RODRIGUEZ, GENARO M.<br>VILLA ALEGRE CALLE 9 F17<br>GURABO, PR 00778 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87568 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | CHEVERE-SANCHEZ, JUAN P. PO BOX 347 CIDRA, PR 00739-0347 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38353 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DE LOS SANTOS VALLES, MARCOS A 92 CORAL URB. BRISAS DEL MAR GUAYAMA, PR 00784 | 05/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31975 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DEL RIO ROMAN, HECTOR J PO BOX 1000 BAJADERO, PR 00616-1000 | 03/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1127 | $15,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DELGADO NAVARRO, BENITO VILLAS DEL SOL BUZON 25 TRUJILLO ALTO, PR 00976 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15648 | $15,500.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | FIGUEROA GARCIA, NILSA<br>URB BRISAS DEL MAR<br>N 17 CALLE 4<br>LUQUILLO, PR 00773 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29111 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | FRANCO VILLAFANE, ANTONIO<br>410 CALLE 4 QUINTAS DE CANOVANAS<br>CANOVANAS, PR 00729-3907 | 04/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5695 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | GONZALEZ QUILES, LUIS A<br>URB. ESTANCIAS DEL JAVILLO<br>302 PASEO IRAK<br>ISABELA, PR 00662 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49039 | $20,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GONZALEZ RAMOS, SONIA<br>CARR. 314 KM. 06<br>SAN GERMAN, PR 00683 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156071 | $12,600.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | GONZALEZ-CARABALLO, SONIA N. SIERRA ALTA J-201 BUZON 75 SAN JUAN, PR 00926 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41431 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| 18 | GREGORIO ANDUJAR, MENA URB. LA VEGA CALLE C #28 VILLALBA, PR 00766 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105028 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| 19 | JIMENEZ PADRO, REINALDO URB LOS JARDINES 301 CALLE REINJOE GARROCHALES, PR 00652 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21747 | $15,822.10 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| 20 | LEBRON MATIAS, DAMARIS E. URB. EL COMANDANTE # 79 CALLE GERMAN BESOSA APT 4 CAROLINA, PR 00982 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86947 | $202,704.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | LOPEZ RIOS, FELIX M.<br>URB. VILLAS DE LAVADERO CALLE DUJO C-76<br>HORMIGUEROS, PR 00660 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60177 | $50,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | LOZADA OROZCO, RAFAEL A<br>URB EXT EL VERDE<br>84 CALLE SATURNO<br>CAGUAS, PR 00725 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74681 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | LUGO BEAUCHAMP, NIDYVETTE<br>45 SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47926 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | LUGO BEAUCHAMP, NIDYVETTE<br>CJULIO R MATOS<br>45 SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48120 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | MADERA ROSARIO, ELIEZER<br>PO BOX 801<br>PATILLAS, PR 00723 | 05/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11703 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MARQUEZ-LECODE, KATHERINE<br>CALLE WASHINGTON #169<br>URB. CASABLANCA<br>TOA ALTA, PR 00953 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51497 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MARTINEZ, HIRAM RIVERA<br>HC 02 BOX 3712<br>SANTA ISABEL, PR 00757 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53335 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | MATEO-TORRES, FELIX<br>CALLE 6 SO #1814<br>URB. VILLA MAGNA<br>SAN JUAN, PR 00921 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41277 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | MORALES RIVERA, RICARDO<br>BOX 1014<br>PATILLAS, PR 00723 | 10/24/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171849 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | NAVARRO ADORNO, VICTOR R<br>BO BARAHONA<br>351 CALLE M CACHO<br>MOROVIS, PR 00687 | 07/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161285 | $30,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | ORTIZ RAMOS, ISMAEL<br>HC-01 BOX 17237<br>AGUADILLA, PR 00603-9349 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86574 | $2,134.86 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | PAGAN SALGADO, ROBERTO<br>EXT SANTA TERESITA<br>4214 CALLE SANTA MONICA<br>PONCE, PR 00730-4622 | 06/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61496 | $12,404.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | RAMOS RODRIGUEZ, JAIME L<br>BO. GUAYABAL<br>SECTOR LAJITAS<br>JUANA DIAZ, PR 00795-9518 | 06/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79865 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | RIVERA RENTA, MANUEL A<br>PO BOX 799<br>JUANA DIAZ, PR 00795 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129457 | $12,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | ROBLES, CARLOS MALDONADO<br>HC 05 6006<br>AGUAS BUENAS, PR 00703 | 03/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2805 | $11,515.46 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | ROCHE CONDE, JULIO A<br>E-8 CALLE-5<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166430 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | ROCHE CONDE, JULIO A.<br>E-8 CALLE 5<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03284-LTS | Commonwealth of Puerto Rico | 167190 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | ROMAN CARRERO, ODILIO<br>PO BOX 141303<br>ARECIBO, PR 00614-1303 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14800 | $30,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | ROSA CARDONA, JORGE<br>14 CALLE AMERICO HERNANDEZ<br>MOCA, PR 00676 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113825 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | ROSARIO MEDINA, ALBERTO<br>SAN LUIS 31 CALLE SAMARIA<br>AIBONITO, PR 00705 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106353 | $55,872.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | ROSARIO SANTIAGO, GENOVES<br>HC-3 BOX 16018<br>YAUCO, PR 00698 | 07/27/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174563 | $98,400.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | ROSARIO SANTIAGO, GENOVES<br>HC 03 BOX 16018<br>YAUCO, PR 00698 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87455 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | RUIZ ACEVEDO, ANA I.<br>HC 58 BOX 14727<br>AGUADA, PR 00602 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79024 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | SANTIAGO ROSADO, HERIBERTO<br>HC02 BOX 3492<br>SANTA ISABEL, PR 00757 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27198 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | SOTO ALBARRAN, ALEX<br>HC 04 BOX 10739<br>UTUADO, PR 00641 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 53263 | $26,112.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | TORRES DIAZ, JULIAN<br>F 85 CALLE GARZA<br>URB LAGO ALTO<br>TRUJILLO ALTO, PR 00976 | 07/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154465 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | TORRES TORRES, JORGE L<br>URB VISTA ALEGRE<br>215 CALLE ORQUIDEA<br>VILLALBA, PR 00766-3130 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46417 | $20,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | TORRES TRAVERSO, JOSE E<br>HC 03 BOX 33677<br>AGUADA, PR 00602 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41575 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. | | | | | |
| 49 | TORRES-MOLINA, JUAN A.<br>URB. VILLA GEORGETTI<br>44 CALLE IGUALDAD<br>BARCELONETA, PR 00617-2804 | 06/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47295 | $40,000.00* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| | | | | | TOTAL | $1,000,302.03* |

*Indicates claim contains unliquidated and/or undetermined amounts