# Exhibit A

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to PREPA. |

### ORDER GRANTING FOUR HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS FOR WHICH IT IS NOT LIABLE

Upon the *Four Hundred Eighty-Third Omnibus Objection (Substantive) of Puerto Rico Electric Power Authority to Claims for Which It Is Not Liable* [ECF No. 21429] (the "Four Hundred Eighty-Third Omnibus Objection")[2] of the Puerto Rico Electric Power Authority ("PREPA"), dated July 1, 2022, for entry of an order disallowing certain claims filed against PREPA, as more fully set forth in the Four Hundred Eighty-Third Omnibus Objection and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Eighty-Third Omnibus Objection.

supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Eighty-Third Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Four Hundred Eighty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Four Hundred Eighty-Third Omnibus Objection (collectively, the "Claims to Be Disallowed") having been found to be claims as to which PREPA is not liable; and the Court having determined that the relief sought in the Four Hundred Eighty-Third Omnibus Objection is in the best interest of PREPA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Eighty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Eighty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 21429 in Case No. 17-3283; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eighty-Third Omnibus Objection**

## FOUR HUNDRED EIGHTY THIRD OMNIBUS OBJECTION

### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | LUCIANO ARROYO FIGUEROA & MARIA C ORTIZ DELGADO<br>PO BOX 173<br>YABUCOA, PR  00767-0173 | 4/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6986 | $60,000.00 |
| | Reason: The claim is based on an apparent alleged ownership interest in COFINA Bonds which have been satisfied, released, and/or discharged pursuant to the Settlement Order, Settlement Agreement, Amended Confirmation Order, and Plan. | | | | | |
| 2 | MARGARITA BLONDET SU SUCESION COMPUESTO POR MARIA I. RUBERT BLONDET, SONIA RUBERT BLONDET, MARGARITA RUBERT BLONDET, SONIA RUBERT, ADMINISTRADORA<br>LUIS P. COSTAS ELENA<br>34 ORGUIDEA, URB. SANTA MARIA<br>SAN JUAN, PR  00927 | 5/3/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 10510 | $642,000.00 |
| | Reason: As asserted by the Claimant, PREPA has occupied the land since 1984. PREPA has acquired such land by prescription, and no liabilities are therefore owed to claimant. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

*Page 1 of 1*