# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

María A. Clemente Rosa
**PETICIONARIA**

**V.**

**THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD
FOR PUERTO RICO**

As representative of

**THE COMMONWEALTH OF
PUERTO RICO, et a.,    Debtor.
THE PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY,
Debtor.**

**19 DE AGOSTO 2022**

**PROMESA TITLE III
No. 17BK 3283- LTS**

**(Jointly Administered)**

**PROMESA TITLE III
No. 17BK 3567-LTS
CLAIM. NUM. 133778**

## TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors:

## HONORABLE JUDGE: HON. LAURA TAYLOR SWAIN.
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**REPETUOUSLY REQUEST**

**MOTION**

**HONORABLE UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/ UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO AND HON. JUDGE LAURA TAYLOR SWAIN, TO RESPECTFULLY COLLECT AND REQUEST, THAT THE ARGUMENTS PRESENTED HEREIN BE CONSIDERED.**

**María A. Clemente Rosa appears, PETITIONER, CLAIM NO. 133778. He addresses himself very respectfully, exposes, alleges and requests:**

MOTION:

1. Dr. María A. Clemente Rosa addresses you very respectfully, by this means I request THE HON. JUDGE LAURA TAYLOR SWAIN, and the Hon. the Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth Of Puerto Rico, et al. As a debtor, and representative of The Puerto Rico Highways And Transportation Authority, as a debtor also:, I appeal to your benevolence so that it is you, Hon. Judge, who assigns, if by right, the monetary sum that contributes to pay for the damages received by the Debtor, the Highway and Transit Authority.

LIST OF FACTS:

2. According to Document # 2828, our government structure is centered on and I quote: "The Constitution of the Commonwealth of Puerto Rico (the "Constitutional Commonwealth") establishes a republican form of government composed of the executive, Powers legislative and judicial. Executive power is vested in the Governor, who is elected by direct vote at each general election. Pursuant to the Constitution of the Commonwealth, for the exercise of executive power, the Governor is assisted by Secretaries, who are appointed by the Governor with the advice and consent of the Senate. Said Secretaries head the executive department created under the Constitution of the Commonwealth and the laws of the Commonwealth. The executive departments of the Commonwealth perform a wide range of government functions. Existing departments include Agriculture, Family, Economy Departments of Development and Commerce, Transport and State. The executive branch also includes numerous agencies and offices, which, together with the executive departments, form part of the Central Government.

Case: 17-03283-LTS Doc#: 2828 Filed: 03/29/18 Accessed: 03/29/18 18:21:59 Desc: Principal

Document Page 3 of 16

According to the presentation and definition of our Constitution, and where it is established since 1952, that our government is purely Republican, divided into its three

branches of Legislative, Executive and Judicial government. It should be noted that the inclusion of the Charter of Individual Rights in our Constitution was an advanced act by our constitutionalists, being an example for the revision or modernization of other constitutions throughout the Western world. Thus, the citizen has the right to claim their rights in judicial forums, and request due process of law. Given that amendment to our constitution, and the Order established by the Honorable Judge, Laura Taylor Swin, presented in the Case : 17-03283-LTS Doc#:2828 Filed: 03/29/18 Entered: 03/29/18, I availed myself of the Law, to claim my damages created by the debtor The Highway and Transportation Authority.

3. On June 17, 2022, and as represented at the Disclosure Statement Hearing, according to attorneys for the Highway and Transportation Authority, the Fiscal Oversight Board submitted its proposal for the Third Amended Title III Plan of Adjustment from Puerto Rico. Considering the modification of the "HTA Plan", presented up to that moment and without and/or objections of claims by the representatives of the Highways and Transportation Authority [Case No. 17-BK-03567.

4. However, as of that date, I had not been given the opportunity to object and file a Motion to Claim. And protected in the letter and I quote: "Circular Letter 2018-2: Presentation of evidence of claim (proofs of claim in the procedures under Title III of Promesa". (See Appendix 1). I presented my Claim Motion to the Highways and Transportation Authority according to the Orientation for the people for the Restructuring of Debt, made by the Fiscal Supervision Board, before the fiscal and economic crisis presented by Puerto Rico, when Title III Promise was established, that restructuring establishes the commitment of payment of the five (5) debtor entities, which made the highest percentage of consumption of our money and owed the country and leading it to inflation, than to the Today's date 2022, we have not been able to get up and get out of debt. Among the five debtor entities are: 1- The Central Government, 2. The Interest Fund Corporation, Pressing (COFINA); 3- The Puerto Rico Government Employees Retirement System; 4- The Highways and Transportation Authority (ACT), and 5- The Electric Power Authority (AEE) as a whole, debtor entities").

5. Given the fiscal and economic crisis that Puerto Rico presents, created by these Five (5) Entities, the Federal Government enters and assigns a Fiscal Board to control the waste of these Entities.

6. Honorable Judge, Taylor - Swain, unfortunately four (4) years after assigning the Fiscal Board, (2018), to Puerto Rico, apparently the corruption in the government, in the leaders who run our country, does not end. (See Appendix 2). These actions of the Central Government, of public employees and of some Mayors, have led Puerto Rico to inflation, to a fiscal and economic crisis that is increasing. This demonstrates the lack of values shown by these employees who are elected by the people, and what they apparently and allegedly dedicate themselves to is taking the money that the Federal Government allocates to meet the health, education, transportation and housing needs of the citizens. Not very well, two (2) weeks go by and the federals return to dismantle a fraud scheme whether it be in the Mayors, Port officials, officials of the Department of Education, etc.

7. On Thursday, July 28, 2022, in the newspaper El Vocero, the News appears and I quote: "from an investigation into the poor condition of several Head Start and Early Head Start centers, I revealed a series of mismanagement of federal funds that it cost the municipal administration of Peñuelas the control of these programs". (See Appendix 3). Hon. Judge Laura Taylor Swain, the same thing happened with the federal funds of commerce. After two (2) weeks, on Friday, August 12, 2022, El Vocero newspaper published and I quote: "Federal Trade will monitor the use of funds. The Hon. President Joe Biden assigned the United States Undersecretary of Commerce, Don Graves, as the new coordinator, to watch over the "unprecedented" federal funds that will arrive in the coming years to the Island." (See Appendix 4). This is immoral, that such a small island has so much corruption, and that the Law has no hand hard, for this kind of corrupt people. And in the same line of undermining the people's money on July 8, 2022, El Periodico Primera Hora, presents the news and I quote: "Pedro Pirellis ASKS THE LEGISLATURE FOR QUICK ACTION: The Governor proposes that an increase in the contribution from the State Insurance Fund, which would add up to $225.5 million, to curb the rise in electricity and water rates." Hon. Judge Taylor – Swain, if this action takes place, it would apparently and allegedly be the biggest scam that would be done to the economy of Puerto Ricans. All the people know that the Hon. Governor Pedro Pierluisi is the brother-

in-law of the leader who manages the bonds of the State Insurance Fund. (See Appendix 5).

8. Hon. Judge Laura Taylor Swain, I hereby respectfully submit that if there were no Federal Government Regulations supervising and controlling the Funds and a Fiscal Control Board did not exist, unfortunately Puerto Rico would be a Republic governed by a system of academic democracy. Where the people would be divided into two (2) social classes, the rich, represented by the rulers, their assistants, the Mayors, etc. And the poor class, represented by the oppressed people. Hon. Judge Taylor – Swain, Puerto Rico, needs now more than ever a Fiscal Oversight Board, stricter, with more controls. Because Puerto Rico cannot and will never be a State of the United States, it has shown that it does not have leaders who can get it out of its debt and work to provide a transparent government structure. As long as politicians apparently continue to accept money from corporations and individuals who campaign for you, in exchange for favors, bureaucracy, nepotism, favoritism and abuse of power by politicians will never be decentralized.

9. Another Document that allowed me to bring several Fair Claim Motions, before these five (5) debtor entities, is Document Doc#. 2828, submitted by the Honorable Judge Laura Taylor Swain, 97-page document identified on the Internet. Of which I will refer here only to the first pages since the document has 97 pages.

10. The document to which I will refer can be found on the Internet Case: 17-03283-LTS Doc#:2828 Filed: 03/29/18 Entered:03/29/18 18:21:59 Desc: Main. In the present Motion Honorable Judge Laura Taylor Swain, I will locate the first 7 pages of the document, although it cites paragraphs of the document in general. (See Appendix 6).

11. THE HONORABLE LAURA TAYLOR SWAIN, UNITED STATES DISTRICT JUDGE. THIS DOCUMENT ESTABLISHES THE INFORMATION ON ENTITIES THAT MAKE UP THE CENTRAL GOVERNMENT OF THE COMMONWEALTH STATE. It also confers, and I quote: "the Puerto Rico Fiscal Agency and Financial Advisory Authority ("FAFAA") is conferred as an entity authorized to act on behalf of the Commonwealth of Puerto Rico (the "Commonwealth"), In accordance with the power granted by the Enabling Law of the Fiscal Agency and Financial Advisory Authority, Law 2-2017, respectfully presents this informative motion (the "Motion") to identify the government entities that constitute the central government of the Commonwealth (the "Central Government") to assist required

parties in filing proofs of claim against the Commonwealth pursuant to the Bar Date Order (as defined below). The list of entities that constitute the Center: The Government is attached to this Motion as Exhibit B (the "List of Central Government Entities").2

12. The method by which the List of Central Government Entities was compiled is explained in the Scott Rinaldi Statement in Support of the Informational Motion on Constituent Entities   The Commonwealth attached hereto as Exhibit A (the Rinaldi Declaration"). In further support of This Motion, AAFAF respectfully represents the following: 3

## I. BACKGROUND

1. On January 16, 2018, the Debtors filed the Request for Order (A) Establishing Time Limits and Procedures for Submission of Proofs of Claim and (B) Approval Form and Mode of Notification thereof [ECF No. 2255] , which establishes certain deadlines for that the creditors present proof of claim against the Debtors, including the entities that make up the Commonwealth.

2. On February 15, 2018, the Court issued an order establishing May 29, 2018 at 4:00 pm. (AST) as the deadline for filing proofs of claim against the Commonwealth and the other Title III Debtors in each of their respective Title III cases [ECF No. 2521] (the "Bar Date Order").

3. The Central Government provides basic services to the people of Puerto Rico in the areas of education, health, public housing, welfare, public security, economic development and debt payment. In carrying out these operations and activities, the Central Government acts through certain agencies and entities. In order to avoid confusion and provide greater clarity.

4. The Central Government Entity List has been compiled to alert creditors doing business with such entities of their right to prepare and file proofs of claim in accordance with the Order Deadline. Pursuant to the

Bar Date Order, the List of Central Government Entities will be posted on the Debtors' case website at https://cases.primeclerk.com/puertorico/.

The Government Entity List will be attached to the Deadline reminder notice, which will be published on or before April 27, 2018 in (a) El Nuevo Día in Spanish (main circulation is in Puerto Rico), (b) Caribbean Business in English (main circulation is in Puerto Rico), (c) El Diario and El Nuevo Herald, both in Spanish (main circulation is in New York and Miami, respectively), and (d) El Comprador de Bonos.

13. THE HONORABLE LAURA TAYLOR SWAIN, UNITED STATES DISTRICT JUDGE. I RESPECTFULLY SUBMIT THAT IN LIGHT OF WHAT YOU STATE IN THIS DOCUMENT Case: 17-03283-LTS Doc#:2828 Filed: 03/29/18 Entered:03/29/18 (Doc#:2828), Desc: Main Document Page 3 of 16), Regarding INFORMATION OF THE ENTITIES THAT MAKE UP THE GOVERNMENT

CENTRAL DEL ESTADO COMMONWEALTH AND THE CLAIM PROCESS, ON THE DATES ESTABLISHED, I HAVE MADE ALL MY CLAIMS. AND ALTHOUGH I DO NOT DO BUSINESS DIRECTLY WITH THE HIGHWAY AUTHORITY, I PAY TAXES, AND ONE EXPECTS THAT THE ROADS ARE LIGHTED, THAT THEY DON'T HAVE HOLES, THAT THEY ARE IDENTIFIED, THAT THEY PROVIDE SAFETY TO THE DRIVERS, TO THOSE WHO TRAVEL THEM DAY TO DAY AND WE PAY OUR CONTRIBUTIONS, WE PAY THE MARBET, WE PAY THE ACAA INSURANCE, FOR TRAFFIC ACCIDENTS.

14. CURRENTLY OUR ROADS ARE NOT SAFE FOR DRIVERS, AS AN EXAMPLE, AS HURRICANE MARIA AND IRMA PASSED, THE ROADS WERE DESTROYED MORE THAN THEY WERE. BUT THE FEDERAL FUNDS ALLOCATED FOR THE RECONSTRUCTION OF ROADS AND BRIDGES WAS NOT SEEN. APPARENTLY THEY WERE REUSED IN OTHER AREAS AND FOR THE BENEFITS OF ANOTHER. (SEE APPENDIX 7).

15. AFTER 5 YEARS AFTER THE PASSAGE OF HURRICANE MARIA AND IRMA, THE HIGHWAY AUTHORITY IS MAKING A PLAN TO FIX THOSE ROADS AND BRIDGES IN THE VILLAGES BECAUSE YOU CANNOT ENTER. BUT THESE REPARATIONS WILL BE CARRIED OUT WITH THE FEDERAL FUNDS ALLOCATED TO PUERTO RICO, DUE TO THE COVID 19 PANDEMIC. THAT IS, THEY ARE WORKING WITH

FUNDS THAT HAVE BEEN ALLOCATED TO ATTEND THE HEALTH AND WELL-BEING OF THE CITIZENS, AND APPARENTLY AND ALLEGEDLY THE GOVERNOR , THE LEGISLATURE AND THE HOUSE, APPROVE THEM TO REPAIR ROADS AND BRIDGES. AND ALL BECAUSE WE ARE TWO (2) YEARS AWAY FROM THE ELECTIONS AND THEY WANT TO REVALIDATE THEMSELVES WITH THE PEOPLE. HON. JUDGE LAURA TAYLOR SWAIN, IN THE SAN JUAN AREA, THE DARKNESS ON THE ROADS, THE LACK OF LIGHTING, MALFUNCTIONS AND OTHERS ARE THE CAUSES OF ACCIDENTS DAILY, ON THE EXPRESS GOING FROM CAGUAS TO HUMACAO. IT HAS BEEN YEARS WITHOUT LIGHTING AT NIGHT, DESPITE THE MILLIONS OF DRIVERS VISIT IT EVERY YEAR (SEE APPENDIX 8). On July 17, 2022, the newspaper El Nuevo Día published a report and I quote: "OVERDUE REPAIRS: THE DANGEROUS DARK SIDE OF PR-30.

16. Another reason why the roads of the Towns of the Island are not repaired and if they are repaired the repair does not last long, is due to the apparent corruption of the Mayors, of making bribes with the Companies that throw asphalt. And where is the supervision of the Highway and Transportation Authority Entity. And the work plan that they have to present to the Office of the Highway and Transportation Authority. Hon. Judge Taylor – Swain, here in Puerto Rico, there is no oversight. I respectfully inform you that a scheme of this type of bribery that came out recently, July 8, 2022 in the Primera Hora Newspaper, but that had been going on from 2013 to 2021 and only sentenced the Mayor of Guayama to 30 months in jail and return 114,000.00. (See Appendix 9).

17. Regarding my accident, appendix number 10 shows the darkness that Ave. Iturregui has and the confusion that arises when entering Ave. Campo Rico. (See Appendix 10).

18. In an apparent vote-winning effort, we see the House Committee visit pedestrian bridges on the Baldorioty de Castro expressway in Carolina. (See Appendix 11).

19. In the marginalized areas of the Playita Sector, in Villa Palmeras, paving works were carried out, an activity that the government appears to do only during election times. I was also painting Enna Elementary School, just a few days before classes start. (See Appendix 12). Another sector well marginalized and abandoned by the Central and State Government is Rio Piedras, although it is a well-frequented sector due to its economic activity in the Plaza and shops, the government has the streets well destroyed and it is

always dirty, apparently not They serve it because it is a sector that for the big government capitals, Rio Piedras, does not produce anything. (See Appendix 13)

20. Hon. Judge Laura Taylor – Swain, all these actions of corruption, bribery, waste, only confirm that our governors, leaders, officials and directors of these five (5) entities are not qualified to carry out a transparent process to pay creditors. Recently Governor Hon. Pedro Pierluisi, after establishing Law 9 of March 7, 2022, where he established the payment of the Teaching Career, ruled against the teachers who finished. He only supposedly and allegedly paid 166 teachers who had finished in 2013. However, that was not what was agreed in Law NO. 9 of March 7, 2022, signed by him.

21. ALSO, AS A RESPONSIBLE CITIZEN, I HAVE MY AUTO EXPRESO CARD, A SYSTEM THAT IS SO VULNERABLE THAT ROUGHMEN HAVE CHECKED IT TWO (2) TIMES AND THAT HAS BEEN ENOUGH, FOR YOU TO BE BILLED THOUSANDS AND THOUSANDS OF DOLLARS IN AUTO EXPRESO FINES . (SEE APPENDIX 14). AND THEN THE ENTITY OF THE ROAD AUTHORITY, IN ORDER NOT TO LOSE HIS MONEY, FOR THE TIME AND DAYS THAT HE WAS JACKLED, APPARENTLY AND ALLEGEDLY, CONNECTS A PENDRIVE WITH THE LICENSE PLATES OF CARS OF WHICH WE HAVE THE EXPRESS CAR CARD, AND ISSUES FINES RIGHT HANDED AND EXAGGERATED ALL DRIVERS, LEADING CITIZENS TO PAY THOUSANDS AND THOUSANDS OF DOLLARS IN FINES. AND IF YOU DON'T PAY THEM, YOU CANNOT HAVE A MARBET, NOR A LICENSE, MUCH LESS AN EXPRESS CAR CARD. AND IF YOU HAVE REGISTERED A CREDIT CARD TO RECHARGE AUTOMATICALLY, THE AUTO EXPRESS COMPANY WITHOUT YOUR CONSENT WILL RECHARGE THE AUTO EXPRESS STAMP 2 AND 3 TIMES, IN THE MONTH, EVEN IF YOU HAVE A BALANCE ON THE CARD.

22. Hon. Judge Laura Taylor Swain, I respectfully express that although I exercised my right to claim damages from the Entity of the Highway and Transit Authority, in the process of responding to my Motion, by the legal representatives of the Debtor Entity, apparently and allegedly I perceived certain discrimination and harassment, since they first of all sent five (5) letters of the same, with the same information and then sent it on August 7, although they had submitted it July 21, 2022, before the Court and/or the Federal Court to comply with the requirement of the Law, but I physically received the letter

on August 7, 2022. (See Appendix 15). Harassment often manifests itself in many ways, which is why the Profession of Legal Professionals must be very careful not to violate the Code of Professional Ethics of the year (1970). Cannon 17 of said Code establishes and I quote: "UNJUSTIFIED LITIGATION".

> "Every lawyer must refuse to represent a client in a civil case when he/she is convinced that the lawsuit is intended to annoy or harm the opposing party, making him a victim of oppression or damage. Your appearance in court should amount to a statement on your honor that in your opinion your client's case is one worthy of judicial sanction. An attorney's signature on a pleading in a case is equivalent to certifying that he or she has read the pleading and that to the best of his or her knowledge, information, and belief, it is well founded."

23. HON. JUDGE LAURA TAYLOR SWAIN, ON MONDAY, AUGUST 8, 2022 I RECEIVED 5 MOTIONS FROM THE DEBTOR, DATED JULY 21, 2022 AND SENT ON JULY 25, 2022. THE FIVE (5) MOTIONS NARRATIVED THE SAME CONTENT, THE SAME DATES, THE SAME CLAIMS. THEY WERE EXACTLY THE SAME. THE TITLE OF THE SAME IS: File: 17-03283-LTS Doc#21571 Filed: 07/21/22 Admitted: 07/21/22 16:46:42 Desc: Main Document Page 1 of 8. PROMESA Title III No. 17 BK 3283-LTS (Jointly Administered) Re: ECF No.21539, PROMESA Title III No. 17 BK 3567-LTS Re: ECF No.1275.

24. HON. JUDGE, LAURA TAYLOR SWAIN, I RESPECTFULLY SUBMIT THIS FACT, BECAUSE I UNDERSTAND THAT THE ROLE AND BASIS OF A LAWYER'S PROFESSION IS TO RESPECT THE VALUES AND RIGHTS OF EVERY HUMAN BEING. WORK TO CREATE CONDITIONS IN WHICH JUSTICE CAN BE MAINTAINED AND PROMOTED AND HUMAN RIGHTS RESPECTED, WITHOUT DISTINCTION OF RACE, SEX, LANGUAGE OR RELIGION. DO NOT CREATE AN APPARENT ENVIRONMENT OF HARASSMENT, INTIMIDATION, ABUSE OF POWER, AS I FELT WHEN I RECEIVED ON MONDAY, AUGUST 8, 2022, FIVE (5) EQUAL MOTIONS, ON THE SAME DAY. (SEE APPENDIX 15-A).

25. HON. JUDGE LAURA TAYLOR SWAIN, I RESPECTFULLY REAFFIRM MY APPLICATION PURSUANT TO THE RESOLUTION PRESENTED BY THE GENERAL ASSEMBLY OF THE UNITED NATIONS. IT ESTABLISHES AND I QUOTE: "I PRESENT THAT THE BASIC PRINCIPLES ON THE FUNCTION OF LAWYERS IS TO PERFORM THE FUNCTION OF RESPECTING AND ENSURING PROFESSIONAL NORMS AND

ETHICS. ACCORDING TO THE GENERAL ASSEMBLY OF THE UNITED NATIONS, PRESENTED IN ITS RESOLUTION: "HUMAN RIGHTS IN THE ADMINISTRATION OF JUSTICE: "A Human Rights Manual for Judges, Prosecutors and Lawyers", which was adopted simultaneously and without voting on 18.

26. Hon. Judge Laura Taylor Swain, I respectfully present my postulate on the function of the legal representatives of any judicial forum, of the Legal System of the Courts and of our Democratic System. For my analysis The Legal System of any Court, should not be used by any legal representative (lawyer) to harass, violate the claimants, to leave and highlight the presumption of innocence of their client. All legal representatives must act consciously of their Code of Professional Ethics of Profession. And I have never had to resort to using less expensive words, or actions, or violating the good order of law, because the rule of law exists for every citizen. I have never had to resort to contributing to any political campaign, to get a job, or letters of recommendation for any projects. I have never lost my north, the right of each citizen, nor my own.

Thanks to God and my parents, I have always graduated with Honors, I have a Doctorate Degree in PHILOSOPHY AND LETTERS, WITH A SPECIALTY IN HISTORY OF PUERTO RICO AND THE CARIBBEAN, I HAVE TWO (2) MASTER'S DEGREES: MASTER'S DEGREE IN GERONTOLOGY, PUBLIC HEALTH, FROM THE UNIVERSITY OF PUERTO RICO, MEDICAL SCIENCES CAMPUS. AND ANOTHER MASTER'S DEGREE IN ADMINISTRATION AND SUPERVISION, FROM THE UNIVERSITY OF PUERTO RICO, RIO PIEDRAS CAMPUS AND A BACHELOR'S DEGREE IN SECONDARY EDUCATION WITH A LAUDER DEGREE, FROM THE UNIVERSITY OF PUERTO RICO, IN RIO PIEDRAS, my studies, my diplomas and my efforts They have led me to get my jobs based on my merits and grades.

It only remains for me to tell you, Hon. Judge Laura Taylor Swain, respectfully, that I have always addressed the Honorable Court and all its representatives, with much respect and I hope that the alleged and apparent action of harassment, subliminal bullying and discrimination on the part of the representatives of the Debtor Entities, will not be repeated. I hope that this unfortunate and apparent practice of harassment, bullying and discrimination ends. Since my claim is one of damages, before these Debtor Entities. Thanks in advance. Respectfully before you, Dr. María A. Clemente Rosa, petitioner.

27. Hon. Judge Laura Taylor Swain, I respectfully state that given this chronology of apparent and alleged events of corruption, embezzlement, bribery of our representation of the three governmental branches, Executive, Legislative and Judicial, it can be seen that Puerto Rico does not have a staff that can have the responsibility and transparency to be able to comply with the payments to all creditors, petitioners of the five (5) Debtor Entities, before said events, Hon Judge Laura Taylor Swain, I beg you, that does not allow the process of payment to the petitioners to be made through the government of Puerto Rico. Hon. Judge Taylor-Swain, I beg you to please create a system where all recipients (Claimants) are obligated to make payments, if by right, that they be made through other private federal entities, independent of Debtor Entities.

28. Hon. Judge Laura Taylor Swain my claim for damages created by the Highways and Transit Authority is fair and adequate, for physical damage to the car, despite the fact that a Toyota Brand Motor Vehicle, Camry Model, as is my The car that I was hit on the Iturregui highway, which has no signs or lighting, is currently at $48,000.00 dollars, it is in the median price of $48,000.00 according to the Toyota Dealer. Because for the damage to my health, I did not file a worthy claim, according to the Table of Valuation of damages received, according to the condition and loss of normal immobility, which has affected bones, limbs and spine. And that I can't force myself, that the pain in my bones and body is very strong. Also, every time the physiatrist and the rheumatologist ask me for an MRI, which is very expensive, they could not do it for me because of the cost and the ACAA no longer covers me because it only gives you two (2) years of treatment per accident. For this reason, this type of damage to the body due to the accident must be claimed according to the Damage Assessment Table.

29. Hon Judge Taylor – Swain, I respectfully request that my claims be taken into consideration, if they are rightfully mine. Given the lack of medical experience on my part and the poor and inaccurate assessment of damages submitted. I turn to your benevolence so that it is you, Hon. Judge, who assigns, if by right, the monetary sum that contributes to pay for the damages received by the Debtor, the Highway and Transit Authority.

RESPECTFULLY REQUESTED.

I CERTIFY that on this same date I have sent by CERTIFIED mail a true and exact copy

of this document to TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND

MANAGEMENT   BOARD   FOR   PUERTO   RICO,   as   representative   of   THE

COMMONWEALTH PF PUERTO RICO, et al. Dextros:


In Carolina, Puerto Rico today August 19, 2022


Dr. Maria A. Clemente Rosa

Astralis Condominium 9546

Calle Diaz Way, Apt 311

Tower # 6 Carolina, P.R. 00979

Phone (787)385-2906


Date Filed: 6/29/2018


DEBTOR: Commonwealth of Puerto Rico/

THE PUERTO RICO HIGHWAYS

AND TRANSPORTATION AUTHORITY,

CLAIM. NO. 133778.


OTHER FILES WITH OTHER CLAIMS

139834, 92159

And 150849. 133537,