

GOBIERNO DE PUERTO RICO
Autoridad de Asesoría Financiera y
Agencia Fiscal de Puerto Rico

8 de junio de 2018

**Directores(as) Ejecutivos(as) - Corporaciones Públicas del Gobierno de Puerto Rico,
Alcaldes y Alcaldesas de los Municipios de Puerto Rico**

Alejandro Camporreale Mundo
Sub Director Ejecutivo

Carta Circular 2018-2: *Presentación de evidencias de reclamación (proofs of claim) en los
procedimientos al amparo del Título III de PROMESA*

Como es de su conocimiento, Puerto Rico atraviesa por la mayor crisis fiscal y económica
en su historia moderna. Como resultado de ello, el Congreso de los Estados Unidos
promulgó la *"Puerto Rico Oversight, Management, and Economic Stability Act"*
("PROMESA"), Pub. L. 114-187. Mediante la referida ley federal se creó una Junta de
Supervisión y Administración Financiera para Puerto Rico ("Junta de Supervisión
Fiscal"), a la cual se le delegaron determinados poderes.

En virtud de PROMESA, la Junta de Supervisión Fiscal presentó cinco (5) solicitudes de
reestructuración de deuda ante el Tribunal de Distrito Federal para el Distrito de Puerto
Rico ("Tribunal de Distrito") para las siguientes entidades: (1) el Gobierno Central;[1] (2) la
Corporación del Fondo de Interés Apremiante (COFINA); (3) el Sistema de Retiro de los
Empleados del Gobierno de Puerto Rico; (4) la Autoridad de Carreteras y Transportación
(ACT), y (5) la Autoridad de Energía Eléctrica (AEE) (en conjunto, "entidades deudoras").
De ese modo, se iniciaron procedimientos de reestructuración al amparo del Título III de
PROMESA para estas entidades deudoras. Sin embargo, los casos de estas entidades se
consolidaron para fines administrativos y, actualmente, se tramitan de forma conjunta.

---

[1] Para una lista de las entidades que constituyen el Gobierno Central, véase *Informative Motion Regarding
Entities Constituting the Central Government of the Commonwealth*, Docket No. 2828, disponible en
https://cases.primeclerk.com/puertorico/Home-DocketInfo#.

Como parte de los procedimientos a tenor con el Título III de PROMESA, el 15 de febrero de 2018, el Tribunal de Distrito emitió la *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* ("Orden") (*Véase Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof*, Docket No. 2521, disponible en https://cases.primeclerk.com/puertorico/Home-DocketInfo#). Mediante la referida Orden se establecieron los términos y procedimientos para la presentación de evidencias de reclamación (*proofs of claim*) en los procedimientos en virtud del Título III de PROMESA. Particularmente, se dispuso que toda persona o entidad que tenga alguna reclamación monetaria contra las entidades deudoras, que haya surgido previo al inicio de los casos de reestructuración de estas entidades, deberá presentar una evidencia de reclamación en o antes del 29 de mayo de 2018. No obstante, el pasado 25 de mayo de 2018, el Tribunal de Distrito emitió una Orden mediante la cual extendió el término para presentar las evidencias de reclamación hasta el 29 de junio de 2018, a las 4:00 p.m. (*Véase Order (A) Extending Deadlines for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof*, Docket No. 3160, disponible en https://cases.primeclerk.com/puertorico/Home-DocketInfo#).

Asimismo, cabe señalar que la Orden enumera las personas o entidades que están eximidas de presentar una evidencia de reclamación, por lo cual no vendrán obligadas a presentarla aun cuando tengan una posible reclamación contra alguna de las entidades deudoras. En lo aquí pertinente, la Orden dispone en el párrafo 6(*l*) que:

> CUALQUIER MUNICIPIO, DEPARTAMENTO O AGENCIA DEL GOBIERNO DE PUERTO RICO, QUE NO SEA UNA ENTIDAD DEUDORA O "INSTRUMENTALIDAD TERRITORIAL CUBIERTA" (SEGÚN DEFINIDA EN PROMESA), QUE TENGA UNA RECLAMACIÓN CONTRA UNA ENTIDAD DEUDORA POR UNA CANTIDAD MENOR DE $200 MILLONES, O CUALQUIER ENTIDAD DEUDORA O "INSTRUMENTALIDAD TERRITORIAL CUBIERTA", _ESTARÁN EXIMIDAS_ DE PRESENTAR UNA EVIDENCIA DE RECLAMACIÓN.

No obstante, en la Orden se establece que cualquier entidad descrita anteriormente que tenga una reclamación contra una entidad deudora por una cantidad **igual o mayor de $200 millones**, deberá presentar **una evidencia de reclamación** en o antes del 29 de junio de 2018, a las 4:00 p.m., en caso de que lo determinen necesario de conformidad con lo dispuesto en la Orden emitida por el Tribunal de Distrito.

Por consiguiente, en el descargo de sus funciones como Agente Fiscal, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF"), le instruye a las Corporaciones Públicas y a los Municipios que tengan reclamaciones monetarias contra las entidades deudoras por una cantidad igual o mayor de $200 millones, a que revisen



la Orden y presenten una evidencia de reclamación dentro del término provisto para ello, según corresponda.

Se recomienda consultar con sus asesores legales. Para obtener información adicional sobre la presentación de las evidencias de reclamación, pueden contactar al agente de reclamación Prime Clerk al (844) 822-9231, entre 10:00 a.m. y 7:00 p.m., o enviar un correo electrónico a puertoricoinfo@primeclerk.com.



DEPORTES >31

El periódico #1 en Puerto Rico en lectoría y circulación.

GRATIS

el **Vocero**
de Puerto Rico

> VIERNES, 5 DE AGOSTO DE 2022 >NUM 14719 >SAN JUAN, PUERTO RICO • WWW.ELVOCERO.COM

>La verdad no tiene precio

# ACUSADA POR SOBORNO Y FRAUDE

> Exgobernadora Wanda Vázquez queda libre bajo fianza tras ser imputada por actos de corrupción.

> FBI también acusa por el mismo esquema al banquero Julio Herrera Velutini y al exagente federal Mark Rossini.

> "Reitero a mi pueblo y a todos ustedes: soy inocente. Han cometido una gran injusticia", asegura a su salida de la fiscalía federal. >P3 a la P10

>Pedr Amador /EL VOCERO



**ESCENARIO**
Complacido con la reactivación artística
El productor José "Pompi" Vallejo enfoca en crear "experiencias".
>24



**DEPORTES**
Se alistan las Pinkin de Corozal
Afinan detalles de cara a la final ante las Criollas de Caguas.
>P30

# FBI arresta a la exgobernadora Wanda Vázquez Garced

## TERMÓMETRO DE LA VERDAD

**¿Consideras que los médicos merecen mejor paga y condiciones de trabajo?**



14%

86%

Sí

No

Queremos conocer tu opinión sobre el arresto de la exgobernadora Wanda Vázquez. Participa del sondeo entrando a **www.elvocero.com.**

**Búscanos en las redes sociales**

 @voceropr

 El Vocero de Puerto Rico

 @elvocero

Hoy en la sección de **Opinión**





Luis Raúl Torres Cruz

Mario Ramos Méndez

> Enfrenta siete cargos federales por conspiración, soborno y fraude electrónico

 **Maricarmen Rivera**
>mrivera@elvocero.com
@mriverasanchez

El pliego acusatorio contra Wanda Vázquez ofrece un recuento detallado de cómo la exgobernadora sucesoral siguió al pie de la letra las instrucciones de un banquero y despidió al entonces director de la Oficina de Instituciones Financieras (OCIF) a cambio de $300,000 para su campaña primarista a la gobernación, en la papeleta del Partido Nuevo Progresista (PNP).

El documento de 32 páginas tiene instancias específicas en las que la exgobernadora —o John Blakeman como su representante— se reunieron con los funcionarios y representantes del banco para discutir la salida de George Joyner como comisionado de la OCIF, a cambio de nombrar una persona afín con los donantes.

Según se informó, contra la exgobernadora pesan tres cargos federales por conspiración, soborno y fraude electrónico, luego que fuera arrestada en su residencia en la madrugada de ayer por el Negociado Federal de Investigaciones (FBI, por sus siglas en inglés). A la exmandataria se le impuso una fianza de $50,000, no asegurada, y salió luego de presentarse ante el oficial probatorio y firmar los documentos requeridos.

Junto a ella fueron acusados el venezolano Julio Herrera Velutini y el exagente del FBI, Mark Rossini, quien operaba una firma de consultoría. Ambos están en Europa, informaron ayer las autoridades federales.

El esquema imputado a la exgobernadora se extiende desde 2019 hasta 2021. Se indicó que Herrera



Stephen Muldrow, fiscal federal en Puerto Rico, explicó la acusación de un gran jurado contra la exgobernadora Vázquez. A la derecha, Joseph González, agente especial a cargo de la Oficina de Campo del FBI, en San Juan, y a la derecha, y el jefe de la Sección de Integridad Pública del Departamento de Justicia de Estados Unidos, Corey Amundson. >Nahira Montcourt / EL VOCERO

> ...Estaba actuando completamente con conocimiento de lo que estaba pasando. Por eso está acusada.
>
> **Stephen Muldrow**
> Jefe de la Fiscalía Federal en la Isla

Velutini operaba en la Isla la entidad Bancrédito International Bank, que estaba bajo investigación de la OCIF. De acuerdo con el pliego, la pesquisa se centraba en el hecho de que el banco no estaba llenando los informes de transacciones sospechosas (SAR, en inglés). Se asegura que Herrera Velutini insis-

tía en que el entonces gobernadora destituyera al director de la OCIF y, en su lugar, nombrara a una persona que no continuara la investigación contra el banco.

Joyner renunció al cargo en febrero de 2020 y tres meses más tarde la gobernadora nombró a Víctor Rodríguez Bonilla, quien había trabajado como consultor de Bancrédito y cuyo resumé fue gestionado por el propio Herrera Velutini. Ayer Joyner no estuvo disponible para contestar preguntas de este medio.

El primer cargo de conspiración contra Vázquez detalla las múltiples reuniones y mensajes de texto entre los acusados —así como Blakeman, quien se declaró culpable de conspiración de soborno con fondos federales— para finiquitar la salida del director de la OCIF, la

entrada del nuevo comisionado y las aportaciones a la campaña primarista de la aspirante.

Se indicó que hubo reuniones en La Fortaleza, en el Distrito de Convenciones y en hoteles. El pliego detalla, también, que en febrero de 2020 hubo una reunión en la Mansión Ejecutiva para discutir el financiamiento de la campaña de Vázquez a cambio de que sacara a Joyner del cargo. Además de los donativos directos a su campaña, el pliego detalla cómo Rossini contrató una empresa para realizar una encuesta sobre la primaria y entregarla directamente a la campaña de Vázquez.

Se aseguró que esto ocurría

Pase a la página 4







Estamos en el proceso de organizar todos los documentos correspondientes y vamos a estar apelando.

**Gregory Gonsález Souchet**
alcalde de Peñuelas



# Penalizan a Peñuelas por mal uso de fondos federales

▶ **Pierde control de los programas Head Start y Early Head Start**

 **Pedro A. Menéndez Sanabria**
>pmenendez@elvocero.com

🐦 @Pedro_Menendez

Lo que comenzó como una pesquisa sobre el mal estado de varios centros Head

mitad presentaban serias deficiencias de planta física que podrían poner en riesgo la seguridad de los menores y los empleados que allí laboran.

"El pasado año estábamos ofreciendo los servicios en modalidad virtual, así que agraciadamente no había niños en riesgo, pero hubo una inversión millonaria federal ahí y se debe dar un buen uso a estos fondos", señaló el funcionario.

Ante la situación, Acuden clasificó al municipio como una entidad de alto riesgo e inició un proceso de intervención, que

Durante este periodo, la agencia asignó un interventor fiscal y un interventor programático, quienes brindaron asistencia técnica directa al personal municipal. Sin embargo, 14 meses después los señalamientos no fueron corregidos.

"Traté a toda costa de no llegar a este punto, pero si el municipio de Peñuelas nos hace caer, se ven arriesgados $52 millones que recibe Acuden para administrar los fondos de Head Start por medio de los cuales se brinda servicios a sobre 4,300 niños

mante que no podemos permitir", agregó.

"Estamos en el proceso de organizar todos los documentos correspondientes y vamos a estar apelando. Si se diera el caso que la Junta Adjudicadora no falla a favor nuestro, vamos a ir a los tribunales porque estamos seguros de que nuestros empleados municipales, que han sido los responsables del cambio dentro del programa, hicieron el proceso como correspondía", comentó el ejecutivo.

Gonsález Souchet reclamó que su administración cumplió con la mayoría de los requisitos presentados por Acuden, incluyendo la remoción de cuatro funcionarios de sus cargos dentro de la administración del programa: la directora y los encargados de las áreas de contabilidad, propiedad y ambiente seguro.

"Aparentemente, la razón que nos dieron fue que estas personas estaban incumpliendo con sus funciones. Sin embargo, luego nombramos a un director, algo que tardó meses, porque Acuden dilató el proceso, y la persona solo estuvo ejecutando dos meses porque ellos estuvieron inconformes y solicitaron su remoción", explicó el alcalde de la llamada Capital del Güiro.

En cuanto al retraso en las reparaciones en los centros, el alcalde atribuyó la tardanza a desacuerdos entre el ingeniero contratado para los trabajos y el personal de Acuden y a que el "proceso de subasta es un poco tedioso". Sin embargo, no precisó la razón por la que no habían iniciado previo a los señalamientos por parte de la dependencia.

"Lo que indigna es que, desde el primer momento, ellos toman el control absoluto decisional de cada una de las acciones del

# Penalizan a Peñuelas por mal uso de fondos federales

▶ **Pierde control de los programas Head Start y Early Head Start**



**Pedro A. Menéndez Sanabria**
✉ pmenendez@elvocero.com
🐦 @Pedro_Menendez

Lo que comenzó como una pesquisa sobre el mal estado de varios centros Head Start y Early Head Start, reveló una serie de malos manejos de fondos federales que le costó a la administración municipal de Peñuelas el control de estos programas.

Según el titular de la Administración para el Cuidado y Desarrollo Integral de la Niñez (Acuden), Roberto Pagán Santiago, una investigación a fondo del uso del dinero destinado a los servicios que se brindan a los cerca de 400 niñas y niños que se benefician del programa, mostró malos procesos de reclutamiento y contratación, fallas en los procesos de pago de nómina y otras irregularidades.

"El (caso) comienza por un asunto de salud y seguridad. Durante el proceso de transición (en febrero de 2021) comenzamos a recibir diferentes confidencias que nos ayudaron a identificar cierta dilación en algunos procesos por parte del municipio, incluyendo los cerca de $7 millones que recibieron por concepto de respuesta a los huracanes Irma y María de fondos de recuperación de Head Start que lamentablemente no aprovecharon, por lo que dejaron perder una cantidad sustancial que asciende a los $3 millones", narró Pagán Santiago.

El ayuntamiento sureño administra, junto a Acuden, 16 centros en los pueblos de Guayanilla, Peñuelas y Yauco, de los que la mitad presentaban serias deficiencias de planta física que podrían poner en riesgo la seguridad de los menores y los empleados que allí laboran.

"El pasado año estábamos ofreciendo los servicios en modalidad virtual, así que agraciadamente no había niños en riesgo, pero hubo una inversión millonaria federal ahí y se debe dar un buen uso a estos fondos", señaló el funcionario.

Ante la situación, Acuden clasificó al municipio como una entidad de alto riesgo e inició un proceso de intervención, que incluyó la imposición de dos funcionarios destinados a monitorear los procesos administrativos, visitar los centros y evaluar toda la operación.

"Lo que colma la gota en este proceso son los malos manejos. Fueron inadecuados y el municipio carece de procesos de actualización en cuanto al manejo de fondos federales y eso es una bandera alarmante que no podemos permitir", agregó.

Durante este periodo, la agencia asignó un interventor fiscal y un interventor programático, quienes brindaron asistencia técnica directa al personal municipal. Sin embargo, 14 meses después los señalamientos no fueron corregidos.

"Traté a toda costa de no llegar a este punto, pero si el municipio de Peñuelas nos hace caer, se ven arriesgados $52 millones que recibe Acuden para administrar los fondos de Head Start por medio de los cuales se brinda servicios a sobre 4,300 niños en sobre 27 municipios", mencionó Pagán Santiago.

## Alcalde apelará determinación

Por su parte, el alcalde de Peñuelas, Gregory González Souchet, aseguró que su administración apelará la determinación ante la Junta Adjudicativa del Departamento de la Familia.

con sus funciones. Sin embargo, luego nombramos a un director, algo que tardó meses, porque Acuden dilató el proceso, y la persona solo estuvo ejecutando un par de meses porque estuvieron inconformes y solicitaron su remoción", explicó el alcalde de la llamada Capital del Güiro.

En cuanto al retraso en las reparaciones en los centros, el alcalde atribuyó la tardanza a desacuerdos entre el ingeniero contratado para los trabajos y el personal de Acuden y a que el "proceso de subasta es un poco tedioso". Sin embargo, no precisó la razón por la que no habían iniciado previo a los señalamientos por parte de la dependencia.

"Lo que indigna es que, desde el primer momento, ellos toman el control absoluto decisional de cada una de las acciones del programa, al punto (de) que no se mueve una hoja sin que esos dos funcionarios no lo autoricen previamente", indicó.

"En primera instancia, ellos fueron un poco escuetos y nosotros le requerimos información. Estamos seguros y convencidos de que cumplimos con sus expectativas. Tuvieron una insistencia constante de que no habíamos cumplido, aun cuando nos sentábamos de frente, nos decían una cosa y luego las comunicaciones eran totalmente otras", denunció el líder peñolano, quien dijo, además, que realizaron cambios a la operación fiscal del programa.

González Souchet recalcó que su administración solicitó varias reuniones para conocer qué aspectos no habían satisfecho a los funcionarios de Acuden, incluyendo en una ocasión en La Fortaleza, en la cual el personal de la dependencia se comprometió a enviarles sus métricas, pero nunca llegaron.

En cuando al señalamiento de Acuden sobre la posibilidad de que el municipio tenga que devolver al gobierno federal $529,869.27, el alcalde negó la aseveración.

"No tenemos que devolver nada. Este es uno de los puntos que tenemos para apelar y, por lo contrario, tenemos más que establecido es Acuden (la que) tiene una deuda con el municipio", puntualizó.



El alcalde de Peñuelas, Gregory González Souchet, apelará la determinación. >Archivo / EL VOCERO



El administrador de Acuden, Roberto Carlos Pagán. >Archivo / EL VOCERO

PRIMERA PLANA

> VIERNES, 12 DE AGOSTO DE 2022 | el Vocero

# Comercio federal vigilará el uso de fondos

► **Advierten que hay que entender la realidad de la Isla para que haya desarrollo económico**



**Istra Pacheco**
> ipacheco@elvocero.com.
@IstraPacheco

Con la promesa de que trabajará para diversificar el desarrollo económico de Puerto Rico, ayer el subsecretario de comercio de Estados Unidos, Don Graves, fue presentado como el nuevo coordinador que designó el presidente Joe Biden para velar por el uso de los fondos federales "sin precedente" que llegarán en los próximos años a la Isla.

El funcionario, quien llegó acompañado por representantes de 17 agencias federales que sostuvieron reuniones con oficiales del gobierno de Puerto Rico, expresó que en septiembre se realizará en Washington D.C. un "diálogo económico".

"El diálogo económico ayudará al gobierno federal, así como al gobierno estatal a delinear las prioridades de política pública compartidas que beneficiarán a todos los puertorriqueños más aún con el desembolso, sin precedentes, de fondos federales", comentó el subsecretario de Comercio.

Dijo que "el gobierno de Pedro Pierluisi y yo discutimos nuestro compromiso compartido de enfocar que cada centavo de esos fondos se use en atender de forma responsable las necesidades de todos los puertorriqueños".

Aunque el secretario del Departamento Económico y Comercio, Manuel Cidre, negó que Graves sea un nuevo síndico nombrado desde Casa Blanca, los consultados por **EL VOCERO**...



El subsecretario del Departamento de Comercio de Estados Unidos, Don Graves, fue nombrado como coordinador de los esfuerzos para impulsar el crecimiento económico de Puerto Rico.
>Josian E. Bruno Gómez / EL VOCERO

> "Hay un gran interés del gobierno federal de ayudar. Yo no percibo, por lo menos en mi nivel —yo no estoy en un nivel alto— pero en mi nivel no percibo desconfianza. Al contrario, percibo mucha confianza y respeto por el trabajo que estamos haciendo.
>
> **Manuel Cidre**
> Secretario Departamento de Desarrollo Económico

vamos a tomar en común para potenciar las estrategias conjuntas... Tendremos reuniones a todo nivel de nuestro gobierno y con la empresa privada y el sector no gubernamental, en particular concentrando esfuerzos con 17 agencias federales en 4 pilares: inversión en capital humano y desarrollo de fuerza laboral, la infraestructura, el acceso a energía; la diversificación de la economía y una mejor gobernanza y acceso a datos, son las áreas de prioridad", expresó Pierluisi.

### Analizan la estrategia

El economista Heriberto Martínez indicó que, en 2019, se publicó un estudio del Centro para la Nueva Economía que concluyó que el 90% de los contratos pagados...

> "La visita es un seguimiento para continuar la coordinación directa en la que estamos identificando áreas de necesidad, áreas de oportunidad y las acciones que vamos a tomar en común para potenciar las estrategias conjuntas.
>
> **Pedro Pierluisi**
> Gobernador

que una parte se queda en segmentos de la economía nativa.

Cristina Miranda, directora ejecutiva de la Liga de Ciudades y quien participó en...

mos años.

"No van a evitar una recesión, pero sin duda... es un alivio muy grande que nos da...

ca compartidas que beneficiarán a todos los puertorriqueños más aún con el desembolso, sin precedentes, de fondos federales", comentó el subsecretario de Comercio.

Dijo que "el gobierno de Pedro Pierluisi y yo discutimos nuestro compromiso compartido de enfocar que cada centavo de esos fondos se use en atender de forma responsable las necesidades de todos los puertorriqueños".

Aunque el secretario del Departamento Económico y Comercio, Manuel Cidre, negó que Graves sea un nuevo síndico nombrado desde Casa Blanca, los consultados por **EL VOCERO** hicieron un llamado a entender las limitaciones políticas que inciden en que el País no tenga el desarrollo del que podría ser capaz y haya buen uso de los fondos.

"Hay un gran interés del gobierno federal de ayudar. Yo no percibo, por lo menos en mi nivel —yo no estoy en un nivel alto— pero en mi nivel no percibo desconfianza. Al contrario, percibo mucha confianza y respeto por el trabajo que estamos haciendo", declaró Cidre a **EL VOCERO**.

"¡No, por amor a Dios! Al contrario. Creo que la intención es precisamente asegurar que el desarrollo económico prepare a Puerto Rico de cara al futuro para que no vuelva a pasar por lo que pasó; por la crisis financiera de los últimos años", agregó enfático.

Cidre indicó que nunca le ha "disgustado" tener monitores porque le "alertan, previenen, identifican cualquier irregularidad" y le han ayudado históricamente a echar hacia adelante.

### Disciplina en el uso del dinero

Según Cidre, lo que han enfatizado las autoridades federales es la continuidad y la disciplina en el uso del dinero, que estimó serán sobre $80 mil millones en los próxi-

mos años.

"No van a evitar una recesión, pero sin duda... es un alivio muy grande que nos da certeza de que si lo invertimos bien y lo usamos en la creación de desarrollo económico y no simplemente en una actividad económica, definitivamente que Puerto Rico va a salir muy beneficiado de este proceso", expresó.

Graves, por su parte, mencionó durante la rueda de prensa que algunas de las estrategias para mejorar el desarrollo económico de la Isla, estarán enfocadas en atraer capital humano y los recursos para "crear resiliencia y una economía diversa".

A preguntas de los periodistas, el gobernador Pedro Pierluisi afirmó que no se pondrán "todos los huevos en la misma canasta" y que enfocarían en que no solo haya manufactura de productos —como sucede ahora— sino que las investigaciones para desarrollar esos productos también se hagan" en la Isla.

El mandatario agregó que también se enfocarán en promover la innovación en áreas como la biociencia y la aeronáutica, sostenida de las empresas foráneas que tienen actividad económica.

"La visita es un seguimiento para continuar la coordinación directa en la que estamos identificando áreas de necesidad, áreas de oportunidad y las acciones que

**Manuel Cidre**
Secretario Departamento de Desarrollo Económico

do esfuerzos con 17 agencias federales en 4 pilares: inversión en capital humano y desarrollo de fuerza laboral, la infraestructura, el acceso a energía; la diversificación de la economía y una mejor gobernanza y acceso a datos, son las áreas de prioridad", expresó Pierluisi.

### Analizan la estrategia

El economista Heriberto Martínez indicó que, en 2019, se publicó un estudio del Centro para la Nueva Economía que concluyó que el 90% de los contratos pagados con fondos federales de recuperación asignados hasta entonces, se habían otorgado a empresas fuera de Puerto Rico.

"Aunque se está nombrando un síndico federal para la administración de los fondos federales para trabajar el tema de los embolsos, la realidad es que el gobierno de Puerto Rico nunca puso mucho énfasis en asegurar que el dinero que está llegando de fuera a empresas que lograran un mayor efecto multiplicador sobre la economía local, ni en el fortalecimiento de un ecosistema empresarial puertorriqueño", explicó.

Martínez puntualizó que no se debe cometer el mismo error que cuando se creó la hoy extinta Compañía de Fomento Industrial, mediante la cual se habilitaron grandes espacios a través de la Isla para que se instalaran fábricas de capital foráneo, porque según entiende, no creó la riqueza proyectada o enseñó a las personas a establecer empresas propias.

A su juicio, la estrategia adecuada tiene que ir orientada a fortalecer las instituciones del País, que los fondos federales se utilicen para potenciar empresarios de la Isla y que la reserva llegue a la banca privada y pública y a las cooperativas, para asegurar

identificando áreas de necesidad, áreas de oportunidad y las acciones que vamos a tomar en común para potenciar las estrategias conjuntas.

**Pedro Pierluisi**
Gobernador



que una parte se queda en segmentos de la economía nativa.

Cristina Miranda, directora ejecutiva de la Liga de Ciudades y quien participó de una reunión con Graves y su equipo de trabajo para presentar la perspectiva del tercer sector, destacó que todo esfuerzo que promueva el desarrollo económico de Puerto Rico sin entender la realidad demográfica y política está destinado al fracaso.

Señaló la importancia de que el subsecretario de Comercio federal conozca que el coeficiente de inequidad en la Isla es mucho más alto que el de Estados Unidos, y que Puerto Rico está número 20 en la lista de países con mayor inequidad.

Agregó que el nivel de pobreza ha ido en aumento, el gobierno no controla puertos y aduanas ni puede establecer acuerdos con otros países, sino que tiene que depender de los pactos que Estados Unidos establece y que, según entiende, no siempre ayudan a resolver las necesidades de la Isla.

Puntualizó que la Junta de Control Fiscal toma unilateralmente decisiones de política pública y económica enfocadas en aplicar medidas de austeridad, y que para que haya desarrollo económico y los fondos federales se sienten en las áreas de necesidad hay que hacer cambios profundos y mejorar la transparencia.

Miranda aseguró que hubo receptividad a estos planteamientos y a otros asuntos.

Case #:... BTS · Doc#:... · Filed:08/06/22 · Entered:08/30/22 14:30:14 · Desc:
Exhibit · Page 14 of 62

GRATIS

# el Vocero

## de Puerto Rico



NES,12 DE AGOSTO DE 2022 >NUM 14725 >SAN JUAN, PUERTO RICO • WWW.ELVOCERO.COM

**ALFOMBRAROJA**

**Positivo el panorama para los espectáculos**

>P17/18

La verdad no tiene precio

# ATENCIÓN FEDERAL A LOS FONDOS DE DESARROLLO ECONÓMICO

Subsecretario del Departamento de Comercio de Estados Unidos, Don Graves, vigilará el uso del dinero asignado a Puerto Rico y junto a otras agencias federales asistirá a delinear estrategias con el gobierno. **>P6**

**#1** EN LECTORÍA IMPRESA Y DIGITAL

# Primera HORA

GRATIS

VIERNES 8 DE JULIO DE 2022
San Juan, P.R. Año 24 / No. 6632



vanessa.serra@gfrmedia.com

## EL BIG BOSS DE LOS CANGREJEROS

**Daddy Yankee reafirma su compromiso con el equipo de béisbol santurcino** :P37

## PEDRO PIERLUISI

# PIDE RÁPIDA ACCIÓN A LA LEGISLATURA

Gobernador propone que se apruebe un aumento en la aportación del Fondo del Seguro del Estado, que sumaría $225.5 millones, para frenar el alza en las tarifas de la luz y el agua
:P4



## EXALCALDE VA PRESO

Eduardo Cintrón fue sentenciado a 30 meses de cárcel por actos de corrupción

**"** La mascarilla se ha alzado como la herramienta primaria para quien quiere vivir. Pero se siente como un brasier apretao"



## SOMOS
SAN GERMÁN

## UN REGALO DE LA NATURALEZA

**LA BELLEZA DE LOS CHARCOS EL PILON Y LA IGLESIA** :P20



Queremos saber qué opinas sobre la posible designación de Zoé Laboy como procuradora de las Mujeres. Participa del sondeo en **www.elvocero.com.**

**Búsquenos en las redes sociales**


@voceropr


El Vocero de Puerto Rico


@elvocero

en la sección de **Opinión**


Lcdo. Iván Rivera



Agentes federales ejecutaron la orden de allanamiento en la sede del Departamento de Educación, en Hato Rey, en relación con el uso de los fondos de recuperación por el huracán María.
> Nahira Montcourt / EL VOCERO

# Remueven funcionario de Educación tras allanamiento

> **Intervención federal podría estar relacionada con el uso de fondos Restart**


**istra Pacheco**
> ipacheco@elvocero.com
@istra_Pacheco

Kelvin Pagán La Luz fue removido ayer del cargo de dirección que ocupaba en el Programa de Educación Ocupacional y Técnica del Departamento de Educación (DE), luego de que la Oficina del Inspector General del Departamento de Educación federal ordenara allanar sus oficinas y su residencia.

Pagán La Luz, hijo de una maestra, se inició dando clases y luego pasó a ser director de la nueva escuela Vocacional de Aguas Buenas.

En calidad de director escolar, una empleada del plantel lo demandó por alegado acoso laboral que aseguró se extendió desde agosto de 2013 hasta marzo de 2014, según los documentos judiciales.

Aunque hubo intentos de desestimar la demanda, en 2017 el Tribunal de Primera Instancia de Caguas paralizó el proceso judicial amparado en las disposiciones de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico (Promesa, en inglés), creada para atender la quiebra del gobierno de Puerto Rico.

Al cierre de esta edición, este era el documento más reciente relacionado con el pleito legal que estaba disponible.

> "Muchas de estas investigaciones culminan en archivo, en acusación, en señalamientos de auditoría.
>
> **Eliezer Ramos Parés**
> secretario de Educación

En 2016, Pagán La Luz comenzó a trabajar en el área de Recursos Humanos de la Oficina Regional de Educación, en Caguas. Un año después, bajo la hoy convicta exsecretaria de Educación, Julia Keleher, fue nombrado director del programa de Educación Ocupacional y Técnica.

Aunque Eligio Hernández —quien sustituyó a Keleher como titular de la agencia— nombró a Pagán La Luz a un puesto de carrera, lo mantuvo dirigiendo el programa.

El 18 de octubre de 2019, Pagán La Luz incorporó en el Departamento de Estado la empresa Capoheart BRS, que se dedicaría a promover desde el desarrollo profesional y la educación continua, hasta el entrenamiento para deportes y el ciclismo.

Según fuentes de **EL VOCERO** en Educación, Pagán La Luz supuestamente utilizó la empresa para desviar fondos del programa Restart, cuyo fin era la reparación de las escuelas tras el paso del huracán María.

El secretario de Educación, Eliezer Ramos Parés, confirmó que el allanamiento y los requerimientos de información, así como las entrevistas que las autoridades federales hicieron ayer a los em-

**Pasa a la página 4**

**El periódico *1* en Puerto Rico en lectoría y circulación.**

# elVocero
## de Puerto Rico

Antonio Sánchez
"El Gangster"

**GRATIS**

ESCENARIO ▶
**Con fecha el estreno del documental de No Te Duermas**
>P24

> JUEVES, 11 DE AGOSTO DE 2022 >NUM 14724 >SAN JUAN, PUERTO RICO • **WWW.ELVOCERO.COM**

La verdad no tiene precio

# NUEVO ALLANAMIENTO FEDERAL EN EDUCACIÓN

Según fuentes de **EL VOCERO**, la intervención apunta a que un funcionario de la agencia utilizó una corporación suya para desviar en su beneficio fondos del programa Restart. **>P3/4**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO

     Debtor.

PROMESA
Title III

No. 17 BK 3283-LTS

**This Motion relates only to the
Commonwealth and shall only be
filed in the lead Case No. 17 BK
3283-LTS.**

-----------------------------------------------------------x

## INFORMATIVE MOTION REGARDING ENTITIES CONSTITUTING
## THE CENTRAL GOVERNMENT OF THE COMMONWEALTH

To the Honorable United States District Judge Laura Taylor Swain:

     The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as the entity

authorized to act on behalf of the Commonwealth of Puerto Rico (the "Commonwealth"), pursuant

to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Authority,* Act 2-2017, respectfully submits this informative motion (the "Motion") to identify the governmental entities that constitute the central government of the Commonwealth (the "Central Government") to assist parties required to file proofs of claim against the Commonwealth pursuant to the Bar Date Order (as defined below).  The list of entities that constitute the Central Government is attached to this Motion as Exhibit B (the "Central Government Entities List").[2] The method by which the Central Government Entities List was compiled is explained in the *Declaration of Scott Rinaldi in Support of the Informative Motion Regarding Entities Constituting the Commonwealth* attached hereto as Exhibit A (the "Rinaldi Declaration"). In further support of this Motion, AAFAF respectfully represents as follows:[3]

I.   BACKGROUND

1.      On January 16, 2018, the Debtors filed the *Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2255], which set certain deadlines for creditors to file proofs of claim against the Debtors, including the entities comprising the Commonwealth.

2.      On February 15, 2018, the Court entered an order establishing May 29, 2018 at 4:00 p.m. (AST) as the deadline to file proofs of claim against the Commonwealth and the other Title III Debtors in each of their respective Title III cases [ECF No. 2521] (the "Bar Date Order").

3.      The Central Government provides basic services to the people of Puerto Rico in the areas of education, health, public housing, welfare, public safety, economic development, and payment of debt. In carrying out these operations and activities, the Central Government acts

---

[2]   The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act,* has reviewed and approved the Central Government Entities List and authorized AAFAF to file this Motion on behalf of the Commonwealth.

[3]   AAFAF reserves its right to amend or supplement the Central Government Entities List, including AAFAF's right to add or subtract entities from the list.

through certain agencies and entities. In order to avoid confusion and provide further clarity, the Central Government Entities List has been compiled to alert creditors doing business with such entities of their entitlement to prepare and file proofs of claim in compliance with the Bar Date Order. Pursuant to the Bar Date Order, the Central Government Entities List will be published on the Debtors' case website at https://cases.primeclerk.com/puertorico/. Further, the Central Government Entities List will be attached to the reminder notice of the Bar Date, which will be published on or before April 27, 2018 in (a) *El Nuevo Día* in Spanish (primary circulation is in Puerto Rico), (b) *Caribbean Business* in English (primary circulation is in Puerto Rico), (c) *El Diario* and *El Nuevo Herald*, both in Spanish (primary circulation is in New York and Miami, respectively), and (d) *The Bond Buyer*.

## II.   STRUCTURE OF THE CENTRAL GOVERNMENT

4.   The Constitution of the Commonwealth of Puerto Rico (the "Commonwealth Constitution") provides for a republican form of government comprised of the executive, legislative, and judicial branches. The executive power is vested in the Governor, who is elected by direct vote in each general election. Pursuant to the Commonwealth Constitution, for the purpose of exercising the executive power, the Governor is assisted by Secretaries, which are appointed by the Governor with the advice and consent of the Senate. Such Secretaries head the executive departments created under the Commonwealth Constitution and the laws of the Commonwealth. The Commonwealth's executive departments perform a wide range of governmental functions. Existing departments include the Agriculture, Family, Economic Development and Commerce, Transportation, and State Departments. The executive branch also includes numerous agencies and offices, which, along with the executive departments, form part of the Central Government.

5. The executive branch has multiple independent public corporations and instrumentalities, which constitute legal entities separate from the Commonwealth pursuant to their enabling legislation and are not considered part of the Central Government. Historically, independent public corporations and instrumentalities were created to manage discreet government assets or to carry out commercial activities. For instance, the Puerto Rico Highways and Transportation Authority was originally created to assume responsibility for the construction of roads, highways, and related transportation facilities in the Commonwealth. Furthermore, the Puerto Rico Electric Power Authority owns all transmission and distribution facilities and most of the generating facilities that constitute the Commonwealth's electric power system, and supplies all of the electricity consumed in the Commonwealth. The role of public corporations, however, has expanded throughout the years and certain public corporations now perform more traditional government functions. Public corporations may obtain revenues from rates charged for services or products, but some also receive sizable subsidies from the Central Government. Most public corporations are governed by boards whose members are appointed by the Governor with the advice and consent of the Senate.

## III. PREPARATION OF THE CENTRAL GOVERNMENT ENTITIES LIST

6. To determine which governmental entities constitute the Commonwealth, AAFAF, worked with various entities, including the Puerto Rico Department of Justice (the "PRDOJ"), Ankura, and outside counsel to AAFAF. As a preliminarily matter, Ankura began its review by including all governmental agencies and departments, excluding public corporations, in the initial proposed list of entities that constitute the Central Government. To formulate the initial entity list, Ankura reviewed, among other things, (i) both Spanish and English text versions of the Functional Structure of the Government of Puerto Rico, dated March 2, 2017; (ii) the Utility Provider List

(Schedule 1) attached to the *Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* [ECF No. 1016]; (iii) the Central Government List prepared by the PRDOJ (the "PRDOJ Government List"); and (iv) the Financial Oversight and Management Board for Puerto Rico's Covered Entities List.

7.     After Ankura prepared the initial list of Central Government entities, Ankura relied on certain representations made by AAFAF and its outside counsel with respect to the review of each individual entity's enabling act to determine if the legislative language described such entity as "independent," a "legally separate entity," or a "public entity." If the enabling act included any of these characterizations, generally, such entity was removed from the Central Government Entities List unless other considerations, such as the entity's close nexus to the Central Government, suggested that it should be considered part of the Commonwealth regardless. If the legislative language in the respective enabling act did not allow for conclusive relationship to be drawn, individual sources of Commonwealth funding were reviewed to determine the entity's relationship with the Commonwealth. Based on this review, Ankura, along with AAFAF and its other advisors, determined that entities without general fund appropriations should usually be considered separate from the Commonwealth. Additional documentation was also reviewed to determine which entities are entitled to file for relief under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), and therefore should not be included in the Central Government Entities List, and which agencies had a close enough nexus to the Central Government to constitute an entity of the Commonwealth.

8.     Based on this diligence and review, along with discussions with AAFAF and its advisors, the entities set forth on the Central Government Entities List are to be considered part of

the Commonwealth and its Title III case, subject to the automatic stay set forth in Bankruptcy Code sections 362 and 922, made applicable by PROMESA section 301(a), and the Bar Date Order. The Central Government Entities List has been carefully prepared and reasonably calculated to provide creditors with all necessary information to assist them in identifying which entities to file proofs of claim against. Parties asserting claims should not assume they do not have to file proofs of claim solely because such claim is not being asserted directly against the Commonwealth. All parties asserting claims against an entity identified in the Central Government Entities List should carefully review the Bar Date Order to determine whether they need to file a proof of claim against the Commonwealth for such claims.

*Remainder of Page Intentionally Left Blank*

Dated:          March 29, 2018
                San Juan, Puerto Rico


*s/ Luis C. Marini-Biaggi*                    */s/ John Rapisardi*
Luis C. Marini-Biaggi                         John Rapisardi
USDC No. 222301                               Suzzanne Uhland
Email: lmarini@mpmlawpr.com                   (Admitted *Pro Hac Vice*)
                                              O'MELVENY & MYERS LLP
*s/ Carolina Velaz-Rivero*                    7 Times Square
Carolina Velaz-Rivero                         New York, New York 10036
USDC No. 300913                               Tel: (212) 326-2000
E:mail: cvelaz@mpmlawpr.com                   Fax: (212) 326-2061

MARINI PIETRANTONI MUÑIZ LLC                           -and-
MCS Plaza, Suite 500
255 Ponce de León Ave.                        Peter Friedman
San Juan, Puerto Rico 00917                   (Admitted *Pro Hac Vice*)
Tel: (787) 705-2171                           1625 Eye Street, NW
Fax: (787) 936-7491                           Washington, D.C. 20006
                                              Tel: (202) 383-5300
                                              Fax: (202) 383-5414


*Attorneys for the Puerto Rico*               *Attorneys for the Puerto Rico*
*Fiscal Agency and Financial*                 *Fiscal Agency and Financial*
*Advisory Authority*                          *Advisory Authority*

## Exhibit A



| 133537 | CLEMENTE ROSA, MARIA A. | | Public Employee and Pension Retiree Claims | $ | 90,000.00 |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[3] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CLEMENTE ROSA, MARIA A. | 92159 | c | Litigation Claims | AQ-14-0730 | Offer and Exchange |

DOMINGO
17 de julio de 2022

## "Es bien difícil, ya que estamos en un sitio sin alumbrado y el ciudadano a veces no es prudente y no toma precauciones"

**JULIO MEDINA**
DIRECTOR DEL NEGOCIADO DE PATRULLAS DE CARRETERAS EN CAGUAS

## "El principal reto han sido los materiales y luego las coordinaciones con LUMA... ya se ha establecido cuáles son los procesos y se está trabajando para poder atenderlos"

**EDWIN GONZÁLEZ MONTALVO**
DIRECTOR EJECUTIVO DE LA ACT

La Autoridad de Carreteras y Transportación (ACT), dependencia encargada de la reconstrucción y construcción de las autopistas, tiene un proyecto activo, a un costo de poco más de $3.4 millones, para el reemplazo de luminarias en la PR-30, desde Gurabo hasta Humacao.

Los trabajos, que fueron asignados mediante subasta al contratista Martel Incorporados, estaban previstos a completarse en septiembre, pero recientemente se cambió la fecha para julio de 2023, lo que implica otro año a oscuras para varios tramos del expreso, conocido popularmente como "La 30".

Cuestionado sobre las razones para el cambio de fecha, el director ejecutivo de la ACT, Edwin González Montalvo, señaló que responde a la falta de materia prima y la coordinación para encender los tramos reparados, labor que –dijo– es responsabilidad de LUMA Energy.

período de transición con la Autoridad de Energía Eléctrica (AEE) y LUMA hubo un poco de confusión, pero ya se ha establecido cuáles son los procesos y se está trabajando para poder atenderlos", indicó.

Sobre la falta de materia prima, dijo que no solo se refiere a materiales de alumbrado y cablería, sino también a la limitada disponibilidad de contadores eléctricos de LUMA Energy. "El problema ha sido los contadores, que LUMA no tiene contadores en Puerto Rico. Eso ha sido gran parte del reto", dijo González Montalvo.

Por tres semanas, El Nuevo Día insistió en una entrevista con LUMA Energy para preguntar acerca de los señalamientos sobre la falta de contadores y la respuesta tardía para corregir fallas del sistema eléctrico en la PR-30. Sin embargo, pese a que un portavoz aseguró que el vicepresidente de proyectos del consorcio, Juan Rodríguez, atendería las preguntas, no estuvo disponible. En su lugar, LUMA Energy envió declaraciones escritas, en las que insistió en lo "deteriorado" que está el sistema eléctrico en la isla.

### ACCIDENTES Y OTROS DELITOS

De los cinco pueblos conectados por el expreso Cruz Ortiz Stella, el tramo que atraviesa por Gurabo es el que está en peor condición, porque no tiene luz en ninguno de los postes, deploró la alcaldesa Rosachely Rivera Santana.

Aseguró que lleva cinco años solicitando la corrección de las fallas eléctricas, debido al impacto en la seguridad de los conductores y el malestar que ha recibido de los residentes de Gurabo ante esta problemática.

"Tengo evidencia de todas las diferentes cartas que hemos tramitado en esta situación. Para mí, es bien importante que esto (falta de iluminación) se trabaje a la mayor brevedad, porque esto está causando muchas situaciones en términos de lo que son accidentes de tránsitos, asaltos y yo entiendo que no darle prontitud", reclamó Rivera Santana.

Precisó que, como medida de mitigación, la administración municipal instaló cámaras de seguridad en diversos puntos de la ruta y otras partes del pueblo, con el fin de tener recursos que ayuden a esclarecer crímenes o accidentes en áreas carentes de alumbrado.

Según estadísticas del Negociado de Patrullas de Carreteras de la Policía, han ocurrido 10 "carjackings" en la PR-30 desde 2018 hasta el pasado 31 de mayo. Seis de esos casos se registraron en la jurisdicción de patrullaje de Caguas, bajo la que está Gurabo.

Además, en ese mismo período se registraron 25 accidentes fatales, 16 de ellos en la jurisdicción de Caguas, que incluye a Juncos, y nueve en la región de Humacao, que incluye a Las Piedras.

## Detalles del expreso Cruz Ortiz Stella



Gurabo
Caguas
Juncos
Las Piedras
Humacao

**30.1**
Total de kilómetros de la PR-30



**65,414 carros**
Tráfico diario por la PR-30

**23,810,696**
Tráfico anual por la PR-30

**Total de accidentes por año**

| 2018 | 2019 | 2020 | 2021 |
|------|------|------|------|
| 1,512* | 906* | 921* | 1,218* |

*Cifra incluye todas las categorías de accidentes: leve, grave y fatales*

Fuente: Autoridad de Carreteras y Transportación

kilómetro 0.3, en Caguas, cuando un conductor arrolló a un peatón.

El teniente Medina detalló que la investigación concluyó que el accidente ocurrió en un tramo carente de alumbrado y en un área no designada para el paso de peatones. El conductor alegó que la falta de iluminación y el hecho de que el peatón vestía ropa negra no le permitieron divisarlo antes del impacto.

Preguntado sobre cuántos accidentes –entre leves, graves y fatales– han ocurrido desde 2021 hasta junio pasado, Medina respondió: "Alrededor de 1,308 accidentes de tránsito, de los cuales tres han sido graves y tres fatales".

Ante eso, dijo que han aumentado el patrullaje para reducir la incidencia de accidentes, cuya mayoría es de pasada medianoche debido a conductores que...

### SISTEMA DE RESPUESTA NO AYUDA

Entretanto, Rivera Santana apuntó a la burocracia de LUMA Energy como uno de los factores que entorpecen la corrección de los problemas que afectan la iluminación en la PR-30.

La alcaldesa mencionó, por ejemplo, que tiene que reportar las fallas en luminarias ya instaladas mediante una querella y no a través de una llamada solicitando asistencia, como hacía antes con la AEE.

"El sistema que LUMA ha establecido es uno donde constantemente uno tiene que trabajar el asunto de las querellas, porque ellos tienen que documentar", precisó. "Ellos hablan de que tienen un plan a corto y largo plazo del reemplazo de luminarias, pero no me han dado más detalle", agregó Rivera Santana.

"Nos vemos imposibilitados de poder mediar en el proceso, porque vemos que hay sus limitaciones con que podamos entrar a hacer un cambio, porque nos dicen que no podemos hacer nada y no tocar nada. La burocracia nos trastocado las cosas", continuó la alcaldesa.

Datos provistos por la ACT muestran que la respuesta de LUMA Energy para energizar tramos a oscuras en la PR-30, donde las luminarias encendían previamente con problemas o donde ya fueron reemplazadas las que estaban dañadas, es lenta e inexistente.

Por ejemplo, hasta principios de junio pasado, Martel Incorporados había reemplazado las luminarias de 89 postes en la PR-30, entre tramos de Humacao y Las Piedras, pero siguen sin ser energizadas.

"LUMA es quien provee la energía y los trabajos se hacen en coordinación con LUMA. Una vez esté todo reconectado, ellos prenden. Pero, por eso es importante que los contadores de LUMA estén disponibles para encender estos tramos", recalcó, por su parte, González Montalvo.

Reconoció que la experiencia actual de los conductores que transitan por la PR-30 no cumple con las expectativas o guías que establece la ACT, pero aseguró que sostiene reuniones recurrentes para asegurarse de que los trabajos de reemplazo de luminarias se hagan con agilidad.

Asimismo, dijo que auscultan la posibilidad de implementar otras alternativas para mitigar la falta de iluminación en la vía y que no sean dependientes de energía eléctrica. "Hay otras tecnologías que estamos mirando a ver cómo se implementan. Por ejemplo, flechas con luces que puedan alertar a los ciudadanos. Eso lo hemos visto en otras jurisdicciones y se hace con celdas fotovoltaicas, así que no necesariamente tiene que estar energizado, y eso lo estamos explorando", mencionó González Montalvo.

Admitió, sin embargo, que esas tecnologías aún no están disponibles en la isla todavía, por lo que a corto o mediano plazo los tramos a oscuras en la vía seguirán sin luz hasta que se complete el trabajo de...

con LUMA... ya se ha establecido cuáles son los procesos y se está trabajando para poder atenderlos"

**EDWIN GONZÁLEZ MONTALVO**
DIRECTOR EJECUTIVO DE LA ACT

La Autoridad de Carreteras y Transportación (ACT), dependencia encargada de la reconstrucción y construcción de las autopistas, tiene un proyecto activo, a un costo de poco más de $3.4 millones, para el reemplazo de luminarias en la PR-30, desde Gurabo hasta Humacao.

Los trabajos, que le fueron asignados mediante subasta al contratista Martel Incorporados, estaban previstos para completarse en septiembre, pero recientemente se cambió la fecha para julio de 2023, lo que implica otro año a oscuras para varios tramos del expreso, conocido popularmente como "La 30".

Cuestionado sobre las razones para el cambio de fecha, el director ejecutivo de la ACT, **Edwin González Montalvo**, señaló que responde a la falta de materia prima y la coordinación para encender los tramos reparados, labor que –dijo– es responsabilidad de LUMA Energy.

"El principal reto han sido los materiales y luego las coordinaciones con LUMA. En el

de los postes, deploró la alcaldesa **Rosachely Rivera Santana**.

Aseguró que lleva cinco años solicitando la corrección de las fallas eléctricas, debido al impacto en la seguridad de los conductores y al malestar que ha recibido de los residentes de Gurabo ante esta problemática.

"Tengo evidencia de todas las diferentes cartas que hemos tramitado en esta situación. Para mí, es bien importante que esto (falta de iluminación) se trabaje a la mayor brevedad, porque esto está causando muchas situaciones en términos de lo que son accidentes de tránsitos, asaltos y yo entiendo que deben darle prontitud", reclamó Rivera Santana.

Precisó que, como medida de mitigación, la administración municipal instaló cámaras de seguridad en diversos puntos de la ruta y otras partes del pueblo, con el fin de tener recursos que ayuden a esclarecer crímenes o accidentes en áreas carentes de alumbrado.

Según estadísticas del Negociado de Patrullas de Carreteras de la Policía, han ocurrido 10 "carjackings" en la PR-30 desde 2018 hasta el pasado 31 de mayo. Seis de esos casos se registraron en la jurisdicción de patrullaje de Caguas, bajo la que está Gurabo.

Además, para el mismo período se registraron 25 accidentes fatales, 16 de ellos en la jurisdicción de Caguas, que incluye a Juncos, y nueve en la región de Humacao, que incluye a Las Piedras.

El accidente fatal más reciente en la PR-30 ocurrió el pasado 18 de enero en el



**Total de accidentes por año**

| 2018 | 2019 | 2020 | 2021 |
|------|------|------|------|
| 1,512* | 906* | 921* | 1,218* |

*Cifra incluye todas las categorías de accidentes: leve, grave y fatales

Fuente: Autoridad de Carreteras y Transportación

kilómetro 0.3, en Caguas, cuando un conductor arrolló a un peatón.

El teniente Medina detalló que la investigación concluyó que el accidente ocurrió en un tramo carente de alumbrado y en un área no designada para el paso de peatones. El conductor alegó que la falta de iluminación y el hecho de que el peatón vestía ropa negra no le permitieron divisarlo antes del impacto.

Preguntado sobre cuántos accidentes –entre leves, graves y fatales– han investigado desde 2021 hasta junio pasado, Medina respondió: "Alrededor de 1,308 accidentes de tránsito, de los cuales tres han sido graves y tres fatales".

Ante eso, dijo que han aumentado el patrullaje para reducir la incidencia de accidentes, cuya mayoría se da pasada la medianoche debido a conductores que transitan en estado de embriaguez o a exceso de velocidad.

principios de junio pasado, Martel Incorporados había reemplazado las luminarias de 89 postes en la PR-30, entre tramos de Humacao y Las Piedras, pero siguen sin ser energizadas.

"LUMA es quien provee la energía y los trabajos se hacen en coordinación con LUMA. Una vez esté todo conectado, ellos prenden. Pero, por eso es importante que los contadores de LUMA estén disponibles para encender estos tramos", recalcó, por su parte, González Montalvo.

Reconoció que la experiencia actual de los conductores que transitan por la PR-30 no cumple con las expectativas o guías que establece la ACT, pero aseguró que sostiene reuniones recurrentes para asegurarse de que los trabajos de reemplazo de luminarias se hagan con agilidad.

Asimismo, dijo que auscultan la posibilidad de implementar otras alternativas para mitigar la falta de iluminación en la vía y que no sean dependientes de energía eléctrica. "Hay otras tecnologías que estamos mirando a ver cómo se implementan. Por ejemplo, flechas con luces que puedan alertar a los ciudadanos. Eso lo hemos visto en otras jurisdicciones y se hace con celdas fotovoltaicas, así que no necesariamente tiene que estar energizado, y eso lo estamos explorando", mencionó González Montalvo.

Admitió, sin embargo, que son tecnologías que no están disponibles en la isla todavía, por lo que a corto o mediano plazo los tramos a oscuras en la vía seguirán sin luz hasta que se complete el trabajo de luminarias o hasta que LUMA Energy energice los postes.

# 10/ PUERTO RICO HOY

EL NUEVO DÍA • elnuevodia.com

DO
17 de julio



**REPARACIONES ATRASADAS**

# El peligroso lado oscuro de la PR-30

El expreso que va de Caguas a Humacao lleva años sin iluminación en las noches, pese a que millones de conductores lo frecuentan cada año

**CARLOS TOLENTINO ROSARIO**
carlos.tolentino@gfrmedia.com
Twitter: @Carlostole_

Quienes transitan de noche el expreso Cruz Ortiz Stella (carretera PR-30), en cualquiera de sus tramos de Caguas a Humacao, pueden dar fe de que no es una vía por la que se pueda conducir con tranquilidad y que la falta de iluminación ha aumentado los niveles de inseguridad.

Con una extensión de 30.1 kilómetros a través de Caguas, Gurabo, Juncos, Las Pie-

solo en los tramos de Juncos y Las Piedras, comprobó **El Nuevo Día** mediante varios recorridos realizados, de forma aleatoria, durante horas de la noche en los pasados cuatro meses.

Dos conductores que conversaron con este diario manifestaron que se trata de un problema que supera una década, lo que les hace pensar que, aunque exista una solución, la falta de iluminación no se corregirá con prontitud.

"Desde el 2005 resido en Gurabo. Esto

ojos de gato (reflectores), no hay nada", denunció **Sylvia Rodríguez**, quien conduce a diario por la PR-30.

"No he tenido malas experiencias de (que haya pasado) algo grave, pero sí se me ha vaciado la goma (del carro) y me toca cambiarla en la oscuridad y es peligroso. Es algo que lleva muchos años y no se resuelve", dijo, por su parte, otro conductor, quien vive en Las Piedras y prefirió no ser identificado.

Como ellos, múltiples ciudadanos que transitan la PR-30 expresaron, en una publicación en la cuenta de Instagram de **El Nuevo Día**, su inquietud por la falta de iluminación en la carretera.

"Yo tomo la (carretera) 30 siempre en contra del tapón... San Juan a Humacao en las mañanas y, en las tardes, del otro lado. Lo más peligroso es el alumbrado en las noches; no existe. Si cruza un ganado o

Tramo de la PR-30, a la altura de la PR-203, en Gurabo, donde no hay iluminación.
carlos.rivera@gfrmedia.com

El director del Negociado de Patrul
Carreteras en Caguas, **Julio Medina**
firmó que son varios los tramos sin
brado, particularmente desde el kiló
4.9 en dirección de Caguas a Juncos,
transitan en las noches, sobre todo a
pone en peligro a los conductores
llos que se detienen en el paseo por
emergencia.

"Es bien difícil, ya que estamos
sitio sin alumbrado y el ciudadano
no es prudente y no toma precau
para, si hay un accidente en el car
recho, irse al carril izquierdo reduci
velocidad", dijo el teniente.

Tras entrevistar a alcaldes, funcio
y ciudadanos, este medio identificó
falta de iluminación en la PR-30 res
principalmente, a la falta de ma
una pobre coordinación entre las ag
concernientes y a la burocracia qu



## El expreso que va de Caguas a Humacao lleva años sin iluminación en las noches, pese a que millones de conductores lo frecuentan cada año

**CARLOS TOLENTINO ROSARIO**
carlos.tolentino@gfrmedia.com
Twitter: @Carlostole_

Quienes transitan de noche el expreso Cruz Ortiz Stella (carretera PR-30), en cualquiera de sus tramos de Caguas a Humacao, pueden dar fe de que no es una vía por la que se pueda conducir con tranquilidad y que la falta de iluminación ha aumentado los niveles de inseguridad.

Con una extensión de 30.1 kilómetros a través de Caguas, Gurabo, Juncos, Las Piedras y Humacao, y con un estimado de más de 65,000 automóviles que transitan por esta ruta a diario, la PR-30 está iluminada solo en los tramos de Juncos y Las Piedras, comprobó **El Nuevo Día** mediante varios recorridos realizados, de forma aleatoria, durante horas de la noche en los pasados cuatro meses.

Dos conductores que conversaron con este diario manifestaron que se trata de un problema que supera una década, lo que les hace pensar que, aunque exista una solución, la falta de iluminación no se corregirá con prontitud.

"Desde el 2005 resido en Gurabo. Esto (falta de iluminación) lleva tiempo y necesitamos que hagan algo. Es (una carretera) bien peligrosa. No hay iluminación ni ojos de gato (reflectores), no hay nada", denunció **Sylvia Rodríguez**, quien conduce a diario por la PR-30.

"No he tenido malas experiencias de (que haya pasado) algo grave, pero si se me ha vaciado la goma (del carro) y me toca cambiarla en la oscuridad y es peligroso. Es algo que lleva muchos años y no se resuelve", dijo, por su parte, otro conductor, quien vive en Las Piedras y prefirió no ser identificado.

Como ellos, múltiples ciudadanos que transitan la PR-30 expresaron, en una publicación en la cuenta de Instagram de **El Nuevo Día**, su inquietud por la falta de iluminación en la carretera.

"Yo tomo la (carretera) 30 siempre en contra del tapón... San Juan a Humacao en las mañanas y, en las tardes, del otro lado. Lo más peligroso es el alumbrado en las noches; no existe. Si cruza un ganado o una persona, sería una tragedia", alertó en la publicación una usuaria que se identificó como "Aletronik".

Tramo de la PR-30, a la altura de la PR-203, en Gurabo, donde no hay iluminación.
carlos.rivera@gfrmedia.com

El director del Negociado de Patrullas de Carreteras en Caguas, **Julio Medina**, confirmó que son varios los tramos sin alumbrado, particularmente desde el kilómetro 4.9 en dirección de Caguas a Juncos, lo que pone en peligro a los conductores que transitan en las noches, sobre todo a aquellos que se detienen en el paseo por alguna emergencia.

"Es bien difícil, ya que estamos en un sitio sin alumbrado y el ciudadano a veces no es prudente y no toma precauciones para, si hay un accidente en el carril derecho, irse al carril izquierdo reduciendo la velocidad", dijo el teniente.

Tras entrevistar a alcaldes, funcionarios y ciudadanos, este medio identificó que la falta de iluminación en la PR-30 responde, principalmente, a la falta de materiales, una pobre coordinación entre las agencias concernientes y a la burocracia que, contaron, habría implementado el consorcio LUMA Energy para responder a este tipo de situación.

**PRIMERA HORA** Viernes, 8 de julio de 2022
facebook.com/primerahora   @tusnoticias_ph

**5**



**FONDO DE EQUIPARACIÓN.** Los alcaldes agrupados bajo el PPD, según indicaron, pidieron al gobernador Pierluisi que les explicara "cómo se iba a trabajar lo que iba a ser la enmienda al plan fiscal". osman.perez@gfrmedia.com

## Estarán en el comité que irá frente a la JSF

**OSMAN PÉREZ MÉNDEZ**
osman.perez@gfrmedia.com

La Asociación de Alcaldes salió anoche de la reunión en la Fortaleza con el gobernador con un acuerdo de que se creará un comité, del que serán parte, junto con la Federación de Alcaldes y otras agencias, para conformar y posteriormente presentar ante la Junta de Supervisión Fiscal (JSF) una enmienda al Plan Fiscal que atienda el tema del financiamiento a los municipios que se cubría a través del Fondo de Equiparación.

"Tuvimos la oportunidad de reunirnos con el gobernador. El tema principal, obviamente, fue el Fondo de Equiparación. Le hicimos la petición de que nos explicara cómo se iba a trabajar lo que iba a ser la enmienda al plan fiscal. Básicamente, le explicamos que en muchas ocasiones nos ha dicho que se ha bajado la enmienda, pero no se ha integrado a los municipios. Y le he dicho que la mejor forma de poder presentar el caso ante la Junta de Supervisión Fiscal es que los mismos municipios le puedan dar la información. Así que en esta ocasión se va a crear un comité en el que va a estar el director de OGP (Oficina de Gerencia y Presupuesto), el

ría Financiera y Agencia Fiscal), el secretario de Hacienda, y la Asociación y la Federación (de Alcaldes) para próximamente hacer una petición oficial de enmienda al plan fiscal", afirmó el presidente de la Asociación, el alcalde de Villalba, Luis Javier Hernández Ortiz.

Asimismo, insistió "por más iniciativas que podamos implementar, trabajar con consorcios, trabajar reingeniería municipal, eficiencias en el CRIM (Centro de Recaudación de Ingresos Municipales), pero el tema del Fondo de Equiparación para garantizar los servicios esenciales, hay que trabajarlo con la Junta".

A preguntas de la prensa, Hernández Ortiz comentó que aún no hay fechas específicas para las reuniones de ese comité, pero sostuvo que entiende debe trabajarse con urgencia.

"Lo que hoy surgió, que para mí es importante, es que se nos integrara en la petición de enmienda al Plan Fiscal, para nosotros darle al gobernador información necesaria para poder defender el punto", afirmó el alcalde Villalba, mencionando entre otros aspectos "los riesgos de los servicios esenciales y de pérdida de miles de millones de fondos federales que en estos momentos admi-

# A PRISIÓN EXALCALDE DE GUAYAMA

## Eduardo Cintrón pasará 30 meses en la cárcel por soborno

Primera Hora

El exalcalde de Guayama, Eduardo Cintrón Suárez, fue sentenciado ayer a 30 meses de prisión tras llegar a un acuerdo con las autoridades federales en el que aceptó participar en un esquema de sobornos y comisiones ilegales con una compañía asfaltera.

La información trascendió a través de un comunicado de prensa que circuló la Fiscalía federal.

Además de la pena de prisión, el acusado tuvo que pagar $114,000 en efectivo y fue sentenciado a tres años de libertad supervisada.

La sentencia fue impuesta por la jueza federal Silvia L. Carreño Coll.

El exalcalde del Partido Popular Democrático, de 54 años, se declaró culpable el pasado 8 de abril de un cargo de conspiración para participar en un esquema de soborno.

Según documentos judiciales y declaraciones realizadas en relación con su declaración de culpabilidad y sentencia, Cintrón Suárez fue el funcionario de más alto rango en el municipio de Guayama desde 2013 hasta ahora que se declaró culpable.

Se le señaló criminalmente, porque a partir de 2013 reali-



**SE DECLARÓ CULPABLE.** Además de la pena de reclusión, Cintrón pagó $114,000 y fue sentenciado a tres años de libertad supervisada. Archivo

ción y también aprobó pagos municipales a una compañía, que no fue identificada en el pliego acusatorio. A cambio, este recibió un pago de soborno correspondiente a $1 por metro cuadrado de asfalto nuevo colocado por la Compañía A en el municipio de Guayama bajo los contratos. Este esquema de soborno continuó hasta aproximadamente febrero de 2021.

Bajo este esquema, el exalcalde habría recibido, al menos, unos $40,000 en sobornos.

"Perdón, Guayama. Me dediqué al servicio público, ayudé al prójimo y estuve para el que me necesitó en lo que estuvo a mi alcance. Pero, fallé, cometí un grave error del cual me arrepiento profundamente", expresó Cintrón Suárez a su pueblo al aceptar los cargos.

El caso contra el alcalde fue investigado por el Negociado Federal de Investigaciones (FBI, en inglés). Los fiscales federales fueron Nicholas W. Cannon y Seth A. Erbe.

> **Perdón, Guayama... fallé, cometí un grave error del cual me arrepiento profundamente**
>
> EDUARDO CINTRÓN
> EXALCALDE DE GUAYAMA





6 PRESENCIA
28 de julio al 3 de agosto de 2022
www.presenciapr.com
Case:17-03283-LTS    Doc#:21973-1    Filed:08/26/22 · Entered:08/30/22 14:20:14    Desc: @presenciapr @presencia.pr
Exhibit    Page 43 of 62
REGIONALES

# Comisión de la Cámara visita puentes peatonales en el expreso Baldorioty de Castro en Carolina

**CAROLINA** - Ante el reclamo de la comunidad Villamar por la falta de seguridad, alumbrado y piezas de acero en peligro de colapso, el representante por el Distrito 40 de Carolina y portavoz de la mayoría en la Cámara, Ángel Matos García, visitó junto a la Comisión Especial de Fiscalización de Fondos Públicos de la Región Noreste, los puentes peatonales sobre el expreso Baldorioty de Castro.

"Habíamos convocado desde el pasado 12 de julio ésta visita al puente peatonal, instalaciones del Departamento de Transportación y Obras Públicas (DTOP) sobre el expreso Baldorioty de Castro. Nos acompañó el ingeniero Manuel Conde, director de la Región de San Juan del DTOP; los ingenieros Arnaldo Mercado y Jorge Reyes, de la Autoridad de Carreteras; el director del Centro de Servicios Municipales de Isla Verde, Juan Ortiz Crespo; los legisladores municipales por Carolina, Johan García, Ivette Pagán y un grupo nutrido de residentes de la urbanización Villamar, así como el representante Ángel Bulerín. Pudimos ver de primera mano las pésimas condiciones de seguridad en términos de las planchas de acero de seguridad. Identificamos unas 14 en peligro de colapso sobre el expreso Baldorioty de Castro, la falta de luminaria y los elevados de servicio para impedidos que se encuentran dañados", expresó Matos García.

Los puentes visitados se encuentran a la altura de la urbanización Villamar que conectan el área turística de Isla Verde a la altura del Banco Popular y a la altura de la Panadería España. Estos puentes fueron construidos hace décadas por DTOP cuándo se hicieron los trabajos de ensanche del expreso Román Baldorioty de Castro.

"Hemos preparado un plan de trabajo por fase en donde la próxima semana una brigada del DTOP estará removiendo todas las piezas de acero en peligro de colapso, a la vez que ingenieros eléctricos comenzarán los trabajos de renderizar las 14 luminarias por puente que se encuentran apagadas en horario de la noche. En unos 45 días se tendrá el estimado total de costo para comenzar con la limpieza y los trabajos de reparación. Estos puentes forman parte del sistema de estructura peatonal que maneja el DTOP y que recibe fondos federales de la Federal Highway Transportation Agency", precisó el Portavoz del PPD.

"Confío que luego de esta visita podamos, en un periodo razonable de tiempo, tener estas mejoras realizadas en beneficio de todos los residentes. No descartamos visitar la Oficina de Transportación Federal en Washington D.C. para levantar nuestra voz de urgencia de que estos puentes se encuentran en peligro de colapsar y causar graves accidentes en el expreso Baldorioty de Castro. Confío que el DTOP atienda con urgencia esta situación que representa un peligro inminente para todos los puertorriqueños que utilizan esta vía", finalizó Matos García.







el **VOCERO**

# Calle sin pavimentar en Hill Brothers

> ## Luego de que arreglaran un tubo en el área

 **Glorimar Velázquez**
>gvelazquez@elvocero.com

Diego Santa Pagán vive en Hill Brothers hace más de 40 años. En la calle 7, que pasa frente a su residencia, hace como unos ocho meses se rompió un tubo que la Autoridad de Acueductos y Alcantarillados (AAA) arregló, pero aún no se ha pavimentado el área.

"Primero vinieron a arreglar el tubo y empezó a botar agua otra vez, en la tercera ocasión fue que lo pudieron arreglar, pero dejaron el hoyo ahí. Los vecinos echaron piedras en el hoyo, pero los carros cuando pasan las riegan y yo me voy y las arreglo un poco, pero yo tengo 72 años", indicó Santa Pagán.

"Llamé a Acueductos y fui a la oficina del representante Juan Oscar Morales y lo reporté, pero no han hecho nada", agregó.

Desafortunadamente, no es el único problema que enfrentan los residentes de esta comunidad de San Juan.

"Otro problema que tenemos son los carros en desuso que están amontonados en la acera. Yo digo 'ay Dios mío, el alcalde (Miguel Romero) vino por ahí a buscar votos, pero no ha vuelto más'. Esos carros los dejaron ahí, están llenos de pasto y con las gomas vacías", expresó Santa Pagán.

## AAA responde

El director ejecutivo de la Región Metro de la AAA, el ingeniero Roberto Martínez, informó que personal del área operacional de San Juan estará atendiendo el reclamo de los residentes de la calle 7

"Coordiné con el personal del área operacional para que puedan realizar el seguimiento y agilizar los trabajos de asfalto, provocados por la reparación de nuestra infraestructura en la calle 7 de la comunidad", expresó Martínez en declaraciones escritas.

"Nuestro personal está disponible para atender inmediatamente cualquier situación que sea reportada por nuestros clientes", agregó el funcionario.

En cuanto a la situación de los autos que se han convertido en estorbos públicos, personal de la oficina de prensa del alcalde indicó en declaraciones escritas que se comunicaría con la Policía Municipal, que es quien se encarga de trabajar estos casos.

## Atienden reclamo

En junio, **EL VOCERO** publicó la historia de la comunidad Villas del Río, en Humacao, donde los vecinos del área llevaban meses reclamando al municipio que limpiara las riberas del río humacaeño y las alcantarillas, que estaban llenas de basura y podían provocar la inundación de las casas cercanas en caso de que llegue un evento atmosférico.

A raíz de esa publicación, el municipio limpió el lugar.

  **ENVÍA TU RECLAMO**

Si tienes una denuncia que hacer sobre los problemas que enfrenta tu comunidad, EL VOCERO te invita a que nos escribas a **micomunidadreclama@elvocero.com** o entra a **www.elvocero.com/comunidad**

Case:17-03283-LTS Doc#:21973-1 Filed:08/26/22 Entered:08/30/22 14:20:14 Desc:
Exhibit Page 50 of 62

# Anuncian colaboración para reforzar la ciberseguridad del gobierno

▶ Prits ha detenido aproximadamente 12.4 millones de ataques cibernéticos



**Eric De León Soto**
>edeleon@elvocero.com

@edeleonsoto



En la foto, la directora ejecutiva interina del Servicio de Innovación y Tecnología (Prits, en inglés), Nannette Martínez. >Suministrada

Con el fin de reforzar el componente de ciberseguridad en las agencias del Ejecutivo, la directora ejecutiva interina del Servicio de Innovación y Tecnología (Prits, en inglés), Nannette Martínez, anunció la ratificación de un acuerdo colaborativo con el Centro de Seguridad de Internet (CIS, en inglés) para proveer servicios de protección, detección y respuesta a ciberataques.

Dicho acuerdo conllevó un costo de $7.6 millones por un año de servicio para el gobierno, que fueron pagados con fondos del presupuesto de Prits.

"Este sistema va a estar protegiendo la integridad de todos los dispositivos, específicamente computadoras y servidores que utiliza el gobierno, incluyendo computadoras portátiles que se estiman en sobre 150,000 dispositivos. Este esfuerzo nos pone a la vanguardia en asuntos de ciberseguridad en comparación con los otros estados y territorios", declaró el gobernador Pedro Pierluisi.

Según Martínez, bajo el acuerdo se incluye a Puerto Rico en el Multi-State Information Sharing Analysis Center (MS-ISAC), a su vez adscrito al CIS. MS-ISAC provee 150,000 licencias para dispositivos gubernamentales que estarán dentro de la red de monitoreo y vigilancia, un servicio que protegen a toda hora desde su centro de operaciones en Nueva York.

"Con este acuerdo, que logramos en el mes de mayo, tendremos el beneficio de la seguridad directamente en el dispositivo, complementando todos los esfuerzos que llevamos haciendo desde el año pasado para reducir el riesgo en la medida que los dispositivos se puedan autoproteger y así dejar de infectar otros dispositivos", explicó Martínez, quien agregó que la colaboración ayudará a mitigar la incidencia de ataques 'ransomware' y 'phishing'.

'Ransomware' es una modalidad de ciberataque en el que se secuestra información personal o datos privados, impidiendo el acceso a menos que el usuario pague lo que pide el atacante. Mientras que 'phishing' es el tipo de ciberataque en el que se envía un mensaje fraudulento, pero visualmente convincente, con el fin de extraer información personal de alguien.

En lo que va de año, Prits ha detenido aproximadamente 12.4 millones de ataques cibernéticos. De acuerdo con el asesor auxiliar en tecnología de La Fortaleza, Enrique Völckers Nin, la astronómica cifra de ataques detectados responde en parte por la conexión de los equipos de seguridad de las agencias al Centro de Monitoreo de Prits, lo que permitió tener mayor visibilidad sobre estos ataques en otras agencias.

"Ellos lo que están buscando es el punto de entrada más débil, y ahí es que nosotros entramos con todos estos sistemas para protegerlos y evitar que entren por ahí", mencionó Völckers Nin.

Los servicios del MS-ISAC y las 150,000 licencias que proveerán se concentrarán en los dispositivos de las agencias de la rama ejecutiva del gobierno. Según el gobernador, en el caso de los municipios que interesen unirse a la iniciativa, tendrían que solicitar su inclusión a Prits, que a su vez proveerá acceso mediante las licencias que tiene disponibles.

Si los servicios reciben más demanda de lo esperado entre otras ramas de gobierno o municipios, el gobierno tendría que adquirir más licencias, señaló Völckers Nin.

## Continúa relación con FBI

Por su parte, el principal oficial de ciberseguridad del gobierno, Ngai Oliveras, indicó que esta colaboración no altera la relación que tienen con el Negociado Federal de Investigaciones (FBI) para casos de ciberataque.

"Son dos acuerdos diferentes, una entidad que va a monitorear y ayudar a proteger y en la cuestión de investigaciones el FBI nos asiste y colabora con nosotros", indicó Oliveras.

Este año, AutoExpreso cayó víctima de un ciberataque que la empresa, Professional Account Management (PAM), no pudo manejar. Como consecuencia, el sistema no permitió a los usuarios recargar su balance hasta finales de mayo, cuando el servicio se restauró.

Este año la Universidad de Puerto Rico (UPR) también fue víctima de un ciberataque contra sus sistemas de información, pero la institución indicó que este no tuvo consecuencias mayores.

**» Cifra relevante**

El acuerdo conllevó un costo de $7.6 millones.

SRF 62966

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) <br><br> **Re: ECF No. 21539** |
| In re: <br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS <br><br> **Re: ECF No. 1275** |
| MARIA A. CLEMENTE ROSA, <br><br> Movant, <br> v. <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Respondent. | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*of the Puerto Rico Highways and Transportation Authority* [ECF No. 1203] (as amended, supplemented, or modified, the "Disclosure Statement").

3.      On June 17, 2022, the Court held a hearing to consider, among other things, adequacy of information contained in the Disclosure Statement (the "Disclosure Statement Hearing"). At the Disclosure Statement Hearing, the Court overruled the sole objection and, subject to the modifications to be made as noted by the Oversight Board and the Court, the Court approved the Disclosure Statement.

4.      On June 17, 2022, and as represented at the Disclosure Statement Hearing, the Oversight Board filed its proposed *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* [Case No. 17-BK-03567, ECF No. 1240] (as amended, supplemented, or modified, the "HTA Plan") and the corresponding *Disclosure Statement for the Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* [ECF No. 1241], incorporating the revisions noted at the Disclosure Statement Hearing.

5.      On June 22, 2022, the Court entered (i) the *Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 1248] (the "Disclosure Statement Approval Order"), approving the Disclosure Statement, as well as, among other things, scheduling the hearing to consider confirmation of the HTA Plan for August 17–18, 2022 and (ii) the *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 1249].

9.   Movant filed the following proofs of claim in these jointly administered Title III

cases, none of which asserts a claim against HTA ("Movant's POCs"):

| POC Number | Debtor | Status |
|---|---|---|
| 92159 | Commonwealth of Puerto Rico (the "Commonwealth") | Subject to Alternative Dispute Resolution [Case No. 17-3283, ECF No. 21350] |
| 139834 | Commonwealth | Disallowed Pursuant to Court Order [Case No. 17-3283, ECF No. 12657] |
| 133537 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | Subject to Administrative Claims Reconciliation [Case No. 17-3283, ECF No. 17320][3] |
| 133778 | Commonwealth | Subject to Objection [Case No. 17-3283, ECF No. 17927] |
| 150849 | Commonwealth | Disallowed Pursuant to Court Order [Case No. 17-3283, ECF No. 12657] |

10.   On July 18, 2022, Movant filed the Motion seeking temporary allowance of an

asserted claim against HTA, relating to an event that occurred post-petition on June 25, 2018, in

the amount of $25,000.00 for purposes of voting in connection with confirmation of the HTA Plan,

and for relief in the amount of $25,000.00. Motion at 3-4. The Motion also references Movant's

POCs without further explanation of how or why such asserted claims should be temporarily

allowed for purposes of voting in connection with the HTA Plan.

---

[3]   On May 5, 2022, Movant filed a motion [ECF No. 20692] requesting immediate resolution and "guaranteed" payment of the amounts requested in Claim No. 133537. Pursuant to the Court's scheduling order [ECF No. 20696], on May 20, 2022, the Oversight Board, on behalf of ERS, filed an opposition [ECF No. 20933] to the motion. Claimant did not file a reply, and the motion is pending resolution by the Court.

the HTA Plan nor the Disclosure Statement Approval Order provide for holders of post-petition

claims to vote in connection with the HTA Plan.  *See* HTA Plan § 33.1; Disclosure Statement

Approval Order ¶ 10.  Accordingly, there is no basis for temporary allowance for purposes of

voting in connection with the HTA Plan.

13.    Finally, Movant's request for affirmative relief in the form of a damages

determination is procedurally improper pursuant to Bankruptcy Rules 7001 and 7003, and is stayed

pursuant to Bankruptcy Code sections 362 and 922, made applicable to the HTA Title III Case

pursuant to PROMESA Section 301(a).


*[Remainder of Page Left Intentionally Blank]*


6

SRF 62966

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered)<br>Re: ECF No. 21539 |
| Debtors.¹ | |
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
| as representative of | No. 17 BK 3567-LTS |
| THE PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY, | Re: ECF No. 1275 |
| Debtor. | |
| MARIA A. CLEMENTE ROSA, | |
| Movant, | |
| v. | |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY, | |
| Respondent. | |

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL

***STAT PR 1845 SRF 62966 PackID: 3 ADRID: 3970991 SVC: DNs 1289 and 21571
CLEMENTE ROSA, MARIA A.
CONDOMINIO ASTRALIS
9546 CALLE DIAZ WAY APT 311 TORRE #6
CAROLINA PR 00979

HON. JUDGE, LAURA TAYLOR SWAIN, RESPECTFULLY SUBMIT THAT I RECEIVED FIVE (5) SAME MOTIONS, ON MONDAY, AUGUST 8, 2022. THIS REPRESENTS A VIOLATION OF THE ETHICS OF THE LAW PROFESSION. # 1

SRF 62966

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | Re: ECF No. 21539 |
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3567-LTS |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | Re: ECF No. 1275 |
| Debtor. | |
| MARIA A. CLEMENTE ROSA, | |
| Movant, | |
| v. | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Respondent. | |

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL

***STAT PR 1845 SRF 62966 PackID: 5 ADRID: 3900073 SVC: DNs 1280 and 21571
Clemente Rosa, Maria A.
Condominio Astralis 9546
Calle Diaz Way Apt. 311 Torre 6
Carolina PR 00979

HON. JUDGE, LAURA TAYLOR SWAIN, RESPECTFULLY SUBMIT THAT I RECEIVED FIVE (5)
SAME MOTIONS, ON MONDAY, AUGUST 8, 2022. THIS REPRESENTS A VIOLATION OF THE
ETHICS OF THE LAW PROFESSION. # 2

SRF 62966

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **Re: ECF No. 21539** |
| Debtors.[1] | |
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3567-LTS |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | **Re: ECF No. 1275** |
| Debtor. | |
| MARIA A. CLEMENTE ROSA, | |
| Movant, | |
| v. | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Respondent. | |

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850



**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNS**

\*\*\*STAT PR 1845 SRF 62966 PackID: 1 ADRID: 3784477 SVC: DNs 1289 and 21571
Clemente Rosa, Maria A.
9546 Calle Diaz Way Apt 311
Condominio Astralis
Torre #6
Carolina PR 00979

HON. JUDGE, LAURA TAYLOR SWAIN, RESPECTFULLY SUBMIT THAT I RECEIVED FIVE (5) SAME MOTIONS, ON MONDAY, AUGUST 8, 2022. THIS REPRESENTS A VIOLATION OF THE ETHICS OF THE LAW PROFESSION. # 3



SRF 62966

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors. | **Re: ECF No. 21539** |
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA |
| | Title III |
| as representative of | No. 17 BK 3567-LTS |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | **Re: ECF No. 1275** |
| Debtor. | |
| MARIA A. CLEMENTE ROSA, | |
| Movant, | |
| v. | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Respondent. | |

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL

***STAT PR 1845 SRF 62966 PackID: 4 ADRID: 3807727 SVC: DNs 1280 and 21571
Clemente Rosa, Maria A.
Condominio Astralis
9546 C/A Diaz Way Apt 311
Carolina PR 00979

HON. JUDGE, LAURA TAYLOR SWAIN, RESPECTFULLY SUBMIT THAT I RECEIVED FIVE (5) SAME MOTIONS, ON MONDAY, AUGUST 8, 2022. THIS REPRESENTS A VIOLATION OF THE ETHICS OF THE LAW PROFESSION. # 4