


**PRIORITY MAIL EXPRESS®**
LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PRESS FIRMLY TO SEAL

**FROM:** (PLEASE PRINT)
María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt. 311 Torre #6
Carolina, P.R. 00979

**TO:** (PLEASE PRINT)
Clerk's Office
Federico Degetau Federal Bldg.
150 Carlos Chardón St. Room 150
Hato Rey, Puerto Rico 00918

U.S. POSTAGE PAID
PME 1-Day
SAN JUAN, PR
00936
AUG 24, 22
AMOUNT
$27.10
R2304M111201-18

EI 395 553 362 US

ZIP Code: 00936
Scheduled Delivery Date: 8-25-22
Postage: $27.10
Date Accepted: 8-24-22
Scheduled Delivery Time: 6:00 PM
Time Accepted: 5:22 PM
Total Postage & Fees: $27.10
Acceptance Employee Initials: RCV

$100.00 insurance included.