24 de agosto 2022

Dirigida a: Secretaría Tribunal de los Estados Unidos
Sala 150 Edificio Federal San Juan, P.R. 00918-1767

Abogados de la Junta de Supervisión Proskauer Rose LLP
Eleven Times Square New York 10036-8299
Attn: Martin J. Bienenstock & Brian S. Rosen

Abogados del Comité e Acreedores
Paul Hastings LLP
200 Park Avenue New York, New York 10166
Attn: Luc A. Despins, James Bliss, James Worthington & G. Alexander Bongartz

De reclamante: Carmen L. Sotomayor, Narváez
Urb. Jardín de la Fuente
Calle Jardín Monjas # 490
Toa Alta, P.R. 00953

Número de teléfono: (787) 379-8544

Correo electrónico: ncarmenlissette@gmail.com

Numero de reclamación: 126666

Numero de caso: 17BK03283-LTS

Epígrafe: Estado Libre Asociado de Puerto Rico Junta de supervisión y Administración Financiera de P.R.

Motivo: Años de experiencia en el Departamento de Educación: 25 años con 11 meses.

Numero de puesto: Maestra de Escuela Elemental de 4to-6to grado RO7654.

Firma del reclamante