From: Carmen L. Sotomayor
Urb. Jardín de la Fuente
Calle Jardín Monjas #490
Toa Alta P.R. 00953






To: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-1767