26 agosto 2022

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

**Referencia: Caso núm. 17- BK – 03283 – LTS**
Reclamación caso Titulo III del SER del ELA de Puerto Rico
Reclamaciones que requieren respuestas:

**Reclamaciones:**

- ✓ **Número 154581 Ley 89** (Según Ley 89 del 1979, paso escala salariar firmada por el exgobernador Carlos Romero Barceló (conocido como El Romerazo)
- ✓ **Número 154376 Ley96** (Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgó un aumento de $100.00, el cual NO fue cumplido)

**Referencia: Caso núm. 17- BK – 03566– LTS**

**Reclamación:**

- ✓ **Número 146722** (reclamación por la Ley 164 descuento injustificado de la aportación de Retiro)

Saludos cordiales

Por este medio adjunto (ver los anejos incluidos) las evidencias solicitadas para las agencias responsable de procesar la información designada para la RAR y/o a quien pueda interesar:

Documentos complementarios que apoyan mis reclamos

- ✓ Empleado del Departamento de Educación, desde noviembre del 1999 hasta 31 de mayo 2012
- ✓ Talonarios del personal clasificado del Departamento Educación
- ✓ Carta proceso renuncia incentivada Ley 70

Además, incluyo formularios de respuestas personales. Espero ser considerado favorablemente en las reclamaciones antes presentadas. Estoy en la mejor disposición de contestar cualquier pregunta. Agradezco su atención al respecto. Sin otro particular quedo cordialmente,

Iván David Barreto Ortiz

RR 02 Box 6554 Manatí, Puerto Rico 00674     Cel. (939) 280-4564

2

## HOJA DE TRAMITE

26 agosto 2022

A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

De: Iván David Barreto Ortiz

RR 02 Box 6554

Manatí, Puerto Rico 00674

Cel. (939) 280-4564

**Asunto: Evidencias solicitadas de:**

**Referencia: Caso núm. 17- BK – 03283 – LTS**

**Reclamaciones:**

- ✓ **Número 154581 Ley 89**
- ✓ **Número 154376 Ley 96**

**Referencia: Caso núm. 17- BK – 03566– LTS**

- ✓ **Número 146722 Ley 164**

Adjunto:

1. Carta de 3 páginas contestando lo requerido
2. Evidencias de que trabaje en el Departamento de Educación
   - ✓ Carta de renuncia incentivada por Ley 70 efectiva al 31 mayo 2012
   - ✓ Carta de aceptación de renuncia por la directora esc. Jesús T. Piñero
   - ✓ Carta división de nóminas del Departamento de Educación personal clasificados
   - ✓ Talonario programa renuncia incentivada Ley 70
   - ✓ Talonario del SRM regular

Recibido por: _____ Fecha_____

1