(939)I Caso: 17-03283-LTS

## FORMULARIO DE RESPUESTAS

**Reclamación Núm. 154581** Nombre: Iván David Barreto Ortiz

| (1) Nombre completo | Iván David Barreto Ortiz |
|---|---|
| (2) Número de teléfono | Cel.(939) 280-4564 |
| (3) Número de empleado | 743443    número puesto C205995 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1973 hasta diciembre 2007 |
| (5) Correo electrónico | lbarreto1438@gmail.com |
| (6) Número seguro social Últimos 4 dígitos) | *****3187 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Según Ley 89 del 1979, paso escala salariar firmada por el exgobernador Carlos Romero Barceló (conocido como El Romerazo) no fue otorgada |

II Caso: 17-03283-LTS

## FORMULARIO DE RESPUESTAS

**Reclamación Núm. 154376**    Nombre: Iván David Barreto Ortiz

| (1) Nombre completo | Iván David Barreto Ortiz |
|---|---|
| (2) Número de teléfono | Cel.(939) 280-4564 |
| (3) Número de empleado | 743443    número puesto C205995 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1973 hasta diciembre 2007 |
| (5) Correo electrónico | lbarreto1438@gmail.com |
| (6) Número seguro social Últimos 4 dígitos) | *****3187 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgó un aumento de $100.00, el cual NO fue cumplido. |

3

**III Caso: 17-BK - 03566-LTS**

## FORMULARIO DE RESPUESTAS

**Reclamación Num, 146722**      **Nombre:** Iván David Barreto Ortiz

| (1) Nombre completo | Iván David Barreto Ortiz |
|---|---|
| (2) Número de teléfono | Cel.(939) 280-4564 |
| (3) Número de empleado | 743443           número puesto C205995 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1973 hasta diciembre 2007 |
| (5) Correo electrónico | Ibarreto1438@gmail.com |
| (6) Número seguro social Últimos 4 dígitos) | *****3187 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Reclamación por la Ley 164 descuento injustificado de la aportación de Retiro |

4

14 de mayo 2012

Sra. Olga Lliteras
Directora III
Escuela Jesús T Piñero
Manatí, P. R. 00674

Distinguida Sra. Lliteras:

Saludos.

Por este medio le informo que por razones de enfermedad solicité los beneficios de retiro por la Ley 70 (PROGRAMA DE INCENTIVOS, RETIRO Y READIESTRAMIENTO). El pasado viernes, 11 de mayo 2012, recibí un e-mail del Departamento de Educación indicándome que para finalizar los procesos de retiro debo entregar, entre otros documentos, una carta de renuncia a mi puesto de Oficinista I, de su escuela en el Distrito Escolar de Manatí y una carta de aceptación a la renuncia.

Por los motivos antes expuestos, presento la renuncia a mi puesto como Oficinista I efectiva el próximo 31 de mayo 2012.

Le agradezco su colaboración. Sin otro particular quedo de usted,

Cordialmente,

Iván D. Barreto Ortiz
Oficinista I
Puesto número C 20595
Esc. Jesús T. Piñero
Manati, P.R.



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
ESCUELA INTERMEDIA JESÚS T. PIÑERO
P.O.BOX 506 MANATI, PUERTO RICO
TEL. (787) 854-2259 FAX (787) 854-2259

15 de mayo 2012

Sr. Iván D. Barreto Ortiz
Oficinista I
Escuela Jesús T. Piñero
Manati, P. R.

Estimado Sr. Barreto

Reciba un cordial saludo.

Sirva la presente para informarle que he recibido su carta de renuncia y acepto la misma efectiva al 31 de mayo del 2012.

Agradecida por su labor, le deseo éxito en sus futuras gestiones.

Sin otro particular,

Sra. Olga Lliteras
Directora III
Escuela Jesús T. Piñero
Manati, P. R.

# DEPARTAMENTO DE EDUCACION
## SECRETARIA AUXILIAR DE FINANZAS
## DIVISION DE DE NOMINAS

236.FALS.AAM

AREA DE FINANZAS

FECHA : 18 de diciembre de 2012

Oficina de Superintendente
Distrito Escolar : Manati

INCLUIMOS CHEQUE(S) DE Nominas Especiales A FAVOR DEL EMPLEADO (A) :

| NOMBRE | SEGURO SOCIAL | CONCEPTO | NUMERO DE CHEQUE(S) | CANTIDAD |
|---|---|---|---|---|
| Ivan D. Barreto Ortiz | Redacted | Ren. Incentivada | Redacted | $3,569.27 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

AIDA MEDINA CAMPOS
SUPERVISORA
SECCION DE CONTROL DE CHEQUE

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

S2010

IVAN D BARRETO ORTIZ
P.O. BOX 6554
MANATI PR 00674

SS: XXX-XX-3187

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/16/2012 |
| Hasta: | 12/31/2012 |

| | |
|---|---|
| # Empleado: | XXXXX3187 |
| Dept: | 8101117-ARECIBO-MANATI |
| Oficina: | JESUS T. PI ERO |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $1,601.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Head of Household |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

# Cheque: Redacted
Fecha: 11/21/2012

### HORAS E INGRESOS

| | Sueldo | ---- Corriente ---- Horas | Ingresos | ---- Acumulado ---- Horas | Ingresos |
|---|---|---|---|---|---|
| | | | 9,606.00 | | 9,606.00 |

Descripcion: Programa Renuncia Incentivada

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 139.29 | 139.29 |
| Fed OASDI/EE | 403.45 | 403.45 |

Total: 9,606.00   9,606.00    Total: 542.74   542.74

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 3,459.49 | 3,459.49 |
| DUM-Gob Dev Sueldo Cob Indebid | 1,828.15 | 1,828.15 |
| DUM-Cont S/Ingresos Adeudados | 206.35 | 206.35 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 163.30 | 163.30 |

Total: 0.00   0.00    Total: 5,493.99   5,493.99   * Tributable

### TOTALES

| | |
|---|---|
| Corriente: | 9,606.00 |
| Acumulado: | 9,606.00 |

| TOTAL IMPUESTOS | DEDUCCIONES TOTALES | GANE |
|---|---|---|
| 542.74 | 5,493.99 | 3,569.27 |
| 542.74 | 5,493.99 | 3,569.27 |

### PAGO HORAS

| ADM | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

INFORMACION PLANILLA
Cheq Redacted    3,569.27
Total:    3,569.27

MENSAJE:

| DEPT DE EDUCACION-CLASIFICADOS | | Grupo Pago: | SM -Quincenal | Aviso #: | 0515580 |
|---|---|---|---|---|---|
| Ave. Teniente Cesar Gonzalez  . Esquina Calaf | | Desde: | 09/16/2011 | Fecha Aviso: | 09/30/2011 |
| HATO REY, PR 00919 | | Hasta: | 09/30/2011 | | |

| IVAN D BARRETO ORTIZ | # Empleado: | XXXXX3187 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| P.O. BOX 6554 | Dept: | 8101045-Arecibo Manati | Estado Civil: | Single | Head of Household |
| MANATI, PR 00674 | Lugar: | Jose De Diego | Concesiones: | 0 | 1 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adel.: | | |
| SS: XXX-XX-3187 | Sueldo: | $1,601.00 Monthly | Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 9.852308 | 81.25 | 800.50 | 1,462.50 | 14,409.00 |
| Total: | | 81.25 | 800.50 | 1,462.50 | 14,409.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 11.61 | 208.93 |
| Fed OASDI/Disability - EE | 33.62 | 605.18 |
| Total: | 45.23 | 814.11 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 66.24 | 1,192.32 |
| Total: | 66.24 | 1,192.32 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Garnishments | 97.50 | 1,755.00 |
| AE-Asoc Emp ELA-Prest Regular | 77.89 | 1,402.02 |
| SM-First Medical Health Plan | 15.00 | 270.00 |
| DM-FONDOS UNIDOS | 1.00 | 18.00 |
| RC-Pres Pers Ret Cen-E Clasif | 93.84 | 1,689.12 |
| OS-UNION PASO/ SPT Y SPU | 12.74 | 229.32 |
| Ahorros-AEELA | 24.02 | 432.36 |
| Total: | 321.99 | 5,795.82 |

### DESEMBOLSOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 125.00 | 1,125.00 |
| GPR Plan de Retiro | 74.25 | 1,352.50 |
| FSED Disability Plan | 13.61 | 244.98 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED. | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 800.50 | 0.00 | 45.23 | 388.23 | 367.04 |
| Acumulado: | 14,409.00 | 0.00 | 814.11 | 6,988.14 | 6,606.75 |

| PTO HORAS | ACUM. |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #0515580 | 367.04 |
|---|---|
| Total: | 367.04 |

MENSAJE:

DEPT DE EDUCACION-CLASIFICADOS  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha  
09/30/2011

Aviso No.  
515580

Cant. Deposito: $367.04

A la  
Cuenta(s) De

IVAN D BARRETO ORTIZ  
P.O. BOX 6554  
MANATI, PR 00674

Localizacion: Jose De Diego

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | Redacted | $367.04 |
| Total: | | $367.04 |

## NO-NEGOCIABLE



Forma DE-14
Septiembre 2007

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE EDUCACION

## SOLICITUD DE AJUSTES Y LICENCIAS EN SISTEMA TAL

**Nombre:** Iván D. Barreto Ortiz  **ID Empleado:** 74344
**Región/Oficina:** Arecibo  **Escuela / Unidad:** Jesús T. Piñero
**Distrito/Programa/Dept:** Manatí  **Clasificación/Categoría:** Oficinista I

☐ Docente   ☒ No Docente   **Semana:** Del ___ al ___ de ___ de ___

**Autorización de ajustes:**

| FECHA | PONCHES EN HORAS Y MINUTOS ||||  CODIGO DE PAGO | JUSTIFICACIÓN |
|---|---|---|---|---|---|---|
| | ENTRADA | SALIDA | ENTRADA | SALIDA | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Licencia que solicita:**

| | | | | | |
|---|---|---|---|---|---|
| Vacaciones | | Deportiva y Cultural | | Médico Familiar (FMLA) | |
| Enfermedad | X | Militar | | Funeral | |
| Maternidad | | Renovación Lic Conducir | | Fondo del Seguro del Estado | |
| Paternidad | | Asambleísta | | Vacunación Hijos(as) | |
| Tiempo Compensatorio | | Cruz Roja | | Examen/Entrevistas Empleo | |
| Estudios o Adiestramientos | | Escolar | | Voluntarios Servicios Emergencia | |
| Judicial | | Otra: | | Sin Sueldo | X |
| Donar Sangre | | | | Razón: | |

**Desde:** 5 octubre 2011 AM/PM  **Hasta:** 31 diciembre 2011 AM/PM
Fecha y hora              Fecha y hora

Total de días y/u horas: _____

**Observaciones:** _____

_____  _____
Firma del Empleado             Fecha

**Recomendado:** SI ☒   NO ☐   **Aprobado:** SI ☐   NO ☐

_____  _____
Supervisor Inmediato         Secretario o Representante Autorizado

_____  _____
Puesto                      Puesto