26 agosto 2022

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

**Referencia: Caso núm. 17- BK – 03283 – LTS**
Reclamación caso Titulo III del SER del ELA de Puerto Rico
Reclamaciones que requieren respuestas:
- **Número129365** (Según Ley 89 del 1979, paso escala salariar firmada por el exgobernador Carlos Romero Barceló (conocido como El Romerazo)
- **Número 148901** (Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgo un aumento de $100.00, el cual NO fue cumplido)

**Referencia: Caso núm. 17- BK – 03566– LTS**

- **Número 131364** (reclamación por la Ley 164 descuento injustificado de la aportación de Retiro de maestro)

Saludos cordiales

Por este medio adjunto (ver los anejos incluidos) la evidencia solicitada para la Agencia responsable de procesar la información designada para la RAR y/o a quien pueda interesar:

Documentos complementarios que apoyan mis reclamos

- Empleada del Departamento de Educación por 35 años, desde agosto del 1972 hasta diciembre del 2007.
- Talonarios del salario de la pensión SRM
- Retirada del Departamento de Educación, efectivo a enero del 2008

Además, incluyo nuevamente el formulario de respuestas personales (enviado por correo electrónico a: PRACprocess@ra.kroll.com)

Espero ser considerada favorablemente en las reclamaciones antes presentadas. Estoy en la mejor disposición de contestar cualquier pregunta. Agradezco su atención al respecto. Sin otro particular quedo cordialmente,

*Emma Ortiz Negrón*
Emma M. Ortiz Negrón

RR02 Box 6554

Manatí, Puerto Rico 00674     Cel. (939) 278-2572        SS 8664 (últimos 4 dígitos)

2

# HOJA DE TRAMITE

26 agosto 2022

A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

De: Emma M. Ortiz Negrón *Emma Ortiz Negrón*

RR02 Box 6554

Manatí, Puerto Rico 00674

Cel. (939) 278-2572

Asunto: Evidencia solicitadas de:

**Referencias: Caso núm. 17- BK – 03283 – LTS**

- **Número 129365**
- **Número 148901**

**Referencia: Caso núm. 17- BK – 03566– LTS**

- **Número 131364**

Adjunto:

1. Carta de 3 páginas contestando lo requerido
2. Evidencia de que trabaje en el Departamento de Educación
3. Certificado de directora escuela elemental
4. Evidencia renuncia por años de servicios
5. Aceptación de renuncia
6. Documento informe de cambio que evidencia causa de cese.
7. Talonario del SRM
8. Convocatoria puesta para una plaza de Superintendente Auxiliar de Escuela III. La cual rechacé por estar retirada.

Recibido por: _____ Fecha_____

1