I Caso: 17-03283-LTS

## FORMULARIO DE RESPUESTAS

Reclamación No. 129365          Nombre: Emma M. Ortiz Negrón

| | |
|---|---|
| (1) Nombre completo | Emma M. Ortiz Negrón |
| (2) Número de teléfono | (939) 278- 2572  Res. (787) 854-8097 |
| (3) Número de empleado | Redacted   número de puesto R 01307 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1973 hasta diciembre 2007 |
| (5) Correo electrónico | emmaortiznegron@yahoo.com |
| (6) Número seguro social Últimos 4 dígitos) | 8664 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Según Ley 89 del 1979, paso escala salariar firmada por el exgobernador Carlos Romero Barceló (conocido como El Romerazo) no fue otorgada |

II Caso: 17-03283-LTS

## FORMULARIO DE RESPUESTAS

Reclamación No. 148901          Nombre: Emma M. Ortiz Negrón

| | |
|---|---|
| (1) Nombre completo | Emma M. Ortiz Negrón |
| (2) Número de teléfono | (939) 278- 2572  Res. (787) 854-8097 |
| (3) Número de empleado | Redacted   número de puesto R 01307 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1973 hasta diciembre 2007 |
| (5) Correo electrónico | emmaortiznegron@yahoo.com |
| (6) Número seguro social Últimos 4 dígitos) | 8664 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgo un aumento de $100.00, el cual NO fue cumplido. |

**III Caso: 17-BK - 03566-LTS**

## FORMULARIO DE RESPUESTAS

**Reclamación No.131364**         **Nombre: Emma M. Ortiz Negrón**

| (1) Nombre completo | Emma M. Ortiz Negrón |
|---|---|
| (2) Número de teléfono | (939) 278- 2572     Res. (787) 854-8097 |
| (3) Número de empleado | Redacted         número de puesto R 01307 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1973 hasta diciembre 2007 |
| (5) Correo electrónico | emmaortiznegron@yahoo.com |
| (6) Número seguro social Últimos 4 dígitos) | 8664 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Reclamación por la Ley 164 descuento injustificado de la aportación de Retiro de maestro |

4



# DEPARTAMENTO DE EDUCACIÓN
## Department of Education

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Commonwealth of Puerto Rico

## Certificado de Maestro
### Teacher's Certificate

**El Secretario de Educación por la presente confiere a**
*The Secretary of Education hereby issues to*

**EMMA ORTIZ NEGRON**

**el presente Certificado que lo faculta para ejercer como**
*this Certificate that entitles the holder to perform as*

**DIRECTOR(A) DE ESCUELA ELEMENTAL**
**ELEMENTARY SCHOOL PRINCIPAL**

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Desde August 09 2008 hasta until August de 20 12

Dado en San Juan, Puerto Rico, el de 20 07
*Given at San Juan, Puerto Rico on* October 24

Secretario de Educación
*Secretary of Education*

Número de Certificado: 921296    Certificate Number: 921296

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
REGIÓN EDUCATIVA DE ARECIBO

7 de diciembre de 2007

Sra. Emma Ortiz Negrón
Directora
Escuela José De Diego
Distrito Escolar de Manatí

Estimada señora Ortiz:

Por este medio estoy aceptando su renuncia por jubilación al puesto de Directora IV en la escuela José De Diego del Distrito Escolar de Manatí. La misma será efectiva el 31 de diciembre de 2007.

Le felicito por la excelente labor realizada en pro de nuestra niñez. Le deseo todo el éxito y salud en sus nuevas encomiendas.

Cordialmente,

Migdalia Marichal López
Directora Regional

BUZÓN 210-B CENTRO GUBERNAMENTAL ARECIBO, PUERTO RICO 00612 TEL 878-0556, FAX (787) 878-1722



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

## HOJA DE TRÁMITE

11 de marzo de 2008

## SISTEMA DE RETIRO PARA MAESTROS

Matilde Pedraza Leduc
Supervisora
Unidad de Jubilaciones del Personal Docente

## DOCUMENTOS DE VARIOS MAESTROS

| Nombre | Seguro Social | Distrito | Documentos |
|---|---|---|---|
| 1. Emma Ortiz Negrón | Redacted | Manatí | SRM-4 copia 409 |

Recibido por: _____
Fecha: _____

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. 759-2000, EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Estado Libre Asociado de Puerto Rico
Sistema de Retiro para Maestros
Área de Servicios de Retiro

## CERTIFICACION SOBRE ACEPTACION DE RENUNCIA

CERTIFICO que el participante, cuyo nombre e información se indican a continuación, presentó su renuncia y la misma ha sido aceptada en la fecha abajo señalada.

| Nombre | | Seguro Social |
|---|---|---|
| EMMA ORTIZ NEGRON | | Redacted |
| Número de Empleado | Categoría: | Pueblo: |
| | DIR. ESCUELA ELEMENTAL IV | MANATI |
| Fecha último día Trabajado | Fecha último día Pago | Fecha de Renuncia: |
| 20 DE DICIEMBRE DE 2007 | 31 DE DICIEMBRE DE 2007 | 31 DE DICIEMBRE DE 2007 |
| Sueldo Actual: | | Fecha de Nacimiento: |
| $3,370.00 | | 05 DE ENERO DE 1952 |

Dada en: HATO REY , Puerto Rico el día 11 DE MARZO DE 2008

Certifico Correcto,

*(signature)*

Matilde Pedraza Leduc, Supervisora
Unidad de Jubilaciones de Personal Docente
Departamento de Educación

**IMPORTANTE**

El Sistema no ordenará pago alguno hasta tanto se haya recibido la aceptación de renuncia.

### PARA USO DEL DEPARTAMENTO DE EDUCACION O AGENCIA

Se acoge al beneficio de la ley 37 del 25 de Mayo de 1972.

Pago global de _____ días de vacaciones regulares y _____ días de licencia por enfermedad acumuladas hasta _____ .

De _____ hasta _____

DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Cambios - Personal Docente

| Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | ORTIZ NEGRON, EMMA | JUNTA RETIRO PARA MAESTRO |
| 2. Seguro Social | Redacted | ASOCIACION DE EMPLEADOS |
| 3. Lugar y Fecha de Nacimiento | MANATI - 01/05/1952 | |
| 4. Sexo | FEMENINO | |
| 5. Estado Civil | CASA | |
| 6. Preparación Académica | MANATI - 01/05/1952 | |
| 7. Experiencia | 34 | |
| 8. Status | PERMANENTE | |
| 9. Sueldo Bruto | $3,270.00 | |
| 10. Número de Puesto | R01307 | |
| 11. Categoría de Puesto | DIRECTOR ESCUELA ELEMENTAL IV | |
| 12. Nivel de Puesto Directivo | | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E-1110-11100-0810000-1008-00100 | |
| 15. Fecha de Efectividad | 31 DICIEMBRE DE 2007 | |
| 16. Acción y Duración | RENUNCIA | |
| 17. Causa de Cese | JUBILACION EDAD Y AÑOS DE SERVICIOS | |
| 18. Ultimo Día de Trabajo | 20 DE DICIEMBRE DE 2007 | |
| 19. Ultimo Día de Pago | 27 junio/08 | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Escuela | JOSE DE DIEGO | |
| 23. Distrito Escolar | MANATI | |
| 24. Dirección Postal y Residencial | | Teléfono: |

26. Observaciones  PAGO GLOBAL DE LIC. POR VACIONES REG. DESDE 2 ENERO/08 HASTA 19 FEBRERO/08 A LAS 9:32 a.m (30 DIA 1 HORA 32 MIN).

PAGO GLOBAL POR ENF. DESDE 19 FEBRERO/08 A LAS 9:32 a.m. HASTA 27 JUNIO/08 A LAS 9:32 a.m. (90 días)    EXCESOS: ENF/07 11 dias 4 horas 30 min.

| 27. En caso de cambio de "status" a probatorio o permanente, traslado, reasignacion permanente, reubicacion o descenso. | 29. Deseo: ___Acogerme    ___No Acogerme  Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatoriao o permanente. |
|---|---|
| Firma del Empleado            Fecha | Firma del Empleado            Fecha |
| 28. Recomendado | 30. Recomendado |
| Director de Escuela            Fecha | Director de Escuela            Fecha |

31. Aprobado: Por el Secretario o su Representante

Firma            DIRECTORA REGIONAL            Fecha

Preparado por y Fecha:    Maritza Núñez Santiago            10/12/2007

**Estado Libre Asociado de Puerto Rico**
081 - DEPT DE EDUCACION-CLASIFICADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/01/2008 |
| Hasta: | 02/15/2008 |

# Cheque: Redacted
Fecha: 02/14/2008

EMMA ORTIZ NEGRON
RR 02 BOX 6554
MANATI PR 00674

SS:

| | |
|---|---|
| # Empleado: | 583448664 |
| Dept: | 8101045-Arecibo Manati |
| Oficina: | Jose De Diego |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,370.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,685.00 | 255.00 | 5,005.00 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 130.00 | 388.67 |

| Total: | | | 1,685.00 | 255.00 | 5,055.00 | Total: | 130.00 | 388.67 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 151.65 | 454.95 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 237.42 | 712.26 |
| AE-Asoc Emp ELA-Prest Regular | 97.27 | 291.81 |
| SM-First Medical Health Plan | 90.00 | 270.00 |
| SC-AMER FAM LIFE ASS CO | 11.45 | 34.35 |
| AS-ORG NACIONAL DIREC ESCUELA | 50 | 30.00 |
| GPR Plan de Ahorros | 50.55 | 151.65 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 143.23 | 429.69 |
| FSED Disability Plan | 28.65 | 85.95 |
| SM-First Medical Health Plan | 0.00 | 100.00 |

| Total: | 151.65 | 454.95 | Total: | 496.69 | 1,490.07 |

* Tributable

## TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | | | |
|---|---|---|---|
| Corriente: | 1,685.00 | 130.00 | 648.34 | 906.66 |
| Acumulado: | 5,055.00 | 388.67 | 1,945.02 | 2,721.31 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque | 906.66 |
| Total: | 906.66 |

## EST. HORAS ACUM.

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2022 |
| Hasta: | 03/31/2022 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 0140085 |
| Fecha Aviso: | 03/30/2022 |

EMMA ORTIZ NEGRON
RR 2 BOX 6554
MANATI, PR 00674

SS: XXX-XX-8664

| | |
|---|---|
| # Empleado: | XXXXX8664 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $2,452.50 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39÷99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,226.25 | 480.00 | 7,357.50 |
| **Total:** | | | 1,226.25 | 480.00 | 7,357.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 6.00 |
| **Total:** | 1.00 | 6.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 300.00 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,226.25 | 0.00 | 1.00 | 1,225.25 |
| Acumulado: | 7,357.50 | 0.00 | 6.00 | 7,351.50 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| ÷ Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0140085 | 1,225.25 |
| Total: | 1,225.25 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/30/2022

Aviso No.
0140085

Cant. Deposito: $1,225.25

TRAY 33 SEQ 8290 ************AUTO**SCH 5-DIGIT 00617 8290 1 AV 0.426
EMMA ORTIZ NEGRON
RR 2 BOX 6554
MANATI PR 00674-9619

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Cant. Deposito |
|---|---|
| Checking  **Redacted** | $1,225.25 |
| Total: | $1,225.25 |

**NO-NEGOCIABLE**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
REGIÓN EDUCATIVA DE ARECIBO

10 de marzo de 2008

Sra. Emma Ortiz Negrón
RR 2 Box. 6554
Manatí, PR 00674

Estimada señor(a) Ortiz:

Deseo comunicarle que se llevará a cabo la entrevista para la plaza de **Superintendente Auxiliar de Escuelas III**, Puesto Número **R00254** del Distrito Escolar de Manatí.

Su nombre aparece en la certificación de candidatos elegibles que se nos entregó. De estar interesado en ocupar dicho puesto, favor de presentarse el **Viernes, 28 de marzo de 2008 a las 9:00 am** en la Región Educativa de Arecibo ubicada en el Centro Gubernamental Edificio B Buzón 210-B en Arecibo.

De no estar interesado favor notificarlo por escrito.

Atentamente,

Migdalid Marichal López
Directora Regional

*[Handwritten note:]* 3 abril 2008 No comparecí porque ya estaba retirada. Emma Ortiz Negrón Esc. José De Diego

BUZON 210-B CENTRO GUBERNAMENTAL ARECIBO, PUERTO RICO 00612 TEL. 878-0556, FAX (787) 878-1722

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.