Emma M. Ortiz Negrón
RR02 Box 6554
Manatí, Puerto Rico 00674




U.S. POSTAGE PAID
FCM LG ENV
MANATI, PR
00674
AUG 27, 22
AMOUNT
$1.68
1000   00918   R2305K134648   -45

2022 AUG 29 PM 5:07

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767