26 AGOSTO 2022

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

> I Referencia: Caso núm. 17- BK – 03283 – LTS
> - Número 120803 (Según Ley 89 del 1979, paso escala salariar firmada por el exgobernador Carlos Romero Barceló (conocido como El Romerazo)
>
> II Referencia: Caso núm. 17- BK – 03566– LTS
> - Reclamación número 121647 (Ley 164-16471 Descuento injustificado de la aportación de Retiro de Maestro)
> - Reclamación número 138080 (Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgo un aumento de $100.00, el cual NO fue cumplido)

Saludos

Por este medio adjunto (ver los anejos incluidos) la evidencia solicitada para la Agencia responsable de procesar la información designada para la RAR y/o a quien pueda interesar:

Documentos complementarios que apoyan mis reclamos

- Empleada del Departamento de Educación por 30 años, desde agosto del 1970 hasta diciembre del 2001.
- Talonarios del salario de la pensión SRM
- Retirada del Departamento de Educación, efectivo a enero del 2001

Además, incluyo los formularios de respuestas personales (enviado por correo electrónico a: PRACprocess@ra.kroll.com)

Espero se considerada favorablemente en las reclamaciones presentadas anteriormente. Estoy en la mejor disposición de contestar cualquier pregunta. Agradezco su atención al respecto. Sin otro particular quedo cordialmente,

María Barreto Feliciano

Urb. Jardines de Vega Baja

Calle Jardín de Orquídeas #77

Vega Baja, P. R. 00693

2

## HOJA DE TRAMITE

26 agosto 2022

A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

De: María Barreto Feliciano

Urbanización Jardines de Vega Baja

Calle Jardín de Orquídeas #77

Vega Baja, P. R. 00693

Asunto: Evidencia solicitadas de:

**Referencia: Caso núm. 17- BK – 03283 – LTS**

- **Número 120803**

**Referencia: Caso núm. 17- BK – 03566– LTS**

- **Número 121647**
- **Numero 138080**

Adjunto:

1. Carta de 3 páginas contestando lo requerido
2. Evidencia de que trabaje en el Departamento de Educación
3. Evidencia renuncia por años de servicios
4. Aceptación de renuncia
5. Documento informe de cambio que evidencia causa de cese.
6. Talonario del SRM
7. Recibido por:

_____Fecha_____

1