Cel. (787) 549-6034   Tel. Res. (787) 807-8531

**I Caso: 17-03283-LTS**

## FORMULARIO DE RESPUESTAS

**Reclamación No. 120803**         Nombre: María Barreto Feliciano

| (1) Nombre completo | María Barreto Feliciano |
|---|---|
| (2) Número de teléfono | Cel. (787) 549-6034   Tel. Res. (787) 807-8531 |
| (3) Número de empleado | 583449296 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1970 hasta diciembre 2001 |
| (5) Correo electrónico | barretofelicianomaría@gmail.com |
| (6) Número seguro social Últimos 4 dígitos) | 9296 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Según Ley 89 del 1979, paso escala salariar firmada por el exgobernador Carlos Romero Barceló (conocido como El Romerazo) no fue otorgada |

**II Caso: 17-03566-LTS**

## FORMULARIO DE RESPUESTAS

**Reclamación No. 138080**         Nombre: María Barreto Feliciano

| (1) Nombre completo | María Barreto Feliciano |
|---|---|
| (2) Número de teléfono | Cel. (787) 549-6034   Tel. Res. (787) 807-8531 |
| (3) Número de empleado | 583449296 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1970 hasta diciembre 2001 |
| (5) Correo electrónico | barretofelicianomaría@gmail.com |
| (6) Número seguro social Últimos 4 dígitos) | 9296 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene | Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgo un aumento de $100.00, el cual NO fue cumplido. |

3

| | |
|---|---|
| derecho al beneficio reclamado | |

### III Caso: 17-BK - 03566-LTS

## FORMULARIO DE RESPUESTAS

**Reclamación No.121647**   Nombre: María Barreto Feliciano

| | | |
|---|---|---|
| (1) | Nombre completo | María Barreto Feliciano |
| (2) | Número de teléfono | María Barreto Feliciano |
| (3) | Número de empleado | 583449296 |
| (4) | Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1970 hasta diciembre 2001 |
| (5) | Correo electrónico | barretofelicianomaría@gmail.com |
| (6) | Número seguro social Últimos 4 dígitos) | 9296 |
| (7) | Número de caso administrativo o judicial si aplica | |
| (8) | Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Reclamación por la Ley 164 descuento injustificado de la aportación de Retiro de maestro |

4

# JRM

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Junta de Retiro para Maestros
P O Box 191879
San Juan, P. R. 00919-1879
Teléfono (787) 754-8611

11 de marzo del 2002

PROF: MARIA BARRETO FELICIANO
URB. JARDINES
Q 3 CALLE V
VEGA BAJA P R 00693

Redacted                    CASO: 2874

Estimado(a) profesor (a) Barreto:

Nos referimos a su solicitud de **Retiro Temprano Ley 44** la cual ha sido aprobada. Su retiro será efectivo el **28 de julio de 2001** y recibirá una renta mensual de **$1,397.07**.

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión, determinada cantidad para pagar compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

**CERTIFICO CORRECTO**                 Cordialmente,

Gloria E. Navas Pérez                  Irma A. Giménez López
Directora                              Secretaria Ejecutiva
Area Servicios de Retiro

Anexo
lp

"Sirviéndole a la Clase Magisterial Puertorriqueña"

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

MARIA BARRETO FELICIANO
URB JARD DE VEGA BAJA
77 JARDIN DE ORQUIDEAS
VEGA BAJA, PR 00693
SS: XXX-XX-9296

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 03/16/2022 |
| Hasta: | 03/31/2022 |
| # Empleado: | XXXXX9296 |
| Dept: | 592110-Por Merito Ley 44 |
| Lugar: | PENSIONADOS LEY 44 02700 |
| Título: | Pensionado |
| Sueldo: | $1,438.98 Monthly |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 0132395 |
| Fecha Aviso: | 03/30/2022 |
| DATA IMP: | Federal PR |
| Estado Civil: | Married Married |
| Concesiones: | 0 39+99 |
| Pct. Adcl.: | |
| Cant. Adcl.: | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | 8.855262 | 81.25 | 719.49 | 487.50 | 4,316.94 |
| **Total:** | | 81.25 | 719.49 | 487.50 | 4,316.94 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-MULTINATIONAL LIFE INS. | 5.95 | 47.96 |
| **Total:** | 5.95 | 47.96 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 300.00 |

\* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | | Acumulado |
|---|---|---|---|
| Total Bruto Corriente: | 719.49 | Acumulado: | 4,316.94 |
| Total Impuestos: | 0.00 | | 0.00 |
| Deducciones Totales: | 5.95 | | 47.96 |
| Paga Neta: | 713.54 | | 4,268.98 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0132395 | 713.54 |
| Total: | 713.54 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 03/30/2022

Aviso No. 0132395

Cant. Deposito: $713.54

TRAY 44 SEQ 11115 **********AUTO**SCH 5-DIGIT 00646 11115 1 AV 0.426
MARIA BARRETO FELICIANO
JARD DE VEGA BAJA
77 JARDIN DE ORQUIDEAS
VEGA BAJA PR 00693-3942

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | Redacted | $713.54 |
| Total: | | $713.54 |

**NO-NEGOCIABLE**