María Barreto Feliciano
Urbanización Jardines de Vega Baja
Calle Jardín de Orquídeas #77
Vega Baja, P. R. 00693

RECEIVED
2022 AUG 29 PM 5:06
US CLERK'S OFFICE




U.S. POSTAGE PAID
FCM LG ENV
MANATI, PR
00674
AUG 27, 22
AMOUNT
$1.44
R2305K134648

1000    00918

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767