26 agosto 2022

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

Referencia: Caso núm. 17- BK – 03283 – LTS
Reclamación caso Titulo III del SER del ELA de Puerto Rico Reclamaciones que requieren respuestas:
Reclamaciones que requieren respuestas:

- **Número 165614** (Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgo un aumento de $100.00, el cual NO fue cumplido)

Saludos cordiales

Por este medio adjunto (ver los anejos incluidos) las evidencias solicitadas para la Agencia responsable de procesar la información designada para la RAR y/o a quien pueda interesar:

Documentos complementarios que apoyan mis reclamos

- Empleado del Departamento de Educación desde agosto del 1998 hasta julio del 2018
- Talonarios del salario de la pensión SRM
- Renuncia por transición voluntarias del Departamento de Educación, efectivo a julio del 2018

Además, incluyo los formularios de respuestas personal de la reclamación.

Espero ser considerado favorablemente en las reclamaciones presentadas anteriormente. Estoy en la mejor disposición de contestar cualquier pregunta. Agradezco su atención al respecto. Sin otro particular quedo cordialmente,

Juan Luis Vega Negrón

RR 02 Box 6554

Manatí, P.R. 00674

Cel. (787) 904-6034        SS   *****2880

2

# HOJA DE TRAMITE

26 agosto 2022

A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

De: Juan Luis Vega Negrón

RR 02 Box 6554

Manatí, P.R. 00674-9641

Asunto: Evidencia solicitadas de:

Referencia: Caso núm. 17- BK – 03283 – LTS

- Número 165614   Ley 96

Adjunto:

1. Carta de 2 páginas contestando lo requerido
2. Evidencias de que trabaje en el Departamento de Educación
    a. Informe de cambio de La secretaria Auxiliar Recursos Humano
    b. Certificación de renuncia por transición voluntaria
    c. Talonario de pago SRM

Recibido por: _____ Fecha_____ 22

1