I Caso: 17-03283-LTS

## FORMULARIO DE RESPUESTAS

Reclamación No. 165614      Nombre: Juan Luis Vega Negrón

| | |
|---|---|
| (1) Nombre completo | Juan Luis Vega Negrón |
| (2) Número de teléfono | (787) 904-6034 |
| (3) Número de empleado | 71802    puesto núm. R50026 |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1998 hasta julio 2018 |
| (5) Correo electrónico | veganegron@gmail.com |
| (6) Número seguro social Últimos 4 dígitos) | 2880 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgo un aumento de $100.00, el cual NO fue cumplido. |

3



## GOBIERNO DE PUERTO RICO
### DEPARTAMENTO DE EDUCACIÓN

### SECRETARÍA AUXILIAR RECURSOS HUMANOS
### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | VEGA NEGRON, JUAN L | |
| 2. Número de Seguro Social | Redacted | |
| 3. Lugar de Nacimiento | ARECIBO | |
| 4. Fecha de Nacimiento | 11/ENERO/1974 | |
| 5. Sexo | M | |
| 6. Estado Civil | CASADO | |
| 7. Preparación Académica | BA | |
| 8. Experiencia | 20.0.0.0 | |
| 9. Estatus del Empleado | REGULAR | |
| 10. Sueldo Bruto | $2,655.00 | |
| 11. Número de Puesto | R50026 | |
| 12. Categoría del Puesto | MA. EDUC. SEC (QUIMICA) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | E1110-221-10702-01F-2018-SCHOOLWIDE18A-10702-01F-1110 | |
| 15. Fecha de Efectividad | 1/AGOSTO/2018 | |
| 16. Acción | TERMINACION | |
| 17. Duración | | |
| 18. Causa del Cese | INCENTIVO DEL PTV2 DE 12 MESES DE SUELDO | |
| 19. Último día de Trabajo | 8/6/2018 3:00:00 PM | |
| 20. Último día de Pago | 7/27/2018 3:00:00 PM | |
| 21. Prog Esc, Nivel/Grado | | |
| 22. Distrito Escolar | MANATI | |
| 23. Escuela | FERNANDO SURIA CHAVES (SIGLO 21) | |

Dirección Postal: RR 02 BOX 6654 PUGNADO MANATI PUERTO RICO 00674  (787) 904-6034

26. Observaciones:

27. Preparado por:  FECHA: 8/7/2018 12:00:00 AM
28. Verificado por: RECURSOS HUMANOS - DE  FECHA: 8/7/2018 12:00:00 AM
29. Aprobado por: Pablo G. Muñiz Reyes  FECHA: 8/7/2018 7:41:07 AM
Secretario de Educación o su representante



# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

ATT: SRM

23 de julio de 2019

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | JUAN L. VEGA NEGRON |
| Seguro Social | : | Redacted |
| Categoría | : | MA. EDUC. SEC (CIENCIA GENERAL) |
| Distrito Escolar | : | MANATI |
| Sueldo Mensual | : | $2,655.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 1 de agosto de 2018 |
| Otros | : | |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**Gobierno de Puerto Rico**
080 - Dept. de Educacion - Maestros

| Grupo de Pago: | SM - Quincenal |
| --- | --- |
| Desde: | 06/28/2019 |
| Hasta: | 06/28/2019 |

| # Cheque: | Redacted |
| --- | --- |
| Fecha: | 06/28/2019 |

JUAN L VEGA NEGRON
PUGNADO
RR 02 BOX 6554
MANATI PR 00674
SS: XXX-XX-2880

| # Empleado: | XXXXX2880 |
| --- | --- |
| Dept: | 8001117-ARECIBO-MANATI |
| Oficina: | FERNANDO SURIA CHAVES |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,655.00 Monthly |

| DATA IMP. | Federal | PR |
| --- | --- | --- |
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 3 |
| Cant. Adcl.: | | |

### INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
| --- | --- | --- | --- | --- | --- |
| Programa Transicion Voluntaria | | | 2,655.00 | | 18,585.00 |
| **Total:** | | | **2,655.00** | | **18,585.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Fed MED/EE | 38.49 | 269.48 |
| **Total:** | **38.49** | **269.48** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| AE-Asoc Emp ELA-Prest Regular | 284.12 | 1,988.84 |
| **Total:** | **284.12** | **1,988.84** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |

* Tributable

### TOTALES

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| --- | --- | --- | --- | --- |
| Corriente: | 2,655.00 | 38.49 | 284.12 | 2,332.39 |
| Acumulado: | 18,585.00 | 269.48 | 1,988.84 | 17,026.68 |

### DISTRIBUCION PAGA NETA

| | | |
| --- | --- | --- |
| Chequ Redacted | | 2,332.39 |
| Total: | | 2,332.39 |

### LICENCIAS

| | Vacaciones | Enfermedad | Tiempo Comp. |
| --- | --- | --- | --- |
| | Horas | Horas | Horas |
| Balance Previo: | 0.00 | 0.00 | 0.00 |
| + Acumulado: | 0.00 | 0.00 | 0.00 |
| - Utilizado: | 0.00 | 0.00 | 0.00 |
| Balance Final: | 0.00 | 0.00 | 0.00 |

Los balances de licencias corresponden al periodo de:

MENSAJE: 'Aprovecha las Oportunidades de Movilidad visita la www.OATRH.PR.GOV'