26 agosto 2022

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

**Referencia: Caso núm. 17- BK – 03283 – LTS**
Reclamación caso Titulo III del SER del ELA de Puerto Rico
Reclamaciones que requieren respuestas:
- **Número143576** (Según Ley 89 del 1979, paso escala salariar firmada por el exgobernador Carlos Romero Barceló (conocido como El Romerazo)
- **Número 149271** (Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgo un aumento de $100.00, el cual NO fue cumplido)

Saludos cordiales

Por este medio adjunto (ver los anejos incluidos) las evidencias solicitadas para la Agencia responsable de procesar la información designada para la RAR y/o a quien pueda interesar:

Documentos complementarios que apoyan mis reclamos

- Empleado del Departamento de Educación desde agosto del 1974 hasta enero del 2009.
- Talonarios del salario de la pensión SRM
- Retirado del Departamento de Educación, efectivo a enero del 2009

Además, incluyo el formulario de respuestas personales por cada reclamación (enviado por correo electrónico a: PRACprocess@ra.kroll.com)

Espero ser considerado favorablemente en las reclamaciones presentadas anteriormente. Estoy en la mejor disposición de contestar cualquier pregunta. Agradezco su atención al respecto. Sin otro particular quedo cordialmente,

*Juan Luis Vega Vega*

Juan Luis Vega Vega

RR 03 Box 8851

Manatí, P.R. 00674

Cel. (787)218-0165          Res. (787) 854-4982     *****21

2

## HOJA DE TRAMITE

26 agosto 2022

A: Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767

De: Juan Luis Vega Vega

RR 03 Box 8851

Manatí, P.R. 00674-9641

Asunto: Evidencia solicitadas de:

**Referencia: Caso núm. 17- BK – 03283 – LTS**

- **Número143576**
- **Número 149271**

Adjunto:

1. Carta de 2 páginas contestando lo requerido
2. Evidencia de que trabaje en el Departamento de Educación
    a. Carta de Retiro
    b. Talonario de pago SRM

Recibido por: _____ Fecha_____

1