I Caso: 17-03283-LTS

**FORMULARIO DE RESPUESTAS**

Reclamación No. 143576    Nombre: Juan Luis Vega Vega

| (1) Nombre completo | Juan Luis Vega Vega |
|---|---|
| (2) Número de teléfono | (787) 218-0165   Res. (787) 854-4982 |
| (3) Número de empleado | Redacted |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1974 hasta enero 2009 |
| (5) Correo electrónico | vegavegajuanl@hotmail |
| (6) Número seguro social Últimos 4 dígitos) | 2162 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Según Ley 89 del 1979, paso escala salariar firmada por el exgobernador Carlos Romero Barceló (conocido como El Romerazo) no fue otorgada |

II Caso: 17-03283-LTS

**FORMULARIO DE RESPUESTAS**

Reclamación No. 149271    Nombre: Juan Luis Vega Vega

| (1) Nombre completo | Juan Luis Vega Vega |
|---|---|
| (2) Número de teléfono | (939) 278- 2572   Res. (787) 854-8097 |
| (3) Número de empleado | Redacted |
| (4) Agencia para la cual trabajó y fecha | Departamento Educación del ELA Puerto Rico Desde agosto 1974 hasta enero 2009 |
| (5) Correo electrónico | vegavegajuanl@hotmail |
| (6) Número seguro social Últimos 4 dígitos) | 2162 |
| (7) Número de caso administrativo o judicial si aplica | |
| (8) Describa en detalles la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado | Según Ley 96 del 2002 donde la exgobernadora Sila María Calderón otorgo un aumento de $100.00, el cual NO fue cumplido. |

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/16/2022 |
| Hasta: | 02/28/2022 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 9326797 |
| Fecha Aviso: | 02/25/2022 |

JUAN VEGA VEGA
RR 3 BOX 8851
MANATI, PR 00674
SS: XXX-XX-2162

| | |
|---|---|
| # Empleado: | XXXXX2162 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,923.15 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 961.58 | 307.50 | 3,846.32 |
| **Total:** | | | 961.58 | 307.50 | 3,846.32 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-ASOC PENSIONADOS | 1.00 | 4.00 |
| **Total:** | 1.00 | 4.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MMM LEY 117 | 100.00 | 200.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 961.58 |
| Acumulado: | 3,846.32 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 1.00 |
| | 4.00 |

### PAGA NETA

| | |
|---|---|
| | 960.58 |
| | 3,842.32 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9326797 | 960.58 |
| Total: | 960.58 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
02/25/2022

Aviso No.
9326797

Cant. Deposito: $960.58

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | Redacted | $960.58 |
| Total: | | $960.58 |

TRAY 33 SEQ 8294 ***********AUTO**SCH 5-DIGIT 00617 8294 1 AV 0.426
JUAN VEGA VEGA
RR 3 BOX 8851
MANATI PR 00674-9641

## NO-NEGOCIABLE