Juan Luis Vega Vega
RR 03 Box 8851
Manatí, P.R. 00674-9641




U.S. POSTAGE PAID
FCM LG ENV
MANATI, PR
00674
AUG 27, 22
AMOUNT
$1.44
R2305K134648

Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan Puerto Rico 00918-1767