# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## MOTION REQUESTING RECONSIDERATION OF *"ORDER GRANTING O'NEILL & BORGES LLC'S MOTION TO STRIKE INFORMATIVE MOTION FILED BY CARLOS LAMOUTTE"* ISSUED ON AUGUST 30, 2022
### DOCKET ENTRY NO. 21,970

**To the Honorable United States District Court Judge Laura Taylor Swain:**

Movant Carlos Lamoutte ("Movant"), appearing *pro se*, hereby respectfully submits this motion requesting the reconsideration of the Order issued by the Court on even date herewith, Docket Entry No. 21,970 (the "August 30 Order"). In connection therewith, Movant respectfully states and prays as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

1

1. The August 30 Order issued by the Court did not take into account a motion filed by Movant at the Office of the Clerk of the Court at 9:00 a.m. yesterday, August 29, 2022, a true and exact stamped copy of which is attached hereto and made to form an integral part hereof (the "9:00 a.m. August 29 Motion").

2. The Court issued the August 30 Order before the Clerk of the Court uploaded the 9:00 a.m. August 29 Motion to the Court's electronic docketing system.

3. Movant's 9:00 a.m. August 29 Motion sets forth ten reasons for which the informative motion filed by Movant on August 16, 2022, Docket Entry No. 20,873 (the "Informative Motion") should not be stricken from the court record, including, but not limited to, the submission of additional allegations not known – and therefore not addressed to the Court – at the time of filing of motions that precede the Informative Motion, all of which are pertinent to the adjudication of the instant matter.

**WHEREFORE**, Movant hereby petitions the Court to reconsider the August 30 Order following its evaluation of the 9 a.m. August 29 Motion.

Dated: August 30, 2022
San Juan, Puerto Rico

Respectfully submitted,

_____
Carlos Lamoutte, *pro se*
87 De Diego
Villas de San Francisco Plaza II
Suite 215
San Juan, Puerto Rico 00927
787-688-6036
cl@carloslamoutte.com

2

## Certificate of Service

I hereby certify that, on this date, I filed the foregoing with the Clerk of the Court, in person, who will send notifications of such filing to all CM/ECF participants in this matter.

In San Juan, Puerto Rico, this 30th day of August 2022.

_____
Carlos Lamoutte, *pro se*
87 De Diego
Villas de San Francisco Plaza II
Suite 215
San Juan, Puerto Rico 00927
787-688-6036
cl@carloslamoutte.com

3