

# DEPARTAMENTO DE EDUCACION
## Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

**ATT: Sistema Retiro para Maestros**

13 de septiembre de 2016

# CERTIFICACION

| | |
|---|---|
| Certifico que | : CARMEN M. RAMOS HERNANDEZ |
| Seguro Social | : ___-__-8883 |
| Categoría | : MA. INGLES NIVEL ELEMENTAL (K-6) |
| Distrito Escolar | : BAYAMON II |
| Sueldo Mensual | : $3,392.50 |
| Status | : PERMANENTE |
| Observaciones | : |
| Trabaja | : N/A |
| Cesó | : N/A |
| Renunció | : Efectivo el 9 de septiembre de 2016 |
| Otros | : Ha prestado servicios para esta Agencia por 20 años y 3 meses. |

Carmen N. Correa Candelario
Directora Interina
Servicio al Empleado

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-6174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# Instrucciones para la Evidencia de reclamación

Tribunal de Quiebras de los Estados Unidos

12/15

Estas instrucciones y definiciones explican la ley de forma general. En ciertas circunstancias, tales como casos de quiebra que los deudores no presentan de forma voluntaria, se pueden aplicar excepciones a estas normas generales. Debe considerar la posibilidad de obtener el asesoramiento de un abogado, en especial si no conoce el proceso de quiebra y las reglamentaciones de privacidad.

## Cómo completar este formulario

- Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

- Complete el título en la parte superior del formulario.

- Si la reclamación se ha adquirido de otra persona, indique la identidad de la última parte que fue propietaria de la reclamación o fue titular de la reclamación y que la transfirió a usted antes de que se presente la reclamación inicial.

- Adjunte cualquier documento de respaldo a este formulario.

   Adjunte copias editadas de cualquier documento que demuestre que la deuda existe, que un gravamen garantiza la deuda, o ambos. (Ver la definición de *edición* en la siguiente página).

   También adjunte copias editadas de cualquier documento que demuestre el perfeccionamiento de un derecho de garantía o cualquier cesión o transferencia de la deuda. Además de los documentos, puede agregarse un resumen. Norma federal del procedimiento de quiebra (denominada "Norma de quiebra") 3001(c) y (d).

- No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de examinarlos.

- Si la reclamación se basa en la prestación de bienes o servicios de atención médica, no divulgue información de atención médica confidencial. Omita o edite la información confidencial tanto en la reclamación como en los documentos adjuntos.

- El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo el año de la fecha de nacimiento de una persona. Ver la Norma de quiebra 9037.

- En el caso de un menor, complete solamente las iniciales del menor y el nombre completo y la dirección del padre o madre o el tutor del menor. Por ejemplo, escriba *A.B., un menor (John Doe, padre, calle 123, ciudad, estado)*. Ver la Norma de quiebra 9037.

## Confirmación de que se ha presentado la reclamación

Para recibir una confirmación de que se ha presentado la reclamación, puede adjuntar un sobre autodirigido y estampillado y una copia de este formulario o comunicarse con el representante de reclamaciones y notificaciones al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), o por correo electrónico a puertoricoinfo@primeclerk.com. Para ver una lista de las reclamaciones presentadas en los casos del Título III, visite el sitio web del representante de reclamaciones y notificaciones en https://cases.primeclerk.com/puertorico.

## Comprenda los términos utilizados en este formulario

**Gastos administrativos:** En términos generales, gastos que se generan luego de presentar un caso de quiebra en relación con el manejo, la liquidación o la distribución del patrimonio de la quiebra.
Título 11 § 503 del Código de los Estados Unidos (U.S.C.).

**Reclamación:** El derecho de un acreedor a recibir un pago por una deuda del deudor a la fecha en la que el deudor solicitó la quiebra. Título 11 §101 (5) del U.S.C. Una reclamación puede estar garantizada o no garantizada.

**Reclamación de conformidad con el Título 11 § 503(b)(9) del U.S.C.:** Una reclamación que surge del valor de cualquier bien recibido por el Deudor dentro de los 20 días anterioresa la fecha en la que se presentó el caso, en el que los bienes se han vendido al Deudor en el transcurso normal de los negocios del Deudor. Adjunte la documentación que respalde dicha reclamación.

**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió. Título 11 § 101 (13) del U.S.C.

Formulario
Form 499R-2/W-2PR
Rev. 03.16

222

ESTADO LIBRE ASOCIADO DE PUERTO RICO – COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA – DEPARTMENT OF THE TREASURY
**COMPROBANTE DE RETENCIÓN – WITHHOLDING STATEMENT**

INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION

INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION

| | |
|---|---|
| 1. Nombre - First Name | CARMEN |
| Apellido(s) - Surname(s) | M RAMOS HERNANDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | HC 01 BOX 6790  AGUAS BUENAS PR 00703 |
| Fecha de Nacimiento - Date of Birth: | Día/Day 8  Mes/Month 5  Año/Year 1963 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | DEPT DE EDUCACION  MAESTROS  AVENIDA TENIENTE CESAR  ESQUINA CALAF  HATO REY PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | (787) 773-3508 |
| Fecha Cese de Operaciones - Cease of Operations Date: | Día/Day ___ Mes/Month ___ Año/Year ___ |
| Número Confirmación de Radicación Electrónica - Electronic Filing Confirmation Number | S160021 |
| Número Control - Control Number | 006238864 |

3. Núm. Seguro Social / Social Security No.: Redacted
4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481-080
5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00
6. Donativos / Charitable Contributions: 0.00

Patrono: - Employer:
• Envíe a: - Send to:
Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001
Con la      With the    W-3PR
• Envíe al Departamento de Hacienda electrónicamente
Send to Department of the Treasury electronically
(www.hacienda.pr.gov)
• Entregue dos copias al empleado
Deliver two copies to employee
• Conserve copia para sus récords
Keep copy for your records

Año:
Year: **2016**

Fecha de radicación: 31 de enero - Filing date: January 31

| | |
|---|---|
| 7. Sueldos - Wages | 33,746.72 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total = 7+8+9+10 | 33,746.72 |
| 12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1,519.59 |
| 14. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 2,579.66 |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |
| Salarios Exentos (Ver instrucciones) / Exempt Salaries (See instructions)  16. Código/Code ___ | 0.00 |
| 16A. Código/Code ___ | 0.00 |
| 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

| | |
|---|---|
| 17. Total Sueldos Seguro Social / Social Security Wages | 0.00 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 33,746.72 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 489.33 |
| 21. Propinas Seguro Social / Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

---

**INSTRUCCIONES PARA EL EMPLEADO
DEBERÁ SOMETER COPIA AL RENDIR SU PLANILLA**

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), viene obligado a rendir planilla de contribución sobre ingresos todo individuo residente que:

- sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
- sea casado que viva con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
- tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga copia de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le complete en Formulario 499R-2cW-2cPR.

**INSTRUCTIONS FOR THE EMPLOYEE
A COPY MUST BE SUBMITTED WITH YOUR RETURN**

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual who:

- is an individual or married taxpayer, who during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, greater than $5,000;
- is a married individual who lived with his/her spouse, and elects to file separate returns, that during the taxable year had gross income, reduced by the exemptions established in Code Section 1031.02, of $2,500 or more; or
- has net income subject to alternate basic tax of $150,000 or more.

**PENALTY** – The Code provides the following: Every person required under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep copy of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, inform this to your employer and request a Form 499R-2cW-2cPR.

# Electronic Proof of Claim

Adobe Sign Document History                      06/29/2018

| | |
|---|---|
| Created: | 06/29/2018 |
| By: | Puerto Rico Claims (prclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAs8zgM7EWl5Lbe_m1jFHGCa2eiAQQSA9f |

## "Electronic Proof of Claim" History

- Widget created by Puerto Rico Claims (prclaims@primeclerk.com)
  06/29/2018 - 12:16:12 PM EDT

- Carmen m.Ramos Hernandez (veromarie91@aol.com) uploaded the following supporting documents:
  - Attachment
  06/29/2018 - 12:41:04 PM EDT

- Widget filled in by Carmen m.Ramos Hernandez (veromarie91@aol.com)
  06/29/2018 - 12:41:04 PM EDT - IP address: 69.140.56.11

- (User email address provided through API User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.13; rv:60.0) Gecko/20100101 Firefox/60.0)
  06/29/2018 - 12:41:07 PM EDT - IP address: 69.140.56.11

- Signed document emailed to Carmen m.Ramos Hernandez (veromarie91@aol.com) and Puerto Rico Claims (prclaims@primeclerk.com)
  06/29/2018 - 12:41:07 PM EDT

Prime Clerk | POWERED BY Adobe Sign

Formulario Form 499R-2/W-2 PR Rev. 05.10

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | CARMEN |
| Apellido(s) - Surname(s) | RAMOS HERNANDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX.6790 AGUAS BUENAS, PR 00703-9709 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8011970680 JOSE M. TO DEPT DE EDUCACION-MAESTROS AVENIDA TENIENTE CESAR GONZALE ESQUINA CALAF HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha de Cese de Operaciones - Ceaso of Operations Date | |
| Número de Control - Control Number | 107598554 |
| 3. Núm. Seguro Social - Social Security No. | Redacted |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| Copia C para Récord del Empleado / Copy C for Employee's Records | |
| Año / Year: | 2010 |

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 34570.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 34570.00 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 1125.52 |
| 14. Fondo de Retiro - Retirement Fund | 3021.36 |
| 15. Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 34570.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 501.27 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |
| 24. Sueldos y Propinas bajo Ley HIRE de 2010 - Wages and Tips under HIRE Act of 2010 | 0.00 |

Reproducido por: Departamento de Hacienda

Formulario Form 499R-2/W-2 PR Rev. 10.11

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| Field | Value |
|---|---|
| 1. Nombre - First Name | CARMEN |
| Apellido(s) - Surname(s) | RAMOS HERNANDEZ |
| Dirección Postal del Empleado - Employee's Mailing Address | HC-01 BOX.6790 / AGUAS BUENAS, PR 00703-9709 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L8011970680 JOSE M. TO / DEPT DE EDUCACION-MAESTROS / AVENIDA TENIENTE CESAR GONZALE / ESQUINA CALAF / HATO REY, PR 00919 |
| Número de Teléfono del Patrono - Employer's Telephone Number | |
| Fecha Cese de Operaciones - Cease of Operations Date | |
| Número Control - Control Number | 116446244 |
| 3. Núm. Seguro Social | Redacted |
| 4. Núm. de Ident. Patronal - Employer Ident. No. (EIN) | 660433481 |
| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6. Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
| 6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage | 0.00 |
| 6B. Donativos - Charitable Contributions | 0.00 |

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return
Año / Year: **2011**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| Field | Value |
|---|---|
| 7. Sueldos - Wages | 34534.00 |
| 8. Comisiones - Commissions | 0.00 |
| 9. Concesiones - Allowances | 0.00 |
| 10. Propinas - Tips | 0.00 |
| 11. Total=7+8+9+10 | 34534.00 |
| 12. Gastos Reembolsados - Reimbursed Expenses | 0.00 |
| 13. Cont. Retenida - Tax Withheld | 747.87 |
| 14. Fondo de Retiro Gubernamental - Governmental Retirement Fund | 3018.12 |
| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 0.00 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program | 0.00 |

**INFORMACION PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION**

| Field | Value |
|---|---|
| 17. Total Sueldos Seguro Social - Social Security Wages | 0.00 |
| 18. Seguro Social Retenido - Social Security Tax Withheld | 0.00 |
| 19. Total Sueldos y Pro. Medica - Medicare Wages and Tips | 34534.00 |
| 20. Contrib. Medicare Retenida - Medicare Tax Withheld | 500.74 |
| 21. Propinas Seguro Social - Social Security Tips | 0.00 |
| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |
| 23. Contrib. Medicare no Retenid en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

Formulario 499R-2/W-2 PR
Rev. 09.12

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**
**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

Nombre - First Name: **CARMEN**

Apellido(s) - Surname(s): **RAMOS HERNANDEZ**

Dirección Postal del Empleado - Employee's Mailing Address:
HC-01 BOX.6790
AGUAS BUENAS, PR 00703-9709

Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address:
L8011970680 JOSE M. TO
DEPT DE EDUCACION-MAESTROS
AVENIDA TENIENTE CESAR GONZALE
ESQUINA CALAF
HATO REY, PR 00919

Número de Teléfono del Patrono
Employer's Telephone Number

Fecha Cese de Operaciones:
Cease of Operations Date: Día/Day Mes/Month Año/Year

Número Control - Control Number: **125514003**

3. Núm. Seguro Social / Social Security No.: Redacted

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): **660433481**

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
   Día/Day Mes/Month Año/Year

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos / Charitable Contributions: 0.00

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

Año: / Year: **2012**

**INFORMACION PARA EL DEPARTAMENTO DE HACIENDA**
**DEPARTMENT OF THE TREASURY INFORMATION**

7. Sueldos - Wages: **35894.76**
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total = 7+8+9+10: **35894.76**
12. Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits: 0.00
13. Cont. Retenida - Tax Withheld: **761.54**
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: **3140.62**
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley 324-2004 / Salaries under Act 324-2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

**INFORMACION PARA EL SEGURO SOCIAL**
**SOCIAL SECURITY INFORMATION**

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: **35894.76**
20. Contrib. Medicare Retenida / Medicare Tax Withheld: **520.47**
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Retention: Ten (10) years from the filing date in the Return Processing Bureau

Reproducido por: Departamento de Hacienda

| | |
|---|---|
| Formulario Form 499R-2/W-2PR Rev. 08.15 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCIÓN - WITHHOLDING STATEMENT |
| 222 | |

**1. Nombre - First Name:** CARMEN M

**Apellido(s) - Surname(s):** RAMOS HERNANDEZ

**Dirección Postal del Empleado - Employee's Mailing Address:** HC 05 BOX 6790, AGUAS BUENAS PR 00703-9709

**2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:** DEPT DE EDUCACION MAESTROS, AVENIDA TENIENTE CESAR GONZALEZ, ESQUINA CALAF, HATO REY PR 00919

**Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number:** S150008

**Número Control / Control Number:** 004800553

**3. Núm. Seguro Social / Social Security No.:** Redacted

**4. Núm. de Ident. Patronal / Employer Ident. No. (EIN):** 660-43-XXXX

**5. Costo de cubierta de salud auspiciada por el patrono:** 0

**6. Donativos / Charitable Contributions:** 0

**Patrono: / Employer:** W-3PR

**Año / Year:** 2015

**Fecha de radicación: 31 de enero - Filing date: January 31**

**INFORMACIÓN PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION**

| # | Concepto | Amount |
|---|---|---|
| 7 | Sueldos - Wages | 41,310 |
| 8 | Comisiones - Commissions | 0 |
| 9 | Concesiones - Allowances | 0 |
| 10 | Propinas - Tips | 0 |
| 11 | Total = 7+8+9+10 | 41,310 |
| 12 | Gastos Reemb. y Beneficios Marginales / Reimb. Expenses and Fringe Benefits | 0 |
| 13 | Cont. Retenida - Tax Withheld | 2,806 |
| 14 | Fondo de Retiro Gubernamental / Governmental Retirement Fund | 3,663 |
| 15 | Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0 |
| 16 | Salarios Exentos (Ver instrucciones) / Exempt Salaries | 0 |
| 16A | Código de Salarios Exentos / Exempt Salaries Code | |
| 16B | Aportaciones al Programa Ahorra y Duplica tu Dinero | 0 |

**INFORMACIÓN PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION**

| # | Concepto | Amount |
|---|---|---|
| 17 | Total Sueldos Seguro Social / Social Security Wages | |
| 18 | Seguro Social Retenido / Social Security Tax Withheld | 0 |
| 19 | Total Sueldos Pro Medicare / Medicare Wages and Tips | 41,310 |
| 20 | Contrib. Medicare Retenida / Medicare Tax Withheld | 599 |
| 21 | Propinas Seguro Social / Social Security Tips | |
| 22 | Seguro Social no Retenido en Propinas / Uncollected Social Security Tax on Tips | |
| 23 | Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips | |

[X] W2
[ ] W2c