Carmen M. Ramos Hernández
224 Courier Drive
Charles Town, W.V. 25414
(Promesa Title #) No. 17BK 3283-LTS

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico  00918-1767

U.S. POSTAGE PAID
PM
CHARLES TOWN, WV
25414
AUG 27, 22
AMOUNT
$16.20
R2304M113835

7022 0410 0001 0147 6180

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL**

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Carmen M. Ramos Hernandez
224 Courier Drive
Charles Town W.V. 25414
Promesa Title III  17 BK 3283 LTS

TO: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico
00918-1767

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup, scan the QR code.

PS00001000014
EP14F May 2020