UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of,

THE COMMONWEALTH OF PUERTO RICO *et. al*,

        Debtors.[1]

-------------------------------------------------------------------x

PROMESA
Title III

No. 17-BK-03283 (LTS)

(Jointly Administered)

**NOTICE OF FILING OF FINAL APPLICATION OF KROLL, LLC, F/K/A
DUFF & PHELPS LLC, FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO FOR PROFESSIONAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM NOVEMBER 1, 2018 THROUGH JULY 31, 2019**

**PLEASE TAKE NOTICE** that on August 31, 2022, pursuant to this Court's Third Amended *Order Setting Procedure for Final Compensation and Reimbursement of Expenses of Professionals* [Docket No. 20546] (the "Final Compensation Order"), Kroll, LLC, formerly known as Duff & Phelps LLC, financial advisor to the Financial Oversight and Management Board for Puerto Rico, filed its *Final Application for Professional Compensation*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

DOC ID - 37943967.8

*and Reimbursement of Expenses*, for the Period from November 1, 2018 through July 31, 2019 (the "Application").[2]

**PLEASE TAKE FURTHER NOTE** that any response or objection to the Application by any party other than the Fee Examiner must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Final Compensation Order, and the *Sixteenth Amended Notice, Case Management and Administrative Procedures* [Docket No. 20190-1] (the "Case Management Procedures"), and (c) be filed with the Court and served on the entities below, so as to be received on or before **October 18, 2022 at 4:00 p.m. (AST)** (the "Objection Deadline").

(a) The Financial Oversight and Management Board, 40 Washington Square South, office 314A, New York, NY 10012, Attn: Arthur J. Gonzalez, Board Member.

(b) the attorneys for the Financial Oversight and Management Board for Puerto Rico as representative of the Debtors, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com), Paul V. Possinger, Esq. (pposinger@proskauer.com), and Ehud Barak, Esq. (ebarak@proskauer.com);

(c) the attorneys for the Financial Oversight and Management Board as representative of Debtors, O'Neill & Borges LLC, 250 Muñoz Rivera Avenue, Suite 800, San Juan, Puerto Rico 00918-1813, Attn: Hermann D.

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Application.

DOC ID - 37943967.8            2

Bauer, Esq. (hermann.bauer@oneillborges.com); and Ubaldo M. Fernandez, Esq.(ubaldo.fernandez@oneillborges.com);

(d) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Meyers LLP, Times Square Tower, 7 Times Square, New York, New York, 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Peter Friedman, Esq. (pfriedman@com.com), and Maria J. DiConza, Esq. (mdiconza@com.com);

(e) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz, LLC, Suite 900, 250 Ponce de León, Ave., San Juan, Puerto Rico 00918, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@ mpmlawpr.com), and Carolina Velaz-Rivero, Esq. (cvelaz@mpmlawpr.com);

(f) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901 (re: *In re Commonwealth of Puerto Rico*);

(g) the attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com), James Bliss, Esq. (jamesbliss@paulhastings. com), James Worthington, Esq. (jamesworthington@ paulhastings.com) and G. Alexander Bongartz, Esq. (alexbongartz@ paulhastings.com);

(h) the attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street,

Suite 1601, San Juan, Puerto Rico 009001, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com), Alberto J. E. Añeses Negrón, Esq. (aaneses@cstlawpr.com) and Ericka C. Montull-Novoa, Esq. (emontull@cstlawpr.com);

(i) the attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Avenue, New York, New York 10022, Attn: Robert Gordon, Esq. and Richard Levin, Esq., and Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine L. Steege, Esq. (csteege@jenner.com);

(j) the attorneys for the Official Committee of Retired Employees, Bennazar, Garcia & Milian, C.S.P., Edificio Union Plaza, PH-A, Pisa 18, Ponce de León # 416, Hato Rey, Puerto Rico 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(k) the Puerto Rico Department of Treasury, P.O. Box 9024140, San Juan, Puerto Rico 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodriguez Perez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@ hacienda.pr.gov); Angel L. Pantoja Rodriguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Pena Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

    (l)    attorneys for the Fee Examiner, Edge Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, Puerto Rico 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

    (m)    attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53703, Attn: Katherine Stadler, Esq. (KStadler@gklaw.com).

**PLEASE TAKE FURTHER NOTICE** that if (a) no objection is timely filed and served in accordance with the Compensation Order and (b) any issues raised by the Fee Examiner are consensually resolved, the relief requested may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: August 31, 2022  
       San Juan, Puerto Rico

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

By: s/Michael L. Cook  
    Michael L. Cook (Admitted Pro Hac Vice)  
    919 Third Avenue  
    New York, NY 10022  
    (212) 756-2000

ANTONETTI MONTALVO & RAMIREZ-COLL

By: s/José L. Ramirez-Coll  
    José L Ramirez-Coll  
    U.S.D.C. 221702  
    P.O. Box 13128  
    San Juan, Puerto Rico 00908  
    (787) 977-0312  
    email: jramirez@amrclaw.com  
    Attorneys for Kroll, LLC

Attorneys for Kroll, LLC