Exhibit A

# FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No. 47547**  **Creditor Name: COLON RIVERA, MARITZA**

| | |
|---|---|
| (1) Nombre Completo | Maritza Colón Rivera |
| (2) Número de teléfono | (787) 406-6397 |
| (3) Número de empleado | Redacted |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Administración Sistema Retiro ELA 1 sep 1984 – 31 dic 2016 |
| (5) Correo electrónico | maritza.colon.rivera@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | xxx-xx-8849 |
| (7) Número de caso administrative o judicial, si aplica. Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim) | |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Ver documentos adjuntos. Desde que comenzé a trabajar estuve en la Div. de Pensionados. En nov. 2009, me cambían para la Div. de Participante hacer un trabajo del cual no tenía conocimiento y sin ningún adiestramiento previo. No había enviado los documentos por entender que era una Querella en Grupo |

*** Attach any supporting documentation you may have related to your claim. ***

