26 de mayo de 2021

Abogados del Comité de Acreedores Paul Hastings LLP
200 Park Avenue
New York NY 10166
Attn: Luc A. Despins, James Bliss, James Worthington
G. Alexander Bongartz

Estimados señores:

Hacemos referencia a la Querella Número 45153 que está ante la consideración del Honorable Tribunal. Esta querella consiste en una Demanda de Clase sobre retribución y/o compensación para dieciséis empleados de la Administración de los Sistemas de Retiro, ahora Junta de Retiro.

Nuestra demanda se encuentra activa ante la Comisión Apelativa del Servicio Público (CASP) bajo el Caso Número AQ-13-385 a nombre de Consuelo Navarro Smith y otros 15, según nos ha sido informado por la propia Comisión. Nuestra demanda se encontraba para 2016 en el paso de negociación luego de que nuestro patrono reconoció y aceptó que se llevaron a cabo los trabajos y funciones por los cuales se pedía la compensación. Aun así, nuestro patrono trató por todos los medios de obstaculizar y boicotear el proceso de negociación al añadir de forma arbitraria a cuatro compañeros que ya habían sido reclasificados en otro proceso y que nunca formaron parte de nuestra querella. Ante esta acción, el proceso de negociación se retrasó y fue pospuesto vez tras vez, hasta que finalmente se decreta la quiebra del Sistema de Retiro, nuestro patrono.

Los dieciséis empleados que conformamos esta demanda de clase estamos consiente que este proceso pudo y debió culminarse antes del cambio de administración en el 2017. Fue nuestro patrono que deliberadamente interfirió para que no culminara y quien eventualmente nos informó que el caso se había cerrado, causando confusión en los empleados que sabíamos que el caso todavía está activo.

Por lo antes expuesto, solicitamos encarecidamente que nuestro caso sea atendido por este foro y que se nos brinde toda la protección que la Ley pueda concedernos.

Cordialmente,

Sandra Díaz Chapman

Anejo: Consuelo Navarro Smith y otros 15

msc

Caso Número 45153: Consuelo Navarro Smith y otros 15

1.  Consuelo Navarro Smith
2.  Sandra Díaz Chapman
3.  Sophya Rojas Correa
4.  Waleska Carrasco Ayala
5.  Luis Ayala Laureano
6.  Mitzy Viera Rodríguez
7.  Marilyn Velázquez Cruz
8.  Glenda Jiménez Vélez
9.  Janette Nazario Aponte
10. Mabel Sánchez Caraballo
11. Maritza Colón Rivera
12. Teresita Mercado Bigio
13. Suheil Isaac Cruz – fue reclasificada
14. Marvin Torres González – fue reclasificado, renunció Programa Transición Voluntaria
15. Johanna Maduro Santana – fue reclasificada, renunció Programa Transición Voluntaria
16. Ana I. Díaz Cardona – fue reclasificada, renunció Ley 211 Pre-Retiro

26 de mayo de 2021

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan PR 00918-1767

Estimados señores:

Hacemos referencia a la Querella Número 45153 que está ante la consideración del Honorable Tribunal. Esta querella consiste en una Demanda de Clase sobre retribución y/o compensación para dieciséis empleados de la Administración de los Sistemas de Retiro, ahora Junta de Retiro.

Nuestra demanda se encuentra activa ante la Comisión Apelativa del Servicio Público (CASP) bajo el Caso Número AQ-13-385 a nombre de Consuelo Navarro Smith y otros 15, según nos ha sido informado por la propia Comisión.  Nuestra demanda se encontraba para 2016 en el paso de negociación luego de que nuestro patrono reconoció y aceptó que se llevaron a cabo los trabajos y funciones por los cuales se pedía la compensación.  Aun así, nuestro patrono trató por todos los medios de obstaculizar y boicotear el proceso de negociación al añadir de forma arbitraria a cuatro compañeros que ya habían sido reclasificados en otro proceso y que nunca formaron parte de nuestra querella.  Ante esta acción, el proceso de negociación se retrasó y fue pospuesto vez tras vez, hasta que finalmente se decreta la quiebra del Sistema de Retiro, nuestro patrono.

Los dieciséis empleados que conformamos esta demanda de clase estamos consiente que este proceso pudo y debió culminarse antes del cambio de administración en el 2017.  Fue nuestro patrono que deliberadamente interfirió para que no culminara y quien eventualmente nos informó que el caso se había cerrado, causando confusión en los empleados que sabíamos que el caso todavía está activo.

Por lo antes expuesto, solicitamos encarecidamente que nuestro caso sea atendido por este foro y que se nos brinde toda la protección que la Ley pueda concedernos.

Cordialmente,

Sandra Díaz Chapman

Anejo: Consuelo Navarro Smith y otros 15

msc

Caso Número 45153: Consuelo Navarro Smith y otros 15

1. Consuelo Navarro Smith
2. Sandra Díaz Chapman
3. Sophya Rojas Correa
4. Waleska Carrasco Ayala
5. Luis Ayala Laureano
6. Mitzy Viera Rodríguez
7. Marilyn Velázquez Cruz
8. Glenda Jiménez Vélez
9. Janette Nazario Aponte
10. Mabel Sánchez Caraballo
11. Maritza Colón Rivera
12. Teresita Mercado Bigio
13. Suheil Isaac Cruz – fue reclasificada
14. Marvin Torres González – fue reclasificado, renunció Programa Transición Voluntaria
15. Johanna Maduro Santana – fue reclasificada, renunció Programa Transición Voluntaria
16. Ana I. Díaz Cardona – fue reclasificada, renunció Ley 211 Pre-Retiro

26 de mayo de 2021


Abogado de la Junta de Supervisión Proskauer Rose LLP
Eleven Times Square
New York NY 10036-8299
Attn: Martin J. Bienenstock, Brian S. Rosen


Estimados señores:

Hacemos referencia a la Querella Número 45153 que está ante la consideración del Honorable Tribunal. Esta querella consiste en una Demanda de Clase sobre retribución y/o compensación para dieciséis empleados de la Administración de los Sistemas de Retiro, ahora Junta de Retiro.

Nuestra demanda se encuentra activa ante la Comisión Apelativa del Servicio Público (CASP) bajo el Caso Número AQ-13-385 a nombre de Consuelo Navarro Smith y otros 15, según nos ha sido informado por la propia Comisión.  Nuestra demanda se encontraba para 2016 en el paso de negociación luego de que nuestro patrono reconoció y aceptó que se llevaron a cabo los trabajos y funciones por los cuales se pedía la compensación.  Aun así, nuestro patrono trató por todos los medios de obstaculizar y boicotear el proceso de negociación al añadir de forma arbitraria a cuatro compañeros que ya habían sido reclasificados en otro proceso y que nunca formaron parte de nuestra querella.  Ante esta acción, el proceso de negociación se retrasó y fue pospuesto vez tras vez, hasta que finalmente se decreta la quiebra del Sistema de Retiro, nuestro patrono.

Los dieciséis empleados que conformamos esta demanda de clase estamos consiente que este proceso pudo y debió culminarse antes del cambio de administración en el 2017.  Fue nuestro patrono que deliberadamente interfirió para que no culminara y quien eventualmente nos informó que el caso se había cerrado, causando confusión en los empleados que sabíamos que el caso todavía está activo.

Por lo antes expuesto, solicitamos encarecidamente que nuestro caso sea atendido por este foro y que se nos brinde toda la protección que la Ley pueda concedernos.

Cordialmente,

Sandra Díaz Chapman

Anejo: Consuelo Navarro Smith y otros 15

msc

Caso Número 45153: Consuelo Navarro Smith y otros 15

1. Consuelo Navarro Smith
2. Sandra Díaz Chapman
3. Sophya Rojas Correa
4. Waleska Carrasco Ayala
5. Luis Ayala Laureano
6. Mitzy Viera Rodríguez
7. Marilyn Velázquez Cruz
8. Glenda Jiménez Vélez
9. Janette Nazario Aponte
10. Mabel Sánchez Caraballo
11. Maritza Colón Rivera
12. Teresita Mercado Bigio
13. Suheil Isaac Cruz – fue reclasificada
14. Marvin Torres González – fue reclasificado, renunció Programa Transición Voluntaria
15. Johanna Maduro Santana – fue reclasificada, renunció Programa Transición Voluntaria
16. Ana I. Díaz Cardona – fue reclasificada, renunció Ley 211 Pre-Retiro

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1** **Identify the Claim / Identificar la reclamación**

| | |
|---|---|
| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | [signature]<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor ______ |

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Diaz Chapman, Sandra I | 45153 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $25,000.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Diaz Chapman, Sandra I | 45153 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $25,000.00 |
| Base para: | El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho a una prioridad administrativa. | | | |

1-844-822-9231

(45153)

(43850)

***CUST PR 1845 SRF 53397 PackID: 57 MMLID: 1545792-P Svc: 316
Diaz Chapman, Sandra I
620 Calle Desmergo Cruz
Villa Prades
San Juan PR 00924

28/octubre/2012

A: Unión General de Trabajadores

El 1/julio/2004 comenzé como empleada regular en el puesto de Técnica en el Area de Determinación de Incapacidad. En dicho puesto mis funciones eran verificar y analizar toda la evidencia médica anexada en los expedientes de los participantes del Sistema de Retiro. Preparaba un Informe detallado en la computadora y consultaba la decisión final en cada caso con los médicos que trabajaban en dicha área.

El 10/octubre/2009 me cambiaron al área de Beneficios al Participante haciendo funciones de un Analista sin tener ningún conocimiento ni adiestramiento en el área antes mencionada. El área de Beneficios al Participante es mucho más compleja al igual que las tareas que ahí se ejercen. Como Analista de Beneficios al participante mis funciones han sido: Verificar toda la documentación anexada en los expedientes necesaria de los paticipantes a trabajar, escrbo mediante "e-mails" a algunas agencias si la evidencia no está completa (también la imprimo de la Web), saco copias de los documentos necesarios, trabajo más de veinte (20) conceptos en la computadora que comprenden Estado de Cuenta, Servicios No Cotizados (militar, F.S.E., jornal, regular, transitorios, agencias, etc.), Pensiones, Reembolsos, Reforma, Bienes gananciales y Transferencias (Entrada y Salida). Todo es puro análisis y cálculos numerales para saber el total a cobrar de las Insuficiencias de Aportaciones, Reembolsos, etc.. Trabajo pensiones (Edad y Años de Servicios, Diferida y Mérito), reajustes de pensiones manuales cuando ya han sido intervenidas en el el Area de Intervenciones Fiscales. Los Estados de Cuentas primero se hacen manuales para determinar el tiempo de años de servicio del participante y luego se introduce toda la infomración en computadora lo cual sale una carta con la misma. Los casos que tengan préstamos hay que enviarlos a ésa área. Todos los documentos trabajados se imprimen y se firman. Realizo cartas con varios modelos de las mismas para cada situación en particular.

Además, desde el 15/octubre/2010 me asignaron para trabajar en el Proyecto de la primera Ley-70 realizada hasta el presente que se encuentra en su quinta fase y en varios otros trabajos especiales. He tenido una serie de adiestramientos entre los cuáles está el de Beneficios por Muerte para trabajar dichos casos. En varias ocasiones, he dado soporte en adiestramientos a compañeros contratados por la Agencia desde febrero de 2012 ayudándolos con sus dudas y preguntas. Preparo un Informe diario de todos los casos trabajados y el mismo tiene que ser entregado al supervisor inmediato. Con todas éstas funciones extras y complejas que realizo a diferencia de las que ejercía anteriormente en mi puesto como Técnica de Determinación de Incapacidad, todavía no se me ha entregado mi nueva ASR 16. Por lo que en virtud de lo antes mencionado, solicito se me compense desde el 2009 hasta el presente. Así no se violará el convenio colectivo en el Artículo XVII sección 4, Artículo XX sección II y la Ley 187 6.5 7, 6.1, 8.3 2, 8.2.

Gracias

Atentamente,

Janet Nazario Aponte



**UNIÓN GENERAL DE TRABAJADORES**
Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 e-mail: info@ugtpr.org
Página Web: www.ugtpr.org

AFILIADA
SEIU

# PROCEDIMIENTO DE QUERELLAS

Primer Paso ☐ Segundo Paso ☐ Tercer Paso ☐ ______ Fecha

A: Melisse Hernández González — Nombre del Representante del Patrono
Directora de Rec. Hum — Puesto o clasificación

Adm. Sistemas de Retiro — Agencia o Compañía

Nombre del (los) querellante (s): Consuelo Navarro, Aida Jorge, Maritza Vivas, Ursula Mercado, Ana Díaz, Luis Ayala, Maritza Colón, Jocelyn Lozano, Marilyn Valenzuela, Margarita Torres, Ivonne Rodríguez, Waleska Cardona, Carol Rosario — Analista de Beneficios
Isabel Sánchez, Brenda Jiménez, Sandra Díaz — Puesto o clasificación del querellante

Adm. Sistemas de Retiro — Lugar de Trabajo ______ Municipio

## RESUMEN QUERELLA (EXPLIQUE BREVEMENTE)

Indique cuales artículos del Convenio se violaron

Desde el 15 octubre de 2010, el área de participantes que se compone de dos áreas diferentes:
(1) Liquidación de cuentas – donde se desembolsa dinero y se compone de Préstamos, Reembolsos, Descuentos Ind., BXM y Transferencia (etc)
(2) Mantenimiento de cuentas que se compone de Estados Cuentas, Servicios no Cotizados, Transferencia

**No estamos de acuerdo con la acción tomada en el caso bajo referencia. Solicitamos se fije una reunión para discutir la presente querella. De esta manera, cumplimos con lo dispuesto en el Procedimiento de Quejas y Agravios del Convenio Colectivo vigente.**

______ Oficial y/o Delegado de la UGT ______ Recibido por:

______ Fecha ______ Hora

Original: Patrono 1ra Copia: Expediente 2da Copia: Delegado 3ra Copia: Querellante





**UNIÓN GENERAL DE TRABAJADORES**
Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 e-mail: info@ugtpr.org
Página Web: www.ugtpr.org

# PROCEDIMIENTO DE QUERELLAS

Primer Paso ☐ Segundo Paso ☐ Tercer Paso ☐ ______________ Fecha

A: ______________ Nombre del Representante del Patrono ______________ Puesto o clasificación

______________ Agencia o Compañía

Nombre del (los) querellante (s): ______________

______________, ______________ Puesto o clasificación del querellante

______________ Lugar de Trabajo ______________ Municipio

## RESUMEN QUERELLA (EXPLIQUE BREVEMENTE)

Indique cuales artículos del Convenio se violaron

Se han llevado una serie de adiestramientos y ambas áreas se han unido esto ha traído mayor complejidad, mayores funciones y amplia responsabilidad en el área y casos asignados, en adición mayor cantidad de tareas a realizar. Se ha solicitado la ASR. No donde especifiquen las tareas que realizamos

**No estamos de acuerdo con la acción tomada en el caso bajo referencia. Solicitamos se fije una reunión para discutir la presente querella. De esta manera, cumplimos con lo dispuesto en el Procedimiento de Quejas y Agravios del Convenio Colectivo vigente.**

______________ Oficial y/o Delegado de la UGT ______________ Recibido por:

______________ Fecha ______________ Hora

Original: Patrono 1ra Copia: Expediente 2da Copia: Delegado 3ra Copia: Querellante



**UNIÓN GENERAL DE TRABAJADORES**
Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 e-mail: info@ugtpr.org
Página Web: www.ugtpr.org

# PROCEDIMIENTO DE QUERELLAS

Primer Paso ☐ Segundo Paso ☐ Tercer Paso ☐ ______________ Fecha

A: ______________ Nombre del Representante del Patrono ______________ Puesto o clasificación

______________ Agencia o Compañía

Nombre del (los) querellante (s): ______________

______________, ______________ Puesto o clasificación del querellante

______________ Lugar de Trabajo ______________ Municipio

## RESUMEN QUERELLA (EXPLIQUE BREVEMENTE)

Indique cuales artículos del Convenio se violaron

y aún no se nos han entregado. En virtud de lo [illegible] solicitamos que se nos conceda y compense un aumento de sueldo o diferencial por las labores adicionales que estamos realizando.

En adición dos compañeros [illegible] y Nancy Torres se encuentran nombradas analistas I realizando funciones de Analista II en todos los sentidos

No estamos de acuerdo con la acción tomada en el caso bajo referencia. Solicitamos se fije una reunión para discutir la presente querella. De esta manera, cumplimos con lo dispuesto en el Procedimiento de Quejas y Agravios del Convenio Colectivo vigente.

______________ Oficial y/o Delegado de la UGT ______________ Recibido por:

______________ Fecha ______________ Hora

Original: Patrono 1ra Copia: Expediente 2da Copia: Delegado 3ra Copia: Querellante

# Unión General de Trabajadores

Calle Niza #611, Esquina Verona Urb. Villa Capri Río Piedras, Puerto Rico 00924 P.O. Box 29247, Estación 65 Infantería, Río Piedras, P.R. 00929
Tel.: (787) 760-5050 * Fax: (787) 761-5830
Teleservicio(787) 675-0167 web:www.ugtpr.org

Friday, September 09, 2016

| Nombre: | CONSUELO NAVARRO Y OTROS 15 | |
|---|---|---|
| Dirección: | CALLE DOMENGO CRUZ #620 URB. VILLA PRADES | |
| | | |
| | SAN JUAN | 00924 |

Re: Caso # AQ-13-385
ADMINISTRACIÓN DE LOS SISTEMAS

La vista de arbitraje sobre su querella ha sido señalada para fecha, hora y lugar que le indicamos al final de esta comunicación.

Tan pronto reciba esta carta deberá comunicarse con nosotros para coordinar una entrevista con el asesor legal que atenderá su caso de arbitraje. La entrevista será para la preparación de su caso, lo que requiere que traiga todos los documentos que tenga en su poder relacionados con dicho caso. Si utilizará algún testigo, es importante que le acompañe a esta entrevista.

Su asistencia es muy importante. Si no puede estar presente el día señalado, deberá notificárnoslo de inmediato. Si no se comunica con nosotros y tampoco asiste a la vista, el árbitro entenderá que usted no tiene interés en su caso y podrá decidir lo siguiente:

1.Cerrar el caso
2.Celebrar la vista sin su presencia y emitir una decisión
3.Tomar cualquier otro decisión para resolver la controversia

A continuación los detalles sobre la vista de arbitraje:

**Fecha: Tuesday, October 25, 2016**
**Hora: 9:00:00 AM**
**Lugar: Comisión Apelativa del Servicio Público**
**DIR:** Ave Ponce de León 1409, CEM Building Parada 20, Santurce PR Tel. (787)723-4242

Los números de teléfonos de la Unión son los siguien 787-760-5050 / 787-675-0167

Cordialmente,

División de Arbitraje
Unión General de Trabajadores

Cf: Expediente
Oficial de Servicio

# Querella de analistas piso 10

Elba Rivera Estrada

**Enviado el:** lunes, 20 de mayo de 2013 11:03

**Para:** Jon Pinder

**CC:** Sandra Diaz Chapman; Elba Rivera Estrada; Joel Betancourt Lanzo; Ruben Oliveras Ramos; vicky@ugtpr.org

---

Saludos:

Como le indique hoy en la mañana a las 9:27 AM (duración de 4minutos y 8 segundos). A un grupo de analistas del piso 10 los están reuniendo para que por necesidad de servicio trabajen interviniendo casos o sea como interventor fiscal. Le recuerdo que hay una querella sobre ese particular donde le exigimos que a estos compañeros que estaban haciendo las funciones se les reclasificaran o se le diera un diferencial o se le pagara por ellos estar realizando esta labor. Cuando nos reunimos con Ivelisse Hernández y usted estaba presente se hablo de pagarles por esta labor ($500.00) o reclasificarlos. Cuando nos contestan por escrito la querella fue todo lo contrario a lo acordado, no había diferencial, ahora no cualificaban para el puesto de Interventor fiscal ni mucho menos le pagaron por el tiempo que ellos estuvieron haciendo las tareas donde el patrono se aprovecho de sus conocimientos sin pagarles por el mismo (articulo 16 de Constitución del Estado Libre Asociado, Igual trabajo por igual paga). Adicional a esto, se reúne el Director del Área, Lcdo. Pedro Vázquez Pesquera con ellos, por separado para indicarles que el le consiguió un diferencial de $150.00, aun cuando la querella llevaba meses y no había concluido, por que ustedes estaban evaluando y se tardaron y nosotros de buena fe le dimos el tiempo que ustedes necesitaron para resolver el asunto y esa no fue la cantidad del diferencial que se había hablado. Para sorpresa de todos ustedes contrataron empleados transitorios para este puesto y no tomaron en consideración a los empleados que ya estaban ejerciendo esas funciones.

Los compañeros me indicaron que la Administradora Auxiliar, Sra. Wanda Santiago, se reunió con ellos el viernes para pedirles la cooperación que les van a dar tiempo compensatorio y dar un plan incentivado que es muy bueno. Los compañeros le indicaron sobre la querella que ellos tenían a lo que la Sra. Santiago contesto que eso no tenía nada que ver. Le exhorto a que se oriente bien al personal Gerencial ya que la querella es lo mismo que esta hablando la Sra. Santiago no hay nada distinto. Lo que podemos entender es que no se respeta el Convenio y la mala fe de parte del Patrono que después que le dimos meses para que pudieran resolver y que nos informaron de una cantidad de diferencial luego cuando llego la contestación por escrito fue todo lo contrario sin el diferencial de lo que se había hablado. Le recuerdo que según el Convenio Colectivo que esta vigente al día de hoy, Articulo XLIV, Disposiciones Generales, sección 3 "La Administración no celebrara acuerdo o contrato alguno con sus empleados, individual o colectivamente, que en forma alguna estuviere en conflicto con las disposiciones de este Convenio. Cualquier acuerdo de esa naturaleza será nulo e invalido." Por tanto existe una querella sobre este particular y solicitamos que se respete el Convenio Colectivo existente.

Solcito que me conteste por escrito este asunto lo más pronto posible.

Elba Rivera
Delegada ASR-UGT

Escuela (14)

Adiestramientos

Buro de Bonificación –

No sé que puedo hacer con ustedes porque sé que algo hay que hacer

Prestarle al Adm. un Afermar 500 para los que aparecen aquí en la querella

SIGN HERE

25/6/2012

Juan Pinder
Melissa Hernandez
Elba
Minerva Cordero
Yesenia Rojo
Andrea Olen

Querella 21/11/2012

analisis [illegible] área -

1 Marzo T-II

Incapacidad - cambio Sustancial en deberes

analista de Beneficio II

Pinder

Esto es un Monstruo yo se lo dije

25-febrero-2013

2:00 pm - 3:15 pm

Reunión Piso 12 con el Directora de Personal (Evelisse Hernández), con Piñdel y Elba.

Sandra
Johana
Sophya
} Representación de los empleados.

Querella (21-nov-2012)

Explicación: Eliminar trabajos especializados

– Analistas I pasaran a ser II efectivo al –marzo-2013

Analistas de Incapacidad

– O se devuelven a Incapacidad
– ó se quedan en el puesto igual remunerados.

Opciones:

– Diferencial
– Bono productividad

Querella

Querella

E
G
H
I
J
K
L
M
N

1-mar-2013

10:31 am -

Adiestramiento: (Solicitan ayudar)

- Areas de Trabajo x conceptos:
  - 2 horas semanales
  - sabados

- Importante -

Cita: viernes 1-marzo-2013
Hora: 10:30 am

Persona experta en querellas y planes de reclasificación de personal

Lugar: Fuera de la agencia (TC)

Reunión:

- Lcdo. Rivera
- Johana Maduro
- Sandra Díaz
- Sophya Rojas

- Mantenimiento de cuentas y liquidación de cuentas
  - Cuentas al Partic. (notifica información)
  - Liquidación

Copia:
- Selec. cuestionarios de clasificación
- OSR 16

- Escalas Salariales
- Plan Retribución 2008 y Clasificación

Ley 184 Derecho supletorio

Inf:
- Solicitar que auditen el pue... no certif. las funciones de...
- Relación de Salarios
- Informes de Cambio

25- febrero/13

Reunión piso 12
2:00pm

Con Arelisse Hernández
Sandra Díaz
Sophia Rojas
Johanie Madera
Piñero

21-noviembre-2012 Querella

Todos los concepto

1-mayo- analista 1 a dos
Dept. de Incapacidad
Analista Beneficio 2
devolver a Inc. o
temporal. Maribel, Walo
y Janet Lazario

Escala 14
Analista

Bono de productividad
para los analistas. Al
cantidad determinada
a cada persona.
$500.00

Para el riesgo
contestaciones de la
querella.

GOBIERNO Y LA JUDICATURA

| Código | Nombre Unidad de trabajo | Analistas | Conseptos |
|---|---|---|---|
| 003 | Reembolso | Registro de Reembolso | 20 |
| | | Registro de Reembolso de Ley 3 | 1020 |
| | | Descuento Indebido | Pago Exceso SNC |
| | | | Pago Exceso intereses |
| | | | Plan de Completa Suplementación |
| | | | Exceso de Aportaciones Regulares |
| | | | Pago Global de Vacaciones |
| | | | Nomb. Transitorio, Provisional, Emergencia |
| | | | Beneficios Marginales |
| | | | Exceso de Trnasferencias |
| | | | Diferenciales |
| | | Embargo de Aportaciones | Embargo de Aportaciones ASR |
| | | | Cooperativa ley Definida |
| | | | BPPR Definida |
| | | Deuda de Etica | |
| 004 | Computo de Pensión | Cómputo de Pensiones | Mérito |
| | | | Edad y años de Servicios |
| | | | Diferida |
| | | | IO |
| | | | INO |
| | | Cómputo de Pensiones Ley 3 | Suplementarias<br>Anualidad - R. 2001<br>Anualidad - 1003<br>Anualidad Ley 70 |
| | | Leyes Especiales | |
| | | Reajustes de Pensiones | |
| | | Cómputo de Deuda Completa Suplementación | |
| | | Cómputo Deuda Insuficiencia en Aportaciones | |
| | | Pénsiones Suplementaria | |
| 009 | Estado de Cuenta | Estado de Cuenta Regular | |
| | | Registro de Estado de Cuenta Ley 3 | |
| 011 | Transferencias | Registro de transferencia | |
| | | Registro de Transferencia Ley 3 | |
| | | Costo Transferencia de Reembolso | |

| | | | |
|---|---|---|---|
| 012 | Servicios No Cotizados | Registro de SNC | |
| | | Registro de SNC Ley 97 | |
| | | Reapertura Cambio SNC | |
| | | Reapertura Plan de pago SNC | |
| | | Registro de SNC Completa Suplementación | |
| | | Reapertura Cambio SNC Plan Completa Suplementación | |
| | | Reapertura plan de pago SNC Comp Suplementación | |
| 014 | Beneficios Por Muerte Activo | | |
| 031 | Transferencia Entrada | Detalles y Análisis | |
| | | Deuda | |
| 070 | Estado de Cuenta R 2000 | | |
| 071 | Devolución de Cuentas de Ahorros | | |
| 073 | Transferencias de Salida Cuentas de ahoros | | |
| 074 | Beneficios por Muerte R 2000 | Registro Beneficio Muertet Activo | |
| | | Registro Beneficio Muertet Ley 3 -Activo | |
| 088 | Estados de Cuentas informativos | Registro E C Informativo | |
| 200 | Consultas SIP | | |
| | **MODULO DE JUDICATURA** | Transferencias<br>Pensiones | |
| **Código** | **Nombre Unidad de trabajo** | **Oficinistas** | **Conceptos** |
| 002 | Control de solicitudes | Registro de Solicitudes | |
| | | Historial de Estatus | |
| | | Actualización de Estatus | |
| | | Consulta Balances | |
| | | Validación de Documentos | |
| | | Excepción ley 3 | |
| 006 | Control de Documentos y Expedientes | | |
| Código | Nombre Unidad de trabajo | Préstamo | |
| 008 | Préstamo | | |
| **Código** | **Nombre Unidad de trabajo** | **Intervenciones Fiscales** | **Conceptos** |
| 005 | Intervenciones Fiscales | | |

# DIAGRAMA DE PUESTOS
# AREA DE SERVICIOS A PARTICIPANTES

## OFICINA DEL DIRECTOR

Director de Servicios a Participantes (680)
Director Auxiliar de Servicios a Participantes (168v)
Oficial Ejecutivo (252v)
Administrador de Sistemas de Oficina (248)
Analista de Reconsideración (571)
Técnico de Sistemas de Oficina II (050)
Operador de Equipo de Entrada de Información (183, 389v, 407)
Auxiliar de Sistemas de Oficina (364v)
Oficinista II (706)

## DIVISION DE MANTENIMIENTO DE CUENTAS

### OFICINA DEL JEFE

Gerente de División (170)
Oficial Administrativo II (262)
Técnico de Sistemas de Oficina II (414)

### SECCION DE SERVICIOS NO COTIZADOS

Supervisor de Sección (370v)
Analista en Determinación de Beneficios II (228, 260v, 489, 493v, 644,)
Auxiliar de Sistemas de Oficina (204v)
Oficinista II (292, 479)
Oficinista I (596v)

### SECCION DE ESTADO DE CUENTAS

Supervisor de Sección (015)
Analista en Determinación de Beneficios II (231v, 258, 299v, 300, 337v)
Analista en Determinación de Beneficios I (193v, 758)
Técnico de Sistemas de Oficina I (214)
Oficinista II (480)
Oficinista I (216v, 569v)

## DIVISION DE CUENTAS DE AHORRO PARA RETIRO

### OFICINA DEL JEFE

Gerente de División (655)
Técnico de Sistemas de Oficina II (438v, 731)
Oficinista II (694)

### SECCION DE DEVOLUCION DE AHORROS

Supervisor de Sección (871)
Analista en Determinación de Beneficios II (187)
Analista en Determinación de Beneficios I (609)
Oficinista II (240)
Oficinista I (029)

### SECCION DE ESTADO DE CUENTAS Y PAGO DE ANUALIDADES

Supervisor de Sección (134v)
Analista en Determinación de Beneficios II (297)
Analista en Determinación de Beneficios I (681)
Operador de Equipo de Entrada de Información (236)
Oficinista I (139)

AREA DE SERVICIOS A PARTICIPANTES

**DIVISION DE LIQUIDACION DE CUENTAS**

**OFICINA DEL JEFE**

Gerente de División (335v)
Oficial Administrativo II (023)
Técnico de Sistemas de Oficina II (178v)

**SECCION DE CALCULO DE PENSIONES**

Supervisor de Sección (245v)
Analista en Determinación de Beneficios II (184, 189, 353v, 405, 422, 564)

**SECCION DE REEMBOLSOS**

Supervisor de Sección (110)
Analista en Determinación de Beneficios II (097, 232v, 255v, 459v, 491v)
Analista en Determinación de Beneficios I (094)
Técnico de Sistemas de Oficina I (409)
Oficinista II (565)
Oficinista I (404)

V = Puesto vacante

**Estado Libre Asociado de Puerto Rico**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
SAN JUAN, PUERTO RICO
www.casp.pr.gov

| | |
|---|---|
| **ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA (PETICIONADA)**<br><br>**Y**<br><br>**UNION GENERAL DE TRABAJADORES (PETICIONARIA)** | **CASO NÚM: AQ-13-0385**<br><br>**SOBRE: RECLASIFICACIÓN/ DIFERENCIAL Consuelo Navarro Smith Y Otros 15** |

**NOTIFICACIÓN NÚM. 2**

Conforme al Artículo VII del Reglamento de la Comisión de Relaciones del Trabajo del Servicio Público se le requiere que comparezca el día **25 de octubre de 2016** a las **9:00 a.m.** ante el/la Árbitro(a) **Noel Hernández López.** La vista se celebrará en el sexto piso de las facilidades de la Comisión sita en la Avenida Ponce de León #1409, Parada 20, Santurce, Puerto Rico.

Se le apercibe a las partes que de no comparecer a la vista de arbitraje el(la) árbitro(a) entre otras cosas podrá:

1. Proceder al cierre del caso con perjuicio.
2. Proceder con la celebración de la vista y emitir un laudo sólo a base de la prueba presentada.
3. Tomar la acción que estime apropiada consistente con la más rápida y efectiva disposición de la controversia.

En San Juan, Puerto Rico a 2 de junio de 2016

Ihomara A. Quiñones Reyes
Directora
División de Métodos Alternos de Resolución de Conflictos



Ab. tro.
— Noel Hernández

# Unión General de Trabajadores

Calle Niza #611, Esquina Verona Urb. Villa Capri Río Piedras, Puerto Rico 00924 P.O. Box 29247, Estación 65 Infantería, Río Piedras, P.R. 00929
Tel.: (787) 760-5050 * Fax: (787) 761-5830
Teleservicio(787) 675-0167 web:www.ugtpr.org

UGT LOCAL 1199 ¡Cuenta con tu Unión!

AFILIADA SEIU

Friday, September 09, 2016

| Nombre: | CONSUELO NAVARRO Y OTROS 15 | |
|---|---|---|
| Dirección: | CALLE DOMENGO CRUZ #620 URB. VILLA PRADES | |
| | | |
| | SAN JUAN | 00924 |

Re: Caso # AQ-13-385
ADMINISTRACION DE LOS SISTEMAS

La vista de arbitraje sobre su querella ha sido señalada para fecha, hora y lugar que le indicamos al final de esta comunicación.

Tan pronto reciba esta carta deberá comunicarse con nosotros para coordinar una entrevista con el asesor legal que atenderá su caso de arbitraje. La entrevista será para la preparación de su caso, lo que requiere que traiga todos los documentos que tenga en su poder relacionados con dicho caso. Si utilizará algún testigo, es importante que le acompañe a esta entrevista.

Su asistencia es muy importante. Si no puede estar presente el día señalado, deberá notificárnoslo de inmediato. Si no se comunica con nosotros y tampoco asiste a la vista, el árbitro entenderá que usted no tiene interés en su caso y podrá decidir lo siguiente:

1.Cerrar el caso
2.Celebrar la vista sin su presencia y emitir una decisión
3.Tomar cualquier otro decisión para resolver la controversia

A continuación los detalles sobre la vista de arbitraje:

**Fecha: Tuesday, October 25, 2016**
**Hora: 9:00:00 AM**
**Lugar: Comisión Apelativa del Servicio Público**
**DIR:** Ave Ponce de León 1409, CEM Building Parada 20, Santurce PR Tel. (787)723-4242

Los números de teléfonos de la Unión son los siguien 787-760-5050 / 787-675-0167

Cordialmente,

División de Arbitraje
Unión General de Trabajadores

Cf: Expediente
Oficial de Servicio

939-645-5215

27 de abril de 2016

Sr. Ricardo Díaz

Re: Certificaciones

Estimados señores:

De acuerdo con sus especificaciones, se efectúa entrega de Certificaciones de ASR para Caso Núm: AQ-13-385 de los siguientes empleados:

1. Glendalee Jiménez Vélez
2. Maritza Colón Rivera
3. Mabel Sánchez Caraballo
4. Waleska Carrasco Ayala
5. Marilyn Velázquez Cruz
6. Mitzy Viera Rodríguez
7. Luis Ayala Laureano
8. Teresita Mercado Bigio
9. Consuelo Navarro Smith
10. Sandra Díaz Chapman
11. Sofía Rojas Correa

recibido 07/14/2016 11:30

CASP-DMA-001

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
WWW.CASP.PR.GOV

RECIBID
JUN 15 2015
UGT

| ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA (PETICIONADA) | CASO NÚM: AQ-13-385 |
|---|---|
| Y | SOBRE: RECLASIFICACIÓN/ DIFERENCIAL Consuelo Navarro Smith Y Otros 15 |
| UNION GENERAL DE TRABAJADORES (PETICIONARIA) | |

REGISTRADO 1/7/15

NOTIFICACIÓN DE SOLICITUD DE SERVICIOS DE ARBITRAJE DE QUEJAS Y AGRAVIOS

El 29 de abril de 2013, la Unión General de Trabajadores presentó ante la Comisión Apelativa del Servicio Público (Comisión) una *Solicitud de Servicios de Arbitraje de Quejas y Agravios*.

Se le requiere que comparezca a una vista de arbitraje el día **11 de febrero de 2016**, a las **9:00 a.m.**, ante el interventor neutral **Carlos Román Espada**. La vista se celebrará en las instalaciones de la Comisión ubicada en el 6^to^ piso del Edificio CEM en la Avenida Ponce de León Núm. 1409, Santurce, Puerto Rico (Parada 20).

Los procedimientos de las vistas de arbitraje se rigen por las disposiciones del Artículo VII del Reglamento de la Comisión (Núm. 6385), el cual está disponible en la página web de la Comisión (www.casp.pr.com). Las partes podrán comparecer a la vista de arbitraje representadas por su abogado o por un representante que no tiene que ser abogado.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura podrá someter una contestación a la misma, dentro de los cinco (5) días siguientes al recibo de esta *Notificación*. En igual término las partes deberán comunicar a la Comisión la conveniencia de someter la controversia a un proceso de Mediación.

Se le apercibe a las partes que de no comparecer a la vista de arbitraje el interventor neutral podrá, entre otras:

1. Proceder al cierre del caso con perjuicio.
2. Proceder con la celebración de la vista y emitir un laudo sólo a base de la prueba presentada.
3. Tomar la acción que estime apropiada consistente con la más rápida y efectiva disposición de la controversia.

REGISTRADO 2/19/2016

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
SAN JUAN, PUERTO RICO
www.casp.pr.gov

| ADMINISTRACION DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DE GOBIERNO Y LA JUDICATURA (AGENCIA)<br><br>y<br><br>UNION GENERAL DE TRABAJADORES (UGT) (UNION) | CASO NÚM.: AQ-13-0385<br><br>SOBRE: Reclasificación / Diferencial<br>Consuelo Navarro Smith y otros 15 |
|---|---|

**RESOLUCIÓN**

El 11 de febrero de 2016, las partes de epígrafe accedieron convertir la vista de Arbitraje, en una sesión de mediación. Como parte de los procedimientos se cita a las partes de epígrafe a continuar con los procedimientos de mediación, para el próximo 9 de marzo de 2016, a las 9:00 am en las facilidades de la Comisión Apelativa del Servicio Público.

En San Juan, Puerto Rico a 16 de febrero de 2016.

**Carlos M. Román Espada**
Interventor Neutral
División de Métodos Alternos y
Resolución de Conflictos



ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
www.casp.pr.gov

| | |
|---|---|
| ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA (AGENCIA) | Caso Núm: AQ-13-0385 |
| -Y- | Sobre: Reclasificación/ Diferencial |
| DIVISIÓN DE EMPLEADOS PÚBLICOS DE LA UNIÓN GENERAL DE TRABAJADORES (UNIÓN) | (Sra. Consuelo Navarro y otros) |
| | Árbitro: Noel A. Hernández López |

## RESOLUCIÓN

En relación a Moción Solicitando Vista de Status del 21 de octubre de 2016, presentada por la AGENCIA, se resuelve:

1. Sustituir la vista de arbitraje señalada para el 25 de octubre de 2016, a las 9:00 a. m., por una conferencia con antelación a vista tal como lo establece la sección 7.08 del Reglamento de la Comisión.

2. Sólo comparecerá a la conferencia con antelación a vista los representantes legales de cada parte. Los empleados reclamantes permanecerán en sus respectivas áreas de trabajo. El representante legal de la UNIÓN mantendrá notificados a los empleados de las incidencias procesales del presente caso.

3. En la conferencia con antelación a vista se analizará el número de testigo; tiempo que tarde su declaración, cualquier controversia relacionada con los documentos, posibilidad de estipular hechos.

4. Las partes presentarán sus respectivos proyectos de sumisión.

5. Se atenderá cualquier asunto necesario para la resolución justa, rápida y económica de la controversia.

**REGÍSTRESE Y NOTIFÍQUESE.**
En San Juan, Puerto Rico a 24 de octubre de 2016

Noel A. Hernández López
Árbitro

## CERTIFICACIÓN

**CERTIFICO** haber enviado por correo ordinario copia de la presente **Acta de Conferencia con Antelación** a las siguientes partes.

**Lcda. Wanda I. Alvelo Maldonado**
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura
Oficina de Asuntos Legales
PO Box 42003, Estación Minillas
San Juan, Puerto Rico 00940-2003

**Sr. Ángel F. Ferrer Cruz**
**Lcdo. Edwin Rivera Cintrón**
Unión General de Trabajadores
PO Box 29247
Estación 65 de Infantería
Río Piedras, Puerto Rico 00929

En San Juan, Puerto Rico hoy 31 de octubre de 2016.

Ángela R. González Rodríguez

**Ángela R. González Rodríguez**
Secretaria
División de Métodos Alternos