FROM: MARITZA Colón Rivera
Urb. Santa Teresita
Calle 49 A-Z-14
Bayamón, P.R. 00961

TO: Secretaria (Clerk's Office)
150, Ave. Carlos Chardón,
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio (Federal Building)
San Juan (Puerto Rico) 00918-1767