# GARCÍA-FIGUEROA & CO., PSC
## CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS CONSULTANTS

August 27, 2022

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

CLERK'S OFFICE
UNITED STATE DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

RE: Claim #5090
    García-Figueroa & Co., PSC.
    $18,755.00

On August 25th, we received the notice from Prime Clerk, LLC, that our **Claim #5090**, in the amount of $18,755.00, against the Commonwealth of Puerto Rico, requesting to be disallowed due to not having proof that supports the claim amount.

This claimed balance of $18,755 is composed as followed:

    Invocie #DTOP2017-6   $ 7,445.00

    Inovice # DTOP2017-7   $11,310.00

Find attached all the invoices and supporting documents that prove that the contracted job was done and completed as requested but payment was never completed due to the fiscal situation. Further, we affirm that these documents were presented to Governmental agency in various occasions.

Please advise if you need further details or have any questions.

Best Regards,

José L. García, CPA, CFE
President
García-Figueroa & Co., PSC.

1