**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| GARCIAFIGUEROA CO PS | 5090 | 3/27/2018 | Commonwealth of Puerto Rico | $18,755.00 |
| **Treatment:** | **Claim to be Disallowed** | | | |
| **Reason:** | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| GARCIAFIGUEROA CO PS | 5090 | 3/27/2018 | Commonwealth of Puerto Rico | $18,755.00 |
| **Tratamiento:** | **Reclamo a ser desestimado** | | | |
| **Base para:** | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## Four Hundred Eighty-Eighth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | GARCIAFIGUEROA CO PS<br>PO BOX 9300002<br>SAN JUAN, PR 00925 | 03/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5090 | $18,755.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | GONZALEZ TORRES, MARIELA<br>CONDADO MODERNO ,<br>CALLE 5 G4<br>CAGUAS, PR 00725 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16903-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | PESANTE MARTINEZ, CARMEN A<br>MANSIONES REALES<br>A22 CALLE PRINCIPE DE ASTURIAS<br>GUAYNABO, PR 00969-5261 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165253 | $7,272.50 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | POTREROS LOS LLANOS, INC.<br>P.O. BOX 1914<br>COAMO, PR 00769 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17818 | $11,013.06 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

# GARCIA-FIGUEROA & CO., PSC
## CONTADORES PUBLICOS AUTORIZADOS Y CONSULTORES FINANCIEROS

### FACTURA

Página 1 de 6

Sr. José R. Pacheco-Rodríguez
Director de Presupuesto y Finanzas
Departamento de Transportación y Obras Públicas
San Juan, Puerto Rico

22 de febrero de 2017
Núm. Contrato                 2017-000017
Núm. Factura:                 DTOP2017-6

| DESCRIPCION | CANTIDAD |
|---|---|

**FACTURA DE SERVICIOS PROFESIONALES:**
PREPARACION DE LOS ESTADOS FINANCIEROS DEL DTOP - AÑO FISCAL 2016
PROYECTO - CONCILIACIONES DE LOS FONDOS DEL DTOP AL 30 DE SEPTIEMBRE DE 2016

Horas trabajadas:

| | Horas | $ | Total |
|---|---|---|---|
| CPA José L. García-Figueroa...................... | 7.00 | $ 125.00 | 875.00 |
| Lcdo. Edgardo J. Arreizaga-Soto, CPA............ | 5.00 | $ 100.00 | 500.00 |
| Sra. Amarilis Duarte-Gutierrez...................... | 29.00 | $ 65.00 | 1,885.00 |
| Sra. Mileyka Hernández-Gutierrez................ | 93.00 | $ 45.00 | 4,185.00 |
| Total de horas trabajadas | 134.00 | | |

### TOTAL DE LOS SERVICIOS RENDIDOS            $7,445.00

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Transportación y Obras Públicas es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensia previa.

La única consideración para suministrar estos servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios han sido realizados y no han sido pagados al día de hoy, 22 de febrero de 2017.

CPA José L. García Figueroa

V.B. por: Sr. José R. Pacheco-Rodriguez
Director de Presupuesto y Finanzas
Departamento de Transportación y Obras Públicas

Original

P.O. Box 930002, San Juan, Puerto Rico 00928-5069
Tel. (787) 505-5322 / Fax (787) 754-6059

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**
**INFORME DE LABOR REALIZADA**
**CONSULTOR: CPA JOSE L. GARCIA-FIGUEROA**
**MES: ENERO 2017**

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|---|---|---|---|---|---|---|
| Viernes | 1/13/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Supervisión de los procesos que envuelven la ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 4.00 | hrs |
| Martes | 1/17/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Reunión con el personal gerencial del DTOP para discutir sobre los trabajos que ha realizado nuestra firma en el DTOP. En esta reunión estuvieron presentes el Sr. José R. Pacheco-Rodríguez, Director de la Oficina de Finanzas y Presupuesto del DTOP, la secretaria del Sr. Pacheco-Rodríguez, la Sra. Enid Valentín-Collazo, Ex Directora y nuestro personal. Supervisión de los procesos de relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 3.00 | hrs |
| | | | | | 7.00 | Hrs. |

**TOTAL FACTURADO POR LOS SERVICIOS RENDIDOS DESDE EL 1 AL 31 DE ENERO DE 2017**          **$875.00**

Certifico Correcto por _____          Fecha _22/FEBRERO/2017_

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**
**INFORME DE LABOR REALIZADA**

**CONSULTOR: LCDO. EDGARDO J. AREIZAGA-SOTO, CPA**

**MES: ENERO 2017**

Página 3 de 6

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|-----|-------|--------|----------|------------------------|-------|---|
| Martes | 1/17/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Reunión con el personal gerencial del DTOP para discutir sobre los trabajos que ha realizado nuestra firma en el DTOP. En esta reunión estuvieron presentes el Sr. José R. Pacheco-Rodríguez, Director de la Oficina de Finanzas y Presupuesto del DTOP, la secretaria del Sr. Pacheco-Rodríguez, la Sra. Enid Valentín-Collazo, Ex Directora y nuestro personal. Supervisión de los procesos de relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | | |
| | | | | | 3.00 | hrs |
| | | | | | 5.00 | Hrs. |

**TOTAL FACTURADO POR LOS SERVICIOS RENDIDOS DESDE EL 1 AL 31 DE ENERO DE 2017**

$500.00

Certifico Correcto por _____          Fecha _22/FEBRERO/2017_

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
INFORME DE LABOR REALIZADA

CONSULTOR: SRTA. AMARILIS DUARTE-GUTIERREZ

MES: ENERO 2017

Página 4 de 6

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|-----|-------|--------|----------|------------------------|-------|---|
| Miércoles | 4/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Miércoles | 11/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Por instrucciones de la gerencia del DTOP participamos de una reunión con el personal de la Oficina de Gerencia y Presupuesto para discutir el proceso de conciliación de las cuentas que administra el DTOP. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Viernes | 13/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.50 | hrs |
| Martes | 17/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.50 | hrs |

TOTAL FACTURADO POR LOS SERVICIOS RENDIDOS DESDE EL 1 AL 31 DE ENERO DE 2017       29.00   Hrs.

Certifico Correcto por _____       Fecha 22/FEBRERO/2017       $1,885.00



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS

INFORME DE LABOR REALIZADA

CONSULTOR: SRA. MILEYKA HERNANDEZ-GUTIERREZ

MES: ENERO 2017

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|---|---|---|---|---|---|---|
| Miércoles | 4/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Lunes | 9/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Martes | 10/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Por instrucciones de la gerencia del DTOP participamos de una reunión con el personal de la Oficina de Gerencia y Presupuesto para discutir el proceso de conciliación de las cuentas que administra el DTOP. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Miércoles | 11/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ofrecimos asistencia técnica al personal de la Oficina de Finanzas y Presupuesto en la realización de las proyecciones presupuestarias de DISCO para el mes de Diciembre de 2016, según solicitado por el Sr. José R. Pacheco-Rodríguez, Director. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Jueves | 12/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ofrecimos asistencia técnica al personal de la Oficina de Finanzas y Presupuesto en la realización de las proyecciones presupuestarias de DISCO para el mes de Diciembre de 2016 y del DEDT para enero de 2017, según solicitado por el Sr. José R. Pacheco-Rodríguez, Director. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.50 | hrs |
| Viernes | 13/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ofrecimos asistencia técnica al personal de la Oficina de Finanzas y Presupuesto en la realización de las proyecciones presupuestarias de DISCO para el mes de Diciembre de 2016 y del DEDT para enero de 2017, según solicitado por el Sr. José R. Pacheco-Rodríguez, Director. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.50 | hrs |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**
**INFORME DE LABOR REALIZADA**

**CONSULTOR: SRA. MILEYKA HERNANDEZ-GUTIERREZ**

**MES: ENERO 2017**

Página 6 de 6

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|---|---|---|---|---|---|---|
| Martes | 17/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.50 | hrs |
| Miércoles | 18/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.50 | hrs |
| Viernes | 20/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Lunes | 23/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 6.50 | hrs |
| Miércoles | 25/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Viernes | 27/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.00 | hrs |
| Lunes | 30/1/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 7.50 | hrs |
| | | | | | 93.00 | Hrs. |

TOTAL FACTURADO POR LOS SERVICIOS RENDIDOS DESDE EL 1 AL 31 DE ENERO DE 2017

$4,185.00

Certifico Correcto por _____     Fecha _22 / FEBRERO / 2017_

# *GARCIA-FIGUEROA & CO., PSC*

## *CONTADORES PUBLICOS AUTORIZADOS Y CONSULTORES FINANCIEROS*

| FACTURA | |
|---|---|

| | Página 1 de 8 |
|---|---|
| Sr. José R. Pacheco-Rodríguez<br>Director de Presupuesto y Finanzas<br>Departamento de Transportación y Obras Públicas<br>San Juan, Puerto Rico | 13 de marzo de 2017<br>Núm. Contrato          2017-000017<br>Núm. Factura:          DTOP2017-7 |

| DESCRIPCION | CANTIDAD |
|---|---|

**FACTURA DE SERVICIOS PROFESIONALES:**
**PREPARACION DE LOS ESTADOS FINANCIEROS DEL DTOP - AÑO FISCAL 2016**
**PROYECTO - CONCILIACIONES DE LOS FONDOS DEL DTOP AL 30 DE SEPTIEMBRE DE 2016**

**Horas trabajadas:**

| | Horas | $ | Total |
|---|---|---|---|
| CPA José L. García-Figueroa........................ | 14.00 | $ 125.00 | $ 1,750.00 |
| Lcdo. Edgardo J. Arreizaga-Soto, CPA............ | 2.00 | $ 100.00 | 200.00 |
| Sra. Amarilis Duarte-Gutierrez...................... | 54.00 | $ 65.00 | 3,510.00 |
| Sra. Mileyka Hernández-Gutierrez................. | 130.00 | $ 45.00 | 5,850.00 |
| **Total de horas trabajadas** | 200.00 | | |

| TOTAL DE LOS SERVICIOS RENDIDOS | $11,310.00 |
|---|---|

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Transportación y Obras Públicas es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa.

La única consideración para suministrar estos servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios han sido realizados y no han sido pagados al día de hoy, 13 de marzo de 2017.

_____
CPA José L. García Figueroa

_____
V.B. por: Sr. José R. Pacheco-Rodriguez
Director de Presupuesto y Finanzas
Departamento de Transportación y Obras Públicas

Original

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
INFORME DE LABOR REALIZADA
CONSULTOR: CPA JOSE L. GARCIA-FIGUEROA
MES: FEBRERO & MARZO 2017

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|------|-------|--------|----------|-----------------------|-------|---|
| Miércoles | 15/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Supervisión de los procesos que envuelven la ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 6.00 | hrs |
| Miércoles | 22/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Reunión con el personal gerencial del DTOP para discutir sobre los trabajos que ha realizado nuestra firma en el DTOP. En esta reunión estuvieron presentes el Sr. José R. Pacheco-Rodríguez, Director de la Oficina de Finanzas y Presupuesto del DTOP, la secretaria del Sr. Pacheco-Rodríguez, y nuestro personal.  Supervisión de los procesos de relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 2.00 | hrs |
| Miercoles | 1/3/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Supervisión de los procesos que envuelven la ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 6.00 | hrs |
| | | | | | 14.00 | Hrs. |

**TOTAL FACTURADO POR LOS SERVICIOS RENDIDOS DURANTE EL MES DE FEBRERO DE 2017 HASTA EL 10 DE MARZO DE 2017**          $1,750.00

Certifico Correcto por _____          Fecha _____

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**

**INFORME DE LABOR REALIZADA**

**CONSULTOR: LCDO. EDGARDO J. AREIZAGA-SOTO, CPA**

**MES: FEBRERO & MARZO 2017**

Página 3 de 8

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|---|---|---|---|---|---|---|
| Miércoles | 22/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Reunión con el personal gerencial del DTOP para discutir sobre los trabajos que ha realizado nuestra firma en el DTOP. En esta reunión estuvieron presentes el Sr. José R. Pacheco-Rodríguez, Director de la Oficina de Finanzas y Presupuesto del DTOP, la secretaria del Sr. Pacheco-Rodríguez, y nuestro personal. Supervisión de los procesos de relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | | |
| | | | | | 2.00 | |
| | | | | | 2.00 | Hrs. |

TOTAL FACTURADO POR LOS SERVICIOS RENDIDOS DURANTE EL MES DE FEBRERO DE 2017 HASTA EL 10 DE MARZO DE 2017       $200.00

Certifico Correcto por _____       Fecha _13_/_marzo_/_2017_

ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS

INFORME DE LABOR REALIZADA

CONSULTOR: SRTA. AMARILIS DUARTE-GUTIERREZ

MES: FEBRERO & MARZO 2017

Página 4 de 8

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|---|---|---|---|---|---|---|
| Lunes | 6/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Miércoles | 8/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Por instrucciones de la gerencia del DTOP participamos de una reunión con el personal de la Oficina de Gerencia y Presupuesto para discutir el proceso de conciliación de las cuentas que administra el DTOP. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Martes | 14/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 4.00 | hrs |
| Lunes | 20/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Miércoles | 22/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Reunión con el personal gerencial del DTOP para discutir sobre los trabajos que ha realizado nuestra firma en el DTOP. En esta reunión estuvieron presentes el Sr. José R. Pacheco-Rodríguez, Director de la Oficina de Finanzas y Presupuesto del DTOP, la secretaria del Sr. Pacheco-Rodríguez, y nuestro personal. Supervisión de los procesos relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 2.00 | hrs |
| Viernes | 24/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**

**INFORME DE LABOR REALIZADA**

**CONSULTOR: SRTA. AMARILIS DUARTE-GUTIERREZ**

**MES: FEBRERO & MARZO 2017**

Página 5 de 8

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|---|---|---|---|---|---|---|
| Miercoles | 1/3/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | rs |
| Viernes | 10/3/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| | | | | | 54.00 | Hrs. |

**TOTAL FACTURADO POR LOS SERVICIOS RENDIDOS DURANTE EL MES DE FEBRERO DE 2017 HASTA EL 10 DE MARZO DE 2017**          $3,510.00

Certifico Correcto por _____          Fecha _13 /marzo /2017_

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

INFORME DE LABOR REALIZADA

CONSULTOR: SRA. MILEYKA HERNANDEZ-GUTIERREZ

MES: FEBRERO & MARZO 2017

Página 6 de 8

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|-----|-------|--------|----------|------------------------|-------|---|
| Viernes | 3/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Lunes | 6/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Miércoles | 8/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Por instrucciones de la gerencia del DTOP participamos de una reunión con el personal de la Oficina de Gerencia y Presupuesto para discutir el proceso de conciliación de las cuentas que administra el DTOP. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Viernes | 10/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ofrecimos asistencia técnica al personal de la Oficina de Finanzas y Presupuesto en la realización de las proyecciones presupuestarias de DISCO para el mes de Diciembre de 2016, según solicitado por el Sr. José R. Pacheco-Rodríguez, Director. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 9.00 | hrs |
| Lunes | 13/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ofrecimos asistencia técnica al personal de la Oficina de Finanzas y Presupuesto en la realización de las proyecciones presupuestarias de DISCO para el mes de Diciembre de 2016 y del DEDT para enero de 2017, según solicitado por el Sr. José R. Pacheco-Rodríguez, Director. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 9.00 | hrs |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**
**INFORME DE LABOR REALIZADA**

**CONSULTOR: SRA. MILEYKA HERNANDEZ-GUTIERREZ**

**MES: FEBRERO & MARZO 2017**

Página 7 de 8

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|---|---|---|---|---|---|---|
| Miércoles | 15/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ofrecimos asistencia técnica al personal de la Oficina de Finanzas y Presupuesto en la realización de las proyecciones presupuestarias de DISCO para el mes de Diciembre de 2016 y del DEDT para enero de 2017, según solicitado por el Sr. José R. Pacheco-Rodríguez, Director. Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Viernes | 17/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Lunes | 20/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Miércoles | 22/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Viernes | 24/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Lunes | 27/2/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Miércoles | 1/3/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP.  Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**
**INFORME DE LABOR REALIZADA**

**CONSULTOR: SRA. MILEYKA HERNANDEZ-GUTIERREZ**

**MES: FEBRERO & MARZO 2017**

Página 8 de 8

| DIA | FECHA | CENTRO | OBJETIVO | ACTIVIDADES REALIZADAS | HORAS | |
|---|---|---|---|---|---|---|
| Viernes | 3/3/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Lunes | 6/3/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Miércoles | 8/3/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| Viernes | 10/3/2017 | DTOP | Asistencia en la preparación de las conciliaciones de los Fondos / Cuentas del DTOP para el año fiscal terminado el 30 de septiembre de 2016 | Ejecución del plan de trabajo propuesto y aprobado por la gerencia del DTOP relacionado al proceso de conciliación de las cuentas de los restantes que administró el DTOP correspondientes al primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016, conforme a la aprobación recibida por la gerencia del DTOP. Se compara la información financiera contenida en el sistema de contabilidad PRIFAS 7.5 del Departamento de Hacienda con el sistema interno de contabilidad del DTOP, conocido como People Soft 8.4 para identificar las discrepancias e investigarlas con el personal de contabilidad de la Agencia. | 8.00 | hrs |
| | | | | | 130.00 | Hrs. |

TOTAL FACTURADO POR LOS SERVICIOS RENDIDOS DURANTE EL MES DE FEBRERO DE 2017 HASTA EL 10 DE MARZO DE 2017          $5,850.00

Certifico Correcto por _____          Fecha  13/MARZO/2017



GOBIERNO DE PUERTO RICO
Departamento de Transportación y Obras Públicas

3 de marzo de 2017

Sr. José García Figueroa
CPA Garcia Figueroa & Company, P.S.C.
PO Box 9300002
San Juan, Puerto Rico 00925

Re:    Cancelación de Contrato de Servicios Profesionales
       Contrato Número: 2017-000126

Estimado señor García Figueroa:

El Departamento de Transportación y Obras Públicas (DTOP) mantiene vigente con su compañía el contrato de referencia. Conforme a la cláusula 5.2 del contrato, el DTOP, puede resolver el contrato en cualquier momento, previa notificación por escrito de la intención de así hacerlo, con no menos de treinta (30) días de anticipación a la fecha de terminación. No obstante, en la misma cláusula, el DTOP se reservó la facultad de reducir el término de treinta (30) días, de notificación previa a la fecha de terminación, cuando su situación fiscal o los mejores intereses del Gobierno de Puerto Rico así lo requirieran. Ante la declaración de emergencia fiscal, por el Gobernador de Puerto Rico, en la Orden Ejecutiva Núm. OE-2017-001 y, el deber ineludible de la agencia de velar por el mejor uso de recursos, se le informa que es nuestra firme intención de cancelar su contrato efectivo el 10 de marzo de 2017.

Por lo tanto, solicitamos nos envíe el balance de cancelación del referido contrato lo antes posible.

Cordialmente,

Carlos M. Contreras Aponte, PE
Secretario



# GARCIA-FIGUEROA & CO., PSC

## CONTADORES PÚBLICO AUTORIZADOS Y CONSULTORES FINANCIEROS

22 de febrero de 2017

Sr. José R. Pacheco-Rodríguez
Director
Oficina de Finanzas y Presupuesto
Departamento de Transportación y Obras Públicas
San Juan, Puerto Rico

**FACTURA POR LOS SERVICIOS PROFESIONALES RENDIDOS – ENERO 2017**

Estimado Sr. Pacheco-Rodríguez:

Le hacemos entrega de la factura por los servicios rendidos durante el mes de enero de 2017 relacionado a nuestra asistencia a la gerencia en la preparación de las conciliaciones de todas las cuentas que administró el Departamento de Transportación y Obras Públicas, (DTOP) durante el primer trimestre del año fiscal 2016-2017, terminado el 30 de septiembre de 2016 conforme al contrato suscrito, para su revisión y acción correspondiente.

Agradecemos la oportunidad que nos brindan y de necesitar información adicional o discutir el contenido de esta factura, favor de indicárnoslo.

Mientras quedamos a sus órdenes.

Atentamente,

CPA José L. García
Presidente

*G A R C Í A - F I G U E R O A   &   C O . ,   P S C*

CONTADORES PÚBLICOS AUTORIZADOS Y CONSULTORES FINANCIEROS

13 de marzo de 2017

Sr. Carlos M. Contreras-Aponte, PE
Secretario
Departamento de Transportación y Obras Públicas
San Juan, Puerto Rico 00940-1294

*CANCELACIÓN CONTRATO NÚM. 2017-000126*

Estimado señor Secretario:

Hacemos referencia a su comunicación del 3 de marzo del corriente año, donde nos informó sobre su decisión de cancelar el contrato de consultoría financiera mencionado en el epígrafe que nuestra firma mantenía con el Departamento de Transportación y Obras Públicas, (el DTOP) efectivo el 10 de marzo de 2017. Además, nos solicitó el balance de cancelación del referido contrato.

Señor Secretario, entendemos su decisión y agradecemos la oportunidad que nos brindaron de conocer sobre las operaciones fiscales del DTOP. Le deseamos a usted y a su equipo de trabajo el mayor de los éxitos en la ejecución de su plan de trabajo.

Respondiendo a su petición, le presentamos nuestras facturas pendientes de pago por los servicios profesionales rendidos desde el 1 de enero al 9 de marzo de 2017 para su revisión y acción correspondiente.

Durante este periodo nuestro personal ofreció asistencia técnica a la gerencia del DTOP en la preparación de las conciliaciones de todas las cuentas que administró el DTOP para el trimestre terminado el 30 de septiembre de 2016. También, asistimos al personal de la Oficina de Finanzas y Presupuesto en la preparación de las proyecciones presupuestarias de los Fondos Estatales Especiales y del Fondo General para los meses de diciembre de 2016 y enero de 2017, conforme a las instrucciones del Sr. José R. Pacheco-Rodríguez, Director.

Atentamente,

CPA José L. García
Presidente

cc: Lcdo. Edgardo J. Areizaga, CPA

DEPARTAMENTO DE TRANSPORTACIÓN
Y OBRAS PÚBLICAS
OFICINA DEL SECRETARIO
MAR 13 2017
Recibido por:
Hora: 3:31 pm

PO BOX 9300002, SAN JUAN, PR 00925. TEL 787-505-5322/FAX 787-754-6149

### GARCÍA-FIGUEROA & CO., PSC

**CONTADORES PÚBLICOS AUTORIZADOS Y CONSULTORES FINANCIEROS**

## HOJA DE TRÁMITE

15 de marzo de 2017

Sr. José R. Pacheco-Rodríguez
Director
Departamento de Transportación y Obras Públicas
San Juan, Puerto Rico 00940-1294

**CONCILIACIONES DE TODOS LOS FONDOS DEL DTOP - AL 30 DE SEPTIEMBRE DE 201X**

Estimado señor Pacheco:

Le hacemos entrega de las conciliaciones preparadas relacionadas a los fondos que se encuentra administrando el Departamento de Transportación y Obras Públicas, (el DTOP) correspondientes al primer trimestre terminado el 30 de septiembre de 201X para su revisión y acción que entienda pertinente.

Es importante mencionar que nuestro rol fue ofrecer asistencia técnica a la gerencia del DTOP en la preparación de estas conciliaciones, conforme al contrato que mantuvimos vigente hasta el 10 de marzo de 2017.

Se conciliaron todas las cuentas que administró el DTOP para el trimestre terminado el 30 de septiembre de 201X al comparar la información financiera registrada en el sistema de contabilidad del Departamento de Hacienda, PRIFAS 7.5 con la información contenida en el sistema interno del DTOP, PeopleSoft 8.4.

Identificamos y aclaramos las diferencias encontradas y propusimos los ajustes correspondientes al sistema PeopleSoft 8.4. Favor de referirse a las conciliaciones que hoy le hacemos entrega.

Agradecemos la oportunidad brindada y nos reiteramos siempre sus órdenes.

Atentamente,

CPA José L. García
Presidente

cc: Lcdo. Edgardo J. Areizaga, CPA

PO BOX 9300002, SAN JUAN, PR 00925. TEL 787-505-5322/FAX 787-754-6149

*GARCIA-FIGUEROA & CO., PSC*

## CONTADORES PÚBLICO AUTORIZADOS Y CONSULTORES FINANCIEROS

25 de mayo de 2017

Sr. José R. Pacheco-Rodríguez
Director
Oficina de Finanzas y Presupuesto
Departamento de Transportación y Obras Públicas
San Juan, Puerto Rico

**FACTURA SERVICIOS PROFESIONALES RENDIDOS – ENERO-FEBRERO-MARZO- 2017**

Estimado Sr. Pacheco-Rodríguez:

Respondiendo a su petición, le hacemos entrega de nuestras facturas mencionadas en el epígrafe.

Estas facturas fueron sometidas anteriormente (el 22 de febrero y el 13 de marzo de 2017) al Hon. Carlos M. Contreras-Aponte, Secretario del DTOP y a usted para la acción correspondiente.

De necesitar información adicional, favor de indicárnoslo.

Atentamente,

CPA José L. García
Presidente

Recibido por: _____

Fecha: 25-May-17. _____

*G A R C I A - F I G U E R O A  &  C O . ,  P S C*

CONTADORES PÚBLICO AUTORIZADOS Y CONSULTORES FINANCIEROS

19 de julio de 2018

Sr. Carlos M. Contreras Aponte, PE
Secretario
Departamento de Transportación y Obras Públicas (DTOP)
Centro Gubernamental Roberto Sánchez Vilella, Torre Sur
San Juan, Puerto Rico 00940

**FACTURAS PENDIENTES DE PAGO BAJO EL CONTRATO 2017-000017**

Estimado señor Secretario:

¡Esperamos que al recibir esta comunicación se encuentre bien!

Hacemos referencia a su comunicación del 3 de marzo de 2017, donde nos informó su decisión de cancelar el contrato de consultoría financiera que nuestra firma mantuvo con el Departamento de Transportación y Obras Públicas (DTOP), efectivo el 10 de marzo de 2017. Además, nos solicitó el balance de cancelación del referido contrato.

Deseamos informarle que todos los trabajos que nuestra firma fue comisionada a realizar bajo el mencionado contrato fueron completados y entregados al Sr. José R. Pacheco-Rodriguez, Director de la Oficina de Finanzas y Presupuesto.

Durante el periodo desde el 1 de enero hasta 9 de marzo de 2017, nuestro personal ofreció asistencia técnica a la gerencia del DTOP en la preparación de las conciliaciones de sus cuentas para el trimestre terminado el 30 de septiembre de 2016. Asistimos al personal de la Oficina de Finanzas y Presupuesto en la preparación de las proyecciones presupuestarias de los Fondos Estatales Especiales y las del Fondo General para los meses de diciembre de 2016 y enero de 2017 y en varias ocasiones nos reunimos con el personal gerencial de la Oficina de Finanzas y Presupuesto para que éstos pudieran obtener un entendimiento de las operaciones fiscales del DTOP y sus fondos.

Además, respondiendo a su petición incluida en su carta de cancelación, el 25 de mayo de 2017, le hicimos entrega al Sr. Pacheco nuestras facturas por los servicios profesionales rendidos hasta el 9 de marzo de 2017, que a la fecha de esta comunicación se encuentran pendientes de pago.

Los números de estas facturas son: DTOP2017-6 y DTOP2017-7 por la cantidad de $7,445.00 y $11,310.00, respectivamente.

Sr. Carlos M. Contreras-Aponte, PE
Secretario
Facturas Pendientes de Pago
Página 2
19 de julio de 2018

A esos efectos, solicitamos su ayuda para conocer el estatus del pago de nuestras facturas, debido a que ha transcurrido más de un año, y desconocemos el estatus de dicho pago.

Gracias anticipadas por la ayuda que nos pueda brindar sobre este importante asunto,

Siempre a sus órdenes,

José L. García, CPA, CFE
Presidente
García-Figueroa & Co., PSC

**CPA jlgarcia@cpagf.com**

| | |
|---|---|
| **From:** | Enid Valentín Collazo <ENVALENTIN@dtop.pr.gov> |
| **Sent:** | Thursday, March 9, 2017 9:07 AM |
| **To:** | Jose Garcia; ENID VALENTIN COLLAZO |
| **Subject:** | RE: Re: CPA García Figueroa & Company |

Gracias por la colaboración recibida durante nuestra gestión en la dirección de la Oficina de Presupuesto y Finanzas del Departamento y estos dos (2) meses y medio que de igual forma la nueva Gerencia recibió un servicio de excelencia.

Éxito en las nuevas encomiendas que sé que así será por su compromiso y capacidad profesional de usted y su equipo de trabajo.

Saludos.


*Estado Libre Asociado de Puerto Rico*
Departamento de Transportación y Obras Públicas
*Enid Valentín Collazo*
*Sub-Directora*
*Oficina de Presupuesto y Finanzas*
Centro Gubernamental Roberto Sánchez Vilella
Edificio Sur – Piso 4 – Oficina 402
Apartado 41269
San Juan, PR 00940-1269
(787) 722-2929 x2140      (787) 728-1871
envalentin@dtop.gov.pr
Favor no imprimir este email de no ser necesario.

**From:** Jose Garcia [mailto:jlgarcia@cpagf.com]
**Sent:** Thursday, March 09, 2017 8:41 AM
**To:** Enid Valentín Collazo <ENVALENTIN@dtop.pr.gov>; ENID VALENTIN COLLAZO <enidvaco16@gmail.com>
**Subject:** Fwd: Re: CPA García Figueroa & Company

FYI
---------- Forwarded message ----------
From: "Jose Garcia" <jlgarcia@cpagf.com>
Date: Mar 9, 2017 8:39 AM
Subject: Re: CPA García Figueroa & Company
To: "Lucia De León Santell" <LSANTELL@dtop.pr.gov>
Cc: "Victor R. Segarra Irizarry" <vrsegarra@dtop.pr.gov>, "Lydia E. Rodriguez Rivera" <lyrodriguez@dtop.pr.gov>, "Elías Tirado Huertas" <ETirado@dtop.pr.gov>, "José R. Pacheco Rodríguez" <jopacheco@dtop.pr.gov>, "Héctor R. Miranda León" <HMiranda@dtop.pr.gov>, "Edgardo Javier Areizaga" <ejareizaga@hotmail.com>, "Amarilis Duarte" <aduarte@cpagf.com>

Enterado.

Les informamos que ayer recibimos la carta de la cual usted hace referencia.

1

Además, no quisieramos perder la oportunidad de agradecer a la gerencia del DTOP por la confianza brindada y desearles el mayor de los exitos en la ejecución de su plan de trabajo.

Atentamente,

CPA José L. García
Presidente
García-Figueroa & Co., PSC

Sent from CPA Garcia Iphone

On Mar 9, 2017 7:59 AM, "Lucia De León Santell" <LSANTELL@dtop.pr.gov> wrote:

Buenos días:

Le incluimos comunicado relacionado al Contrato suscrito entre su firma y el DTOP.  El número correcto del Contrato es 2017-000017.

La carta original fue enviada por correo certificado.

Agradeceremos el recibo de la misma.

A la orden,

*Lucia De León Santell*

**Sección de Contrato**

**Oficina Asesoría Legal**

**Autoridad de Carreteras y Transportación**

Centro Gub. Roberto Sánchez Vilella (Minillas)