GARCIA-FIGUEROA & CO., PSC
P.O. BOX 9300002
SAN JUAN, PR 00928

7019 1640 0001 6886 2812



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
AUG 27, 22
AMOUNT
$9.41
R2304M110936  -16

CLERK'S OFFICE
UNITED STATE DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767

RECEIVED
2022 AUG 29 PM 5:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.