**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Jose Zambrano, depose and say that I am employed by Kroll Restructuring
Administration LLC ("*Kroll*")[2], the solicitation, notice, and claims agent for the Debtors in the
above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic
Stability Act (PROMESA).

    On August 23, 2022, at my direction and under my supervision, employees of Kroll
caused the following document to be served via First Class Mail on Vélez Delgado Carlos
(Agte.) Y/O 5 (Agte. José Hdez Pérez, Agte. Eliezer Ruiz Quiñones, Sgto. Rafael Rdz., Sgto.
Luis A. Torres Vidró Y Tnte. Jaime M. Colóm Rodríguez), (MMLID: 1496805), at an address
that is being redacted in the interest of privacy:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of
  Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA
  and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case
No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy
Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On August 23, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Mardel of PR, (MMLID: 1413285) PO Box 367017, San Juan, PR, 00936 and on Supplies Services Inc, (MMLID: 1416999), GPO Box 4483, San Juan, PR, 00936:

- Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [Docket No. 21301]

- Notice of (I) Approval of Disclosure Statement, (II) Establishment of Record Dates, (III) Hearing on Confirmation of the Plan of Adjustment and Procedures for Objection to Confirmation of the Plan of Adjustment, (IV) Procedures and Deadline for Voting on the Plan of Adjustment and Making Certain Elections Thereunder

On August 23, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Armando L Hernandez Reyes, (MMLID: 33195), at an address that is being redacted in the interest of privacy:

- Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [Docket No. 17640]

- Notice of (I) Approval of Disclosure Statement, (II) Establishment of Record Dates, (III) Hearing on Confirmation of the Plan of Adjustment and Procedures for Objection to Confirmation of the Plan of Adjustment, (IV) Procedures and Deadline for Voting on the Plan of Adjustment and Making Certain Elections Thereunder

- Notice of Entry of Order Establishing Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to Creditors of the Same

Dated: August 29, 2022

*/s/ Jose Zambrano*
Jose Zambrano

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 29, 2022, by Jose Zambrano, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 63538