EXHIBIT A

EMPLOYEE RESPONSE LETTER

**Claim No. 68030**    **Creditor Name: COTTO JIMENEZ, GLORIA E.**

| | | |
|---|---|---|
| (1) | Full Name | Gloria E Cotto Jiménez |
| (2) | Telephone Number | Cel 787-466-5322  Casa 787-258-5322 |
| (3) | Employee Number | Retirada 5 de Junio 2020 (26680) |
| (4) | Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | Departamento de Educación Escuela Antonio Dominguez Nieves Sector Reparto Solano Caguas P.R. 00727 |
| (5) | Personal Email Address | gloriaEcottoJimenez@yahoo.com |
| (6) | Social Security Number (last four digits). | N/A |
| (7) | Case File Number, if applicable (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.) | 68030 |
| (8) | Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | Segun sus documentos Hay una Cantidad de $71,474.13 que el Systema de Retiro del Gobierno de P.R. le debe. |

*** Attach any supporting documentation you may have related to your claim. ***

