29 de agosto 2022

A Quién pueda Interezar:

Por la presente les notifico que se me ha enviado unos documentos relacionados a una reglamación de un dinero que se me debe del Retiro de maestros que es de 71,474.13 (Claim) (68030)

Se me notifico que tengo que escribirle para finalizar el proceso

Yo me retire 5 de junio 2020 y el #ro de empleado era 26680

Nombre: Gloria Evelyn Cotto Jiménez
Dirección: A1-14 Calle 45 Bonneville Manor Caguas P.R. 00727
Cel: 787-466-5322
Casa: 787-258-5322
Esposo: 787-368-2654. Sr. Eliseo Medina