AFTER 5 DAYS RETURN TO

De: Gloria E. Cotto Jiménez
Urb. Bonneville Manor
A1-14 Calle 45
Caguas, P.R. 00727

2022 AUG 30

Para: Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918-1767

GEN-298 / 12-14



```
ORIGIN ID:FAJA  (787) 466-5922        SHIP DATE: 29AUG22
GLORIA E COTTO JIMENEZ                ACTWGT: 0.20 LB
                                      CAD: 006998618/SSFE2322
URB BONNEVILLE MANOR
A1-14 CALLE 45
CAGUAS, PR 00727
UNITED STATES US

TO  SECRETARIA (CLERKS OFFICE)
    TRIBUNAL DE DISTRITO DE LOS EE.UU.
    SALA 150 EDIFICIO FEDERAL
    AV. CARLOS E CHARDON
    SAN JUAN PR 00918          (US)
    (111) 111-1111       REF:
    INV:
    PO:                  DEPT:
```



FedEx Express
E

TUE — 30 AUG A5
TRK# 2773 3246 9070    PRIORITY OVERNIGHT
0430

5S SIGA                00918
                 PR-US  SJU



Align bottom of peel-and-stick airbill or pouch here.