# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-BK 4780-LTS<br><br>This motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and case No. 17 BK 4780-LTS |

## MOTION INFORMING COMPLIANCE WITH ORDER

**NOW COMES ELAM, LLC** (hereinafter "ELAM"), as authorized representative of **COMMERCIAL SOLAR POWER, INC.** (hereinafter "CSP") and on behalf of **BLUE BEETLE III, LLC** (hereinafter "BB3"), by its undersigned appearing counsel and to the Honorable Court respectfully represents:

    1.    In the matter of the Second Omnibus Motion of Puerto Rico Electric Power Authority (PREPA) for entry of on order (A) Approving PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief (Docket Entry No.

21521 in Case No. 17-3283 and Docket Entry No. 2893 in Case No. 17-1480), this Honorable Court entered an Order on 8 August 2022 (Docket Entry No. 21786 in Case No. 17-3283 and Docket Entry No. 2920 in Case No. 17-1480), granting the rejection of Blue Beetle III, LLC's PPOA with PREPA and directing that the filing of "Any claims based on the rejection of the Rejected PPOA's must be filed on or before 4:00 p.m. (Atlantic Standard Time) on the first business day that is thirty-five (35) calendar days after the entry of this Order".

2. ELAM, on behalf of BB3, hereby informs this Honorable Court of the filing of its Proof of Claim in compliance with the aforementioned Order on this same date, which has been entered on the Claims Docket as Claim Number 2807 in Case No. 17-3283 and Claim Number 106 in Case No. 17-1480.

**WHEREFORE**, Appearing Counsel Ismael H. Herrero III respectfully requests that this Honorable Court takes notice of the compliance by BB3 with its Order dated 8 August 2022, with such further relief as is just and proper.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

In San Juan, Puerto Rico, this 31st day of August 2022.

**/s/ ISMAEL H. HERRERO III**
**LAW OFFICES OF HERRERO III**
**& ASSOCIATES, P.S.C.**
USDCPR #203002
P.O. BOX 362159
San Juan, P.R. 00936-2159
Tel. (787) 754-5000/(787) 509-3666
Email: herreroiLLL@herrerolaw.com