UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

------------------------------------------------------------x

ORDER GRANTING URGENT MOTION OF GREENBERG TAURIG, LLP FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE REGARDING NON-COMPLIANCE WITH THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT AND THE COURT'S ORDERS RELATED THERETO

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Urgent Motion of Greenberg Traurig, LLP for Extension of Time to Respond to Order to Show Cause Regarding Non-Compliance with the Puerto Rico Recovery Accuracy in Disclosures Act and the Court's Orders Related Thereto* (Docket Entry No. 21988 in Case No. 17-3283 and Docket Entry No. 2934 in Case No. 17-4780) (the "Motion"), filed by Greenberg Traurig, LLP ("Greenberg Traurig").

Greenberg Traurig's deadline to respond to the Court's *Order to Show Cause Regarding Non-Compliance with the Puerto Rico Recovery Accuracy in Disclosures Act and the Court's Orders Related Thereto* (Docket Entry No. 21902 in Case No. 17-3283) is hereby extended to **September 20, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 21988 in Case No. 17-3283 and Docket Entry No. 2934 in Case No. 17-4780.

SO ORDERED.

Dated: September 1, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge