Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Claim No. 80302        Creditor Name:   RODRIGUEZ RODRIGUEZ, LOYDA

| | |
|---|---|
| (1) Nombre Completo | Loyda Rodriguez Rodriguez |
| (2) Número de teléfono | 787-241-6425 |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico |
| (5) Correo electrónico | rodzloyda@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | XXX-XX-7787 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) <br><br> 17BK 03566-LTS |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

*** Attach any supporting documentation you may have related to your claim. ***



Exhibit A

## EMPLOYEE RESPONSE LETTER

**Claim No. 80302**     **Creditor Name:   RODRIGUEZ RODRIGUEZ, LOYDA**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***



17032830019305O