## Quingentésima Décima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 173 | RODRIGUEZ RODRIGUEZ, LOYDA<br>PO BOX 289<br>NARANJITO, PR 00719 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 80302 | $60,000.00 |

Base para: La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 174 | RODRIGUEZ RODRIGUEZ, MYRNA E<br>CALLE 2 K-4<br>EXT. MONTE REY<br>COROZAL, PR 00783 | 06/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 108536 | $25,000.00* |

Base para: La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 175 | RODRIGUEZ RODRIGUEZ, MYRTA<br>ALT SANS SOUCI<br>D 1 CALLE 2<br>BAYAMON, PR 00957 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103511 | Indeterminado* |

Base para: La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 176 | RODRIGUEZ RODRIGUEZ, ORLANDO<br>BO PALO SECO<br>BZN 159<br>MAUNABO, PR 00707 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 122894 | $53,797.47 |

Base para: La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Participant must provide all of the information below **in English:**

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Loyda Rodriguez Rodriguez_

Participant's Address: _PO Box 289, Naranjito PR 00719_

Participant's Email Address: _rodzloyda@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No 17 BK 3283-LTS_

Nature of Claim: _Intent to participate in Discovery for Commonwealth Plan Confirmation Case No. 17 BK 3283-LTS_

By: _Loyda Rodriguez_
Signature

_Loyda Rodriguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_Aug 04, 2021_
Date

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

21 AUG '18
PM 13 L

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 80302

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 20 2018

LOYDA RODRIGUEZ RODRIGUEZ
PO BOX 289
NARANJITO, PR 00602

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/01/2022 |
| Hasta: | 03/15/2022 |

Business Unit: PUERT
Aviso #: 9589308
Fecha Aviso: 03/14/2022

LOYDA RODRIGUEZ RODRIGUEZ
PO BOX 289
NARANJITO, PR 00719

SS: XXX-XX-7787

| | |
|---|---|
| # Empleado: | XXXXX7787 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,741.25 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 870.63 | 390.00 | 4,353.15 |
| Total: | | | 870.63 | 390.00 | 4,353.15 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 91.80 | 459.00 |
| SC-MULTINATIONAL LIFE INS. | 32.00 | 160.00 |
| Ahorros-AEELA | 26.12 | 130.60 |
| Total: | 149.92 | 749.60 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 0.00 | 200.00 |

* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 870.63 |
| Acumulado: | 4,353.15 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 149.92 |
| | 749.60 |

## PAGA NETA

| | |
|---|---|
| | 720.71 |
| | 3,603.55 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #9589308 | 720.71 |
| Total: | 720.71 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/14/2022

Aviso No.
9589308

Cant. Deposito: ___$720.71___

### DISTRIBUCION DE DEPOSITO DIRECTO
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | Redacted | $720.71 |
| Total: | | $720.71 |

TRAY 62 SEQ 15869 ************AUTO**SCH 5-DIGIT 00705 15869 1 AV 0.426
LOYDA RODRIGUEZ RODRIGUEZ
PO BOX 289
NARANJITO PR 00719-0289

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2022 |
| Hasta: | 03/31/2022 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 0140730 |
| Fecha Aviso: | 03/30/2022 |

LOYDA RODRIGUEZ RODRIGUEZ
PO BOX 289
NARANJITO, PR 00719

SS: XXX-XX-7787

| | |
|---|---|
| # Empleado: | XXXXX7787 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,741.25 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 870.63 | 480.00 | 5,223.78 |
| **Total:** | | | 870.63 | 480.00 | 5,223.78 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 91.80 | 550.80 |
| SC-MULTINATIONAL LIFE INS. | 32.00 | 192.00 |
| Ahorros-AEELA | 26.12 | 156.72 |
| **Total:** | 149.92 | 899.52 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-MCS Advantage | 100.00 | 300.00 |

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 870.63 | 0.00 | 149.92 | 720.71 |
| Acumulado: | 5,223.78 | 0.00 | 899.52 | 4,324.26 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0140730 | 720.71 |
| **Total:** | 720.71 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 03/30/2022

Aviso No. 0140730

Cant. Deposito: ___$720.71___

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | Redacted | $720.71 |
| **Total:** | | $720.71 |

TRAY 62 SEQ 15869 ············AUTO**SCH 5-DIGIT 00705 15869 1 AV 0.426
LOYDA RODRIGUEZ RODRIGUEZ
PO BOX 289
NARANJITO PR 00719-0289

# NO-NEGOCIABLE