# FORMULARIO DE RESPUESTA DEL RECLAMANTE

| | |
|---|---|
| **Claim No.** 170863 | **Creditor Name:** Estado Libre Asociado de Puerto Rico |
| (1) Nombre Completo | Orlando Cárdenas Maxan |
| (2) Número de teléfono | 787-525-1739 Movil    787-757-4435 Res. |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación, E.L.A. Escuela: Ramos Antonini Hato Rey, P.R. |
| (5) Correo electrónico | cardenas22@yahoo.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 6665 |
| (7) Número de caso administrative o judicial, si aplica. | 17 BK 03283 - LTS |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Adjunto a este documento envío carta de la reclamacion firmada por ese Servidor en Caso # 17 BK 03283 LTS claim # 170863 creditor: Estado Libre Asociado de P.R. Al igual adjunto documento recibido con "reclamo a ser desestimado". Atentamente, Orlando Cárdenas Maxan |

*** Attach any supporting documentation you may have related to your claim. ***