Caso: 17Bk03283-LTS        Claim no: 170863        Creditor: Estado Libre Asociado de Puerto Rico

30 de agosto 2022

**Reclamación**:

Yo Orlando Cárdenas Maxan, retirado trabaje para el departamento de educación en la escuela Ramos Antonini por un término de 30 años en la cual en un tiempo dado el cual no recuerdo la fecha a los maestros se nos quedó a deber un dinero, debido a esto los maestros sometimos una reclamación al departamento con toda la documentación para el reclamo del dinero adeudado.

Hace tiempo he estado recibiendo unos libros y documentos el cual no entiendo que es lo que están solicitando debido a los términos legales y al idioma ingles el cual no domino.

En el libro reciente recibido hace una semana salieron los nombres de las personas a la cual se le adeuda el dinero en la cual esta mi nombre, luego tres días después recibo dos cartas en la cual una de ellas llega con **"reclamo a ser desestimado"**, el cual entiendo que tengo derecho a este dinero ya que no he recibido carta pidiéndome información personal.

Varias veces llamé a las oficinas en NY para solicitar información sobre los documentos recibidos la cual nunca tuve respuestas ya que salía una grabadora, dejaba mi información para que me llamaran pero nunca me fue contestada mi llamada.

Hoy 30 de agosto 2022 llame al 1-844-822-9231 el cual me contesto el Sr Juan Rodríguez el cual me informó que llenara el formulario que estaba en el libro decidido recientemente y lo enviara a las siguientes direcciones.

1. Secretaria (Clerk's office)
2. Abogados de la Junta Supervisión
3. Abogados de Comité de Acreedores

Espero puedan atender mi reclamo.

Gracias por su atención.

Atentamente;

*Orlando Cárdenas Maxan*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Cardenas Maxan, Orlando | 170863 | 09/23/2019 | Commonwealth of Puerto Rico | $16,200.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Cardenas Maxan, Orlando | 170863 | 09/23/2019 | Commonwealth of Puerto Rico | $16,200.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).