**PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
PM
CAROLINA, PR
00983
AUG 31, 22
AMOUNT
**$8.95**
R2305K141286

1005  00918

# UNITED STATES POSTAL SERVICE | PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FROM:**
Orlando Cardenas Maxan
R-5 Calle Hucar
Valle Arriba Heights
Carolina P.R 00983

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TO:**
Secretaria (Clerk office)
Tribunal de distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R 00918-1767

**TRACKED ■ INSURED**

To schedule free Package Pickup, scan the QR code.





PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

EXPECTED DELIVERY DAY: 09/01/22
USPS TRACKING® #



9505 5128 7254 2243 4272 87