30 de Agosto 2022

A: Quien pueda interesar:

Llebo 31 años de Servicio en el Gobierno de P.R. empleado permanente por todos esos años. Y en todos esos años e pagado el Retiro. Si el Gobierno de P.R. no supo administrar nuestro dinero del Retiro no es culpa de nosotros los empleados.

Por este medio hago el reclamo de 1,700,00 los cuales se que no son suficientes por todos los años de servicio en el Servicio Publico pero algo es mejor que nada.

att:
Samuel Rodriguez Santana
Empleado del municipio de Toa Baja por los pasados 31 años
Permanente
Recreacion y Deportes
Puesto:
Asistente Administrativo