FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante: 152817

| | | |
|---|---|---|
| (1) | Nombre completo | José A. Alicea Rodriguez |
| (2) | Número de teléfono y correo electrónico | (787) 929-4668 jaaliceaarodriguez13@gmail.com |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | 6-28-2018 |
| (4) | Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*. | N-A |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | Redacted |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | N-A |

(7) Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo.

(8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. Incluya páginas adicionales si es necesario.

Según mi datos comence a trabajar 1º Julio 1987 hasta el 31 Mayo 2013 en la Administracion Servicios Generales conocida hoy como Oficina Mejoramiento Escuelas Publicas (OMEP) por tal razon solicito muy respetuosamente mejoren las siguientes leyes las cuales, entendemos tenemos derechos.

Ley 89 CNR/03 Romero Barcelo

Ley #96 Sila Maria Calderon: Establece conceder un aumento de $100.00 a los empleados publicos.

Ley #164 - Año 2003: Conceder un aumento de sueldo de $100.00 a los empleados del Gobierno Central. Gobernador Pedro Roselló.