ORIGINAL

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION DE PERSONAL
Apartado 8476, Estación Fernández Juncos
Santurce, Puerto Rico 00910

NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO

2. Certificación Número

3. Fecha de la Certificación

**SIMBOLOS DE CONTABILIDAD**

| | Agencia | Div. | Sub. Div. | Asig. | Objeto | |
|---|---|---|---|---|---|---|
| 88 | 111 | 31 | 02 | — | 01 | — |

INSTRUCCIONES: Use este formulario para todo nombramiento en el Servicio de Carrera y en el Servicio de Confianza. Use un formulario para cada nombramiento. La Agencia utilizará este formulario para notificar la fecha en que el empleado comenzará a prestar servicios. Por consiguiente, no debe ser sometido antes de la persona empezar a trabajar. El apartado 20 "Juramento" deberá ser firmado por el empleado en el espacio provisto. Acompañe este documento con el Historial Personal (OCAP-1), Examen Médico (OCAP-12) Certificación de Verificación de Requisitos (OCAP-29), Declaración Individual y Certificado de Nacimiento. Distribución: Original será retenido por la agencia, primera y segunda copia la O.C.A.P., tercera copia Departamento de Hacienda (Contaduría), cuarta copia Asociación de Empleados, quinta copia a Sistemas de Retiro, sexta copia al empleado.

4. Nombre del Empleado:
Alicea Rodríguez José Antonio
(Apellido Paterno) (Apellido Materno) (Nombre)

Si se trata de una mujer casada siga este orden:
(1) Apellido paterno seguido de la preposición "DE"
(2) Apellido del esposo y (3) Nombre

5. Nombre según aparece en el Seguro Social
José A. Alicea Rodríguez

6. Sexo: [X] M [ ] F

7. Número del Seguro Social
Redacted

8. Dirección del empleado
Bo. Pitahaya #13
Apt. 149
Arroyo, P.R.

9. Agencia, Negociado o División, Sección o Unidad y Pueblo
Administración de Servicios Generales
Prog. Conserv. y Mant. Planteles Escolares
Oficina Regional Guayama

10. Título de Clasificación del Puesto
Supervisor de Construcciones I

11. Número de Clase: 4343

12. Número del Puesto: 2-749

13. Clase de nombramiento: De acuerdo a Ley #8 del 1ro de julio de 1973
[X] Regular [ ] Probatorio [ ] Transitorio
[ ] En el Servicio de Confianza

14. Sueldo Mensual $ 753.00
Retiro 7%
Diferencial
Total $

15. Fecha de efectividad del Nombramiento
1ro de julio de 1987

16. Fecha en que expira el período probatorio o el nombramiento

17. Anterior Incumbente
Pablo Berríos Velázquez

18. Título de Clasificación del Puesto
Supervisor de Construcciones I

19. Firma de la autoridad nominadora o su representante autorizado:
Franklin Martínez Monge
Título: Administrador
Fecha:

20. JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO
Yo, José Antonio Alicea Rodríguez, SS. Núm. _____, de 31 (Edad), Casado (Soltero o Casado), Supervisor de Construcciones I (Nombre del cargo o empleo),
vecino de Arroyo (Pueblo), juro solemnemente que mantendré y defenderé la Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior; que prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla; y que desempeñaré bien y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

21 junio 1988
(Fecha)

José A. Alicea Rodríguez
(Firma del Empleado o Funcionario)

Declaración Jurada Núm. 209

Suscrito y jurado ante mí por José Antonio Alicea Rodríguez (Nombre), de las circunstancias antes expresadas, a quien doy fe de conocer personalmente o de haber identificado mediante _____.

En Guayama, Puerto Rico, hoy _____ de _____ del año 1988.

PARA USO EXCLUSIVO DE OCAP

| Recibido en OCAP: | 22. Nombramiento aprobado o registrado por: | 23. Fecha |
|---|---|---|
| | | |

O B-15 Sept 87- IGPR.



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN

Certificamos que JOSE ALICEA RODRIGUEZ, disfruta beneficios de RETIRO INCENTIVADO LEY 70 de este Sistema de Retiro. La misma fue efectiva el 01 de junio de 2013. En la actualidad recibe una anualidad ascendente a $17,883.12 pagadera en mensualidades de $1,490.26.

Mensualmente se le efectúan los siguientes descuentos:

| | |
|---|---:|
| AEELA - AHORRO | $44.70 |
| AEELA - SEGURO POR MUERTE | $5.00 |

Esta certificación se expide hoy, 09 de octubre de 2019, en San Juan, Puerto Rico.

Certifico correcto,

Marlisa Marrero Negron
Gerente Auxiliar
División de Asuntos de Pensionados

AMRIVERA



437 Ave. Ponce de León San Juan, P.R. 00917-3711 • PO Box 42003 San Juan, P.R. 00940-2203
787.777.1500 • 787.767.1106 • www.retiro.pr.gov