José M. Alicea [?]
com. Las 500 [Ins] Calle
Bautista #451 Arroyo, P.R. 00714

7022 0410 0002 2138 3559

U.S. POSTAGE PA[ID]
FCM LETTER
ARROYO, PR
00714
AUG 31, 22
AMOUNT
$7.85
R2304P119216

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767