## FORMULARIO DE RESPUESTA DEL RECLAMANTE

| Claim No. | Creditor Name: |
|---|---|
| (1) Nombre Completo | Idalia Elias Font |
| (2) Número de teléfono | 787-587-8016 |
| (3) Número de empleado | No Aplico / Me Jubile |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Salud, Hospital Universitario, por 31 años. Me Jubile en el 2020. En Noviembre 30 del año 2020 |
| (5) Correo electrónico | idaliaelias28@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 6846 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) <br><br> 63822 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Reclamo un beneficio que el demartamento del Estado me quito. El Estado Libre Asociado, del Sistema de Retiro, Empleados del gobierno. Tengo ese derecho ya que habia pagado para tener un retiro digno. Actualmente me Jubile en Noviembre 30 2020. |

*** Attach any supporting documentation you may have related to your claim. ***