Idalia Elio Fort     63822

Recibo $366.00 quincenal. Usted Cree q. se puede vivir con eso. Por eso es q. decido hace esta reclamación. En el 2017 el gobierno decid quitarnos esa portacion q. desde q. comenze a trabajar pagamos esa apotacion. Cuando nos fuéramos a jubilar poder tener nuestro Retiro digno.

Necesitamos esas apotaciones acumulados de Retiro del gobierno de P.R. Solamente estamos reclamando lo q. nos pertenece y lo q. hemos trabajado.

En el año 2017 el gobierno decide cortar nuestra pensiones, fue un colme puesto ya q. estaba por jubilarme tuve q. esperar al Seguro Social. Por eso tengo ese derecho de tener un Retiro digno. Hice esto formulario en junio 6, 2018, el cual estoy contestando.

Gracias, Gracias, por esta reclamación para ser tratado como prioridad.