

Idalia Elias Font
Calle principal, SR-23
Alturas de Bucarabones
Toa Alta 00953

Secretario (Clerk's office)
- Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal, Ave. Carlos Chardón
SAN Juan, PR. 00918-1767