## FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No. 173184
Reclamante:

| | | |
|---|---|---|
| (1) | Nombre completo | José D. Román Morales |
| (2) | Número de teléfono y correo electrónico | 787-929-1423 |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación (Proof of Claim) | 2/11/2020 |
| (4) | Si en la Evidencia de Reclamación (Proof of Claim) reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (Proof of Claim). | No |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | Redacted |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | N/A |
| (7) | Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (Proof of Claim), así como cualquier otra documentación que apoye su reclamo. | |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. Incluya páginas adicionales si es necesario. | |

Exposición de motivos

José D. Román Morales expone que trabajó en el Departamento de Educación de Puerto Rico desde 1980-2010. En función de Maestro bajo la incumbencia de tres gobernadores de Puerto Rico. Y no se cumplieron con las leyes aprobadas que aumentaban el sueldo anual y otros beneficios contemplados en derechos adquiridos. Enumerados a continuación...