Jose D. Roman Morales [Redacted]

Reclamación # 173184

Ley # 89 - Gobernador - Carlos Romero Barceló

Ley # 96 - 2002 - Gobernadora - Sila María Calderón
Conceder un aumento 100.00 dólares mensuales a los empleados públicos.

Ley # 164 - Gobernador - Pedro Roselló
Conceder un aumento de 100 dólares mensuales a los empleados del gobierno central.

Anexo