José D. Román Martínez
Apartado 743
Arroyo, Puerto Rico 00714

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
AUG 31, 22
AMOUNT
**$7.85**
R2304M114202

CERTIFIED MAIL
7022 0410 0002 2137 7701

Secretaria/Clerk's Office
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918-1767