# Exhibit 22

/The left column of the document shows both the Spanish and English versions of the Public Notice, and therefore need no translation/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/AUGUST/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
Autonomous Municipality of Arecibo
Municipal Secretariat

**REQUEST FOR PROPOSAL NOTICE**

The Tender Board of the Autonomous Municipality of Arecibo will receive proposals from interested and qualified law firms or legal consultants, in sealed envelopes, containing an original physical copy, and a copy in electronic format, of the following request for proposal for professional services:

**22-RFP-02: LEGAL CONSULTANT TO THE DEPARTMENT OF MUNICIPAL DEVELOPMENT FOR THE HOME, CDBG AND ARPA-HOME PROGRAMS**

**Service Specifications:**
1. Admitted by the Puerto Rico Supreme Court to practice law.
2. Have several years of experience as a lawyer in municipalities and federal funds.
3. Knowledge of state and federal laws.
4. Ability to analyze, interpret, and apply state and federal laws, regulations, and procedures that apply to government contracts.
5. Represent and advise the Department of Municipal Development on legal matters related to the CDBG, HOME and ARPA-HOME programs.
6. Ability to organize and present data and legal material that apply to contracts with the CDBG, HOME, and ARPA-HOME programs.
7. Review contracts, regulations, legislation, and other documents related to the contracting procedure with the CDBG, HOME, ARPA-HOME programs, and issue legal opinions.
8. Be bilingual in Spanish and English.
9. Provide advice on review, drafting, and analysis of municipal ordinances, executive orders, and presentations before the Municipal Legislature.
10. Review and draft all types of contracts necessary to fulfill municipal functions.
11. Address any disputes arising as a result of opinions and queries.
12. Preside over any administrative hearings that may arise during the ordinary process of managing the programs attached to the Department of Municipal Development.
13. Collaborate on presenting and granting deeds and contracts to meet the needs of the department.
14. Provide administrative advice on cases, processing of opinions, and queries as assigned by the director.

**Calendar**

| | |
|---|---|
| Deadline for submitting questions: | July 29, 2022 at 2:00 p.m. |
| A consolidated answer to questions will be provided: | August 03, 2022 |
| Proposal submission deadline: | August 10, 2022 at ll:00 a.m. |
| Projected Proposal Opening Date: | August 10, 2022 at 1:00 p.m. |

The request for proposal is made to contract professional services for Legal Advice to the CDBG, HOME and ARPA-HOME Programs for the Department of Municipal Development. The Request for Proposal will be valid for 24 months. Contracts granted upon the awarding of these proposals shall not exceed 12 months and may be renewed subject to an evaluation of the contractor's performance and the availability of funds. The proposals received will be evaluated using the following criteria:

| *Criterion* | *Max Score* |
|---|---|
| Mandatory requirements | Passed/Did Not Pass |
| Bidder's qualifications, experience, and capacity regarding the service requested | 40 points |
| The firm's demonstrated track record with similar successful work | 20 points |
| Qualifications and experience of key personnel in providing the services | 20 points |
| Proposal fees | 20 points |
| **Max Score** | **100 points** |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/AUGUST/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

The proposals must be submitted in a sealed envelope, indicating the following on the face of the envelope: number and description of the request for proposal, date, time, bidder's name and mailing address. Original copies of the proposals must be signed in ink by the bidder or the bidder's authorized representative. Handwritten proposals will not be accepted. The bidder must submit evidence of being registered and active in the *System for Award Management* (SAM) or having an application in process. At the time of the award, said number will be checked to confirm that it is active. Also, an electronic copy of the proposal must be delivered saved on an external memory device ("USB"). Proposals must be delivered to the Tender Unit of the Municipal Secretariat, located on the second floor of the Town Hall. If you have any questions, please contact (787) 882-2770 Ext. 1046 or 1047, or via email to the Tender Unit at **subasta.arecibo@gmail.com**.

This Request for Proposal Notice is part of the conditions and specifications established for participation. The Tender Board reserves the right to reject one, several, or all of the proposals and award as best suits the interests of the Municipal Administration. In addition, it reserves the right to cancel the request for proposal, before or after an award, when deemed necessary in order to protect the best institutional interests. Interested law firm or legal consultants must comply with the required federal regulations.

The Autonomous Municipality of Arecibo is an equal opportunity employer and does not discriminate on the basis of sex, race, age, national origin, religious beliefs, marital status, veteran status, or disability.

In Arecibo, Puerto Rico, today, July 15, 2022

Ernesto G. Gonzalez Rodriguez, Esq.
Municipal Secretary

This notice is published in compliance with the Code of Federal Regulations 24 CFR 91.105(c)- 2 CFR 200.317 - 200.326

/Upper right side/: **PRIMERA HORA**, Friday, July 15, 2022.  **31**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/AUGUST/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Aviso Público Adopción de Reglamentos conforme Ley 41-2022**

Signed this 23rd of August 2022

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

_____

Andreea I. Boscor

