# Exhibit 34

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
Secretario | Gabriel Maldonado González

# AVISO PÚBLICO

22 de agosto de 2022

**A:** PATRONO, EMPLEDOS DEL SECTOR PRIVADO Y PÚBLICO EN GENERAL

**ASUNTO:** NOTIFICACIÓN PARA LA EXTENSIÓN DEL PERIODO PROBATORIO CONFORME A LA LEY NÚM. 41-2022

El 20 de julio de 2022, la Ley Núm. 41-2022 entró en vigor para todos los patronos que no sean calificados como microempresas, pequeños y medianos comerciantes conforme a la Ley Núm. 62-2014.[1] En el caso de estos últimos, el término de vigencia de la Ley Núm. 41-2022 es el 18 de septiembre de 2022. Uno de los cambios introducidos por esta ley es la notificación para extender el periodo probatorio de los empleados. El periodo probatorio para los empleados contratados a partir de la entrada en vigor de la Ley Núm. 41-2022 serán tres (3) meses —lo que es igual a noventa (90) días—. Ahora bien, este periodo podrá ser extendido por tres (3) meses adicionales **mediante una notificación** al Departamento del Trabajo y Recursos Humanos (DTRH).

Para estos fines, el DTRH habilitó el correo electrónico (**notificacionley80@trabajo.pr.gov**) para recibir las notificaciones enviadas por los patronos. Además, se creó un formulario para facilitar y uniformar esta notificación, el cual está disponible en la sección destinada para asuntos relativos a la Ley Núm. 41-2022 en el portal de la agencia www.trabajo.pr.gov.

Por ahora, el Negociado de Normas del Trabajo aceptará cualquier documento que cumpla con los propósitos de notificar al DTRH. Incluso, el documento podrá ser entregado en las oficinales regionales o a nivel central. Recomendamos que, una vez se remita la notificación para la extensión del periodo probatorio, se le entregue una copia del documento a la empleada o al empleado.

---

[1] Para fines de definir a los patronos como microempresas, pequeños o medianos comerciantes refiéranse a la Opinión del Secretario Núm. 2022-02.

505 Edificio Prudencio Rivera Martínez, Ave. Muñoz Rivera, Hato Rey, PR 00918 | PO Box 195540, San Juan, PR 00919-5540

OFICINA DEL SECRETARIO  787.754.2119  787.753.9550  www.trabajo.pr.gov

