UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING PROCEDURES FOR SEPTEMBER 21–22, 2022, OMNIBUS HEARING

The Court will conduct an omnibus hearing on certain motions in the above-captioned cases and related adversary proceedings (the "Hearing") beginning at **9:30 a.m. (Atlantic Standard Time)** on **September 21, 2022**. The Hearing will be conducted on **September 21, 2022**, from **9:30 a.m.** to **12:50 p.m. (Atlantic Standard Time)**, resume, if necessary, from **2:10 p.m.** to **5:00 p.m. (Atlantic Standard Time)**, and continue, if necessary, on **September 22, 2022**, beginning at **9:30 a.m. (Atlantic Standard Time)**. In light of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ongoing COVID-19 pandemic and the relative brevity of the anticipated agenda, the Court will conduct the Hearing virtually using videoconferencing and telephonic platforms as set forth herein. The Hearing shall be governed by the following procedures.

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public and Press**

1. **Videoconferencing via Zoom**. The Court will conduct the Hearing using the audio and video features of the Zoom platform as a virtual courtroom. An invitation to register will be sent by the Court to participants who have registered their appearance by filing an Informative Motion in accordance with paragraph 3 below. Parties must respond to the invitation to register for Zoom access and will automatically receive the link and relevant login information to join the virtual proceeding. To optimize performance of the Zoom platform and in the interest of avoiding excessive billing of fees, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") shall each be limited to four attorneys appearing in the Zoom session at any given time, and each other Party (as defined in paragraph 3(a) below) will be limited to two attorneys appearing in the Zoom session at any given time. **Only persons who are identified in properly submitted Zoom registration documents, including a Party Appearance Sheet, will be permitted to appear at the Hearing**. Recording and retransmission of the proceedings by any means are prohibited. All proceedings will be conducted in the English language as required by law. 48 U.S.C. § 864. No interpretation services will be provided by the Court for the Hearing.

2. **Listen-Only Access to the Hearing**. Attorneys, members of the public, and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted. This

telephonic access line for the press and the general public will be in listen-only mode at all times. Recording and further broadcasting of the proceedings by any means remain prohibited.

> **3. Registration to Participate in the Hearing via Zoom**.
>
>> a. <u>Parties represented by counsel</u>. Counsel for any party-in-interest (each, a "Party") that wishes to participate in the Hearing must register an appearance by filing an Informative Motion, no later than **September 15, 2022**, at **1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party for which they intend to appear, (b) the name(s) and email address(es) of the attorney(s) who will appear, and (c) the Hearing matter(s) in connection with which the party-in-interest may wish to be heard. Counsel must annex a Party Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to the Informative Motion.
>>
>> b. <u>Parties not represented by counsel</u>. Any individual Party not represented by counsel who wishes to participate in the Hearing must file an Informative Motion, no later than **September 15, 2022**, at **1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party name, (b) the name and email address of the individual appearing, and (c) the Hearing matter in connection with which the Party may wish to be heard. Each Party must annex a Party Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to its Informative Motion.

**Pre-Hearing Filing Deadlines**

> 4. **Party Informative Motion and Party Appearance Cover Sheet**. In accordance with paragraph 3(a), a Party must file an informative motion by **September 15, 2022**, at **1:00 p.m. (Atlantic Standard Time)**. Each Informative Motion must be accompanied

by a Party Appearance Cover Sheet, otherwise, the Party will not be registered to participate in the proceedings via Zoom.

5. **Agenda**. An agenda outlining the matters to be addressed and the projected timetable for the Hearing shall be filed by Debtors' counsel by **September 19, 2022**, in accordance with the Sixteenth Amended Case Management Procedures. (See Docket Entry No. 20190-1 § III.M.) The agenda shall also include (a) the names of the individuals who intend to appear and speak on behalf of each relevant party in connection with each motion or report, (b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each party. Debtors' counsel shall file a revised agenda on **September 20, 2022**, if circumstances have changed or if requested to do so by the Court. Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **September 16, 2022**, at **12:00 p.m. (Atlantic Standard Time)**.

6. **Exhibits or Demonstratives**. To the extent that a Party intends to rely on exhibits and/or demonstratives at the Hearing, it shall file a separate informative motion using the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00 p.m. (Atlantic Standard Time)** on **September 19, 2022**. The informative motion must (i) include the Exhibit Cover Sheet and (ii) include each exhibit and/or demonstrative as a separate, text searchable attachment. The naming convention of each exhibit must adhere to the specifications indicated on the Exhibit Cover Sheet.

7. **Status Reports**. Given the lack of physical public access to the Hearing and to further promote transparency and public access to accurate and current information, the Oversight Board and AAFAF shall file written status reports by **5:00 p.m. (Atlantic Standard Time)** on **September 20, 2022**. The Oversight Board's report shall address (a) the general status

and activities of the Oversight Board, (b) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (c) the status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims, and (d) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters. AAFAF shall provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic and of infrastructure restoration activity. At the Hearing, the Court will ask counsel to the Oversight Board and AAFAF to respond to questions and comments, if any, related to their respective status reports.

8. **Courtroom Procedures**. All persons granted remote access to the proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of this prohibition may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The formalities of a courtroom must be observed. When appearing by Zoom, each counsel or pro se party must be situated in such a manner as to be able to view the video screen and be seen by the Court. Each Party's camera must be turned on when addressing the Court or examining a witness (if necessary). Those appearing by Zoom may be removed from the virtual courtroom if they do not comply with this Order. During the Hearing, individuals who are registered to participate via Zoom are directed to observe the following rules:

    a. The following naming conventions must be used by Zoom participants for admission to the Zoom virtual courtroom. For example:

      i. Attorney participants: [Party Represented (abbreviations may be used)] / [Last Name of Attorney, First Name of Attorney] / [Law Firm/Government Office].

          a. PARTY A / Doe, John / ABC Law Firm, or

          b. XYZ Agency/ Doe, Jane / Office of the ABC Government

      ii. Pro se participants: Pro se / [Last Name, First Name].

          a. For example: Pro se / Doe, Jane

b. Identify yourself if asked to do so.

c. Identify yourself by name each time you speak.

d. Mute yourself when you are not speaking to eliminate background noise.

e. Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

SO ORDERED.

Dated: September 2, 2022

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge