## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> As representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al <br><br> Debtors | PROMESA TITLE III <br><br> CASE NO. 17-BK-3283- LTS <br><br> (Jointly Administered) |

**CREDITOR'S REQUEST FOR EXTENSION OF TIME TO REPLY TO
FIVE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF
PUERTO RICO TO UNRESPONSIVE CLAIMS
(Related to Docket Entry No. 21751)**

**TO THE HONORABLE COURT:**

   **COMES NOW** Ivette M. Hernández Fontánez (hereinafter the "Creditor"), through the undersigned counsel, and very respectfully states and requests as follows:

   1.   On June 29th, 2018 the creditor filed the Amended Proof of Claim Number 139008 *an Unsecured Claim.*

   2.   The Financial Oversight and Management Board of PR as a representative of The Commonwealth of Puerto Rico (hereinafter the "Commonwealth" or the "Oversight Board") filed the *Five Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unsecured Responsive ARC Claims*. See docket entry no. 21751. The Commonwealth alleges in its objection that creditor's *proof of claim number 139008 is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim.*

   3.   The undersigned attorney requests from this Honorable Court an extension of time of twenty-one (21) days to file an informed answer to the Oversight Board's objection.

**WHEREFORE**, the creditor requests from this Honorable Court to grant us an extension of time of twenty-one (21) days to file and informed answer to the Oversight Board's objection.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, this 2nd day of September 2022.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notification of such filing to all system's participants, including the U.S. Trustee's Office and the Trustee.

**/s/ CARLOS A. RUIZ RODRIGUEZ, ESQ.**
USDC-PR 210009
Attorney for Creditor
**Lcdo. Carlos Alberto Ruiz, CSP.**
P.O. Box 1298, Caguas, PR 00726-1298
Phone: (787) 286-9775 / Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com
