**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>As Representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING CREDITOR'S REQUEST FOR EXTENSION OF TIME**
(Related to Docket Entry No. 22047)

Upon Ivette M. Hernández Fontánez, the Creditor, *Request for Extension of Time to Reply to Five Hundred Third Omnibus Objection (Sustantive) of the Commonwealth of Puerto Rico to Unresponsive Claims* (Docket Entry No. 22047 in Case No. 17-3283); and the Court having found the Creditor provided appropriate notice of the request for the request of extension of time to reply to the objection to her claim and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found good and sufficient cause exists for granting the relief set forth herein:

1. The *Request for Extension of Time to Reply to Five Hundred Third Omnibus Objection (Sustantive) of the Commonwealth of Puerto Rico to Unresponsive Claims* is GRANTED as set forth herein.

2. The Court grants until September 24th, 2022.

3. Except as provided in paragraph 2 above, the Termination Date may be further extended only upon this Court's approval after notice of such additional proposed extension

to parties in interest.

Dated: _____ 2022.

SO ORDERED:

                                                                                                                     _____
HONORABLE LAURA TAYLOR SWAIN
United States District Judge

KNPR