UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA TITLE III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, et al., Debtors | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

The undersigned attorney enters this appearance in the above-captioned Title III cases (the "Title III Cases") as counsel to Rocket Learning LLC to request notice under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, without limitation, of all orders and notices, including but not limited to applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of financial affairs, operating reports and plan, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, be served on the undersigned attorney:

Maria Mercedes Figueroa y Morgade, Esq.
USDC-PR 207108
3415 Alejandrino Ave.,
Apt 703
Guaynabo, PR 00969-4956
Telephone number: 787/234-3981
E-mail: figueroaymorgadelaw@yahoo.com

1

This notice also requests that the name of the undersigned attorney be added to any limited or master service lists used in these proceedings and to the mailing list by Kroll Restructuring Administration, as the Debtors' claims and noticing agent in the Title III Cases, and that these entities and all other parties in interest in the Title III Cases provide copies of all notices and all papers served on any party, filed with the Court, and/or delivered to the Office of the United States Trustee in these Title III Cases to the undersigned attorney.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, on September 2, 2022.

**Counsel For Rocket Learning LLC**

**S/ Maria Mercedes Figueroa y Morgade**
Maria Mercedes Figueroa y Morgade
USDC-PR 207108
3415 Alejandrino Ave.,
Apt 703
Guaynabo, PR 00969-4956
Tel 787/234-3981
figueroaymorgadelaw@yahoo.com