Modelo SC 854
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41294 MINILLAS STA. SANTURCE PR 00940
Dirección

Núm. de Contrato de la Agencia _____

Núm. de Contrato de la Oficina del Contralor _____

**CONTRATO DE ARRENDAMIENTO DE LOCALES
POR CINCO AÑOS O MENOS O HASTA 10 AÑOS
EN LOCALES EN EL EXTERIOR**

**El ESTADO LIBRE ASOCIADO DE PUERTO RICO**, representado por MIGUEL A. TORRES DÍAZ, SECRETARIO quien en adelante se denominará el arrendatario; y SR. DAVE KOPEL, VICEPRESIDENTE, DOWNTOWN DEVELOPMENT CORP. quien en adelante se denominará el arrendador, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato entregó las siguientes certificaciones: ☒Certificación Registral de la propiedad incluyendo cargas y gravámenes ☒Certificación de deuda y Certificación de Radicación de Planilla expedida por el Departamento de Hacienda ☒Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.
2. Que el arrendatario certifica que realizó el Informe de Valoración y el mismo está firmado por el tasador y aprobado por el tasador revisor.
3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato.
4. Que el arrendatario certifica que realizó una inspección del bien inmueble objeto de arrendamiento y el mismo cumple con las expectativas, necesidades y especificaciones necesarias y que rindió un informe escrito de dicha inspección.
5. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe a continuación:
   a. Construcción: ESTRUCTURA EN HORMIGON
   b. Area: (1) Del Solar _____ Metros Cuadrados.
      (2) Del Local 13,495 Pies Cuadrados.
      (3) Del Estacionamiento _____ Pies Cuadrados.
   c. Localización y Certificación Registral del Inmueble (incluyendo cargas y gravámenes) SEGUNDO NIVEL PLAZA GAUTIER BENITEZ MALL, CALLE GAUTIER BENITEZ, ESQUINA GEORGETTI, CAGUAS, PR 00725.
6. Que la propiedad será usada por el arrendatario como CENTRO DE SERVICIOS AL CONDUCTOR DE CAGUAS.
7. Este contrato entrará en vigor desde su otorgamiento, sujeto a la aprobación de AEP, O.G.P., Y DEPARTAMENTO DE HACIENDA. Regirá hasta el 30 de junio de 2016. El arrendatario podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.
8. Que el arrendador posee la propiedad descrita en calidad de REPRESENTANTE AUTORIZADO DE LA FIRMA DOWNTOWN DEVELOPMENT, CORP. _____, la cual es propiedad de ISRAEL KOPEL, y fue construida en _____ de _____ de 1990.
9. Que luego de haber efectuado un estudio de mercadeo para determinar la tarifa vigente, el canon de arrendamiento fijado por las partes contratantes es de DOSCIENTOS QUINCE MIL NOVECIENTOS DIECINUEVE DÓLARES CON NOVENTA Y SEIS CENTAVOS anuales ($215,919.96) equivalentes a $16.00 costo por pie cuadrado, pagaderos por el arrendatario de la siguiente forma: Diecisiete mil novecientos noventa y tres con treinta y tres centavos ($17,993.33) mensuales según los trámites correspondientes del Departamento de Hacienda. El arrendador no podrá aumentar el canon de arrendamiento o modificarlo en un período menor de doce meses.
10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos los servicios, equipo y accesorios dentro de las normas de seguridad establecidas o que se establezcan. **(Véase artículo #4 en la hoja de otras estipulaciones)**
11. Se hace constar que ningún funcionario o empleado del Departamento DE TRANSPORTACION Y OBRAS PUBLICAS tiene directa o indirectamente interés pecuniario en este contrato.
12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:
    ☒Estacionamiento- Núm. espacios 50 ☐Agua ☐Aire Acondicionado ☐Instalación Eléctrica
    ☐Vigilancia ☐Luz ☐Limpieza ☐Facilidades Telefónicas ☒Ascensor **(En áreas comunes)**
    ☐Otros
13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDATARIO

    Compañía aseguradora TRIPLE S       Núm. CP-810700813
    _____      Núm. _____
    _____      Núm. _____

14. Otras estipulaciones (utilice el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este contrato).
15. Este contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

**EN TESTIMONIO DE LO CUAL**, y para que así conste, suscriben este documento las partes contratantes en SAN JUAN, PR, hoy 5 de septiembre de 2014.

MIGUEL A. TORRES DÍAZ, SECRETARIO

Nombre y Firma del Jefe de la Agencia
o su Representante Autorizado

DAVE KOPEL, VICEPRESIDENTE, DOWNTOWN DEVELOPMENT CORPORATION

Nombre y Firma del Arrendador

PO BOX 190858 SAN JUAN PR 00919-0858

Dirección

REGISTRO INTERNO
División De Contratos-DTOP
2015-000127
MAR 27 2015

Según Dispone
Oficina del Contralor
07  Pág. 114

Nota: Aprobaciones al Dorso

Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243

_____
Dirección

Página Núm. __2__ de _5_

| Núm. de Contrato de la agencia |
|---|
| |

| Núm. de Contrato de la Oficina del Contralor |
|---|
| |

## CONTRATO DE ARRENDAMIENTO DE LOCALES
## (HOJA DE CONTINUACION)

☒ Hasta Cinco Años o Menos o       ☐ Hasta 10 Años en el Exterior       ☐ Hasta 30 Años

## OTRAS ESTIPULACIONES:

1. El Arrendatario se compromete a realizar por su cuenta y cargo cualquiera cambio o mejora al local, de acuerdo con las especificaciones y requisitos de seguridad establecidos o que se establezcan por el Departamento de Bomberos, Departamento del Trabajo y Recursos Humanos (OSHA), Departamento de Salud, Calidad Ambiental o cualquier otra Agencia concernida.

2. La parte contratada certifica y garantiza que al momento de suscribir este acuerdo ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y no adeuda contribuciones al Estado Libre Asociado de Puerto Rico por concepto de contribuciones sobre ingresos, arbitrios, contribución sobre la propiedad mueble e inmueble, incluyendo cualquier imposición de carácter especial, derechos de licencias, contribución retenida en el origen en el pago de salarios y servicios personales, en el pago de intereses, dividendos, rentas a individuos, sobre corporaciones y sociedades no residentes, y en el pago de intereses, dividendos y otras distribuciones de ganancias a personas residentes, seguro por desempleo, incapacidad temporal y de seguro social para chóferes (la que aplique). A tales efectos ha presentado la siguiente documentación que se hace formar parte de este contrato como un anejo del mismo:

   a. Certificación de Radicación de Planillas por los últimos cinco (5) años, Modelo SC-6088 y la Certificación de Deuda, Modelo SC-6096 Registro de Comerciante, ambas expedidas por del Departamento de Hacienda.

   b. Certificación de deuda por concepto de Propiedad mueble e inmueble expedida por el Centro de Recaudaciones e Ingresos Municipales (CRIM).

   c. Certificación de deuda por concepto de seguro por desempleo, incapacidad temporal, seguro social para chóferes (la que aplique), expedida por el Departamento del Trabajo y Recursos Humanos.

   d. Certificado que la Corporación cumplió con la radicación de su informe anual al Departamento de Estado. Artículo 15.01, Ley General de Corporaciones.

   e. Certificación por la Administración para el Sustento de Menores (ASUME) vigente de estado de cumplimiento para corporaciones, compañías, sociedades, otras personas jurídicas.





REGISTRO INTERNO
Sección De Contratos-DTOP
2015-000127
MAR 2 7 2015
Según Dispone
La Oficina del Contralor
07   Pág. 114

Expresamente se reconoce que lo anterior es una condición esencial del presente contrato, y de no ser correcta en todo o en parte las anteriores certificaciones, esto será causa suficiente para que El Arrendatario pueda dejar sin efecto el mismo y El Arrendador tendrá que reintegrar a El Arrendatario toda suma de dinero recibida bajo este contrato.

3. El Arrendador certifica que no es empleado o funcionario de ninguna dependencia de la Rama Ejecutiva, o de ninguna Corporación Pública o Municipio del Estado Libre Asociado de Puerto Rico; y que ningún funcionario de El Arrendatario o algún miembro de la unidad familiar de cualquiera de estos, tiene algún interés económico, directo o indirecto en este contrato.

4. Las reparaciones ordinarias de los interiores del local tales como electricidad, destape de tuberías, mantenimiento al equipo de acondicionadores de aire que utilice El Arrendatario y todo mobiliario y equipo que contenga la propiedad será por cuenta y cargo de El Arrendatario. Las reparaciones extraordinarias corresponden a El Arrendador.

5. Al finalizar el contrato, El Arrendatario entregará el local con las mejoras permanentes en buenas condiciones salvo el deterioro por el uso normal del local quedando las mejoras a favor de El Arrendador sin derecho a compensación por ellas. Los acondicionadores de aire y/o cualquier otra propiedad del Departamento podrán ser removidas al finalizar el contrato.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243

Dirección

Página Núm. _3_ de _5_

Núm. de Contrato de la agencia

Núm. de Contrato de la Oficina del Contralor

## CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

☒ Hasta Cinco Años o Menos o ☐ Hasta 10 Años en el Exterior ☐ Hasta 30 Años

**OTRAS ESTIPULACIONES:**



6. El Arrendatario mantendrá póliza de responsabilidad pública por accidentes ocurridos dentro del local arrendado una vez esté bajo su cuidado, custodia y control. El Arrendatario relevará al arrendador de cualquier responsabilidad por este concepto y obtendrá seguros para cubrir su propio equipo, muebles, etc.

7. El Arrendador se compromete a cumplir con las disposiciones de la Ley Núm. 84 del 18 de junio de 2002, mediante la cual se establece el Código de Ética para Contratistas, Suplidores y Solicitantes de Incentivos Económicos de las Agencias Ejecutivas del Estado Libre Asociado de Puerto Rico.

8. El Arrendatario tendrá derecho a dar por finalizado este contrato en cualquier momento, sin mediar causa, mediante la debida notificación escrita con treinta (30) días de anticipación a la fecha de terminación. Este contrato podrá ser resuelto inmediatamente sin necesidad de la notificación escrita antes mencionada, por cualquiera de las siguientes causas:

   a. Por negligencia o abandono de los deberes de El Arrendador o por incumplimiento de las cláusulas o condiciones de este contrato.

   b. Por la cesión del Arrendador de los derechos u obligaciones otorgados en este contrato.

   c. De resultar culpable El Arrendador y/o cualquiera de sus asociados, de aglún delito contra el erario, la fe y función pública, o que envuelva fondos o propiedad pública, ya sean estatales o federales.

   d. El Arrendador podrá solicitar la resolución del contrato solamente por razones de fuerza mayor, aceptables por El Arrendatario siempre y cuando haya notificado su intención de así hacerlo mediante notificación escrita treinta (30) días antes de su efectividad.

9. De conformidad con la Orden Ejecutiva 2001-73 del 29 de noviembre de 2001, toda factura sometida a El Arrendatario deberá contener la siguiente certificación:

   "Bajo pena de nulidad absoluta certifico que ningún servidor público del Transportación o el Departamento de Transportación y Obras Públicas ni de sus agencias adscritas es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la Agencia. El importe de esta factura es justo y correcto. Los servicios han sido prestados y no han sido pagados."

10. El arrendatario certifica que dispone de la suma de doscientos quince mil novecientos diecinueve dólares con noventa y seis centavos (**$215,919.96**) para el arrendamiento solicitado. Que las cifras de cuentas contra las cuales se cargará este gasto será **E2632-299-0490000-081-1998**; y que negociamos para conseguir el canon de arrendamiento más razonable posible.

11. De Conformidad con la Carta Circular Núm. 2009-01 del Departamento de Justicia del Estado Libre Asociado de Puerto Rico del 9 de marzo de 2009, **EL ARRENDADOR** certifica mediante Declaración Jurada lo siguiente:

REGISTRO INTERNO
Sección De Contratos-DTOP
2015-00127
MAR 2 7 2015
Según Dispone
La Oficina del Contralor
Tomo 07 Pág. 114

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243

Dirección

Página Núm. _4_ de _5_

Núm. de Contrato de la agencia

Núm. de Contrato de la Oficina del Contralor

## CONTRATO DE ARRENDAMIENTO DE LOCALES
### (HOJA DE CONTINUACION)

☒ Hasta Cinco Años o Menos o    ☐ Hasta 10 Años en el Exterior    ☐ Hasta 30 Años

**OTRAS ESTIPULACIONES:**



a. Que no ha sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal u otro país.

b. Que ni él ni ninguno de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices ha sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.

c. Que no tiene conocimiento de que él ni de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices es objeto de investigación en un proceso civil o criminal en el foro estatal o federal u otro país por hechos relacionados con un delito contra el erario, la fe o función pública o que involucre fondos o propiedad pública.

d. Se compromete a informar de manera continua, durante la vigencia del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de un delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; que involucre fondos o propiedad pública, en el ámbito federal o estatal. Esta obligación deberá ser de naturaleza continua durante todas las etapas de la contratación y ejecución del contrato.

e. Que durante los diez años anteriores a la formalización del contrato no ha cometido ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.

f. Se compromete a informar aquellos casos en que no haya determinación de causa probable para el arresto, alegación de culpabilidad ni acusación en contra de un contratista, pero se hayan realizado expresiones o admisiones de delito en su contra.

Queda entendido entre las partes que este contrato se resolverá, en caso de que contra EL ARRENDADOR se determine causa probable para el arresto por la comisión de algún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.

12. Ninguna prestación o contraprestación objeto de este contrato podrá exigirse hasta tanto el mismo se haya presentado para registro en la Oficina del Contralor a tenor con lo dispuesto en la Ley Número 18 de 30 de octubre de 1975, según enmendada.

MIGUEL A. TORRES DÍAZ, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado
Seguro Social Patronal #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

DAVE KOPEL, VICEPRESIDENTE, DOWNTOWN
DEVELOPMENT CORPORATION
Seguro Social Patronal #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
PO BOX 190858 SAN JUAN PR 00919-0858
Dirección

Registro Interno
Sección De Contratos-DTOP
2015-000127
MAR 27 2015
Según Dispone
La Oficina del Contralor
07 Pág. 114

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243

Dirección

Página Núm. _5_ de _5_

Núm. de Contrato de la agencia

Núm. de Contrato de la Oficina del Contralor

## CONTRATO DE ARRENDAMIENTO DE LOCALES
## (HOJA DE CONTINUACION)

☒ Hasta Cinco Años o Menos o    ☐ Hasta 10 Años en el Exterior    ☐ Hasta 30 Años

**OTRAS ESTIPULACIONES:**

PARA USO DE LA AUTORIDAD DE EDIFICIOS PUBLICOS

☒ APROBADO                        ☐ NO APROBADO

**RAZONES:** Se aprueba Contrato del CESCO de Caguas ya que es una renovación del contrato de arrendamiento ASG-10-023-13-01 y mantienen el canon de arrendamiento anterior.

26/MAR20/15    DIRECTOR EJECUTIVO

FECHA    TITULO    NOMBRE Y FIRMA DIRECTOR EJECUTIVO AEP

REGISTRO INTERNO
Sección De Contratos-DTOP
2015-000127
MAR 27 2015
Según Dispone
La Oficina del Contralor
07    Pág. 114

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.