Case:17-03283-LTS Doc#:22057-2 Filed:09/06/22 Entered:09/06/22 10:59:36 Desc
Exhibit Exh. 2 - Lease Cancellation Letter Page 1 of 1

Case:17-03283-LTS Claim#:18362-2 Filed:05/27/18 Desc Main Document Page 16 of 26



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Departamento de Transportación
y Obras Públicas

5 de agosto de 2015

Sr. Dave Kopel
Vicepresidente
Downtown Development Corp.
PO Box 190858
San Juan, PR 00919-0858

Estimado señor Kopel:

El 5 de septiembre de 2014, el Departamento de Transportación y Obras Públicas (DTOP) y Downtown Development Corp. (Downtown), firmaron un Contrato de Arrendamiento. En la Cláusula 7, 1era página de dicho contrato, se establece que "El arrendatario [DTOP] podrá, en cualquier momento, resolver el contrato, siempre que notifique por escrito su intención al arrendador [Downtown] con treinta (30) días de antelación a la fecha deseada."

Conforme a lo antes indicado, por la presente se le notifica que estamos ejerciendo nuestra opción y que el contrato será resuelto efectivo el 15 de septiembre de 2015.

Agradecemos sus servicios y les deseamos éxito en sus futuras gestiones.

Cordialmente,

Miguel A. Torres Díaz
Secretario

Centro Gubernamental, Roberto Sánchez Vilella
Apartado 41269, San Juan, PR 00940-1269
Tel. (787) 723.1390
Tel. (787) 722.2929 ext. 2323 - 2326
Fax. (787) 725.1620
www.dtop.gov.pr



8/12/15