UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER REGARDING REQUEST FOR EXTENSION OF
TIME TO REPLY TO FIVE HUNDRED THIRD OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNRESPONSIVE CLAIMS

   The Court has received and reviewed the *Request for Extension of Time to Reply to Five Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive Claims* (Docket Entry No. 22047 in Case No. 17-3283) (the "Extension Motion"), filed on behalf of claimant Ivette M. Hernández Fontanez (the "Claimant"). Claimant seeks additional time to respond to the *Five Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unsecured Responsive ARC Claims* (Docket Entry No. 21751 in Case No. 17-3283) (the "Omnibus Claims Objection") and the objection to Proof of Claim No. 139008 included therein.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Financial Oversight and Management Board for Puerto Rico is ordered to meet and confer with Claimant as soon as possible to explore resolution of the objection.

Claimant is granted an extension of time to respond to the Omnibus Claims Objection to **September 24, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. Despite the September 5, 2022 deadline to respond to the Omnibus Claims Objection, a response received by September 24, 2022, at 5:00 p.m. (Atlantic Standard Time), will be considered a timely response to the Omnibus Claims Objection. The Financial Oversight and Management Board for Puerto Rico shall file a reply (if any) by **October 1, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. The hearing on the Omnibus Claims Objection is adjourned solely with respect to Proof of Claim No. 139008 to the Omnibus Hearing scheduled for November 2, 2022, at 9:30 a.m. (Atlantic Standard Time).

Counsel for the Claimant is advised that any future urgent motions must comply with section I.H of the *Sixteenth Amended Notice, Case Management and Administrative Procedures*. (Docket Entry No. 20190 Ex. 1 § I.H.)

This Order resolves Docket Entry No. 22047 in Case No. 17-3283.

SO ORDERED.

Dated: September 6, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge