UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF Nos. 21967, 22009, 22063 |

ORDER GRANTING URGENT CONSENSUAL MOTION FOR
EXTENSION OF DEADLINES AND ADJOURNMENT OF HEARING
REGARDING REQUEST FOR COMFORT ORDER PURSUANT 11 USC §362(j)

Upon the *Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing Regarding Request for Comfort Order Pursuant 11 USC §362(j)* (Docket Entry No. 22063) (the "Urgent Motion");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found the Debtor

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

provided adequate and appropriate notice of the Urgent Motion under the circumstances and no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found good and sufficient cause exists for the granting of the relief as set forth herein:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Scheduling Order shall be modified as provided herein.

3. The deadline for parties to file an opposition to the Motion shall be **September 20, 2022 at 5:00 p.m. (AST).**

4. The deadline for the Movants to file a reply to all oppositions and responses shall be **September 27, 2022 at 5:00 p.m. (AST)**.

5. The Motion will be heard in connection with the Omnibus Hearing scheduled on November 2, 2022.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

7. This Order resolves Docket Entry No. 22063 in Case No. 17-3283.

Dated: September 6, 2022.

SO ORDERED

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
United States District Judge