# FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.**      **Creditor Name:**

| | |
|---|---|
| (1) Nombre Completo | José H. Mercado Ruiz |
| (2) Número de teléfono | (787) 922-1746 |
| (3) Número de empleado | Placa # 16212 o NUM. de EMP. |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Policia de Puerto Rico Fecha de Ingreso 1- Sept. 1988 Continuo ejerciendo Mi Cargo de Agente de La Policia |
| (5) Correo electrónico | JM9384081@GMAIL.COM |
| (6) Número de seguro social (últimos cuatro dígitos) | 3263 |
| (7) Número de caso administrative o judicial, si aplica. | 17 BK 03283 LTS |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | # Reclamación 37526 La Ley 447 de 15 Mayo de 1951 creo un sistema de retiro y beneficios denominado "sistema de Retiro Los Empleados del Gobierno de El Estado Libre Asociado de Puerto Rico" fueron derogadas que cubrian separadamente grupos de Empleados. El gobierno utilizo los fondos y realizo inversiones poniendo en riesgo La estabilidad economica y esto trajo como resultado que hoy este haciendo esta reclamación. Pues el retiro se vio quebrado y los empleados Abandonados a la indigencia. |

*** Attach any supporting documentation you may have related to your claim. ***

EMPLOYEE RESPONSE LETTER

| Claim No. | Creditor Name: |
|---|---|
| (1) Full Name | José H. Mercado Ruiz |
| (2) Telephone Number | (787) 922-1746 |
| (3) Employee Number | Placa # 16212  ID Number |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | Policia DE Puerto Rico fecha De Ingreso 1 Sept. 1988 Actualmente sigo Activo en La Agencia |
| (5) Personal Email Address | JM938408I@Gmail.com |
| (6) Social Security Number (last four digits). | 3263 |
| (7) Case File Number, if applicable | (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.) 17 B 03283-LTS |
| (8) Describe in detail the nature and basis of your Claim. Please add additional pages, if needed. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | Reclamacion # 97526 La Ley 447 del 15 de Mayo de 1951 creo un sistema de retiro y el cual incluia unos derechos Adquridos (Benficios). No obstante El Gobierno de Puerto Rico utilizó el dinero de los empleados y lo invirtio. desafortunadamente en la Inversión No hubo una Consulta a los empleados dicha inversión fuen fracaso. Hoy dia somos Abandonados a la indigencia |

*** Attach any supporting documentation you may have related to your claim. ***

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Mercado Ruiz, Jose H | 97526 | 06/26/2018 | Commonwealth of Puerto Rico | $93,426.57 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Mercado Ruiz, Jose H | 97526 | 06/26/2018 | Commonwealth of Puerto Rico | $93,426.57 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).