José H. Alvarado Ruiz
Condominio San José Edif. 4
399 Calle Sicilia, Apt. 3
San Juan P.R. 00923-1669

1 SEP 2022   PM 2   L

FOREVER USA

Secretaria (clerk's office)
Tribunal du Distrito de los
Estados Unidos (United States District court)
Sula 156 Edificio Federal
San Juan (Puerto Rico) 00918-1767

00918-133999