Administrative Claims Reconciliation Notice

August 31, 2022

Designated Claimant : Journet Malave, Ines L.
Address: 111 Sierra Morena st. Urb. Miradero Hills
 Mayaguez, Puerto Rico 00682
Designated Claim Number 152354
Amount stated in Prof. of claim $ 40,000.00
Claim type Public employee salary for each working years.

1. During School semester of 1976- 1977 and 1977- 1978 I was employed at the Department of Education, Mayaguez school district, as a bilingual English teacter under the Federal Funds of Chapter One. The contract was for classified personnel (personal clasificado) not for teachers. In order for this year to be counted as an experienced teaching year for the Department of Education I had to pay for the year or years I wanted to counted for my experience. I payed for the two years in order to be in record as an English teacher. The amount was about $ 800.00 dollars

2. During the 1980's English teachers had a stipend of $10.00 dollars in their salary if they hand in to the Department of Education an affidavit certified by a lawyer. Every year until I had tenured. From 1980 to 1986. Although I studied in the United States, and I mayor in English from the .University of Puerto Rico, Mayaguez Campus, and have a Master degree from the InterAmerican Uninversity of P.R, In Teaching English as a Second Language. And courses on Bilingual teaching I had to pay a lawyer $25.00 dollar for the affidavit in order to receive the stipend of $10.00 dollars in my salary. Those years from my pocket I spend about $150.00 dollars.

3. In 1985 I finished my studies in Library Sciences. I was certified by the Department of Education as a school librarian. But the stipend of $10.00 dollars was taken away because I was not in the classroom anymore. Completely unjust My skills and knowledge makes me able to speak, read, write, in both languages Spanish and Englsih no matter where I work. I did not receive a stipend while I was a school Librarian.

4. During the year 1990 to 2000 I worked in the Department of Education as an English zone Supervisor. The last salary raised for the English Supervisor III was on 2000. After that date All the supertendentes, Principals, teachers, and regional directors received a raised but not the supervisors or facilitators. We remained with the same salary less than $2,000.00 dollars monthly,

5. In 2000 I was employed as a school principle for a residential school. The English immersion and Spanish Writing Residential School at RAMEY, Aguadilla Sachool district from August 2000 to January 2001. I did not received a stipend for being a principal in a residential school nor for being a school director. I had the same salary of an English zone Supervisor III. A school I got there Sunday afternoon and left after the last student left on Friday evening. On January 2001 this year The Department of Education moved me to a trust tee position (posicion de confianza) as a Directror of Title One Supporting System at Central Office, Hato Rey, San Juan. I worked on proposals, management of title I personnel, and administrative office work.For a $5,000.00 monthy. Had to move from Mayaguez to San Juan.. Rented an apartment. For $550.00 dollars a month. For 5 months a total of $2,750.00 dollars plus electricity for $1,000,00. I still had to pay my home mortgage for the amount of $46,500.00 dollars to be paid in 30 years the amount of $346.00 dollars monthly. That emotional and economically did not work out.

6. After 2001 went back to be English Zone Supervisor III with a regular salary of $3,000.00 until 2009. I retired from the Anasco School District on may 2009. I would like to know from my record if for being at a higher position and trust tee position (posicion de confianza) from 2000-2001 if my retirement salary numbers were calculated with an stipend giving to my retirement for being this position at Central Office of the Department of Education.

7. After retirement on August 2013 I was employed for the Department of Education for a 4 hours part time school director for the Antonio Gonzalez Suarez Bilingual School at Anasco city.Although the contact said 4 hours, no school can not be directed administrative nor academically in such short time. I signed my worked from 8:00 am to 3:00 pm.
Later in March I was moved to Rafael Cordero elementary school in Aguadilla City, I also work from 8:00 am to 3:00 pm. Both school are from the Aguadilla school district. I was asked to be at meetings given in the district or out of the district buy the staff or the superintendent. My every day attendance sheet was certified under the hand and seal of the head of the School District of Aguadilla and the Region of Mayaguez. The extra hours worked were not paid,

You are free to go through my file at the Department of Education at Cental Office. My records on at Hato Rey, San Juan.

Please read I accompany Annex    Thank You

*[signature]*

Claim Number 152354