# Inés L. Journet Malavé

111 Sierra Morena st. Urb. Miradero Hills, Mayagüez, Puerto Rico tel. 787 833-7580, 787 363-3251 e-mail inesjournet@yahoo.com

**Objective**     To pursue teaching at university level and give in service training to teachers at private or public schools

**Experience**     2018-2019 Pontificia Universidad Católica de Puerto Rico, Instituto de Carreras Cortas, Mayagüez Campus as an English teacher.

2013-2014 Worked as a four (4) hour school Principal for the Department of Education, on the following schools: Bilingual School Antonio Gonzalez Suarez in Anasco, also at Rafael Cordero Elementary School at Aguadilla. All in the Aguadilla School District.

- Administrative work. Coordinate with the Superintendents Office workshops, administrative papers, school planifition. Supervise all school personnel.

- Retired May 2009

2009-2003
As **English zone Supervisor**, Department of Education in Puerto Rico. Anasco School District
- In service training
- Coaching
- Administrative office work
- Give teachers orientation on the program's curriculum, follow-up visits
- Part-time on Saturdays Puerto Rico Department of State & Department of Education taught Conversational English to foreigners to acquirer U.S. citizenship

2001
Department of Education in Puerto Rico Central Office Hato Rey, **Director of Title I Supporting System**
- Work on proposals
- Management of Title I personnel
- Administrative office work

Department of Education in Puerto Rico 2000-2001
- **School Principle** of English Immersion & Spanish Writing Residential School at RAMEY, Aguadilla School District
- **English zone Supervisor** at Mayagüez School District 2002-1998
- **English zone Supervisor** at Añasco School District 1998-1991
- **English zone Supervisor** at Las Maria School District 1991-1990
- **Part-time professor** at Inter American University, San Germán Campus

Department of Education in Puerto Rico 1990-1976
- **Librarian** – All task done in a school Library 1990-1987
- **Secondary Level English teacher** 1987-1980
- **Elementary Level English teacher** 1980-1976

**Education**

**Pontifical Catholic University, Mayagüez Campus, 2008-2009**
Certified as: School Director, School Superintendent

–**Inter American University, San Germán Campus**, M. A. degree in Teaching of English as Second Language (T.E.S.L.) 1984-1990

–**University of Puerto Rico Mayagüez Campus** – Librarian Certificate in Library Science 1980-1981

– **University of Puerto Rico Mayagüez Campus** – B. A. degree in English
English teacher 1975

**Interests**

Collaborate with the teachers in order to reach quality instruction that encourage interactive, problem solving and experimental learning. Help teachers' execute their knowledge of the curriculum so they can help their students reach the state learning standards for each subject matter and also to perform in accordance to the grade expectations.

**References**

Norma Cardona, ED.D Programa Graduado, PUCPR, Mayagüez Campus

Karen Morales, Directora de Instituto de Carreras Cortas. PUCPR, Mayagüez Campus

_____ **Your Name**
Address, phone, fax, email