AUCTORIBUS · PROFESSORIBUS · QUIBUS · HOC · MUNUS · COMMISSUM · EST

CURATORES

# UNIVERSITATIS · PORTORICENSIS

### Inés L. Journett Malavé

AD · GRADUM

### Baccalaurei Artium

ADMISERE · EIQUE · OMNIA · JURA · HONORES · PRIVILEGIA · AD · HUNC GRADUM · PERTINENTIA · CONCESSERE.

IN · CUIUS · REI · TESTIMONIUM · NOS · HUIUS · UNIVERSITATIS · RITE CONSTITUTI · MAGISTRATUS · HUIC · DIPLOMATI · NOMINA · NOSTRA SUBSCRIPSIMUS · ET · NOSTRAE · UNIVERSITATIS · SIGILLUM APPONI · CURAVIMUS.

DATUM · IN · URBE · MAYAGUEZ · PUERTO · RICO · DIE · TRICESIMO · PRIMO MENSIS · MAII · ANNO · DOMINI · MCMLXXV

PRAESES · CURATORUM   PRAESES   CANCELLARIUS

# UNIVERSITY OF PUERTO RICO
## MAYAGUEZ CAMPUS
### MAYAGUEZ, P. R.

# CERTIFICATE

**TO WHOM IT MAY CONCERN:**

THIS IS TO CERTIFY THAT   INES L. JOURNETT MALAVE

ON   MAY 31, 1975   , MET ALL REQUIREMENTS

OF THIS INSTITUTION FOR THE BACHELOR OF ARTS DEGREE IN

E N G L I S H

THIS CERTIFICATE
GIVEN AT
MAYAGUEZ, PUERTO RICO
MAY 31, 1975



PEDRO A. ROSAS PRECIADO
REGISTRAR

Claim number 152354

*Claim Number 152354*

# Universidad Interamericana
## de Puerto Rico

La Junta de Síndicos de la Universidad Interamericana de Puerto Rico, en virtud de la autoridad que le es propia y a recomendación de la Facultad, otorga a

### Inés L. Journet Malavé

quien ha completado todos los requisitos prescritos por la facultad, el grado de

### Maestría en Artes en la Enseñanza del Inglés como Segundo Idioma

con todos los honores, derechos, distinciones y privilegios que conlleva dicho grado. Como testimonio de lo anterior subscribimos este diploma con el sello oficial de la Universidad.

Dado en Puerto Rico, el día 26 de mayo de 1990



Presidente de la Universidad

Presidente de la Junta de Síndicos



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education
ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
### Teacher's Certificate

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**INES L. JOURNET MALAVE**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

SUPERINTENDENTE DE ESCUELAS
SUPERINTENDENT OF SCHOOL

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido desde 20 de marzo de 2009 hasta 20 de marzo de 20 15
*Issued on March 20, 2009 and valid until March 20, 20 15*

Dado en San Juan de Puerto Rico. el 05 febrero de 20 10
*Given at San Juan, Puerto Rico on February 05, 20 10*

Dra. Odette Piñeiro Caballero
Secretario de Educación
*Secretary of Education*

Número de Certificado: 940520
Certificate Number: 940520

# DEPARTAMENTO DE EDUCACIÓN
Department of Education
ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado de Maestro
Teacher's Certificate

El Secretario de Educación por la presente confiere a
The Secretary of Education hereby issues to

**INES L. JOURNET MALAVE**

el presente Certificado que lo faculta para ejercer como
this Certificate that entitles the holder to perform as

**DIRECTOR(A) DE ESCUELA SECUNDARIA**
SECONDARY SCHOOL PRINCIPAL

en las escuelas públicas o privadas de Puerto Rico.
in the School System of Puerto Rico.

Expedido desde 26 de marzo de 2009 hasta 26 de marzo de 2015
Issued on March 26, 2009 and valid until March 26, 2015

Dado en San Juan de Puerto Rico, el 05 febrero de 2010
Given at San Juan, Puerto Rico on February 05, 2010

Dra. Odette Piñeiro Caballero
Secretario de Educación
Secretary of Education

Número de Certificado: 940465
Certificate Number: 940465



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**INES LUISA JOURNETT MALAVE**

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

**SUPERVISOR(A) DE ZONA (INGLES)**
ZONE SUPERVISOR (ENGLISH)

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el  09 de septiembre   de 20 03
Issued on    September 09,        20 03

Dado en San Juan de Puerto Rico, el   24 noviembre   de 20 03
Given at San Juan, Puerto Rico on     November 24,     20 03

Cesar A. Rey Hernandez
Secretario de Educación
Secretary of Education

Número de Certificado: 337

Certificate Number: 337



# DEPARTAMENTO DE EDUCACIÓN
### Department of Education
ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
*Life Certificate*

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**INES LUISA JOURNETT MALAVE**

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRO(A) BIBLIOTECARIO
TEACHER LIBRARIAN

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el  09 de septiembre  de 20 03
*Issued on  September 09,  20 03*

Dado en San Juan de Puerto Rico, el  24 noviembre  de 20 03
*Given at San Juan, Puerto Rico on  November 24,  20 03*

Número de Certificado: 336

Cesar A. Rey Hernandez
Secretario de Educación
*Secretary of Education*

Certificate Number: 336



# DEPARTAMENTO DE EDUCACIÓN
Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio

El Secretario de Educación por la presente confiere a
*The Secretary of Education hereby issues to*

**INES LUISA JOURNETT MALAVE**

el presente Certificado de Maestro que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

MAESTRO(A) DE INGLES SECUNDARIO
TEACHER OF ENGLISH FOR THE SECONDARY SCHOOL

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el   09 de septiembre   de 20 03
Issued on     September 09,         20 03

Dado en San Juan de Puerto Rico, el   24 noviembre   de 20 03
Given at San Juan, Puerto Rico on      November 24,     20 03

Número de Certificado: 335

Cesar A. Rey Hernandez
Secretario de Educación
*Secretary of Education*

Certificate Number: 335

# DIRECTOR ESCOLAR K-12
### CATEGORÍA

| | | |
|---|---|---|
| ESCUELA | : | VARIAS ESCUELAS DE LA REGIÓN |
| HORAS A TRABAJAR | : | 4 HORAS DIARIAS |
| SALARIO | : | $35.00 (POR HORA) |
| VIGENCIA | : | HASTA EL 30 DE JUNIO DE 2013 |
| FECHA | : | MARTES, 7 DE MAYO DE 2013 |
| HORA | : | 1:00 P.M. |
| LUGAR | : | REGIÓN EDUCATIVA DE MAYAGÜEZ |

## REQUISITOS MÍNIMOS:

- Poseer Certificado Regular de Director Escolar vigente

## DOCUMENTOS REQUERIDOS EN LA ENTREVISTA:

- Certificación de Radicación de Planillas de Contribución sobre Ingresos (Modelo SC-6088) de los últimos cuatro (4) años previos a la solicitud de empleo, si estaba obligado a rendir la misma, o la certificación de razones por las cuales no está obligado en Ley a rendir Planilla de Contribución sobre Ingresos (Modelo SC-2781), a los efectos de que no tenía la obligación de radicar planillas durante todo o parte del período antes mencionado.

- Certificación de Deuda (Modelo SC-6096). De existir deuda solicitará plan de pago.

- Certificación Negativa de ASUME. De existir deuda solicitará plan de pago.

- Certificado de Antecedentes Penales

- Resumé

**LOS CANDIDATOS INTERESADOS DEBERÁN ENTREGAR EL DÍA DE LA ENTREVISTA TODOS LOS DOCUMENTOS MENCIONADOS**

Se autoriza a publicar esta convocatoria hoy, lunes, 29 de abril de 2013.

*[firma]*
Norberto Valladares Crespo
Director Regional

NVC/shv

CENTRO GUBERNAMENTAL, 50 NENADICH, SUITE 303, MAYAGÜEZ, P.R. 00680
TELÉFONO: 787-832-6880; FAX: 787-832-3518
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.