Inés [Dewerl?]
Calle: Sierra Morena #111
Urb. Miradero Hills
Mayagüez, P.R. 00682



Secretaria (Clerk's Office)
United States District Court
Sala 150 Federal Building
San Juan Puerto Rico
00918-1767