Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 153014        **Creditor Name:** Aponte Santos, Elba L.

| | |
|---|---|
| (1) Nombre Completo | Elba L. Aponte Santos |
| (2) Número de teléfono | 787 586 2346 |
| (3) Número de empleado | 131311 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación |
| (5) Correo electrónico | elbalissette95@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | **REDACTED** |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Inclu**y**a páginas adicionales si es necesario.** | #153014 reclamación por concepto de carrera magisterial solo me pagaron la actuación por retiro.  *[signature: Elba L Aponte Santos]* |

*** Attach any supporting documentation you may have related to your claim. ***


17032830019380 5

31 ugoto 2022

Yo, Elba L. Aponte Santos por este medio certifico que he sometido mi reclamación por asunto: Carrera magisterial y por asunto retiro, ante la situación de Quiebra completando el Proof of Claim. Por este medio, establezco que no estoy de acuerdo en que desestimen mi reclamación.

Elba L Aponte Santos
Elba L. Aponte Santos
787 586 2346
elbalissette95@gmail.com

* Adjunto evidencia.
# Reclamación
153014