# ACADEMIC RECORD

| | |
|---|---|
| NAME: Elba Aponte Santos | PAGE NO: 1 of 1    STUDENT NUMBER: 0047017 |
| ADDRESS: Hc 1 Box 5029, BARRANQUITAS, PR 00794-9673 | SOCIAL SECURITY NO.: REDACTED |
| BIRTH: 01/12/1981    SEX: F | ADMITTED FROM: |
| ADMISSION: Bayamon | ADMITTED TO: |
| MAJOR: | BASIS OF ADMISSION: |
| APARTADO 1725, BAYAMON, P.R. 00960-1725, TEL. 786-3030 • FAX: 740-2200 | DEGREE OR DIPLOMA ISSUED |

| COURSE NUMBER AND TITLE | CR | GRA | H. POINT |
|---|---|---|---|
| **JULIO-SEPTIEMBRE 05** | | | |
| EDES505 ADM SUP PROG EDUC N | 3 | A | 12 |
| EDES541 INDIC DIAG AUTISMO | 3 | A | 12 |
| EDES543 CURRIC Y MET ENS NI | 3 | A | 12 |
| EDES542 DESORD COMUNICOL Y | 3 | A | 12 |
| EDES544 SEM INVESTIG EN ACC | 3 | A | 12 |
| EDES537 UTILIZ ASIS TECN EN | 3 | A | 12 |
| Term GPA 4.00 Credit 18.0 | | | |
| Cum  GPA 4.00 Credit 18.0 | | | |
| **ENERO-MARZO 06** | | | |
| EDUC501 EVAL Y MEDICION EDU | 3 | A | 12 |
| EDUC504 ETICA Y VALORES EN | 3 | A | 12 |
| Term GPA 4.00 Credit 6.0 | | | |
| Cum  GPA 4.00 Credit 24.0 | | | |
| **ABRIL-JUNIO 06** | | | |
| EDUC500 PRINC GEN DE CURRIC | 3 | A | 12 |
| EDES545 SEM LECTURA SUPERVI | 3 | A | 12 |
| Term GPA 4.00 Credit 6.0 | | | |
| Cum  GPA 4.00 Credit 30.0 | | | |
| **JULIO-SEPTIEMBRE 06** | | | |
| EDES510 ED NINO DESORD LENG | 3 | A | 12 |
| EDUC507 METODOS INVEST EDUC | 3 | A | 12 |
| Term GPA 4.00 Credit 6.0 | | | |
| Cum  GPA 4.00 Credit 36.0 | | | |
| **OCTUBRE-DICIEMBRE 06** | | | |
| EDUC505 PROCESOS DESARR HUM | 3 | A | 12 |
| EDES525 NAT Y NEC DEFIC DES | 3 | A | 12 |
| ECE798  EXAMEN COMPRENS ESP | 0 | P | .. |
| Term GPA 4.00 Credit 6.0 | | | |
| Cum  GPA 4.00 Credit 42.0 | | | |
| **ENERO-MARZO 07** | | | |
| ECM797 EXAMEN COMPRENS MED | 0 | P | .. |
| Term GPA 0.00 Credit 0.0 | | | |
| Cum  GPA 4.00 Credit 42.0 | | | |

---

Degree Received: M.A. Educ Especial
Date Conferred.: 03/29/2007
Majors..........: SUB-ESP AUTISMO

End of official record.

COPIA DE ESTUDIANTE
OFICINA DEL REGISTRADOR

De acuerdo a la Ley Family Educational Rights and Privacy Act of 1974, la información aquí contenida le ha sido suministrada a usted con la condición de que la misma no puede ser divulgada sin el consentimiento escrito del estudiante.

---

| GR | M | HP | GR | M | HP |
|---|---|---|---|---|---|
| A | 90-100 | | P | PASSED | |
| | 80-89 | | N | NO CREDIT | |
| | 79 | | AU | AUDIT | |
| | | | I | INCOMPLETE | |
| | AW | | | | |

HONORS:
TOTAL UNITS:
REMARKS:

DATE: 01 June 2007

COLLEGE AVERAGE:
RANK:
CERTIFIED AS CORRECT [signature] REGIS

ANEJO 1
OCM-06

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

RECIBIDO
JUN 02 2012
OFICINA DE CARRERA MAGISTERIAL

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el(la) Profesor(a) __Elba L. Aponte__, seguro social __REDACTED__ la Escuela __Elemental Urbana__ del Distrito Escolar de Municipio de __Cidra__ __Cidra__ radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el periodo del **1 de abril de 2012 al 1 de abril de 2017** (5 años).

Certificamos, además, que el Comité de Evaluación analizó y evalúo dicho Plan utilizando como referencia el Capítulo VI del mismo Reglamento y que fue aprobado hoy, __30__ de __mayo__ de 20__12__
(mayo o junio)

**COMITÉ DE EVALUACIÓN**

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| Gilma A. Reyes | [firma] | Director(a) |
| María del C. Vázquez | [firma] | Facilitador Docente / Representante de la Docencia |
| Laura Morales | [firma] | Miembro del Consejo Escolar |
|  |  | Enlace Regional (si aplica) |

Fecha en que el solicitante radicó el Plan: 30 de abril de 20 12

# Universidad Central de Bayamón

CERTIFICAMOS QUE

ELBA L. APONTE SANTOS

número de estudiante 47017 completó todos los requisitos de esta Institución, Universidad Central de Bayamón, conducentes al grado de

MAESTRIA EN ARTES EN EDUCACION ESPECIAL
Sub-Especialidad Autismo

en marzo 2007. Su promedio general es 4.00.

Dado en Bayamón, Puerto Rico el 28 de marzo de 2007.

Víctor Colón Rodríguez
Registrador

| Claim Number | Claimant | Initial Letter Affidavit of Service Docket Number | Final Letter Affidavit of Service Docket Number |
|---|---|---|---|
| 170711 | APONTE RIVERA, JOAQUIN ANTONIO | 17880 | 20432 |
| 5743 | APONTE RIVERA, MARIA E. | 17331 | 20432 |
| 47582 | APONTE RODRIGUEZ, IVONNE | 17331 | 20432 |
| 141416 | APONTE RODRIGUEZ, SARAI | 18208 | 20432 |
| 123266 | APONTE ROSARIO, JANNETTE | 17880 | 20432 |
| 127247 | APONTE ROSARIO, JANNETTE | 17880 | 20432 |
| 91984 | APONTE SANTIAGO, MARIAM | 18208 | 20432 |
| 82917 | APONTE SANTIAGO, MIRIAM | 18208 | 20432 |
| 153014 | APONTE SANTOS, ELBA L. | 18208 | 20432 |
| 133863 | APONTE SANTOS, MARIA M. | 18208 | 20432 |
| 132307 | APONTE TORRES, VIRGINIA | 18032 | 20432 |
| 151025 | APONTE TORRES, WILBERTO LUIS | 18208 | 20432 |
| 165715 | APONTE VAZQUEZ, SANDRA | 18208 | 20432 |
| 109178 | APONTE VAZQUEZ, SANDRA P. | 18208 | 20432 |
| 22843 | APONTE VEGA, MARIBEL | 18208 | 20432 |
| 53046 | APONTE, NOMARIS | 18208 | 20432 |
| 41392 | APONTE, NORMA TORRES | 17880 | 20432 |
| 55625 | APONTE-GONZALEZ, DELYS N. | 17331 | 20432 |
| 20710 | AQUINA VEGA, LUZ M | 18208 | 20432 |
| 61435 | AQUINO CARBONELL, LOURDES | 18208 | 20432 |
| 71326 | AQUINO, LESLIE IRIZARRY | 18208 | 20432 |
| 72165 | ARANA CARRION, EDWIN X | 18208 | 20432 |
| 171013 | ARAND PADILLA, JULIO ENRIQUE | 17880 | 20432 |
| 78608 | ARANDA GONZALEZ, ELIZABETH | 18208 | 20432 |
| 72988 | ARANDA GONZALEZ, ELIZABETH | 18208 | 20432 |
| 75683 | ARANDA GONZALEZ, ELIZABETH | 18208 | 20432 |
| 76632 | ARANDA GONZALEZ, ELIZABETH | 18208 | 20432 |
| 87683 | ARANDA GONZALEZ, ELIZABETH | 18208 | 20432 |
| 82097 | ARAUD SOTOMAYOR AND IRIS NANETTE | 18032 | 20432 |
| 171012 | ARAUL PADILLA, JULIO ENRIQUE | 17880 | 20432 |
| 155169 | ARBELO NIEVES, CARMEN M | 18208 | 20432 |
| 151260 | ARBELO NIEVES, IRIS M | 18208 | 20432 |
| 134209 | ARBELO NIEVES, IRIS M. | 18208 | 20432 |
| 147003 | ARBELO NIEVES, IRIS M. | 18208 | 20432 |
| 177695 | ARBELO NIEVES, IRIS M. | 18032 | 20432 |
| 155302 | ARBELO ROJAS, ANA E. | 18208 | 20432 |
| 159751 | ARBELO ROJAS, ANA E. | 18208 | 20432 |
| 177691 | ARBELO, IRIS | 18032 | 20432 |
| 178382 | ARBELO, IRIS | 18032 | 20432 |
| 156808 | ARBELO-NIEVES, CARMEN M. | 18208 | 20432 |
| 159831 | ARBELO-ROJAS, ANA E. | 18208 | 20432 |
| 90568 | ARBONA QUINONES, ANA | 16860 | 20294 |
| 110608 | ARBONA QUINONES, ANA | 16860 | 20294 |
| 158660 | ARCE BUCETTA, NILDA I. | 18208 | 20432 |
| 83880 | ARCE CRUZ, WANDA I. | 18208 | 20432 |
| 15410 | ARCE FARINA, RAFAEL | 17880 | 20432 |
| 107403 | ARCE GALLEGO, ESPERANZA | 18208 | 20432 |
| 57019 | ARCE GARCIA, ISABEL L | 17331 | 20432 |
| 150574 | ARCE LEBRON, SHANDELL | 17880 | 20432 |
| 29595 | ARCE RIVERA, NIVIA I | 17880 | 20432 |
| 154248 | ARCE SOTO, LUZ E. | 18032 | 20432 |
| 85686 | ARCE VEGA, CARMEN J | 18208 | 20432 |
| 160114 | ARCELAY TORRES, DIGNA | 18208 | 20432 |
| 62455 | ARCE-MERCADO, YARITZA | 18032 | 20432 |
| 137183 | AREIZAGA BRAVO, DARMA IVETTE | 18208 | 20432 |
| 91 | ARGUELLES ROSALY, WILLIAM | 17880 | 20432 |
| 125242 | ARIZMENDI MERCADO, MIRIAM | 18208 | 20432 |
| 151882 | ARIZMENDI MERCADO, MIRIAM | 18208 | 20432 |
| 156954 | AROCHO PEREZ, MARIA B. | 17331 | 20432 |
| 85932 | AROCHO RIVERA, ANA G. | 18208 | 20432 |
| 70894 | AROCHO RIVERA, AUREA | 18208 | 20432 |
| 57552 | AROCHO RIVERA, AWILDA | 18032 | 20432 |
| 55035 | AROCHO, MAEGARITA GERENA | 18208 | 20432 |
| 113828 | ARRIAGA TORRES, ROBERT | 17880 | 20432 |
| 41105 | ARROYO ARROYO, RAMONA C | 17174 | 20718 |
| 5437 | ARROYO CORDERO, BRENDALIZ | 17880 | 20432 |
| 110372 | ARROYO CORTES, JUAN BAUTISTA | 17880 | 20432 |
| 131461 | ARROYO CORTES, RAFAEL | 17880 | 20432 |
| 176434 | ARROYO CRUZ, CARMEN E. | 17331 | 20432 |
| 147025 | ARROYO DIAZ, AGNE G. | 18208 | 20432 |
| 56310 | ARROYO FERNANDEZ, MARIA M | 17880 | 20432 |
| 55395 | ARROYO FIGUEROA, AIDA | 18208 | 20432 |
| 153899 | ARROYO GONZALES, ROSA L. | 17331 | 20432 |
| 139961 | ARROYO GONZALEZ, JANET A. | 18208 | 20294 |
| 140899 | ARROYO HEREDIA, LYDIA | 17331 | 20432 |
| 141390 | ARROYO LOPEZ, VIRGINIA | 18208 | 20432 |
| 123547 | ARROYO LOZADA, MARIA V. | 18208 | 20432 |
| 112352 | ARROYO LOZADA, MARIA VIRGEN | 18208 | 20432 |
| 179029 | ARROYO MALDONADO, MARIA DEL CARMEN | 18208 | 20432 |
| 136571 | ARROYO NEGRONI, MIGDALIA | 15810 | 20432 |
| 136780 | ARROYO NEGRONI, MIGDALIA | 15810 | 20432 |
| 136788 | ARROYO NEGRONI, MIGDALIA | 15810 | 20432 |

| Claim Number | Claimant | Initial Letter Affidavit of Service Docket Number | Final Letter Affidavit of Service Docket Number |
|---|---|---|---|
| 142563 | ARROYO ORTIZ, CARMEN M. | 18208 | 20294 |
| 38403 | ARROYO ORTIZ, LINNETTE | 18208 | 20432 |
| 166742 | ARROYO PEREZ, ANTONIA | 16860 | 20294 |
| 137230 | ARROYO PONCE, NYDIA | 17880 | 20432 |
| 99057 | ARROYO RAMOS, LISSETTE | 15810 | 20566 |
| 131613 | ARROYO RIVERA, EVA | 17880 | 20432 |
| 40870 | ARROYO SANTIAGO, CARMEN L | 18208 | 20432 |
| 82073 | ARROYO SANTIAGO, RAMON A. | 18208 | 20432 |
| 37747 | ARROYO SANTIAGO, ROSA M | 17880 | 20432 |
| 160172 | ARROYO, VICTOR MATOS | 18208 | 20432 |
| 91333 | ARUZ BARBOSA, BELEN | 17331 | 20432 |
| 88914 | ARVELO CRESPO, MIRTA | 17880 | 20432 |
| 82524 | ARVELO DE JESUS, CARMEN | 17331 | 20294 |
| 106494 | ARVELO MORALES, WANDA I. | 17331 | 20432 |
| 155976 | ARVELO MORALES, WANDA I. | 17331 | 20432 |
| 92526 | ARVELO QUIÑONES, SUANIA M | 18032 | 20432 |
| 44278 | ARVELO SILVA, MIRIAM S | 17331 | 20432 |
| 72586 | ARZOLA DAVILA, VILMARI | 18208 | 20432 |
| 96759 | ARZOLA RODRIGUEZ, ERIODITA | 18032 | 20432 |
| 132238 | ARZOLA RODRIGUEZ, ROSA ELENA | 17880 | 20432 |
| 64048 | ASPRILLA, JUAN RUIZ | 18208 | 20432 |
| 154964 | ASTACIO CORREA, ILEANA | 15810 | 20432 |
| 30468 | ASTACIO DELGADO, NANCY STELLA | 17174 | 20718 |
| 51252 | ASTACIO NIEVES, CARMEN | 18208 | 20294 |
| 94796 | ASTACIO, PATRIA M. | 18032 | 20432 |
| 21512 | AT&T MOBILITY PUERTO RICO INC. | 18208 | 20566 |
| 177538 | ATILES ACEVEDO, LUZ Z. | 17331 | 20432 |
| 31595 | AULET BERRIOS, MARTIN | 17331 | 20432 |
| 31634 | AULET BERRIOS, MARTIN | 17331 | 20432 |
| 36866 | AULET BERRIOS, MARTIN | 17331 | 20432 |
| 154549 | AULET NATAL, EILLEEN L. | 18208 | 20294 |
| 154894 | AULET NATAL, EILLEEN I. | 18208 | 20294 |
| 63729 | AULET RIVERA, NILDA R | 17331 | 20432 |
| 127023 | AULET RIVERA, NILDA R. | 17880 | 20432 |
| 87709 | AUSUA PAGAN, ANDRES | 18208 | 20294 |
| 13435 | AUTOGERMANA INC. | 18995 | 20718 |
| 94029 | AVILA CUEVAS, SHEILA A | 17880 | 20432 |
| 5321 | AVILA FEREIRA, FANY | 18208 | 20294 |
| 130685 | AVILES BADILLO, HECTOR J | 17880 | 20432 |
| 73857 | AVILES BERDECIA, CHRISTIAN A | 18208 | 20294 |
| 42987 | AVILES CABAN, ELISA | 18208 | 20294 |
| 158048 | AVILES COLLAZO, CARMEN | 18208 | 20294 |
| 64485 | AVILES CURET, DEBORAH | 18208 | 20294 |
| 67837 | AVILES CURET, DEBORAH | 18208 | 20294 |
| 79783 | AVILES HERNANDEZ, DIANA | 18208 | 20294 |
| 127269 | AVILES HIDALGO, IDELISA L | 18208 | 20294 |
| 147365 | AVILES HIDALGO, IDELISA L. | 18208 | 20294 |
| 85021 | AVILÉS LÓPEZ, WILLIAM | 18032 | 204 |
| 152777 | AVILES MARIN, ELAINE J | 17880 | 204 |
| 132258 | AVILES MARIN, ELAINE J. | 17880 | 204 |
| 148906 | AVILES MARIN, ELAINE J. | 17880 | 204 |
| 159441 | AVILES MARIN, ELAINE J. | 17880 | 204 |
| 144094 | AVILES MARIN, ELAINE JUDITH | 17880 | 204 |
| 155893 | AVILES MARIN, ELAINE JUDITH | 17880 | 204 |
| 160033 | AVILES MARIN, ELAINE JUDITH | 17880 | 204 |
| 106772 | AVILES MARTINEZ, ROSA D | 18208 | 202 |
| 158449 | AVILES MERCADO, LUZ | 18208 | 202 |
| 176252 | AVILES NIEVES, LISSETTE | 17331 | 204 |
| 87257 | AVILES OCASIO, JULIO C. | 18208 | 202 |
| 126851 | AVILES RAMOS, MIGDALIA | 16860 | 202 |
| 61856 | AVILES RODRIGUEZ, CARMEN J. | 18032 | 20 |
| 145275 | AVILES TORRES, SONIA NOEMI | 18208 | 202 |
| 123459 | AVILES VARGAS, MARIA | 17331 | 20 |
| 80599 | AVILES VAZQUEZ, AWILDA | 18208 | 20 |
| 40258 | AVILES VELEZ, JULISSA | 17880 | 20 |
| 40274 | AVILES VELEZ, JULISSA | 17880 | 20 |
| 145696 | AVILEZ RAMOS, LAURA M. | 18208 | 20 |
| 28038 | AXMAR GENERATOR SOLUTIONS INC | 18208 | 20 |
| 171170 | AYABARRENO ORTIZ, RICHARD | 17331 | 20 |
| 124661 | AYALA ABREU, MARGARITA | 18032 | 20 |
| 55975 | AYALA ACEVEDO, PEGGY | 18208 | 20 |
| 54869 | AYALA AYALA, CARMEN N | 18208 | 20 |
| 55600 | AYALA AYALA, CARMEN N. | 18208 | 20 |
| 32208 | AYALA BAEZ, ILKA J | 15810 | 20 |
| 86991 | AYALA BAEZ, JOSE J. | 17880 | 20 |
| 22333 | AYALA CARRASQUILLO, JOSSIE M | 17880 | 20 |
| 22788 | AYALA CARRASQUILLO, JOSSIE M | 17880 | 20 |
| 84209 | AYALA CARRASQUILLO, LUZ E. | 18208 | 2 |
| 22898 | AYALA CARRASQUILLO, MYRNA | 17880 | 2 |
| 176471 | AYALA CASTRODAD, EDWIN | 18032 | 2 |
| 135478 | AYALA COLON, LAURA E. | 18208 | 2 |
| 37140 | AYALA CORA, FABIO | 18208 | 2 |

| Personal Information | Student | Financial Aid |
|---|---|---|

RETURN TO MENU    SITE MAP    HELP

Search [  ] Go

M00286786 ELBA L. APONTE SAN

# Display Transcript

15 Jul, 2010 10:48

🛈 This is NOT an official transcript. Courses which are in progress may also be included on this transcript.

Institution Credit    Transcript Totals

### Transcript Data

### STUDENT INFORMATION

Birth Date:      12 Jan, 1981
Student Type:   Regular

Curriculum Information

Current Program
Doctor of Education
College:        Metropolitan
Major:          SPECIAL EDUC ADMINISTRATION

***Transcript type:STUD is NOT Official ***

### INSTITUTION CREDIT    -Top-

TRIMESTER AUG-OCT 2008
Academic Standing:

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points R |
|---|---|---|---|---|---|---|---|
| EDUC | 8690 | Metropolitano | 04 | ASSESSMENT IN SP EDU&TRANS SER | B | 3.000 | 9.00 |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 9.00 | 3.00 |
| Cumulative: | 3.000 | 3.000 | 3.000 | 3.000 | 9.00 | 3.00 |

Unofficial Transcript

TRIMESTER NOV-FEB 2008-2009
Academic Standing:

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points R |
|---|---|---|---|---|---|---|---|
| EDUC | 7030 | Metropolitano | 04 | ANALYSIS OF HUMAN BEHAVIOR | A | 3.000 | 12.00 |

|  |  |  |  |  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
|  |  |  |  |  | 6.000 | 6.000 | 6.000 | 6.000 | 21.00 | 3.50 |

Unofficial Transcript

### TRIMESTER FEB-MAY 2009

**Academic Standing:**

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| EDUC | 7020 | Metropolitano 04 |  | CULTURE, EDUCATION & PHILOSOPHY | A | 3.000 | 12.00 |  |
| EDUC | 8797 | Metropolitano 04 |  | LEGAL ASPECTS OF SPECIAL EDUC | A | 3.000 | 12.00 |  |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 6.000 | 6.000 | 6.000 | 6.000 | 24.00 | 4.00 |
| Cumulative: | 12.000 | 12.000 | 12.000 | 12.000 | 45.00 | 3.75 |

Unofficial Transcript

### TRIMESTER AUG-OCT 2009

**Academic Standing:**

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| EDUC | 8645 | Metropolitano 04 |  | METH&TEACH STRAT STUD SP NEEDS | A | 3.000 | 12.00 |  |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 15.000 | 15.000 | 15.000 | 15.000 | 57.00 | 3.80 |

Unofficial Transcript

### TRIMESTER NOV-FEB 2009-2010

**Academic Standing:**

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| EDUC | 8680 | Metropolitano 04 |  | TEC ASSIST APPLIE SP ED&VOC RE | A | 3.000 | 12.00 |  |

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 18.000 | 18.000 | 18.000 | 18.000 | 69.00 | 3.83 |

Unofficial Transcript

### TRIMESTER LATE FEB-MAY 2010

**Academic Standing:**

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|---|
| EDUC | 8655 | Metropolitano 04 |  | CURR ADAPT&ACCOM SP EDU PROG& | A | 3.000 | 12.00 |  |

Attempt Passed Earned GPA