**FROM:**
Elba L. Aponte Santos
Urb. Sabanera 365
Cidra P.R. 00739

**TO:**
Secretaria (Clerk's office)
Tribunal de Distrito
10 Estados Unidos
Sala 150 Edificio
Federal San Juan
Puerto Rico 00918-1767