UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION
PURSUANT TO THE PUERTO RICO RECOVERY
<u>ACCURACY IN DISCLOSURES ACT</u>**

**TO THE HONORABLE COURT:**

    **NOW COMES** The Law Offices of Andrés W. López, P.S.C., through its undersigned counsel, and respectfully requests Court leave to file a declaration containing the disclosures required by the Puerto Rico Recovery Accuracy in Disclosures Act ("PRRADA").

    1. On June 24, 2022, the Court entered the *Order on Motion of the United States Trustee for Amendment of the Third Amended Order Setting Procedures for Interim and Final*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Compensation and Reimbursement of Expenses of Professionals* (Docket Entry No. 21334 in Case No.17-3283), which extended the deadline for Title III professionals to file PRRADA disclosures to July 15, 2022 (the "PRRADA Disclosure Deadline").

2. On August 23, 2022, the Court entered an *Order to Show Cause Regarding Non-Compliance with the Puerto Rico Recovery Accuracy in Disclosures Act and the Court's Orders Related Thereto* (Docket Entry No. 21902 in Case No. 17-3283).

3. On August 30, 2022, the undersigned filed a response to the Court's Order (Docket Entry No. 21969 in Case No. 17-3283).

4. On September 6, 2022, the Court entered an *Order Concerning Non-Compliance with the Puerto Rico Recovery Accuracy in Disclosures Act and the Court's Orders Related Thereto* (Docket Entry No. 22062 in Case No. 17-3283) (the "Order"). On September 6, 2022, counsel for AAFAF provided the undersigned with a copy of the Order.

5. The Court's Order makes clear that professionals who performed services for which they have been already compensated and have not filed a final fee application for such compensation are required to file disclosures pursuant to PRRADA.

6. Accordingly, the undersigned respectfully requests leave of Court to extend the PRRADA Disclosure Deadline by ten (10) days, so that the undersigned may file the disclosures required by PRRADA with the Court.

7. Prior to filing this motion, the undersigned advanced a copy of it to the United States Trustee's Office, which did not oppose the filing of this motion.

**WHEREFORE**, The Law Office of Andrés W. López, P.S.C. respectfully requests leave of Court to extend the PRRADA Disclosure Deadline by ten (10) days, so that the undersigned may file the disclosures required by PRRADA with the Court.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 7th day of September 2022.

**I HEREBY CERTIFY**: That on this same date, I filed the foregoing *Motion* with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record of such filing.

> **THE LAW OFFICES OF**
> **ANDRÉS W. LÓPEZ, P.S.C.**
> 902 Fernández Juncos Ave.
> San Juan, PR 00907
> Telephone: (787) 294-9508
> Email: andres@awllaw.com
>
> */s/Andrés W. López*
> Andrés W. López, Esq.
> USDC-PR Bar No. 215311