FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.**     **Creditor Name:**

| | |
|---|---|
| (1) Nombre Completo | Justina Otero Cruz |
| (2) Número de teléfono | 787-502-4558 |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación 1973-2001 |
| (5) Correo electrónico | tina.otero@hotmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 1219 |
| (7) Número de caso administrative o judicial, si aplica. | 176372 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Ley Promesa comenzó 1973-1990 Trabaje Dpto. de Educación 1973-2001 Dinero Adeudado $23,600. $100.x12 = 1,200 Anuales 28 años 23,600 — importe de aumento de sueldo sin cobrar. |

*** Attach any supporting documentation you may have related to your claim. ***

Justina Otero Cruz