Justina Otero Cruz
Urb. Vista Monte
C5 H7
Cidra, P.R. 00739

Secretaría
Tribunal de Distrito de los EE.UU
150 Avenida Chardon
Edificio Federal
San Juan, P.R. 00918-1767