Secretaría (Clerk's Office)
**Tribunal de Distrito de los Estados Unidos (United States District Court)**
Sala #150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

La reclamación me aparece en el Anexo A de la Objeción Global y respondiendo por segunda ocasión a esta misma solicitud, ofrezco la siguiente información conforme a los Procedimientos de RAR.

Me comuniqué con Kroll, llamando al 844-822-9231 y me orientó al realizar la información necesaria encontrada en el Anexo C.

La siguiente replica a la Objeción Global a la secretaria del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico ante su señoría Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardon Street, Federal Building San Juan, Puerto Rico 00918-1767.

Datos de contacto:   .

Nombre: Mayra Bonet López

Dirección: Urb. El Rosario #15
          Calle La Milagrosa
          Yauco P.R. 00698

Núm. Teléfono: 787-202-7690

Correo Electrónico: mayra_bl65@hotmail.com

Años de trabajo- 30 Departamento de Educación

Epígrafe

          Promesa
          Título 111
          Número 17BK3283-LTS

          Junta de Supervisión y Administración
          Financiera para Puerto Rico

Fecha de presentación
          06/28/2018

Número del caso
          17BK03283LTS

Deudor
          Estado Libre Asociado
          de Puerto Rico

N.º Reclamación
   84002

Monto de la
Reclamación
   $16,500.00

Motivo para ponerme a la Objeción Global en relación con mi reclamación son los siguientes:

Reclamo pensión por retirados según la Orden de RAR.


X _____
Mayra Bonet López

**Abogados de la Junta de Supervisión (Counsel for the Oversight Board)**
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

**Abogados del Comité de Acreedores (Counsel for the Creditors'
Committee)**
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz