Case:17-03283-LTS Doc#:22083-2 Filed:09/06/22 Entered:09/07/22 14:37:52 Desc: Envelope Page 1 of 1

Mayra Benet(?)
Urb. El Rosario #15
C-La Milagrosa
Yauco, P.R. 00698

SAN JUAN PR 009
2 SEP 2022 PM 1 L

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala #150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

00918-170625