Case: 17-03283-LTS Doc#:21763-6 Filed:08/05/22 Entered:08/05/22 20:29:30 DESC: Exhibit E Page 15 of 154

## FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.* 71006     *Creditor Name:* El Estado Libre Asociado de Puerto Rico

| | |
|---|---|
| (1) Nombre Completo | Michelle Sepúlveda Vázquez |
| (2) Número de teléfono | 787-628-3881 |
| (3) Número de empleado | 9807<br>Número de puesto: F03427 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico<br>Desde 1985 a 2015 |
| (5) Correo electrónico | m_sepulveda10@hotmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | XXX-XX-5755 |
| (7) Número de caso administrative o judicial, si aplica. | Incluye número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Para el 4 de abril de 2006 sometí mi Plan de Mejoramiento Profesional, según establecido por la Ley 158 del 18 de julio del 2019. El 24 de abril del 2006 el Plan fue aprobado según lo establece el artículo 2.07 del Reglamento de Carrera Magisterial. Para el 20 de junio de 2007 me conceden un aumento de sueldo de $225 por haber completado satisfactoriamente las Etapas 1-3 del Plan previamente mencionado. En el 14 de enero de 2009 se somete la evidencia requerida solicitando revisión de salario y reclamación de nivel, Etapas 4-5 del Nivel III. Para el año 2009, yo había completado todas las Etapas del 1-5 de Nivel III y tenía mi diploma "Master of Arts and Education" una certificación que se completó concediendo el grado de maestría en Artes en Educación, con especialidad en tecnología educativa en sistemas |

|  | de instrucción. Debido a la implementación de la Ley 7, "Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para salvar el crédito de Puerto Rico" del 2009, paralizó los aumentos de sueldo a los maestros del Departamento de Educación y de otras agencias de gobierno. Por esto, el aumento de sueldo solicitado no fue aprobado. |
|---|---|