TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

Michelle Sepúlveda Vázquez

Calle Toa G-2

Urb. Parque Las Haciendas

Caguas, Puerto Rico, 00727-7749

Tel. 787-628-3881

m_sepulveda10@hotmail.com

*In re:*

| | |
|---|---|
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | PROMESA Título III |
| como representante del | Número 17 BK 3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | (Administrado Conjuntamente) |
| Deudores.[1] | **La presente radicación guarda relación con el ELA.** |

**QUINGENTÉSIMA SÉPTIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SIN RESPUESTA DE RAR**

---

[1] "Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 K 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); Li) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 B 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); if) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AFF") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de

Edificios Públicos de Puerto Rico (la "'AEP", y junto con el ELA, COFINA, la ACT, el SRE y la ABE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Titulo III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático)

Yo, Michelle Sepúlveda Vázquez, trabajé en el Departamento de Educación de Puerto Rico durante 30 años. Me retiré el 31 de diciembre de 2015.

<u>4 de abril de 2006</u>- Sometí mi Plan de Mejoramiento Profesional. Según lo establecido por la Ley Núm. 158 de 18 de julio de 1999, según enmendada mejor conocida como la "Ley de la Carrera Magisterial", que ordena al Secretario a promulgar un reglamento de la Carrera Magisterial.

<u>REGLAMENTO DE LA CARRERA MAGISTERIAL QUE DEROGA EL REGLAMENTO NÚM. 6068 DE 2 DE DICIEMBRE DE 1999, SEGÚN ENMENDADA.</u>

<u>24 de abril de 2006</u>- Mi Plan de Mejoramiento Profesional que fue aprobado, de acuerdo a lo establecido en el artículo 2.07 del Reglamento de la Carrera Magisterial para el periodo de 1 de abril de 2006 al 1 de abril de 2011.

<u>2007</u>- Solicité Revisión de Salario y Reclamación de Nivel de la Carrera Magisterial.

<u>20 de junio de 2007</u>- Recibir la notificación de la Directora de Oficina de Carrera Magisterial que se me otorgó la cantidad de $225.00, Por cumplir satisfactoriamente con todas las disposiciones requeridas por la Ley de Carrera Magisterial. Etapas 1-3 del Plan de Mejoramiento Profesional.

<u>14 de enero de 2009</u>- Sometí toda la documentación y evidencia requerida, a la Sra. Hilda Massa Dieppa, directora de la Escuela Oscar L. Bunker, solicitando Revisión de Salario y Reclamación de Nivel. Etapas 4 y 5 del Nivel III. Según lo establecido en el Capítulo VII del Reglamento de Carrera Magisterial. A esta fecha ya había cumplido con todos los requisitos requeridos para el grado de Maestría.

<u>9 de marzo de 2009</u>- Entra en vigor la "Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para salvar el crédito de Puerto Rico."
Ley 7 de 9 de marzo de 2009, según Enmendada.

Esta Ley 7, provocó la paralización de todos los aumentos de salario a los maestros del Departamento de Educación. Los cuales ya cumplían con una certificación profesional para recibir dicho aumento.

<u>13 de diciembre de 2009</u>- (Grado de Maestría) Además, ya estaban cumpliendo los Requisitos requeridos en la Ley Núm. 158 de 18 de julio de 1999. "Ley de Carrera Magisterial".

<u>17 de febrero de 2012</u>- Se sometió nuevamente toda la documentación necesaria, porque el personal del Departamento de educación, oficina de Carrera Magisterial no sabían dónde se encontraban los documentos sometidos en el año 2009.

Solicito que mi reclamo <u>NO</u> sea desestimado, y se me otorgue el aumento de salario requerido por concepto de estudios a nivel de grado de maestría, de acuerdo con lo establecido por la Ley de Carrera Magisterial. "Ley Núm. 158 del 18 de julio de 1999". En dicho plan se cumplió con todas las Etapas de la 1-5 y Nivel III, de acuerdo con lo establecido en dicha Ley, mencionada anteriormente.

Además, la Ley 7 de 2009, fue una Ley injusta que vino en detrimento a la clase trabajadora de Puerto Rico que dejó unos 30mil servidores públicos en la calle. Eliminaron alguna procuradurías dejando de proveer servicios esenciales a los más necesitados y la pérdida de millones de dólares en fondos federales. Lo peor de esta Ley fue, un esquema para despedir empleados públicos sin ninguna consideración y sin importar sus años de servicio. Esta Ley 7 fue la más nefasta para los trabajadores puertorriqueños.

Solicito que se me conceda la cantidad reclamada de $13,680.00 que dejé de recibir por concepto de la aprobación de esta Ley 7 de 2009, la cual fue la más nefasta para el pueblo de Puerto Rico la cual no les hizo justicia a miles de trabajadores puertorriqueños.

Gracias, espero su pronta atención hacia este asunto y que mi solicitud sea considerada.

Cordialmente,

_____          3 de Spt. 2022
Michelle Sepúlveda              Fecha

Evidencia adicional disponible a ser solicitada.

# FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.* 71006    *Creditor Name:* El Estado Libre Asociado de Puerto Rico

| | |
|---|---|
| (1) Nombre Completo | Michelle Sepúlveda Vázquez |
| (2) Número de teléfono | 787-628-3881 |
| (3) Número de empleado | 9807<br>Número de puesto: F03427 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico<br>Desde 1985 a 2015 |
| (5) Correo electrónico | m_sepulveda10@hotmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | XXX-XX-5755 |
| (7) Número de caso administrative o judicial, si aplica. | Incluye número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Para el 4 de abril de 2006 sometí mi Plan de Mejoramiento Profesional, según establecido por la Ley 158 del 18 de julio del 2019. El 24 de abril del 2006 el Plan fue aprobado según lo establece el artículo 2.07 del Reglamento de Carrera Magisterial. Para el 20 de junio de 2007 me conceden un aumento de sueldo de $225 por haber completado satisfactoriamente las Etapas 1-3 del Plan previamente mencionado. En el 14 de enero de 2009 se somete la evidencia requerida solicitando revisión de salario y reclamación de nivel, Etapas 4-5 del Nivel III. Para el año 2009, yo había completado todas las Etapas del 1-5 de Nivel III y tenía mi diploma "Master of Arts and Education" una certificación que se completó concediendo el grado de maestría en Artes en Educación, con especialidad en tecnología educativa en sistemas |

| | |
|---|---|
| | de instrucción. Debido a la implementación de la Ley 7, "Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para salvar el crédito de Puerto Rico" del 2009, paralizó los aumentos de sueldo a los maestros del Departamento de Educación y de otras agencias de gobierno. Por esto, el aumento de sueldo solicitado no fue aprobado. |