

# DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**Certificaciones Docentes y Desarrollo Profesional**

### Solicitud de Activación a la Carrera Magisterial

| | |
|---|---|
| **Nombre del Solicitante:** | Michelle Sepúlveda Vázquez |
| **Seguro Social:** | REDACTED |
| **Categoría:** | Educación Especial Federal |
| **Número de Puesto:** | F- 03427 |
| **Escuela:** | Oscar L. Bunker |
| **Distrito escolar:** | Caguas II |
| **Región Educativa:** | Caguas |
| **Nivel que aspira:** | Nivel III |

De acuerdo con el artículo 2.07 del reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.

M. Sepúlveda
**Firma del solicitante**

**4 de abril de 2006**
**Fecha de Radicación**

**Recibido Por:** _____



# DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Escuela Oscar L. Bunker
Distrito Escolar Caguas II

**Certificaciones Docente y Desarrollo Profesional**

## PLAN DE MEJORAMIENTO PROFESIONAL

Parte I Información Personal y Profesional

| | |
|---|---|
| Nombre | Michelle Sepúlveda Vázquez |
| Seguro Social | REDACTED |
| Preparación Académica | B. A. en Artes en Educación Elemental Concentración en Educación Especial |
| Categoría de Permanencia | Educación Especial |
| Nivel | Elemental |
| Escuela | Oscar L. Bunker |
| Distrito Escolar | Caguas Sur |
| Región Educativa | Caguas |
| Rango | Maestra de Salón de Clases |

Niveles
___ Nivel I
___ Nivel II
_X_ Nivel III
___ Nivel IV

Plan de Mejoramiento Profesional

Periodo de Vigencia: De 1 de abril de 2006 al 1 de abril de 2011.

Preparado y Sometido por:

____M. Sepúlveda____
Firma del maestro o Maestro bibliotecario

4 de abril de 2006
Fecha de Radicación

___24 abril 2006___
Fecha de aprobación por el Comité de Evaluación



## DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

**Certificaciones Docentes y Desarrollo Profesional**

### CERTIFICACIÓN DE RADICACIÓN Y APROVACIÓN
### DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el(a) Profesor(a) <u>Michelle Sepúlveda Vázquez</u> con seguro social REDACTED de la escuela <u>Oscar L. Bunker</u> del distrito escolar de <u>Caguas II</u> radicó su Plan de Mejoramiento Profesional de acuerdo a lo establecido en el artículo 2.07 del Reglamento de la Carrera Magisterial para el periodo de <u>1 de abril, 2006</u> al <u>1 de abril, 2011</u> Certificamos, además que el Comité de Evaluación analizó y evaluó dicho Plan a la luz del Capítulo VI del mismo reglamento y éste fue aprobado hoy <u>13</u> de <u>enero</u> de <u>2009</u>.

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que Ocupa |
|---|---|---|
| Hilda Massa Dieppa | Alemon | Directora III |
| Olga E. Laureano | Olg E. Lv | Supt Escuela Interna |
| Pollyanna Massanet | P. masanet | miembro Consejo Escolar |

Fecha en que el solicitante radicó el Plan: <u>4</u> de <u>abril</u> de <u>2006</u>

ESCUELA OSCAR L. BUNKER
DISTRITO ESCOLAR CAGUAS II
CAGUAS, PR
TEL. 787-744-7868 FAX 787-745-2475

Fecha: 9 de febrero 2007

A: Sra. Massa
Directora

De: Michelle Sepúlveda
Maestra

Asunto: Se entrega:
- Solicitud Revisión Salario
- Recomendación Revisión Salario
- Guía para la evaluación [...]

Acción a tomar:
_____ Firmar y devolver
_____ Acusar recibo
_____ Para el trámite correspondiente
_____ Para su archivo
_____ Para su aprobación

Comentarios: _____

_____
Persona que recibe

9 de feb. de 2007
Fecha

Estado Libre Asociado de Puerto Rico
**Departamento de Educación**
Región Educativa de Caguas
**Centro de Desarrollo Profesional Caguas II**

# HOJA DE TRAMITE

14 de marzo de 2008

Profesora Hilda Massa Dieppa
Directora
Esc. Elemental Oscar L. Bunker

Sra. Josefina Arroyo Sauri
Superintendente Caguas II

**Asunto:** Devolución de las **Solicitudes de Revisión de Salario y Reclamación** de Nivel de la Carrera **Magisterial año 2007 Procesadas con Etapas Otorgadas.**

- Michelle Sepúlveda Vázquez

❖ *Para su acción pertinente.* **Entregar a los maestros(a)**

RECIBIDO _____  FECHA _____
Oficina 308 - Centro Gubernamental de Caguas - Tel. 743-0272 - Fax 747-7710

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
ESCUELA DE LA COMUNIDAD
LUIS MUÑOZ MARIN
CAGUAS, P.R. 00725
TEL/FAX 787-746-3837

Fecha              29 de marzo de 2007

                   HOJA DE TRAMITE

A                  CARRERA MAGISTERIAL

DE                 SRA. IMELDA MASSA
                   DIRECTORA

ASUNTO             ADJUNTO ENTREGO DOCUMENTOS DE
                   MAESTROS CARRERA MAGISTERIAL:

                   MICHELL SEPULVEDA

RECIBIDO
3 0 MAR 2007
OFICINA DE LA CARRERA MAGISTERIAL

Recibido por _____ Fecha _____





**Departamento de Educación**  OCM-12
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

Unidad de Desarrollo Profesional del Maestro, Carrera Magisterial

# RECOMENDACIÓN DE REVISIÓN DE SALARIO 2007

Certifico que he recibido la solicitud de Revisión de Salario de:

Nombre: Michelle Sepúlveda Vázquez

Seguro Social: REDACTED

Escuela: Oscar L. Bunker

Distrito Escolar: Caguas II

Región Educativa: Caguas

Certifico, además, que he revisado y analizado el Plan de Mejoramiento Profesional del reclamante, junto a los documentos que le hacen acreedor del derecho a recibir el aumento salarial que solicita. Los mismos cumplen con todas las disposiciones de Ley, por lo cual recomiendo favorablemente se le otorgue el aumento salarial de $225.00 por concepto de la(s) etapa(s) 1-3 del Plan de Mejoramiento Profesional.

Certifico Correcto

_____  _____ 20 junio 07 _____
Directora                           Fecha
Oficina de la Carrera Magisterial

RMBS/blrr

20 de junio de 2011

Departamento de Educación
Oficina de Desarrollo del Capital Humano
y Carrera Magisterial

Director(a)

El 14 de enero de 2009, con el propósito de solicitar **Revisión de Salario y Reclamación de Nivel**, sometí al proceso correspondiente los documentos requeridos. Los cuales fueron recibidos por la Directora Escolar, la Sra. Hilda Massa Dieppa, (Fotocopia adjunta – Anejo I).

Dichos documentos fueron recibidos, posteriormente en la oficina de Carrera Magisterial por la Sra. Emilly Ortiz, el 23 de marzo de 2009, (Fotocopia adjunta – Anejo II). A la fecha de la presente, aún, no he recibido comunicación alguna, de la oficina correspondiente respecto a la determinación relacionada con mi solicitud.

Le agradeceré se me comunique lo antes posible en que etapa del proceso se encuentra mi solicitud.

Respetuosamente;

*[firma]*

Michelle Sepúlveda Vázquez
Dirección, Calle Toa G-2
Urb. Las Haciendas, Caguas P.R 00725
Email, m_sepulveda 0@hotmail.com

[Sello: DEPARTAMENTO DE EDUCACIÓN RECIBIDO JUN 22 2011 DIVISION DE CORRESPONDENCIA Y ARCHIVO VENTANILLA]



DEPARTAMENTO DE EDUCACIÓN

# ESCUELA OSCAR L. BUNKER
Distrito Escolar Caguas II
Caguas, P.R.

14 de enero de 2009

A quien pueda interesar:

Certifico que los certificados y diplomas aquí expuestos son copia fiel y exacta del origina.

Cualquier duda al respecto favor de comunicarse al 787- 744 – 7868.

Cordialmente,

Hilda Massa Dieppa
Directora



# DEPARTAMENTO DE EDUCACIÓN
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

OCM 07 Enmendada

Unidad de Desarrollo Profesional del Maestro, Carrera Magisterial

## SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL

Honorable: Carlos E. Chardón
Secretario de Educación

De conformidad con lo establecido en el Capitulo VII del Reglamento de la Carrera Magisterial, solicito revisión de salario de las etapas ____1, ____2, ____3, __X__4, __X__5 del Plan de Mejoramiento Profesional y Reclamación de Nivel Magisterial: ____II, __X__III, ____IV.

Nombre del Solicitante: Michelle Sepúlveda Vázquez

Seguro Social: REDACTED

Categoría de Permanencia: Educación Especial

Escuela: Oscar L. Bunker

Distrito Escolar: Caguas Sur

Región Educativa: Caguas

Firma del Solicitante

Fecha: 13 enero, 2009

Recibido por



# DEPARTAMENTO DE EDUCACIÓN
### Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos

OCM 09 Enmendada

**Unidad de Desarrollo Profesional del Maestro, Carrera Magisterial**

## RECOMENDACIÓN DE REVISIÓN DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificamos que hemos considerado la solicitud de Revisión de Salario y Recomendación de Nivel:

Nombre del Solicitante: Michelle Sepúlveda Vázquez

Seguro Social: REDACTED

Escuela: Oscar L. Bunker

Distrito Escolar: Caguas II

Región Educativa: Caguas

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas _____1, _____2, _____3, __X__4, __X__5 del Plan de Mejoramiento Profesional.

Recomendamos favorablemente se le otorgue el Nivel Magisterial: _____II, __X__III, _____IV

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| Hilda Massa Dieppa | [signature] | Directora Escolar |
| Olga Laureano | [signature] | Dpto. Ciencias obtein |
| Pollyanna Massanet | [signature] | miembro Consejo Escolar |

Fecha de Aprobación: 13 enero, 2009

DEPARTAMENTO DE EDUCACIÓN
Escuela de la comunidad Bunker
(787) 74- 7868 Fax (787) 745-2475

# Hoja de Tramite

Fecha: 14 de enero, 2009

Para: Sra. Hilda Massa Dieppa

Directora Escolar

De: Michelle Sepúlveda

Maestra

Asunto: Formularios Carrera Magisterial

- ✓ Solicitud de revisión de salario y reclamación de nivel.
- ✓ Recomendación de revisión de salió y reconocimiento de nivel
- ✓ Plan de mejoramiento profesional Objetivo General
- ✓ Plan de mejoramiento profesional Página #3
- ✓ Certificación (Grado de Maestría)
- ✓ Transcripción de créditos.
- ✓ Plan de mejoramiento profesional Página #4
- ✓ Certificados Educación Continua (13 certificados)

- ✓ Plan de mejoramiento profesional Página #5
- ✓ Guía para la evaluación de la labor del maestro
- ✓ Solicitud de activación a la Carrera Magisterial
- ✓ Certificación de renovación y aprobación del plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional Pagina #1
- ✓ Plan de mejoramiento profesional Página #8
- ✓ Diploma BA Y Certificación (Universidad del Turabo)
- ✓ Resolución

Recibido por _____  Fecha: 14 enero, 2009

DEPARTAMENTO DE EDUCACIÓN
*Escuela de la comunidad Bunker*
(787) 744-7868 Fax (787) 745-2475

# Hoja de Trámite

**Fecha:** 14 de enero, 2009

**Para:** Sra. Hilda Massa Dieppa

Directora Escolar

**De:** Michelle Sepúlveda

Maestra

**Asunto:** Formularios Carrera Magisterial

- ✓ Solicitud de revisión de salario y reclamación de nivel.
- ✓ Recomendación de revisión de salió y reconocimiento de nivel.
- ✓ Plan de mejoramiento profesional Objetivo General
- ✓ Plan de mejoramiento profesional Página #3
- ✓ Certificación (Grado de Maestría)
- ✓ Transcripción de créditos
- ✓ Plan de mejoramiento profesional Página #4
- ✓ Certificados Educación Continua (13 certificados)

- ✓ Plan de mejoramiento profesional Página #5
- ✓ Guía para la evaluación de la labor del maestro
- ✓ Solicitud de activación a la Carrera Magisterial
- ✓ Certificación de renovación y aprobación del plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional Página #1
- ✓ Plan de mejoramiento profesional Página #8
- ✓ Diploma BA y Certificación (Universidad del Turabo)
- ✓ Resolución

Recibido por _____   Fecha: 14 de ene. 2008

DEPARTAMENTO DE EDUCACIÓN
Escuela de la comunidad Bunker
(787) 744-7868 Fax (787) 745-2475

# Hoja de Trámite

Fecha: 13 de febrero de 2009

Para: Carrera Magisterial

Departamento de Educación

De: Michelle Sepúlveda

Maestra

Asunto: Formularios Carrera Magisterial.

- ✓ Solicitud de revisión de salario y reclamación de nivel.
- ✓ Recomendación de revisión de salario y reconocimiento de nivel.
- ✓ Plan de mejoramiento profesional Objetivo General
- ✓ Plan de mejoramiento profesional Página #3
- ✓ Certificación (Grado de Maestría)
- ✓ Transcripción de créditos (Caribbean University)
- ✓ Plan de mejoramiento profesional Página #4
- ✓ Certificados Educación Continua (13 certificados)
- ✓ Plan de mejoramiento profesional Página #5
- ✓ Guía para la evaluación de la labor del maestro
- ✓ Solicitud de activación a la Carrera Magisterial
- ✓ Certificación de renovación y aprobación del plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional Pagina #1
- ✓ Plan de mejoramiento profesional Página #8
- ✓ Diploma BA Y Certificación (Universidad del Turabo)
- ✓ Resolución

Recibido por _____     Fecha: _____

DEPARTAMENTO DE EDUCACIÓN
Escuela de la comunidad Bunker
(787) 744-7868 Fax (787) 745-2475

# Hoja de Trámite

**Fecha:** 13 de febrero de 2009

**Para:** Carrera Magisterial

Departamento de Educación

**De:** Michelle Sepúlveda

Maestra

**Asunto:** Formularios Carrera Magisterial.

- ✓ Solicitud de revisión de salario y reclamación de nivel.
- ✓ Recomendación de revisión de salario y reconocimiento de nivel.
- ✓ Plan de mejoramiento profesional Objetivo General
- ✓ Plan de mejoramiento profesional Página #3
- ✓ Certificación (Grado de Maestría)
- ✓ Transcripción de créditos (Caribbean University)
- ✓ Plan de mejoramiento profesional Página #4
- ✓ Certificados Educación Continua (13 certificados)

- ✓ Plan de mejoramiento profesional Página #5
- ✓ Guía para la evaluación de la labor del maestro
- ✓ Solicitud de activación a la Carrera Magisterial
- ✓ Certificación de renovación y aprobación del plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional Pagina # 1
- ✓ Plan de mejoramiento profesional Página # 8
- ✓ Diploma BA Y Certificación (Universidad del Turabo)
- ✓ Resolución

Recibido por _____  Fecha: _____

23 Marzo 2009

DEPARTAMENTO DE EDUCACIÓN
*Escuela de la comunidad Bunker*
(787) 744-7868 Fax (787) 745-2475

# Hoja de Trámite

Fecha: 18 de febrero de 2009

Para: Hilda Massa Dieppa

Directora Escolar

De: Lilybeth M. Pagán Morales

Trabajadora Social

Asunto: Formularios Carrera Magisterial

- ✓ Solicitud de revisión de salario y reclamación de nivel.
- ✓ Recomendación de revisión de salario y reconocimiento de nivel.
- ✓ Plan de mejoramiento profesional Objetivo General
- ✓ Plan de mejoramiento profesional Página #3
- ✓ Certificación (Grado de Maestría) o
- ✓ Transcripción de créditos
- ✓ Plan de mejoramiento profesional Página #4
- ✓ Certificados Educación Continua (13 certificados)

- ✓ Plan de mejoramiento profesional Página #5
- ✓ Guía para la evaluación de la labor del maestro
- ✓ Solicitud de activación a la Carrera Magisterial
- ✓ Certificación de renovación y aprobación del plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional
- ✓ Plan de mejoramiento profesional Pagina # 1
- ✓ Plan de mejoramiento profesional Página # 8
- ✓ Diploma BA Y Certificación (Universidad del Turabo)

Recibido por _____  Fecha: _____

Case:17-03283-LTS Doc#:22086-2 Filed:09/06/22 Entered:09/07/22 16:00:30 Desc: Exhibit Page 17 of 18

 

DEPARTAMENTO DE EDUCACIÓN
ESCUELA OSCAR L. BUNKER

Distrito Escolar Caguas II
Tel. 787-744-0146, Fax: 787-746-2473



# Hoja De Trámite

Fecha: 17 de feb. 2012

A : Sra. Rita Fontánez
   Directora Esc. Oscar L. Bunker

De : M. Sepúlveda
   Maestra EE

Asunto: Documentos sobre Carrera Magisterial

1- OCM-07 enmendada- Solicitud de Revisión de Salario y Reclamación de Nivel
2- OCM-07 enmendada- Recomendación de Revisión de Salario y Recon. de Nivel
3- Plan de Mejoramiento Profesional.
4- Certificación del grado obtenido, Diploma de M.A.
5- Transcripción de créditos
5- Certificaciones oficiales que acreditan las horas de educación continua. (Diez certificados).
6- Copia de dos informes de Eval. del desempeño docente.
7- Copia del Plan y todos los documentos que fueron sometidos en 14 enero de 2009

Recibido por: _____  Fecha: 17 de febrero 2012

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

REGLAMENTO DE LA CARRERA MAGISTERIAL QUE DEROGA EL
REGLAMENTO NÚM. 6068 DE 28 DE DICIEMBRE DE 1999,
SEGÚN ENMENDADO

Capítulo I

Artículo 1.01 Título y Propósito

Este reglamento se conocerá como "Reglamento de la Carrera Magisterial". El propósito del mismo es reconocer y retribuir el desempeño profesional del Maestro del salón de clases, Maestro Bibliotecario, Orientador Escolar, Trabajador Social Escolar, Maestro Especialista en Tecnología Instruccional, Coordinador Industrial y Coordinador de Programas Vocacionales (en adelante denominado Personal Docente) evidenciado por el producto de un desarrollo profesional continuo y actualizado.

Artículo 1.02 Base Legal

Este Reglamento tiene como fundamento el Artículo 1.05 de la Ley Núm. 158 de 18 de julio de 1999, según enmendada, mejor conocida como "La Ley de la Carrera Magisterial", que ordena al Secretario a promulgar un reglamento de la Carrera Magisterial.

Artículo 1.03 Base Conceptual

La base conceptual de este Reglamento la establece la Exposición de Motivos de la Ley de la Carrera Magisterial, supra.

Artículo 1.04 Derechos Adquiridos bajo otros Reglamentos

Las disposiciones de este Reglamento no modifican, revocan, alteran o afectan de manera alguna derechos adquiridos por el personal docente del Departamento de Educación de Puerto Rico en virtud de reglamentos existentes a la fecha de vigencia del presente.

1