Michelle Sepulveda Vazquez
Urb. Parque Las Haciendas
Calle Toa G-2
Caguas P.R. 00727-7749

7022 1670 0000 8861 5517





U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
SEP 03, 22
AMOUNT
1000   00918   $6.16
R2304M114409
-19

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767