FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 93771    **Creditor Name:** Diaz Montalvo, Ana

| | | |
|---|---|---|
| (1) | Nombre Completo | Ana Díaz Montalvo |
| (2) | Número de teléfono | 787-375-7499 |
| (3) | Número de empleado | 62733 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | 1994-2020 Departamento de Educación de P.R. Retiro de Maestros de P.R. (aportaciones al retiro) |
| (5) | Correo electrónico | diazana2680@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | XXX-XX-9697 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*). N/A |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Yo Ana Díaz Montalvo en respuesta a la solicitud del Anejo C caso 17-03283-LTS número 93771 por medio de la presente declaro que la cantidad de $3,000 es la suma aproximada de dinero adeudado por pasos y aumentos por servicios prestados al Dept. de Educación de P.R. esto basado en los reglamentos internos de la agencia y la Ley 96 de Incentivo de Sila M. Calderón. Desde el 2018 al presente el Departamento de Educación tuvo el tiempo suficiente para corroborrar esta información que he estado reclamando desde esa fecha. NO creo justo que ahora se desestime el caso por falta de evidencia de parte de la agencia. (Continua atrás) → |

*** Attach any supporting documentation you may have related to your claim. ***



Employee Response Letter

*Claim No.* **93771**    *Creditor Name:* **Diaz Montalvo, Ana**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.) |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages**, if **needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | La única evidencia que tendría disponible son mis talonarios donde se puede comprobar solo el dinero que se me otorgó por aumentos al sueldo de los maestros no de los pasos. Adjunto copia de la reclamación sometida el 27 junio de 2018. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América que lo anterior expuesto es veraz y correcto a mi leal saber y entender.  *Ana Díaz Montalvo* |

*** Attach any supporting documentation you may have related to your claim. ***



FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.* 171337      *Creditor Name:* Diaz Montalvo, Ana

| | | |
|---|---|---|
| (1) | Nombre Completo | Ana Díaz Montalvo |
| (2) | Número de teléfono | 787-375-7499 |
| (3) | Número de empleado | 62733 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | 1994-2020 Junta de Retiro de Maestros de P.R. (aportaciones acumuladas) |
| (5) | Correo electrónico | diazana2680@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | XXX-XX-9697 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) N/A |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Yo Ana Díaz Montalvo en respuesta a la solicitud del Anejo C caso 17-03283-LTS número 171337 por medio de la presente declaro que la cantidad de $70,049.18 es la suma de dinero adeudada por aportaciones acumuladas en la Junta de Retiro de Maestros de P.R. durante los años 1994-2020. Desde el 2019 al presente, la Junta de Retiro de Maestros de P.R. tuvo más que tiempo suficiente para obtener la evidencia necesaria respecto a esta reclamación. NO creo justo que se desestime el caso por la negligencia y demora de esta agencia en responder la reclamación. (Continua atrás) → |

*** Attach any supporting documentation you may have related to your claim. ***



Exhibit A

Employee Response Letter

*Claim No.* **171337**   *Creditor Name:* **Diaz Montalvo, Ana**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case.**) |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | Adjunto una certificación del dinero acumulado y copia de la reclamación sometida por esta servidora el 2 octubre de 2019. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América que lo anterior expuesto es veraz y correcto a mi leal saber y entender. <br><br> *Ana Díaz Montalvo* |

*** Attach any supporting documentation you may have related to your claim. ***

17032830019563B