Ana Díaz Montalvo
516 Camino El Guayo
Mayagüez P.R. 00680
Case: 17-03283-LTS




Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
Sala 150 Edificio Federal
San Juan P.R. 00918-1767
150 Avenida Carlos Chardón