**CLAIMANT'S RESPONSE FORM**

Claim No.: 7350?

Claimant Name: Gerardo A. Rachumi Cortes

| (1) | Full Name | Gerardo A. Rachumi Cortes |
|---|---|---|
| (2) | Telephone Number | 502-544-1916 |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | Tax year 2015 |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | N/A |
| (5) | Social security number for individuals/ EIN number, as applicable | REDACTED |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | N/A |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. Include additional pages if necessary. | |

On June 13, 2014 the paperwork to be activated in the "Carrera magisterial" program were handed in the Mayaguez regional office. During the 2014-2015, 2015-2016, and 2016-2017 school year I was never paid the pay raise that I was promised. For this reason I am asking that this money be paid retroactive. I have included evidence that the paperwork was received in the Mayaguez office