31 de agosto de 2022

A quien pueda interesar:

Durante el día 13 de junio de 2014, radique la activación para la carrera magisterial en la oficina regional de Mayagüez. Durante los años escolares 2014-2015, 2015-2016 y 2016-2017 no recibí el aumento por la activación de carrera magisterial que se nos prometió. Por esta razón solicito se me pague retroactivo el dinero que me fue prometido y no me fue pagado. Adjunto evidencia de que los documentos para la activación a la carrera magisterial fueron recibidos.

August 31, 2022

To whom it may concern:

On June 13, 2014 the paperwork to be activated in the "carrera magisterial" program were handed in the Mayaguez regional office. During the 2014-2015, 2015-2016, and 2016-2017 school years I was never paid the pay raise that I was promised. For this reason I am asking that this money be paid retroactively. I have included evidence that the paperwork was received in the Mayaguez Regional offices.

Gerardo A. Rachumi Cortes
502-5441916