

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

*Oficina del Director Regional*        *Unidad de Recursos Humanos*

# HOJA DE TRÁMITE

Fecha : 26 de junio de 2014

A : Eric Pérez
Carrera Magisterial
P/C: José Pérez

**RECIBIDO**
JUN 13 2014
OFICINA DE
CARRERA MAGISTERIAL

De : Norberto Valladares Crespo
Director Regional

Asunto : Devolución de Certificación de Radicación y Aprobación del Plan De Mejoramiento Profesional Anejo 1: Esc. S.U. Federico Degetau
1) Yaira E. González Toro
2) Mari Laracuente Vargas
3) Jeselyn Torres Baéz
4) Wilmarie López González
5) Elizabeth Vidal Santiago
6) Anselmo Morales Ríos
7) Yinoris Rentas López
8) Josefa Hernández Lugo
9) Gerardo Rachumi Cortés
10) Glorisel Santaliz Justiniano

RECIBIDO POR: _____ FECHA: _____

Form 482.0 Rev. 04.15

# UNIQUE FORM 2015

| Liquidator | Reviewer |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

**2015 INDIVIDUAL INCOME TAX RETURN**
FOR CALENDAR YEAR 2015 OR TAXABLE YEAR BEGINNING ON
1 enero , 2015 AND ENDING ON 31 diciembre , 2015

Serial Number: 1842142

- ◯ AMENDED RETURN
- ◯ DECEASED DURING THE YEAR: ___ Day ___ Month ___ Year
  - ◯ TAXPAYER   ◯ SPOUSE
- ◯ SURVIVING SPOUSE FILES ANOTHER RETURN FOR THE TAXABLE YEAR (Submit social security number and date of death of the deceased spouse: _____

| Taxpayer's Name | Initial | Last Name | Second Last Name |
|---|---|---|---|
| Gerardo | A | Rachumi | Cortes |

Taxpayer's Social Security Number: REDACTED
Date of Birth: 23-03-1976  Sex: ☒ M  ◯ F

Postal Address: PO BOX 1692
HORMIGUEROS   PR   Zip Code 00660-0000

Spouse's Social Security Number: REDACTED
Spouse's Date of Birth: 18-08-1974   Sex: ◯ M  ☒ F

| Spouse's First Name and Initial | Last Name | Second Last Name |
|---|---|---|
| Omaira | Acevedo | Rivera |

Home Address: Carr. 343 KM 1.1, Bo. Guanajibo, Hormigueros, PR, Zip Code 00660-0000

Home Telephone: 939-640-7477
Work Telephone: 787-651-1047

CHANGE OF ADDRESS: ◯ Yes ☒ No
EXTENSION OF TIME: ◯ Yes ☒ No

E-Mail Address: rachumi@gmail.com

Receipt Stamp: Estado Libre Asociado de Puerto Rico — Area de Rentas Internas — RADICADO ELECTRONICAMENTE — 08-04-2016 06:10:34 PM — 15-901 — Secretario De Hacienda — DEPARTAMENTO DE HACIENDA

## Questionnaire

- A. ☒ YES ◯ NO United States Citizen?
- B. ☒ YES ◯ NO Resident of Puerto Rico during the entire year?
  - If "No", indicate one of the following:
    1. ◯ Date moved to PR ( __ __ __ )
    2. ◯ Date moved from PR ( __ __ __ )
    3. ◯ Nonresident during the entire year
- C. ◯ YES ☒ NO Did you generate income during the period that you were not resident of PR that is not included on this return? (If you answered "Yes", indicate the amount):
  1. ◯ Attributable to the taxpayer $ 0
  2. ◯ Attributable to the spouse $ 0
- D. ◯ YES ☒ NO Other excluded or tax exempt income? (Submit Schedule IE Individual)
- E. ◯ YES ☒ NO Resident individual investor? (Submit Schedule F1 Individual)
- F. ◯ YES ☒ NO Partner of a partnership subject to tax under the Federal Internal Revenue Code?
- G. ◯ YES ☒ NO Active military service in a combat zone? (Date in which you ceased in the service: __ __ __ )

### H. HIGHEST SOURCE OF INCOME:
1. ☒ Government, Municipalities or Public Corporations Employee
2. ◯ Federal Government Employee
3. ◯ Private Business Employee
4. ◯ Retired/Pensioner
5. ◯ Self-Employed (Indicate principal industry or business)
6. ◯ Other _____

### I. FILING STATUS AT THE END OF THE TAXABLE YEAR:
1. ☒ Married
   (Fill in here ☒ if you choose the optional computation and go to Schedule CO Individual)
2. ◯ Individual taxpayer
   (Fill in and submit spouse's name and social security number if you are:
   - ◯ Married with a complete separation of property prenuptial agreement
   - ◯ Married not living with spouse)
3. ◯ Married filing separately
   (Submit spouse's name and social security number above)

**GOVERNMENT CONTRACT:** ☒ Taxpayer   ☒ Spouse

Your occupation: Maestro de Escuela   6110
Spouse's occupation: Maestro de Escuela   6110

**GO TO PAGE 2 TO DETERMINE YOUR REFUND OR PAYMENT.**

### Refund
1. AMOUNT OVERPAID (Part 3, line 27. Indicate distribution on lines A, B, C and D) ..... (01) 0 00
   - A) To be credited to estimated tax for 2016 ..... (02) 0 00
   - B) Contribution to the San Juan Bay Estuary Special Fund ..... (03) 0 00
   - C) Contribution to the Special Fund for the University of Puerto Rico ..... (04) 0 00
   - D) TO BE REFUNDED (If you want your refund to be deposited directly into an account, complete the Deposit Part) ..... (05) 0 00

### Payment
2. AMOUNT OF TAX DUE (Part 3, line 27) ..... (06) 191 00
3. Less: Amount paid (a) With Return or Electronic Transfer through a Certified Program ..... (07) 0 00
   (b) Interests ..... (08) 0 00
   (c) Surcharges 0 and Penalties 0 ..... (09) 0 00
4. BALANCE OF TAX DUE (Subtract line 3(a) from line 2) ..... (10) 191 00

### AUTHORIZATION FOR DIRECT DEPOSIT OF REFUND

| Type of account | Routing/transit number | Account number |
|---|---|---|
| ◯ Checking   ◯ Savings | | |

Account in the name of: _____ and _____
(Print complete name as it appears on your account. If married and filing jointly, include your spouse's name.)

I hereby declare under penalty of perjury that I have examined the information included in this return, schedules and other documents attached to it, and it is true, correct and complete. The declaration of the person that prepares this return (except the taxpayer) is based on the information available, and this information has been verified.

| Taxpayer's Signature | Date | Spouse's Signature | Date |
|---|---|---|---|
| ✓ Electronic Signature | 08-04-2016 | ✓ Electronic Signature | 08-04-2016 |

04 Specialist's Name (Print): _____
Name of the Firm or Business: _____
Specialist's Signature: ✓   Date: _____
Self-employed Specialist (fill in here): ◯
Registration Number: _____

NOTE TO TAXPAYER: Indicate if you made payments for the preparation of your return: ◯ Yes  ☒ No. If you answered "Yes", require the Specialist's signature and registration number.

Retention Period: Ten (10) years

If you choose the optional computation of tax for married individuals living together and filing a joint return, do not complete Parts 1 and 2, neither lines 12 through 18 of Part 3, and go to Schedule CO Individual.

## Part 1

**1. Wages, Commissions, Allowances and Tips**

| | A - Income Tax Withheld | B - Wages, Commissions, Allowances and Tips |
|---|---|---|
| ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable). | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| Total of withholding statements with this return ... (02) 0 | (02) 0 00 | (04) 0 00 |

| C - Federal Government Wages (Total of W-2 Forms with this return .......... ) | Exempt wages under Act 135-2014 | Income Tax Withheld | Federal Wages |
|---|---|---|---|
| 0 | (01) 0 00 | (03) 0 00 | (05) 0 00 |

**2. Other Income (or Losses):**

| | | |
|---|---|---|
| A) Total distributions from qualified retirement plans (Schedule D Individual, Part IV, line 24) ...................... | (06) | 0 00 |
| B) Gain (or loss) from sale or exchange of capital assets (Schedule D Individual, Part V, line 34 or 35, as applicable) ......... | (07) | 0 00 |
| C) Interests (Schedule FF Individual, Part I, line 5) ................................... | (08) | 0 00 |
| D) Dividends from corporations (Schedule FF Individual, Part II, line 4) ............... | (09) | 0 00 |
| E) Distributions from Governmental Plans (Schedule F Individual, Part II, line 3) ................ | (10) | 0 00 |
| F) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Schedule F Individual, Part I, line 2) ........ | (11) | 0 00 |
| G) Other income (Schedule F Individual, Part V, line 4 and Schedule FF Individual, Part III, line 4) ............ | (12) | 0 00 |
| H) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ............ | (13) | 0 00 |
| I) Gain (or loss) from industry or business (Schedule K Individual, Part II, line 12) ............ | (14) | 0 00 |
| J) Gain (or loss) from farming (Schedule L Individual, Part II, line 14) ............ | (15) | 0 00 |
| K) Gain (or loss) from professions and commissions (Schedule M Individual, Part II, line 8) ............ | (16) | 0 00 |
| L) Gain (or loss) from rental business (Schedule N Individual, Part II, line 9) ............ | (17) | 0 00 |
| M) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) ............ | (18) | 0 00 |
| N) Net long-term capital gain on Investment Funds (Submit Schedule Q1) ............ | (19) | 0 00 |
| O) Distributable share on profits from partnerships, special partnerships and corporations of individuals (Submit Schedule R Individual) .... | (20) | 0 00 |
| P) Distributions from deferred compensation plans and/or qualified retirement plans (partial or lump-sum not due to separation from service or plan termination) (Schedule F Individual, Part III or IV, line 1, as applicable) ............ | (21) | 0 00 |
| Q) Income from salaries, wages, compensations or public shows received by a nonresident individual (Form 480.6C) ......... | (22) | 0 00 |
| R) Alimony received (Payer's social security No. _____ ) (23) ..... | (24) | 0 00 |
| **3. Total Income** (Add lines 1B, 1C and 2A through 2R) .................................. | (25) | 0 00 |
| **4. Alimony Paid** (Recipient's social security No. _____ )(26) (Judgment No. ___)(27) ...... | (28) | 0 00 |
| **5. Adjusted Gross Income** (Subtract line 4 from line 3) ............................... | (29) | 0 00 |

## Part 2

| | | |
|---|---|---|
| 6. Total Deductions (Schedule A Individual, Part I, line 11 or Part II, line 6) ............ | (01) | 0 00 |
| 7. Personal Exemption (Married - $7,000; Individual taxpayer - $3,500; Married filing separately - $3,500) ............ | (02) | 0 00 |
| 8. Exemption for Dependents (Complete Schedule A1 Ind., see instructions): A) (03) 0 x $2,500 ............ (05) 0 00 | | |
| Joint custody or married filing separately B) (04) 0 x $1,250 ............ (06) 0 00 | | |
| Total Exemption for Dependents (Add lines 8A and 8B) ............ | (07) | 0 00 |
| 9. Additional Personal Exemption for Veterans ($1,500 per veteran, if both spouses are veterans, $3,000) ............ | (08) | 0 00 |
| 10. Total Deductions and Exemptions (Add lines 6 through 9) ............ | (09) | 0 00 |
| 11. NET TAXABLE INCOME (Subtract line 10 from line 5. If line 10 is more than line 5, enter zero) ............ | (10) | 0 00 |

## Part 3

| | | |
|---|---|---|
| 12. TAX: (21) ○ 1 Tax Table ○ 2 Preferential rates (Schedule A2 Individual) ○ 3 Nonresident alien ○ 4 Form SC 2668 ....... | (22) | 0 00 |
| 13. Gradual Adjustment Amount (Determine adjustment if the amount indicated on line 11 or Schedule A2 Ind., line 10 is more than $500,000) (Schedule P Ind., line 7) ...... | (23) | 0 00 |
| 14. REGULAR TAX BEFORE THE CREDIT (Add lines 12 and 13) ............ | (24) | 0 00 |
| 15. Credit for taxes paid to foreign countries, the United States, its territories and possessions (Submit Schedule C Individual) (See instructions) ...... | (25) | 0 00 |
| 16. NET REGULAR TAX (Subtract line 15 from line 14) ............ | (26) | 0 00 |
| 17. Excess of Net Alternate Basic Tax over Net Regular Tax (Schedule O Individual, Part II, line 7) (See instructions) ............ | (27) | 0 00 |
| 18. Credit for alternate basic tax (Schedule O Individual, Part III, line 4) ............ | (28) | 0 00 |
| 19. TOTAL TAX DETERMINED (Subtract line 18 from the sum of lines 16 and 17 or enter the amount from Schedule CO Individual, line 22, as applicable) ...... | (29) | 1,421 00 |
| 20. Recapture of credit claimed in excess (Schedule B Individual, Part I, line 3) ............ | (30) | 0 00 |
| 21. Tax credits (Schedule B Individual, Part II, line 26) ............ | (31) | 0 00 |
| 22. TAX LIABILITY (Add lines 19 and 20 and subtract line 21. If it is less than zero, enter zero) ............ | (32) | 1,421 00 |
| 23. TAX WITHHELD, PAID AND REIMBURSABLE CREDIT: | | |
| A) Tax withheld on wages (Add lines 1A and 1C of Part 1 or lines 1A and 2A of Schedule CO Individual) ............ (33) 1,230 00 | | |
| B) Other payments and withholdings (Schedule B Individual, Part III, line 19) ............ (34) 0 00 | | |
| C) American Opportunity Tax Credit (Submit Schedule B2 Individual) (Does not apply to married filing separately) (35) 0 00 | | |
| D) Amount paid with automatic extension of time ............ (36) 0 00 | | |
| E) Total Tax Withheld, Paid and Reimbursable Credit (Add lines 23A through 23D) ............ | (37) | 1,230 00 |
| 24. AMOUNT OF TAX DUE (If line 23E is less than line 22, enter the difference here, otherwise, enter on line 25) ............ | (38) | 191 00 |
| 25. Excess of Tax Withheld, Paid and Reimbursable Credit ............ | (39) | 0 00 |
| 26. Addition to the Tax for Failure to Pay Estimated Tax (Schedule T Individual, Part II, line 21) ............ | (40) | 0 00 |
| 27. BALANCE: • If line 25 is more than the sum of lines 24 and 26, you have an overpayment. Enter the difference here and on line 1 of page 1. | | |
| • If line 25 is less than the sum of lines 24 and 26, you have a balance of tax due. Enter the difference here and on line 2 of page 1. | | |
| • If the difference between line 25 and the sum of lines 24 and 26 is equal to zero, enter zero here and sign your return on page 1 . | (50) | 191 00 |

THE AMOUNT SHOWN ON LINE 27 SHALL BE TRANSFERRED TO THE CORRESPONDING LINE OF PAGE 1.

Confirmation number: 040820160994255DB91842142

Retention Period: Ten (10) years

*Planilla Radicada Electrónicamente*

**Schedule A1 Individual**
Rev. Dec 21 15

# DEPENDENTS AND BENEFICIARIES OF EDUCATIONAL CONTRIBUTION ACCOUNTS

**2015**

Taxable year beginning on __1__ __enero__, __2015__ and ending on __31__ __diciembre__, __2015__

Taxpayer's name: Gerardo A Rachumi Cortes

Social Security Number: REDACTED

## Part I — Dependent's Information (See instructions)

**IMPORTANT INFORMATION**

☞ Do not include the spouse on this schedule. A married individual who lives with his/her spouse for tax purposes, should not include the spouse as part of the dependents.

☞ Submit this Schedule with your return in order to consider the exemption for dependents.

☞ Fill in the oval for joint custody if the dependent is subject to this condition. The exemption will be $1,250 for each taxpayer.

| # | First Name, Initial | Last Name | Second Last Name | Joint Custody | Date of Birth Day / Month / Year | Relationship | Category (N)(U)(I) | Social Security Number |
|---|---|---|---|---|---|---|---|---|
| (01) | Sebastian G | Rachumi | Acevedo | ○ | | Hijo | N | |
| (02) | | | | ○ | | | | |
| (03) | | | | ○ | | | | |
| (04) | | | | ○ | | | | |
| (05) | | | | ○ | | | | |
| (06) | | | | ○ | | | | |
| (07) | | | | ○ | | | | |
| (08) | | | | ○ | | | | |
| (09) | | | | ○ | | | | |
| (10) | | | | ○ | | | | |
| (11) | | | | ○ | | | | |
| (12) | | | | ○ | | | | |
| (13) | | | | ○ | | | | |
| (14) | | | | ○ | | | | |
| (15) | | | | ○ | | | | |
| (16) | | | | ○ | | | | |
| (17) | | | | ○ | | | | |
| (18) | | | | ○ | | | | |
| (19) | | | | ○ | | | | |
| (20) | | | | ○ | | | | |

\* See instructions.

Retention Period: Ten (10) years

Rev. Dec 21 15 — Gerardo A Rachumi Cortes — REDACTED — Schedule A1 Individual - Page 2

Case:17-03283-LTS Doc#:22089-2 Filed:09/06/22 Entered:09/07/22 16:47:57 Desc. Exhibit Page 5 of 7

**Part II — Beneficiaries of Educational Contribution Accounts** (See instructions)

| # | Name, Initial / Last Name / Second Last Name / Financial Institution | Date of Birth (Day/Month/Year) / Account Number | Relationship | Social Security Number / Employer Identification Number | Who contributes (1 Taxpayer / 2 Spouse) | Contributed Amount (Not to exceed from $500 each) |
|---|---|---|---|---|---|---|
| (01) | | | | | | 00 |
| (02) | | | | | | 00 |
| (03) | | | | | | 00 |
| (04) | | | | | | 00 |
| (05) | | | | | | 00 |
| (06) | | | | | | 00 |
| (07) | | | | | | 00 |
| (08) | | | | | | 00 |
| (09) | | | | | | 00 |
| (10) | | | | | | 00 |
| (11) | | | | | | 00 |
| (12) | | | | | | 00 |
| (13) | | | | | | 00 |
| (14) | | | | | | 00 |
| (15) | | | | | | 00 |
| (16) | | | | | | 00 |
| (17) | | | | | | 00 |
| (18) | | | | | | 00 |
| (19) | | | | | | 00 |
| (20) | | | | | | 00 |
| (21) | **Total contributions** (Add lines (01) through (20) and trasfer to Schedule A Individual, Part I, line 9 or line 8D of Schedule CO Individual) | | | | | 0 00 |

Confirmation number: 040820160994255DR91842142 — Retention Period: Ten (10) years

Planilla Radicada Electrónicamente

**Schedule CO Individual**
Rev. Dec 21 15 

**OPTIONAL COMPUTATION OF TAX**

**2015**

Taxable year beginning on __enero__, 2015 and ending on __31__ __diciembre__, 2015

Taxpayer's name: Gerardo A Rachumi Cortes

Social Security Number: **REDACTED**

Use this Schedule only if you choose the optional computation of tax for married individuals living together and filing a joint return.

### 1. Wages, Commissions, Allowances and Tips — ATTACH ALL YOUR WITHHOLDING STATEMENTS (Forms 499R-2/W-2PR, 499R-2c/W-2cPR or W-2, as applicable).

| | A - Income Tax Withheld | B - TAXPAYER | C - SPOUSE |
|---|---|---|---|
| | 132 00 | 21,892 00 | 0 00 |
| | 1,098 00 | 0 00 | 30,510 00 |
| | 00 | 00 | 00 |
| | 00 | 00 | 00 |
| Total of withholding statements with this schedule: **2** | | | |
| **Total** (02) | 1,230 00 (04) | 21,892 00 (30) | 30,510 00 |

2. Federal Government Wages (Total of W-2 Forms with this return): **0**
   Exempt Wages under Act 135-2014 (01): 0 00 (03) | 0 00 (05) | 0 00 (31) | 0 00

3. Other Income (or Losses):
   A) Total distributions from qualified retirement plans (Schedule D Individual, Part IV, line 24) ........ (06) | 0 00 (32) | 0 00
   B) Gain (or loss) from sale or exchange of capital assets (Schedule D Individual, Part V, line 34 or 35, as applicable) (50% of the total to each spouse) ........ (07) | 0 00 (33) | 0 00
   C) Interests (Schedule FF Individual, Part I, line 5) (50% of the total to each spouse) ........ (08) | 0 00 (34) | 0 00
   D) Dividends from corporations (Schedule FF Individual, Part II, line 4) (50% of the total to each spouse) ........ (09) | 0 00 (35) | 0 00
   E) Distributions from Governmental Plans (Schedule F Individual, Part II, line 3) ........ (10) | 0 00 (36) | 0 00
   F) Distributions from Individual Retirement Accounts and Educational Contribution Accounts (Schedule F Ind., Part I, line 2) ........ | 0 00 (37) | 0 00
   G) Other income (Schedule F Ind., Part V, line 4 or Schedule FF Individual, Part III, line 4) (See instructions) ........ | 0 00 (38) | 0 00
   H) Income from annuities and pensions (Schedule H Individual, Part II, line 12) ........ (13) | 0 00 (39) | 0 00
   I) Gain (or loss) from industry or business (Schedule K Individual, Part II, line 12) ........ (14) | 0 00 (40) | 0 00
   J) Gain (or loss) from farming (Schedule L Individual, Part II, line 14) ........ (15) | 0 00 (41) | 0 00
   K) Gain (or loss) from professions and commissions (Schedule M Individual, Part II, line 8) ........ (16) | 0 00 (42) | 0 00
   L) Gain (or loss) from rental business (Schedule N Individual, Part II, line 9) (50% of the total to each spouse) ........ (17) | 0 00 (43) | 0 00
   M) Dividends from Capital Investment or Tourism Fund (Submit Schedule Q1) (50% of the total to each spouse) ........ (18) | 0 00 (44) | 0 00
   N) Net long-term capital gain on Investment Funds (Submit Schedule Q1) (50% of the total to each spouse) ........ (19) | 0 00 (45) | 0 00
   O) Distributable share on profits from partnerships, special partnerships and corporations of individuals (Submit Schedule R Individual) ........ (20) | 0 00 (46) | 0 00
   P) Distributions from deferred compensation plans and/or qualified retirement plans (partial or lump-sum not due to separation from service or plan termination) (Schedule F Individual, Part III or IV, line 1, as applicable) ........ (21) | 0 00 (47) | 0 00
   Q) Income from salaries, wages, compensations or public shows received by a nonresident individual (Form 480.6C) ........ (22) | 0 00 (48) | 0 00
   R) Alimony received (Payer's social security No. _____ ) (23) ........ (24) | 0 00 (49) | 0 00

4. **Total Income** (Add lines 1, 2 and 3A through 3R, of Columns B and C, respectively) ........ (25) | 21,892 00 (50) | 30,510 00
5. **Alimony Paid** (Recipient's social security No. _____ ) (26) (Judgment No. _____ ) (27) ........ (28) | 0 00 (51) | 0 00
6. **Adjusted Gross Income** (Subtract line 5 from line 4, of Columns B and C, respectively) ........ (29) | 21,892 00 (52) | 30,510 00

### 7. DEDUCTIONS ALLOCATED IN HALF (50%) OF THE TOTAL (See instructions)

A) Home mortgage Interest

| Name of entity to which payment was made | Mortgage | Loan Number | Employer Ident. No. | Amount |
|---|---|---|---|---|
| **First residence:** | First | (01) | (05) | 00 |
| | Second | (02) | (06) | 00 |
| **Second residence:** | First | (03) | (07) | 00 |
| | Second | (04) | (08) | 00 |

Home mortgage interest of the principal residence not reported on Form 480.7A (See instructions) ........ (09) | 0 00
Loan Origination Fees (Points) Paid Directly by Borrower (See instructions) ........ (10) | 0 00
Loan Discounts (Points) Paid Directly by Borrower (See instructions) ........ (11) | 0 00
1) Total home mortgage interest paid ........ (12) | 0 00
2) Limit (Multiply the sum of line 6, Columns B and C of this Schedule and line 1, Part III of Schedule IE Individual by 30% and enter here) ........ (13) | 0 00
3) Allowable deduction for mortgage interest (Enter the smaller of lines A(1), A(2) or $35,000. If the total interest does not exceed 30% of the income for any of the 3 previous years, fill in here ⊙ 1) (14) (See instructions) ........ (15) | 0 00

B) Casualty loss on your principal residence (See instructions) ........ (16) | 0 00
C) Medical expenses (Schedule A Individual, Part III, line 3) ........ (17) | 0 00
D) Charitable contributions (Schedule A Individual, Part III, line 8) ........ (18) | 0 00
E) Loss of personal property as a result of certain casualties (See instructions) ........ (19) | 0 00
F) Total deductions allocated in half (50%) of the total (Add lines 7A through 7E) ........ (20) | 0 00

| | B - TAXPAYER | C - SPOUSE |
|---|---|---|
| G) Enter 50% of the total of line 7F in Columns B and C ........ (21) | 0 00 (22) | 0 00 |

Retention Period: Ten (10) years

| | | B - TAXPAYER | C - SPOUSE |
|---|---|---:|---:|
| 8. DEDUCTIONS INDIVIDUALLY ALLOCATED (See instructions): (18) | | | |
| A) Contributions to governmental pension or retirement systems | (01) | 1,916 00 (45) | 2,691 00 |
| B) Contributions to individual retirement accounts (Do not exceed from $5,000 each): | | | |
| Financial inst. _____ Account No. _____ Employer Ident. No. _____ Contribution | | | |
| (02) _____ (05) _____ | | | |
| (03) _____ (06) _____ | | | |
| (04) _____ (07) _____ | | | |
| Total contributions to individual retirement accounts (Distribute the amount as it corresponds to the taxpayer and spouse) | (08) | 0 00 (46) | 0 00 |
| C) Contributions to health savings accounts with a high annual deductible medical plan (See instructions): | | | |
| Institution _____ Account No. _____ Employer Ident. No. _____ Contribution | | | |
| (11) _____ (15) _____ | | | |
| Annual deductible (09) _____ Type of (12) ◯ 1 Individual ◯ 2 Individual and age 55 or older coverage: ◯ 3 Family ◯ 4 Family and age 55 or older  Effective date (16) _____ | | | |
| Institution _____ Account No. _____ Employer Ident. No. _____ Contribution | | | |
| (13) _____ (17) _____ | | | |
| Annual deductible (10) _____ Type of (14) ◯ 1 Individual ◯ 2 Individual and age 55 or older coverage: ◯ 3 Family ◯ 4 Family and age 55 or older  Effective date (18) _____ | | | |
| Total contributions (Add the smaller amount between the contribution and the annual deductible of each account. Distribute the amount as it corresponds to the taxpayer and spouse) | (19) | 0 00 (47) | 0 00 |
| D) Educational Contribution Account (Complete Part II, Schedule A1 Individual) (See instructions) | (20) | 0 00 (48) | 0 00 |
| E) Interest paid on students loans at university level (See instructions): | | | |
| Financial inst. _____ Loan No. _____ Employer Ident. No. _____ Amount | | | |
| (21) _____ (26) _____ | | | |
| (22) _____ (27) _____ | | | |
| (23) _____ (28) _____ | | | |
| (24) _____ (29) _____ | | | |
| (25) _____ (30) _____ | | | |
| Total interest paid on students loans | (31) | 0 00 (49) | 0 00 |
| F) Total deductions individually allocated (Add lines 8A through 8E, Columns B and C, respectively) | (32) | 1,916 00 (50) | 2,691 00 |
| G) TOTAL DEDUCTIONS (Add lines 7G and 8F. If you answered "No" to question B of the questionnaire on page 1 of the return, enter zero here and complete line 23) | (33) | 1,916 00 (51) | 2,691 00 |
| H) TOTAL DEDUCTIONS APPLICABLE TO NONRESIDENTS OR PART-YEAR RESIDENTS (Line 23F) | (34) | 0 00 (52) | 0 00 |
| 9. PERSONAL EXEMPTION | (35) | 3,500 00 (53) | 3,500 00 |
| 10. EXEMPTION FOR DEPENDENTS (Complete Schedule A1 Individual, see instructions) | | | |
| A) (36) __1__ X $2,500 (38) | | 2,500 00 | |
| B) (37) __0__ X $1,250 (Joint custody) (39) | | 0 00 | |
| C) Total exemption for dependents (Add lines 10A and 10B) | (40) | 2,500 00 | |
| D) Enter 50% of the total of line 10C in Columns B and C | (41) | 1,250 00 (54) | 1,250 00 |
| 11. Additional Personal Exemption for Veterans (See instructions) | (42) | 0 00 (55) | 0 00 |
| 12. Total Deductions and Exemptions (Add lines 8G, 8H, 9, 10D and 11, Columns B and C, respectively) | (43) | 6,666 00 (56) | 7,441 00 |
| 13. NET TAXABLE INCOME (Subtract line 12 from line 6. If line 12 is more than line 6, enter zero) | (44) | 15,226 00 (57) | 23,069 00 |
| 14. TAX: (01) ☒ 1 Tax Table  ◯ 2 Preferential rates (Schedule A2 Individual) ◯ 3 Nonresident alien  ◯ 4 Form SC 2668  (19) | (02) | 436 00 (10) | 985 00 |
| 15. Gradual Adjustment Amount (Determine this adjustment if the amount indicated on line 13, Column B or C, or on Schedule A2 Individual, line 10 is more than $500,000) (Schedule P Individual, line 7) | (03) | 0 00 (11) | 0 00 |
| 16. REGULAR TAX BEFORE THE CREDIT (Add lines 14 and 15, Columns B and C, respectively) | (04) | 436 00 (12) | 985 00 |
| 17. Credit for taxes paid to foreign countries, the United States, its territories and possessions (Submit Schedule C Individual) (See instructions) | (05) | 0 00 (13) | 0 00 |
| 18. NET REGULAR TAX (Subtract line 17 from line 16) | (06) | 436 00 (14) | 985 00 |
| 19. Excess of Net Alternate Basic Tax over Net Regular Tax (Schedule O Individual, Part II, line 7) (See instructions) | (07) | 0 00 (15) | 0 00 |
| 20. Credit for alternate basic (Schedule O Individual, Part III, line 4) | (08) | 0 00 (16) | 0 00 |
| 21. Tax Determined Individually (Subtract line 20 from the sum of lines 18 and 19, Columns B and C, respectively) | (09) | 436 00 (17) | 985 00 |
| 22. TOTAL TAX DETERMINED (Add the amounts of Columns B and C of line 21 and transfer to Part 3, line 19 of the return) | (18) | | 1,421 00 |

Continue in Part 3, line 19 of the return.

| 23. Computation of Allowable Amounts of Deductions to Nonresident or Part-year Resident: (25) | | B - TAXPAYER | C - SPOUSE |
|---|---|---:|---:|
| A) Total gross income earned during the period of residence in Puerto Rico (Line 6) | (01) | 0 00 (07) | 0 00 |
| B) Total gross income earned during the period of nonresidence in Puerto Rico (Question C of the questionnaire on page 1 of the return corresponding to taxpayer and spouse) | (02) | 0 00 (08) | 0 00 |
| C) Total Gross Income (Add lines A and B) | (03) | 0 00 (09) | 0 00 |
| D) Percentage of income related to the period of residence in Puerto Rico (Divide line A by line C. Enter the result rounded to two decimal places) | (04) | 0 % (10) | 0 % |
| E) Total deductions applicable to individual taxpayers (Add lines 7G and 8F) | (05) | 0 00 (11) | 0 00 |
| F) Total deductions attributable to the period of residence in Puerto Rico (Multiply line E by line D and transfer to line 8H) | (06) | 0 00 (12) | 0 00 |

Confirmation number: 040820160994255DB91842142    Retention Period: Ten (10) years

*Planilla Firmada Electrónicamente*