Gerardo A. Kachumi Cortés
3214 Villanova Drive
Louisville KY 40220



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767