FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | | |
|---|---|---|
| (1) | Nombre completo | Wilmarie López González |
| (2) | Número de teléfono | 787-629-3670 |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación (Proof of Claim) | 2018 |
| (4) | Si en la Evidencia de Reclamación (Proof of Claim) reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (Proof of Claim). | 1,440 por cada año desde el año 2014 hasta el presente<br>2014-$1,440  2017-$1,440  2021-$1,440<br>2015-$1,440  2018-$1,440<br>2016-$1,440  2019-$1,440<br>2020-$1,440 |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | Case number → 17BK 03283-LTS |
| (7) | Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (Proof of Claim), así como cualquier otra documentación que apoye su reclamo. | |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. Incluya páginas adicionales si es necesario. | El 13 de junio de 2014 se entregó los documentos para la activación de la carrera magisterial. Aún no he recibido el aumento en mi sueldo de la activación |