A quién pueda interesar:

Durante el 13 de junio del 2014 entregué los documentos para solicitar la carrera magisterial, sin embargo, aún no he recibido el aumento en mi sueldo de la activación. Por tanto, solicito el pago retroactivo de los siguientes años:

- 2014-2015
- 2015-2016
- 2016-2017
- 2017-2018
- 2018-2019
- 2019-2020
- 2020-2021
- 2021-2022
- 2022 al presente

Adjunto la evidencia que se entregó los documentos

Cordialmente,

Wilmarie López González



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

*Oficina del Director Regional*          *Unidad de Recursos Humanos*

# HOJA DE TRÁMITE

Fecha : 26 de junio de 2014

A : Eric Pérez
Carrera Magisterial
P/C: José Pérez

RECIBIDO
JUN 13 2014
OFICINA DE
CARRERA MAGISTERIAL

De : Norberto Valladares Crespo
Director Regional

Asunto : Devolución de Certificación de Radicación y Aprobación del Plan De Mejoramiento Profesional Anejo 1: Esc. S.U. Federico Degetau
1) Yaira E. González Toro
2) Mari Laracuente Vargas
3) Jeselyn Torres Baéz
4) Wilmarie López González
5) Elizabeth Vidal Santiago
6) Anselmo MoralesRíos
7) Yinoris Rentas López
8) Josefa Hernández Lugo
9) Gerardo Rachumi Cortés
10) Glorisel Santaliz Justiniano

RECIBIDO POR: _____      FECHA: _____

Formulario 482 Rev. 31 oct 14

# FORMA ÚNICA 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL __1__ de enero de 2014 Y TERMINADO EL __31__ de diciembre de 2014

Número de Serie: **2232777**

- ○ PLANILLA ENMENDADA
- ○ FALLECIDO DURANTE EL AÑO: ___ Día ___ Mes ___ Año
  - ○ CONTRIBUYENTE  ○ CÓNYUGE
- ○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (Indique seguro social del cónyuge fallecido) ___

**Nombre del Contribuyente:** WILMARIE
**Inicial:**
**Apellido Paterno:** LOPEZ
**Apellido Materno:** GONZALEZ

**Número de Seguro Social Contribuyente:** REDACTED
**Fecha de Nacimiento:** REDACTED
**Sexo:** ○ M  ⊗ F

**Dirección Postal:** CARR 414 KM 2.6 INT BO CRUCES
Aguada, PR, Código Postal 00602-0000

**Número de Seguro Social Cónyuge:**
**Fecha de Nacimiento del Cónyuge:**
**Sexo:** ○ M ○ F

**Nombre e Inicial del Cónyuge:**
**Apellido Paterno:**
**Apellido Materno:**

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle):** CARR 414 KM 2.6 INT BO CRUCES
Aguada, PR, Código Postal 00602-0000

**Teléfono Residencia:** 787-629-3670
**Teléfono del Trabajo:**

**Correo Electrónico (E-Mail):** PLANILLASIND2013@HOTMAIL.COM
**¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA?** ⊗ Si ○ No
**CAMBIO DE DIRECCIÓN:** ○ Si ⊗ No
**SOLICITÓ PRÓRROGA:** ○ Si ⊗ No
**PLANILLA 2015:** ⊗ ESPAÑOL ○ INGLÉS

**Sello de Recibido:** Estado Libre Asociado de Puerto Rico — Área de Rentas Internas — RADICADO ELECTRONICAMENTE — 14-04-2015 11:20:15 AM — Secretario de Hacienda — DEPARTAMENTO DE HACIENDA

## Cuestionario

|   | SI | NO |   |
|---|----|----|---|
| A. | ⊗ | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ⊗ | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ⊗ | ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo) |
| D. | ○ | ⊗ | ¿Individuo residente inversionista? (Someta Anejo F1 Individuo) |

**E. FUENTE DE MAYOR INGRESO:**
1. ⊗ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ○ Empleado del Gobierno Federal
3. ○ Empleado de Empresa Privada
4. ○ Retirado/Pensionado
5. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ○ Otro _____

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado (Ennegrezca aquí ○ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ⊗ Contribuyente individual (Ennegrezca e indique nombre y seguro social del cónyuge si es:
   - ○ Casado con capitulaciones de total separación de bienes
   - ○ Casado que no vivía con su cónyuge)
3. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

**Su ocupación:** Otros Oficios o Profesiones — 8110
**Ocupación cónyuge:**

**CONTRATO GOBIERNO:** ○ Contribuyente  ○ Cónyuge

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

## Reintegro

| | | |
|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) | (01) | 0 00 |
| A) Acreditar a la contribución estimada 2015 | (02) | 0 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (03) | 0 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (04) | 0 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | (05) | 0 00 |

## Pago

| | | |
|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 28) | (06) | 52 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | 52 00 |
| (b) Intereses | (08) | 0 00 |
| (c) Recargos __0__ y Penalidades __0__ | (09) | 0 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (10) | 0 00 |

## Depósito — AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

**Tipo de cuenta:** ○ Cheques ○ Ahorros
**Número de ruta/tránsito:**
**Número de su cuenta:**
**Cuenta a nombre de:** _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 14-04-2015 | ✓ | |

| Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
|---|---|---|---|
| Julian Feliciano Ruiz | | CPA JULIAN FELICIANO | |

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) | Número de Registro |
|---|---|---|---|
| ✓ Firmada Electrónicamente | 14-04-2015 | ⊗ | 008764 |

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ○ Si  ⊗ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

**Número confirmación:** 041420151044E575BC2232777
**Período de Conservación:** Diez (10) años

(PLANILLA CON CHEQUE — FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)
Planilla Radicada Electrónicamente

Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 13 a la 18 del Encasillado 3, y pase al Anejo CO Individuo.

## Encasillado 1

**1. Sueldos, Comisiones, Concesiones y Propinas**

SUMINISTRE LOS COMPROBANTES DE RETENCIÓN
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 191 00 | 22,496 00 |
| | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| Total de comprobantes con esta planilla ... (02) 1 | (01) 191 00 | (03) 22,496 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) .......... (02) | 0 00 | (04) 0 00 |

2. Otros Ingresos (o Pérdidas):
   A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte V, línea 37) ........... (05) 0 00
   B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte VI, línea 47 o 48, según aplique) ........ (06) 0 00
   C) Intereses (Anejo F Individuo, Parte I, línea 5) ........... (07) 0 00
   D) Dividendos de corporaciones (Anejo F Individuo, Parte II, línea 4) ........... (08) 0 00
   E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte III, línea 3) ........... (09) 0 00
   F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte IV, línea 2) ..... (10) 0 00
   G) Ingresos misceláneos (Anejo F Individuo, Parte VII, línea 6) ........... (11) 0 00
   H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........... (12) 0 00
   I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 12) ........... (13) 0 00
   J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 14) ........... (14) 0 00
   K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 8) ........... (15) 0 00
   L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 9) ........... (16) 0 00
   M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........... (17) 0 00
   N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........... (18) 0 00
   O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) .. (19) 0 00
   P) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (20) ...... (21) 0 00

3. Total de Ingresos (Sume líneas 1B, 1C y 2A a la 2P) ........... (22) 22,496 00
4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe: _____ ) (23) (Núm. sentencia _____ ) (24) (25) 0 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ........... (26) 22,496 00

## Encasillado 2

6. Total de Deducciones (Anejo A Individuo, Parte I, línea 11) ........... (01) 1,987 00
7. **DEDUCCIÓN ESPECIAL PARA CIERTOS INDIVIDUOS** (Hasta un máximo de $2,350. Véanse instrucciones) ........... (02) 2,038 00
8. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ........... (03) 3,500 00
9. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones) A) (04) 0 x $2,500 ........... (06) 0 00
   Custodia compartida o casado que rinde separado → B) (05) 2 x $1,250 ........... (07) 2,500 00
   Total Exención por Dependientes (Sume líneas 9A y 9B) ........... (08) 2,500 00
10. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) ........... (09) 0 00
11. Total Deducciones y Exenciones (Sume líneas 6 a la 10) ........... (10) 10,025 00
12. **INGRESO NETO SUJETO A CONTRIBUCIÓN** (Línea 5 menos línea 11. Si la línea 11 es mayor que la línea 5, anote cero) ........... (11) 12,471 00

## Encasillado 3

13. **CONTRIBUCIÓN:** (21) ☒ 1 Según Tabla ☐ 2 Tasas preferenciales (Anejo A2 Individuo) ☐ 3 Extranjero no residente (22) 243 00
14. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 12 o en Anejo A2 Ind., línea 10 es mayor de $500,000) (Anejo P Ind., línea 7) (23) 0 00
15. **CONTRIBUCIÓN REGULAR ANTES DEL CRÉDITO** (Sume líneas 13 y 14) ........... (24) 243 00
16. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones (Someta Anejo C Individuo) (Véanse inst.) (25) 0 00
17. **CONTRIBUCIÓN REGULAR NETA** (Línea 15 menos línea 16) ........... (26) 243 00
18. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individuo, Parte II, línea 7) (Véanse instrucciones) ... (27) 0 00
19. **TOTAL CONTRIBUCIÓN DETERMINADA** (Sume líneas 17 y 18 o anote la cantidad del Anejo CO Individuo, línea 22, según aplique) ........... (28) 243 00
20. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ........... (29) 0 00
21. Créditos contributivos (Anejo B Individuo, Parte II, línea 22) ........... (30) 0 00
22. **RESPONSABILIDAD CONTRIBUTIVA** (Sume líneas 19 y 20 menos línea 21. Si es menos de cero, anote cero) ........... (31) 243 00
23. **CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITOS REEMBOLSABLES:**
    A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individuo) .... (32) 191 00
    B) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 20) ........... (33) 0 00
    C) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado) (34) 0 00
    D) Cantidad pagada con prórroga automática ........... (35) 0 00
    E) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 23A a la 23D) ........... (36) 191 00
24. **TOTAL NO PAGADO DE LA CONTRIBUCIÓN** (Si la línea 23E es menor que la línea 22, anote la diferencia aquí, de lo contrario en la línea 25) (37) 52 00
25. Exceso de Contribución Retenida, Pagada y Créditos Reembolsables ........... (38) 0 00
26. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) ........... (39) 0 00
27. Contribución especial a individuos que llevan a cabo industria o negocio por cuenta propia (Véanse instrucciones) ........... (40) 0 00
28. **BALANCE:** • Si línea 25 es mayor que la suma de líneas 24, 26 y 27, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1.
    • Si línea 25 es menor que la suma de líneas 24, 26 y 27, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de página 1.
    • Si diferencia entre línea 25 y la suma de líneas 24, 26 y 27 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. (50) 52 00

LA CANTIDAD REFLEJADA EN LA LÍNEA 28 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1.

Período de Conservación: Diez (10) años

Número confirmación:            041420151044E575BC2232777

**Anejo A Individuo**
Rev. 31 oct 14

**DEDUCCIONES APLICABLES A CONTRIBUYENTES QUE SEAN INDIVIDUOS**

Año contributivo comenzado el __1__ de __enero__ de __2014__ y terminado el __31__ de __diciembre__ de __2014__

**2014**

Nombre del contribuyente: WILMARIE LOPEZ GONZALEZ

Número de Seguro Social: REDACTED

## Parte I — Deducciones Aplicables a Contribuyentes que sean Individuos (Véanse instrucciones)

1. Intereses hipotecarios

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| Primera residencia: | Primera | (01) | | 00 | (05) |
| | Segunda | (02) | | 00 | (06) |
| Segunda residencia: | Primera | (03) | | 00 | (07) |
| | Segunda | (04) | | 00 | (08) |

Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) ... 0 00 (09)
Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) ... 0 00 (10)
a) Total intereses hipotecarios pagados ... 0 00 (11)
b) Límite (Multiplique la suma del Encasillado 1, línea 5 de la planilla y la línea 1, Parte III del Anejo IE Individuo por 30% y anótelo aquí) ... 0 00 (12)
c) Deducción admisible por intereses hipotecarios (Anote la menor entre las líneas 1(a), 1(b) o $35,000. Si los intereses no exceden el 30% del ingreso para cualquiera de los 3 años anteriores, ennegrezca aquí ⚪ 1) (13) (Véanse instrucciones) ... (14) 0 00
2. Pérdida de su residencia principal debido a causas fortuitas (Véanse instrucciones) ... (15) 0 00
3. Gastos médicos (Parte III, línea 3) ... (16) 0 00
4. Donativos (Parte III, línea 8) ... (17) 17 00
5. Pérdida de bienes muebles por ciertas causas fortuitas (Véanse instrucciones) ... (18) 0 00
6. Aportaciones a sistemas gubernamentales de pensiones o retiro ... (19) 1,970 00
7. Aportaciones a cuentas de retiro individual (No exceder de $5,000 o $10,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Aportación | |
|---|---|---|---|---|
| | (20) | (23) | (26) | ⚪1Contrib. ⚪2 Cóny. |
| | (21) | (24) | (27) | ⚪1Contrib. ⚪2 Cóny. |
| | (22) | (25) | (28) | ⚪1Contrib. ⚪2 Cóny. |

Total aportaciones a cuentas de retiro individual ... (29) 0 00

8. Aportaciones a cuentas de ahorro de salud con plan médico de deducible anual alto (Véanse instrucciones):

| Institución | Núm. cuenta | Núm. Ident. Patronal | Aportación |
|---|---|---|---|
| | (34) | (36) | |

Deducible anual (30) _____  Tipo de cubierta: (32) ⚪1 Individual ⚪2 Individual y 55 años o más ⚪3 Familiar ⚪4 Familiar 55 años o más  Fecha efectividad (37) _____

| Institución | Núm. cuenta | Núm. Ident. Patronal | Aportación |
|---|---|---|---|
| | (35) | (38) | |

Deducible anual (31) _____  Tipo de cubierta: (33) ⚪1 Individual ⚪2 Individual y 55 años o más ⚪3 Familiar ⚪4 Familiar y 55 años o más  Fecha efectividad (39) _____

Total aportaciones (Sume la cantidad menor entre la aportación y el deducible anual de cada cuenta) ... (40) 0 00
9. Cuenta de Aportación Educativa (Parte II, línea (10) (Véanse instrucciones) ... (41) 0 00
10. Intereses sobre préstamos estudiantiles a nivel universitario (Véanse instrucciones):

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| | (42) | (44) | |
| | (43) | (45) | |

Total intereses sobre préstamos estudiantiles pagados ... (48) 0 00
11. Total deducciones aplicables a contribuyentes que sean individuos (Sume líneas 1 a la 10 y traslade al Encasillado 2, línea 6 de la planilla) ... (50) 1,987 00

## Parte II — Beneficiarios de Cuentas de Aportación Educativa (Véanse instrucciones)

| | Nombre, Inicial Apellido Pat. Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
|---|---|---|---|---|---|
| (01) | | | | | |
| | Institución financiera | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (02) | Nombre, Inicial Apellido Pat. Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
| | Institución financiera | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (03) | Nombre, Inicial Apellido Pat. Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
| | Institución financiera | Número de la cuenta | | Número de Identificación Patronal | 00 |

(10) **Total aportaciones** (Sume líneas (01) a la (03) y traslade a la Parte I, línea 9 de este Anejo) ... 00

Número confirmación: 041420151044E575BC2232777    Período de Conservación: Diez (10) años

*Planilla Radicada Electrónicamente*

Rev. 31 oct 14 — WILMARIE LOPEZ GONZALEZ — Anejo A Individuo - Página 2

**Nombre del contribuyente** WILMARIE LOPEZ GONZALEZ

**Número de Seguro Social**

**Parte III — Gastos Médicos y Donativos** (46)

| Nombre de la persona o institución a quien se hizo el pago | Número de Identificación Patronal | Naturaleza de la Organización | (A) Gastos Médicos | (B) Otros Donativos | (C) Servidumbres de Conservación e Instituciones Museológicas | (D) Donativos a Municipios |
|---|---|---|---|---|---|---|
| ASOCIACION DE MAESTROS (01) | 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 (15) | L | 0 00 | 17 00 (32) | 0 00 (49) | 0 00 |
| (02) | (16) | | | 00 (33) | 00 (50) | 00 | 00 |
| (03) | (17) | | | 00 (34) | 00 (51) | 00 | 00 |
| (04) | (18) | | | 00 (35) | 00 (52) | 00 | 00 |
| (05) | (19) | | | 00 (36) | 00 (53) | 00 | 00 |
| (06) | (20) | | | 00 (37) | 00 (54) | 00 | 00 |
| (07) | (21) | | | 00 (38) | 00 (55) | 00 | 00 |
| (08) | (22) | | | 00 (39) | 00 (56) | 00 | 00 |
| (09) | (23) | | | 00 (40) | 00 (57) | 00 | 00 |
| (10) | (24) | | | 00 (41) | 00 (58) | 00 | 00 |
| (11) | (25) | | | 00 (42) | 00 (59) | 00 | 00 |
| (12) | (26) | | | 00 (43) | 00 (60) | 00 | 00 |
| (13) | (27) | | | 00 (44) | 00 (61) | 00 | 00 |
| (14) | (28) | | | 00 (45) | 00 (62) | 00 | 00 |

1. Total Columnas A, B, C y D ............................................. (29) — 0 00 (46) — 17 00 (63) — 0 00 (66) — 0 00

2. Multiplique el ingreso bruto ajustado (Encasillado 1, línea 5 de la planilla o línea 6, Columnas B y C del Anejo CO Individuo) por 6% y anótelo aquí (Véanse instrucciones) ............... (30) — 0 00

3. Deducción admisible por gastos médicos (Línea 1 menos línea 2. Anote aquí y en la Parte I, línea 3 de este Anejo o en la línea 7C del Anejo CO Individuo) ........................................... (31) — 0 00

4. Multiplique el ingreso bruto ajustado (Encasillado 1, línea 5 de la planilla o línea 6, Columnas B y C del Anejo CO Individuo) por 50% y anótelo aquí (Véanse instrucciones) ............... (47) — 11,248 00

5. Deducción por otros donativos (Anote la menor de las líneas 1B y 4) ............ (48) — 17 00

6. Multiplique el ingreso bruto ajustado (Encasillado 1, línea 5 de la planilla o línea 6, Columnas B y C del Anejo CO Individuo) por 30% y anótelo aquí (Véanse instrucciones) ............... (64) — 0 00

7. Deducción por donativos a Servidumbres de Conservación e Instituciones Museológicas (Anote la menor de las líneas 1C y 6) .. (65) — 0 00

8. Total deducción admisible por donativos (Sume líneas 1D, 5 y 7. Anote aquí y en la Parte I, línea 4 de este Anejo o en la línea 7D del Anejo CO Individuo) .......................................................................................................................... (70) — 17 00

Número confirmación: 041420151044E575BC2232777    Período de Conservación: Diez (10) años

*Planilla Radicada Electrónicamente*

**Anejo A1 Individuo**
Rev. 31 oct 14



**DEPENDIENTES**

Año contributivo comenzado el __1__ de __enero__ de __2014__ y terminado el __31__ de __diciembre__ de __2014__

**2014**

Nombre del contribuyente: WILMARIE LOPEZ GONZALEZ

Número de Seguro Social: REDACTED

| Parte I | Información sobre Dependientes (Véanse instrucciones) | 55 |

**INFORMACIÓN IMPORTANTE**

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge para fines contributivos, no debe incluir a su cónyuge como parte de sus dependientes.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

☞ Ennegrezca el óvalo de custodia compartida si el dependiente está sujeto a esta condición. La exención será de $1,250 para cada contribuyente.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Custodia Compartida | Fecha de Nacimiento Día / Mes / Año | Parentesco | Categoría* (N)(U)(I) | Número de Seguro Social |
|---|---|---|---|---|---|---|---|---|
| (01) | EDISON J | VEGA | LOPEZ | ⊗ | 13-02-2012 | Hijo | N | REDACTED |
| (02) | NAIYELIS M | RODRIGUEZ | LOPEZ | ⊗ | 02-11-2006 | Hija | N | |
| (03) | | | | ○ | | | | |
| (04) | | | | ○ | | | | |
| (05) | | | | ○ | | | | |
| (06) | | | | ○ | | | | |
| (07) | | | | ○ | | | | |
| (08) | | | | ○ | | | | |
| (09) | | | | ○ | | | | |
| (10) | | | | ○ | | | | |

* Véanse instrucciones.    Período de Conservación: Diez (10) años
Número confirmación:  041420151044E575B02232777

*Planilla Radicada Electrónicamente*

| Formulario Form 499R-2/W-2PR Rev. 09.14 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 222 | | | |
| 1. Nombre - First Name<br><br>WILMARIE | 3. Núm. Seguro Social / Social Security No.<br>REDACTED | 7. Sueldos - Wages<br>22,496 | 17. Total Sueldos Seguro Social / Social Security Wages<br>0 |
| Apellido(s) - Surname(s)<br><br>LOPEZ GONZALEZ | 4. Núm. de Identi. Patronal / Employer Ident. No. (EIN)<br>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 | 8. Comisiones - Commissions<br>0<br>9. Concesiones - Allowances<br>0 | 0<br>18. Seguro Social Retenido / Social Security Tax Withheld<br>0 |
| Dirección Postal del Empleado - Employee's Mailing Address<br><br>CARR 414 KM 26 INT BO CRUCES Aguada PR 00602 | 5. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage<br>0<br>6. Donativos / Charitable Contributions<br>0 | 10. Propinas - Tips<br>0<br>11. Total = 7 + 8 + 9 + 10<br>22,496<br>12. Gastos Reemb. y Beneficios Marginales Reimb. Expenses and Fringe Benefits<br>0 | 0<br>19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips<br>22,496 |
| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address<br>dept educ- clasificados<br>AVE TENIENTE CESAR GONZALEZ ESQUINA CALAF<br>San Juan PR 00919 | Patrono: - Employer:<br>• Envíe a: - Send to:<br>Social Security Administration<br>Data Operations Center<br>Wilkes-Barre, PA 18769-0001<br>Con la<br>With the W-3PR | 13. Cont. Retenida - Tax Withheld<br>191<br>14. Fondo de Retiro Gubernamental / Governmental Retirement Fund<br>1,970 | 20. Contrib. Medicare Retenida / Medicare Tax Withheld<br>326<br>21. Propinas Seguro Social / Social Security Tips |
| Número de Teléfono del Patrono / Employer's Telephone Number | • Envíe al Departamento de Hacienda electrónicamente<br>Send to Department of the Treasury electronically<br>(www.hacienda.gobierno.pr)<br>• Entregue dos copias al empleado<br>Deliver two copies to employee<br>• Conserve copia para sus récords<br>Keep copy for your records | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS<br>0 | 0 |
| Fecha Cese de Operaciones: / Cease of Operations Date: | | 16. Salarios Exentos (Ver instrucciones) Exempt Salaries (See instructions)<br>0 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips<br>0 |
| Número Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number<br>S140003 | | 16A. Código de Salarios Exentos / Exempt Salaries Code | |
| Número Control - Control Number<br>004413631 | Año:<br>Year: 2014 | 16B. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program<br>0 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips<br>0 |
| Fecha de radicación: 31 de enero - Filing date: January 31 | | | |

*Planilla Radicada Electrónicamente*