Wilmarie López González
P.O. Box 132
Aguada, P.R. 00602

RECEIVED
2022 SEP -6 PM 3:20

U.S. POSTAGE PAID
AGUADA, PR
00602
SEP 03, 22
AMOUNT
$0.84
R2305K134666

Secretaria (Clerk's Office)
Tribunal del Distrito de Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-1767