**Exhibit B**

Modelo SC-735
31-Jan-01

Original – ACC
Copia – Agencia
PRIFAS

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADM. DE LA INDUSTRIA Y EL DEPORTE HIPICO
Agencia

☒ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

Pag. ___ de ___

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|---|---|---|---|---|---|---|---|---|---|
| EV | 089 | 16890409 | POTRERO LOS LLANOS, INC. | 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 | A | | NATIVO HIP 33 | 13 OCTUBRE 2015 | $ 1,400.00 |

Dirección: PO BOX 1914
COAMO, PR 00769

### OBLIGACION DE REFERENCIA / Línea / CIFRA DE DEPENDENCIA DE INVENTARIO

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | CD | Importe | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad | Propiedad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 089 | | | APORTACION PARA LA COMPRA DE EJEMPLAR SEGUN RESOLUCION SOBRE DISTRIBUCION 2015 CASO NUM JH-05-19 SUBASTA REALIZADA EL 6 DE AGOSTO DE 2015 DUEÑO ANGEL MORALES EJEMPLAR MI ABOGADA '14 | S | 1,400.00 | E6210 | 247 | 0890000 | | 779 | 2004 | | F | | | |

Total o Subtotal  $ 1,400.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente

Nombre y Firma Delegado Comprador

Fecha _____ Teléfono _____

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

LUZ R. MATOS HERNANDEZ
Nombre y Firma Oficial Certificador
13/oct/15   768-2005
Fecha   Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

LCDO. LUIS A. NIETZSCHE CRUZ
Nombre y Firma Jefe, Agencia o su Repte. Aut.
16 oct 2015   768-2005
Fecha   Teléfono

Para uso del Departamento de Hacienda

Aprobado por: _____

Nombre y Firma
Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor lo que ocurra primero



ADMINISTRACION DE LA INDUSTRIA Y
**EL DEPORTE HÍPICO**

EV = 16890409

## DISTRIBUCIÓN CREDITO 2015
## NATIVO HIP 33

Nombre de dueño o criador: **Angel Morales**

Distribución: **$1,400 POR EJEMPLAR**

| Nombre del ejemplar, potro padrote | Precio | Credito Aplicado |
|---|---|---|
| MI ABOGADA '14 | $10,000.00 | 1,400.00 |
|  | $10,000.00 | 1,400.00 |

Total de Credito Aprobado  $1,400.00

Distribución del Credito a Pagar:

1) Potrero Los Llanos          $1,400.00

Revisado por: NYDIA HIRALDO RIVERA
Puesto: SUBDIRECTORA PRES. Y FINANZAS
Firma:
Fecha: 8/oct/2015

Aprobado por: LCDO. LUIS A. NIETZSCHE CRUZ
Puesto: SUBADMINISTRADOR HIPICO
Firma:
Fecha: 8 oct 2015

15/oct/15

AIDH-100
15/julio/2007

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE LA INDUSTRIA Y EL DEPORTE HIPICO
PO BOX 29156
SAN JUAN, PUERTO RICO

**SOLICITUD DE PAGO**
(Nativos)

Se solicita activar la concesión del Descuento en Compra para la adquisición del/de los **Mi Abogada (4)** otorgado al solicitante **Angel Morales**
(Ejemplar, Potro o Badrote Nativo)    (Nombre Completo)
para la subasta celebrada el día **6/08/15**, por la cantidad de
(dd/mes/año)
$ **10,000.00**.

Se hace entrega de los siguientes documentos para ser acreedor al pago solicitado y éste no será mayor del veinticinco por ciento (25%) del precio por ejemplar adquirido o la cantidad equivalente a los comprobantes autorizados al adquirente:

☐ Copia del contrato de compraventa que identifica el ejemplar o potro adquirido, nombre del adquirente, nombre del criador y el precio de venta de dicho ejemplar nativo o potro nativo.

☐ Los comprobantes que le fueron entregados por el adquirente al momento de la compra en la subasta.

☐ Certificación de que el dueño adquirente le adeuda la cantidad solicitada y que la misma no ha sido satisfecha de ninguna forma. Deberá estar firmada tanto por el criador como el adquirente.

**INFORMACION DEL CRIADOR**

1. Nombre del Criador: **Potrero Los Llanos, Inc.**
   Paterno    Materno    Nombre    Inicial

2. Número de Seguro Social: **66-0312568**

3. Dirección Residencial: _____
   Calle y Número       Urbanización
   _____
   Barrio       Pueblo       Zona Postal

4. Dirección Postal: **P.O. Box 1914**
   **Coamo, P.R. 00769**

5. Teléfono Residencial: **787-825-0326**  6. Teléfono Celular: _____

7. Fecha y Lugar de Nacimiento: _____  _____
   (dd/mes/año)       Lugar

8. Nombre y Dirección Familiar cercano que no viva con usted: _____
   _____

9. Información relacionada al cónyuge:

   Nombre: _____
   Paterno       Materno       Nombre    Inicial
   Núm. Seguro Social: _____  Núm. Teléfono: _____

   Ocupación: _____

**Certifico,** que la venta realizada en la subasta descrita en la Solicitud de Pago cumplió con las disposiciones de la Ley Hípica y con el Reglamento para la Utilización de Premios No Reclamados.

_____  
Firma del Criador

9/16/15  
Fecha de la Solicitud

| NO ESCRIBA EN LOS ESPACIOS SIGUIENTES ||
|---|---|
| **CERTIFICO,** que el (la) criador tiene licencia vigente y que ha cumplido con las disposiciones de la Ley Hípica, según enmendada y el Reglamento Hípico.<br><br>Licencia Número: 12-002<br>Otorgada el día: 21 junio 2012<br>Fecha de expiración: 21 junio 2016<br><br>_____<br>Director(a) División Registros y Licencias<br>O Su Representante Autorizado<br><br>**CERTIFICO,** que la División de Registros y Licencias recibió la Certificación del Jockey Club registrando el ejemplar adquirido en esta Solicitud de Pago. Que se le notificará al nuevo dueño la solicitud de inscripción del ejemplar o potro nativo en el Registro Genealógico de Puerto Rico.<br><br>_____<br>Oficial de Registros y Licencias<br>O Su Representante Autorizado | **CERTIFICO,** que la transacción cumple con lo establecido por la Ley Hípica, según enmendada y con el Reglamento para la Utilización de Premios No Reclamados.<br><br>_____<br>Director(a) Oficina de Presupuesto y Finanzas<br>O Su Representante Autorizado<br><br>[X] Aprobado     [ ] Denegado<br><br>Justificación: _____<br>_____<br>_____<br><br>_____<br>Administrador(a) Hípico(a) |



*Equine Associates of PR*
P.O. Box 1672 * Canovanas, P.R. 00729

## POST-PURCHASE EXAMINATION

DATE: 8/6/2015　　　　　STABLE/OWNER: ANADELMA

HIP #: 33　　　　　　　　HORSE NAME: MI ABOGADA '14

*ENDOSCOPIC EXAMINATION:*

T – 2

*RADIOGRAPHIC EXAMINATION:*

1. Left Front Foot: NSF
2. Left Front Fetlock: NSF
3. Left Carpus: NSF
4. Left Front MCIII: NSF
5. Right Front Foot: NSF
6. Right Front Fetlock: NSF
7. Right Carpus: NSF
8. Right Front MCIII: NSF
9. Left Hind Fetlock: Moderate proximal P1 dorsal fragment.
10. Left Tarsus: NSF
11. Left Stifle: NSF
12. Right Hind Fetlock: NSF
13. Right Tarsus: NSF
14. Right Stifle: NSF

COMMENTS: This horse meets condition of sale with a discount.

VETERINARIAN

Office: 787-427-8648, 787-886-1030 * Fax 787-886-1030 * E-mail: info@equinepr.org

**Potrero Los Llanos, Inc.**
P.O. Box 1914
Coamo, PR 00769
Tel. 787-825-0326 / Fax. 787-825-6767

Factura: Morales 15-33
Fecha: 31 de agosto de 2015

**Sr. Angel Morales**
Est. Anadelma
Calle 5 Parcela 339
Bo. Torrecilla Alta
Canóvanas, PR 00729
Tel. 787-876-5650/787-923-4164

| Concepto | Costo | Pagos | Ajustes | Balance |
|---|---|---|---|---|
| Compra de Hip # 33 Mi Abogada 14 | $ 10,000.00 | | | $ 10,000.00 |
| Menos: Desc. AIDH Hip # 11 | | | $ 1,400.00 | $ 8,600.00 |
| TOTAL | | | | $ 8,600.00 |

Recuerde que hay un incentivo de $1,400.00 por ejemplar. Ver carta adjunta. IMPORTANTE. Deseamos informarle que ya tenemos el sistema de ATH y Tarjeta de Credito disponible, si gusta podemos recibir y/o procesar su pago por via electronica.

En Coamo, Puerto Rico, hoy 6 de agosto de 2015.

Angel Morales
DUEÑO (CORPORACION)

[signature]
FIRMA

Calle 5 Parcela 339
Bo. Torrecilla Alta Canovanas, P.R.
DIRECCION
00729

AFFIDAVIT NO. 13046

GARANTIZADOR - DUEÑO (INDIVIDUO)

Establo Anadelma
NOMBRE DE ESTABLO

787-923-4164
TELEFONOS

Jurado y suscrito ante mi, Notario Público, por el (los) Sr. (es) Angel Morales, mayor de edad y vecino(a) de Canovanas, Puerto Rico, hoy día 24 de agosto de 2015.

[signature]
NOTARIO PÚBLICO

## DECLARACION JURADA

Yo, Eduardo Maldonado Ruíz, mayor de edad, soltero y vecino de Coamo, Puerto Rico, bajo juramento DECLARO:

1. Que mi nombre y demás circunstancias personales son las anteriormente expresadas.

2. Que soy el Vice-Presidente del Potrero Los Llanos, Inc. corporación que se dedica a la crianza y venta de caballos de carreras.

3. Que el pasado 6 de agosto de 2015 efectuamos nuestra Subasta de Potros, la que celebramos anualmente.

4. Que hemos sometido a la Oficina de la Administración de la Industria y el Deporte Hípico la correspondiente Solicitud de Pagos de Incentivos, por la venta de 34 ejemplares, vendido en la subasta.

5. Que se nos solicta por la Administración por requerimiento del Departamento de Hacienda indiquemos si tenemos alguna deuda contributiva con el Departamento de Hacienda.

6. Que a tales efectos existe una alegada deuda a nombre a Potrero Los Llanos, Inc. por el pago del IVU.

7. Que hemos contratado los servicios profesionales de una firma de abogados que nos representa en la impugnación de la alegada deuda, ya que no la reconocemos.

8. Que nuestros abogados preparan la acción correspondiente para atender dicho asunto, incluyendo pero no limitandose a una investigación.

9. Que se presenta esta Declaración Jurada con el propósito de notificar al Administrador de la Industria y el Deporte Hípico de dicha situación y a su vez, pueda considerar emitir los pagos de los incentivos que se solicitan y que se otorgan por concepto de venta de ejemplares en la subasta celebrada el 6 de agosto de 2015.

Y PARA QUE ASI CONSTE, juro y firmo la presente Declaración Jurada en San Juan, Puerto Rico, hoy día 6 de octubre de 2015.

Eduardo Maldonado Ruiz

Afidávit Núm.: 403

Jurada y suscrita ante mi por Eduardo Maldonado Ruíz, de las circunstancias personales anteriormente expresadas, a quien Doy Fe de conocer personalmente en San Juan, Puerto Rico, hoy día 6 de octubre de 2015.




## Instrucciones - Retención de Pagos - HACIENDA

Janira J. Figueroa Rodriguez

| | |
|---|---|
| **Enviado el:** | martes, 20 de octubre de 2015 10:46 |
| **Para:** | potrero1.em@gmail.com |
| **CC:** | Wilfredo Padilla; Lcdo. Nietzsche Cruz; hiraldon@adh.gobierno.pr |
| **Datos adjuntos:** | GARNISHMENT Instrucciones ~1.pdf (362 KB) |

Buenos Días, Eduardo.

Sólo una corta nota para confirmarte que las 34 "Solicitudes de Pago de Incentivos por Compra de Ejemplares Subastados" que sometiste en nuestra oficina ya fueron trabajadas, procesadas y aprobadas a través del Sistema de Contabilidad PRIFAS del Dpto. de Hacienda. Sin embargo, es nuestra responsabilidad notificarte acerca de la nuevas instrucciones internas que han sido impartidas por el Dpto. de Hacienda en cuanto a la retención de pagos. Estas instrucciones entraron en vigor a partir del 1 de julio de 2015. Adjunto comunicación oficial del Departamento.

Desafortunadamente al momento de aprobar las Solicitudes de Potrero Los Llanos, en el sistema aparece el "Garnishment". Estoy al tanto de las gestiones que haz estado realizando para aclarar esta situación con el Dpto. de Hacienda pero es imperativo que sepas que, ya a este punto, la retención o liberación de los pagos no está en nuestras manos.

Si tuvieras alguna duda o necesitaras algún tipo de colaboración, estamos a la orden.

SALUDOS...
*Janira J. Figueroa Rodríguez*
DIRECTORA
Oficina de Presupuesto y Finanzas - AIDH
Administración de la Industria y el Deporte Hípico
(787) 768.2135 xt 244
figueroaj@adh.gobierno.pr

$11,586.94

```
MODELO            ESTADO LIBRE ASOCIADO DE PUERTO RICO       FECHA: 26-10-2015
SC 6096A               DEPARTAMENTO DE HACIENDA              HORA : 08:59
17 MAY 10              AREA DE RENTAS INTERNAS               PAG. 1 DE 1

                   CERTIFICACION DE DEUDA VIA ELECTRONICA

NUM. CUENTA: 001 XX-XXX2568/000 POTRERO LOS LLANOS INC

PO BOX 1914
COAMO        PR 00769          *COMPUTOS HASTA: 26-10-2015

       CERTIFICO QUE EL CONTRIBUYENTE ARRIBA DESCRITO
       NO TIENE DEUDAS TASADAS POR CONCEPTO DE
       CONTRIBUCION SOBRE INGRESOS, PATRONAL Y
       ARBITRIOS AL DIA DE 26-10-2015 EN NUESTRO
       SISTEMA PRITAS.
```

BALANCE PENDIENTE: DEUDA DE PLANILLA DEL IVU $257,895.28.
                   CONTRIBUCION ESPECIAL PROPIEDAD INMUEBLE $0.02.


ESTA CERTIFICACION NO INCLUYE DEUDAS PENDIENTES POR TASAR O EN PROCESO DE
INVESTIGACION POR EL NEGOCIADO IMPOSITIVO A LA FECHA DE ESTA CERTIFICACION.


A D V E R T E N C I A :

FAVOR DE REVISAR ESTE DOCUMENTO EN DETALLE. DE EXISTIR DEUDA, Y ESTAR DE
ACUERDO, PUEDE REALIZAR EL PAGO EN CUALQUIERA DE LAS COLECTURIAS DE RENTAS
INTERNAS DEL DEPARTAMENTO DE HACIENDA O COLECTURIA VIRTUAL. DE NO ESTAR DE
ACUERDO, DEBERA PRESENTAR SU RECLAMACION EN LOS CENTROS DE SERVICIO AL
CONTRIBUYENTE. LA RECLAMACION DEBE DE INCLUIR LA EVIDENCIA DEL PAGO PARA
CADA UNO DE LOS PERIODOS CONTRIBUTIVOS RECLAMADOS, COPIAS DE LAS PLANILLAS
O CUALQUIER OTRO DOCUMENTO QUE EVIDENCIA QUE LA DEUDA NO PROCEDE.

------------------------------------------------------------------------
                       CODIGO: D1529960332850
       SI NECESITA VALIDAR LA INFORMACION CONTENIDA EN ESTE DOCUMENTO,
       FAVOR DE ACCEDER A HTTP://WWW.PR.GOV