**Exhibit D**

Modelo SC 725
31-Jan-01

Original – ACC
Copia – Agencia
PRIFAS

☑ COMPROBANTE DE PAGO   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADM. DE LA INDUSTRIA Y EL DEPORTE HIPICO
Agencia

Pag _____ de _____

### IDENT. DEL DOCUMENTO

| CT | Agen | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | CIFRA DE DEPENDENCIA DE INVENTARIO |||
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Fecha | Importe Total del Documento | |
| EV | 089 | 16890411 | POTRERO LOS LLANOS, INC. | 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 | A | | NATIVO HIP 5 | 13 OCTUBRE 2015 | $ 1,400.00 | |

Dirección: PO BOX 1914
COAMO, PR 00769

### OBLIGACION DE REFERENCIA / Línea

| LN | Agen | Número Orden de Compra o Número Obligación Contrato | Importe | Descripción | Importe | Línea de Distribución (Cifra de Cuenta) ||||||| Propiedad |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Cuenta | Fondo | Organización | Prog. | Asig | Año Pres. | Aportación Federal | P/F | Clave | Unidad |
| 01 | 089 | | | APORTACION PARA LA COMPRA DE EJEMPLAR SEGUN RESOLUCION SOBRE DISTRIBUCION 2015 CASO NUM JH-05-19 SUBASTA REALIZADA EL 6 DE AGOSTO DE 2015 DUEÑO FELIX CRIQUIT EJEMPLAR: OH MR POSTMAN '14 | $ 1,400.00 | E6210 | 247 | 0890000 | | 779 | 2004 | | F | | |

Total o Subtotal  $  1,400.00

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y/o servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

_____
Nombre y Firma Delegado Comprador

Fecha _____  Teléfono _____

Certifico que los artículos y/o servicios fueron recibidos según las especificaciones.

LUZ R MATOS HERNANDEZ
Nombre y Firma Oficial Certificador

13/Oct/15  Fecha    768-2005 Teléfono

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo

LCDO LUIS A. NIETZSCHE CRUZ
Nombre y Firma Jefe, Agencia o su Repte. Aut.
16 oct 2015  Fecha    768-2005 Teléfono

Para uso del Departamento de Hacienda
Aprobado por: _____
Nombre y Firma
_____ Título
Fecha   Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.



ADMINISTRACIÓN DE LA INDUSTRIA Y
**EL DEPORTE HÍPICO**

$EV = 16890411...$

## DISTRIBUCIÓN CREDITO 2015
## NATIVO HIP 5

Nombre de dueño o criador:    Felix Criquit

Distribución:    $1,400 POR EJEMPLAR

| Nombre del ejemplar, potro padrote | Precio | Credito Aplicado |
|---|---|---|
| DH MR POSTMAN '14 | $9,000.00 | 1,400.00 |
|  | $9,000.00 | 1,400.00 |

Total de Credito Aprobado    $1,400.00

Distribución del Credito a Pagar:

1) Potrero Los Llanos          $1,400.00

Revisado por: NYDIA HIRALDO RIVERA
Puesto: SUBDIRECTORA PRES. Y FINANZAS
Firma:
Fecha: 8 oct 2015

Aprobado por: LCDO. LUIS A. NIETZSCHE CRUZ
Puesto: SUBADMINISTRADOR HIPICO
Firma:
Fecha: 8 oct 2015

15/oct/15

AIDH-100
15/julio/2007

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE LA INDUSTRIA Y EL DEPORTE HIPICO
PO BOX 29156
SAN JUAN, PUERTO RICO

**SOLICITUD DE PAGO**
(Nativos)

HIP 5

Se solicita activar la concesión del Descuento en Compra para la adquisición del/de los __Oh Mr Postman 14'__ otorgado al solicitante __Felix Criquit__
(Ejemplar, Potro o Padrote Nativo)                                   (Nombre Completo)
para la subasta celebrada el día __6/08/15__, por la cantidad de
                                (dd/mes/año)
$ __9,000.00__

Se hace entrega de los siguientes documentos para ser acreedor al pago solicitado y éste no será mayor del veinticinco por ciento (25%) del precio por ejemplar adquirido o la cantidad equivalente a los comprobantes autorizados al adquiriente:

☐ Copia del contrato de compraventa que identifica el ejemplar o potro adquirido, nombre del adquiriente, nombre del criador y el precio de venta de dicho ejemplar nativo o potro nativo.

☐ Los comprobantes que le fueron entregados por el adquiriente al momento de la compra en la subasta.

☐ Certificación de que el dueño adquiriente le adeuda la cantidad solicitada y que la misma no ha sido satisfecha de ninguna forma. Deberá estar firmada tanto por el criador como el adquiriente.

**INFORMACION DEL CRIADOR**

1. Nombre del Criador: __Potrero Los Llanos, Inc.__
   Paterno    Materno    Nombre    Inicial

2. Número de Seguro Social: __66-0312568__

3. Dirección Residencial: _____
   Calle y Número            Urbanización

   _____
   Barrio            Pueblo            Zona Postal

4. Dirección Postal: __P.O. Box 1914__
   __Coamo, P.R. 00769__

5. Teléfono Residencial: __787-825-0326__ 6. Teléfono Celular: _____

7. Fecha y Lugar de Nacimiento: _____ _____
   (dd/mes/año)            Lugar

8. Nombre y Dirección Familiar cercano que no viva con usted: _____
   _____

9. Información relacionada al cónyuge:

   Nombre: _____
   Paterno    Materno    Nombre    Inicial
   Núm. Seguro Social: _____ Núm. Teléfono: _____

   Ocupación: _____



## YEARLING EXAM REPORT

Horse Name: Oh Mr Postman 2014, Hip 5   Sales: Pot. Los Llanos, 6 August 2015

Microchip: 985170002965127  Age: 1 year  Color: bay  Sex: filly  Breed: thbd

Buyer: Est. Becky

ENDOSCOPIC EXAM:
    UPPER RESPIRATORY TRACT - No significant findings (NSF)
RADIOGRAPHIC FINDINGS:

| BODY PART | FINDING | BODY PART | FINDING |
|---|---|---|---|
| LF FOOT | Distal PIII border indentation | RF FOOT | Distal PIII border indentation |
| LF FETLOCK | NSF | RF FETLOCK | NSF |
| L KNEE | NSF | R KNEE | NSF |
| LH FETLOCK | NSF | RH FETLOCK | NSF |
| L HOCK | NSF | R HOCK | NSF |
| L STIFLE | NSF | R STIFLE | NSF |

RADIOGRAPHIC INTERPRETATION:
    Front feet findings are most consistent with a normal anatomic variant named crena solearis but osteomyelitis or a solar keratoma cannot be completely ruled out.

Veterinarian: José de Angel, DVM          License #: 357

EQUUS CENTRO DE MEDICINA VETERINARIA
Clinica Veterinaria - Hipódromo Camarero
Canóvanas, Puerto Rico

## Hip 5 ~ Oh Mr Postman 2014









EQUUS CENTRO DE MEDICINA VETERINARIA
Clínica Veterinaria - Hipódromo Camarero
Canóvanas, Puerto Rico

**Potrero Los Llanos, Inc.**
**P.O. Box 1914**
**Coamo, PR 00769**
**Tel. 787-825-0326 / Fax. 787-825-6767**

Factura: Criquit 15-5
Fecha: 31 de agosto de 2015

**Sr. Felix Criquit**

Calle 15Q 30 Villas de Loiza
Canovanas, PR 00729

Tel. 787-564-6503
Tel. 787-256-0368

| Concepto | Costo | Pagos | Ajustes | Balance |
|---|---|---|---|---|
| Compra de Hip # 05 - Oh Mr Postman 14 | $ 9,000.00 | | | $ 9,000.00 |
| Menos: Desc. AIDH | | | $ 1,400.00 | $ 7,600.00 |
| Menos: 5% Desc. Pago Cash | | | $ 380.00 | $ 7,220.00 |
| Su Pago Gracias Ck 2970007005 8/24/15 | | $ 7,220.00 | | $ - |
| TOTAL | | | | $ - |

**Recuerde que hay un incentivo de $1,400.00 por ejemplar. Ver carta adjunta. IMPORTANTE.**
Deseamos informarle que ya tenemos el sistema de ATH y Tarjeta de Credito disponible, si gusta podemos recibir y/o procesar su pago por via electronica.

Potrero Los Llanos, Inc.
P.O. Box 1914 Coamo, PR 00769
Tel. 787-825-0326//Fax. 787-825-6767

NUM. **5**

# PAGARE

NOMBRE **OH MR POSTMAN**

## A LA PRESENTACION

$ **7,000.00** Por valor recibido debo y pagaré solidariamente a la orden de Potrero Los Llanos, Inc. (en adelante denominada "POTRERO") la suma de _____ dólares en moneda legal y corriente de los Estados Unidos de América, con interés a razón del 10 por ciento anual hasta el 31 de marzo del 2016. Posterior a esta fecha, la tasa de interés se incrementará al 18 por ciento.

En caso de reclamación ya sea administrativa o judicial de esta obligación, con la mera radicación de una demanda o procedimiento administrativo me (nos) comprometo(o) (emos) como Deudor y/o Garantizador a pagar los gastos, honorarios de abogado en que incurriera el poseedor de este pagaré, más una cantidad igual al diez por ciento (10%) de la suma principal adeudada de esta obligación al poseedor de este pagaré. Expresamente me (nos) someto(o) (emos) a la jurisdicción y competencia de los Tribunales en San Juan, Puerto Rico.

El Deudor y/o Garantizador mediante el presente documento autoriza y ordena a Camarero Race Track Corp. (en adelante denominada "CRT") para que en lo sucesivo, retenga con carácter irrevocable e incondicional y entregue y/o remita a POTRERO el cien por ciento (100%) de toda cantidad neta que se le deba pagar al Deudor y/o Garantizador por concepto de los premios ganados por cualquiera de sus caballos, que compiten en el Hipódromo Camarero, ya sea a su nombre o bajo alguna personalidad jurídica, incluyendo los dineros a recibir por concepto de reclamos según detallado más adelante. El Deudor y/o Garantizador por la presente cede, asigna y transfiere todos sus derechos, títulos o intereses sobre esos premios o fondos a favor de POTRERO para que estos sean abonados y aplicados primero a los gastos, honorarios de abogados, intereses y después al principal de los plazos de este pagaré, hasta tanto las deudas sean pagadas en su totalidad. El Deudor y/o Garantizador autoriza además a la Confederación Hípica de Puerto Rico, Inc. o a cualquier otra organización de dueños de ejemplares a la que este pertenezca, a retener cualesquier premio, incentivo, dividendo o pago que deba recibir el Deudor y/o Garantizador y pagarlos a POTRERO para ser abonados y aplicados a los pagarés, primero a los gastos, honorarios de abogados, intereses y después al principal de los plazos de este pagaré, hasta tanto las deudas sean pagadas en su totalidad. Acuerdo además, como Deudor y/o Garantizador, que si las cantidades retenidas y luego enviadas a POTRERO por concepto de premios, resulta ser menor al total adeudado para el plazo o pago del principal o interés pagadero, conforme establece el pagaré, es mi obligación pagar la diferencia en la fecha estipulada en el pagaré. En la eventualidad de que la obligación contraída sea declarada en incumplimiento conforme aquí se detalla, el Deudor y/o Garantizador autoriza a CRT, para que este transfiera y pague a favor de POTRERO, todos sus derechos, títulos o intereses sobre los premios o fondos que le correspondan y que estén depositados a su nombre, para que sean abonados al montante adeudado, hasta su saldo.

Ante la deuda contraída, el Deudor y/o Garantizador se obliga y reconoce que no puede vender, arrendar, ceder, transferir, pignorar ni asignar ninguno de los ejemplares adquiridos hasta tanto el (los) pagaré (s) y sus intereses se hayan liquidado. En caso de efectuar la venta, arrendamiento, cesión, transferencia, pignoración o asignación de los ejemplares, esto será considerado como un incumplimiento a este contrato y de los pagarés. Dicho incumplimiento le otorga el derecho a POTRERO, así como a cualquier otro poseedor del pagaré, de decretar el vencimiento de la deuda y establecer que la misma es líquida y exigible y tomar cualquier acción legal o administrativa que estime conveniente.

Ejercida la opción de acelerar el pago del pagaré por parte de POTRERO, o cualquier otro poseedor del mismo, si cualquier caballo que aparezca en la lista que se acompaña en el Anejo A es reclamado, POTRERO tendrá el derecho de aplicar el pago total del reclamo al balance adeudado del correspondiente pagaré y el Deudor y/o Garantizador por la presente cede, asigna y transfiere todos sus derechos del dinero producto del Reclamo a favor de POTRERO. Si lo pagado por el reclamo no fuera suficiente para cubrir la totalidad del balance adeudado y sus respectivos intereses, sin limitar los derechos de POTRERO o de cualquier otro poseedor, el Deudor y/o Garantizador se obliga a pagar la diferencia entre el valor del reclamo y la parte no pagada del principal e intereses. El Deudor y/o Garantizador por la presente autoriza a CRT a retener los fondos productos de la venta en reclamo para beneficio de POTRERO y entregárselo a éste a su requerimiento.

En caso de que el Deudor y/o Garantizador adeude, por razón de no haber pagado en su día dos (2) plazos consecutivos, o en la eventualidad de que POTRERO o cualquier otro poseedor del pagaré haya optado por ejercer su derecho de acelerar sin notificación previa el pago total de la deuda por cualquier incumplimiento en que haya incurrido el Deudor y/o Garantizador, éste último por la presente autoriza a CRT a retener el cien por ciento (100%) neto de todos los premios de programa de todos los ejemplares que se encuentren inscritos a nombre de éste en los registros de la Administración de la Industria y el Deporte Hípico. Dichos premios retenidos serán enviados por CRT a POTRERO y estos fondos serán aplicados a balances adeudados en los pagarés, primero a intereses y después al principal y el Deudor y/o Garantizador por la presente cede, asigna y transfiere a favor de POTRERO todos sus derechos, títulos e intereses sobre estos dineros que sean necesarios para satisfacer todas sus obligaciones, sujeto a los términos de los pagarés y de este documento. El Deudor y/o Garantizador expresamente releva a y renuncia a cualquier acción, reclamación o demanda contra CRT y la Confederación Hípica de Puerto Rico, Inc., por las retenciones y entregas de fondos aquí autorizadas.

El Deudor y/o Garantizador no asignará, transferirá, pignorará ni cederá sus derechos, títulos o interés sobre los dineros producidos por los premios de programa a ninguna otra persona sin la previa autorización expresa y por escrito de POTRERO hasta tanto la deuda representada por este pagaré se haya pagado en su totalidad.

Todas las autorizaciones y cesiones otorgadas por este documento permanecerán en toda su fuerza y vigor hasta tanto todas las obligaciones del Deudor y/o Garantizador con POTRERO y el (los) pagaré (s) y sus intereses hayan sido pagados en su totalidad.

El incumplimiento de cualquiera de las disposiciones de este documento será considerado como una violación a las condiciones de (los) pagaré(s), y en tal caso Potrero Los Llanos, Inc., o cualquier otro poseedor del pagaré tendrá derecho de acelerar el vencimiento del pago del (los ) pagaré(s) sin notificación de clase alguna.

Nada de lo aquí dispuesto se entenderá que afecta la negociabilidad del (los) pagaré(s) y todas las condiciones aquí expresadas son en adición y no en sustitución de las condiciones y términos del (los) pagaré(s) y se entiende que el (los) pagaré(s) se puede(n) ejecutar como instrumentos separados de acuerdo a los términos y condiciones que estos contienen.

Por la presente se renuncian los derechos de presentación, aviso de rechazo, demanda y proceso por los otorgantes, fiadores, garantizadores y endosantes del presente documento. Este pagaré constituye la obligación solidaria de todos sus otorgantes, fiadores, garantizadores y endosantes y les obliga, así como a sus herederos, representantes personales, administradores, síndicos, sucesores, albaceas y cesionarios.

Si más de una persona firma este Pagaré, cada persona queda plenamente y personalmente obligada a cumplir todas las obligaciones contenidas en este Pagaré, incluyendo la promesa de pagar la suma total adeudada. Cualquier persona que sea garantizadora, fiadora, o endosante de este Pagaré, también queda de este Pagaré obligada. Cualquier persona que asuma estas obligaciones, incluyendo obligaciones de un garantizador, fiador, o endosante de este Pagaré, quedará también obligada a cumplir todas las obligaciones contenidas en este Pagaré. El Tenedor del Pagaré podrá hacer valer sus derechos bajo este Pagaré contra cada persona individualmente o contra todos nosotros conjuntamente. Esto significa que cualquiera de nosotros podrá ser requerido a pagar todas las sumas adeudadas bajo este Pagaré.

En Coamo, Puerto Rico, hoy 6 de agosto de 2015.

**Felix M Criquit Jiu**
DUEÑO (CORPORACION)

_Felix M Criquit Jiu_
FIRMA

Calle 15 A 30 Villa De/o/z
Canovanas P.R. 00729
DIRECCION

GARANTIZADOR - DUEÑO (INDIVIDUO)

NOMBRE DE ESTABLO

787-560368 cel 7875646503
TELEFONOS

AFFIDAVIT NO. **13006**

Jurado y suscrito ante mí, Notario Público, por el (los) Sr. (es) **Felix Criquit Jiu** mayor de edad y vecino(s) de **Canovanas**, Puerto Rico, hoy día **6** de **agosto** de 2015.

_____
NOTARIO PUBLICO

# The Jockey Club,

Parentage Qualified

No. 1413504

## CERTIFICATE OF FOAL REGISTRATION

THIS IS TO CERTIFY THAT the Bay Filly named *********

foaled April 13, 2014 by Bugatti Reef (IRE)

out of Oh Mr Postman by Housebuster

is duly registered by The Jockey Club,

Marks: No white markings.---
Median cowlick at eye level.---
Cowlick high at crest of neck on both sides.***



Issued to  Potrero Los Llanos Inc.

Bred by  Potrero Los Llanos Inc.

Foaled in  Puerto Rico

J 0518738

THIS CERTIFICATE IS ISSUED ON THE BASIS OF INFORMATION SUBMITTED TO THE JOCKEY CLUB BY THE APPLICANT PURSUANT TO THE PRINCIPAL RULES AND REQUIREMENTS OF THE AMERICAN STUD BOOK AND IS SUBJECT TO REVOCATION AND CANCELLATION IF FURTHER INFORMATION IS RECEIVED INDICATING IMPROPER OR ERRONEOUS ISSUANCE.

Secretary
Rick L. Bailey
Registrar
4/22/15

CERTIFICATE TO BE PRESERVED AND TRANSFERRED TO PURCHASER GRATIS IF THIS HORSE IS SOLD. POSSESSION AND PRESENTATION OF THIS CERTIFICATE MAY BE A REQUIREMENT TO RACE OR BREED THE HORSE IT IDENTIFIES. TRANSFERS MAY BE RECORDED ON REVERSE SIDE.

PLEASE VISIT
**ThoroughbredConnect.com**
Connecting Thoroughbreds with Their Futures

## RACES WON IN THE UNITED STATES, CANADA AND PUERTO RICO

HORSE: _____ SEX: ___ FOAL OF: ___ SIRE: _____ DAM: _____

| | DATE WON | NET VALUE TO WINNER | TYPE OF RACE | DISTANCE | NAME OF STAKE OR HANDICAP | NAME OF TRACK | RACING SECRETARY OR/BY |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |

KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT

**DECLARACION JURADA**

Yo, Eduardo Maldonado Ruíz, mayor de edad, soltero y vecino de Coamo, Puerto Rico, bajo juramento DECLARO:

1. Que mi nombre y demás circunstancias personales son las anteriormente expresadas.

2. Que soy el Vice-Presidente del Potrero Los Llanos, Inc. corporación que se dedica a la crianza y venta de caballos de carreras.

3. Que el pasado 6 de agosto de 2015 efectuamos nuestra Subasta de Potros, la que celebramos anualmente.

4. Que hemos sometido a la Oficina de la Administración de la Industria y el Deporte Hípico la correspondiente Solicitud de Pagos de Incentivos, por la venta de 34 ejemplares, vendido en la subasta.

5. Que se nos solicta por la Administración por requerimiento del Departamento de Hacienda indiquemos si tenemos alguna deuda contributiva con el Departamento de Hacienda.

6. Que a tales efectos existe una alegada deuda a nombre a Potrero Los Llanos, Inc. por el pago del IVU.

7. Que hemos contratado los servicios profesionales de una firma de abogados que nos representa en la impugnación de la alegada deuda, ya que no la reconocemos.

8. Que nuestros abogados preparan la acción correspondiente para atender dicho asunto, incluyendo pero no limitandose a una investigación.

9. Que se presenta esta Declaración Jurada con el propósito de notificar al Administrador de la Industria y el Deporte Hípico de dicha situación y a su vez, pueda considerar emitir los pagos de los incentivos que se solicitan y que se otorgan por concepto de venta de ejemplares en la subasta celebrada el 6 de agosto de 2015.

Y PARA QUE ASI CONSTE, juro y firmo la presente Declaración Jurada en San Juan, Puerto Rico, hoy día 6 de octubre de 2015.

Eduardo Maldonado Ruiz

Afidávit Núm.: 403

Jurada y suscrita ante mi por Eduardo Maldonado Ruíz, de las circunstancias personales anteriormente expresadas, a quien Doy Fe de conocer personalmente en San Juan, Puerto Rico, hoy día 6 de octubre de 2015.




## Instrucciones - Retención de Pagos - HACIENDA

Janira J. Figueroa Rodriguez

**Enviado el:** martes, 20 de octubre de 2015 10:46
**Para:** potrero1.em@gmail.com
**CC:** Wilfredo Padilla; Lcdo. Nietzsche Cruz; hiraldon@adh.gobierno.pr
**Datos adjuntos:** GARNISHMENT Instrucciones ~1.pdf (362 KB)

Buenos Días, Eduardo.

Sólo una corta nota para confirmarte que las 34 "Solicitudes de Pago de Incentivos por Compra de Ejemplares Subastados" que sometiste en nuestra oficina ya fueron trabajadas, procesadas y aprobadas a través del Sistema de Contabilidad PRIFAS del Dpto. de Hacienda. Sin embargo, es nuestra responsabilidad notificarte acerca de la nuevas instrucciones internas que han sido impartidas por el Dpto. de Hacienda en cuanto a la retención de pagos. Estas instrucciones entraron en vigor a partir del 1 de julio de 2015. Adjunto comunicación oficial del Departamento.

Desafortunadamente al momento de aprobar las Solicitudes de Potrero Los Llanos, en el sistema aparece el "Garnishment". Estoy al tanto de las gestiones que haz estado realizando para aclarar esta situación con el Dpto. de Hacienda pero es imperativo que sepas que, ya a este punto, la retención o liberación de los pagos no está en nuestras manos.

Si tuvieras alguna duda o necesitaras algún tipo de colaboración, estamos a la orden.

SALUDOS...
*Janira J. Figueroa Rodríguez*
DIRECTORA
Oficina de Presupuesto y Finanzas - AIDH
Administración de la Industria y el Deporte Hípico
(787) 768-2135 x 244
figueroaj@adh.gobierno.pr

$11586.94

```
MODELO         ESTADO LIBRE ASOCIADO DE PUERTO RICO      FECHA: 26-10-2015
SC 6096A              DEPARTAMENTO DE HACIENDA           HORA : 08:59
17 MAY 10             AREA DE RENTAS INTERNAS            PAG. 1 DE 1

              CERTIFICACION DE DEUDA VIA ELECTRONICA

NUM. CUENTA: 001 XX-XXX2568/000  POTRERO LOS LLANOS INC

PO BOX 1914
COAMO         PR 00769           *COMPUTOS HASTA: 26-10-2015

    CERTIFICO QUE EL CONTRIBUYENTE ARRIBA DESCRITO
    NO TIENE DEUDAS TASADAS POR CONCEPTO DE
    CONTRIBUCION SOBRE INGRESOS, PATRONAL Y
    ARBITRIOS AL DIA DE 26-10-2015 EN NUESTRO
    SISTEMA PRITAS.


BALANCE PENDIENTE: DEUDA DE PLANILLA DEL IVU $257,895.28.
                   CONTRIBUCION ESPECIAL PROPIEDAD INMUEBLE $0.02.


ESTA CERTIFICACION NO INCLUYE DEUDAS PENDIENTES  POR TASAR  O EN PROCESO DE
INVESTIGACION POR EL NEGOCIADO IMPOSITIVO A LA FECHA DE ESTA CERTIFICACION.


A D V E R T E N C I A :

FAVOR DE REVISAR ESTE DOCUMENTO EN DETALLE.  DE EXISTIR DEUDA, Y  ESTAR DE
ACUERDO, PUEDE  REALIZAR  EL PAGO EN CUALQUIERA DE LAS  COLECTURIAS DE RENTAS
INTERNAS DEL  DEPARTAMENTO DE  HACIENDA  O COLECTURIA VIRTUAL. DE NO ESTAR DE
ACUERDO, DEBERA  PRESENTAR  SU  RECLAMACION  EN  LOS  CENTROS DE SERVICIO  AL
CONTRIBUYENTE.  LA RECLAMACION  DEBE  DE INCLUIR LA  EVIDENCIA DEL  PAGO PARA
CADA UNO DE LOS PERIODOS  CONTRIBUTIVOS  RECLAMADOS, COPIAS DE LAS  PLANILLAS
O CUALQUIER OTRO DOCUMENTO QUE EVIDENCIA QUE LA DEUDA NO PROCEDE.




---------------------------------------------------------------------------
                     CODIGO: D1529960332850
       SI NECESITA VALIDAR LA INFORMACION CONTENIDA EN ESTE DOCUMENTO,
       FAVOR DE ACCEDER A HTTP://WWW.PR.GOV
```