# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BORD FRO PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br>Debtors | PROMESA<br>Tittle III<br><br>No. 17 BK 3283-LTS<br><br>Claim Num. 167645<br>of ANTONIO RAMOS MONTALVO |

## MOCIÓN URGENTE OBJETANDO ABANDONO DE RECLAMACIÓN

A LA HONORABLE JUEZA LAURA TAYLOR SWAIN:

Comparece Antonio Ramos Montalvo por derecho propio y muy respetuosamente EXPONGO y SOLICITO:

1. Que soy el reclamante número 167645 y según el listado recibido mi reclamación es la suma de $10,800.00.

2. Que soy un maestro retirado del Departamento de Educación de Puerto Rico, tengo 76 años de edad y no sé hablar, escribir ni leer el idioma inglés.

3. Según mi entendimiento mi reclamación está en una lista para ser rechazada o desestimada por alegadamente no haber completado algún documento o información.

4. Que tengo interés en continuar con mi reclamación ya que la suma reclamada es por concepto de un aumento de salario concedido por el Gobierno de Puerto Rico a los maestros y que nunca fue pagado.

5. Desconozco los procedimientos de este caso y no tengo recursos económicos para contratar un abogado; entendía que la Federación de Maestro me estaba representando en todo momento durante este proceso, pero al parecer no es así.

6. Acompaño copia de mis últimos 5 años de talonario de ingresos devengados para acreditar mi situación como maestro retirado.

7. Por la presente solicito que mi reclamación se mantenga vigente y que se ordene el pago de lo que me adeuda el Gobierno de Puerto Rico por los beneficios de aumento en salario que no me fueron pagados.

8. Si se requiere cualquier otra documentación o información de mi parte estoy en disposición de suministrarla.

**SUPLICA**; Se solicita que se mantenga mi reclamación vigente y que se me pague lo adeudado.

En Añasco, Puerto Rico hoy 2 de septiembre de 2022.

Antonio Ramos Montalvo
RR 02 Box 3068
Añasco, PR 00610-9934

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ramos Montalvo, Antonio | 167645 | 07/06/2018 | Commonwealth of Puerto Rico | $10,800.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ramos Montalvo, Antonio | 167645 | 07/06/2018 | Commonwealth of Puerto Rico | $10,800.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).