**Gobierno de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/07/00 |
| Hasta: | 12/20/00 |

# Cheque: 056149
Fecha: 12/28/0

ANTONIO RAMOS MONTALVO
R F D BUZON 3068
ANASCO PR  006100000

SS:

| | |
|---|---|
| # Empleado | |
| Dept: | 8004048-Mayaguez Mayaguez |
| Oficina: | Pedro Perea Fajardo |
| Titulo: | M.Educ Voc Ind(Mec. Automovil) |
| Sueldo: | $1,812.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acum |
| Pago de Salarios Regulares | | | 906.00 | 1452.00 | 20,799.00 | PR Withholdng | 60.08 | 1,46 |
| Bono de Navidad | | | 0.00 | | 500.00 | | | |
| Pago Retroactivo Regular | | | 0.00 | | 210.00 | | | |

*2000* (handwritten)

| Total: | | | 906.00 | 1452.00 | 21,509.00 | Total: | 60.08 | 1,46 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumu |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 81.54 | 1,788.48 | SM-Asoc Maestros de PR | 52.50 | 1,239.96 | SM-Asoc Maestros de PR | 40.00 | 4 |
| | | | CO-COOP MAESTRO PR | 50.46 | 1,211.04 | GPR Plan de Retiro de Maestro | 77.01 | 1,78 |
| | | | SC-TRANS OCEANIC LIFE | 3.13 | 75.12 | FSED Disability Plan | 15.40 | 3 |
| | | | GPR Plan de Ahorros | 27.18 | 630.36 | | | |
| | | | RM-Ser No Coti-Ret Ma-Anterior | 0.00 | 80.25 | | | |

| Total: | 81.54 | 1,788.48 | Total: | 133.27 | 3,236.73 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA

| Corriente: | 906.00 | | 60.08 | 214.81 | 6 |
| Acumulado: | 21,509.00 | | 1,465.65 | 5,025.21 | 15,0 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
Cheque #05614947           6

Total:           6

MENSAJE: "FELICIDADES Y PROSPERO 2001 A LOS SERVIDORES PUBLICOS Y FAMILIARES", PEDRO ROSSELLO

R1618173

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/07/01 |
| Hasta: | 12/20/01 |

# Cheque: 018336
Fecha: 12/28/0

ANTONIO RAMOS MONTALVO
R F D BUZON 3068
ANASCO PR  006100000
SS:

# Empleado:
Dept: 8004048-Mayaguez Mayaguez
Oficina: Pedro Perea Fajardo
Titulo: M.Educ Voc Ind(Mec. Automovil)
Sueldo: $1,812.00 Monthly

DATA IMP: Federal / PR
Estado Civil: Married / Married
Concesiones: 0 / 0
Pct. Adcl.:
Cant. Adcl.:

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 906.00 | 1476.00 | 21,674.31 |
| Bono de Navidad | | | 0.00 | | 625.00 |
| Pago Retroactivo Regular | | | 0.00 | | 69.69 |
| **Total:** | | | 906.00 | 1476.00 | 22,369.00 |

## IMPUESTOS

| Descripcion | Corriente | Acum |
|---|---|---|
| PR Withholdng | 54.77 | 1,39 |
| **Total:** | 54.77 | 1,39 |

*(handwritten: 2001)*

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 81.54 | 1,956.96 |
| **Total:** | 81.54 | 1,956.96 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 57.50 | 1,360.00 |
| CO-COOP MAESTRO PR | 5.00 | 483.68 |
| SC-TRANS OCEANIC LIFE | 3.13 | 75.12 |
| GPR Plan de Ahorros | 27.18 | 652.32 |
| **Total:** | 92.81 | 2,571.12 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumu |
|---|---|---|
| SM-Asoc Maestros de PR | 40.00 | 48 |
| GPR Plan de Retiro de Maestro | 77.01 | 1,84 |
| FSED Disability Plan | 15.40 | 38 |

* Tributable

### TOTAL BRUTO
Corriente: 906.00
Acumulado: 22,369.00

### TOTAL IMPUESTOS
54.77
1,394.44

### DEDUCCIONES TOTALES
174.35
4,528.08

PAGA N
67
16,44

### PTO HORAS / ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Cheque #01833663    67
Total:    67

MENSAJE:



N0160978

| Estado Libre Asociado de Puerto Rico | | Grupo de Pago: | SM -Quincenal | # Cheque: | 07187630 |
|---|---|---|---|---|---|
| 080 - DEPT DE EDUCACION-MAESTROS | | Desde: | 12/07/02 | | |
| | | Hasta: | 12/20/02 | Fecha: | 12/27/02 |

| ANTONIO RAMOS MONTALVO | # Empleado | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| R F D BUZON 3068 | Dept: | 8004048-Mayaguez Mayaguez | Estado Civil: | Married | Married |
| ANASCO PR 006100000 | Oficina: | Pedro Perea Fajardo | Concesiones: | 0 | 0 |
| | Titulo: | M.Educ Voc Ind(Mec. Automovil) | Pct. Adcl.: | | |
| SS: | Sueldo: | $1,912.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | 956.00 | 1470.00 | 22,344.00 | | PR Withholdng | 53.54 | 1,290.96 |
| Bono de Navidad | | 0.00 | | 750.00 | | | | |

*2002*

| Total: | | 956.00 | 1470.00 | 23,094.00 | Total: | 53.54 | 1,290.96 |
|---|---|---|---|---|---|---|---|

### DEDUCCIONES / DEDUCCIONES VOLUNTARIAS / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 86.04 | 2,010.96 | SM-Asoc Maestros de PR | 81.84 | 836.04 | SM-Asoc Maestros de PR | 60.00 | 360.00 |
| | | | CO-COOP MAESTRO PR | 5.00 | 120.00 | GPR Plan de Retiro de Maestro | 81.26 | 1,899.24 |
| | | | SC-TRANS OCEANIC LIFE | 3.13 | 75.12 | FSED Disability Plan | 16.25 | 392.55 |
| | | | AS FED MAESTROS AFT | 8.00 | 112.00 | | | |
| | | | GPR Plan de Ahorros | 28.68 | 670.32 | | | |

| Total: | 86.04 | 2,010.96 | Total: | 126.65 | 1,813.48 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| Corriente: | 956.00 | | 53.54 | 212.69 | 689.77 |
|---|---|---|---|---|---|
| Acumulado: | 23,094.00 | | 1,290.96 | 3,824.44 | 17,978.60 |

| RTO HORAS | ACUM | | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|
| Balance Inicial: | 0.0 | | | Cheque #07187630 | 689.77 |
| + Acumulado: | | | | | |
| - Utilizado: | | | | Total: | 689.77 |
| - Donada: | | | | | |
| + Ajustes: | | | | | |
| Balance Final: | 0.0 | | | | |

MENSAJE: ' TE DESEO UN FELIZ ANO NUEVO Y TE ESPERO EN LA FORTALEZA EL DIA DE REYES.'    SILA M. CALDERON

N 3431289

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 027379 |
|---|---|---|---|
| Desde: | 12/10/2003 | | |
| Hasta: | 12/23/2003 | Fecha: | 12/30/ |

ANTONIO RAMOS MONTALVO
R F D BUZON 3068
ANASCO, PR 00610-0000
SS:

| # Empleado: | |
|---|---|
| Dept: | 8004048-Mayaguez Mayaguez |
| Oficina: | Pedro Perea Fajardo |
| Titulo: | M.Educ Voc Ind(Mec. Automovil) |
| Sueldo: | $2,062.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acum |
| Pago de Salarios Regulares | | 1,031.00 | 1,452.00 | 23,844.00 | | PR Withholdng | 60.29 | 1,4 |
| Bono de Navidad | | 0.00 | | 1,000.00 | | | | |

2003

| Total: | | | 1,031.00 | 1,452.00 | 24,844.00 | Total: | 60.29 | 1,4 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumu |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 92.79 | 2,145.96 | SM-Asoc Maestros de PR | 57.50 | 1,380.00 | SM-Asoc Maestros de PR | 80.00 | 7. |
| | | | CO-COOP MAESTRO PR | 5.00 | 120.00 | GPR Plan de Retiro de Maestro | 87.64 | 2,0 |
| | | | SC-TRANS OCEANIC LIFE | 3.13 | 75.12 | FSED Disability Plan | 17.53 | 4: |
| | | | GPR Plan de Ahorros | 30.93 | 715.32 | | | |
| | | | AS FED MAESTROS AFT | 0.00 | 100.00 | | | |

| Total: | 92.79 | 2,145.96 | Total: | 96.56 | 2,390.44 | * Tributable |

**TOTAL BRUTO** | **TOTAL IMPUESTOS** | **DEDUCCIONES TOTALES** | PAGA

| Corriente: | 1,031.00 | | 60.29 | 189.35 | 7: |
| Acumulado: | 24,844.00 | | 1,445.96 | 4,536.40 | 18,8 |

**HORAS ACUM**

| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

Cheque #02737979  7:

Total:  7:

MENSAJE: ! FELICIDADES Y PROSPERO 2004 !    SILA M. CALDERON

N000355757

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 12/09/2004 |
| Hasta: | 12/22/2004 |

# Cheque: 077

ANTONIO RAMOS MONTALVO
R F D BUZON 3068
ANASCO PR 00610-0000
SS:

# Empleado:
Dept: 8004048-Mayaguez Mayaguez
Oficina: Pedro Perea Fajardo
Titulo: M.Educ Voc Ind(Mec. Automovil)
Sueldo: $2,212.00 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

Fecha: 12/

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,106.00 | 1,470.00 | 25,644.00 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |

*2004*

### IMPUESTOS

| Descripcion | Corriente | Ac |
|---|---|---|
| PR Withholdng | 67.34 | |

Total: 1,106.00 1,470.00 26,644.00
Total: 67.34

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 99.54 | 2,307.96 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-Asoc Maestros de PR | 50.00 | 1,305.00 |
| CO-COOP MAESTRO PR | 5.00 | 120.00 |
| SC-TRANS OCEANIC LIFE | 3.13 | 75.12 |
| AS FED MAESTROS AFT | 4.00 | 64.00 |
| GPR Plan de Ahorros | 33.18 | 769.32 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acum |
|---|---|---|
| SM-Asoc Maestros de PR | 100.00 | 1. |
| GPR Plan de Retiro de Maestro | 94.01 | 2. |
| FSED Disability Plan | 18.80 | |

Total: 99.54 2,307.96 Total: 95.31 2,333.44 * Tributable

### TOTAL BRUTO
Corriente: 1,106.00
Acumulado: 26,644.00

### TOTAL IMPUESTOS
67.34
1,611.56

### DEDUCCIONES TOTALES
194.85
4,641.40

PAGA 8 20,3

### PTO HORAS ACUM
Balance Inicial: 0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final: 0.0

### DISTRIBUCION PAGA NETA
Cheque #07729748  8

Total:  8

MENSAJE: "RECIBE UN ABRAZO Y MIS MEJORES DESEOS DE PAZ, SALUD Y PROSPERIDAD EN ESTA NAVIDAD" SILA M. CALDERON