Antonio Ramos Montalvo
RR-02 Box 3068
Añasco, P.R. 00610-9934





7020 1810 0000 9727 1986

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan PR 00918-1767