29 agosto 22

A quien pueda interesar: yo María M. Torres Rodríguez la cual trabajé para el Departamento Educación el cual empezé 8 agosto 1988. Estoy reclamando por la ley 96 y la del homenaje. Nunca me dieron los pasos a los que tenía derecho. Mi número de teléfono - 787-248-0062 gracias por su atención. Trabajé para comedores escolares PSA 1

att
María M. Torres Ro.

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | | |
|---|---|---|
| (1) | Nombre completo | María M. Torres Rodríguez |
| (2) | Número de teléfono | 787-248-0062 |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación (Proof of Claim) | |
| (4) | Si en la Evidencia de Reclamación (Proof of Claim) reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (Proof of Claim). | |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | REDACTED |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |

(7) Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (Proof of Claim), así como cualquier otra documentación que apoye su reclamo.

(8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.**

Yo estoy reclamando por la ley 96 que nunca me dieron esos aumentos. Trabajé para el departamento educación. Empeze dicho empleo 1988 nunca me dieron pasos tampoco

# EXHIBIT B1