Maria M. [illegible]
HC 02 Box 4414
Villalba P.R. 00766

SAN JUAN PR 009
3 SEP 2022 PM 1 L

Secretaria (clerk's office)
#150 Avenida Chardón
Edificio Federal (Federal Building)
San Juan, P.R. 00918

00918-170399