## FORMULARIO DE RESPUESTA DEL RECLAMANTE

eclamación
o. 15879,
eclamante:

| | | |
|---|---|---|
| (1) | Nombre completo | Obdulio Candelario Millan |
| (2) | Número de teléfono y correo electrónico | 939-588-1085 |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | Nunca |
| (4) | Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*. | N/A |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | REDACTED |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | N/A |

(7) Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo.

(8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. Incluya páginas adicionales si es necesario.

Exposición de motivos
Ley #89 - Gobernador Romero Barceló
Ley #96 - 2002 - Gobernadora Sila María Calderón - conceder un aumento de 100 dolares a los empleados públicos
Ley #164 - año 2003 - conceder un aumento de sueldo de 100 dolares a los empleados del gobierno central - Gobernador Pedro Rosello

Fecha: Empezé - terminó:
Agost. 1986 - mayo 31, 2016
Dep. Educación, P.R.