TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>JUNTA DE SUPERVISIÓN FISCAL Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>  como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,<br><br>                                    Deudores | PROMESA<br><br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente Radicación guarda Relación con el ELA y el SRE** |

**RÉPLICA A QUINGENTÉSIMA OCTAVA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO Y EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SIN RESPUESTA DE RAR**

A LAURA TAYLOR SWIAIN, HONORABLE JUEZ DEL TRIBUNAL DE DISTRITO:

Comparece **ARACELIS ALGARÍN ROSADO**, por derecho propio, y ante ese Honorable Tribunal, muy respetuosamente EXPONE, ALEGA y SOLICITA:

1. La compareciente **Aracelis Algarín Rosado** es mayor de edad, casada, propietaria, y vecina de Juana Díaz, Puerto Rico.

2. La dirección postal de la reclamante es: HC 07 Box 32207, Juana Díaz, PR 00795.

3. El número de teléfono es 787-315-6224 y el correo electrónico de la reclamante es: aracelisalgarin@live.com .

4. El número de reclamación de la compareciente en el presente caso es **#163345** y los últimos cuatro dígitos del número de seguro social es **XXX-XX-1392**.

5. Que la compareciente es acreedora de la suma **$54,379.55** por concepto de dinero aportado al Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico. Dicha suma fue debidamente reclamada en el "Proof of Claim" y constituye evidencia prima facie de la validez y la cuantía reclamada.

6. Que, contrario a lo alegado por el o los acreedores, la compareciente tiene y ha suplido la información que surge del expediente administrativo en el Sistema de Retiro.

7. Tengo sumo interés y reitero la reclamación de mis aportaciones y derechos adquiridos en el Sistema de Retiro de los empleados del ELA. El derecho adquirido

después de tantos años aportando al Sistema de Retiro, específicamente en la Administración de los Tribunales desde febrero de 1993.

8. No es correcto que mi "proof of claim" esté asociado ("associated") a un expediente administrativo incompleto. Tampoco es correcto que haya dejado de responder a múltiples correspondencias en las que me hayan requerido información necesaria para completar el expediente, so pena de que se solicitara rechazar mi reclamación.

9. Respetuosamente suplico que, con la información brindada y la que se acompaña, se declare NO HA LUGAR la solicitud hecha por los deudores para que objetar mi reclamación y rechazar la misma.

10. Suplico que se mantenga mi reclamación por la suma de $54,379.55 y se ordene la continuación de los procedimientos en el presente caso.

POR TODO LO CUAL, respetuosamente solicito que se declare CON LUGAR mi Moción de Réplica y que continúen los procedimientos, con cualquier otro pronunciamiento que en derecho proceda.

**RESPETUOSAMENTE SOMETIDA.**

**CERTIFICO:** Haber enviado copia fiel y exacta de la presente Moción a: Secretaría (Clerk's Office) Tribunal de Distrito de los Estados Unidos (United States District Court), Sala 150 Edificio Federal (Federal Building), San Juan, Puerto Rico 00918-1767; Abogados de la Junta de Supervisión (Counsel for the Oversight Board), Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299, Attn. Martin J. Bienenstock, Brian S. Rosen; Abogados del Comité de Acreedores (Counsel for the Creditor's Committee), Paul Hastings LLP, 200 Park Avenue, New York, New York, 10166, Attn. Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

En Villalba, Puerto Rico, a 1 de septiembre de 2022.

ARACELIS ALGARIN ROSADO
HC 07 Box 32207
Juana Díaz, Puerto Rico 00795
787-315-6224
aracelisalgarin@live.com

FORMULARIO DE RESPUESTA DEL RECLAMANTE

| Claim No. 163345 | Creditor Name: |
|---|---|
| (1) Nombre Completo | Aracelis Algarín Rosado |
| (2) Número de teléfono | (787) 315-6224 |
| (3) Número de empleado | TM-3845 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Administración de los Tribunales 1 febrero-1993 a 31-Mayo-2020 |
| (5) Correo electrónico | aracelisalgarin@live.com |
| (6) Número de seguro social (últimos cuatro dígitos) | XXX-XX-1392 |
| (7) Número de caso administrative o judicial, si aplica. | Induya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Reclamación de mis aportaciones y derechos adquiridos en el sistema de Retiro de los empleados del ELA. El derecho adquirido de tantos años aportando al sistema de Sistema de Retiro, específicamente en la Administración de los tribunales desde febrero de 1993. |

*** Attach any supporting documentation you may have related to your claim. ***

## EMPLOYEE RESPONSE LETTER

**Claim No.**          **Creditor Name:**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ALGARIN ROSADO, ARACELIS | 163345 | 8/16/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $54,379.55 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ALGARIN ROSADO, ARACELIS | 163345 | 8/16/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $54,379.55 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).