Aracelis [illegible]
HC 07 Box 32207
Juana Diaz PR 00795

CERTIFIED MAIL

7016 2070 0000 5940 7280

USPS 1000  00918

U.S. POSTAGE
FCM LETTER
JUANA DIAZ
00795
SEP 02, 22
AMOUNT
$7.8
R2304M110

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan PR 00918-1767