Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No. 87400**  **Creditor Name:** BELLIDO RUIZ, MIRIAM JULIA

| | |
|---|---|
| (1) Nombre Completo | Miriam Julia Bellido Ruiz |
| (2) Número de teléfono | 787 569 0034 |
| (3) Número de empleado | 660433481 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación Desde el 1957 hasta diciembre del 2001. |
| (5) Correo electrónico | |
| (6) Número de seguro social (últimos cuatro dígitos) | 4675 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*). 87400 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Mi reclamación es porque el ex gobi. Carlos Romero Barceló aprobó dar un dinero por unos llamados "pagos" a los maestros activos. Creo que tengo derecho a ese beneficio y tal vez a un reajuste de mi pensión ya que estaba trabajando para esa época y no recibí ningún dinero sobre ese derecho. Realmente no tengo datos para esta reclamación. El Departamento de Educación y en el Sistema de retiro deben estar los datos. |

*** Attach any supporting documentation you may have related to your claim. ***



Exhibit A

**EMPLOYEE RESPONSE LETTER**

*Claim No.* **87400**    *Creditor Name:* **BELLIDO RUIZ , MIRIAM JULIA**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

17032830019318B