# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

## CERTIFICACION

Certificamos que MIRIAM BELLIDO RUIZ, disfruta beneficios de LEY 04/85 PENSION de este Sistema de Retiro. La misma fue efectiva el 15 de diciembre de 2001. En la actualidad recibe una anualidad ascendente a $2,472.00 pagadera en mensualidades de $206.00.

Además, tiene derecho a un bono de medicamentos de $100.00 y un aguinaldo de navidad de $200.00.

Esta certificación se expide hoy 08 de abril de 2021, en San Juan, Puerto Rico.

Certifico correcto,

*Lumarie Figueroa Vazquez*

Lumarie Figueroa Vazquez
Gerente Auxiliar
División de Asuntos de Pensionados