**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Caceres Ramos, Mildred I. | 64882 | 06/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Caceres Ramos, Mildred I. | 64882 | 06/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

6- Sept.- 2022

Kroll Restructuring Administration LLC f/
Prime Clerk

Caso: #64882 - Mildred I. Cáceres Ramos
Fecha presentación - 6-28-2018

Este documento tiene el propósito
de proveer una información solicitada;
Monto de la Reclamación- Máxima a
la cual tenga derecho
Documentos solicitados - copia de
los talonarios de cheque y una
Certificación (Adjuntos)

Razón por la cual no contesté
a tiempo. Los documentos son
en Inglés y no entendía los
mismos. Tuve que recurrir
a ayuda y me consediaron
hasta el 5 de septiembre de
2022, para entregar los
mismos pero ese día fue
feriado (Día del Trabajo) y
todo estaba cerrado.

Llame nuevamente al teléfono
que ofrecen en los documentos
hoy, 6 de sept.- 2022, a las 10:03 A.M.

Me indican que para que no se retrase mucho más, que entregue toda ésta documentación en el Edificio Federal, Ave. Chardón #150 en San Juan, Puerto Rico.

Muchas Gracias por la atención a éste asunto.

Mildred I. Cáceres Ramos

*[firma]*