

Estado Libre Asociado de Puerto Rico - Sistema de Retiro para Maestros

FRM-70-0001
Rev. 05/2012

# CERTIFICACIÓN DE PENSIÓN CON DEDUCCIONES

CACERES RAMOS, MILDRED I
HC 3 BOX 11804

CAMUY PR 00627

Certifico que CACERES RAMOS, MILDRED I con número de seguro social XXX-XX-5765 es pensionado(a) del Sistema de Retiro para Maestros. Recibe una pensión mensual de $2,047.50, equivalente a $24,570.00 anual. Luego de las deducciones recibe una pensión neta de $1,518.38, equivalente a $18,220.56 anual. A Continuación se detallan los descuentos mensuales.

| NOMBRE DE LA ENTIDAD | CANTIDAD | | | |
| --- | --- | --- | --- | --- |
| | Diciembre de 2014 2da. Quincena | Enero de 2015 1er. Quincena | Enero de 2015 2da. Quincena | Febrero de 2015 1er. Quincena |
| RM-Prest Pers De Cuota-Ret Mae | 58.82 | 58.82 | 58.82 | 58.82 |
| SM-Asoc Maestros de PR | 33.50 | 62.50 | 62.50 | 62.50 |
| CO-COOP FED MAESTRO | 37.96 | 37.96 | 37.96 | 72.82 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 1.75 | 1.75 | 1.75 |
| GPR Plan de Ahorros | 30.71 | 30.71 | 30.71 | 30.71 |
| CO-COOP MAESTRO PR | 0.00 | 0.00 | 0.00 | 37.96 |
| **Total de descuentos** | **($162.74)** | **($191.74)** | **($191.74)** | **($264.56)** |

Esta certificación se expide hoy 23 de febrero de 2015.



Número de Certificación: SRM04P1500966

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

Ave. Arterial, Calle Hostos #235
Edif. Capital Center, Torre Norte
San Juan, Puerto Rico

(787) 777-1414
http://www.srm.pr.gov

Página 1 de 1

| DEPT DE EDUCACION-MAESTROS | | | | Grupo de Pago: | SM Quincenal | Aviso #: | 7303296 |
|---|---|---|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez Esquina Calaf | | | | Desde: | 04/04/2011 | Fecha Aviso: | 04/14/2011 |
| HATO REY, PR 00919 | | | | Hasta: | 04/15/2011 | | |

| MILDRE I CACERESRAMOS | # Empleado: | XXXXX5765 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BOABRIAHONDO | Dept: | 8001014-Arecibo Camuy | Estado Civil: | Married | Married |
| CAMUY, PR 00627 | Lugar: | LUIS F CRESPO SUP NUEVA | Concesiones: | 0 | 1 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-5765 | Sueldo: | $2,730.00 Monthly | Cant. Adcl.: | | |

**HORAS E INGRESOS**

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,365.00 | 420.00 | 9,555.00 |
| Total: | | | 1,365.00 | 420.00 | 9,555.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.79 | 138.55 |
| PR Withholding | 35.76 | 250.32 |
| Total: | 55.55 | 388.87 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.85 | 859.95 |
| Total: | 122.85 | 859.95 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 51.87 | 363.09 |
| AE-Asoc Emp ELA-Prest Regular | 118.09 | 806.23 |
| SM-Asoc Maestros de PR | 83.50 | 584.50 |
| CO-COOP MAESTRO PR | 32.96 | 230.66 |
| CO-COOP FED MAESTRO | 50.21 | 351.47 |
| SC-ATLANTIC SOUTH INS CO | 11.25 | 78.75 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 12.25 |
| Ahorros-AEELA | 40.95 | 286.65 |
| Total: | 390.58 | 2,713.60 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 116.03 | 812.21 |
| FSED Disability Plan | 23.21 | 162.47 |
| SM-Asoc Maestros de PR | 0.00 | 360.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,365.00 | 0.00 | 55.55 | 513.43 | 796.02 |
| Acumulado: | 9,555.00 | 0.00 | 388.87 | 3,573.55 | 5,592.58 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #7303296 | 796.02 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 796.02 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

DEPT DE EDUCACION-MAESTROS  
Avenida Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR 00919

Fecha 04/14/2011

Aviso No. 7303296

Cant. Deposito: $796.02

A la Cuenta(s) De

MILDRE I CACERESRAMOS  
BOABRIAHONDO  
CAMUY, PR 00627

Localizacion: LUIS F CRESPO SUP NUEVA

**DISTRIBUCION DE DEPOSITO DIRECTO**

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | REDACTED | $796.02 |
| Total: | | $796.02 |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez . Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 10/25/2012 |
| Hasta: | 11/07/2012 |

Aviso #: 8311883
Fecha Aviso: 11/15/2012

| | |
|---|---|
| MILDRE I CACERESRAMOS | |
| BO ABRIAHONDO | |
| CAMUY, PR 00627 | |
| SS: XXX-XX-5765 | |

| | |
|---|---|
| # Empleado: | XXXXX5765 |
| Dept: | 8001014-Arecibo Camuy |
| Lugar: | LUIS F CRESPO SUP NUEVA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,730.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,365.00 | 1,284.00 | 28,665.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 94.42 |
| **Total:** | | | **1,365.00** | **1,284.00** | **28,759.42** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.79 | 417.01 |
| PR Withholding | 33.02 | 700.03 |
| **Total:** | **52.81** | **1,117.04** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 122.85 | 2,579.85 |
| **Total:** | **122.85** | **2,579.85** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 58.82 | 1,197.84 |
| AE-Asoc Emp ELA-Prest Regular | 130.25 | 2,504.51 |
| SM-Asoc Maestros de PR | 83.50 | 1,753.50 |
| CO-COOP MAESTRO PR | 37.96 | 797.16 |
| CO-COOP FED MAESTRO | 57.53 | 1,024.13 |
| SC-ATLANTIC SOUTH INS CO | 11.25 | 236.25 |
| AE-Seguro por Muerte Asoc ELA | 1.75 | 36.75 |
| Ahorros-AEELA | 40.95 | 859.95 |
| **Total:** | **422.01** | **8,410.09** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 116.03 | 2,573.13 |
| FSED Disability Plan | 23.21 | 489.01 |
| SM-Asoc Maestros de PR | 0.00 | 1,200.00 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,365.00 | 0.00 | 52.81 | 544.86 | 767.33 |
| Acumulado: | 28,759.42 | 0.00 | 1,117.04 | 10,989.94 | 16,652.44 |

| FTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8311883 | 767.33 |
| **Total:** | **767.33** |

**MENSAJE:**

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
11/15/2012

Aviso No.
8311883

**Cant. Deposito:** $767.33

A la
Cuenta(s) De

**MILDRE I CACERESRAMOS**
BO ABRIAHONDO
CAMUY, PR 00627

Localizacion: LUIS F CRESPO SUP NUEVA

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | REDACTED | $767.33 |
| **Total:** | | **$767.33** |

## NO-NEGOCIABLE

| Estado Libre Asociado de Puerto Rico | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | | Desde: | 04/16/2014 | | Aviso #: | 8412084 |
| | | | Hasta: | 04/30/2014 | | Fecha Aviso: | 04/30/2014 |
| MILDRED I CACERES RAMOS | # Empleado: | XXXXX5765 | | | DATA IMP: | Federal | PR |
| HC 3 BOX 11804 | Dept: | 592160-ANOS SERVICIO LEY91 2004 | | | Estado Civil: | Married | Married |
| CAMUY, PR 00627 | Lugar: | A/OS SERVICIO LEY 91 | | | Concesiones: | 0 | 39 + 99 |
| | Titulo: | Pensionado | | | Pct. Adcl.: | | |
| SS: XXX-XX-5765 | Sueldo: | $2,047.50 Monthly | | | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,023.75 | 82.50 | 1,023.75 | | | |
| Pago Retro Pensionados | | | 0.00 | | 7,892.80 | | | |
| Total: | | | 1,023.75 | 82.50 | 8,916.55 | Total: | 0.00 | 0.00 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | | RM-Prest Pers De Cuota-Ret Mae | 58.82 | 470.56 | | | |
| Total: | 0.00 | 0.00 | Total: | 58.82 | 470.56 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 1,023.75 | | 0.00 | 58.82 | 964.93 |
| Acumulado: | 8,916.55 | | 0.00 | 470.56 | 8,445.99 |

### PTO HORAS ACUM / DISTRIBUCION PAGA NETA

| | | | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Aviso #8412084 | 964.93 |
| + Acumulado: | | | |
| - Utilizado: | | Total: | 964.93 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

MENSAJE:

Estado Libre Asociado de Puerto Rico  
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha  
04/30/2014

Aviso No.  
8412084

Cant. Desposito: _____ $964.93

A la  
Cuenta(s) De

MILDRED I CACERES RAMOS  
HC 3 BOX 11804  
CAMUY, PR 00627

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | REDACTED | $964.93 |
| Total: | | $964.93 |

**NO-NEGOCIABLE**