United States District Court

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan, P.R. 00918-1767


2 de septiembre de 2022

Re: Ilia M. Rivera Cruz

Reclamación # 154346 por 15, 600.00

Ley Promesa


Envío evidencia de que estoy laborando para el Departamento de Educación desde 2000 por lo que me corresponde los aumentos reclamados en mi solicitud ya que no se me adjudicaron cuando era preciso.

Actualmente sigo trabajando en el Departamento de Educación y próximamente me retiraré por lo que el no adjudicar esos aumentos en el momento indicado me perjudica económicamente.

Cualquier duda favor comunicarse con esta servidora al 787 556-0159 en español.


Ilia M. Rivera Cruz

Urb. Monte Brisas 1

T4 calle P

Fajardo, P.R. 00738