Ilsi M. Pérez Cruz
Urb. Monte Brisas
T4 Calle P
Fajardo, PR 00738

United States District Court

Tribunal de Distrito de los Estados Unidos

Sala 150 Edificio Federal

San Juan, P.R. 00918-1767

CERTIFIED MAIL

7021 1970 0002 2701 2533

U.S. POSTAGE PAID
FCM LETTER
PUERTO REAL, PR
00740
SEP 02, 22
AMOUNT
$7.85
R2304P119091

00918-999955