**Exhibit A**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| FERNADO A. COMULADA ORTIZ | KAC 2014-1073 |
| Demandante | CIVIL NUM. |
| vs. | Salón: 905 |
| ESTADO LIBRE ASOCIADO/PR, DEPARTAMENTO DE HACIENDA, Y NEGOCIADO DE LOTERÍA DE PR P/C SECRETARIO DE JUSTICIA Y FULAN@ DE TAL | SOBRE: COBRO DE PREMIO DE LOTERÍA TRADICIONAL AC26 |
| Parte Demandada | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**D E M A N D A**



AL HONORABLE TRIBUNAL:

**COMPARECE Fernando A. Comulada Ortiz**, el "Demandante" por su Abogado y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. El Demandante, **Fernando A. Comulada Ortiz** Seguro Social Núm. xxx-xx-0955, es mayor de edad, soltero, de profesión Supervisor de la Autoridad de Acueductos y Alcantarillados de San Juan, "AAA", residente de Ciudad Jardín III, 219 Guamá, Toa Alta, PR 009563 y tiene la capacidad legal necesaria para demandar.

2. La Parte Demandada, Estado Libre Asociado de Puerto Rico "ELA/PR", el Departamento de Hacienda, el Negociado de la Lotería de Puerto Rico y el Departamento de Justicia, son agencias y/o instrumentalidades del ELA/PR y todas tiene la capacidad legal necesaria para ser demandadas, quedando sus oficinas centrales en la jurisdicción de San Juan, PR.

3. El (la) codemandad@, **"Fulan@ de Tal"**, es cualquier persona, natural o jurídica, que pudiere haber cobrado de la Lotería de Puerto Rico y/o del Depto. de Hacienda, los billetes de la lotería premiados, más adelante identificados, objeto de esta Demanda; Fulan@ de Tal tiene la capacidad legal necesaria para ser demanda@ y se identificara por su nombre propio oportunamente, si es que existe.

4. Los billetes de la Lotería tradicional que salieron premiados, objeto de esta demanda y cuyo pago reclama el Demandante, según más adelante se expone y alega, son los siguientes: **Billetes de Lotería Tradicional de Puerto Rico: Sorteo 394; Fecha de Sorteo: 24 de septiembre de 2014; Billete Número 01180, Serie B; 45 fracciones compradas; y del Billete Número 28324, Serie: ¿B?, 20 fracciones compradas.**

5. Para salvar el valioso tiempo de este Honorable Foro, la exposición de hechos y alegaciones del Demandante se encuentran en la **Declaración Jurada Sobre Billetes de la Lotería Extraviado**, debidamente juramentada – Testimonio Núm. 18,128 del 24 de octubre de 2014, ante el Notario Ramón A. Cestero (CA 4944 / RUA 3669), cuyo original se incorpora, se une y se hace formar parte de esta Demanda, como si aquí se transcribiera **(Anejo A)**.

6. En síntesis, expone y alega el Demandante que el miércoles día 17 de septiembre de 2014, como a las 9:30 de la mañana, le compró a la billetera conocida por "Chupi", quien regularmente vende frente a la oficina de la AAA, 25 fracciones (medio billete) del Número 01180, Sorteo 394, Serie B para el sorteo del miércoles 24 de septiembre de 2014. Luego, el martes 23 de septiembre 2014, le compró a "Chupi" 20 pedazos adicionales del billete Serie Número 01180 y además, 20 pedazos del billete, Serie Número 28324.



7. Los eventos ocurridos entre el miércoles 17 de septiembre y pasada la fecha del sorteo (24 de septiembre 2014), en relación al extravío de los billetes comprados a "Chupi" por el Demandante, están consignados en la Declaración de marras (Anejo A, supra).

8. El Demandante expone, alega y sostiene su reclamación de que la billetera "Chupi" le vendió los billetes premiados y luego extraviados, en la confirmación de sus compañeros de trabajo, Marielix Rivera Kercadó; la conserje de la AAA, Yasmín y el guardia de seguridad de AAA, Daniel, a quienes Chupi le comentó que le había vendido los dos premios al Demandante.

9. Conforme a todo lo antes consignado, el Demandante formula esta reclamación y le solicita a las autoridades pertinentes, especialmente a la Administración de la Lotería Tradicional de Puerto Rico y al Hon. Secretario de Hacienda, por conducto de esta Demanda **y Orden que este Honorable Foro emita al efecto**, que proceda a la paralización del pago de las fracciones de la Lotería de Puerto Rico antes identificadas, hasta que concluya la investigación de rigor, según la ley y los reglamentos aplicables.

10. Concluida la investigación y/o el trámite administrativo y/o judicial correspondiente, el Demandante reclama el pago total que fuere de los premios conferidos a los billetes por él comprados y luego extraviados, según antes identificados.

**POR TODO LO CUAL**, el Demandante solicita respetuosamente al Honorable Tribunal que, previo los trámites judiciales de rigor, declare **Con Lugar** la esta demanda y en su consecuencia condene a la Parte Demandada a satisfacerle la suma total, la que fuere, de los premios ganados por los billetes de la Lotería tradicional antes identificados, que adquiriera y extraviara el Demandante, con los demás pronunciamientos que en derecho procedan.

**RESPETUOSAMENTE SOMETIDA.**

En Guaynabo, para San Juan, PR a 3 de noviembre de 2014.

LIC. RAMON A. CESTERO
CA 4944 / RUA 3669
**Abogado del Demandante**
Edif. 3 Ríos / Oficina 300
#27 Ave. González Giusti
Guaynabo, PR 00968
Tel: (787) 250-8040
Fax: (787) 759-6768
racestero@hotmail.com

RAC - Fdo. Comulada
5120
11/04/2014
$75.00
Sello Rentas Internas
52927-2014-1104-66779931

#07456573
@ 75.00

0 5 NOV 2014

## DECLARACIÓN JURADA SOBRE
## BILLETES DE LA LOTERÍA EXTRAVIADOS

**YO, FERNANDO A. COMULADA ORTIZ,** Seguro Social Número xxx-xx-0955, mayor de edad, soltero, de profesión Supervisor de la AAA y residente de Ciudad Jardín III, 219 Guamá, Toa Alta, PR 009563, bajo juramento declaro lo siguiente:

1. Que mi nombre y demás circunstancias personales son las antes consignadas.
2. Presto esta declaración en relación a los billetes que se identifican a continuación, los cuales, tal vez por la confusión causada por mi condición de salud, se extraviaron.
3. Dichos billetes son los siguientes:

Billetes de Lotería Tradicional de Puerto Rico:
Sorteo: 394
Fecha: 24 de septiembre de 2014
Número: 01180 / Serie: B
Fracciones compradas: 45
Número: 28324 / Serie: ¿B?
Fracciones compradas: 20

4. El miércoles día 17 de septiembre de 2014, como a las 9:30 de la mañana, y como acostumbro a hacer, le compré a la billetera (a quien solo conozco por "Chupi", quien regularmente vende frente a la oficina de la Autoridad de Acueductos y Alcantarillados de San Juan (AAA) - en Rio Piedras), 25 fracciones (medio billete) del número 01180, Sorteo 394, Serie B para el sorteo del miércoles 24 de septiembre de 2014.

5. Como no tenía cambio, quedé en pagarle por los billetes durante el día. Cerca del medio día comencé a sentirme mal, con síntomas del Chikungunya y le indiqué al gerente de la Agencia que me iba a mi casa antes de que mi cuerpo se paralizara por el dolor en los huesos y no pudiese guiar. Puse los billetes en un "folder" de oficina que regularmente uso para echar documentos.

6. Tomé el Tren Urbano en la Estación de Rio Piedras hasta la última estación en Bayamón y de ahí manejé hasta Isla Verde, y estuve en mi casa de cama por los próximos cinco (5) días.

7. El jueves, 18 de septiembre 2014 a las 10:14 AM recibí un mensaje de texto de una de mis subalternas de trabajo, Marielix Rivera Kercadó, en el que me decía: *"Hola Chupi le está buscando [para] el pago de los billetes."* Yo le contesté a las 10:49 AM: *"Tiene que esperar, a menos que alguien le de los $25.- hasta que yo llegue. Lo lamento, pero no estaba en mi agenda [enfermarme]."* **NOTA**: Esos $25.- responden a $12.50 del 01180 y $12.50 de otros pedacitos cuyos números no recuerdo y no son objeto de reclamación.

8. A las 12:30 PM le escribí a Marielix, *"Ahora me está atacando los dedos"*; a las 2:38 PM Marielix me escribe, *"Me imagino. Ya le pagué a Chupi, dijo que gracias."*

9. El próximo lunes, regresé a trabajar aún con dolor en las coyunturas y picor. El martes 23 de septiembre 2014, durante la mañana, Chupi me vio y me dijo: *"Me quedan estos pedacitos, cómpramelos"*. Le compré 20 pedazos adicionales del billete Serie 01180 y además, 20 pedazos del número 28324.

10. En ese momento me percaté que ya yo había comprado 25 fracciones del mismo número (01180) y le dije a Chupi, "Yo *ya te había comparado este número (el 01180)*. Chupi me contesto: *"Ah! Eso es suerte. A lo mejor te pegas."* Los otros 20 pedazos eran del número 28324. Los acepté, se los pagué, regresé a mi oficina y los guardé en el mismo *"folder",* con los anteriores.

11. Durante esos 8 a 9 días me sentía como un sonámbulo, dolor de cabeza, fatiga, debilidad, dolor en la espalda, en los dedos y las plantas de los pies y mucho picor en todo el cuerpo. En varias ocasiones me sentía desorientado, creo que por los síntomas de la Chikungunya y los medicamentos. Pasó el día del sorteo, el 24 de septiembre y por mi condición, ni me di cuenta; por ende, no confronté los billetes.

12. No fue como hasta el fin de mes que varios de mis compañeros de trabajo me comentaron que Chupi les había hecho críticas de que *"yo era un viejo maceta; que yo me estaba escondiendo para no darle la propina.... que yo me había llevado el Primer Premio y parte del Tercer Premio y lo tenía callao."*

13. Yo no caía en cuenta y fui a donde la billetera (Chupi) y le pregunté si era verdad que ella me había vendido el primer premio. Me dijo que sí y *que yo lo tenía callao*. A todo esto yo pensaba que me estaba tomando el pelo, como solemos decir.

14. Me dijo, *"Un señor que se sacó parte del premio me dio $500.00 y usted es de las personas que mientras más tienen, más quieren".*

15. Esa tarde cuando regresé a mi casa busqué el *"folder"* donde tenía una copia de una tasación de un apartamento (Racket Club, Isla Verde) que me habían listado para la venta [tengo licencia de Corredor de Bienes Raíces] y unos formularios de millas y dietas que los estaba trabajando para someterlos para reembolso por la AAA y todos los billetes comprados a Chupi. Para mi sorpresa, no encontré el *"folder"*.

16. Al siguiente día, miércoles, 1 de octubre de 2014, volví a preguntarle a Chupi si era verdad que el número 01180 había salido premiado y me dijo: *"Si, mira la Lista Oficial de la Lotería"*. Efectivamente el 01180 había salido con el Primer Premio. Chupi añadió: *"Y también cogiste $10.00 del Tercer Premio (el 28324). Yo lo se, porque tú me los compras con frecuencia. ¿No me crees?* Y me insistió, "*Búscalos bien"*.

17. Por días busqué el "folder" y pienso que durante esos días viajé en Tren Urbano; fui a Walgreens; llevé el carro a lavar. En diferentes ocasiones y por varios días busqué en mi casa, oficina, carro, en la casa de mi compañera, que son los cuatro lugares que frecuento diariamente y nada.

18. Tal vez perdí el *"folder"* o lo olvidé en algún lugar durante esos días en los que estaba medicado por mi condición de salud. Al día de hoy, aún no he encontrado los billetes ni los otros documentos que tenía en al *"folder"*.

19. Puedo sostener mi reclamación basado en los datos arriba expuestos y en la confirmación de que se me vendieron los billetes por parte de la billetera Chupi, y de mis compañeros de trabajo: Marielix Rivera Kercadó, quien pagó por los billetes; la conserje de la AAA Yasmín y el guardia de seguridad de AAA, Daniel, a quienes Chupi le comentó que me había vendido los dos premios. Esos son mis testigos, quienes están disponibles para declarar sobre los hechos expuestos.

20. Conforme a lo antes consignado, formulo esta reclamación y le solicito a las autoridades pertinentes, especialmente a la Administración de la Lotería Tradicional de Puerto Rico y al Hon. Secretario de Hacienda, que proceda a la paralización del pago de las fracciones de la Lotería de Puerto Rico antes identificadas, hasta que concluya la investigación de rigor, según la ley y los reglamentos aplicables.

**PARA QUE ASÍ CONSTE**, suscribo la presente declaración bajo juramento, en Guaynabo, PR, a 24 de octubre de 2014.

FERNANDO A. COMULADA ORTIZ

**Testimonio Número** 18128

Jurado y suscrito Ante Mí por **Fernando A. Comulada Ortiz**, de las circunstancias personales antes consignadas, a quien Doy Fe de conocer personalmente, en Guaynabo, PR, a 24 de octubre de 2014.