**Exhibit B**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| FERNANDO A. COMULADA ORTIZ<br>**Demandante**<br><br>vs.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS<br>**Demandados** | **CIVIL NUM.** K AC2014-1073<br>**SALA:** 505<br><br>**SOBRE:**<br>COBRO DE PREMIO DE LOTERIA TRADICIONAL |

## SENTENCIA

El 30 de junio de 2016 se aprobó la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* (PROMESA, por sus siglas en inglés), con el propósito de proveer un método para que el Gobierno de Puerto Rico pueda lograr responsabilidad fiscal y obtener acceso a los mercados de capital. 48 USC sec. 2121.

Dicho estatuto contiene distintos métodos para que las entidades gubernamentales cubiertas por el mismo puedan entrar en un proceso para reestructurar su deuda, a saber: el Capítulo VI, mediante acuerdos voluntarios y extrajudiciales con sus acreedores o el Capítulo III, mediante un proceso similar al establecido en los capítulos 9 y 11 del Código Federal de Quiebras, con el fin de ajustar las deudas de una manera ordenada y justa.[1]

La paralización automática, también conocida como "*automatic stay*", es una figura del Código Federal de Quiebras que fue adoptada por la Ley PROMESA y que tiene el propósito de proteger al quebrado. "[I]**mpide**, 'entre otras cosas, el comienzo o **la continuación de cualquier proceso judicial**, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra del deudor, o para ejercitar cualquier acción cuyo derecho nació antes de que se iniciara la quiebra'". (Énfasis nuestro). *Peerless Oil v. Hermanos Pérez*, 196 DPR 236, 255 (2012), citando a *Marrero Rosado v. Marrero Rosado*, 178 DPR 476, 490 (2010).[2] **Surte efecto la paralización automática una vez se presenta la petición de quiebra, sin**

---

[1] Véase Título III, 48 USC secs. 2161 al 2177, y el Título VI, 48 USC secs. 2231 al 2232, de la Ley PROMESA, *supra*.
[2] Véase, además: 11 USC sec. 362.

Número Identificador
SEN2017 37746

**necesidad de notificación formal**. (Énfasis nuestro). *Peerless Oil v. Hermanos Pérez*, supra, pág. 255.

Considerado que la parte demandada se ha acogido a la protección que le brinda el Capítulo III en la Ley PROMESA antes descrita. El Tribunal reconoce la paralización estatutaria y ordena el archivo de este caso, para fines administrativos y sin que constituya una adjudicación de las controversias del mismo. El Tribunal habrá de retener jurisdicción para reabrir el caso, de proceder, durante un término no mayor de un año, a partir de la determinación final de la Corte de Distrito de los Estados Unidos en el proceso de quiebra antes mencionado, sujeto a que otra cosa decida el Tribunal a cargo de la quiebra.

Vencido dicho término quedará el caso archivado, sin perjuicio, y no será reabierto.

**REGÍSTRESE Y NOTIFÍQUESE**.

En San Juan, Puerto Rico, a 5 de junio de 2017.

ERIC R. RONDA DEL TORO
**JUEZ SUPERIOR**

AUG 31 2022

Sello
5120
08/31/2022
$1.20
Sello de Rentas Internas
80143-2022-0831-33985002

2