Eva Arroyo Rivera
Calle Gardenia A-4
Urb. Las Vegas Catano PR 00962

1 SEP 2022 PM 2 L

Unite States District Court, Clerk's
Ofice, 150 ave. Carlos Chardon Ste. 140
San Juan, P.R. 00918-1767