1/sept/22

Reclamación Caso 134710

No entiendo Ingles. La correspondencia que yo recibia era en Ingles, por eso no conteste, su solicitud sobre informacion necesaria para completar expediente.

Lilliam Ocasio Rios
HC-02 Box 9223
Guaynabo, P.R. 00971
Trabaje 1926 - 2009
liocasio@hotmail.com
telfono 787-318-1973
Seg. Soc. - - 4028
año nac. 1954
Num-Reclamacion 134710
Reclamacion   Reclasificacion y Remuneracion

Yo renuncie a la remuneracion del caso num. 2008-07-0023 porque la Comision apelativa del Servicio Publico me escribio que me iba a multar hasta con $10,000 si yo no contestaba el interes al caso. En el año 2001 junto a otras enfermeras hice una peticion de reclasificacion del puesto que ocupaba como enfermera generalista del Hospital Universitario del Centro medico de Rio Piedras P.R. La comision apelativa del Servicio Publico nunca tomo una decision del caso 2008-07-023, yo le di seguimiento pero no obtuve respuesta

En el año 2009 me jubile pense que no tenía derecho a renumeracion porque como no trabajaba no tenía puesto para reclasificación.

En el año 2021 la Comisión Apelativa del Servicio Publico me comunico por carta que si no contestaba me iban a multar hasta por $10,000 por tal razon les conteste que no me interesaba la apelacion.

Me contestaron que como no le notifique a la parte apelada se da por no radicada.

Yo no entiendo nada si tengo o no derecho. Ustedes decidiran.

No tengo evidencia de mi reclamaciones no se si tengo derecho a reclamar

att
Lillian Ocas.