Lillian [illegible]
HC-02 Box 9743
Guayama, P.R. 00971,

RECEIVED & FILED
2022 SEP -6 PM 3:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR
2 SEP 2022   PM

Secretaria (clerk's office)
Tribunal de Distrito de los
Estados Unidos (United States District
Sala 150 Edificio Federal
(Federal Building)
San Juan P.R. 00918-1769