Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 111039   **Creditor Name:** RIVERA ORSINI, YOLANDA

| | | |
|---|---|---|
| (1) | Nombre Completo | Yolanda Rivera Orsini |
| (2) | Número de teléfono | (787) 702-7386 |
| (3) | Número de empleado | 44013 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico agosto/1988 - agosto/2017 |
| (5) | Correo electrónico | yotapi61@yahoo.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 1241 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br>Case No. 17 BK 3283-LTS |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Reclamación del dinero correspondiente a la licencia de días de enfermedad según derecho adquirido. |

*** Attach any supporting documentation you may have related to your claim. ***


17032830019434

Exhibit A

## Employee Response Letter

**Claim No. 111039**  **Creditor Name:** RIVERA ORSINI, YOLANDA

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case.**)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

17032830019434