Yolanda Rivera Distri
RR-5, Box 18693
Toa Alta, PR 00953-9218

3 SEP 2022 PM 1 L
SAN JUAN PR 009

Secretaria del Trubunal de Distrito
de los E.U. Sala 150
Edificio Federal, San Juan P.R.
00918-1767

00918-240550