Exhibit A

## FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 151528    **Creditor Name:** Reyes Santiago, Aida Iris

| | | |
|---|---|---|
| (1) | Nombre Completo | Aida Iris Reyes Santiago |
| (2) | Número de teléfono | 787-616-7255 |
| (3) | Número de empleado | Estoy jubilada al momento |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación |
| (5) | Correo electrónico | aidareyes.stgo@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 0181 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Me deben 2 pasos que no me otorgaron. Cuando me retiré tenía que estar cobrando $2,755.00 y terminé cobrando $2,705.00. Me retire en diciembre 2016 cobrando un sueldo bruto de $2,705.00 cuando debía cobrar $2755.00. |

*** Attach any supporting documentation you may have related to your claim. ***


17032830019163

Aida Iris Reyes Santiago
RR 06 Box 7281
Toa Alta P.R. 00953-9302

Case:17-03283-LTS Doc#:22111 Filed:09/07/22 Entered:09/08/22 16:16:30 Desc: Main Document Page 2 of 2

Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-1767

00918-133999