# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS (Jointly Administered) |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors. | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Adv. Proc. No. 22-00063-LTS in 17 BK 3283-LTS |
| Plaintiff, | |
| v. | |
| HON. PEDRO PIERLUISI URRUTIA, in his official capacity as Governor of Puerto Rico, | |
| Defendant. | |

**EXHIBIT 1- BRIEF DESCRIPTION OF AMICI**

The following provides a brief description of *amici* requesting leave to file an Amicus brief in captioned action:

1. **The Puerto Rico Retailers Association ("ACDET", for its acronym in Spanish)**

Founded in 2010, the ACDET brings together local and multinational store chains, in order to promote the growth of the retail sector in Puerto Rico. ACDET has 32 members (corporations) with more than 500 establishments/stores among them. The retail industry in Puerto Rico generates more than 130,000 jobs per year (50,000 of them in our chain of stores members), collects more than 60% of the state sales tax and pays more than $500 million in other taxes and fees. ACDET maintains an active government advocacy program, industry public relations, and numerous networking events.

ACDET has helped to fulfill the common and best interests of the retail industry actively addressing the following issues among others:

- Closing Law
- Consumer Protection Regulation
- Sales Tax Law and Regulation
- Puerto Rico Labor Reform
- Minimum Wage Law
- Retirement Pension System
- Tax Reform
- Health and Family Department Regulations
- National Gross Receipts Tax
- Alternative Minimum Tax for Corporations
- Foreign Corporations Tax Law

**2. Restaurants Association of Puerto Rico ("ASORE", for its acronym in Spanish)**

La Asociación de Restaurantes de Puerto Rico (ASORE) brings together leaders in the prepared food industry, as well as restaurant, chain and independent owners, suppliers and related professions. ASORE represents the commercial segment of ready-made food sales that includes restaurants, cafes, pizzerias and bakeries, among others.

The restaurant industry annually creates more than 62,000 direct and 40,000 indirect jobs in Puerto Rico. With more than 4,500 restaurants represented, among them, 1,300 quick service restaurants, 350 "casual & fine dining restaurants" and more than 2,800 cafes, bakeries and inns.

ASORE offers educational programs, as well as seminars on economics and other topics related to the food industry. In addition, ASORE supports schools and universities with culinary programs. Among its various functions, ASORE is a spokesperson for the industry on legislative issues related to the impact of legislated the rights and benefits on this important segment of the economy.

**3. Puerto Rico Marketing, Industry and Food Distribution Chamber ("MIDA", for its acronym in Spanish)**

MIDA was founded in 2003 by merging the Puerto Rico Chamber of Wholesale Traders and the Puerto Rico Association of Wholesalers, Importers, and Food Distributors.

MIDA is a non-profit, independent and non-partisan organization. MIDA represents and advocates in favor of hundreds of entities and sole proprietors, which form a chain of importers,

manufacturers, wholesalers, distributors, dealers, retailers, agro-industrial producers and processors, food suppliers, and related businesses.

The membership of MIDA includes the major supermarket chains doing in Puerto Rico, retail food shops, small chains and independent supermarkets, and wholesalers. The chamber also represents food distributors, distributors of soft drinks, spirits and beer, as well as a wide range of products that are sold in supermarkets and retail outlets, and wholesalers whose line of business is outside the food industry. The latter include beauty products, household products, magazines, candy, and stationery.

4. **Puerto Rico Hotel & Tourism Association ("PRHTA")**

The PRHTA is an island-wide trade association which represents, protects, promotes, educates and informs its members, who together directly and indirectly employ more than 80,000 men and women throughout Puerto Rico. As the primary voice of Puerto Rico's hotel and tourism sector, the PRHTA is dedicated to representing, promoting, protecting and reporting on the represented industry.

The PRHTA represents the shared interests of more than 400 corporate members, including hotels, restaurants, tour companies, suppliers of hospitality goods and services, airlines, cruise lines and educational institutions.

As the voice of Puerto Rico's hotels, restaurants and all other segments of our island's tourism industry, it is committed to helping its members achieve their key business objectives.

5. **Puerto Rico Hospital Association ("AHPR")**

Puerto Rico Hospital Association was incorporated on June 25, 1942, under the name of "Hospital Council". As of March 20, 1976, the Association acquired the name Hospital Association of Puerto Rico. It is a non-profit organization. The AHPR works to promote the interests of hospitals, both private and public in Puerto Rico. The AHPR provides its members with education, research, networking and legislative advocacy.

AHPR brings together 67 of the 70 hospitals duly licensed in Puerto Rico, as well as other institutions, such as: Diagnosis and Treatment Centers, Independent Ambulatory Surgery Center,

Ambulatory Services Center, Health Homes, distinguished personalities in the field of health, among others.

## 6. The Puerto Rico Association of Automobile Distributors and Dealers ("PRADA" for its acronym in Spanish)

The Asociación de Distribuidores y Concesionarios de Automóviles de Puerto Rico ("PRADA") has the mission of advancing the interests of the members, comprised primarily of car "dealers". The auto dealership and distribution industry generates approximately 12,000 to 14,000 jobs. Most are vendors, service representatives, and repair technicians, among others.

PRADA provides education and guidance regarding the need to improve the service offered by the industry, as well as guidance on the laws and regulations that regulate the industry. The organization also engages in lobbying efforts before the Puerto Rico Legislature and Executive branches.

## 7. Asociación Hecho en Puerto Rico, Inc. ("AHPR")

Asociación Hecho en Puerto Rico is a non-profit organization incorporated in 1967, but with origins that go back to 1910, with the foundation of the Puerto Rico Association, with the purpose of protecting the main industries of the island, which at that time was sugar cane, coffee and tobacco.

The Mission of the Association is to protect and promote manufacturing and services made and offered by companies whose base of operation is Puerto Rico. Its partners are manufacturing, processing, marketing, distribution and export companies of products that, as its members use the "Made in Puerto Rico" seal. The Association also includes over a hundred companies that offer services to other partners and the community in general.

The Association also hosts the Puerto Rico Minority Business Development Agency Business Center, an entity attached to the Association, whose mission is to provide our members and the entire private sector with technical assistance to access funds complemented by contributions from the Federal Small Business Administration.

## 8. The Puerto Rico Chamber of Commerce ("CCPR")

4

The Chamber of Commerce of Puerto Rico ("CCPR") is a non-profit organization, which brings together a membership of over 1,200 members; a Board of Directors composed of 44 business leaders in Puerto Rico, 31 affiliated professional and business organizations, as well as private employers from small, medium or large businesses from all economic sectors of Puerto Rico.

The CCPR is a spokesperson for business in Puerto Rico, representing all commercial, industrial, professional activities and those that constitute the fundamental basis of the Puerto Rican economy. Its mission is to promote the strengthening of private enterprise and multisectoral integration, to foster the sustainable socioeconomic development of Puerto Rico and a better quality of life.

The CCPR's mission is to strengthen the development of its constituents by providing knowledge, multisectoral representativeness and protecting the values and foundations of free enterprise. In addition, promote the sustainable socioeconomic development of Puerto Rico and a better quality of life.

The CCPR maintains communication with the leaders of the Puerto Rico and Federal Government, supporting its members and affiliated organizations in their outreach efforts before federal and local governments.

9. **The Puerto Rico Manufacturers Association ("PRMA")**

The Puerto Rico Manufacturers Association (PRMA) (in Spanish: Asociación de Industriales de Puerto Rico) is a private, non-profit, and voluntary trade association in Puerto Rico formed with the intent of joining the manufacturing and service industries of Puerto Rico in the same organization. The Association was established in 1928 before Operation Bootstrap and was the entity that suggested the creation of the Puerto Rico Industrial Development Company (PRIDCO).

Today, the PRMA is the largest association that groups manufacturers on the island. The PRMA has approximately 1,200 members in two major categories: manufacturing entities and service entities - the companies that supply products and services to the manufacturers. Manufacturing represents almost half of Puerto Rico's GDP.

The PRMA's mandate is to help foster its members' competitiveness, provide programs and services to help develop local talent, improve the quality of manufactured products, and advocate for its members' legislative agenda both in the island's legislature and in Washington, D.C.

10. **Puerto Rico Builders Association ("PRBA")**

The Puerto Rico Builders Association (PRBA), a non-profit organization, serves developers, investors, and builders in the changing social, economic, and environmental ecosystem of our Puerto Rico. Established in 1951, PRBA has been recognized as a relevant force in the construction and real estate sectors of our economy, by government and private sector decision-making leaders, providing the platform for connecting with all players of the real estate industry.

THE PRBA's mission is to promote and lead planned development that is safe, sustainable, and serve as an economic driver for the Island, working hand in hand with the private and public sectors in Puerto Rico.

PRBA's goals are to:
- Promote best practices in real estate development.
- Unite leaders and executives from all real estate sectors: Housing, Commercial, Industrial and Tourism.
- Foster collaboration among members and institutions.
- Develop alliances with other non-governmental institutions to achieve responsible economic growth and improve the quality of life of our communities.
- Advance land use policies, regulations and design practices that balance development and our environment.
- Provide continuous education for our members and community, while actively participating in the public arena.
- Provide leadership opportunities to a new generation of entrepreneurs and professionals eager to take prominent roles in our organization, through our councils and committees.

All of *amici* are nonprofit, nonpartisan organizations that maintain among their primary functions the representation of the interests of their business members in matters before Puerto

6

Rico's Executive Branch, the Legislature and, when appropriate, the courts. Their missions include the promotion and protection of the rights of their members to own, operate, and grow their businesses.

In San Juan, Puerto Rico, this 8th day September 2022.

**JORGE L. CAPÓ MATOS, ESQ.**
Metro Office Park
Metro Park 7
Street #1, Suite 204
Guaynabo, Puerto Rico 00968
Office Phone: 787-200-2729
Cel. Phone: 787-447-3706
Email: jorge@capolawoffice.com

S/Jorge L. Capó Matos
DC-PR 127706

**RAYMOND E. MORALES, ESQ.**
P.O. Box 191816
San, Juan, P. R. 00919 1816
Tel. (787) 753-5000
Fax (939) 697-6261
Cel. (787) 646-6366
E mail: remorales@remlawoffices.com

S/Raymond E. Morales
USDC PR 129408