3 de septiembre de 2022

Saludos.

Mi nombre es Ada Miriam Ramos Torres. Mi dirección postal es el PO Box 109, Santa Isabel, Puerto Rico 00757. La física es, Barrio Jauca Calle 6, Sector Yerba Dura R-9, Santa Isabel, Puerto Rico 00757. Mi número de teléfono es (787) 392-2819, y el correo electrónico es adamramos54@ymail.com. Mis últimos cuatro dígitos del Seguro Social son, 4534. Trabajé en el Departamento de Educación del Estado Libre Asociado de Puerto Rico por 32 años. Mi numero de caso es el 17BK03283-LTS y los números de las reclamaciones son 110190, 96619, y 94363.

Yo tengo derecho a estas reclamaciones ya que se crearon múltiples leyes para beneficiar al educador del departamento de Educación que no se han cumplido. Me jubilé en el año 2009 y aún la ley de jubilación tampoco se ha cumplido. Las leyes mencionadas son las siguientes y envío cantidades de cada una estipuladas aquí: Aumento de tres por ciento en las pensiones bajo las disposiciones de la Ley 218 de 1951 Ley #39 del 13 de junio 2001; Aumento de Ley 171 del 2003 del Sistema de Retiro para los Maestros; Ley del Romerazo, aumento de cuarenta dólares mensuales en 2079.

| Sueldo | 3% | Sueldo después del aumento | Deben por tres años |
|---|---|---|---|
| 1,936.92 | 58.108 | 1,995.028 en 2012 | 2,091.96 |
| 1,995.028 | 59.851 | 2,54.878 en2015 | 2,154.06 |
| 2,054.878 | 61.646 | 2,116.525 en 2018 | 2,219.04 |
| 2,116.525 | 63.496 | 2,180.021 en 2021 | 2,286.00 |
| Deben | | | 8,751.96 de la ley 3% |

Mi sueldo debe ser: $2,180.02 mensuales

Ley Romerazo 1979-2009 (30 años equivale a 360 meses): 360   40 Total de Romerazo 14,400.00

Atentamente,

*Ada M. Ramos Torres* (signature)

Ada M. Ramos Torres