# FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.**      **Creditor Name:**

| | |
|---|---|
| (1) Nombre Completo | Ada M. Ramos Torres |
| (2) Número de teléfono | 787 392-2819    787 895-5229 |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación Desde 1977 – 2009 |
| (5) Correo electrónico | adamramos@ymail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 4534 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br>Date filed 6/29/2018    2) No. 94363<br>1) Proof of Claim No. 110190   3) 96619 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | 1) Aumento de 3% Maestro Retirado<br>    8,751.96 – 3%<br>2) Ley 96 –<br>3) Ley 34 –<br>4) Ley 39<br>5) Ley 164 –<br>6) Ley Romerazo – 914,400 |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*

# GOVERNMENT OF PUERTO RICO
## PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

Please send the completed form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim. Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal
Agency and Financial
Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 | PO Box 42001, San Juan, PR 00940-2001

787.722.2525   contact@aafaf.pr.gov   aafaf.pr.gov

Sheet1 Sheet2 Sheet3

| SUELDO | 3% | SUELDO DESPUÉS DEL AUMENTO | | DEBEN POR 3 AÑOS |
|---|---|---|---|---|
| 1,936.92 | 58.108 | 1,995.028 | EN 2012 | 2,091.96 |
| 1,995.028 | 59.851 | 2,054.878 | En 2015 | 2,154.6 |
| 2,054.878 | 61.646 | 2,116.525 | En 20 18 | 2,219.4 |
| 2,116.525 | 63.496 | 2,180.021 | En 2021 | 2,286 |
| | | | Te deben | 8,751.96 de la Ley 3% |

Tu sueldo debe ser $ 2,180.02 mensuales

1979 - 2009 (30 años = 360 meses)       DEBEN DEL ROMERAZO
              360           40                  14,400

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)



US POSTAGE PITNEY BOWES
ZIP 11232 $ 000.35⁰
02 4W
0000349804 AUG 29 2018

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/26/2018
Proof of Claim No.: 96619

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

ADA M RAMOS TORRES
PO BOX 109
SANTA ISABEL, PR 00757