From: Ada Miriam Ramos Torres
P.O. Box 109
Santa Isabel, P.R. 00757

7022 0410 0000 7799 1687

To: Secretario (Clerk's Office)
Tribunal de Distrito de los E.U.
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

RETURN RECEIPT REQUESTED

00918-310550