3 de septiembre de 2022.

Secretaría (Clerk's Office)
Tribunal de Distrito de los E.U.
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

Formulario de respuesta del reclamante:

1. Nombre: Mayra Ivette Rivera Rola
2. Núm. Teléfono: 939-644-0556
3. Núm. Empleado: 53198
4. Agencia para la cual trabaja y fecha: Sept/1992
   Departamento de Educación de PR
   División de Comedores Escolares
5. Correo electrónico:
   Mayra_rola@yahoo.com
6. Núm. Seguro Social (últimos 4 dígitos): 8455
7. Núm. de caso administrativo o judicial, si aplica
   17 BK 03566-LTS
8. Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado.

→ Mi reclamación corresponde a mis aportaciones al Sistema de Retiro de PR, los cuales fueron y son descontadas de nómina a mi nombre en mi trabajo.

Atentamente,

*Mayra Rivera Rola*
Mayra I. Rivera Rola
Urb. Lago Alto G-113 Cidra St.
Trujillo Alto PR 00976