Mayra I. Rivera Rodz
Urb. Lago Alto
G 113 Calle Cidra
Trujillo Alto, PR 00976



Secretaria
Tribunal de Distrito de los E.U.
Sala 150 Edificio Federal
San Juan, PR
00918-1767