FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación
No.
Reclamante:

| | | |
|---|---|---|
| (1) | Nombre completo | Raquel Andrades Rodriguez |
| (2) | Número de teléfono y correo electrónico | 939-484-5109 rar5270@gmail.com |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | abril/dic. de 1985 |
| (4) | Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*. | |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | 2259 |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |

(7) Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo.

(8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. Incluya páginas adicionales si es necesario.

Mi reclamo es referente a un aumento que otorgó el entonces gobernador Hon. Carlos Romero Barceló y que no lo honraron. En esa época yo trabajaba para el Departamento de Educación de P.R.

Raquel Andrades Rodriguez

P.D. No puedo conseguir un abogado que me ayudara en esta gestión.

Espero que ustedes puedan ayudarme.

Gracias