Calle Tiburcio Berty J-13
Urb. Villa San Antón, Carolina, PR 00985

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767

00918-133999