Mi nombre es Inez R. Santiago González
tel. 787-900-4957


Promesa    Title III
No. 17 BK 3283 -LTS


The Commonwealth of Puerto Rico