

**GOBIERNO DE PUERTO RICO**
JUNTA DE RETIRO DEL GOBIERNO DE PUERTO RICO

## CERTIFICACIÓN DE EMPLEO

Certifico que la persona que se indica a continuación es empleada de la Junta de Retiro del Gobierno de Puerto Rico y que los datos que sobre su persona se ofrecen son los que aparecen en nuestros registros oficiales:

Nombre del Empleado(a): **Ina R. Santiago González**

Núm. Seguro Social: xxx-xx-6593

Clase de Nombramiento: **Regular de Carrera**

Último Puesto ocupado: **Oficinista I**

Sueldo mensual: $1,350.00

Fecha Comienzo en Agencia: 10-junio-2013 al 24-julio-2016 (Transitorio) y del 25-julio-2016 al Presente (Regular)

Observaciones:

En testimonio de lo cual se expide esta certificación a petición de la señora Santiago González. En San Juan, Puerto Rico hoy, **2 de Junio de 2022.**

Irma Y. Suárez Sánchez
Directora Recursos Humanos y
Relaciones Laborales



Avenida Arterial Hostos 235 - Capital Center - Torre Norte piso 8 | PO Box 42003, San Juan, PR 00940-2203
787-777-1500   www.retiro.pr.gov

| 312 Junta de Retiro<br>P O BOX 42003<br>SAN JUAN, PR 00940-2203 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM Quincenal<br>08/16/2022<br>08/31/2022 | Aviso #:<br>Fecha Aviso: | 2944188<br>08/30/2022 |
|---|---|---|---|---|---|
| INA SANTIAGO GONZALEZ<br>BDA. ISRAEL<br>C/LAGUNA 177<br>SAN JUAN, PR 00917<br>SS: 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 | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 31201460-Area Servs a Participantes<br>Seccion Estado de Cuentas<br>Oficinista I<br>$1,350.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Single<br>0 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 675.00 | 1,297.50 | 10,800.00 | |
| Total: | | 675.00 | 1,297.50 | 10,800.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 9.79 | 156.60 |
| Fed OASDI/Disability - EE | 41.85 | 669.60 |
| Total: | 51.64 | 826.20 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 57.38 | 918.08 |
| Total: | 57.38 | 918.08 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 1.69 | 27.04 |
| AE-Asoc Emp ELA-Prest Regular | 27.33 | 437.28 |
| SM-First Medical Health Plan | 17.88 | 246.08 |
| AS-DIV EMP PUBLICOS UGT | 8.67 | 138.72 |
| Ahorros-AEELA | 20.25 | 324.00 |
| Total: | 75.82 | 1,173.12 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 260.00 | 2,080.00 |
| FSED Disability Plan | 13.50 | 216.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 675.00 | 0.00 | 51.64 | 133.20 | 490.16 |
| Acumulado: | 10,800.00 | 0.00 | 826.20 | 2,091.20 | 7,882.60 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #2944188 | 490.16 |
| Total: | 490.16 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Junta de Retiro
P O BOX 42003
SAN JUAN, PR 00940-2203

Fecha
08/30/2022

Aviso No.
2944188

Cant. Deposito: $490.16

A la
Cuenta(s) De

INA SANTIAGO GONZALEZ
BDA. ISRAEL
C/LAGUNA 177
SAN JUAN, PR 00917
Localizacion: Seccion Estado de Cuentas

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 490.16 |
| Total: | | 490.16 |

## NO-NEGOCIABLE