I. Santiago
Calle Laguna B
Bda Israel
Hato Rey P.R.
00917



Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-1767