3 de septiembre de 2022

Saludos.

    Por este medio respondo a la petición de ustedes solicitándome una respuesta explicativa para las reclamaciones de las leyes. Aquí les proveo mi información personal. Mi nombre es Carmen Judith Martínez Colón. Mi dirección postal es HC1 Box 5249, Santa Isabel, Puerto Rico 00757. La física es Barrio Ollas Calle 16 #522, Santa Isabel, Puerto Rico 00757. Mi número de teléfono es (787) 590-6453, y el correo electrónico es erasmojudy@yahoo.com. Mis últimos cuatro dígitos del Seguro Social son 2095. Trabajé en el Departamento de Educación de Puerto Rico por 30 años, desde agosto 1983-diciembre 31, 2013. Mi número de caso es 17BK03283-LTS y los números de las reclamaciones son 128066, 140496, 122949.

    Considero tener derecho a estas reclamaciones ya que el gobierno creó múltiples leyes para beneficiar al educador del departamento de Educación, y las mismas no se han cumplido. Me retiré en el año 2013, como mencioné anteriormente, y todavía no se ha cumplido la ley de jubilación. No sé a qué ley responde las reclamaciones ya que los folletos envidos no lo indican. Envío esta carta explicativa ya que, no tengo más evidencias a la mano que puedan sustentar mi reclamación. Algunas de las leyes mencionadas son las siguientes: Aumento de tres por ciento en las pensiones bajo las disposiciones de la Ley 218 de 1951 Ley #39 del 13 de junio 2001; Aumento de Ley 171 del 2003 del Sistema de Retiro para los Maestros; Ley del Romerazo, aumento de cuarenta dólares mensuales en 2079. Aquí envío cantidades estipuladas.

| Sueldo | 3% | Sueldo después del aumento | | Deben por tres años |
|---|---|---|---|---|
| 2,587.50 | 77.63 | 2,655.13 | 2013 | 2,655.13 |
| 2,655.13 | 73.65 | 2,728.78 | 2016 | 2,728.78 |
| 2,728.78 | 81.86 | 2,810.64 | 2019 | 2,810.64 |
| 2,810.64 | 84.31 | 2,894.95 | 2022 | 2,894.95 |
| Deben | | | | 11,089.50 de la ley 3% |

**Mi sueldo debe ser: $2,894.95 mensuales**

| Ley Romerazo 1979-2013 (30 años equivale a 360 meses): 360x40 Total de Romerazo 14,400.00 |
|---|

Atentamente,

*Carmen J. Martínez Colón*
Carmen J. Martínez Colón