Carmen J. Martinez
HC1 Box 5949
Santa Isabel, P.R.
00757

7022 0410 0000 7799 5326

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
SANTA ISABEL, PR
00757
SEP 06, 22
AMOUNT
$7.25
R2304M114295

1000
00918

Secretaria (Clerk's Office)
Tribunal Distrito de Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

00918-139999

