2 de septiembre del 2022

A quien pueda interesar,

Yo Nilsa A. Nunez Santos, con el seguro social REDACTED escribo la presente
despues de haber trabajado por 27 años (1990 – 2017) en el Departamento de
Educación de Puerto Rico. Durante ese tiempo congelaron dinero que me pertenece.
Por esta razón hago el reclamo del mismo (reclamo #67644).

Basado en la Remuneración por años de experiencia (llamado Pasos por Año) que
fue congelado desde el 2001 la deuda es de $40,800.  La remuneración se me dejó de
ser pagada desde el 2001 hasta el 2017 que me retiré, para un total de 16 años. Esta
remuneración es calculada de la siguiente manera: $300 por el primer año y cada
año subsiguiente hay un incremento de $300. Por ejemplo, el primer año son $300,
el Segundo $600, el tercero $900, el cuarto $1,200 y asi consecutivamente. El total
audeudado es de $40,800.

En adición, La Ley 89 (conocida como El Romerazo) indica que que $100/ mes
($1,200 por cada año) deben de ser pagados  por la cantidad de años de servicio,
que en este caso son 27. Por lo tanto, 27 años multiplicado por $1,200 iguala
$32,400.

La deuda total que el Departamento de Educación de Puerto Rico a Nilsa A. Núñez
Santos es de $73,200.

Cordialmente,

Nilsa A. Núñez Santos
5170 W River Springs St
Eagle ID, 83616
787-531-7411
Alejandra.irzarry@gmail.com

State of Idaho, Ada County ss:

On this 3rd day of September, 2022, before me C. Puljan
a Notary Public in and for said county and state, personally appeared
Nilsa Nuñez Santos ; known or proven
to me to be the person(s) who executed the foregoing instrument.
In witness wherefore, I have hereunto set my hand and affixed my official
seal the day and year in the certificate first above written.

Notary Public Residing at: Ada County
Commission Expires: 1-/ 2 6 / 2-2 7

Cole Puljan
Notary Public
State of Idaho
Commission No. 56553