2 de septiembre de 2022
Naranjito, P.R.



A quien pueda interersar:
¡Saludos!

Le escribe Miriam Fernández Febus, maestra retirada con 30 años de servicio. Número de reclamación 142106. Reclamé $6,000.00 por pasos de servicios que no recibí.

Queda de ustedes la decisión.

¡Gracias!

*[firma]*