Miriam Fernández Febus
H.C. 73 Box 4888
Naranjito, P.R. 00719



SAN JUAN PR 009
2 SEP 2022 PM 1 L

Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

00918-133902