31 de agosto 2022

A quien pueda interesar

Nombre: Yelitza A. Rodriguez Mateo
Dirección: P.O. Box 561, Coamo, P.R. 00769
Teléfono: 939-732-0838
Email: yelitzarod54@yahoo.com
Maestra Retirada (2012) Departamento Educación P.R.
Título III PROMESA
Caso: 17-03283 LTS
Doc. # 21763 - Anejo C
Número de Reclamación: 174728

Reconsideración:
Por la presente informo que yo he enviado toda la información solicitada desde que comenzó este proceso. También llamo al teléfono 844-822-9231, tan pronto recibo alguna notificación. Siempre me han dicho que mi caso está activo y no falta ninguna información. Al recibir el documento # 21763, llamé y me informaron que no había escrito una aproximación del monto de mi demanda. Solicito un aproximado de $75,000 dólares. Espero se tome en consideración mi pedido.

Gracias anticipadas,
Yelitza A. Rodriguez Mateo
*(signature)*