Yelitza A. Rodriguez Mateo
PO Box 561
Coamo, PR. 00769

CERTIFIED MAIL

7021 2720 0001 8132 7951

U.S. POSTAGE
FCM LETTER
COAMO, PR
00769
SEP 02, 22
AMOUNT
$7.85
R2303S100867

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR. 00918-1767