UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of
THE COMMONWEALTH OF PUERTO RICO, et

PROMESA Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the Commonwealth.

al.,

PROMESA Title III

No. 17 BK 3283-LTS

(Jointly Administered)



## MOCIÓN EN OPOSICIÓN

Comparece, MERIAM DE JESÚS APONTE, por derecho propio quien muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que soy maestra de salud escolar para el Departmento de Educación de Puerto Rico desde al año 2000 al presente, número de empleada, 111089 y actualmente trabajo en la Escuela Ramón Marín Solá en Ponce, Puerto Rico.

2. Que poseo dos reclamaciones ante el Commonwealth of Puerto Rico, números 140857 del 6/29/2018 por la cantidad de $19,800.00 y 151660 del 6/29/2018 por la cantidad de $18,000.00.

3. Que como evidencia de mis funciones como maestra adjunto los talonarios de pago por los pasados 5 años.

4. Que solicito sea considerada para el pago solicitado para ambas reclamaciones.

**RESPETUOSAMENTE SOMETIDA.**

En Coamo, Puerto Rico, a 3 de septiembre de 2022.

Meriam De Jesús Aponte