**Gobierno de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 05610428 |
| --- | --- | --- | --- |
| Desde: | 12/07/00 | | |
| Hasta: | 12/20/00 | Fecha: | 12/28/00 |

| MERIAM DE JESUS APONTE | # Empleado: | REDACTED | | DATA IMP: | Federal | PR | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| BO. COLLORES (ALTURAS PIZA) | Dept: | 8005036-Ponce Jayuya | | Estado Civil: | Married | Claiming no personal exem | |
| P.O. BOX 968 | Oficina: | Antonia Serrano Gonzalez | | Concesiones: | 0 | | |
| JAYUYA PR 00664 | Titulo: | M.Salud Escolar | | Pet. Adcl.: | | 0 | |
| SS:REDACTED | Sueldo: | $1,500.00 Monthly | | Cant. Adcl.: | | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente | | Acumulado | | IMPUESTOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 750.00 | 60.00 | 750.00 | Fed FICA - MHI | 57.64 | 57.64 |
| Pago Retroactivo Regular | | | 3,225.00 | | 3,225.00 | PR Withholdng | 293.58 | 293.58 |
| **Total:** | | | 3,975.00 | 60.00 | 3,975.00 | **Total:** | 351.22 | 351.22 |

**DEDUCCIONES** / **DEDUCCIONES GENERALES** / **BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GPR Plan de Retiro de Maestro | 357.75 | 357.75 | | | | GPR Plan de Retiro de Maestro | 337.88 | 337.88 |
| | | | | | | FSED Disability Plan | 67.58 | 67.58 |
| **Total:** | 357.75 | 357.75 | **Total:** | 0.00 | 0.00 | * Tributable. | | |

**TOTAL BRUTO** / **TOTAL IMPUESTOS** / **DEDUCCIONES TOTALES** / **PAGA NETA**

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| --- | --- | --- | --- | --- |
| Corriente: | 3,975.00 | 351.22 | 357.75 | 3,266.03 |
| Acumulado: | 3,975.00 | 351.22 | 357.75 | 3,266.03 |

| PTO HORAS | ACUM | | | DISTRIBUCION PAGA NETA | |
| --- | --- | --- | --- | --- | --- |
| Balance Inicial: | 0.0 | | | Cheque #05610428 | 3,266.03 |
| + Acumulado: | | | | | |
| - Utilizado: | | | | Total: | 3,266.03 |
| - Donada: | | | | | |
| + Ajustes: | | | | | |
| Balance Final: | 0.0 | | | | |

MENSAJE: "FELICIDADES Y PROSPERO 2001 A LOS SERVIDORES PUBLICOS Y FAMILIARES", PEDRO ROSSELLO

**Gobierno de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 05801754 |
|---|---|---|---|
| Desde: | 01/08/01 | | |
| Hasta: | 01/19/01 | Fecha: | 01/12/01 |

| MERIAM DE JESUS APONTE | # Empleado | REDACTED | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BO. COLLORES (ALTURAS PIZA) | Dept: | 8005036-Ponce Jayuya | Estado Civil: | Married | Claiming no personal exem |
| P.O. BOX 968 | Oficina: | Antonia Serrano Gonzalez | Concesiones: | 0 | |
| JAYUYA PR 00664 | Titulo: | M.Salud Escolar | Pct. Adcl.: | | 0 |
| SS REDACTED | Sueldo: | $1,500.00 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | — Corriente — | | — Acumulado — | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 750.00 | 60.00 | 750.00 | Fed FICA - MHI | 10.88 | 10.88 |
| | | | | | | PR Withholdng | 58.96 | 58.96 |
| Total: | | | 750.00 | 60.00 | 750.00 | Total: | 69.84 | 69.84 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro de Maestro | 67.50 | 67.50 | | | | GPR Plan de Retiro de Maestro | 63.75 | 63.75 |
| | | | | | | FSED Disability Plan | 12.75 | 12.75 |
| Total: | 67.50 | 67.50 | Total: | 0.00 | 0.00 | * Tributable | | |

| TOTAL BRUTO | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 750.00 | 69.84 | 67.50 | 612.66 |
| Acumulado: | 750.00 | 69.84 | 67.50 | 612.66 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Cheque #05801754 | 612.66 |
| + Acumulado: | | | | |
| - Utilizado: | | | Total: | 612.66 |
| ¡- Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/20/02 |
| Hasta: | 03/05/02 |

| # Cheque: | 02687409 |
|---|---|
| Fecha: | 02/28/02 |

MERIAM DE JESUS APONTE
BO. COLLORES (ALTURAS PIZA)
P.O. BOX 968
JAYUYA PR 00664
REDACTED

| # Empleado: | REDACTED |
|---|---|
| Dept: | 8005036-Ponce Jayuya |
| Oficina: | Antonia Serrano Gonzalez |
| Titulo: | M.Salud Escolar |
| Sueldo: | $1,500.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Claiming no personal exem |
| Concesiones: | 0 | |
| Pct. Adcl.: | | 0 |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Horas | Corriente Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 750.00 | 240.00 | 3,000.00 |
| Total: | | | 750.00 | 240.00 | 3,000.00 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 10.87 | 43.50 |
| PR Withholdng | 48.13 | 192.52 |
| Total: | 59.00 | 236.02 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 67.50 | 270.00 |
| Total: | 67.50 | 270.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 47.25 | 189.00 |
| AS FED MAESTROS AFT | 8.00 | 32.00 |
| Total: | 55.25 | 221.00 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 60.00 | 120.00 |
| GPR Plan de Retiro de Maestro | 63.75 | 255.00 |
| FSED Disability Plan | 12.75 | 51.00 |

\* Tributable

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 750.00 |
| Acumulado: | 3,000.00 |

## TOTAL IMPUESTOS

| | |
|---|---|
| | 59.00 |
| | 236.02 |

## DEDUCCIONES TOTALES

| | |
|---|---|
| | 122.75 |
| | 491.00 |

## PAGA NETA

| | |
|---|---|
| | 568.25 |
| | 2,272.98 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #02687409 | 568.25 |
| Total: | 568.25 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/23/03 |
| Hasta: | 02/05/03 |

| # Cheque: | 07600222 |
|---|---|
| Fecha: | 01/30/03 |

MERIAM DE JESUS APONTE
BO. COLLORES (ALTURAS PIZA)
P.O. BOX 968
JAYUYA PR  00664
SS REDACTED

| # Empleado: | REDACTED |
|---|---|
| Dept: | 8005036-Ponce Jayuya |
| Oficina: | Angela Calvani |
| Titulo: | M.Salud Escolar |
| Sueldo: | $1,525.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pet. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|---|
| | | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 762.50 | 120.00 | 1,525.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumul |
|---|---|---|
| Fed FICA - MHI | 11.05 | 22.1 |
| PR Withholdng | 38.00 | 76.0 |

| Total: | | | 762.50 | 120.00 | 1,525.00 | | Total: | 49.05 | 98.1 |
|---|---|---|---|---|---|---|---|---|---|

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 68.63 | 137.26 |

### DEDUCCIONES MENSUALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 21.63 | 43.26 |
| AS FED MAESTROS AFT | 8.00 | 16.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulac |
|---|---|---|
| GPR Plan de Retiro de Maestro | 64.81 | 129.6 |
| FSED Disability Plan | 12.96 | 25.5 |

| Total: | 68.63 | 137.26 | Total: | 29.63 | 59.26 | * Tributable | | |
|---|---|---|---|---|---|---|---|---|

### TOTAL BRUTO

| Corriente: | 762.50 |
|---|---|
| Acumulado: | 1,525.00 |

### TOTAL IMPUESTOS

| | 49.05 |
|---|---|
| | 98.11 |

### DEDUCCIONES TOTALES

| | 98.26 |
|---|---|
| | 196.52 |

### PAGA NE

| | 615.1 |
|---|---|
| | 1,230.2 |

### PTO HORAS    ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #07600222 | 615.1 |
|---|---|
| Total: | 615.1 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 03128057 |
|---|---|---|---|
| Desde: | 01/22/2004 | | |
| Hasta: | 02/04/2004 | Fecha: | 01/30/2004 |

| MERIAM DE JESUS APONTE | # Empleado REDACTED | DATA IMP: | Federal | PR |
|---|---|---|---|---|
| BO. COLLORES (ALTURAS PIZA) | Dept: 8005036-Ponce Jayuya | Estado Civil: | Married | Married |
| P.O. BOX 968 | Oficina: Angela Calvani | Concesiones: | 0 | 0 |
| JAYUYA PR 00664 | Titulo: M.Salud Escolar | Pct. Adcl.: | | |
| SS: REDACTED | Sueldo: $1,725.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | -------- Corriente -------- | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 862.50 | 120.00 | 1,725.00 |
| **Total:** | | | **862.50** | **120.00** | **1,725.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 12.50 | 25.01 |
| PR Withholdng | 45.13 | 90.26 |
| **Total:** | **57.63** | **115.27** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 77.63 | 155.26 |
| **Total:** | **77.63** | **155.26** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 21.63 | 43.26 |
| AS FED MAESTROS AFT | 8.00 | 16.00 |
| **Total:** | **29.63** | **59.26** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 73.31 | 146.62 |
| FSED Disability Plan | 14.66 | 29.32 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 862.50 |
| Acumulado: | 1,725.00 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 57.63 |
| | 115.27 |

### DEDUCCIONES TOTALES

| | | PAGA NETA |
|---|---|---|
| | 107.26 | 697.61 |
| | 214.52 | 1,395.21 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #03128057 | 697.61 |
| **Total:** | **697.61** |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/25/2005 |
| Hasta: | 02/07/2005 |

# Cheque: 08064111
Fecha: 01/28/200

REDACTED

MERIAM DE JESUS APONTE
BO. COLLORES (ALTURAS PIZA)
P.O. BOX 968
JAYUYA PR 00664
SS: REDACTED

| # Empleado: REDACTED | |
|---|---|
| Dept: | 8005036-Ponce Jayuya |
| Oficina: | Angela Calvani |
| Titulo: | M.Salud Escolar |
| Sueldo: | $1,900.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumula |
| Pago de Salarios Regulares | | | 950.00 | 120.00 | 1,900.00 | Fed MED/EE | 13.77 | 27.5 |
| | | | | | | PR Withholdng | 53.00 | 106.0 |
| Total: | | | 950.00 | 120.00 | 1,900.00 | Total: | 66.77 | 133.5 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulad |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 85.50 | 171.00 | SC-TRANS OCEANIC LIFE | 26.16 | 52.32 | GPR Plan de Retiro de Maestro | 80.75 | 161.5 |
| | | | AS FED MAESTROS AFT | 8.00 | 16.00 | FSED Disability Plan | 16.15 | 32.3 |
| Total: | 85.50 | 171.00 | Total: | 34.16 | 68.32 | * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NE

| | | | | | |
|---|---|---|---|---|---|
| Corriente: | 950.00 | | 66.77 | 119.66 | 763.5 |
| Acumulado: | 1,900.00 | | 133.55 | 239.32 | 1,527.1 |

## PTO HORAS   ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| Cheque #08064111 | 763.5 |
|---|---|
| Total: | 763.5 |

MENSAJE:

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/09/2006 |
| Hasta: | 01/20/2006 |

# Cheque: 02642776
Fecha: 01/13/200

MERIAM DE JESUS APONTE
APARTADO 968
BO. COLLORES ALTURAS PIZA
JAYUYA PR 00664
SS: REDACTED

# Empleado REDACTED

| | |
|---|---|
| Dept: | 8005036-Ponce Jayuya |
| Oficina: | Angela Calvani |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,025.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| | | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,012.50 | 60.00 | 1,012.50 |

### IMPUESTOS

| Descripcion | Corriente | Acumul: |
|---|---|---|
| Fed MED/EE | 14.68 | 14.( |
| PR Withholdng | 58.63 | 58.( |

| Total: | | | 1,012.50 | 60.00 | 1,012.50 | Total: | 73.31 | 73.: |
|---|---|---|---|---|---|---|---|---|

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 91.13 | 91.13 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 31.16 | 31.16 |
| AS FED MAESTROS AFT | 8.00 | 8.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulad |
|---|---|---|
| GPR Plan de Retiro de Maestro | 86.06 | 86.( |
| FSED Disability Plan | 17.21 | 17.: |

| Total: | 91.13 | 91.13 | Total: | | 39.16 | 39.16 | * Tributable |
|---|---|---|---|---|---|---|---|

### TOTAL BRUTO

| Corriente: | 1,012.50 |
|---|---|
| Acumulado: | 1,012.50 |

### TOTAL IMPUESTOS

| | 73.31 |
|---|---|
| | 73.31 |

### DEDUCCIONES TOTALES

| | PAGA NE |
|---|---|
| 130.29 | 808.9 |
| 130.29 | 808.9 |

### DIAS HORAS ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Cheque #02642776 | 808.9 |
|---|---|
| Total: | 808.9 |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| Grupo de Pago: | SM -Quincenal | # Cheque: | 0694624 |
|---|---|---|---|
| Desde: | 01/09/2007 | | |
| Hasta: | 01/22/2007 | Fecha: | 01/12/20 |

| MERIAM DE JESUS APONTE | # Empleado REDACTED | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| APARTADO 968 | Dept: | 8005036-Ponce Jayuya | Estado Civil: | Married | Married |
| BO. COLLORES ALTURAS PIZA | Oficina: | Angela Calvani | Concesiones: | 0 | 0 |
| JAYUYA PR 00664 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: REDACTED | Sueldo: | $2,075.00 Monthly | Cant. Adcl.: | | |

**HORAS E INGRESOS**

| | | --------- Corriente --------- | | ----- Acumulado ----- | | **IMPUESTOS** | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumu |
| Pago de Salarios Regulares | | | 1,037.50 | 60.00 | 1,037.50 | Fed MED/EE | 15.04 | 15 |
| | | | | | | PR Withholding | 47.83 | 47 |
| **Total:** | | | 1,037.50 | 60.00 | 1,037.50 | **Total:** | 62.87 | 62 |

**DEDUCCIONES** / **DEDUCCIONES GENERALES** / **BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumula |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 93.38 | 93.38 | SC-TRANS OCEANIC LIFE | 31.16 | 31.16 | GPR Plan de Retiro de Maestro | 88.19 | 88 |
| | | | OS-FEDERACION DE MAESTROS | 8.00 | 8.00 | FSED Disability Plan | 17.64 | 17 |
| | | | GPR Plan de Ahorros | 31.13 | 31.13 | | | |
| **Total:** | 93.38 | 93.38 | **Total:** | | 70.29 | 70.29 | * Tributable | |

**TOTAL BRUTO** / **TOTAL IMPUESTOS** / **DEDUCCIONES TOTALES** / **PAGA N**

| Corriente: | 1,037.50 | | 62.87 | 163.67 | 810 |
|---|---|---|---|---|---|
| Acumulado: | 1,037.50 | | 62.87 | 163.67 | 810 |

**PTO HORAS** **ACUM**

| | | **DISTRIBUCION PAGA NETA** | |
|---|---|---|---|
| Balance Inicial: | 0.0 | Cheque #06946241 | 810 |
| + Acumulado: | | | |
| - Utilizado: | | **Total:** | 810 |
| - Donada: | | | |
| + Ajustes: | | | |
| Balance Final: | 0.0 | | |

**MENSAJE:**

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/05/2008 |
| Hasta: | 02/18/2008 |

| # Cheque: | 01339749 |
|---|---|
| Fecha: | 02/14/200 |

| | |
|---|---|
| MERIAM DE JESUS APONTE | |
| APARTADO 968 | |
| BO. COLLORES ALTURAS PIZA | |
| JAYUYA PR 00664 | |
| SS REDACTED | |

| # Empleado | REDACTED |
|---|---|
| Dept: | Gubernat Ponce Jayuya |
| Oficina: | Angela Calvani |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,200.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumula |
| Pago de Salarios Regulares | | | 1,100.00 | 180.00 | 3,250.00 | Fed MED/EE | 15.95 | 47.8 |
| Pago Retroactivo Regular | | | 0.00 | | 50.00 | PR Withholdng | 54.83 | 162.6 |
| **Total:** | | | 1,100.00 | 180.00 | 3,300.00 | **Total:** | 70.78 | 210.4 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulad |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 99.00 | 297.00 | SC-NATIONAL LIFE INS. | 25.33 | 75.99 | GPR Plan de Retiro de Maestro | 93.50 | 280.5 |
| | | | SC-OCCIDENTAL LIFE INSS | 15.00 | 45.00 | FSED Disability Plan | 18.70 | 56.1 |
| | | | GPR Plan de Ahorros | 33.00 | 99.00 | SM-First Medical Health Plan | 0.00 | 112.0 |
| | | | OS-FEDERACION DE MAESTROS | 0.00 | 8.00 | | | |
| **Total:** | 99.00 | 297.00 | **Total:** | 73.33 | 227.99 | * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NE

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NE |
|---|---|---|---|---|
| Corriente: | 1,100.00 | 70.78 | 172.33 | 856.8 |
| Acumulado: | 3,300.00 | 210.49 | 524.99 | 2,564.5 |

### PTO HORAS / DISTRIBUCION PAGA NETA

| PTO HORAS | ACUM | | | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Cheque #01339749 | 856.8 |
| + Acumulado: | | | | |
| - Utilizado: | | | **Total:** | 856.8 |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

**MENSAJE:**

DEPT Case:17-03283-LTS Doc#:22121-1 Filed:09/06/22 Entered:09/08/22 18:52:01 Aviso Desc: 3245104
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919
Exhibit Page 10 of 19 02/05/2009
Hasta: 02/18/2009
Fecha Aviso: 02/13/2009

| MERIAM DE JESUS APONTE | # Empleado REDACTED | | DATA IMP: | Federal | PR |
| APARTADO 968 | Dept: | 8005036-Ponce Jayuya | Estado Civil: | Married | Married |
| BO. COLLORES ALTURAS PIZA | Lugar: | Angela Calvani | Concesiones: | 0 | 0 |
| JAYUYA, PR 00664 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: REDACTED | Sueldo: | $2,497.50 Monthly | Cant. Adcl.: | | |

## HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,248.75 | 180.00 | 3,746.25 | | Fed FICA Med Hospital Ins / EE | 18.11 | 54.32 |
| | | | | | | PR Withholding | 72.74 | 218.22 |
| Total: | | 1,248.75 | 180.00 | 3,746.25 | | Total: | 90.85 | 272.54 |

## DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 112.39 | 337.17 | SM-First Medical Health Plan | 3.00 | 9.00 | GPR Plan de Retiro de Maestro | 106.14 | 318.42 |
| | | | SC-GENERAL ACCIDENT LIFE | 28.47 | 85.41 | FSED Disability Plan | 21.23 | 63.69 |
| | | | AS-FED MAESTROS DE PR | 8.00 | 24.00 | SM-First Medical Health Plan | 0.00 | 120.00 |
| | | | Ahorros-AEELA | 37.46 | 112.38 | | | |
| Total: | 112.39 | 337.17 | Total: | 76.93 | 230.79 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,248.75 | 0.00 | 90.85 | 189.32 | 968.58 |
| Acumulado: | 3,746.25 | 0.00 | 272.54 | 567.96 | 2,905.75 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #3245104 | 968.58 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 968.58 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/13/2009

Aviso No.
3245104

**Cant. Deposito:** $968.58

**A la Cuenta(s) De**

MERIAM DE JESUS APONTE
APARTADO 968
BO. COLLORES ALTURAS PIZA
JAYUYA, PR 00664
Localizacion: Angela Calvani

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | REDACTED | $968.58 |
| Total: | | $968.58 |

# NO-NEGOCIABLE

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

Desde: 01/08/2010
Hasta: 01/21/2010

Aviso #: 8519341
Fecha Aviso: 01/15/2010

| MERIAM DE JESUS APONTE | | # Empleado: REDACTED | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|
| APARTADO 968 | | Dept: 8005036-Ponce Jayuya | | Estado Civil: | Married | Married |
| BO. COLLORES ALTURAS PIZA | | Lugar: Angela Calvani | | Concesiones: | 0 | 0 |
| JAYUYA, PR 00664 | | Titulo: DEPARTAMENTO DE EDUCACION | | Pct. Adel.: | | |
| SS REDACTED | | Sueldo: $2,497.50 Monthly | | Cant. Adel.: | | |

### HORAS E INGRESOS

| | | --------------- Corriente --------------- | | ------ Acumulado ------ | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | . | | 1,248.75 | 60.00 | 1,248.75 | Fed FICA Med Hospital Ins / EE | 18.11 | 18.11 |
| | | | | | | PR Withholding | 72.74 | 72.74 |
| Total: | | | 1,248.75 | 60.00 | 1,248.75 | Total: | 90.85 | 90.85 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 112.39 | 112.39 | SM-First Medical Health Plan | 3.00 | 3.00 | GPR Plan de Retiro de Maestro | 106.14 | 106.14 |
| | . | | SC-ATLANTIC SOUTH INS CO | 27.90 | 27.90 | FSED Disability Plan | 21.23 | 21.23 |
| | | | AS-FED MAESTROS DE PR | 8.00 | 8.00 | | | |
| | | | Ahorros-AEELA | 37.46 | 37.46 | | | |
| Total: | 112.39 | 112.39 | Total: | 76.36 | 76.36 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,248.75 | 0.00 | 90.85 | 188.75 | 969.15 |
| Acumulado: | 1,248.75 | 0.00 | 90.85 | 188.75 | 969.15 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8519341 | 969.15 |
| Total: | 969.15 |

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
01/15/2010

Aviso No.
8519341

Cant. Deposito: $969.15

A la
Cuenta(s) De

MERIAM DE JESUS APONTE
APARTADO 968
BO. COLLORES ALTURAS PIZA
JAYUYA, PR 00664
Localizacion: Angela Calvani

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $969.15 |
| Total: | | $969.15 |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SN6 Quincenal |
| Desde: | 03/07/2012 |
| Hasta: | 03/20/2012 |

| | |
|---|---|
| Aviso #: | 3657045 |
| Fecha Aviso: | 03/15/2012 |

| | |
|---|---|
| MERIAM DE JESUS APONTE | |
| APARTADO 968 | |
| BO. COLLORES ALTURAS PIZA | |
| JAYUYA, PR 00664 | |
| SS: XXX-XX-7210 | |

| | |
|---|---|
| # Empleado: | XXXXX7210 |
| Dept: | 8005135-PONCE-PONCE |
| Lugar: | CARMEN SOLA DE PEDREIRA |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,497.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | -- Corriente -- | | -- Acumulado -- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,248.75 | 306.00 | 6,243.75 |
| **Total:** | | | 1,248.75 | 306.00 | 6,243.75 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 18.10 | 90.53 |
| PR Withholding | 29.49 | 147.45 |
| **Total:** | 47.59 | 237.98 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 112.39 | 561.95 |
| **Total:** | 112.39 | 561.95 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 10.50 | 32.50 |
| SC-GENERAL ACCIDENT LIFE | 22.20 | 111.00 |
| SC-TRANS OCEANIC LIFE | 26.70 | 133.50 |
| Ahorros-AEELA | 37.46 | 187.30 |
| **Total:** | 96.86 | 464.30 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 106.14 | 530.70 |
| FSED Disability Plan | 21.23 | 106.15 |
| SM-First Medical Health Plan | 0.00 | 240.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,248.75 | 0.00 | 47.59 | 209.25 | 991.91 |
| Acumulado: | 6,243.75 | 0.00 | 237.98 | 1,026.25 | 4,979.52 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3657045 | 991.91 |
| **Total:** | 991.91 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/15/2012

Aviso No.
3657045

Cant. Deposito: **$991.91**

A la
Cuenta(s) De

**MERIAM DE JESUS APONTE**
APARTADO 968
BO. COLLORES ALTURAS PIZA
JAYUYA, PR 00664
Localizacion: CARMEN SOLA DE PEDREIRA

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $991.91 |
| **Total:** | | $991.91 |

# NO-NEGOCIABLE

Case:17-03283-LTS Doc#:22121-1 Filed:09/06/22 Entered:09/06/22 18:52:01 Desc:
Exhibit Page 13 of 19

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez . Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 11/21/2013 |
| Hasta: | 12/06/2013 |

Aviso #: 5968699
Fecha Aviso: 12/13/2013

| | |
|---|---|
| MERIAM DE JESUS APONTE | # Empleado: XXXXX7210 |
| APARTADO 968 | Dept: 8005135-PONCE-PONCE |
| BO. COLLORES ALTURAS PIZA | Lugar: RAMON MARIN |
| JAYUYA, PR 00664 | Titulo: DEPARTAMENTO DE EDUCACION |
| SS: XXX-XX-7210 | Sueldo: $2,672.50 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | ------ Acumulado ------ | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,336.25 | 1,416.00 | 30,260.69 |
| Bono de Navidad | | | 0.00 | | 1,000.00 |
| Pago Retroactivo Regular | | | 0.00 | | 1,223.25 |
| **Total:** | | | 1,336.25 | 1,416.00 | 32,483.94 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.38 | 471.02 |
| PR Withholding | 32.88 | 965.66 |
| **Total:** | 52.26 | 1,436.68 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 120.26 | 2,833.52 |
| **Total:** | 120.26 | 2,833.52 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 26.70 | 614.10 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 195.50 |
| Ahorros-AEELA | 40.09 | 944.57 |
| SM-First Medical Health Plan | 0.00 | 42.00 |
| **Total:** | 75.29 | 1,796.17 |

## DISTRIBUCION PATRONALES PAGADO

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 113.58 | 2,676.11 |
| FSED Disability Plan | 22.72 | 552.29 |
| SM-First Medical Health Plan | 0.00 | 240.00 |

* Tributable

| TOTAL BRUTO | INGRESO NO TRIBUTABLE FED | TOTAL IMPUESTOS | DEDUCCION TOTALES | ALCANCE |
|---|---|---|---|---|
| Corriente: 1,336.25 | 0.00 | 52.26 | 195.55 | 1,088.44 |
| Acumulado: 32,483.94 | 0.00 | 1,436.68 | 4,629.69 | 26,417.57 |

## LIC. HORAS - AELA

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION ALCANCE

| | |
|---|---|
| Aviso #5968699 | 1,088.44 |
| **Total:** | 1,088.44 |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
12/13/2013

Aviso No.
5968699

Cant. Deposito: **$1,088.44**

A la
Cuenta(s) De

**MERIAM DE JESUS APONTE**
APARTADO 968
BO. COLLORES ALTURAS PIZA
JAYUYA, PR 00664
Localizacion: RAMON MARIN

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 1,088.44 |
| **Total:** | | 1,088.44 |

# NO-NEGOCIABLE

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez     Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM-Quincenal |
| Desde: | 03/06/2014 |
| Hasta: | 03/19/2014 |
| Aviso #: | 7653106 |
| Fecha Aviso: | 03/14/2014 |

| | | | | |
|---|---|---|---|---|
| MERIAM DE JESUS APONTE | # Empleado: | XXXXX7210 | DATA IMP: | Federal | PR |
| APARTADO 968 | Dept: | 8005135-PONCE-PONCE | Estado Civil: | Married | Married |
| BO. COLLORES ALTURAS PIZA | Lugar: | RAMON MARIN | Concesiones: | 0 | 0 |
| JAYUYA, PR 00664 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-7210 | Sueldo: | $2,672.50 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,336.25 | 300.00 | 6,681.25 | Fed FICA Med Hospital Ins / EE | 19.38 | 96.88 |
| | | | | | | PR Withholding | 32.88 | 164.40 |
| **Total:** | | | 1,336.25 | 300.00 | 6,681.25 | **Total:** | 52.26 | 261.28 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado | Descripcion (DEDUCCIONES GENERALES) | Corriente | Acumulado | Descripcion (BENEFICIOS PATRONALES PAGADOS) | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 120.26 | 601.30 | SC-TRANS OCEANIC LIFE | 26.70 | 133.50 | GPR Plan de Retiro de Maestro | 113.58 | 567.90 |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 42.50 | FSED Disability Plan | 22.72 | 113.60 |
| | | | Ahorros-AEELA | 40.09 | 200.45 | | | |
| **Total:** | 120.26 | 601.30 | **Total:** | 75.29 | 376.45 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUTABLE | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,336.25 | 0.00 | 52.26 | 195.55 | 1,088.44 |
| Acumulado: | 6,681.25 | 0.00 | 261.28 | 977.75 | 5,442.22 |

| INFO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #7653106 | 1,088.44 |
| + Ganada: | | | | |
| + Compra: | | | | |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | **Total:** | 1,088.44 |
| Balance Final: | 0.0 | | | |

MENSAJE: ABRE O TRANSFIERE TU IRA CON AEELA; 4.07% APY A 10 A&OS. VISITANOS. 787-641-4433

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/14/2014

Aviso No.
7653106

Cant. Deposito:     **$1,088.44**

A la
Cuenta(s) De

**MERIAM DE JESUS APONTE**
**APARTADO 968**
**BO. COLLORES ALTURAS PIZA**
**JAYUYA, PR 00664**
**Localizacion: RAMON MARIN**

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXXX | 1,088.44 |
| **Total:** | | 1,088.44 |

# NO-NEGOCIABLE

080 DEPT DE EDUCACION-MAESTROS

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez    . Esquina Calaf
HATO REY, PR 00919

| | | |
|---|---|---|
| Cheque de Pago: | Num Quincena | Aviso: 7173134 |
| | Desde: 07/01/2015 | Fecha Aviso: 07/15/2015 |
| | Hasta: 07/14/2015 | |

| MERIAM DE JESUS APONTE | # Empleado: XXXXX7210 | DATA IMP: Federal PR |
|---|---|---|
| APARTADO 968 | Dept: 8005135-PONCE-PONCE | Estado Civil: Married Married |
| BO. COLLORES ALTURAS PIZA | Lugar: RAMON MARIN | Concesiones: 0 0 |
| JAYUYA, PR 00664 | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: |
| SS: XXX-XX-7210 | Sueldo: $3,092.50 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,546.25 | 792.00 | 20,101.25 | |
| Total: | | 1,546.25 | 792.00 | 20,101.25 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 22.42 | 291.47 |
| PR Withholding | 54.23 | 704.99 |
| Total: | 76.65 | 996.46 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 139.16 | 1,809.08 |
| Total: | 139.16 | 1,809.08 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SC-TRANS OCEANIC LIFE | 26.70 | 347.10 |
| AS-ASOC MAESTROS DE P.R. | 8.50 | 110.50 |
| Ahorros-AEELA | 46.39 | 603.07 |
| Total: | 81.59 | 1,060.67 |

### DISTRIBUCION PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 208.74 | 1,785.50 |
| FSED Disability Plan | 26.29 | 341.77 |

* Tributable

| | TOTAL BRUTO | EXENTO TRIBUTABLE | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,546.25 | 0.00 | 76.65 | 220.75 | 1,248.85 |
| Acumulado: | 20,101.25 | 0.00 | 996.46 | 2,869.75 | 16,235.04 |

### LICENCIAS AEM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #7173134 | 1,248.85 |
|---|---|
| Total: | 1,248.85 |

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
07/15/2015

Aviso No.
7173134

Cant. Deposito:    **$1,248.85**

A la
Cuenta(s) De

**MERIAM DE JESUS APONTE**
**APARTADO 968**
**BO. COLLORES ALTURAS PIZA**
**JAYUYA, PR 00664**
**Localizacion: RAMON MARIN**

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1.248.85 |
| Total: | | 1.248.85 |

# NO-NEGOCIABLE

| MERIAM DE JESUS APONTE | | # Empleado: | XXXXX7210 | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|---|
| APARTADO 968 | | Dept: | 8005135-PONCE-PONCE | | Estado Civil: | Married | Married |
| BO. COLLORES ALTURAS PIZA | | Lugar: | RAMON MARIN | | Concesiones: | 0 | 0 |
| JAYUYA, PR 00664 | | Titulo: | DEPARTAMENTO DE EDUCACION | | Pct. Adcl.: | | |
| SS: XXX-XX-7210 | | Sueldo: | $3,092.50 Monthly | | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | Corriente | | Acumulado | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,546.25 | 378.00 | 9,277.50 | Fed FICA Med Hospital Ins / EE | 22.42 | 134.52 |
| | | | | | | PR Withholding | 54.23 | 325.38 |
| Total: | | | 1,546.25 | 378.00 | 9,277.50 | Total: | 76.65 | 459.90 |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro de Maestro | 139.16 | 834.96 | SC-TRANS OCEANIC LIFE | 10.90 | 128.60 | GPR Plan de Retiro de Maestro | 208.74 | 1,252.44 |
| | | | AS-ASOC MAESTROS DE P.R. | 8.50 | 51.00 | FSED Disability Plan | 26.29 | 157.74 |
| | | | Ahorros-AEELA | 46.39 | 278.34 | | | |
| Total: | 139.16 | 834.96 | Total: | 65.79 | 457.94 | * Tributable | | |

| TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: 1,546.25 | 0.00 | 76.65 | 204.95 | 1,264.65 |
| Acumulado: 9,277.50 | 0.00 | 459.90 | 1,292.90 | 7,524.70 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #2244494 | 1,264.65 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 1,264.65 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/30/2016

Aviso No.
2244494

Cant. Deposito: $1,264.65

A la
Cuenta(s) De

**MERIAM DE JESUS APONTE**
APARTADO 968
BO. COLLORES ALTURAS PIZA
JAYUYA, PR 00664
Localizacion: RAMON MARIN

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXXX | 1,264.65 |
| Total: | | 1,264.65 |

# NO-NEGOCIABLE

| MERIAM DE JESUS APONTE | # Empleado: XXXXX7210 | DATA IMP: Federal PR |
| APARTADO 968 | Dept: 8005135-PONCE-PONCE | Estado Civil: Married Married |
| BO. COLLORES ALTURAS PIZA | Lugar: RAMON MARIN | Concesiones: 0 0 |
| JAYUYA, PR 00664 | Titulo: DEPARTAMENTO DE EDUCACION | Pct. Adcl.: |
| SS: XXX-XX-7210 | Sueldo: $3,092.50 Monthly | Cant. Adcl.: |

### HORAS E INGRESOS / IMPUESTOS

| | | --------- Corriente --------- | | ------ Acumulado ------ | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,546.25 | 432.00 | 10,823.75 | | Fed FICA Med Hospital Ins / EE | 22.42 | 156.94 |
| | | | | | | PR Withholding | 54.23 | 379.61 |
| Total: | | 1,546.25 | 432.00 | 10,823.75 | | Total: | 76.65 | 536.55 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 139.16 | 974.12 | SC-TRANS OCEANIC LIFE | 10.90 | 76.30 | GPR Plan de Retiro de Maestro | 228.07 | 1,596.49 |
| | | | OS-AMPR LOCAL SIND AFIL | 8.50 | 59.50 | FSED Disability Plan | 26.29 | 184.03 |
| | | | Ahorros-AEELA | 46.39 | 324.73 | | | |
| Total: | 139.16 | 974.12 | Total: | 65.79 | 460.53 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,546.25 | 0.00 | 76.65 | 204.95 | 1,264.65 |
| Acumulado: | 10,823.75 | 0.00 | 536.55 | 1,434.65 | 8,852.55 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #7405756 | 1,264.65 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | | |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | Total: | 1,264.65 |

Los balances de licencias corresponde al periodo de:

MENSAJE:

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
04/13/2017

Aviso No.
7405756

**Cant. Deposito:** $1,264.65

**A la Cuenta(s) De**

MERIAM DE JESUS APONTE
APARTADO 968
BO. COLLORES ALTURAS PIZA
JAYUYA, PR 00664
Localizacion: RAMON MARIN

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 1,264.65 |
| Total: | | 1,264.65 |

# NO-NEGOCIABLE

| 080 Dept. de Educacion - Maestros | | | Grupo de Pago: | SM -Quincenal | | Aviso #: | 1771139 |
|---|---|---|---|---|---|---|---|
| Avenida Teniente Cesar Gonzalez | | | Desde: | 06/27/2022 | | Fecha Aviso: | 06/30/2022 |
| Esquina Calaf | | | Hasta: | 07/08/2022 | | | |
| HATO REY, PR 00919 | | | | | | | |

| MERIAM DE JESUS APONTE | | # Empleado: | | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|
| COLINAS DE VERDE AZUL | | Dept: | 8005135-PONCE-PONCE | Estado Civil: | Married | Married |
| 137 CALLE FLORENCIA | | Lugar: | RAMON MARIN | Concesiones: | 0 | 0 |
| JUANA DIAZ, PR 00795 | | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: | | Sueldo: | $3,259.17 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| Descripcion | Sueldo | Horas Corriente | Ingresos Corriente | Horas Acumulado | Ingresos Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,629.59 | 738.00 | 19,555.08 | Fed FICA Med Hospital Ins / EE | 23.63 | 319.80 |
| Premium Pay Exento | | | 0.00 | | 2,500.00 | Fed OASDI/Disability - EE | 101.03 | 862.24 |
| | | | | | | PR Withholding | 82.90 | 918.35 |
| Total: | | | 1,629.59 | 738.00 | 22,055.08 | Total: | 207.56 | 2,100.39 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Retiro Maestros - 2.3% PAD | 37.48 | 262.36 | AE-Asoc Emp ELA-Prest Regular | 166.73 | 2,000.76 | SM-First Medical Health Plan | 120.00 | 720.00 |
| GPR Plan de Retiro de Maestro | 0.00 | 733.30 | SM-First Medical Health Plan | 19.00 | 213.00 | FSED Disability Plan | 27.70 | 332.40 |
| | | | SC-TRANS OCEANIC LIFE | 10.90 | 130.80 | | | |
| | | | OS-AMPR LOCAL SIND AFIL | 8.50 | 102.00 | | | |
| | | | Ahorros-AEELA | 48.89 | 586.68 | | | |
| Total: | 37.48 | 995.66 | Total: | 254.02 | 3,033.24 | * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,629.59 | 0.00 | 207.56 | 291.50 | 1,130.53 |
| Acumulado: | 22,055.08 | 0.00 | 2,100.39 | 4,028.90 | 15,925.79 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #1771139 | 1,130.53 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 1,130.53 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept. de Educacion - Maestros**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

**Fecha** 06/30/2022

**Aviso No.** 1771139

**Cant. Deposito:** $1,130.53

**A la Cuenta(s) De**

MERIAM DE JESUS APONTE
COLINAS DE VERDE AZUL
137 CALLE FLORENCIA
JUANA DIAZ, PR 00795
Localizacion: RAMON MARIN

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXXXX | 1,130.53 |
| Total: | | 1,130.53 |

# NO-NEGOCIABLE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

**THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,**

**as representative of
THE COMMONWEALTH OF PUERTO RICO,**
*et*

**PROMESA Title III**

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth.**

*al.,*

PROMESA Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## *MOCIÓN EN OPOSICIÓN*

Comparece,  MERIAM DE JESÚS APONTE, por derecho propio quien muy respetuosamente **EXPONE, ALEGA  Y SOLICITA:**

1. Que soy maestra de salud escolar para el Departamento de Educación de Puerto Rico desde al año 2000 al presente, número de empleada, 111089 y actualmente trabajo en la Escuela Ramón Marín Solá en Ponce, Puerto Rico.

2. Que poseo dos reclamaciones ante el Commonwealth of Puerto Rico, números 140857 del 6/29/2018 por la cantidad de $19,800.00 y 151660 del 6/29/2018 por la cantidad de $18,000.00.

3. Que como evidencia de mis funciones como maestra adjunto los talonarios de pago por los pasados 5 años.

4. Que solicito sea considerada para el pago solicitado para ambas