Meriam De Jesús Aponte
137 Colinas de Verde Azul
Calle Florencia
Juana Díaz, P.R. 00795




U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
SEP 03, 22
AMOUNT
$9.17
R2305E123294


USA ★ FOREVER



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
CERTIFIED MAIL®

7022 1670 0001 2191 5475

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767