# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et als.<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### RESPONCE FOR FIVE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNRESPONSIVE CLAIMS
### CLAIM #144286

TO THE HONORABLE COURT:

**COMES NOW**, Juan J. Muñiz Soto, by its own right and respectfully request:

1. 1.The United States District Court for the District of Puerto Rico has subject matter jurisdiction to consider this matter and the relief requested herein pursuant to PROMESA Section 306(a). Venue is proper in this district pursuant to PROMESA Section 307(a).

2. Attached to the response evidence of the claim.

3. The creditor respectfully prays from this Honorable Court to allow claim #144286 due to requested evidence has been attached.

**WHEREFORE,** creditor Juan J. Muñiz Soto, claim #144286 request to this Honorable Court to allow the claim

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date above I filed the foregoing with the Clerk of the Court by to certified mail to Counsels for the Financial Oversight board, Counsel for the Creditors Committee,

**RESPECTFULLY SUBMITTED**.

In Moca, Puerto Rico this September 2, 2022.

/s/ JUAN J. MUÑIZ SOTO
CREDITOR CLAIM #144286
PO BOX 1168
MOCA, PR 00676
(787)619-3425