JUAN MUNIZ SOTO
PO BOX 1168
MOCA, PR 00676

7022 0410 0000 4798 0109

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918-999955



U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
SEP 03, 22
AMOUNT
$8.09
R2305E125257

