TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| In re:<br><br>JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*<br><br>Deudores | PROMESA<br>Título III<br><br>Número 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |
|---|---|

**REPLICA A NOTIFICACION DE LA QUINTESIMA SEGUNDA OBJECION GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SIN RESPUESTA DE RAR**

COMPARECE, JULIA MARIA COLL PEREZ por derecho propio, quien muy respetuosamente EXPONE, INFORMA y SOLICITA:

1. Que mi nombre es Julia María Coll Pérez, con dirección postal PO Box 6751, Mayagüez, PR 00681-6751, número de teléfono 787-640-6667.

2. Que mi número de reclamación es 155122.

3. Que fui empleada para el Departamento de Educación, distrito de Salinas y Mayagüez por el término de 34 años.

4. Que, durante mi periodo de empleo, fui beneficiaria de un aumento salarial, en el cual existe un balance bajo el caso de epígrafe.

5. Que no estoy de acuerdo en que el Honorable Tribunal conceda la objeción global en cuánto a mi reclamación, por alegadamente no haber respondido.

6. Que por razones personales no respondí a tiempo las solicitudes de información para poder resolver con mi reclamación.

7. Que para la fecha en la que recibí dicha correspondencia me encontraba en un proceso familiar, donde estaba encargada de mi hermano José M. Coll Pérez; y de su cuidado en todo momento quien se encontraba encamado y en estado delicado.

8. Que el estado de salud de mi hermano era uno delicado, el cual requería de mi cuidado en todo momento. El Sr. José M. Coll lamentablemente falleció el pasado 5 de junio de 2022. Incluyo evidencia de su certificado de defunción.

9. Que dicha situación familiar me tomó de todo mi tiempo, para con su cuidado y gestiones fúnebres; por ello no pude recoger a tiempo la correspondencia en el correo postal y responder a la mayor brevedad.

10. Que mi fecha de retiro para el Departamento de Educación fue en el año 2007.

1

11. Que desde entonces recibo mi mensualidad como maestro retirado, del Sistema de Retiro Maestro Pensionado, del Estado Libre Asociado de Puerto Rico.

12. Que se me ha solicitado enviar evidencia de talonario para los años 2018, 2019, 2020, 2021 y 2022.

13. Que, transcurrido el tiempo, no tengo en mi poder talonario para los años 2018, 2019 y 2020.  No obstante, ya fueron solicitados en el Sistema de Retiro Maestro Pensionado, tan pronto los reciba se le notificarán los mismos

14. Que con el presente documento se incluyen un talonario para los años 2021 y 2022.

15. Que es mi deseo que se continue con la reclamación de mis derechos y beneficios.

16. Que solicito respetuosamente que se reconsidere mi reclamación número 155122, sea reinstalada y reconsiderada y se me adjudique y entregue el dinero que me corresponde.

CERTIFICO, haber enviado copia fiel y exacta a Secretaria, Tribunal de Distrito de los Estados Unidos, Sala 150, Edificio Federal, San Juan, Puerto Rico 00918-1767, Attn: Martin J. Bienestock, Brian S. Rosen Abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299 y Attn: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz, Abogados del Comité de Acreedores, Paul Hastings LLP, 200 Park Avenue, Nueva York, Nueva York 10166.

En Mayagüez, Puerto Rico a 2 de septiembre de 2022.


                                        *Julia M. Coll Pérez*
                                    **JULIA M. COLL PEREZ**
                                        **CLAIM. 155122**
                                        **PO BOX 6751**
                                 **MAYAGUEZ, PR 00681-6751**
                                        **787-640-6667**