**Gobierno de Puerto Rico**
**592 - SISTEMA DE RETIRO MAESTRO-PENS**

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2022 |
| Hasta: | 01/31/2022 |

Business Unit: PUERT
Aviso #: 8825815
Fecha Aviso: 01/28/2022

JULIA M COLL PEREZ
PO BOX 6751
MAYAGUEZ, PR 00681-6751

SS: XXX-XX-0464

| | |
|---|---|
| # Empleado: | XXXXX0464 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,855.83 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 927.92 | 157.50 | 1,855.84 |
| Total: | | | 927.92 | 157.50 | 1,855.84 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 106.96 |
| AE-Asoc Emp ELA-Prest Regular | 177.97 | 355.94 |
| AE-Seguro por Muerte Asoc ELA | 3.00 | 6.00 |
| AS-ASOC PENSIONADOS | 1.00 | 2.00 |
| Ahorros-AEELA | 27.84 | 55.68 |
| Total: | 263.29 | 526.58 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS LEY 117 | 100.00 | 100.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 927.92 |
| Acumulado: | 1,855.84 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 263.29 |
| | 526.58 |

### PAGA NETA

| | |
|---|---|
| | 664.63 |
| | 1,329.26 |

### PTO HORAS / ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8825815 | 664.63 |
| Total: | 664.63 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 01/28/2022

Aviso No. 8825815

Cant. Deposito: $664.63

TRAY 59  SEQ 15081  ***********AUTO**SCH 5-DIGIT 00680 15081 1 AV 0.426
JULIA M COLL PEREZ
PO BOX 6751
MAYAGUEZ PR 00681-6751

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $664.63 |
| Total: | | $664.63 |

# NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/01/2022 |
| Hasta: | 01/15/2022 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 8569951 |
| Fecha Aviso: | 01/14/2022 |

JULIA M COLL PEREZ
PO BOX 6751
MAYAGUEZ, PR 00681-6751

SS: XXX-XX-0464

| | |
|---|---|
| # Empleado: | XXXXX0464 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,855.83 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 927.92 | 75.00 | 927.92 |
| Total: | | | 927.92 | 75.00 | 927.92 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 53.48 |
| AE-Asoc Emp ELA-Prest Regular | 177.97 | 177.97 |
| AE-Seguro por Muerte Asoc ELA | 3.00 | 3.00 |
| AS-ASOC PENSIONADOS | 1.00 | 1.00 |
| Ahorros-AEELA | 27.84 | 27.84 |
| Total: | 263.29 | 263.29 |

* Tributable

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

## TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 927.92 | 0.00 | 263.29 | 664.63 |
| Acumulado: | 927.92 | 0.00 | 263.29 | 664.63 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #8569951 | 664.63 |
| Total: | 664.63 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/14/2022

Aviso No.
8569951

Cant. Deposito: $664.63

TRAY 59 SEQ 15081 ***********AUTO**SCH 5-DIGIT 00680 15081 1 AV 0.426
JULIA M COLL PEREZ
PO BOX 6751
MAYAGUEZ PR 00681-6751

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $664.63 |
| Total: | | $664.63 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | Business Unit: PUERT |
| Desde: | 04/16/2021 | Aviso #: 3903508 |
| Hasta: | 04/30/2021 | Fecha Aviso: 04/30/2021 |

**JULIA M COLL PEREZ**
PO BOX 6751
MAYAGUEZ PR 00681-6751

SS: XXX-XX-0464

| | |
|---|---|
| # Empleado: | XXXXX0464 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,855.83 Monthly |

| | | | |
|---|---|---|---|
| DATA IMP: | Federal | PR | |
| Estado Civil: | Married | Married | |
| Concesiones: | 0 | 39 +99 | |
| Pct. Adcl.: | | | |
| Cant. Adcl.: | | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 927.92 | 645.00 | 7,423.36 |
| Total: | | | 927.92 | 645.00 | 7,423.36 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 427.84 |
| AE-Asoc Emp ELA-Prest Regular | 177.97 | 1,418.24 |
| AE-Seguro por Muerte Asoc ELA | 3.00 | 24.00 |
| AS-ASOC PENSIONADOS | 1.00 | 8.00 |
| Ahorros-AEELA | 27.84 | 222.72 |
| Total: | 263.29 | 2,100.80 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS LEY 117 | 100.00 | 400.00 |

* Tributable

### TOTAL BRUTO

| | |
|---|---|
| Corriente: | 927.92 |
| Acumulado: | 7,423.36 |

### TOTAL IMPUESTOS

| | |
|---|---|
| | 0.00 |
| | 0.00 |

### DEDUCCIONES TOTALES

| | |
|---|---|
| | 263.29 |
| | 2,100.80 |

### PAGA NETA

| | |
|---|---|
| | 664.63 |
| | 5,322.56 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3903508 | 664.63 |
| Total: | 664.63 |

MENSAJE:

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 04/30/2021

Aviso No. 3903508

Cant. Deposito: $664.63

TRAY 61 SQ 15707**********SCH 5-DIGIT 00680   15707 2 AV 0.398
JULIA M COLL PEREZ
PO BOX 6751
MAYAGUEZ PR 00681-6751

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $664.63 |
| Total: | | $664.63 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 04/01/2021 |
| Hasta: | 04/15/2021 |

Business Unit: PUERT
Aviso #: 3651117
Fecha Aviso: 04/15/2021

**JULIA M COLL PEREZ**
PO BOX 6751
MAYAGUEZ PR 00681-6751

SS: XXX-XX-0464

| | |
|---|---|
| # Empleado: | XXXXX0464 |
| Dept: | 592160-ANOS SERVICIO LEY91 2004 |
| Lugar: | A/OS SERVICIO LEY 91 |
| Titulo: | Pensionado |
| Sueldo: | $1,855.83 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 927.92 | 562.50 | 6,495.44 |
| **Total:** | | | 927.92 | 562.50 | 6,495.44 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 53.48 | 374.36 |
| AE-Asoc Emp ELA-Prest Regular | 177.97 | 1,240.27 |
| AE-Seguro por Muerte Asoc ELA | 3.00 | 21.00 |
| AS-ASOC PENSIONADOS | 1.00 | 7.00 |
| Ahorros-AEELA | 27.84 | 194.88 |
| **Total:** | 263.29 | 1,837.51 |

* Tributable

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-SSS LEY 117 | 0.00 | 300.00 |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 927.92 | 0.00 | 263.29 | 664.63 |
| Acumulado: | 6,495.44 | 0.00 | 1,837.51 | 4,657.93 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3651117 | 664.63 |
| **Total:** | 664.63 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
04/15/2021

Aviso No.
3651117

Cant. Deposito: $664.63

TRAY 61 SQ 15707********SCH 5-DIGIT 00680    15707 2 AV 0.398
JULIA M COLL PEREZ
PO BOX 6751
MAYAGUEZ PR 00681-6751

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $664.63 |
| **Total:** | | $664.63 |

**NO-NEGOCIABLE**

# Certificado de Defunción

**1a. Nombre y Apellidos de la Persona Fallecida según inscrita:** JOSE MIGUEL COLL PEREZ
**1b. También conocido por:** —
**2. Sexo:** ☒ Hombre  ☐ Mujer  ☐ No determinado

**3. Núm. de Seguro Social de la persona fallecida:** REDACTED
**4a. Edad (años):** 66
**5. Fecha de Nacimiento:** NOVIEMBRE / 4 / 1955

**6a. Lugar de Nacimiento — Municipio:** SALINAS  **Estado o País:** PUERTO RICO
**6b. Ciudadanía al momento del Fallecimiento:** EUA
**6c. Tiempo de residencia en Puerto Rico:** 66 Años

**7. Residencia de la Persona Fallecida:**
- 7a. Barrio/Urb./Cond: URB LA RAMBLA
- 7b. Núm. y Calle: CALLE CASTELLANA 1389
- 7c. Núm. Apt: —
- 7g. Zona: ☒ Urbana  ☐ Rural
- 7d. Municipio: PONCE
- 7e. Estado o País: PUERTO RICO
- 7f. Código Postal: 00730

**8. ¿Perteneció a las Fuerzas Armadas de los Estados Unidos?** ☒ Sí  ☐ No

**9a. Estado marital:** ☒ Nunca casada
**9b. ¿Convivía o cohabitaba?** ☐ Sí ☐ No ☐ Desconocido

**10. Nombre del cónyuge sobreviviente:** —

**11a. Nombre del padre:** JOSE MIGUEL COLL
**11b. Lugar de Nacimiento:** Municipio: SALINAS  Estado o País: PUERTO RICO

**12a. Nombre de la madre:** JULITA PEREZ
**12b. Lugar de Nacimiento:** Municipio: SALINAS  Estado o País: PUERTO RICO

**13a. Nombre del informante:** JULIA MARIA COLL
**13b. Núm. de teléfono:** 787 652 4661
**13c. Relación con el fallecido:** HERMANA
**13d. Dirección postal del informante:** URB VISTA VERDE CALLE OPALO #10 MAYAGUEZ, PR 00682
**13e. Firma del informante:** Julia M. Coll Pérez

**14a. Lugar de Defunción:** ☒ Asilo/Casa de Salud/Facilidad Cuidado Prolongado
**14b. Tiempo de estadía:** 22 Años
**15. Nombre de la facilidad:** HOGAR SUSTITUTO RODRIGUEZ NIEVES
**16. Núm. de Identificación Facilidad / NPI:** —

**17a. Dirección del lugar de la defunción:** CALLE ACEROLA #965 URB LOS CAOBOS
**17b. Municipio:** PONCE
**17c. Código Postal:** 00

---

**18. Fecha de declaración de la muerte:** —
**19. Hora de la declaración de la muerte:** —
**20a. Firma de quien declara la muerte:** —
**20b. Número de Licencia:** —
**20c. Fecha de la firma:** —

**21. Fecha de la muerte:** 06 / 05 / 2022  ☒ Exacta
**22. Hora de la muerte:** 1:55  ☒ AM  ☒ Aproximada
**23. ¿Se contactó al Instituto de Ciencias Forenses?** ☒ No
**Núm. Patología:** —

**24. Parte I. Causa de Muerte:**
- a. Causa Inmediata: Malignant Neoplasm of Brain
- b. Debido a: Hypertension
- c. Debido a: Cardio Respiratory arrest

**25. Parte II:** —

**26. ¿Se realizó autopsia?** ☒ No
**27. ¿Resultados de autopsia disponibles?** —
**28. ¿El uso de tabaco contribuyó a la muerte?** —

**30. Tipo o manera de muerte:** ☒ Natural

**29.** —
**31–38.** —

**39. Certificación:** ☒ Médico que DECLARA y CERTIFICA

**40. Nombre, dirección y código postal del médico:** Walesca Quiñones Flores, Urb Vista Real calle Katechin D-2 Yauco Puerto Rico 00698

**41. Título del Médico que certifica:** Medico General
**42. Número licencia:** 17485
**43. Fecha de Certificación:** 06 / 05 / 2022
**44a. ¿Donante de órganos?** ☒ No

**45. Núm. de Control de Nacimiento:** —
**46a. Fecha de Registro:** —
**46b. Número Oficina Local del RD:** —
**46c. Firma Registrador:** —

RD 77 - Rev 4/2015              131501

| | | |
|---|---|---|
| Nombre | Zona de Defunción | Fecha de Defunción |
| JOSE MIGUEL COLL PEREZ | JUNIO | |

## Sección a ser completada: Director Funerario

**47. Número electoral:** NO TIENE

**48. Educación del fallecido:** Indique el grado académico más alto completado al momento de la muerte.
- ☐ 8vo grado o menos
- ☐ 9no - 12mo grado; sin diploma
- ☐ Graduado de escuela superior o GED completado
- ☒ Algunos créditos universitarios, pero sin grado
- ☐ Grado Asociado (ej., AA, AS)
- ☐ Bachillerato (ej., BA, AB, BS)
- ☐ Maestría (ej., MA, MS, MEng, MEd, MSW, MBA)
- ☐ Doctorado (ej., PhD, EdD) o Grado Profesional (eje: MD, DDS, DVM, LLB, JD)

**49. Origen Hispano del fallecido:** Seleccione la alternativa que mejor describa si el fallecido es de origen Hispano/Latino/Español. Seleccione "No" si el fallecido no es de origen Hispano/Latino/Español.

Sí: ☒ Puertorriqueño
- ☐ Dominicano
- ☐ Cubano
- ☐ Mexicano, Mexicoamericano, Chicano
- ☐ Otro Hispano/Latino/Español: (Especifique)_____

No: ☐ No es Hispano/Latino/Español

**50. Raza del fallecido:** Seleccione una o más razas para indicar de qué raza el fallecido consideraba ser parte.
- ☒ Blanca
- ☐ Negra o Afroamericana
- ☐ India Americana o Nativa de Alaska (Nombre de la tribu principal)_____
- ☐ India Asiática
- ☐ China
- ☐ Filipina
- ☐ Japonesa
- ☐ Coreana
- ☐ Vietnamita
- ☐ Otro Asiático (Especifique)_____
- ☐ Nativa Hawaiana
- ☐ Guameña o Chamorro
- ☐ Samoana
- ☐ Otras Islas del Pacífico (Especifique)_____
- ☐ Otra (Especifique)_____

**51a. Ocupación usual del fallecido:** INCAPACITADO

**51b. Fecha en que trabajó por última vez:** ___/___/___

**51c. Cuántos años trabajó en esa ocupación:**

**52. Tipo de industria o negocio:**

**53a. ¿Fue embalsamado?** ☐ Sí ☒ No

**53b. Nombre del embalsamador:**

**53c. Firma del embalsamador:**

**53d. Número de licencia del embalsamador:**

**54a. Método de disposición del cuerpo:**
- ☐ Enterramiento ☐ Donación ☐ Traslado fuera de Puerto Rico
- ☒ Cremación ☐ Sepultura ☐ Otro (Especifique)____

**54b. Fecha de disposición:** JUNIO / 8 / 2022

**55a. Nombre del lugar de la disposición:** CENTRO DE CREMACIONES LAS AMERICAS

**55b. Municipio:** PONCE

**55c. Estado o País:** PUERTO RICO

**56a. Nombre completo de la facilidad funeraria o crematorio:** FUNERARIA J OLIVER

**56b. Número de la facilidad funeraria o crematorio:** 7878401444

**56c. Municipio de la facilidad funeraria o crematorio:** PONCE

**57a. Nombre del director funerario:** JACKIE OLIVER

**57b. Firma del director funerario:**

**57c. Número de licencia del director funerario:** RS 007

**58. Número de cédula de identidad:** (ciudadanos extranjeros cuando aplique)

### Notas Adicionales y Comentarios

**Nota Especial Certificación:** Esta Certificación se hace a base de la información suministrada por: _____ en carácter de _____ del fallecido.

### Instrucciones para llenar el Certificado de Defunción - Médicos, Forenses, Directores Funerarios

[partially obscured text] Por tanto es importante que: (1) se use la hoja indicada por el Registro Demográfico, (2) se complete [cada p]regunta, y (3) que toda la información escrita sea legible (se debe usar una impresora de alta resolución, [o escribir] en letra de molde usando tinta permanente negra o azul). El Registro Demográfico devolverá para que [se corrijan err]aturas o alteraciones según dispuesto por ley.

[...datos] importantes acerca del fallecido y respecto a las condiciones y causa de muerte. Esta información se [provee] a los familiares tranquilidad y una documentación sobre la causa de muerte. A la misma vez, es la [...]

[Instruccion]es para los Médicos que Declaran y Certifican la Muerte
[Las pregun]tas 18-19 y 21-23 siempre deben ser completadas. Si la persona que declara el hecho de muerte, es [la médi]ca del certificado, la persona que declara debe llenar las preguntas 18-20c. Si el médico que certifica, [...] 44b, los encasillados 20a hasta 20c pueden ser dejados en blanco.

[Pregunta 24b]e: Escriba en letras el mes de la muerte. Si la fecha exacta de la muerte es desconocida, marque el [encasillado de apr]oximarse, escriba la fecha en que se encontró el cadáver y marque el encasillado de fecha hallazgo. La [...]iguales. Escriba la hora y minutos exactos, y AM o PM. Si la hora es estimada, marque el encasillado de

La principal responsabilidad del médico en el registro de una defunción es completar toda la parte médica del certificado de defunción (certificar y especificar la causa de la muerte). El médico que atendió al fallecido durante la enfermedad ("attending physician" o médico de cabecera) es responsable de certificar la causa de muerte porque es el más indicado para determinar cuál, de varias condiciones, fue directamente responsable del fallecimiento; y cuáles condiciones anteriores, si alguna, dieron lugar o llevaron a la causa directa. Únicamente, cuando el médico que atendió al fallecido no esté disponible para certificar la causa y declarar el hecho de muerte, otro médico podrá declarar la misma.

**Pregunta 24 – Causa de Muerte - Parte I (Cadena de eventos que llevaron directamente a la muerte)**
Solamente una causa debe ser anotada en cada línea. La línea (a) SIEMPRE debe ser completada. NO LA DEJE EN BLANCO. Si la condición en la línea (a) resultó de una condición anterior (básica), escriba la condición anterior (básica) en la línea (b), y así sucesivamente, hasta que la secuencia completa esté reportada. SIEMPRE registre la causa anterior (básica) como la línea más baja usada en la Parte I.
Para cada causa indique el mejor estimado de intérvalo de tiempo desde que se presume el comienzo hasta la fecha de muerte. Los términos "desconocido" o "aproximado" pueden ser usados. Términos generales como minutos, horas, días, son aceptables, si son necesarios. NO LO DEJE EN BLANCO.
El evento terminal (por ejemplo, para cardiaco o respiratorio) no debe ser usado. Si el mecanismo de la muerte aparenta ser el más apropiado para la línea (a), entonces debe enumerar siempre la(s) causa(s) en las líneas debajo (eje. paro cardiaco debido a ateroesclerosis de las arterias coronarias).
Si un fallo sistémico de órganos como fallo cardiaco congestivo, fallo hepático, fallo renal o fallo respiratorio es mencionado como la causa de la muerte, siempre reporte la etiología en las líneas subsiguientes (eje. fallo renal debido a diabetes mellitus Tipo I).
Cuando se indiquen neoplasia como causa de muerte, incluya lo siguiente: 1) localización primaria o que la localización primaria es desconocida, 2) benigno o maligno, 3) tipo de célula o que el tipo de célula es desconocido, 4) grado de neoplasia, y 5) parte o lóbulo del órgano afectado. (Eje. "a primary well-differentiated squamous cell carcinoma, lung, left upper lobe").
Siempre reporte una lesión fatal (eje. herida de puñalada al pecho), el trauma (eje. transección de la vena subclavia), y la función afectada (eje. embolia por aire).

**Pregunta 25 – Parte II (Otras condiciones significativas)**
Anote todas las enfermedades o condiciones que contribuyeron a la muerte pero que no fueron reportadas en la cadena de eventos de la Parte I, y que no resultaron en la causa básica de muerte.

### Instrucciones para los Directores Funerarios
Los directores funerarios tienen la responsabilidad de llenar los apartados 1 al 17d, y del 47 al 58. Además debe verificar que el certificado esté completado en todas sus partes (inclusive los encasillados 18 a 44b).

RD 77 - Rev 4/2015