SRA. JULIA M. COLL PEREZ
PO BOX 6751
MAYAGUEZ, PR 00681-6751



U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
SEP 03, 22
AMOUNT
$4.84
R2305M148046

CERTIFIED MAIL

SECRETARIA
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, PR 00918-1767

7020 1810 0000 4677 2725