# Réplica a la Objeción Global

**Expediente Inre: Estado Libre Asociado de Puerto Rico**

Caso Número: **17BK03283-LTS**

CLAIM: **144882** Date Filled: **07/05/2018**

Fecha para la Réplica: **31 de agosto de 2022**

**La siguiente radicación guarda relación con el ELA y el SRE.**

Nombre: **David Torres López**

Seguro Social: **XXX-XX-2944**

Dirección: **HC-02 Box 12467 Moca, P.R. 00676**

Teléfono: **787-203-4271**

Correo Electrónico del reclamante: davidtorres.agronomo@gmail.com

**Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**

Los Deudores en los presentes Casos de Título III, junto con el repsectivo número de caso de Título III y los últimos (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v)

1

la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780- LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificacion contributiva federal: 3801) (Los números de los casos Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

Quingentésima Octava Objeción Global (Sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleador del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones sin Respuesta de Bar ante el Tribunal de Distrito de los Estados Unidos para el Distrtito de Puerto Rico.

El número de la evidencia de reclamaciones relacionadas es el siguiente: número de caso 17 BK 03283-LTS, núm. de reclamación 144882.

Los motivos por los que el Tribunal no debe conceder la Objeción Global en relación a las reclamaciones son los derechos a una remuneración justa y razonable. Hicieron ajustes de sueldo conforme al costo de vida, pero no fueron honrados. Estos ajustes, aunque no son suficientes, fueron asignados por efectos de leyes de los diferentes gobernantes de turno y se tienen que honrar.

Tenemos derecho a trato digno y respetuosamente debemos recibir trato digno como seres humanos que somos. El reembolso tiene que otorgarse en su totalidad. No se han agotado los recursos para atender a los acreedores. La comunicación debió ser más clara y todo el tiempo en español. Debió haber servicios municipales para atender y ayudar en las reclamaciones.

En mi caso las deudas corresponden a leyes firmadas hace décadas y que me otorgaban aumentos salariales los cuales nunca se materializaron, como la Ley de Retribucción Uniforme de 1979, (Ley # 89 del 12 de julio de 1979), derogada por la Ley 184-2004, firmada por el entonces gobernador Carlos Romero Barceló, conocida como el Romerazo. Dicha Ley de 1979 cambió las escalas salariales para empleados públicos. También está la Ley 96 del 2002, de la exgobernadora Sila María Calderón, que otorgó un aumento mensual de $100.00 dólares a los empleados públicos y cualquier otra ley que advenga en favor de cualquier beneficio salarial a mi persona como retirado del gobierno del Departamento de

2

Educación y servidor público por 31 años. Por mucho tiempo esperamos esos aumentos y sin consideraciones pretenden rechazar lo que por derecho propio nos pertenece. Al reclamar estas deudas en el caso de Título III de PROMESA, miles de exempleados públicos como yo, pasamos a ser acreedores del Gobierno. El dinero asignado por ley es propiedad de los empleados para los cuales le fue asignado. La Objeción Global es un atentado contra los derechos civiles. En la Documentación justificativa se anejan copias de talonarios de cheques que evidencian que no hay aumento salarial, registrado conforme a las leyes citadas.

Atentamente,

_David Torres López_
David Torres López
Claim 14482