| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 592 - SISTEMA DE RETIRO MAESTRO-PENS | | Desde: | 01/01/2022 | Aviso #: | 8589891 |
| | | Hasta: | 01/15/2022 | Fecha Aviso: | 01/14/2022 |

| DAVID TORRES LOPEZ | # Empleado: | XXXXX2944 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 2 BOX 12467 | Dept: | 592230-Anos y Servicios Ley160/2013 | Estado Civil: | Married | Married |
| MOCA, PR 00676 | Lugar: | Anos y Servicios Ley160/2013 | Concesiones: | 0 | 39 +99 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-2944 | Sueldo: | $2,826.75 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,413.38 | 75.00 | 1,413.38 |
| Total: | | | 1,413.38 | 75.00 | 1,413.38 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 111.75 | 111.75 |
| Ahorros-AEELA | 56.54 | 56.54 |
| Total: | 168.29 | 168.29 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,413.38 | 0.00 | 168.29 | 1,245.09 |
| Acumulado: | 1,413.38 | 0.00 | 168.29 | 1,245.09 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8589891 | 1,245.09 |
| Total: | 1,245.09 |

MENSAJE:

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
01/14/2022

Aviso No.
8589891

Cant. Deposito: $1,245.09

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $1,245.09 |
| Total: | | $1,245.09 |

TRAY 12 SEQ 3041 ************AUTO**SCH 5-DIGIT 00603 3041 1 AV 0.426
DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA PR 00676-8264

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 01/16/2022 |
| Hasta: | 01/31/2022 |

Business Unit: PUERT
Aviso #: 8845744
Fecha Aviso: 01/28/2022

DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA, PR 00676

SS: XXX-XX-2944

# Empleado: XXXXX2944
Dept: 592230-Anos y Servicios Ley160/2013
Lugar: Anos y Servicios Ley160/2013
Titulo: Pensionado
Sueldo: $2,826.75 Monthly

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,413.38 | 157.50 | 2,826.76 |
| **Total:** | | | 1,413.38 | 157.50 | 2,826.76 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 111.75 | 223.50 |
| Ahorros-AEELA | 56.54 | 113.08 |
| **Total:** | 168.29 | 336.58 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,413.38 | 0.00 | 168.29 | 1,245.09 |
| Acumulado: | 2,826.76 | 0.00 | 336.58 | 2,490.18 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #8845744 | 1,245.09 |
| Total: | 1,245.09 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**MENSAJE:**

---

Gobierno de Puerto Rico
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 01/28/2022

Aviso No. 8845744

Cant. Deposito: $1,245.09

TRAY 12  SEQ 3041  ***********AUTO**SCH 5-DIGIT 00603 3041 1 AV 0.426
DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA PR 00676-8264

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $1,245.09 |
| Total: | | $1,245.09 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/01/2022 |
| Hasta: | 02/15/2022 |

Business Unit: PUERT
Aviso #: 9102342
Fecha Aviso: 02/11/2022

DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA, PR 00676

SS: XXX-XX-2944

# Empleado: XXXXX2944
Dept: 592230-Anos y Servicios Ley160/2013
Lugar: Anos y Servicios Ley160/2013
Titulo: Pensionado
Sueldo: $2,826.75 Monthly

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,413.38 | 240.00 | 4,240.14 |
| **Total:** | | | **1,413.38** | **240.00** | **4,240.14** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 111.75 | 335.25 |
| Ahorros-AEELA | 56.54 | 169.62 |
| **Total:** | **168.29** | **504.87** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,413.38 | 0.00 | 168.29 | 1,245.09 |
| Acumulado: | 4,240.14 | 0.00 | 504.87 | 3,735.27 |

### PTO HORAS ACUM
| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA
| | |
|---|---|
| Aviso #9102342 | 1,245.09 |
| Total: | 1,245.09 |

**MENSAJE:**

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
02/11/2022

Aviso No.
9102342

Cant. Deposito: $1,245.09

TRAY 12 SEQ 3041 **********AUTO**SCH 5-DIGIT 00603 3041 1 AV 0.426
DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA PR 00676-8264

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $1,245.09 |
| Total: | | $1,245.09 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 02/16/2022 |
| Hasta: | 02/28/2022 |

Business Unit: PUERT
Aviso #: 9351747
Fecha Aviso: 02/25/2022

DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA, PR 00676

SS: XXX-XX-2944

# Empleado: XXXXX2944
Dept: 592230-Anos y Servicios Ley160/2013
Lugar: Anos y Servicios Ley160/2013
Titulo: Pensionado
Sueldo: $2,826.75 Monthly

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,413.38 | 307.50 | 5,653.52 |
| Total: | | | 1,413.38 | 307.50 | 5,653.52 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 111.75 | 447.00 |
| Ahorros-AEELA | 56.54 | 226.16 |
| Total: | 168.29 | 673.16 |

* Tributable

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

## TOTAL BRUTO

| | |
|---|---|
| Corriente: | 1,413.38 |
| Acumulado: | 5,653.52 |

## TOTAL IMPUESTOS

0.00
0.00

## DEDUCCIONES TOTALES

168.29
673.16

## PAGA NETA

1,245.09
4,980.36

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9351747 | 1,245.09 |
| Total: | 1,245.09 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha: 02/25/2022

Aviso No. 9351747

Cant. Deposito: $1,245.09

TRAY 12 SEQ 3041 **********AUTO**SCH 5-DIGIT 00603 3041 1 AV 0.426
DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA PR 00676-8264

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $1,245.09 |
| Total: | | $1,245.09 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA, PR 00676

SS: XXX-XX-2944

| | | |
|---|---|---|
| Grupo de Pago: | SM -Quincenal | |
| Desde: | 03/01/2022 | |
| Hasta: | 03/15/2022 | |
| # Empleado: | XXXXX2944 | |
| Dept: | 592230-Anos y Servicios Ley160/2013 | |
| Lugar: | Anos y Servicios Ley160/2013 | |
| Titulo: | Pensionado | |
| Sueldo: | $2,826.75 Monthly | |

| | | |
|---|---|---|
| Business Unit: | PUERT | |
| Aviso #: | 9608549 | |
| Fecha Aviso: | 03/14/2022 | |
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,413.38 | 390.00 | 7,066.90 |
| Total: | | | 1,413.38 | 390.00 | 7,066.90 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 111.75 | 558.75 |
| Ahorros-AEELA | 56.54 | 282.70 |
| Total: | 168.29 | 841.45 * Tributable |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

### TOTAL BRUTO

| | Corriente | Acumulado |
|---|---|---|
| | 1,413.38 | 7,066.90 |

### TOTAL IMPUESTOS

| 0.00 |
| 0.00 |

### DEDUCCIONES TOTALES

| 168.29 |
| 841.45 |

### PAGA NETA

| 1,245.09 |
| 6,225.45 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #9608549 | 1,245.09 |
| Total: | 1,245.09 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
03/14/2022

Aviso No.
9608549

Cant. Deposito: $1,245.09

TRAY 12 SEQ 3041 ************AUTO**SCH 5-DIGIT 00603 3041 1 AV 0.426
DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA PR 00676-8264

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $1,245.09 |
| Total: | | $1,245.09 |

**NO-NEGOCIABLE**

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 03/16/2022 |
| Hasta: | 03/31/2022 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 0160031 |
| Fecha Aviso: | 03/30/2022 |

DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA, PR 00676
SS: XXX-XX-2944

| | |
|---|---|
| # Empleado: | XXXXX2944 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,826.75 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39+99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,413.38 | 480.00 | 8,480.28 |
| Total: | | | 1,413.38 | 480.00 | 8,480.28 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 111.75 | 670.50 |
| Ahorros-AEELA | 56.54 | 339.24 |
| Total: | 168.29 | 1,009.74 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,413.38 | 0.00 | 168.29 | 1,245.09 |
| Acumulado: | 8,480.28 | 0.00 | 1,009.74 | 7,470.54 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0160031 | 1,245.09 |
| Total: | 1,245.09 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha 03/30/2022

Aviso No. 0160031

Cant. Deposito: $1,245.09

TRAY 12 SEQ 3041 ••••••••••••AUTO••SCH 5-DIGIT 00603 3041 1 AV 0.426
DAVID TORRES LOPEZ
HC 2 BOX 12467
MOCA PR 00676-8264

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $1,245.09 |
| Total: | | $1,245.09 |

**NO-NEGOCIABLE**