

David Torres
HC 2 Box 12467
Moca, PR 00676-9868





U.S. POSTAGE PAID
FCM LETTER
MOCA, PR
00676
SEP 01, 22
AMOUNT

$8.09

R2305P151631

1000   00918



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 3160 0001 3194 3844

RETURN RECEIPT REQUESTED

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
150 Ave Chardon.
San Juan (Puerto Rico) 00918-1767