UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION
PURSUANT TO THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT

        The Court has received and reviewed the *Unopposed Motion for Leave to File Declaration Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 22081 in Case No. 17-3283) (the "Motion"), filed by the Law Offices of Andrés W. López, P.S.C. ("Movant").

        The deadline for Movant to file its verified statement pursuant to the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 20467 in Case No. 17-3283), and in compliance with the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82, is extended to **September 19, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 22081 in Case No. 17-3283.

SO ORDERED.

Dated: September 9, 2022

      /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge