**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et. als.* | |
| Debtors[1] | |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

COMES NOW, Potrero Los Llanos, Inc. ("Los Llanos"), through its undersigned counsel, and respectfully submits as follows:

1. On May 21, 2018, Los Llanos filed its Claim No. 17818 against the Commonwealth of Puerto Rico (the "Commonwealth") for $11,013.06 premised on eight (8) vouchers for incentives for the sale of eight (8) yearlings at its sale of August 6, 2015, submitted for

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

payment to the Administration of the Industry and the Racing Sport ("AIDH") and approved thereby (the "Claim").

2. On September 8, 2022, Los Llanos amended the Claim to reflect the correct amount of $11,200.00.

3. Los Llanos hereby submits to the Court that the new claim number assigned by Kroll Restructuring Administration to the Claim is 180517.

**WHEREFORE**, it is respectfully requested that the Court take notice of the above.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

San Juan, Puerto Rico, this 9th day of September 2022

                                                     *s/***CHARLES A. CUPRILL-HERNÁNDEZ**
                                                   **USDC-PR 114312**
                                                   Charles A. Cuprill, P.S.C. Law Offices
                                                   356 Fortaleza Street, Second Floor
                                                   San Juan, PR 00901
                                                   Tel.: 787-977-0515
                                                   Fax: 787-977-0518
                                                   E-mail: ccuprill@cuprill.com