página 13

## ANEXO C

**Notificación**

Fecha: viernes, 2 de septiembre de 2022

Nombre: Elizabeth Vélez Martínez

Dirección: Urb. Río Cañas Calle Tamesis #3131
Ponce, P.R. 00728-1730

Teléfono: (789) 955-5383

Correo electrónico: elizabethvelez023@mail.com

Tribunal de distrito de los Estados Unidos para el Distrito de Puerto Rico

Deudores: Estado Libre Asociado de Puerto Rico, etal

Número de procedimiento: 17BK328-LTS

Título de la objección global: Cuadringentésima octogésima quinta objeción global

Números de las evidencias de reclamaciones relacionada de kroll:

Números de evidencia de reclamación 75326① (Escala salarial, reclasificación)② 84203 Carrera Magisterial

Motivos para oponerme a la Objección Global:

1. Reclamación 75326 Escala Salarial, reclasificación

Desde los años 1999, 2005, 2006, 2007, ect. solicité reclasificación de super-visora de Educación Especial III a IV. Le envié carta a la superintendente de escuelas, director regional, oficinas centrales de Educación (subsecretario Departamento de Educación, subsecretario de Administración, secretario Administrativo (Oficina Procurador del ciudadano), Secretaría Auxiliar del área de Recurso Humano, Secretaría Auxiliar del área de Educación, Secretaría Asociada Programa Educación especial, y director División Legal de Educación.

(Continua en la página 2)

Case:17-03283-LTS Doc#:21734-4 Filed:08/05/22 Entered:08/05/22 18:08:35 Desc:
Case:17-03283-LTS Doc#:22133 Filed:09/06/22 Entered:09/06/22 18:08:35 Desc: Exhibit C Page 9 of 16
Document Page 2 of 16

*página 23*

**ANEXO C**

**Notificación**

Continuación Anexo C Notificación del viernes, 2 de septiembre de 2022, página 2. Reclasificación de supervisora III a IV

En resumen a todo el personal concerniente en esta acción del Departamento de Educación.

· También el Bufete Cancio, Nadal Rivera trabajo mi caso de reclasificación de supervisora zona III a IV desde 2005-2007. Al igual Educadores Puertorriqueños en Acción, INC.

El área de zonificación de Educación Especial a mi cargo siempre fue complejo, con mucha matrícula. Era el distrito escolar en Educación Especial más grande en matrícula de la región de Ponce. Trabajé arduamente y excelentemente para que los estudiantes y padres tuvieran el mejor servicio.

Trabajé como supervisora de zona de Educación Especial 24 años. La ley de restribución proveía para un aumento de $50.00 mensuales. Dicho aumento nunca me fué otorgado desde 1 abril de 1990 hasta la fecha que me retiré en 2014. Esos salarios fueron impagos. Mi sueldo y pensión se afectaron al funcionarios del Departamento de Educación no gestionarme la reclasificación del puesto de supervisora III a IV. Yo me merecía la reclasificación.

· Acción que yo solicito por trato igual, me paguen esos salarios fueron impagos $14,400.00. También me gestionen retroactivo del año 2014 hasta el día presente.

Entiendo que por mis meritos me merecía la reclasificación. Por esta razón espero de parte de ustedes me hagan justicia.

Les envió nuevas evidencias que no había enviado antes. El monto de la reclasificación es de $14,400.

(Continua en la página 3)

*página 3-3*

## ANEXO C

### Notificación

Continuación Anexo C Notificación del viernes, 2 de septiembre de 2022, página 3. Reclasificación de supervisora III a IV.

La Escala Salarial Rafael Aragunde Torres, secretario Departamento de Educación aprobó un aumento en junio de 2007 de $250.00 mensuales. Dicho aumento nunca me fue otorgado. Los superintendentes, superintendentes auxiliares y directores recibieron el aumento, y los supervisores de zona no. El monto de mi reclamación fueron de $21,000.00. Año de mi retiro 2014. Total de años sin pagar 7 años. Dicen no hay dinero para pagar.

En resumen fueron impagos de reclasificación $14,400.00 + Escala salarial $21,000.00 para un total de $35,400.00. Todas las evidencias (documentos fueron enviados).

2. Reclamación 84203 Carrera Magisterial

El argumento de mi reclamación esta basado en la ley 158 del 18 de julio de 1999. La ley proveía para un aumento de $375.00 mensuales. Los supervisores comenzaban $375.00 mensuales. Porque los maestros en aumento iban sobre el personal administrativo docente (supervisores). Cuando la ley aprovó le correspondia al personal administrativo en ese inicio de la ley. Le corresponde a la categoría de ese aumento. Ya sea maestría o doctorado. Dicho aumento nunca me fue otorgado desde que se aprobó la ley 158.

Desde que me retiré en el 2014 esos salarios fueron impagos. El monto de mi reclamación fueron $94,500.00. Me retire 2014. El año de ley 158, en 1999. Total de años sin pagar 21 años.

Cordialmente,
Elizabeth Vey Martín
Tel. (787) 955-5383

Urb. Río Canas Calle Tamesis #3131
Ponce, Puerto Rico 00728-1730