RECIBIDO
DIVISION LEGAL

2013 JUN 13 PM 2:56

13 de junio de 2013

Licenciado Carlos Rodríguez
Director División Legal
P.O. Box 190759
San Juan, Puerto Rico

Estimado Licenciado Rodríguez:

En el día de hoy solicito a la División Legal le de seguimiento a mi reclasificación como Supervisora de Zona del Programa de Educación Especial. Desde abril de 1990 me desempeño como supervisora. Por varios años he estado solicitado reclasificación y las Superintendentes de Escuelas con las cuales he trabajado solicitaron mi reclasificación al igual que el Director Regional. Estos documentos los entregué hace varios años en el área de reclasificación y retribución. Estos lo pueden ver en los documentos entregados en el día de hoy.

En el mes de diciembre de 2012, visité las oficinas de reclasificación, la empleada buscó el expediente, y no lo encontró aparentemente estaba inactivo.

La Asociación de Maestros a través del Bufette de Cancio & Nadal Rivera le dió seguimiento, también el Ombusman y EPA pero al presente no me han reclasificado. También pido retroactivo a partir del momento. Solicito de ustedes me hagan la gestión para mi reclasificación de Supervisora III a IV.

Cuando me inicié como Supervisora en el Distrito Escolar Ponce V donde la matrícula de Educación Especial era bien numerosa, luego consolidaron a Ponce 5 con Ponce 2 y Ponce 4 para ser Distrito Escolar Ponce 2 donde las compañeras de Ponce 2 y Ponce 4 se movieron a otros puestos me quedé a cargo sola.

También deseo informar que la Sra. Tirú estuvo unos años como Supervisora de Educación Especial en el Distrito Escolar Ponce I se fue como Directora por muchos años regresó de nuevo al programa como Supervisora de Zona IV, yo continúo como III.

La Sra. Migdalia Rivera, Supervisora de Zona III comenzó en el 1990 a los dos años, regresó la reclasifacaron a IV. Otras Supervisoras de otros distritos escolares comenzaron después que yo y las reclasificaron a IV.

Espero su acostumbrada cooperación al respecto

Adjunto los documentos entregados

Cordialmente,

*Elizabeth Vélez Martínez*
Elizabeth Vélez Martínez
Supervisora Zona P.E.E.
Distrito Escolar Ponce

cc. Sra. Aida Díaz
    Presidenta Asoc. Maestros

cc. Sr. Domingo Madera
    EPA

Urb. Río Canas Calle Tamesis # 3131

Ponce, P.R. 00728

Tel. (787) 955-5383 celular

843-6231 Res.