Reclasificación

Página 1

# HOJA DE TRAMITE

Fecha: 25 de abril de 2013

**Enviado a:**
Licenciado Carlos Rodríguez
Director División Legal
Dpto. Ed. Educación
Att. Lcda. Eva Rivera

**Enviado por:**
Elizabeth Vélez Martínez

**ASUNTO:**

— Entrega carta solicitando reclasificación 4 junio 2013, y otros documentos de gestiones hechas.

— Hoja de visita para orientación (25 abril 2013)
— Llamadas telefónicas hecha a EPA
— Carta EPA - 14 febrero 2007
— Solicitud de servicio EPA (9 feb. 2002)
— Carta de 31 agosto 1998 — Sra. Domenech
— Carta de 1 septiembre 1999 — Recomienda reclasificación Sra. Domenech
— Carta de 4 noviembre 1999
— Carta 20 de septiembre 2005 Lcda María del Pilar Asociación maestros.

Recibido por: _____   Fecha: _____

# HOJA DE TRAMITE

Fecha: 25 de abril de 2013

Enviado a:
Licenciado Carlos Rodríguez
Director División Legal
Dpto. Educación

Enviado por:
Elizabeth Vélez Martínez

Att. Lda. Eva Rivera

ASUNTO:

Continuación:

- carta 20 de septiembre 2005 — Sra. Carmen Rosario, Secretaria Auxiliar Recursos Humanos

- carta 26 de octubre 2006 — Sra. Miriam Merced, Secretaria Asociada

- Hoja trámite Prof. Héctor Vidal, director Regional 30 enero 2007

- Hoja trámite Prof. Héctor Vidal, director Regional 19 enero 2007

- Carta Prof. Héctor Vidal 19 enero de 2007

- Carta enviada Oficina Procurador del ciudadano 14 junio 2005 a Dr. Angel L. Curbelo Soto, Secretario Administrativo, Dpto. Educación

Recibido por: _____    Fecha: _____

# HOJA DE TRAMITE

Fecha: 25 de abril de 2013

Enviado a:
Licenciado Carlos Rodríguez
Director División Legal
Dpto. Educación

Enviado por:
Elizabeth Vélez Martínez

Att. Lcda. Eva Rivera

ASUNTO:

Continuación:

— Llamadas telefónicas hecha EPA abril 2005, mayo 2005, enero 2005

— Carta a Sra. Carmen J. Rosario Morales, Secretaria Auxiliar enviada por Lcda. María del Pilar Fas, Asoc. Maestros (Cambio a Rivera), (25 abril 2005), (18 mayo 2005), (19 mayo 2005), (16 junio 2005) (20 octubre 2005), (19 de mayo de 2005), (18 mayo 2005 a la Secretaria Auxiliar Recursos Humanos), (16 junio 2005) (7 agosto de 2006, (14 nov. 2007), (3 mayo 2006), (25 abril 2005)

Recibido por: _____ Fecha: _____

# HOJA DE TRAMITE

Fecha: 25 de abril de 2013

Enviado a:
Licenciado Carlos Rodríguez
Director División Legal
Dpto. Educación

Enviado por:
Elizabeth Vélez Martínez

Att Ldo. Eva Rivera

ASUNTO:

Continuación:

— Convocatoria Adiestramiento sobre el sistema de información de Educación, donde se puede observar las personas que nombraron después 1990 y son clasificadas IV.

Recibido por: _____   Fecha: _____

jueves; 17 marzo 2005                                                                                     4°
3:20 Visitar Asoc Maestro. con Yolanda, sec.
— Autorización


3:30 Visitar ~~Cancio~~ Ledo. Nadal
— abrir caso rechssificación


Asociación Maestros      CANCIO, NADAL, RIVERA, DIAZ & BERRIOS                16 marzo 2005
Alba Lydia                     ATTORNEYS AND COUNSELLORS AT LAW                        Wymar
                                            P.O. BOX 364966                          3:35 Ledo. Nadal
2ndo                          SAN JUAN, PUERTO RICO 00936-4966
    piso                              (787) 767-9625                                  Idalia, sec.
                                     FAX (787) 764-4430
                                                                                      8:00 — 5:00 p.m.
                                 403 MUÑOZ RIVERA AVENUE
                            HATO REY, PUERTO RICO 00918-3345         Hospital Pavia
— 17 marzo 2005                E-MAIL: rnadal@cnrd.com                Ponce de León
— 11:43 Llamada         ELAY    WEB SITE: http://www.cnrd.com

lunes, 24 enero 2005

11:34 Llamar a la Asoc. Maestros al Sr. ???

para saber status reclasificación

Acuerdos:
Indica que lo llamará el miércoles, 26 enero 2005, se comunicará con el Ledo. Nadal en Su para saber el status. (757-9625)


lunes, 24 enero 2005

11:47 Llamar Ledo. Nadal, María Carmen indica que el Ledo. no me pudo atender

Acuerdos:
Me llamará Ledo luego.

Caso: Reclasificación de Sup. II a Sup IV
     Con retroactivo por trato igual

CNR&D = Cancio, Nadal Rivera & Díaz, PSC.
403 Muñoz Rivera Ave., S. Juan

Tel. 787- 767- 9625 / 622 - 2222
Fax 787- 622- 3461 / 622 - 2238

Tiene el caso: Lcda. María del Pilar Santiago

Llamadas telefónicas
1) (martes) 13 abril 2005
   3:03 pm Llamar Lcda. Santiago, secretaria indica Nancy, sec. Lcda. no se encuentra

2) (viernes) 15 abril 2005
   4:02 Llamar Lcda. Santiago, indica Cristina, sec. no se encuentra

3) (martes) 19 abril 2005
   Llamar Lcda. Santiago indica Cristina, sec. no se encuentra

4) 22 abril 2005
   3:49 Llamar Lcda. Santiago indica Cristina, secretaria no se encuentra

5) miércoles, 12 mayo 2005
   2:45 Llamar Lcda. Santiago indica Nancy, secretaria está ocupada, me contestará la llamada.

miércoles, 19 enero 2005

1

3:45 p.m. Llamada de Ledo. Madera, 843-1224 EPA

168-2600
259-0148
1886 352-192

— Reclasificación

Acuerdos:
Llamar Ledo. González, San Juan EPA 723-3233 ~~3222~~ ~~2322~~

Remedio: Me pueda incluir en el caso de clase

5:25 p.m. Llamar Ledo. González, no cogen el teléfono.

———— o ————

jueves, 20 enero 2005

5:00 p.m. Llamar Leda. Cruz, indica Silma, sec. después 9:00 a.m. el viernes, 21 enero 2005 EPA

viernes, 21 enero 2005

10:50 a.m. Llamar Leda. Cruz, me llamará para verificar si pude incluirme en el caso de clase. Verificará y me llamará.

lunes, 24 enero 2005

11:03 Llamar Ledo González, indica que no está brega[ndo] caso reclasificación, dice que en este momento no está bregando con el caso de reclasificación, llamar sábado, 29 enero 2005, 10:00 a.m.

EPA

10:28 a.m. Jocelyn, Sec.

Abogado, Pumpi González

Sr. Madera / Sa. Madera

122K (EPA)

Sonia, ayudante

Sup Zona, IK game

CANCIO, NADAL, RIVERA & DIAZ, P.S.C.
ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

25 de abril de 2005

<u>A LA MANO</u>

Sra. Carmen D. Rosario Morales
Secretaria Auxiliar Recursos Humanos
Departamento de Educación
Hato Rey, Puerto Rico

RE: Solicitud Reclasificación
Prof. Elizabeth Vélez Martínez
Seguro REDACTED
N/Exp. 21092.022

Estimada señora Rosario Morales:

Le envío la presente a nombre y en representación de la Sra. Elizabeth Vélez, quien ocupa el puesto de Supervisora de Zona III desde el año 1990. Por este medio se solicita que la señora Vélez sea reclasificada a un nivel IV o V. Esta solicitud la ha realizado en los pasados años y con la recomendación del Distrito Escolar de Ponce. Véase Anejo.

Nuestra representada ha ocupado el puesto de Supervisora de Zona III desde el año 1990 y lleva 28 años de experiencia en el Departamento de Educación. Nos informa la señora Vélez que otros empleados con menos experiencia y ocupando puestos de supervisión poseen clasificaciones mayores a IV. iV

La Constitución del Estado Libre Asociado de Puerto Rico establece que los ciudadanos recibirán igual paga por igual trabajo. Agradeceré nos informe por escrito en los próximos veinte(20) días el resultado de esta petición de reclasificación en justa compensación por la labor realizada.

Cordialmente,

*[signature]*

MARÍA DEL PILAR FAS SANTIAGO

Anejos
c: Elizabeth Vélez

160416.1

*sábado, 22 oct. 2005*

## CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
### ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

18 de mayo de 2005

A LA MANO

Sra. Carmen D. Rosario Morales
Secretaria Auxiliar Recursos Humanos
Departamento de Educación
Hato Rey, Puerto Rico

RE: Solicitud Reclasificación
Prof. Elizabeth Vélez Martínez
Seguro Social REDACTED
N/Exp. 21092.022

Estimada señora Rosario Morales:

Le envío nuevamente la presente solicitud a nombre y en representación de la Sra. Elizabeth Vélez. Ella ocupa el puesto de Supervisora de Zona III desde el año 1990. Solicitamos que se examine la clasificación de nuestra representada y sea reclasificada a un nivel IV o V.

Según le informamos mediante carta del 25 de abril de 2005, esta solicitud la ha realizado en los pasados años, con la recomendación del Distrito Escolar de Ponce, y no ha sido atendida.

Nuestra representada ha ocupado el puesto de Supervisora de Zona III desde el año 1990 y lleva 28 años de experiencia en el Departamento de Educación. Nos informa la señora Vélez que otros empleados con menos experiencia y ocupando puestos de supervisión poseen clasificaciones mayores a III.

Agradeceré nos informe por escrito en los próximos quince (15) días el resultado de esta petición de reclasificación en justa compensación por la labor realizada.

Cordialmente,

MARÍA DEL PILAR FAS SANTIAGO

c: Sra. Elizabeth Vélez

160416.2

sábado, 22 oct. 2005

## CANCIO, NADAL, RIVERA & DIAZ, P.S.C.
### ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

19 de mayo de 2005

Prof. Elizabeth Vélez Martínez
Urbanización Río Cañas
Calle Tamesis 3131
Ponce, PR 00728

Re: N/Exp. 21092.022

Estimada profesora Vélez:

Le envío la presente para informarle que estaré solicitando nuevamente al Departamento de Educación una solicitud de reclasificación. Si no recibimos contestación a la misma, en el mes de julio debemos analizar cualquier otro trámite adicional que se deba hacer en otro foro para que el Departamento tome acción sobre su solicitud.

Si usted recibe alguna notificación al respecto o si encuentra cualquier otro documento relacionado a la solicitud de reclasificación que se pudieron hacer desde el año 1990, favor de hacérmelo llegar.

Sin nada más por el momento quedo de usted.

Atentamente,

MARÍA DEL PILAR FAS SANTIAGO

sábado, 24 oct 2005

CANCIO, NADAL, RIVERA & DIAZ, P.S.C.
ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

16 de junio de 2005

Prof. Elizabeth Vélez Martínez
Urbanización Río Canas
Calle Tamesis 3131
Ponce, PR 00728

Re: N/Exp. 21092.022

Estimada profesora Vélez:

Le envío copia de la carta recibida de parte de la Secretaria Auxiliar de Recursos Humanos en respuesta a nuestra solicitud. Examine la misma. La respuesta ofrecida sobre la Orden Ejecutiva y sobre la Ley Núm. 169 es la contestación que hemos estado recibiendo por parte del Departamento cuando hacemos solicitudes de transacciones de personal.

Nuestro Bufete lleva un pleito en el tribunal sobre la Ley Núm. 169, pero solamente están incluidos los Directores. Si el resultado fuese favorable, es decir, que la interrupción temporera en cuanto a los aumentos ya venció, es decir, que ha pasado demasiado tiempo, probablemente aplicará a todos los empleados que la ley cobija. Para el mes de octubre está señalada una vista.

Por otro lado, es importante destacar, que la reclasificación necesita la aprobación del Director Regional y la Secretaria Asociada de Educación Especial, por lo que necesitaríamos un documento que compruebe esta aprobación en esos años pasados que se reclaman, a su vez, cuando estas transacciones se puedan realizar de acuerdo a las órdenes y leyes aplicables, es necesaria dicha aprobación.

Si desea discutir esta carta conmigo y evaluar su caso, no dude en comunicarse a nuestras oficinas, quedo de usted.

Atentamente,

*[signature]*
MARÍA DEL PILAR FAS SANTIAGO

161737.2

Anejo

*sábado, 24 oct 2005*

# CANCIO, NADAL, RIVERA & DIAZ, P.S.C.
ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

20 de octubre de 2005

Sra. Elizabeth Vélez Martínez
Urb. San Antonio
Calle Damasco #1460
Ponce, PR 00728

Re: N/Exp. 21092.022

Estimada señora Vélez:

Un saludo cordial

Acuso recibo de su carta fechada 26 de septiembre de 2005. Entiendo que se le envió copia de las gestiones realizadas a otra dirección. Le envío copia de las cartas dirigidas a usted por la abogada suscribiente con relación a su caso, también copia de comunicación recibida por parte de la Oficina de Recursos Humanos con relación a nuestra solicitud de reclasificación. Estudie la misma y se comunica conmigo para discutir este asunto.

Atentamente,

MARÍA DEL PILAR FAS SANTIAGO

MFS/mco

Anejos

168633.1

*sábado, 22 oct 2005*

# CANCIO, NADAL, RIVERA & DIAZ, P.S.C.
### ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

16 de junio de 2005

Prof. Elizabeth Vélez Martínez
Urbanización Río Canas
Calle Tamesis 3131
Ponce, PR 00728

Re: N/Exp. 21092.022

Estimada profesora Vélez:

Le envío copia de la carta recibida de parte de la Secretaria Auxiliar de Recursos Humanos en respuesta a nuestra solicitud. Examine la misma. La respuesta ofrecida sobre la Orden Ejecutiva y sobre la Ley Núm. 169 es la contestación que hemos estado recibiendo por parte del Departamento cuando hacemos solicitudes de transacciones de personal.

Nuestro Bufete lleva un pleito en el tribunal sobre la Ley Núm.169, pero solamente están incluidos los Directores. Si el resultado fuese favorable, es decir, que la interrupción temporera en cuanto a los aumentos ya venció, es decir, que ha pasado demasiado tiempo, probablemente aplicará a todos los empleados que la ley cobija. Para el mes de octubre está señalada una vista.

Por otro lado, es importante destacar, que la reclasificación necesita la aprobación del Director Regional y la Secretaria Asociada de Educación Especial, por lo que necesitaríamos un documento que compruebe esta aprobación en esos años pasados que se reclaman, a su vez, cuando estas transacciones se puedan realizar de acuerdo a las órdenes y leyes aplicables, es necesaria dicha aprobación.

Si desea discutir esta carta conmigo y evaluar su caso, no dude en comunicarse a nuestras oficinas, quedo de usted.

Atentamente,

*[firma]*
**MARÍA DEL PILAR FAS SANTIAGO**

161737.2

Anejo

recibido: sábado, 18 junio 2005

# CANCIO, NADAL, RIVERA & DIAZ, P.S.C.
## ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

18 de mayo de 2005

<u>A LA MANO</u>

Sra. Carmen D. Rosario Morales
Secretaria Auxiliar Recursos Humanos
Departamento de Educación
Hato Rey, Puerto Rico

RE: Solicitud Reclasificación
Prof. Elizabeth Vélez Martínez
Seguro Socia REDACTED
N/Exp. 21092.022

Estimada señora Rosario Morales:

Le envío nuevamente la presente solicitud a nombre y en representación de la Sra. Elizabeth Vélez. Ella ocupa el puesto de Supervisora de Zona III desde el año 1990. Solicitamos que se examine la clasificación de nuestra representada y sea reclasificada a un nivel IV o V.

Según le informamos mediante carta del 25 de abril de 2005, esta solicitud la ha realizado en los pasados años, con la recomendación del Distrito Escolar de Ponce, y no ha sido atendida.

Nuestra representada ha ocupado el puesto de Supervisora de Zona III desde el año 1990 y lleva 28 años de experiencia en el Departamento de Educación. Nos informa la señora Vélez que otros empleados con menos experiencia y ocupando puestos de supervisión poseen clasificaciones mayores a III.

Agradeceré nos informe por escrito en los próximos quince (15) días el resultado de esta petición de reclasificación en justa compensación por la labor realizada.

Cordialmente,

*[signature]*

MARÍA DEL PILAR FAS SANTIAGO

c: Sra. Elizabeth Vélez

160416.2

# CANCIO, NADAL, RIVERA & DIAZ, P.S.C.
### ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

7 de agosto de 2006

Sra. Elizabeth Vélez Martínez
Urb. San Antonio
Calle Damasco #1460
Ponce, PR 00728

Re: N/Exp. 21092.022

Estimada señora Vélez:

Un cordial saludo.

El Departamento de Educación no ha atendido la solicitud que realizáramos a su nombre sobre la reclamación de reclasificación a Supervisora de Zona IV.

Estamos en la mejor disposición de asistirle legalmente de usted estar interesada en recurrir al foro judicial.

Agradeceré nos remita una narrativa de los años y los puestos que ha ocupado en el Departamento de Educación para proceder según corresponda.

Cordialmente,

VANESSA CARBALLO SANTIAGO

VCS/mco

181200.1

# CANCIO, NADAL, RIVERA & DIAZ, P.S.C.

ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

14 de noviembre de 2007

Sra. Elizabeth Vélez Martínez
Urb. San Antonio
Calle Damasco #1460
Ponce, Puerto Rico 00728

Re: N/Exp. 21092.022

Estimada señora Vélez:

Ha transcurrido en exceso de un año sin que sepamos de aspecto alguno en el asunto de referencia en el cual le asistiéramos, por lo cual damos por cerrado el expediente confiando en que este asunto ha terminado favorablemente para usted.

En caso de tener alguna duda, por favor escríbanos para actuar según corresponda.

Atentamente,

VANESSA CARBALLO SANTIAGO

162029.2

Recibido: martes, 20 nov. 2007

# CANCIO, NADAL, RIVERA & DIAZ, P.S.C.
## ATTORNEYS AND COUNSELLORS AT LAW

P.O. BOX 364966
SAN JUAN, PUERTO RICO 00936-4966
(787) 767-9625 / 622-2222
FAX (787) 764-4430
(787) 767-4140
(787) 767-5535
403 MUÑOZ RIVERA AVENUE
HATO REY, PUERTO RICO 00918-3345
WEB SITE: http://www.cnrd.com

3 de mayo de 2006

Sra. Elizabeth Vélez Martínez
Urb. San Antonio
Calle Damasco #1460
Ponce, PR 00728

Re:   N/Exp. 21092.022

Estimada señora Vélez:

Un cordial saludo de parte del Lic. Rafael A. Nadal Arcelay y la abogada suscribiente.

Agradeceré nos informe si el asunto en el cual le asistiéramos legalmente ha culminado favorablemente para usted.

Cordialmente,

VANESSA CARBALLO SANTIAGO

VCS/mco

*miércoles, 2 agosto 2006*
*98 Llamar a Lcda. ocupada dice Cristina, secretaria*

*Viernes, 5 mayo 2006*

33.2