ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
UNIDAD DE INVESTIGACIÓN DE QUERELLAS ADMINISTRATIVAS
HATO REY, PUERTO RICO

# HOJA DE VISITA PARA ORIENTACION

FECHA: 25 abril 2013
HORA: 2:10 p.m.

A. **QUERELLANTE** (quien radica la querella) o **VISITANTE**

NOMBRE: Elizabeth Vélez Martínez

Puesto que Ocupa (padre, director, etc.): Supervisora Zona P.E.E.

B. **QUERELLADO** (contra quien es la querella)

Nombre: Dpto. Educación
Escuela:
Distrito: Ponce
Puesto que Ocupa:

C. **MARQUE CON UNA X** (Indique si radicó querella en la Policía de Puerto Rico y el número de la misma)

**Si Visitó**

____ Director
____ Superintendente
____ Región

martes, 8 julio 2014
Entregada de nuevo investigadora, E04

**Indique tipo de caso**

____ Maltrato de Alumno
____ Relaciones Laborales
____ Hostigamiento Sexual
_X_ Otras. Especifique: Reclasificación: hacen años la esto solicitando. Trato desigual

SÓLO PARA USO DE LA OFICINA

25 de abril de 2013

Licenciado Carlos Rodríguez
Director División Legal
P.O. Box 190759
San Juan Puerto Rico 00919-0759

Estimado Licenciado Rodríguez:

    En el día de hoy solicito a la División Legal le de seguimiento a mi reclasificación como Supervisora de Zona del Programa de Educación Especial. Desde Abril del 1990 me desempeño como supervisora. Por varios años he solicitado reclasificación. Las Superintendentes de Escuelas con las cual he trabajado solicitaron la reclasificación al igual el Director Regional. estos documentos los entregue hacen varios años en el área de reclasificación y retribución. Estos lo pueden ver en los documentos entregados en el día de hoy.

    En el mes de diciembre de 2012, visite las oficinas de reclasificación la empleada busco el expediente no lo encontró aparentemente esta inactivo.

    La Asociación de Maestros a través del Bufette de Cancio & Nadal, Rivera le dió seguimiento, el Ombusman y EPA al momento presente no me han reclasificado. También pido retroactivo a partir del momento.

    Solicito de ustedes me hagan la gestión para mí reclasificación de supervisora III a IV.

    Cuando me inicie como supervisora comence en el Distrito Escolar Ponce 5 donde la matrícula de Educación Especial era bien numerosa, luego consolidaron a Ponce 5 con Ponce 2 y Ponce 4 para ser Distrito Escolar Ponce 2 donde donde las compañeras de Ponce 2 y Ponce 4 se movieron a otros puestos me quede a cargo sola.

    También deseo informar la sra. Zaida Tirú estuvo unos años como supervisora de Educación Especial en el Distrito Escolar Ponce I se fue como Directora por muchos años, regreso de nuevo al programa como supervisora de Zona IV, yo continuo como III.

    La sra. Lizzette Ozuna comenzó como supervisora en el distrito con clasificación IV.

    La sra. Migdalia Rivera, Supervisora Zona III comenzó en el 1990 a los dos (2) años la reclasificación IV. Otras supervisoras de otros distritos escolares comenzarón después que yo y las reclasificaron IV.

*entregado de nuevo*
*martes, 8 julio 2014 a*
*[ilegible]*

Espero su acostumbrada cooperación al respecto.

ADJUNTO LOS DOCUMENTOS ENTREGADOS

Cordialmente,

Elizabeth Vélez Martínez
Supervisora Zona P.E.E.
Distrito Escolar Ponce II

cc: Señora Aida Díaz
Presidenta
Asociación de Maestros

cc: Señor Domingo Madera
EPA

E. Vily 3
2 Sept 2022

Clasificación



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
SECRETARÍA ASOCIADA DE EDUCACIÓN ESPECIAL

Oficina de la Secretaria Asociada

4 de junio de 2007

Directores de las Regiones Educativas, Supervisores Generales de Educación Especial, Superintendentes de Escuelas, Directores de los Centros de Servicios de Educación Especial, Directores de los Centros de Evaluación y Terapia, Técnicos en Sistemas de Información de Oficina de Educación Especial, Auxiliares Administrativos de Educación Especial y Oficinistas de Educación Especial

Carmen D. Pabón Pérez
Secretaria Asociada (interina)
de Educación Especial

**ADIESTRAMIENTO SOBRE EL SISTEMA DE INFORMACIÓN DE EDUCACIÓN ESPECIAL**

La Secretaría Asociada de Educación Especial ofrecerá un adiestramiento para capacitar al personal de supervisión y administrativo, sobre el uso del nuevo *Sistema de Información de Educación Especial*.

El adiestramiento se llevará a cabo durante el mes de junio, en las facilidades de la Escuela Digital en Cayey. Se ofrecerán tres sesiones de cuatro días por grupo (11-14, 18-21 y 25-28 de junio) en horario de 8:00am – 4:30pm. Cada grupo estará constituido por 80 participantes aproximadamente. (Ver lista y mapa adjunto).

Agradecemos realicen los arreglos pertinentes para garantizar la participación de todo el personal convocado.

Esperamos su acostumbrada colaboración.

Anejo

IFP/ayg

PO BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 Tel. (787)759-7228 FAX 753-0915
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidad de empleo.

6/5/2007



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA ASOCIADA DE EDUCACIÓN ESPECIAL

LISTA DE PARTICIPANTES EN EL ADIESTRAMIENTO SOBRE EL SISTEMA DE INFORMACIÓN
DE EDUCACIÓN ESPECIAL
TERCERA SESION: 25 AL 28 DE JUNIO DE 2007

| Nombre del Funcionario | | | Región | Distrito | Ubicación | Puesto |
|---|---|---|---|---|---|---|
| ADORNO | RIVERA | ANGEL | BAYAMON | COROZAL | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| SANTIAGO | DE LEON | JUANA D | BAYAMON | DORADO | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL IV |
| PEREZ | ORTIZ | ELSA | BAYAMON | OROCOVIS | OFIC. SUPERINTENDENTE | OFICINISTA MECANOGRAFO I |
| ORTIZ | MOJICA | MARIA | BAYAMON | REG. BAYAMON | CSEE - BAYAMON | SUP. GEN. PROG. EDUC. ESP. |
| GARCIA | QUINTANA | GLORIA | MAYGÜEZ | REG. MAYGÜEZ | CSEE - SAN GERMAN | SUP. GEN. PROG. EDUC. (EDUC.ESP) II |
| PEREZ | GONZALEZ | AMARILIS | MAYGÜEZ | SABANA GRANDE | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL II |
| COLON | DIAZ | LIZBETH | MAYGÜEZ | SAN GERMAN | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| RIVERA | VELEZ | NANCY | MAYGÜEZ | AGUADA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| TORRES | CORDERO | JOSE | MAYGÜEZ | AGUADILLA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL IV |
| SOTO | TORRES | SARA | MAYGÜEZ | ISABELA | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| GONZALEZ | NIEVES | ANA | MAYGÜEZ | MAYGÜEZ | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL II |
| RAMIREZ | PADILLA | MARITZA | MAYGÜEZ | REG. MAYGÜEZ | REGION EDUCATIVA | AUXILIAR ADMINISTRATIVO I |
| BOSQUES | ROMAN | YOLANDA | MAYGÜEZ | SAN SEBASTIAN | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| RIVERA | | HADEE | PONCE | ADJUNTAS | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. |
| SILVA | HERNANDEZ | YEIDY | PONCE | GUANICA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL II |
| GONZALEZ | DE HOYOS | QORS | PONCE | JAYUYA | OFIC. SUPERINTENDENTE | OFICINISTA I |
| RIVERA | QUIÑONES | MIGDALIA | PONCE | PONCE II | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL IV |
| FLORES | DIAZ | JACQUELINE | PONCE | REG. PONCE | CSEE - PONCE | OFICINISTA II |
| REYES | ZAYAS | LILYBELL | PONCE | SANTA ISABEL | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL IV |
| MONTOSA | GARCIA | CARMEN | PONCE | VILLALBA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL II |
| RODRIGUEZ | PACHECO | HEIDA | PONCE | YAUCO | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL II |
| RAMOS | MIRANDA | EVELYN | CAGUAS | AIBONITO | OFIC. SUPERINTENDENTE | OFICINISTA MECANOGRAFO I |
| RAMIREZ | ALDRICH | LETICIA | CAGUAS | CAGUAS I | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| RIVERA | ARROYO | MARIA | CAGUAS | CAGUAS II | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| DIAZ | RODRIGUEZ | LUZ | CAGUAS | CAYEY | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| MORALES | PEREZ | DORIS | CAGUAS | CIDRA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| RIOS | MALAVE | NITZA | CAGUAS | CIDRA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| GONZALEZ | GONZALEZ | MELINDA | CAGUAS | GUAYAMA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| ORTIZ | RODRIGUEZ | CARMEN | CAGUAS | GURABO | OFIC. SUPERINTENDENTE | OFICINISTA I |
| ORTIZ | FIGUEROA | MARCEL | CAGUAS | REG. CAGUAS | CSEE - CAGUAS | PATOLOGO HABLA Y LENGUAJE II |
| ESTELA | OLIVERAS | YARELIS | CAGUAS | REG. CAGUAS | CSEE - CAGUAS | AUXILIAR ADMINISTRATIVO |
| QUIÑONES | CRUZ | DIANA | CAGUAS | SALINAS | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL II |
| MARTINEZ | LEBRON | CYNTHIA | CAGUAS | SAN LORENZO | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| ACEVEDO | STEIDEL | LARISSA | SAN JUAN | CAROLINA I | OFIC. SUPERINTENDENTE | TEC.SIST.DE INF.DE OFICINA I |
| VAZQUEZ | MATOS | DOLCAR | SAN JUAN | SAN JUAN III | OFIC. SUPERINTENDENTE | TEC.SIST.DE INF.DE OFICINA I |



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA ASOCIADA DE EDUCACIÓN ESPECIAL**

LISTA DE PARTICIPANTES EN EL ADIESTRAMIENTO SOBRE EL SISTEMA DE INFORMACIÓN
DE EDUCACIÓN ESPECIAL
PRIMERA SESION: 11 AL 14 DE JUNIO DE 2007

| Nombre del Funcionario | | | Región | Distrito | Ubicación | Puesto |
|---|---|---|---|---|---|---|
| SEPULVEDA | HERNANDEZ | VIVIANA | BAYAMON | BAYAMON I | OFIC. SUPERINTENDENTE | TEC.EN SISTEMAS DE INF.DE OFICINA I |
| RIVERA | VAZQUEZ | LORNA | BAYAMON | BAYAMON II | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| ZAYAS | BERRIOS | EDISON | BAYAMON | DORADO | OFIC. SUPERINTENDENTE | TEC.EN SISTEMAS DE INF.DE OFICINA I |
| RODRIGUEZ | COLON | XIOMARA | BAYAMON | NARANJITO | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| DIAZ | SERRANO | CARLIMARIE | BAYAMON | REG. BAYAMON | CET - BAYAMON | OFICINISTA I |
| CRUZ | RIVERA | JOMARIS | BAYAMON | TOA ALTA | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| RODRIGUEZ | OYOLA | WILFREDO | BAYAMON | VEGA ALTA | OFIC. SUPERINTENDENTE | TEC.EN SISTEMAS DE INF.DE OFICINA I |
| DEL TORO | DEL TORO | LEYDA | MAYAGÜEZ | CABO ROJO | OFIC. SUPERINTENDENTE | SUPERVISORA DE ZONA |
| VELEZ | VELAZQUEZ | SANDRA | MAYAGÜEZ | LAJAS | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| PADILLA | BARRET | NILDA | MAYAGÜEZ | MARICAO | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| ORTIZ | RAMIREZ | IVETTE | MAYAGÜEZ | REG. MAYAGÜEZ | CSEE - SAN GERMAN | AUXILIAR ADMINISTRATIVO I |
| RAMIREZ | ORTIZ | MAYRA | MAYAGÜEZ | SAN GERMAN | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| TORRES | MENDEZ | ANNIE | MAYAGÜEZ | AÑASCO | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| RIVERA | ROMAN | EMILIO | MAYAGÜEZ | AGUADA | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| MARCIAL | CASTRO | BETHZAIDA | MAYAGÜEZ | AGUADILLA | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| ORTIZ | RIVERA | KELVIN | MAYAGÜEZ | LAS MARIAS | OFIC. SUPERINTENDENTE | OFICINISTA I |
| VELAZQUEZ | HERNANDEZ | JOSE | MAYAGÜEZ | MAYAGÜEZ | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL |
| PEREZ | GONZALEZ | RAMONITA | MAYAGÜEZ | MOCA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| LOPEZ | PEREZ | LUIS | MAYAGÜEZ | REG. MAYAGÜEZ | REGION MAYAGÜEZ | AUXILIAR ADMINISTRATIVO II |
| CRUZ | GUZMAN | WALESKA | PONCE | GUAYANILLA | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| TORRES | ORTIZ | VIRGINIA | PONCE | PONCE I | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| GALARZA | RODRIGUEZ | SANDRA | PONCE | PONCE II | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| GARCIA | LABOY | ADIARMAR | PONCE | REG. PONCE | CSEE - PONCE | AUXILIAR ADMINISTRATIVO I |
| HERNANDEZ | MANGUAL | MAYRA | PONCE | REG. PONCE | CSEE - PONCE | SUP.GEN.PROG.EDUC.(EDUC.ESP) III |
| TORRES | FERNANDEZ | BRENDA | PONCE | REG. PONCE | CSEE - PONCE | TECNICO EN SISTEMAS DE INF. |
| RODRIGUEZ | | MILDA | PONCE | YAUCO | OFIC. SUPERINTENDENTE | OFICINISTA |
| REYES | PAGAN | AHA | CAGUAS | AGUAS BUENAS | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| ORTIZ | DIAZ | AHA | CAGUAS | AIBONITO | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| MARTINEZ | HERNANDEZ | HEROILDA | CAGUAS | BARRANQUITAS | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| RIVERA | TRISTANI | VIMARYS | CAGUAS | CAGUAS II | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| COTTO | RODRIGUEZ | MARITZA | CAGUAS | CAYEY | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| AVILES | CASILLAS | EDAMARYS | CAGUAS | CIDRA | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| SANTOS | RIVERA | NANCY | CAGUAS | COMERIO | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| VAZQUEZ | COLON | WANDA | SAN JUAN | CAROLINA I | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| SANCHEZ | FERNANDEZ | JOSE | SAN JUAN | CAROLINA II | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| ONEILL | GONZALEZ | WANDA | SAN JUAN | GUAYNABO | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| GONZALEZ | RIVERA | JOHANNA | SAN JUAN | SAN JUAN I | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA ASOCIADA DE EDUCACIÓN ESPECIAL

LISTA DE PARTICIPANTES EN EL ADIESTRAMIENTO SOBRE EL SISTEMA DE INFORMACIÓN
DE EDUCACIÓN ESPECIAL
SEGUNDA SESIÓN: 18 AL 21 DE JUNIO DE 2007

| Nombre del Funcionario | | | Región | Distrito | Ubicación | Puesto |
|---|---|---|---|---|---|---|
| JAMES | GERENA | JOAN | BAYAMON | CATAÑO | OFIC. SUPERINTENDENTE | TEC.EN SISTEMAS DE INF.DE OFICINA I |
| MARTINEZ | MOLINA | VIVIAN | BAYAMON | COROZAL | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| LABRADOR | TORRES | MARTA | BAYAMON | REG. BAYAMON | CET - BAYAMON | OFICINISTA MECANOGRAFO II |
| CANTRES | MORALES | ROCIO | BAYAMON | TOA ALTA | OFIC. SUPERINTENDENTE | SECRETARIA(O) ADMINISTRATIVA(O) I |
| SOTO | RIVERA | ZULMA | BAYAMON | TOA BAJA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| CHERENA | ALMODOVAR | MILDRED | MAYAGÜEZ | REG. MAYAGÜEZ | CSEE - SAN GERMAN | OFICINISTA II |
| ALBINO | BAEZ | ROSA | MAYAGÜEZ | SABANA GRANDE | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| RAMIREZ | FOUROUET | TERESITA | MAYAGÜEZ | SAN GERMAN | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| PEREZ | FELICIANO | AIDA | MAYAGÜEZ | AGUADA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL |
| PASTRANA | | JOSE | MAYAGÜEZ | AGUADILLA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| RODRIGUEZ | TORO | MABEL | MAYAGÜEZ | HORMIGUEROS | OFIC. SUPERINTENDENTE | OFICINISTA MECANOGRAFO I |
| VEGA | GONZALEZ | ALICE | MAYAGÜEZ | REG. MAYAGÜEZ | CSEE - SAN GERMAN | SUP.GEN.PROG.EDUC.(EDUC.ESP) IV |
| PAGAN | BERROCALES | FELIPE | MAYAGÜEZ | REG. MAYAGÜEZ | CSEE - SAN GERMAN | TECNICO EN SISTEMAS DE INF. |
| RIVERA | RUIZ | NELSON | MAYAGÜEZ | RINCON | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL IV |
| TORRES | IRIZARRY | MARIO | MAYAGÜEZ | REG. MAYAGÜEZ | CSEE - MAYAGÜEZ | TECNICO EN SISTEMAS DE INF. |
| CARDONA | PAGAN | DAISY | PONCE | COAMO | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| CARABALLO | IRIZARRY | ZORAIDA | PONCE | GUANICA | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| PEREZ | TORRES | ELIZABETH | PONCE | GUAYANILLA | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL IV |
| HERNANDEZ | SANTIAGO | BETZAIDA | PONCE | JUANA DIAZ | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| ACOSTA | GARCIA | MARIA | PONCE | PEÑUELAS | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| TIRU | RUIZ | ZOILA | PONCE | PONCE I | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL IV |
| CARTAGENA | SANCHEZ | EVA | PONCE | PONCE II | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. |
| SANTIAGO | MERCADO | GLENDA | PONCE | REG. PONCE | CSEE - PONCE | OFICINISTA II |
| ZEA | BAJANDAS | IRMA | PONCE | SANTA ISABEL | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| RODRIGUEZ | HERNANDEZ | EVELYN | PONCE | VILLALBA | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| DEL VALLE | BELEN | CARLOS | PONCE | YAUCO | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL II |
| SANTIAGO | SEDA | MIGDALIA | CAGUAS | AGUAS BUENAS | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL IX |
| LOPEZ | RIVERA | MARIE | CAGUAS | CAGUAS I | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESPECIAL III |
| SANTANA | ALGARIN | ANGELINA | CAGUAS | REG. CAGUAS | CSEE - CAGUAS | AUXILIAR ADMINISTRATIVO II |
| NOGUERAS | ARBELO | VANESSA | CAGUAS | REG. CAGUAS | CSEE - CAGUAS | AUXILIAR ADMINISTRATIVO II |
| GARCIA | REYES | MARISEL | CAGUAS | REG. CAGUAS | CSEE - CAGUAS | AUXILIAR ADMINISTRATIVO II |
| CARTAGENA | RIVERA | DENISSE | CAGUAS | REG. CAGUAS | CSEE - CAGUAS | OFICINISTA II |
| RIVERA | VILLAFAÑE | SHEILA | SAN JUAN | CAROLINA I | OFIC. SUPERINTENDENTE | TEC.EN SISTEMAS DE INF.DE OFICINA I |
| GUERRIOS | MOLTALVAN | ALEXANDRA | SAN JUAN | SAN JUAN III | OFIC. SUPERINTENDENTE | AUXILIAR ADMINISTRATIVO I |
| ALBRIGHT | LINERA | JOHN | SAN JUAN | SAN JUAN III | NIVEL CENTRAL | TECNICO EN SISTEMAS DE INF. I |
| GOMEZ | CRUZ | ANABEL | ARECIBO | ARECIBO I | OFIC. SUPERINTENDENTE | SUP. DE ZONA EDUC. ESP. IX |



# DEPARTAMENTO DE EDUCACIÓN
### Distrito Escolar Ponce II

19 de enero de 2007

Prof. Héctor Vidal
Director Regional
Región Educativa de Ponce

Estimado señor Vidal:

Reciba mis saludos cordiales.

Por este medio le informo que ocupo un puesto de Supervisora de Zona de Ed. Especial III. Le solicito, muy respetuosamente, gestione, para que se me reclasifique a IV ó V. Actualmente, tengo 17 años en el puesto

En el año 1993 la Sra. Myrtelina O. de Muñoz, Superintendente de Escuelas, solicitó la reclasificación de mi puesto y no se consiguió. Para el 1 de septiembre de 1999 la Sra. Nilda I. Domenech Cancel, Superintendente de Escuelas, y el Sr. Carlos Torres, Director Regional, en ese tiempo, también endosaron la petición de reclasificación.

Agradeceré toda la cooperación que pueda brindarle a mis solicitud.

Atentamente,

Sra. Elizabeth Vélez
Supervisora de Zona de Ed. Especial
Distrito Escolar Ponce II

RECIBIDO
DEPARTAMENTO DE EDUCACION
REGION DE PONCE
19 -01- 2007

jcr



# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## Oficina Procurador del Ciudadano

1977
MAGISTRADO DEL PUEBLO

Hon. Carlos J. López Nieves
Procurador del Ciudadano

14 de julio de 2005

Dr. Angel L. Curbelo Soto
Secretario Administrativo
Departamento de Educación
P.O. Box 190759
Hato Rey, Puerto Rico 00919-0759

RE: PON-06-00090-110(001)   REDACTED

Estimada señora Cardona:

    Para el día 12 de julio de 2005, nos visitó el/la señor(a) Elizabeth Vélez Martínez, con dirección en San Antonio 1460 Calle Damasco, Ponce, P R 00728, teléfono 843-6231.

    Nos presentó la siguiente situación: que trabaja para el Departamento de Educación en calidad de Supervisora del Programa de Educación Especial en el Distrito Escolar Ponce II. Indica que solicitó reclasificación de puesto en agosto 1999 y el 1 de septiembre 1999 fue recomendada para ello por la Superintendente de Escuelas, Sra. Nilda Doménech Cancel. Expresa que al presente a pesar de sus gestiones realizadas no ha recibido notificación alguna al respecto, lo que afecta su Derecho de los Administrados de Procedimiento en que le asiste el conocer el estado de los expedientes en los que tenga la condición de interesado.

    Nuestra Oficina tiene el deber institucional de instruir a favor de todos los ciudadanos, por tal razón, le estamos refiriendo esta situación para que se tome la acción pertinente.

    Solicitamos nos mantenga informados sobre la acción tomada al respecto.

Cordialmente,

Antonia Rodríguez Gómez
Investigadora
ARG/ccm
Cc: querellante

PD: EMPLEADO UNIONADO

recibido: sábado, 16 julio 2005

**MAGISTRADO DEL PUEBLO**

P.O. Box 336426 Ponce, Puerto Rico 00733-6426
Tel. (787) 844-2424 • Fax (787) 842-4939

# EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC.

Calle McKinley # 66 Oeste • PO Box 1139
Mayagüez, Puerto Rico 00681-1139
Tel. 787-833-2942 • Fax 787-831-4010
LIBRE DE CARGOS: 1-888-352-1924
epa@choicecable.net

14 de febrero de 2007

Prof. Elizabeth Vélez Martínez
Supervisora Educación Especial
Urb. San Antonio
Calle Damasco #1460
Ponce, Puerto Rico 00728

Estimada compañera Vélez:

Antes que nada nos alegra su comunicación en la cual esta solicitando que le ayudemos a lograr una reclasificación de Supervisora III a Supervisora IV. Entendemos su aspiración y le prometemos que haremos los esfuerzos para lograr que se le haga justicia. Para facilitarnos la tarea y hacer planteamientos legales y correctos necesitamos nos envie a vuelta de correo la siguiente información para plantear directamente al Secretario de Educación:

1. Nombres de Supervisores de Educación Especial que han sido reclasificado de III a IV, a pesar de usted llevar más años de experiencias, lugares donde trabajan.
2. Años de experiencias suya y de ellas.
3. Su sueldo actual y el sueldo actual de las compañeras.
4. Fecha en que fue ascendida usted a Supervisora III.
5. Copia de cartas enviadas por usted solicitando la reclasificación de su puesto.
6. Comunicación suya de actual Directora Regional o al Superintendente de su Distrito pidiendo la reclasificación.
7. Fecha en que usted solicitó acomodo razonable y acción tomada por el Departamento en relación a ese acomodo.
8. Condiciones de trabajo que le vienen afectando la salud.

Urb. Constancia Gardens #1733 • Paseo Las Colonias STE 2
Ponce, PR 00717-2234
Teléfono: (787) 843-1224
LIBRE DE CARGOS: 1-877-863-6833

Urb. E. Roosevelt #447 • Calle José A. Canals
San Juan, PR 00918
Teléfono: (787) 274-1842
LIBRE DE CARGOS: 1-877-863-6832

LA ORGANIZACIÓN MAGISTERIAL DE MAYOR IMPACTO EN PUERTO RICO

Página 2

Esta información la necesita nuestra abogada para hacer un planteamiento oficial de injusticia o violación de derechos.

Confío recibiremos toda esta información y copia de documentos para comenzar el proceso de lograr justicia en su caso.

Muy Respetuosamente,

David E. Malavé Mercado
Director Ejecutivo

DEM/ijc