Elizabeth Vélez Más [illegible]
Urb. Río Canas Calle Tamesis
# 3131
Ponce, Puerto Rico   00728-1730



CERTIFIED MAIL

7020 1810 0000 9697 7384

U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
SEP 06, 22
AMOUNT
$6.64
R2305M147900

Secretaria (Clerk's Office)
Tribunal de Distrito de los
Estados Unidos (United States District Court
Sala 150 Edificio Federal (Federal
Building)
San Juan (Puerto Rico) 00918-1767