7 de septiembre de 2022

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

RE: Réplica Reclamación 2018
Número de caso: 17-BK-03283
Número de reclamación: 95630
Número SS: 3446
Deudor: Commonwealth of Puerto Rico

A Quien Corresponda:

Luego de recibir una carta donde me informaban que las reclamaciones hechas por mi contra el Estado Libre Asociado de Puerto Rico iban a ser desestimadas porque alegadamente el reclamante no había respondido a una serie de notificaciones realizadas por el deudor.

Nunca recibí notificación alguna por ninguna de las vías de comunicación. Solicito respetuosamente se me permita realizar mi reclamación nuevamente basada en mi labor como educadora, la cual ejercí desde agosto de 1982 hasta el 21 de diciembre del 2010 y basándome en mi derecho por ley, ya que hice mi reclamación en junio 2018 bajo el titulo III conocido como Ley Promesa.

Reclamaciones:

    Ley 96 – Sila Maria Calderón – 95630 (julio 2002)– aumento de salario prometido y no cumplido.

    Total reclamado: $20,000

Adjunto documentos necesarios para su evaluación.

Si necesitan informacion adicional, pueden comunicarse conmigo al 787/966-5677 o al email marilynfloreszayas1957@gmail.com o balcanes1956@gmail.com.

Atentamente,

*Marilyn Flores Zayas*
Marilyn Flores Zayas

7 de septiembre de 2022

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

RE:  Réplica Reclamación 2018
 Número de caso: 17-BK-03283
 Número de reclamación: 63649
 Número SS: 3446
 Deudor : Commonwealth of Puerto Rico

A Quien Corresponda:

Luego de recibir una carta donde me informaban que las reclamaciones hechas por mi contra el Estado Libre Asociado de Puerto Rico iban a ser desestimadas porque alegadamente el reclamante no había respondido a una serie de notificaciones realizadas por el deudor.

Nunca recibí notificación alguna por ninguna de las vías de comunicación. Solicito respetuosamente se me permita realizar mi reclamación nuevamente basada en mi labor como educadora, la cual ejercí desde agosto de 1982 hasta el 21 de diciembre del 2010 y basándome en mi derecho por ley, ya que hice mi reclamación en junio 2018 bajo el titulo III conocido como Ley Promesa.

Reclamaciones:

 Ley 89 – El Romerazo (conocida com Ley promesa) – 63649 – aumento de salario prometido y no cumplido.

 Total reclamado: $20,000

Adjunto documentos necesarios para su evaluación.

Si necesitan informacion adicional, pueden comunicarse conmigo al 787/966-5677 o al email marilynfloreszayas1957@gmail.com o balcanes1956@gmail.com.

Atentamente,

Marilyn Flores Zayas