**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/15/02 |
| Hasta: | 07/26/02 |

# Cheque: 04869595
Fecha: 07/30/02

MARILYN FLORES ZAYAS
BARR RIO CANAS ABAJO
SECT BALCANES APT 84
JUANA DIAZ PR 00795
SS: ****-3446

| | |
|---|---|
| # Empleado: | ***-**-3446 |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Rosa Maria Zambrana |
| Titulo: | M.Elemental |
| Sueldo: | $2,055.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,027.50 | 858.00 | 13,785.00 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 254.38 |
| **Total:** | | | 1,027.50 | 858.00 | 14,039.38 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 67.43 | 883.97 |
| **Total:** | 67.43 | 883.97 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 92.48 | 1,240.72 |
| **Total:** | 92.48 | 1,240.72 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Prest Pers De Cuota-Ret Mae | 170.05 | 2,380.70 |
| AE-Asoc Emp ELA-Prest Regular | 95.42 | 1,335.88 |
| SM-First Medical Health Plan | 16.00 | 149.00 |
| CO-COOP FED MAESTRO | 30.00 | 420.00 |
| CO-COOP STA ISABEL | 60.00 | 840.00 |
| DM-FONDOS UNIDOS | 0.50 | 7.00 |
| SC-NATIONAL LIFE INS. | 14.15 | 198.10 |
| AS FED MAESTROS AFT | 8.00 | 112.00 |
| GPR Plan de Ahorros | 30.83 | 413.62 |
| **Total:** | 424.95 | 5,856.30 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 60.00 | 420.00 |
| GPR Plan de Retiro de Maestro | 87.34 | 1,171.76 |
| FSED Disability Plan | 17.47 | 238.70 |

\* Tributable

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,027.50 | 67.43 | 517.43 | 442.64 |
| Acumulado: | 14,039.38 | 883.97 | 7,097.02 | 6,058.39 |

## PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04869595 | 442.64 |
| Total: | 442.64 |

**MENSAJE:** PRUEBAS GRATIS PARA MUJERES, NO CUALIFIQUEN PARA REFORMA DE SALUD Y NO TENGAN PLAN MEDICO. 274-5640

**Estado Libre Asociado de Puerto Rico**
080 - DEPT DE EDUCACION-MAESTROS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/03/2006 |
| Hasta: | 07/14/2006 |

# Cheque: 04758386
Fecha: 07/14/2006

| | |
|---|---|
| MARILYN FLORES ZAYAS | |
| BARR RIO CANAS ABAJO | |
| SECT BALCANES APT 84 | |
| JUANA DIAZ PR 00795 | |
| SS: ###-##-3446 | |

| | |
|---|---|
| # Empleado: | ######446 |
| Dept: | 8005037-Ponce Juana Diaz |
| Oficina: | Rosa Maria Zambrana |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $2,455.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 1 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| | | --- Corriente --- | | --- Acumulado --- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,227.50 | 780.00 | 15,957.50 |
| Licencia Enfermedad en Exceso | | | 0.00 | | 1,595.75 |
| Total: | | | 1,227.50 | 780.00 | 17,553.25 |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| PR Withholdng | 92.52 | 1,334.16 |
| Total: | 92.52 | 1,334.16 |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 110.48 | 1,436.24 |
| Total: | 110.48 | 1,436.24 |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 96.74 | 1,257.62 |
| CO-COOP FED MAESTRO | 30.00 | 390.00 |
| CO-COOP STA ISABEL | 60.00 | 780.00 |
| DM-FONDOS UNIDOS | 0.50 | 6.50 |
| SC-NATIONAL LIFE INS. | 17.53 | 17.53 |
| OS-FEDERACION DE MAESTROS | 8.00 | 64.00 |
| GPR Plan de Ahorros | 36.83 | 478.79 |
| SC-SVTS INC | 0.00 | 201.00 |
| AS FED MAESTROS AFT | 0.00 | 40.00 |
| Total: | 249.60 | 3,235.44 |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 104.34 | 1,356.42 |
| FSED Disability Plan | 20.87 | 298.44 |
| SM-First Medical Health Plan | 0.00 | 672.00 |
| * Tributable | | |

## TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 1,227.50 | 92.52 | 360.08 | 774.90 |
| Acumulado: | 17,553.25 | 1,334.16 | 4,671.68 | 11,547.41 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #04758386 | 774.90 |
| Total: | 774.90 |

**MENSAJE:**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| FLORES ZAYAS, MARILYN | 95630 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| FLORES ZAYAS, MARILYN | 95630 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| FLORES ZAYAS, MARILYN | 63649 | 6/13/2018 | Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| FLORES ZAYAS, MARILYN | 63649 | 6/13/2018 | Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



Estado Libre Asociado De Puerto Rico
DEPARTAMENTO DE EDUCACIÓN
DIVISIÓN DE CERTIFICACIONES DOCENTES

# C E R T I F I C A C I Ó N

Certifico que **MARILYN FLORES ZAYAS**, **seguro social XXX-XX-3446,** posee el (los) siguiente (s) certificado (s) vitalicio (s):

- **MAESTRO DE ESCUELA ELEMENTAL , NUM. 724 ,** expedido el 9 de julio de 1988

Certifico hoy 24 de octubre de 2011 , a petición del solicitante.

C. Betancourt
Auxiliar de Certificaciones Docentes

CB/lhb

PO BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 • TEL (787) 773-6285, 773-6286, 773-2461
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo