7 de septiembre de 2022

Abogados de la Junta de Supervision
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036-8299

RE:    Replica Reclamación 2018
       Número de caso:  17-BK-03283
       Número de reclamación:  117101-1
       Número SS:  0380
       Deudor :  Commonwealth of Puerto Rico

A Quien Corresponda:

En contestacion a su carta recibida relacionada a la reclamación en referencia, la cual especifica que mi reclamación será desestimada porque el deudor no recibió contestación de mi parte, informo que nunca recibí notificación alguna por ninguna de las vías de comunicación.

Solicito respetuosamente se me permita realizar mi reclamación nuevamente basada en mi labor como Oficial Administrativo I, donde laboré por 33 años en el gobierno y basándome en mi derecho por ley, ya que hice mi reclamación en junio 2018 bajo el titulo III conocido como Ley Promesa.

Reclamaciones:

   Ley 89 – El Romerazo (conocida com Ley promesa) – 117101-1 – aumento de salario prometido y no cumplido.

   Total reclamado:  $20,000

Adjunto documentos necesarios para su evaluación.

Si necesitan información adicional, pueden comunicarse conmigo al 787/390-7837 o al email nancyfernandez1956@gmail.com .

Atentamente,

Nancy Fernandez Torres
787- 390-7837

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Fernandez Torres, Nancy | 117101-1 | 06/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Fernandez Torres, Nancy | 117101-1 | 06/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 63382 PackID: 236 ADRID: 3645110 SVC: 509 Omni
Fernandez Torres, Nancy
H.C. 01 Box 5296
Santa Isabel PR 00757

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Fernandez Torres, Nancy | 117101 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | \multicolumn{4}{|l|}{This claim is duplicative, in part, of Master Claim nos. 51013 and 103035, which were filed on behalf of all plaintiffs in the litigation captioned Acevedo Arocho et al. v. Department of Treasury, No. KAC2005-5022 (the "Acevedo Arocho Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Treasury ("DOT") employees who alleged that DOT withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Acevedo Arocho Master Claims.} | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Fernandez Torres, Nancy | 117101 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | Este reclamo duplica, en parte, los reclamos maestros números Reclamos 51013 y 103035, que fueron presentados en nombre de todos los demandantes del litigio caratulado Acevedo Arocho y otros contra el Departamento de Hacienda, N.° KAC2005-5022 (los "Reclamos maestros de Acevedo Arocho"), por el abogado que representa a los demandantes en dicho litigio. Los demandantes de este pleito son ex empleados del Departamento de Hacienda ("DOT"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación, como resultado del "Memorándum general N.° 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio. El Demandante retendrá un reclamo remanente contra los Deudores en el que se invocan obligaciones adicionales que no surgen del pleito referido más arriba ni están subsumidas en el Reclamo maestro de Acevedo Arrocho. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**