*Número de Evidencia de Reclamación:* **117101**
*Reclamante:* **Fernandez Torres, Nancy**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o (anterior) en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   Desconozco lo correspondiente desde la fecha de vigencia Ley 89 Agosto Diciembre 2011

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda)?**

   _____

Batch 5



Número de Evidencia de Reclamación: 117101
Reclamante: Fernandez Torres, Nancy

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: *Departamento Hacienda (Auditoría Fiscal)*

3(b). Identifique las fechas de su empleo con relación a su reclamación: *Enero 1978 hasta Diciembre 2011*

3(c). Últimos cuatro dígitos de su número de seguro social: *XXX-XX-0380*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario). *Incentivo Ley 89 - Romero 20. Este incentivo fue una promesa del gobernador en esa fecha Lic. Romero Barceló de un aumento salarial a los empleados públicos que no se ejecutó o recibido.*

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:
_____

*Número de Evidencia de Reclamación:* **117101**
*Reclamante*: **Fernandez Torres, Nancy**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

| Gobierno de Puerto Rico | | Grupo de Pago: | SM -Quincenal | Business Unit: | PUERT |
|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | Desde: | 07/18/2018 | Aviso #: | 5899032 |
| | | Hasta: | 07/18/2018 | Fecha Aviso: | 07/15/2018 |

| NANCY FERNANDEZ TORRES | # Empleado: | P584880380 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| HC 1 BOX 5173 | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | Estado Civil: | Single | Single |
| SANTA ISABEL PR 00757-9737 | Lugar: | Ley 447 de 15 de mayo de 1951 | Concesiones: | 0 | 0 |
| | Titulo: | Pensionado | Pct. Adcl.: | | |
| SS: XXX-XX-0380 | Sueldo: | $1,715.25 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| BONO MEDICINA- PENSIONADOS | | | 100.00 | | 100.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,050.00 | 11,149.19 |
| Total: | | | 100.00 | 1,050.00 | 11,249.19 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 718.50 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 32.50 |
| Total: | 0.00 | 751.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 600.00 |
| * Tributable | | |

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 100.00 | 11,249.19 |
| Total Impuestos | 0.00 | 0.00 |
| Deducciones Totales | 0.00 | 751.00 |
| Paga Neta | 100.00 | 10,498.19 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #5899032 | 100.00 |
|---|---|
| Total: | 100.00 |

MENSAJE:

CONTACTOS: CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

---

Gobierno de Puerto Rico
530 - RETIRO CENTRAL PENSIONADOS

Fecha
07/15/2018

Aviso No.
5899032

Cant. Deposito: $100.00

TRAY 117 SQ 24759*******************SCH 5-DIGIT 00751    24759 2 AV 0.378
NANCY FERNANDEZ TORRES
HC 1 BOX 5173
SANTA ISABEL PR 00757-9737

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $100.00 |
| Total: | | $100.00 |

NO-NEGOCIABLE

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 07/01/2018 |
| Hasta: | 07/15/2018 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 5691966 |
| Fecha Aviso: | 07/13/2018 |

**NANCY FERNANDEZ TORRES**
HC 1 BOX 5173
SANTA ISABEL PR 00757-9737

SS: XXX-XX-0380

| | |
|---|---|
| # Empleado: | P584880380 |
| Dept: | 530100-Merito-Edad-Svc-Opcional-001 |
| Lugar: | Ley 447 de 15 de mayo de 1951 |
| Titulo: | Pensionado |
| Sueldo: | $1,715.25 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

## HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 857.63 | 1,050.00 | | 11,149.19 |
| **Total:** | | **857.63** | **1,050.00** | | **11,149.19** |

## IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 58.50 | 718.50 |
| AE-Seguro por Muerte Asoc ELA | 2.50 | 32.50 |
| **Total:** | **61.00** | **751.00** |

## BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 600.00 |

* Tributable

## TOTAL BRUTO

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 857.63 | 0.00 | 61.00 | 796.63 |
| Acumulado: | 11,149.19 | 0.00 | 751.00 | 10,398.19 |

## PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #5691966 | 796.63 |
| **Total:** | **796.63** |

**MENSAJE:**

**CONTACTOS:** CentroRetiro- San Juan, Caguas, Humacao, Mayagüez, Ponce
PO BOX 42003 San Juan, PR 00940-2203 * 437 Ave Ponce de León San Juan PR 00917-3711
Tel. 787-777-1500 * Fax 787-764-6058 * cesresanjuan@retiro.pr.gov * www.retiro.pr.gov
ContactoRetiro 787-777-1500 * Isla 1-877-777-2020 * TelePréstamo 787-957-8181

---

**Gobierno de Puerto Rico**
530 - RETIRO CENTRAL PENSIONADOS

Fecha
07/13/2018

Aviso No.
5691966

Cant. Deposito: $796.63

TRAY 117 SQ 24759***············***SCH 5-DIGIT 00751    24759 2 AV 0.378
NANCY FERNANDEZ TORRES
HC 1 BOX 5173
SANTA ISABEL PR 00757-9737

## DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $796.63 |
| **Total:** | | **$796.63** |

**NO-NEGOCIABLE**

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| NANCY FERNANDEZ TORRES | ███████380 | 30 0997 | 347638 | 602550333 |

### DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS / SEGURO | 07 | 18963 | 68 | 200 | 24 | 9783 |

**ACUMULADO DURANTE EL AÑO NATURAL**

| 25776 | 82755 | 77139 | | | | | | | | |

**MES CORRIENTE**

| 2864 | 9195 | 8571 | | 3606 | 600 | | | | | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 108180 0 | 108180 0 | 120200 | 120200 | 33200 | 53782 | 33218 |

ACUMULADO DURANTE EL AÑO NATURAL | MES CORRIENTE

**VEASE CLAVES AL DORSO**

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 46.75 | |
| GPR Plan de Retiro | 0.00 | .45 |
| **Total:** | **46.75** | **605.76** |

### DEDUCCIONES VOLUNTARIAS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Empl ELA-Prest Regular | 94.89 | 1,232.5 |
| SM-Medical One | 3.00 | 45. |
| DM-FONDOS UNIDOS | 1.00 | 13.00 |
| RC-Pres Pers Ret Cen-E Clasif | 49.14 | 638.82 |
| AE-Seguro por Muerte Asoc ELA | 3.00 | 39.00 |
| GPR Plan de Ahorros | 19.44 | 247.08 |
| **Total:** | **170.47** | **2,215.41** |

### BENEFICIOS PATRONALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Plan de Retiro < 4/1/90 | 60.10 | 763.86 |
| SED Disability Plan | 23.98 | 369.09 |
| SM-Medical One | 0.00 | 240.00 |

* Tributable

| | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|
| | | 217.22 | 361.29 |
| Corriente: | 648.00 | 69.49 | |
| Acumulado: | 9,974.06 | 1,097.75 | 2,821.17 | 6,055.14 |

**TOTAL BRUTO**

### DISTRIBUCION PAGA NETA
Cheque #0519446   361.29
Total:   361.29

**PTO HORAS   ACUM**
Balance Inicial:   0.0
+ Acumulado:
- Utilizado:
- Donada:
+ Ajustes:
Balance Final:   0.0

**MENSAJE:**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 JUN 13 P 2:53

# Modified Official Form 410 / Formulario Oficial 410 Modificado
## Proof of Claim / Evidencia de reclamación     04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1     Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**
   ¿Quién es el acreedor actual?

   _Nancy Fernández Torres_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Nancy Fernández Torres<br>Name / Nombre<br><br>HC 01 Box 5296<br>Number / Número   Street / Calle<br><br>Santa Isabel   00757<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>787-390-7837<br>Contact phone / Teléfono de contacto<br><br>nancyfernandez1956@gmail.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número   Street / Calle<br><br>_____<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | |

| Part 2 / Parte 2: | **Give Information About the Claim as of the Petition Date**<br>Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de Hacienda |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410                                   Proof of Claim

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ Desconozco . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Incentivo Ley 89 El Romerazo |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera (total) o parcial? | ☐ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>**Annual Interest Rate (on the Petition Date)**<br>Tasa de interés anual (cuando se presentó el caso) _____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 1. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |