Lydia E. Jimenez
Ext Villa Rita
Calle 27 EE9
San Sebastian PR 00685



U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
SEP 06 22
AMOUNT
**$1.44**
R2304E105809     -17

1000          00918

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

RECEIVED
2022 SEP -8 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR