# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　Debtors. | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HON. PEDRO PIERLUISI URRUTIA, in his official capacity as Governor of Puerto Rico,<br><br>　　　　Defendant. | |

## MOTION REQUESTING WITHDRAWAL OF MOTION AND/OR SUSPENSION OF NOTIFICATIONS

**To the Honorable Çlerk of the Court:**

COMES NOW the undersigned counsel and respectfully states and prays as follows:

1. On July 8, 2022, the undersigned counsel filed a Motion for Leave to File Amicus Brief on behalf of The Puerto Rico Retailers Association ("ACDET", for its acronym in Spanish) and nine (9) other *amici* (Dkt. #22112), which should have been filed in Adv. Proc. No. 22-00063-LTS and inadvertently was filed in the instant (main) case. We subsequently refiled the motion in the correct adversarial proceeding (Dkt. #11 in Adv. Proc. No. 22-00063-LTS).

2. As a result of the above error, we have been receiving notifications in the main case (No. 17 BK 3283-LTS) in addition to the notifications in the adversarial proceeding.

3. Thus, we respectfully request that we be allowed to withdraw the motion mistakenly filed in the main case (Dkt. #22112 in No. 17 BK 3283-LTS) so that only the motion in Docket. #11 in Adv. Proc. No. 22-00063-LTS remains filed, or, alternatively, that we be stricken from the list of attorneys to be notified in the main case, and continue to be notified only of matters pertaining to Adv. Proc. No. 22-00063-LTS,

In San Juan, Puerto Rico, this 9th day of September, 2022.

WHEREFORE, we respectfully request that the Clerk of the Court take notice of the above and grant this request.

IT IS HEREBY CERTIFIED that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to plaintiff's counsel.

Respectfully submitted,

*Counsel for Amici Curiae* The Puerto Rico Retailers Association; Restaurants Association of Puerto Rico; Puerto Rico Marketing, Industry and Food Distribution Chamber; Puerto Rico Hotel & Tourism Association; Puerto Rico Hospital Association; The Puerto Rico Association of Automobile Distributors and Dealers; Asociación Hecho en Puerto Rico, Inc.; The Puerto Rico Chamber of Commerce; The Puerto Rico Manufacturers Association; Puerto Rico Builders Association.

**RAYMOND E. MORALES, ESQ.**
P.O. Box 191816
San, Juan, P. R. 00919-1816
Tel. (787) 753-5000
Fax (939) 697-6261
Cel. (787) 646-6366
E mail: remorales@remlawoffices.com

S/Raymond E. Morales
USDC PR 129408