5 de sept 2022

Objeción Global

1) Datos de Contacto
Sarah Hilda Pacheco Trinidad
R.R. #6 Box 9654 San Juan, P.R. 00926
(787) 590-2854
laxay@yahoo.com

2) A) United States District Court por the District of Puerto Rico
Honorable United States District Court Judge Laura Taylor Swain

B) Sarah Hilda Pacheco Trinidad
The Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS" or the "Debtor"), by and through the Financial Oversight and Management Board for

3) Motivos para oponerse a la objeción global.

A) Número de caso 17 BK 03566-LTS
B) Número Reclamación 139498
C) El deudor Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, el cual no me asigno los pasos o méritos en mi trayectoria de trabajo y por tal razón deje de devengar un dinero que me correspondia por pasos o méritos en mi trayectoria de trabajo.

Att.
Sarah N. Pacheco Trinidad
Maestra