Sarah H. Pacheco
RR#6 Box 9654
San Juan, PR. 00926

SAN JUAN PR 009
7 SEP 2022 PM 1 L

RECEIVED
2022 SEP -8 PM 4:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria
Tribunal de distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

$0.57
US POSTAGE
FIRST-CLASS
062S0009565001
00936

00918-133999