2/septiembre/22

A quien pueda interesar:

Por este medio quiero informar que ayer me llego una correspondencia de ustedes pidiendome una informacion o de lo contrario me serarian el caso y yo no quiero que lo cierren. Les informo que yo me he comunicado a los numeros de telefonos que me envian y la contestacion que me dan es para verificar que si yo estoy todavia interesado y mi contestacion es que si. El nombre mio es Luis Antonio Lebron Laboy y esta demanda se empeso en el año 2014 y desde ese tiempo a sido lo mismo. Lo empese en La Administracion de Correcion en el año 1986 el mes de abril y me retire en el mes de noviembre del 2002 ase es el tiempo que yo estoy reclamando. El # de reclamacion es 9208 y la cantidad es 11,542.00, mi # de telefono es 787-235-3706

Mi dirección postal es HC#3 box 12059 Yabucoa P.R. 00767-9761. Cualquier información comuníquense conmigo a ese # de teléfono o a esa dirección. Por favor si lo pueden hacer en español se lo voy a agradecer.

att.
Luis D. Lebrón Laboy