Luis A. Lebron[illegible]
HC #3 box 12059
Yabucoa P.R. 00767-9761

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, Puerto Rico. 00918-1767