Lydia Del Valle
HC 03 Box 11303
Comerio PR 00782


Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal (Federal Building)
San Juan PR 00918-1767