# FORMULARIO DE RESPUESTA DEL RECLAMANTE

| Claim No. | Creditor Name: | |
|---|---|---|
| (1) | Nombre Completo | Wanda I. Amalbert Villegas |
| (2) | Número de teléfono | 787-475-8003 |
| (3) | Número de empleado | [scribbled out] |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación Desde octubre 1984 Hasta mayo 31-2022 |
| (5) | Correo electrónico | wandik13@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 9176 |
| (7) | Número de caso administrativo o judicial, si aplica. Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim) | 61608 |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Ver documento Adjunto [signature] |

*** Attach any supporting documentation you may have related to your claim. ***

Septiembre 5, 2022

Secretaría
Clerk's Offices
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767

Estimados señores
Saludos cordiales

El motivo para mi reclamación es la siguiente: durante este tiempo de haber creado la ley con aumento de sueldo que no fue pagada yo estaba activa trabajando para el departamento de Educación.

Comencé a trabajar para el Departamento de Educación en octubre de 1984. Actualmente estoy retirada sin paga hasta cumplir los 61 años por la Ley 106-2017 desde el 31 de mayo del 2022.

Estoy contestando al día de hoy ya que la correspondencia la estoy recibiendo con días de atraso espero puedan comprender que el día 5 de septiembre también fue feriado.

Wanda I. Amalbert Villegas
Número caso 61608