Wanda I. Amalbert Villegas
Box 3461
Guaynabo, P.R. 00970

SAN JUAN PR 009
7 SEP 2022 PM 1 L

RECEIVED & FILED
2022 SEP -8 PM 4:20
CLERK'S OFFICE
U.S. DISTRICT CT.
SAN JUAN, P.R.

Secretaría (Clerck's Office)
Tribunal de Distrito de los Estados Unidos
Sala #150 Edificio Federal
San Juan, P.R. 00918-1767

00918$1703 C018