# FORMULARIO DE RESPUESTA DEL RECLAMANTE

Claim No.     Creditor Name:

| | |
|---|---|
| (1) Nombre Completo | Edwin Rosado Torres |
| (2) Número de teléfono | 787-379-2258 |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Salud 5/abril/1983 a febrero 1991. Corporación fondo del seguro del Estado febrero 1991 hasta 28/feb/2014 |
| (5) Correo electrónico | rosado.edwin@hotmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 4311 |
| (7) Número de caso administrativo o judicial, si aplica. Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim) | 74848 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Ver documento Adjunto

Edwin Rosado Torres |

*** Attach any supporting documentation you may have related to your claim. ***

Septiembre 5, 2022

Secretaría clerk's Offices
Tribunal de distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767

Estimados señores
Saludos cordiales

El motivo para mi reclamación es la siguiente: durante este tiempo de haber creado la ley con aumento de sueldo que no fue pagada yo estaba activo trabajando para la Corporación del Fondo del Seguro del Estado.

Comencé a trabajar para la Corporación del Fondo del Seguro del Estado el 5 de abril de 1983 y me acoji a la jubilación en febrero del 2014.

Estoy contestando al día de hoy ya que la correspondencia la estoy recibiendo con días de atraso espero puedan comprender que el día 5 de septiembre también fue feriado.

Edwin Rosado Torres
Número caso 74848