Edwin Rosado Torres
Box 3461
Guaynabo, P.R 00970

SAN JUAN PR 009

7 SEP 2022 PM 1 L

RECEIVED 2022 SEP -8 PM 4: 20 CLERK'S OFFICE U.S DISTRICT COURT SAN JUAN

Secretaría (Clerck's Office)
Tribunal de Distrito de los Estados Unidos
Sala # 150 Edificio Federal
San Juan, P.R 00918-1767

00918#9999