## FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No. 89833
Reclamante: Francisca Rolón Casme

| | | |
|---|---|---|
| (1) | Nombre completo | Francisca Rolón Casme |
| (2) | Número de teléfono y correo electrónico | 787-847-1363 froloncasme@gmail.com |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación (Proof of Claim) | Empecé a trabajar en el 1989 en comedores escolares por el Dpt. de Educación. |
| (4) | Si en la Evidencia de Reclamación (Proof of Claim) reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (Proof of Claim). | REDACTED |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | N/A |
| (7) | Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (Proof of Claim), así como cualquier otra documentación que apoye su reclamo. | |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |

Soy empleada del Departamento de Educación y mi ocupación es P.SAI Empleada de comedores. Empecé a trabajar en el 1989 y aún estoy trabajando. Estoy reclamando la Ley 96, El Romevaso y los pasos. Entiendo que tengo derecho a estos reclamos, los cuales nunca se nos pagó. Por ley tengo derecho a estos reclamos, los cuales tenían que pagarme y nunca lo hicieron.

# GOBIERNO DE PUERTO RICO

## Departamento de Hacienda

| (1) | Full Name | |
|---|---|---|
| (2) | Telephone Number and email | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |
| | | |