Francisca Kolon Cosme
HC 02 Box 4395
Villalba, P.R. 00766

SAN JUAN PR 009
3 SEP 2022 PM 1 L

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767