

Jose L Novas-Debien <jnovas1@gmail.com>

## RE: Four Hundred Sixty-Sixth Omnibus Objection to Proof of Claim No. 77585
1 message

**Skrzynski, Matthew A.** <MSkrzynski@proskauer.com>                              Thu, Aug 11, 2022 at 5:14 PM
To: SwainDPRCorresp NYSD <SwainDPRCorresp@nysd.uscourts.gov>
Cc: "Hermann Bauer (Hermann.Bauer@oneillborges.com)" <Hermann.Bauer@oneillborges.com>, Jose L Novas-Debien <jnovas1@gmail.com>, "Kim, M. Rina" <RKim@proskauer.com>, "Palmer, Marc" <MPalmer@proskauer.com>, "Stafford, Laura" <lstafford@proskauer.com>

To the Chambers of the Honorable United States Judge Laura Taylor Swain –

This email is to notify the Court that the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), in its capacity as the representative of the Commonwealth of Puerto Rico, and Ms. Liliana Molina Ruiz have agreed to a further 30-day extension of the deadline for Ms. Molina Ruiz's response to the *Four Hundred Sixty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto to Deficient ADR Claims* [ECF No. 20797] (the "Four Hundred Sixty-Sixth Omnibus Objection") pursuant to paragraph 9 of the *Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7440] (the "Amended Omnibus Objection Procedures").

Further, in accordance with paragraph 5 of the Amended Omnibus Objection Procedures, the Oversight Board will adjourn the hearing on the Four Hundred Sixty-Sixth Objection to the November 2, 2022 omnibus hearing, solely with respect to Ms. Molina Ruiz's Proof of Claim No. 77585.

We are available to discuss at your convenience if you have any questions.

Many thanks.

**Matthew Skrzynski**
Associate

Proskauer
Eleven Times Square
New York, NY 10036
212.969.3726
MSkrzynski@proskauer.com

greenspaces
 Please consider the environment before printing this e-mail.

---

**From:** Stafford, Laura <lstafford@proskauer.com>
**Sent:** Monday, July 11, 2022 12:09 PM
**To:** SwainDPRCorresp NYSD <SwainDPRCorresp@nysd.uscourts.gov>

**Cc:** Hermann Bauer (Hermann.Bauer@oneillborges.com) <Hermann.Bauer@oneillborges.com>; Jose L Novas-Debien <jnovas1@gmail.com>; Kim, M. Rina <RKim@proskauer.com>; Palmer, Marc <MPalmer@proskauer.com>
**Subject:** RE: Four Hundred Sixty-Sixth Omnibus Objection to Proof of Claim No. 77585

To the Chambers of the Honorable United States Judge Laura Taylor Swain –

This email is to notify the Court that the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), in its capacity as the representative of the Commonwealth of Puerto Rico, and Ms. Liliana Molina Ruiz have agreed to a further 30-day extension of the deadline for Ms. Molina Ruiz's response to the *Four Hundred Sixty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto to Deficient ADR Claims* [ECF No. 20797] (the "Four Hundred Sixty-Sixth Omnibus Objection") pursuant to paragraph 9 of the *Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7440] (the "Amended Omnibus Objection Procedures").

Further, in accordance with paragraph 5 of the Amended Omnibus Objection Procedures, the Oversight Board will adjourn the hearing on the Four Hundred Sixty-Sixth Objection to the September 21, 2022 omnibus hearing, solely with respect to Ms. Molina Ruiz's Proof of Claim No. 77585.

We are available to discuss at your convenience if you have any questions.

Many thanks.


**Laura Stafford**
Senior Counsel

(she/her/hers)

-

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9714
f 617.526.9899
lstafford@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Stafford, Laura
**Sent:** Sunday, June 12, 2022 10:33 AM
**To:** 'SwainDPRCorresp NYSD' <SwainDPRCorresp@nysd.uscourts.gov>
**Cc:** Hermann Bauer (Hermann.Bauer@oneillborges.com) <Hermann.Bauer@oneillborges.com>; 'Jose L Novas-Debien' <jnovas1@gmail.com>
**Subject:** Four Hundred Sixty-Sixth Omnibus Objection to Proof of Claim No. 77585

To the Chambers of the Honorable United States Judge Laura Taylor Swain –

This email is to notify the Court that the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), in its capacity as the representative of the Commonwealth of Puerto Rico, and Ms. Liliana Molina Ruiz have agreed to a 30-day extension of the deadline for Ms. Molina Ruiz's response to the *Four Hundred Sixty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto to Deficient ADR Claims* [ECF No. 20797] (the "Four Hundred Sixty-Sixth Omnibus Objection") pursuant to paragraph 9 of the *Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7440] (the "Amended Omnibus Objection Procedures").

Further, in accordance with paragraph 5 of the Amended Omnibus Objection Procedures, the Oversight Board will adjourn the hearing on the Four Hundred Sixty-Sixth Objection to the August 10, 2022 omnibus hearing, solely with respect to Ms. Molina Ruiz's Proof of Claim No. 77585.

We are available to discuss at your convenience if you have any questions.

Many thanks.

**Laura Stafford**
Senior Counsel

(she/her/hers)

-

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9714
f 617.526.9899
lstafford@proskauer.com

**green**spaces
Please consider the environment before printing this email.

********************************************************************************************************
*****************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
********************************************************************************************************
*****************************