IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,
as representative of
THE COMMONWEALTH OF PUERTO
RICO, *et. al.*

Debtors

PROMESA
TITLE III

(Jointly Administered)

CASE NO.: 17-BK-3283 (LTS)

ORDER

Upon motion made by claimant Lilia Molina Ruiz opposing the Commonwealth of Puerto Rico's Four Hundred Sixty-Sixth Omnibus Objection (substantive) of the Commonwealth of Puerto Rico to Deficient ADR Claims filed at docket entry 20797("the Omnibus Objection"), and for the reasons stated therein, the Omnibus Objection is **DENIED** with respect solely to claim number 77585. Furthermore, relief of the automatic stay is **GRANTED** as requested by claimant Lilia Molina Ruiz pursuant to 11 U.S.C.A. §362 (d)(2) (A) and (B), as the Commonwealth of Puerto Rico neither has equity in claimant's property nor is the same necessary to an effective reorganization.

IT IS SO ORDERED.

This _____day of September 2022 in San Juan, Puerto Rico.

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge