A quien pueda interesar:

Yo Carmen M. Jiménez Monroig, vecina de Adjuntas Puerto Rico, maestra retirada del Departamento de Educación de PR, desde el 31 de Agosto de 2017 les explico lo siguiente:

- Recibí documentos de reclamación el 6 de Septiembre de 2022 por lo que no pude responder antes del día 5 de Septiembre de 2022 (fecha límite).
- Dicha reclamación número 43363, donde reclamo $12,172.50 relacionado a los días acumulados por enfermedad (95 días).
- Estos días acumulados por enfermedad eran pagados por el Gobierno de Puerto Rico al empleado acogerse a retiro. El Gobernador de P.R. para esa fecha (2017) era el Hon. Ricardo Roselló el cual firmó en mayo 2017 que no iba a pagarlos retirándome yo en Agosto del 2017. Al el (Hon. Gobernador) anunciar esto en mayo no podía agotar los días ya que finalizaba el año escolar.
- Por lo que entiendo que el Gobierno de Puerto Rico me debe este dinero ya que yo los acumulé y no pude agotarlos.
- Que el Gobernador Hon. Roselló pudo haber hecho una enmienda a la ley y pagar a los empleados que se retiraban en Agosto 2017 ya que no teníamos tiempo para agotarlos.
- Que es un derecho que tengo al ser una empleada del Departamento de Educación- maestra retirada en 31 de Agosto de 2017.

Entiendo que por estas razones el Gobierno de P.ZR., el Departamento de Educación deberían pagar el dinero adeudado $12,172.50 correspondientes a 95 días acumulados por enfermedad y que no pude agotar.

Gracias anticipadas a este importante asunto.queda a sus órdenes

_Carmen M. Jiménez Monroig_       8-sept. 2022

Carmen M. Jiménez Monroig         Fecha

Claim # 43363

SS: xxx-xx-1441

Po Box 383

Adjuntas, P.R.

# FORMULARIO DE RESPUESTA DEL RECLAMANTE

Claim No. _____  Creditor Name: _____

| | | |
|---|---|---|
| (1) | Nombre Completo | Carmen Marta Jiménez Monroig |
| (2) | Número de teléfono | 787-553-5331 |
| (3) | Número de empleado | Departamento de Educación 79302 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación 1987-2017 Maestra Escuela Elemental Región de Ponce Adjuntas, P.R. |
| (5) | Correo electrónico | cmj41@hotmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 1441 |
| (7) | Número de caso administrativo o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim). Claim # 43363 |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Reclamación basada en los días acumulados por enfermedad al momento de retirarme. Me retiré del Departamento de Educación el 31 de agosto 2017 dejando 95 días acumulados por enfermedad. Estos días eran pagados al momento de acogerse al retiro. El Gobernador de P.R. para esa fecha Sr. R. Roselló firmó en mayo 2017 una ley donde no pagaría ese dinero por lo que no tuve la oportunidad de agotar esos días ya que finalizó el año escolar y mi retiro era en agosto 2017. Por lo que entiendo que el Gobierno de P.R., el Departamento de Educación me deberían pagar el dinero adeudado por concepto de Días por enfermedad (95 días) $12,175.50. El documento de Kronos fue enviado a ustedes cuando hice la reclamación. Gracias. Carmen M. Jiménez Monroig 8-Sept-22 |

*** Attach any supporting documentation you may have related to your claim ***

Employee Response Letter

**Claim No.**  **Creditor Name:**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

*Recibido 6-Sept*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Jimenez Monroig, Carmen M | 43363 | 05/29/2018 | Commonwealth of Puerto Rico | $12,172.50 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Jimenez Monroig, Carmen M | 43363 | 05/29/2018 | Commonwealth of Puerto Rico | $12,172.50 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).