Carmen M. Jiménez Morris
Apartado 383
Adjuntas, P.R. 00601

7020 3160 0000 8579 6312

Secretaria
Tribunal de Distrito de los E.U.
Sala 150 Avenida Chardón
Edificio Federal
San Juan, P.R. 00918-1767

U.S. POSTAGE
FCM LETTER
ADJUNTAS, PR
00601
SEP 08, 22
AMOUNT
$7.85
R2305K134225

00918$1714