FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No. 152951**  **Creditor Name: BAEZ TORRES, MYRNA**

| | |
|---|---|
| (1) Nombre Completo | Myrna Báez Torres |
| (2) Número de teléfono | (787) 361-5229 |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación. Comencé en septiembre de 1978 y terminé en diciembre, 2008, año en el cual me retiré. |
| (5) Correo electrónico | mbaez1955@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 2167 |
| (7) Número de caso administrative o judicial, si aplica. Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) | Claim # 152951 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Mi reclamación es de una deuda que el gobierno de P.R. tiene conmigo. La misma es un reajuste salarial que se convirtió en la ley 89-Romerazo. La cantidad es de $100.00 ofrecido por el entonces gobernador Carlos A. Romero Barceló en el año 1989 y nunca se me dió. Desde el 1989 a la fecha en que me retiré como maestra del Departamento de Educación serían $24,800.00. |

*** Attach any supporting documentation you may have related to your claim. ***

