7 de septiembre de 2022

Myrna Báez Torres

#tel- (787) 361-5229

# SS- REDACTED

#caso - 17 BK 03566-LTS

# reclamación - 152951

Dirección postal- Parcelas El Cotto 15, Calle 10, Dorado P.R. 00646

Número del puesto - R 09092 en Departamento de Educación

Rev.GJFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

Fecha Radicación: 1-oct-08
Fecha Vencimiento: 14-mar-09

Núm de Caso: 1129

## INFORME RENTA ANUAL VITALICIA

Apellido Paterno, Materno, Nombre e Inicial: BAEZ TORRES, MYRNA
Seguro Social: REDACTED
Sexo: ☑ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año): 9-oct-1955
Categoría y Pueblo: DORADO - ARTES VISUALES
Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: BO MAGUAYO EL COTTO 15 CALLE 10 DORADO PR 00646

Tipo de Renta (Pensión): ☑ Años de Servicio y Edad ☐ Edad ☐ Diferida ☐ Incapacidad Ocupacional ☐ Incapacidad No Ocupacional

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Renta |
|---|---|---|---|
| 53 Años, 2 Meses, 11 Días | 30 Años, 3 Meses, 0 Sem, 4 Días | $ 53,724.54 | Mensual $ 1,929.35 / Anual $ 23,152.20 |

Fecha de Renuncia: 19-DIC-08
Último Día de Pago: 19-DIC-08
Fecha Efectividad Pensión: 20-DIC-08
Cierre de Nómina: 11-mar-09
Fecha Primer Pago Pensión: 31-Mar-09
Importe: $ 1,929.35
Pago Global Retroactivo: Desde 20-DIC-08 Hasta 15-mar-09 Importe Total $ 5,570.26

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | 5,570.26 | $ 1,929.35 |
| Menos Descuentos: Préstamos | Descuento | Descuento |
| Personal (PP) Clave 47-000 | 561.45 | 224.58 |
| Cultural (PC) 45-000 | - | - |
| Hipotecario (PH) 36-000 | - | - |
| Finanzas 67-059 | - | - |
| | - | - |
| Aport. Individual 9% (Clave 26-001) | 578.80 | 231.52 |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 4,430.01 | $ 1,473.25 |

Bonos:
☐ Bono Verano (PBV)
☐ Bono Navidad (BNP)
☐ Bono Medicamentos (PBM)

Certifico que la información aquí provista es cierta, correcta y completa.

Nombre del Empleado: ANNIE RIVERA CANALES
Firma: [signature]
Fecha: 24-feb-2009

Nombre Supervisor: NORMA I. PEÑA AGOSTO
Firma: [signature]
Fecha: 2/may/09

### PREINTERVENCIÓN DE DOCUMENTOS

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS
FEB 27 2009
NOMBRE: [signature]
FIRMA:

### USO DIRECTOR(A) AREA RETIRO

Aprobado por: Wanda Santiago López
Nombre Director(a) o Representante Autorizado
Firma: [signature]
Fecha: 3/05/09

USO AREA DE PENSIONADOS (Sección Nóminas)

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Myrna Báez Torres**, con número de seguro social que termina en **2167**.

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 20 de diciembre de 2008 |
| Tiempo Cotizado para la Pensión | 30 años, 3 mes., 0 sem., 4 días |
| Pensión mensual Inicial | $1,929.35 |
| Pensión Mensual Actual | $1,929.35 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879



787.777.1414   787.764.6910   www.srm.pr.gov



# DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

## CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | MYRNA BAEZ TORRES |
| Seguro Social | : | REDACTED |
| Categoría | : | MA. BELLAS ARTES (ARTES VISUALES) K-12 |
| Distrito Escolar | : | DORADO |
| Sueldo Mensual | : | $2,765.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 19 de diciembre de 2008 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 30 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

## Departamento de Educación
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
#### Secretaria Auxiliar de Recursos Humanos
##### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MYRNA BAEZ TORRES | |
| 2. Número de Seguro Social | REDACTED | |
| 3. Lugar de Nacimiento | DORADO, PR | |
| 4. Fecha de Nacimiento | 09 de octubre de 1955 | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA + 30 PG 20 | |
| 8. Experiencia | 30.0.0.0.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,765.00 | |
| 11. Número de Puesto | R09092 | |
| 12. Categoría del Puesto | M. ARTES VISUALES | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-22100-0810000-0000-08100-2009-SCHOOLWIDE09 | |
| 15. Fecha de efectividad | 19 de diciembre de 2008 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | PARA TRABAJAR EN NO DOCENTE | |
| 19. Ultimo día de Trabajo | 19 de diciembre de 2008 03:00 pm | |
| 20. Ultimo día de Pago | 19 de diciembre de 2008 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | DORADO | |
| 25. Escuela | ELEM. ALFONSO LOPEZ (MAGUAYO) | |

26. Dirección Postal: BO MAGUEYO CALLE 10 #15 BO MAGUEYO CALLE 10 #15 DORADO PUERTO RICO 006460000
26. Teléfono:

RECIBIDO
FEB 13 2009
DIVISIÓN DE NÓMINA
SECCIÓN CORRESPONDENCIA

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 91 DE 29 DE MARZO DE 2004 P/ GLOBAL VAC. REG 19.4.41 (DESDE 08/ENERO/2009 08:00 AM - HASTA 04/FEBRERO/2009 01:41 PM) Y ENF. 79.5.59 (DESDE 04/FEBRERO/2009 01:42 PM - HASTA 29/MAYO/2009 01:40 PM). AÑOS DE SERVICIO

28. Preparado por: LUZ N GONZALEZ RIVERA — FECHA: 05 de febrero de 2009
29. Verificado por: LUZ N GONZALEZ RIVERA — FECHA: 05 de febrero de 2009
30. Aprobado por: SECRETARIO(A) O SU REPRESENTANTE AUTORIZADO — FECHA: 05 de febrero de 2009
Secretario de Educación o su representante



# DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO
SECRETARIA AUXILIAR RECURSOS HUMANOS

## INFORME DE CAMBIOS - PERSONAL DOCENTE

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MYRNA BAEZ TORRES | |
| 2. Seguro Social | REDACTED | |
| 3. Preparación | BA + 30 PG | |
| 4. Experiencia | | |
| 5. Status | REGULAR | |
| 6. Sueldo Bruto | $2515.00 | $2615.00 |
| 7. Número del Puesto | R09092 | |
| 8. Categoría de Puesto | MAESTRO ARTES VISUALES | |
| 9. Fondo | ESTATAL | |
| 10. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2008 | |
| 11. Fecha de Efectividad | | 8 DE ENERO DE 2008 |
| 12. Acción y Duración | | AUMENTO EN SUELDO |
| 13. Región | BAYAMON | |
| 14. Distrito Escolar | DORADO-025 | |
| 15. Escuela | ELEM. ALFONSO LOPEZ (MAGUAYO)-71175 | |

**16. Observaciones:**

AUMENTO DE SUELDO DE $100 DOLARES OTORGADO POR EL GOBERNADOR.

**17. Aprobado: Por el Secretario o su Representante**

_____  _____
Firma                              Fecha

P. O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 759-2000 EXTS.:, 2219, 2223, 2227, 2229, 2224

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.