Myrna Báez Torres
Parcelas El Cotto 15 Calle 10
Dorado, P.R. 00646




RETURN RECEIPT REQUESTED

Secretaria (Clerks office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767