## REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Carmen L. Colón Torres

Dirección: P.O. Box 792
Juana Díaz, Puerto Rico 00795

Teléfono: (787)-934-7956

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo
Ley 124 - Aumento sueldo    Julio de 1973
#49762 – Ley #89 - Romerazo – Efectiva en 1 de julio de 1995
Ley 89 - Retrib. Uniforme    Julio 1979
#94057 – Ley de Escala Salarial – Pasos, del 6 de junio de 2008
Ley 134 - Aport Acum. Retiro    de 1996
#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002
Ley 164 - Aumento Sueldo    Julio de 2003
Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes
Ley 124 - Aumento Sueldo    Julio 1973
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 89 Retrib. Unif.    Julio de 1979
Ley de Escala Salarial – Pasos del 6 de junio de 2008
Ley 134 - Aport Acum. Retiro    1996

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002
Ley 164    Aumento Sueldo - Julio 2003
Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el 01 de mayo de 1972 hasta el 29 de Sept. de 2006. años) de labor como.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

Cerficación de años de servicio en el Departamento de Educación del Estado Libre Asociado de Puerto Rico.
Certificación aprobando Pensión por Mérito del Sistema de Retiro de los Empleados del Gobierno y la Judicatura del Estado Libre Asociado de Puerto Rico.
Carta de Renuncia por Mérito
Solicitud para Acogerse al Programa de Retiro Incentivado
Aceptación de Renuncia por Mérito
El fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante mis años de servicio con el Departamento de Educación, P.R. - ELA.
No había recibido comunicados de mis reclamos hasta 1 de septiembre de 2022.
Se incluye carta.
Por favor consideren mi situación al respecto.
Gracias por la atención a mi reclamo.

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

Carmen L. Colón Torres
Carmen L. Colón Torres
Teléfono - (787)-934-7956

2



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo No Docente

# CERTIFICACIÓN

Certifico que, **Carmen L. Colón Torres,** seguro social **XXX-XX-1330**, ocupó un puesto **Regular** de **Oficinista Mecanógrafo III** en el Distrito Escolar de Santa Isabel. Prestó servicios desde el **1 de mayo de 1972** hasta el **29 de septiembre de 2006**. mensuales.

Dada en San Juan, Puerto Rico, el 6 de febrero de 2020, según solicitada por la empleada.

Marieliz D. Arroyo Figueroa
Supervisora

P.O. Box 190759, San Juan, PR 00919-0759 · Tel.: (787)773-3025 ó 3051
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser victima de violencia doméstica, agresión sexual o acecho.

DE DEPARTAMENTO DE EDUCACIÓN
GOBIERNO DE PUERTO RICO