Carmen L. Colón T.
P.O. Box 792
Juana Díaz, P.R.
00795



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767