FORMULARIO DE RESPUESTA DEL RECLAMANTE

Creditor Name:

| | |
|---|---|
| Nombre Completo | Acevedo Ruiz, Ana G. |
| Número de teléfono | 787-514-9495 |
| Número de empleado | 109950 |
| Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico |
| Correo electrónico | ana_acevedo2c10a@hotmail.com |
| Número de seguro social (Últimos cuatro dígitos) | REDACTED |
| Número de caso administrativo o judicial, si aplica. Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim) | 161521 |
| Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Ley 96-Retiro de maestro. Llevo 22 años trabajando y aportando al Sistema de Retiro de maestros en espera de poder retirarme con un retiro digno. Actualmente al desmantelar el retiro no nos permite utilizar nuestro dinero ante una emergencia. En el momento de mi retiro, no será en las mismas condiciones que antes cuando comencé a trabajar (2000). Esto me afecta tanto emocional como fisicamente. Actualmente ejerso como maestra de Educación Especial. Monto de la reclamación adeudada $72,276.74 |

*** Attach any supporting documentation you may have related to your claim. ***