Ana G. Acevedo Ruiz
P.O Box 56
Lares P.R 00669





Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico)
00918-1767