FORMULARIO DE RESPUESTA DEL RECLAMANTE

| | |
|---|---|
| Claim No. | Creditor Name: |
| 1) Nombre Completo | Acevedo Ruiz, Carmen N. |
| 2) Número de teléfono | (787) 516-9662 |
| 3) Número de empleado | 999-43 |
| 4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico |
| 5) Correo electrónico | carmen_nara@hotmail.com |
| 6) Número de seguro social (últimos cuatro dígitos) | |
| 7) Número de caso administrativo o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim): 144676 |
| 8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Ley 91 - Retiro de Maestros. Llevo muchos años trabajando y aportando al sistema de Retiro de maestros esperando poder retirarme en algún momento y tener un retiro digno. Se desmanteló el sistema de retiro de maestros y siendo nuestro dinero, no se nos permitía utilizar el mismo (préstamo) ante una emergencia. Ahora ya el Sistema de Retiro de maestros como lo conocíamos no existe. Estoy por retirarme bajo otras condiciones que no fueron las mismas en el momento que comencé a trabajar. Me siento afectada física y emocionalmente ante esta situación. |

*** Attach any supporting documentation you may have related to your claim. ***

*Asserted Claim Amount $77,046.11

Carmen Acevedo Ruiz