Carmen Acevedo Ruiz
P.O. Box 56
Lares, Puerto Rico
00669



CERTIFIED MAIL
7020 1290 0000 6185 4698



U.S. POSTAGE PAID
FCM LG ENV
LARES, PR
00669
SEP 07, 22
AMOUNT
$5.20
R2305M147788

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico)
00918-1767