

**GOBIERNO DE PUERTO RICO**
**REGION EDUCATIVA DE MAYAGUEZ**
Unidad de Recursos Humanos

# CERTIFICACIÓN

El Sr. Carlos A. Cubero Lorenzo con número de Seguro Social XXX-64-3764 fue empleado del Departamento de Educación y según nuestro registro se desempeñó en los siguientes puestos:

| NÚMERO DE PUESTO | FECHA DE COMIENZO | FECHA DE PERMANENCIA | CLASIFICACION DEL PUESTO | UBICACIÓN |
|---|---|---|---|---|
| R-01323 | 07/01-2012 | 12/31/2015 | Director Escolar III (K-12) | Esc. Catalina Morales De Flores |
| R-01323 | 07/01/2007 | 6/30/2012 | Director de Escuela Secundaria III | Esc. Catalina Morales De Flores |
| T-81445 | 10/23/2006 | 6/30/2007 | Director de Escuela Secundaria III | Esc. Narciso Rabell Cabrero |
| R-01323 | 01/07/2005 | 10/22/2006 | Director de Escuela Secundaria III | Esc. Catalina Morales De Flores |
| R-01323 | 11/26/2001 | 1/06/2005 | Director de Escuela Secundaria III | Esc. Superior Nueva (47894) |
| R-01910 | 07/13/2001 | 11/25/2001 | Director de Escuela Secundaria III | Oficina de Superintendente (94904) CDA |
| F-05754 | 03/05/1984 | 07/12/2001 | Ma. de Educ. Sec. Matemáticas | Antonio S. Pedreira |

Según nuestros registros el Prof. Cubero estuvo en una licencia sin sueldo para el periodo de agosto de 1992 al mes de julio de 1993. Durante los demás años de servicio no existe registro de alguna otra solicitud de licencia sin sueldo. El último sueldo devengado al presente fue a razón de $ 3,770.00 dólares mensuales. Se expide esta certificación a solicitud del interesado hoy, viernes, 2 de septiembre de 2022.

Prof. Ricardo Pitre Feliciano
Superintendente Regional
ORE Mayagüez

Calle Nenadich #50 Suite 303
Mayagüez, Puerto Rico 00680
Tel: (787) 832-6880



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

# DECLARACIÓN JURADA

Comparece ante mí **DON CARLOS ALBERTO CUBERO LORENZO**, mayor de edad, soltero, retirado y residente de Moca, Puerto Rico y bajo juramento declara lo siguiente:

1. Que su nombre y demás circunstancias personales son las antes indicadas.

2. Que el aquí declarante trabajó como maestro y concluyó como director escolar para el Departamento de Educación desde el día cinco (5) del mes de marzo del año mil novecientos ochenta y cuatro (1984) hasta el día treinta y uno (31) del mes de diciembre del año dos mil quince (2015), fecha en que se acogió al retiro.



3. Que el declarante se unió a la demanda de clase que bajo la Ley ochenta y nueve (89) con número de caso: 17BK3283 LTS (conocida como el Romerazo) reclamó que se le pagara toda partida de dinero a la cual tenía derecho a recibir durante los años de mil novecientos ochenta y nueve (1989) al dos mil quince (2015). Se hace a continuación un desglose de dichos periodos y se adjunta evidencia documental emitida el día dos (2) del mes de septiembre del año dos mil veintidós (2022) por el Profesor Ricardo Pitre Feliciano en su calidad de superintendente Regional de Educación de Mayagüez.
   a) Desde el año 1989 al 1991.
   b) Desde enero de 1992 hasta julio de 1992.
   c) Desde agosto de 1993 hasta diciembre de 1993.
   d) Desde 1994 al 2015.

4. Que para las fechas de agosto del año mil novecientos noventa y dos (1992) hasta julio del año mil novecientos noventa y tres (1993) trabajó para la empresa privada luego de solicitar una licencia sin sueldo al Departamento de Educación.

5. Que el declarante trabajó como maestro de Escuela Secundaria durante los años mil novecientos ochenta y cuatro (1984) al año dos mil uno (2001) y como Director Escolar desde el mes de julio del año dos mil uno (2001) al treinta y uno (31) del mes de diciembre del año dos mil quince (2015).

6. El declarante hace un Desglose de la Remuneración a la que tiene derecho:

| FECHAS TRABAJADAS | TOTAL DE AÑOS TABAJADOS | DINERO ADEUDADO SEGÚN AÑOS | TOTAL ADEUDADO |
|---|---|---|---|
| 1989 al 1991 | 3 años | $600 x 3 | $1,800.00 |
| Enero a julio 1992 | 7 meses | $50 x 7 | $350.00 |
| Agosto a diciembre 1993 | 5 meses | $50 x 5 | $250.00 |
| 1994 al 2015 | 22 años | $600 x 22 | $13,200.00 |

7. Que en base a los hechos aquí declarados y la evidencia documental que se adjunta a la presente el declarante se opone a que se desestime su reclamación contra el Departamento de Educación.

8. He explicado al declarante que en Puerto Rico constituye un delito mentir bajo juramento.

Y PARA QUE ASI CONSTE jura y suscribe la presente ante Notario.

*[signature]*

Don Carlos Alberto Cubero Lorenzo

TESTIMONIO NUMERO: 17,641

**JURADO Y SUSCRITO** ante mí por **DON CARLOS ALBERTO CUBERO LORENZO**, de las circunstancias personales antes indicadas a quien **DOY FE** de conocer personalmente.

En Aguadilla, Puerto Rico, hoy día 6 de septiembre de 2022.

*[signature]*

LCDO. EDGARDO MESONERO HERNANDEZ
ABOGADO NOTARIO RUA 6541
COLEGIADO 7757
APARTADO 990 VICTORIA STATION
AGUADILLA, PUERTO RICO 00605

