Carlos A. Cubero Lorenzo
359 Calle Jesús Ramos
Moca, P.R. 00674



7020 3160 0001 3194 7675

U.S. POSTAGE PAID
FCM LG ENV
MOCA, PR
00676
SEP 07. 22
AMOUNT

UNITED STATES
POSTAL SERVICE®

1000        00918        $8.69

R2304M115913        .06

Secretaría ( Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767