Lydia E. Jimenez
Ext Villa Rita
Calle 27 EE9
San Sebastián Puerto Rico
00685



Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio federal (Federal building)
San Juan, Puerto Rico
00918-1767