UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING OPPOSITION TO FOUR HUNDRED AND SIXTY-SIXTH OMNIBUS OBJECTION TO PROOF OF CLAIM NUMBER 77585 AND FOR RELIEF FROM AUTOMATIC STAY

    The Court has received and reviewed the *Opposition to Four Hundred and Sixty-Sixth Omnibus Objection to Proof of Claim Number 77585 and for Relief from Automatic Stay* (Docket Entry No. 22145 in Case No. 17-3283) (the "Pleading"), filed by Lilia Molina Ruiz ("Movant"). The Objection and Motion responds to the *Four Hundred Sixty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Deficient ADR Claims* (Docket Entry No. 20797 in Case No. 17-3283) (the "Omnibus Claim Objection") and requests relief from the automatic stay concerning Movant's claim against the Commonwealth of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

       The Omnibus Claim Objection is currently scheduled to be heard with respect to Movant's claim at the omnibus hearing scheduled for November 2, 2022 (the "November Omnibus Hearing"). (See Exhibit 1 to the Pleading.) The stay relief request embedded in the Pleading has not been noticed for a hearing in the manner required by the Court's *Sixteenth Amended Case Management Procedures*. (See Docket Entry No. 20190-1 §§ I.C, I.D.)

       For administrative purposes, the Pleading is hereby deemed to be an objection to the Omnibus Claim Objection, and the embedded request for relief from the automatic stay is terminated without prejudice. Counsel may renew the request for relief from the automatic stay via a separate motion filed in accordance with all applicable rules and orders.

       SO ORDERED.

Dated: September 13, 2022

                                                                      /s/ Laura Taylor Swain  
                                                                     LAURA TAYLOR SWAIN  
                                                                       United States District Judge