# United States Court of Appeals
## For the First Circuit

No. 22-1212

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

MARIA A. CLEMENTE ROSA,

Claimant - Appellant,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,

Debtors - Appellees.

**JUDGMENT**

Entered: September 12, 2022
Pursuant to 1st Cir. R. 27.0(d)

By order entered May 12, 2022, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction, and by order dated July 26, 2022, appellant was informed that she was in default for failing to respond to the May 12, 2022 order. In the July 26, 2022 order, appellant was warned that failure to respond by August 25, 2022 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Ricardo Burgos-Vargas
John E. Roberts
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Laura E. Stafford
Michael Luskin
Stephan E. Hornung
Chad Golder
Julia D. Alonzo
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Steven O. Weise
Ginger D. Anders
William D. Dalsen
Adele M. El-Khouri

Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Brian S. Rosen
Rachel G. Miller Ziegler
Guy Brenner
Gabriel A Miranda-Rivera
Juan Carlos Ramirez-Ortiz
Luis Francisco Del-Valle-Emmanuelli
Chantel L. Febus
Maja Zerjal
Raul Castellanos-Malave
Ralph C. Ferrara
Ann M. Ashton
Arturo Diaz-Angueira
Joseph P. Davis III
Katiuska Bolanos-Lugo
Maria Jennifer DiConza
Mariana Muniz-Lara
Nelson Robles Diaz
Juan J. Casillas-Ayala
Monsita Lecaroz-Arribas
Fernando E. Agrait-Betancourt
Sergio A. Ramirez-de-Arellano
Cynthia Torres
Maria A. Clemente Rosa
Aurivette Deliz-Delgado