UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER GRANTING THE EIGHTH URGENT CONSENSUAL MOTION
FOR EXTENSION OF DEADLINES AND ADJOURNMENT OF HEARING

   Upon the *Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing* (Docket Entry No. 22172 in Case No. 17-3283)[2] (the "Eighth Extension Motion");[3] and the Court having found that the relief requested in the Eighth Extension Motion is in the best interests of the Oversight Board and Ramhil; and the Court having found that the Oversight Board provided adequate and appropriate notice of the Eighth Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Eighth Extension Motion was also filed at Docket Entry No. 1369 in Case No. 17-3566 and Docket Entry No. 334 in Case No. 19-5523.

[3] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Eighth Extension Motion.

the Eighth Extension Motion; and the Court having determined that the factual bases set forth in the Eighth Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Eighth Extension Motion is granted as set forth herein.

2. Replies to the Ramhil Objection, if any, must be filed by **October 26, 2022**, at **4:00 p.m. (Atlantic Standard Time)**.

3. The Ramhil Objection will be heard at the November 2, 2022, omnibus hearing.

4. This Order resolves Docket Entry No. 22172 in Case No. 17-3283, Docket Entry No. 1369 in Case No. 17-3566, and Docket Entry No. 334 in Case No. 19-5523.

SO ORDERED.

Dated: September 13, 2022

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge