8 de septiembre de 2022

Vía correo certificado núm. 7022 1670 0000 8861 7795

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edif. Federal
San Juan PR 00918-1767

**Replica: In re: Junta de Supervisión y Administración para Puerto Rico como representante de Estado Libre Asociado et al., Deudores**

Al Honorable Tribunal Federal Distrito de Puerto Rico:

Por la Presente someto objeción a la solicitud de desestimación de mi reclamo **CLAIM #. 31090**, en el caso de este Servidor en contra del *Commonwealth Of Puerto Rico* (Proceso de la Quiebra del Estado Libre Asociado). Mi reclamo consiste en un aumento de 5% de salario, al cual era acreedor desde enero de 2014 por haber transcurrido tres años de servicio sin recibir aumento salarial. Este aumento no me fue pagado, a pesar de realizar múltiples gestiones. La Autoridad Nominadora de la Comisión Apelativa del Servicio Público entidad en la cual laboro, sostiene que no ha sido autorizado a realizar el pago por la Oficina de Gerencia y Presupuesto de Puerto Rico. Este reclamo fue elevado al panel revisor de la Comisión Apelativa, el cual constituye foro revisor para los empleados que laboramos en dicha entidad.

El panel revisor determinó que era acreedor al aumento de 5% por años de servicio, esta determinación es final y firme, por tanto debe realizarse el pago de la cantidad reclamada en *el Proof of Claim* y aumentarse mi salario en un 5% por ciento. La determinación del Comité Revisor de la Comisión Apelativa se sometió como anejo del Proof Of Claim radicado. No contamos con más elementos para reclamar el monto adeudado. No existe ley que suspendiera la acumulación del periodo de los tres años, por el cual soy acreedor del aumento solicitado. Esta comunicación se envía luego de recibir ayer, 7 de septiembre de 2022, notificación por pate de Prime Clerk, LLC vía coreo regular en la cual se me informaba que se habría de desestimar mi reclamo. Se incluye copia del documento recibido.

Mi nombre completo es: Aldo Brito Rodríguez, Dirección: Cond. Estancias Del Rey Edif. 5 Apt. 506 Caguas PR 00725, Núm. de Tel. (787) 399-4684, email: abrito.law@gmail.com.

Muchas gracias.

Atentamente,

Aldo Brito
Aldo Brito Rodríguez

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| BRITO RODRIGUEZ, ALDO | 31090 | 05/24/2018 | Commonwealth of Puerto Rico | $8,143.45 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| BRITO RODRIGUEZ, ALDO | 31090 | 05/24/2018 | Commonwealth of Puerto Rico | $8,143.45 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).