Aldo Brito Rodriguez
Cond. Estancias Del Rey
Edif. 5 Apt. 506
Caguas PR 00725




U.S. POSTAGE PAID
FCM LETTER
CAGUAS, PR
00725
SEP 08, 22
AMOUNT
$4.60
R2304M114409

7022 1670 0000 8861 7795

1000       00918

RECEIVED
2022 SEP 12 PM 1:34
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Secretaría
Tribunal de Distrito de
los Estados Unidos
Sala 150 Edif. Federal
San Juan PR 00918-1767

00910-176767