

Sra. Alicia Pablo Rodriguez
2 Calle Florida
Barranquitas, PR 00794

SAN JUAN PR   009

9 SEP 2022   PM 1  L

RECEIVED
2022 SEP 12  PM 1: 33
CLERK'S OFFICE
U.S. DIST. COURT

United States District court, Clerk's
Office, 150 Ave. chardon Ste. 150
San Juan, P.R. 00 918-1767

00918-170625