FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 178463  **Creditor Name:** Rivera de Jesus, Nereida

| | | |
|---|---|---|
| (1) | Nombre Completo | Nereida Rivera de Jesús |
| (2) | Número de teléfono | 787-202-0510 |
| (3) | Número de empleado | R-25601 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | - Departamento de Educación, de Estado Libre Asociado de P.R.<br>- Distrito escolar de pueblo de Juana Díaz<br>- Región educativo de Ponce<br>- Escuela S.U. Zoilo Gracia<br>- Maestra de ciencia de cuarto a sexto grado por treinta años |
| (5) | Correo electrónico | nererivera014@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 0080 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br><br>128563 - 178463 |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | - En el 1979, 11 de septiembre comence mis laborales como maestra. Me jubile el 30 de octubre de 2009.<br>- En los 30 años como maestra se nos hicieron una serie de ofrecimiento por el gobierno de P.R. los cuales nunca fueron recibidos.<br>- En los ofrecimientos:<br>-1. Ley 89 - julio 1995 - Romerazo → $16,800.00<br>-2 Ley 89 julio 1995 - Retribucción uniforme → $36,200.00<br>-3 Ley 134  1996 Aportación Acumulado retiro → $15,600.00<br>-4 Ley 96 julio 2002 - Aumento de Sueldo → $8,400.00<br>-5 Ley 96 julio 2003. Aumento de sueldo → $7,200.00<br>-6 Ley 164 onero - Aumento de sueldo → $6,000.00<br>-7 Ley 109 julio 2008 - Escala salario paso → $1,200.00<br><br>Total 91,200.00 |

*** Attach any supporting documentation you may have related to your claim. ***




# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Nereida Rivera De Jesús_

Dirección Postal _HC-03 Box 15429_
_Juana Díaz, Puerto Rico_
_00795-9865_

Teléfono de contacto res. _—_   cel. _787-202-0510_

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   _Ley #89 Ret. Uniforme   Julio 1979_
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   _Ley #134 - Apo. t. Acum. Retiro   1996_
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   _Ley 164 Aumento Sueldo   Julio ~~Enero~~ 2003_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

_Ley 89 Ret Unif._
Ley 89 Romerazo – Efectiva en 1 de julio de 1979 ~~1995~~
_Ley 134 Apo. t Acu. Ret   1996_
Ley de Escala Salarial – Pasos del 6 de junio de 2008
_Ley 164 Aumento Sueldo   Julio 2003_
Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con ~~Puerto Rico Telephone~~ ~~Company, Ponce,~~ Departamento de Educación, Puerto Rico desde el _11_ de _septiembre_ de _1979_ hasta el _30_ de _octubre_ de _2009_. Culmine mi laborar como _Maestra de Nivel Elemental - 4-6 Dpto. Educ_ ~~en Puerto Rico Telephone Company, Ponce,~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo. ① Certificación de Empleo en Departamento de Educación, ELA
Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Nereida Rivera De Jesús_
Nombre en letra de molde

_Nereida Rivera De Jesús_  17-julio-2020
Firma

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera de Jesus, Nereida | 128563 | 06/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed ||||
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. ||||

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera de Jesus, Nereida | 128563 | 06/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado ||||
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rivera de Jesus, Nereida | 178463 | 07/26/2020 | Commonwealth of Puerto Rico | $91,200.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rivera de Jesus, Nereida | 178463 | 07/26/2020 | Commonwealth of Puerto Rico | $91,200.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).