## DEPARTAMENTO DE EDUCACIÓN

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Informe de Cambios - Personal Docente

| Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | NEREIDA RIVERA DE JESUS | |
| 2. Seguro Social | ###-##-0080 | |
| 3. Lugar y Fecha de Nacimiento | JUANA DIAZ   7/MAYO/1956 | |
| 4. Sexo | FEMENINO | |
| 5. Estado Civil | CASADA | |
| 6. Preparación Académica | BA | |
| 7. Experiencia | | |
| 8. Status | PERMANENTE | |
| 9. Sueldo Bruto | | |
| 10. Número de Puesto | R-25601 | |
| 11. Categoría de Puesto | MAESTRA ELEMENTAL 4-6 | |
| 12. Nivel de Puesto Directivo | ELEMENTAL | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de Cuenta | | |
| 15. Fecha de Efectividad | 30 DE OCTUBRE DE 2009 | |
| 16. Accion y Duracion | JUBILACION | |
| 17. Causa de Cese | | |
| 18. Ultimo Día de Trabajo | | |
| 19. Ultimo Día de Pago | | |
| 20. Programa Escolar, nivel y grado | | |
| 21. Turno en Registro | | |
| 22. Distrito Escolar | JUANA DIAZ | |
| 23. Escuela | SU ZOILO GRACIA | |
| 24. Dirección: P.O BOX HC 03 BOX 15429 | JUANA DIAZ, PR 00795 | TELEFONO RESIDENCIAL: 787-202-0510 |
| 26. Observaciones | SE ACOGE A SU JUBLILACION. | |

VO BO_____

| 27. En caso de cambio de "status" a probatorio o permanente, traslado, reasignacion permanente, reubicacion o descenso. | 29. Deseo: ___Acogerme   ___No Acogerme Al descuento del 3% de mi sueldo mensual para el Fondo de Ahorro y Préstamo de la Asociación de Empleados del ELA de Puerto Rico en caso de cambio de contrato a probatoriao o permanente. |
|---|---|
| not | |
| Firma del Empleado        Fecha | Firma del Empleado        Fecha |
| 28. Recomendado *[signed]* 13oct09 Director de Escuela        Fecha | 30. Recomendado Director de Escuela        Fecha |
| 31. Aprobado: Por el Secretario o su Representante | |
| Firma | Fecha |

Preparado por y Fecha:

Si el nombramiento es con estatus transitorio provisional el mismo constituye un CERTIFICADO PROVISIONAL DE MAESTRO.