Nereida Rivera de Jesús
HC-03 Box 15429
Juana Díaz, P.R.
00795-9865



Clerik's Office
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan. (Puerto Rico) P.R.
00918-1767