# FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 22303     **Creditor Name:** ZAYAS CINTRON, IVELISSE

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2022 SEP 12 PM 3:33

| | | |
|---|---|---|
| (1) | Nombre Completo | Ivelisse Zayas Cintrón |
| (2) | Número de teléfono | 787-632-8112 |
| (3) | Número de empleado | |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Corrección y Rehabilitación Comenzó: 2003 Trabajar Enfermera Generalista |
| (5) | Correo electrónico | Izayas@hotmail.com (ivelissezayas67@icloud.com) |
| (6) | Número de seguro social (últimos cuatro dígitos) | 4560 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br>20568 - 17BK 03283-LTS |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Romero 1983 aumento por ley (Trienio)<br><br>21764 |

*** Attach any supporting documentation you may have related to your claim. ***




17032830020304 7

Exhibit A

# EMPLOYEE RESPONSE LETTER

**Claim No. 22303**     **Creditor Name:** ZAYAS CINTRON, IVELISSE

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***



170328300203047

Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No. 20568**     **Creditor Name: ZAYAS CINTRON, IVELISSE**

| | |
|---|---|
| (1) Nombre Completo | Ivelisse Zayas Cintron |
| (2) Número de teléfono | 787-632-8112 |
| (3) Número de empleado | RECEIVED AND FILED CLERK'S OFFICE USDC PR 2022 SEP 12 PM 3:33 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Correción y Rehabilitación comenzo trabajar 2003. Enfermera Generalista |
| (5) Correo electrónico | ivelissezayas67@icloud.com / rguznegron@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 4560 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br><br>22303 - 17BK 03283 - LTS |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | 1. Romevaso - 1983 - aumento por Ley (Trienio) |

21744

*** Attach any supporting documentation you may have related to your claim. ***



# EMPLOYEE RESPONSE LETTER

**Claim No. 20568**  **Creditor Name: ZAYAS CINTRON, IVELISSE**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***



17032830020186