Zayas Cintron Juelisse
HC 02 Box 4781
Villalba PR 00766

SAN JUAN PR 009
8 SEP 2022 PM 1 L

Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR
00918-1767