# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors[1] | PROMESA<br>Title III<br><br>No. 17-BK3283-LTS |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

    COMES NOW McKinsey & Company Puerto Rico Consulting, Inc. through the undersigned counsel and very respectfully states and prays as follows:

    1. The law firms Reichard & Escalera, LLC and Debevoise & Plimpton LLP represent McKinsey & Company Puerto Rico Consulting, Inc. in the above-captioned case.

    2. Pursuant to Bankruptcy Rules 2002 and 9010(b), which are applicable to this case by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170 et seq., the undersigned attorneys respectfully request that any orders, notices, motions,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

pleadings, and other court papers filed in this case be served through the undersigned counsel and that such counsels' names and addresses be included on the master service list applicable to this case.

THE UNDERSIGNED HEREBY CERTIFY that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the case participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 14th day of September, 2022.

**REICHARD & ESCALERA**
MCS Plaza, Suite 1000
255 Ave. Ponce de León
Hato Rey, PR 00918
P.O. Box 364148
San Juan, PR 00936-4148
Tel: (787) 777-8888/777-8812
Fax: (787) 765-4225


/S/JOSHUA RODRÍGUEZ-RIVERA
U.S.D.C. No. 308601
E-mail: jrodriguez@reichardescalera.com


**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (*pro hac vice* admission forthcoming)
Erica S. Weisgerber (*pro hac vice* admission forthcoming)
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: nlabovitz@debevoise.com
eweisgerber@debevoise.com

*Attorneys for McKinsey & Company Puerto Rico Consulting, Inc. and certain of its affiliates*