UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

ORDER CONCERNING PETITION IN OPPOSITION TO DISCHARGE OF CLAIM AS TO JOSÉ R.
LOPEZ MEDINA WITH A REQUEST FOR HEARING AND A MOTION REQUESTING A LIFT OF STAY

    The Court has received and reviewed the *Petition in Opposition to Discharge of Claim as to José R. Lopez Medina with a Request for Hearing and a Motion Requesting a Lift of Stay* (Docket Entry No. 21994)[2] (the "Pleading"), filed by Jose R. Lopez Medina ("Movant"). The Pleading was linked on CM/ECF to the *Five Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* (Docket Entry No. 21763) (the "Omnibus Claims Objection"), but on review appears to bear no relation to the Omnibus Claims Objection and instead to relate to briefing of *Mr. José Lopez Medina's Motion*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Unless otherwise noted, all references herein to Docket Entry Nos. are references to Case No. 17-2383.

*for Relief from the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(c)(3), 304(h) and Bankruptcy Code's 362 (b)(4), (d)(1)* (Docket Entry No. 21716) (the "Lift Stay Motion").

The Court deems the Pleading to be a reply in further support of the Lift Stay Motion,[3] which, per the *Order Granting Urgent Consensual Motion for Extension of Deadlines* (Docket Entry No. 21875) (the "Extension Order"), will be taken on submission unless the Court determines that a hearing is necessary. (Extension Order ¶ 4.)[4] To the extent the Pleading could be construed as a response to the Omnibus Claims Objection, any relief requested in connection therewith is denied.

SO ORDERED.

Dated: September 14, 2022

          /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[3] Specifically in response to the *Objection of the Commonwealth of Puerto Rico to Mr. José Lopez Medina's Motion for Relief from the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(c)(3), 304(h) and Bankruptcy Code's 362 (b)(4), (d)(1)* (Docket Entry No. 21896), filed by the Puerto Rico Department of Justice on behalf of the Commonwealth.

[4] On September 14, 2022, the Financial Oversight and Management Board for Puerto Rico filed a *Reply and Reservation of Rights of the Commonwealth of Puerto Rico to Response filed by José Lopez Medina [ECF No. 21994] to the Five Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* (Docket Entry No. 22184) (the "FOMB Reply"). The FOMB Reply proposes a setting a briefing schedule and hearing date in connection with relief requested in the Pleading. (FOMB Reply ¶ 5.) Because the Lift Stay Motion has been fully briefed and taken on submission per the Extension Order, setting a briefing schedule is unnecessary.