# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors[1] | PROMESA<br>Title III<br><br>No. 17BK3283-LTS |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE* OF M. NATASHA LABOVITZ

**TO THE HONORABLE COURT:**

COMES NOW, M. Natasha Labovitz, Esq., applicant herein, and pursuant to rule 2090-1(c) of the District of Puerto Rico Local Bankruptcy Rules and rule 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney at the law firm of Debevoise & Plimpton, with offices at:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

        919 Third Ave.
        New York NY 10022
        nlabovitz@debevoise.com
        Telephone: (212) 909-6648

2. Applicant will sign all pleadings with the name M. Natasha Labovitz.

3. Applicant has been retained by Mckinsey & Company Puerto Rico Consulting, Inc. ("Party") to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since June 25, 1997, applicant has been, and presently is, a member in good standing of the highest court of the State of New York, Registration Number 2813251.

5. Applicant is also admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| U.S. District Court for the Southern District of New York | August 19, 1997 |
| U.S. District Court for the Eastern District of New York | December 21, 1999 |
| U.S. District Court for the Eastern District of Michigan | August 27, 2013 |
| U.S. Court of Appeals, Fourth Circuit | February 28, 2022 |

6. Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter are:

        Sylvia M. Arizmendi
        USDC-PR No. 210714

Joshua Rodríguez-Rivera
USDC-PR No. 308601

**REICHARD & ESCALERA**
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917-1913
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
(787) 777-8888

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is being made herewith.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

DATED: September 14 , 2022

**RESPECTFULLY SUBMITTED.**

By: /s/ M. Natasha Labovitz
**M. NATASHA LABOVITZ**

**DEBEVOISE & PLIMPTON**
919 Third Ave.
New York NY 10022
nlabovitz@debevoise.com
Telephone: (212) 521-7684

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83A(f), that we consent to the designation of local counsel of record for all purposes.

3

**RESPECTFULLY SUBMITTED.**

/s/*Sylvia M. Arizmendi*
Sylvia M. Arizmendi
USDC-PR No. 210714
arizmendis@reichardescalera.com

/s/*Joshua Rodríguez-Rivera*
Joshua Rodríguez-Rivera
USDC-PR No. 308601
jrodriguez@reichardescalera.com

**REICHARD & ESCALERA**
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917-1913
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
(787) 777-8888

Case:17-03283-LTS Doc#:22201 Filed:09/14/22 Entered:09/14/22 17:18:55 Desc: Main
Document Page 5 of 6

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/*Joshua Rodríguez-Rivera*
Joshua Rodríguez Rivera

**REICHARD & ESCALERA**
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917-1913
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
jrodriguez@reichardescalera.com
(787) 777-8888

**ORDER**

The Court, having consdiered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application is denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED**.

In San Juan, Puerto Rico, this _____ day of _____, 2022.


_____
U.S. District Judge