## FORMULARIO DE RESPUESTA DEL RECLAMANTE

| Claim No. | Creditor Name: |
|---|---|
| (1) Nombre Completo | George Toledo Méndez |
| (2) Número de teléfono | (939) 644-6158 |
| (3) Número de empleado | 26455 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Policia de Puerto Rico, fecha en la cual ingrese lo fue 6 Marzo 1998. Conforme a la Ley #1 del 16 de Feb. 1990 La reforma nos redujo el porciento de la pensión de un 65% a un 40% y en algunos casos menos. |
| (5) Correo electrónico | ValerieToledo@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 3196 |
| (7) Número de caso administrative o judicial, si aplica. | Numero de caso 17 BK 03283-LTS Num Reclamación 91424 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Mi Ingreso a la Policia de Puerto Rico en el año 1998, 6 de Marzo fue bajo La Ley #1 del 16 Feb 1990, en la cual ya tenia unos beneficios Adquiridos. La Reforma trastocó en porciento de un 65% con 30 años de servicio y lo redujo a un 40% o menos del Salario Neto debengando para la fecha del 2013; es decir que ese infimo porciento es en base a la escala Salarial del año 2013, sin importar los aumentos salariales que han sido establecidos. Subieron la edad Maxima a 58 años y 30 de servicio y bajaron los porcientos. |

*** Attach any supporting documentation you may have related to your claim. ***