George Toledo Méndez
Calle L. Cordova Chirino #1022
Urb. El Comandante
San Juan P.R 00924-2415

SAN JUAN PR 009
10 SEP 2022 PM 1 L

Secretaria
United States District Court
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767

00918-240550