

Septembre 9, 2022

CLAIM # 34189
Date Filed: 05/25/2018
R & D Master Enterprises Inc
PO Box 21110
San Juan, P.R. 00928

United State Bankruptcy Court for the District of Puerto Rico
Debtor: Commonwealth of Puerto Rico
Case No. 17-03283
Title III

On September 2, 2022, I received a letter saying that our claim was on to be disallowed for ongoing failure to respond multiple mailing requesting information. Apparently mailing was misplaced and no immediate response was made. I respectfully ask the Honorable Court to continue R & D Master Enterprises Inc Claim due to doble payment on Sales Tax. For this reason, R & D Master Enterprises Inc, opposes to the Omnibus Objection. Attached is the Poof of Claim with all documents regarding the necessary information to complete the claimant's administrative file, letter send to Department of Hacienda requesting the refund on July 17, 2018, Exhibit E and the letter received on September 9, 2022.

If you need any additional information, please contact me.

Cordially,

María Magdalena Díaz Vila
President
R & D Master Enterprises, Inc.
PO Box 21110
San Juan PR 00928
787-398-6575 / 787-886-5333
mdiaz@rdmasterenterprises.com

notificacion por correo postal

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| R&D Master Enterprises, Inc. | 34189 | 05/25/2018 | Commonwealth of Puerto Rico | $6,162.99 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| R&D Master Enterprises, Inc. | 34189 | 05/25/2018 | Commonwealth of Puerto Rico | $6,162.99 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Case 17-03283-LTS Doc#:21762-6 Filed:08/05/22 Entered:08/05/22 20:23:08 Desc:
Exhibit E Exhibit 90 of 154
EMPLOYEE RESPONSE LETTER

Claim No. 34189     Creditor Name: R+D Master Enterprises, Inc

| | |
|---|---|
| (1) Full Name | R+D Master Enterprises Inc |
| (2) Telephone Number | (787) 886-5333 |
| (3) Employee Number | n/A |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | n/A |
| (5) Personal Email Address | mdiaz@rdmasterenterprises.com |
| (6) Social Security Number (last four digits). | 8910 |
| (7) Case File Number, if applicable (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.) | 17-03283 |
| (8) Describe in detail the nature and basis of your Claim. Please add additional pages, if needed. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | Between 2015 and 2017 R+D paid tax for every merchandise imported for resell. This amount should have been applied to the monthly tax payments as amount paid on inventory purchases for resale. So, the amount of tax paid on import spreadsheet was not applied to IVU (tax) spreadsheet making this a double tax payment. Attached is a spreadsheet I made were it summarizes payment on both tax spreadsheets and the official tax documents and payment receipts. |

*** Attach any supporting documentation you may have related to your claim. ***

Maria Magdelen D.
President
R+D Master Enterprises