**UNITED STATES POSTAL SERVICE** | **PRIORITY**

- Expected delivery date specifi[ed]
- Most domestic shipments inclu[de]
- USPS Tracking® included for d[omestic]
- Limited international insurance
- When used internationally, a c[ustoms]

*Insurance does not cover certain items. [See] Domestic Mail Manual at http://pe.usps.[com]
** See International Mail Manual at http:/[/pe.usps.com]

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INS[URED]**

PS00001000014

---

UNITED STATES POSTAL SERVICE. — Retail

P — US POSTAGE PAID — $8.95
Origin: 00925
09/12/22
4284690003-10

PRIORITY MAIL®

1 Lb 4.00 Oz
1005

EXPECTED DELIVERY DAY: 09/13/22

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® #
9505 5103 3259 2255 3910 79

---

FROM:
R+D Master Enterprises
PO Box 21110
San Juan PR 00928

TO:
Secretaria
Tribunal de Distrito de Los
Estados Unidos
150 Avenida Chardon
Edificio Federal
San Juan PR 00918





PRESS FIRMLY TO SEAL — FLAT RATE ENVELOPE POSTAGE REQUIRED