UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
                                                                       :

In re:                                                  :

THE FINANCIAL OVERSIGHT AND        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III
                                               :
      as representative of                   :   Case No. 17-BK-3283 (LTS)
                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                               :
      Debtors.[1]                                   :
------------------------------------------------------------------------ x

**INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS REGARDING HEARING PROCEDURES FOR
SEPTEMBER 21-22, 2022 OMNIBUS HEARING**

      The Official Committee of Unsecured Creditors of the Title III Debtors (other than PBA and CONFINA) (the "Committee") respectfully submits this informative motion in response to the Court's *Order Regarding Procedures for September 21-22, 2022 Omnibus Hearing* [ECF No. 22038] (the "Scheduling Order") and respectfully state as follows:

      1.    John Arrastia of Continental PLLC will appear on behalf of the Committee at the Hearing (as defined in the Scheduling Order) and reserves the right to address, as necessary, the following matters:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(a) Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief [DE No. 21651];

(b) Motion to Stay Consideration Of: "UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment And for Related Injunctive Relief" [DE No. 21808];

(c) Official Committee of Unsecured Creditors' Response in Opposition to ERS Plaintiffs' Motion to Stay Consideration of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment [DE No. 22068];

(d) Official Committee of Unsecured Creditors' Limited Response in Support of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment [DE No. 22186];

(d) Any objections, responses, statements, joinders, or replies to any of the foregoing pleadings; and

(e) Any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein.

Respectfully submitted this 14th day of September, 2022.

By: */s/ John Arrastsia*
John Arrastia, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Angelo M. Castaldi, Esq. (*Pro Hac Vice*)
**CONTINENTAL PLLC**
255 Alhambra Cir, Suite 640,
Miami, FL 33134
Tel: (305) 677-2707
jarrastia@continentalpllc.com
jsuarez@continentalpllc.com
acastaldi@continentalpllc.com

*Special Litigation Counsel to the Official Committee of Unsecured Creditors*

2

/s/ *Juan J. Casillas Ayala*
Juan J. Casillas Ayala, Esq., (USDC-PR 218312)
Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)
Edna M. Tejeda Oyola, Esq. (USDC-PR 219803)
Juan C. Nieves González, Esq., (USDC-PR 231707)
CASILLAS, SANTIAGO & TORRES LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901-2419
Tel.: (787) 523-3434
jcasillas@cstlawpr.com
lllach@cstlawpr.com
etejeda@cstlawpr.com
jnieves@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than PBA and COFINA)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2022 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all appearing parties in the captioned proceeding.

/s/ John Arrastia
John Arrastia, Esq.

3

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | Official Committee of Unsecured Creditors |
|---|---|
| Party Name Abbreviation | Creditors' Committee |
| Omnibus Hearing Participant Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screenname (See Omnibus Hearing Procedures Order, ¶ 8(a)) | <u>First Participant</u><br><br>• John Arrastia<br>• Jarrastia@ContinentalPLLC.com<br>• Continental PLLC<br>• T: (305) 677-2728<br>• Docket No. 20754<br>• Zoom Screenname: Creditors' Committee / Arrastia, John / Continental PLLC<br><br><u>Second Participant</u><br><br>• Juan J. Casillas Ayala<br>• jcasillas@cstlawpr.com<br>• Casillas, Santiago & Torres, LLC<br>• (787) 523-3439<br>• Docket No. 701<br>• Zoom Screenname: Avoidance Actions Trustee / Casillas, Juan / Casillas, Santiago & Torres, LLC |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| Note: Pursuant to the September Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

4