**UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br>THE EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTORICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY<br><br>Debtors[1] | PROMESA TITLE III<br><br>Case No. 17-BK-3283 (LTS) |

**MOTION TO INFORM APPEARANCE AT OMNIBUS HEARING
SCHEDULED FOR SEPTEMBER 21 AND 22, 2022**

**TO THE HONORABLE UNITED STATES DISTRICT COURT
JUDGE LAURA TAYLOR SWAIN:**

    **COME NOW**, Pablo Melani Curra and Diana Velez Martinez (" Melani & Velez"),

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 35(787)66-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

administrative expense claimants by the undersigned attorney, to respectfully state and pray:

1. This Motion to Inform Appearance at Omnibus Hearing Scheduled for September 21 and 22, 2022, is filed in compliance with the Order Regarding Procedures for Omnibus Hearing at ECF No. 22038.

2. The undersigned attorney hereby informs that he will appear at the September 21 and 22, 2022 Omnibus hearing on behalf of Pablo Melani Curra and Diana Velez Martinez (" Melani & Velez") to argue in support of the *Motion Requesting Allowance and Payment of Administrative Expense Claim filed by Melani & Velez on June 13, 2022, at ECF No. 21229 and ECF No. 22044.*

3. The undersigned attorney will also appear to reply and contest the Opposition filed by the Debtor at ECF No. 21932 and any argument stated or filed against the Melani & Velez Motion.

4. The Party Appearance Cover Sheet is submitted by attorney Alexis Fuentes-Hernandez, Esq. and attached to this Motion to Inform as Exhibit A.

**WHEREFORE**, administrative expense claimants Pablo Melani Curra and Diana Velez Martinez respectfully request this Honorable Court take notice of this Motion to Inform in compliance with the Order Regarding Procedures for September 21–22, 2022, Omnibus Hearing at ECF No. 22038.

**I HEREBY CERTIFY** I electronically filed the foregoing document with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send electronic notification to all participants in the captioned case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on September 14, 2022.

Counsel for Pablo Melani Curra and Diana Velez Martinez

***s/ Alexis Fuentes-Hernández, Esq.***
Alexis Fuentes-Hernández, Esq.
USDC-PR 217201

**FUENTES LAW OFFICES, LLC**
P.O. Box 9022726
San Juan, PR 00902-2726
Tel. (787) 722-5215
Fax. (787) 483-6048
E-Mail: fuenteslaw@icloud.com