# Exhibit A

| Date Filed | Filing | Outcome |
|---|---|---|
| May 18, 2022 | *Motion To Intervene and To Inform The Existence And Continuance of An Unresolvable Conflict of Interest In Violation of The Puerto Rico Recovery Accuracy In Disclosures Act Of 2021, 48 U.S.C. 2101 (Sic) Et Seq., and Petition For: (A) The Permanent Disqualification of O'Neill & Borges, LLC As Counsel To The Financial Oversight and Management Board For Puerto Rico, and (B) The Disallowment And Disgorgement Of Legal Fees* [Case No. 17 BK 3283-LTS, ECF No. 20873]. | Pending. |
| May 23, 2022 | *Movant's Request for an Amendment to the "Order Scheduling Briefing of Motion To Intervene and To Inform The Existence And Continuance of An Unresolvable Conflict of Interest In Violation of The Puerto Rico Recovery Accuracy In Disclosures Act Of 2021, 48 U.S.C. 2101 (Sic) Et Seq., and Petition For: (A) The Permanent Disqualification of the Law Firm O'Neill & Borges, LLC As Legal Counsel To The Financial Oversight and Management Board For Puerto Rico, and (B) The Disallowment And Disgorgement Of Legal Fees" Issued on May 20, 2022 (Docket Entry No. 20,923), In Order to Abbreviate the Filing Deadlines Applicable to All Parties* [Case No. 17 BK 3283-LTS, ECF No. 20946]. | Denied [ECF No. 20959]. |
| July 21, 2022 | *Carlos Lamoutte's Objection to "Verified Statement Regarding Disinterestedness of O'Neill & Borges LLC Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act" Filed on July 12, 2022, Docket Entry No. 21,485* [Case No. 17 BK 3283-LTS, ECF No. 21572]. | Terminated [ECF No. 21604]. |
| August 16, 2022 | *Informative Motion Regarding Shared Conflictive Connections of Professional Persons Employed by the Financial Oversight and Management Board for Puerto Rico, and Supplement to the "Motion to Intervene and to Inform the Existence and Continuance of an Unresolvable Conflict of Interest in Violation of the Puerto Rico Recovery Accuracy in Disclosures Act of 2021, 48 U.S.C. § 2101 et seq., and Petition for: (A) The Permanent Disqualification of O'Neill & Borges, LLC as Legal* | Stricken [ECF No. 21970]. |

| Date Filed | Filing | Outcome |
|---|---|---|
|  | Counsel to the Financial Oversight and Management Board for Puerto Rico, and (B) the Disallowance and Disgorgement of Legal Fees," Docket Entry No. 20873 [Case No. 17 BK 3283-LTS, ECF No. 21854]. |  |
| August 29, 2022 | Carlos Lamoutte's Response and Objection to O'Neill & Borges LLC Motion to Strike, Docket Entry No. 21,938 [Case No. 17 BK 3283-LTS, ECF No. 21975]. | Overruled [ECF No. 21989]. |
| August 30, 2022 | Motion Requesting Reconsideration of "Order Granting O'Neill & Borges LLC's Motion to Strike Informative Motion Filed by Carlos Lamoutte" Issued On August 30, 2022 Docket Entry No. 21,970 [Case No. 17 BK 3283-LTS, ECF No. 21990]. | Denied [ECF No. 22020]. |
| September 1, 2022 | Motion to Intervene and Inform the Existence and Continuance of Unresolvable Conflicts of Interest in Violation of the Puerto Rico Recovery Accuracy in Disclosures Act of 2021, 48 U.S.C. 2101 et seq., and Petition for: (A) The Permanent Disqualification of McKinsey & Company, Inc. and Its Affiliates as Advisors to the Financial Oversight and Management Board for Puerto Rico, and (B) the Disallowment and Disgorgement of Legal Fees [Case No. 17 BK 3283-LTS, ECF No. 22025] | Responses due September 15, 2022. |
| September 6, 2022 | Carlos Lamoutte's Motion to Consolidate Disqualification Complaints Filed Under the Puerto Rico Recovery Accuracy in Disclosures Act of 2021 Pursuant to Rule 42 of the Federal Rule of Civil Procedure [Case No. 17 BK 3283-LTS, ECF No. 22090] | Denied [ECF No. 22146]. |