Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| TOLEDO & TOLEDO LAW OFFICES, PSC | 27959 | c | Litigation Claim | KCD-2017-0215 | Initial Transfer |
| Rosario Alamo, Wilberto | 33259 | b | Litigation Claim | KCM-2017-1986 | Initial Transfer |
| Santana Garcia, Elizabeth | 67375 | d | Litigation Claim | FDP-2016-0144 | Initial Transfer |
| SCHMIDT QUINONES, ASTRID | 29574 | d | Litigation Claim | 2019-cv-01422 | Initial Transfer |
| Garcia Loperena, Elisa M. | 103649 | c | Litigation Claim | 05-03-04-771-9; 05-04-04-770-1; 05-06-1496 | Initial Transfer |
| LEBRON VARGAS, JONATHAN | 6743 | d | Litigation Claim | 09-AC-276 | Initial Transfer |
| GONZALEZ MONTALVO, GABRIEL | 49011 | c | Litigation Claim | 14 AC-132 | Initial Transfer |
| Bankruptcy Estate of Genesoft Labs, Corp., Case No. 14-00239 | 10199 | c | Litigation Claim | 14-00239 (MCF) | Initial Transfer |
| Cherena Rivera, Luis Javier | 47024 | b | Litigation Claim | 2008-04-0949 | Initial Transfer |
| Bankruptcy Estate Of Inelcont. Case No. 10-11989 | 10182 | c | Litigation Claim | 2010-11-989 | Initial Transfer |
| Caban-Aviles, Raul | 38423 | c | Litigation Claim | 2012-03-1813 | Initial Transfer |
| Rodriguez Morales, Arline B. | 33895 | c | Litigation Claim | 2013-06-1746; KLRA-2015-00942 | Initial Transfer |
| BAREA RECHANI, , HECTOR | 14180 | b | Litigation Claim | 2014-03-0578 | Initial Transfer |
| Waleska Llanos, Carmen | 51 | c | Litigation Claim | CARMEN W. LLANOS MILLAN VS. ADMINISTRACION REHABILITACION VOCACIONAL | Initial Transfer |
| Montalvo Vazquez, Mariana | 27957 | c | Litigation Claim | CDP-2013-0047 | Initial Transfer |
| Perdomo Olmo, Nydia E. | 26434 | c | Litigation Claim | CPE-2011-0310 | Initial Transfer |
| Sanchez Ayala, Modesta | 29060 | c | Litigation Claim | DDP-2016-0657 | Initial Transfer |
| Lugo Lebron, Pablo | 26647 | a | Litigation Claim | EAC-2013-0267; HSCI 2014-00340; HSCI-2007-00463; HSCI2015-010733; HSCI-2016-00516; HSCI-2016-00726; HSCI-2017-00029; N2CI2014-00016 | Initial Transfer |
| PEREZ REYES, MARAGARITA | 39851 | c | Litigation Claim | GDP-2017-0076 | Initial Transfer |
| GARCIA, ZORAIDA I / CHRISTIAN S. RIVERA GARCIA | 75021 | b | Litigation Claim | ISCI-2013-01555 | Initial Transfer |
| Ortiz-Santiago, Ileana | 5968 | c | Litigation Claim | JDP-2015-0283 | Initial Transfer |
| Leandry Hernandez, Julio | 6059 | c | Litigation Claim | JDP-2015-0283 | Initial Transfer |
| PAZ VILLALOBOS, IRIS | 20856 | f | Litigation Claim | KAC-2000-1703; KAC-2000-7304; KAC-2008-0507; KAC-2008-1138; KLCE-2009-01755 | Initial Transfer |
| FEBUS RODRIGUEZ, ROBERTO | 39663 | e | Litigation Claim | KAC-2008-1138; KAC-2000-1703; KAC-2000-7304; KAC-2008-0507; KLCE-2009-01755 | Initial Transfer |
| Nelson Ramos & Samuel Hernandez Diaz | 102523 | c | Litigation Claim | KEF-2016-0056 | Initial Transfer |
| Rosa Nunez, Humberto | 150419 | c | Litigation Claim | KPE-2007-4357 | Initial Transfer |
| GONZALEZ FONTANEZ, MARIBEL | 63201 | c | Litigation Claim | KPE-2011-3662 | Initial Transfer |
| MARIBEL GONZALEZ FONTANEZ Y OTROS | 8720 | d | Litigation Claim | KPE-2011-3662; KPE-2012-0767 | Initial Transfer |
| MELENDEZ ESQUILIN, ISRAEL | 2779 | d | Litigation Claim | NSCI-2013-00835 | Initial Transfer |

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

1

| Name | Claim # | | Claim Type | | Transfer Type |
|---|---|---|---|---|---|
| RUIZ CAMACHO, HARRY H | 20803 | a | Litigation Claim | | Initial Transfer |
| ROSARIO RESTO, JOSE | 26373 | a | Litigation Claim | | Initial Transfer |
| Martinez Fernandez, Carlos R. | 31212 | a | Litigation Claim | | Initial Transfer |

| Claim Amount Key |
| --- |
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |