# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Individual Plaintiffs, Pedro José Nazario Serrano; Joel Rivera Morales; María de Lourdes Gómez Pérez; Héctor Cruz Villanueva; Lourdes Rodríguez and Luis M. Jordán Rivera |
| Party Name Abbreviation | ERS Individual Plaintiffs |
| Omnibus Hearing Participant Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screenname (See Omnibus Hearing Procedures Order, ¶ 8(a)) | First Participant<br><br>• Harold D. Vicente-Colón<br>• *hdvc@vclawpr.com*<br>• VICENTE & CUEBAS<br>• (787) 751-8000<br>• Docket No. 9517<br>• Zoom Screenname: ERS Individual Plaintiffs / Vicente Colón, Harold / VICENTE & CUEBAS<br><br>Second Participant<br><br>• Francisco Pujol Meneses<br>• *fpujol@pujollawpr.com*<br>• PUJOL LAW OFFICES, PSC<br>• (787) 724-0900<br>• Docket No. 9517<br>• Zoom Screenname: ERS Individual Plaintiffs / Pujol Meneses, Francisco / PUJOL LAW OFFICES, PSC |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| Note: Pursuant to the September Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |