# EXHIBIT B



Government of Puerto Rico

# CERTIFICATE OF MERGER

I, **Omar J. Marrero Díaz, Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That, on **July 28, 2021** at **06:21 PM**, effective on **July 31, 2021**, a Certificate of Merger was presented surviving, **UBS FINANCIAL SERVICES INC.** register number **6423** among the following entities:

| Registry | Name | Class | Jurisdiction | Type |
|---|---|---|---|---|
| 6423 | UBS FINANCIAL SERVICES INC. | Corporation | Foreign | For Profit |
| 41392 | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO | Corporation | Domestic | For Profit |



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **July 28, 2021.**

**Omar J. Marrero Díaz**
Secretary of State