# EXHIBIT C



Gobierno de Puerto Rico
*Government of Puerto Rico*
**DEPARTAMENTO DE ESTADO**
*Department of State*

# CERTIFICADO DE DISOLUCIÓN
## DE CORPORACIÓN AUTORIZADA A EMITIR ACCIONES DE CAPITAL
*CERTIFICATE OF DISSOLUTION OF A STOCK CORPORATION*

**Registro número:** _____
*Registration number:*

**PRIMERO:** El nombre de la corporación es:
*FIRST: The name of the corporation is:*

_____

**SEGUNDO:** La fecha en que se autorizó la disolución es: _____
*SECOND: The date on which the dissolution was authorized:*

Favor de marcar con una "X" el modo en que se aprobó la disolución:
*Please mark with an "X" the manner in which the dissolution was authorized:*

_____  **TERCERO:** La disolución se autorizó conforme al Artículo 9.05 de la Ley General de Corporaciones, por una mayoría de las acciones en circulación con derecho al voto en una reunión debidamente convocada.
*THIRD: The dissolution was authorized pursuant to Article 9.05 of the General Corporation Law, by a majority of the stockholders with voting rights at a duly convened meeting.*

_____  **TERCERO:** La disolución se autorizó conforme al Artículo 9.05 de la Ley General de Corporaciones, por el consentimiento escrito de todos los accionistas con derecho al voto.
*THIRD: The dissolution was authorized pursuant to Article 9.05 of the general Corporation Law, by the written consent of all the stockholders with voting rights.*

**CUARTO:** Los nombres y las direcciones residenciales de los directores y oficiales son los siguientes:
*FOURTH: The names and residential addresses of the directors and officers are the following:*
_____
_____
_____
_____
_____

**QUINTO:** Se ha notificado la disolución por correo a cada acreedor conocido de la corporación.
*FIFTH: The dissolution has been notified by mail to every known creditor of the corporation.*

**EN TESTIMONIO DE LO CUAL,** Yo, _____, **el suscribiente,** siendo el oficial autorizado de la corporación, juro que los datos contenidos en este Certificado son ciertos, hoy, día, \_\_\_\_\_ del mes de _____ del año_____.
*IN WITNESS WHEREOF, I, _____, the undersigned, being the authorized officer of the corporation, hereby swear that the facts herein stated are true, this \_\_\_\_\_ day of _____, _____.*

*Cheryl A. Grassmann*
_____
Oficial Autorizado
*Authorized Officer*

**Cifra de Ingreso**
5133 – $8.00
5134 – $12.00