**IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

**INFORMATIVE MOTION AND NOTICE OF REQUEST  
TO BE HEARD AT THE SEPTEMBER 21-22, 2022 OMNIBUS HEARING**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

UBS Financial Services Inc.[2] ("UBS Financial"), by and through its undersigned counsel, submit this informative motion in response to the Court's *Order Regarding Procedures for September 21–22, 2022, Omnibus Hearing* (Docket No. 22038, the "Order") setting forth guidelines for parties wishing to be heard at the September 21–22, 2022 omnibus hearing (the "Hearing").

1. The Order requests that counsel who intend to speak at the Hearing file an informative motion identifying (a) the relevant motion or report, (b) the parties who intend to appear and speak in connection with the relevant motion or report, (c) the names of no more than two individuals who intend to speak on behalf of each party in connection with the relevant motion or report, (d) the order in which the parties to the relevant motion shall present argument, and (e) time allocations for each speaker.

2. Paul J. Lockwood of Skadden, Arps, Slate, Meagher & Flom LLP and Roberto C. Quiñones-Rivera of McConnell Valdés LLC will make a Zoom appearance on behalf of UBS Financial.

3. Messrs. Lockwood and Quiñones-Rivera request leave to be heard regarding *UBS Financial Services Incorporated Of Puerto Rico's Motion To Enforce The Plan Of Adjustment And For Related Injunctive Relief* (Docket No. 21651) and *Motion to Stay Consideration of UBS Financial Services Incorporated Of Puerto Rico's Motion To Enforce The Plan Of Adjustment And For Related Injunctive Relief* (Docket No. 21808) and all related papers.

---

[2] Effective July 31, 2021, UBS Financial Services Incorporated of Puerto Rico merged into its parent, UBS Financial Services Inc., the surviving corporation. The corresponding motion to substitute party was filed today.

4. Messrs. Lockwood and Quiñones-Rivera reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the UBS Financial.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15th day of September, 2022.

| | |
|---|---|
| OF COUNSEL: | McCONNELL VALDÉS LLC |
| | 270 Muñoz Rivera Ave. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Hato Rey, Puerto Rico 00918 |
| | Tel.: (787) 250-2631 |
| Paul J. Lockwood (*admitted pro hac vice*) | Fax: (787) 759-9225 |
| One Rodney Square | By: */s/ Roberto C. Quiñones-Rivera* |
| P.O. Box 636 | Roberto C. Quiñones-Rivera, Esq. |
| Wilmington, Delaware 19899 | USDC-PR Bar No. 211512 |
| Tel.: (302) 651-3000 | rcq@mcvpr.com |
| Fax: (302) 651-3001 | |
| | *Counsel for UBS Financial Services Inc.* |

3

**EXHIBIT A**

| Name of Party | UBS FINANCIAL SERVICES INC. |
|---|---|
| **Party Abbreviation (for use with Zoom)** | **UBS FIN SERVS INC.** |
| **Attorneys Representing Party**<br><br>- Name<br>- Email<br>- Law Firm<br>- Phone Number<br>- Docket Entry Number for Attorney's Notice of Appearance<br>- Zoom Screen Name | - **Paul Lockwood**<br>- **Paul.lockwood@skadden.com**<br>- **Skadden Arps**<br>- **302-651-3000**<br>- **Docket 7758 (Attys Notice of Appearance)**<br>- **UBS FIN SERVS INC./Lockwood, Paul/Skadden Arps**<br><br>And<br><br>- **Roberto C. Quiñones-Rivera**<br>- **rcq@mcvpr.com**<br>- **McCONNELL VALDÉS LLC**<br>- **787-250-2631**<br>- **Docket 6899 (Attys Notice of Appearance)**<br>- **UBS FIN SERVS INC./ Quiñones-Rivera, Roberto/McConnell Valdés, LLC** |

4