Secretraría
Tribunal de Distrito de Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

RE: Replica de Reclamación: 2018
Número de Caso: 17-03283-LTS
Número de Reclamación: 61334
Número de Seguro Social: 7335 Deudor: Commonwealth of Puerto Rico

En contestación a su carta recibida relacionada a la reclamación en referencia, la cual especifica que, o reclamación será desestimada porque el deudor no recibió contestación de mi parte, informo que nunca recibí notificación alguna por ninguna de las vías de comunicación.

Solicito, respetuosamente, se me permita realizar mi reclamación nuevamente, basada en mi labor como Agente en el Departamento de la Policía de Puerto Rico basándome en mi derecho que hice mi reclamación en Junio 2018 bajo el Título III, conocida como Ley Promesa.

Reclamaciones:
- Ley 89 – El Romerazo (conocido como Ley Promesa) – 61334 – aumento de salario no cumplido.
- El salario de ascenso a Sargento en el 1998 nunca fue pagado.

Total reclamado: $20,000.00

Adjunto documentos necesarios para su evaluación.

De necesitar información adicional, pueden comunicarse conmigo al 939-275-1590.

Atentamente,

Héctor Manuel Reyes De Jesús