Formulario Form 499R-2/W-2 PR Rev. 10.11

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre-First Name: HECTOR

Apellido(s) - Surname(s): REYES DE JESUS

Dirección Postal del Empleado - Employee's Mailing Address:
PO BOX 3502
SUITE 25
JUANA DIAZ, PR 00795-3502

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
L530000800 LEY 447
RETIRO CENTRAL PENSIONADOS
AVENIDA PONCE DE LEON #437
HATO REY, PR 00940

Número de Teléfono del Patrono - Employer's Telephone Number:

Fecha Cese de Operaciones / Cease of Operations Date: Día/Day __ Mes/Month __ Año/Year __

Número Control - Control Number: 116325684

3. Núm. Seguro Social / Social Security No.: ###-##-7335

4. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 660433481

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:
Día/Day 01  Mes/Month 08  Año/Year 1999

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 21694.56

6A. Costo de cubierta de salud auspiciada por el patrono - Cost of employer-sponsored health coverage: 0.00

6B. Donativos / Charitable Contributions: 0.00

Copia C para Récord del Empleado
Copy C for Employee's Records

Año / Year: **2011**

7. Sueldos - Wages: 15935.76
8. Comisiones - Commissions: 0.00
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 15935.76
12. Gastos Reembolsados / Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 0.00
14. Fondo de Retiro Gubernamental / Governmental Retirement Fund: 0.00
15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS: 0.00
16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00
16A. Aportaciones al Programa Ahorra y Duplica tu Dinero - Contributions to the Save and Double your Money Program: 0.00

17. Total Sueldos Seguro Social / Social Security Wages: 0.00
18. Seguro Social Retenido / Social Security Tax Withheld: 0.00
19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips: 0.00
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 0.00
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips: 0.00

Reproducido por: Departamento de Hacienda

| Estado Libre Asociado de Puerto Rico | | | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | | | | | Desde: | 03/01/2017 | | Aviso #: | 6652013 |
| | | | | | | Hasta: | 03/15/2017 | | Fecha Aviso: | 03/15/2017 |
| **HECTOR REYES DE JESUS** | | | # Empleado: | ███████7335 | | DATA IMP: | Federal | | PR | |
| PO BOX 3502 PMB 25 | | | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | | Estado Civil: | Single | | Single | |
| JUANA DIAZ PR 00795-3502 | | | Lugar: | Ley 447 de 15 de mayo de 1951 | | Concesiones: | 0 | | 19 +99 | |
| | | | Titulo: | Pensionado | | Pct. Adcl.: | | | | |
| SS: XXX-XX-7335 | | | Sueldo: | $1,327.98 Monthly | | Cant. Adcl.: | | | | |
| **HORAS E INGRESOS** | | | | | | | **IMPUESTOS** | | | |
| | | Corriente | | Acumulado | | | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | | Corriente | | Acumulado |
| Pago de Salarios Regulares | 8.172185 | 81.25 | 663.99 | 406.25 | 3,319.95 | | | | | |

| **Estado Libre Asociado de Puerto Rico** | | | | | Grupo de Pago: | SM -Quincenal | | Business Unit: PUERT | |
|---|---|---|---|---|---|---|---|---|---|
| 530 - RETIRO CENTRAL PENSIONADOS | | | | | Desde: | 03/16/2017 | | Aviso #: | 6916616 |
| | | | | | Hasta: | 03/31/2017 | | Fecha Aviso: | 03/30/2017 |
| **HECTOR REYES DE JESUS** | | | # Empleado: | P582807335 | | | DATA IMP: | Federal | PR |
| PO BOX 3502 PMB 25 | | | Dept: | 530100-Merito-Edad-Svc-Opcional-001 | | | Estado Civil: | Single | Single |
| JUANA DIAZ PR 00795-3502 | | | Lugar: | Ley 447 de 15 de mayo de 1951 | | | Concesiones: | 0 | 19 +99 |
| | | | Titulo: | Pensionado | | | Pct. Adcl.: | | |
| SS: XXX-XX-7335 | | | Sueldo: | $1,327.98 Monthly | | | Cant. Adcl.: | | |
| **HORAS E INGRESOS** | | | | | | | **IMPUESTOS** | | |
| | ------------- Corriente ------------- | | | ------ Acumulado ------ | | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | 8.172185 | 81.25 | 663.99 | 487.50 | 3,983.94 | | | | |