Reyes De Jesús, Héctor M.
P.O. Box 3502 Suite 25
Juana Diaz PR 00795

Case:17-03283-LTS Doc#:22225-2 Filed:09/14/22 Entered:09/15/22 13:27:26 Desc.
Envelope Page 1 of 1

SAN JUAN PR 009
12 SEP 2022 PM 2 L

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan (Puerto Rico) 00918-1767