**UNITED STATE DISTRIC COURT
FOR DISTRIC OF PUERTO RICO**
DEUDOR: **ESTADO LIBRE ASOCIADO DE PUERTO RICO**
NÚM. PROC. 67824
TITULO DE OBJECIÓN: **QUIGENTESIMA OCTAVA OBJECIÓN GLOBAL**

Iris E. Soto Rodríguez
HC 02 Box 6059
Florida, PR 00650
Telf. 787-904-9438
isrpr2006@yahoo.com

Seg. Soc. xxx-xx-2964

Saludos cordiales.

He trabajado para el Departamento de Educación de Puerto Rico, Región Educativa de Arecibo fungiendo como Maestra, Facilitadora Docente, Directora Escolar desde 1999 hasta el presente. Adjunto evidencia de los años sirviendo a nuestra Sociedad.
Se me debe la cantidad de $5,000 por salarios (aumentos y/o pasos) del Departamento de Educación a servidores. Es por esta razón que solicito ser considerada para el desembolso de esta cantidad a mi persona. Actualmente tengo una hija estudiante universitaria, soy madre soltera y tengo 2 trabajos para el sostén de mi familia. Esta cantidad me ayudaría sufragar algunos gastos de prioridad para nosotras.

He recibido varias notificaciones, pero igual que otros compañeros no supimos cómo proceder con las mismas.

Recabo a su consideración para liberar esta cantidad de PROMESA y el desembolso de esta.

Gracias,

Iris E. Soto Rodríguez

## FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación
No.
Reclamante:

| | | |
|---|---|---|
| (1) | Nombre completo | Iris E. Soto Rodriguez |
| (2) | Número de teléfono y correo electrónico | 787-904-9438 isrpr2006@yahoo.com |
| (3) | Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación (Proof of Claim) | 1999 - 2018 |
| (4) | Si en la Evidencia de Reclamación (Proof of Claim) reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (Proof of Claim). | |
| (5) | Número de seguro social de individuo/ número de seguro social patronal | REDACTED |
| (6) | En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7) | Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (Proof of Claim), así como cualquier otra documentación que apoye su reclamo. Hacienda evidencia mis planillas - |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. Incluya páginas adicionales si es necesario. |

He trabajado con el Dept. de Educación y entiendo que se debe a unos aumentos y/o paso que no me otorgaron porque según personal de la Agencia ya no calificaba. Desde 1999 hasta el presente soy maestra (otras posiciones) en el Dept. Educ., Región Arecibo

# EXHIBIT C