

# GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos
Archivo Personal No Docente

## CERTIFICACIÓN

Certifico que, Iris E. Soto Rodríguez, con el número de seguro social XXX-XX-**2964**, ha prestado servicios para esta Agencia ocupando los siguientes puestos docentes y no-docente que se detallan a continuación:

| PUESTO OCUPADO | DESDE | HASTA |
|---|---|---|
| Maestra de Nivel Elemental Transitorio Región Manatí | 08/04/1999 | 08/03/2003 |
| Maestra de Matemáticas Secundaria Transitorio Región Manatí | 08/04/2003 | 08/16/2003 |
| Facilitadora de Matemáticas Transitorio Región Manatí | 08/17/2011 | 01/15/2014 |
| Maestra de Matemáticas Secundaria Permanente Región Manatí | 01/16/2014 | 10/21/2014 |
| Directora Escolar Transitorio Región Manatí | 10/22/2014 | 07/31/2015 |
| Maestra de Matemáticas Secundaria Permanente Región Manatí | 08/01/2015 | 08/02/2015 |
| Maestra de Matemáticas Secundaria Permanente Región Manatí | 08/03/2015 | To present |

Certificación dada en San Juan, Puerto Rico, el 13 de diciembre de 2021, según solicitada por la empleada.

_____
Marta Acevedo Aponte
Supervisora Archivo no-docente

DEPARTAMENTO DE EDUCACIÓN
DIVISIÓN DE PERSONAL NO DOCENTE
PO BOX 190759
SAN JUAN, PR 00919-0759

P.O. Box 190759, San Juan, PR 00919-0759   Tel. (787)773-3025 o 3051

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.

DE DEPARTAMENTO DE EDUCACIÓN