Iris E. Soto Rodriguez
H.C. 02 Box 6059
Florida, P.R. 00650

CERTIFIED MAIL

7020 2450 0001 7344 9345

Secretaria (Clerk's Office)
Tribunal de Distrito de los E.U.
Sala 150 Edificio Federal
San Juan P.R.
00918-1767