Secretraría
Tribunal de Distrito de Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

RE: Replica de Reclamación: 2018
Número de Caso: 17-03283
Número de Reclamación: 50202-I
Número de Seguro Social: 6462
Deudor: Commonwealth of Puerto Rico



En contestación a su carta recibida relacionada a la reclamación en referencia, la cual especifica que, o reclamación será desestimada porque el deudor no recibió contestación de mi parte, informo que nunca recibí notificación alguna por ninguna de las vías de comunicación.

Solicito, respetuosamente, se me permita realizar mi reclamación nuevamente, basada en mi labor como Colector III de Rentas Internas, donde laboré por 30 años en el gobierno, basándome en mi derecho que hice mi reclamación en Junio 2018 bajo el Título III, conocida como Ley Promesa.

Reclamaciones:
- Ley 89– El Romerazo (conocido como Ley Promesa) – 50202-I – aumento de salario no cumplido.

Total reclamado: $15,000.00

Adjunto documentos necesarios para su evaluación.

De necesitar información adicional, pueden comunicarse conmigo al 939-284-1833 o al correo electrónico zayaszobeida54@gmail.com.

Atentamente,

Zobeida Flores Zayas