Formulario Form 499R-2/W-2 PR Rev. 07.08

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

| # | Field | Value |
|---|---|---|
| 1 | Nombre - First Name | ZOBEIDA |
|   | Apellido(s) - Surname(s) | FLORES ZAYAS |
|   | Dirección Postal del Empleado - Employee's Mailing Address | 69 COMERCIO BOX 3502 SUITE 25 |
| 2 | Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | L024000880 COAMO DEPARTAMENTO DE HACIENDA PASEO COVADONGA NUM.10 EDIFICIO INTENDENTE RAMIREZ SAN JUAN, PR 00902-4140 |
| 3 | Núm. Seguro Social - Social Security No. | XXX-XX-6462 |
| 4 | Núm. de Ident. Patronal - Employer's Ident. No. (EIN) | 660433481 |
| 5 | Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | |
| 6 | Costo de Pensión o Anualidad - Cost of Pension or Annuity | 0.00 |
|   | Año - Year | 2008 |
|   | Número de Control - Control Number | 017629392 |
| 7 | Sueldos - Wages | 34684.95 |
| 8 | Comisiones - Commissions | 0.00 |
| 9 | Concesiones - Allowances | 0.00 |
| 10 | Propinas - Tips | 0.00 |
| 11 | Total = 7+8+9+10 | 34684.95 |
| 12 | Gastos Reembolsados - Reimbursed Expenses | 248.95 |
| 13 | Cont. Retenida - Tax Withheld | 2579.20 |
| 14 | Fondo de Retiro - Retirement Fund | 2326.32 |
| 15 | Aportaciones a Planes Cualific. - Contributions to CODA PLANS | 0.00 |
| 16 | Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 0.00 |
| 17 | Total Sueldos Seguro Social - Social Security Wages | 34684.95 |
| 18 | Seguro Social Retenido - Social Security Tax Withheld | 2150.47 |
| 19 | Total Sueldos y Pro. Medicare - Medicare Wages and Tips | 34684.95 |
| 20 | Contrib. Medicare Retenida - Medicare Tax Withheld | 502.93 |
| 21 | Propinas Seguro Social - Social Security Tips | 0.00 |
| 22 | Seguro Social no Retenido en Propinas - Uncollected Social Security on Tips | 0.00 |
| 23 | Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

Copia C para Récord del Empleado
Copy C for Employee's Records

Reproducido por: Departamento de Hacienda