Objection Deadline: October 26, 2022 at 4:00 p.m. (AST)
Hearing date: November 2, 2022 at 9:30 a.m. (AST)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>(Jointly Administered)<br><br>CASE NO.: 17-BK-3283 (LTS) |

## NOTICE OF HEARING ON CLAIMANT LILIA MOLINA RUIZ'S MOTION FOR RELIEF OF STAY

**TO THE HONORABLE COURT**:

**PLEASE TAKE NOTICE** that a hearing on claimant Lilia Molina Ruiz's (claim number 77585) Motion for Relief of Stay, filed today by said claimant, will be held on November 2nd, 2022, at 9:30 a.m. (Atlantic Standard Time) (the "Hearing") at the Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Street, San Juan, Puerto Rico 00918-1767.

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA")(Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, to the extent applicable, and shall be served in accordance with the Sixteenth Amended Notice, Case Management and Administrative Procedures [Docket No. 20190], so as to be so filed and received no later than October 26th, 2022 at 4:00 p.m. (Atlantic Standard Time) (the "Objection Deadline"), and served on counsel for Lilia Molina Ruiz, José Luis Novas Debién, Esq., PMB 382, Calaf 400, San Juan, P.R. 00918.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Sixteenth Amended Notice, Case Management and Administrative Procedures.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of September, 2022.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's Sixteenth Amended Case Management Order. *See* Docket No. 20190-1.

**S/JOSE LUIS NOVAS DEBIÉN**
**USDC-PR #213905**
PMB 382
Calaf 400
San Juan, Puerto Rico 00918
Tel.: 787-754-8300
E-mail:jnovas1@gmail.com