IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>Debtors | PROMESA<br>TITLE III<br><br>(Jointly Administered)<br><br>CASE NO.: 17-BK-3283 (LTS) |

ORDER

Upon motion made by claimant Lilia Molina for relief of automatic stay and for the reasons stated therein, same is **GRANTED** as requested pursuant to 11 U.S.C.A. §362 (d)(2)(A) and (B), as the Commonwealth of Puerto Rico neither has equity in claimant's property nor is the same necessary to an effective reorganization.

IT IS SO ORDERED.

This ____day of September 2022 in San Juan, Puerto Rico.

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge