# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO,**<br>Et al.,<br><br>**Debtors** | **Civil No. 17-BK-3283 (LTS)**<br><br>**(Jointly Administered)**<br>**PROMESA TITLE III** |

### JOSE RAFAEL LOPEZ MEDINA'S INFORMATIVE
### MOTION TO APPEAR AT SEPTEMBER OMNIBUS HEARING

**TO THE HONORABLE COURT:**

Jose Rafael Lopez Medina ("Mr. Lopez Medina") hereby submits this informative motion in compliance with the Order Regarding Procedures for September 21-22, 2022, Omnibus Hearing [ECF No. 220382], and respectfully states as follows:

The undersigned attorney will appear on behalf of Mr. Lopez Medina at the September 21-22, 2022, Omnibus Hearing.

The undersigned attorney, on behalf of Mr. Lopez Medina will discuss the civil right violation and damages pending before the United States District Court for the District of Puerto Rico.

Mr. Lopez Medina reserves the right to be heard on any matter raised by any party at the Hearing as concerns Mr. Lopez Medina related to the Title III cases, or any adversary proceeding pending the Title III cases.

**WHEREFORE**, Mr. Lopez Medina very respectfully requests to this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this September 15, 2022.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications to the attorneys of record.

### NOTICE

Within fourteen (14) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court of the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless; (i) the request relief is forbidden by law; (ii) the request relief is against public policy; or (iii) in the opinion of the court the interest of justice requires otherwise.

Respectfully submitted, in San Juan, Puerto Rico, on September 15, 2022.

**Counsel for Creditor/Plaintiff,**
**S/JO-ANN ESTADES BOYER**
JO-ANN ESTADES BOYER
U.S.D.C. NO. 211811
16 Taft Street 16, Apt. 2,
San Juan Puerto Rico 00911
e-mail:joestades@yahoo.com/
joestades@gmail.com