### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, As representative of THE COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>Debtors | Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered)<br>PROMESA TITLE III |

### MOTION TO INFORM APPEARANCE AT OMNIBUS HEARING SCHEDULED FOR SEPTEMBER 21 AND 22, 2022

TO THE HONORABLE COURT:

COMES NOW, DOWNTOWN DEVELOPMENT CORP (DDC) through the undersigned attorney and hereby enters its appearance and respectfully states and prays as follows:

1. This Motion to Inform Appearance at Omnibus Hearing Scheduled for September 21 and 22, 2022, is filed in compliance with the Order Regarding Procedures for Omnibus Hearing at ECF No. 22038.

2. The undersigned attorney hereby informs that he will appear at the September 21 and 22, 2022 Omnibus hearing on behalf of DDC to argue in support of the DDC's Opposition to Four Hundred Ninety-Second Omnibus Objection (Doc#21741 of the Commonwealth of Puerto Rico regarding DDC's Claim #27270.

3. The Party Appearance Cover Sheet is submitted by attorney Rosendo E. Miranda Lopez , Esq. and attached to this Motion to Inform as Exhibit A.

WHEREFORE, administrative DDC respectfully request this Honorable Court take notice of this Motion to Inform in compliance with the Order Regarding Procedures for September 21–22, 2022, Omnibus Hearing at ECF No. 22038[1].

I HEREBY CERTIFY: That on this same date, I electronically filed the foregoing with

---

[1] - The instant Motion is been filed after several hours of trying, due to a technical problem that was preventing DDC appearing as a party when trying to file. We communicated with the Clerk of the Court, Kroll and finally the ECF tech center staff Idnar Díaz solved the problem.

the Clerk of the Court using the CM/ECF system, which will send notice of this filing to all parties in interest as per master address list.

In San Juan, Puerto Rico, this 15th day of September, 2022.

/s/ Rosendo E. Miranda López,
U.S.D.C. No. 219405
Rosendo E. Miranda López, Esq.
Attorney for DDC
PO Box 192096
San Juan, PR 00919-2096
Tel.724-3393 Fax: 723-6774
r.miranda@rmirandalex.net