EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party<br>DOWNTOWN DEVELOPMENT CORP | |
| Party Name Abbreviation (For Use with Zoom[2])<br>DDC | |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, ROSENDO E. MIRANDA LOPEZ<br>• Email, notificatio@rmirandalex.net<br>• Law Firm ROSENDO E. MIRANDA LOPEZ<br>• Phone Number 787-724-3393 / 787-590-3092<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See September Omnibus Hearing Procedures Order, ¶ 8(a)) ROSENDO E. MIRANDA LOPEZ / DDC<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the September Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See September Omnibus Hearing Procedures Order ¶ 8(a).