Date 8/sept/2022

Doris N. Ruiz Muñiz mayor de edad, residencia 1051 Calle 3 SE Condominio Medical Center Plaza Apt 613 San Juan, P.R. 00921-3011, teléfono 787-316-1594, correo electrónico doruiz.11@gmail.com

Le envie copia del Anejo A donde están mis datos.

Le estoy enviando los datos tarde pero, pido se me reconcidere el caso al momento que le estoy enviando toda los documentos que demuestran que del 2004 se estableció la Ley 168 donde hubo un aumento de $100.00 dolares el cual, yo estaba en el Sistema de Educación de Puerto Rico y no fuí incluida en dicho aumento. Esto es hasta 2014 (31 de octubre 2014 que yo me retire del Sistema.

Doris N. Ruiz Muñiz

### IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ruiz Muniz, Doris N. | 106241 | 06/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 *12,000.00* |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. | | | |

### SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ruiz Muniz, Doris N. | 106241 | 06/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Le envio evidencia de mi talonario cuanto estaba activa en el DE que fue hasta 31 oct 2014, y el talonario de jubilada.*

Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 106241  **Creditor Name:** Ruiz Muniz, Doris N.

| | | |
|---|---|---|
| (1) | Nombre Completo | Doris N. Ruiz Muniz |
| (2) | Número de teléfono | 787-316-1594 |
| (3) | Número de empleado | |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico agosto 1984 — octubre 2014 Sistema Retiro de Maestro octubre 2014 — al presente |
| (5) | Correo electrónico | doruiz11@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 0645 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | La ley 168 de 2004 Son $100.00 (son 1,200 × 10 años) Desde el 2004 — al 2014 son 10 años Cantidad reclama $12,000 |

*** Attach any supporting documentation you may have related to your claim. ***



17032830019 3508

Exhibit A
FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 106241  **Creditor Name:** Ruiz Muniz, Doris N.

| | | |
|---|---|---|
| (1) | Nombre Completo | Doris N. Ruiz Muniz |
| (2) | Número de teléfono | 787-316-1594 |
| (3) | Número de empleado | |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico agosto 1984 – octubre 2014<br>Sistema Retiro de Maestro octubre 2014 – al presente |
| (5) | Correo electrónico | doruiz11@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 0645 |
| (7) | Número de caso administrativo o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | La ley 168 de 2004 Son $100.00 (son 1,200 x 10años)<br>Desde el 2004 – al 2014 son 10 años<br>Cantidad reclamada $12,000 |



\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*

