

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

Oficina del Secretario

25 de junio de 2010

DORIS N RUIZ MUÑIZ
CALLE 2 B 6
RIVERAS DEL RIO
BAYAMON, PUERTO RICO 00959

Estimado(a) señor(a) DORIS N RUIZ MUÑIZ :

El 7/16/2009 usted fue notificado que sería destacado administrativamente en funciones de Director Escolar. Este destaque culmina el 30 de junio de 2010.

Usted deberá reinstalarse a su puesto F00546 de SUP. DE ZONA ESPAÑOL IV, conforme a la reorganización de los distritos escolares en el Distrito Escolar de Vega Alta, efectivo el 1 de julio de 2010.

De usted estar en desacuerdo con esta determinación tendrá derecho a solicitar revisión de la misma ante la Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público, dentro de un término de treinta (30) días a partir del recibo de esta notificación. Podrá comparecer por si mismo (a) o representado (a) por un abogado. La dirección de la Comisión es: 268 Ave. Ponce de León, Edificio Hato Rey Center, Suite 600, Piso 6. La apelación no tendrá el efecto de detener la acción de reinstalación.

Agradezco la labor realizada y le deseo éxito en sus encomiendas futuras.

Cordialmente,

Jesús M. Rivera Sánchez, Ed. D.
Secretario Interino

JRS/mlv

1230-2780

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 φ TEL.: (787) 773-3800 φ FAX: (787) 250-0275

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez, Esquina Calaf
HATO REY, PR 00919

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/2011 |
| Hasta: | 10/15/2011 |

Aviso #: 0784339
Fecha Aviso: 10/14/2011

**DORIS N RUIZ MUQIZ**
CALLE 2 B 6
RIVERAS DEL RIO
BAYAMON, PR 00959
SS: XXX-XX-0645

| | |
|---|---|
| # Empleado: | XXXXX0645 |
| Dept: | 8107119-BAYAMON-BAYAMON |
| Lugar: | OFICINA SUPERINTENDENTE |
| Titulo: | DEPARTAMENTO DE EDUCACION |
| Sueldo: | $3,120.00 Monthly |

| | | |
|---|---|---|
| DATA IMP: | Federal | PR |
| Estado Civil: | Married | Head of Household |
| Concesiones: | 0 | 2 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,560.00 | 1,537.50 | | 30,765.00 |
| Total: | | 1,560.00 | 1,537.50 | | 30,765.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 22.62 | 446.09 |
| PR Withholding | 66.74 | 1,115.84 |
| Total: | 89.36 | 1,561.93 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 140.40 | 2,768.85 |
| Total: | 140.40 | 2,768.85 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 17.00 | 313.00 |
| DM-FONDOS UNIDOS | 1.00 | 19.00 |
| SC-COOP DE SEGUROS DE VIDA | 15.21 | 288.99 |
| Ahorros-AEELA | 46.80 | 922.95 |
| DUM-Gob Dev Sueldo Cob Indebid | 0.00 | 322.95 |
| Total: | 80.01 | 1,866.89 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 132.60 | 2,646.27 |
| FSED Disability Plan | 26.52 | 523.05 |
| SM-First Medical Health Plan | 0.00 | 900.00 |

\* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,560.00 | 0.00 | 89.36 | 220.41 | 1,250.23 |
| Acumulado: | 30,765.00 | 0.00 | 1,561.93 | 4,635.74 | 24,567.33 |

### PTO HORAS ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #0784339 | 1,250.23 |
| Total: | 1,250.23 |

**MENSAJE:**

---

**DEPT DE EDUCACION-CLASIFICADOS**
Ave. Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
10/14/2011

Aviso No.
784339

Cant. Deposito: $1,250.23

A la Cuenta(s) De
**DORIS N RUIZ MUQIZ**
CALLE 2 B 6
RIVERAS DEL RIO
BAYAMON, PR 00959
Localizacion: OFICINA SUPERINTENDENTE

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | REDACTED | $1,250.23 |
| Total: | | $1,250.23 |

## NO-NEGOCIABLE

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 09/16/2019 |
| Hasta: | 09/30/2019 |

| | |
|---|---|
| Business Unit: | PUERT |
| Aviso #: | 3618474 |
| Fecha Aviso: | 09/27/2019 |

**DORIS N RUIZ MUNIZ**
COND MEDICAL PLAZA
1051 CALLE 3 SE APT 613
SAN JUAN PR 00921-3011
SS: XXX-XX-0645

| | |
|---|---|
| # Empleado: | XXXXX0645 |
| Dept: | 592230-Anos y Servicios Ley160/2013 |
| Lugar: | Anos y Servicios Ley160/2013 |
| Titulo: | Pensionado |
| Sueldo: | $2,381.67 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 39 +99 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,190.84 | 1,462.50 | 21,435.12 |
| Total: | | | 1,190.84 | 1,462.50 | 21,435.12 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AS-EMP ACOG SEG ASOC EMP ELA | 1.00 | 12.00 |
| Total: | 1.00 | 12.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|

* Tributable

### TOTAL BRUTO

| | | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,190.84 | 0.00 | 1.00 | 1,189.84 |
| Acumulado: | 21,435.12 | 0.00 | 12.00 | 21,423.12 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3618474 | 1,189.84 |
| Total: | 1,189.84 |

MENSAJE:

---

**Gobierno de Puerto Rico**
592 - SISTEMA DE RETIRO MAESTRO-PENS

Fecha
09/27/2019

Aviso No.
3618474

Cant. Deposito: $1,189.84

TRAY 130 SQ 32872****************SCH 5-DIGIT 00920    32872 2 AV 0.383
DORIS N RUIZ MUNIZ
COND MEDICAL PLAZA
1051 CALLE 3 SE APT 613
SAN JUAN PR 00921-3011

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | REDACTED | $1,189.84 |
| Total: | | $1,189.84 |

**NO-NEGOCIABLE**

**Formulario 480.7C** / Form Rev. 08.21

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
Departamento de Hacienda - Department of the Treasury
**DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

Número de Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number: **F0060077056**

AÑO CONTRIBUTIVO / TAXABLE YEAR: **2021**
Enmendado - Amended: ( __/__/__ )

Indique propósito - Indicate purpose:
☐ Aportaciones / Contributions
☒ Distribuciones / Distributions
☐ Ambos / Both

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
- Núm. de Identificación Patronal - Employer Identification No.: **66-0433481**
- Nombre - Name: **ADMINSTRACIÓN SISTEMAS DE RETIRO**
- Dirección - Address: **PO BOX 42003**
- **SAN JUAN PR** Código Postal - Zip Code: **00940-2003**
- Núm. de Teléfono - Telephone No. / Correo Electrónico - E-mail:

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
Seleccione un encasillado - Select one box:
☒ Residente / Resident ☐ No Residente Ciudadano de E.U. / Nonresident U.S. Citizen ☐ No Residente Extranjero / Nonresident Alien
- Núm. de Identificación - Identification No.: **REDACTED**
- Nombre - Name: **DORIS RUIZ MUNIZ**
- Dirección - Address: **COND MEDICAL PLAZA 1051 CALLE 3 SE APT 613 SAN JUAN PR 00921-3011**
- Código Postal - Zip Code

### INFORMACIÓN DEL PLAN - PLAN'S INFORMATION
- Núm. de Identificación Patronal - Employer Identification No.: **66-0433481**
- Nombre del Plan - Name of Plan: **ADMINSTRACIÓN SISTEMAS DE RETIRO**
- Nombre de quien auspicia el plan - Plan sponsor's name: **ADMINSTRACIÓN SISTEMAS DE RETIRO**
- Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: Día/Day **1** Mes/Month **11** Año/Year **2014**

**Forma de Distribución - Form of Distribution:**
☐ Total / Lump Sum ☐ Parcial / Partial ☒ Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad - Plan or Annuity Type:**
☒ Gubernamental / Governmental ☐ Privado Calificado / Qualified Private ☐ No Calificado / Non Qualified ☐ Anualidad Fija / Fixed Annuity ☐ Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount |
|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | 0.00 |
| 2. Distribución Vía Transferencia / Rollover Distribution | 0.00 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 75,960.74 |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | 0.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | 0.00 |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | 0.00 |

**Distribuciones - Distributions**

| Descripción | Cantidad |
|---|---|
| 16. Cantidad Distribuida / Amount Distributed | 28,580.16 |
| 17. Cantidad Tributable / Taxable Amount | 28,580.16 |
| 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 20. Ingresos Exentos / Exempt income | 0.00 |
| 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
|    A. Exentas / Exempt | 0.00 |
|    B. Tributables / Taxable | 0.00 |
|    C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
|    D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
|    E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 23. Código de Distribución / Distribution Code | **A** |

Razones para el Cambio / Reasons for the Change

- Número de Cuenta / Account Number: **REDACTED**
- Número de Control / Control Number: **210042540**
- Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE NOVIEMBRE, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR NOVEMBER 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

JUNTA DE RETIRO



# Estado Libre Asociado de Puerto Rico
# Departamento de Educación

Oficina de Sistemas de Información y
Apoyo Tecnológico a la Docencia

18 de Septiembre de 2014

## CERTIFICACIÓN NEGATIVA DE ENTREGA DE LAPTOP

Certifico que la Sra. Doris Ruiz Muñiz, Supervisora de Zona de Español del Distrito Escolar Bayamón, Región Bayamón, Seguro Social REDACTED se le hizo entrega de ninguna computadora portátil (laptop), perteneciente al **Departamento de Educación.**

De necesitar información adicional, pueden comunicarse con el Sr. José Luis Narváez Director Centro de Computos al (787) 773-2696

_____
Funcionario OSIATD

_____
Certificación Recibida por

Septiembre-18-2014
Fecha

Septiembre-18-2014
Fecha

CENTRO DE COMPUTOS
SEP 18 2014

---

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

| 252 | RUIZ MUNIZ, DORIS N.<br>1051 CALLE 3 SE<br>COND. MEDICAL CENTER PLAZA APT 613<br>SAN JUAN, PR 00921-3011 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 106241 | Indeterminado* |

Base para: La Evidencia de Reclamo está relacionada con un expediente administrativo incompleto. El demandante no respondió a muchos correos donde se le solicitaba información necesaria para completar su expediente administrativo; informar al demandante sobre la falta permanente de una respuesta podría obligar al/a los Deudores a objetar la evidencia de reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

63