Doris N. Ruiz Mañiz
1051 Calle 3 SE Apt 613
Cond Medical Plaza
San Juan, P.R. 00921-3011



Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos (United States District Court)
Sala 150 Edificio Federal
San Juan, (Puerto Rico) 00918-1767