# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

_____
In re:                                            )
                                                  )   PROMESA
THE FINANCIAL OVERSIGHT AND                       )   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                 )
                                                  )
    as representative of                          )   Case No. 17 BK 3283-LTS
                                                  )
THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]     )   (Jointly Administered)
                                                  )
    Debtors.                                      )
_____

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), made applicable to these proceedings by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("**PROMESA**"), 48 U.S.C. §2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), made applicable to these proceedings by section 301 of PROMESA, 48 U.S.C. §2161, AT&T Services Inc., on behalf of itself and its

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

affiliates including, AT&T Mobility Puerto Rico Inc. (collectively, "**AT&T**"), hereby appears in these proceedings by its counsel, McConnell Valdes LLC and Norton Rose Fulbright US LLP, and demands, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon counsel at the addresses set forth below. E-mail addresses are included, and notice by e-mail is affirmatively acknowledged as being acceptable:

> Antonio A. Arias-Larcada
> **MCCONNELL VALDES LLC**
> 270 Munoz Rivera Avenue
> Hato Rey, Puerto Rico 00918
> Telephone: 787-759-9292
> Facsimile: 787-759-8282
> E-mail: aaa@mcvpr.com
>
> and
>
> David A. Rosenzweig
> Francisco Vazquez
> **NORTON ROSE FULBRIGHT US LLP**
> 1301 Avenue of the Americas
> New York, New York 10019-6022
> Telephone: (212) 318-3000
> Facsimile: (212) 318-3400
> E-mail: david.rosenzweig@nortonrosefulbright.com
> francisco.vazquez@nortonrosefulbright.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document that in any way affects the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a waiver of (i) AT&T's right to trial by jury in any

proceeding so triable herein, or in any case, controversy or proceeding related hereto; or (ii) any other rights, claims, actions, defenses, set-offs, or recoupments to which AT&T is or may be entitled under any agreement, in law, or in equity, and all such rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: September 16, 2022

                                                      Respectfully submitted,

                                                     **MCCONELL VALDES LLC**

By:  */s/ Antonio A. Arias-Larcada*
Antonio A. Arias-Larcada
270 Munoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5604
Facsimile: 787-759-8282
E-mail: aaa@mcvpr.com


                                    **NORTON ROSE FULBRIGHT US LLP**
By:  */s/ David A. Rosenzweig*
David A. Rosenzweig
Francisco Vazquez
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
E-mail: david.rosenzweig@nortonrosefulbright.com
        francisco.vazquez@nortonrosefulbright.com
*Co-Counsel for AT&T Services Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 16, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Puerto Rico.

        By: */s/ Antonio A. Arias-Larcada*
            Antonio A. Arias-Larcada