| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 39294 | ALEMAÑY MARTÍNEZ, FRANCHESKA Y OTROS | Commonwealth of Puerto Rico | $ - |
| 116945 | ALSINA MARTINEZ, NORMA I. | Commonwealth of Puerto Rico | $ - |
| 35899 | ÁLVAREZ INOA, ANTONIO Y/O 7: ORLANDO BERMÚDEZ LÓPEZ, EDWIN ENCARNACIÓN COSME, DANIEL | Commonwealth of Puerto Rico | $ - |
| 36838 | ANDINO, EDWIN COLON | Commonwealth of Puerto Rico | $ - |
| 21521 | APS HEALTHCARE PUERTO RICO, INC. | Commonwealth of Puerto Rico | $ - |
| 39080 | ARROYO RIVERA V POLICIA, EDWIN | Commonwealth of Puerto Rico | $ - |
| 11854 | AYALA-RIVERA, IRIS | Commonwealth of Puerto Rico | $ - |
| 154211 | BALBIN PADILLA, CYNTHIA | Commonwealth of Puerto Rico | $ - |
| 33770 | BENITEZ DELGADO, ALFREDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 78,628.08 |
| 61162 | BENITEZ DIAZ, HECTOR | Commonwealth of Puerto Rico | $ - |
| 23550 | BERRIOS VALENTIN, FELIX A. | Commonwealth of Puerto Rico | $ - |
| 21492 | CARABALLO, LENNIS | Commonwealth of Puerto Rico | $ - |
| 11012 | CARMEN P. MORALES - OCASIO ON BEHALF OF MINOR R.G.M. | Commonwealth of Puerto Rico | $ - |
| 114960 | CASTRO MACHUCA, MILDRED | Commonwealth of Puerto Rico | $ - |
| 20645 | CASTRO PEREZ, HECTOR A | Commonwealth of Puerto Rico | $ - |
| 84867 | CENTENO ALVARADO, RAFAEL | Commonwealth of Puerto Rico | $ - |
| 149870 | CINTRON-VALENZUELA, EIZZIL | Commonwealth of Puerto Rico | $ - |
| 17337 | COLLAZO ROMERO, BRUNILDA | Puerto Rico Highways and Transportation Authority | $ - |
| 42889 | COLON ANDINO, EDWIN | Commonwealth of Puerto Rico | $ - |
| 15801 | COLÓN DÍAZ, MARÍA DEL CARMEN | Commonwealth of Puerto Rico | $ - |
| 67404 | COLON-GONZALEZ, JUAN I. | Commonwealth of Puerto Rico | $ - |
| 20059 | CORDEN SANCHEZ, WANDA | Commonwealth of Puerto Rico | $ - |
| 25305 | CORUJO SOTO, SERGIO A | Commonwealth of Puerto Rico | $ - |
| 18821 | COUVERTIER SOSA, ORLANDO | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 12034 | CRESPO MULERO, ANASTACIA | Commonwealth of Puerto Rico | $ - |
| 40405 | DE JESUS DAVILA, WANDA | Commonwealth of Puerto Rico | $ - |
| 17839 | DE JESUS SANTIAGO, MIGUEL A | Commonwealth of Puerto Rico | $ - |
| 9663 | DEL RIO, VANESSA | Commonwealth of Puerto Rico | $ - |
| 27836 | DIAZ CASIANO, RAFAEL | Commonwealth of Puerto Rico | $ - |
| 29018 | DIAZ TORRES, LUIS G | Commonwealth of Puerto Rico | $ - |
| 27685 | FELIX DEJESUS, ORLANDO | Commonwealth of Puerto Rico | $ - |
| 19342 | FIGUEROA, FRANCISCO BOLIS | Commonwealth of Puerto Rico | $ - |
| 25907 | FLORES MELENDEZ, WILFREDO | Commonwealth of Puerto Rico | $ - |
| 60874 | FONTANEZ LASANTA, FELIX | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 95370 | GALLARDO GUTIERREZ, HERIBERTO | Commonwealth of Puerto Rico | $ - |
| 106810 | GARCIA TORRES, CARMEN | Commonwealth of Puerto Rico | $ - |
| 5804 | GAUDIER PEREZ, JONATHAN | Commonwealth of Puerto Rico | $ - |
| 39669 | GERARDINO NARVÁEZ, LIZA M | Commonwealth of Puerto Rico | $ - |
| 20065 | GONZALEZ RAMOS, WILFREDO | Commonwealth of Puerto Rico | $ - |
| 30344 | HERNANDEZ MOLINA, MELVIN | Commonwealth of Puerto Rico | $ - |
| 24554 | JIMENEZ ALVAREZ, FRANCISCO J | Commonwealth of Puerto Rico | $ - |
| 22306 | JIMENEZ DE JESUS, RUTH | Commonwealth of Puerto Rico | $ - |
| 46070 | LARRIUZ MARRERO, LUIS | Commonwealth of Puerto Rico | $ - |
| 24607 | LEBRON FLORES, AMANLYS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 20039 | LOPEZ COLON, JOSE A | Commonwealth of Puerto Rico | $ - |
| 18522 | LUGO SEGARRA, LINDA B | Commonwealth of Puerto Rico | $ - |
| 43397 | MANGUAL DIAZ, JOSE L | Commonwealth of Puerto Rico | $ - |
| 82883 | MANTILLA GAVILLAN, JESUS | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 122090 | MARQUEZ CANALES, YAMIELLE | Commonwealth of Puerto Rico | $ - |
| 46659 | MARRERO, JAVIER PANTOJA | Commonwealth of Puerto Rico | $ - |
| 39958 | MATOS GALARZA, NORMA I. | Commonwealth of Puerto Rico | $ - |
| 14449 | MENDEZ LARACUENTE, RAMON | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 18494 | MENDEZ LARACUENTE, RAMON | Commonwealth of Puerto Rico | $ - |
| 5950 | MENDEZ MENDEZ, RUTH E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 135184 | MENDEZ TERRERO, MAGDA | Commonwealth of Puerto Rico | $ - |
| 6107 | MIRADAN PEREZ, LISBETH | Puerto Rico Highways and Transportation Authority | $ - |
| 45698 | MIRANDA NEGRON, ANGEL R. | Commonwealth of Puerto Rico | $ - |
| 19524 | MORALES LEBRON, JAVIER A | Commonwealth of Puerto Rico | $ - |
| 15435 | MUNICIPIO DE BAYAMON | Commonwealth of Puerto Rico | $ - |
| 6159 | NUNEZ RIVERA, BERNICE | Puerto Rico Highways and Transportation Authority | $ - |
| 50487 | PADILLA PEREZ, DAISY | Commonwealth of Puerto Rico | $ - |
| 55230 | PEREZ SANTIAGO, MARTHA E. | Commonwealth of Puerto Rico | $ - |
| 82379 | PEREZ SANTIAGO, MARTHA E. | Commonwealth of Puerto Rico | $ - |
| 31829 | PICORNELL MARTÍ, MORAIMA | Commonwealth of Puerto Rico | $ - |
| 24924 | QUINONES MALDONADO, CARMEN D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 90,908.16 |
| 49384 | RAMOS ROSA, YAMARIS | Commonwealth of Puerto Rico | $ - |
| 17344 | RAMOS TORRES, CARMEN E | Puerto Rico Highways and Transportation Authority | $ - |
| 82382 | REYES RIVERA, SONIA I. | Commonwealth of Puerto Rico | $ - |
| 36429 | RIVERA BURGOS, NESTOR E. Y QUILES HERNÁNDEZ, ELIZABETH | Commonwealth of Puerto Rico | $ - |
| 26107 | RODRIGUEZ CHAPARRO, MARIA | Commonwealth of Puerto Rico | $ - |
| 25766 | RODRIGUEZ DE JESUS, ROBERTO | Commonwealth of Puerto Rico | $ - |
| 17370 | RODRIGUEZ FELICIANO, WILLIAM | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 12261 | RODRIGUEZ MOJICA, IVONNE | Commonwealth of Puerto Rico | $ - |
| 14870 | RODRIGUEZ MOJICA, IVONNE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 62784 | RODRÍGUEZ ORTIZ, EDWIN A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 36686 | RODRIGUEZ RODRIGUEZ, SONIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 91819 | RUIZ PEREZ, JUAN | Commonwealth of Puerto Rico | $ - |
| 34938 | SANABRIA DE JESUS, HECTOR W | Commonwealth of Puerto Rico | $ - |
| 41187 | SANDOVAL QUINTANA, CECILIO | Commonwealth of Puerto Rico | $ - |
| 25586 | SANTANA GARCIA, ANGEL LUIS | Commonwealth of Puerto Rico | $ - |
| 5772 | SANTIAGO ADORNO, BLANCA I | Puerto Rico Highways and Transportation Authority | $ - |
| 14659 | SANTIAGO RENTA, ANAIDA M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 15717 | SANTIAGO RENTA, ANAIDA M | Commonwealth of Puerto Rico | $ - |
| 47370 | SANTIAGO RODRIGUEZ, SERAFIN | Commonwealth of Puerto Rico | $ - |
| 52310 | SANTOS NIEVES, JUAN | Commonwealth of Puerto Rico | $ - |
| 26544 | SARGENTO MARIANO GONZALEZ GONZALEZ GONZALEZ | Commonwealth of Puerto Rico | $ - |
| 31409 | SEPULVEDA RAMOS, HECTOR | Commonwealth of Puerto Rico | $ - |
| 87193 | SIERRA PLAZA , GLADYS E. | Commonwealth of Puerto Rico | $ - |
| 70744 | SILVA BERNIER, JOSE V. | Commonwealth of Puerto Rico | $ - |
| 13765 | TORRES LOPEZ, IVETTE G | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 13935 | TORRES LOPEZ, IVETTE G | Commonwealth of Puerto Rico | $ - |
| 121466 | TORRES MERCADO, GUMERSINDA | Puerto Rico Highways and Transportation Authority | $ - |
| 52841 | TORRES NEGRON, JOSE A | Commonwealth of Puerto Rico | $ - |
| 11316 | VEGA AYALA, WANDA | Commonwealth of Puerto Rico | $ - |
| 42429 | VELEZ LEBRON, ROSA M | Commonwealth of Puerto Rico | $ - |
| 27830 | VILLEGAS GONZALEZ, RICARDO | Commonwealth of Puerto Rico | $ - |

# Exhibit A

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 4682 | ZAYAS VASQUEZ, BRISEIDA Y/O ANA M CRUZ QUINTANA | Commonwealth of Puerto Rico | $ - |