# Exhibit B

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 23492 | AGRONT MENDEZ, LILIA M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 43,232.30 |
| 151583 | FELICIANO ROSADO, JESUS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 40324 | LEBRON CINTRON, LUIS M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 12237-1 | MALDONADO REYES, VILMA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 21758 | MELENDEZ SANCHEZ, ENID E | Commonwealth of Puerto Rico | $ 45,675.00 |
| 40832 | MURIEL SUSTACHE, MARISELA | Commonwealth of Puerto Rico | $ - |
| 60462 | NIEVES CARDONA, LUZ N. | Commonwealth of Puerto Rico | $ - |
| 155094 | ORTIZ LOPEZ, LUZ C | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 16361 | PACHECO RIVERA, MAGDA IVETTE | Commonwealth of Puerto Rico | $ 25,000.00 |
| 128204 | PLUMEY SOTO, ENID CECILIA | Commonwealth of Puerto Rico | $ 75,000.00 |
| 105157 | ROMAN MARTINEZ, NAYDA I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 490 | ROSADO, JOHANY ROSARIO | Commonwealth of Puerto Rico | $ 56,970.24 |
| 46279 | SANTIAGO CORTES, RAQUEL | Commonwealth of Puerto Rico | $ - |
| 141650 | TORRES, LESLIE M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 111363 | VAZQUEZ PAREDES, NEIZA H | Commonwealth of Puerto Rico | $ - |
| 176473 | VAZQUEZ SALOME, CARMEN | Commonwealth of Puerto Rico | $ 1,200.00 |