UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING JOSE RAFAEL LOPEZ MEDINA'S
INFORMATIVE MOTION TO APPEAR AT SEPTEMBER OMNIBUS HEARING

    The Court has received and reviewed *Jose Rafael Lopez Medina's Informative Motion to Appear at September Omnibus Hearing* (Docket Entry No. 22230 in Case No. 17-3283) (the "Informative Motion"), filed by Jose Rafael Lopez Medina. The Informative Motion states that Mr. Lopez Medina's attorney intends to "appear on behalf of Mr. Lopez Medina at the" omnibus hearing scheduled for September 21, 2022 (the "Omnibus Hearing"), to "discuss the civil right[s] violation and damages pending before the United States District Court for the District of Puerto Rico." (Info. Mot. at 1.)

    As set forth in the Court's September 14, 2022, *Order Concerning Petition in Opposition to Discharge of Claim as to José R. Lopez Medina with a Request for Hearing and a*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Motion Requesting a Lift of Stay* (Docket Entry No. 22193), it is the Court's understanding that Mr. Lopez Medina's *Petition in Opposition to Discharge of Claim as to José R. Lopez Medina with a Request for Hearing and a Motion Requesting a Lift of Stay* (Docket Entry No. 21994) bears no relation to the *Five Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* (Docket Entry No. 21763), but instead relates to *Mr. José Lopez Medina's Motion for Relief from the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(c)(3), 304(h) and Bankruptcy Code's 362 (b)(4), (d)(1)* (Docket Entry No. 21716) (the "Stay Relief Motion"). The Stay Relief Motion has been briefed by the parties and taken under advisement by the Court, and no hearing is scheduled with respect to the Stay Relief Motion. (See *Order Granting Urgent Consensual Motion for Extension of Deadlines*, Docket Entry No. 21875.)

Mr. Lopez Medina is hereby directed to file, by **4:00 p.m. (Atlantic Standard Time)** on **September 19, 2022**, an informative motion identifying the specific matter(s), if any, on which he seeks to be heard that are scheduled to be addressed at the Omnibus Hearing.

SO ORDERED.

Dated: September 16, 2022

   /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge