**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Christian Rivera, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On August 30, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the ADR CW Notice Parties Service List attached hereto as **Exhibit B**.

    On August 30, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit C**, to be served via first class mail on the ADR ERS Notice Parties Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On August 30, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit E**, to be served via first class mail on the ADR HTA Notice Parties Service List attached hereto as **Exhibit F**.

Dated: September 13, 2022

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 13, 2022, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 63721

**<u>Exhibit A</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: Tuesday, August 30, 2022
Designated Claimant(s):

Address:

Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:

## RESPONSE DEADLINE: Tuesday, September 20, 2022

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll</u> <u>free for</u> <u>U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth of Puerto Rico's Title III case.  The Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Fourth Notice of Transfer of Claims to Alternative Dispute Resolution* on August 1, 2022 [ECF No. 21685], pursuant to the procedures (the "<u>ADR</u> <u>Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III</u> <u>Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request.**  Debtor requests that you provide the following related to Designated Claim No.            : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.** <br> YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **<u>REQUESTS FOR INFORMATION AND DOCUMENTS</u>** <br><br> 1. Please provide information regarding the basis of the case.  What are the facts underlying the case? <br><br> 2. Please provide any documentation you have relating to the case. <br><br> 3. What is the amount that you are claiming?  Please provide the basis for the estimated amount owed for your claim? <br><br> 4. What is the current status of the case? <br><br> 5. Are you represented in the case?  If so, who is your attorney? |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Alvarez and Marsal.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY TUESDAY, SEPTEMBER 20, 2022**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated Claimant's Authorized Representative]

By: _____

[Printed Name]

[Signature of the Designated Claimant's Authorized Representative]

By: _____

[Printed Name]

4

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>        como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                    Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: martes, 30 de agosto de 2022
Reclamante(s) designado(s):

Dirección:

Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: martes, 20 de septiembre de 2022**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales),</u> disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III del Estado Libre Asociado de Puerto Rico.  El Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésimo Cuarto Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 1 de agosto de 2022 [ECF Núm. 21685], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.              : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

---

**Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.**

DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO

**SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS**

1. Por favor proporcione información sobre la base del caso. ¿Qué hechos cree que dieron lugar al caso?

2. Por favor proporcione toda documentación que tenga relacionado con el caso.

3. ¿Cuál es la cantidad que reclamas? Por favor proporcione la base de la cantidad estimada adeuda por sus reclamaciones adicionales.

4. Cuál es el estado actual del caso?

5. ¿Estás representado en cualquiera del caso? Si es así, quien está tu abogado o abogada?

---

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA MARTES, 20 DE SEPTIEMBRE DE 2022 A LA SIGUIENTE DIRECCIÓN:**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

## Exhibit B

Exhibit B

ADR CW Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1418585 | ALEJANDRO ESTRADA, REYNALDO | EVELYN LÓPEZ DÍAZ | PMB 1263 PO BOX 6400 | | | CAYEY | PR | 00737 |
| 1418585 | ALEJANDRO ESTRADA, REYNALDO | INSTITUCION GUAYAMLA | CONTROL C. SECC. C CELDA #248 | PO BOX 10005 | | GUAYAMA | PR | 00785 |
| 1446854 | Andres Morales Colon & Maria Margarita Rivera Leon | c/o Lcdo. Arcelio A. Maldonado Avilés II | 6 Bo. Garzas | | | Adjuntas | PR | 00601-2108 |
| 1446854 | Andres Morales Colon & Maria Margarita Rivera Leon | Vélez & Sepúlveda, PSC | Saulo A. Vélez-Ríos, Esq. | PMB 269 PO Box 194000 | | San Juan | PR | 00919-4000 |
| 1452751 | Classen Rivera, Mercedes | Juan J. Sierra, Abogado | PO Box 140472 | | | Ascibo | PR | 00614 |
| 1452751 | Classen Rivera, Mercedes | HC 05 Box 54814 | | | | Hatillo | PR | 00659 |
| 1419394 | CRUZ VÁZQUEZ, HÉCTOR | Inst. 501 Bayamon | Modulo 3-6 | Box 607073 | | Bayamon | PR | 00961 |
| 1419394 | CRUZ VÁZQUEZ, HÉCTOR | JUAN CORCHADO JUARBE | URB. HERMANAS DÁVILA AVE. BETANCES I-2 | | | BAYAMÓN | PR | 00959 |
| 1099445 | DIAZ GONZALEZ, VILMA V | PARCELAS CARMEN | 41C CALLE REINA | | | VEGA ALTA | PR | 00692 |
| 180101 | FRYE PINA, MILLIE | URB VILLA NEVAREY | CALLE 8 #1053 | | | SAN JUAN | PR | 00927 |
| 180101 | FRYE PINA, MILLIE | #1053 CALLE 8/ URB VILLA NEVAREY | | | | SAN JUAN | PR | 00927 |
| 180101 | FRYE PINA, MILLIE | PO BOX 367485 | | | | SAN JUAN | PR | 00936-7485 |
| 675489 | GARCIA HICKS, JASLIND | STA JUANITA | P 18 CALLE FORMOSA | | | BAYAMON | PR | 00956 |
| 1419844 | Garcia Torres, Jesus | Inst. Correctional Fase III | 3699 Ponce by Pass Anexo A-37 | | | Ponce | PR | 00728-1500 |
| 1419844 | Garcia Torres, Jesus | Institucion Ponce Adultos 1000 | Unidad 4 Mod 5 Celda 210 3793 Ponce By Pass | | | Ponce | PR | 00728-1504 |
| 252954 | GINES CRUZ, JUAN C. | LCDO. HECTOR CORTES BABILONIA | AVE. JOSE A. CEDEÑO RODRÍGUEZ #545 | PO BOX 896 | | ARECIBO | PR | 00613 |
| 252954 | GINES CRUZ, JUAN C. | P.O. BOX 896 | | | | ARECIBO | PR | 00613 |
| 1509971 | Gonzalez Beauchamp, Augusto | Landron Vera. LLC | Luis A. Rodriguez Muñoz, Esq. | 1606 Avenida Ponce De Leon, Suite 501 | | San Juan | PR | 00909 |
| 1631596 | Gonzalez Ramos, Marisol | URB Velomas 62 | Calle Central Cambalache | | | Vega Alta | PR | 00692 |
| 1823584 | Lugo Santana, Ines M | Los Caobbos Calle Acerola 1021 | | | | Ponce | PR | 00716 |
| 1420529 | MAYOL SANCHEZ, JOSE RAMON Y OTROS, FRANCISCA PENA LOPEZ y su hijo nunor A.Y.M.P. | JUAN CORCHADO JUARBE | URB HERMANAS DAVILA AVE BETANCES 1-2 | | | BAYAMON | PR | 00959 |
| 1534356 | Melendez Gonzalez, Luis Javier | 177b C / Granada Parcela | | | | Carolina | PR | 00985 |
| 2205303 | Navarro lugo, Roberto | Vigilante del Dept Recursos Naturales y Ambientales | Departamento de Recursos Naturales y Ambientales | San Jose Industrial Park | 1375 Ave Ponce de Leon | San Juan | PR | 00926 |
| 1544059 | Nunez, Yadines | A2-2 Calle 23 A | Urb Colinas del Monte Carlo | | | San Juan | PR | 00924 |
| 1420878 | OLIVERA RODRÍGUEZ, YAZIRA | CALLE ALMENDRA NÚM.33 | PARCELAS MÁRQUEZ | | | MANATÍ | PR | 00674 |
| 1478452 | Pagan Pagan, Irma | P.O.Box 13282 | | | | San Juan | PR | 00908 |
| 1540162 | Perea Ginorio, Lilia M | RR 18 Box 600 | | | | San Juan | PR | 00926-9238 |
| 1421215 | RAMIREZ VAZQUEZ, CHARLIE | GUILLERMO RAMOS LUIÑA | PO BOX 22763 UPR STATION | | | SAN JUAN | PR | 00931-2763 |
| 638467 | RAMOS CAMACHO, DINORIS | PO BOX 448 | | | | AGUAS BUENAS | PR | 00703 |
| 748370 | RUIZ RIVERA, ROSA I | PO BOX 805 | | | | CIDRA | PR | 00739 |
| 748370 | RUIZ RIVERA, ROSA I | Apartado 805 | | | | Cidra | PR | 00739 |
| 1458653 | Sanabria Plaza, Juan C. | Lcdo. Carlos A. Vega | Apartado 470 | | | Quebradillas | PR | 00678 |

Exhibit B

ADR CW Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1458653 | Sanabria Plaza, Juan C. | Apartado 470 | | | | Quebradillas | PR | 00678 |
| 1422484 | SANTANA BAEZ , ELIEZER | 50 CARRETERA 5 UNIT ANEXO 501 | EDIFICIO 3-J INDUSTRIAL LUCHETI | | | BAYAMON | PR | 00961-7403 |
| 1422494 | SANTANA BAEZ, ELIEZER | 50 CARRETERA 5 UNIT ANEXO 501 | EDIFICIO 3-J INDUSTRIAL LUCHETI | | | BAYAMON | PR | 00961-7403 |
| 1421870 | SANTOS ALVAREZ, LUIS | ENRIQUE GONZALEZ MARTI | PO BOX 37234 | | | CAYEY | PR | 00737-2347 |
| 1520070 | Silva Barbosa, Madeline | 204 Luis Castellon | | | | Mayaguez | PR | 00680 |
| 1520070 | Silva Barbosa, Madeline | 8146 Calle Balbino Trinta | | | | Mayaguez | PR | 00680 |
| 1478443 | Soler Vargas, Jose | P.O.Box 13282 | | | | San Juan | PR | 00908 |
| 1527855 | TORRES SANCHEZ, OMAYRA | GUILLERMO RAMOS LUIÑA | PO BOX 22763, UPR STATION | | | San Juan | PR | 00931-2763 |
| 1832826 | Vera Umpierre, Rita Maria | Urb. Estancias de San Rafael | 100 Calle 2 Apt 2 | | | Rrujillo Alto | PR | 00976 |

**Exhibit C**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: Tuesday, August 30, 2022
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Tuesday, September 20, 2022

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Title III case. Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Fourth Notice of Transfer of Claims to Alternative Dispute Resolution* on August 1, 2022 [ECF No. 21685], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully. The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below. Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request**.  Debtor requests that you provide the following related to Designated Claim No.            : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.**<br>YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS**<br><br>1. Please provide information regarding the basis of the case.  What are the facts underlying the case?<br><br>2. Please provide any documentation you have relating to the case.<br><br>3. What is the amount that you are claiming?  Please provide the basis for the estimated amount owed for your claim.<br><br>4. What is the current status of the case?<br><br>5. Are you represented in the case?  If so, who is your attorney? |

*Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim. You **MUST** send all such information and documentation to Alvarez and Marsal.*

**<u>RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY TUESDAY, SEPTEMBER 20, 2022</u>**

**Alvarez and Marsa**l
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>        Deudores.² | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: martes, 30 de agosto de 2022
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: martes, 20 de septiembre de 2022**

---

² Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésimo Cuarto Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 1 de agosto de 2022 [ECF Núm. 21685], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.          : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

---

**Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.**

DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO

### SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS

1. Por favor proporcione información sobre la base del caso. ¿Qué hechos cree que dieron lugar al caso?

2. Por favor proporcione toda documentación que tenga relacionado con el caso.

3. ¿Cuál es la cantidad que reclamas? Por favor proporcione la base de la cantidad estimada adeuda por sus reclamaciones adicionales.

4. Cuál es el estado actual del caso?

5. ¿Estás representado en cualquiera del caso? Si es así, quien está tu abogado o abogada?

---

> *Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL MARTES, 20 DE SEPTIEMBRE DE 2022 A LA SIGUIENTE DIRECCIÓN:</u>**

Alvarez and Marsal
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma
según sea necesario.]**

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**Exhibit D**

Exhibit D

ADR ERS Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 28375 | ALBIZU MERCED, ANTONIA M | URB COVADONGA | 2 E 4 CALLE ARRIONDAS | | TOA BAJA | PR | 00949 |
| 1482105 | CRUZ, ENID ESPINAR | CO YAMILEE SEPULVEDA ARROYO | SERVICIOS LEGALES DE PR | APARTADO 21370 | SAN JUAN | PR | 00928-1370 |
| 200444 | GONZALEZ MALDONADO, MIGDALIA | BO RIO CANAS ARRIBA | CALLE 1 # 119 | | JUANA DIAZ | PR | 00795 |

**Exhibit E**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: Tuesday, August 30, 2022
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Tuesday, September 20, 2022

---

**This Information Request <u>only</u> applies to the Designated Claim Number listed above.  You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

---

**If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll</u> <u>free for</u> <u>U.S. and Puerto Rico) or (646) 486-7944 (for international callers),</u> available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

---

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Puerto Rico Highway and Transportation Authority's Title III case.  The Puerto Rico Highway and Transportation Authority (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Fourth Notice of Transfer of Claims to Alternative Dispute Resolution* on August 1, 2022 [ECF No. 21685], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request.**  Debtor requests that you provide the following related to Designated Claim No.            : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.** <br> YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** <br><br> 1. Please provide information regarding the basis of the case.  What are the facts underlying the case? <br><br> 2. Please provide any documentation you have relating to the case. <br><br> 3. What is the amount that you are claiming?  Please provide the basis for the estimated amount owed for your claim. <br><br> 4. What is the current status of the case? <br><br> 5. Are you represented in the case?  If so, who is your attorney? |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Alvarez and Marsal.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY TUESDAY, SEPTEMBER 20, 2022**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

4

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>        como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                        Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: martes, 30 de agosto de 2022
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: martes, 20 de septiembre de 2022**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico.  La Autoridad de Carreteras y Transportación de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésimo Cuarto Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 1 de agosto de 2022 [ECF Núm. 21685], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.          : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

---

**Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.**

DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO

### SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS

1. Por favor proporcione información sobre la base del caso. ¿Qué hechos cree que dieron lugar al caso?

2. Por favor proporcione toda documentación que tenga relacionado con el caso.

3. ¿Cuál es la cantidad que reclamas? Por favor proporcione la base de la cantidad estimada adeuda por sus reclamaciones adicionales.

4. Cuál es el estado actual del caso?

5. ¿Estás representado en cualquiera del caso? Si es así, quien está tu abogado o abogada?

---

7

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL MARTES, 20 DE SEPTIEMBRE DE 2022 A LA SIGUIENTE DIRECCIÓN:</u>**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**Exhibit F**

Exhibit F

ADR HTA Notice Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1452808 | Classen Rivera, Mercedes | Juan J Sierra | PO Box 140472 | | Avceibo | PR | 00614 |
| 1577739 | Estate of Aaron L. Hernandez Martinez | Jesus R. Morales Cordero | Attorney at Law (USDC PR No. 210609) | PO Box 363085 | San Juan | PR | 00936-3085 |
| 1577739 | Estate of Aaron L. Hernandez Martinez | PO Box 40177 | | | San Juan | PR | 00940-0177 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                    Page 1 of 1