# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CERTAIN CLAIMS SUBJECT TO OMNIBUS OBJECTIONS OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

To The Honorable United States District Judge Laura Taylor Swain:

1. On July 1, 2022 and August 5, 2022, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Public Buildings Authority ("PBA"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and, together with the Commonwealth, PBA, and HTA, the "Debtors"), by and through the Financial Oversight and Management Board

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed various omnibus objections.

2. In light of additional information received since such filings, the Debtors respectfully withdraw, without prejudice, their respective objections to the following proofs of claim (collectively, the "Withdrawn Claims"):

- *Four Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Debtors Are Not Liable* [ECF No. 21427], **solely** with respect to Claim No. 173980;

- *Four Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Deficient Claims* [ECF No. 21738], **solely** with respect to Claim No. 20873;

- *Five Hundred First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21758], **solely** with respect to Claim Nos. 65961; 56764; 170863; 128494; 43627; 75626; 79323; 97171; 153014; 158791; 87400; 161521; 144676; 31090; 158904; and 64882;

- *Five Hundred Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21759], **solely** with respect to Claim Nos. 143753; 97690; 142426; 101487; 141932; 160733-1; 173227; 50530; 86673; 100973; 171337; 93771; 140857; 151660; 154976; 139467; 65724; 69349; 172593; and 155122;

- *Five Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21751], **solely** with respect to Claim Nos. 21512; 142106; 63649; 95630; 159283; 50202-1; and 83998;

- *Five Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21760], **solely** with respect to Claim Nos. 152354; 102360; 104704; 96285; 84002; 9208; 116954; 128066; 123817; 157302; 157494; 43363; 61344; 116889; 122123; 127830; 63817; 56258; 59274; and 167473;

- *Five Hundred Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21761], **solely** with respect to

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

Claim Nos. 8625; 108681; 129365; 148901; 97526; 130421; 40831; 134710; 176372; 67644; 99524-1; 18113-1; 92867; 146349; 137491; 81087; 54154; 145020; 22068; 61899; and 144286;

- *Five Hundred Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21762], **solely** with respect to Claim Nos. 131663; 86778; 34944; 51892; 90750; 154346; 93504; 167645; 112531; 110190; 94363; 96619; 143852; 178463; 128563; 77745; 163666; 166057; 97544; 106696; 34189; 61334; 109293; 166423; 166619; 166653; and 122651;

- *Five Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21763], **solely** with respect to Claim Nos. 58399; 173184; 3426; 67823; 44528; 51596; 51806; 66863; 78606; 174728; 71006; 80137; 178658; 102996; 104690; 106118; 122371; 146511; 169334; 60954; 63273; 91647; 96505; and 177682;

- *Five Hundred Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21764], **solely** with respect to Claim Nos. 126666; 111981; 143362; 155629; 162119; 171908; 179246; 66560; 132238; 144882; 83078; 151151; 152504; 163345; 61608; 152951; 22303; 20568; 136751; 154480; 134058; 171100; 82917; 91424; 67824; 139436; and 107088;

- *Five Hundred Ninth Omnibus Objection (Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21765], **solely** with respect to Claim Nos. 131364; 47547; 68030; 63822; 171913; 171922; 178907; 178908; 178909; 88953; 145580; 117101-1; 139498; 55880; 122686; 117175; 120076; 120093; 148421; 45495; 97853-1; 150858; and 85816; and

- *Five Hundred Tenth Omnibus Objection (Substantive) of the Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Unresponsive ACR Claims* [ECF No. 21766], **solely** with respect to Claim Nos. 106241; 80302; 107206; 121135; 133137; 179153; 58340; 104018; 74848; 89833; 77944; 119134; and 91814.

3. The Debtors reserve all rights with respect to the Withdrawn Claims, individually and collectively, including to object to the Withdrawn Claims on any grounds whatsoever.

[*Remainder of Page Intentional Left Blank*]

Dated: September 16, 2022
      San Juan, Puerto Rico

Respectfully submitted,

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Gabriel A. Miranda-Rivera
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority*


/s/ Brian S. Rosen
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority*