# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Eleventh Omnibus Objection**

## Five Hundred Eleventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | FELICIANO ROSADO, JESUS<br>PERLA DEL SUR 4413<br>PEDRO CARATINI<br>PONCE, PR 00717 | 07/05/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 151583 | Undetermined* | FELICIANO ROSADO, JESUS<br>PERLA DEL SUR 4413<br>PEDRO CARATINI<br>PONCE, PR 00717 | 07/05/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 165443 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

Remaining claim #165443 contained on Exhibit A to the 510th Omnibus Claims Objection for Claims to Be Disallowed.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ROMAN MARTINEZ, NAYDA I.<br>205-11 SANTANA<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105157 | Undetermined* | ROMAN MARTINEZ, NAYDE I<br>205-11 SANTANA<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 123182 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 141650 | Undetermined* | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 138393 | Undetermined* |
| | | | | | | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 138393-1 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

Remaining claim #138393 contained on Exhibit A to the 380th Omnibus Claims Objection for Claims to Be Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts