## **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima décima primera objeción global**

Quingentésima Décimo Primera Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | FELICIANO ROSADO, JESUS<br>PERLA DEL SUR 4413<br>PEDRO CARATINI<br>PONCE, PR 00717 | 07/05/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 151583 | Indeterminado* | FELICIANO ROSADO, JESUS<br>PERLA DEL SUR 4413<br>PEDRO CARATINI<br>PONCE, PR 00717 | 07/05/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 165443 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones invocadas, si las hubiere, serían entre el Demandante y la Autoridad de Carreteras y Transportación de Puerto Rico.

Reclamo remanente n°. 165443 incluido en el Anexo A a la Quintogentésima Décima Objeción Global por Reclamos a Desestimar.

| 2 | ROMAN MARTINEZ, NAYDA I.<br>205-11 SANTANA<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 105157 | Indeterminado* | ROMAN MARTINEZ, NAYDE I<br>205-11 SANTANA<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 123182 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones invocadas, si las hubiere, serían entre el Demandante y la Autoridad de Carreteras y Transportación de Puerto Rico.

| 3 | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 141650 | Indeterminado* | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 138393 | Indeterminado* |
| | | | | | | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 138393-1 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones invocadas, si las hubiere, serían entre el Demandante y la Autoridad de Carreteras y Transportación de Puerto Rico.

Reclamo remanente n°. 138393 incluido en el Anexo A a la Tricentésima Octogésima Objeción Global por Reclamos a Desestimar.

\* Indica que la reclamación contiene montos por liquidar o indeterminados