## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Quingentésima décima segunda objeción global**

Quingentésima Décimo Segunda Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | AGRONT MENDEZ, LILIA M 26 REPARTO BONET AGUAGA, PR 00602 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23492 | $43,232.30 | AGRONT MENDEZ, LILIA M. REPARTO BONET 26 AGUADA, PR 00602 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30654 | $43,232.30 |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ARRUFAT MARQUEZ, WILLIAM ALTURAS DED VILLA FONTANA CALLE 22 B18 CAROLINA, PR 00985 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 73780 | $45,000.00* | ARRUFAT MARQUEZ, WILLILAMS 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 16089 | $31,449.32* |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 73780 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CAMACHO QUINONES, CLARIBEL HC 02 BOX 639 YAUCO, PR 00698 | 06/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 35676 | $47,250.00* | CAMACHO QUINONES, CLARIBEL HC 02 BOX 639 YAUCO, PR 00698 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 56646 | $54,450.00* |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CARDONA MORALES, EUCLIDES REPARTO DURAN 6021 CALLE CIPRES ISABELA, PR 00662-3240 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 77102 | $30,000.00* | CARDONA MORALES, EUCLIDES REPTO DURAN 6021 CALLE CIPRES ISABELA, PR 00662-3240 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 101136 | $30,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 77102 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos a ser Reclasificados.
Reclamo remanente n°. 101136 incluido en el Anexo A a la Tricentésima Sexagésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Décimo Segunda Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | CONCEPCION, ANDRES 452 AVE. PONCE DE LEON SUITE 514 SAN JUAN, PR 00918 | 05/10/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 12935 | $41,679.48* | CONCEPCION OQUENDO, ANDRES JOSE A. MORALES ARROYO 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 12003 | $41,679.48* |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

| 6 | DE JESUS RIVERA, ANA I # 86 C/E PANEL 19 GUAYAMA, PR 00784 | 06/22/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 81877 | Indeterminado* | DE JESUS RIVERA, ANA I. #86 C/E PANEL 19 GUAYAMA, PR 00784 | 06/26/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 97213 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 81877 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.
Reclamo remanente n°. 97213 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

| 7 | EVELYN FELICIANO (GENESIS ROMAN FELICIANO) CALLE ELIAS BARBOSA 40 COTO LAUREL, PR 00780 | 06/20/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 48770 | $95,000.00* | ROMÁN FELICIANO, GENESIS C/O EVELYN FELICIANO RODRIGUEZ (MADRE) 40 CALLE ELÍAS BARBOSA COTO LAUREL PONCE, PR 00780 | 06/20/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 37832 | $65,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 48770 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados.

Quingentésima Décimo Segunda Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 8  FELICIANO MORALES, ANDRES EDIF C E M 1409 AVE PONCE DE LEON PDA 20 SAN JUAN, PR 00908 | 06/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 61629 | Indeterminado* | FELICIANO MORALES, ANDRES COLON SANTANA & ASOC. 315 COLL & TOSTE URB. BALDRICH SAN JUAN, PR 00918 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 61246 | $6,115.15* |
| Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 9  LARRIUZ MARRERO, LUIS ZENO GANDIA FRANCISCO JIMENEZ 970 ARECIBO, PR 00612 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 46070 | Indeterminado* | LARRIUZ MARRERO, LUIS A FRANCISCO JIMENEZ 970 ZENO GANDIA ARECIBO, PR 00612 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 34934 | Indeterminado* |
| Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 10  MERCADO SOTO, DANIEL HC-61 BOX 37500 AGUADA, PR 00602 | 04/27/20 | 19-BK-05523-LTS El Autoridad de Edificios Públicos de Puerto Rico | 173993 | $73,800.00* | MERCADO SOTO, DANIEL HC-61 BOX 37500 AGUADA, PR 00602 | 04/27/20 | 19-BK-05523-LTS El Autoridad de Edificios Públicos de Puerto Rico | 173793 | $73,800.00* |
| Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 11  ORTIZ PEREZ, DIANA M. URB RIO HONDO I D 39 CALLE RIO CAONILLAS BAYAMON, PR 00961 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 23420 | $12,000.00* | ORTIZ PEREZ, DIANA M. URB RIO HONDO I D 39 CALLE RIO CAONILLAS BAYAMON, PR 00961 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 30739 | $12,000.00* |
| Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

Quingentésima Décimo Segunda Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 12  PACHECO RIVERA, MAGDA IVETTE PO BOX 3 YAUCO, PR 00698 | 05/16/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 16361 | $25,000.00* | PACHECO RIVERA, MAGDA I PO BOX 3 YAUCO, PR 00698-0003 | 05/16/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 19863 | $25,000.00* |
| Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 13  PIÑERO DIAZ, JAMES IDALIA N. LEON LANDRAU VILLA DEL REY 4 4 G 18 CALLE 2 CAGUAS, PR 00727-6704 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 21029 | $76,265.00 | PINERO DIAZ, JAMES LCDA. IDALIA N. LEON LANDRAU VILLA DEL REY 4 4 G 18 CALLE 2 CAGUAS, PR 00727-6704 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 21134 | $76,265.00 |
| Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 14  PLUMEY SOTO, ENID CECILIA URB. LAS BRISAS 130 CALLE 3 ARECIBO, PR 00612 | 07/06/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 128204 | $75,000.00* | PLUMEY SOTO, ENID C. URB. LAS BRISAS 130 CALLE 3 ARECIBO, PR 00612 | 07/09/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 154214 | Indeterminado* |
| Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 15  QUINONEZ, ANGEL  L PO BOX 13476 YAUCO, PR 00698 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 57865 | Indeterminado* | QUINONES BAEZ, ANGEL  LUIS 452 AVENIDA PONCEDE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 13429 | $33,964.39* |
| Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

4

Quingentésima Décimo Segunda Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 16 RODRIGUEZ FELICIANO, WILLIAM 257 TARC DEL VALLE CIDRA, PR 00739 | 05/21/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 17370 | Indeterminado* | RODRIGUEZ FELICIANO, WILLIAM 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 13900 | $33,162.58* |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

| 17 ROMAN MIRANDA, HERIBERTO URB. IRLANDA HEIGHTS FK 47 CALLE SIRIO BAYAMON, PR 00956 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 63287 | $48,000.00* | ROMAN MIRANDA, HERIBERTO 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 13917 | $33,047.56* |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 63287 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados.

| 18 ROSADO, JOHANY ROSARIO C/JOSE Y. MENDEZ FG-22 6TA SECC. LEVITTOWN TOA BAJA, PR 00949 | 02/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 490 | $56,970.24 | ROSARIO ROSADO, JOHANY C/O JOSE Y. MENDEZ FG-22 6TA SECC. LEVITTOWN TOA BAJA, PR 00949 | 04/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 9501 | $56,970.24 |

Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante.

* Indica que la reclamación contiene montos por liquidar o indeterminados

5

Quingentésima Décimo Segunda Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 19 | SANTANA BAEZ, ELIEZER 50 CARRETERA 5 UNIT ANEXO 501 EDIFICIO 3-J INDUSTRIAL LUCHETI BAYAMON, PR 00961-7403 | 05/09/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 14973 | $75,000.00* | SANTANA BAEZ, ELIEZER PRO SE ELIEZER SANTANA BÁEZ 50 CARR. 5 UNIDAD ANEXO 501 EDIF. 3 J INDUSTRIAL LUCHETTI BAYAMÓN, PR 00961-7403 | 03/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 4245 | $75,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 20 | VAZQUEZ SALOME, CARMEN HC-01 BOX 3404 VILLALBA, PR 00766 | 10/08/20 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 176473 | $1,200.00* | VASQUEZ SALOME, CARMEN M HC-01 BOX 3404 VILLALBA, PR 00766 | 03/10/20 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 173498 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para ser desestimadas son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |