# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima décima séptima objeción global**

Quingentésima Décimo Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | RIVERA MORALES, MARISELA<br>VICTOR ROJA 2<br>CALLE 6<br>CASA 101<br>ARECIBO, PR 00612 | 06/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 122230-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo. | | | | | |
| 2 | RIVERA ROBLES, ANTONIA<br>208 MANZANILLA ST<br>CANOVANAS, PR 00729-9835 | 05/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 34058-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. El Reclamo No. 34058 está en la Objeción Global 337, Reclamos para Reclasificación. Como esta objeción no constituye una objeción a la parte del reclamo que presenta el litigio, los Deudores se reservan el derecho de objetar la porción restante del reclamo fundándose en cualquier otro motivo. | | | | | |
| 3 | TORRES ROSARIO, LOURDES<br>PMB 170<br>RR 5 BOX 4999<br>BAYAMON, PR 00956 | 05/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32233-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. El Reclamo No. 32233 está en la Objeción Global 337, Reclamos para Reclasificación. Como esta objeción no constituye una objeción a la parte del reclamo que presenta el litigio, los Deudores se reservan el derecho de objetar la porción restante del reclamo fundándose en cualquier otro motivo. | | | | | |
| | | | | | TOTAL | Indeterminado* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados