# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Eighteenth Omnibus Objection**

Five Hundred Eighteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BORGES GARUA, QUINTIN<br>6635 FORT KING RD. APT. 424<br>ZEPHYRHILLS, FL 33542 | 07/05/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 139988-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Puerto Rico Highways and Transportation Authority. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund, which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | MALDONADO REYES, VILMA<br>616 CALLE BALIARES<br>PUERTO NUEVO<br>SAN JUAN, PR 00920 | 05/08/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12237 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and UPR Retirement System, which is not part of the Title III proceedings. Claim #12237 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | MALDONADO REYES, VILMA<br>616 CALLE BALIARES<br>PUERTO NUEVO<br>SAN JUAN, PR 00920 | 05/08/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12237-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and UPR Retirement System, which is not part of the Title III proceedings.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | MELENDEZ SANCHEZ, ENID E<br>URB OASIS GDNS<br>I10 CALLE NORIEGA<br>GUAYNABO, PR 00969-3416 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21758 | $45,675.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and UPR Retirement System, which is not part of the Title III proceedings.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Five Hundred Eighteenth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | OLAVARRIA VALLE, LUZ E<br>P.O BOX 13022<br>SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 139698-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Central Corporation - Medical Center, Rio Pedras / Puerto Rico Medical Services Administration, which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PEREZ SANJURJO, ANTONIO<br>PO BOX 30542<br>SAN JUAN, PR 00929 | 04/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6368-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Ports Authority which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | RAMON QUIÑONES-CEREZO<br>BOX 18227<br>LAS MANSIONES<br>AGUADILLA, PR 00603 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 76880 | $24,625.48* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | RAMOS VELAZQUEZ, RAMONA<br>HC 6 BOX 61521<br>CAMUY, PR 00627 | 07/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 123665-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipality of Camuy, which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eighteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | RAMOS-VELAZQUEZ, RAMONA<br>HC-6 BOX 61521<br>CAMUY, PR 00627 | 07/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 158669-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipality of Camuy, which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | RIVERA MORALES, MARISELA<br>VICTOR ROJA 2<br>CALLE 6<br>CASA 101<br>ARECIBO, PR 00612 | 06/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 122230-2 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipal Hospital of San Juan / Puerto Rico Medical Services Administration which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | RODRIGUEZ LEON, ANA A.<br>951 1ST AVE APT 310<br>CORAOPOLIS, PA 15108-1450 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65227-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Agricultural Extension Service / Municipality of Caguas / Head Start Caguas, which are not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32808 | $4,040.46 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Corporation for the Supervision and Insurance of Cooperatives (COSSEC), which is not part of the Title III proceedings.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eighteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| | | | | TOTAL | $74,340.94* |

*Indicates claim contains unliquidated and/or undetermined amounts