# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima décima octava objeción global**

## Quingentésima Décimo Octava Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BORGES GARUA, QUINTIN<br>6635 FORT KING RD. APT. 424<br>ZEPHYRHILLS, FL 33542 | 07/05/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 139988-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra la Autoridad de Carreteras y Transportación de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Corporación del Fondo del Seguro del Estado, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo. | | | | | |
| 2 | MALDONADO REYES, VILMA<br>616 CALLE BALIARES<br>PUERTO NUEVO<br>SAN JUAN, PR 00920 | 05/08/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12237 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y el Sistema de Retiro de la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Reclamo No. 12237 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados. | | | | | |
| 3 | MALDONADO REYES, VILMA<br>616 CALLE BALIARES<br>PUERTO NUEVO<br>SAN JUAN, PR 00920 | 05/08/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12237-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y el Sistema de Retiro de la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Décima Octava Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | MELENDEZ SANCHEZ, ENID E<br>URB OASIS GDNS<br>I10 CALLE NORIEGA<br>GUAYNABO, PR 00969-3416 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21758 | $45,675.00 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y el Sistema de Retiro de la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | OLAVARRIA VALLE, LUZ E<br>P.O BOX 13022<br>SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 139698-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y Central Corporation – Medical Center, Río Piedras / Administración de Servicios Médicos de Puerto Rico, que no forman parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PEREZ SANJURJO, ANTONIO<br>PO BOX 30542<br>SAN JUAN, PR 00929 | 04/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6368-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Autoridad de los Puertos de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Como esta objeción no constituye una objeción a la parte del reclamo en el proceso de la RRA, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Décimo Octava Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | RAMON QUIÑONES-CEREZO<br>BOX 18227<br>LAS MANSIONES<br>AGUADILLA, PR 00603 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 76880 | $24,625.48* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Corporación del Fondo del Seguro del Estado, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | RAMOS VELAZQUEZ, RAMONA<br>HC 6 BOX 61521<br>CAMUY, PR 00627 | 07/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 123665-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y el Municipio de Camuy, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | RAMOS-VELAZQUEZ, RAMONA<br>HC-6 BOX 61521<br>CAMUY, PR 00627 | 07/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 158669-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y el Municipio de Camuy, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Octava Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | RIVERA MORALES, MARISELA<br>VICTOR ROJA 2<br>CALLE 6<br>CASA 101<br>ARECIBO, PR 00612 | 06/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 122230-2 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y el Hospital Municipal de San Juan / Administración de Servicios Médicos de Puerto Rico, que no forman parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Como esta objeción no constituye una objeción a la parte del reclamo en el proceso de la RRA, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo. | | | | | |
| 11 | RODRIGUEZ LEON, ANA A.<br>951 1ST AVE APT 310<br>CORAOPOLIS, PA 15108-1450 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 65227-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y el Servicio de Extensión Agrícola / Municipio de Caguas / Head Start Caguas, que no forman parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo. | | | | | |
| 12 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32808 | $4,040.46 |
| | Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Corporación Pública para Supervisión y Seguro de Cooperativas (COSSEC), que no forman parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| | | | | | TOTAL | $74,340.94* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados