# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Twenty-Third Omnibus Objection**

Five Hundred Twenty-Third Omnibus Objection

Exhibit A - Claims to Be Reclassified, Reduced, and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | MORALES BURGOS, RAMON R.<br>URB. PASSEO DEL VALLE G-1<br>ANASCO, PR 00610 | 18274 | Commonwealth of Puerto Rico | 503(b)(9) | $556.34 | Commonwealth of Puerto Rico | Unsecured | $412.22 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.  Additionally, invoices totaling $144.12 were paid via checks 00084593 and 00199536 on 12/28/2016 and 08/02/2018.  Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $412.22.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ORGANIZACIONES ONETO, INC<br>425 CARR 693 PMB 500<br>DORADO, PR 00646 | 17777 | Commonwealth of Puerto Rico | 503(b)(9) | $83,303.02 | Commonwealth of Puerto Rico | Unsecured | $140.00 |

Reason: Invoices totaling $2,525.50 were paid via checks 00276397 and 00283572 on 05/24/2019 and 06/26/2019.  Additionally proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $80,334.52 fails to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors.  For the remaining amount, claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $140.00. Claim #17777 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.