# **ANEXO A**

**Relación de reclamación objeto de la Quingentésima vigésima Tercera objeción global**

Quingentésima Vigésima Tercera Objeción Global

Anexo A - Reclamos por reclasificar, reducir y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | MODIFICADOS Y ADMITIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | MORALES BURGOS, RAMON R. URB. PASSEO DEL VALLE G-1 ANASCO, PR 00610 | 18274 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $556.34 | Commonwealth of Puerto Rico | No Garantizada | $412.22 |

Base para: Los bienes enumerados en el reclamo se recibieron por fuera del periodo prescrito de recepción de 20 días conforme a 11 U.S.C. § 503(b)(9) y, por lo tanto, no tienen derecho a una prioridad administrativa. Además, las facturas que totalizan $144.12 se pagaron mediante los cheques identificados con los números 00084593 y 00199536 el 28/12/2016 y el 02/08/2018. Por otra parte, el reclamo se redujo y se reclasificó como un crédito quirografario por valor de $412.22.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | ORGANIZACIONES ONETO, INC 425 CARR 693 PMB 500 DORADO, PR 00646 | 17777 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $83,303.02 | Commonwealth of Puerto Rico | No Garantizada | $140.00 |

Base para: Las facturas que totalizan $2,525.50 se pagaron mediante los cheques 00276397 y 00283572 el 24/05/2019 y el 26/06/2019. Además, la evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero las que ascienden a $80,334.52 no proporcionan una documentación de respaldo suficiente para invocar las obligaciones contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no obligaciones válidas contra el estado mencionado o cualquier otro de los deudores al amparo del Título III. En cuanto al monto restante, el demandante invocó una prioridad administrativa en virtud de 11 U.S.C. § 503(b)(9), pero los bienes enumerados en el reclamo se recibieron por fuera del periodo prescrito de recepción de 20 días conforme a 11 U.S.C. § 503(b)(9) y, por lo tanto, no tiene derecho a una prioridad administrativa. Así pues, el reclamo se redujo y se reclasificó como un crédito quirografario por valor de $140.00. Reclamo No. 17777 también incluido en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.