# **EXHIBIT D**

**Proposed Order**

Case:17-03283-LTS Doc#:22248-5 Filed:09/16/22 Entered:09/16/22 20:17:31 Desc: Exhibit D Page 1 of 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**ORDER GRANTING FIVE HUNDRED TWENTY-THIRD
OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO MISCLASSIFIED, PARTIALLY SATISFIED, AND DEFICIENT CLAIMS**

Upon the *Five Hundred Twenty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Misclassified, Partially Satisfied, and Deficient Claims* ("Five Hundred Twenty-Third Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), dated September 16, 2022, for entry of an order reclassifying and reducing certain claims filed against the Debtor as general unsecured claims, as more fully set

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Twenty-Third Omnibus Objection.

forth in the Five Hundred Twenty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Twenty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Five Hundred Twenty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in <u>Exhibit A</u> to the Five Hundred Twenty-Third Omnibus Objection (the "<u>Claims to Be Reclassified</u>") assert an incorrect or improper priority and are deficient and/or have been partially satisfied, as set forth in <u>Exhibit A</u> hereto; and the Court having determined that the relief sought in the Five Hundred Twenty-Third Omnibus Objection is in the best interest of the Debtor, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Twenty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Five Hundred Twenty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Reclassified are hereby reclassified, reduced, and allowed, as set forth in the columns entitled "Modified and Allowed" in <u>Exhibit A</u> to the Five Hundred Twenty-Third Omnibus Objection, respectively; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

Honorable Judge Laura Taylor Swain<br>United States District Judge

2

## **ANEXO D**

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Número 17-BK-3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

**ORDEN POR LA QUE SE CONCEDE LA QUINGENTÉSIMA VIGÉSIMA TERCERA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES INCORRECTAMENTE CLASIFICADAS, PARCIALMENTE SATISFECHAS Y DEFICIENTES**

Vista la *Quingentésima vigésima Tercera objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones incorrectamente clasificadas, parcialmente

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17-BK-3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17-BK-3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17-BK-4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

*satisfechas y deficientes* (la "Quingentésima vigésima Tercera objeción global")[2] del Estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor"), de fecha 16 de septiembre de 2022, en la que se solicita que se dicte una orden que reclasifique y reduzca determinadas reclamaciones radicadas contra el Deudor como reclamaciones no garantizadas generales, según se expone con más detalle en la propia Quingentésima vigésima Tercera objeción global y en los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para conocer la Quingentésima vigésima Tercera objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, Sección 306(a); y siendo la sede judicial competente conforme a PROMESA, Sección 307(a); y habiéndose efectuado, en forma y plazos, la notificación de la Quingentésima vigésima Tercera objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las reclamaciones identificadas en el Anexo A de la Quingentésima vigésima Tercera objeción global (las "Reclamaciones que han de ser reclasificadas") alegan una prioridad incorrecta o indebida y son deficientes y/o han sido parcialmente satisfechas, según se expone en el Anexo A del presente documento; y habiendo determinado el Tribunal que el remedio solicitado en la Quingentésima vigésima Tercera objeción global redunda en el mejor interés del Deudor, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Quingentésima vigésima Tercera objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima vigésima Tercera objeción global.

SE ORDENA que SE CONCEDA la Quingentésima vigésima Tercera objeción global, según se establece en el presente documento; además

SE ORDENA que las Reclamaciones que han de ser reclasificadas se reclasifiquen, reduzcan, y concedidan por la presente, tal como se indica en las columnas tituladas "Modificadas y Concedidas" en el Anexo A de la Quingentésima vigésima Tercera objeción global, respectivamente; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

                                          Su señoría, la juez Laura Taylor Swain
                                          Juez de Distrito de los Estados Unidos
                                          (*United States District Judge*)

3