## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Twenty-Fourth Omnibus Objection**

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALARCON VEGA, MILAGROS E PO BOX 60 SABANA GRANDE, PR 00637 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 105148-1 | Undetermined* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 30851 | $2,435,987.21 |
| | | | | | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104175 | $1,469,956.00* |

Reason: This claim is duplicative of Master Claim nos. 30851 and 104175, which were filed on behalf of all plaintiffs in the litigation captioned Juan Perez Colon et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC1990-0487 (the "Perez Colon Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.  Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #104175 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 2   ALMODOVAR QUILES, ALEJANDRO 445 CALLE 6 SAN JUAN, PR 00926 | 06/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 65319 | $85,000.00* | DELFINA LÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP) P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 15708 | $24,000,000.00* |
| | | | | | DELFINA LÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP); IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106588 | $4,315,200.00* |

Reason: This claim is duplicative of Master Claim nos. 15708 and 106588, which were filed on behalf of all plaintiffs in the litigation captioned Delfina Lopez Rosario et al. v. Puerto Rico Police Department, No. T-01-10-372 (the "Lopez Rosario Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Police Department ("PD") employees who asserted that they were entitled to back pay and pension payments illegally withheld by PD pursuant to the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 3  ALVARADO SOTOMAYOR, ROSALIE URB. EL EDEN CALLE B #52 COAMO, PR 00769 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144492 | $49,000.00* | MADELINE ACEVEDO CAMANCHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #144492 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims, the 351st Omnibus Claims Objection for Partially Disallowed Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 | ALVAREZ DIAZ, ERNESTO BO COQUI A 136 PARCELAS VIEJAS AGUIRRE, PR 00704 | 11/26/19 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 172634-1 | Undetermined* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 152372 | $17,590,927.76 |

Reason: This claim is duplicative of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | AMORO GONZALEZ, CARLOS HC 65 BUZON 6415 PATILLAS, PR 00723 | 09/20/19 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 171020-1 | Undetermined* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 152372 | $17,590,927.76 |

Reason: This claim is duplicative of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 ANDINO, EDWIN COLON URB PARQUE ECUESTRE AA 5 CALLE CAMARERO CAROLINA, PR 00987-8502 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 36838 | Undetermined* | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 179140 and claim #: 93199. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN: 17112).

This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7   ARCE RODRIGUEZ, AMALIA N. HC4 BOX 46876 SAN SEBASTIAN, PR 00685 | 05/24/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36037-1 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8  BALBIN PADILLA, CYNTHIA EB-5 CALLE TILO URB. LOS ALMENDROS BAYAMON, PR 00961 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 154211 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #154211 also contained on Exhibit A to the 525th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 BENITEZ DELGADO, ALFREDO P O BOX 244 CATANO, PR 00963-0244 | 05/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 33770 | $78,628.08* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #33770 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

8

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | CENTENO ALVARADO, RAFAEL E38 CALLE 8 ALTURAS DE PENUELAS III PENUELAS, PR 00624 | 06/21/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 84867 | Undetermined* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 152372 | $17,590,927.76 |

Reason: This claim is duplicative of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Five Hundred Twenty-Fourth Ommbus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | COLON ANDINO, EDWIN URB PARQUE ECUESTRE AA 5 CALLE CAMARERO CAROLINA, PR 00987 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 42889 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 179140 and claim #: 93199. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN: 17112).

This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12  COLON ORTEGA , MATILDE BO. GUADIANA CORREO GENERAL NARANJITO, PR 00719 | 05/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 19111 | $100,000.00* | | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 29477 | Undetermined* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 29477. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN:17112)

This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13   CORREA CORCONO, MARIA DE LOS A. P.O. BOX 2272 FAJARDO, PR 00738 | 06/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 60500-1 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 14  COSME VAZQUEZ, MARIA BO. CEDRO ARRIBA APARTADO 755 NARANJITO, PR 00719 | 05/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 19212 | $150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 29477 | Undetermined* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 29477. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN:17112)

This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15  CRUZ ARCE, EVELYN HC-3 BOX 4664 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 132771 | Undetermined* | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 16   DELGADO RIVERA, ANA M. 5-998 #19 RIO EDE, PR 00745 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 30543 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #30543 also contained on Exhibit A to the 526th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

15

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | GARCIA CRUZ, CARLOS J. PARC. HATILLO #730 VILLALBA, PR 00766 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 85481-1 | Undetermined* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 152372 | $17,590,927.76 |

Reason: This claim is duplicative of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.  Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18  GONZALEZ ORTIZ, ANGEL M BO HELECHAL HC 03 BOX 8911 BARRANQUITAS, PR 00794 | 04/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 5389 | $1,224.00 | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104127 | $6,829,644.40* |
| | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 50221 | $43,400,081.58* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 104127 and claim #: 50221. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN: 17112).

This claim is duplicative of Master Claim nos. 50221 and 104127, which were filed on behalf of all plaintiffs in the litigation captioned Jeannete Abrams Diaz et al. v. Department of Transportation & Public Works, No. KAC2005-5021 (the "Abrams Diaz Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP improperly withheld a proportion of their wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #104127 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | IRIZARRY TORRES, NANCY CALLE 39  A-15 URBANIZACION SANTA JUANITA BAYAMON, PR 00956 | 05/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 22810 | $28,939.12* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 103072 and claim #: 32044. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN: 17112)

This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20  LEBRON CINTRON, LUIS M B1 URB MENDEZ YABUCOA, PR 00767 | 05/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40324 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
|  |  |  |  |  | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21  LOPEZ LOPEZ, ARTURO HC 2 BOX 6718 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 122236 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | MENDEZ LARACUENTE, RAMON 61 CALLE MENDEZ VIGO APARTAMENTO 5 PONCE, PR 00730 | 05/24/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14449 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #14449also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims,  the 525th Omnibus Claims Objection for Disallowed Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23 MENDEZ LARACUENTE, RAMON 61 CALLE MENDEZ VIGO APARTAMENTO 5 PONCE, PR 00730 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 18494 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #18494 also contained on Exhibit A to the 525th Omnibus Claims Objection for Disallowed Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 24  MORLAES PEREZ, WANDA I. PO BOX 63 CASTAÑER, PR 00631 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 71643 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25  MURIEL SUSTACHE, MARISELA PO BOX 1832 YABUCOA, PR 00767-1832 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 40832 | Undetermined* | | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26  NIEVES CARDONA, LUZ N. PO BOX 570 SAN SEBASTIAN, PR 00685 | 06/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 60462 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 27 | OCASIO FONTANEZ, DELILAH URB. VISTAS DEL CONVENTO CALLE 6 # 2G-17 FAJARDO, PR 00738 | 05/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 22949 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 103072 and claim #: 32044. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN: 17112)

This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 ORTIZ LOPEZ, LUZ C PO BOX 340 COROZAL, PR 00783 | 07/06/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 155094 | Undetermined* | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | PEREZ DIAZ, GLORIA HC 03 BOX 41181 CAGUAS, PR 00725-9727 | 05/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 25270 | Undetermined* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 29477 | Undetermined* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 29477. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN:17112)

This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 30  PLAZA TOLEDO, OMARIS HC-1 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 128370 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 31  QUINONES MALDONADO, CARMEN D. URB JARDS DE COUNTRY CLUB CJ28 CALLE 147 CAROLINA, PR 00983 | 05/24/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24924 | $90,908.16* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #24924also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims,  and the 525th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 32  RAMOS CUEBAS, NORMA M URBALTURA DE HATO NUEVO 5 CALLE RIO BAYAMON GURABO, PR 00778 | 05/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 34028-1 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 33  RAMOS RODRIGUEZ, DIANA E. URB BRISAS DEL PRADO 1730 CALLE GARZA SANTA ISABEL, PR 00757-2563 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 122250-1 | Undetermined* | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 30851 | $2,435,987.21 |
| | | | | | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104175 | $1,469,956.00* |

Reason: This claim is duplicative of Master Claim nos. 30851 and 104175, which were filed on behalf of all plaintiffs in the litigation captioned Juan Perez Colon et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC1990-0487 (the "Perez Colon Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.  Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #104175 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 34 | RIVERA GONZALEZ, CARMEN C. URB. LUQUILLO LONIAS E14 BLOQUE EV-16 LUQUILLO, PR 00773 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 138434 | Undetermined* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.  Claim #138434 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 | RIVERA MELENDEZ, RUTH J (EDWIN J. CABAN RIVERA) URB. VILLA FONTANA VIA 36 CALLE 4 SN11 CAROLINA, PR 00983 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 89009 | $150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 29477 | Undetermined* |

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 29477. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN:17112)

This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 36  RODRIGUEZ CHAPARRO, MARIA MSC 784 PO BOX 5000 AGUADA, PR 00602 | 05/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 26107 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP)... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

<table>
<tr><td colspan="5">CLAIMS TO BE DISALLOWED</td><td colspan="5">REMAINING CLAIMS</td></tr>
<tr>
<th>NAME</th>
<th>DATE FILED</th>
<th>CASE NUMBER / DEBTOR</th>
<th>CLAIM #</th>
<th>CLAIM AMOUNT</th>
<th>NAME</th>
<th>DATE FILED</th>
<th>CASE NUMBER / DEBTOR</th>
<th>CLAIM #</th>
<th>CLAIM AMOUNT</th>
</tr>
<tr>
<td>37 RODRÍGUEZ HERNÁNDEZ, MARÍA 2C-6 CALLE13 URB. LA PROVIDENCIA TOA ALTA, PR 00953</td>
<td>06/22/18</td>
<td>17 BK 03283-LTS Commonwealth of Puerto Rico</td>
<td>38199</td>
<td>Undetermined*</td>
<td>VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925</td>
<td>05/29/18</td>
<td>17 BK 03283-LTS Commonwealth of Puerto Rico</td>
<td>29477</td>
<td>Undetermined*</td>
</tr>
</table>

Reason: Upon further review, it was determined that the claim is a full duplicate to master claim #: 29477. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN:17112)

This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 38  RODRIGUEZ RODRIGUEZ, SONIA PO BOX 1604 JUANA DIAZ, PR 00795-5501 | 05/23/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36686 | Undetermined* | | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #36686 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims and the 525th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Ommibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 SANTIAGO CORTES, RAQUEL URB. REGIONAL CALLE 3 M4 ARECIBO, PR 00612 | 06/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 46279 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

38

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 40 SANTIAGO FLORES , NAIDA HC 04 BOX 41313 MAYAGUEZ, PR 00680 | 05/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11264-1 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 41  SANTIAGO FLORES, NAIDA<br>HC 04 BOX 41313<br>MAYAGUEZ, PR 00680 | 05/02/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11661-1 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 42  SANTIAGO HERNANDEZ, DELBA I PO BOX 1048 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 108234 | Undetermined* | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Ominbus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 43 SANTIAGO HERNANDEZ, MARIA DELOS A. PO BOX 1048 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 130470 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | |
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 44  SANTIAGO RENTA, ANAIDA M HC 5 BOX 5624 JUANA DIAZ, PR 00795 | 05/17/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14659 | Undetermined* | | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claim #14659 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims and the 525th Omnibus Claims Objection for Disallowed Claims.

Remaining claim #103072 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

43

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 45 SOTO CORCHADO, MARISOL 1631 CALLE JOSE CHEITO CORCHADO ISABELA, PR 00662 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 37017-1 | Undetermined* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 46  VARGAS MANTILLA, FRANK 2326 CAAR 494 ISABELA, PR 00662 | 05/01/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 8197-1 | Undetermined* | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Remaining claim #93199 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 VAZQUEZ CARMONA, CARMEN BO BUENAVENTURA 727 CALLE PABLO PIZARRO CAROLINA, PR 00987 | 05/10/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11984 | Undetermined* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 29477 | Undetermined* |

Reason: Upon further review, it was determined that the claim is a full duplicate of master claim #: 29477. Claim was previously subject to a partial duplicate litigation objection (Omni #: 351 - DN:17112)

This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as basis.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 48 ZAYAS DE JESUS, WILLIAM BO. GUAYABAL LAS MARGARITAS P.O. BOX 957 JUANA DIAZ, PR 00795-0957 | 06/21/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 72781-1 | Undetermined* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 152372 | $17,590,927.76 |

Reason: This claim is duplicative of Master Claim no. 152372, which was filed on behalf of all plaintiffs in the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, No. KAC96-1381 (the "Maldonado Rodriguez Master Claim"). The plaintiffs in the litigation contend they were owed unpaid salary increases provided for in, among other things, various Department of Corrections and Rehabilitation administrative orders. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.  Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts