## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Quingentésima vigésima cuarta objeción global**

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ALARCON VEGA, MILAGROS E PO BOX 60 SABANA GRANDE, PR 00637 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 105148-1 | Indeterminado* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 30851 | $2,435,987.21 |
| | | | | | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104175 | $1,469,956.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 30851 y 104175, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, No. KAC1990-0487 (los "Reclamos Maestros de Pérez Colón"). Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas que adujeron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.   Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 104175 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 2 | ALMODOVAR QUILES, ALEJANDRO 445 CALLE 6 SAN JUAN, PR 00926 | 06/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 65319 | $85,000.00* | DELFINA LÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP) P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 15708 | $24,000,000.00* |
| | | | | | | DELFINA LÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP); IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 106588 | $4,315,200.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 15708 y 106588, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Delfina López Rosario y otros contra el Departamento de Policía de Puerto Rico, No. T-01-10-372 (los "Reclamos Maestros de López Rosario"). Los demandantes en el litigio son ex empleados del Departamento de Policía ("DP") que adujeron tener derecho a un pago retroactivo y a pagos de pensión retenidos ilegítimamente por el DP, en virtud del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 3 | ALVARADO SOTOMAYOR, ROSALIE URB. EL EDEN CALLE B #52 COAMO, PR 00769 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 144492 | $49,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.   Reclamo No. 144492 también incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados, la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 4 | ALVAREZ DIAZ, ERNESTO BO COQUI A 136 PARCELAS VIEJAS AGUIRRE, PR 00704 | 11/26/19 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 172634-1 | Indeterminado* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 152372 | $17,590,927.76 |

Base para: Este reclamo es un duplicado del Reclamo Maestro No. 152372, presentado en nombre de todos los demandantes del litigio caratulado Alfredo Maldonado Rodríguez y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, No. KAC96-1381 (el "Reclamo Maestro de Maldonado Rodríguez"). Los demandantes del litigio sostienen que se les adeudaban aumentos salariales impagos establecidos, entre otras cosas, en diversas resoluciones administrativas del Departamento de Correcciones y Rehabilitación. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | AMORO GONZALEZ, CARLOS HC 65 BUZON 6415 PATILLAS, PR 00723 | 09/20/19 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 171020-1 | Indeterminado* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 152372 | $17,590,927.76 |

Base para: Este reclamo es un duplicado del Reclamo Maestro No. 152372, presentado en nombre de todos los demandantes del litigio caratulado Alfredo Maldonado Rodríguez y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, No. KAC96-1381 (el "Reclamo Maestro de Maldonado Rodríguez"). Los demandantes del litigio sostienen que se les adeudaban aumentos salariales impagos establecidos, entre otras cosas, en diversas resoluciones administrativas del Departamento de Correcciones y Rehabilitación. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

4

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | ANDINO, EDWIN COLON URB PARQUE ECUESTRE AA 5 CALLE CAMARERO CAROLINA, PR 00987-8502 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 36838 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 179140 y el reclamo No. 93199. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112).

Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

5

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 7 | ARCE RODRIGUEZ, AMALIA N. HC4 BOX 46876 SAN SEBASTIAN, PR 00685 | 05/24/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36037-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 8 | BALBIN PADILLA, CYNTHIA EB-5 CALLE TILO URB. LOS ALMENDROS BAYAMON, PR 00961 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 154211 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Reclamo No. 154211 también incluido en el Anexo A de lla Quingentésima Vigésima Quinta Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

7

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | BENITEZ DELGADO, ALFREDO P O BOX 244 CATANO, PR 00963-0244 | 05/25/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 33770 | $78,628.08* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Reclamo No. 33770 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CENTENO ALVARADO, RAFAEL E38 CALLE 8 ALTURAS DE PENUELAS III PENUELAS, PR 00624 | 06/21/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 84867 | Indeterminado* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 152372 | $17,590,927.76 |

Base para: Este reclamo es un duplicado del Reclamo Maestro No. 152372, presentado en nombre de todos los demandantes del litigio caratulado Alfredo Maldonado Rodríguez y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, No. KAC96-1381 (el "Reclamo Maestro de Maldonado Rodríguez"). Los demandantes del litigio sostienen que se les adeudaban aumentos salariales impagos establecidos, entre otras cosas, en diversas resoluciones administrativas del Departamento de Correcciones y Rehabilitación. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Quingentésima Vigésima Cuarta Objeción Global

## Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 | COLON ANDINO, EDWIN URB PARQUE ECUESTRE AA 5 CALLE CAMARERO CAROLINA, PR 00987 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 42889 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 179140 y el reclamo No. 93199. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112).

Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

10

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 12 | COLON ORTEGA , MATILDE BO. GUADIANA CORREO GENERAL NARANJITO, PR 00719 | 05/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 19111 | $100,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 29477. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112)

Este reclamo es un duplicado del Reclamo Maestro No. 29477, presentado por el abogado patrocinante en representación de todos los demandantes en el litigio caratulado Rosa Lydia Vélez contra el Departamento de Educación de Puerto Rico, KPE1980-1738 (el "Reclamo Maestro de Vélez"). Los demandantes en el litigio son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación, que solicitaron se obligara a dicho departamento a cumplir con determinadas obligaciones federales y estatales relativas a los programas de educación especial. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

* Indica que la reclamación contiene montos por liquidar o indeterminados

11

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13  CORREA CORCONO, MARIA DE LOS A. P.O. BOX 2272 FAJARDO, PR 00738 | 06/06/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 60500-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 14 | COSME VAZQUEZ, MARIA BO. CEDRO ARRIBA APARTADO 755 NARANJITO, PR 00719 | 05/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 19212 | $150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 29477. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112)

Este reclamo es un duplicado del Reclamo Maestro No. 29477, presentado por el abogado patrocinante en representación de todos los demandantes en el litigio caratulado Rosa Lydia Vélez contra el Departamento de Educación de Puerto Rico, KPE1980-1738 (el "Reclamo Maestro de Vélez"). Los demandantes en el litigio son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación, que solicitaron se obligara a dicho departamento a cumplir con determinadas obligaciones federales y estatales relativas a los programas de educación especial. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 15 | CRUZ ARCE, EVELYN HC-3 BOX 4664 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 132771 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | DELGADO RIVERA, ANA M. 5-998 #19 RIO EDE, PR 00745 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 30543 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Reclamo No. 30543 también incluido en el Anexo A de la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 17 | GARCIA CRUZ, CARLOS J. PARC. HATILLO #730 VILLALBA, PR 00766 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 85481-1 | Indeterminado* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 152372 | $17,590,927.76 |

Base para: Este reclamo es un duplicado del Reclamo Maestro No. 152372, presentado en nombre de todos los demandantes del litigio caratulado Alfredo Maldonado Rodríguez y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, No. KAC96-1381 (el "Reclamo Maestro de Maldonado Rodríguez"). Los demandantes del litigio sostienen que se les adeudaban aumentos salariales impagos establecidos, entre otras cosas, en diversas resoluciones administrativas del Departamento de Correcciones y Rehabilitación. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

16

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 18 | GONZALEZ ORTIZ, ANGEL M BO HELECHAL HC 03 BOX 8911 BARRANQUITAS, PR 00794 | 04/09/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 5389 | $1,224.00 | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127 | $6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 50221 | $43,400,081.58* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 104127 y el reclamo No. 50221. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112).

Este reclamo es un duplicado de los Reclamos Maestros No. 50221 y 104127, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, No. KAC2005-5021 (los "Reclamos Maestros de Abrams Díaz". Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas que adujeron que se les retuvo indebidamente una proporción de sus salarios y pagos de pensión, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 104127 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

17

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 19 | IRIZARRY TORRES, NANCY CALLE 39 A-15 URBANIZACION SANTA JUANITA BAYAMON, PR 00956 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 22810 | $28,939.12* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 103072 y el reclamo No. 32044. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112).

Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 20 | LEBRON CINTRON, LUIS M B1 URB MENDEZ YABUCOA, PR 00767 | 05/30/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 40324 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 21 | LOPEZ LOPEZ, ARTURO HC 2 BOX 6718 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 122236 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 22 | MENDEZ LARACUENTE, RAMON 61 CALLE MENDEZ VIGO APARTAMENTO 5 PONCE, PR 00730 | 05/24/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14449 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Reclamo No. 14449 también incluido en el Anexo A a la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados, la Quingentésima Vigésima Quinta Objeción Global por Reclamos Desestimados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global
Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 23 MENDEZ LARACUENTE, RAMON 61 CALLE MENDEZ VIGO APARTAMENTO 5 PONCE, PR 00730 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 18494 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General N.° 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Reclamo No. 18494 también incluido en el Anexo A de la Quingentésima Vigésima Quinta Objeción Global por Reclamos Desestimados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 24  MORLAES PEREZ, WANDA I. PO BOX 63 CASTAÑER, PR 00631 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 71643 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 25 | MURIEL SUSTACHE, MARISELA PO BOX 1832 YABUCOA, PR 00767-1832 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 40832 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

24

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 26 | NIEVES CARDONA, LUZ N. PO BOX 570 SAN SEBASTIAN, PR 00685 | 06/06/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 60462 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 27 OCASIO FONTANEZ, DELILAH URB. VISTAS DEL CONVENTO CALLE 6 # 2G-17 FAJARDO, PR 00738 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 22949 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 103072 y el reclamo No. 32044. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112)

Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 28 | ORTIZ LOPEZ, LUZ C PO BOX 340 COROZAL, PR 00783 | 07/06/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 155094 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente nº. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 29 | PEREZ DIAZ, GLORIA HC 03 BOX 41181 CAGUAS, PR 00725-9727 | 05/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 25270 | Indeterminado* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 29477. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112)

Este reclamo es un duplicado del Reclamo Maestro No. 29477, presentado por el abogado patrocinante en representación de todos los demandantes en el litigio caratulado Rosa Lydia Vélez contra el Departamento de Educación de Puerto Rico, KPE1980-1738 (el "Reclamo Maestro de Vélez"). Los demandantes en el litigio son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación, que solicitaron se obligara a dicho departamento a cumplir con determinadas obligaciones federales y estatales relativas a los programas de educación especial. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 30  PLAZA TOLEDO, OMARIS HC-1 BOX 3605 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 128370 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 31 | QUINONES MALDONADO, CARMEN D. URB JARDS DE COUNTRY CLUB CJ28 CALLE 147 CAROLINA, PR 00983 | 05/24/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24924 | $90,908.16* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Reclamo No. 24924 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Desestimados y la Quingentésima Vigésima Quinta Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

30

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 32 | RAMOS CUEBAS, NORMA M URBALTURA DE HATO NUEVO 5 CALLE RIO BAYAMON GURABO, PR 00778 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 34028-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 33 | RAMOS RODRIGUEZ, DIANA E. URB BRISAS DEL PRADO 1730 CALLE GARZA SANTA ISABEL, PR 00757-2563 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 122250-1 | Indeterminado* | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 05/31/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 30851 | $2,435,987.21 |
| | | | | | | JUAN PÉREZ-COLÓN ET AL (324 PLAINTIFFS) COLLECTIVELY (THE "PÉREZ-COLÓN PLAINTIFF GROUP") CIVIL CASE NUM. K AC1990-0487 LCDA. IVONNE GONZÁLEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104175 | $1,469,956.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 30851 y 104175, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, No. KAC1990-0487 (los "Reclamos Maestros de Pérez Colón"). Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas que adujeron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.   Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 104175 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

32

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 34 | RIVERA GONZALEZ, CARMEN C. URB. LUQUILLO LONIAS E14 BLOQUE EV-16 LUQUILLO, PR 00773 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 138434 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Reclamo No. 138434 también incluido en el Anexo A para la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 35 | RIVERA MELENDEZ, RUTH J (EDWIN J. CABAN RIVERA) URB. VILLA FONTANA VIA 36 CALLE 4 SN11 CAROLINA, PR 00983 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 89009 | $150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 29477. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112).

Este reclamo es un duplicado del Reclamo Maestro No. 29477, presentado por el abogado patrocinante en representación de todos los demandantes en el litigio caratulado Rosa Lydia Vélez contra el Departamento de Educación de Puerto Rico, KPE1980-1738 (el "Reclamo Maestro de Vélez". Los demandantes en el litigio son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación, que solicitaron se obligara a dicho departamento a cumplir con determinadas obligaciones federales y estatales relativas a los programas de educación especial. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 36  RODRIGUEZ CHAPARRO, MARIA MSC 784 PO BOX 5000 AGUADA, PR 00602 | 05/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26107 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

35

Quingentésima Vigésima Cuarta Objeción Global

## Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 37 | RODRÍGUEZ HERNÁNDEZ, MARÍA 2C-6 CALLE13 URB. LA PROVIDENCIA TOA ALTA, PR 00953 | 06/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 38199 | Indeterminado* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 29477. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112)

Este reclamo es un duplicado del Reclamo Maestro No. 29477, presentado por el abogado patrocinante en representación de todos los demandantes en el litigio caratulado Rosa Lydia Vélez contra el Departamento de Educación de Puerto Rico, KPE1980-1738 (el "Reclamo Maestro de Vélez". Los demandantes en el litigio son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación, que solicitaron se obligara a dicho departamento a cumplir con determinadas obligaciones federales y estatales relativas a los programas de educación especial. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 38   RODRIGUEZ RODRIGUEZ, SONIA PO BOX 1604 JUANA DIAZ, PR 00795-5501 | 05/23/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36686 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Reclamo No. 36686 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados y la Quingentésima Vigésima Segunda Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 39 | SANTIAGO CORTES, RAQUEL URB. REGIONAL CALLE 3 M4 ARECIBO, PR 00612 | 06/05/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 46279 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

38

Quingentésima Vigésima Cuarta Objeción Global

## Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 40  SANTIAGO FLORES , NAIDA HC 04 BOX 41313 MAYAGUEZ, PR 00680 | 05/02/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11264-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 41 SANTIAGO FLORES, NAIDA HC 04 BOX 41313 MAYAGUEZ, PR 00680 | 05/02/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11661-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 42  SANTIAGO HERNANDEZ, DELBA I PO BOX 1048 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 108234 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente nº. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 43 SANTIAGO HERNANDEZ, MARIA DELOS A. PO BOX 1048 ADJUNTAS, PR 00601 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 130470 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 44 SANTIAGO RENTA, ANAIDA M HC 5 BOX 5624 JUANA DIAZ, PR 00795 | 05/17/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14659 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los Reclamos Maestros de Acevedo Camacho se presentaron en nombre de los empleados del Departamento de la Familia, quienes sostuvieron que se les secuestraron pagos de salarios y pensiones, a raíz del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Reclamo No. 14659 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados y la Quingentésima Vigésima Quinta Objeción Global por Reclamos Desestimados.

Reclamo remanente n°. 103072 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 45 | SOTO CORCHADO, MARISOL 1631 CALLE JOSE CHEITO CORCHADO ISABELA, PR 00662 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 37017-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 46 VARGAS MANTILLA, FRANK 2326 CAAR 494 ISABELA, PR 00662 | 05/01/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 8197-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes en el litigio son ex empleados del Departamento de la Familia que sostuvieron que dicho departamento retuvo el pago de salarios y pensiones en razón del "Memorando General No. 5-86" de la Oficina de Personal de Servicio Público. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo remanente n°. 93199 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 47 VAZQUEZ CARMONA, CARMEN BO BUENAVENTURA 727 CALLE PABLO PIZARRO CAROLINA, PR 00987 | 05/10/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11984 | Indeterminado* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |

Base para: Tras efectuar una revisión adicional, se determinó que el reclamo es un duplicado completo del reclamo maestro No. 29477. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112)

Este reclamo es un duplicado del Reclamo Maestro No. 29477, presentado por el abogado patrocinante en representación de todos los demandantes en el litigio caratulado Rosa Lydia Vélez contra el Departamento de Educación de Puerto Rico, KPE1980-1738 (el "Reclamo Maestro de Vélez". Los demandantes en el litigio son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación, que solicitaron se obligara a dicho departamento a cumplir con determinadas obligaciones federales y estatales relativas a los programas de educación especial. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio.

| 48 ZAYAS DE JESUS, WILLIAM BO. GUAYABAL LAS MARGARITAS P.O. BOX 957 JUANA DIAZ, PR 00795-0957 | 06/21/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 72781-1 | Indeterminado* | MALDONADO COLÓN, ALFREDO A, ET ALS LCDO. GILBERTO RODRIGUEZ ZAYAS; HC 2 BOX 6519 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 152372 | $17,590,927.76 |

Base para: Este reclamo es un duplicado del Reclamo Maestro No. 152372, presentado en nombre de todos los demandantes del litigio caratulado Alfredo Maldonado Rodríguez y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, No. KAC96-1381 (el "Reclamo Maestro de Maldonado Rodríguez"). Los demandantes del litigio sostienen que se les adeudaban aumentos salariales impagos establecidos, entre otras cosas, en diversas resoluciones administrativas del Departamento de Correcciones y Rehabilitación. El Demandante es actor en dicho litigio y, como fundamento, su reclamo afirma el litigio referido más arriba y/u obligaciones asociadas a este litigio. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.