# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Thirteenth Omnibus Objection**

## Five Hundred Thirteenth Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24405 | $25,521.23 |
| | Reason: Proof of Claim asserts claim related to litigation case DAC-2013-1142. Commonwealth paid the liabilities on 01/09/2017 via check number 00086761. | | | | | |
| 2 | DAT@ACCESS COMMUNICATIONS INC.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9470 | $9,375.55 |
| | Reason: Invoices 1005978 and 1006117 were paid via EFTs 75841 and 82656 on 05/02/2018 and 06/08/2018. | | | | | |
| 3 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9455 | $2,626.83 |
| | Reason: Invoice totaling $2,626.83 was paid via EFT 87561 on 06/27/2018. | | | | | |
| 4 | DATA SUPPLIES CORP<br>P.O. BOX 41147<br>SAN JUAN, PR 00940-1147 | 05/18/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174007 | $625.00 |
| | Reason: Invoice totaling $625.00 was paid via check 230020583 on 08/20/2020. | | | | | |
| 5 | HERNANDEZ CASTRODAD, FIDECICOMISO<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/01/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 259 | $91,516.25 |
| | Reason: Invoices totaling $91,516.25 were paid via EFTs 00036712, 00043963, 00047091, 00051452, and 00053636 on 06/06/2017, 07/18/2017, 08/08/2017, 09/18/2017, and 10/25/2017. | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Thirteenth Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | NETWAVE EQUIPMENT CO.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9051 | $5,970.00 |
| | Reason: Invoices totaling $5,970.00 were paid via EFTs 3602, 4443, and 5050 on 01/12/2018, 05/17/2018, and 09/05/2018. | | | | | |
| 7 | PUERTO RICO WIRE PRODUCTS, INC.<br>PO BOX 363167<br>SAN JUAN, PR 00936-3167 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35825 | $1,753.14 |
| | Reason: Invoices totaling $1,753.14 were paid via checks 00046536 and 00086564. | | | | | |
| 8 | RIMACO, INC.<br>P. O. BOX 8895 FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR 00910-0000 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22328 | $3,865.50 |
| | Reason: Invoices totaling $3,865.50 were paid via checks 84308, 84309, and 126473 on 06/06/2018, 06/06/2018, and 06/20/2019. | | | | | |
| 9 | TORRES MERCADO, GUMERSINDA<br>EL TUQUE CALLE GA D20<br>PONCE, PR 00731 | 06/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 121466 | Undetermined* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0022. Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. | | | | | |
| | | | | | TOTAL | $141,253.50* |

*Indicates claim contains unliquidated and/or undetermined amounts