# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima décima tercera objeción global**

Quingentésima Décimo Tercera Objeción Global

Anexo A: Reclamos Satisfechos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467<br><br>Base para: La Evidencia de Reclamo indica un reclamo relacionado con el caso judicial DAC-2013-1142. El Estado Libre Asociado pagó las obligaciones el 09/01/2017 mediante el cheque número 00086761. | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24405 | $25,521.23 |
| 2 | DAT@ACCESS COMMUNICATIONS INC.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901<br><br>Base para: Las facturas 1005978 y 1006117 se pagaron mediante las transferencias electrónicas 75841 y 82656 el 02/05/2018 y el 08/06/2018. | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9470 | $9,375.55 |
| 3 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901<br><br>Base para: La factura que totaliza $2,626.83 se pagó mediante la transferencia electrónica 87561 el 27/06/2018. | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9455 | $2,626.83 |
| 4 | DATA SUPPLIES CORP<br>P.O. BOX 41147<br>SAN JUAN, PR 00940-1147<br><br>Base para: La factura que totaliza $625.00 se pagó mediante el cheque 230020583 el 20/08/2020. | 05/18/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174007 | $625.00 |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décima Tercera Objeción Global

Anexo A: Reclamos Satisfechos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | HERNANDEZ CASTRODAD, FIDECICOMISO<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/01/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 259 | $91,516.25 |
| | Base para: Las facturas que ascienden en total a $91,516.25 se pagaron a través de las transferencias electrónicas identificadas con los números 00036712, 00043963, 00047091, 00051452 y 00053636 los días 06/06/2017, 18/07/2017, 08/08/2017, 18/09/2017 y 25/10/2017. | | | | | |
| 6 | NETWAVE EQUIPMENT CO.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9051 | $5,970.00 |
| | Base para: Las facturas que totalizan $5,970.00 se pagaron mediante las transferencias electrónicas 3602, 4443 y 5050 los días 12/01/2018, 17/05/2018 y 05/09/2018. | | | | | |
| 7 | PUERTO RICO WIRE PRODUCTS, INC.<br>PO BOX 363167<br>SAN JUAN, PR 00936-3167 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35825 | $1,753.14 |
| | Base para: Las facturas que totalizan $1,753.14 se pagaron mediante los cheques 00046536 y 00086564. | | | | | |
| 8 | RIMACO, INC.<br>P. O. BOX 8895 FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR 00910-0000 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22328 | $3,865.50 |
| | Base para: Las facturas que totalizan $3,865.50 se pagaron mediante los cheques 84308, 84309 y 126473 los días 06/06/2018, 06/06/2018 y 20/06/2019. | | | | | |
| 9 | TORRES MERCADO, GUMERSINDA<br>EL TUQUE CALLE GA D20<br>PONCE, PR 00731 | 06/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 121466 | Indeterminado* |
| | Base para: La Evidencia de Reclamo declara un reclamo relacionado con el caso judicial KEF-2011-0022. Se dictó un fallo en el caso y la ACT depositó los fondos en el tribunal del Estado Libre Asociado, en cumplimiento con la resolución. | | | | | |
| | | | | | TOTAL | $141.253.50* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados