# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Fourteenth Omnibus Objection**

Case:17-03283-LTS Doc#:22251-1 Filed:09/16/22 Entered:09/16/22 20:51:32 Desc: Exhibit A Schedule of Claim -English Page 1 of 16

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALDARONDO PEREZ, RAFAEL R.<br>CALLE 42 SE #1183<br>URB. REPARTO METROPOLITANO<br>SAN JUAN, PR 00921 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66387 | $15,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0576, but the claimant does not appear as a named plaintiff in that litigation. Claim #66387 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ASTACIO CORREA, ILEANA<br>PO BOX 146<br>SALINAS, PR 00751 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15116 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #15116 also contained on Exhibit A to the 379th Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AYALA DE JESUS, ROSA MARIA<br>HC-01 BOX 4977<br>UTUADO, PR 00641 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149612 | $25,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability. Claim #149612 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CINTRON RENTAL EQUIPMENT<br>C/O JOSE CINTRON<br>PO BOX 1000<br>ISABELA, PR 00662 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46234 | $20,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2017-0485, but the case has since been voluntarily withdrawn by the claimant and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COLON RAMOS, ASUNCION<br>CALLE 145 CD-9 VALLE ALLIBA HEIGHTS<br>CAROLINA, PR 00983 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26149 | $26,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21941 | $7,091.86* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2015-0002 and property that was seized by the Commonwealth.  The books and records of the Commonwealth indicate, however, that the property was returned and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22820 | $6,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number DAC-2013-3089 and property that was seized by the Commonwealth.  The books and records of the Commonwealth indicate, however, that the property was returned and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23417 | $5,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2016-0853 and the seizure of certain property, but the records of the case indicate that the Commonwealth's seizure was adjuicated as lawful and the property was appropriately auctioned.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24219 | $7,700.00* |

Reason: Proof of claim purports to assert liability on the basis of case number HSCI2011-00681, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24404 | $6,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number GAC2008-0276/0277 and the seizure of certain property, but the records of the case indicate that the Commonwealth's seizure was adjuficated as lawful and the property was appropriately auctioned.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24811 | $12,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2013-0477, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25149 | $4,500.00* |

Reason: Proof of claim purports to assert liability on the basis of case number DAC-2017-0191 and property that was seized by the Commonwealth. The books and records of the Commonwealth indicate, however, that the property was returned and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25757 | $19,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2015-0318, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25769 | $4,500.00* |

Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | DAVILA PEREZ, JUAN L<br>COND. COLLEGE PARK<br>200 ALCALA, APT. 903<br>SAN JUAN, PR 00921 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18345 | $33,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | ESTEVES ESTEVES, OLGA<br>HC 6 BOX 12134<br>SAN SEBASTIAN, PR 00685 | 03/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4023 | $15,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #4023 also contained on Exhibit A to the 345th Omnibus Claims Objection for Reclassified Claims and the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | FELICIANO SANTIAGO, RUTH N<br>HC 04 BOX 49112<br>HATILLO, PR 00659 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79435 | $10,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | GARCIA PIÑERO, ARIANA<br>HC 02 BOX 9906<br>JUNCOS, PR 00777 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74494 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | GONZALEZ VELEZ, CIELITO<br>CO JORGE ECHEVARRIA TANTAO<br>SERVICIOS LEGALES DE PR INC<br>PO BOX 839 CALLE POST 108 SUR<br>MAYAGUEZ, PR 00681 | 03/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5387 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-0027, but the records of the case indicate that the case has since been dismissed and there is no further liability. Claim #5387 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims and 367th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | HILERIO HERNANDEZ, LUZ<br>HC 6 BOX 66106<br>AGUADILLA, PR 00603 | 06/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64064 | $45,520.67* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #64064 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims and the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | HILERIO HERNANDEZ, LUZ I.<br>HC 06 BOX 66106<br>AGUADILLA, PR 00603 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64284 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #64284 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | ICPR JUNIOR COLLEGE<br>P O BOX 140067<br>ARECIBO, PR 00614-0067 | 04/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5130 | $46,222.13 |

Reason: Invoice totaling $22,549.45 was paid via check 02335767 on 09/08/2009. Per the books and records of the Commonwealth, invoice totaling $23,672.68 was associated with amounts that were outside of the approved contract, where no contract was in place or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | KERCADO, EDNA M.<br>URB. LA MILAGROSA<br>C/ CD-12<br>BAYAMON, PR 00959 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75334 | $25,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LA ASOC DE ATLETISMO VETERANOS DE PR INC<br>ILKA VIOLETA CARBO<br>PO BOX 9785<br>SAN JUAN, PR 00908 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25256 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of litigation that was never filed and the supporting documentation does not otherwise establish any valid basis for liability against the Commonwealth. Claim #25256 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | LEDESMA MOULIER, ZENAIDA<br>EXT VILLA RICA<br>H 11 CALLE 8<br>BAYAMON, PR 00959 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58103 | $25,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | LEON VEGA, LYDIA E.<br>B - 2 CALLE 8<br>URB. JARDINES<br>SANTA ISABEL, PR 00757 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147533 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #147533 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | MARSHALL GANDIA, XIOMARA<br>P.O. BOX 2120<br>RIO GRANDE, PR 00745 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 110111 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #110111 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims, the 362nd Omnibus Claims Objection for Reclassified Claims, and the 527th Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | MARTINEZ MONTALVO, WANDA I<br>LOS MAESTROS<br>2 CALLE FERNANDO RODRIGUEZ<br>ADJUNTAS, PR 00601 | 03/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3039 | $24,000.00* |

Reason: Proof of claim purports to assert liability on the basis of litigation against the Commonwealth, including case numbers KPE-2000-2568, KPE-2001-4051, CC-2006-746, and SJ-2017-CV-00542, but all causes of action asserted by the claimant have been dismissed as to the claimant and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | MARTINEZ VELEZ, ISABEL I<br>61 CALLE MUNOZ RIVERA<br>ADJUNTAS, PR 00601 | 05/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9848 | $221.72* |

Reason: Proof of claim purports to assert liability on the basis of an award in case number KPE2006-3456, however, the supporting documentation indicates that the claimant must claim it as a tax credit.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | MATOS LUYANDA, MILDRED E<br>COND. LOMA ALTA VILLAGE ED 806<br>CALLE GRALTE BOX 1903<br>CAROLINA, PR 00987 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91529 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | MAYSONET MARTINEZ, NELSON<br>JJ- 5 C/NANCY<br>BAYAMON, PR 00957 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18312 | $21,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | MELENDEZ RAMIREZ, LESLY ANN<br>LCDO. RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17782 | $100,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KDP-2016-1191, but the case has since been dismissed as it relates to the Commonwealth of Puerto Rico. As such, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | MELENDEZ RAMIREZ, XAVIER<br>LCDO. RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13260 | $100,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KDP-2016-1191, but the case has since been dismissed as it relates to the Commonwealth of Puerto Rico. As such, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | MIRANDA NEGRON, ANGEL R.<br>URBANIZACION BOSQUE LLANO CALLE CAOBA<br>D-34<br>BUZON 434<br>SAN LORENZO, PR 00754 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45698 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability. Claim #45698 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MONTALVO NIEVES, EDGARDO<br>PO BOX 8926<br>BAYAMON, PR 00960 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65612 | $30,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0576, but the claimant does not appear as a named plaintiff in that litigation. Claim #65612 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | MORALES DIAZ, EVELYN<br>VILLA ESPAÑA<br>CORDOVA R-1 4<br>BAYAMON, PR 00959 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58007 | $25,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 37 | MORALES HEVIA, JORGE LUIS<br>URB EL CONQUISTADOR<br>RD-9 CALLE 11<br>TRUJILLO ALTO, PR 00976 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144023 | $96,157.31* |

Reason: Proof of claim purports to assert liability on the basis of litigation that has since been withdrawn and, accordingly, there is no further basis for liability. Claim #144023 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 38 | PELLOT CORDOVA, HILDA<br>P.O. BOX 664<br>FAJARDO, PR 00738-0664 | 03/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2085 | Undetermined* |

Reason: Proof of claim purports to assert liability against the Commonwealth, but the supporting documentation indicates that to the extent any liabilities are owed to the claimant it is from private bank institutions and not the Commonwealth.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 39 | PEREZ SANTIAGO, MARTHA E.<br>D11 CALLE 3<br>URB EL MADRIGAL<br>PONCE, PR 00731-1410 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55230 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 40 | PEREZ SANTIAGO, MARTHA E.<br>D11 CALLE 3 EL MADRIGAL<br>PONCE, PR 00731-1410 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82379 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | PONCE DE LEON, IRIS M<br>CALLE B45<br>URB SANTA MARIA<br>SABANA GRANDE, PR 00637 | 04/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9806 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #9806 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | PONS CRUZ, ANTHONY<br>#500 SAN PATRICIO APT 78<br>FAJARDO, PR 00738 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105274 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #105274 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | RAMIREZ RODRIGUEZ, QUENIA<br>LCDO. RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13252 | $200,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KDP-2016-1191, but the case has since been dismissed as it relates to the Commonwealth of Puerto Rico. As such, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | RAMOS MARTINEZ, DENISSE M<br>URB PASEO DEL PARQUE<br>9<br>AGUADILLA, PR 00603 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25503 | $50,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #25503 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | RAMOS VASQUEZ, GERARDO J<br>VALLE DE ANDALUCIA MOJACAR #3218<br>PONCE, PR 00728-3122 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29276 | $34,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

*Indicates claim contains unliquidated and/or undetermined amounts

### Five Hundred Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | REYES RIVERA, SONIA I.<br>HC 1 BOX 13372<br>COAMO, PR 00769 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82382 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | RIOS CRUZ, VICTOR<br>MUNOZ RIVERA<br>QUIMERA 13<br>GUAYNABO, PR 00969 | 06/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69489 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | RIVERA COLON, DANIEL<br>LCDO. ROBERTO BOLORIN SANTIAGO<br>P.O. BOX 2406<br>GUAYAMA, PR 00785 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84978 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number GDP-2016-0090, but the case has since been dismissed as to the Commonwealth and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | RIVERA MONTANEZ, MARIBEL<br>C/O LCDO. JAVIER VILLAR ROSA<br>PO BOX 79167<br>CAROLINA, PR 00984 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 92450 | $6,875.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FDP-2013-0379, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | RODRIGUEZ SANCHEZ, ARNOLD<br>COND. LUCERNA<br>EDIF. A-1<br>APT. M-1<br>CAROLINA, PR 00983 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26848 | $18,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | RODRIGUEZ TORRES, BRENDA L<br>URB MEDINA<br>A11 CALLE 2<br>ISABELA, PR 00662 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 96226 | $12,510.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2017-0262 but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | ROSARIO MAISONET, SONIA<br>300 ESTANCIAS DE BARCELONETA<br>CALLE ESCORPORA<br>BARCELONETA, PR 00617-2415 | 05/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12676 | $73,800.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2004-1513 but the case has since been dismissed and there is no further basis for liability. Claim #12676 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | SANTIAGO TORRES, WILLIAM<br>VILLA DEL CARMEN, 4338 AVE CONSTANCIA<br>PONCE, PR 00716-2143 | 05/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 22662 | $19,409.54* |

Reason: Proof of claim purports to assert liability on the basis of litigation. The case files show, however, that the claimant's suit was not brought against the Commonwealth or any other Title III Debtor. Claim #22662 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims and 367th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | SANTINI RIVERA, RAUL<br>URB.MONTE ATENAS<br>1300 CALLE ATENAS APT.506<br>SAN JUAN, PR 00926 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24826 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | SERRANO QUINONES, MIGDONIA<br>309 CALLE JUAN H CINTRON<br>URB ESTANCIAS DEL GOLF CLUB<br>PONCE, PR 00730-0515 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109523 | $3,640.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KCM-2016-2659, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | SIERRA PLAZA , GLADYS E.<br>6011 CALLE TMOHA AMALIA MARIN<br>PONCE, PR 00716-1371 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87193 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 57 | THE NEW PONCE SHOPPING CENTER<br>PO BOX 331943<br>PONCE, PR 00733 | 05/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9948 | $15,762.00 |

Reason: Invoices totaling $22,800.00 were paid via EFTs 19000351, 19002867, 19002925, and 19002930 on 08/13/2018, 06/05/2019, 06/07/2019, and 06/07/2019. The remaining invoice related to July 2018 rent, in an amount of $5,700, was forgiven by the claimant and as such no liability exists for this invoice.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 58 | TORRES BERRIOS, MYRTELINA<br>PO BOX 3011<br>GUAYNABO, PR 00970 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28933 | $23,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 59 | TORRES RODRIQUEZ, MARIANELA<br>PO BOX 194385<br>SAN JUAN, PR 00919 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19670 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 60 | TORRUELLA COLON, SANDRA<br>LCDO JUAN CARLOS RODRIGUEZ LOPEZ<br>4024 CALLE AURORA<br>PONCE, PR 00917-1513 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134375 | $12,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number LDP-2013-0044 but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | TRAFON GROUP. INC<br>JUAN R. RIVERA FONT, LLC<br>27 GONZALEZ GUISTI AVE<br>SUITE 602<br>GUAYNABO, PR 00968 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66661 | $175,460.18 |

Reason: Invoices totaling $175,460.18 were credited against a debt held by the Department of the Treasury owed by claimant on 12/02/2018; accordingly, the Commonwealth has no liability remaining to Claimant.

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | VEGA MEDINA, JACQUELINE<br>HC 8 BOX 84354<br>SAN SEBASTIAN, PR 00685 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6624 | $15,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #6624 also contained on Exhibit A to the 345th Omnibus Claims Objection for Reclassified Claims and the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | VEGA RIVERA, SANDRA I.<br>HC4 BOX 42619<br>AGUADILLA, PR 00603-9744 | 05/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29082 | $74,329.66* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability. Claim #29082 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims, the 347th Omnibus Claims Objection for Reclassified Claims and the 379th Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | VELEZ LEBRON, ROSA M<br>PMB 10 PO BOX 8901<br>HATILLO, PR 00659 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42429 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2006-746, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fourteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 65 | Y. M. R. REPRESENTED BY HIS MOTHER QUENIA RAMIREZ RODRIGUEZ<br>LCDO. RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17786 | $100,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KDP-2016-1191, but the case has since been dismissed as it relates to the Commonwealth of Puerto Rico. As such, there is no further basis for liability. | | | | | |
| | | | | | TOTAL | $1,738,550.07* |

\*Indicates claim contains unliquidated and/or undetermined amounts

15