# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima décima cuarta objeción global**

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALDARONDO PEREZ, RAFAEL R. CALLE 42 SE #1183 URB. REPARTO METROPOLITANO SAN JUAN, PR 00921 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66387 | $15,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0576, pero el demandante no aparece mencionado como tal en dicho litigio. Reclamo No. 66387 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados. | | | | | |
| 2 | ASTACIO CORREA, ILEANA PO BOX 146 SALINAS, PR 00751 | 05/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15116 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 15116 también incluido en el Anexo A de la Tricentésima Septuagésima Novena Objeción Global por Reclamos Parcialmente Desestimados. | | | | | |
| 3 | AYALA DE JESUS, ROSA MARIA HC-01 BOX 4977 UTUADO, PR 00641 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 149612 | $25,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 149612 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados. | | | | | |
| 4 | CINTRON RENTAL EQUIPMENT C/O JOSE CINTRON PO BOX 1000 ISABELA, PR 00662 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46234 | $20,000.00* |
| | Base para: La Evidencia de reclamo pretende invocar una obligación fundada en el caso número KAC-2017-0485, pero el demandante ha desistido voluntariamente del caso y no hay otro fundamento para la obligación. | | | | | |
| 5 | COLON RAMOS, ASUNCION CALLE 145 CD-9 VALLE ALLIBA HEIGHTS CAROLINA, PR 00983 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26149 | $26,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467<br><br>Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2015-0002 y el Estado Libre Asociado confiscó los bienes. Sin embargo, según los libros y registros del Estado Libre Asociado, los bienes se devolvieron y no existe ninguna otra obligación. | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21941 | $7,091.86* |
| 7 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467<br><br>Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número DAC-2013-3089 y el Estado Libre Asociado confiscó los bienes. Sin embargo, según los libros y registros del Estado Libre Asociado, los bienes se devolvieron y no existe ninguna otra obligación. | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22820 | $6,000.00* |
| 8 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467<br><br>Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2016-0853 y la confiscación de determinados bienes, pero el expediente del caso indica que la confiscación de parte del Estado Libre Asociado se consideró legítima y los bienes se subastaron adecuadamente. | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23417 | $5,000.00* |
| 9 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467<br><br>Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número HSCI2011-00681, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24219 | $7,700.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24404 | $6,850.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número GAC2008-0276/0277 y la confiscación de determinados bienes; pero el expediente del caso indica que la confiscación de parte del Estado Libre Asociado se consideró legítima y los bienes se subastaron adecuadamente. | | | | | |
| 11 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24811 | $12,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2013-0477, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25149 | $4,500.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número DAC-2017-0191 y el Estado Libre Asociado confiscó los bienes. Sin embargo, según los libros y registros del Estado Libre Asociado, los bienes se devolvieron y no existe ninguna otra obligación. | | | | | |
| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25757 | $19,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2015-0318, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25769 | $4,500.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos, pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación. | | | | | |
| 15 | DAVILA PEREZ, JUAN L<br>COND. COLLEGE PARK<br>200 ALCALA, APT. 903<br>SAN JUAN, PR 00921 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18345 | $33,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio. | | | | | |
| 16 | ESTEVES ESTEVES, OLGA<br>HC 6 BOX 12134<br>SAN SEBASTIAN, PR 00685 | 03/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4023 | $15,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 4023 también incluido en el Anexo A de la Tricentésima Cuadragésima Quinta Objeción Global por Reclamos Reclasificados y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados. | | | | | |
| 17 | FELICIANO SANTIAGO, RUTH N<br>HC 04 BOX 49112<br>HATILLO, PR 00659 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79435 | $10,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | GARCIA PIÑERO, ARIANA<br>HC 02 BOX 9906<br>JUNCOS, PR 00777 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74494 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | GONZALEZ VELEZ, CIELITO<br>CO JORGE ECHEVARRIA TANTAO<br>SERVICIOS LEGALES DE PR INC<br>PO BOX 839 CALLE POST 108 SUR<br>MAYAGUEZ, PR 00681 | 03/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5387 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-0027, pero según el expediente del caso, este fue desestimado y no existe ninguna otra obligación. Reclamo No. 5387 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados y la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | HILERIO HERNANDEZ, LUZ<br>HC 6 BOX 66106<br>AGUADILLA, PR 00603 | 06/13/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 64064 | $45,520.67* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 64064 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | HILERIO HERNANDEZ, LUZ I.<br>HC 06 BOX 66106<br>AGUADILLA, PR 00603 | 06/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64284 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 64284 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | ICPR JUNIOR COLLEGE<br>P O BOX 140067<br>ARECIBO, PR 00614-0067 | 04/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5130 | $46,222.13 |

Base para: La factura que totaliza $22,549.45 se pagó mediante el cheque 02335767 el 08/09/2009. Según los libros y registros del Estado Libre Asociado, la factura que totaliza $23,672.68 estaba asociada a montos ajenos al contrato aprobado, donde no existía un contrato celebrado o donde las facturas nunca se recibieron y, por lo tanto, la agencia alegada del Estado Libre Asociado no las adeuda.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | KERCADO, EDNA M.<br>URB. LA MILAGROSA<br>C/ CD-12<br>BAYAMON, PR 00959 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 75334 | $25,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LA ASOC DE ATLETISMO VETERANOS DE PR INC<br>ILKA VIOLETA CARBO<br>PO BOX 9785<br>SAN JUAN, PR 00908 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25256 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en un litigio que nunca se presentó; la documentación de respaldo, por otra parte, no establece de ningún otro modo un fundamento válido para invocar una obligación contra el Estado Libre Asociado. Reclamo No. 25256 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | LEDESMA MOULIER, ZENAIDA<br>EXT VILLA RICA<br>H 11 CALLE 8<br>BAYAMON, PR 00959 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58103 | $25,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | LEON VEGA, LYDIA E.<br>B - 2 CALLE 8<br>URB. JARDINES<br>SANTA ISABEL, PR 00757 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 147533 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 147533 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| 27 | MARSHALL GANDIA, XIOMARA<br>P.O. BOX 2120<br>RIO GRANDE, PR 00745 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 110111 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 110111 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados; la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados y la Quingentésima Vigésima Séptima Objeción Global por Reclamos Parcialmente Desestimados.

| 28 | MARTINEZ MONTALVO, WANDA I<br>LOS MAESTROS<br>2 CALLE FERNANDO RODRIGUEZ<br>ADJUNTAS, PR 00601 | 03/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3039 | $24,000.00* |

Base para: La Evidencia de reclamo pretende invocar una obligación fundada en el litigio contra el Estado Libre Asociado, incluidos los casos números KPE-2000-2568, KPE-2001-4051, CC-2006-746 y SJ-2017-CV-00542, pero todas las acciones invocadas por el demandante han sido desestimadas en lo que atañe al demandante y no hay otro fundamento para la obligación.

| 29 | MARTINEZ VELEZ, ISABEL I<br>61 CALLE MUNOZ RIVERA<br>ADJUNTAS, PR 00601 | 05/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9848 | $221.72* |

Base para: La evidencia de reclamo pretende reclamar una obligación fundándose en el laudo dictado en el caso número KPE2006-3456; sin embargo, la documentación de respaldo indica que el demandante debe reclamarla como un crédito fiscal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

7

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | MATOS LUYANDA, MILDRED E<br>COND. LOMA ALTA VILLAGE ED 806<br>CALLE GRALTE BOX 1903<br>CAROLINA, PR 00987 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 91529 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 31 | MAYSONET MARTINEZ, NELSON<br>JJ- 5 C/NANCY<br>BAYAMON, PR 00957 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18312 | $21,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio. | | | | | |
| 32 | MELENDEZ RAMIREZ, LESLY ANN<br>LCDO. RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17782 | $100,000.00* |
| | Base para: La Evidencia de reclamo pretende invocar una obligación fundada en el caso número KDP-2016-1191, pero el caso ha sido desestimado en lo que atañe al Estado Libre Asociado de Puerto Rico. En consecuencia, no hay otro fundamento para la obligación. | | | | | |
| 33 | MELENDEZ RAMIREZ, XAVIER<br>LCDO. RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13260 | $100,000.00* |
| | Base para: La Evidencia de reclamo pretende invocar una obligación fundada en el caso número KDP-2016-1191, pero el caso ha sido desestimado en lo que atañe al Estado Libre Asociado de Puerto Rico. En consecuencia, no hay otro fundamento para la obligación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Décimo Cuarta Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 34 | MIRANDA NEGRON, ANGEL R.<br>URBANIZACION BOSQUE LLANO CALLE CAOBA<br>D-34<br>BUZON 434<br>SAN LORENZO, PR 00754 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45698 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 45698 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MONTALVO NIEVES, EDGARDO<br>PO BOX 8926<br>BAYAMON, PR 00960 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 65612 | $30,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0576, pero el demandante no aparece mencionado como tal en dicho litigio. Reclamo No. 65612 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | MORALES DIAZ, EVELYN<br>VILLA ESPAÑA<br>CORDOVA R-1 4<br>BAYAMON, PR 00959 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58007 | $25,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | MORALES HEVIA, JORGE LUIS<br>URB EL CONQUISTADOR<br>RD-9 CALLE 11<br>TRUJILLO ALTO, PR 00976 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 144023 | $96,157.31* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en un litigio que fue retirado y, por consiguiente, no existe ningún otro fundamento para invocar una obligación. Reclamo No. 144023 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados.

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 38 | PELLOT CORDOVA, HILDA<br>P.O. BOX 664<br>FAJARDO, PR 00738-0664 | 03/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2085 | Indeterminado* |

Base para: La evidencia de reclamo pretende reclamar una obligación contra el Estado Libre Asociado, pero la documentación de respaldo indica que cualquier obligación adeudada al demandante es de instituciones bancarias privadas y no del Estado Libre Asociado.

| 39 | PEREZ SANTIAGO, MARTHA E.<br>D11 CALLE 3<br>URB EL MADRIGAL<br>PONCE, PR 00731-1410 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 55230 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| 40 | PEREZ SANTIAGO, MARTHA E.<br>D11 CALLE 3 EL MADRIGAL<br>PONCE, PR 00731-1410 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82379 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| 41 | PONCE DE LEON, IRIS M<br>CALLE B45<br>URB SANTA MARIA<br>SABANA GRANDE, PR 00637 | 04/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9806 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 9806 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| 42 | PONS CRUZ, ANTHONY<br>#500 SAN PATRICIO APT 78<br>FAJARDO, PR 00738 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 105274 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 105274 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Décima Cuarta Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | RAMIREZ RODRIGUEZ, QUENIA<br>LCDO. RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13252 | $200,000.00* |

Base para: La Evidencia de reclamo pretende invocar una obligación fundada en el caso número KDP-2016-1191, pero el caso ha sido desestimado en lo que atañe al Estado Libre Asociado de Puerto Rico. En consecuencia, no hay otro fundamento para la obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | RAMOS MARTINEZ, DENISSE M<br>URB PASEO DEL PARQUE<br>9<br>AGUADILLA, PR 00603 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25503 | $50,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 25503 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | RAMOS VASQUEZ, GERARDO J<br>VALLE DE ANDALUCIA MOJACAR #3218<br>PONCE, PR 00728-3122 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29276 | $34,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | REYES RIVERA, SONIA I.<br>HC 1 BOX 13372<br>COAMO, PR 00769 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82382 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

11

Quingentésima Décima Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 47 | RIOS CRUZ, VICTOR<br>MUNOZ RIVERA<br>QUIMERA 13<br>GUAYNABO, PR 00969 | 06/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69489 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | RIVERA COLON, DANIEL<br>LCDO. ROBERTO BOLORIN SANTIAGO<br>P.O. BOX 2406<br>GUAYAMA, PR 00785 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84978 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número GDP-2016-0090, pero este fue desestimado en lo que respecta al Estado Libre Asociado y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | RIVERA MONTANEZ, MARIBEL<br>C/O LCDO. JAVIER VILLAR ROSA<br>PO BOX 79167<br>CAROLINA, PR 00984 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 92450 | $6,875.00* |

Base para: La Evidencia de reclamo pretende invocar una obligación fundada en el caso número FDP-2013-0379, pero el caso se ha desestimado y no hay otro fundamento para la obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | RODRIGUEZ SANCHEZ, ARNOLD<br>COND. LUCERNA<br>EDIF. A-1<br>APT. M-1<br>CAROLINA, PR 00983 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26848 | $18,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

12

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 51 | RODRIGUEZ TORRES, BRENDA L<br>URB MEDINA<br>A11 CALLE 2<br>ISABELA, PR 00662 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 96226 | $12,510.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2017-0262, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | ROSARIO MAISONET, SONIA<br>300 ESTANCIAS DE BARCELONETA<br>CALLE ESCORPORA<br>BARCELONETA, PR 00617-2415 | 05/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12676 | $73,800.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2004-1513, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 12676 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | SANTIAGO TORRES, WILLIAM<br>VILLA DEL CARMEN, 4338 AVE CONSTANCIA<br>PONCE, PR 00716-2143 | 05/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 22662 | $19,409.54* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en un litigio.  Sin embargo, de acuerdo con el expediente, el demandante no entabló la demanda contra el Estado Libre Asociado o cualquier otro de los Deudores al amparo del Título III. Reclamo No. 22662 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados y la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | SANTINI RIVERA, RAUL<br>URB.MONTE ATENAS<br>1300 CALLE ATENAS APT.506<br>SAN JUAN, PR 00926 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24826 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 55 | SERRANO QUINONES, MIGDONIA<br>309 CALLE JUAN H CINTRON<br>URB ESTANCIAS DEL GOLF CLUB<br>PONCE, PR 00730-0515 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 109523 | $3,640.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KCM-2016-2659, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | SIERRA PLAZA , GLADYS E.<br>6011 CALLE TMOHA AMALIA MARIN<br>PONCE, PR 00716-1371 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87193 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | THE NEW PONCE SHOPPING CENTER<br>PO BOX 331943<br>PONCE, PR 00733 | 05/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9948 | $15,762.00 |

Base para: Las facturas que totalizan $22,800.00 se pagaron mediante las transferencias electrónicas identificadas con los números 19000351, 19002867, 19002925 y 19002930 el 13/08/2018, el 05/06/2019, el 07/06/2019 y el 07/06/2019. La factura restante relacionada con la renta de julio de 2018, por valor de $5,700, fue perdonada por el demandante y, por lo tanto, no existe ninguna obligación con respecto a ella.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | TORRES BERRIOS, MYRTELINA<br>PO BOX 3011<br>GUAYNABO, PR 00970 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28933 | $23,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio.

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | TORRES RODRIQUEZ, MARIANELA<br>PO BOX 194385<br>SAN JUAN, PR 00919 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19670 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 60 | TORRUELLA COLON, SANDRA<br>LCDO JUAN CARLOS RODRIGUEZ LOPEZ<br>4024 CALLE AURORA<br>PONCE, PR 00917-1513 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 134375 | $12,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número LDP-2013-0044, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 61 | TRAFON GROUP. INC<br>JUAN R. RIVERA FONT, LLC<br>27 GONZALEZ GUISTI AVE<br>SUITE 602<br>GUAYNABO, PR 00968 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66661 | $175,460.18 |
| | Base para: Las facturas que totalizan $175,460.18 se acreditaron a cuenta de la deuda que tenía el Departamento del Tesoro, adeudada por el demandante, el 02/12/2018; por lo tanto, el Estado Libre Asociado no tiene ninguna obligación restante para con el Demandante. | | | | | |
| 62 | VEGA MEDINA, JACQUELINE<br>HC 8 BOX 84354<br>SAN SEBASTIAN, PR 00685 | 04/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6624 | $15,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 6624 también incluido en el Anexo A de la Tricentésima Cuadragésima Quinta Objeción Global por Reclamos Reclasificados y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados. | | | | | |
| 63 | VEGA RIVERA, SANDRA I.<br>HC4 BOX 42619<br>AGUADILLA, PR 00603-9744 | 05/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29082 | $74,329.66* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. Reclamo No. 29082 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos Reclasificados y la Tricentésima Septuagésima Novena Objeción Global por Reclamos Parcialmente Desestimados. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Cuarta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 64 | VELEZ LEBRON, ROSA M<br>PMB 10 PO BOX 8901<br>HATILLO, PR 00659 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42429 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número CC-2006-746, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | Y. M. R. REPRESENTED BY HIS MOTHER QUENIA RAMIREZ RODRIGUEZ<br>LCDO. RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17786 | $100,000.00* |

Base para: La Evidencia de reclamo pretende invocar una obligación fundada en el caso número KDP-2016-1191, pero el caso ha sido desestimado en lo que atañe al Estado Libre Asociado de Puerto Rico. En consecuencia, no hay otro fundamento para la obligación.

| | | | | | TOTAL | $1,738,550.07* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados

16