# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Fifteenth Omnibus Objection**

Five Hundred Fifteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BUFETE ENRIQUE UMPIERRE SUAREZ C.S.P.<br>ENRIQUE UMPIERRE SUAREZ<br>PO BOX 365003<br>SAN JUAN, PR 00936-5003 | 06/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 116844 | $94,028.69 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with these invoices in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CARIBBEAN DATA SYSTEM<br>636 SAN PATRICIO AVE.<br>SAN JUAN, PR 00920 | 06/01/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174090 | $30,805.76 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of PBA's books and records, there are no outstanding liabilities associated with this invoice in PBA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 24252 | $5,407.32 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with these invoices in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CORPORACION RODUM<br>PO BOX 9023422<br>SAN JUAN, PR 00902-3422 | 05/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 38195 | $3,989.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with these invoices in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | EQUIPOS Y CONSTRUCTORA RVD INC<br>PO BOX 79176<br>CAROLINA, PR 00984-9176 | 05/23/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23753 | $3,981.20 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with this invoice in HTA's system.

# Five Hundred Fifteenth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | EQUIPOS Y CONSTRUCTORA RVD, INC<br>PO BOX 79176<br>CAROLINA, PR 00984-9176 | 05/03/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 10524 | $83,870.40 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with this invoice in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | FLORES LABAULT, CARLOS M.<br>DBA CEL FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/02/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 9860 | $72.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with this invoice in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | LCDO RAMON A RODRIGUEZ<br>COND EL CENTRO I SUITE 3A<br>500 AVE MUNOZ RIVERA<br>HATO REY, PR 00969 | 05/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 53677 | $3,675.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with these invoices in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | PEREZ GUTIE, LCDO EDGARDO<br>9140 CALLE MARINA<br>CONDOMINIO PONCIONA OFIC 401<br>PONCE, PR 00731 | 05/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 40776 | $600.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with this invoice in HTA's system.

Five Hundred Fifteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | PFM ASSET MANAGEMENT LLC<br>PO BOX 62923<br>BALTIMORE, MD 21264-2923 | 04/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 7174 | $90,000.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with this invoice in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RAFAEL J NIDO INC<br>PO BOX 11978<br>SAN JUAN, PR 00922-1978 | 05/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 43293 | $32,961.12 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with this invoice in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SKYTEC INC<br>500 ROAD 869, SUITE 501<br>CATAÑO, PR 00962-2011 | 05/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 18565 | $7,695.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with these invoices in HTA's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | SM ELECTRICAL CONTRACTO<br>AVE SAN CRISTOBAL 3006<br>COTTO LAUREL<br>PONCE, PR 00731 | 05/09/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 13449 | $18,925.96 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of HTA's books and records, there are no outstanding liabilities associated with this invoice in HTA's system.

| | TOTAL | $376,011.45 |
|---|---|---|