# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima décima quinta objeción global**

Quingentésima Décima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BUFETE ENRIQUE UMPIERRE SUAREZ C.S.P. ENRIQUE UMPIERRE SUAREZ PO BOX 365003 SAN JUAN, PR 00936-5003 | 06/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 116844 | $94,028.69 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha autoridad. | | | | | |
| 2 | CARIBBEAN DATA SYSTEM 636 SAN PATRICIO AVE. SAN JUAN, PR 00920 | 06/01/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174090 | $30,805.76 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. De acuerdo con una declaración que testifica la revisión razonable de los libros y registros de la AEP, no existen obligaciones pendientes asociadas a esta factura en el sistema de la AEP. | | | | | |
| 3 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 05/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 24252 | $5,407.32 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha autoridad. | | | | | |
| 4 | CORPORACION RODUM PO BOX 9023422 SAN JUAN, PR 00902-3422 | 05/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 38195 | $3,989.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha autoridad. | | | | | |
| 5 | EQUIPOS Y CONSTRUCTORA RVD INC PO BOX 79176 CAROLINA, PR 00984-9176 | 05/23/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23753 | $3,981.20 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a esta factura en el sistema de la ACT. | | | | | |

## Quingentésima Décima Quinta Objeción Global
### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | EQUIPOS Y CONSTRUCTORA RVD, INC<br>PO BOX 79176<br>CAROLINA, PR 00984-9176 | 05/03/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 10524 | $83,870.40 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a esta factura en el sistema de la ACT. | | | | | |
| 7 | FLORES LABAULT, CARLOS M.<br>DBA CEL FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/02/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 9860 | $72.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a esta factura en el sistema de la ACT. | | | | | |
| 8 | LCDO RAMON A RODRIGUEZ<br>COND EL CENTRO I SUITE 3A<br>500 AVE MUNOZ RIVERA<br>HATO REY, PR 00969 | 05/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 53677 | $3,675.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha autoridad. | | | | | |
| 9 | PEREZ GUTIE, LCDO EDGARDO<br>9140 CALLE MARINA<br>CONDOMINIO PONCIONA OFIC 401<br>PONCE, PR 00731 | 05/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 40776 | $600.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a esta factura en el sistema de la ACT. | | | | | |

Quingentésima Décima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | PFM ASSET MANAGEMENT LLC<br>PO BOX 62923<br>BALTIMORE, MD 21264-2923 | 04/12/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 7174 | $90,000.00 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a esta factura en el sistema de la ACT.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RAFAEL J NIDO INC<br>PO BOX 11978<br>SAN JUAN, PR 00922-1978 | 05/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 43293 | $32,961.12 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a esta factura en el sistema de la ACT.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SKYTEC INC<br>500 ROAD 869, SUITE 501<br>CATAÑO, PR 00962-2011 | 05/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 18565 | $7,695.00 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha autoridad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | SM ELECTRICAL CONTRACTO<br>AVE SAN CRISTOBAL 3006<br>COTTO LAUREL<br>PONCE, PR 00731 | 05/09/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 13449 | $18,925.96 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la ACT, no existen obligaciones pendientes asociadas a esta factura en el sistema de la ACT.

| | | | | TOTAL | | $376,011.45 |
|---|---|---|---|---|---|---|