# **EXHIBIT C**

**Declaration of Enrique J. Rosa Torres**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to HTA and PBA.** |

**DECLARATION OF ENRIQUE J. ROSA TORRES IN SUPPORT OF THE FIVE HUNDRED FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, Enrique J. Rosa Torres, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.　　I am the Executive Director of Administration and Finance at the Puerto Rico Highways and Transportation Authority ("HTA"). I was assigned by the Agency's Executive Director to provide the financial information related with these creditors due to my experience in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Budget and Accounting offices during the last ten (10) years and my knowledge of the accounting system and the construction projects process. The facts set forth herein are true and correct to the best of my knowledge and belief as per my review of HTA's records and information provided by the team of HTA's employees I personally supervise, as further explained below.

2. In my capacity as the Executive Director of Administration and Finance of HTA, I, along with a team of HTA's employees working at my direction, are responsible for, among other things, reviewing certified invoices and processing them for payments. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of HTA. In addition, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") have consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Fifteenth Omnibus Objection (Substantive) of the Puerto Rico Highways and Transportation Authority and the Puerto Rico Public Buildings Authority to Claims for which the Debtors are Not Liable* (the "Five Hundred Fifteenth Omnibus Objection").[3]

4. Representatives of the Oversight Board provided AAFAF with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to HTA,

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Fifteenth Omnibus Objection.

2

but not yet paid, and AAFAF provided that list of claims to me. That list included a spreadsheet identifying certain invoices the claimants asserted were unpaid.

5. At the request of the Oversight Board's representatives, I conducted a reasonable review of HTA's records to determine whether the invoices associated with the claims have been certified for payment. The Team assigned under my direction reviewed the following information: (a) the proof of claim and the spreadsheet prepared by AAFAF; (b) the existence (profile) of the claimant in the accounts payable module; (c) performed inquires to the Finance team to confirm any information about the existence of the claimant; (d) all invoices by number, by date or by construction project number; (e) all purchase orders related with the claimant to identify any invoices paid or unpaid; (d) the existence of paper invoices not recorded in the accounts payable module and; (e) checks payment history to identify any invoices already paid.

6. Based upon that review, Claim Nos. 7174, 9860, 10524, 13449, 18565, 23753, 24252, 38195, 40776, 43293, 53677, and 116844, each as identified on **Exhibit A** to the Five Hundred Fifteenth Omnibus Objection are based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 16, 2022

By: /s/ _____
Enrique J. Rosa Torres
Executive Director of Administration and Finance
Puerto Rico Highways and Transportation Authority

3

# **ANEXO C**

**Declaración de Enrique J. Rosa Torres**

Case:17-03283-LTS Doc#:22252-4 Filed:09/16/22 Entered:09/16/22 21:10:29 Desc: Exhibit C Declaration of Rosa Torres Page 5 of 9

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>    Deudores.[1] | PROMESA<br>Título III<br>Nº 17 BK 3283-LTS<br>(Administrado conjuntamente)<br><br>**Esta presentación corresponde a la ACT y a la AEP.** |

**DECLARACIÓN DE ENRIQUE J. ROSA TORRES EN APOYO DE LA QUINGENTÉSIMA DÉCIMA QUINTA OBJECIÓN GLOBAL (SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DE LA AUTORIDAD DE EIFICIOS DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES**

Por la presente yo, Enrique J. Rosa Torres, de conformidad con el Artículo 1746 del Título 28 del U.S.C., declaro bajo pena de perjurio que lo siguiente es fiel y correcto a mi leal saber, entender y convicción:

---

[1] Los Deudores de estos Casos del Título III, conjuntamente con los números de casos del Título III de los respectivos Deudores y los cuatro (4) últimos dígitos del número de identificación tributaria federal de cada Deudor, según proceda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra nº 17-BK 3283- LTS) (cuatro últimos dígitos del número de identificación tributaria federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra nº 17-BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra nº 17-BK 3567-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra nº 17-BK 3566-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") (Caso de quiebra nº 17-BK 4780-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") y, conjuntamente con el Estado Libre Asociado, COFINA, la ACT, el SRE y la AEEPR, los "Deudores" (Caso de quiebra nº 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3801) (los números de casos del Título III están enumerados como números de Casos de quiebra debido a las limitaciones del software).

1. Soy el Director Ejecutivo de Administración y Finanzas de la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico. El Director Ejecutivo de la Agencia me asignó aportar información financiera relacionada con estos acreedores debido a mi experiencia en los departamentos de Presupuesto y Contabilidad durante los últimos diez (10) años, y a mis conocimientos tanto del sistema contable como de los procedimientos de proyectos de construcción. Los hechos aquí expuestos son fieles y correctos a mi leal saber, entender y convicción en relación con mi auditoría de los registros de la ACT y de la información aportada por el equipo de empleados de la ACT que yo personalmente superviso, tal como explico más adelante.

2. En mi calidad de Director Ejecutivo de Administración y Finanzas de la ACT, soy responsable, conjuntamente con varios empleados de la entidad que actúan bajo mis órdenes, de, entre otras cosas, auditar las facturas certificadas y procesarlas para sus pagos. En general, las facturas son certificadas para su pago con el objeto de garantizar el desembolso legal de fondos públicos en concepto de bienes, servicios, materiales, reclamaciones y cualesquiera otras obligaciones válidas y legales de la ACT. Además, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me han consultado con respecto al proceso de conciliación de reclamaciones del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") presentado de conformidad de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

---

[2] PROMESA está codificada en 48 U.S.C. §§2101-2241.

2

3. Presento esta declaración en apoyo de la *Quingentésima décima quinta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones por las que el ELA no es responsable* (la "Quingentésima décima sexta objeción global").[3]

4. Los representantes de la Junta de Supervisión facilitaron a la AAFAF una lista de reclamaciones con el objeto de evaluar las responsabilidades asociadas con las facturas que supuestamente fueron emitidas a la ACT, aunque pendientes de pago y, a su vez, la AAFAF me facilitó dicha lista a mí. La lista incluía una hoja de cálculo que identificaba ciertas facturas que no han sido pagadas según afirman los demandantes.

5. A pedido de la Junta de Supervisión, realicé una auditoría razonable de los registros de la ACT para determinar si las facturas asociadas con las reclamaciones fueron o no certificadas para su pago. El equipo asignado bajo mi dirección auditó la siguiente información: (a) la evidencia de reclamación y la hoja de cálculo preparada por la AAFAF; (b) la existencia (perfil) del demandante en el módulo de Cuentas a pagar; (c) consultamos al equipo de Finanzas para que confirmase cualquier información relativa a la existencia del demandante; (d) todas las facturas por número, por fecha o por número de proyecto de construcción; (e) todos los pedidos de compra relacionados con el demandante a efectos de identificar toda factura, pagada o impagada; (d) la existencia de facturas en papel no registradas en el módulo de Cuentas a pagar, e; (e) historial de pago de cheques para identificar las facturas ya pagadas.

6. Sobre la base de la citada auditoría, hemos determinado que las Reclamaciones con los números 7174, 9860, 10524, 13449, 18565, 23753, 24252, 38195, 40776, 43293, 53677 y 116844, cada una de ellas identificada en el **Anexo A** a la Quingentésima décima

---

[3] Los términos en mayúsculas no definidos de otra manera en este documento tendrán los significados que se les ha asignado en la Quingentésima décima objeción global.

objeción global, están basadas en facturas que no han sido certificadas para su pago. Entiendo que las facturas que no han sido certificadas para su pago no pueden ser abonadas.

7. Declaro, bajo pena de perjurio de conformidad con las leyes de Estados Unidos de América, que lo anteriormente expuesto es fiel y correcto a mi leal saber, entender y convicción.

Fecha: 16 de septiembre de 2022

Por: /s/ _____
Enrique J. Rosa Torres
Director Ejecutivo de Administración y Finanzas
Autoridad de Carreteras y Transportación de Puerto Rico

4