# **EXHIBIT D**

**Declaration of Jose Ricardo Gonzalez de la Vega**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to HTA and PBA.** |

**DECLARATION OF JOSE RICARDO GONZALEZ DE LA VEGA IN SUPPORT OF THE FIVE HUNDRED FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, José Ricardo González de la Vega, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Interim Comptroller at the Puerto Rico Public Buildings Authority ("PBA"). I am in charge of the disbursement of funds in accordance with applicable state and federal regulations. As part of my job, I review the invoices received prior to the disbursement of funds. The facts set forth herein are true and correct to the best of my knowledge and belief as per

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

my review of PBA records and information provided by the team of PBA employees I personally supervise, as further explained below.

2. In my capacity as a Comptroller of PBA, I, along with a team of PBA employees working at my direction that I am responsible for, among other things, review certified invoices and process them for payment. As a general matter, invoices are certified for payment to ensure that PBA did receive the services or goods as requested and ensure the legal disbursement of public funds for goods and services, materials, claims, and any other valid and legal obligation of the agency. In addition, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") have consulted with me at various times in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Fifteenth Omnibus Objection (Substantive) of the Puerto Rico Highways and Transportation Authority and the Puerto Rico Public Buildings Authority to Claims for which the Debtors are Not Liable* (the "Five Hundred Fifteenth Omnibus Objection").[3]

4. I have performed several reviews at the request of the Oversight Board and AAFAF. AAFAF first provided me with another list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to PBA, but not yet paid. Later, representatives of the Oversight Board provided AAFAF with another list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to PBA, but not yet

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Fifteenth Omnibus Objection.

2

paid, and AAFAF provided that list of claims to me. Both lists included spreadsheets identifying certain invoices the claimants asserted were unpaid.

5. At the request of AAFAF and the Oversight Board's representatives, I conducted a reasonable review of PBA's records to determine whether the invoices associated with the claims have been certified for payment. As part of this review, we searched our Financial System and software we use called People Soft 8.4, and confirm that there are no invoices from the relevant supplier.

6. Based upon the review performed at the Oversight Board's request, Claim No. 174090, identified on **Exhibit A** to the Five Hundred Fifteenth Omnibus Objection, is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. Based on the review performed at AAFAF's request, Claim No. 11075, also identified on **Exhibit A** to the Five Hundred Fifteenth Omnibus Objection, is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 16, 2022

By: /s/
José Ricardo González de la Vega
Interim Comptroller
Puerto Rico Public Buildings Authority

3

# **ANEXO D**

**Declaración de José Ricardo González de la Vega**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                                  Deudores.[1] | PROMESA<br>Título III<br>Nº 17 BK 3283-LTS<br>(Administrado conjuntamente)<br><br>**Esta presentación corresponde a la ACT y a la AEP.** |

**DECLARACIÓN DE JOSÉ RICARDO GONZÁLEZ DE LA VEGA EN APOYO DE LA QUINGENTÉSIMA DÉCIMA QUINTA OBJECIÓN GLOBAL (SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DE LA AUTORIDAD DE EFIFICIOS DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES**

      Por la presente yo, José Ricardo González de la Vega, de conformidad con el Artículo 1746 del Título 28 del U.S.C., declaro bajo pena de perjurio que lo siguiente es fiel y correcto a mi leal saber, entender y convicción:

---

[1] Los Deudores de estos Casos del Título III, conjuntamente con los números de casos del Título III de los respectivos Deudores y los cuatro (4) últimos dígitos del número de identificación tributaria federal de cada Deudor, según proceda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra nº 17-BK 3283- LTS) (cuatro últimos dígitos del número de identificación tributaria federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra nº 17-BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra nº 17-BK 3567-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra nº 17-BK 3566-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") (Caso de quiebra nº 17-BK 4780-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") y, conjuntamente con el Estado Libre Asociado, COFINA, la ACT, el SRE y la AEEPR, los "Deudores" (Caso de quiebra nº 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3801) (los números de casos del Título III están enumerados como números de Casos de quiebra debido a las limitaciones del software).

1. Soy el Controlador Interino de la Autoridad de Edificios Públicos ("AEP") de Puerto Rico. Estoy encargado del desembolso de fondos, de conformidad con la normativa estatal y federal vigente. Como parte de mis obligaciones, audito las facturas recibidas antes del desembolso de fondos. Los hechos aquí expuestos son fieles y correctos a mi leal saber, entender y convicción en relación con mi auditoría de los registros de la AEP y de la información aportada por el equipo de empleados de la AEP que yo personalmente superviso, tal como explico más adelante.

2. En mi calidad de Controlador de la AEP, soy responsable, conjuntamente con un equipo de empleados de la AEP que trabajan bajo mis órdenes, de, entre otras cosas, auditar las facturas certificadas y procesarlas para sus pagos. En general, las facturas son certificadas para su pago con el objeto de garantizar que la AEP recibió los bienes y servicios solicitados y el desembolso legal de fondos públicos en concepto de dichos bienes, servicios, materiales, reclamaciones y cualesquiera otras obligaciones válidas y legales de la agencia. Además, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me han consultado en varias ocasiones con respecto al proceso de conciliación de reclamaciones del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") presentado de conformidad de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

---

[2] PROMESA está codificada en 48 U.S.C. §§2101-2241.

2

3. Presento esta declaración en apoyo de la *Quingentésima décima quinta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones por las que el ELA no es responsable* (la "Quingentésima décima sexta objeción global").[3]

4. A solicitud de la Junta de Supervisión y de la AAFAF, he realizado varias auditorías. Los representantes de la AAFAF me han facilitado en primera instancia una lista de reclamaciones con el objeto de evaluar las responsabilidades asociadas con las facturas que supuestamente fueron emitidas a la AEP, aunque pendientes de pago. Más adelante, los representantes de la Junta de Supervisión facilitaron a la AAFAF una lista de reclamaciones con el objeto de evaluar las responsabilidades asociadas con las facturas que supuestamente fueron emitidas a la AEP, aunque pendientes de pago y, a su vez, la AAFAF me facilitó dicha lista a mí. La lista incluía una hoja de cálculo que identificaba ciertas facturas que no han sido pagadas según afirman los demandantes.

5. A pedido de la Junta de Supervisión, realicé una auditoría razonable de los registros de la AEP para determinar si las facturas asociadas con las reclamaciones fueron o no certificadas para su pago. Como parte de esta auditoría, realizamos búsquedas en nuestro Sistema Financiero utilizando el software denominado People Soft 8.4, confirmando que no existen facturas del proveedor relevante.

6. Sobre la base de la auditoría realizada a pedido de la Junta de Supervisión, hemos determinado que la Reclamación nº 174090, identificada en el **Anexo A** a la Quingentésima décima quinta objeción global, está basada en facturas que no han sido certificadas para su pago. Entiendo que las facturas que no han sido certificadas para su pago no pueden ser abonadas.

---

[3] Los términos en mayúsculas no definidos de otra manera en este documento tendrán los significados que se les ha asignado en la Quingentésima décima quinta objeción global.

3

7. Sobre la base de la auditoría realizada a pedido de la AAFAF, hemos determinado que la Reclamación nº 11075, identificada en el **Anexo A** a la Quingentésima décima quinta objeción global, está basada en facturas que no han sido certificadas para su pago. Entiendo que las facturas que no han sido certificadas para su pago no pueden ser abonadas.

8. Declaro, bajo pena de perjurio de conformidad con las leyes de Estados Unidos de América, que lo anteriormente expuesto es fiel y correcto a mi leal saber, entender y convicción.

Fecha: 16 de septiembre de 2022

Por: _____
José Ricardo González de la Vega,
Controlador Interino
Autoridad de Edificios Públicos de Puerto Rico

4