# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Sixteenth Omnibus Objection**

Five Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BIOIMAGENES MEDICAS<br>BIOPLAZA BUILDING<br>2638 HOSTOS AVE., SUITE 101<br>CARR #2 KM. 150.3<br>BO. ALGARROBO<br>MAYAGÜEZ, PR 00682 | 05/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24807 | $47,230.91 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18172 | $15,601.90 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23226 | $25.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CARLOS FLORES CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11075 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22556 | $24,965.97 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30912 | $446.16 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $246.16 in the agency's system. Additionally, invoice totaling $200.00 was paid via EFT 00089334 on 07/05/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50208 | $2,876.95 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoices 0000165861, 0000165863, 0000165864, 0000165865, 0000165866, 0000165867, 0000326958, 0000334693, 0000334694, 0000335713, and 0000340206 in the agency's system. Claim #50208 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10764 | $2,032.80 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Sixteenth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10765 | $14,009.18 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9442 | $51,559.26 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $35,114.26 in the agency's system. Additionally, invoice totaling $16,445.00 was paid via check 2473 on 06/26/2018.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | DJ AIR GROUP CORP<br>PO BOX 10403<br>SAN JUAN, PR 00922 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29793 | $51,946.50 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices and purchase orders. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with the invoice or purchase order totaling $1,132.50 in the agency's system. Additionally, invoices totaling $26,730.00 were paid via check 83309 on 05/24/2018. The remaining liabilities totaling $24,084.00 are duplicative to claim 173934.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | DUST CONTROL SERVICES OF P.R. INC.<br>PO BOX 362048<br>SAN JUAN, PR 00936-2048 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111557 | $2,556.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $1,470.00 in the agency's system. Additionally, invoices totaling $1,086.00 were paid via checks 00186556, 00187609, 00194543, 00195798, 00197876, 00198824, 00202196, 00202872, 00204175, 00204979, and 00238607 on 03/19/2009, 04/17/2009, 07/23/2009, 08/20/2009, 10/09/2009, 10/29/2009, 01/22/2010, 01/28/2010, 02/12/2010, 02/25/2010, and 11/03/2011.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | DUST CONTROL SERVICES OF P.R., INC.<br>P. O. BOX 362048<br>SAN JUAN, PR 00936-2048 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137438 | $25.25 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GREATAMERICA FINANCIAL SERVICES CORPORATION<br>ATTN: PEGGY UPTON<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | 02/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 501 | $29,800.30* |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | LANDFILL TECHNOLOGIES OF FAJARDO<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27807 | $2,168.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $1,628.00 in the agency's system.  Additionally, invoice totaling $540.00 was paid via check 00135659 on 04/06/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | MILLER & CHEVALIER CHARTERED<br>900 16TH ST NW<br>WASHINGTON, DC 20006-2901 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22059 | $154,508.75 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.  Claim #22059 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | NATIONAL ASSOCIATION OF STATE BUDGET OFFICERS<br>444 N. CAPITOL ST. NW<br>WASHINGTON, DC 20001 | 05/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11506 | $5,600.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17379 | $6,000.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9021 | $16,200.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | QUEST DIAGNOSTICS OF PUERTO RICO, INC.<br>CAPARRA GALLERY CALLE ORTEGON #107 LOCAL 105<br>GAUYNABO, PR 00966 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86557 | $63.20 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Sixteenth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | RAMOS PIZARRO, ERIEL E<br>URB LA ALAMEDA<br>800 ESMERALDA STREET<br>SAN JUAN, PR 00926-5818 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20539 | $7,980.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152644 | $1,782.30 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154213 | $1,120.80 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154522 | $8,699.45 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

\*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154950 | $3,181.08 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | TRAFON GROUP, INC.<br>JUAN R. RIVERA FONT<br>27 GONZALEZ GIUSTI<br>SUITE 602<br>GUAYNABO, PR 00968 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49492 | $949.24 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | TOTAL | $451,329.00* |

*Indicates claim contains unliquidated and/or undetermined amounts