**ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima décima sexta objeción global**

# Quingentésima Décimo Sexta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BIOIMAGENES MEDICAS<br>BIOPLAZA BUILDING<br>2638 HOSTOS AVE., SUITE 101<br>CARR #2 KM. 150.3<br>BO. ALGARROBO<br>MAYAGÜEZ, PR 00682 | 05/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24807 | $47,230.91 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 2 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18172 | $15,601.90 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 3 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23226 | $25.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura en el sistema de dicha agencia. | | | | | |
| 4 | CARLOS FLORES CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11075 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Sexta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22556 | $24,965.97 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas.  Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30912 | $446.16 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas.  Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas, que totalizan $246.16, en el sistema de la agencia.  Asimismo, la factura por valor total de $200.00 se pagó mediante la transferencia electrónica 00089334 el 05/07/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50208 | $2,876.95 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas.  Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a las facturas 0000165861, 0000165863, 0000165864, 0000165865, 0000165866, 0000165867, 0000326958, 0000334693, 0000334694, 0000335713 y 0000340206 en el sistema de la agencia.  Reclamo No. 50208 también incluido en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10764 | $2,032.80 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas.  Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Sexta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10765 | $14,009.18 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 10 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9442 | $51,559.26 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas, que totalizan $35,114.26, en el sistema de la agencia. Además, la factura por valor total de $16,445.00 se pagó mediante el cheque 2473 el 26/06/2018. | | | | | |
| 11 | DJ AIR GROUP CORP<br>PO BOX 10403<br>SAN JUAN, PR 00922 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29793 | $51,946.50 |
| | Base para: La evidencia de recamo pretende invocar una obligación fundándose en facturas presentadas y en órdenes de compra. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas con la factura o la orden de compra, que asciende a $1,132.50, en el sistema de dicha agencia. Además, las facturas que totalizan $26,730.00 se pagaron mediante el cheque 83309 el 24/05/2018. El resto de las obligaciones que ascienden a $24,084.00 es un duplicado del reclamo 173934. | | | | | |
| 12 | DUST CONTROL SERVICES OF P.R. INC.<br>PO BOX 362048<br>SAN JUAN, PR 00936-2048 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111557 | $2,556.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas, que ascienden en total a $1,470.00, en el sistema de dicha agencia. Asimismo, las facturas que totalizan $1,086.00 se pagaron mediante cheques identificados con los números 00186556, 00187609, 00194543, 00195798, 00197876, 00198824, 00202196, 00202872, 00204175, 00204979 y 00238607 los días 19/03/2009, 17/04/2009, 23/07/2009, 20/08/2009, 09/10/2009, 29/10/2009, 22/01/2010, 28/01/2010, 12/02/2010, 25/02/2010 y 03/ 11/2011. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décima Sexta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | DUST CONTROL SERVICES OF P.R., INC.<br>P. O. BOX 362048<br>SAN JUAN, PR 00936-2048 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 137438 | $25.25 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura en el sistema de dicha agencia. | | | | | |
| 14 | GREATAMERICA FINANCIAL SERVICES CORPORATION<br>ATTN: PEGGY UPTON<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | 02/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 501 | $29,800.30* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura en el sistema de dicha agencia. | | | | | |
| 15 | LANDFILL TECHNOLOGIES OF FAJARDO<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27807 | $2,168.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas, que totalizan $1,628.00, en el sistema de la agencia. Por otra parte, la factura por valor total de $540.00 se pagó mediante el cheque 00135659 el 6/4/2017. | | | | | |
| 16 | MILLER & CHEVALIER CHARTERED<br>900 16TH ST NW<br>WASHINGTON, DC 20006-2901 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22059 | $154,508.75 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. Reclamo No. 22059 también incluido en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Sexta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | NATIONAL ASSOCIATION OF STATE BUDGET OFFICERS<br>444 N. CAPITOL ST. NW<br>WASHINGTON, DC 20001 | 05/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11506 | $5,600.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura en el sistema de dicha agencia. | | | | | |
| 18 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17379 | $6,000.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura en el sistema de dicha agencia. | | | | | |
| 19 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9021 | $16,200.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 20 | QUEST DIAGNOSTICS OF PUERTO RICO, INC.<br>CAPARRA GALLERY CALLE ORTEGON #107 LOCAL 105<br>GAUYNABO, PR 00966 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86557 | $63.20 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura en el sistema de dicha agencia. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Décimo Sexta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | RAMOS PIZARRO, ERIEL E<br>URB LA ALAMEDA<br>800 ESMERALDA STREET<br>SAN JUAN, PR 00926-5818 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20539 | $7,980.00 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152644 | $1,782.30 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154213 | $1,120.80 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154522 | $8,699.45 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Sexta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154950 | $3,181.08 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 26 | TRAFON GROUP, INC.<br>JUAN R. RIVERA FONT<br>27 GONZALEZ GIUSTI<br>SUITE 602<br>GUAYNABO, PR 00968 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49492 | $949.24 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura en el sistema de dicha agencia. | | | | | |
| | | | | | TOTAL | $451,329.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados