# **EXHIBIT C**

**Declaration of María I. León Rodríguez**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF MARÍA L. LEÓN RODRÍGUEZ IN SUPPORT OF THE FIVE HUNDRED SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH IS NOT LIABLE**

I, María L. León Rodríguez, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Budget and Finance Assistance Secretary at the Department of Correction and Rehabilitation ("DCR"). As a Budget and Finance Assistance Secretary, I direct, coordinate and supervise the Auxiliary Secretary of Budget and Finance. The facts set forth herein are true

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and correct to the best of my knowledge and belief as per my review of DCR records and information provided by the team of DCR employees I personally supervise, as further explained below.

2. In my capacity as Budget and Finance Assistance Secretary of DCR, I am, along with Alberto Carranza Amador, Director of Finance of DCR, responsible, among other things, for reviewing certified invoices and processing them for your payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") have consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth's") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is Not Liable* (the "Five Hundred Sixteenth Omnibus Objection").[3]

4. Representatives of the Oversight Board provided AAFAF with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to DCR, but not yet paid, and AAFAF provided that list of claims to me. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixteenth Omnibus Objection.

5. At the request of the Oversight Board's representatives, I conducted a reasonable review of DCR records to determine whether the invoices associated with the claims have been certified for payment, including reviewing the files of the Finance Office and in the Accounting System.

6. Based upon that review, Claim No. 86557, identified on **Exhibit A** to the Five Hundred Sixteenth Omnibus Objection, is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 16, 2022

By: /s/ *María L. León Rodríguez*
Maria L. León Rodríguez
Budget and Finance Assistance Secretary
Department of Correction and Rehabilitation

**ANEXO C**

**Declaration of María I. León Rodríguez**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                      Deudores.[1] | PROMESA<br>Título III<br>Nº 17 BK 3283-LTS<br>(Administrado conjuntamente)<br><br>**Esta presentación corresponde al Estado Libre Asociado.** |

**DECLARACIÓN DE MARÍA L. LEÓN RODRÍGUEZ EN APOYO DE LA QUINGENTÉSIMA DÉCIMA SEXTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A LAS DEMANDAS DE LAS CUALES LOS DEUDORES NO SON RESPONSABLES**

Por la presente yo, María L. León Rodríguez, de conformidad con el Artículo 1746 del Título 28 del U.S.C., declaro bajo pena de perjurio que lo siguiente es fiel y correcto a mi leal saber, entender y convicción:

1. Soy la Secretaria Auxiliar de Presupuesto y Finanzas del Departamento de Corrección y Rehabilitación ("DCR"). En mi calidad de tal, dirijo, coordino y superviso la

---

[1] Los Deudores de estos Casos del Título III, conjuntamente con los números de casos del Título III de los respectivos Deudores y los cuatro (4) últimos dígitos del número de identificación tributaria federal de cada Deudor, según proceda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra nº 17-BK 3283- LTS) (cuatro últimos dígitos del número de identificación tributaria federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra nº 17-BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra nº 17-BK 3567-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra nº 17-BK 3566-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") (Caso de quiebra nº 17-BK 4780-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") y, conjuntamente con el Estado Libre Asociado, COFINA, la ACT, el SRE y la AEEPR, los "Deudores" (Caso de quiebra nº 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3801) (los números de casos del Título III están enumerados como números de Casos de quiebra debido a las limitaciones del software).

Secretaría Auxiliar de Presupuesto y Finanzas. Los hechos aquí expuestos son fieles y correctos a mi leal saber, entender y convicción en relación con mi auditoría de los registros del DCR y de la información aportada por el equipo de empleados del DCR que yo personalmente superviso, tal como explico más adelante.

2. En mi calidad de Secretaria Auxiliar de Presupuesto y Finanzas del DCR, soy responsable, conjuntamente con Alberto Carranza Amador, Director de Finanzas, de, entre otras cosas, auditar las facturas certificadas y procesarlas para sus pagos. En general, las facturas son certificadas para su pago con el objeto de garantizar el desembolso legal de fondos públicos en concepto de bienes, servicios, materiales, reclamaciones y cualesquiera otras obligaciones válidas y legales de la agencia. Además, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me han consultado con respecto al proceso de conciliación de reclamaciones del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") presentado de conformidad de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3. Presento esta declaración en apoyo de la *Quingentésima décima sexta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones por las que el ELA no es responsable* (la "Quingentésima décima sexta objeción global").[3]

4. Los representantes de la Junta de Supervisión facilitaron a la AAFAF una lista de reclamaciones con el objeto de evaluar las responsabilidades asociadas con las facturas que supuestamente fueron emitidas al DCR, aunque pendientes de pago y, a su vez, la AAFAF me

---

[2] PROMESA está codificada en 48 U.S.C. §§2101-2241.

[3] Los términos en mayúsculas no definidos de otra manera en este documento tendrán los significados que se les ha asignado en la Quingentésima décima sexta objeción global.

2

facilitó dicha lista a mí. La lista incluía una hoja de cálculo que identificaba ciertas facturas que no han sido pagadas según afirma el demandante.

5. A petición de los representantes de la Junta de Supervisión, realicé una auditoría razonable de los registros del DCR para determinar si las facturas asociadas con las reclamaciones fueron o no certificadas para su pago, lo cual incluyó revisar los archivos de la Oficina de Finanzas y en el Sistema de Contabilidad.

6. Sobre la base de dicha auditoría, hemos determinado que la Reclamación nº 86557, identificada en el **Anexo A** a la Quingentésima décima sexta objeción global está basada en facturas que no han sido certificadas para su pago. Entiendo que las facturas que no han sido certificadas para su pago no pueden ser abonadas.

7. Declaro, bajo pena de perjurio de conformidad con las leyes de Estados Unidos de América, que lo anteriormente expuesto es fiel y correcto a mi leal saber, entender y convicción.

Fecha: 16 de septiembre de 2022

Por: *[Firma en la versión en inglés]*
María L. León Rodríguez
Secretaria Auxiliar de Presupuesto y Finanzas
Departamento de Corrección y Rehabilitación

3