## **EXHIBIT F**

**Declaration of Aida S. Ortiz**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.¹ | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### DECLARATION OF AIDA S. ORTIZ IN SUPPORT OF THE FIVE HUNDRED SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF [THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH IS NOT LIABLE

I, Aida S. Ortiz, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am an Accountant at the Puerto Rico Department of Justice ("DOJ"). I review invoices and PO's that are assigned to me, in order to make sure they are ready to be paid in accordance with the laws and regulations of the State. The facts set forth herein are true and correct

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to the best of my knowledge and belief as per my review of DOJ records and information provided by the team of DOJ employees I personally supervised, as further explained below.

2. In my capacity as a Accountant of DOJ, I and/or a team of DOJ employees working at my direction am responsible for, among other things, reviewing certified invoices and processing them for payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Sixteenth Omnibus Objection (Substantive of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is Not Liable* (the "Five Hundred Sixteenth Omnibus Objection").[3]

4. Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to DOJ, but not yet paid. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

5. At the request of AAFAF's representatives, I conducted a reasonable review of DOJ's records to determine whether the invoices associated with the claims have been certified for payment and searched in PRIFAS to obtain more information about the claimant's invoices, since I didn't work before with this POC.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixteenth Omnibus Objection.

6. Based upon that review, Claim No. 154950, identified on **Exhibit A** to the Five Hundred Sixteenth Omnibus Objection is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 16, 2022

                By: */s/ Aida S. Ortiz*
                    Aida S. Ortiz
                    Accountant
                    Puerto Rico Department of Justice

# **ANEXO F**

**Declaration of Aida S. Ortiz**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                  Deudores.[1] | PROMESA<br>Título III<br>Nº 17 BK 3283-LTS<br>(Administrado conjuntamente)<br><br>**Esta presentación corresponde al Estado Libre Asociado.** |

**DECLARACIÓN DE AIDA S. ORTIZ EN APOYO DE LA QUINGENTÉSIMA DÉCIMA SEXTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A LAS DEMANDAS DE LAS CUALES LOS DEUDORES NO SON RESPONSABLES**

    Por la presente yo, Aida S. Ortiz, de conformidad con el Artículo 1746 del Título 28 del U.S.C., declaro bajo pena de perjurio que lo siguiente es fiel y correcto a mi leal saber, entender y convicción:

    1.    Soy Contador del Departamento de Justicia ("DDJ") de Puerto Rico. Reviso las facturas y los pedidos que se me asignan, para asegurarme de que están listos para ser pagados de

---

[1] Los Deudores de estos Casos del Título III, conjuntamente con los números de casos del Título III de los respectivos Deudores y los cuatro (4) últimos dígitos del número de identificación tributaria federal de cada Deudor, según proceda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra nº 17-BK 3283- LTS) (cuatro últimos dígitos del número de identificación tributaria federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra nº 17-BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra nº 17-BK 3567-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra nº 17-BK 3566-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") (Caso de quiebra nº 17-BK 4780-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") y, conjuntamente con el Estado Libre Asociado, COFINA, la ACT, el SRE y la AEEPR, los "Deudores" (Caso de quiebra nº 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3801) (los números de casos del Título III están enumerados como números de Casos de quiebra debido a las limitaciones del software).

acuerdo con las leyes y reglamentos del Estado. Los hechos aquí expuestos son fieles y correctos a mi leal saber, entender y convicción en relación con mi auditoría de los registros del DDJ y de la información aportada por el equipo de empleados del DDJ que yo personalmente superviso, tal como explico más adelante.

2. En mi calidad de Contador del DDJ, yo y/o un equipo de empleados del DOJ que trabajan bajo mi dirección somos responsables, entre otras cosas, de revisar las facturas certificadas y procesarlas para su pago. En general, las facturas son certificadas para su pago con el objeto de garantizar el desembolso legal de fondos públicos en concepto de bienes, servicios, materiales, reclamaciones y cualesquiera otras obligaciones válidas y legales de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado con respecto al proceso de conciliación de reclamaciones del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") presentado de conformidad de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3. Presento esta declaración en apoyo de la *Quingentésima décima sexta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones por las que el ELA no es responsable* (la "Quingentésima décima sexta objeción global").[3]

4. Los representantes de la AAFAF me han facilitado una lista de reclamaciones con el objeto de evaluar las responsabilidades asociadas con las facturas que supuestamente fueron emitidas al DDJ, aunque pendientes de pago. Esta lista incluía una hoja de cálculo que identificaba ciertas facturas que, según los demandantes, quedaron impagadas.

---

[2] PROMESA está codificada en 48 U.S.C. §§2101-2241.

[3] Los términos en mayúsculas no definidos de otra manera en este documento tendrán los significados que se les ha asignado en la Quingentésima décima sexta objeción global.

2

5. A pedido de los representantes de la AAFAF, realicé una revisión razonable de los registros del DOJ para determinar si las facturas asociadas a las reclamaciones han sido certificadas para el pago y busqué en PRIFAS para obtener más información sobre las facturas del reclamante, ya que no trabajé antes con este POC.

6. Sobre la base de dicha auditoría, hemos determinado que la Reclamación nº 154950, identificada en el **Anexo A** a la Quingentésima décima sexta objeción global, está basada en facturas que no han sido certificadas para su pago. Entiendo que las facturas que no han sido certificadas para su pago no pueden ser abonadas.

7. Declaro, bajo pena de perjurio de conformidad con las leyes de Estados Unidos de América, que lo anteriormente expuesto es fiel y correcto a mi leal saber, entender y convicción.

Fecha: 16 de septiembre de 2022

Por: *[Firma en la versión en inglés]*
    Aida S. Ortiz
    Accountant
    Puerto Rico Department of Justice

3