# **EXHIBIT J**

**Declaration of Zaida Rivera Hernandez**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                 Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF ZAIDA RIVERA HERNANDEZ IN SUPPORT OF THE FIVE HUNDRED SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH IS NOT LIABLE**

      I, Zaida Rivera Hernandez, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

      1.    I am a Finance Director at the Puerto Rico Family and Children Administration ("ADFAN"). I supervise, coordinate & assign work to the employees of the Finance Department of the agency. The facts set forth herein are true and correct to the best of my knowledge and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

belief as per my review of ADFAN records and information provided by the team of ADFAN employees I personally supervised, as further explained below.

2. In my capacity as a Finance Director of ADFAN, I and the employees of the Finance Department are responsible for, among other things, reviewing certified invoices and processing them for payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Sixteenth Omnibus Objection (Substantive of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is Not Liable* (the "Five Hundred Sixteenth Omnibus Objection").[3]

4. Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to ADFAN, but not yet paid. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

5. At the request of AAFAF's representatives, I conducted a reasonable review of ADFAN's records to determine whether the invoices associated with the claims have been certified for payment. The PRIFAS payment system was checked for all payments made to the supplier as well as any possible pending payments. The physical Accounting Books could not be reviewed

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixteenth Omnibus Objection.

due to the age of the transaction and due to most documents being abandoned in the previous building following the damages of Hurricane Maria. However any transaction they could contain from the years of the specific transactions would've been posted on PRIFAS long before the event in question.

6. Based upon that review, Claim No. 154522, identified on **Exhibit A** to Five Hundred Sixteenth Omnibus Objection is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 16, 2022

By: /s/ *Zaida Rivera Hernandez*
Zaida Rivera Hernandez
Finance Director
Puerto Rico Family and Children Administration

## **ANEXO J**

**Declaration of Zaida Rivera Hernandez**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                                    Deudores.[1] | PROMESA<br>Título III<br>Nº 17 BK 3283-LTS<br>(Administrado conjuntamente)<br><br>**Esta presentación corresponde al Estado Libre Asociado.** |

**DECLARACIÓN DE ZAIDA RIVERA HERNANDEZ EN APOYO DE LA QUINGENTÉSIMA DÉCIMA SEXTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A LAS DEMANDAS DE LAS CUALES LOS DEUDORES NO SON RESPONSABLES**

Por la presente yo, Zaida Rivera Hernandez, de conformidad con el Artículo 1746 del Título 28 del U.S.C., declaro bajo pena de perjurio que lo siguiente es fiel y correcto a mi leal saber, entender y convicción:

1. Soy Director de Finanza de la Administración de Familias y Niños ("ADFAN") de Puerto Rico. Superviso, coordino y asigno el trabajo a los empleados del Departamento de

---

[1] Los Deudores de estos Casos del Título III, conjuntamente con los números de casos del Título III de los respectivos Deudores y los cuatro (4) últimos dígitos del número de identificación tributaria federal de cada Deudor, según proceda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra nº 17-BK 3283- LTS) (cuatro últimos dígitos del número de identificación tributaria federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra nº 17-BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra nº 17-BK 3567-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra nº 17-BK 3566-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") (Caso de quiebra nº 17-BK 4780-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") y, conjuntamente con el Estado Libre Asociado, COFINA, la ACT, el SRE y la AEEPR, los "Deudores" (Caso de quiebra nº 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3801) (los números de casos del Título III están enumerados como números de Casos de quiebra debido a las limitaciones del software).

Finanzas de la agencia. Los hechos aquí expuestos son fieles y correctos a mi leal saber, entender y convicción en relación con mi auditoría de los registros de la ADFAN y de la información aportada por el equipo de empleados de la ADFAN que yo personalmente superviso, tal como explico más adelante.

2. En mi calidad de Director de Finanza de la ADFAN yo y los empleados del Departamento de Finanzas somos responsables, entre otras cosas, de revisar las facturas certificadas y procesarlas para su pago. En general, las facturas son certificadas para su pago con el objeto de garantizar el desembolso legal de fondos públicos en concepto de bienes, servicios, materiales, reclamaciones y cualesquiera otras obligaciones válidas y legales de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado con respecto al proceso de conciliación de reclamaciones del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") presentado de conformidad de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3. Presento esta declaración en apoyo de la *Quingentésima décima sexta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones por las que el ELA no es responsable* (la "Quingentésima décima sexta objeción global").[3]

4. Los representantes de la AAFAF me han facilitado una lista de reclamaciones con el objeto de evaluar las responsabilidades asociadas con las facturas que supuestamente fueron emitidas a la ADFAN, aunque pendientes de pago. Esta lista incluía una hoja de cálculo que identificaba ciertas facturas que, según los demandantes, quedaron impagadas.

---

[2] PROMESA está codificada en 48 U.S.C. §§2101-2241.

[3] Los términos en mayúsculas no definidos de otra manera en este documento tendrán los significados que se les ha asignado en la Quingentésima décima sexta objeción global.

2

5.  A pedido de los representantes de la AAFAF, realicé una auditoría razonable de los registros de la ADFAN para determinar si las facturas asociadas con las reclamaciones fueron o no certificadas para su pago. Se revisó el sistema de pagos PRIFAS para comprobar todos los pagos realizados al proveedor, así como los posibles pagos pendientes. Los libros de contabilidad físicos no pudieron ser revisados debido a la antigüedad de la transacción y a que la mayoría de los documentos fueron abandonados en el edificio anterior tras los daños del huracán María. Sin embargo, cualquier transacción que pudieran contener de los años.

6.  Sobre la base de dicha auditoría, hemos determinado que la Reclamación nº 154522, identificada en el **Anexo A** a la Quingentésima décima sexta objeción global, está basada en facturas que no han sido certificadas para su pago. Entiendo que las facturas que no han sido certificadas para su pago no pueden ser abonadas.

7.  Declaro, bajo pena de perjurio de conformidad con las leyes de Estados Unidos de América, que lo anteriormente expuesto es fiel y correcto a mi leal saber, entender y convicción.

Fecha: 16 de septiembre de 2022

Por: <u>*[Firma en la versión en inglés]*</u><br>
Zaida Rivera Hernandez<br>
Director de Finanza<br>
Administración de Familias y Niños de Puerto Rico

3