# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Nineteenth Omnibus Objection**

## Five Hundred Nineteenth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALL GREEN CLEANING & MAINTENANCE LLC<br>P.O. BOX 3200<br>SAN SEBASTIAN, PR 00685 | 05/20/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174026 | $64,450.40 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ANASCO REFRIGERATION & ELECTRICAL CONTRACTOR<br>EFRAIN COLON SANZ<br>PO BOX 19564<br>SAN JUAN, PR 00910-1564 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2298 | $17,635.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. Claim #2298 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AURIMIR AROCHO - TORRES LAW OFFICES<br>P.O. BOX 192281<br>SAN JUAN, PR 00919-2281 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142025 | $200,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BERRIOS LOPEZ, NAIDA<br>HC-1  BOX 4033<br>ARROYO, PR 00714 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119327 | $162.75 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Nineteenth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | EMPRESSAS OMAJEDE INC.<br>1608 CALLE BORI, SUITE 218<br>SAN JUAN, PR 00927 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70324 | $338,503.37 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. Claim #70324 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | FIGUEROA LEBRON, ROBERTO A<br>CALLE ORQUIDEA # 200<br>LA COSTA GARDEN HOMES<br>FAJARDO, PR 00738-5140 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20493 | $25,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | GOMEZ JIMINEZ, MARIA L<br>URB. VILLA CLARITA CALLE 1 G-12<br>FAJARDO, PR 00738-4358 | 04/19/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8906 | $5,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors. Claim #8906 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | HERNANDEZ, RAFAEL RODRIGUEZ<br>URB LA MARINA<br>16 CALLE ESTRELLA<br>CAROLINA, PR 00979-4039 | 04/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 7576 | $100,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Nineteenth Omnibus Objection

Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | LYDIA N. ESCALERA RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR<br>UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57975 | $50,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MALDONADO BELTRAN, MARIA<br>PO BOX 7185<br>PONCE, PR 00732-7185 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 143025 | $143.30* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | NOELIA RAMOS RIVERA RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR<br>UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56553 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | PEREZ CARRIL, LUIS<br>PO BOX 808<br>CABO ROJO, PR 00623 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3356 | $11,820.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Nineteenth Omnibus Objection

Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | PEREZ CARRIL, LUIS A<br>P.O. BOX 3005<br>SAN SEBASTIAN, PR 00685 | 03/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 690 | $11,820.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | PIETRI DIAZ, ING CARLOS J<br>URB VALLE HERMOSO<br>SQ 1 CALLE ROBLES<br>HORMIGUEROS, PR 00660 | 05/19/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174025 | $167,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | QUINTANA HERMANOS INC. RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR<br>UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56757 | $65,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RENOVA SOLUTIONS, CORP<br>P.O. BOX 191650<br>SAN JUAN, PR 00919-1650 | 04/28/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173806 | $11,002.50 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Nineteenth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | SAN ANTONIO SOLER, AMILCAR<br>PO BOX 1757<br>SABANA SECA, PR 00952 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 125047 | $29,789.20 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. Claim #125047 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | TABALES SANTANA, AVELINA<br>HC 23 BOX 6532<br>JUNCOS, PR 00777-9797 | 03/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1777 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | THE JOSÉ J. ADAIME MALDONADO RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>250 MUÑOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 07/08/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169537 | $20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

* Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Nineteenth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | UNITED SURETY & INDEMNITY CODEF COM FBO FREDERICK MILLAN REPRESENTED BY UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56778 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | VAZQUEZ PIETRI, JANET V<br>PO BOX 201<br>SABANA GRANDE, PR 00637-0201 | 03/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4215 | $9,900.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | WAL-SMART INC.<br>24 VALLE SUR<br>MAYAGUEZ, PR 00680 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22676 | $1,694.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | TOTAL | $1,128,920.52* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts