# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima décima novena objeción global**

Quingentésima Décimo Novena Objeción Global

Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALL GREEN CLEANING & MAINTENANCE LLC<br>P.O. BOX 3200<br>SAN SEBASTIAN, PR 00685 | 05/20/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174026 | $64,450.40 |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 2 | ANASCO REFRIGERATION & ELECTRICAL CONTRACTOR<br>EFRAIN COLON SANZ<br>PO BOX 19564<br>SAN JUAN, PR 00910-1564 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2298 | $17,635.00* |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra dicho estado o contra cualquiera de los otros deudores al amparo del Título III. Reclamo No. 2298 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados. | | | | | |
| 3 | AURIMIR AROCHO - TORRES LAW OFFICES<br>P.O. BOX 192281<br>SAN JUAN, PR 00919-2281 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 142025 | $200,000.00* |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 4 | BERRIOS LOPEZ, NAIDA<br>HC-1 BOX 4033<br>ARROYO, PR 00714 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 119327 | $162.75 |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Novena Objeción Global

Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | EMPRESSAS OMAJEDE INC.<br>1608 CALLE BORI, SUITE 218<br>SAN JUAN, PR 00927 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70324 | $338,503.37 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra dicho estado o contra cualquiera de los otros deudores al amparo del Título III. Reclamo No. 70324 también incluido en el Anexo A de la Tricentésima Septuagésima Segunda Objeción Global por Reclamos Modificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FIGUEROA LEBRON, ROBERTO A<br>CALLE ORQUIDEA # 200<br>LA COSTA GARDEN HOMES<br>FAJARDO, PR 00738-5140 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20493 | $25,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GOMEZ JIMINEZ, MARIA L<br>URB. VILLA CLARITA CALLE 1 G-12<br>FAJARDO, PR 00738-4358 | 04/19/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8906 | $5,000.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la autoridad citada o contra cualquiera de los otros deudores al amparo del Título III. Reclamo No. 8906 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | HERNANDEZ, RAFAEL RODRIGUEZ<br>URB LA MARINA<br>16 CALLE ESTRELLA<br>CAROLINA, PR 00979-4039 | 04/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 7576 | $100,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Novena Objeción Global

Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | LYDIA N. ESCALERA RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR UBS TRUST COMPANY OF PR 250 MUNOZ RIVERA AVENUE 10TH FLOOR SAN JUAN, PR 00918 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57975 | $50,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MALDONADO BELTRAN, MARIA PO BOX 7185 PONCE, PR 00732-7185 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 143025 | $143.30* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | NOELIA RAMOS RIVERA RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR UBS TRUST COMPANY OF PR 250 MUNOZ RIVERA AVENUE 10TH FLOOR SAN JUAN, PR 00918 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56553 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | PEREZ CARRIL, LUIS PO BOX 808 CABO ROJO, PR 00623 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3356 | $11,820.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Novena Objeción Global

Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | PEREZ CARRIL, LUIS A<br>P.O. BOX 3005<br>SAN SEBASTIAN, PR 00685 | 03/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 690 | $11,820.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | PIETRI DIAZ, ING CARLOS J<br>URB VALLE HERMOSO<br>SQ 1 CALLE ROBLES<br>HORMIGUEROS, PR 00660 | 05/19/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174025 | $167,000.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | QUINTANA HERMANOS INC. RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR<br>UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56757 | $65,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RENOVA SOLUTIONS, CORP<br>P.O. BOX 191650<br>SAN JUAN, PR 00919-1650 | 04/28/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173806 | $11,002.50 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Décimo Novena Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | SAN ANTONIO SOLER, AMILCAR<br>PO BOX 1757<br>SABANA SECA, PR 00952 | 07/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 125047 | $29,789.20 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra dicho estado o contra cualquiera de los otros deudores al amparo del Título III. Reclamo No. 125047 también incluido en el Anexo A de la Tricentésima Décimo Sexta Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | TABALES SANTANA, AVELINA<br>HC 23 BOX 6532<br>JUNCOS, PR 00777-9797 | 03/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1777 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | THE JOSÉ J. ADAIME MALDONADO RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>250 MUÑOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 07/08/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169537 | $20,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Décimo Novena Objeción Global

Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | UNITED SURETY & INDEMNITY CODEF COM FBO FREDERICK MILLAN REPRESENTED BY UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVENUE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56778 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| 21 | VAZQUEZ PIETRI, JANET V<br>PO BOX 201<br>SABANA GRANDE, PR 00637-0201 | 03/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4215 | $9,900.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| 22 | WAL-SMART INC.<br>24 VALLE SUR<br>MAYAGUEZ, PR 00680 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22676 | $1,694.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | TOTAL | $1,128,920.52* |

* Indica que la reclamación contiene montos por liquidar o indeterminados