# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima vigésima objeción global**

Quingentésima Vigésima Objeción Global

Anexo A - Reclamos por reducir y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | CARLOS M FLORES CE & L FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR 00960 | 12400 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $195.00 |

Base para: El Reclamo no declara un valor establecido; no obstante, el apoyo proporcionado en el POC asciende a $545.00, de los cuales los Deudores muestran todos excepto el importe de $195.00 que se pagó el 13/06/2018 mediante el cheque identificado con el número 00216212. El Demandante retendrá la porción no modificada del reclamo.  Además, el Reclamo se presentó como un monto no liquidado en su totalidad, el monto modificado liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 23621 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,322.44 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,455.56 |

Base para: Las facturas que ascienden a $636.88 se pagaron mediante los cheques identificados con los números 03087654, 03141121, 03154064, 03286745, 03286746, 03336368, 03336371, 00036422, 00075721, 00057998 y 00077475 los días 03/03/2014, 30/06/2014, 06/08/2014, 02/07/2015, 02/07/2015, 17/ 11/2015, 17/11/2015, 17/06/2016, 04/10/2016, 15/12/2017 y 11/05/2018.  El Demandante retendrá la porción no modificada del reclamo.  Reclamo No. 23621 también incluido en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.  Adicionalmente, el demandante invocó un reclamo por un monto total de $2,332.44 en el casillero 7 de la Evidencia de Reclamo, pero el reclamo está registrado en el expediente por un valor de $2,322.44.  Como el reclamo está actualmente archivado en la Tricentésima Nonagésima Primera Objeción Global, el monto permitido del reclamo debería aumentarse en $10.00 mediante la objeción actual, a $1,455.56.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | DJ AIR GROUP CORP PO BOX 10403 SAN JUAN, PR 00922 | 173934 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $51,946.50 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $24,084.00 |

Base para: Las obligaciones que totalizan $27,862.50 invocadas en el Reclamo para ser Modificado están asociadas al Estado Libre Asociado y son un duplicado de las invocadas en el reclamo 29793.  El Demandante retendrá la parte no modificada del reclamo invocado contra la Autoridad de Edificios Públicos de Puerto Rico (AEP).

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | GUARAGUAO TRUCK SALES INC PO BOX 3177 BAYAMON, PR 00960-3177 | 38041 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $689.53 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $130.95 |

Base para: Las facturas que totalizan $558.58 se pagaron mediante 0000153871 y 0000154021 el 15/03/2017.  El Demandante retendrá la porción no modificada del reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Vigésima Objeción Global

Anexo A - Reclamos por reducir y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | KEVANE GRANT THORNTON LLP<br>33 CALLE BOLIVIA, SUITE 400<br>SAN JUAN, PR 00917-2013 | 22137 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,957.50 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $585.00 |

Base para: Las facturas que totalizan $20,372.50 no proporcionan un fundamento para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados y el Centro Ontológico Integral de la Universidad de Puerto Rico, que no forman parte de los procedimientos iniciados al amparo del Título III. El Demandante retendrá la porción no modificada del reclamo.

| 6 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO SUITE 32<br>SAN JUAN, PR 00901 | 18514 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $2,500.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $416.75 |

Base para: La factura que asciende a $2,083.25 se pagó a través del cheque 439 el 22/08/2017. El Demandante retendrá la porción no modificada del reclamo.

| 7 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO SUITE 32<br>SAN JUAN, PR 00901 | 8408 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,250.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $303.75 |

Base para: Las facturas que totalizan $19,946.25 se pagaron mediante las transferencias electrónicas 82662, 82663 y 82993 el 08/06/2018. El Demandante retendrá la porción no modificada del reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2

Quingentésima Vigésima Objeción Global

Anexo A - Reclamos por reducir y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 8 | OUTEK CARIBBEAN DISTRIBUTORS, INC. 1605 AVE JESUS T. PIÑERO SAN JUAN, PR 00921 | 152821 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,879.85 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $548.95 |

Base para: La factura que asciende a $3,330.90 se pagó mediante la transferencia electrónica 21000583 el 24/08/2020.  El Demandante retendrá la porción no modificada del reclamo.

| 9 | RAUL ORTIZ, JOSE 70 CALLE VIVES PONCE, PR 00760 | 130230 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $121,771.84* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,876.28 |

Base para: Los Deudores no son responsables del monto que totaliza $103,895.56 según surge de un examen de la Evidencia de Reclamo del demandante, los documentos que se adjuntan a la misma y un examen razonable de los libros y registros de los Deudores. Los pagos mensuales del programa están al día, salvo el período mayo de 2019 a abril de 2020, por un total no modificado de $17,876.28. Asimismo, el Reclamo se presentó como parcialmente liquidado, el monto modificado satisface por completo el Reclamo.

| 10 | ROCA CASTRO, MARIA MILAGROS 2745 PASEO ADONIS LEVITTOWN, PR 00949 | 13126 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,750.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $242.43 |

Base para: Las facturas que totalizan $8,507.57 se pagaron mediante transferencias bancarias identificadas con los números 198306, 198305, 210613, 210612, 210611, 210610, 211987, 272608, 272607 y 272604 los días 20/07/2020, 20/07/2020, 04/09/2020, 04/09/2020, 04/09/2020, 04/09/2020, 14/09/2020, 17/05/2021, 17/05/2021 y 17/05/2021.  El Demandante retendrá la porción no modificada del reclamo.  Además, el Reclamo se presentó como no liquidado parcialmente, monto modificado que liquida por completo el Reclamo.

| 11 | SUPER ASPHALT PAVEMENT CORPORATION PAVIA & LAZARO, PSC ATTN: GERARDO PAVIA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 50387 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $356,883.94 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $174,463.47 |

Base para: La evidencia de reclamo pretende invocar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero las que totalizan $76,309.25 no proporcionan documentación de respaldo suficiente como para invocar las obligaciones contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no obligaciones contra dicho estado o cualquiera de los otros deudores al amparo del Título III.  El Demandante retendrá la porción no modificada del reclamo. Reclamo No. 50387 también incluido en el Anexo A de la Tricentésima Septuagésima Segunda Objeción Global por Reclamos Modificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

3

Quingentésima Vigésima Objeción Global

Anexo A - Reclamos por reducir y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 12 | UNIVERSAL CARE CORPORATION PO BOX 1051 SABANA SECA, PR 00951-1051 | 29 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,324.41 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $576.91 |

Base para: Las facturas que ascienden a $1,247.50 se pagaron mediante los cheques 18316, 47989, 57998 y 96305 el 07/09/2016, el 23/05/2017, el 24/08/2017 y el 18/09/2017. Las obligaciones que ascienden a $7,500.00 no proporcionan un fundamento para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Administración de Servicios Médicos de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. El Demandante retendrá la porción no modificada del reclamo.