# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Twenty-First Omnibus Objection**

Five Hundred Twenty-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 23922 | Commonwealth of Puerto Rico | Unsecured | $2,773.75 | Commonwealth of Puerto Rico | Unsecured | $85.05 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $1,105.00 in the agency's system. Additionally, invoices totaling $1,583.70 were paid via EFTs 3648, 4304, and 4364 on 01/26/2018, 05/03/2018, and 05/10/2018. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | CRESPO & RODRIGUEZ INC.<br>PO BOX 270029<br>SAN JUAN, PR 00928 | 21515 | Commonwealth of Puerto Rico | Unsecured | $14,297.56 | Commonwealth of Puerto Rico | Unsecured | $8,341.85 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $1,233.50 in the agency's system. Invoices totaling $4,255.46 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Health Insurance Administration (ASES), Medical Services Administration, Municipality of San Lorenzo, and Puerto Rico Ports Authority, which are not part of the Title III proceedings. The Claimant shall retain the non-modified portion of the claim. Claim #21515 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ESTUDIOS TÉCNICOS, INC.<br>PO BOX 12144<br>SAN JUAN, PR 00914-0144 | 27512 | Commonwealth of Puerto Rico | Unsecured | $98,650.00 | Commonwealth of Puerto Rico | Unsecured | $68,412.50 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $24,237.50 in the agency's system. The Claimant shall retain the non-modified portion of the claim. Claim #27512 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 45353 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $116.55 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice totaling $3,200.00 in the agency's system. Additionally, invoices totaling $5,797.38 were paid via checks/ EFTs 00000958, 00002185, 00002975, 00003481, 00003979, and 00004691 on 10/24/2016, 05/10/2017, 09/18/2017, 12/29/2017, 03/09/2018, and 06/28/2018. Also, the claim was fully unliquidated, modified amount fully liquidates the claim.

*Indicates claim contains unliquidated and/or undetermined amounts