# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima vigésima primera objeción global**

Quingentésima Vigésima Primera Objeción Global

Anexo A - Reclamos por reducir y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 23922 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,773.75 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85.05 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas, que totalizan $1,105.00, en el sistema de la agencia. Por otra parte, las facturas que ascienden en total a $1,583.70 se pagaron mediante las transferencias electrónicas 3648, 4304, y 4364 los días 26/01/2018, 03/05/2018 y 10/05/2018. El Demandante retendrá la porción no modificada del reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | CRESPO & RODRIGUEZ INC.<br>PO BOX 270029<br>SAN JUAN, PR 00928 | 21515 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,297.56 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,341.85 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas, que totalizan $1,233.50, en el sistema de la agencia. Las facturas que ascienden en total a $4,255.46 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. La evidencia de reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Administración de Seguros de Salud (ASES), la Administración de Servicios Médicos, el Municipio de San Lorenzo y la Autoridad de los Puertos de Puerto Rico, que no forman parte de los procedimientos iniciados al amparo del Título III. El Demandante retendrá la porción no modificada del reclamo. Reclamo No. 21515 también incluido en el Anexo A de la Tricentésima Septuagésima Segunda Objeción Global por Reclamos Modificados.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | ESTUDIOS TÉCNICOS, INC.<br>PO BOX 12144<br>SAN JUAN, PR 00914-0144 | 27512 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $98,650.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $68,412.50 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas, que totalizan $24,237.50, en el sistema de la agencia. El Demandante retendrá la porción no modificada del reclamo. Reclamo No. 27512 también incluido en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Primera Objeción Global

Anexo A - Reclamos por reducir y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | PR STORAGE FORKLIFT DIVISION PO BOX 250060 AGUADILLA, PR 00604 | 45353 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $116.55 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura, que totaliza $3,200.00, en el sistema de dicha agencia. Además, las facturas que ascienden a $5,797.38 se pagaron mediante cheques/transferencias electrónicas identificados con los números 00000958, 00002185, 00002975, 00003481, 00003979 y 00004691 los días 24/10/2016, 10/05/2017, 18/09/2017, 29/12/2017, 09/03/2018 y 28/06/2018. Por otra parte, el reclamo era no liquidado, el monto modificado liquida por completo el reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2