# **EXHIBIT E**

**Declaration of Nivis M. González Rodríguez**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF NIVIS M. GONZALEZ RODRIGUEZ IN SUPPORT OF THE FIVE HUNDRED TWENTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO PARTIALLY SATISFIED AND PARTIALLY NO LIABILITY CLAIMS**

I, Nivis M. González Rodríguez, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. Since January 2021, I hold the position of Associate Director of Finance and Administration at the Puerto Rico Office of Management and Budget ("OMB"). As Associate Director of Finance and Administration, I supervise the employees that provide operational support

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to OMB.[2] Among the relevant tasks related to this area, my team and I are responsible for receiving invoices and obtaining the certification for payment of said invoices to ensure the legal disbursement of public funds for goods and services, materials, claims provided to the OMB and any other valid and legal obligation. The facts set forth herein are true and correct to the best of my knowledge and belief as per my review of OMB's records and information provided by OMB's personnel.

2. In my capacity as the Associate Director of Finance and Administration of the OMB, I and the finance team of OMB's employees working at my direction are responsible for, among other things, reviewing certified invoices and processing them for payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") have consulted with OMB in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[3]

---

[2] Act 81-2017 eliminated the Puerto Rico Office of Commissioner of Municipal Affairs ("OCAM" by its Spanish acronym) and amended OMB's enabling law, Act 147-1980, to establish within its structure the Municipal Management Office. Pursuant to Act 81, some of OCAM's powers, responsibilities and duties were transferred to the Municipal Management Office. These were part of the necessary measures taken to temper the existing legal and judicial framework to give the most faithful compliance to the Fiscal Plan certified by the Oversight Board created under PROMESA.

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

3. I submit this declaration in support of the *Five Hundred Twenty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims* (the "Five Hundred Twenty-First Omnibus Objection").[4]

4. Representatives of the Oversight Board provided AAFAF with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to OCAM, but not yet paid, and AAFAF provided that list of claims to OMB. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

5. At the request of the Oversight Board's representatives, I conducted a reasonable review of OCAM and OMB's records to determine whether the invoices associated with the claims have been certified for payment. As part of the review, the OMB performed an examination of invoice files, purchase orders, consulted with personnel from the area for which the service or good was allegedly rendered and verified payment history through the Puerto Rico Integrated Financial Accounting System ("PRIFAS").

6. Based upon that review, Claim No. 27512, as identified on **Exhibit A** to the Five Hundred Twenty-First Omnibus Objection, is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

---

[4] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Twenty-First Omnibus Objection.

3

Dated: September 16, 2022

                                      By: /s/*Nivis M. González Rodríguez*
                                            Nivis M. González Rodríguez
                                            Associate Director of Finance and Administration
                                            Puerto Rico Office of Management and Budget

**ANEXO E**

**Declaration of Nivis M. González Rodríguez**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                            Deudores.[1] | PROMESA<br>Título III<br>Nº 17 BK 3283-LTS<br>(Administrado conjuntamente)<br><br>**Esta presentación corresponde al Estado Libre Asociado.** |

**DECLARACIÓN DE NIVIS M. GONZÁLEZ RODRÍGUEZ EN APOYO DE LA QUINGENTÉSIMA VIGÉSIMA PRIMERA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES PARCIALMENTE SATISFECHAS Y PARCIALMENTE NO VINCULADAS CON RESPONSABILIDAD**

Por la presente yo, Nivis M. González Rodríguez, de conformidad con el Artículo 1746 del Título 28 del U.S.C., declaro bajo pena de perjurio que lo siguiente es fiel y correcto a mi leal saber, entender y convicción:

---

[1] Los Deudores de estos Casos del Título III, conjuntamente con los números de casos del Título III de los respectivos Deudores y los cuatro (4) últimos dígitos del número de identificación tributaria federal de cada Deudor, según proceda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra nº 17-BK 3283- LTS) (cuatro últimos dígitos del número de identificación tributaria federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra nº 17-BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra nº 17-BK 3567-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra nº 17-BK 3566-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") (Caso de quiebra nº 17-BK 4780-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") y, conjuntamente con el Estado Libre Asociado, COFINA, la ACT, el SRE y la AEEPR, los "Deudores" (Caso de quiebra nº 19-BK-5523-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3801) (los números de casos del Título III están enumerados como números de Casos de quiebra debido a las limitaciones del software).

1. Desde enero de 2021 ocupo el cargo de Directora Asociada de Finanzas y Presupuesto de la Oficina de Administración y Presupuesto de Puerto Rico ("OMB"). En calidad de tal, superviso a los empleados que prestan asistencia operativa a la OMB.[2] Entre las tareas relevantes vinculadas con esta área, mi equipo y yo somos responsables de recibir facturas y obtener la certificación para el pago de las mismas con el objeto de garantizar el desembolso legal de fondos públicos en concepto de bienes, servicios, materiales, reclamaciones y cualesquiera otras obligaciones válidas y legales de la OMB. Los hechos aquí expuestos son fieles y correctos a mi leal saber, entender y convicción en relación con mi auditoría de los registros de la OMB y de la información aportada por el personal de la OMB.

2. En mi calidad de Directora Asociada de Finanzas y Presupuesto de la OMB, soy responsable, conjuntamente con el equipo de Finanzas de la entidad que actúan bajo mis órdenes, de, entre otras cosas, auditar las facturas certificadas y procesarlas para sus pagos. En general, las facturas son certificadas para su pago con el objeto de garantizar el desembolso legal de fondos públicos en concepto de bienes, servicios, materiales, reclamaciones y cualesquiera otras obligaciones válidas y legales de la agencia. Además, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") han consultado a la OMB con respecto al proceso de conciliación de reclamaciones del Estado Libre Asociado de Puerto Rico (el "Estado Libre

---

[2] La Ley 81-2017 suprimió la Oficina del Comisionado de Asuntos Municipales de Puerto Rico ("OCAM") y modificó la ley habilitadora de la OMB, Ley 147-1980, para establecer dentro de su estructura la Oficina de Administración Municipal. A tenor de la Ley 81, algunos de los poderes, responsabilidades y obligaciones de la OCAM fueron traspasados a la Oficina de Administración Municipal. Esta decisión fue parte de las medidas necesarias adoptadas para racionalizar el marco legal y judicial existente con el objeto de cumplir más estrictamente el Plan Fiscal certificado por la Junta de Supervisión creada en virtud de PROMESA.

2

Asociado") presentado de conformidad de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[3]

3. Presento esta declaración en apoyo de la *Quingentésima vigésima primera objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones Parcialmente Satisfechas y Parcialmente no Vinculadas con Responsabilidad*, (la "Quingentésima vigésima primera objeción global").[4]

4. Los representantes de la Junta de Supervisión proporcionaron a la AAFAF una lista de reclamaciones con el objeto de evaluar las responsabilidades asociadas con las facturas que supuestamente fueron emitidas a la OCAM, aunque pendientes de pago y, a su vez, la AAFAF facilitó dicha lista a la OMB. Esta lista incluía una hoja de cálculo que identificaba ciertas facturas que, según los demandantes, quedaron impagadas.

5. A pedido de la Junta de Supervisión, realicé una auditoría razonable de los registros de la OCAM y la OMB para determinar si las facturas asociadas con las reclamaciones fueron o no certificadas para su pago. Como parte de la auditoría, la OMB efectuó una auditoría de los archivos de facturas y pedidos de compra, consultó con el personal de las áreas beneficiarias de los bienes y servicios facturados, y verificó el historial de pagos a través del Sistema Integrado de Contabilidad Financiera de Puerto Rico ("PRIFAS").

6. Sobre la base de dicha auditoría, hemos determinado que la Reclamación nº 27512, identificada en el **Anexo A** a la Quingentésima vigésima primera objeción global, está basada en facturas que no han sido certificadas para su pago. Entiendo que las facturas que no han sido certificadas para su pago no pueden ser abonadas.

---

[3] PROMESA está codificada en 48 U.S.C. §§2101-2241.

[4] Los términos en mayúsculas no definidos de otra manera en este documento tendrán los significados que se les ha asignado en la Quingentésima vigésima primera objeción global.

7. Declaro, bajo pena de perjurio de conformidad con las leyes de Estados Unidos de América, que lo anteriormente expuesto es fiel y correcto a mi leal saber, entender y convicción.

Fecha: 16 de septiembre de 2022

Por: *[Firma en la versión en inglés]*
Nivis M. González Rodríguez
Directora Adjunta de Finanzas y Presupuesto
Oficina de Administración y Presupuesto de Puerto Rico