# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Twenty-Second Omnibus Objection**

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ACEVEDO ROSADO, SAMUEL<br>PO BOX 605<br>GUAYAMA, PR 00785 | 27290 | Commonwealth of Puerto Rico | Unsecured | $30,000.00* | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $30,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | AGOSTO VELAZQUEZ, GLORIA<br>PO BOX 8051<br>HUMACAO, PR 00792 | 36723 | Commonwealth of Puerto Rico | Unsecured | $37,500.00* | Commonwealth of Puerto Rico | Unsecured | $37,500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $37,500.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ANNETTE RABSATT ROSARIO V DEPARTAMENTO DE EDUCACION<br>LCDO HERIBERTO QUINONES ECHEVARRIA<br>URBANIZACION SABANERA CAMINO DE LOS JARDINES 392<br>CIDRA, PR 00739 | 32566 | Commonwealth of Puerto Rico | Unsecured | $7,837.50* | Commonwealth of Puerto Rico | Unsecured | $7,837.50 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,837.50 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Twenty-Second Omnibus Objection
Exhibit A - Claims to Be Liquidated and Allowed

| | | | | ASSERTED | | | MODIFIED AND ALLOWED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 4 | AT&T MOBILITY, LLC<br>C. NICOLE GLADDEN MATTHEWS, ESQ.<br>ASSISTANT VICE PRESIDENT - SENIOR LEGAL COUNSEL<br>15 E. MIDLAND AVENUE<br>PARAMUS, NJ 07652 | 29269 | Puerto Rico Highways and Transportation Authority | Unsecured | $159.77* | Puerto Rico Highways and Transportation Authority | Unsecured | $159.77 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $159.77 for the Claim, such amount fully liquidates the Claim.

| 5 | BARZANA SANTIAGO, MARISOL<br>LCDO. HERIBERTO QUINONES ECHEVARRIA<br>URB SABANERA CAMINO DE LOS JARDINES 392<br>CIDRA, PR 00739 | 59531 | Commonwealth of Puerto Rico | Unsecured | $8,512.50* | Commonwealth of Puerto Rico | Unsecured | $8,512.50 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $8,512.50 for the Claim, such amount fully liquidates the Claim.

| 6 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 11877 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $244.05 |

Reason: The Proof of Claim does not assert a stated value. However, the Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $244.05 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 12405 | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | $72.00 |

Reason: The Proof of Claim does not assert a stated value. However, the Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $72.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | CARLOS LABAULT DBA C E & L FIRE EXTING<br>PO BOX 3092<br>BAYAMON, PR 00960 | 12422 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $585.00 |

Reason: The Proof of Claim does not assert a stated value. However, the Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $585.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | CENTRO DE APRENDIZAJE INDIVIDUALIZADO INC. REPRESENTADO POR NITZA E. VELEZ CARRION<br>P.O.BOX 13282<br>SAN JUAN, PR 00908 | 16711 | Commonwealth of Puerto Rico | Unsecured | $20,000.00* | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $20,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | CESAR BADILLO MACHADO, IRMA VICENTE Y SU HIJO MENOR DE E.C.B.V<br>TORRES VALENTIN ESTUDIO LEGAL LLC<br>LCDO. JOSÉ E. TORRES VALENTÍN<br>#78 CALLE GEORGETTI<br>SAN JUAN, PR 00925 | 7639 | Commonwealth of Puerto Rico | Unsecured | $3,375.00* | Commonwealth of Puerto Rico | Unsecured | $3,375.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $3,375.00 for the Claim, such amount fully liquidates the Claim.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | COLON ROSARIO, LISANDRA<br>HC 02 BOX 50985<br>COMERÍO, PR 00782 | 23748 | Commonwealth of Puerto Rico | Unsecured | $1,800.00* | Commonwealth of Puerto Rico | Unsecured | $1,800.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,800.00 for the Claim, such amount fully liquidates the Claim.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 19004 | Commonwealth of Puerto Rico | Unsecured | $500.00* | Commonwealth of Puerto Rico | Unsecured | $500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $500.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection
Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD<br>SUITE 420<br>LAKE WORTH, FL 33467 | 24371 | Commonwealth of Puerto Rico | Unsecured | $13,300.00* | Commonwealth of Puerto Rico | Unsecured | $13,300.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $13,300.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 | CRUZ ROMÁN, MINERVA<br>JOSÉ A. MORALES ARROYO<br>EDIF. ASOC. DE MAESTROS<br>452 AVE. PONCE DE LEÓN<br>STE 514<br>SAN JUAN, PR 00918 | 28261 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $6,000.00 |

Reason: The Proof of Claim does not assert a stated value. However, the Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $6,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | DE JESUS MORALES, CAROLYN<br>PO BOX 833<br>ARROYO, PR 00714 | 131114 | Puerto Rico Highways and Transportation Authority | Unsecured | $8,659.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $8,659.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $8,659.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | DELGADO, YOLANDA<br>C/O: PEDRO ORTIZ ALVAREZ LLC<br>ATTN: CESAR ENRIQUE MOLINA<br>PO BOX 9009<br>PONCE, PR 00732-9009 | 42845 | Commonwealth of Puerto Rico | Unsecured | $7,010.70* | Commonwealth of Puerto Rico | Unsecured | $7,010.70 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,010.70 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | DÍAZ FIGUEROA, PEDRO<br>LEMUEL VELILLA REYES<br>URB. AGUSTÍN STAHL<br>A-10 CARR. 174<br>BAYAMON, PR 00956 | 6303 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br><br>Subtotal | 503(b)(9)<br>Secured | Undetermined*<br>Undetermined*<br>Undetermined* | Commonwealth of Puerto Rico | Unsecured | $2,000.00 |

Reason: The Proof of Claim does not assert a stated value. However, the Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $2,000.00 for the Claim, such amount fully liquidates the Claim. Claim #6303 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | FLORES, NANCY<br>2000 CARR. 8177 PMB 484<br>SUITE 26<br>GUAYNABO, PR 00966 | 129 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | FLORES, VILMA<br>2000 CARR. 8177 PMB 484<br>SUITE 26<br>GUAYNABO, PR 00966 | 10 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | GERARDO GARCIA RODRIGUEZ, ET AL. C/O MANFREDY & MANFREDY ATTN: YADIRA MANFREDY RAMOS ATTORNEY 2905 AVE. EMILIO FAGOT PONCE, PR 00716-3616 | 39902 | Commonwealth of Puerto Rico | Unsecured | $18,477.70* | Commonwealth of Puerto Rico | Unsecured | $18,477.70 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $18,477.70 for the Claim, such amount fully liquidates the Claim.

| 21 | GIERBOLINI TORRES, WILMA MICHELLE M. SILVA MARRERO 20 AVE. LUIS MUNOZ MARIN PMB 263 CAGUAS, PR 00725-1956 | 19564 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim.

| 22 | GLADYS ROSARIO RESTO V DEPARTAMENTO DE EDUCACION LCDA AMELIA M CINTRON URB SAN ANTONIO 1939 AVE LAS AMERICAS PONCE, PR 00728-1815 | 42641 | Commonwealth of Puerto Rico | Unsecured | $5,062.50* | Commonwealth of Puerto Rico | Unsecured | $5,062.50 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,062.50 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | GLORIA AGOSTO / EDWIN CRUZ<br>PO BOX 8051<br>HUMACAO, PR 00792 | 39100 | Commonwealth of Puerto Rico | Unsecured | $37,500.00* | Commonwealth of Puerto Rico | Unsecured | $37,500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $37,500.00 for the Claim, such amount fully liquidates the Claim.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | GUELEN, KEYLA M.<br>LCDA. AMELIA M. CINTRON VELAZQUEZ<br>URB. SAN ANTONIO 1939<br>AVE. LAS AMÉRICAS<br>PONCE, PR 00728-1815 | 42528 | Commonwealth of Puerto Rico | Unsecured | $8,175.00* | Commonwealth of Puerto Rico | Unsecured | $8,175.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $8,175.00 for the Claim, such amount fully liquidates the Claim. Claim #42528 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | MARTÍNEZ NÚÑEZ, IBRAHIM A.<br>MIGUEL A. OLMEDO OTERO<br>PMB 914 #138 AVE. WINSTON CHURCHILL<br>SAN JUAN, PR 00926-6013 | 8227 | Commonwealth of Puerto Rico | Unsecured | $9,000.00* | Commonwealth of Puerto Rico | Unsecured | $9,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $9,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | | | ASSERTED | | | MODIFIED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 26 | MORALES SOSA, JUAN CARLOS<br>CARLOS J. RODRGUEZ<br>PO BOX 2744<br>GUAYAMA, PR 00785 | 138202 | Commonwealth of Puerto Rico | Unsecured | $13,974.00* | Commonwealth of Puerto Rico | Unsecured | $13,974.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $13,974.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | NEGRON BONILLA, CARMEN<br>CARMEN I NIEVESLUNA<br>531 ST. QK-2 COUNTRY CLUB<br>CAROLINA, PR 00982 | 16526 | Commonwealth of Puerto Rico | Unsecured | $9,000.00* | Commonwealth of Puerto Rico | Unsecured | $9,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $9,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28 | PAGAN BEAUCHAMP, CARLOS<br>PO BOX 11609<br>SAN JUAN, PR 00910 | 2772 | Commonwealth of Puerto Rico | Unsecured | $37,500.00* | Commonwealth of Puerto Rico | Unsecured | $37,500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $37,500.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29 | PAGAN GILLETE, DANIELA<br>LCDO. HAROLD VICENTE COLON<br>PO BOX 11609<br>SAN JUAN, PR 00910-1609 | 4791 | Commonwealth of Puerto Rico | Unsecured | $37,500.00* | Commonwealth of Puerto Rico | Unsecured | $37,500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $37,500.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | PEREZ APONTE, MELISSA HERIBERTO QUINONES ECHEVARRIA URB SABANERA CAMINO DE LOS JARDINES 392 CIDRA, PR 00739 | 38543 | Commonwealth of Puerto Rico | Unsecured | $13,650.00* | Commonwealth of Puerto Rico | Unsecured | $13,650.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $13,650.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31 | PR STORAGE FORKLIFT DIVISION PO BOX 250060 AGUADILLA, PR 00604 | 37225 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $686.73 |

Reason: The Proof of Claim does not assert a stated value. However, the Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $686.73.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | QBE SEGUROS LCDO. FRANCISCO SAN MIGUEL FUXENCH PO BOX 190406 SAN JUAN, PR 00919 | 53479 | Commonwealth of Puerto Rico | Unsecured | $9,950.00* | Commonwealth of Puerto Rico | Unsecured | $9,950.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $9,950.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33 | QBE SEGUROS LCDO. FRANCISCO SAN MIGUEL-FUXENCH PO BOX 190406 SAN JUAN, PR 00919 | 59546 | Commonwealth of Puerto Rico | Unsecured | $9,000.00* | Commonwealth of Puerto Rico | Unsecured | $9,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $9,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | RAMOS CHAPARRO, IRACHE R.<br>CARLOS A. CRESPO BADILLO<br>BUFETE CRESPO & SOTO<br>PO BOX 1522<br>MOCA, PR 00676-1522 | 40903 | Commonwealth of Puerto Rico | Unsecured | $19,000.00* | Commonwealth of Puerto Rico | Unsecured | $19,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $19,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | RAMOS, YADYRA MANFREDY<br>2905 AVE EMILIO FAGOT<br>PONCE, PR 00716-3613 | 45821 | Commonwealth of Puerto Rico | Unsecured | $7,667.00* | Commonwealth of Puerto Rico | Unsecured | $7,667.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,667.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36 | RIVERA CUEVAS, LUZ ESTHER<br>PO BOX 185<br>ANASCO, PR 00610 | 14673 | Commonwealth of Puerto Rico | Unsecured | $230.40* | Commonwealth of Puerto Rico | Unsecured | $230.40 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $230.40 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 37 | RODRIGUEZ SIERRA, CHRISTIAN<br>ALLAN RIVERA FERNÁNDEZ<br>CAPITAL CENTER BUILDING SUITE 401<br>HATO REY, PR 00918 | 1291 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | ROMAN MERCADO, MARIA E.<br>PO BOX 1084<br>QUEBRADILLAS, PR 00678-1084 | 57849 | Commonwealth of Puerto Rico | Secured | $9,000.00* | Commonwealth of Puerto Rico | Unsecured | $9,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $9,000.00 for the Claim, such amount fully liquidates the Claim. Claim #57849 also contained on Exhibit A to the 345th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39 | ROQUE GARCIA, MILTON D.<br>PO BOX 351<br>LUQUILLO, PR 00773 | 47746 | Commonwealth of Puerto Rico | Unsecured | $11,253.92* | Commonwealth of Puerto Rico | Unsecured | $11,253.92 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $11,253.92 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40 | ROSSY-CLEMENTE, AIDA IRIS<br>CARLOS ALSINA BATISTA LAW OFFICES, PSC<br>1519 PONCE DE LEON, FIRSTBANK BLDNG STE 513<br>SAN JUAN, PR 00909 | 21 | Commonwealth of Puerto Rico | Unsecured | $12,000.00* | Commonwealth of Puerto Rico | Unsecured | $12,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $12,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

12

Five Hundred Twenty-Second Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | TORRES QUIÑONEZ, EDGARDO<br>EVELYN T. MÁRQUEZ ESCOBAR<br>BUFETE RIVERA ORTIZ & ASOCIADOS<br>PO BOX 810386<br>CAROLINA, PR 00981-0386 | 23032 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

13