# ANEXO A

**Relación de reclamación objeto de la Quingentésima vigésima segunda objeción global**

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ACEVEDO ROSADO, SAMUEL<br>PO BOX 605<br>GUAYAMA, PR 00785 | 27290 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $30,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | AGOSTO VELAZQUEZ, GLORIA<br>PO BOX 8051<br>HUMACAO, PR 00792 | 36723 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $37,500.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | ANNETTE RABSATT ROSARIO V DEPARTAMENTO DE EDUCACION<br>LCDO HERIBERTO QUINONES ECHEVARRIA<br>URBANIZACION SABANERA CAMINO DE LOS JARDINES 392<br>CIDRA, PR 00739 | 32566 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,837.50* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,837.50 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $7,837.50 para el Reclamo, monto que liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | | | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | AT&T MOBILITY, LLC<br>C. NICOLE GLADDEN MATTHEWS, ESQ.<br>ASSISTANT VICE PRESIDENT - SENIOR LEGAL COUNSEL<br>15 E. MIDLAND AVENUE<br>PARAMUS, NJ 07652 | 29269 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $159.77* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $159.77 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $159.77 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | BARZANA SANTIAGO, MARISOL<br>LCDO. HERIBERTO QUINONES ECHEVARRIA<br>URB SABANERA CAMINO DE LOS JARDINES 392<br>CIDRA, PR 00739 | 59531 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,512.50* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,512.50 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $8,512.50 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 11877 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $244.05 |

Base para: La evidencia de reclamo no establece un valor determinado. Sin embargo, la Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $244.05 para el Reclamo, monto que liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | C E & L FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR 00960 | 12405 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $72.00 |

Base para: La evidencia de reclamo no establece un valor determinado. Sin embargo, la Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $72.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | CARLOS LABAULT DBA C E & L FIRE EXTING PO BOX 3092 BAYAMON, PR 00960 | 12422 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $585.00 |

Base para: La evidencia de reclamo no establece un valor determinado. Sin embargo, la Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $585.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | CENTRO DE APRENDIZAJE INDIVIDUALIZADO INC. REPRESENTADO POR NITZA E. VELEZ CARRION P.O.BOX 13282 SAN JUAN, PR 00908 | 16711 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $20,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

3

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | CESAR BADILLO MACHADO, IRMA VICENTE Y SU HIJO MENOR DE E.C.B.V<br>TORRES VALENTIN ESTUDIO LEGAL LLC<br>LCDO. JOSÉ E. TORRES VALENTÍN<br>#78 CALLE GEORGETTI<br>SAN JUAN, PR 00925 | 7639 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,375.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,375.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $3,375.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | COLON ROSARIO, LISANDRA<br>HC 02 BOX 50985<br>COMERÍO, PR 00782 | 23748 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,800.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,800.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $1,800.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 19004 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $500.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $500.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $500.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | | | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD<br>SUITE 420<br>LAKE WORTH, FL 33467 | 24371 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,300.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,300.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $13,300.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 | CRUZ ROMÁN, MINERVA<br>JOSÉ A. MORALES ARROYO<br>EDIF. ASOC. DE MAESTROS<br>452 AVE. PONCE DE LEÓN<br>STE 514<br>SAN JUAN, PR 00918 | 28261 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,000.00 |

Base para: La evidencia de reclamo no establece un valor determinado. Sin embargo, la Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $6,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | DE JESUS MORALES, CAROLYN<br>PO BOX 833<br>ARROYO, PR 00714 | 131114 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $8,659.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $8,659.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $8,659.00 para el Reclamo, monto que liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | MODIFICADOS Y ADMITIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 16 | DELGADO, YOLANDA C/O: PEDRO ORTIZ ALVAREZ LLC ATTN: CESAR ENRIQUE MOLINA PO BOX 9009 PONCE, PR 00732-9009 | 42845 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,010.70* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,010.70 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $7,010.70 para el Reclamo, monto que liquida por completo el Reclamo.

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 17 | DÍAZ FIGUEROA, PEDRO LEMUEL VELILLA REYES URB. AGUSTÍN STAHL A-10 CARR. 174 BAYAMON, PR 00956 | 6303 | El Estado Libre Asociado de Puerto Rico El Estado Libre Asociado de Puerto Rico | 503(b)9 Garantizada Subtotal | Indeterminado* Indeterminado* Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,000.00 |

Base para: La evidencia de reclamo no establece un valor determinado. No obstante, la Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $2,000.00 para el Reclamo, monto que liquida por completo el Reclamo. Reclamo No. 6303 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 18 | FLORES, NANCY 2000 CARR. 8177 PMB 484 SUITE 26 GUAYNABO, PR 00966 | 129 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $75,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 19 | FLORES, VILMA 2000 CARR. 8177 PMB 484 SUITE 26 GUAYNABO, PR 00966 | 10 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $75,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 20 | GERARDO GARCIA RODRIGUEZ, ET AL. C/O MANFREDY & MANFREDY ATTN: YADIRA MANFREDY RAMOS ATTORNEY 2905 AVE. EMILIO FAGOT PONCE, PR 00716-3616 | 39902 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,477.70* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,477.70 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $18,477.70 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | GIERBOLINI TORRES, WILMA MICHELLE M. SILVA MARRERO 20 AVE. LUIS MUNOZ MARIN PMB 263 CAGUAS, PR 00725-1956 | 19564 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $5,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | GLADYS ROSARIO RESTO V DEPARTAMENTO DE EDUCACION LCDA AMELIA M CINTRON URB SAN ANTONIO 1939 AVE LAS AMERICAS PONCE, PR 00728-1815 | 42641 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,062.50* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,062.50 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $5,062.50 para el Reclamo, monto que liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

7

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 23 | GLORIA AGOSTO / EDWIN CRUZ<br>PO BOX 8051<br>HUMACAO, PR 00792 | 39100 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $37,500.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | GUELEN, KEYLA M.<br>LCDA. AMELIA M. CINTRON VELAZQUEZ<br>URB. SAN ANTONIO 1939<br>AVE. LAS AMÉRICAS<br>PONCE, PR 00728-1815 | 42528 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,175.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,175.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $8,175.00 para el Reclamo, monto que liquida por completo el Reclamo. Reclamo No. 42528 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | MARTÍNEZ NÚÑEZ, IBRAHIM A.<br>MIGUEL A. OLMEDO OTERO<br>PMB 914 #138 AVE. WINSTON CHURCHILL<br>SAN JUAN, PR 00926-6013 | 8227 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $9,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

8

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | | | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 26 | MORALES SOSA, JUAN CARLOS<br>CARLOS J. RODRGUEZ<br>PO BOX 2744<br>GUAYAMA, PR 00785 | 138202 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,974.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,974.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $13,974.00 para el Reclamo, monto que liquida por completo el Reclamo.

| 27 | NEGRON BONILLA, CARMEN<br>CARMEN I NIEVESLUNA<br>531 ST. QK-2 COUNTRY CLUB<br>CAROLINA, PR 00982 | 16526 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $9,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| 28 | PAGAN BEAUCHAMP, CARLOS<br>PO BOX 11609<br>SAN JUAN, PR 00910 | 2772 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $37,500.00 para el Reclamo, monto que liquida por completo el Reclamo.

| 29 | PAGAN GILLETE, DANIELA<br>LCDO. HAROLD VICENTE COLON<br>PO BOX 11609<br>SAN JUAN, PR 00910-1609 | 4791 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $37,500.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 30 | PEREZ APONTE, MELISSA HERIBERTO QUINONES ECHEVARRIA URB SABANERA CAMINO DE LOS JARDINES 392 CIDRA, PR 00739 | 38543 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,650.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,650.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $13,650.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31 | PR STORAGE FORKLIFT DIVISION PO BOX 250060 AGUADILLA, PR 00604 | 37225 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $686.73 |

Base para: La evidencia de reclamo no establece un valor determinado. Sin embargo, la Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $686.73.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | QBE SEGUROS LCDO. FRANCISCO SAN MIGUEL FUXENCH PO BOX 190406 SAN JUAN, PR 00919 | 53479 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,950.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,950.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $9,950.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33 | QBE SEQUROS LCDO. FRANCISCO SAN MIGUEL-FUXENCH PO BOX 190406 SAN JUAN, PR 00919 | 59546 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $9,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | | | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 34 | RAMOS CHAPARRO, IRACHE R.<br>CARLOS A. CRESPO BADILLO<br>BUFETE CRESPO & SOTO<br>PO BOX 1522<br>MOCA, PR 00676-1522 | 40903 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $19,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $19,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $19,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| 35 | RAMOS, YADYRA MANFREDY<br>2905 AVE EMILIO FAGOT<br>PONCE, PR 00716-3613 | 45821 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,667.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,667.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $7,667.00 para el Reclamo, monto que liquida por completo el Reclamo.

| 36 | RIVERA CUEVAS, LUZ ESTHER<br>PO BOX 185<br>ANASCO, PR 00610 | 14673 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $230.40* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $230.40 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $230.40 para el Reclamo, monto que liquida por completo el Reclamo.

| 37 | RODRIGUEZ SIERRA, CHRISTIAN<br>ALLAN RIVERA FERNÁNDEZ<br>CAPITAL CENTER BUILDING SUITE 401<br>HATO REY, PR 00918 | 1291 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $1,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 38 | ROMAN MERCADO, MARIA E. PO BOX 1084 QUEBRADILLAS, PR 00678-1084 | 57849 | El Estado Libre Asociado de Puerto Rico | Garantizada | $9,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $9,000.00 para el Reclamo, monto que liquida por completo el Reclamo. Reclamo No. 57849 también incluido en el Anexo A de la Tricentésima Cuadragésima Quinta Objeción Global por Reclamos Reclasificados.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39 | ROQUE GARCIA, MILTON D. PO BOX 351 LUQUILLO, PR 00773 | 47746 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,253.92* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,253.92 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $11,253.92 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40 | ROSSY-CLEMENTE, AIDA IRIS CARLOS ALSINA BATISTA LAW OFFICES, PSC 1519 PONCE DE LEON, FIRSTBANK BLDNG STE 513 SAN JUAN, PR 00909 | 21 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $12,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Segunda Objeción Global

Anexo A - Reclamos por liquidar y admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 41 | TORRES QUIÑONEZ, EDGARDO EVELYN T. MÁRQUEZ ESCOBAR BUFETE RIVERA ORTIZ & ASOCIADOS PO BOX 810386 CAROLINA, PR 00981-0386 | 23032 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $5,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

13