# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima vigésima quinta objeción global**

## Quingentésima Vigésima Quinta Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALICEA COLON, LILLIAM I.<br>PO BOX 285<br>PUNTA SANTIAGO, PR 00741 | 06/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 137384 | $57,807.07* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho.

Reclamo No. 137384 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BALBIN PADILLA, CYNTHIA<br>EB-5 CALLE TILO<br>URB. LOS ALMENDROS<br>BAYAMON, PR 00961 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154211 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho. Reclamo No. 154211 también incluido en el Anexo A de la Quingentésima Vigésima Cuarta Objeción Global por Reclamos Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Vigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | BARBOSO AYALA, MARILYN N<br>HC 3 BOX 10368<br>SAN GERMAN, PR 00683 | 05/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12567 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz.

Reclamo No. 12567 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| 4 | HEREDIA CRUZ, MARIA M<br>RR 7 BOX 6956<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30335 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho. Reclamo No. 30335 también incluido en el Anexo A de la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | HERNANDEZ ROSADO, SECUNDINO<br>2 CALLE BRISAS DEL MAR<br>AGUADA, PR 00602 | 05/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14843 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz.

Reclamo No. 14843 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | LEBRON FLORES, AMANLYS<br>URB. VILLA ANA CALLE ROBERTO MOJICA D-15<br>JUNCOS, PR 00777 | 05/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24607 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Departamento de Correcciones y Rehabilitación, Caso No. KAC-1996-1381 ("Maldonado Rodríguez"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, incluso si el Demandante fuera, en efecto, un demandante dicho litigio, el reclamo constituiría un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón. Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo No. 24607 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MARRERO, ENID OCASIO<br>PO BOX 1464<br>COROZAL, PR 00783 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18276 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón.

Reclamo No. 18276 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | MARTINEZ SERRANO, MARIA<br>PO BOX 552<br>JUANA DIAZ, PR 00795 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36540 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho. Reclamo No. 36540 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | MARTINEZ SERRANO, MARIA M.<br>PO BOX 552<br>JUANA DIAZ, PR 00795 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38520 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho. Reclamo No. 38520 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | MARTY TROCHE, HIRAM L<br>48 CALLE SALVADOR BRAU<br>CABO ROJO, PR 00623 | 04/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7442 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 30851 y 104175, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Pérez Colón. Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Reclamo No. 7442 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | MENDEZ LARACUENTE, RAMON<br>61 CALLE MENDEZ VIGO<br>APARTAMENTO 5<br>PONCE, PR 00730 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14449 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón. Reclamo No. 14449 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados, la Quingentésima Vigésima Cuarta Objeción Global por Reclamos Desestimados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | MENDEZ LARACUENTE, RAMON<br>61 CALLE MENDEZ VIGO<br>APARTAMENTO 5<br>PONCE, PR 00730 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18494 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón. Reclamo No. 18494 también incluido en el Anexo A de la Quingentésima Vigésima Cuarta Objeción Global por Reclamos Desestimados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Vigésima Quinta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | QUINONES MALDONADO, CARMEN D. URB JARDS DE COUNTRY CLUB CJ28 CALLE 147 CAROLINA, PR 00983 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 24924 | $90,908.16* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón. Reclamo No. 24924 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Desestimados y la Quingentésima Vigésima Cuarta Objeción Global por Reclamos Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | RAMOS RODRIGUEZ, DIANA E. URB BRISAS DEL PRADO 1730 CALLE GARZA SANTA ISABEL, PR 00757-2563 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 122250-2 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 50221 y 104127, la evidencia de reclamo maestra presentada en representación de todos los demandantes vinculados al litigio caratulado Abrams Díaz. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Vigésima Quinta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | RIVERA IRIZARRY, MARIA<br>URB LOS REYES<br>91 CALLE BELEN<br>JUANA DIAZ, PR 00795 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33588 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho. Reclamo No. 33588 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | RODRIGUEZ RAMOS, MIGDALIA<br>PMB 249<br>PO BOX 1810<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25257 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz.

Reclamo No. 25257 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Vigésima Quinta Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | RODRIGUEZ RODRIGUEZ, SONIA<br>PO BOX 1604<br>JUANA DIAZ, PR 00795-5501 | 05/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36686 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón. Reclamo No. 36686 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados y la Quingentésima Vigésima Cuarta Objeción Global por Reclamos Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | SANTIAGO RENTA, ANAIDA M<br>HC 5 BOX 5624<br>JUANA DIAZ, PR 00795 | 05/17/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14659 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón. Reclamo No. 14659 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados y la Quingentésima Vigésima Cuarta Objeción Global por Reclamos Desestimados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | SANTIAGO RENTA, ANAIDA M<br>HC 5 BOX 5624<br>JUANA DIAZ, PR 00795 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15717 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho") y Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios Acevedo Camacho y Beltrán Cintrón. Reclamo No. 15717 también incluido en el Anexo A de la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | SANTIAGO RODRIGUEZ, SERAFIN<br>JARDIROS D-8 CALLE 6<br>SANTA ISABOL, PR 00757 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47370 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Departamento de Correcciones y Rehabilitación, Caso No. KAC-1996-1381 ("Maldonado Rodríguez"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, incluso si el Demandante fuera, en efecto, un demandante dicho litigio, el reclamo constituiría un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón. Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | SANTIAGO SOTO, VIVIAN<br>BOX 418<br>SANTA ISABEL, PR 00757 | 04/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5863 | $8.00* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 30851 y 104175, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Pérez Colón.

Reclamo No. 5863 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | SANTIAGO VIENTOS, JOSE A<br>HC 02 BOX 11203<br>LAS MARIAS, PR 00670 | 04/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7311 | Indeterminado* |
| | Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz.<br><br>Reclamo No. 7311 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados. | | | | | |
| 23 | SILVA BERNIER, JOSE V.<br>P.O. BOX 1703<br>GUAYAMA, PR 00785 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70744 | Indeterminado* |
| | Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz. Dado que esta objeción no constituye una objeción a la otra parte del reclamo, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo. | | | | | |

## Quingentésima Vigésima Quinta Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | TORRES LOPEZ, IVETTE G<br>URB. BRISAS DEL PRADO BOX 2008<br>SANTA ISABEL, PR 00757 | 05/17/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13765 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho") y Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios Acevedo Camacho y Beltrán Cintrón. Reclamo No. 13765 también incluido en el Anexo A de la Tricentésima Sexagésima Séptima Objeción Global por Reclamos Reclasificados y la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | TORRES LOPEZ, IVETTE G<br>URB. BRISAS DEL PRADO BOX 2008<br>SANTA ISABEL, PR 00757 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13935 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho") y Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios Acevedo Camacho y Beltrán Cintrón. Reclamo No. 13935 también incluido en el Anexo A de la Quingentésima Vigésima Sexta Objeción Global por Reclamos Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | VAZQUEZ PAREDES, NEIZA H<br>PO BOX 1754<br>YABUCOA, PR 00767 | 07/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111363 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Vigésima Quinta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 27 | VELAZQUEZ LUCIANO, KEYLA M<br>#76 URB. ALTURAS SABANERAS<br>SABANA GRANDE, PR 00637-1603 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66761 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios entablado sen contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, un demandante en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz.

Reclamo No. 66761 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | TOTAL | $148,723.23* |
|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados