## **<u>EXHIBIT A</u>**

**Schedule of Claims Subject to the Five Hundred Twenty-Eighth Omnibus Objection**

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALEMAÑY MARTÍNEZ, FRANCHESKA Y OTROS LIC. PANTOJA OQUENDO, JOSEFINA PO BOX 21370 SAN JUAN, PR 00928 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39294 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | ALSINA MARTINEZ, NORMA I. PEDRO ORTIZ ALVAREZ, LLC P.O. BOX 9009 PONCE, PR 00732 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 116945 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | ÁLVAREZ INOA, ANTONIO Y/O 7: ORLANDO BERMÚDEZ LÓPEZ, EDWIN ENCARNACIÓN COSME, DANIEL MORALES SÁEZ, GILBERTO PÉREZ RENTAS, BENITO PÉREZ TORRES, EDGARDO RENTAS VARGAS, LUIS ROSADO RODRÍGUEZ LCDA. MARISEL BAEZ SANTIAGO BANCO COOPERATIVO SUITE 802-B 623 AVE PONCE DE LEÓN SAN JUAN, PR 00917 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35899 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | APS HEALTHCARE PUERTO RICO, INC.<br>HARRY ANDUZE MONTAÑO<br>AVE FERNANDEZ JUNCOS 1454<br>SAN JUAN, PR 00909 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21521 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | ARROYO RIVERA V POLICIA, EDWIN<br>URB. MANS SAN MARTIN SUITE 17<br>SAN JUAN, PR 00924-0227 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39080 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | AYALA-RIVERA, IRIS<br>ATTN RICARDO AGRAIT DEFILLO<br>SERVICIOS LEGALES PR<br>PO BOX 21370<br>SAN JUAN, PR 00928-1370 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11854 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | BENITEZ DIAZ, HECTOR LCDO. HECTOR L. CLAUDIO 167 CALLE PEDRO FLORES H8 URB. MONTICIELO CAGUAS, PR 00725 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61162 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 8 | BERRIOS VALENTIN, FELIX A. C/O FERNANDO SANTIAGO URB. SAN MARTIN SUITE 17 SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23550 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 9 | CARABALLO, LENNIS II COND SANTANA MARIA 501 CALLE MODESTA APT 1404 SAN JUAN, PR 00924 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21492 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #21492 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | CARMEN P. MORALES - OCASIO ON BEHALF OF MINOR R.G.M.<br>RICARDO AGRAIT-DEFILLO<br>SERVICIOS LEGALES DE PO BOX 21370<br>SAN JUAN, PR 00928-1370 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11012 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 11 | CASTRO MACHUCA, MILDRED<br>VILLA PALMERAS<br>225 CALLE PALACIOS<br>SAN JUAN, PR 00915 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114960 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 12 | CASTRO PEREZ, HECTOR A<br>ABOGADO<br>BUFETE DE ABOGADOS CASTRO-PÉREZ &<br>CASTRO-CINTRÓN<br>PO BOX 227<br>YABUCOA, PR 00767 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20645 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | CINTRON-VALENZUELA, EIZZIL<br>LAW OFFICE OF ERICK MORALES-PEREZ<br>P.O. BOX 10409<br>SAN JUAN, PR 00922 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149870 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 14 | COLLAZO ROMERO, BRUNILDA<br>ASOCIACIÓN DE EMPLEADOS GERENCIALES<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>APARTADO 40177<br>ESTACIÓN MINILLAS<br>SAN JUAN, PR 00940 | 05/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 17337 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 15 | COLÓN DÍAZ, MARÍA DEL CARMEN<br>PO BOX 10<br>LARES, PR 00669 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15801 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | COLON-GONZALEZ , JUAN I. BUFETE FRANCISCO GONZÁLEZ 1519 PONCE DE LEÓN AVE. SUITE 805 SAN JUAN, PR 00909 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67404 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | CORDEN SANCHEZ , WANDA FERNANDO SANTIAGO URB. SAN MARTÍN SUITE 17 SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20059 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | CORUJO SOTO, SERGIO A COM LAS 500 TAS 385 CALLE ESMERALDA ARROYO, PR 00714 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25305 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #25305 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | COUVERTIER SOSA, ORLANDO FERNANDO SANTIAGO URB. SAN MARTIN SUITE 17 SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18821 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #18821 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | CRESPO MULERO, ANASTACIA URB. BATISTA CALLE NUEVA #4 VILLA PEREGRINOS APT. 124 CAGUAS, PR 00725 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12034 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | DE JESUS DAVILA, WANDA FERNANDO SANTIAGO ORTIZ URB. MANS SAN MARTIN SUITE 17 SAN JUAN, PR 00924-0227 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40405 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | DE JESUS SANTIAGO, MIGUEL A<br>FERNANDO SANTIAGO<br>URB. SAN MARTIN SUITE 17<br>SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17839 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #17839 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims. | | | | | |
| 23 | DEL RIO, VANESSA<br>TORRES VALENTÍN, JOSÉ E<br>CALLE GEORGETTI 78<br>SAN JUAN, PR 00925 | 05/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9663 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 24 | DIAZ CASIANO, RAFAEL<br>RR 1 BOX 6771<br>GUAYAMA, PR 00784 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27836 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #27836 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | DIAZ TORRES, LUIS G<br>BO SANTA CATALINA<br>CANT 150 RM 150<br>COAMO, PR 00769 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29018 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #29018 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims. | | | | | |
| 26 | FELIX DEJESUS, ORLANDO<br>FERNANDO SANTIAGO<br>URB. SAN MARTIN SUITE 17<br>SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27685 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #27685 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims. | | | | | |
| 27 | FIGUEROA, FRANCISCO BOLIS<br>FERNANDO SANTIAGO<br>URB. SAN MARTÍN SUITE 17<br>SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19342 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #19342 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims. | | | | | |

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | FLORES MELENDEZ, WILFREDO<br>NUM 48 CALLE -3<br>RR-1 BUZON 6267<br>GUAYNABO, PR 00784 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25907 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #25907 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | FONTANEZ LASANTA, FELIX<br>P.O. BOX 171<br>OROCOVIS, PR 00720 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 60874 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #60874 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims and 367th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | GALLARDO GUTIERREZ, HERIBERTO<br>HERIBERTO GALLARDO/LYSETTE GALLARDO<br>F-11 AUSUBO<br>GUAYANILLA, PR 00656-1411 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95370 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | GARCIA TORRES, CARMEN<br>HC 9 BOX 1737<br>PONCE, PR 00731 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106810 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 32 | GAUDIER PEREZ, JONATHAN<br>AUREA M AVILES GAUDIER<br>308 CALLE NEVADA ,SAN GERARDO<br>SAN JUAN, PR 00926 | 04/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5804 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 33 | GERARDINO NARVÁEZ, LIZA M<br>MOISES ABREU CORDERO<br>454 AVE. LUIS MÑOZ SOUFFRONT URB. LOS MAESTROS<br>RIO PIEDRAS, PR 00923 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39669 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |

## Five Hundred Twenty-Eighth Omnibus Objection

## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | GONZALEZ RAMOS, WILFREDO<br>PO BOX 317<br>PATILLAS, PR 00723-0317 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20065 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | HERNANDEZ MOLINA, MELVIN<br>JUAN MANUEL ADORNO PEÑA<br>URB EL PARAISO<br>2 CALLE B<br>HUMACAO, PR 00791-3606 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30344 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | JIMENEZ ALVAREZ, FRANCISCO J<br>URB EL CULEBRINA<br>U 18 CALLE MORALON<br>SAN SEBASTIAN, PR 00685-2932 | 05/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24554 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | JIMENEZ DE JESUS, RUTH AMERICAN CIVIL LIBERTIES UNION OF PUERTO RICO UNION PLAZA, SUITE 1105 416 AVE. PONCE DE LEON SAN JUAN, PR 00918 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22306 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | LOPEZ COLON, JOSE A C/O FERNANDO SANTIAGO URB. SAN MARTIN SUITE 17 SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20039 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #20039 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | LUGO SEGARRA, LINDA  B 7075 B GAUDIER TEXIDOR URB MAYAGUEZ TERRACE MAYAGUEZ, PR 00682 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18522 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | MANGUAL DIAZ, JOSE L<br>LOIZA VALLEY<br>C/ SAN GUINARIA Y-936<br>CANOVANAS, PR 00729 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43397 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | MANTILLA GAVILLAN, JESUS<br>COOPERATIVA LOS ROBLES<br>APT B-714<br>401 AMERICO MIRANDA<br>SAN JUAN, PR 00927 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82883 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | MARQUEZ CANALES, YAMIELLE<br>PEDRO ORTIZ ALVAREZ, LLC<br>P.O. BOX 9009<br>PONCE, PR 00732 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122090 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | MARRERO, JAVIER PANTOJA<br>RAMIRO MARTINEZ #8<br>PARCELAS AMADEO<br>VEGA BAJA, PR 00693 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46659 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #46659 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims. | | | | | |
| 44 | MATOS GALARZA, NORMA I.<br>JOSÉ F. AVILÉS LAMBERTY<br>MANSIONES DE SAN MARTÍN SUITE 17<br>SAN JUAN, PR 00924-4586 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39958 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 45 | MENDEZ MENDEZ, RUTH E<br>URB ISLAZUL<br>3196 CALLE ANDALUCIA<br>ISABELA, PR 00662 | 04/04/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5950 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #5950 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims. | | | | | |

Five Hundred Twenty-Eighth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | MENDEZ TERRERO, MAGDA<br>517 PUEBLA<br>MATIENZO CINTRON<br>SAN JUAN, PR 00923 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135184 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 47 | MIRADAN PEREZ, LISBETH<br>ASOCIACIÓN DE EMPLEADOS GERENCIALES<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN<br>APARTADO 40177<br>ESTACIÓN MINILLAS<br>SAN JUAN, PR 00940 | 04/10/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6107 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 48 | MORALES LEBRON, JAVIER A<br>FERNANDO SANTIAGO<br>URB. SAN MARTIN<br>SUITE 17<br>SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19524 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #19524 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | MUNICIPIO DE BAYAMON<br>PÉREZ SANTIAGO, MARIEL<br>KAREN MORALES PÉREZ<br>EDIF. BCO COOP PLAZA 623<br>AVE. PONCE DE LEON SUITE 205-B<br>SAN JUAN, PR 00917 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15435 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 50 | NUNEZ RIVERA, BERNICE<br>ASOCIACION DE EMPLEADOS GERENCIALES<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>APARTADO 40177<br>ESTACION MINILLAS<br>SAN JUAN, PR 00940 | 04/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6159 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 51 | PADILLA PEREZ, DAISY<br>PMB 104<br>PO BOX 29005<br>SAN JUAN, PR 00929-0029 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50487 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | PICORNELL MARTÍ, MORAIMA<br>PANTOJA OQUENDO, JOSEFINA<br>PO BOX 21370<br>SAN JUAN, PR 00928 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31829 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #31829 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims. | | | | | |
| 53 | RAMOS ROSA, YAMARIS<br>C/LEILA OESTE<br>T-30 4TA SECCION<br>LEVITTOWN, PR 00949 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49384 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 54 | RAMOS TORRES, CARMEN E<br>ASOCIACION DE EMPLEADOS GERENCIALES<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>APARTADO 40177<br>ESTACION MINILLAS<br>SAN JUAN, PR 00940 | 05/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 17344 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | RIVERA BURGOS, NESTOR E. Y QUILES HERNÁNDEZ, ELIZABETH JOSE F. AVILES LAMBERTY MANSIONES DE SAN MARTÍN SUITE 17 SAN JUAN, PR 00924-4586 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36429 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | RODRIGUEZ DE JESUS, ROBERTO PO BOX 1183 PATILLAS, PR 00723 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25766 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #25766 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | RODRIGUEZ MOJICA, IVONNE PO BOX 2883 JUNCOS, PR 00777 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12261 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | RODRIGUEZ MOJICA, IVONNE<br>PO BOX 2883<br>JUNCOS, PR 00777-5883 | 05/14/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14870 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #14870 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | RODRÍGUEZ ORTIZ, EDWIN A<br>CARR. 143 KM 50.0<br>INT. BARRIO HAYALES<br>COAMO, PR 00769 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 62784 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #62784 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | RUIZ PEREZ, JUAN<br>BUZON 42 URB. ALTAMIRA<br>LARES, PR 00669 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91819 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | SANABRIA DE JESUS, HECTOR W<br>APARTADO 1343<br>ARROYO, PR 00714 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34938 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | SANDOVAL QUINTANA, CECILIO LCDO. MOISES ABREU CORDERO 454 AVE. LUIS MÑOZ SOUFFRONT URB. LOS MAESTROS RIO PIEDRAS, PR 00923 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41187 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 63 | SANTANA GARCIA, ANGEL LUIS URB. JARDINES DE COUNTRY CLUB CALLE #149. CM 9 CAROLINA, PR 00984 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25586 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #25586 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 64 | SANTIAGO ADORNO, BLANCA  I ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO 40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 04/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5772 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 65 | SANTOS NIEVES, JUAN<br>HC-1 BOX 1964<br>MOROVIS, PR 00687 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52310 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 66 | SARGENTO MARIANO GONZALEZ GONZALEZ GONZALEZ<br>FERNANDO SANTIAGO<br>URB. SAN MARTÍN SUITE 17<br>SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26544 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #26544 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | SEPULVEDA RAMOS, HECTOR<br>C/O PEDRO ORTIZ ALVAREZ LLC<br>PO BOX 9009<br>PONCE, PR 00732 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31409 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | TORRES NEGRON, JOSE A<br>HC 03 BOX 15017<br>SECTORAMILL<br>YAUCO, PR 00698 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52841 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #52841 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | VEGA AYALA, WANDA<br>JOSÉ E TORRES VALENTÍN<br>CALLE GEORGETTI 78<br>SAN JUAN, PR 00925 | 05/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11316 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 70 | VILLEGAS GONZALEZ, RICARDO<br>FERNANDO SANTIAGO<br>URB. SAN MARTÍN SUITE 17<br>SAN JUAN, PR 00924-4586 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27830 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. Claim #27830 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

Five Hundred Twenty-Eighth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | ZAYAS VASQUEZ, BRISEIDA Y/O 24 ANA M CRUZ QUINTANA<br>PO BOX 1522<br>MOCA, PR 00676 | 03/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4682 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | TOTAL | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts