## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Twenty-Seventh Omnibus Objection**

## Five Hundred Twenty-Seventh Omnibus Objection
## Exhibit A - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ARROYO TORRES, MARIA A<br>PO BOX 414<br>VEGA ALTA, PR 00692 | 06/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 50230 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Claim #50230 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | CRUZ LORENZANA, SARA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83256 | $840.05* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | FELICIANO MEDINA, MIGUEL<br>HC-01<br>BOX 9097<br>PENUELAS, PR 00624 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113392 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Claim #113392 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Seventh Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | GONZALEZ ORTIZ, YISETTE<br>URB ESTANCIAS DE MANATI<br>104 CALLE CALAMAR<br>MANATI, PR 00674 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29577 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | LEON QUINONES, NANCY<br>PO BOX 800 176<br>COTO LAUREL, PR 00780 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58125 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Claim #58125 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | MANGUAL FLORES, NILDA<br>CALLE I13 ESTANCIAS SAN FDO.<br>CAROLINA, PR 00985 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18462 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | MARSHALL GANDIA, XIOMARA<br>PO BOX 2120<br>RIO GRANDE, PR 00745 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140834 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Claim #140834 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Twenty-Seventh Omnibus Objection
## Exhibit A - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | MARSHALL GANDIA, XIOMARA<br>P.O. BOX 2120<br>RIO GRANDE, PR 00745 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 110111 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Claim #110111 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims, the 362nd Omnibus Claims Objection for Reclassified Claims and the 514th Omnibus Claims Objection for Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MARTINEZ GONZALEZ, MILDRED<br>HC-02 BOX 8478<br>JUANA DIAZ, PR 00795 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138185 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Claim #138185 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims and the 379th Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | OCASIO RIOS, JOSE<br>REPARTO SANTIAGO<br>D 21 BOX 337<br>NAGUABO, PR 00718 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35254 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Claim #35254 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Seventh Omnibus Objection

Exhibit A - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | RIVERA OTERO, JOSUE<br>HC 01 BOX 5250<br>LOZA, PR 00772 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 122415 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Claim #122415 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | RIVERA OTERO, JOSUE<br>MEDIANIA ALTA MINIMINI<br>HC 01 BOX 5250<br>LOIZA, PR 00772 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95933 | Undetermined* |

Reason: A portion of this claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 ("Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities for the portion of the claim associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor.

| | | TOTAL | $840.05* |
|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts