# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima vigésima séptima objeción global**

## Quingentésima Vigésima Séptima Objeción Global
## Anexo A: Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ARROYO TORRES, MARIA A<br>PO BOX 414<br>VEGA ALTA, PR 00692 | 06/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 50230 | Indeterminado* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III. Reclamo No. 50230 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CRUZ LORENZANA, SARA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 83256 | $840.05* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FELICIANO MEDINA, MIGUEL<br>HC-01<br>BOX 9097<br>PENUELAS, PR 00624 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 113392 | Indeterminado* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III. Reclamo No. 113392 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Vigésima Séptima Objeción Global
## Anexo A: Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | GONZALEZ ORTIZ, YISETTE<br>URB ESTANCIAS DE MANATI<br>104 CALLE CALAMAR<br>MANATI, PR 00674 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29577 | Indeterminado* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | LEON QUINONES, NANCY<br>PO BOX 800 176<br>COTO LAUREL, PR 00780 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58125 | Indeterminado* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III. Reclamo No. 58125 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | MANGUAL FLORES, NILDA<br>CALLE I13 ESTANCIAS SAN FDO.<br>CAROLINA, PR 00985 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18462 | Indeterminado* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Vigésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MARSHALL GANDIA, XIOMARA<br>PO BOX 2120<br>RIO GRANDE, PR 00745 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140834 | Indeterminado* |
| | Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III. Reclamo No. 140834 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados. | | | | | |
| 8 | MARSHALL GANDIA, XIOMARA<br>P.O. BOX 2120<br>RIO GRANDE, PR 00745 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 110111 | Indeterminado* |
| | Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III. Reclamo No. 110111 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Reclasificados, la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados y la Quingentésima Décimo Cuarta Objeción Global por Reclamos Desestimados | | | | | |
| 9 | MARTINEZ GONZALEZ, MILDRED<br>HC-02 BOX 8478<br>JUANA DIAZ, PR 00795 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 138185 | Indeterminado* |
| | Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III. Reclamo No. 138185 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados y la Tricentésima Septuagésima Novena Objeción Global por Reclamos Parcialmente Desestimados. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Vigésima Séptima Objeción Global
## Anexo A: Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | OCASIO RIOS, JOSE<br>REPARTO SANTIAGO<br>D 21 BOX 337<br>NAGUABO, PR 00718 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35254 | Indeterminado* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III. Reclamo No. 35254 también incluido en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos Parcialmente Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | RIVERA OTERO, JOSUE<br>HC 01 BOX 5250<br>LOZA, PR 00772 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 122415 | Indeterminado* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III. Reclamo No. 122415 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos Desestimados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | RIVERA OTERO, JOSUE<br>MEDIANIA ALTA MINIMINI<br>HC 01 BOX 5250<br>LOIZA, PR 00772 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 95933 | Indeterminado* |

Base para: Una parte de este reclamo pretende invocar obligaciones asociadas a litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico, y otros, caso Civil No. KPE-2005-0608 ("Litigio"). No obstante, en función de la documentación que presentó el abogado que representa a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones para la parte del reclamo vinculado a ese Litigio entablado en contra del Estado Libre, Asociado, ERS o cualquier otro deudor al amparo del Título III.

| | | | | | TOTAL | $840.05* |

* Indica que la reclamación contiene montos por liquidar o indeterminados