# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Thirtieth Omnibus Objection**

Five Hundred Thirtieth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ACP MASTER, LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: DAN GROPPER 535 MADISON AVENUE, 22ND FLOOR NEW YORK, NY 10022 | 65801 | Commonwealth of Puerto Rico | Admin | Undetermined* | Commonwealth of Puerto Rico | Admin | Undetermined* |
| | | | Commonwealth of Puerto Rico | Secured | $16,939,584.42* | Commonwealth of Puerto Rico | Secured | $2,717,582.82* |
| | | | | Subtotal | $16,939,584.42* | | Subtotal | $2,717,582.82* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan. Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Ports Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirtieth Omnibus Objection

Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | AURELIUS CAPITAL MASTER, LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: DAN GROPPER 535 MADISON AVENUE, 22ND FLOOR NEW YORK, NY 10022 | 66514 | Commonwealth of Puerto Rico | Admin | Undetermined* | Commonwealth of Puerto Rico | Admin | Undetermined* |
|  |  |  | Commonwealth of Puerto Rico | Secured | $174,177,106.37* | Commonwealth of Puerto Rico | Secured | $85,361,256.06* |
|  |  |  |  | Subtotal | $174,177,106.37* |  | Subtotal | $85,361,256.06* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Ports Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirtieth Omnibus Objection

Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | COOPERATIVA A/C LA COMERIENA<br>PO BOX 289<br>COMERIO, PR 00782-0289 | 12702 | Commonwealth of Puerto Rico | Secured | $2,543,853.00 | Commonwealth of Puerto Rico | Secured | $5,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan. Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor.
Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE AHORRO Y CREDITO DE OFICIALES DE CUSTODIA DE PR<br>ATTN. EPIFANIO TORRES<br>URB. REPARTO METROPOLITANO<br>1100 CALLE 54 SE<br>SAN JUAN, PR 00921-2731 | 53610 | Commonwealth of Puerto Rico | Secured | $633,865.11 | Commonwealth of Puerto Rico | Secured | $281,465.73 |

Reason: Proof of claim seeks, in part, recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Five Hundred Thirtieth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE AHORRO Y CREDITO NAGUABEÑA ATTN. AXEL SANTIAGO URB. JUAN MENDOZA CALLE 3 B1 PO BOX 69 NAGUABO, PR 00718 | 37753 | Commonwealth of Puerto Rico | Secured | $533,365.09 | Commonwealth of Puerto Rico | Secured | $70,000.00 |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ENUDIO NEGRÓN ANGULO RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO JAVIER GONZÁLEZ UBS TRUST COMPANY OF PUERTO RICO 250 MUÑOZ RIVERA AVENUE 10TH FLOOR SAN JUAN, PR 00918 | 39310 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $110,000.00* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $50,000.00* |
| | | | | | | Puerto Rico Electric Power Authority | Secured | $60,000.00* |

Reason: Claimant identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/ or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

4

Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | FIDEICOMISO FLORES MORALES, REPRESENTED BY UBS TRUST COMPANY OF PR<br>UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE, 10TH FLOOR<br>SAN JUAN, PR 00918 | 39039 | Commonwealth of Puerto Rico | Secured | $130,000.00* | Commonwealth of Puerto Rico | Secured | $80,000.00* |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | FIDEICOMISO FLORES MORALES, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 34466 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $130,000.00* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $80,000.00* |
| | | | | | | Puerto Rico Electric Power Authority | Secured | $50,000.00* |

Reason: Claimant identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/ or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirtieth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | MCP HOLDINGS MASTER LP C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66618 | Commonwealth of Puerto Rico | Admin | Undetermined* | Commonwealth of Puerto Rico | Admin | Undetermined* |
| | | | Commonwealth of Puerto Rico | Secured | $68,740,756.47* | Commonwealth of Puerto Rico | Secured | $53,875,053.26* |
| | | | | Subtotal | $68,740,756.47* | | Subtotal | $53,875,053.26* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirtieth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66512 | Commonwealth of Puerto Rico  Commonwealth of Puerto Rico | Admin  Secured  Subtotal | Undetermined*  $8,717,576.75*  $8,717,576.75* | Commonwealth of Puerto Rico  Commonwealth of Puerto Rico | Admin  Secured  Subtotal | Undetermined*  $1,654,995.79*  $1,654,995.79* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirtieth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | | | ASSERTED | | | MODIFIED AND/OR EXPUNGED BY PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 11 | MONARCH CAPITAL MASTER PARTNERS III LP C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66444 | Commonwealth of Puerto Rico | Admin | Undetermined* | Commonwealth of Puerto Rico | Admin | Undetermined* |
| | | | Commonwealth of Puerto Rico | Secured | $101,934,423.77* | Commonwealth of Puerto Rico | Secured | $72,841,472.62* |
| | | | | Subtotal | $101,934,423.77* | | Subtotal | $72,841,472.62* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirtieth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | MONARCH CAPITAL MASTER PARTNERS IV LP C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66487 | Commonwealth of Puerto Rico | Admin | Undetermined* | Commonwealth of Puerto Rico | Admin | Undetermined* |
| | | | Commonwealth of Puerto Rico | Secured | $82,555,834.27* | Commonwealth of Puerto Rico | Secured | $49,334,344.46* |
| | | | | Subtotal | $82,555,834.27* | | Subtotal | $49,334,344.46* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Ports Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirtieth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | MONARCH DEBT RECOVERY MASTER FUND LTD C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66406 | Commonwealth of Puerto Rico | Admin | Undetermined* | Commonwealth of Puerto Rico | Admin | Undetermined* |
| | | | Commonwealth of Puerto Rico | Secured | $154,610,921.09* | Commonwealth of Puerto Rico | Secured | $132,733,983.98* |
| | | | | Subtotal | $154,610,921.09* | | Subtotal | $132,733,983.98* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | MONARCH DEBT RECOVERY MASTER FUND LTD C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66460 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Admin | Undetermined* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Admin | Undetermined* |
| | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $133,598,050.73* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $132,733,983.98* |
| | | | | Subtotal | $133,598,050.73* | | Subtotal | $132,733,983.98* |

Reason: Proof of claim seeks recovery for amounts for which ERS is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of ERS, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirtieth Omnibus Objection

Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66364 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Admin | Undetermined* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Admin | Undetermined* |
| | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $55,159,385.01* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $54,969,480.23* |
| | | | | Subtotal | $55,159,385.01* | | Subtotal | $54,969,480.23* |

Reason: Proof of claim seeks recovery for amounts for which ERS is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of ERS, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66394 | Commonwealth of Puerto Rico | Admin | Undetermined* | Commonwealth of Puerto Rico | Admin | Undetermined* |
| | | | Commonwealth of Puerto Rico | Secured | $66,204,941.69* | Commonwealth of Puerto Rico | Secured | $54,969,480.22* |
| | | | | Subtotal | $66,204,941.69* | | Subtotal | $54,969,480.22* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Thirtieth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | | | ASSERTED | | | MODIFIED AND/OR EXPUNGED BY PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 17 | MORO ROMERO, JULIO<br>PO BOX 1520<br>MOCA, PR 00676 | 16715 | Commonwealth of Puerto Rico | Secured | $1,000,000.00* | Commonwealth of Puerto Rico | Secured | Undetermined* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.
Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.
Claimant also asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.
Claim also purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
The remaining bonds claimed are all expunged per Plan.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | RADAMES MUNIZ AND<br>EMMA M. DE MUNIZ<br>ADSUAR MUÑIZ GOYCO<br>SEDA & PEREZ-OCHOA,<br>P.S.C.<br>P O BOX 70294<br>SAN JUAN, PR 00936-8294 | 32883 | Commonwealth of Puerto Rico | Secured | $856,976.00 | Commonwealth of Puerto Rico | Secured | $694,526.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | RHODES, DAVID<br>214 EAST 21ST STREET<br>NEW YORK, NY 10010 | 7276 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $450,000.00* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $200,000.00* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $100,000.00* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by PRIFA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/ or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | RHODES, DAVID<br>214 EAST 21ST STREET<br>NEW YORK, NY 10010 | 7787 | Commonwealth of Puerto Rico | Unsecured | $450,000.00* | Commonwealth of Puerto Rico | Unsecured | $200,000.00* |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Ports Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant also asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | THE NILDA E. ORTIZ MELÉNDEZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZÁLEZ<br>UBS TRUST COMPANY OF PUERTO RICO<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 34630 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $45,000.00* | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $40,000.00* |
| | | | | | | Puerto Rico Electric Power Authority | Secured | $5,000.00* |

Reason: Claimant identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/ or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

## Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified, Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | THE NILDA E. ORTIZ MELÉNDEZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZÁLEZ<br>UBS TRUST COMPANY OF PUERTO RICO<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 41689 | Commonwealth of Puerto Rico | Secured | $45,000.00* | Commonwealth of Puerto Rico | Secured | $40,000.00* |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | VALDES LLAUGER, EDWARD<br>1360 CALLE LUCHETTI<br>APT. NO.5<br>SAN JUAN, PR 00907 | 74572 | Commonwealth of Puerto Rico | Secured | $2,875,000.00* | Commonwealth of Puerto Rico | Secured | $2,060,000.00* |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.
Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts