# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima trigésima objeción global**

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | | | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ACP MASTER, LTD.<br>C/O AURELIUS CAPITAL MANAGEMENT, LP<br>ATTN: DAN GROPPER<br>535 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10022 | 65801 | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $16,939,584.42* | El Estado Libre Asociado de Puerto Rico | Garantizada | $2,717,582.82* |
| | | | | Subtotal | $16,939,584.42* | | Subtotal | $2,717,582.82* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. Asimismo, la Orden de Confirmación dictamina la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Además, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con especto a esos reclamos, salvo por lo dispuesto en el Plan.
El Demandante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Asimismo, la Orden de Confirmación dispone la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo establecido en el Plan.
El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | | | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 2 | AURELIUS CAPITAL MASTER, LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: DAN GROPPER 535 MADISON AVENUE, 22ND FLOOR NEW YORK, NY 10022 | 66514 | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $174,177,106.37* | El Estado Libre Asociado de Puerto Rico | Garantizada | $85,361,256.06* |
| | | | | Subtotal | $174,177,106.37* | | Subtotal | $85,361,256.06* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. Asimismo, el Demandante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. La Orden de Confirmación, además, estipula la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

El Demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Asimismo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

El Demandante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. La Orden de Confirmación, además, contempla la eximición y la inexistencia de otra obligación con respecto a dichos reclamos, con excepción de lo dispuesto en el Plan.

El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 3 | COOPERATIVA A/C LA COMERIENA<br>PO BOX 289<br>COMERIO, PR 00782-0289 | 12702 | El Estado Libre Asociado de Puerto Rico | Garantizada | $2,543,853.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $5,000.00 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. Además, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a dichos reclamos, salvo por lo dispuesto en el Plan.

El Demandante también reclama, en parte, una obligación asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

La Evidencia de reclamo también pretende recuperar, en parte, sumas de dinero por las cuales el Estado Libre Asociado no es responsable, pues reclama derechos sobre una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, la cual no es un deudor al amparo del Título III.

El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.

El resto de los bonos reclamados están todos eliminados según el Plan.

| 4 | COOPERATIVA DE AHORRO Y CREDITO DE OFICIALES DE CUSTODIA DE PR<br>ATTN. EPIFANIO TORRES<br>URB. REPARTO METROPOLITANO<br>1100 CALLE 54 SE<br>SAN JUAN, PR 00921-2731 | 53610 | El Estado Libre Asociado de Puerto Rico | Garantizada | $633,865.11 | El Estado Libre Asociado de Puerto Rico | Garantizada | $281,465.73 |

Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre uno o más títulos, cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.

Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

El resto de los bonos reclamados están todos eliminados según el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

3

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE AHORRO Y CREDITO NAGUABEÑA ATTN. AXEL SANTIAGO URB. JUAN MENDOZA CALLE 3 B1 PO BOX 69 NAGUABO, PR 00718 | 37753 | El Estado Libre Asociado de Puerto Rico | Garantizada | $533,365.09 | El Estado Libre Asociado de Puerto Rico | Garantizada | $70,000.00 |

Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. Además, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a dichos reclamos, con excepción de lo dispuesto en el Plan.
Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.
El resto de los bonos reclamados están todos eliminados según el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | ENUDIO NEGRÓN ANGULO RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO JAVIER GONZÁLEZ UBS TRUST COMPANY OF PUERTO RICO 250 MUÑOZ RIVERA AVENUE 10TH FLOOR SAN JUAN, PR 00918 | 39310 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $110,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $60,000.00* |
| | | | | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $50,000.00* |

Base para: El Demandante identifica, en parte, como deudor al Estado Libre Asociado de Puerto Rico, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.
El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | FIDEICOMISO FLORES MORALES, REPRESENTED BY UBS TRUST COMPANY OF PR<br>UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE, 10TH FLOOR<br>SAN JUAN, PR 00918 | 39039 | El Estado Libre Asociado de Puerto Rico | Garantizada | $130,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $80,000.00* |

Base para: El demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.
El resto de los bonos reclamados están todos eliminados según el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | FIDEICOMISO FLORES MORALES, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 34466 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $130,000.00* | Autoridad de Energía Eléctrica de Puerto Rico<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada<br>Garantizada | $50,000.00*<br>$80,000.00* |

Base para: El Demandante identifica, en parte, como deudor al Estado Libre Asociado de Puerto Rico, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.
El resto de los bonos reclamados están todos eliminados según el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 9 | MCP HOLDINGS MASTER LP C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66618 | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $68,740,756.47* | El Estado Libre Asociado de Puerto Rico | Garantizada | $53,875,053.26* |
| | | | | Subtotal | $68,740,756.47* | | Subtotal | $53,875,053.26* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, dispone la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo establecido en el Plan.

El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Por otra parte, la Orden de Confirmación dispone la eximición y la inexistencia de otra obligación con respecto a dichos reclamos, salvo por lo establecido en el Plan.

El Demandante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Además, la Orden de Confirmación determina la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.

El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66512 | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $8,717,576.75* | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,654,995.79* |
| | | | | Subtotal | $8,717,576.75* | | Subtotal | $1,654,995.79* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, dispone la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo establecido en el Plan.

El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Por otra parte, la Orden de Confirmación dispone la eximición y la inexistencia de otra obligación con respecto a dichos reclamos, salvo por lo establecido en el Plan.

El Demandante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Además, la Orden de Confirmación determina la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.

El resto de los bonos reclamados están todos eliminados según el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 11 | MONARCH CAPITAL MASTER PARTNERS III LP C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66444 | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $101,934,423.77* | El Estado Libre Asociado de Puerto Rico | Garantizada | $72,841,472.62* |
| | | | | Subtotal | $101,934,423.77* | | Subtotal | $72,841,472.62* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, dispone la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo establecido en el Plan.
El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Por otra parte, la Orden de Confirmación dispone la eximición y la inexistencia de otra obligación con respecto a dichos reclamos, salvo por lo establecido en el Plan.
El Demandante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Además, la Orden de Confirmación determina la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.
El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 12 | MONARCH CAPITAL MASTER PARTNERS IV LP C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66487 | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $82,555,834.27* | El Estado Libre Asociado de Puerto Rico | Garantizada | $49,334,344.46* |
| | | | | Subtotal | $82,555,834.27* | | Subtotal | $49,334,344.46* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, asimismo, establece la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo indicado en el Plan. Asimismo, el Demandante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. Además, la Orden de Confirmación determina la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

El Demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.

El Demandante también pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Asimismo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 13 | MONARCH DEBT RECOVERY MASTER FUND LTD C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66406 | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $154,610,921.09* | El Estado Libre Asociado de Puerto Rico | Garantizada | $132,733,983.98* |
| | | | | Subtotal | $154,610,921.09* | | Subtotal | $132,733,983.98* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. Además, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Asimismo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado.
El resto de los bonos reclamados están todos eliminados según el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | MONARCH DEBT RECOVERY MASTER FUND LTD C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66460 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
| | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $133,598,050.73* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $132,733,983.98* |
| | | | | Subtotal | $133,598,050.73* | | Subtotal | $132,733,983.98* |

Base para: La Evidencia de reclamo pretende recuperar montos que el ERS no está obligado a pagar, pues se reclaman derechos sobre uno o más títulos, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del ERS y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.
El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

|   | | | **ALEGADOS** | | | **MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN** | | |
|---|---|---|---|---|---|---|---|---|
|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 15 | MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66364 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
|   |   |   | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $55,159,385.01* | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $54,969,480.23* |
|   |   |   |   | Subtotal | $55,159,385.01* |   | Subtotal | $54,969,480.23* |

Base para: La Evidencia de reclamo pretende recuperar montos que el ERS no está obligado a pagar, pues se reclaman derechos sobre uno o más títulos, cuyos pagos los tenedores de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del ERS y se vinculan a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III.
El resto de los bonos reclamados están todos eliminados según el Plan.

|   | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66394 | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Administrativa | Indeterminado* |
|   |   |   | El Estado Libre Asociado de Puerto Rico | Garantizada | $66,204,941.69* | El Estado Libre Asociado de Puerto Rico | Garantizada | $54,969,480.22* |
|   |   |   |   | Subtotal | $66,204,941.69* |   | Subtotal | $54,969,480.22* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. Además, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Asimismo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El Demandante también pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado.
El resto de los bonos reclamados están todos eliminados según el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 17 | MORO ROMERO, JULIO<br>PO BOX 1520<br>MOCA, PR 00676 | 16715 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,000,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |

Base para: El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos.

Asimismo, la evidencia de reclamo pretende recuperar, en parte, sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en una o más obligaciones cuyos titulares han venido recibiendo el pago completo, no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Autoridad de Acueductos y Alcantarillados (AAA), la cual no es un Deudor al amparo del Título III.

El Demandante invoca, en parte, inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo.

El reclamo también pretende reclamar, en parte, una obligación fundada en la presunta titularidad de Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación.

El resto de los bonos reclamados están todos eliminados según el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 18 | RADAMES MUNIZ AND EMMA M. DE MUNIZ<br>ADSUAR MUÑIZ GOYCO SEDA & PEREZ-OCHOA, P.S.C.<br>P O BOX 70294<br>SAN JUAN, PR 00936-8294 | 32883 | El Estado Libre Asociado de Puerto Rico | Garantizada | $856,976.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $694,526.00 |

Base para: El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.
El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

12

Quingentésima Trigésima Objeción Global

Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 19 | RHODES, DAVID<br>214 EAST 21ST STREET<br>NEW YORK, NY 10010 | 7276 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $450,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100,000.00* |
| | | | | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00* |

Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por PRIFA; sin embargo, la Orden de Confirmación dictamina la eximición y la inexistencia de otra obligación con respecto a dichos reclamos, salvo por lo dispuesto en el Plan.
El Demandante, además, identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la Evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.
El resto de los bonos reclamados están todos eliminados según el Plan.

| 20 | RHODES, DAVID<br>214 EAST 21ST STREET<br>NEW YORK, NY 10010 | 7787 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $450,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00* |

Base para: El Demandante invoca, en parte, una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. Asimismo, la Orden de Confirmación contempla la eximición y la inexistencia de otra obligación con respecto a dichos reclamos, a excepción de lo dispuesto en el Plan.
El Demandante también invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.
El resto de los bonos reclamados están todos eliminados según el Plan.

| 21 | THE NILDA E. ORTIZ MELÉNDEZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZÁLEZ<br>UBS TRUST COMPANY OF PUERTO RICO<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 34630 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $45,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | $5,000.00* |
| | | | | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $40,000.00* |

Base para: El Demandante identifica, en parte, como deudor al Estado Libre Asociado de Puerto Rico, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico.
El resto de los bonos reclamados están todos eliminados según el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Trigésima Objeción Global

### Anexo A: Reclamos para Desestimar Parcialmente y Reclasificar Parcialmente, El resto eliminado según el plan

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR (ALEGADOS) | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR (MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN) | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 22 | THE NILDA E. ORTIZ MELÉNDEZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO JAVIER GONZÁLEZ UBS TRUST COMPANY OF PUERTO RICO 250 MUÑOZ RIVERA AVENUE 10TH FLOOR SAN JUAN, PR 00918 | 41689 | El Estado Libre Asociado de Puerto Rico | Garantizada | $45,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $40,000.00* |

Base para: El demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.

El resto de los bonos reclamados están todos eliminados según el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 23 | VALDES LLAUGER, EDWARD 1360 CALLE LUCHETTI APT. NO.5 SAN JUAN, PR 00907 | 74572 | El Estado Libre Asociado de Puerto Rico | Garantizada | $2,875,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $2,060,000.00* |

Base para: El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos.

Asimismo, el Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

El resto de los bonos reclamados están todos eliminados según el Plan.