## EXHIBIT D

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and ERS. |

## ORDER GRANTING FIVE HUNDRED THIRTIETH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO PARTIAL DUPLICATE, DEFICIENT, NO LIABILITY, AND INCORRECT DEBTOR BOND CLAIMS

Upon the *Five Hundred Thirtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partially Duplicate, Deficient, No Liability, and Incorrect Debtor Bond Claims* ("Five Hundred Thirtieth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Thirtieth Omnibus Objection.

of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), dated September 16, 2022, for entry of an order partially disallowing and partially reclassifying certain claims filed against the Debtors, as more fully set forth in the Five Hundred Thirtieth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Thirtieth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Five Hundred Thirtieth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in Exhibit A to the Five Hundred Thirtieth Omnibus Objection (the "Claims to Be Partially Disallowed and Partially Reclassified") seek recovery, in part, of amounts for which the Debtors are not liable; and the Court having determined that certain of the Claims to Be Partially Disallowed and Partially Reclassified should be partially reclassified because a portion of the claim identifies the Commonwealth as obligor, when that portion of the claim is properly asserted, if at all, against PREPA; and the Court having determined that the relief sought in the Five Hundred Thirtieth Omnibus Objection is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Thirtieth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Five Hundred Thirtieth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the portions of the claims identified in Exhibit A to the Five Hundred Thirtieth Omnibus Objection (the "Claims to Be Partially Disallowed") are hereby reduced and disallowed, respectively; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged and reduce the amount asserted in the Claims to Be Partially Disallowed by the disallowed portions from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that the portions of the claims identified in the column titled "Asserted" in Exhibit A to the Five Hundred Thirtieth Omnibus Objection (the "Partially Reclassified Bond Claims") are hereby reclassified to be claims asserted against PREPA, as indicated in the column titled "Modified and/or Expunged by Plan" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Partially Reclassified Bond Claims is reserved; and it is further

ORDERED that Kroll is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Five Hundred Thirtieth Omnibus Objection from the Title III case for the debtor(s) identified in the column titled "Asserted" in Exhibit A to the Five Hundred Thirtieth Omnibus Objection to PREPA's Title III Case (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747)); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## __ANEXO D__

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>               Deudores.[1] | PROMESA<br>Título III<br><br>Número 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>La presente radicación guarda relación con el ELA y el SRE. |

ORDEN POR LA QUE SE CONCEDE LA QUINGENTÉSIMA TRIGÉSIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES POR BONOS PARCIALMENTE DUPLICADAS, DEFICIENTES, EN LAS QUE NO EXISTE RESPONSABILIDAD Y RADICADAS CONTRA EL DEUDOR INCORRECTO

Vista la *Quingentésima trigésima objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones por bonos parcialmente duplicadas, deficientes, en las que no existe responsabilidad y radicadas contra el deudor incorrecto* (la "Quingentésima

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

trigésima objeción global"),[2] radicada por el Estado Libre Asociado de Puerto Rico (el "ELA") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE", y junto con el ELA, los "Deudores"), de fecha 16 de septiembre de 2022, en la que se solicita que se dicte una orden que rechace parcialmente y reclasifique parcialmente determinadas reclamaciones radicadas contra los Deudores, según se expone con más detalle en la propia Quingentésima trigésima objeción global y los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para conocer la Quingentésima trigésima objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en forma y plazos, la notificación de la Quingentésima trigésima objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las reclamaciones identificadas en el Anexo A de la Quingentésima trigésima objeción global (las "Reclamaciones que han de ser rechazadas parcialmente y reclasificadas parcialmente") pretenden obtener la recuperación, en parte, de montos por los que los Deudores no son responsables; y habiendo determinado el Tribunal que algunas de las Reclamaciones que han de ser rechazadas parcialmente y reclasificadas parcialmente deben reclasificarse parcialmente, ya que parte de la reclamación identifica al ELA como deudor, cuando en todo caso lo correcto sería que dichas partes de la reclamación se alegaran contra la AEE; y habiendo determinado el Tribunal que el remedio solicitado en la Quingentésima trigésima objeción global redunda en el mejor interés de los Deudores, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho

---

[2]      Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima trigésima objeción global.

establecidas en la Quingentésima trigésima objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Quingentésima trigésima objeción global, según se establece en el presente documento; además

SE ORDENA que las partes de las reclamaciones identificadas en el <u>Anexo A</u> de la Quingentésima trigésima objeción global (las "<u>Reclamaciones que han de ser rechazadas parcialmente</u>") se reduzcan y rechacen, respectivamente; asimismo

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para designar como suprimidas y reducir el monto alegado en las Reclamaciones que han de ser rechazadas parcialmente tomando en cuenta las partes rechazadas del registro oficial de reclamaciones en el marco del Caso de Título III del ELA; además

SE ORDENA que las partes de las reclamaciones identificadas en la columna titulada "Alegadas" en el <u>Anexo A</u> de la Quingentésima trigésima objeción global (las "<u>Reclamaciones por Bonos Parcialmente Reclasificadas</u>") queden reclasificadas como reclamaciones alegadas contra la AEE, conforme a lo identificado en la columna titulada "Modificado y/o Eliminado Según el Plan" en el <u>Anexo A</u>; asimismo

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones por Bonos Parcialmente Reclasificadas quede reservado; también

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para trasladar, en el registro oficial de reclamaciones relativo a los casos radicados conforme a PROMESA, las reclamaciones identificadas en la columna titulada "Alegadas" en el <u>Anexo A</u> de la Quingentésima trigésima objeción global del caso de Título III del/de los deudor(es) identificadas en la columna

titulada "Alegadas" en el <u>Anexo A</u> de la Quingentésima trigésima objeción global al Caso de Título III de la AEE (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747)); y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)