# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Thirty-Third Omnibus Objection**

# FIVE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION
## Exhibit A – Subsequently Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MEMBERS OF SUCESION YESMIN GALIB MARÍA E VICÉNS 9140 CALLE MARINA SUITE 801 PONCE, PR 00717 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 11497 | $53,706.38 | MEMBERS OF SUCESION YESNMIN GALIB MARIA E. VICENS 1218 AVE HOSTOS, SUITE 117 PONCE, PR 00717 | 3/10/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179742 | $117,990.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | VALDIVIESO, JORGE LUCAS P MARÍA E VICÉNS 9140 CALLE MARINA SUITE 801 PONCE, PR 00717 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 11790 | $53,706.38 | VALDIVIESO, JORGE LUCAS P MARIA E. VICENS 1218 AVE HOSTOS, SUITE 117 PONCE, PR 00717 | 3/10/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179741 | $117,990.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

*Page 1 of 1*