## ANEXO A

**Relación de reclamaciones objeto de la Quingentésima trigésima tercera objeción global**

QUINGENTÉSIMA TRIGÉSIMA TERCERA OBJECIÓN COLECTIVA
Anexo A – Reclamaciones Enmendadas Posteriormente

## RECLAMACIONES A SER DESETIMADAS                    ## RECLAMACIÓN ENMENDADA REMANENTE

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MEMBERS OF SUCESION YESMIN GALIB MARÍA E VICÉNS 9140 CALLE MARINA SUITE 801 PONCE, PR 00717 | 5/8/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 11497 | $53,706.38 | MEMBERS OF SUCESION YESNMIN GALIB MARIA E. VICENS 1218 AVE HOSTOS, SUITE 117 PONCE, PR 00717 | 3/10/2022 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 179742 | $117,990.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 2 | VALDIVIESO, JORGE LUCAS P MARÍA E VICÉNS 9140 CALLE MARINA SUITE 801 PONCE, PR 00717 | 5/8/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 11790 | $53,706.38 | VALDIVIESO, JORGE LUCAS P MARIA E. VICENS 1218 AVE HOSTOS, SUITE 117 PONCE, PR 00717 | 3/10/2022 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 179741 | $117,990.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |

* - Indica que la reclamación contiene montos por liquidar o indeterminados