## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Thirty-First Omnibus Objection**

FIVE HUNDRED THIRTY-FIRST OMNIBUS OBJECTION

Exhibit A – Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | OFFICE GALLERY INC.<br>PO BOX 1815<br>CIDRA, PR 00739 | 5/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 19505 | $4,708.62 |
| | Reason: Claimant provided supporting documentation that was insufficient in assisting in the validation of the asserted claim | | | | | |
| 2 | O'NEILL SECURITY & CONSULTANT SERVICES, INC<br>PO BOX 1057<br>GUAYAMA, PR 00785 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 28744 | $1,946,485.38 |
| | Reason: Claimant asserts three different claim amounts according to the proof of claim, a response to outreach requesting more information, and supporting documentation provided in such outreach. Claimant has not responded to further communications to determine the claim amount | | | | | |
| 3 | SEPTIX<br>PO BOX 490 MERCEDITA<br>PONCE, PR 00715-0490 | 4/30/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 9646 | $995.20 |
| | Reason: Claimant did not respond to outreach requesting additional information regarding the claimant's proof of claim | | | | | |
| 4 | WORLDNET TELECOMMUNICATIONS, INC.<br>ATTN: MARIA VIRELLA<br>CIM, 90 CARRETERA 165<br>SUITES 201-202<br>GUAYNABO, PR 00968 | 6/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 122216 | $34,053.20 |
| | Reason: PREPA has requested further support of the claimant's claim and has not received a response | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.