<u>**ANEXO A**</u>

**Relación de reclamaciones objeto de la Quingentésima trigésima primera objeción global**

QUINGENTÉSIMA TRIGÉSIMA PRIMERA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | OFFICE GALLERY INC.<br>PO BOX 1815<br>CIDRA, PR  00739 | 5/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 19505 | $4,708.62 |
| | Base para: Demandante a proveído documentos de respaldo que no han sido suficientes en asistir a la validación de la reclamación acertada | | | | | |
| 2 | O'NEILL SECURITY & CONSULTANT SERVICES, INC<br>PO BOX 1057<br>GUAYAMA, PR  00785 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 28744 | $1,946,485.38 |
| | Base para: Demandante afirma tres diferentes montos de reclamos de acuerdo a la reclamación, una encuesta para mas información, y documentos de respaldo fue proporcionado en cuya encuesta. Demandante no a respondido a cuya encuesta para determinar el monto de la reclamación | | | | | |
| 3 | SEPTIX<br>PO BOX 490 MERCEDITA<br>PONCE, PR  00715-0490 | 4/30/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 9646 | $995.20 |
| | Base para: Demandante no a respondido a la encuesta requiriendo información adicional con respecto a la evidencia de reclamo | | | | | |
| 4 | WORLDNET TELECOMMUNICATIONS, INC.<br>ATTN: MARIA VIRELLA<br>CIM, 90 CARRETERA 165<br>SUITES 201-202<br>GUAYNABO, PR  00968 | 6/27/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 122216 | $34,053.20 |
| | Base para: La PREPA a pedido respaldo adicional para la reclamación del demandante y no a recibido respuestas | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados