# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Thirty-Fourth Omnibus Objection**

# FIVE HUNDRED THIRTY-FOURTH OMNIBUS OBJECTION

### Exhibit A – Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ENVIRONICS ENGINEERING GROUP CORP<br>P.O. BOX 29535<br>SAN JUAN, PR  00929 | 6/12/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 63950 | $120,918.93 | $1,831.76 | $0.00 | $119,087.17 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | | |
| 2 | POLEN CAPITAL MANAGEMENT, LLC<br>1825 NW CORPORATE BLVD<br>SUITE 300<br>BOCA RATON, FL  33431 | 3/7/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 1184 | $25,497.00 | $0.00 | $13,031.80 | $12,465.20 |
| | Reason: PREPA is not liable for a part of liabilities associated with this claim because the claimant's contract was invalid during the period of services provided | | | | | | | | |
| 3 | RANGER AMERICAN ARMORED SERVICES INC<br>PO BOX 29105<br>SAN JUAN, PR  00929 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 75861 | $73,340.52 | $16,134.00 | $543.30 | $56,663.22 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of liabilities associated with this claim because (i) a Good Friday discount was applied, (ii) approved invoice removed costs associated with days that services were not provided, or (iii) it was properly withheld pursuant to Puerto Rico tax law | | | | | | | | |
| 4 | RUSSELL REYNOLDS ASSOCIATES, INC.<br>CHARLES E. BOULBOL, PC<br>26 BROADWAY 17TH FLOOR<br>NEW YORK, NY  10004 | 5/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 18106 | $56,425.11 | $2,385.00 | $6,000.00 | $48,040.11 |
| | Reason: PREPA is not liable for a part of liabilities associated with this claim because (i) a portion of such liabilities have been paid and (ii) another portion was properly withheld pursuant to Puerto Rico tax law | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.