# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima trigésima cuarta objeción global**

QUINGENTÉSIMA TRIGÉSIMA CUARTA OBJECIÓN COLECTIVA

Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ENVIRONICS ENGINEERING GROUP CORP<br>P.O. BOX 29535<br>SAN JUAN, PR 00929 | 6/12/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 63950 | $120,918.93 | $1,831.76 | $0.00 | $119,087.17 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. | | | | | | | | |
| 2 | POLEN CAPITAL MANAGEMENT, LLC<br>1825 NW CORPORATE BLVD<br>SUITE 300<br>BOCA RATON, FL 33431 | 3/7/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 1184 | $25,497.00 | $0.00 | $13,031.80 | $12,465.20 |
| | Base para: La PREPA no es responsable por parte de las obligaciones asociadas con la reclamación debido a que el contrato del demandante fue invalido durante el periodo de servicios proporcionados | | | | | | | | |
| 3 | RANGER AMERICAN ARMORED SERVICES INC<br>PO BOX 29105<br>SAN JUAN, PR 00929 | 6/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 75861 | $73,340.52 | $16,134.00 | $543.30 | $56,663.22 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido (i) un descuento de Viernes Santos fue aplicado, (ii) facturas aprobadas removieron costo asociados con los días de servicio no provisto, o (iii) fue apropiadamente retenida conforme a las leyes de impuestos de Puerto Rico | | | | | | | | |
| 4 | RUSSELL REYNOLDS ASSOCIATES, INC.<br>CHARLES E. BOULBOL, PC<br>26 BROADWAY 17TH FLOOR<br>NEW YORK, NY 10004 | 5/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 18106 | $56,425.11 | $2,385.00 | $6,000.00 | $48,040.11 |
| | Base para: La PREPA no es responsable por parte de las obligaciones asociadas con la reclamación debido a (i) una porción de las obligaciones ha sido pagada y (ii) otra porción fue apropiadamente retenida conforme a las leyes de impuestos de Puerto Rico | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados