# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Thirty-Fifth Omnibus Objection**

## Five Hundred Thirty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALVARADO TORRES, MIGUEL<br>HC-02 BOX 10048<br>AIBONITO, PR 00705 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14330 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #14330 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BAEZ FEBUS, ROBIN<br>P.O. BOX 141<br>BARRANQUITAS, PR 00794 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14236 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #14236 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COLLAZO NIEVES, JOSE A.<br>P.O BOX 1739<br>ALBONITO, PR 00705 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27268 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #27268 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COLON ALVARADO, JANICE<br>URB. SAN ANTONIO<br>CALLE 9 H23<br>COAMO, PR 00769 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11226 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #11226 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Thirty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | COLON BELEN, EDGARDO L.<br>URB PASEO REAL<br>#31 CALLE VICTORIA<br>COAMO, PR 00769 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55770 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #55770 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | COLON RODRIGUEZ, RAMON E<br>HC-02 BOX 7114<br>OROCOVIS, PR 00720 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13563 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #13563 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | COLON VEGA, LUIS A.<br>CALLE JUAN SOTO #215<br>COMUNIDAD CARRASQUILLO<br>CAYEY, PR 00736 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26222 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #26222 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CRUZ COLON, DANIEL<br>HC1 BOX 4120<br>BARRANQUITAS, PR 00794 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53446 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #53446 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Thirty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | ESPADA RIOS, NANCY I.<br>P.O.BOX 850<br>AIBONOTO, PR 00705 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13348 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #13348 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | LORAN HERNANDEZ, CARMEN D.<br>PO BOX 1684<br>OROCOVIS, PR 00720 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33362 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #33362 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | MIRANDA ZAYAS, NOEL<br>NOEL MIRANDA ZAYAS<br>RR1 BOX 12001<br>OROCOVIS, PR 00720 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18930 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #18930 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | TORRES RUIZ, JOSE A.<br>606 SALAMANCA<br>URB.VILLA DEL CARMEN<br>PONCE, PR 00716 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34684 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. Claim #34684 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | | | | | TOTAL | Undetermined* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts