# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima trigésima quinta objeción global**

## Quingentésima Trigésima Quinta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALVARADO TORRES, MIGUEL<br>HC-02 BOX 10048<br>AIBONITO, PR 00705 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14330 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 14330 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BAEZ FEBUS, ROBIN<br>P.O. BOX 141<br>BARRANQUITAS, PR 00794 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14236 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 14236 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COLLAZO NIEVES, JOSE A.<br>P.O BOX 1739<br>ALBONITO, PR 00705 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27268 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 27268 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COLON ALVARADO, JANICE<br>URB. SAN ANTONIO<br>CALLE 9 H23<br>COAMO, PR 00769 | 05/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11226 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 11226 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | COLON BELEN, EDGARDO L.<br>URB PASEO REAL<br>#31 CALLE VICTORIA<br>COAMO, PR 00769 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 55770 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 55770 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados. | | | | | |
| 6 | COLON RODRIGUEZ, RAMON E<br>HC-02 BOX 7114<br>OROCOVIS, PR 00720 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13563 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 13563 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados. | | | | | |
| 7 | COLON VEGA , LUIS A.<br>CALLE JUAN SOTO #215<br>COMUNIDAD CARRASQUILLO<br>CAYEY, PR 00736 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26222 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 26222 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | CRUZ COLON, DANIEL<br>HC1 BOX 4120<br>BARRANQUITAS, PR 00794 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53446 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 53446 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ESPADA RIOS, NANCY I.<br>P.O.BOX 850<br>AIBONOTO, PR 00705 | 05/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13348 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 13348 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | LORAN HERNANDEZ, CARMEN D.<br>PO BOX 1684<br>OROCOVIS, PR 00720 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33362 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 33362 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MIRANDA ZAYAS, NOEL<br>NOEL MIRANDA ZAYAS<br>RR1 BOX 12001<br>OROCOVIS, PR 00720 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18930 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 18930 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Trigésima Quinta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | TORRES RUIZ, JOSE A.<br>606 SALAMANCA<br>URB.VILLA DEL CARMEN<br>PONCE, PR 00716 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34684 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas a salarios supuestamente devengados e impagos, presuntamente adeudados por el Departamento de Policía de Puerto Rico. Sin embargo, según los registros del Estado Libre Asociado, el demandante ya recibió el pago retroactivo y ejecutó una exoneración, razón por la cual los Deudores ya no son responsables del reclamo, pues este se pagó y exoneró. Reclamo No. 34684 también incluido en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos Reclasificados.

| | | | | TOTAL | Indeterminado* |
|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados