# **EXHIBIT D**

**Proposed Order**

Case:17-03283-LTS Doc#:22267-5 Filed:09/16/22 Entered:09/16/22 22:14:48 Desc: Exhibit D Page 1 of 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>No. 17-BK-3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

ORDER GRANTING FIVE HUNDRED THIRTY-FIFTH
OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO
TO CLAIMS ASSERTED BY EMPLOYEES OF THE PUERTO RICO POLICE
DEPARTMENT FOR WHICH THE DEBTOR IS NOT LIABLE

Upon the *Five Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Asserted by Employees of the Puerto Rico Police Department for which the Debtor Is Not Liable* (the "Five Hundred Thirty-Fifth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), dated September 16, 2022, for entry of an order disallowing in their entirety certain claims filed against the Debtor, as more fully set forth in the Five Hundred Thirty-Fifth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Thirty-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Thirty-Fifth Omnibus Objection.

Fifth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Five Hundred Thirty-Fifth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> to the Five Hundred Thirty-Fifth Omnibus Objection (collectively, the "<u>Claims to Be Disallowed</u>") having been found to be claims for which the Debtor is not liable because the liabilities asserted therein have already been satisfied and released; and the Court having determined that the relief sought in the Five Hundred Thirty-Fifth Omnibus Objection is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Thirty-Fifth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

    ORDERED that the Five Hundred Thirty-Fifth Omnibus Objection is GRANTED as set forth herein; and it is further

    ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

    ORDERED that Kroll is authorized and directed to delete the Claims to Be Disallowed from the official claims registry in the Title III Cases; and it is further

    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

              _____
              Honorable Judge Laura Taylor Swain
              United States District Judge

## **ANEXO D**

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores.[1] | PROMESA <br> Título III <br> Número 17-BK-3283-LTS <br> (Administrado Conjuntamente) <br><br> La presente radicación guarda relación con el ELA. |

**ORDEN POR LA QUE SE CONCEDE LA QUINGENTÉSIMA TRIGÉSIMA QUINTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES RADICADAS POR LOS EMPLEADOS DEL DEPARTAMENTO DE POLICÍA DE PUERTO RICO POR LAS QUE EL DEUDOR NO ES RESPONSABLE**

Vista la *Quingentésima trigésima quinta objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones radicadas por los empleados del Departamento de Policía de Puerto Rico por las que el Deudor no es responsable* (la "Quingentésima trigésima quinta objeción global"),[2] radicada por el Estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor"), de fecha 16 de septiembre de 2022, para que se dicte una orden que rechace en su

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima trigésima quinta objeción global.

totalidad determinadas reclamaciones radicadas contra el Deudor, según se expone con más detalle en la propia Quingentésima trigésima quinta objeción global y en los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Quingentésima trigésima quinta objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, Sección 306(a); y siendo la sede judicial competente conforme a PROMESA, Sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Quingentésima trigésima quinta objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiéndose concluido que cada una de las reclamaciones identificadas en el Anexo A de la Quingentésima trigésima quinta objeción global (conjuntamente, las "Reclamaciones que han de ser rechazadas") es una reclamación en la que se pretende la recuperación de montos por los que el Deudor no es responsable porque las responsabilidades alegadas ya han sido satisfechas y liberadas; y habiendo determinado el Tribunal que el remedio solicitado en la Quingentésima trigésima quinta objeción global redunda en el mejor interés del ELA, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Quingentésima trigésima quinta objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Quingentésima trigésima quinta objeción global, según se establece en el presente documento; además

SE ORDENA que se rechacen en su totalidad las Reclamaciones que han de ser rechazadas; asimismo

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para eliminar las Reclamaciones que han de ser rechazadas del registro oficial de reclamaciones en el marco de los Casos de Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

                                                      Su señoría, la juez Laura Taylor Swain
                                                      Juez de Distrito de los Estados Unidos
                                                      (*United States District Judge*)