# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Thirty-Second Omnibus Objection**

FIVE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION

Exhibit A – Claims to Be Reclassified

| | NAME | CLAIM # | CLAIMS TO BE RECLASSIFIED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | FRANCISCO DIAZ MASSO / BERMUDEZ, LONGO, DIAZ - MASSO, LLC<br>PO BOX 192596<br>SAN JUAN, PR 00919 | 39678 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $11,151.96 | PUERTO RICO ELECTRIC POWER AUTHORITY | Admin | $1,510.32 |
| | | | | | | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $9,641.64 |
| | | | | | | | Subtotal | $11,151.96 |

Reason: Claimant asserts that their claim is entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9). However, this claim asserts liability on account of services provided to PREPA, rather than the provision of goods, and is therefore not entitled to administrative expense priority under 11 U.S.C. § 503(b)(9). Upon review of its books and records, PREPA has concluded that a portion of the claim is entitled to administrative expense priority and should be classified as such, and another portion of the claim is not entitled to administrative expense priority and should appropriately be classified as a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 70143 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $572.50 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $10,169.73 |
| | | | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $9,597.23 | | | |
| | | | | Subtotal | $10,169.73 | | | |

Reason: Claimant asserts that their claim is secured and/or that they are entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9) or other priority pursuant to 11 U.S.C. § 507(a). However, based on PREPA's books and records, PREPA has concluded that the claim is not entitled to either administrative expense priority, priority, or secured status, and should appropriately be classified as a general unsecured claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | LORD ELECTRIC COMPANY OF PUERTO RICO<br>PO BOX 363408<br>SAN JUAN, PR 00936 | 166292 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $116,447.49 | PUERTO RICO ELECTRIC POWER AUTHORITY | Admin | $116,447.49 |
| | | | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $143,557.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $143,557.00 |
| | | | | Subtotal | $260,004.49 | | Subtotal | $260,004.49 |

Reason: Claimant asserts that a portion of their claim is entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9). However, based on PREPA's books and records, PREPA has concluded that the claim is entitled to administrative expense priority and should be classified as such

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FIVE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION

Exhibit A – Claims to Be Reclassified

| | | | CLAIMS TO BE RECLASSIFIED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 4 | PPG ARCHITECTURAL COATINGS PUERTO RICO<br>PO BOX 9179<br>CAROLINA, PR  00987 | 14360 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $3,475.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $77,039.96 |
| | | | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $73,564.96 | | | |
| | | | | Subtotal | $77,039.96 | | | |

Reason: Claimant asserts that a portion of their claim is entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9).  However, the invoices attached in support of the claim either assert liability for maintenance services that are not entitled to administrative expense priority, or otherwise fall outside the 20-day window for eligibility under 11 U.S.C. § 503(b)(9).  Upon review of its books and records, PREPA has concluded that the claim is not entitled to administrative expense priority and should appropriately be classified as a general unsecured claim.

| 5 | SEPTIX<br>PO BOX 490 MERCEDITA<br>PONCE, PR  00715-0490 | 9646 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $995.20 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $995.20 |

Reason: Claimant asserts that their claim is secured and/or that they are entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9) or other priority pursuant to 11 U.S.C. § 507(a). However, based on PREPA's books and records, PREPA has concluded that the claim is not entitled to either administrative expense priority, priority, or secured status, and should appropriately be classified as a general unsecured claim.

| 6 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR  00970 | 29658 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $6,724.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Admin | $6,724.00 |

Reason: Claimant asserts that their claim is entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9). However, based on PREPA's books and records, PREPA has concluded that the claim is entitled to administrative expense priority and should be classified as such.

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FIVE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION

Exhibit A – Claims to Be Reclassified

| | NAME | CLAIM # | CLAIMS TO BE RECLASSIFIED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 7 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 31326 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $30,025.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Admin | $30,025.00 |

Reason: Claimant asserts that their claim is entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9). However, based on PREPA's books and records, PREPA has concluded that the claim is entitled to administrative expense priority and should be classified as such.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | WDC PUERTO RICO INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 31766 | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $146,709.67 | PUERTO RICO ELECTRIC POWER AUTHORITY | Admin | $88,533.75 |
| | | | | | | PUERTO RICO ELECTRIC POWER AUTHORITY | 503(b)(9) | $38,507.28 |
| | | | | | | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $19,668.64 |
| | | | | | | | Subtotal | $146,709.67 |

Reason: Claimant asserts that their claim is entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9). However, based on PREPA's books and records, PREPA has concluded that (i) a portion of the claim is entitled to administrative expense priority and should be classified as such, (ii) another portion of the claim is entitled to administrative expense priority pursuant to 11 U.S.C. § 503(b)(9), and (iii) another portion is not entitled to either administrative expense priority, priority, or secured status, and should appropriately be classified as a general unsecured claim.

\* - Indicates claim contains unliquidated and/or undetermined amounts.