**ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima trigésima segunda objeción global**

## QUINGENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A - Reclamos a ser Reclasificados

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | RECLAMOS A SER RECLASIFICADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | RECLAMOS MODIFICADO ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | FRANCISCO DIAZ MASSO / BERMUDEZ, LONGO, DIAZ - MASSO, LLC<br>PO BOX 192596<br>SAN JUAN, PR 00919 | 39678 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $11,151.96 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Admin | $1,510.32 |
| | | | | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $9,641.64 |
| | | | | | | | Subtotal | $11,151.96 |

Base para: Demandante afirma que su reclamación esta intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9). Sin embargo, esta reclamación afirma obligaciones a cuenta de servicios proveídos a la PREPA, en lugar de provisiones de bienes, y por ende no está intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9). Después de revisión de sus libros y récords, la PREPA a concluido que una porción de la reclamación esta intitulada a gastos administrativos prioridad y debe ser apropiadamente clasificada como tal y otra porción de esta reclamación no está intitulada a gastos administrativos prioridad y debe ser apropiadamente clasificada como una reclamación general sin garantía.

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS<br>GARRETT A. NAIL<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GA 30326 | 70143 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $572.50 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $10,169.73 |
| | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $9,597.23 | | | |
| | | | | Subtotal | $10,169.73 | | | |

Base Para: Demandante afirma que su reclamación está garantizada y/o que está intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9) u otra prioridad conforme a la regla 11 U.S.C. § 507(a). Sin embargo, en base a los libros y récords de la PREPA, se concluye que esta reclamación no está intitulada a gastos administrativos prioridad, prioridad, o estatus garantizado, y debe apropiadamente ser clasificada como una reclamación general sin garantía.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## QUINGENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A - Reclamos a ser Reclasificados

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | RECLAMOS A SER RECLASIFICADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | RECLAMOS MODIFICADO ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | LORD ELECTRIC COMPANY OF PUERTO RICO<br>PO BOX 363408<br>SAN JUAN, PR 00936 | 166292 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $116,447.49 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Admin | $116,447.49 |
| | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $143,557.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $143,557.00 |
| | | | | Subtotal | $260,004.49 | | Subtotal | $260,004.49 |

Base para: Demandante afirma que una porción de su reclamación esta intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9). Sin embargo, en base a los libros de la PREPA, se concluye que esta reclamación esta intitulada a gastos administrativos prioridad y debe ser clasificada como tal

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | PPG ARCHITECTURAL COATINGS PUERTO RICO<br>PO BOX 9179<br>CAROLINA, PR 00987 | 14360 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $3,475.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $77,039.96 |
| | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $73,564.96 | | | |
| | | | | Subtotal | $77,039.96 | | | |

Base para: Demandante afirma que su reclamación esta intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9). Sin embargo, las facturas incluidas en suporte a la reclamación o afirma obligaciones por servicios de mantenimiento no intitulados como gastos administrativos prioridad o de lo contrario caen fuera de los 20 días de elegibilidad debajo de la regla 11 U.S.C. § 503(b)(9). Después de revisión de sus libros y récords, la PREPA a concluido que esta reclamación no está intitulada a gastos administrativos prioridad y debe ser apropiadamente clasificada como una reclamación general sin garantía.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

QUINGENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A - Reclamos a ser Reclasificados

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | RECLAMOS A SER RECLASIFICADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | RECLAMOS MODIFICADO ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | SEPTIX<br>PO BOX 490 MERCEDITA<br>PONCE, PR 00715-0490 | 9646 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $995.20 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $995.20 |

Base Para: Demandante afirma que su reclamación está garantizada y/o que está intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9) u otra prioridad conforme a la regla 11 U.S.C. § 507(a). Sin embargo, en base a los libros y récords de la PREPA, se concluye que esta reclamación no está intitulada a gastos administrativos prioridad, prioridad, o estatus garantizado, y debe apropiadamente ser clasificada como una reclamación general sin garantía.

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 29658 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $6,724.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Admin | $6,724.00 |

Base para: Demandante afirma que su reclamación esta intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9). Sin embargo, en base a los libros y récords de la PREPA, la PREPA a concluido que la reclamación esta intitulada como gastos administrativos prioridad y debe ser apropiadamente clasificada como tal.

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 31326 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $30,025.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Admin | $30,025.00 |

Base para: Demandante afirma que su reclamación esta intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9). Sin embargo, en base a los libros y récords de la PREPA, la PREPA a concluido que la reclamación esta intitulada como gastos administrativos prioridad y debe ser apropiadamente clasificada como tal.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

QUINGENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A - Reclamos a ser Reclasificados

| | NOMBRE | N.° DE RECLAMACIÓN | DEUDOR | RECLAMOS A SER RECLASIFICADOS | | RECLAMOS MODIFICADO | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 8 | WDC PUERTO RICO INC.<br>PO BOX 309<br>CAGUAS, PR  00726 | 31766 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $146,709.67 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Admin | $88,533.75 |
| | | | | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 503(b)(9) | $38,507.28 |
| | | | | | | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | No Garantizada | $19,668.64 |
| | | | | | | | Subtotal | $146,709.67 |

Base para: Demandante afirma que su reclamación esta intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9). Sin embargo, en base a los libros de la PREPA, se concluye que (i) una porción de esta reclamación esta intitulada a gastos administrativos prioridad y debe ser clasificada como tal, (ii) otra porción de esta reclamación esta intitulada a gastos administrativos prioridad conforme a la regla 11 U.S.C. § 503(b)(9), y (iii) otra porción no esta intitulada a ambos gastos administrativos prioridad, prioridad, o estado asegurado, y debe ser apropiadamente clasificada como una reclamación general sin garantía

* - Indica que la reclamación contiene montos por liquidar o indeterminados