# **EXHIBIT D**

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to PREPA. |

**ORDER GRANTING FIVE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO MISCLASSIFIED CLAIMS**

Upon the *Five Hundred Thirty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Misclassified Claims* (the "Five Hundred Thirty-Second Omnibus Objection")[2] of the Puerto Rico Electric Power Authority ("PREPA"), dated September 16, 2022, for entry of an order reclassifying certain claims filed against PREPA, as more fully set forth in the Five Hundred Thirty-Second Omnibus Objection and supporting exhibits thereto; and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Thirty-Second Omnibus Objection.

the Court having jurisdiction to consider the Five Hundred Thirty-Second Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Five Hundred Thirty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the claims identified in the column titled "Claims to be Reclassified" in **Exhibit A** to the Five Hundred Thirty-Second Omnibus Objection (collectively, the "Claims to Be Reclassified") asserting an incorrect or improper priority or classification, as set forth in **Exhibit A** hereto; and the Court having determined that the relief sought in the Five Hundred Thirty-Second Omnibus Objection is in the best interest of PREPA and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Thirty-Second Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Five Hundred Thirty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Reclassified are hereby reclassified, such that the Claims to Be Reclassified shall now only be considered claims asserted in the priority set forth in the column titled "Modified Claim" in **Exhibit A** to the Five Hundred Thirty-Second Omnibus Objection, respectively; and it is further

ORDERED that the Debtors' right to object to the Claims to Be Reclassified is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to correct the Claims to Be Reclassified to reflect their status as general unsecured claims and administrative claims, as applicable, on the official claims register in the Title III Cases; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                      Honorable Judge Laura Taylor Swain
                                      United States District Judge

# **ANEXO D**

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br>   como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., <br><br>                           Deudores.[1] | PROMESA <br> Título III <br><br> Número 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> La presente radicación guarda relación con la AEE. |

**ORDEN POR LA QUE SE CONCEDE LA QUINGENTÉSIMA TRIGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES ERRÓNEAMENTE CLASIFICADAS**

Vista la *Quingentésima trigésima segunda objeción global (no sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones Erróneamente Clasificadas* (la

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

"Quingentésima trigésima segunda objeción global"),[2] de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"), de fecha 16 de septiembre de 2022, en la que se solicita que se dicte una orden que reclasifique determinadas reclamaciones radicadas contra la AEE, según se expone con más detalle en la propia Quingentésima trigésima segunda objeción global y los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para conocer la Quingentésima trigésima segunda objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en forma y plazos, la notificación de la Quingentésima trigésima segunda objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo alegado las reclamaciones identificadas en la columna titulada "Reclamaciones que han de ser reclasificadas" del **Anexo A** de la Quingentésima trigésima segunda objeción global (conjuntamente, las "Reclamaciones que han de ser reclasificadas") una prioridad o una clasificación incorrecta o indebida, como se indica en el **Anexo A** del presente documento; y habiendo determinado el Tribunal que el remedio solicitado en la Quingentésima trigésima segunda objeción global redunda en el mejor interés de la AEE, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Quingentésima trigésima segunda objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio del presente,

SE ORDENA que SE CONCEDA la Quingentésima trigésima segunda objeción global, según se establece en el presente documento; además

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima trigésima segunda objeción global.

SE ORDENA que las Reclamaciones que han de ser reclasificadas se reclasifiquen por la presente, de modo tal que las Reclamaciones que han de ser reclasificadas ahora solo se consideren reclamaciones generales no garantizadas, tal como se indica en la columna titulada "Reclamación Modificada" en el **Anexo A** de la Quingentésima trigésima segunda objeción global, respectivamente; asimismo

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones que han de ser reclasificadas quede reservado; también

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para corregir las Reclamaciones que han de ser reclasificadas para que reflejen su condición de reclamaciones generales no garantizadas en el registro oficial de reclamaciones en los Casos de Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

                                                  Su señoría, la juez Laura Taylor Swain
                                                  Juez de Distrito de los Estados Unidos
                                                  (*United States District Judge*)

3