UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Adv. Proc. No. 19-391-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and

THE PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY,

    as section 926 co-trustee of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

        Plaintiffs,

        -v-

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE,

        Defendant.

------------------------------------------------------------x

| | |
|---|---|
| CORTLAND CAPITAL MARKET SERVICES LLC, as successor administrative agent for lenders under that certain Credit Agreement, dated as of May 4, 2012, among PREPA, Scotiabank, and the lenders party thereto, and SOLA LTD, SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, and ULTRA NB LLC, | Adv. Proc. No. 19-396-LTS |

        Plaintiffs,

        -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,
PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA), PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY
AUTHORITY (AAFAF), and U.S. BANK
NATIONAL ASSOCIATION, as successor
Trustee under the trust agreement, as amended and
supplemented,

        Defendant.

------------------------------------------------------------x

| | |
|---|---|
| SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA, | Adv. Proc. No. 19-405-LTS |

        Plaintiff,

        -v-

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD OF PUERTO RICO, PUERTO RICO
ELECTRIC POWER AUTHORITY, PUERTO RICO
FISCAL AGENCY AND FINANCIAL ADVISORY

AUTHORITY, THE COMMONWEALTH OF PUERTO
RICO, JOHN DOE 1, as the Governor of Puerto Rico,
JOHN DOE 2 as the Executive Director of AAFAF and
U.S. BANK NATIONAL ASSOCIATION,

     Defendants.

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING AND HEARING CONCERNING URGENT MOTION OF
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR ORDER (I) ESTABLISHING
SCHEDULE TO CONTINUE NEGOTIATIONS DURING LITIGATION OF GATING ISSUES
<u>PURSUANT TO LITIGATION SCHEDULE AND (II) GRANTING RELATED RELIEF</u>

  The Court has received and reviewed the *Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief* (Docket Entry No. 22269 in Case No. 17-3283, Docket Entry No. 2956 in Case No. 17-4780, Docket Entry No. 11 in Adv. Proc. No. 19-391, Docket Entry No. 98 in Adv. Proc. No. 19-396, and Docket Entry No. 70 in Adv. Proc. No. 19-405) (the "Motion").

  Responses, if any, to the Motion must be filed by **9:00 a.m. (Atlantic Standard Time)** on **September 19, 2022**. The Financial Oversight and Management Board for Puerto Rico's reply in support of the Motion must be filed by **9:00 a.m. (Atlantic Standard Time)** on **September 20, 2022**.

  The Court will hear argument on the Motion at the omnibus hearing scheduled for September 21, 2022 (the "Hearing"). (<u>See</u> *Order Regarding Procedures for September 21–22, 2022, Omnibus Hearing*, Docket Entry No. 22038 in Case No. 17-4780 (the "Hearing Procedures Order").) To the extent any interested party that files a response to the Motion has not registered for the Hearing, or any interested party needs to amend its Informative Motion and Party Appearance Sheet (as defined in the Hearing Procedures Order) due to this Order, the deadline in paragraphs 3 and 4 of the Hearing Procedures Order is hereby extended to **September 19, 2022**, at **3:00 p.m. (Atlantic Standard Time)** for those purposes. The Oversight Board is directed to file an amended agenda for the Hearing (including proposed speaking time allocations) by **September 19, 2022**, at **5:00 p.m. (Atlantic Standard Time).**

  SO ORDERED.

Dated: September 17, 2022

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   United States District Judge