UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **Court Filing Relates Only to PREPA** |
| Debtor. | |

---

| | |
|---|---|
| In re | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),* | Case No. 17-4780-LTS |
| | (Jointly Administered) |
| Debtor. | |

---

**INFORMATIVE MOTION OF FUEL LINE LENDERS
REGARDING SEPTEMBER 21-22, 2022 OMNIBUS HEARING**

---

\* The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Pursuant to the Court's *Order Regarding Procedures for September 21-22, 2022, Omnibus Hearing* (Dkt. No. 22038 in Case No. 17-3283), and the *Order Scheduling Briefing and Hearing Concerning Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues the Pursuant to Litigation Schedule and (II) Granting Related Relief* (Dkt. No. 22272 in Case No. 17-3283), the Fuel Line Lenders respectfully state as follows:

1. Richard G. Mason or Amy R. Wolf of Wachtell, Lipton, Rosen & Katz may appear virtually via Zoom, and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent they impact the interests of the Fuel Line Lenders in these Title III cases, including with regard to the *Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief* (Dkt. No. 22269 in Case No. 17-3283), the Fuel Line Lenders' response filed contemporaneously herewith, and any other responses.

Dated: September 19, 2022

Respectfully submitted,

/s/ *Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225
Email: nzt@mcvpr.com

/s/ *Amy R. Wolf*
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted (*pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
       arwolf@wlrk.com
       eakleinhaus@wlrk.com
       akherring@wlrk.com
       mhcassel@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

## EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Fuel Line Lenders |
| Party Name Abbreviation (For Use with Zoom) | FLL |
| Omnibus Hearing Participant<br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>Name,<br>Email,<br>Law Firm,<br>Phone Number and<br>Docket Entry No. for the Attorney's Notice of Appearance<br>Zoom Screen Name (See September Omnibus Hearing Procedures Order, ¶ 8(a)) | Richard G. Mason<br>RGMason@wlrk.com<br>Wachtell, Lipton, Rosen & Katz<br>(212) 403-1252<br>Docket No. 84 in Case No. 17-4780<br>FLL / Mason, Richard / Wachtell, Lipton, Rosen & Katz<br><br>Amy R. Wolf<br>ARWolf@wlrk.com<br>Wachtell, Lipton, Rosen & Katz<br>(212) 403-1245<br>Docket No. 84 in Case No. 17-4780<br>FLL / Wolf, Amy / Wachtell, Lipton, Rosen & Katz |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the September Omnibus Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |