# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |
| CORTLAND CAPITAL MARKET SERVICES LLC, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, *et al.*, | Adv. Pro. No. 19-396-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Defendants. | |
| SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,<br><br>Plaintiff,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, *et al.*,<br><br>Defendants. | Adv. Pro. No. 19-405-LTS |

**URGENT MOTION FOR EXPEDITED CONSIDERATION OF THE URGENT CROSS-MOTION BY THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE INC. TO ESTABLISH A CASE SCHEDULE AND <u>IMPOSE DEADLINES FOR A PREPA PLAN OF ADJUSTMENT</u>**

The Ad Hoc Group of PREPA Bondholders (the "Ad Hoc Group"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("Assured"), National Public Finance Guarantee Corporation ("National"), and Syncora Guarantee Inc. ("Syncora," and together with Assured, National, and the Ad Hoc Group, the "PREPA Bondholders") respectfully submit this urgent motion ("Urgent Motion") to request entry of an order, in the form attached hereto as Exhibit A ("Proposed Order"), expediting consideration of the *Urgent Cross-Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment* (the "Scheduling Cross-Motion")[1] filed contemporaneously herewith and in connection with the same parties' *Response to the Oversight Board's Urgent Motion to Set a Litigation Schedule*.[2] In support of this Urgent Motion, the PREPA Bondholders respectfully state as follows:

## JURISDICTION AND VENUE

1. The United States District Court for the District of Puerto Rico has subject matter jurisdiction pursuant to PROMESA § 306(a).

2. Venue is appropriate in this District pursuant to PROMESA § 307(a).

3. The statutory bases for the relief requested herein are PROMESA § 106(d), section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006, made applicable to these Title III cases by PROMESA §§ 301(a) and 310, Rule 9013-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico and the Sixteenth Amended Notice, Case

---

[1] Capitalized terms not defined herein have the meaning set forth in the Scheduling Cross-Motion.
[2] Syncora Guarantee Inc. joins this response and cross-motion through its owners, funds and accounts managed by GoldenTree Asset Management, LP, a member of the Ad Hoc Group.

Management and Administrative Procedures (Case No. 17- 03283-LTS, Dkt. No. 20190-1) (the "Case Management Procedures").

## RELIEF REQUESTED

4. By this Urgent Motion, the PREPA Bondholders respectfully request entry of the Proposed Order establishing an urgent briefing schedule for its Scheduling Cross-Motion (to the extent necessary).

5. Specifically, the PREPA Bondholders request entry of an order which provides the following schedule: (a) any response to the Scheduling Cross-Motion must be filed by **9:00 a.m. (Atlantic Standard Time)** on **September 20, 2022**, and (b) the Court will hear argument on the Scheduling Cross-Motion at the omnibus hearing scheduled for **September 21, 2022** (the "Hearing"). (*See Order Regarding Procedures for September 21–22, 2022, Omnibus Hearing,* Docket Entry No. 22038 in Case No. 17-4780 (the "Hearing Procedures Order").)

## BASIS FOR RELIEF REQUESTED

6. Federal Rule of Bankruptcy Procedure 9006(c)(1) provides that "the court for cause shown may in its discretion with or without motion or notice order the period reduced." Fed. R. Bankr. P. 9006(c)(1). Further, Local Rule 9013-1(a) allows a party to request that a court consider a motion on an expedited basis. Moreover, section 105(a) of the Bankruptcy Code permits the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [PROMESA]."

7. As set out in the Scheduling Cross-Motion, the PREPA Bondholders do not agree with the Oversight Board's proposed schedule set forth in their *Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related*

2

*Relief* (Docket Entry No. 22269 in Case No. 17-3283, Docket Entry No. 2956 in Case No. 17-4780, Docket Entry No. 11 in Adv. Proc. No. 19-391, Docket Entry No. 98 in Adv. Proc. No. 19-396, and Docket Entry No. 70 in Adv. Proc. No. 19-405) (the "Oversight Board Scheduling Motion"), and think an alternative schedule is appropriate. The PREPA Bondholders are filing this Urgent Motion out of an abundance of caution to comply with any procedural requirements. *See, e.g., Order Regarding Relief Sought in the Financial Oversight and Management Board for Puerto Rico's Opposition to Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* (Docket Entry No. 7536) (ordering the Oversight Board to file a separate motion seeking their requested relief).

8. In an effort to avoid duplication and promote judicial economy, the PREPA Bondholders submit that parties be permitted, in their discretion, to file a response to the Scheduling Cross-Motion and a reply in support of the Oversight Board Scheduling Motion in a single pleading and on the same timeline, as any reply in support of the Oversight Board Scheduling Motion will address the same arguments as a response to the Scheduling Cross-Motion.

## CERTIFICATION

9. Pursuant to Local Rule 9013-1 and paragraph I.H of the Case Management Procedures, the Ad Hoc Group hereby certifies that it has (a) carefully examined the matter and concluded that there is a true need for an urgent hearing; (b) not created the urgency through a lack of due diligence; (c) made a bona fide effort to resolve the matter without a hearing; (d) made reasonable, good faith communications in an effort to resolve or narrow the issues being brought to the court; (e) conferred with counsel for the Oversight Board, AAFAF, and the Committee, who did not believe this motion was necessary, counsel for the Fuel Line Lenders, who consented to

the relief requested in the Urgent Motion, and counsel to UTIER and SREAEE, who did not respond under the circumstances on which they advised the Court; and (f) communicated with these parties in a reasonable, good-faith manner with respect to the relief sought by this Urgent Motion and the scheduling of briefing related thereto.

## NOTICE

10. Notice of the Urgent Motion and of the proposed briefing schedule contained herein has been provided to counsel to the parties listed above.

## NO PRIOR REQUEST

11. No previous request for the relief requested herein has been made to this or any other court.

WHEREFORE, the Ad Hoc Group respectfully requests that the Court enter the Proposed Order, attached hereto as Exhibit A, granting the relief requested herein and granting such other relief as the Court deems just and proper.

Dated: San Juan, Puerto Rico
September 19, 2022

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| P.O. Box 195383 | 1177 Avenue of the Americas |
| San Juan, PR 00919-5383 | New York, New York 10036 |
| Tel.: (787) 751-8999 | Tel.: (212) 715-9100 |
| Fax: (787) 763-7760 | Fax: (212) 715-8000 |

/s/ *Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcm.law

/s/ *Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcm.law

/s/ *Nayda Perez-Roman*
NAYDA PEREZ-ROMAN
USDC–PR No. 300,208
E-mail: nperez@tcm.law

*Counsel for the Ad Hoc Group of PREPA Bondholders*

/s/ *Amy Caton*
AMY CATON*
THOMAS MOERS MAYER*
GARY A. ORSECK*
ALICE J. BYOWITZ*
MATTHEW M. MADDEN*
Email:  acaton@kramerlevin.com
tmayer@kramerlevin.com
gorseck@kramerlevin.com
abyowitz@kramerlevin.com
mmadden@kramerlevin.com

*Admitted Pro Hac Vice

*Counsel for the Ad Hoc Group of PREPA Bondholders*

5

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    USDC-PR No. 204,809
    Ricardo F. Casellas-Sánchez
    USDC-PR No. 203,114
    Diana Pérez-Seda
    USDC–PR No. 232,014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Tel.: (787) 756-1400
    Fax: (787) 756-1401
    E-mail: hburgos@cabprlaw.com
           rcasellas@cabprlaw.com
           dperez@cabprlaw.com

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: *Howard R. Hawkins, Jr.*
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    Casey J. Servais*
    William J. Natbony*
    Thomas J. Curtin*
    200 Liberty Street
    New York, New York 10281
    Tel.: (212) 504-6000
    Fax: (212) 406-6666
    Email: howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           casey.servais@cwt.com
           bill.natbony@cwt.com
           thomas.curtin@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** | **WEIL, GOTSHAL & MANGES LLP** |
| By: /s/ Eric Pérez-Ochoa<br>Eric Pérez-Ochoa<br>(USDC-PR No. 206314)<br>Luis Oliver-Fraticelli<br>(USDC-PR No. 209204)<br>Alexandra Casellas-Cabrera<br>(USDC-PR No. 301010)<br>PO BOX 70294<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email: epo@amgprlaw.com<br>     loliver@amgprlaw.com<br>     acasellas@amgprlaw.com<br><br>*Attorneys for National Public Finance Guarantee Corporation* | By: /s/ Robert Berezin<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Jonathan Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: kelly.diblasi@weil.com<br>     jonathan.polkes@weil.com<br>     gregory.silbert@weil.com<br>     robert.berezin@weil.com<br><br>Gabriel A. Morgan (admitted *pro hac vice*)<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: gabriel.morgan@weil.com<br><br>*Attorneys for National Public Finance Guarantee Corporation* |

**<u>Exhibit A</u>**

**Proposed Order**

Case:17-03283-LTS Doc#:22287 Filed:09/19/22 Entered:09/19/22 09:14:51 Desc: Main
Document Page 10 of 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.¹ | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                    Debtor. | PROMESA<br>Title III<br>No. 17 BK 4780-LTS |
| CORTLAND CAPITAL MARKET SERVICES LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, *et al.*, | Adv. Pro. No. 19-396-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Defendants. | |
| SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,<br><br>Plaintiff,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, *et al*.,<br><br>Defendants. | Adv. Pro. No. 19-405-LTS |

**[PROPOSED] ORDER GRANTING URGENT MOTION FOR EXPEDITED CONSIDERATION OF THE URGENT CROSS-MOTION BY THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE INC. TO ESTABLISH A CASE SCHEDULE AND <u>IMPOSE DEADLINES FOR A PREPA PLAN OF ADJUSTMENT</u>**

Upon consideration of the *Urgent Motion for Expedited Consideration of Urgent Cross-Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment* (the "Urgent Motion"), filed on September 19, 2022, and the Court having found and determined that (i) it has jurisdiction over this proceeding and the Urgent Motion; and (ii) good cause exists for the relief requested therein, the Court HEREBY ALLOWS the Urgent Motion and sets the following briefing schedule for the *Urgent Cross-Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment* (ECF No.___) (the "Scheduling Cross-Motion") filed in connection with the same parties' *Response to the Oversight Board's Urgent Motion to Set a Litigation Schedule*:

1. Any opposition shall be due by **9:00 a.m. (Atlantic Standard Time)** on **September 20, 2022**.

2. The Court will thereafter hear argument on the Scheduling Cross-Motion at the omnibus hearing scheduled for **September 21, 2022**.

3. Parties are permitted to file a response to the Scheduling Cross-Motion and, to the extent appropriate, a reply in support of the *Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief* (Docket Entry No. 22269 in Case No. 17-3283, Docket Entry No. 2956 in Case No. 17-4780, Docket Entry No. 11 in Adv.

Proc. No. 19-391, Docket Entry No. 98 in Adv. Proc. No. 19-396, and Docket Entry No. 70 in Adv. Proc. No. 19-405) in a single pleading at their discretion.

SO ORDERED

Date: _____, 2022

                                                HONORABLE LAURA TAYLOR SWAIN
                                                UNITED STATES DISTRICT JUDGE