# EXHIBIT A

ATTENDEES AT IN-PERSON MEDIATION SESSION HELD ON SEPTEMBER 13, 2022

**Mediation Team**
Judge Brendan Shannon
Judge Robert Drain
Judge Shelley Chapman
Jamie Eisen

**Moelis**
Bill Derrough
Adam Keil
Nate Catez
Merritt Wright

**Oversight Board**
David Skeel
Andrew Biggs (by phone)
Arthur Gonzalez
Antonio Medina
John Nixon
Justin Peterson
Jaime El Koury
Alejandro Figueroa

**Proskauer**
Martin Bienenstock
Ehud Barak
Paul Possinger
Daniel Desatnik

**Citi**
David Brownstein
John Gavin
James Castiglioni

**Ernst & Young**
Guarav Malhotra
Sofia Panagiotakis
Adam Chepenik
Shawn Dubinsky

**McKinsey**
Aaron Bielenberg
AK Mahadevan
Kimika Padilla
Bridget Sabbagh
Thomas Dohrmann

1

**AAFAF**
Sec. Omar Marrero
Nelson Perez
Julian Bayne
Martha Aceveda
Fernando Sánchez

**Ankura**
Fernando L. Batlle
Dennis Barrett

**OMM**
Maria DiConza
John J. Rapisardi
Peter Friedman
Mohammad Yassin
Gabriel Olivera

**National**
Adam Bergonzi
Trish Ferrari
Mitch Sonkin (by phone)
John Jordan

**Miller Buckfire**
Matt Rodrigue
Christine Song
Perry Zhang
Robert Mortimer

**Weil Gotshal**
Matt Barr
Rob Berezin
Gabe Morgan

**Assured**
Jorge Gana
Kevin Lyons
Holly Horn

**Cadwalder**
Ivan Loncar
William Natbony

**Lazard**
Andrew Yearley
Nathan Mooney
Haley Tiller

**BlackRock**
Ryan McDonald

**Franklin**
Vander Shanholt

**GoldenTree**
Robby Tennenbaum
Deeb Salem

**Invesco**
Elizabeth Mossow

**Nuveen**
Cathryn Steeves
Molly Shellhorn

**Taconic**
Nate Kempner
Marc Schwartz

**Whitebox**
Sean Russell

**Kramer Levin**
Amy Caton
Alice Byowitz
Ben Sieck

**Houlihan**
Stephen Spencer
Joe Ebb
Sam Ward

**Analysis Group**
Maureen Chakraborty
Brian Gorin