# EXHIBIT B
## OTHER MEDIATION PARTIES

**UTIER**
Rolando Emmanuelli-Jiménez
Jessica E. Méndez-Colberg
Zoé C. Negrón Comas

**SREAEE**
Rafael A. Ortiz-Mendoza
Rolando Emmanuelli-Jiménez
Jessica E. Méndez-Colberg
Zoé C. Negrón Comas

**Official Committee of Unsecured Creditors**
Luc Despins
G. Alexander Bongartz
Shlomo Maza
London Economics International LLC

**Fuel Line Lenders**
Richard Mason
Emil Kleinhaus
Mark Belanger