**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors. | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | Case No. 17-BK-4780-LTS<br><br>**This Court Filing Relates Only to PREPA and Shall be Filed in Case No. 17-BK-4780-LTS and Main Docket 17-BK-3283-LTS** |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Upon consideration of the September 19, 2022 Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp., and Syncora Guarantee, Inc. to Dismiss PREPA's Title III Case, or for Relief from the Automatic Stay to Enforce Their Right to a Receiver ("Motion"); and the Court having jurisdiction over this matter under 28 U.S.C. § 1331, and under section 306(a)-(b) of PROMESA, 48 U.S.C. § 2166(a)-(b); and venue being proper under section 307(a) of PROMESA, 48 U.S.C. § 2167(a); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and Opposition thereto and having heard the statements of counsel at the hearing held before the Court; and the Court having determined that the legal and factual bases set forth in the

Motion and at the hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that, pursuant to section 930(a)(1) and (2) of the Bankruptcy Code, made applicable to this proceeding under section 301(a) of PROMESA, 48 U.S.C. 2161(a), this Title III proceeding is dismissed for cause; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the relief granted herein.

Dated: _____   _____
Honorable Laura Taylor Swain
United States District Judge