| EXHIBIT | DATE | DOCUMENT DESCRIPTION |
|---------|------|----------------------|
| 1 | 08/30/2022 | Motion to Submit LUMA's Resource Adequacy Study, *In Re Resource Adequacy Study*, PREB Case No. NEPR-MI-2022-0002 |
| 2 | 09/15/2022 | *Congressional Hearing Sheds Light on Puerto Rico Hurricane Rebuilding, Including More Than $12B in Unused Funds Allocated for PREPA's Electrical System* |
| 3 | 09/15/2022 | Resolution, *In Re Review of the Puerto Rico Electronic Power Authority's 10-Year Infrastructure Plan – December 2020*, PREB Case No. NEPR-MI-2021-0002 |
| 4 | 09/16/2022 | Statement by Justin Peterson |
| 5 | 02/07/2022 | *AAFAF Chief Marrero Signals PREPA RSA 'Most Likely' Will Need Renegotiation, Given Lack of Legislative Support* |
| 6 | June, 2022 | Welcome to the Puerto Rico of Now |
| 7 | 02/28/2022 | AAFAF, Investor Presentation, *Closing A Chapter Beginning A New Era* |
| 8 | 06/06/2022 | *Puerto Rico Sees Lowest Unemployment Rate Since 1947* |
| 9 | 07/08/2022 | *Puerto Rico's Economic Activity Index Exceeds Pre-Hurricane Levels* |
| 10 | 07/22/2022 | *Puerto Rico Tax-Revenue Pull Exceeds Budget by $1.3 Billion* |
| 11 | 07/22/2022 | Justin Peterson Twitter |
| 12 | 09/07/2022 | LUMA Quarterly Federal Funding Report, for the period ending June 30, 2022 |
| 13 | 08/18/2022 | *Puerto Rico Governor Denounces Power Company Amid Outages* |
| 14 | 08/24/2022 | *Company Pledges to Reduce Puerto Rico Outages Amid Anger* |
| 15 | 08/24/2022 | *Pedro Pierluisi: "LUMA will not have my support as governor unless I see the changes I requested"* |
| 16 | 03/03/2020 | *Key Lawmakers Discuss With Reorg Prospects for Passage of PREPA RSA Legislation, Acknowledge Real Risk of Creditor-Focused Receivership* |
| 17 | 01/01/1974 | Trust Agreement |

| EXHIBIT | DATE | DOCUMENT DESCRIPTION |
|---|---|---|
| 18 | 11/15/2014 | Accounts Receivable and CILT Report |
| 19 | 06/22/2022 | *Government Agencies Owe Millions to LUMA Energy* |
| 20 | 01/28/2016 | *Financial Statements, Required Supplementary Information and Supplemental Schedules*, PREPA |
| 21 | 02/09/2017 | *Donahue's Handover Report Cites Continuing Challenges for PREPA* |
| 22 | 02/02/2017 | *The Departure of AlixPartners is Near* |
| 23 | 02/14/2017 | *House Passes Bill to Overhaul PREPA Board* |
| 24 | 07/12/2018 | *Majority of PREPA's Board Resigns, Criticizing the Authority's Politicization* |
| 25 | 01/10/2018 | *Puerto Rico Gov. Rosselló Proposes Overhaul of Energy Regulator* |
| 26 | 04/06/2017 | *Puerto Rico Announces New Deal with PREPA Creditors, Estimates $2.2B Savings in Debt Service for 2018 Through 2022* |
| 27 | 05/03/2019 | Restructuring Support Agreement |
| 28 | 09/09/2019 | *Oversight Board Reaches Agreement with Board Insurers Over PREPA Restructuring* |
| 29 | 12/20/2021 | *Board Member Peterson Suggests Reconfiguring PREPA RSA to Quicken Bondholder Recovery, Says RSA Needs to be Consensual And "Fair" to Bondholders Who Have Not Been Paid in 7 Years* |
| 30 | 01/18/2022 | *Oversight Board Outlines Next Steps for Taking Commonwealth Plan Effective by March 15 Deadline, Aims to Complete Restructuring of PREPA, HTA in 2022* |
| 31 | 01/20/2022 | *AAFAF's Marrero Voices Support for Current PREPA RSA, Says Legislation Remains "Biggest Concern" Based on Current Lack of Support in Legislature* |
| 32 | 01/27/2022 | *2022 Fiscal Plan for Puerto Rico, Restoring Growth and Prosperity*, Financial Oversight and Management Board for Puerto Rico |
| 33 | 06/28/2022 | *2022 Certified Fiscal Plan for the Puerto Rico Electric Power Authority* |
| 34 | 04/18/2022 | *PREPA Obtains Approval of USD 454.4m in FEMA Allocations for Grid Modernization* |
| 35 | 03/30/2022 | *Pierluisi Announces Assignment of $10.3M in CARES Act Funding to PREPA* |

| EXHIBIT | DATE | DOCUMENT DESCRIPTION |
|---|---|---|
| 36 | 04/19/2022 | *PREPA, LUMA Have Had 336 Recovery Projects Approved by Island's Energy Regulator* |
| 37 | 08/30/2022 | *LUMA's Chief Regulatory Officer Says Pendency of PREPA's Title III Bankruptcy Restricts Reconstruction of Electric System* |
| 38 | 07/31/2022 | *Annual Report 2022*, Financial Oversight and Management Board for Puerto Rico |
| 39 | 07/02/2020 | *PG&E Exits Bankruptcy as Newsome Approves Corporate Overhaul Option* |
| 40 | 01/29/2019 | *PG&E Bankruptcy Filing Creates "a Real Mess" for Rival Interests* |
| 41 | 01/27/2021 | *$832 Million in Attorney Fees for Puerto Rico Bankruptcy Process* |
| 42 | 08/24/2020 | Final Resolution and Order on the Puerto Rico Electric Power Authority's Integrated Resource Plan, *In Re Review of the Puerto Rico Electronic Power Authority Integrated Resource Plan*, PREB Case No. CEPR-AP-2018-0001 |
| 43 | 06/21/2016 | Restructuring Order, *In re Petition for Approval of Transition Order filed by the PREPA Revitalization Corp.*, PREC Case No. CEPR-AP-2016-0001 |