# EXHIBIT 10

Bloomberg Law News 2022-08-24T11:06:41153495964-04:00

# Puerto Rico Tax-Revenue Pull Exceeds Budget by $1.3 Billion

By Michelle Kaske2022-07-22T15:31:27295-04:00

Puerto Rico collected about $11.5 billion of general-fund revenue from July through May, $1.3 billion more than budgeted, as personal and corporate income-tax receipts were higher than expected.

•   All tax sources exceeded expectations, except for levies on cigarettes, according to the commonwealth's Treasury Department.
•   Puerto Rico's biggest revenue source came from individual tax receipts, totaling $2.57 billion from July through May, surpassing budgeted estimates by $460 million.

•   Sales-tax revenue totaled $2.4 billion, $176.5 million more than expected
•   Business taxes were $2.2 billion, about $282 million above budget
•   Taxes on foreign manufacturers totaled $1.47 billion, nearly $50 million more than expected

•   Puerto Rico effectively ended its five-year bankruptcy in March when it restructured $22 billion of debt tied to the central government down to $7.4 billion.

To contact the reporter on this story:
**Michelle Kaske** in New York at mkaske@bloomberg.net

To contact the editors responsible for this story:
**Amanda Albright** at aalbright4@bloomberg.net

Rheaa Rao

© 2022 Bloomberg L.P. All rights reserved. Used with permission.



© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

// PAGE 1

## Related Articles

Puerto Rico Shuts Bank Tied to Tax Evasion, Money Laundering (1)

Puerto Rico Lawmakers Pass Key Corporate Tax Reform Bill



© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

**// PAGE 2**