# EXHIBIT 11



**Justin Peterson** @JPHusker_ · Jul 22

Puerto Rico is printing money. When does Title 3 bankruptcy become unnecessary?

> **James Ford** @offtherunbonds · Jul 22
>
> @JPHusker_ hey Justin, let's wrap this restructuring up in 2022 before the Cornhuskers kickoff! They have the money! #muniland
>
> Friday, July 22, 2022 03:31 PM
> By Michelle Kaske
>
> (Bloomberg) -- Puerto Rico collected about $11.5 billion of general-fund revenue from July through May, $1.3 billion more than budgeted, as personal and corporate income-tax receipts were higher than expected.
>
> - All tax sources exceeded expectations, except for levies on cigarettes, according to the commonwealth's Treasury Department.
> - Puerto Rico's biggest revenue source came from individual tax receipts, totaling $2.57 billion from July through May, surpassing budgeted estimates by $460 million.
>   - Sales-tax revenue totaled $2.4 billion, $176.5 million more than expected
>   - Business taxes were $2.2 billion, about

💬 4     🔁 7     ♡ 15     ↑