# EXHIBIT 15

# Pedro Pierluisi: "LUMA will not have my support as governor unless I see the changes I requested"

**elnuevodia.com**/english/news/story/pedro-pierluisi-luma-will-not-have-my-support-as-governor-unless-i-see-the-changes-i-requested/

Gloria Ruiz Kuilan



Governor Pedro Pierluisi. (Xavier Araujo)

Governor Pedro Pierluisi demanded Tuesday that LUMA Energy make "changes" or else he will not endorse the company to continue operating the island's power grid transmission and distribution systems.

**"I've asked for significant changes. It remains to be seen what changes they make. As I said, I am not satisfied with the performance, and I will go further. LUMA is not going to have my support as governor unless the changes I have asked for happen. It is as simple as that. They are not going to have my support unless I see the changes," the governor said.**

"I already told them. I told them that time is short, that I want those changes implemented as soon as possible, and that they are not going to have my support," he added.

Immediately, when asked if he would cancel the public-private partnership contract between the government and LUMA Energy, Pierluisi said that "when I as governor say that they will not have my support unless those changes are made, that has a consequence".

The governor's statements came after leaving the Mayors' Summit led by the Federal Emergency Management Agency (FEMA). There he offered a message to the municipal executives.

Before these statements and as recently as last week, Pierluisi changed his speech regarding LUMA Energy when almost half a million customers were left without service due to new interruptions. Now, activists plan a demonstration in front of La Fortaleza this Thursday to demand the governor to cancel the contract with the company.

Pierluisi assured that he talked with LUMA´s "top management team" "to ask for the changes" that are public knowledge.

**"I have asked to change the execution plan. I have asked to improve LUMA's performance, particularly major outages and the duration of those major outages. I have been very specific on the things I want to be changed and I am waiting for those changes," he said.**

"Time is running out, my patience is running out, so the changes had better happen immediately. As soon as possible. As every minute passes by, every day passes by, and I don´t see the changes I have asked for, that is one more day that they lose the governor's support," Pierluisi said.

He demanded that LUMA Energy change its execution plan to provide "due maintenance" to the power grid transmission lines and main substations.

"The ball is in their court, they have to say something as soon as possible because I tell you, they have lost my support and that has consequences," he said.

He recalled that last Thursday he expressed dissatisfaction with LUMA Energy's performance, which represented a change in his speech.

"Time is running. My patience is running out. They must act and act with a sense of urgency and, as I said, yes, many consequences may arise if they ignore my call," he insisted.

He noted that he also asked LUMA Energy to continue submitting projects to rebuild the power grid for FEMA's approval.

Pierluisi, maintaining a more serene tone, said leading the island is a "great responsibility on his shoulders". He recalled that his administration complies with the Energy Transformation Act that orders a change in the management of the island's power grid. He also said he

complies with the government's fiscal plan and that of the Puerto Rico Electric Power Authority.

"Both that law and the fiscal plans I just mentioned demand that in Puerto Rico we have a public-private partnership in charge of power transmission and distribution, and a partnership in charge of generation," Pierluisi said.

"So understand that this is not a matter of talking and saying 'cancel it, chance it' that sounds nice but I have to ensure that Puerto Rico's power system does not collapse," he said.

When asked by reporters, Pierluisi defended the work of the executive director of the Public-Private Partnerships Authority, Fermín Fontánes, however, he suggested that there may be changes.

"He does his job," he said.

**A demonstration for tomorrow**

Regarding the demonstration called for this Thursday, the governor downplayed its importance.

"Forget about that. That is cheap politics," he said.

He said that he is not afraid that the controversy with LUMA Energy will lead him to leave La Fortaleza.

"Governing Puerto Rico entails many responsibilities. This is one of them. I am being very clear. Everyone has the right to express themselves. Here we have a democracy that must be respected. What I am doing is complying with my duty," he said.