# EXHIBIT 19

85°

PUERTO RICO

# Government agencies owe millions to LUMA Energy

According to the director of PREPA, Josué Colón, the payment of these debts would help mitigate the rise in the electricity bill.

By **TELEMUNDO PR** • Posted June 22, 2022 • Updated at 3:54 pm on June 22, 2022

**SIGUIENTE**



Muere el rabino ultraortodoxo Shalom Cohen

0:00  / 2:10

The detainee was tested for drugs and alcohol, and tested positive for cocaine, according to Madrid police. The incident occurred at the Plaza Elíptica transport interchange.La tortilla de maíz ha sido uno de los productos más afectados por la inflación en México, que alcanzó un nivel general de 8.15% en julio, su índice



85°

of $210 million.

Among the agencies that top the list is the Puerto Rico Aqueduct and Sewer Authority (PRASA), which owes LUMA Energy an amount that amounts to $84 million.



**HACE 4 HORAS**

Onda tropical disminuye un poco su probabilidad de desarrollo



**HACE 23 HORAS**

Pfizer pide autorización para refuerzo contra subvariantes de Ómicron

Likewise, the Insurance Fund Corporation, from which $145 million would be withdrawn for PREPA to mitigate increases in electricity rates, is on the list of defaulters, owing an amount of more than $1 million.

In January of last year, the secretary of the government, Noelia García, stated that the agencies would have a period of no more than five working days to settle their debts by the Electric Power Authority (PREPA).

2:25

**Director of PREPA admits: agency debts would help mitigate the rise in electricity**

85°

However, due to non-compliance with the balance of these debts, the director of the Electric Power Authority, Josué Colón, is working with the Puerto Rico Fiscal Agency and Financial Advisory Authority (FAFAA) to make the payments.

**"Without a doubt, if we received that amount of money that has been pending for a long time, it would help amortize many things, in addition to the impact on the cost of electricity** ," said Colón.

On the other hand, the director of the Aqueduct and Sewer Authority, Doriel Pagán, indicated in an interview for Día a Día that they only owe $15 million to LUMA Energy, which has been meeting with the director of PREPA, Josué Colón , and that $87 million "are in dialogue".

**List of government agencies that owe LUMA Energy:**

- Aqueduct and Sewer Authority: $84,563,467.43
- ASEM / Medical Center: $33,107,760.30
- Department of Education: $17,481,000.07
- Ports Authority: $16,797,370.85
- Public Housing Administration: $11,134,779.06
- Metropolitan Bus Authority (AMA): $8,418,744.42
- University Medical Services: $6,710,685.66
- Urban Train: $6,136,991.16
- Heart Center: $2,984,817.53
- State Insurance Fund: $1,792,845.57
- Department of Transportation and Public Works: $399,645.89
- State Election Commission: $226,153.34
- Comprehensive Cancer Center: $23,972.78 WIC Program: $91.92

**Total owed by all government agencies: $210,540,849.54**

