# EXHIBIT 22

NEWS

# The Departure of AlixPartners Is Near

The chairman of PREPA's Governing Board said yesterday that he would not grant another contract extension

Archive content: this content was published more than 30 days ago.



This information was provided by Luis Benítez (right), chairman of the public corporation's Governing Board and Javier Quintana. (Supplied)

The days of Lisa Donahue and AlixPartners International in the Puerto Rico Electric Power Authority (PREPA) seem to be numbered.