# EXHIBIT 35

**REORG**

2022-08-24 15:19:18

Puerto Rico
## Pierluisi Announces Assignment of $10.3M In CARES Act Funding to PREPA

Wed 03/30/2022 18:09 PM

*Relevant Document:*
Press Release

In a press release this afternoon, Gov. Pedro Pierluisi announced the assignment of $10.3 million to the Puerto Rico Electric Power Authority, or PREPA, in remaining CARES Act funding that can be used to reimburse eligible costs tied to the pandemic. The governor said the funding will help improve the financial situation of the public corporation.

"This is another effort to help PREPA confront the increase in fuel costs, which will help it mitigate the impact of the price of electric power. As I have said before, I am looking at all viable alternatives that can help mitigate the impact of the oil price increase resulting as a consequence of the war between Russia and Ukraine," the governor said. Pierluisi added that the CARES Act funding assignment to PREPA is the result of the PROMESA oversight board's denial of his petition to use $200 million from the commonwealth emergency reserve to subsidize PREPA fuel purchases. The governor also proposed legislation this week for a 45-day holiday for the petroleum products tax, known as "la crudita," in an effort to hold down gasoline and diesel costs.

During the State of the Commonwealth address this week, the governor said he would continue to insist on tapping the emergency reserve and take other actions to mitigate an expected increase in electric power rates resulting from rising fuel prices. He also expressed support for Luma Energy and outlined initiatives to promote the adoption of renewable energy on the island, which he said is the long-term solution to rising energy costs.

If you're reading this you'll be interested in Reorg's extended Municipals coverage. Contact sales@reorg.com.

This publication has been prepared by Reorg Research, Inc. or one of its affiliates (collectively, "Reorg") and is being provided to the recipient in connection with a subscription to one or more Reorg products. Recipient's use of the Reorg platform is subject to Reorg's Terms of Use or the user agreement pursuant to which the recipient has access to the platform (the "Applicable Terms"). The recipient of this publication may not redistribute or republish any portion of the information contained herein other than with Reorg's express written consent or in accordance with the Applicable Terms. The information in this publication is for general informational purposes only and should not be construed as legal, investment, accounting or other professional advice on any subject matter or as a substitute for such advice. The recipient of this publication must comply with all applicable laws, including laws regarding the purchase and sale of securities. Reorg obtains information from a wide variety of sources, which it believes to be reliable, but Reorg does not make any representation, warranty, or certification as to the materiality or public availability of the information in this publication or that such information is accurate, complete, comprehensive or fit for a particular purpose. Recipients must make their own decisions about investment strategies or securities mentioned in this publication. Reorg and its officers, directors, partners and employees expressly disclaim all liability relating to or arising from actions taken or not taken based on any or all of the information contained in this publication. © 2022 Reorg. All rights reserved. Reorg® is a registered trademark of Reorg Research, Inc.

© Copyright 2012 - 2022