# EXHIBIT 36

Debtwire

# PREPA, LUMA have had 336 recovery projects approved by island's energy regulator (translated)

19 April 2022 | 13:47 EDT

The Puerto Rico Energy Bureau (PREB) has approved 336 recovery projects for the Puerto Rico Electric Power Authority (PREPA) and LUMA Energy, PREB President Edison Aviles was cited as saying in a *Noticel* report.

Energy regulatory approvals are just one part of a process that can take months for each recovery project. Other steps include going through different phases with the Federal Emergency Management Agency (FEMA), PREPA Executive Director Josue Colon was cited as saying in the Spanish-language newspaper.

PREPA has 21 highly complex projects that have already been approved by the PREB that are currently undergoing technical studies so they can be carried out. Meanwhile, there are seven projects awaiting FEMA approval for a total of USD 109.6m, which include repairs at the Aguirre, San Juan and Cambalache power plants, Colon was cited as saying in the report.

He also indicated that on 8 April the utility received approval for its first project under the FEMA accelerated awards strategy program, at a cost of USD 18.2m, according to the report.

The lack of immediate cash in the commonwealth's coffers is one of the problems the island faces in advancing the power grid reconstruction projects, according to Colon, Aviles and Senator Juan Zaragoza, *El Vocero* reported.

In order to expedite this work while the disbursement of federal funds is pending, Colon will ask the island's oversight board to allow access to additional commonwealth funds. His goal is for the oversight board to allow access to some USD 30m for the remainder of this fiscal year, according to the Spanish-language newspaper.

*Debtwire Municipals* notes Puerto Rico's Central Office for Recovery, Reconstruction and Resiliency disbursed USD 271m in 1Q22 corresponding to refunds for recovery and reconstruction works.

Link to original source (*Noticel* | translated)
Link to original source (*El Vocero* | translated)

**Municipals**

Government
Puerto Rico

**Issuer**

Commonwealth Of Puerto Rico

**Auditor(S)**

KPMG

**Bondholder(S)**

Angelo, Gordon & Co.
Aurelius Capital Management
Autonomy Capital
Banco Santander (Asset Management And Insurance Units)
Canyon Capital Advisors LLC
Davidson Kempner Capital Management LP
Franklin Mutual Advisers LLC
Knighthead Capital Management
Marathon Asset Management, LP
Monarch Alternative Capital LP
OZ Management LLC
Oppenheimer & Co Inc.
Senator Investment Group LP
Silver Point Capital, L.P.
Stone Lion Portfolio L.P.

**Claims Agent(S)**

Kroll Restructuring Administration

**Financial Advisor(S)**

Conway MacKenzie, Inc
Deloitte

**Issuer**

Puerto Rico Electric Power Authority

**Bondholder(S)**

Angelo, Gordon & Co.
BlueMountain Capital Management, LLC
Franklin Advisers Inc
Knighthead Capital Management
Marathon Asset Management, LP
OppenheimerFunds Distributor, Inc.

**Claims Agent(S)**

Epiq Bankruptcy Solutions, LLC

**Financial Advisor(S)**

Ankura Consulting Group, LLC
Filsinger Energy Partners

**Lawyer(S)**

Greenberg Traurig LLP

**Other**

Ambac Assurance Corporation