# **EXHIBIT A**

# EXHIBIT A

SUPPLEMENTAL PARTY APPEARANCE SHEET

| Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|
| Party Name Abbreviation (For use with Zoom[1]) | Assured |
| September 21-22, 2022, Omnibus Hearing Participant<br><br>Attorney(s) Representing Party<br>- Name<br>- Email<br>- Law Firm<br>- Phone Number<br>- Docket Entry No. for the Attorney's Notice of Appearance<br>- Zoom Screen Name (See Hearing Procedures Order, ¶ 8(a)) | **1. Mark C. Ellenberg**<br>mark.ellenberg@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(202) 862 2238<br>Notice of Appearance: ECF No. 138<br>Zoom Screen Name: Assured / Ellenberg, Mark / Cadwalader, Wickersham & Taft LLP<br><br>**2. William J. Natbony**<br>bill.natbony@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504 6351<br>Notice of Appearance: ECF No. 3676<br>Zoom Screen Name: Assured / Natbony, Bill / Cadwalader, Wickersham & Taft LLP |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | ECF No. 22191 |

---

[1] See Hearing Procedures Order ¶ 8(a).