UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

-------------------------------------------------------------x

ORDER CONCERNING CONTINUATION OF PREPA MEDIATION

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Mediation Team's Notice and Report* (Docket Entry No. 22290 in Case No. 17-3283 and Docket Entry No. 2975 in Case No. 17-4780, the "Mediation Report"), filed by the Mediation Team.[2] The Mediation Report provides notice that, on September 16, 2022, the Mediation Team did not exercise its discretion to extend the Termination Date through the filing of an Extension Notice, thereby permitting the Court-ordered Mediation to terminate.

Notwithstanding the expiration of the term of the Mediation, Judges Chapman, Drain, and Shannon remain the designated Mediation Team for the Title III case of the Puerto Rico Electric Power Authority (the "Title III Case") with authority to continue to facilitate negotiations among stakeholders in the Title III Case. Accordingly, the Court hereby directs the Mediation Team to file, on or before **September 26, 2022**, a proposed continued mediation order that identifies an appropriate time period for the next phase of mediation and additional provisions necessary to address the obstacles that the Mediation Team identified in the Mediation Report.

SO ORDERED.

Dated: September 20, 2022

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not defined herein have the meaning given to them in the Mediation Report.