# Exhibit A

## Proposed Litigation Schedule

### Path A: Address Motion to Dismiss on the Current Record as a Threshold Issue

| Date | Motion to Dismiss or Lift Stay |
|---|---|
| 10/17/2022 | Objections due |
| 11/07/2022 | Replies due |
| Week of 11/14/2022 | Hearing |

### Path B:  Coordinate Discovery and Other Proceedings on All Plan-Related Issues

| Date | Motion to Dismiss/ Lift-Stay | Adversary Proceedings | Plan Confirmation |
|---|---|---|---|
| 10/14/2022 | | Amended complaints due | |
| 10/28/2022 | | Answers and counter/cross-claims due. | Proposed plan and disclosure statement due |
| 12/02/2022 | Substantial completion deadline for production of documents in all disputes | | |
| 12/13/2022 | | | Objections to disclosure statement due |
| 12/27/2022 | | | Reply to objections to disclosure statement due |
| 01/03/2022 | | | Hearing on disclosure statement |
| 01/20/2023 | Opening expert reports due in all disputes | | |
| 02/17/2023 | Rebuttal expert reports due in all disputes | | |
| 03/10/2023 | Discovery closed in all disputes | | |
| 03/10/2023 | | | Plan confirmation order due |
| 03/24/2023 | Response due | Motions for summary judgment due | |
| 03/31/2023 | | | Voting deadline; objections to plan due |
| 04/10/2023 | | | Proposed findings of fact and conclusions of law due |
| 04/14/2023 | Replies due | Oppositions to summary judgment motions due | Replies to confirmation objections due; objections to FF&CC due |
| 04/21/2023 | | Replies in support of summary judgment due | |
| 04/24/2023 | Exhibit list, witness lists due in all disputes | | |
| 04/27/2023 | Objections to exhibit list due in all disputes | | |
| Week of 05/01/2022 | Hearing on all disputes | | |