UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Adv. Proc. No. 19-391-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and

THE PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY,

    as section 926 co-trustee of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

        Plaintiffs,

        -v-

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE,

        Defendant.

------------------------------------------------------------x

CORTLAND CAPITAL MARKET SERVICES
LLC, as successor administrative agent for lenders
under that certain Credit Agreement, dated as of
May 4, 2012, among PREPA, Scotiabank, and the
lenders party thereto, and SOLA LTD, SOLUS
OPPORTUNITIES FUND 5 LP, ULTRA
MASTER LTD, and ULTRA NB LLC,                 Adv. Proc. No. 19-396-LTS

        Plaintiffs,

        -v-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,
PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA), PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY
AUTHORITY (AAFAF), and U.S. BANK
NATIONAL ASSOCIATION, as successor
Trustee under the trust agreement, as amended and
supplemented,

        Defendant.

------------------------------------------------------------x

SISTEMA DE RETIRO DE LOS EMPLEADOS
DE LA AUTORIDAD DE ENERGIA ELECTRICA,        Adv. Proc. No. 19-405-LTS

        Plaintiff,

        -v-

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD OF PUERTO RICO, PUERTO RICO
ELECTRIC POWER AUTHORITY, PUERTO RICO
FISCAL AGENCY AND FINANCIAL ADVISORY

AUTHORITY, THE COMMONWEALTH OF PUERTO
RICO, JOHN DOE 1, as the Governor of Puerto Rico,
JOHN DOE 2 as the Executive Director of AAFAF and
U.S. BANK NATIONAL ASSOCIATION,

                Defendants.

------------------------------------------------------------x

ORDER ADJOURNING THE SEPTEMBER 21, 2022, OMNIBUS HEARING TO A DATE TO BE DETERMINED AND EXTENDING DEADLINE TO RESPOND TO URGENT MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR ORDER (I) ESTABLISHING SCHEDULE TO CONTINUE NEGOTIATIONS DURING LITIGATION OF GATING ISSUES PURSUANT TO LITIGATION SCHEDULE AND (II) GRANTING RELATED RELIEF

       In light of the ongoing emergency caused by Hurricane Fiona, the September 21, 2022, Omnibus Hearing, is hereby adjourned and will be held on a date to be determined by the Court. By 3:00 p.m. on the day prior to the rescheduled Omnibus Hearing, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") must file a revised agenda.

       The *Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief* (Docket Entry No. 22269 in Case No. 17-3283, Docket Entry No. 2956 in Case No. 17-4780, Docket Entry No. 11 in Adv. Proc. No. 19-391, Docket Entry No. 98 in Adv. Proc. No. 19-396, and Docket Entry No. 70 in Adv. Proc. No. 19-405) (the "Urgent Motion") will be heard at the adjourned Omnibus Hearing.

       Under the *Order Scheduling Briefing and Hearing on Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief* (Docket Entry No. 22272 in Case No. 17-3283, Docket Entry No. 2958 in Case No. 17-4780, Docket Entry No. 12 in Adv. Prod. 19-391, Docket Entry No. 99 in Adv. Prod. 19-396, Docket Entry No. 71 in Adv. Proc. No. 19-405), responses to the Urgent Motion were due by 9:00 a.m. (Atlantic Standard Time) on September 19, 2022, with the Oversight Board's reply in support due by 9:00 a.m. (Atlantic Standard Time) on September 20, 2022. The deadline to respond to the Urgent Motion is hereby extended to **12:00 p.m. (Atlantic Standard Time)** on **September 26, 2022**, with the Oversight Board's reply to any further filings due by **12:00 p.m. (Atlantic Standard Time)** on **September 27, 2022**.

Our thoughts remain with the people of Puerto Rico during this crisis.

SO ORDERED.

Dated: September 20, 2022

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge