## -*REPLICA DE OBJECION GLOBAL

I. **DATOS DE CONTACTO**

NOMBRE: SANDRA E. DEGRO ORTIZ

DIRECCION POSTAL: URB. SAN MARTIN CALLLE 5 C#8
JUANA DIAZ PR, 00795

TELEFONO DE CONTACTO: 787-613-1812

II. **EPIGRAFE**

A. SECRETARíA (CLERK'S OFFICE)
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
ROOM 150 FEDERAL BUILDING
SAN JUAN PR, 00918-1767

B. ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS (DEUDORES)

C. NUMERO DE PROCEDIMIENTO 17 BK3283-LTS

D. OBJECION GLOBAL REFERENTE A LA SOLICITUD DE DINEROS NO PAGADOS POR EL ESTADO LIBRE ASOCIADO DE PUERTO RICO:

NUMERO DE LAS EVIDENCIAS POR RECLAMO:
#49762- #89- ROMERAZO- EFECTIVA EN 1 DE JULIO DE 1995
#94057- LEY DE ESCALA SALARIAL- PASOS, DEL 6 DE JUNIO DE 2008
#96621 – LEY #96 (2002) DEL DR. PEDRO ROSELLO- EFECTIVO JULIO DE 2002
LEY #164 (2004) DE LA SRA. SILA M. CALDERON- EFECTIVA ENERO 2004

III. **EL TRIBUNAL NO DEBE DECLARAR LA OBJECIONGLOBAL, DEBIDO A QUE SON DINEROS ADEUDADOS MEDIANTE LA APROBACION POR EL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DE LAS SIGUIENTES LEYES:**

LEY 89 ROMERAZO- EFECTIVA EN 1 DE JULIO DE 1995

LEY DE ESCALA SALARIAL- PASOS, DEL 6 DE JUNIO DE 2008

LEY #96 (2002) DEL DR. PEDRO ROSELLO- EFECTIVO JULIO DE 2002

LEY #164 (2004) DE LA SRA. SILA M. CALDERON- EFECTIVA ENERO 2004

IV. DOCUMENTACION JUSTIFICATIVA

SE INCLUYEN DOCUMENTOS QUE EVIDENCIAN LOS ANOS DE SERVICIO TRABAJADOS CON EL DEPARTAMENTO DE SALUD DE PUERTO RICO DESDE EL **16** DE **AGOSTO** DEL **1991** HASTA EL **1** DE **JULIO** DEL **1996**. CULMINE MI LABOR COMO ASISTENTE DE TERAPIA OCUPACIONAL I. **ELA** SE ESTA RECLAMANDO POR LAS LEYES APLICABLES QUE CUBREN ESTOS AÑOS DE SERVICIO EN EL DEPARTAMENTO DE SALUD DE PR.

SE INCLUYEN DOCUMENTOS QUE EVIDENCIAN ESTE RECLAMO, CERTIFICACION DE EMPLEO DEL DEAPARTAMENTO DE SALUD DE PUERTO RICO.

EL FUNDAMENTO DE ESTE RECLAMO ES POR UN DINERO ADEUDADO POR CONCEPTO DE AUMENTOS SALARIOS POR MEDIO DE UNAS LEYES QUE SE FIRMARONDURANTE LOS ANOS QUE TRABAJE PARA EL DEPARTAMENTO DE SALUD DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO.

DEBIDO A LA RECIENTE SITUACION DE EMERGENCIA POR HURACANES, TERREMOTOS PANDEMIA (COVID-19) EN PUERTO RICO, SE ESTAN EVVIANDO LAS REPLICAS DE ESTA FECHA. DE NECESITAR INFORMACION O DOCUMENTACION ADICIONAL, FAVOR DE COMUNICARSE CON LA QUE SUSCRIBE.

SANDRA E. DEGRO ORTIZ
NOMBRE LETRA DE MOLDE

*Sandra E. Degro Ortiz*
FIRMA