

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE SALUD**
Secretaría Auxiliar en Salud Mental
**OFICINA DE PERSONAL**
SAN JUAN, PUERTO RICO
TELEFONO 765-7060

A: Sandra E. Degró Ortíz

DE: OFICIAL DE PERSONAL
Sr. Ramón Hernández Zayas

P/C Genoveva Vega- Directora Centro Sicopedagogico Sur Ponce

Para su conocimiento se le informa que comenzando el __16__ de __agosto__ de __91__ ha pasado usted a ser empleado __De Carrera Prob.__ con sueldo mensual de $ __662.00__ en el puesto de __Asist. Terap. Ocup. I__.

Esperamos pueda usted ofrecer en todas las funciones relacionadas a su cargo una genuina dedicación y cooperación al Programa de Salud Mental como se espera de todo buen servidor público.

[X] Debe usted ser evaluado periódica y finalmente durante los __6__ meses del Período Probatorio.

[ ] De acuerdo a la Ley de Personal usted ha completado satisfactoriamente los ____ meses del Período Probatorio.

[ ] Este nombramiento tiene fecha de terminación en o antes de _____.

FECHA: 15 de agosto de 1991

Ramón Hernández Zayas
Oficial de Personal