Sandra E. Degró Ortiz
Urb. San Martin Calle 5 C-8
Juana Diaz, P.R. 00795




U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
SEP 13, 22
AMOUNT
$1.44
R2305K135197

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767