UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
|     as representative of | ) | Case No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
|     Debtors. | ) | |
| | ) | |

**RESPONSE OF AT&T SERVICES INC, ON BEHALF OF ITSELF AND ITS AFFILIATES INCLUDING AT&T MOBILITY PUERTO RICO INC, TO FIVE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNRESPONSIVE ACR CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 21512**

AT&T Services Inc. on behalf of itself and its affiliates including, AT&T Mobility Puerto Rico Inc., and other affiliates listed on Schedule A (collectively, "AT&T"), by and through its undersigned counsel, hereby submits this response to the *Five Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* (the "Objection") lECF No. 21751], and in support thereof respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## BACKGROUND

1. AT&T provided telecommunications services, including, among other things, mobile telephone and other data services, to consumers and businesses for which sales and use taxes were collected by AT&T and remitted to the Commonwealth of Puerto Rico (the "Commonwealth") or related agencies.

2. In November 2010, before the commencement of the above-captioned proceeding, AT&T filed a claim for a refund of Puerto Rico sales and use tax in the amount of $6,433,205.75 in taxes collected from AT&T's customers and remitted for the period November 1, 2005 through September 30, 2010 (the "Tax Refund Claim"). A copy of the Tax Refund Claim is attached to the Proof of Claim (as defined below), a copy of which is annexed hereto as Exhibit "A,"

3. On May 3, 2017 (the "Petition Date"), the Commonwealth, by and through the Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight Management, and Economic Stability Act* ("PROMESA"), filed a petition with the United States District Court for the District of Puerto Rico under title III of PROMESA.

4. By *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claims and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2521], as modified by the *Order (A) Extending Deadlines for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 3160] (the "Bar Date Order"), this Court established the deadlines for filing proofs of claim against the Commonwealth in this proceeding.

5. Under compulsion of the Bar Date Order, AT&T filed a proof of claim bearing Claim Number 21512 (the "Proof of Claim"), which asserts a claim in the amount of $6,433,205.75 for taxes collected from AT&T's customers and remitted during the period November 1, 2005 through September

30, 2010. In support of the Proof of Claim, AT&T attached a copy of the Tax Refund Claim. AT&T reserved its right to, among other things, amend or supplement the Proof of Claim.

## THE OBJECTION

6. By the Objection, the Commonwealth seeks an order disallowing the Proof of Claim on the basis that AT&T has purportedly not supplied the Commonwealth with "information necessary to complete the claimant's administrative file."

7. The Commonwealth has not otherwise objected to the Proof of Claim or challenged the validity of or the amount asserted in the Proof of Claim.

## AT&T'S RESPONSE

8. The Proof of Claim and the underlying Tax Refund Claim are premised on sales and use tax collected from AT&T's customers and remitted during a five year period that began almost 17 years ago. At the Commonwealth's request, AT&T is in the process of reviewing its books and records for additional information relevant to the Proof of Claim.

9. AT&T simply needs more time to identify, locate, and retrieve the information requested by the Commonwealth. It may come to no surprise that the information pertinent to such an old claim is not readily available. Moreover, many of the people most familiar with the facts and circumstances underlying the Proof of Claim are no longer employed by or otherwise associated with AT&T. Thus, compliance with the Commonwealth's request for additional documentation in support of the Proof of Claim, which is accompanied by the Tax Refund Claim that was submitted to the Commonwealth twelve years ago, is more difficult than a traditional request for information.

10. AT&T, however, is in the process of working to obtain information to provide to the Commonwealth. AT&T thus asked the Commonwealth to adjourn the Objection pending AT&T's engagement with the Commonwealth with respect to information related to the Proof of Claim.

11. AT&T reserves the right to amend and/or supplement this Objection and to assert any and all other claims of whatever kind or nature that it has, or may have, against the Debtor or any other debtor that come to the attention of AT&T.

## CONCLUSION

**WHEREFORE**, AT&T Services Inc. and its affiliates respectfully requests that this Court deny the Objection as to AT&T's Proof of Claim without prejudice and grant AT&T such other and further relief as this Court deems just and proper.

Dated: September 20, 2022

Respectfully submitted,

**MCCONELL VALDES LLC**

By: */s/ Antonio A. Arias-Larcada*
Antonio A. Arias-Larcada
270 Munoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5604
Facsimile: 787-759-8282
E-mail: aaa@mcvpr.com


**NORTON ROSE FULBRIGHT US LLP**
By: */s/ David A. Rosenzweig*
David A. Rosenzweig
Francisco Vazquez
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
E-mail: david.rosenzweig@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
*Co-Counsel for AT&T Services Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on September 20, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Puerto Rico.

                                    By: */s/ Antonio A. Arias-Larcada*
                                            Antonio A. Arias-Larcada

**Schedule A**

| Name of Affiliate |
|---|
| Acadiana Cellular GP |
| AT&T Mobility LLC |
| AT&T Mobility II LLC |
| AT&T Mobility of Galveston LLC |
| ATC Custom Services, Inc. |
| Bellingham Cellular Partnership |
| Bloomington Cellular Telephone Company |
| Bradenton Cellular Partnership |
| Bremerton Cellular Telephone Company |
| Cagal Cellular Communications Corporation |
| Cagal Cellular Communications Corporation |
| Cellular Retail LLC |
| Champaign CellTelCo |
| Chattanooga MSA LP |
| Cincinnati SMSA LP |
| Cingular Wireless Of Texas RSA #11 LP |
| Cingular Wireless Of Texas RSA #16 LP |
| Citrus Cellular Limited Partnership |
| Decatur RSA LP |
| Florida RSA No 2B |
| Georgia RSA #3 LP |
| Hood River Cellular Telephone Company Inc |
| Houma - Thibodaux Cellular Partnership |
| Lafayette MSA LP |
| Louisiana RSA No 7 Cellular GP |
| Louisiana RSA No 8 LP |
| Lubbock SMSA LP |
| Madison SMSA LP |
| McAllen-Edinburg Mission SMSA LP |
| Medford Cellular Telephone Company Inc |
| Melbourne Cellular Telephone Company |
| Milwaukee SMSA LP |
| Missouri RSA 11/12 LP |
| Missouri RSA 8 LP |
| Missouri RSA 9B1 LP |
| NE Georgia Limited Partnership |
| New Cingular Wireless PCS LLC |
| Ocala Cellular Telephone Company Inc |
| Oklahoma City SMSA LP |
| Oklahoma Independent RSA 7 Partnership |
| Oklahoma RSA 3 LP |
| Oklahoma RSA 9 LP |
| Olympia Cellular Telephone Company Inc |
| Orlando SMSA LP |
| Pine Bluff Cellular Inc |
| Provo Cellular Telephone Company |

| |
|---|
| Reno Cellular Telephone Company |
| Salem Cellular Telephone Company |
| Santa Barbara Cellular Systems Ltd |
| Sarasota Cellular Telephone Company |
| St Cloud Cellular Telephone Company Inc |
| Telecorp Communications LLC |
| Texas RSA 18 LP |
| Texas RSA 19 LP |
| Texas RSA 2 Limited Partnership |
| Texas RSA 20B1 LP |
| Texas RSA 6 LP |
| Texas RSA 7B1 LP |
| Texas RSA 9B1 LP |
| Topeka SMSA LP |
| Visalia Cellular Telephone Company |
| Wireless Maritime Services LLC |