Departamento de Justicia - Registro de Cabilderos.

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| The RCL Group LLC. | 2021Q2-00089 | Condado 6; BPAS Trust; Pasarell Enterprises; CEGsoft; Milbank; Cervecera de Puerto Rico; CC1; MCS Healthcare Holdings; Air Master - Valcor; | Raul Candelario Lopez; Adleen Rovira Pena; |
| Reinsertion Opportunity Agency LLC | 2021Q2-00092 | Población Correccional de Puerto Rico; | Yamil López; |
| Reichard & Escalera LLC | 2021Q2-00094 | Monarch Alternative Capital LP; Whitebox Advisors LLC; Medtronic Puerto Rico Operations Co.; Harbor Consulting Engineers, Inc.; FCO Advisors LP; PPG Industries, Inc.; Icon Health & Fitness, Inc.; Hewlett Packard Enterprise; Uber; YMCA of the USA; Aristeia Capital, LLC; Farmstead Capital Management; Havas Worldwide Puerto Rico; Neda Development; St. Jude Children's Research Hospital; Golden Tree Asset Management LP; Luis Garratón, Inc.; Royal Caribbean Cruises Ltd; Whirlpool Latin America; Expedia Group; Strategic Film & TV Consultants; Walgreens, Inc.; Holland & Hart LLP; Covidien; PRTC; Walmart Puerto Rico; Allied Universal Security; Lilly del Caribe, Inc.; Badillo Saatchi; Arteaga & Arteaga; Droguería Betances; Hospital Bella Vista; Stryker Puerto Rico Ltd; Power Secure; Hospital La Concepción; Site Centers Corp.; Triple Net Holdings LLC; Excel Contractors, Inc.; Suiza Dairy Corp.; R.J. Reynolds Tobacco (CI), Co.; HP International Trading B.V.; Positronic Industries; Elawan Energy, S.A.; Toledo & Co., Inc.; Grupo Unido de Importadores de Automóviles; Pfizer Pharmaceuticals LLC; Envista Forensics; Cheyenne International LLC; Roche Operations LTD; Pepsico, Inc.; City of Hope; Johnson & Johnson; Ricoh Puerto Rico, Inc.; Taconic Capital Advisors LP; Bose McKinney & Evans LLP; Oracle Caribbean PR; Prometric; West Coast Development Corporation; Squire Patton Boggs (US) LLP; United Rentals, Inc.; CSRS, Inc.; Lawful Constitutional Debt Coalition; Dunhill Tobacco of London Limited; The National Catholic Risk Retention Group, Inc.; ADP, LLC; | Grace Santana; Claudia Motta; Antonio Silva; María de Lourdes Martínez; Juan Carlos Méndez; Rafael Escalera; Daniel Salinas; Viviana Currais; Héctor Reichard; Carlos Serrano; Celia Acevedo; Melba Benítez; Alba Joubert; Alfredo Salazar; Fernando Ortiz; Ernesto Zayas; |
| World Professionals Group LLC | 2021Q2-00096 | Hospitales Menonita; Walgreens; GM Holdings; Supermercados Econo Inc; Industria Lechera de Puerto Rico Inc; Franklin Rocafort; Strategic Technology Advisors; South American Restaurants Corp; MetLife Services and Solutions LLC; Fairmont El San Juan Hotel; Sistema de Salud Menonita; CTIA - The Wireless Association; DBR Development Management; ECC Contractors; CC1 Companies LLC; Deloitte Consulting LLP; | Zoraida Buxo; Onix Maldonado; Luis Arroyo; Liz Arroyo; Carlos Lopez; |
| O'Neill & Borges LLC | 2021Q2-00099 | COMMERCIAL EQUIPMENT FINANCE INCOME FUND, INC.; RCPR ACQUISITION HOLDINGS, LLC; Rock Solid Technologies, Inc.; SprintCom, Inc.; TLS MANAGEMENT AND MARKETING SERVICES A/K/A/ TAX LAW SOLUTIONS; MARSH SALDAÑA, INC.; TOTE, LLC; POSADAS DE PUERTO RICO ASSOCIATES, LLC; MANAGEMENT SERVICES INTERNATIONAL; PUERTO RICO CARIBE LESSEE LLC; DRC EMERGENCY SERVICES, INC.; PUMA ENERGY SERVICES (LATAM) LLL; CONDADO WAVE HOTEL; Quality Care Hospice; OPSEC SECURITY, | Jerry Lucas Marrero Cartagena; Juan Antonio Aquino Barrera; Denisse Ortiz Torres; Jose Ramon Cacho Rodríguez; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| | ✓ | INC.; BOLD HOLDINGS LLC; WESTROCK PUERTO RICO, INC.; OLAY LLC; SAMUEL GLEN; Becton Dickinson and Company (BD); Ameresco; RSH LIQUIDATING TRUST; Simple Health, LLC; Greg Jones Law LLC; EATON CORPORATION; SEAMLESS PUERTO RICO, INC.; Global Tel*Link Corporation; StratAir Puerto Rico LLC; FMC CORPORATION; PRWireless PR, LLC; AT&T of Puerto Rico, Inc.; AES PUERTO RICO, LP; MEDICAL CARD SYSTEM, INC.; SLSCO LTD.; COMMERCIAL EQUIPMENT FINANCE, INC.; Generac Power Systems, Inc.; Providence Insurance; Covington & Burling LLP; CADILLAC UNIFORMS AND LINEN SUPPLY, LLC; MICROSOFT CARIBBEAN, INC.; Mayfield College; Mandeep Dhillon; WKA DEVELOPMENT S.E.; SMT (Puerto Rico) Inc.; Sojitz Corporation of America; Edwards Lifesciences Technologies SARL; LASER PRODUCTS, INC.; PUEBLO INC.; Lord Construction Group Inc.; E-BIKE & KAYAK LLC; Carpenter Marsh Fac Re LLC; HILTON INTERNATIONAL OF PUERTO RICO, INC.; MARS, INC.; Palmas Hospitality Management LLC; LIBRA FUND, LLC; X2 ALTERNATIVE DIVIDEND ALPHA FUND LLC; CASA BLANCA, LLC; MHR FUND MANAGEMENT LLC; PLANET FITNESS; Genasys Inc.; LUXURY HOTELS INTERNATIONAL OF PUERTO RICO, INC. ; Active Capital Reinsurance Ltd.; HOLSUM DE PUERTO RICO, INC.; AXA EQUITABLE LIFE INSURANCE COMPANY; IBD ENERGY LLC; MONY LIFE INSURANCE COMPANY; Surf Performance Media LLC; ESJ HOTEL COMPANY LLC; Esso Standard Oil Company (Puerto Rico); BUCKEYE CARIBBEAN TERMINALS, LLC; NIGHT KAYAK, LLC; West Contract Manufacturing, LLC (West Pharmaceutical, Inc.); EL CONQUISTADOR PARTNERSHIP L.P., S.E.; Delta Health LLC; ROMARK GLOBAL PHARMA, LLC; Plaza Partners Corp.; HMS Ferries, Inc.; SWARM TECHNOLOGIES, INC.; ALTVEST CAPITAL, LLC; EDELCAR, INC.; Touchstone Wireless Latin America, LLC; PR TEXTILE RECYCLING, INC.; HOMEOWNER ASSOCIATION OF AZURE BEACH CONDOMINIUM; CAMPO RICO WAREHOUSE AND DISTRIBUTION CENTER, INC.; HARINAS DEL CARIBE, INC.; CAPSTONE CAPITAL PR, LLC; NOUMA TRADING; THE PHOENIX FUND ADVISOR LLC; PONCE HEALTH SCIENCES UNIVERSITY; SOIL SOLUTIONS, LLC ; Becton Dickson Caribe Ltd.; CPG/GS Island Properties VI, LLC; Roger Morrison; REVELLÍN LLC; Swiss Reinsurance Company LTD; AT&T Mobility of Puerto Rico, Inc.; MAP COMMUNICATIONS, LLC ; American Fidelity International Bermuda Ltd. c/o Eversheds Sutherland (US) LLP; Aragonite Holdings LLC; CEFI CAPITAL, LLC; PALMAS HOSPITALITY HOLDINGS LLC; Continental Casualty Company; JRC CONSOLIDATED, INC.; ATLANTIC TECHNICAL ORGANIZATION, LLC; ROMARK LABORATORIES, L.C.; MARRIOTT P.R. MANAGEMENT CORPORATION; PUMA ENERGY CARIBE, LLC; SENIOR RETIREMENT PLANNERS; AMGEN Manufacturing, Limited; Microsoft Operations Puerto Rico, LLC; New Fortress Energy (NFEnergy); CELGENE CORPORATION; SOL PUERTO RICO LIMITED; SOJITZ de Puerto Rico Corporation; THE PHOENIX FUND LLC; HILTON WORLDWIDE INTERNATIONAL PUERTO RICO, INC. ; STATION MANAGERS OF PUERTO RICO, INC. ; AFCO AvPorts Management LLC; ALTERNATIVE SOLUTIONS | Ismael Vincenty Medina; Nicole Johanna Berio Dorta; Josue E. Gonzalez Aldarondo; Marta Sofia Ramirez Isern; Edgardo Nieves Quiles; Ivelisse Collazo Rivera; Samuel Rosado Domenech; Rosa M. Lazaro San Miguel; Karla M. Morales Santiago; Astrid E. Velez Rivera; Francisco Rodriguez Figueroa; Carla Garcia Benitez; Gilberto Gutierrez Teissonniere; Natalia Torres Rivera; Javier Vazquez Morales; Alberto O. Nieves Cubero; Rosa M. González Lugo; Odalys Fuentes Cruz; Amaya Iraolagoitia Fernandez; Natalia Vilá Palacios; Ivette Rodriguez Hernández; Rafael A. Hernández Miranda; Beatriz Baldit Castro; Salvador Antonetti Stutts; Cristina Morazzani Jove; Viviana Miranda Ortiz; David Rive Power; Antonio Collazo Bennazar; Alfredo Alvarez |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| | | GROUP, LLC; SUPMARINE, LLC; TOYOTA CREDIT DE PUERTO RICO; PROCTER & GAMBLE COMMERCIAL LLC; EHP SAN JUAN SUITES LLC; EBI PATIENT CARE, INC.; DIABETIC SOLUTIONS MEDICAL EQUIPMENT AND PROSTHETICS, CORP.; Liongrove Management LLC; CATALENT PR HUMACAO, INC.; Baxter Healthcare Corporation; PALL LIFE SCIENCES OF PUERTO RICO, INC.; SHELL TRADING (US COMPANY); COSTCO Wholesale Corporation; TELRITE CORPORATION; X-SQUARE CAPITAL LLC; WILLIAMS HOSPITALITY GROUP LLC; ICF International, Inc.; Bard Shannon, Ltd.; | Ibáñez; Jose L. Notario Toll; Michelle Marichal Soderberg; Adriana Capacete Cabassa; |
| Bryanjeziel Corp. | 2021Q2-00102 | Zorima Billing Services; Asociacion de Centros Comerciales Puertorriquenos; J. Saad Nazer; Colegio de Cirujanos Dentistas; Asociacion de Industriales; Creative Developments; Beautiful Smile Dental Office; Disenadores de Sonrisas; Asociacion de Constructores de Puerto Rico; Centro Cardiovascular de Puerto y el Caribe; Sociedad de Ortopedia y Traumatologia - Fundacion SPOT; Fundacion de Trauma; A4G; Recinto de Ciencias Medicas de la UPR; Asociacion de Comerciantes de Materiales de Construccion; Comision Estatal de Elecciones (CEE); Tri Development; Grupo Carmelo; | Jose Alberto Feliciano Ramos; |
| World Professionals Group LLC | 2021Q2-00105 | MetLife Services and Solutions LLC; CC1 Companies LLC; Sistema de Salud Menonita; ECC Contractors; Fairmont El San Juan Hotel; Industria Lechera de Puerto Rico Inc; Walgreens; Franklin Rocafort; Hospitales Menonita; DBR Development Management; Deloitte Consulting LLP; South American Restaurants Corp; Supermercados Econo Inc; CTIA - The Wireless Association; GM Holdings; Strategic Technology Advisors; | Carlos Lopez; Liz Arroyo; Onix Maldonado; Luis Arroyo; |
| Juan Leonardo Negron | 2021Q2-00107 | Merck Sharp & Dohme Corp. & its affiliates; | |
| Exel Joel Lopez Velez | 2021Q2-00110 | Ollas Gas Services Inc.; | |



## REGISTRO DE CABILDEROS

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| McConnell Valdés LLC | 2019Q2-00003 | COCO BEACH GOLF, LLC; 252 SAN JOSÉ, LLC; BUCKEYE PARTNERS, L.P.; MEDTRONIC, INC.; ARMOR EXPRESS PUERTO RICO, INC.; GUANICA VILLAGE, LLC; MONARCH PR LAND II; SCOTIA BANK DE PUERTO RICO; TEC-SECURE, INC.; LOOKS GREAT; C.D. MITCHELL & COMPANY; BMS; FENWAL INTERNATIONAL; FABRIXS INDUSTRIAL LAUNDRY, CORP.; CORTLAND CAPITAL MARKETS, LLC; KAJ LAW GROUP, LLC.; SCIENTIFIC GAMES INTERNATIONAL INC; IPR PHARMACEUTICALS, INC.; BANCOLOMBIA PUERTO RICO INTERNACIONAL, INC.; 252 LUNA, LLC; THERMO KING DE PUERTO RICO INC.; PG CONSTRUCTION MANAGER LLC; ASOCIACION DE BANCOS DE PUERTO RICO; DEBRIS TECH, LLC; ST. JUDE MEDICAL PUERTO RICO LLC.; NEXT LEVEL SOLUTIONS, LLC; COLLINS AEROSPACE; COCO BEACH VC, LLC; ISLAND HOSPITALITY PARTNERS LLC; ALSA; PRIMERICA FINANCIAL SERVICES, INC.; GRAMEEN AMERICA, INC.; INTERNATIONAL HOSPITALITY ENTERPRISES; AIRBNB, INC.; H.I. DEVELOPMENT PUERTO RICO CORP; USA CAPITAL MANAGEMENT, INC; PUERTO RICO PUBLIC - PARTNERSHIP ASSOCIATION; SMG LATIN AMERICA, LLC; PEREGRINE GLOBAL, LLC; OHM R3 ACQUISITION LTD; COCO BEACH RESORT SERVICES, LLC; ELEMENT FLEET MANAGEMENT, INC.; MAXXAM, INC; MUNISERVICES, LLC; MADEN TECHNOLOGIES, INC.; YAROTEK PR LLC; OHM HOTEL ACQUISITION LTD; FLY THEATER, LLC.; FABRIXS INDUSTRIAL LAUNDRY, CORP.; ONSET CAPITAL PARTNERS, LLC.; KORE PRIVATE WEALTH; BANCOLOMBIA PUERTO RICO INTERNACIONAL, INC.; COCO BEACH PARCELS HOLDING, LLC; COCO BEACH RESORT MANAGEMENT, LLC; MIRAMAR CARIBE, LLC; CAMARERO RACETRACK, INC.; OHM COCO HOLDINGS, LTD.; BEST BUY PUERTO RICO; AUTOPISTAS METROPOLITANAS DE PUERTO RICO, LLC; POPULAR RISK SERVICES, INC.; KITCHEN CLEANING SERVICES, INC.; INGERSOLL-RAND COMPANY; ESJ TOWERS, INC.; PRIMERICA LIFE INSURANCE COMPANY; DESTILERIA SERRALLES INC.; AQUASUR CORPORATION; TECHNOSERVE, INC.; ABBOTT/ST. JUDE MEDICAL PUERTO RICO LLC; FEDEX EXPRESS; NUFARM AMERICAS, INC.; INSPIRA; CBRE; TRUMAN GROUP HOLDINGS, LLC; HIPODROMO CAMARERO; DISTRICT LIVE, LLC; FONROCHE ENERGY AMERICA; BAHIA BEACH RESORT, LLC; TERRAFORM POWER, INC.; MONTROSE STREET REALTY, LLC.; OPG TECHNOLOGY CORP.; MCVC HOLDINGS, LLC; DBR HOTEL 1 LLC; VACATION OWNERSHIP LENDING, INC.; ARCHIE, LLC; 360 LUNA, LLC; PAVIAHEALTH INC.; CSA GROUP; UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO; STATETRUST INTERNATIONAL BANK & TRUST, LLC; UBS FINANCIAL SERVICES INSURANCE AGENCY, INC.; 535 MADISON AVENUE; DORADO BEACH HOTEL CORPORATION; SHC HOLDING, LLC.; SMV ADVISORS LLC; DISTRICT LIVE HOTEL COMPANY, | JORGE RUÍZ MONTILLA; ANTONIO RODRÍGUEZ CABANILLAS; TATIANA ROMÁN OROZCO; ANTONIO ARIAS LARCADA; CARLOS FERNÁNDEZ LUGO; LAURA FEMENIAS JOVÉ; FRANCISCO PAVÍA SÁNCHEZ; ROSA CORRADA COLÓN; MIGUEL RIVERA ARCE; LUIS CÁCERES CASASNOVAS; ANITA MONTANER SEVILLANO; JORGE REXACH VAQUER; MARCOS RODRÍGUEZ-EMA; LIZZIE PORTELA FERNÁNDEZ; MAGDA BOYLES PONT; ISIS CARBALLO IRIGOYEN; ADRIAN GOYCO VERA; RUBÉN MUÑIZ BONILLA; LUIS HIDALGO RAMÍREZ; LILLIAN TORO MOJICA; RAMÓN PARRILLA CARBIA; YAMARY GONZÁLEZ BERRIOS; SILA GONZÁLEZ CALDERÓN; MAYLEEN SANTIAGO GARCÉS; EDWIN FIGUEROA ÁLVAREZ; LEONOR AGUILAR GUERRERO; MARIA CONSUELO CARTAGENA; INGRID AZIZE; MABEL SOTOMAYOR HERNÁNDEZ; LEYLA GONZÁLEZ IBARRIA; XENIA VÉLEZ SILVA; HARRY COOK MIRANDA; RICARDO GARCÍA NEGRÓN; MELBA ACOSTA |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| | | LLC; BANCO POPULAR DE PUERTO RICO; THE CHEESECAKE FACTORY INCORPORATED; UNITED MEDICAL CORPORATION; SMG CORPORATION; CITY CENTER PARTNERS, LLC; HOSTAL EL CONVENTO; ARCA INTERNATIONAL BANK, INC.; RICH KLANG; OCEAN DRIVE, LLC; SMG I - COLISEO DE PUERTO RICO; PPG INDUSTRIES INC.; MONARCH ALTERNATIVE CAPITAL LP; MTPR WAREHOUSE, LLC; COCO BEACH RENTALS, LLC; JOHN KNAPP; COCO BEACH LAND COMPANY, LLC; EVERSTREAM ENERGY CAPITAL MANAGEMENT, LLC.; COCO BEACH CLUB, LLC; CARIBBEAN HOTEL DEVELOPERS, S.E.; PPG ARCHITECTURAL COATINGS; INSTITUTE FOR BUILDING AND TECHNOLOGY SAFETY (IBTS); DBR PLANTATION VILLAGE, LLC; HAYDEN HERRERA; AIMBRIDGE (PR) SERVICES LLC; APTIM ENVIRONMENTAL & INFRASTRUCTURES, INC.; COCO HOTEL 1 LLC; ESJ RESORT, LLC; AURELIO COLLADO PACHECO; BEAM, LONGEST & NEFF, LLC; TRP SAN JUAN OWNER, LLC; NORTHSHORE MANAGEMENT CORPORATION; COLLINS HAMILTON SUNDSTRAND; UNIVISION; SUNNOVA MANAGEMENT, LLC.; TISHMAN REALTY PUERTO RICO LP; LIBERTY; TOROVERDE ENTERPRISES, LLC.; MIDLAND NATIONAL LIFE INSURANCE COMPANY; CLUB NAUTICO SALINAS, LLC; INTERCAM BANCO INTERNATIONAL, INC; HYATT VACATION OWNERSHIP, INC.; FOUR LEAF CLOVER, LLC; CARIBBEAN REFRESCOS, INC./THE COCA COLA CO; T-MOBILE CENTER; HOTEL PLAZA LAS DELICIAS, INC.; ARAMARK CLEANROOM SERVICES (PUERTO RICO), INC.; COCO BEACH R3 OWNER, LLC; POPULAR INSURANCE; H.R. PROPERTIES, INC.; QUIRCH FOODS; COCO BEACH H1 OWNER, LLC; COCO BEACH REAL ESTATE HOLDINGS, LLC; LONGROAD ENERGY HOLDINGS, LLC; OHI DEVELOPMENT, LLC; VERDE, LLC; CONDADO PLAZA, LLC; SCHNITZER PUERTO RICO, INC.; POPULAR, INC.; PHYSICIANS INSURANCE A MUTUAL COMPANY; ASSURANT, INC; CHARLES SCHWAB AND CO., INC.; SOLAR ENERGY & STORAGE ASSOCIATION; REBUILD SAN JUAN - PUERTA DE TIERRA II, LLC; DISTRICT HOTEL COMPANY, LLC; HAMILTON SUNDSTRAND; SERRALLES HOTEL INC; EYE MANAGEMENT OF PUERTO RICO LLC; THE NORMANDIE OZ LLC; AEROSTAR HOLDINGS, LLC; COCO VACATION CLUB 1 LLC; PUERTO RICO HOLDINGS LLC (THE ATTENURE GROUP); THERAPY NETWORK; LUQUILLO HOTEL COMPANY, LLC.; DANOSA CARIBBEAN INC; JORGE JORGE; SUNNOVA ENERGY CORPORATION & AFFILIATES; ALTRIA CLIENT SERVICES INC; TISHMAN REALTY CORPORATION; DBR DORADO OWNER LLC; REBUILD SAN JUAN - PUERTA DE TIERRA I, LLC; OHM DEVELOPMENT ACQUISITION LTD; BIOTECHNOLOGY INNOVATION ORGANIZATION; PDM UTILITY CORPORATION; PATTERN SANTA ISABEL, LLC; JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.); MONARCH; HP INTERNATIONAL TRADING B.V. (PUERTO RICO BRANCH), LLC; NUFARM AMERICAS, INC.; COCO BEACH H1 OWNER, LLC; COCO BEACH HOTEL, LLC; COCO BEACH SALES, LLC; SJ BEACH PR LLC; MANATI HOTEL COMPANY, LLC; DISTRICT HOTEL PARTNERS, LLC; CONTROLLED CHAOS PR. LLC; MC-21; COCO BEACH GROUNDS, LLC; PERFILES PROFESIONALES, INC.; VF GREENSBORO; MMM HOLDINGS, INC.; XLD INVESTMENT, INC.; COCO BEACH UTILITY COMPANY, INC.; WINLO MANAGEMENT GROUP LLC; BAYAMÓN HOTEL COMPANY, LLC; COCO BEACH UTILITY HOLDINGS, LLC.; LUTRON INC.; NELIPAK PUERTO RICO, INC.; INTERNATIONAL HOSPITALITY ASSOCIATES; CHUBB INSURANCE COMPANY OF PUERTO RICO; | FEBO; SILVESTRE MIRANDA PÉREZ; LUZ MARTÍNEZ; PATRICIA GEORGE IGUINA; ANTONIO RAMÍREZ APONTE; RAFAEL FERNÁNDEZ SUÁREZ; CARLOS VILLAFAÑE REAL; ANTONIO ESCUDERO VIERA; ARTURO GARCÍA SOLÁ; NATALIA RODRÍGUEZ ALEGRÍA; ANGEL RUÍZ RODRÍGUEZ; GERMÁN NOVOA RODRÍGUEZ; RUBÉN MÉNDEZ BENABE; JAIME GONZÁLEZ SUÁREZ; IGNACIO VIDAL CERRA; MARIANA CONTRERAS GÓMEZ; DIEGO PUELLO ÁLVAREZ; MARIA SZENDREY RAMOS; MARIO PANIAGUA GUZMÁN; LUIS MORALES STEINMANN; CARLA ALMEIDA ARACENA; ERNESTO MAYORAL MEGWINOFF; ESTEBAN BENGOA BECERRA; ROBERTO CABAÑAS; NAYUAN ZOUAIRABANI TRINIDAD; PAUL CORTÉS REXACH; JORGE GARCÍA DÍAZ; Arturo García-Solá; CARLOS DÍAZ WERT; VICTOR RIVERA LBAIOSA; RAFAEL SAAVEDRA; MARIA SALAS DÍAZ; MARIELA GONZÁLEZ; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| | | COOPERVISION CARIBBEAN CORPORATION; AUTOPISTAS DE PUERTO RICO LLC; COCO BEACH MASTER SERVICES, LLC; SUNSTONE PROPERTIES TRUST, LLC.; DBR CERROMAR OWNER LLC; GRUPO VL LLC; HACIENDA SAN MARTIN; COCO CONDOMINIUM 1 LLC; SOLOMON PROPERTIES TRUST, LLC; GENERAL ELECTRIC COMPANY; J.J. BEST BANK & CO.; KIARAS LLC.; REGENCY ACQUISITION, LLC.; VACATION OWNERSHIP LENDING, INC; HONEYWELL INC; RENEWABLE ENERGY AUTHORITY LLC; PROTECO; UBS TRUST COMPANY OF PUERTO RICO; SEARS ROEBUCK AND CO.; PG-IHP, LLC; BULLSTAR, INC.; N. HARRIS COMPUTER CORP.; UBS FINANCIAL SERVICES INC; PATTERN OPERATORS PUERTO RICO, LLC; LABORPAY LLC; CROPLIFE INTERNATIONAL; MTPR WAREHOUSE, LLC.; 252 FORTALEZA, LLC; PETER WILSON; OHM COCO HOLDINGS LP; COCO BEACH REALTY, LLC; PRHP, INC.; CERROMAR DEVELOPMENT PARTNERS, L.P.; PR TOURISM COMPANY; HOTEL DEVELOPMENT CORPORATION; SHELL TRADING (US) COMPANY; CORECIVIC; CONDADO DUO LA CONCHA SPV, LLC; | |
| The Davison Group Incorporated | 2019Q2-00008 | Colegio Médicos Cirujanos de Puerto Rico; | Kenneth Davison McClintock; |
| Delivery Care Services Inc. | 2019Q2-00010 | Smith and Nephew Inc; Strong Care Corp; Ortho Stat Caribbean Corp; Axisacare Health Logistic; | Joshua Morales; Brendalis Borrero; Genesis Molina; Ivette Torres; Liz Oliveras Calo; Rosa Liz Tapia; |
| World Professionals Group LLC | 2019Q2-00011 | Sistema de Salud Menonita; Geo Group Inc; GM Holdings; TV Global Enterprises Ltd; Nestor Ruiz; CTIA - The Wireless Association; Marin & Sons Strategies LLC; Walgreens; Strategic Technology Advisors; Deloitte Consulting LLP; | Anamar Menendez; Onix Maldonado; Luis Arroyo; Liz Arroyo; Carlos Lopez; Zoraida Buxo; |
| Politank Corp | 2019Q2-00016 | Colegio de Contadores Públicos Autorizados de Puerto Rico; Greenwich Biosciences; Navient; Pfizer; Avis Budget Group Inc.; | Elisa Muñoz; Kenneth McClintock; Francisco Domenech; |
| Héctor A. Mújica Trenche | 2019Q2-00018 | Asociación Industriales de Hielo; Humana Health Plan; Fresenius Kidney Care; Glaxo Smithkline; | |
| The RCL Group LLC. | 2019Q2-00020 | Pasarell Enterprises; CEGsoft; MCS Healthcare Holdings; BPAS Trust Company of PR; Asociación de Centros de Recicleje de Metales de PR; Cervecera de Puerto Rico; Ad Hoc Committee on Navy Frontier Pier; | Gabriela Anais Ramírez Montalvo; |
| Walgreens | 2019Q2-00022 | Walgreens; | Coral M Cummings Pino; |
| LGA Strategies, LLC | 2019Q2-00023 | Radiología del Turabo; Triple S Management; Mylan Inc.; Sociedad de Auxilio Mutuo; Colegio de CPA's; Walmart Puerto Rico; Cardinal Health; ASORE; PRTC/Claro Puerto Rico; FFI Holdings, Inc.; March of Dimes Foundation; Puerto Rico Hotel and Tourism Association; American Beverage Association; Arcos Dorados Puerto Rico; | Osvaldo R. Rojas Vega; Cirilo F. Cruz Tejeda; Osvaldo M. Rojas Vega; Ivanska M. Mangual Armada; Janille Rodriguez Beamud; Esteban A. López Rosado; |
| O'Neill & Borges LLC | 2019Q2-00029 | Esso Standard Oil Company (Puerto Rico); MANAGEMENT SERVICES INTERNATIONAL; HARINAS | GISELLE FLAQUE DURAN; ALFREDO |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| | | DEL CARIBE, INC.; AT&T Mobility of Puerto Rico, Inc.; SLSCO LTD.; SAMUEL GLEN; HILTON INTERNATIONAL OF PUERTO RICO, INC.; ROMARK GLOBAL PHARMA, LLC; PLANET FITNESS; Quality Care Hospice; PUERTO RICO CARIBE LESSEE LLC; PONCE HEALTH SCIENCES UNIVERSITY; CADILLAC UNIFORMS AND LINEN SUPPLY, LLC; WILLIAMS HOSPITALITY GROUP LLC; WESTROCK PUERTO RICO, INC.; REVELLÍN LLC; HILTON WORLDWIDE INTERNATIONAL PUERTO RICO, INC.; HOMEOWNER ASSOCIATION OF AZURE BEACH CONDOMINIUM; OPSEC SECURITY, INC.; AFCO AvPorts Management LLC; THE PHOENIX FUND ADVISOR LLC; SMT (Puerto Rico) Inc.; AES PUERTO RICO, LP; NOUMA TRADING; Becton Dickson Caribe Ltd.; COSTCO Wholesale Corporation; TELRITE CORPORATION; MARS, INC.; AMGEN Manufacturing, Limited; Becton Dickinson and Company (BD); SOJITZ de Puerto Rico Corporation; TLS MANAGEMENT AND MARKETING SERVICES A/K/A/ TAX LAW SOLUTIONS; CONDADO WAVE HOTEL; BUCKEYE CARIBBEAN TERMINALS, LLC; CAMPO RICO WAREHOUSE AND DISTRIBUTION CENTER, INC.; CELGENE CORPORATION; EBI PATIENT CARE, INC.; SANTANDER BANK, N.A.; X2 ALTERNATIVE DIVIDEND ALPHA FUND LLC; COMMERCIAL EQUIPMENT FINANCE, INC.; ALTERNATIVE SOLUTIONS GROUP, LLC; THE PHOENIX FUND LLC; MICROSOFT CARIBBEAN, INC.; PALL LIFE SCIENCES OF PUERTO RICO, INC.; ROMARK LABORATORIES, L.C.; AXA EQUITABLE LIFE INSURANCE COMPANY; MARRIOTT P.R. MANAGEMENT CORPORATION; LASER PRODUCTS, INC.; SOL PUERTO RICO LIMITED; POSADAS DE SAN JUAN ASSOCIATES; IBD ENERGY LLC; BOLD HOLDINGS LLC; OLAY LLC; PUEBLO INC.; WKA DEVELOPMENT S.E.; SOIL SOLUTIONS, LLC; TOYOTA CREDIT DE PUERTO RICO; AT&T of Puerto Rico, Inc.; ESJ HOTEL COMPANY LLC; CASA BLANCA, LLC; ATLANTIC TECHNICAL ORGANIZATION, LLC; POSADAS DE PUERTO RICO ASSOCIATES, LLC; MHR FUND MANAGEMENT LLC; HOLSUM DE PUERTO RICO, INC.; EATON CORPORATION; RSH LIQUIDATING TRUST; PROCTER & GAMBLE COMMERCIAL LLC; SHELL TRADING (US COMPANY); LUXURY HOTELS INTERNATIONAL OF PUERTO RICO, INC.; E-BIKE & KAYAK LLC; PUMA ENERGY CARIBE, LLC; ALTVEST CAPITAL, LLC; Rock Solid Technologies, Inc.; FMC CORPORATION; MAP COMMUNICATIONS, LLC; CEFI CAPITAL, LLC; DRC EMERGENCY SERVICES, INC.; PUMA ENERGY SERVICES (LATAM) LLL; EL CONQUISTADOR PARTNERSHIP L.P., S.E.; EDELCAR, INC.; SEAMLESS PUERTO RICO, INC.; LIBRA FUND, LLC; EHP SAN JUAN SUITES LLC; CPG/GS Island Properties VI, LLC; NIGHT KAYAK LLC; MEDICAL CARD SYSTEM, INC.; Bard Shannon, Ltd.; X-SQUARE CAPITAL LLC; PR TEXTILE RECYCLING, INC.; RCPR ACQUISITION HOLDINGS, LLC; CAPSTONE CAPITAL PR, LLC.; NIGHT KAYAK, LLC; CATALENT PR HUMACAO, INC.; SENIOR RETIREMENT PLANNERS; SWARM TECHNOLOGIES, INC.; SUPMARINE, LLC; TOTE, LLC; COMMERCIAL EQUIPMENT FINANCE INCOME FUND, LLC; DIABETIC SOLUTIONS MEDICAL EQUIPMENT AND PROSTHETICS, CORP.; STATION MANAGERS OF PUERTO RICO, INC.; MONY LIFE INSURANCE COMPANY; | ALVAREZ IBANEZ; JOAMANDA MARCELLE MORALES VEGA; ROSA M. GONZÁLEZ LUGO; ANTONIO COLLAZO BENNAZAR; AMAYA IRAOLAGOITIA FERNÁNDEZ; ISMAEL VINCENTY MEDINA; IVELISSE COLLAZO RIVERA; EDGARDO NIEVES QUILES; FRANCISCO RODRIGUEZ FIGUEROA; CRISTINA MORAZZANI JOVÉ; SALVADOR ANTONETTI STUTTS; CARLA GARCIA BENITEZ; ROSA M. LÁZARO SAN MIGUEL; DENISSE ORTIZ TORRES; EMILIANO TRIGO FRITZ; JULIO PIETRANTONI ARCE; BEATRIZ BALDIT CASTRO; MICHELLE MARICHAL SODERBERG; IVETTE RODRIGUEZ HERNANDEZ; SAMUEL ROSADO DOMENECH; VIVIANA MIRANDA ORTIZ; JERRY LUCAS MARRERO CARTAGENA; GILBERTO GUTIERREZ TEISSONNIERE; JOSE L. NOTARIO TOLL; RAFAEL A. HERNÁNDEZ MIRANDA; JOSE RAMON CACHO RODRIGUEZ; JUAN ANTONIO AQUINO BARRERAS; MARTA SOFIA RAMÍREZ ISERN; JORGE A. CANDELARIA SERRANO; ASTRID VELEZ RIVERA; DAVID RIVE POWER; KARLA M. MORALES SANTIAGO; JAVIER VAZQUEZ MORALES; CHRISTOPHER THOMAS RIVERA BLAS; DAVID M. MAGRANER ORTIZ; MARIA CRISTINA DE LA VEGA CHAPARRO; NICOLE JOHANNA BERIO DORTA; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| Álvaro Luis Moreno Ávila | 2019Q2-00031 | GlaxoSmithKline LLC; Fresenius Medical Care North America; ViiV Healthcare Company; | |
| Alexandra Verdiales Costa | 2019Q2-00036 | AT&T Mobility of Puerto Rico, Inc.; AT&T of Puerto Rico, Inc.; | |
| Johnson & Johnson | 2019Q2-00037 | Janssen Cilag Manufacturing LLC; Janssen Ortho LLC; Ethicon Endo Surgery LLC; Ethicon LLC; Johnson & Johnson International; Ortho Biologics LLC; Mc Neil Healthcare LLC; Advance Medical Optics, Inc/ Johnson & Johnson Vision; | Pedro Costa Cordero; |
| SLCNLaw, LLC | 2019Q2-00038 | Cooperativa de Ahorro y Crédito Vega Alta; Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía Villa Los Santos Development; Cooperativa de Ahorro y Crédito de Rincón; Cooperativa de Ahorro y Crédito de Ciales; Cooperativa de Ahorro y Crédito de Lares y Región Central; Cooperativa de Ahorro y Crédito Abraham Rosa; Cooperativa de Ahorro y Crédito de Juana Díaz; | Jose Antonio Sosa Llorens; |
| Propizio LLC | 2019Q2-00043 | Bristol Myers Squibb; AT&T Puerto Rico; | Eunice Sherrie Candelaria De Jesus; |
| Globalize LLC | 2019Q2-00044 | Insight Communications Group; Human Advantage Insurance Brokers, Inc.; MMM healthcare, LLC; Rapiscan Systems; Tidal Basin Caribe, LLC; CGI Technologies and Solutions, Inc.; Protective Security Systems, Inc.; Koteen Associates of Puerto Rico; Innovative Emergency Management, Inc.; Thompson Construction Group; MC-21 Corporation; Kraken Technologies, LLC; Bridgewater Consulting Group, Inc.; Horne LLP; ADTALEM Global Education; Tartak; Indulac, Inc.; El Cartel Records; Caribbean Metering Systems, Inc.; S2 Global; Beam, Longest and Neff; Los Cangri, Inc.; | Natalia Stevenson; Carlos Mercader; Alfredo Escalera; |
| ANA TERESA MERCADO ZAMBRANA | 2019Q2-00045 | EDWARDS LIFESCIENCES; STRYKER; ABBVIE DE PUERTO RICO; MEDTRONIC PUERTO RICO; | |
| SAV Consulting Group, LLC | 2019Q2-00060 | Empresas Fonalledas, Inc.; Crowley Maritime Corporation; | Jean Paul Vissepo Garriga; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| O'Neill & Borges LLC | 2019Q2-00070 | CPG/GS Island Properties VI, LLC; EBI PATIENT CARE, INC.; OPSEC SECURITY, INC.; SOL PUERTO RICO LIMITED; WILLIAMS HOSPITALITY GROUP LLC; SAMUEL GLEN; IBD ENERGY LLC; Becton Dickson Caribe Ltd.; ROMARK GLOBAL PHARMA, LLC; AFCO AvPorts Management LLC; THE PHOENIX FUND LLC; PR TEXTILE RECYCLING, INC.; Quality Care Hospice; EL CONQUISTADOR PARTNERSHIP L.P., S.E.; SWARM TECHNOLOGIES, INC.; BOLD HOLDINGS LLC; POSADAS DE SAN JUAN ASSOCIATES; MARS, INC; NOUMA TRADING; EDELCAR, INC.; STATION MANAGERS OF PUERTO RICO, INC.; HOMEOWNER ASSOCIATION OF AZURE BEACH CONDOMINIUM; HOLSUM DE PUERTO RICO, INC.; MONY LIFE INSURANCE COMPANY; WKA DEVELOPMENT S.E.; REVELLÍN LLC; DRC EMERGENCY SERVICES, INC.; AT&T Mobility of Puerto Rico, Inc.; SHELL TRADING (US COMPANY); CONDADO WAVE HOTEL; E-BIKE & KAYAK LLC; CASA BLANCA, LLC; CEFI CAPITAL, LLC; PLANET FITNESS; TOYOTA CREDIT DE PUERTO RICO; WESTROCK PUERTO RICO, INC.; CATALENT PR HUMACAO, INC.; Rock Solid Technologies, Inc.; MAP COMMUNICATIONS, LLC; CELGENE CORPORATION; MHR FUND MANAGEMENT LLC; Generac Power Systems, Inc.; AT&T of Puerto Rico, Inc.; PUEBLO INC.; SOIL SOLUTIONS, LLC; FMC CORPORATION; THE PHOENIX FUND ADVISOR LLC; EATON CORPORATION; SANTANDER BANK, N.A.; Esso Standard Oil Company (Puerto Rico); SMT (Puerto Rico) Inc.; X2 ALTERNATIVE DIVIDEND ALPHA FUND LLC; PROCTER & GAMBLE COMMERCIAL LLC; AES PUERTO RICO, LP; HARINAS DEL CARIBE, INC.; NIGHT KAYAK, LLC; SENIOR RETIREMENT PLANNERS; CADILLAC UNIFORMS AND LINEN SUPPLY, LLC; CAPSTONE CAPITAL PR, LLC.; AXA EQUITABLE LIFE INSURANCE COMPANY; EHP SAN JUAN SUITES LLC; PONCE HEALTH SCIENCES UNIVERSITY; COSTCO Wholesale Corporation; AMGEN Manufacturing, Limited; OLAY LLC; PALL LIFE SCIENCES OF PUERTO RICO, INC.; LIBRA FUND, LLC; HILTON INTERNATIONAL OF PUERTO RICO, INC.; RCPR ACQUISITION HOLDINGS, LLC; PUMA ENERGY CARIBE, LLC; Sojitz Corporation of America; MARRIOTT P.R. MANAGEMENT CORPORATION; LUXURY HOTELS INTERNATIONAL OF PUERTO RICO, INC.; ESJ HOTEL COMPANY LLC; Bard Shannon, Ltd.; CAMPO RICO WAREHOUSE AND DISTRIBUTION CENTER, INC.; PUERTO RICO CARIBE LESSEE LLC; Becton Dickinson and Company (BD); MICROSOFT CARIBBEAN, INC.; SEAMLESS PUERTO RICO, INC.; SOJITZ de Puerto Rico Corporation; COMMERCIAL EQUIPMENT FINANCE, INC.; POSADAS DE PUERTO RICO ASSOCIATES, LLC; PUMA ENERGY SERVICES (LATAM) LLL; TLS MANAGEMENT AND MARKETING SERVICES A/K/A/ TAX LAW SOLUTIONS; COMMERCIAL EQUIPMENT FINANCE, INC.; BUCKEYE CARIBBEAN TERMINALS, LLC; HILTON WORLDWIDE INTERNATIONAL PUERTO RICO, INC.; TOTE, LLC; MEDICAL CARD SYSTEM, INC.; ALTVEST CAPITAL, LLC; MANAGEMENT SERVICES INTERNATIONAL; ALTERNATIVE SOLUTIONS GROUP, LLC; ATLANTIC TECHNICAL ORGANIZATION, LLC; LASER PRODUCTS, INC.; X-SQUARE CAPITAL LLC; ROMARK LABORATORIES, L.C.; COMMERCIAL EQUIPMENT FINANCE INCOME FUND, INC.; RSH LIQUIDATING TRUST; TELRITE CORPORATION; DIABETIC SOLUTIONS MEDICAL EQUIPMENT AND PROSTHETICS, CORP.; SLSCO LTD.; SUPMARINE, LLC; | Jose L. Notario Toll; Alfredo Alvarez Ibáñez; Salvador Antonetti Stutts; Gilberto Gutierrez Teissonniere; Maria Cristina de la Vega Chaparro; Rosa M. Lazaro San Miguel; Adriana Capacete Cabassa; Joamanda Marcelle Morales Vega; Nicole Johanna Berio Dorta; Rosa M. Gonzalez Lugo; Edgardo Nieves Quiles; Ivelisse Collazo Rivera; Jorge A. Candelaria Serrano; Samuel Rosado Domenech; David M. Magraner Ortiz; Christopher Thomas Rivera Blas; Denisse Ortiz Torres; David Rive Power; Giselle Flaque Duran; Cristina Morazzani Jove; Michelle Marichal Soderberg; Astrid E. Velez Rivera; Marta Sofia Ramírez Isern; Carla Garcia Benitez; Rafael A. Hernandez Miranda; Francisco Rodriguez Figueroa; Beatriz Baldit Castro; Ismael Vincenty Medina; Josué E. González Aldarondo; Karla M. Morales Santiago; Jose Ramon Cacho Rodriguez; Viviana Miranda Ortiz; Alberto O. Nieves Cubero; Amilkar O. Cruz Pastrana; Ivette Rodríguez Hernández; Amaya Iraolagoitia Fernandez; Javier Vazquez Morales; Alejandro Santiago Martinez; Antonio Collazo Bennazar; Juan Antonio Aquino Barrera; Jerry Lucas Marrero Cartagena; Julio Pietrantoni Arce; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| Bryanjeziel Corp. | 2019Q2-00072 | Sociedad de Ortopedia, Ortocoop; A4g; Asociacion de Constructores; ACMC; Disenadores de Sonrisas; Tri Development; Creative; Colegio de Cirujanos Dentistas; Asociacion de Industriales; J. Saad Nazer; | Llc. Jose Alberto Feliciano Ramos; |
| O'Neill & Borges LLC | 2019Q2-00075 | THE PHOENIX FUND ADVISOR LLC; HMS Ferries, Inc.; SHELL TRADING (US COMPANY); NIGHT KAYAK, LLC; SENIOR RETIREMENT PLANNERS; StratAir Puerto Rico LLC; Sojitz Corporation of America; CEFI CAPITAL, LLC; LASER PRODUCTS, INC.; Providence Insurance; SEAMLESS PUERTO RICO, INC.; MARS, INC.; PR TEXTILE RECYCLING, INC.; SANTANDER BANK, N.A.; DRC EMERGENCY SERVICES, INC.; LIBRA FUND, LLC; TOTE, LLC; RCPR ACQUISITION HOLDINGS, LLC; REVELLÍN LLC; PUEBLO INC.; EDELCAR, INC.; Becton Dickson Caribe Ltd.; OLAY LLC; Swiss Reinsurance Company LTD; EL CONQUISTADOR PARTNERSHIP L.P., S.E.; RSH LIQUIDATING TRUST; ATLANTIC TECHNICAL ORGANIZATION, LLC; Generac Power Systems, Inc.; Delta Health LLC; MAP COMMUNICATIONS, LLC; HOMEOWNER ASSOCIATION OF AZURE BEACH CONDOMINIUM; MICROSOFT CARIBBEAN, INC.; DIABETIC SOLUTIONS MEDICAL EQUIPMENT AND PROSTHETICS, CORP.; CATALENT PR HUMACAO, INC.; LUXURY HOTELS INTERNATIONAL OF PUERTO RICO, INC.; EATON CORPORATION; PROCTER & GAMBLE COMMERCIAL LLC; CAPSTONE CAPITAL PR, LLC; SOJITZ de Puerto Rico Corporation; OPSEC SECURITY, INC.; ALTVEST CAPITAL, LLC; COMMERCIAL EQUIPMENT FINANCE INCOME FUND, INC.; STATION MANAGERS OF PUERTO RICO, INC.; HOLSUM DE PUERTO RICO, INC.; POSADAS DE PUERTO RICO ASSOCIATES, LLC; CELGENE CORPORATION; COMMERCIAL EQUIPMENT FINANCE, INC.; Global Tel*Link Corporation; CASA BLANCA, LLC; HILTON INTERNATIONAL OF PUERTO RICO, INC.; SMT (Puerto Rico) Inc.; HARINAS DEL CARIBE, INC.; CADILLAC UNIFORMS AND LINEN SUPPLY, LLC; AFCO AvPorts Management LLC; BUCKEYE CARIBBEAN TERMINALS, LLC; SUPMARINE, LLC; AXA EQUITABLE LIFE INSURANCE COMPANY; PUERTO RICO CARIBE LESSEE LLC; POSADAS DE SAN JUAN ASSOCIATES; MEDICAL CARD SYSTEM, INC.; E-BIKE & KAYAK LLC; PUMA ENERGY CARIBE, LLC; COSTCO Wholesale Corporation; TOYOTA CREDIT DE PUERTO RICO; WKA DEVELOPMENT S.E.; MHR FUND MANAGEMENT LLC; CAMPO RICO WAREHOUSE AND DISTRIBUTION CENTER, INC.; HILTON WORLDWIDE INTERNATIONAL PUERTO RICO, INC.; NOUMA TRADING; SprintCom, Inc.; Quality Care Hospice; EHP SAN JUAN SUITES LLC; PRWireless PR, LLC; IBD ENERGY LLC; ROMARK GLOBAL PHARMA, LLC; AMGEN Manufacturing, Limited; Becton Dickinson and Company (BD); SAMUEL GLEN; Esso Standard Oil Company (Puerto Rico); AES PUERTO RICO, LP; PUMA ENERGY SERVICES (LATAM) LLL; SOIL SOLUTIONS, LLC; AT&T Mobility of Puerto Rico, Inc.; WILLIAMS HOSPITALITY GROUP LLC; Carpenter Marsh Fac Re LLC; TELRITE CORPORATION; X2 ALTERNATIVE DIVIDEND ALPHA FUND LLC; EBI PATIENT CARE, INC.; SLSCO LTD.; X-SQUARE CAPITAL LLC; SOL PUERTO RICO LIMITED; PALL LIFE SCIENCES OF PUERTO RICO, INC.; CPG/GS Island Properties VI, LLC; Rock Solid Technologies, Inc.; ICF International, Inc.; Touchstone Wireless Latin America, LLC; PONCE HEALTH SCIENCES UNIVERSITY; Bard Shannon, Ltd.; THE PHOENIX FUND LLC; CONDADO WAVE HOTEL; AT&T of Puerto Rico, Inc.; TLS MANAGEMENT AND MARKETING SERVICES A/K/A/ TAX LAW SOLUTIONS; MARRIOTT P.R. MANAGEMENT CORPORATION; | Viviana Miranda Ortiz; Rosa M. Lazaro San Miguel; Alberto O. Nieves Cubero; Nicole Johanna Berio Dorta; Astrid E. Velez Rodriguez; Marta Sofia Ramírez Isern; Javier Vázquez Morales; Denisse Ortiz Torres; Alfredo Alvarez Ibañez; David M. Magraner Ortiz; Maria Cristina de la Vega Chaparro; Carla Garcia Benitez; Jose Ramon Cacho Rodriguez; Ivette Rodriguez Hernández; Jorge A. Candelaria Serranto; Christopher Thomas Rivera Blas; Francisco Rodriguez Figueroa; Joamanda Marcelle Morales Vega; Salvador Antonetti Stutts; Michelle Marichal Soderberg; Rosa M. González Lugo; Ismael Vincenty Medina; Alejandro Santiago Martinez; David Rive Power; Gilberto Gutierrez Teissonniere; Rafael A. Hernández Miranda; Amilkar O. Cruz Pastrana; Edgardo Nieves Quiles; Josue E. González Aldarondo; Karla M. Morales Santiago; Julio Pietrantoni Arce; Antonio Collazo Bennazar; Amaya Iraolagoitia Fernández; Ivelisse Collazo Rivera; Adriana Capacete Cabassa; Samuel Rosado Domenech; Cristina Morazzani Jove; Juan Antonio Aquino Barrera; Jose Luis Notario Toll; Beatriz Baldit Castro; Jerry Lucas Marrero Cartagena; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| | | ALTERNATIVE SOLUTIONS GROUP, LLC; SWARM TECHNOLOGIES, INC.; MANAGEMENT SERVICES INTERNATIONAL; WESTROCK PUERTO RICO, INC.; ROMARK LABORATORIES, L.C.; MONY LIFE INSURANCE COMPANY; MARSH SALDAÑA, INC.; PLANET FITNESS; FMC CORPORATION; BOLD HOLDINGS LLC; ESJ HOTEL COMPANY LLC; | |
| Propizio LLC | 2019Q2-00076 | AT&T; Lilly USA, LLC; Bristol Myers Squibb; | Eunice Sherrie Candelaria De Jesus; |
| LUIS MANUEL RAMIREZ ORTIZ | 2019Q2-00079 | MUJERES GUERRERAS DE DIOS, INC.; LITHOCORE LLC; | |
| TOLEDO LEGAL SERVICES | 2019Q2-00080 | CENTRO DE SERVICIOS INTEGRADOS (CSI), LLC; | LCDO. IVAN TOLEDO COLON; |
| Norberto Colón Alvarado | 2021Q2-00085 | | |
| The RCL Group LLC. | 2021Q2-00089 | Condado 6; BPAS Trust; Pasarell Enterprises; CEGsoft; Milbank; Cervecera de Puerto Rico; CC1; MCS Healthcare Holdings; Air Master - Valcor; | Raul Candelario Lopez; Adleen Rovira Pena; |
| Reinsertion Opportunity Agency LLC | 2021Q2-00092 | Población Correccional de Puerto Rico; | Yamil López; |
| Reichard & Escalera LLC | 2021Q2-00094 | Monarch Alternative Capital LP; Whitebox Advisors LLC; Medtronic Puerto Rico Operations Co.; Harbor Consulting Engineers, Inc.; FCO Advisors LP; PPG Industries, Inc.; Icon Health & Fitness, Inc.; Hewlett Packard Enterprise; Uber; YMCA of the USA; Aristeia Caputal, LLC; Farmstead Capital Management; Havas Worldwide Puerto Rico; Neda Development; St. Jude Children's Research Hospital; Golden Tree Asset Management LP; Luis Garratón, Inc.; Royal Caribbean Cruises Ltd; Whirlpool Latin America; Expedia Group; Strategic Film & TV Consultants; Walgreens, Inc.; Holland & Hart LLP; Covidien; PRTC; Walmart Puerto Rico; Allied Universal Security; Lilly del Caribe, Inc.; Badillo Saatchi; Arteaga & Arteaga; Droguería Betances; Hospital Bella Vista; Stryker Puerto Rico Ltd; Power Secure; Hospital La Concepción; Site Centers Corp.; Triple Net Holdings LLC; Excel Contractors, Inc.; Suiza Dairy Corp.; R.J. Reynolds Tobacco (CI), Co.; HP International Trading B.V.; Positronic Industries; Elawan Energy, S.A.; Toledo & Co., Inc.; Grupo Unido de Importadores de Automóviles; Pfizer Pharmaceuticals LLC; Envista Forensics; Cheyenne International LLC; Roche Operations LTD; Pepsico, Inc.; City of Hope; Johnson & Johnson; Ricoh Puerto Rico, Inc.; Taconic Capital Advisors LP; Bose McKinney & Evans LLP; Oracle Caribbean PR; Prometric; West Coast Development Corporation; Squire Patton Boggs (US) LLP; United Rentals, Inc.; CSRS, Inc.; Lawful Constitutional Debt Coalition; Dunhill Tobacco of London Limited; The National Catholic Risk Retention Group, Inc.; ADP, LLC; | Grace Santana; Claudia Motta; Antonio Silva; María de Lourdes Martínez; Juan Carlos Méndez; Rafael Escalera; Daniel Salinas; Viviana Currais; Héctor Reichard; Carlos Serrano; Celia Acevedo; Melba Benítez; Alba Joubert; Alfredo Salazar; Fernando Ortiz; Ernesto Zayas; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| World Professionals Group LLC | 2021Q2-00096 | Hospitales Menonita; Walgreens; GM Holdings; Supermercados Econo Inc; Industria Lechera de Puerto Rico Inc; Franklin Rocafort; Strategic Technology Advisors; South American Restaurants Corp; MetLife Services and Solutions LLC; Fairmont El San Juan Hotel; Sistema de Salud Menonita; CTIA - The Wireless Association; DBR Development Management; ECC Contractors; CC1 Companies LLC; Deloitte Consulting LLP; | Zoraida Buxo; Onix Maldonado; Luis Arroyo; Liz Arroyo; Carlos Lopez; |
| O'Neill & Borges LLC | 2021Q2-00099 | COMMERCIAL EQUIPMENT FINANCE INCOME FUND, INC.; RCPR ACQUISITION HOLDINGS, LLC; Rock Solid Technologies, Inc.; SprintCom, Inc.; TLS MANAGEMENT AND MARKETING SERVICES A/K/A/ TAX LAW SOLUTIONS; MARSH SALDAÑA, INC.; TOTE, LLC; POSADAS DE PUERTO RICO ASSOCIATES, LLC; MANAGEMENT SERVICES INTERNATIONAL; PUERTO RICO CARIBE LESSEE LLC; DRC EMERGENCY SERVICES, INC.; PUMA ENERGY SERVICES (LATAM) LLL; CONDADO WAVE HOTEL; Quality Care Hospice; OPSEC SECURITY, INC.; BOLD HOLDINGS LLC; WESTROCK PUERTO RICO, INC.; OLAY LLC; SAMUEL GLEN; Becton Dickinson and Company (BD); Ameresco; RSH LIQUIDATING TRUST; Simple Health, LLC; Greg Jones Law LLC; EATON CORPORATION; SEAMLESS PUERTO RICO, INC.; Global Tel*Link Corporation; StratAir Puerto Rico LLC; FMC CORPORATION; PRWireless PR, LLC; AT&T of Puerto Rico, Inc.; AES PUERTO RICO, LP; MEDICAL CARD SYSTEM, INC.; SLSCO LTD.; COMMERCIAL EQUIPMENT FINANCE, INC.; Generac Power Systems, Inc.; Providence Insurance; Covington & Burling LLP; CADILLAC UNIFORMS AND LINEN SUPPLY, LLC; MICROSOFT CARIBBEAN, INC.; Mayfield College; Mandeep Dhillon; WKA DEVELOPMENT S.E.; SMT (Puerto Rico) Inc.; Sojitz Corporation of America; Edwards Lifesciences Technologies SARL; LASER PRODUCTS, INC.; PUEBLO INC.; Lord Construction Group Inc.; E-BIKE & KAYAK LLC; Carpenter Marsh Fac Re LLC; HILTON INTERNATIONAL OF PUERTO RICO, INC.; MARS, INC.; Palmas Hospitality Management LLC; LIBRA FUND, LLC; X2 ALTERNATIVE DIVIDEND ALPHA FUND LLC; CASA BLANCA, LLC; MHR FUND MANAGEMENT LLC; PLANET FITNESS; Genasys Inc.; LUXURY HOTELS INTERNATIONAL OF PUERTO RICO, INC. ; Active Capital Reinsurance Ltd.; HOLSUM DE PUERTO RICO, INC.; AXA EQUITABLE LIFE INSURANCE COMPANY; IBD ENERGY LLC; MONY LIFE INSURANCE COMPANY; Surf Performance Media LLC; ESJ HOTEL COMPANY LLC; Esso Standard Oil Company (Puerto Rico); BUCKEYE CARIBBEAN TERMINALS, LLC; NIGHT KAYAK, LLC; West Contract Manufacturing, LLC (West Pharmaceutical, Inc.); EL CONQUISTADOR PARTNERSHIP L.P., S.E.; Delta Health LLC; ROMARK GLOBAL PHARMA, LLC; Plaza Partners Corp.; HMS Ferries, Inc.; SWARM TECHNOLOGIES, INC.; ALTVEST CAPITAL, LLC; EDELCAR, INC.; Touchstone Wireless Latin America, LLC; PR TEXTILE RECYCLING, INC.; HOMEOWNER ASSOCIATION OF AZURE BEACH CONDOMINIUM; CAMPO RICO WAREHOUSE AND DISTRIBUTION CENTER, INC.; HARINAS DEL CARIBE, INC.; CAPSTONE CAPITAL PR, LLC; NOUMA TRADING; THE PHOENIX FUND ADVISOR LLC; PONCE HEALTH SCIENCES UNIVERSITY; SOIL SOLUTIONS, LLC ; Becton Dickson Caribe Ltd.; CPG/GS Island Properties VI, LLC; Roger Morrison; REVELLÍN LLC; Swiss Reinsurance Company LTD; AT&T Mobility of Puerto Rico, Inc.; MAP COMMUNICATIONS, LLC ; American Fidelity International Bermuda Ltd. c/o Eversheds Sutherland (US) LLP; Aragonite Holdings | Jerry Lucas Marrero Cartagena; Juan Antonio Aquino Barrera; Denisse Ortiz Torres; Jose Ramon Cacho Rodríguez; Ismael Vincenty Medina; Nicole Johanna Berio Dorta; Josue E. Gonzalez Aldarondo; Marta Sofia Ramirez Isern; Edgardo Nieves Quiles; Ivelisse Collazo Rivera; Samuel Rosado Domenech; Rosa M. Lazaro San Miguel; Karla M. Morales Santiago; Astrid E. Velez Rivera; Francisco Rodriguez Figueroa; Carla Garcia Benitez; Gilberto Gutierrez Teissonniere; Natalia Torres Rivera; Javier Vazquez Morales; Alberto O. Nieves Cubero; Rosa M. González Lugo; Odalys Fuentes Cruz; Amaya Iraolagoitia Fernandez; Natalia Vilá Palacios; Ivette Rodriguez Hernández; Rafael A. Hernández Miranda; Beatriz Baldit Castro; Salvador Antonetti Stutts; Cristina Morazzani Jove; Viviana Miranda Ortiz; David Rive Power; Antonio Collazo Bennazar; Alfredo Alvarez Ibáñez; Jose L. Notario Toll; Michelle Marichal Soderberg; Adriana Capacete Cabassa; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
|  |  | LLC; CEFI CAPITAL, LLC; PALMAS HOSPITALITY HOLDINGS LLC; Continental Casualty Company; JRC CONSOLIDATED, INC.; ATLANTIC TECHNICAL ORGANIZATION, LLC; ROMARK LABORATORIES, L.C.; MARRIOTT P.R. MANAGEMENT CORPORATION; PUMA ENERGY CARIBE, LLC; SENIOR RETIREMENT PLANNERS; AMGEN Manufacturing, Limited; Microsoft Operations Puerto Rico, LLC; New Fortress Energy (NFEnergy); CELGENE CORPORATION; SOL PUERTO RICO LIMITED; SOJITZ de Puerto Rico Corporation; THE PHOENIX FUND LLC; HILTON WORLDWIDE INTERNATIONAL PUERTO RICO, INC. ; STATION MANAGERS OF PUERTO RICO, INC. ; AFCO AvPorts Management LLC; ALTERNATIVE SOLUTIONS GROUP, LLC; SUPMARINE, LLC; TOYOTA CREDIT DE PUERTO RICO; PROCTER & GAMBLE COMMERCIAL LLC; EHP SAN JUAN SUITES LLC; EBI PATIENT CARE, INC.; DIABETIC SOLUTIONS MEDICAL EQUIPMENT AND PROSTHETICS, CORP.; Liongrove Management LLC; CATALENT PR HUMACAO, INC.; Baxter Healthcare Corporation; PALL LIFE SCIENCES OF PUERTO RICO, INC.; SHELL TRADING (US COMPANY); COSTCO Wholesale Corporation; TELRITE CORPORATION; X-SQUARE CAPITAL LLC; WILLIAMS HOSPITALITY GROUP LLC; ICF International, Inc.; Bard Shannon, Ltd.; |  |
| Bryanjeziel Corp. | 2021Q2-00102 | Zorima Billing Services; Asociacion de Centros Comerciales Puertorriquenos; J. Saad Nazer; Colegio de Cirujanos Dentistas; Asociacion de Industriales; Creative Developments; Beautiful Smile Dental Office; Disenadores de Sonrisas; Asociacion de Constructores de Puerto Rico; Centro Cardiovascular de Puerto y el Caribe; Sociedad de Ortopedia y Traumatologia - Fundacion SPOT; Fundacion de Trauma; A4G; Recinto de Ciencias Medicas de la UPR; Asociacion de Comerciantes de Materiales de Construccion; Comision Estatal de Elecciones (CEE); Tri Development; Grupo Carmelo; | Jose Alberto Feliciano Ramos; |
| World Professionals Group LLC | 2021Q2-00105 | MetLife Services and Solutions LLC; CC1 Companies LLC; Sistema de Salud Menonita; ECC Contractors; Fairmont El San Juan Hotel; Industria Lechera de Puerto Rico Inc; Walgreens; Franklin Rocafort; Hospitales Menonita; DBR Development Management; Deloitte Consulting LLP; South American Restaurants Corp; Supermercados Econo Inc; CTIA - The Wireless Association; GM Holdings; Strategic Technology Advisors; | Carlos Lopez; Liz Arroyo; Onix Maldonado; Luis Arroyo; |
| Juan Leonardo Negron | 2021Q2-00107 | Merck Sharp & Dohme Corp. & its affiliates; |  |
| Exel Joel Lopez Velez | 2021Q2-00110 | Ollas Gas Services Inc.; |  |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| Pietrantoni Mendez & Alvarez LLC | 2021Q2-00116 | Mayagüez Medical Center; Triple-S Management Corporation; Newgate Capital Holdings; Humana Health Plans of Puerto Rico, Inc.; Total Petroleum Puerto Rico Corp.; Bayamón Medical Center Corp.; Supermercados Econo; Dorado Health, Inc.; Parliament Capital Management, LLC; Firstbank Puerto Rico; Empire Gas Co., Inc.; Oriental Bank; Acrecent Financial Corporation; CC1 limited Partnership; Putnam Bridge Funding, LLC; Claro de Puerto Rico; Banco Popular de Puerto Rico; | Ricardo Melendez; Erika Carrasquillo; Antonio Santos; Jose Ramon Cestero; Edgar Rios; Amanda Billoch; Antonio Molina; Jorge Souss; Herman Colberg; Donald Hull; Manuel del Valle; Eduardo Arias; Manuel Rodriguez Boissen; Jaime Santos; Patricia Cara; Karina Camacho; Nestor Mendez Gomez; Edwin Cruz; Melvin Rivera; Oreste R. Ramos; Dianette Rivera; Manuel Pietrantoni; Fernando Goyco; Priscila Ramirez; |
| Federal & State Consulting Group LLC | 2021Q2-00125 | Hogar del Buen Pastor; | Francisco Manuel Correa Juliá; |
| Víctor Manuel García San Inocencio | 2022Q2-00131 | Colegio de Médicos y Cirujanos de Puerto Rico, su presidente Dr. Carlos Díaz Vélez; | |
| Holland & Knight LLP | 2022Q2-00134 | The Catholic Church Extension Society of the United States of America; | James Oscar Davis III; |
| Reinsertion Opportunity Agency LLC | 2022Q2-00139 | Fundacion Creemos En Ti, Corp; Población correctional de Puerto Rico; | Yamil Lopez; |
| Holland & Knight LLP | 2022Q3-00141 | The Catholic Church Extension Society of the United States of America; | James Oscar Davis III; |
| MARIO GONZALEZ LAFUENTE | 2023Q1-00144 | Election Systems & Software, LLC; | |
| World Professionals Group LLC | 2022Q3-00145 | Walgreen Co; CC1 Companies LLC; Solar and Energy Storage Association of Puerto Rico; Sistema de Salud Menonita; Fairmont El San Juan Hotel; IMC Corporation; Deloitte Consulting LLP; Supermercados Econo Inc; Industria Lechera de Puerto Rico Inc; Luis A. Ayala Colon Sucrs Inc; Franklin Rocafort; Hospitales Menonita; Strategic Technology Advisors; Super Asphalt Pavement Corp; CTIA - The Wireless Association; South American Restaurants Corp; DBR Development Management; GM Holdings; | Carlos Lopez; Luis Arroyo; Onix Maldonado; Liz Arroyo; |
| The RCL Group LLC. | 2023Q3-00147 | Sovereign; Hello Media LLC.; Optima Seguros; Air Master-Valcor; Ad Hoc Committee on Navy Frontier Pier (AHC); Asociacion de Bancos de PR; San Juan Bay Pilots; CEGsoft; BPAS Trust; San Juan Cruise Port; Asociacion Recicladores de Metales; CC1/PR Coffee Roasters; Funco LLC.; FIDE LLC.; Cervecera de PR; Condado 6; Condado 4; Colectivo Puertorriqueno de Dispensarios; Pasarell Enterprises; San Juan Psychological Recovery and Rehabilitation Clinic; MCS Healthcare Holdings; | Raul Candelario; Adleen Rovira; |