To: Secretaría (Clerk s Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan Puerto Rico 00918-1767



I am resending the require documents so I can continue to be in the list for the claim in case 17BK3283 LTS.

There was an error in the postal address, and I didn't receive your correspondence. Because of this mistake i was unable to send to you the required documents before the deadline that was given.

I was made aware of the error in my postal address by a coworker when she informed me that I was being excluded from the list of plaintiffs of the settlement with ELA Act y SRE.

My correct mailing address is:
Urb Metropolis
2k27 calle 64
Carolina, Puerto Rico 00987

I hope to be included again in the list of plaintiffs with the documents I'm resending
If you need to contact me here's my email address: elba.i.martinez96@gmail.com

Thank You

*[signature]*
Elba Iris Martínez Arroyo
*September 14, 2022*