

**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

El 13 de enero de 2022

Martinez Arroyo, Elba Iris
2k 27 Calle 64 Urb. Metropolis
Carolina PR 00987

Re:    Reclamación Núm. 99265    - **REQUIERE RESPUESTA**

Estimado **Martinez Arroyo, Elba Iris**

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525   contact@aafaf.pr.gov   aafaf.pr.gov



# GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**January 13, 2022**

Martinez Arroyo, Elba Iris
2k 27 Calle 64 Urb. Metropolis
Carolina PR 00987

Re:  **Claim No. 99265**   - <u>**REQUIRES RESPONSE**</u>

Dear **Martinez Arroyo, Elba Iris**

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve the Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government entity you work for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the attached form along with any supporting documentation in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) telephone number where you can be contacted; (2) employee number; (3) social security number; (4) if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

📞 787.722.2525     ✉ contact@aafaf.pr.gov     🌐 aafaf.pr.gov

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 99265     **Creditor Name:** Martinez Arroyo, Elba Iris

| | | |
|---|---|---|
| (1) | Nombre Completo | Elba Iris Martinez Arroyo |
| (2) | Número de teléfono | 787-214-5869 |
| (3) | Número de empleado | 12702970 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de La Familia desde febrero 2001 hasta el presente |
| (5) | Correo electrónico | elba.i.martinez96@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 5195 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Ajuste salarial no procesado desde el año 2001 hasta el presente, tengo derecho a reclamar este dinero porque me corresponde al realizar mi labor con normas y procedimientos |

*** Attach any supporting documentation you may have related to your claim. ***



***STAT PR 1845 SRF 59086 PackID: 5438 MMLID: 1744086-P Claim Num: 99265 SVC: ACR Public Employee
Martinez Arroyo, Elba Iris
2k 27 Calle 64 Urb. Metropolis
Carolina PR 00987

**Responda a esta carta el 2 de febrero de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@primeclerk.com.**

**Please respond to this letter on or before February 2, 2022 by returning the enclosed questionnaire with the requested information and documentation.**

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@primeclerk.com.**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**NOTIFICACIÓN DE LA OCTOGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

SI SU RECLAMO ESTÁ INCLUIDO EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, EL ELA, LA ACT Y EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

SI SU RECLAMO ES MENCIONADO EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A ALGUNO.

**OBSÉRVESE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto (el "<u>ELA</u>"), la Autoridad de Carreteras y Transportación de Puerto Rico ("<u>ACT</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante del ELA, de la ACT y del SRE conforme al artículo 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("<u>PROMESA</u>"),[1] radicaron la *Octogésima séptima objeción global (no sustantiva) del ELA, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto, a los Reclamos deficientes en los que se alegan intereses sobre la base de las leyes puertorriqueñas no especificadas* (la "<u>Objeción

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción global <u>deberá</u> contener siguiente información:

(i) **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados del ELA, de la ACT y del SRE deban notificar una respuesta a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción global en nombre de la demandante.

(ii) **Epígrafe.** La réplica deberá contener un epígrafe que incluya el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamos relacionados de Prime Clerk (que se enumeran en el <u>Anexo A</u> de la Objeción global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y el SRE.** |

**NOTIFICACIÓN DE LA OCTOGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS NO ESPECIFICADAS**

**SI SU RECLAMO ESTÁ INCLUIDO EN EL ANEXO A DE LA OBJECIÓN GLOBAL, EL ELA, LA ACT Y EL SRE SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

**SI SU RECLAMO ES MENCIONADO EN EL ANEXO A, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A ALGUNO.**

**OBSÉRVESE QUE** el 24 de octubre de 2019, el Estado Libre Asociado de Puerto (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA, de la ACT y del SRE conforme al artículo 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA"),[1] radicaron la *Octogésima séptima objeción global (no sustantiva) del ELA, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto, a los Reclamos deficientes en los que se alegan intereses sobre la base de las leyes puertorriqueñas no especificadas* (la "Objeción

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. Who is the current creditor?
   Elba Iris Martinez Arroyo
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. Has this claim been acquired from someone else?
   ☐ No
   ☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Elba Iris Martinez Arr
   Name
   2K27 calle 64 Urb metropolis
   Number   Street
   Carolina, P.R.   00987
   City   State   ZIP Code

   Contact phone 787-214-5869
   Contact email elba.i.martinez96@gmail.com

   Where should payments to the creditor be sent? (if different)
   Name _____
   Number Street _____
   City   State   ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

4. Does this claim amend one already filed?
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/___
                                                                   MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410   Proof of Claim   page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5 1 9 5
   Sistema de Retiro de Gobierno

7. How much is the claim? $ 30,000. Does this amount include interest or other charges?
   ☐ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   Aportación Acumulada de Retiro

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.
   
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____
   
   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   **Amount necessary to cure any default as of the date of the petition:** $_____
   
   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    ☐ No
    ☒ Yes. Identify the property: Aportación Plan de Retiro

Official Form 410          Proof of Claim          page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No ☐ Yes. Check one: | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 01/14/2020

Signature: *Elba Iris Martinez Arroyo*

Print the name of the person who is completing and signing this claim:

Name: Elba Iris Martinez Arroyo
Title: SASFI Asistencia Economica
Company: Dpto De La Familia
Address: Urb Metropolis 2K27 C/6P Carolina P.R. 00987
Contact phone: 787-214-5869
Email: elba.i.martinez96@gmail.com

Official Form 410 — Proof of Claim — page 3



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

13 de enero de 2020

**Agencia: 410 - ADMINISTRAC DESARROLLO SOCIAL ECONOMICO**

ELBA I MARTINEZ ARROYO
URB.METROPOLIS
2K- 27 C/64
CAROLINA, PR 00987

Seguro Social: XXX-XX-5195

A base de la información en nuestros registros, al 13 de enero de 2020 usted posee:

Fecha de Nacimiento: 01 de enero de 1960
Fecha de Ingreso al Servicio Público: 01 de febrero de 2001
Fecha de Comienzo de Cotización: 01 de febrero de 2001

Género: Femenino

| Ley R2000 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 12.04 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
|  |  | Aportaciones: | 9,776.20 | Aportaciones: | 5,145.77 |
|  |  | Intereses: | 5,067.14 | Intereses: | 0.00 |
|  |  | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | **Transferido Ley R2000** | | | |
| Pagado: | 0.00 | Aportaciones: | 19,565.34 | | |
| Tiempo: | 0.00 | Intereses: | 1,669.88 | | |
| Balance Acumulado: | 0.00 | Total Aportaciones: | 36,078.56 | Total Aportaciones: | 5,145.77 |
| Beneficio: | 0.00 | Beneficio: | 206.43 | Beneficio: | 0.00 |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov



13 de enero de 2020

### CERTIFICACIÓN

Certificamos que Elba Martínez Arroyo, Seguro Social xxx-xxx-5195, es empleada de la Administración de Desarrollo Socioeconómico del Departamento de la Familia.

La misma ocupa un puesto de Supervisor Asistencia Social y Familiar I, con nombramiento de carácter regular desde el 01 de febrero de 2001.

Devenga un salario de $ 2,044.00 mensual y Bono de Navidad de $600.00.

Dado a solicitud de la empleada.

Certifico correcto,

*María I. Rivera Ayala*
Oficial Recursos Humanos Interina
Depto. De La Familia
Región Carolina

cmcorrea

Centro de Gobierno Carolina Jose E. Aponte De La Torre, 5to piso  Ave. Fernandez Juncos
PO BOX 4707, Carolina Puerto Rico 00984-4707  Tel. 787.762.3070 ext. 5290
**Oficina Regional de Carolina**