Elba Luis Martinez Arroyo
Urb Metropolis
2 K-27 Calle 64
Carolina, P Rico 00987





Secretaria (Clerk's Office
Tribunal de Distrito de los Estados Unidos
140 Ave. Carlos Chardon
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767