FORMULARIO DE RESPUESTA DEL RECLAMANTE

| Claim No. | Creditor Name: |
|---|---|
| (1) Nombre Completo | Norma I. Jordán Torres |
| (2) Número de teléfono | 787-202-3636 |
| (3) Número de empleado | 5-05262 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Salud, gobierno de P.R. |
| (5) Correo electrónico | normaijordan1@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 4066 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br><br>107954 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | - Ley Retiro<br>En el 1985 plan de retiro Ley 447; 30 años de servicio, 55 años de edad con 75%. Se enmienda; Programa Pre-retiro Voluntario (Ley Núm. 211-2015 y 106-2017) Aprobado.<br><br>- Derecho/Beneficio: Labor interina (supervición) En febrero de 2011 inicié funciones como Supervisora Interina hasta julio 2019. Se aprobó diferencial efectivo el 19 de junio 2013. Deuda 2011-2013. Además, el Convenio Colectivo Art. 18 Secc. 1 dice que la función es por 1 año y fungí por 8½ años sin nombramiento oficial, pero sí en tareas del puesto. Tampoco se ofreció beneficio de pasos por mérito.<br><br>- Ley de Retribución Uniforme (El Romerazo) por Escala Salarial a Empleados públicos.<br>- Ley 96 de 2002 que otorgaría $100 mensuales a empleados públicos, entre otros. (Ley P. Roselló) |

*** Attach any supporting documentation you may have related to your claim. ***

## EMPLOYEE RESPONSE LETTER

| Claim No. | | Creditor Name: | |
|---|---|---|---|

| (1) Full Name | |
|---|---|
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case.**)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***