# GOBIERNO DE PUERTO RICO

Departamento de Salud

## PROGRAMA DE PRERETIRO VOLUNTARIO

### NOTIFICACIÓN DE APROBACIÓN

Jordan Torres, Norma I
Enfermero Generalista II
Secretaria Auxiliar de Promoción y Protección de la Salud

Estimado(a) Empleado(a):

Por este medio se le notifica a usted que:

1. La Oficina de Gerencia y Presupuesto ha aprobado la solicitud de nuestra agencia para acogerse al Programa de Pre-retiro Voluntario según dispuesto en las Leyes Núm. 211-2015 y 106-2017, según enmendada. Esta notificación es para indicarle que su solicitud de acogerse al Programa de Pre-retiro Voluntario ha sido aprobado. De decidir acogerse al Programa a través del Formulario de Elección para la Participación en el Programa de Pre-retiro Voluntario, comenzará a disfrutar del mismo a partir de la fecha de efectividad, 1 de agosto de 2019.

2. La Agencia se reserva el derecho de retener aquellos empleados que ocupan puestos esenciales hasta el 31 de diciembre de 2019.

( ) Su puesto requiere retención          (**X**) Su puesto **no** requiere retención

Término (fecha) _____N/A_____

_____
Dr. Rafael Rodríguez Mercado

29 de julio de 2019
Fecha

PO BOX 70184, SAN JUAN, PUERTO RICO 00936-8184 WWW.SALUD.GOV.PR, (787)765-2929

DSP-15-E-E
2-92

**IMPORTANTE INSTRUCCIONES:** LEA AL DORSO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE SALUD**
Call Box 70184
San Juan, Puerto Rico 00936

**INFORME DE CAMBIO**

1. Número de Cambio: **P-029**
2. Número de Seguro Social del Empleado: REDACTED-4066

| Cambio a Efectuarse | Antes del Cambio | Después del Cambio |
|---|---|---|
| | Puesto Núm. 5-05262 (07102455) | Puesto Núm. |
| 3. Nombre del Empleado | NORMA I. JORDAN TORRES | |
| 4. Estado Civil | | |
| 5. Departamento o Agencia | DEPARTAMENTO DE SALUD | |
| 6. División | SERVICIOS HABILITATIVOS | |
| 7. Unidad o Sección | CENTRO PEDIATRICO | |
| 8. Ubicación geográfica del puesto | REGION PONCE-PONCE | |
| 9. Categoría del Empleado | DE CARRERA | |
| 10. Status del Empleado | REGULAR | |
| 11. Título de Clasificación | ENFERMERA GENERALISTA II | |
| 12. Sueldo | $2,946.00 | |
| 12a. Diferencial | $184.50 | |
| 13. Descuento para Contribución sobre Ingresos | | |
| 14. Decuento para Seguro Social | | |
| 15. Descuento para Aportación Sistema de Retiro | 8.50% | |
| 16. Descuento para Servicios Médicos-SSS | | |
| 17. Descuento para Ahorro (A.E.E.L.A.) | 3% | |
| 18. Descuento para Seguro (A.E.E.L.A.) | | |
| 19. Otros Descuentos-Préstamo Asociación | | |
| Fondos Unidos (Seguro Incapacidad) | 0.25% | |
| 20. Fecha de Efectividad | | |

21. SIMBOLOS DE CONTABILIDAD

| Fondo | Organización | Programa | Asig. | Año | Fondo | Organización | Programa | Asig. | Año |
|---|---|---|---|---|---|---|---|---|---|
| 111 | 0710000 | 1052 | 001 | 2020 | | | | | |

22. Indique si se trata de:
☐ Ascenso  ☐ Cambio de Categoría  ☐ Cambio de Status  ☐ Ascenso o Traslado Transitorio
☐ Descenso  ☐ Reclasificación  ☐ Reinstalación  ☐ Reubicación  ☐ Traslado  ☐ Nuevo Nombramiento  ☐ Aumento de Sueldo

23. En caso de cambio a otra agencia indique - Licencia a acreditarse: Compensatorio ___ días,
Licencia Enfermedad ___ días, Concedida ___ días, Licencia Regular ___ días, Concedida ___ días.

| | Fecha de Separación (Ultimo día de Pago) | Licencia sin Paga | Fecha de Efectividad de la Separación |
|---|---|---|---|
| 24. Renuncia | 31/JULIO/2019 | | 31/JULIO/2019 |
| 25. Separación | | | |
| 26. Destitución | | | |
| 27. Cesantía | | | |

28. Suspensión de Empleo y Sueldo: Duración: ___ De ___ A ___

29. Muerte: Fecha ___ Hora ___ Ultimo día de pago: ___ Participante de Retiro ☐ Si ☐ No

30. Clase de Licencia: ☐ Para estudio  ☐ Especial con Paga  ☐ Maternidad
☐ Militar sin Sueldo  ☐ Sin Sueldo
Duración: ___ De ___ A ___

31. Comentarios y Explicaciones (si necesita más espacio use el dorso) Empleado se separa del servicio para acogerse al Programa de Pre Retiro Voluntario establecido por la Ley 211 de 8 de diciembre de 2015, Ley Núm. 106-2017, segun enmendada, efectivo el 1 de agosto de 2019. Recibira hasta que cumpla los 61 años de edad el 60% de su retribucion promedio al 31 de diciembre de 2015. Una vez cumpla los 61 años

32. Si el cambio de puesto es por Certificación de Elegibles indique: Certificación de Elegibles Núm. ___
Si el cambio es a otro puesto, indique el nombre del anterior incumbente:

33. Si el cambio es a otra agencia el jefe de la agencia donde se origine el cambio o su representante autorizado firmará aquí:

34. Firma del Empleado en casos que fuere necesario

35. Aprobado por: AZALIA I. RIVERA GOMEZ
SECRETARIA AUX. DE REC. HUMANOS
Jefe de la Agencia o su Representante Autorizado

APROBADO
Division de Nombramientos y Cambios

36. Fecha en que se prepara: 8 DE AGOSTO DE 2019

Revisado o aprobado por: mcc
Fecha: SEP 20 2019

Secretaria Aux. Recursos Humanos
y Relaciones Laborales
Depto. de Salud

**ANEJO II**

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE SALUD



## DESCRIPCIÓN DEL PUESTO

| 1. | Apellido Paterno: JORDAN | Apellido Materno: TORRES | Nombre e Inicial: NORMA I. | 5. | Título Funcional del Puesto: ENFERMERA DE PROGRAMA / SUPERVISORA INTERINA DE ENFERMERA |
|---|---|---|---|---|---|
| 2. | Número de Seguro Social: XXX-XX-4066 | 3. | Número del Puesto: 5-05262 | 6. | Oficina, División y Sección: PROGRAMA DE SERVICIO A NIÑOS CON NECESIDADES ESPECIALES DE SALUD |
| 4. | Título Oficial del Puesto: ENFERMERA DE PROGRAMA / SUPERVISORA INTERINA DE ENFERMERA | | | 7. | Teléfono y extensión: 787-842-5812 (246) |

8. Detalle las funciones esenciales y marginales que usted realiza en el orden de importancia de las mismas, comenzando con la más importante. Indique el tiempo que dedica a cada una en por ciento del total del tiempo que dedica a su puesto. ESTA ES LA PARTE MÁS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones de sus deberes tan claras que personas que no estén tan familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Las funciones marginales deberán identificarse como tales al finalizar el detalle de las funciones esenciales.

| TIEMPO | FUNCIONES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | **Bajo la supervisión del Director Médico y/o Representante Autorizado** | |
| 15% | 1. Realiza entrevista inicial al familiar del niño (a) solicitante y/o admitido al Centro Pediátrico de Ponce, documenta evaluación física e historial de salud e identifica las necesidades de estos. | |
| 5% | 2. Recibe llamadas y orienta a familias que solicitan los servicios del Programa Niños con Necesidades Especiales de Salud. | |
| 10% | 3. Aplica pruebas de cernimiento a los pacientes (ASQ, M-CHAT, Etc.) e interpreta y explica al padre o encargado los resultados obtenidos. | |
| 10% | 4. Canaliza los referidos para los servicios recomendados por el Médico Especialista. | |
| 5% | 5. Participa como miembro del equipo multidisciplinario del Centro Pediátrico en las actividades en que sea necesario. | |
| 5% | 6. Organiza y coordina las actividades de enfermería en la clínica. | |
| 5% | 7. Asiste al médico especialista en la intervención con el niño (a). | |
| 5% | 8. Toma signos vitales y medidas antropométricas. | |
| 10% | 9. Revisa los expedientes clínicos para asegurar que estos contienen información y documentos necesarios. | |
| 10% | 10. Realiza funciones como coordinador del Programa de Niños con Necesidades Especiales de Salud. | |
| 5% | 11. Redacta y prepara informes de labor realizada y estadísticos solicitados por el Programa de Niños con Necesidades Especiales de Salud y la Administración del Centro Pediátrico. | |
| 5% | 12. Responsable de mantener el orden y el cumplimiento de las leyes y reglamento que aplican en su área de trabajo | |
| 2% | 13. Completa la tarjeta de asistencia del personal bajo su supervisión. | |
| 1% | 14. Participa en el adiestramiento de estudiantes que asisten al Centro Pediátrico para realizar prácticas supervisadas o recibir orientación de los servicios ofrecidos. | |
| 2% | 15. Asiste a reuniones convocadas por la oficina central del Programa y la Administración | |
| | ***MARGINALES*** | |
| 2% | 1. Proporciona apoyo administrativo de ser necesario a toda la organización (Centro Pediátrico) | |
| 3% | 2. Participa dando apoyo durante la respuesta y/o recuperación de un desastre natural o de un desastre creado por el hombre. | |

| 9. | Nombre y título de clasificación del (de la) Supervisor(a) Inmediato(a): CARMEN ANA TORO CABRERA, MBA, HR – SUPERVISOR ADMINISTRATIVO II | |
|---|---|---|
| 10. | Si usted supervisa menos de seis (6) empleados, mencione los nombres y los títulos de clasificación de cada uno. Si usted supervisa más de cinco (5), indique el número de empleados con sus títulos de clasificación. Si usted no supervisa a nadie escriba "Ninguno". | |

| NÚMERO DEL PUESTO | TÍTULO DE CLASIFICACIÓN DEL PUESTO | TOTAL DE PUESTOS |
|---|---|---|
| 5-11729 | Enfermera Generalista II | 1 |
| | | |

11. ¿Qué equipo o máquinas usa usted regularmente en su trabajo? Indique el por ciento del tiempo empleado en el manejo de cada uno.

| Balanza | 40 % | Estetoscopio | 20 % |
|---|---|---|---|
| | % | Teléfono | 40 % |

12. Indique en que forma recibe usted instrucciones respecto a su trabajo, marcando el encasillado correspondiente.

| | Recibo instrucciones generales |
|---|---|
| | Recibo instrucciones detalladas |
| X | Puedo usar mi propio criterio, sujeto a revisión. |

13. Indique en que forma es revisado su trabajo, marcando el encasillado correspondiente

| X | La revisión es superficial |
|---|---|
| | La revisión es minuciosa |
| | La revisión se limita a algunos aspectos, indique cuales: |

CERTIFICACION: CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS.

Mayo 23, 2018
FECHA

Norma J. Jordan James
FIRMA DEL (DE LA) EMPLEADO(A)

INFORMACION DEL SUPERVISOR INMEDIATO

14. La información del empleado es cierta y exacta, con las siguientes excepciones y adiciones: (Imparta atención especial a los apartados 12 y 13).

15. ¿Cuáles considera usted los deberes más importantes de este puesto?

16.

| | Sí | No | | |
|---|---|---|---|---|
| ¿Incluye este puesto mecanografía? | | X | En caso afirmativo, indique el por ciento del tiempo | % |
| ¿Incluye este puesto taquigrafía? | | X | En caso afirmativo, indique el por ciento del tiempo | % |

17. Indique los requisitos mínimos que debe poseer la persona que ocupe este puesto. Tenga en mente los requisitos del puesto y no las cualidades de la persona que lo ha de ocupar.

| | REQUISITOS MÍNIMOS | REQUISITO ESPECIAL |
|---|---|---|
| Preparación académica | Bachillerato en Ciencias de la Enfermería | |
| Licencias, Colegiaciones o Certificados | Licencias, Colegiación y Registro-requerido por las RN | |
| Duración y clase de experiencia | | |
| Conocimientos, habilidades, destrezas, requisitos físicos u otros factores especiales | Conocimientos de las técnicas de entrevista y documentar. Conocimiento de las instituciones públicas y privadas que ofrece servicios a la población NNES. Conocimiento de las leyes, reglamentos, normas y procedimientos del Programa NNES. | |

FECHA

FIRMA DEL (DE LA) SUPERVISOR(A) INMEDIATO(A)

INFORMACIÓN DEL (DE LA) DIRECTOR(A) EJECUTIVO(A)

18. La información del empleado y del jefe inmediato es cierta y exacta, con las siguientes excepciones y adiciones.

CERTIFICACION: CERTIFICO QUE HE LEIDO LA INFORMACION CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

FECHA

FIRMA DEL (DE LA) AUTORIDAD NOMINADORA

2

Original – Ofic. Rec. Humanos de la Agencia          1ra copia- Empleado          2da copia - Supervisor

 

OFICINA DE GERENCIA Y PRESUPUESTO
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Hon. Alejandro García Padilla,
Gobernador

Lcdo. Carlos D. Rivas Quiñones,
Director Ejecutivo

19 de junio de 2013

Agencia: Departamento de Salud
Re: 2013-7276

Estimado(a) Jefe(a) de Agencia:

Respondemos a su comunicación en la que solicita autorización para el planteamiento que se detalla a continuación:

| | |
|---|---|
| Planteamiento: | Pago por interinato a favor empleada División de Servicios Habilitativos |
| Impacto Presupuestario Año Corriente: | $3,393.00 |
| Cifra de Cuenta: | 111-0710000-1052-001-2013 |

La evaluación de nuestra Oficina consideró los aspectos presupuestarios, así como su cumplimiento con las normas, leyes y reglamentos aplicables a este tipo de transacción. A base de estos criterios autorizamos su solicitud cuya efectividad será a partir de la fecha de esta carta.

Su agencia será responsable de cumplir con las normas, leyes y reglamentos aplicables en estos casos. Esta determinación no representa compromiso alguno de asignación de recursos adicionales, por lo que deberá garantizar el cierre del año fiscal con un presupuesto balanceado.

Recomendamos mantener un expediente que justifique la transacción, ya que posteriormente puede ser auditada por las agencias pertinentes.

Cordialmente

/s/ Waleska Rosario
Subdirectora

OFICINA DE GERENCIA Y PRESUPUESTO
PO Box 9023228, San Juan, PR 00902-3228 – T. 787.725.1375 F. 787.722.0299
www.ogp.pr.gov

M6G9WXGA



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Departamento de Salud

12 de agosto de 2013

Sra. Esther de Jesús
Oficial de Recursos Humanos
Región Ponce

Hermes Rivera Polanco
Secretario Auxiliar de
Recursos Humanos y
Relaciones Laborales

### PAGO POR LABOR INTERINA

Hacemos referencia a solicitud del pago por labor interina para la Sra. Norma Jordán Torres, quien ocupa el puesto 5-05262 de Enfermera Generalista II.

Solicitan el pago por labor interina, ya que la empleada realiza funciones de Supervisora Interina de Enfermera desde el 1 de febrero de 2011 hasta el presente.

A tales efectos, a tono con las disposiciones de los convenios colectivos con efectividad del 1 de julio de 2012 hasta el 30 de junio de 2015 entre los Programas Categóricos del Departamento de Salud y la Unión General de Trabajadores (UGT), referimos este caso a la Oficina de Presupuesto y fue autorizada en comunicación del 12 de julio de 2013. El pago por labor interina es equivalente a uno y medio tipos ($184.00) retributivos en la escala de diferenciales en sueldo correspondiente. Es responsabilidad del Oficial de Recursos Humanos o persona de enlace que trabaja las transacciones de personal, el eliminar el mismo, una vez finalice el periodo asignado. **El diferencial será efectivo a partir del 19 de junio de 2013.**

Estamos en la mejor disposición de ofrecer la información que estime necesaria.

HRP/LTR/ALOR

cf.: Dra. Lugelina Rodríguez Barral
    Directora Regional
    Región de Ponce

  Dr. Abner J. Fornaris Durán
    Director Médico,
    Centro Pediátrico de Ponce

Oficina de Recursos Humanos y Relaciones Laborales
PO BOX 70184, SAN JUAN, PUERTO RICO 00936-8184 WWW.SALUD.GOV.PR, (787)765-2929





28 de febrero de 2011

Sra. María Mercedes Cáceres
Secretaria Auxiliar
Oficina de Recursos Humanos y Relaciones Laborales

Atención: Sra. Esther De Jesús
Oficial de Personal
Departamento de Salud, Región Sur

P/C: Abner J. Fornaris Durán, MD
Director Médico
Centro Pediátrico de Ponce

Sra. Carmen Ana Toro Cabrera, MBA, HR
Administradora
Centro Pediátrico de Ponce

Re: Norma I. Jordán Torres, RN
Enfermera Generalista II
Centro Pediátrico de Ponce

*Pago por labor interina*

El Convenio Colectivo entre los Programas Categóricos del Departamento de Salud y la Unión de Trabajadores de Puerto Rico establece en el Artículo 18 Sección 1 que cuando se le requiere a un empleado realizar trabajo adicional a su cargo de trabajo o tareas asignadas a su puesto por un periodo determinado, tendrá derecho a recibir un diferencial en sueldo equivalente a uno y medio (1.50) tipos retributivos en su escala salarial.

Este es el caso de la Sra. Norma I. Jordán Torres quien esta realizando funciones de Supervisora de Enfermeras Interina en el Centro Pediátrico de Ponce desde el 1 de febrero de 2011, luego que la Sra. Wanda Ruiz Valentín se acogiera a los beneficios del retiro. La Sra. Jordán tiene bajo su supervisión tres (3) enfermeras de programa, una (1) enfermera practica, un (1) técnico de ortopedia y una (1) asistente dental. Esta continua realizando sus funciones en las clínicas y la Coordinación de Servicios a los niños del Programa de Niños con Necesidades Especiales de Salud.

*2da parte Pago por labor interina:*

La Sra. Jordán cumple con los requisitos mínimos para ocupar el puesto. Por lo antes expuesto solicitamos se le otorgue a la empleada el beneficio que establece el Convenio Colectivo por pertenecer esta a la unidad apropiada.

Vo.Bo: Margaret Wolfe, MPH
Secretaria Auxiliar
Secretaría Auxiliar de Salud Familiar
Servicios Integrados y Promoción de la Salud
Departamento de Salud

CC: Sally Del Toro Segarra, MD
Directora Regional
Departamento de Salud
Región Sur

Sra. Lydia Magaly Cabrera
Contable
Sección NNES

rfdj

Centro Pediátrico - Ponce

**A:** Personal Centro Pediátrico de Servicios a Niños con Necesidades Especiales de Salud de Puerto Rico.

**DE:** Abner J. Fornaris Durán, MD
Director Médico
Centro Pediátrico de Ponce

**FECHA:** 20 de enero de 2011

**ASUNTO:** *Notificación nombramiento supervisora interina de enfermería*

El 31 de enero de 2011, la Sra. Wanda Ruiz Valentín se acogerá a los beneficios del retiro por años de servicio. Me place informarles, que la Sra. Norma Jordán Torres ocupará la posición de Supervisora Interina de Enfermería a partir del 1 de febrero de 2011.

Con la ayuda y cooperación de todos se que el Departamento de Enfermería continuará ejerciendo una labor de excelencia.

Les exhorto a colaborar con ella en sus nuevas funciones.

Muchas gracias por su atención a este asunto.

**VO.BO.** Margaret Wolfe, MPH
Secretaria Auxiliar
Secretaría Auxiliar de Salud Familiar
Servicios Integrados y Promoción de la Salud
Departamento de Salud

rfdj

Ave. Tito Castro Carr. 14 P.O. Box 917 Ponce, Puerto Rico 00730 Tel. (787) 840-7202 Fax 842-5809

## Unión General de Trabajadores



Calle Niza #611, Urb. Villa Capri, Río Piedras, P.R. 00924
P.O. Box 29247, Estación 65 Infantería, Río Piedras, P.R. 00929
Tel.: (787) 760-5050 • 760-5051 • 760-5062 • 760-5065 • 760- 5070 • 760-6222
Fax: (787) 761-5830 • 761-5829 • E-mail: info@ugtpr.org

### AUTORIZACIÓN PARA REPRESENTARNOS EN EL CASO DE SENTENCIA DECLARATORIA

POR LA PRESENTE AUTORIZO a la UNIÓN GENERAL DE TRABAJADORES – UGT1199, SEIU y al LCDO. JUAN RAUL MARI PESQUERA a que me representen en el caso de Sentencia Declaratoria e Interdicto contra la Administración del Sistema de Retiro de Empleados Públicos, en los Tribunales de Justicia de Puerto Rico.

**Nombre:** Norma I. Jordán Torres
**Dirección:** HC-01 Box 8393
Peñuelas, P.R. 00624
**Teléfonos:** 787-836-3636 / 787-202-3636
**Fecha:** Junio 5, 2013
**Firma:** _(signed)_

Indique la ley de retiro bajo la cual usted ha estado efectuando las aportaciones:

1- __X__ Ley Núm. 447 de 15 de mayo de 1951, según enmenda (Ley 447 – 30 años de servicio y 55 años de edad).

2- _____ Ley 1 (40 años de servicio y 65 años de edad)

3- _____ Ley de Reforma 2000 (Cuenta de Ahorro y 60 años de edad)