Envelope Page 1 of 1

Norma I. Jordán Torres
HC-01 Box 8393
Peñuelas, P.R. 00624

CERTIFIED MAIL
7019 0160 0000 9616 8620

UNITED STATES POSTAL SERVICE
1000

00918

U.S. POSTAGE PAID
FCM LG ENV
PENUELAS, PR
00624
SEP 13, 22
AMOUNT
$5.68
R2305K134315
-07

Clerk's Office
United States District Court
# 150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

RECEIVED 2022 SEP 16 AM 8:45 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.