September 14 , 2022

To: Clerks Office

I'm request a reconsideration of my appeal on this matter: Members of Financial Board and Financial Administration for Puerto Rico Numbers: 17 BK 3283-LTS. During November 2021 until august 2022, my correspondence was received by my son because my attention was focus on my husband he was diagnose with cancer. In addition, I had to fulfill my employment responsibility since it was a priority to maintain it due to the expenses of my husband's condition.

I'm worries of this final notification because had all evidence about the information you have requested was delivered since submit the appeal.

Respectfully we request don't close my case.

Attached all evidence about my cases