Nelly Lopez Marquez
PO Box 9977
Carolina PR 00988





U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
SEP 14, 22
AMOUNT
$5.44
R2305H129836



CERTIFIED MAIL
7022 0410 0002 7328 0103

Clerk's Office
Tribunal de Distrito Estados Unidos
140 AVE. Carlos Chardon
Room 150 Federal Building
San Juan PR 00918-1767

