**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 21967**<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING EXECUTION OF**
**STIPULATION IN CONNECTION WITH MOTION FOR RELIEF FROM STAY**

To the Honorable United States District Judge Laura Taylor Swain:

　　The Financial Oversight and Management Board for Puerto Rico, as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this informative motion (the "Informative Motion") in connection with the *Request for Comfort Order Pursuant 11 USC §362(j)* [ECF No. 21967] (the "Motion"), filed by Aníbal Arroyo Bolerín, Rosa Idalia Orengo Rohena, Ada Norely López Santiago, Arinda Colón

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

Colón, and Jennifer Blest Quiroz (collectively, "Movants"), notifying the Court of the parties' resolution of the Motion pursuant to the *Stipulation and Agreed Order Resolving Request for Comfort Order Pursuant 11 USC §362(j)*, attached hereto as **Exhibit A** (the "Stipulation and Agreed Order"), and requesting the Court so order the Stipulation and Agreed Order.

### Consensual Resolution of the Motion

1. On August 29, 2022, Movants filed the Motion, seeking a "comfort order" to allow for Movants to continue their collection efforts and/or defense of a judgment against the Puerto Rico Public Broadcasting Corporation[3] in the Court of Appeals of the Commonwealth of Puerto Rico in the case captioned *Blest Quiroz et al. v. Corporación de Puerto Rico para la Difusión Pública et al.*, Civil Case No. KDP 2010-1453. *See* Motion at 8.

2. On September 20, 2022, the Commonwealth and Movants reached a consensual resolution to the Motion, which was memorialized in the Stipulation and Agreed Order.

3. Therefore, the Commonwealth hereby informs that the Motion has been consensually resolved between the parties through the Stipulation and Agreed Order, and further requests that the Court so order the Stipulation and Agreed Order.

[*Remainder of Page Left Intentionally Blank*]

---

[3] The official name in Spanish of the public corporation is *Corporación de Puerto Rico para la Difusión Pública*.

**WHEREFORE** the Commonwealth requests the Court takes notice of this Informative Motion and of the consensual resolution of the Motion.

Dated: September 20, 2022
      San Juan, Puerto Rico

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth of Puerto Rico*

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth of Puerto Rico*

## Exhibit A

**Stipulation and Agreed Order**