| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Evertec Inc. | 19-00044 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 11-Aug-22 | Hon. Brian Tester (ret.) | 25-Aug-22 | The parties did not reach a settlement. After further discussions, the Parties determined that further mediation sessions will not be useful. | The Parties do not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Creative Educational & Psychological Services, Inc. | 19-00152 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties reached a settlement in principle, are conducting further due diligence and definitive settlement documents, and anticipate some further discussions concerning the final terms of settlement. The Parties do not anticipate additional mediation sessions, nor intend to seek an Order lifting the stay to proceed with litigation | The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| N. Harris Computer Corporation | 19-00102 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 25-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Parties do not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Law Offices Wolf Popper P.S.C. | 19-00236 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 26-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Defendant committed to providing the Trustee with additional information and due diligence concerning its settlement positions and the Trustee agreed to consider such information in good faith upon receipt in furtherance of the Parties' efforts to resolve this matter amicably. The Parties do not anticipate additional mediation sessions. | The Parties do not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Taller de Desarrollo Infantil y Prescolar Chiquirimundi Inc. | 19-00049 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 29-Aug-22 | Hon. Brian Tester (ret.) | 8-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Defendant committed to providing the Trustee with additional information and due diligence concerning its settlement positions and the Trustee agreed to consider such information in good faith upon receipt in furtherance of the Parties' efforts to resolve this matter amicably. The Parties do not anticipate additional mediation sessions. | The Parties do not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduler of Mediation | Date of Mediation | Mediator | Date of Status Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Macam S.E. | 19-00255 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 30-Aug-22 | Hon. Brian Tester (ret.) | 8-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Parties do not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Enterprise Services Caribe, LLC | 19-00060 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Sep-22 | Hon. Brian Tester (ret.) | 26-Sep-22 | The Trustee has reached a settlement with the Defendant following mediation and is in the process of documenting that settlement. | The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Intervoice Communication of Puerto Rico Inc. | 19-00068 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Sep-22 | Hon. Brian Tester (ret.) | 4-Oct-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Caribe Grolier, Inc. | 19-00051 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 6-Oct-22 | Hon. Melanie L. Cyganowski (ret.) | 13-Oct-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Fast Enterprises LLC | 19-00266 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Oct-22 | Hon. Brian Tester (ret.) | 26-Oct-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Apex General Contractors, LLC | 19-00062 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 25-Oct-22 | Hon. Brian Tester (ret.) | 2-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Truenorth Corp. | 19-00160 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Oct-22 | Hon. Brian Tester (ret.) | 4-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduled Mediation | Date of Mediation | Mediator | Date of Mediator's Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Explora Centro Academico Y Terapeutico LLC | 19-00143 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 2-Nov-22 | Christian Alcalá | 9-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal communications and mediation to narrow or resolve the claims against Defendant. |
| Facsimile Paper Connection Corp. | 19-00092 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 3-Nov-22 | Hon. Brian Tester (ret.) | 10-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Computer Network Systems Corp. | 19-00150 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 4-Nov-22 | Corali Lopez Castro | 12-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| GF Solutions, Inc. | 19-00063 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 8-Nov-22 | Hon. Melanie L. Cyganowski (ret.) | 15-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Hospira Puerto Rico, LLC | 19-00186 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | 9-Nov-22 | Corali Lopez Castro | 16-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| S.H.V.P. Motor Corp. | 19-00134 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 10-Nov-22 | Hon. Melanie L. Cyganowski (ret.) | 17-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduled Mediation | Date of Mediation | Mediator | Date of Mediator Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Computer Learning Centers, Inc. | 19-00055 | YES | **Scheduled**.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant.<br><br>Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 15-Nov-22 | Hon. Brian Tester (ret.) | 22-Nov-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Quest Diagnostics of Puerto Rico, Inc. | 19-00440 | YES | **Scheduled**.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant.<br><br>Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 7-Dec-22 | Corali Lopez Castro | 14-Dec-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Total Petroleum Puerto Rico Corp. | 19-00114 | YES | **Scheduled**.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant.<br><br>Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 13-Dec-22 | Hon. Brian Tester (ret.) | 20-Dec-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Puerto Rico Telephone Company, Inc. | 19-00127 | YES | **Scheduled**.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant.<br><br>Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 15-Dec-22 | Hon. Brian Tester (ret.) | 22-Dec-22 | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Hewlett Packard Puerto Rico, BV LLC | 19-00183 | YES | Dismissed | Dismissed | | | | Dismissed |
| GM Security Technologies, Inc. | 19-00273 | YES | Rescheduling mediation conference originally scheduled for September 7, 2022.<br><br>The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are rescheduling mediation. | Hon. Brian Tester (ret.) | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Service or Mediation | Party to Mediate | Mediator | Date of Joint Status Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Prospero Tire Export, Inc. | 19-00196 | YES | Rescheduling mediation conference originally scheduled for September 20, 2022.<br><br>The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are rescheduling mediation. | Hon. Brian Tester (ret.) | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| St. James Security Services, LLC | 19-00145 | YES | Rescheduling mediation conference originally scheduled for September 6, 2022.<br><br>The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are rescheduling mediation. | Hon. Brian Tester (ret.) | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Merck Sharp & Dohme (I.A.) LLC | 19-00276 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Rocket Teacher Training, LLC | 19-00235 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Rocket Learning, LLC | 19-00232 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Junior Bus Line, Inc. | 19-00229 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

| Defendant Name | Case No. | Mediation Invitation Sent | Status Seeking Mediation | Party or Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|
| Ricardo Estrada Maisonet | 19-00227 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| International Surveillance Services Corporation | 19-00202 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Professional Consulting Psychoeducational Services | 19-00188 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Sesco Technology Solutions, LLC | 19-00162 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Seguros Colon, Inc. | 19-00130 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| First Hospital Panamericano, Inc. | 19-00093 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Settlement / Mediation | Party to Mediation | Date of Mediation | Date of Mediation Status Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Manpower | 19-00088 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Jose Santiago, Inc. | 19-00075 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| E. Cardona & Asociados, Inc. | 19-00056 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Clinica de Terapias Pediatricas, Inc. | 19-00054 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Centro de Desarrollo Academico, Inc. | 19-00053 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduled Mediation | Part of the Mediation | Date of Mediation | Date of Mediator Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Ambassador Veterans Services of Puerto Rico L.L.C. | 19-00048 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation.<br><br>The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow the claims against Defendant. |
| Community Cornerstones, Inc. | 19-00043 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Bristol-Myers Squibb Puerto Rico, Inc. | 19-00042 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Xerox Corporation | 19-00218 | YES | Trustee's counsel has made several efforts to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Netwave Equipment Corp. | 19-00253 | YES | Trustee's counsel has made several efforts to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Rosso Group, Inc. | 19-00239 | YES | Trustee's counsel has contacted Defendant to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Reyes Contractor Group, Inc. | 19-00220 | YES | Trustee's counsel has made several efforts to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Date of Mediator's Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|
| Didacticos, Inc. | 19-00161 | YES | Trustee's counsel has made several efforts to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Rodriguez-Parissi & Co., C.S.P. | 19-00155 | YES | Trustee's counsel has made several efforts to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |
| Citibank, N.A. | 19-00265 | YES | Defendant acknowledged receipt of mediation request, but there has been no discussion between the parties concerning mediation scheduling or informal settlement discussions as of the filing of this Report.<br><br>The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position concerning the claims asserted against the Defendant | Trustee has not received a response from Vendor concerning mediation. | | | | The Trustee does not intend to lift the stay, or proceed with litigation at this time.<br><br>The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. |