United States District Court
District of Puerto Rico

Rubén Muñiz Ruberté                    Promesa
    vs                                  Title III
The Commonwealth of Puerto Rico, et, al
    Debtors                             No. 17 BK 3283 - LTS

To the Honorable Court:

Here comes to this Honorable Court Mr. Rubén Muñiz Ruberté, pro se, and who respectfully states and Prays:

1. Please Take Notice that, this petitioner received in September 12, 2022 the Doc.# 21941, filled and entered in August 29, 2022 at 15:20:52, regarding the proposed order granting the Three Hundred Forty-Five Omnibus Objection of the Commonwealth of Puerto Rico, et, al., (Promesa, Title III).

2. Please Take Notice that the related document (21941), had an attached document, Doc # 21941-2, filled and entered the same day as the Doc # 21941, and signed by the Hon. Laura Taylor Swain, United States District Judge.

3. Please Take Further Notice that the Doc.# 21941 has an Exhibit (A) titled "Claims to be Reclassified", and in page 23 num. 139 under this petitioner's name, Rubén Muñiz Ruberté, is an order to reclassified the Claim #. 3398 from one secured to unsecured, based in "the claimant failed to provide prima facie evidence to support a secured claim".

4. Please Take Further Notice that this petitioner satisfied every request ordered by this Honorable Court, and was provided the prima facie evidence to support a secured claim.

5. Please Take Further Notice that this petitioner is hand-tied about and regarding the mail system inside the Correctional Complex in which I been under custody, because the person in charge (Correctional officer), doesn't provide the service as a daily basis, and delayed the mail, personal and legal resulting to failed sometimes with the Honorable Court's orders.

6. Please Take Further Notice that as an example is the Court's notification entered in August 29, 2022, and had a term ended in September 5, 2022 and was received in September 12, 2022.

7. Please Take Further Notice that the fact this petitioner satisfied the Honorable Court's order to provide the prima facie evidence to support a secure claim on time, and doesn't understand why the documentation never was received. Is not the first time experiencing this situation, and this petitioner begs to the Honorable Court the request to re-send the prima facie evidence to support and sustain a secured claim.

In conforming regarding the facts exposed in the present resource, this petitioner's respectfully prays to this Honorable Court to GRANT the present resource and by default take consideration regarding the lack of service in the Correctional Complex (Ponce 1000) regarding the mail system and the failure to provide a proper service, and order the Honorable Court to respectfully extend certain time to re-send the prima facie evidence, with any other pronounce in justice and right this Honorable Court consider.

Respectfully Submitted

Ponce, Puerto Rico
September  , 2022

Rubén Muñiz Ruberté
Rubén Muñiz Ruberté

IP 1000 3M 110
3699 PBP, Ponce, P.R. 00728-1500