To the Honorable Court:

With all your due respect be advised about the situation concern this legal resource that wasn't validated by the Record office from Ponce 1000 Correctional Complex.

The reason is because they are validating the lack of service "due the Covid-19 situation". Because of that, the access to service and justice is none, with the administration support.

This is other stone in the situation we are living throught the system in the daily basis.

Please accept my deepest appologies for send the document with the proper validation, but unfortunaly the Correctional Complex Administration refuses to provide us the service with a "lame" reason: covid 19.

Respectfully subbited