Mr. Rubén [illegible]
Ponce 1000 Correctional Complex
4 U 114
3699 Ponce By Pass
Ponce, P.R. 00728-1500

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, Puerto Rico
00918-1767