TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Número 17 BK 3283-LTS |
| Como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., | La presente radicación guarda relación con el ELA |

RÉPLICA A LA NOTIFICACIÓN DE LA QUINENTÉSIMA CUARTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES SIN RESPUESTA DE RAR

AL HONORABLE TRIBUNAL:

Comparece **José A. Lorenzana Oquendo**, por derecho propio quien suscribe y muy respetuosamente Alega, Expone y Solicita que:

1. Que mi número de caso es el 17 BK 03283-LTS

2. Que mi número de teléfono es (787) 634-4712.

3. Que mi dirección postal es Urbanización Covadonga, 3D14 Calle Clarin, Toa Baja, PR 00949.

4. Que mi número de empleado es el 4207 en el Departamento de Recreación y Deportes.

5. Que mi número de seguro social es el REDACTED-0785.

6. Que mi reclamación es relacionada con una vista administrativa del año 2017 en el cual la recomendación fue favorable a mi persona. Incluyo el informe final y recomendaciones del Oficial Examinador.

-2-

7. Que advine en conocimiento de que tenía que enviar esta información la semana pasada cuando mi patrono me entregó un paquete de documentos.

8. Que aparentemente me han estado notificando a una dirección incorrecta.

**POR TODO LO CUAL**, muy respetuosamente solicitamos a este Honorable Tribunal, que tome conocimiento de lo expresado.

**CERTIFICO**: Haber notificado por correo certificado con acuse de recibo a las siguientes personas: Secretaría, Tribunal de Distrito de los Estados Unidos, Sala 150 Edificio Federal, San Juan, PR 00918-1767, Abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, Nueva York, Nueva York 10036-8299, Abogados del Comité de Acreedores, Paul Hasting LLP, 200 Park Avenue, Nueva York, Nueva York 10166, Attn: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz.

En San Juan, Puerto Rico, a 14 de septiembre de 2022.

*[signature]*

JOSÉ A. LORENZANA OQUENDO
Urbanización Covadonga
3D14 Calle Clarín
Toa Baja, PR 00949
Teléfono es (787) 634-4712