## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### DEPARTAMENTO DE RECREACIÓN Y DEPORTES
### SAN JUAN, PUERTO RICO

| EN EL ASUNTO DE: | CASO NÚM. 17-001 |
|---|---|
| José Lorenzana Oquendo | SOBRE: VISTA ADMINISTRATIVA |

### INFORME FINAL Y RECOMENDACIÓN

**A.**

El 30 de junio de 2016, Sr. José Lorenzana Oquendo presentó una "solicitud para radicación de controversia o queja" donde alegó que el patrono infringió el Artículo 51, secciones 2 y 3 del Convenio Colectivo. En esencia, se trata de una reclamación por gastos de viajes[1].

Oportunamente se celebró la vista en este caso. A la vista compareció el Sr. Lorenzana Oquendo, representado por la Federación Central de Trabajadores. El DRD compareció representado por la Lcdo. Rolando Cuevas y la Sra. Sra. Yinelis Ortiz Pérez.

El Sr. Lorenzana Oquendo declaró bajo juramento. En la vista se presentó como prueba documental el comprobante de viaje del mes de septiembre de 2015. También se presentó copia del Reglamento de Béisbol Clase A, Núm. 8707 de 24 de febrero de 2016.

Luego de escuchar la prueba testifical, aquilatar su credibilidad y examinar la prueba documental en el expediente administrativo, formulamos las siguientes determinaciones de hechos:

**B.**

**Determinaciones de Hechos:**

1. La Sr. José Lorenzana Oquendo ocupa el puesto de Coordinador Regional de Actividades II en la Región El Toa.
2. Entre sus funciones están: la programación del torneo Clase A; coordinar actividades en la División de Asociaciones Recreativas; dar orientaciones en varios programas del Departamento de Recreación y Deportes. En sus funciones cubre ocho (8) pueblos: Bayamón, Cataño, Dorado, Toa Alta, Manatí, Vega Alta, Vega Baja y Guaynabo.
3. El torneo Clase A es a nivel Isla durante todo el año.
4. Durante el mes de septiembre de 2015 el Sr. Lorenzana Oquendo estuvo realizando viajes para la supervisión de la Clase A y las Organizaciones.
5. El Sr. Lorenzana Oquendo preparó un informe detallado de los viajes realizados en el mes de septiembre de 2015. Certificó que realizó los viajes y que no se le ha reembolsado los gastos incurridos.

---

[1] Este Artículo regula el reembolso de dietas y millaje. La sección 2 contempla el uso de automóvil propio para fines oficiales y la sección 2 establece el término de 60 días laborables para el pago los gastos correctos y debidamente cumplimentados.

1

Por los fundamentos expuestos, recomendamos que se proceda con el trámite administrativo correspondiente para el pago del referido comprobante, sujeto a las disposiciones legales y reglamentarias aplicables.

En San Juan, Puerto Rico, hoy 31 de mayo de 2017.

Hiram R. Morales Lugo
OFICIAL EXAMINADOR

Regístrese y notifíquese.

Lcda. Rolando Cuevas
Director
Oficina de Asesoramiento Legal
Departamento de Recreación y Deportes

Sra. Yinelis Ortiz Pérez
Secretaria Auxiliar de Recursos Humanos y Relaciones Laborales
Departamento de Recreación y Deportes

Lcda. Amalis Torres González
Asesora Legal
Federación Central de Trabajadores

Sra. Irba Batista Cruz
Delegada General
Federación Central de Trabajadores