

Jose Alorenzan
Urb Guadalupe
d-14 Calle Clarin
Ponce Baja Ploorya

U.S. POSTAGE PAID
FCM LETTER
BAYAMON, PR
00959
SEP 15, 22
AMOUNT
$7.85
R2305K136278

7021 2720 0003 2236 0366

CERTIFIED MAIL

Secretaria (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
Sala 150 Edificio Federal (*Federal Building*)
San Juan (Puerto Rico) 00918-1767