Exhibit A

## FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 78110   **Creditor Name:** Villa Armendariz, Sandra C.

| | |
|---|---|
| (1) Nombre Completo | Sandra C. Villa Armendáriz |
| (2) Número de teléfono | (787) 220-0586 |
| (3) Número de empleado | 111640 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico<br><br>Octubre, 2001 |
| (5) Correo electrónico | sandyvilla66@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | xxx xx 8965 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br><br>caso #78110 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | A través de mis años de servicio, me he esforzado por educarme continuamente para garantizar una educación de calidad. Soy pieza angular en el desarrollo de nuestros niños. Este no es un trabajo como cualquiera otro, ser maestra es amor, responsabilidad y entrega. Ser maestra en P.R. es:<br>- la incertidumbre de nuestro retiro y el futuro.<br>- cubrir gastos de materiales y recursos necesarios para el desempeño de mis tareas.<br>(Ver páginas adicionales) |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*



- Sufrir injusticias
- recibir un pago que no va a la par con mi preparación ni con mis labores.

Velando siempre por que todo lo anterior no interfiera con el derecho de mis estudiantes a recibir una educación de calidad, me he visto en la obligación de buscar ayuda y recurrir a especialistas que puedan velar por mi salud física y emocional. 22 años de servicio reúnen infinidad de anécdotas, situaciones y problemas dentro y fuera del salón de clases que han aportado al deterioro de mi salud. A pesar de los retos y las dificultades que he experimentado, nunca he abandonado mis funciones. Cuando se trabaja por vocación, se da la milla extra. Así ha sido durante mis años en el magisterio, pues mi compromiso con la educación no permite otra cosa



que continuar la lucha.

Así como es derecho fundamental el acceso a la educación, debería serlo igual la compensación justa y digna por mis labores.

Soy el presente y el futuro de P.R. por que mi huella perdura en el tiempo a través de cada niño.

Mi tarea como maestra de escuela elemental no se limita a enseñar materias, sino ir más allá hasta despertar la curiosidad, fomentar el interés por el aprendizaje, abrazar la diversidad, ser apoyo y compañía.

Tengo la convicción de que el país se hace desde un salón de clases.

*Villa*

Sandra Villa Armendáriz