CERTIFIED MAIL®

7022 0410 0001 0095 1251

Secretaria (Clerk's Office)
Tribunal de distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

Sandra C. Villa Armendariz
P.O. Box 540
Mercedita, P.R. 00715

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019