# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et. al.<br><br>Debtor<br><br>_____<br><br>LUIS A. RIVERA SIACA<br><br>Movant<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et. al.<br><br>Debtor | PROMESA Title III<br><br>No. 17-03283-LTS<br><br>(Jointly administered)<br><br><br><br>**Re: ECF No. 22166**<br><br>Department of Education of the Commonwealth of Puerto Rico |

## MOTION SUBMITTING CERTIFIED TRANSLATIONS AND FOR ENTRY OF ORDER

**TO THE HONORABLE COURT:**

COMES NOW, Luis A. Rivera Siaca ("Rivera Siaca"), through his undersigned counsel, and respectfully states and requests:

1.      On September 12, 2022, Rivera Siaca filed a *Motion for Leave to Comply with Order* (**Docket No. 22166**) requesting that an order be entered accepting Rivera Siaca's reply to the

Commonwealth of Puerto Rico's (the "Commonwealth") response filed at **Docket No. 21706** and that Rivera Siaca be granted until September 28, 2022, to file a certified English translation of Exhibit A to the *Motion to Comply with Payment of Administrative Rent* (**Docket No. 21408**) and Exhibit B of the *Response to Debtor's Objection to Motion to Comply with Payment of Administrative Rent* (**Docket No. 21706**).

2.      Rivera Siaca is forwarding herewith the Lease Agreement entered on January 15, 2021 between the Department of Education of Puerto Rico and Rivera Siaca accompanied by a certified translation to the English language thereof (**Exhibit A**) and the Certification of the Lease Agreement issued by the Office of the Comptroller of the Commonwealth of Puerto Rico also accompanied by its certified translation to the English language (**Exhibit B**).

**WHEREFORE**, it is respectfully requested that the attached documents and their certified translations to the English language be directed to be made part of the record, as set forth in the attached proposed order.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico, this 21st of September 2022

*s/* **CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices
**Attorney for Luis A. Rivera Siaca**
356 Fortaleza Street, Second Floor
San Juan, PR  00901
Tel.:  787-977-0515
Fax:  787-977-0518
E-Mail: ccuprill@cuprill.com