

Exhibit B

# CERTIFICACIÓN

Certifico que, en el sistema computadorizado del Registro de Contratos de esta Oficina, aparece registrado el siguiente contrato otorgado entre el Departamento de Educación de Puerto Rico y el Sr. Luis A. Rivera Siaca, según solicitado.

| Número de Contrato | Fecha de Otorgamiento Día/Mes/Año | Vigencia Día/Mes/Año | Cuantía | Tipo de Servicio |
|---|---|---|---|---|
| 2021-000148 | 15/01/2021 | 15/01/2021 al 31/12/2025 | $2,426,430.10 | Edificios |

Esta **CERTIFICACIÓN** la expido a petición de Luis A. Rivera Siaca.

Dada en San Juan, Puerto Rico, hoy 2 de agosto de 2022.



Madeline Cruz Flores
Administradora de Documentos
Programa de Administración
de Documentos Públicos

PO BOX 366069 SAN JUAN PUERTO RICO 00936-6069
105 AVENIDA PONCE DE LEÓN, HATO REY, PUERTO RICO 00917-1136
TEL. (787) 754-3030   FAX (787) 751-6768
E-MAIL: ocpr@ocpr.gov.pr   INTERNET: www.ocpr.gov.pr
www.facebook.com/ocpronline   www.twitter.com/ocpronline