Case:17-03283-LTS  Doc#:22338-4  Filed:09/21/22  Entered:09/21/22 11:42:19  Desc: Exhibit B - English Cert. Trans.  Page 1 of 2

Certified Translation MC-2022-319
Page 1 of 2



Commonwealth of Puerto Rico
Office of the Comptroller

# CERTIFICATION

I hereby certify that, in the computerized system of the Registry of Contracts of this Office, the following contract between the Department of Education of Puerto Rico and Mr. Luis A. Rivera Siaca, as requested, is registered.

| Contract Number | Date of Execution Month/Day/Year | Effective Month/Day/Year | Amount | Type of Service |
|---|---|---|---|---|
| 2021-000148 | 01/15/2021 | 01/15/2021 through 12/31/2025 | $2,426,430.10 | Buildings |

This **CERTIFICATION** is issued upon request of Luis A. Rivera Siaca.

Given in San Juan, Puerto Rico, today, August 2, 2022.

[Filing Fee Stamp Affixed]

[Signature]
Madeline Cruz Flores
Documents Administrator
Public Documents
Administration Program

PO BOX 366069 SAN JUAN PUERTO RICO 00936-6069
105 AVENIDA PONCE DE LEÓN, HATO REY, PUERTO RICO 00917-1136
TEL. (787) 754-3030  FAX (787) 751-6768
E-MAIL: ocpr@ocpr.gov.pr  INTERNET: www.ocpr.gov.pr
www.facebook.com/ocpronline   www.twitter.com/ocpronline

Case:17-03283-LTS Doc#:22338-4 Filed:09/21/22 Entered:09/21/22 11:42:19 Desc: Exhibit B - English Cert. Trans. Page 2 of 2

Certified Translation MC-2022-319
Page 2 of 2

No. 2022-319  TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Two (2) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Saturday, September 17, 2022.

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com