# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et. al.<br><br>Debtor<br><br>_____<br><br>LUIS A. RIVERA SIACA<br><br>Movant<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et. al.<br><br>Debtor | PROMESA Title III<br><br>No. 17-03283-LTS<br><br>(Jointly administered)<br><br><br><br>Re: ECF No. 22166<br><br><br>Department of Education of the Commonwealth of Puerto Rico |

## ORDER

The Court has considered Luis A. Rivera Siaca's ("Rivera Siaca") *Motion Submitting Certified Translations and for Entry of Order*, and good cause appearing therefor, it is hereby directed that the Lease Agreement entered on January 15, 2021 between the Department of Education of Puerto Rico and Rivera Siaca with its certified translation to the English language; and the Certification of the Lease Agreement issued by the Office of the Comptroller of the Commonwealth of Puerto Rico with its certified translation to the English language be made part of the record of this case.

Dated: _____, 2022

_____
Honorable Laura Taylor Swain
United States District Judge