UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

          as representative of,

THE COMMONWEALTH OF PUERTO
RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------x

ORDER EXTENDING TIME TO FILE
SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO
<u>PUERTO RICO RECOVERY ACCURACY IN DISCLOSURE ACT</u>

    Upon the *Status Report Regarding Verified Statement of Connections Under the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 22233 in Case No. 17-3283) (the

---

[1] The Debtors in the jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found cause to grant the relief requested in the Motion, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time for McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey") to file a supplemental verified statement pursuant to the *Order on Motion of the United States Trustee for Amendment of the Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* [Docket No. 21334] and the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82 is extended to **October 14, 2022**, without prejudice to the right of McKinsey to request further extensions of time. The United States Trustee's time to respond to McKinsey's verified statement, as supplemented, is extended to thirty (30) days after the filing of such disclosure.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. This Order resolves Docket Entry No. 22233 in Case No. 17-3283.

SO ORDERED.

Dated: September 21, 2022      /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                               United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.