# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

I hereby certify that UBS Financial Services Incorporated of Puerto Rico, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order*, (Docket No. 20190-1, Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the following document:

(i)  *UBS Financial Services Incorporated Of Puerto Rico's Reply In Further Support Of Its Motion To Enforce The Plan Of Adjustment And For Related Injunctive Relief*, (Docket No. 22274), Case No. 17-03283 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on September 17, 2022 and by U.S. mail upon all the Standard Parties listed therein on September 21, 2022.**

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 21st day of September 2022.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

> **MCCONNELL VALDÉS LLC**
> *Attorneys for UBS Financial Services Incorporated of Puerto Rico*
> 270 Muñoz Rivera Avenue
> Hato Rey, Puerto Rico 00918
> PO Box 364225
> San Juan, Puerto Rico 00936-4225
> Telephone: 787-250-2631
>
> By: *s/Roberto Quiñones Rivera*
> Roberto C. Quiñones-Rivera, Esq
> USDC-PR Bar No. 211512
>  Email: rcq@mcvpr.com