UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------x

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Adv. Proc. No. 19-391-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and

THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,

    as section 926 co-trustee of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Plaintiffs,

    -v-

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,

    Defendant.

-------------------------------------------------------------x

| | |
|---|---|
| CORTLAND CAPITAL MARKET SERVICES LLC, as successor administrative agent for lenders under that certain Credit Agreement, dated as of May 4, 2012, among PREPA, Scotiabank, and the lenders party thereto, and SOLA LTD, SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, and ULTRA NB LLC,<br><br>    Plaintiffs,<br><br>    -v-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA), PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY (AAFAF), and U.S. BANK NATIONAL ASSOCIATION, as successor Trustee under the trust agreement, as amended and supplemented,<br><br>    Defendant. | Adv. Proc. No. 19-396-LTS |

-------------------------------------------------------------x

| | |
|---|---|
| SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,<br><br>    Plaintiff,<br><br>    -v-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, PUERTO RICO ELECTRIC POWER AUTHORITY, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY | Adv. Proc. No. 19-405-LTS |

AUTHORITY, THE COMMONWEALTH OF PUERTO
RICO, JOHN DOE 1, as the Governor of Puerto Rico,
JOHN DOE 2 as the Executive Director of AAFAF and
U.S. BANK NATIONAL ASSOCIATION,

                Defendants.

-------------------------------------------------------------x

## ORDER RESCHEDULING THE SEPTEMBER 21, 2022, OMNIBUS HEARING TO SEPTEMBER 28, 2022

        The omnibus hearing previously scheduled for September 21, 2022 (the "Omnibus Hearing"), and subsequently adjourned to a date to be determined by the Court,[2] is hereby rescheduled for **September 28, 2022**, at **9:30 a.m. (Atlantic Standard Time)**.[3] The Financial Oversight and Management Board for Puerto Rico must file a revised agenda no later than **3:00 p.m. (Atlantic Standard Time)** on **September 27, 2022**.

        The Court will continue to monitor the conditions as Puerto Rico recovers from Hurricane Fiona.

        SO ORDERED.

Dated: September 21, 2022

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge

---

[2]   *Order Adjourning the September 21, 2022, Omnibus Hearing to a Date to be Determined and Extending Deadline to Respond to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief* (Docket Entry No. Docket Entry No. 22316 in Case No. 17-3283, Docket Entry No. 2989 in Case No. 17-4780, Docket Entry No. 18 in Adv. Proc. No. 19-391, Docket Entry No. 110 in Adv. Proc. No. 19-396, Docket Entry No. 81 in Adv. Proc. No. 19-405.)

[3]   Parties in interest that previously registered for the September 21, 2022, Omnibus Hearing need not register again for the rescheduled Omnibus Hearing.