## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 20467** |

### DECLARATION OF RAFAEL ROMEU PURSUANT TO THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT ("PRRADA")

I, Rafael Romeu, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.  I am the President & Chief Executive Officer of DevTech Systems, Inc. ("DevTech"), an economic consulting firm with headquarters at 1700 North Moore Street, Suite 1720 in Arlington, Virginia and other offices in Jakarta, Indonesia; Bishkek, Kyrgyzstan; Lusaka, Zambia; and Rabat, Morocco.

2.  This Declaration is based on my personal knowledge, and if called to testify, I could and would testify competently to the written statements made in this Declaration.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

3. DevTech was retained by the Puerto Rico Fiscal Agency and Financial Advisory Authority in 2017 to provide macroeconomic technical assistance support services. The services provided include, inter alia, the following:

   - Producing a quarterly Macroeconomic Indicators report
   - Continuous review and updating of the macroeconomic model
   - General economic advising support to Commonwealth policymaking on an as-needed basis

4. DevTech maintains a database of past and current client engagements. DevTech's clients are primarily public sector entities. In accordance with PRRADA, DevTech conducted a review comparing the names on the publicly filed list of material interested parties listed on the *Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* [Docket No. 20458] (the "Amended MIP List"). DevTech compared the names of each of the parties on the Amended MIP List to names in its client database.

5. Based on this review, DevTech has not performed within the last five (5) years, and is not currently performing, any services for any party listed in the Amended MIP List that constitute a conflict of interest in connection with the Title III case. However, DevTech has identified several past engagements with certain of the parties listed in the Amended MIP List, in matters unrelated to the Title III case, as set forth in Appendix A.

6. AAFAF is a separate public corporation from the Commonwealth and the other Debtors and is not one of the Debtors. DevTech did not have any claims against AAFAF that arose before the Commonwealth filed its Title III petition.

7. To the best of my knowledge, this Declaration discloses all connections between DevTech and the parties listed on the Amended MIP List known to DevTech as of today's date. If DevTech discovers additional information that requires disclosure, DevTech will file supplemental disclosures with the Court. DevTech reserves all rights to amend and/or supplement its disclosures contained herein.

8. Based on my personal knowledge in my capacity as President & Chief Executive Officer of DevTech and my personal review of Amended MIP List to the best of my knowledge, information, and belief, DevTech is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) relative to any entity or person on the Amended MIP List and that

DevTech does not hold or represent an adverse interest in connection with the Title III cases, and that there is no material conflict with the material interested persons listed in the Amended MIP List.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of September, 2022

/s/ *Rafael Romeu*
Rafael Romeu

**Appendix A**

**DevTech PRRADA Disclosures**

Past Engagements

| List of Material Interested Parties Category | Party |
|---|---|
| Debtors | PUERTO RICO SALES TAX FINANCING CORPORATION |
| Retained Professional | DELOITTE CONSULTING LLP |
| Retained Professional | ERNST & YOUNG LLP |