UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF NOTICE OF MEDIATION TEAM'S PROPOSED
AMENDED ORDER ESTABLISHING TERMS AND CONDITIONS OF MEDIATION

The Court has received and reviewed the *Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation* (Docket Entry No. 22351 in

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case No. 17-3283 and Docket Entry No. 2997 in Case No. 17-4780, the "Notice") and the *[Proposed] Amended Order Establishing the Terms and Conditions of Mediation* (Docket Entry No. 22350 in Case No. 17-3283 and Docket Entry No. 2996 in Case No. 17-4780, the "Proposed Order").

Any objections or other responses to the Notice and Proposed Order must be filed by **September 23, 2022, at 2:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take these matters on submission.

SO ORDERED.

Dated: September 22, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge