## REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: ARLEEN J. NIEVES CORREA

Dirección Postal: Urb. JARDINES de Gurabo #148 Calle-6 Gurabo P.R. 00778-2730

Teléfono de contacto res. _____ cel. 787-373-0297

**II. Epígrafe**

# de Reclamo: 176804
178210

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce~~ Caguas, Puerto Rico desde el __16__ de __DICIEMBRE__ de __1985__ hasta el __13__ de __FEBRERO__ de __2012__. Culminé mi laborar como __FRAMEWORKER - Caguas__ en Puerto Rico Telephone Company, ~~Ponce~~ Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

ARLEEN J. NIEVES CORREA
Nombre en letra de molde

_[signature]_
Firma

P.D.: El fundamento de mis reclamos es por un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante los años que la Puerto Rico Telephone Company era una agencia del Estado Libre Asociado de P.R.