

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**ARLEEN J. NIEVES CORREA**
XXX-XX-**0198**

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- ➢ Ingresó a PRT/Claro efectivo el 12/16/1985.
- ➢ Trabajó como emplead(o)(a) regular hasta 02/13/2012.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a jueves, 10 de septiembre de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords