UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING MOTION NOTIFYING THE REQUEST FOR ASSISTANCE TO
THE FIRST CIRCUIT DUE TO THE REFUSAL OF THIS COURT TO ANSWER THE
QUERY REQUESTED IN THE CASE OF TITLE III- PROMESA : #17 BK 3283-LTS
AGAINST THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

    The Court has received and reviewed the *Motion Notifying the Request for Assistance to the First Circuit Due to the Refusal of this Court to Answer the Query Requested in the Case of Title III- PROMESA : #17 BK 3283-LTS Against the Financial Oversight and Management Board for Puerto Rico* (Docket Entry No. 22362 in Case No. 17-3283) (the "Motion"), filed on September 22, 2022.

    In light of the *Memorandum Order Concerning Inquiry Motion of Juan Manuel Cruzado-Laureano* (Docket Entry No. 22349 in Case No. 17-3283), entered on September 21,

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2022, the Motion is hereby denied as moot.

This Order resolves Docket Entry No. 22362.

SO ORDERED.

Dated: September 23, 2022

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge