# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 161521 | ACEVEDO RUIZ, ANA | Public Employee & Pension/Retiree | $72,276.74 |
| 144676 | ACEVEDO RUIZ, CARMEN N. | Public Employee & Pension/Retiree | $77,046.11 |
| 163345 | ALGARIN ROSADO, ARACELIS | Public Employee, Pension/Retiree & Union Grievance | $54,379.55 |
| 171908 | ALICEA RODRIGUEZ, HELIODORA | Public Employee & Pension/Retiree | $0.00 |
| 61608 | AMALBERT VILLEGAS, WANDA L. | Public Employee & Pension/Retiree | $47,784.25 |
| 107088 | ANDRADES RODRIGUEZ, RAQUEL | Public Employee & Pension/Retiree | $0.00 |
| 82917 | APONTE SANTIAGO, MIRIAM | Public Employee & Pension/Retiree | $14,400.00 |
| 153014 | APONTE SANTOS, ELBA L. | Public Employee & Pension/Retiree | $53,000.00 |
| 136571 | ARROYO NEGRONI, MIGDALIA | Public Employee & Pension/Retiree | $0.00 |
| 132238 | ARZOLA RODRIGUEZ, ROSA ELENA | Public Employee & Pension/Retiree | $50,000.00 |
| 97171 | BAEZ BAEZ, CARMEN | Public Employee & Pension/Retiree | $0.00 |
| 43627 | BAEZ MORA, NILDA | Public Employee | $12,800.00 |
| 152951 | BAEZ TORRES, MYRNA | Public Employee & Pension/Retiree | $0.00 |
| 56764 | BAÑOS CRUZ, ELSA N. | Public Employee & Pension/Retiree | $0.00 |
| 162119 | BARRETO ORTIZ , EMMARIS | Public Employee & Pension/Retiree | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 65961 | BAUZA TORRES, GLORIA | Public Employee & Pension/Retiree | $68,809.02 |
| 87400 | BELLIDO RUIZ , MIRIAM  JULIA | Public Employee & Pension/Retiree | $0.00 |
| 111981 | BERRIOS DIAZ, ELIZABETH | Pension/Retiree | $913.33 |
| 75626 | BONILLA ADAMES, NILSA I | Public Employee | $17,400.00 |
| 79323 | BONILLA-ADAMES, NILSA | Public Employee | $10,200.00 |
| 31090 | BRITO RODRIGUEZ, ALDO | Public Employee | $8,143.45 |
| 64882 | CACERES RAMOS, MILDRED I. | Public Employee & Pension/Retiree | $0.00 |
| 158791 | CANDELARIO MILAN, OBDULIO | Public Employee & Pension/Retiree | $0.00 |
| 170863 | CARDENAS MAXAN, ORLANDO | Public Employee | $16,200.00 |
| 158904 | CARDONA RUIZ, GEORGIA J. | Public Employee | $13,200.00 |
| 179246 | CARDONA VELAZQUEZ, JACLHELINE | Public Employee & Pension/Retiree | $38,955.67 |
| 128494 | CARLO PABON, CLARA | Public Employee & Pension/Retiree | $0.00 |
| 65724 | CINTRON MELENDEZ, NILDA E. | Public Employee | $4,800.00 |
| 69349 | CINTRON MELENDEZ, NILDA E. | Public Employee | $3,000.00 |
| 143753 | CIRINO ORTIZ, SAMUEL | Public Employee & Pension/Retiree | $0.00 |

2

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 155122 | COLL PEREZ, JULIA MARIA | Public Employee | $6,000.00 |
| 139467 | COLOMBANI BERMUDEZ, LIZVETTE | Public Employee & Pension/Retiree | $9,000.00 |
| 173227 | COLON AMARO, CONRADO | Public Employee & Pension/Retiree | $27,390.00 |
| 100973 | COLON MARTINEZ, ZULMA | Public Employee | $0.00 |
| 50530 | COLON MARTINEZ, ZULMA | Public Employee | $32,400.00 |
| 47547 | COLON RIVERA, MARITZA | Union Grievance | $22,000.00 |
| 142426 | COLON SANTIAGO , GLADYS I | Public Employee & Pension/Retiree | $75,000.00 |
| 86673 | COLON TORRES , CARMEN L. | Public Employee & Pension/Retiree | $0.00 |
| 68030 | COTTO JIMENEZ, GLORIA E. | Public Employee & Pension/Retiree | $71,474.13 |
| 55880 | CRUZ ALVELO, MILAGROS D | Public Employee & Pension/Retiree | $45,861.70 |
| 160733-1 | CRUZ ORTIZ, NORMA E. | Public Employee | $45,000.00 |
| 88953 | CRUZADO MARRERO, NILDA E. | Public Employee & Pension/Retiree | $75,000.00 |
| 154976 | CUBERO LORENZO, CARLOS A. | Public Employee | $15,600.00 |
| 101487 | CUEVAS ORTIZ, JOSE A. | Public Employee & Pension/Retiree | $53,026.67 |
| 141932 | DAVILA QUINONES, MAYRA M. | Public Employee & Pension/Retiree | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 140857 | DE JESUS APONTE, MERIAM | Public Employee | $19,800.00 |
| 151660 | DE JESUS APONTE, MERIAM | Public Employee | $18,000.00 |
| 172593 | DE JESUS FIGUEROA, LUZ N. | Public Employee | $55,000.00 |
| 175911 | DEGRO ORTIZ, SANDRA E. | Public Employee | $1,200.00 |
| 97690 | DEL ROSARIO OLIVERA RIVERA, MARIA | Public Employee & Pension/Retiree | $0.00 |
| 85816 | DEL VALLE RODRIGUEZ, NYDIA L | Public Employee & Pension/Retiree | $0.00 |
| 93771 | DIAZ MONTALVO , ANA | Public Employee & Pension/Retiree | $3,000.00 |
| 171337 | DIAZ MONTALVO, ANA | Public Employee & Pension/Retiree | $70,049.18 |
| 142106 | FERNANDEZ FEBUS, MIRIAM | Public Employee & Pension/Retiree | $6,000.00 |
| 117101-1 | FERNANDEZ TORRES, NANCY | Public Employee | $0.00 |
| 159283 | FIGUEROA FELICIANO, NATIVIDAD | Public Employee | $0.00 |
| 83998 | FIGUEROA RIVERA, JEANETTE | Public Employee | $0.00 |
| 171913 | FIGUEROA TORRES, CARLOS A. | Public Employee & Pension/Retiree | $0.00 |
| 171922 | FIGUEROA TORRES, VIVIEN V. | Public Employee & Pension/Retiree | $0.00 |
| 95630 | FLORES ZAYAS , MARILYN | Public Employee & Pension/Retiree | $0.00 |

4

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 63649 | FLORES ZAYAS, MARILYN | Public Employee & Pension/Retiree | $0.00 |
| 50202-1 | FLORES ZAYES, ZOBEIDA | Public Employee | $0.00 |
| 63822 | FONT, IDALIA ELIAS | Public Employee & Pension/Retiree | $35,350.29 |
| 148421 | FUENTES SILVA, EDNA I. | Public Employee | $19,000.00 |
| 45495 | GOMEZ VEGA, JULIA | Public Employee | $25,000.00 |
| 43363 | JIMENEZ MONROIG, CARMEN M | Public Employee | $12,172.50 |
| 157302 | JIMENEZ SANTIAGO, LYDIA E. | Public Employee | $3,600.00 |
| 123817 | JIMENEZ SANTIAGO, LYDIA E. | Public Employee | $5,400.00 |
| 157494 | JIMENEZ SANTIAGO, LYDIA E. | Public Employee | $12,600.00 |
| 152354 | JOURNET MALAVE, INES L | Public Employee & Pension/Retiree | $0.00 |
| 9208 | LEBRON LABOY, LUIS | Public Employee | $11,542.00 |
| 56258 | LIBRAN EFRE, ISABEL | Public Employee | $6,000.00 |
| 140704 | LOPEZ BURGOS, EMMA | Public Employee & Pension/Retiree | $0.00 |
| 116889 | LOPEZ CACERES, IRIS M | Public Employee & Pension/Retiree | $0.00 |
| 122123 | LOPEZ CACERES, IRIS M. | Public Employee & Pension/Retiree | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 127830 | LOPEZ CACERES, IRIS M. | Public Employee & Pension/Retiree | $0.00 |
| 59274 | LOPEZ DE JESUS, IVAN | Public Employee & Pension/Retiree | $0.00 |
| 116954 | LOPEZ GONZALEZ, WILMARIE | Public Employee | $7,749.00 |
| 78057 | LÓPEZ MÁRQUEZ, NELLY R. | Public Employee & Pension/Retiree | $0.00 |
| 84002 | LOPEZ MAYRA, BONET | Public Employee & Pension/Retiree | $16,500.00 |
| 120093 | LUGO MORALES, NOEMI | Public Employee & Pension/Retiree | $0.00 |
| 117175 | LUGO MORALES, NOEMI | Public Employee | $0.00 |
| 120076 | LUGO MORALES, NOEMI | Public Employee | $0.00 |
| 96285 | MALDONADO CARRION, NORA J | Public Employee & Pension/Retiree | $17,400.00 |
| 102360 | MALDONADO RODRIGUEZ, NILDA | Public Employee | $0.00 |
| 61344 | MALDONADO TORRES, DELIRIS | Public Employee & Pension/Retiree | $46,989.12 |
| 63817 | MALDONADO VAZQUEZ, ESPERANZA | Public Employee, Pension/Retiree & Union Grievance | $25,000.00 |
| 99265 | MARTINEZ ARROYO, ELBA IRIS | Public Employee & Pension/Retiree | $0.00 |
| 128066 | MARTINEZ COLON, CARMEN J. | Public Employee & Pension/Retiree | $0.00 |
| 167473 | MEDINA SOTO, DENIS E. | Public Employee | $15,000.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 97526 | MERCADO RUIZ, JOSE H | Public Employee & Pension/Retiree | $93,426.57 |
| 18113-1 | MIESES ROSARIO, ADRIANA | Public Employee | $80,000.00 |
| 145020 | MONTALVO RIVERA, ZAIDA | Public Employee & Pension/Retiree | $177,109.42 |
| 81087 | MORALES DIAZ, MAGDALENA | Public Employee & Pension/Retiree | $21,922.96 |
| 40831 | MORALES FONSECA, ANA L. | Public Employee & Pension/Retiree | $13,500.00 |
| 97853-1 | MORENO CORDERO , LOURDES | Public Employee & Pension/Retiree | $0.00 |
| 99524-1 | MORENO CORDERO, LOURDES | Public Employee | $17,000.00 |
| 144286 | MUNIZ SOTO, JUAN J. | Public Employee | $12,000.00 |
| 146349 | MUNOZ GOMEZ, MARIA A | Public Employee | $24,000.00 |
| 130421 | NEGRON GONZALEZ, IVY M. | Public Employee | $0.00 |
| 92867 | NIEVES ALBINO, JOSE A. | Public Employee & Pension/Retiree | $50,561.87 |
| 137491 | NUNEZ MERCADO, NORMA I. | Public Employee & Pension/Retiree | $0.00 |
| 67644 | NUÑEZ SANTOS, NILSA | Public Employee & Pension/Retiree | $60,816.00 |
| 134710 | OCASIO RIOS, LILLIAM | Public Employee & Pension/Retiree | $27,116.46 |
| 108681 | OLIVERA RIVERA, MARIA DEL ROSARIO | Public Employee | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 8625 | OPEN INT'L SYSTEMS CORP | Tax Refund | $604.00 |
| 61899 | ORTEGA DAVILA, DEBORAH | Public Employee & Pension/Retiree | $7,200.00 |
| 54154 | ORTIZ COSME, ROSA I. | Public Employee & Pension/Retiree | $13,500.00 |
| 129365 | ORTIZ NEGRON, EMMA M. | Public Employee & Pension/Retiree | $19,200.00 |
| 131364 | ORTIZ NEGRON, EMMA M. | Public Employee & Pension/Retiree | $0.00 |
| 148901 | ORTIZ NEGRON, EMMA M. | Public Employee & Pension/Retiree | $19,200.00 |
| 22068 | ORTIZ SANTIAGO, INES M | Public Employee | $0.00 |
| 178907 | OSORIO CORREA, ADA O. | Public Employee | $0.00 |
| 178908 | OSORIO CORREA, ADA O. | Public Employee | $0.00 |
| 178909 | OSORIO CORREA, ADA O. | Public Employee | $0.00 |
| 176372 | OTERO CRUZ, JUSTINA | Public Employee & Pension/Retiree | $75,000.00 |
| 139498 | PACHECO TRINIDAD, SARAH H | Public Employee & Pension/Retiree | $0.00 |
| 122651 | PAGAN PEREZ, PETRA | Public Employee & Pension/Retiree | $11,200.00 |
| 143852 | PEREZ AGUILAR, MARITZA | Public Employee & Pension/Retiree | $20,400.00 |
| 166057 | PEREZ MONTES, NATIVIDAD | Public Employee & Pension/Retiree | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 109293 | PEREZ PENA, MILAGROS S. | Public Employee & Pension/Retiree | $90,000.00 |
| 150858 | PEREZ PENA, MILAGROS S. | Public Employee & Pension/Retiree | $40,000.00 |
| 34189 | R&D MASTER ENTERPRISES, INC. | Tax Refund | $6,162.99 |
| 93504 | RACHUMI CORTES, GERARDO A. | Public Employee | $5,964.00 |
| 106696 | RAMIREZ VEGA, ESTHER | Public Employee | $0.00 |
| 131663 | RAMOS ECHEVARRIA, MARIA M. | Public Employee & Pension/Retiree | $0.00 |
| 86778 | RAMOS HERNANDEZ, CARMEN M. | Public Employee | $30,000.00 |
| 167645 | RAMOS MONTALVO, ANTONIO | Public Employee | $10,800.00 |
| 110190 | RAMOS TORRES, ADA M | Public Employee & Pension/Retiree | $0.00 |
| 96619 | RAMOS TORRES, ADA M | Public Employee | $0.00 |
| 94363 | RAMOS TORRES, ADA M. | Public Employee & Pension/Retiree | $0.00 |
| 122686 | REYES CRUZ, MARGARITA | Public Employee & Pension/Retiree | $75,000.00 |
| 61334 | REYES DE JESUS, HECTOR M. | Public Employee | $0.00 |
| 34944 | RIOS MALDONADO, LESLIE FRANK | Public Employee, Pension/Retiree & Union Grievance | $0.00 |
| 154346 | RIVERA CRUZ, ILIA M. | Public Employee & Pension/Retiree | $15,600.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 178463 | RIVERA DE JESUS, NEREIDA | Public Employee | $91,200.00 |
| 128563 | RIVERA DE JESUS, NEREIDA | Public Employee & Pension/Retiree | $0.00 |
| 166423 | RIVERA FLORES, CARLOTA | Public Employee | $0.00 |
| 166619 | RIVERA FLORES, CARLOTA | Public Employee | $0.00 |
| 166653 | RIVERA FLORES, CARLOTA | Public Employee | $0.00 |
| 112531 | RIVERA ORSINI, YOLANDA | Public Employee & Pension/Retiree | $18,700.00 |
| 163666 | RIVERA RODRIGUEZ, MARITZA | Public Employee & Pension/Retiree | $0.00 |
| 104018 | RIVERA ROLA, MAYRA I. | Public Employee & Pension/Retiree | $19,200.00 |
| 51892 | RIVERA ROSARIO , JAVIER | Public Employee | $15,000.00 |
| 90750 | RIVERA ROSARIO, JAVIER | Public Employee | $0.00 |
| 77745 | RIVERA SANTIAGO, NORMA E. | Public Employee | $13,500.00 |
| 97544 | RIVERA VALENTIN, CARMEN | Public Employee | $7,000.00 |
| 169334 | ROCHE, PAULA | Public Employee | $0.00 |
| 63273 | RODRIGUEZ BRUNET, ILEANA E. | Public Employee & Pension/Retiree | $0.00 |
| 44528 | RODRIGUEZ CANDELARIA, NORMA | Public Employee | $20,000.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 51806 | RODRIGUEZ CANDELARIA, NORMA | Public Employee | $25,000.00 |
| 51596 | RODRIGUEZ CANDELARIA, NORMA | Public Employee & Pension/Retiree | $15,000.00 |
| 78606 | RODRIGUEZ CANDELARIA, NORMA | Public Employee & Pension/Retiree | $0.00 |
| 177682 | RODRIGUEZ HERRERA, EVELYN | Public Employee & Pension/Retiree | $0.00 |
| 174728 | RODRIGUEZ MATEO, YELITZA A. | Public Employee & Pension/Retiree | $0.00 |
| 80302 | RODRIGUEZ RODRIGUEZ, LOYDA | Public Employee & Pension/Retiree | $60,000.00 |
| 3426 | RODRIGUEZ SANTANA, SAMUEL | Tax Refund | $1,700.00 |
| 89833 | ROLON COSME, FRANCISCA | Public Employee & Pension/Retiree | $0.00 |
| 107206 | ROLON MONTIJO, WANDA | Public Employee & Pension/Retiree | $77,130.37 |
| 173184 | ROMAN MORALES, JOSE D | Public Employee & Pension/Retiree | $16,475.00 |
| 178658 | ROSA SANTIAGO, ANA M. | Public Employee | $9,000.00 |
| 146511 | ROSADO GUZMAN, MARIA DE LOS ANGELES | Public Employee & Pension/Retiree | $14,000.00 |
| 60954 | ROSADO MALDONADO, AMARYLIS | Public Employee | $10,000.00 |
| 74848 | ROSADO TORRES, EDWIN | Public Employee & Pension/Retiree | $53,872.56 |
| 58399 | RUIZ GERENA, SUCESION ANTONIA | Public Employee & Pension/Retiree | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 106241 | RUIZ MUNIZ, DORIS N. | Public Employee & Pension/Retiree | $0.00 |
| 67823 | RUIZ SOLA, ISAAC | Public Employee | $0.00 |
| 58340 | SANCHEZ CARABALLO, MABEL | Union Grievance | $22,000.00 |
| 77944 | SANCHEZ ROSADO, FLOR M. | Public Employee & Pension/Retiree | $28,313.96 |
| 91647 | SANCHEZ VEGA, NILDA L | Public Employee & Pension/Retiree | $0.00 |
| 96505 | SANCHEZ VEGA, NILDA L | Public Employee & Pension/Retiree | $0.00 |
| 104690 | SANCHEZ VEGA, NILDA L. | Public Employee | $0.00 |
| 106118 | SANCHEZ VEGA, NILDA L. | Public Employee | $0.00 |
| 122371 | SANCHEZ VEGA, NILDA L. | Public Employee | $0.00 |
| 102996 | SANCHEZ VEGA, NILDA L. | Public Employee & Pension/Retiree | $0.00 |
| 80137 | SANTALIZ JUSTINIANO, GLORISEL | Public Employee | $6,000.00 |
| 119134 | SANTIAGO ALMENA , MYRNA I | Public Employee & Pension/Retiree | $0.00 |
| 91814 | SANTIAGO GONZALEZ, INA R | Public Employee & Pension/Retiree | $5,516.26 |
| 66863 | SANTOS PEDRAZA, SANDRA J. | Public Employee & Pension/Retiree | $70,703.29 |
| 71006 | SEPÚLVEDA VÁZQUEZ, MICHELLE | Public Employee | $13,680.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 154480 | SOTO BARRETO, NARA | Public Employee & Pension/Retiree | $9,000.00 |
| 139436 | SOTO CRUZ, MIGUEL L. | Public Employee | $20,000.00 |
| 66560 | SOTO MALDONADO, ISAAC | Public Employee | $26,000.00 |
| 67824 | SOTO RODRIGUEZ, IRIS E | Public Employee | $5,000.00 |
| 126666 | SOTOMAYOR NARVAEZ, CARMEN L. | Public Employee & Pension/Retiree | $0.00 |
| 91424 | TOLEDO MENDEZ, GEORGE | Public Employee & Pension/Retiree | $51,255.00 |
| 83078 | TORRES BAEZ, JESELYN | Public Employee | $6,000.00 |
| 144882 | TORRES LOPEZ, DAVID | Public Employee & Pension/Retiree | $21,600.00 |
| 155629 | TORRES RODRIGUEZ, CECILIA | Public Employee | $9,000.00 |
| 152504 | TORRES RODRIGUEZ, MARIA M | Public Employee | $0.00 |
| 151151 | TORRES RODRIGUEZ, MARIA M. | Public Employee | $0.00 |
| 134058 | TORRES VELAZQUEZ, ALBERT | Public Employee | $23,700.00 |
| 179153 | UGARTE VEGA, CARMEN M. | Public Employee & Pension/Retiree | $20,704.49 |
| 133137 | VARGAS NEGRON, NILKA R. | Public Employee & Pension/Retiree | $0.00 |
| 121135 | VELAZQUEZ ALAMO, CARMEN L | Public Employee | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 143362 | VELAZQUEZ ALAMO, CARMEN L. | Public Employee | $0.00 |
| 171100 | VELAZQUEZ ZAYAS, NILSA I. | Public Employee & Pension/Retiree | $7,200.00 |
| 20568 | ZAYAS CINTRON, IVELISSE | Public Employee | $9,600.00 |
| 22303 | ZAYAS CINTRON, IVELISSE | Public Employee | $9,600.00 |