**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** September 23, 2022

BK Case: 17-bk-3283-LTS
Related USCA Case: 21-1472
Related DPR Case: 20-1360 (FAB)

**CASE CAPTION:** In re: THE COMMONWEALTH OF PUERTO RICO.

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 22349:** Memorandum and Order Concerning Inquiry Motion of Juan Manuel Cruzado-Laureano. Related ECF documents Nos.: 19525, 20063, 21492.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

.