UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>　　　　Debtors. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF (1) RESPONSE OF AT&T SERVICES INC, ON BEHALF OF ITSELF AND ITS AFFILIATES INCLUDING AT&T MOBILITY PUERTO RICO INC, TO FIVE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNRESPONSIVE ACR CLAIMS AND (2) PROOF OF CLAIM NO. 21512

**PLEASE TAKE NOTICE** that AT&T Services Inc., on behalf of itself and its affiliates including AT&T Mobility Puerto Rico Inc., by and through its undersigned counsel, hereby withdraws its (1) Response of AT&T Services Inc, on behalf of itself and its affiliates including AT&T Mobility Puerto Rico Inc, to Five Hundred Third Omnibus Objection (Substantive) of The Commonwealth of Puerto Rico to Unresponsive ACR Claims with respect to Proof of Claim No. 21512 (Dkt. No. 22319), and (2) Proof of Claim No. 21512 (the "Claim") with prejudice.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that AT&T has not sold, assigned, or otherwise transferred any interest in the Claim.

**PLEASE TAKE FURTHER NOTICE** that the claims register maintained by Prime Clerk LLC should be updated to reflect the withdrawal of the Claim with prejudice.

Dated: September 23, 2022

*/s/ Antonio A. Arias-Larcada*
Antonio A. Arias-Larcada
McConnell Valdés LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Telephone: (787) 250-5604
Facsimile: (787) 759-8282
Email: aaa@mcvpr.com

and

David A. Rosenzweig
Francisco Vazquez
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone:(212) 318-3000
Facsimile: (212) 318-3400
Email: david.rosenzweig@nortonrosefulbright.com
         francisco.vazquez@nortonrosefulbright.com

Co-Counsel for AT&T Services Inc.

- 3 -

## CERTIFICATE OF SERVICE

      I certify that on September 23, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Puerto Rico.

      */s/ Antonio A. Arias-Larcada*
      Antonio A. Arias-Larcada