UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                PROMESA
                                                      Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                          No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                      (Jointly Administered)
et al.,

                Debtors.[1]
------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION FOR RELIEF FROM STAY

        The Court has received and reviewed the *Motion for Relief from Stay* (the
"Motion") filed by José Miguel Malvet Santiago (the "Movant").  (Docket Entry No. 22384.)
Opposition papers to the Motion must be filed by **October 7, 2022**.  Movant's reply papers must
be filed by **October 14, 2022**.  The Court will thereafter take the Motion on submission, unless a
party thereto requests a hearing.

        SO ORDERED.

Dated: September 26, 2022

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
        and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
        the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits
        of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA")
        (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto
        Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS)
        (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
        Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-
        LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
        ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID:
        3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-
        5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
        Bankruptcy Case numbers due to software limitations).