# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283 (LTS) |
| As representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et. als.* | (Jointly Administered) |
| Debtors | |

## ORDER

The Court having considered Potrero Los Llanos, Inc.'s motion for leave to amend its Kroll proof of claim number 180517, to correct its amount from $11,013.06 to $11,200.00 and voucher number 16890405 to read as 16890407, considering the nature of the corrections and good cause appearing therefor, the Court hereby grants movant leave to amend the claim as indicated above and in its amended proof of claim forwarded on September 8, 2022.

Dated: _____, 2022

_____
Honorable Laura Taylor Swain
United States District Judge