Generated: Sep 26, 2022 1:19PM                                                                                               Page 1/1



# U.S. District Court

## United States District Court

Receipt Date: Sep 26, 2022 1:19PM

ADSUAR MUNIZ GOYCO SEDA & PEREZ OCHOA, PSC
P. O. BOX 70294
SAN JUAN, PR 00936-8294

Rcpt. No: 101552          Trans. Date: Sep 26, 2022 1:19PM          Cashier ID: #AR

| CD  | Purpose      | Case/Party/Defendant                  | Qty | Price  | Amt    |
|-----|--------------|---------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DPRX197NA000003 /002<br>CLERK USDC    | 1   | 300.00 | 300.00 |

| CD | Tender |          |            | Amt      |
|----|--------|----------|------------|----------|
| CH | Check  | #072608  | 09/26/2022 | $300.00  |

Total Due: $300.00

Total Tendered: $300.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 17-3283(LTS) PRO HAC VICE OF MATTHEW S. BARR THRU: ERIC PEREZ-OCHOA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.