In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Fifteenth Recommended Fee Period Applications:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | | |
| | *Debtors' Consultant* | | | | | | | | |
| 1 | Deloitte Consulting LLP [Dkt. No. 9275] | 10/01/2018 - 1/31/2019 | $ 1,757,608.44 | $ 101,942.58 | $ 304,050.65 | $ 40,722.87 | | $ 1,655,665.86 | $ 263,327.78 |
| | *Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)* | | | | | | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | | |
| 2-a | Proskauer Rose LLP [Dkt. No. 17587] | 10/1/2020 - 1/31/2021 | $ 11,164,006.40 | $ - | $ 438,081.14 | $ 984.22 | FN1,2 | $ 11,164,006.40 | $ 437,096.92 |
| | *Counsel to Debtors - ERS* | | | | | | | | |
| 2-b | Proskauer Rose LLP [Dkt. No. 17589 and 17-3566 Dkt. No. 1194] | 10/1/2020 - 1/31/2021 | $ 1,308,558.00 | $ - | $ 141,875.63 | $ - | FN1,2 | $ 1,308,558.00 | $ 141,875.63 |
| | *Counsel to Debtors - HTA* | | | | | | | | |
| 2-c | Proskauer Rose LLP [Dkt. No. 17591 and 17-3567 Dkt. No. 1056] | 10/1/2020 - 1/31/2021 | $ 1,790,417.60 | $ - | $ 78,072.78 | $ 238.00 | FN1,2 | $ 1,790,417.60 | $ 77,834.78 |
| | *Counsel to Debtors - PBA* | | | | | | | | |
| 2-d | Proskauer Rose LLP [Dkt. No. 17596 and 19-5523 Dkt. No. 166] | 10/1/2020 - 1/31/2021 | $ 12,769.50 | $ - | $ 344.00 | $ - | FN1,2 | $ 12,769.50 | $ 344.00 |
| | *Counsel to Debtors - PREPA* | | | | | | | | |
| 2-e | Proskauer Rose LLP [Dkt. No. 17594 and 17-4780 Dkt. No. 2573] | 10/1/2020 - 1/31/2021 | $ 3,859,914.50 | $ - | $ 129,277.60 | $ - | FN1,2 | $ 3,859,914.50 | $ 129,277.60 |
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)* | | | | | | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | | |
| 3-a | Proskauer Rose LLP [Dkt. No. 19689] | 2/1/2021 - 5/31/2021 | $ 17,771,894.20 | $ - | $ 972,661.56 | $ 581.06 | FN1,2 | $ 17,771,894.20 | $ 972,080.50 |
| | *Counsel to Debtors - ERS* | | | | | | | | |
| 3-b | Proskauer Rose LLP [Dkt. No. 19696 and 17-3566 Dkt. No. 1294] | 2/1/2021 - 5/31/2021 | $ 412,901.90 | $ - | $ 25,150.15 | $ - | FN1,2 | $ 412,901.90 | $ 25,150.15 |
| | *Counsel to Debtors - HTA* | | | | | | | | |
| 3-c | Proskauer Rose LLP [Dkt. No. 19694 and 17-3567 Dkt. No. 1120] | 2/1/2021 - 5/31/2021 | $ 1,189,185.20 | $ - | $ 39,430.16 | $ 361.35 | FN1,2 | $ 1,189,185.20 | $ 39,068.81 |
| | *Counsel to Debtors - PBA* | | | | | | | | |
| 3-d | Proskauer Rose LLP [Dkt. No. 19692 and 19-5523 Dkt. No. 267] | 2/1/2021 - 5/31/2021 | $ 29,993.10 | $ - | $ - | $ - | FN1,2 | $ 29,993.10 | $ - |
| | *Counsel to Debtors - PREPA* | | | | | | | | |
| 3-e | Proskauer Rose LLP [Dkt. No. 19690 and 17-4780 Dkt. No. 2678] | 2/1/2021 - 5/31/2021 | $ 5,901,381.30 | $ - | $ 184,992.83 | $ 667.19 | FN1,2 | $ 5,901,381.30 | $ 184,325.64 |
| | *Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)* | | | | | | | | |
| | *Puerto Rico Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 3 | Casillas, Santiago & Torres, LLC [Dkt. No. 21056] | 10/1/2021 - 1/31/2022 | $ 242,264.00 | $ 40.00 | $ 4,520.01 | $ - | | $ 242,224.00 | $ 4,520.01 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 4 | Kroma Advertising, Inc. [Dkt. No. 21036] | 9/16/2021 - 1/15/2022 | $ 20,000.00 | $ - | $ - | $ - | | $ 20,000.00 | $ - |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | | |
| 5 | Marchand ICS Group [Dkt. No. 20994] | 10/1/2021 - 1/31/2022 | $ 100,466.00 | $ - | $ 8,820.82 | $ - | | $ 100,466.00 | $ 8,820.82 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 6 | Zolfo Cooper, LLC [Dkt. No. 21037] | 10/1/2021 - 1/31/2022 | $ 596,075.50 | $ 282.03 | $ - | $ - | FN3 | $ 595,793.47 | $ - |
| | *Fifteenth Interim Fee Period (February 1, 2022 - May 31, 2022)* | | | | | | | | |
| | *Member of the Official Committee of Unsecured Creditors* | | | | | | | | |
| 7 | M Solar Generating, LLC [Dkt. No. 21519] | 5/1/2022 - 5/31/2022 | $ - | $ - | $ 1,556.60 | $ - | | $ - | $ 1,556.60 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 8 | Zolfo Cooper, LLC [Dkt. No. 21517] | 2/1/2022 - 5/31/2022 | $ 380,381.50 | $ 63.24 | $ - | $ - | FN3 | $ 380,318.26 | $ - |

**FN1** – Proskauer Rose LLP's eleventh interim applications all report—but do not request payment of—compensation constituting incremental fee amounts accrued during 2020 attributable to the firm's actual contractual entitlement to an annual rate increase (the "2020 Incremental Fees"). As part of a general compromise, not dependent on item-by-item adjustments, the professional has waived all rights with respect to the 2020 Incremental Fees incurred during the eleventh interim fee period (from October through December 2020), reported as totaling $1,125,937.10. The Fee Examiner reserves his rights to recommend further adjustments to compensation requested in the final fee applications.

**FN2** - The Fee Examiner reserves his rights with respect to $851,622.00 of vendor-provided electronic research charges. The professional retains all its rights in respect of its final fee application.

**FN3** - The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.