IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

# PROMESA - Title III

**UNITED STATES OF AMERICA**
**Plaintiff,**

CASE NO. 17 BK 3283-LTS

v.

TITTLE III

**as representative of the**
**COMMONWEALTH OF PUERTO**
**RICO, ET AL.**

Debtors,

---

**OBJECTION TO MOTION TO DISMISS filed by DEBTORS**
**and MOTION SUBMITTING DOCUMENTS by**
**SARA RODRIGUEZ RODRIGUEZ**
**(Retired Professor of the Department of Education**
**Commonwealth of Puerto Rico)**

**TO THIS HONORABLE COURT:**

**COMES NOW SARA RODRIGUEZ RODRIGUEZ,** pro-se, hereinafter as "creditor" a retired professor of the Department of Education of the Commonwealth of Puerto Rico, and very respectfully stay and prays as follows:

1. The undersigned, is former professor at the Department of Education Commonwealth of Puerto Rico until 1999.

2. The undersigned is currently 75 years old, life living alone with her husband, older than her, in a rural area of Toa Alta, Puerto Rico, has no transportation, nor

1

have any close relative close to her that may assist in dealing with this complex legal proceedings and retrieving old documents as requested.

3. The situation gets worst, due to the Pandemic Covid-19, earthquakes, and lately with the impact of Hurricane Fiona. Among her health issues, as well as her husband, there is no electricity. water, and other basic needs.

4. The efforts made by the undersigned to find someone that may assist her in filing the OBJECTIONS TO DEBTORS' motion to dismiss in a timely manner were fruitless until now.

5. The undersigned creditor did filed the Proof of Claim in 2020 evidence of which is attach hereto.

6. In support of the undersigned Creditor, please consider the following documents to sustain my claim.

7. The documents is being submitted in Spanish, but they will be translated into the English language and submitted as soon as possible.

8. Grounds to make creditors claim>
    a. Proof of Claim sent to the AU.S. District Court of Puerto Rico, on 11-16-2020 (Exhibit I).
    b. Post Office receipt of mail. (Exhibit II)
    c. Letter subscribed by the undersigned on August 23, 2022 (Exhibit III)
    d. Certification issued by the Department of Education Commonwealth of Puerto Rico, (monthly salary $1,800.00) regarding retirement after 30 years of service in 1999. (Exhibit IV)
    e. Letter of compensation after retirement. (V)

    f. Letters of Retirement recognition of excellent services for the past 30 years. (Exhibit VI. a and b)

9. The documents herein before mentioned shows that the undersigned monthly compensation (Exhibit (IV) was $1,800.00 after 30 years of services.

10. The undersigned is claiming compensation due to her pursuant to Law 124 of 1973; Law 89 of 1975 known as "el Romerazo"and Law 89 of 1978, known as Uniform Retribution applicable to the Claimant.

11. The undersigned did not received any prior request for documents before.

THEREFORE, the undersigned Creditor beg, pray and request to be compensated accordingly, and that this Honorable Court of Justice, make justice not depriving Creditor of the compensation due to her, grant this motion and deny DEBTOR intent to dismiss.

In San Juan, Puerto Rico 23rd of September, 2022.

                                      RESPECTFULLY

                                      s/Sara Rodriguez-Rodriguez
                                      **SARA RODRIGUEZ RODRIGUEZ**
                                      **RR 02 Box 5713-4**
                                      **Toa Alta, Puerto Rico, 00953**

CERTIFICATE OF SERVICE: I certify that this document has been mailed to the Clerk Office of the US District Court for the District Of Puerto Rico, at Chardon Court Building 150 Chardon Avenue, San Juan, Puerto Rico, for the Clerk Office to and the filed Electronically and that the ECM/ECF system will notify all parties of record in the instant case. This document has been send also to: Commonwealth of Puerto Rico9 Claims Processing Center

c/o Prime Clerk LLC known as Kroll Restructuring Administration, Grand Central Station, P.O. Box 4708, New Yo12rk, N.Y 10163-4708.

In San Juan, Puerto Rico, this 23 day of September, 2022.

s/: Sara Rodríguez Rodríguez
Sara rodríguez-Rodríguez





Exh. I

United States District Court for the District of Puerto Rico / Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

### Proof of Claim / Evidencia de reclamación                            04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.



Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   Departamento de Educación, P.R. Personal Docente  E.L.A.
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410                          Proof of Claim                                page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Sara Rodriguez Rodriguez<br>Name / Nombre<br><br>RR o2 Box 5713-4<br>Number / Número  Street / Calle<br><br>Toa Alta, P.R. 00953<br>City / Ciudad  State / Estado  ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número  Street / Calle<br><br>_____<br>City / Ciudad  State / Estado  ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☒ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_____ |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

Modified Official Form 410   Proof of Claim   page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 56,400.00 | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial?<br><br>SRR | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br>☐ Other. Describe:  Ley 124-1973 - Aumento de sueldo<br>Otro. Describir:  Ley 89-1979 - Retribución Uniforme<br>              Ley 89-1995 - El Romerazo<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>_____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien:       $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ | |

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>  Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received  $ _____<br>  by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>  Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  11-16-2020  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Sara Rodriguez Rodriguez*   *Sara Rodriguez Rodriguez*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
        First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo _____

Company / Compañía _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.
        Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
        Number / Número     Street / Calle

        _____
        City / Ciudad                    State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____

22 de septiembre de 2022

Debido al huracán Fiona no había podido someter la objeción.
Tengo 75 años de edad, vivo en zona rural, no guío ni tengo vehículo y dependo de que alguna persona me pueda ayudar a hacer mis diligencias. Tampoco tenía a la mano los documentos.

Gracias por proceder con mi petición para que se me paguen los beneficios otorgados por ley.

Cordialmente,
Sara Rodriguez Rodriguez

Exh III



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaria Auxiliar de Recursos Humanos
Archivo Docente

30 de agosto de 2022

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | SARA RODRIGUEZ RODRIGUEZ |
| Seguro Social | : | REDACTED 7162 |
| Categoría | : | MA. EDUC. TEMPRANA (NIVEL ELEM- K-3) |
| Distrito Escolar | : | TOA ALTA_ |
| Sueldo Mensual | : | $1,800.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 5 de marzo de 1999 |
| Otros | : | Presto servicios para el Departamento de Educación por un período de 30 años, 8 meses, 2 semanas y 2.50 días. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/15/1968. |

_Carmen Hernandez Ralon / MLO_
Persona Autorizada
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Exh. IV



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**JUNTA DE RETIRO PARA MAESTROS**
PO Box 191879, San Juan, PR 00919-1879
Tel. (787) 754-8611

30 de agosto de 1999

PROF: SARA RODRIGUEZ RODRIGUEZ
P.O. BOX. 827
TOA ALTA PR 00954

CASO: 1151

SS: REDACTED 7162

Estimada profesora Rodríguez:

Nos referimos a su solicitud retiro por **Años de Servicios y Edad** la cual ha sido aprobada. Su retiro será efectivo el **6 de marzo de 1999** y recibirá una renta mensual de **$1,158.87**.

Le informamos que usted puede autorizar a la Junta de Retiro para Maestros a descontar de su pensión determinada cantidad para pagar los compromisos contraídos, tales como, el seguro médico de su preferencia u otras deducciones permitidas por Ley.

Se incluye información de interés para los maestros pensionados.

CERTIFICO CORRECTO

Gloria E. Navas Pérez
Secretaria Ejecutiva Auxiliar
Area de Retiro

Cordialmente

José A. Figueroa Colón
Sub Secretario Ejecutivo

Anexo

"Organizada servicios y beneficios de carácter social a los participantes del Sistema"



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE EDUCACIÓN**
REGIÓN EDUCATIVA DE BAYAMÓN

14 de mayo de 2003

A QUIEN PUEDA INTERESAR:

La Sra. Sara Rodríguez se desempeño en varias escuelas del Distrito Escolar de Toa Alta durante sus treinta (30) años de servicio. La señora Rodríguez, estuvo bajo mi supervisión durante los siete (7) años que me desempeñé como Superintendente de Escuelas en el Distrito de Toa Alta.

La señora Rodríguez realizó un trabajo de excelencia a través de su carrera magisterial. Se destacó como maestra comprometida con sus estudiantes con actitudes muy positivas y desarrolló métodos eficientes en la enseñanza de la lectura, además, en sus trabajo obtuvo grandes resultados formando buenos lectores.

La señora Rodríguez es merecedora de nuestra confianza.

Cordialmente,

Lilliam Morales Náter
Facilitadora
Programa Homeless
Región Educativa de Bayamón

LMN/nvv

**LCDO. ANDRÉS ROLÓN MARRERO**
**ABOGADO-NOTARIO**
P.O. BOX 797
COROZAL, PUERTO RICO 00783
TEL. Y FAX (787) 859-2912

17 de mayo de 2003

A quien pueda interesar:

    Conozco a la Sra. Sara Rodríguez Rodríguez desde hace 30 años. Tuve el privilegio de conocerla como su supervisor en cáracter de Superintendente Auxiliar de Escuelas en el Distrito Escolar de Toa Alta.

    La señora Rodríguez se desempeñó como Maestra de primer grado por aproximadamente 28 años. Durante la gran parte de dicho período de tiempo tuve el privilegio de supervisarla y puedo confirmar que es una de las mejores maestras que ha tenido el Departamento de Educación.

    La señora Rodríguez es una persona muy respetuosa, honesta y de unos valores humanos, cristianos y morales extraordinarios.

    Considero que sería un gran recurso en el campo de la pedagogía en cualquier lugar en que se le ofrezca la oportunidad de servir en dicho campo.

Cordialmente,

ANDRÉS ROLÓN MARRERO

Exh. VI(a)



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**DEPARTAMENTO DE EDUCACIÓN**
REGIÓN EDUCATIVA DE BAYAMÓN

14 de mayo de 2003

A QUIEN PUEDA INTERESAR:

La Sra. Sara Rodríguez se desempeño en varias escuelas del Distrito Escolar de Toa Alta durante sus treinta (30) años de servicio. La señora Rodríguez, estuvo bajo mi supervisión durante los siete (7) años que me desempeñé como Superintendente de Escuelas en el Distrito de Toa Alta.

La señora Rodríguez realizó un trabajo de excelencia a través de su carrera magisterial. Se destacó como maestra comprometida con sus estudiantes con actitudes muy positivas y desarrolló métodos eficientes en la enseñanza de la lectura, además, en sus trabajo obtuvo grandes resultados formando buenos lectores.

La señora Rodríguez es merecedora de nuestra confianza.

Cordialmente,

Lilliam Morales Náter
Facilitadora
Programa Homeless
Región Educativa de Bayamón

LMN/nvv