# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON SEPTEMBER 28, 2022 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, September 28, 2022**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., **(Atlantic Standard Time)** |
| | Honorable Laura Taylor Swain, United States District Judge Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.** |
| | Attorney Participation: Pursuant to the *Order Regarding Procedures for September 21-22, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 22038], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] A redline comparing this amended agenda to the original agenda filed at **Case No. 17-3283, ECF No. 22306** is attached hereto as **Exhibit B**

proceedings must file an Informative Motion in accordance with paragraphs 3 and 4 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access.  The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press:  Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

# I. STATUS REPORTS

1. **Report from the Oversight Board.** Status Report of Financial Oversight and Management Board in Connection with September Omnibus Hearing **[Case No. 17-3283, ECF No. 22330]**

   Description:  Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") has filed a written Status Report prior to the hearing.  The FOMB has reported on (i) the general status and activities of the Oversight Board, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (iv) the status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims.

   Speakers:  Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**   The Puerto Rico Fiscal Agency and Financial Advisory Authority's Status Report Regarding the Impact Of Hurricane Fiona and the Government of Puerto Rico's Response **[Case No. 17-3283, ECF No. 22333]**

   Description:  Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has filed a written Status Report prior to the

2

hearing. AAFAF has provided a status report on the impact of Hurricane Fiona and the anticipated infrastructure restoration activity by the government of Puerto Rico

<u>Speakers</u>: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II. <u>CONTESTED MATTERS</u>

1. **<u>FOMB Urgent Motion for PREPA Gating Issues Litigation Schedule</u>**. Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22269; Case No. 17-4780, ECF No. 2956]**

   <u>Description</u>: Urgent motion by the Financial Oversight and Management Board for Puerto Rico for an order establishing a schedule for litigation of certain significant disputes in the PREPA Title III case.

   <u>Objection Deadline</u>: September 26, 2022 at 12:00 p.m. (Atlantic Standard Time).

   <u>Responses</u>:
   A. Response and Objection of Fuel Line Lenders to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22282; Case No. 17-4780, ECF No. 2963]**

   B. Limited Response of Official Committee of Unsecured Creditors with Respect to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22284; Case No. 17-4780, ECF No. 2968]**

   C. Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule, and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22285; Case No. 17-4780, ECF No. 2967]**

   D. Response by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to the Oversight Board's Urgent Motion to Set a Litigation Schedule, and Urgent Cross-Motion to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment **[Case No. 17-3283, ECF No. 22286; Case No. 17-4780, ECF No. 2966]**

3

E. Objection of U.S. Bank National Association as PREPA Bond Trustee to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief (ECF No. 2956) **[Case No. 17-4780, ECF No. 2965]**

F. Response and Objection of SREAEE to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22309; Case No. 17-4780, ECF No. 2983]**

G. Limited Joinder to SREAEE's Response and Objection and UTIER's Reservation of Rights **[Case No. 17-3283, ECF No. 22310; Case No. 17-4780, ECF No. 2984]**

Reply, Joinder & Statement Deadlines:   September 27, 2022 at 12:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

A. [Corrected Version] Omnibus Reply of Financial Oversight and Management Board in Support of Urgent Motion for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22317; Case No. 17-4780, ECF No. 2990]**

Related Documents:

A. Order Denying Urgent Motion of the Ad Hoc Group of PREPA Bondholders to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment and Directing Additional Consultation and Filings **[Case No. 17-3283, ECF No. 20278; Case No. 17-4780, ECF No. 2748]**

B. Order Granting the (A) Mediation Team's Notice and Request for Approval of a Fourth Extension of the Mediation Termination Date and (B) Urgent Motion of Financial Oversight and Management Board for Order Extending Mediation Termination Date and Related Path Forward Deadline **[Case No. 17-3283, ECF No. 22096; Case No. 17-4780, ECF No. 2949]**

C. Order Scheduling Briefing and Hearing Concerning Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22272; Case No. 17-4780, ECF No. 2958]**

D. Statement of Official Committee of Unsecured Creditors with Respect to Termination of PREPA Mediation **[Case No. 17-3283, ECF No. 22278; Case No. 17-4780, ECF No. 2960]**

E.  Urgent Joint Motion to Hold in Abeyance Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief and Reservation of Rights **[Case No. 17-3283, ECF No. 22279; Case No. 17-4780, ECF No. 2961]**

F.  Order Concerning Possible Impact of Tropical Storm Fiona on Currently Scheduled Proceedings and Urgent Joint Motion to Hold in Abeyance Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief and Reservation of Rights **[Case No. 17-3283, ECF No. 22280; Case No. 17-4780, ECF No. 2962]**

G.  Urgent Motion for Expedited Consideration of the Urgent Cross-Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment **[Case No. 17-3283, ECF No. 22287; Case No. 17-4780, ECF No. 2969]**

H.  Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee, Inc. for Authorization to File a Combined Motion to Dismiss PREPA's Title III Case and Alternative Request for Relief from the Automatic Stay **[Case No. 17-4780, ECF No. 2971]**

I.  Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee, Inc. to Dismiss PREPA's Title III Case, or for Relief from the Automatic Stay to Enforce Their Right to a Receiver **[Case No. 17-3283, ECF No. 22291; Case No. 17-4780, ECF No. 2973]**

J.  Mediation Team's Notice and Report **[Case No. 17-3283, ECF No. 22290; Case No. 17-4780, ECF No. 2975]**

K.  Order Concerning Impact of Hurricane Fiona on Currently Scheduled Proceedings and Urgent Motion for Expedited Consideration of the Urgent Cross-Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment **[Case No. 17-3283, ECF No. 22301; Case No. 17-4780, ECF No. 2982]**

L.  Order Concerning Continuation of PREPA Mediation **[Case No. 17-3283, ECF No. 22313; Case No. 17-4780, ECF No. 2987]**

M.  Informative Motion Regarding Response by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to the Oversight Board's Urgent Motion to Set a Litigation Schedule, and Urgent Cross-Motion to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment **[Case No. 17-3283, ECF No. 22315; Case No. 17-4780, ECF No. 2988]**

N.  Order Adjourning the September 21, 2022, Omnibus Hearing to a Date to Be Determined and Extending Deadline to Respond to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22316; Case No. 17-4780, ECF No. 2989]**

O.  [Proposed] Amended Order Establishing Terms and Conditions of Mediation **[Case No. 17-3283, ECF No. 2235; Case No. 17-4780, ECF No. 2996]**

P.  Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation **[Case No. 17-3283, ECF No. 22351; Case No. 17-4780, ECF No. 2997]**

Q.  Order Scheduling Briefing of Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation **[Case No. 17-3283, ECF No. 22352; Case No. 17-4780, ECF No. 2998]**

R.  Joint Response to (A) Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation, and (B) Proposed Amended Order Establishing the Terms, filed by UTIER and SREAEE **[Case No. 17-3283, ECF No. 22365; Case No. 17-4780, ECF No. 3000]**

S.  The Puerto Rico Fiscal Agency and Financial Advisory Authority's Response to the Mediation Team's Notice and Proposed Amended Order Establishing the PREPA Mediation's Terms and Conditions **[Case No. 17-3283, ECF No. 22370; Case No. 17-4780, ECF No. 3002]**

T.  Response of Financial Oversight and Management Board to Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation **[Case No. 17-3283, ECF No. 22371; Case No. 17-4780, ECF No. 3005]**

U.  Objection of Official Committee of Unsecured Creditors to (A) Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation and (B) Proposed Amended Order Establishing Terms and Conditions Of Mediation **[Case No. 17-3283, ECF No. 22372; Case No. 17-4780, ECF No. 3003]**

V.  Response by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee

Corporation, and Syncora Guarantee Inc. to the Mediation Team's Notice and Proposed Amended Order **[Case No. 17-3283, ECF No. 22373; Case No. 17-4780, ECF No. 3004]**

Status:  This matter is going forward.

Estimated Time Required:  70 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
  A.  Movants/Supporting Parties:
    1.  **FOMB**: Martin J. Bienenstock, 15 minutes
    2.  **UCC**: Luc A. Despins, 5 minutes
    3.  **AAFAF**: Peter Friedman, 6 minutes
  B.  Responding Parties:
    1.  **Fuel Line Lenders**: Amy Wolf, 5 minutes
    2.  **Ad Hoc Group of PREPA Bondholders**: Amy Caton, 13 minutes
    3.  **National**: Robert Berezin, 5 minutes
    4.  **Assured**:  William Natbony, 5 minutes
    5.  **PREPA Bond Trustee**: Clark Whitmore, 2 minutes
    6.  **UTIER/SREAEE**: Jessica Méndez-Colberg, 5 minutes
  C.  Movants/Supporting Parties:
    1.  **Movants/Supporting Parties**: 9 minutes

2. **UBS Financial, Inc.'s Motion to Enforce Plan of Adjustment.**  UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief **[Case No. 17-3283, ECF No. 21651]**

Description:  Motion by UBS Financial Services, Inc. to enforce the Debtors' plan of adjustment and to enjoin the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (the "ERS") and seven former beneficiaries of the ERS from litigating claims that were transferred to other creditors under the plan and no longer belong to the ERS or its former beneficiaries.

Objection Deadline:  September 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  Consolidated: (1) Reply to Opposition to Motion to Stay and (2) Opposition to Motion to Enforce the Plan of Adjustment **[Case No. 17-3283, ECF No. 22175]**

  B.  Official Committee of Unsecured Creditors Limited Response in Support of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment **[Case No. 17-3283, ECF No. 22186]**

Reply, Joinder & Statement Deadlines:  September 17, 2022 at 12:00 p.m. (Atlantic Standard Time).

7

Replies, Joinders & Statements:

A. Joinder of the Avoidance Actions Trustee to Official Committee of Unsecured Creditors' Limited Response in Support of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment **[Case No. 17-3283, ECF No. 22187]**

B. Brief Reply to: (1) Official Committee of Unsecured Creditors Limited Response in Support of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment [Docket No. 22186] and to (2) Joinder of the Avoidance Actions Trustee to Official Committee of Unsecured Creditors' Limited Response in Support of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment [Docket No. 22187] **[Case No. 17-3283, ECF No. 22199]**

C. UBS Financial Services Incorporated of Puerto Rico's Reply in Further Support of Its Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief **[Case No. 17-3283, ECF No. 22274]**

Related Documents:

A. Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 19813-1]**

B. Order Concerning Briefing of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief **[Case No. 17-3283, ECF No. 22104]**

C. Brief Sur Reply to: "UBS Financial Services of Puerto Rico's Reply in Further Support of Its Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief" at Docket No. 22274 **[Case No. 17-3283, ECF No. 22294]**

Status:  This matter is going forward.

Estimated Time Required:  60 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:

A. Movants:
   1. **UBS**: Paul J. Lockwood, 20 minutes
B. Supporting Parties:
   1. **UCC**: John Arrastia, 5 minutes
   2. **Avoidance Actions Trustee**: John Arrastia, 5 minutes
C. Objecting Party:
   1. **Retirees**: Harold D. Vicente-Colón, 30 minutes

3. **Melani Curra and Velez Martinez's Administrative Expense Claim Motion.**  Motion Requesting Allowance and Payment of Administrative Expense Claim filed by Pablo Melani Curra and Diana Velez Martinez **[Case No. 17-3283, ECF No. 21229]**

Description:  Pablo Melani Curra and Diana Velez Martinez's motion for an order allowing payment of their administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Debtor's Objection to Motion Requesting Allowance and Payment of Administrative Expense Claim Filed by Pablo Melani Curra and Diana Velez Martinez **[Case No. 17-3283, ECF No. 21932]**

Reply, Joinder & Statement Deadlines:  September 2, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply to Debtor's Objection to the Request for Allowance and Payment of Administrative Expense Claim Filed by Pablo Melani Curra and Diana Velez Martinez **[Case No. 17-3283, ECF No. 22044]**

Related Documents:
    A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F. Motion Submitting Exhibits A and B to Motion Filed by Administrative Expense Claimants Pablo Melani Curra and Diana Velez Martinez at ECF Number 22044 **[Case No. 17-3283, ECF No. 22050]**

Status:  This matter is going forward.

Estimated Time Required:  12 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
    A. Movants:
        1. **Curra/Martinez**: Alexis Fuentes, 4 minutes.
    B. Objecting Parties:

1. **FOMB**: Brian S. Rosen, 6 minutes.
   C. Movants:
      1. **Curra/Martinez**: Alexis Fuentes, 2 minutes.

## III.  ADJOURNED MATTERS

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**.  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

   Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

   Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

   Reply, Joinder & Statement Deadlines:  December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
      A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

   Related Documents:
      A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

      B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

      C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the

10

Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

X.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21708; Case No. 17-3284, ECF No. 776]**

Y.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22088; Case No. 17-3284, ECF No. 778]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

2. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description: Hearing on the portion of PREPA's motion for an order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline: September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

    B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

    C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

    D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

    E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating

13

Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F.  Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G.  Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H.  Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I.  Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J.  Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K.  Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L.  Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M.  Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting

14

Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3. **Community Health Foundation's Administrative Claim Motion.**  Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

Objection Deadline:  May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

Reply, Joinder & Statement Deadlines:  September 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

   B. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

   C. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

   D. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

   E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

   F. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

G. Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

H. Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

I. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

J. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

K. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20556]**

L. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20568]**

M. Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 21006]**

N. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21110]**

O. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21116]**

P. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21456]**

Q. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21461]**

R. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21750]**

S. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21782]**

T. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22084]**

U. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22093]**

V. Urgent Motion for Extension of Deadline **[Case No. 17-3283, ECF No. 22347]**

W.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22357]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

4.  **Ramhil Developers Inc.'s Objection to Cure Amount.**  Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:  Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  October 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
   A.  None.

Related Documents:
   A.  Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

   B.  Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

   C.  Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

   D.  Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

   E.  Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

   F.  Urgent Motion Submitting Eleven (11) Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

   G.  Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

H.  Motion Submitting Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* **[Case No. 17-3283, ECF No. 20186]**

I.  Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J.  Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K.  Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L.  Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M.  Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N.  Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O.  Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P.  Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Q.  Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22172]**

R.  Order Granting the Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22179]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

5.  **Evertec's Administrative Expense Claim Motion.**  Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 21187]**

Description:  Evertec Group, LLC's motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  October 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. None.

Reply, Joinder & Statement Deadlines:  October 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

    G. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

6. **Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion.**  Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 **[Case No. 17-3283, ECF No. 21191]**

Description:  Ricoh Puerto Rico, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  October 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines:  October 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

    G.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

7.  **Blanca Iris Marrero's Administrative Expense Claim Motion.**  Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21192]**

Description:  Blanca Iris Marrero's motion for an order allowing payment of her administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Debtors' Objection to Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21931]**

Reply, Joinder & Statement Deadlines: October 11, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:

A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

F. Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22060]**

G. Order Granting Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22064]**

H. Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22289]**

I. Order Granting Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22307]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

8. **Administrative Expense Claim Motion by Plaintiffs in CASP Case No. 2016-05-1340 (Madeline Acevedo Camacho Litigation).**  Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 21194]**

Description:  Motion by plaintiffs in Case No. 2016-05-1340 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. Debtor's Objection To Application For Allowance And Payment Of Administrative Expense Claims Filed By Group Wage Creditors In The Madeline Acevedo Camacho Litigation **[Case No. 17-3283, ECF No. 21640]**

Reply, Joinder & Statement Deadlines:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply to Debtor's Objection to Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Group Claimants Litigation Caption Madeline Acevedo Camacho **[Case No. 17-3283, ECF No. 22157]**

Related Documents:
    A. Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21232]**

    B. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    C. Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

    D. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    E. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    F. Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 and Related Documents **[Case No. 17-3283, ECF No. 21502]**

    G. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

    H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

    I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

    J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

9. **Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 1991-0665 (Carmen Socorro Cruz Hernandez Litigation).**  Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment filed by Judgment Claimants Case Carmen Socor[r]o Cruz Hernandez et als v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 21195]**

Description:  Motion by plaintiffs in Case No. K AC 199-0665 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Debtor's Objection to Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Judgment Claimants In the Carmen Socor[r]o Cruz Hernandez Litigation Rico **[Case No. 17-3283, ECF No. 21641]**

Reply, Joinder & Statement Deadlines:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Reply to Debtor's Objection to Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Judgment Claimants in the Litigation Caption Carmen Socor[r]o Cruz Hernandez **[Case No. 17-3283, ECF No. 22156]**

Related Documents:
   A. Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21232]**

   B. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   C. Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

   D. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   E. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

F. Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 **[Case No. 17-3283, ECF No. 21487]**

G. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

10. **COSEY's Administrative Expense Claim Motion.**  Cosey's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21209]**

Description:  Corporacion de Servicios Eductativos de Yabucoa, Inc.'s ("COSEY") motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  October 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines:  October 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C. COSEY's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21346]**

    D.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    E.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

    F.  COSEY's Motion for Extension of T[i]me to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21466]**

    G.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21467]**

    H.  COSEY's Motion Submitting Certified English Translation of Exhibits at Docket No. 21209 **[Case No. 17-3283, ECF No. 21480]**

    I.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    J.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

    K.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

    L.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

11.  **Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0345 (Francisco Beltran Cintron Litigation).**  Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights **[Case No. 17-3283, ECF No. 21224]**

Description:  Motion by plaintiffs in Case No. 2021-05-0345 for an order allowing payment of their administrative expense claim.

Objection Deadline: July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Debtor's Objection to Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Francisco Beltran Cintron Litigation **[Case No. 17-3283, ECF No. 21642]**

Reply, Joinder & Statement Deadlines: September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

A. Reply to Debtor's Objection to Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 22159]**

Related Documents:

A. Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21233]**

B. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

C. Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

D. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

E. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

F. Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 and Related Documents **[Case No. 17-3283, ECF No. 21489]**

G. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

12. **Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0346 (Abraham Gimenez Litigation).** Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights **[Case No. 17-3283, ECF No. 21227]**

Description:  Motion by plaintiffs in Case No. 2021-05-0346 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Debtor's Objection to Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Abraham Gimenez Litigation **[Case No. 17-3283, ECF No. 21643]**

Reply, Joinder & Statement Deadlines:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Reply to Debtor's Objection to Application for the Allowance and Payment of Administrative Expense Claims, Filed by Group Claimants in the Litigation Caption Abraham Gimenez v. Department of Transportation and Public Works of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 22162]**

Related Documents:
   A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   D. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

   E. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

   F. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

   G. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

13. **Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 2033-5022 (Acevedo Arocho Litigation).**  Application for Allowance of Payment of Post-Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et. als. v. Departamento Hacienda and Reservation of Rig[ht]s **[Case No. 17-3283, ECF No. 21230]**

Description:  Motion by plaintiffs in Case No. K AC 2033-5022 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Debtor's Objection to Application for Allowance of Payment of Post Petition Administrative Expense Priority Claims Filed by the Creditors in the Acevedo Arocho Litigation **[Case No. 17-3283, ECF No. 21644]**

Reply, Joinder & Statement Deadlines:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Reply to Debtor's Objection to Application for Allowance of Payment of Post Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et. als. v. the Departamento Hacienda **[Case No. 17-3283, ECF No. 22164]**

Related Documents:
   A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   D. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

   E. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

   F. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

G. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

14. **Four Hundred Ninety-Second Omnibus Objection to Claims.** Four Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 21741]**

Objection Deadline:  September 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: September 14, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Opposition to Objection to Claim, filed by Downtown Development Corp (DDC) **[Case No. 17-3283, ECF No. 22057]**

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by the Downtown Development Corp. [ECF No. 22057] to the Four Hundred Ninety-Second Omnibus Objection (Substantive) to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22211]**

Related Documents:
A. None.

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

15. **Debtors' Omnibus Objections to Claims.**

Related Documents:
A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 21, 2022 Omnibus Hearing to the November 2, 2022 Omnibus Hearing **[Case No. 17-3283, ECF No. 22243]** (the "Notice of Adjournment")

The following omnibus objections to claims were scheduled for hearing at the September 21, 2022, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

29

Four Hundred Eighty-Fourth [ECF No. 21733]; Four Hundred Eighty-Sixth [ECF No. 21736]; Four Hundred Eighty-Ninth [ECF No. 21739]; Four Hundred Ninetieth [ECF No. 21740]; Four Hundred Ninety-First [ECF No. 21745]; Four Hundred Ninety-Second [ECF No. 21741]; Four Hundred Ninety-Fourth [ECF No. 21746]; Four Hundred Ninety-Fifth [ECF No. 21747]; Four Hundred Ninety-Sixth [ECF No. 21749]; Four Hundred Ninety-Seventh [ECF No. 21748] Four Hundred Ninety-Eighth [ECF No. 21755]; Four Hundred Ninety-Ninth [ECF No. 21756]; Five Hundredth [ECF No. 21757]; Five Hundred First [ECF No. 21758]; Five Hundred Second [ECF No. 21759]; Five Hundred Fourth [ECF No. 21760]; Five Hundred Fifth [ECF No. 21761]; Five Hundred Sixth [ECF No. 21762]; Five Hundred Seventh [ECF No. 21763]; Five Hundred Eighth [ECF No. 21764]; Five Hundred Ninth [ECF No. 21765]; and Five Hundred Tenth [ECF No. 21766].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the September 21, 2022 omnibus hearing to the November 2, 2022, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Thirty-Sixth [ECF No. 17101] (Claim No. 21597); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three-Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 177404); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim Nos. 160874 and 6009); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; and 175538); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 177215; 176671; 178015; 179150; 177243; 177761; 177513; 177932; 177092; and 177099); Four Hundred Sixth [ECF No. 19555] (Claim No. 16103); Four Hundred Twelfth [ECF No. 19559] (Claim Nos. 176447; 176498; 177629; and 176450); Four Hundred Fourteenth [ECF No. 20040] (Claim Nos. 179649 and 179662); Four Hundred Twenty-Fifth [ECF No. 20051] (Claim No. 17048); Four Hundred Thirty-Second [ECF No. 20487] (Claim No. 15774); Four Hundred Thirty-Seventh [ECF No. 20495] (Claim Nos. 179730; 135965; 136952; 140056; 140270; and 140676); Four Hundred Thirty-Ninth [ECF No. 20497] (Claim Nos. 179635 and 31525); Four Hundred Forty-First [ECF No. 20499] (Claim No. 134043); Four Hundred Forty-Third [ECF No. 20501] (Claim Nos. 151713; 9891; 125306; 104914; 90011; and 80168); Four Hundred Forty-Eighth [ECF No. 20504] (Claim No. 17433); Four Hundred Fifty-Third [ECF No. 20784] (Claim Nos. 31895; 179281-1; and 84345-1); Four Hundred Fifty-Fourth [ECF No. 20785] (Claim No. 44390); Four Hundred Sixtieth [ECF No. 20791] (Claim No. 147357); Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and 173831); Four Hundred Sixty-Sixth [ECF No. 20797] (Claim No. 77585); Four Hundred Seventy-Fifth [ECF No. 21426] (Claim Nos. 122217-2 and 169996); Four Hundred Seventy-Sixth [ECF No. 21428] (Claim No. 67535); Four Hundred Seventy-Seventh [ECF No. 21424]; Four Hundred Eighty-First [ECF No. 21427] (Claim Nos. 51788; 179444; 39308; 49385; and 49126); Four

Hundred Eighty-Fifth [ECF No. 21734] (Claim Nos. 75326 and 84203); Four Hundred Eighty-Seventh [ECF No. 21737] (Claim No. 83024); Four Hundred Eighty-Eighth [ECF No. 21738] (Claim Nos. 5090 and 17818); and Five Hundred Third [ECF No. 21751] (Claim Nos. 21512 and 139008).

Estimated Time Required:  N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 27, 2022
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## Exhibit A

**Order Regarding Procedures
for September 21-22, 2022, Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                    PROMESA
                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                           (Jointly Administered)
et al.,

                Debtors.[1]
-------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR SEPTEMBER 21–22, 2022, OMNIBUS HEARING

        The Court will conduct an omnibus hearing on certain motions in the above-

captioned cases and related adversary proceedings (the "Hearing") beginning at **9:30 a.m.**

**(Atlantic Standard Time) on September 21, 2022**.  The Hearing will be conducted on

**September 21, 2022**, from **9:30 a.m.** to **12:50 p.m. (Atlantic Standard Time)**, resume, if

necessary, from **2:10 p.m.** to **5:00 p.m. (Atlantic Standard Time)**, and continue, if necessary,

on **September 22, 2022**, beginning at **9:30 a.m. (Atlantic Standard Time)**.  In light of the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
        number and the last four (4) digits of each Debtor's federal tax identification number, as
        applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
        (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
        Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
        BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
        and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
        Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
        Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
        BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
        Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
        of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
        (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
        (Title III case numbers are listed as Bankruptcy Case numbers due to software
        limitations).

ongoing COVID-19 pandemic and the relative brevity of the anticipated agenda, the Court will

conduct the Hearing virtually using videoconferencing and telephonic platforms as set forth

herein. The Hearing shall be governed by the following procedures.

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public**
**and Press**

1. **Videoconferencing via Zoom**. The Court will conduct the Hearing using the

audio and video features of the Zoom platform as a virtual courtroom. An invitation to register

will be sent by the Court to participants who have registered their appearance by filing an

Informative Motion in accordance with paragraph 3 below. Parties must respond to the

invitation to register for Zoom access and will automatically receive the link and relevant login

information to join the virtual proceeding. To optimize performance of the Zoom platform and

in the interest of avoiding excessive billing of fees, the Financial Oversight and Management

Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial

Advisory Authority ("AAFAF") shall each be limited to four attorneys appearing in the Zoom

session at any given time, and each other Party (as defined in paragraph 3(a) below) will be

limited to two attorneys appearing in the Zoom session at any given time. **Only persons who**

**are identified in properly submitted Zoom registration documents, including a Party**

**Appearance Sheet, will be permitted to appear at the Hearing**. Recording and retransmission

of the proceedings by any means are prohibited. All proceedings will be conducted in the

English language as required by law. 48 U.S.C. § 864. No interpretation services will be

provided by the Court for the Hearing.

2. **Listen-Only Access to the Hearing**. Attorneys, members of the public,

and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749

and entering the access code (7214978) and security code (7533) when prompted. This

telephonic access line for the press and the general public will be in listen-only mode at all times.

Recording and further broadcasting of the proceedings by any means remain prohibited.

### 3. Registration to Participate in the Hearing via Zoom.

a. Parties represented by counsel. Counsel for any party-in-interest (each, a "Party") that wishes to participate in the Hearing must register an appearance by filing an Informative Motion, no later than **September 15, 2022**, at **1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party for which they intend to appear, (b) the name(s) and email address(es) of the attorney(s) who will appear, and (c) the Hearing matter(s) in connection with which the party-in-interest may wish to be heard. Counsel must annex a Party Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to the Informative Motion.

b. Parties not represented by counsel. Any individual Party not represented by counsel who wishes to participate in the Hearing must file an Informative Motion, no later than **September 15, 2022**, at **1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party name, (b) the name and email address of the individual appearing, and (c) the Hearing matter in connection with which the Party may wish to be heard. Each Party must annex a Party Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to its Informative Motion.

### Pre-Hearing Filing Deadlines

4. **Party Informative Motion and Party Appearance Cover Sheet**. In accordance with paragraph 3(a), a Party must file an informative motion by **September 15, 2022**, at **1:00 p.m. (Atlantic Standard Time)**. Each Informative Motion must be accompanied

by a Party Appearance Cover Sheet, otherwise, the Party will not be registered to participate in the proceedings via Zoom.

5. **Agenda**. An agenda outlining the matters to be addressed and the projected timetable for the Hearing shall be filed by Debtors' counsel by **September 19, 2022**, in accordance with the Sixteenth Amended Case Management Procedures. (See Docket Entry No. 20190-1 § III.M.) The agenda shall also include (a) the names of the individuals who intend to appear and speak on behalf of each relevant party in connection with each motion or report, (b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each party. Debtors' counsel shall file a revised agenda on **September 20, 2022**, if circumstances have changed or if requested to do so by the Court. Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **September 16, 2022**, at **12:00 p.m. (Atlantic Standard Time)**.

6. **Exhibits or Demonstratives**. To the extent that a Party intends to rely on exhibits and/or demonstratives at the Hearing, it shall file a separate informative motion using the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00 p.m. (Atlantic Standard Time)** on **September 19, 2022**. The informative motion must (i) include the Exhibit Cover Sheet and (ii) include each exhibit and/or demonstrative as a separate, text searchable attachment. The naming convention of each exhibit must adhere to the specifications indicated on the Exhibit Cover Sheet.

7. **Status Reports**. Given the lack of physical public access to the Hearing and to further promote transparency and public access to accurate and current information, the Oversight Board and AAFAF shall file written status reports by **5:00 p.m. (Atlantic Standard Time)** on **September 20, 2022**. The Oversight Board's report shall address (a) the general status

and activities of the Oversight Board, (b) the general status of relations among the Oversight

Board and the Commonwealth and federal governments, (c) the status of and progress made in

the reconciliation and resolution of claims, including the anticipated timing and volume of

objections to claims, and (d) the general status of the ADR and ACR processes, including the

anticipated number of matters to be directed into the ADR process and anticipated timetable for

initiation of ADR procedures with respect to such matters.  AAFAF shall provide a general status

report on its status and activities, including an overview of the Commonwealth's ongoing

response to the COVID-19 pandemic and of infrastructure restoration activity.  At the Hearing,

the Court will ask counsel to the Oversight Board and AAFAF to respond to questions and

comments, if any, related to their respective status reports.

       8. **Courtroom Procedures**.  All persons granted remote access to the

proceedings are reminded of the general prohibition against photographing, recording, and

rebroadcasting of court proceedings.  Violation of this prohibition may result in sanctions,

including removal of court issued media credentials, restricted entry to future hearings, denial of

entry to future hearings, or any other sanctions deemed necessary by the Court.  The formalities

of a courtroom must be observed.  When appearing by Zoom, each counsel or pro se party must

be situated in such a manner as to be able to view the video screen and be seen by the Court.

Each Party's camera must be turned on when addressing the Court or examining a witness (if

necessary).  Those appearing by Zoom may be removed from the virtual courtroom if they do not

comply with this Order.  During the Hearing, individuals who are registered to participate via

Zoom are directed to observe the following rules:

           a.  The following naming conventions must be used by Zoom participants for
              admission to the Zoom virtual courtroom. For example:

       i.    Attorney participants: [Party Represented (abbreviations may be used)] / [Last Name of Attorney, First Name of Attorney] / [Law Firm/Government Office].

          a.   PARTY A / Doe, John / ABC Law Firm, or

          b.   XYZ Agency/ Doe, Jane / Office of the ABC Government

      ii.    Pro se participants: Pro se / [Last Name, First Name].

          a.   For example: Pro se / Doe, Jane

  b.  Identify yourself if asked to do so.

  c.  Identify yourself by name each time you speak.

  d.  Mute yourself when you are not speaking to eliminate background noise.

  e.  Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

SO ORDERED.

Dated: September 2, 2022

                             /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge

EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | |
| Party Name Abbreviation<br>  (For Use with Zoom[2]) | |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See September Omnibus Hearing Procedures Order, ¶ 8(a)<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the September Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1]    This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2]    See September Omnibus Hearing Procedures Order ¶ 8(a).

**EXHIBIT B**
<span style="text-decoration: underline">Party Exhibit Cover Sheet</span>

| Name of Party | |
|---|---|
| Relevant Agenda Matter | |
| Total Number of Exhibits Offered by the Party | |
| Exhibit Identifier[1] | Description of Exhibit |
| | |
| | |
| | |
| | |
| *If a Party files a supplemental Exhibit Cover Sheet, the Party must include the Docket Entry No. of the original exhibit cover sheet in the new filing which must be clearly marked as a "Supplemental" Exhibit Cover Sheet filing. | |

Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).

I, [*insert filing attorney name* or *name of Pro Se Party in Interest*], certify that I have attached each evidentiary document listed above as a separate exhibit to this cover sheet.

---

[1] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").

**<u>Exhibit B</u>**

**Agenda Redline**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON SEPTEMBER ~~21-22,~~28, 2022 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, September ~~21~~28, 2022**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., ~~and continue, if necessary, Thursday, September 22, 2022, beginning at 9:30 a.m.~~ **(Atlantic Standard Time)** |
| | Honorable Laura Taylor Swain, United States District Judge |
| | Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.** |
| | Attorney Participation: Pursuant to the *Order Regarding Procedures for September 21-22, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 22038], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] A redline comparing this amended agenda to the original agenda filed at **Case No. 17-3283, ECF No. 22306** is attached hereto as **Exhibit B**

appearance in the Title III cases and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraphs 3 and 4 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

<u>Attorneys, Members of the Public and Press</u>:   Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted.

**Copies of Documents:**     Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's   website   at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   <u>STATUS REPORTS</u>

1. **Report from the Oversight Board.** Status Report of Financial Oversight and Management Board in Connection with September Omnibus Hearing **[Case No. 17-3283, ECF No. 22330]**

   <u>Description</u>:   Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will filehas filed a written Status Report prior to the hearing. The FOMB will reporthas reported on (i) the general status and activities of the Oversight Board, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims, and (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (iv) the status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims.

   <u>Speakers</u>:  Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.** The Puerto Rico Fiscal Agency and Financial Advisory Authority's Status Report Regarding the Impact Of Hurricane Fiona and the Government of Puerto Rico's Response **[Case No. 17-3283, ECF No. 22333]**

<u>Description:</u>   Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>") ~~will file~~<u>has filed</u> a written Status Report prior to the hearing.   AAFAF ~~will provide a general~~<u>has provided a</u> status report on ~~its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic and of~~<u>the impact of Hurricane Fiona and the anticipated</u> infrastructure restoration activity.<u> by the government of Puerto Rico</u>

<u>Speakers:</u>   Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

~~**II.  FEE APPLICATIONS RELATED MATTERS**~~

~~1.  **Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the September 21, 2022, Omnibus Hearing [Case No. 17-3283, ECF No. 22210]**~~

~~Description:  The Fee Examiner, Brady C. Williamson, will present his report on the (i) status of interim and final review and recommendation process post-Plan confirmation; and (ii) status of interim fee applications and his recommendations for approval of seventeen uncontested interim fee applications and for further deferral of the interim fee applications, which remain the subject of discussions, to the November 2, 2022 omnibus hearing or to a later date.~~

~~Status:  This matter is going forward.[2]~~

~~Estimated Time Required:  N/A.~~

**II.**  ~~III.~~<u>CONTESTED MATTERS</u>

1. **FOMB Urgent Motion for PREPA Gating Issues Litigation Schedule.**  Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22269; Case No. 17-4780, ECF No. 2956]**

   <u>Description:</u>   Urgent motion by the Financial Oversight and Management Board for Puerto Rico for an order establishing a schedule for litigation of certain significant disputes in the PREPA Title III case.

   <u>Objection Deadline:</u>  September ~~19,~~<u>26,</u> 2022 at ~~9~~<u>12</u>:00 ~~a~~<u>p</u>.m. (Atlantic Standard Time).

   <u>Responses:</u>
   A. Response and Objection of Fuel Line Lenders to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule

---

~~[2]  Katherine Stadler and Brady C. Williamson will be available to respond to any questions regarding this matter; otherwise, Katherine Stadler and Brady C. Williamson do not intend to speak on this matter.~~

and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22282; Case No. 17-4780, ECF No. 2963]**

B.   Limited Response of Official Committee of Unsecured Creditors with Respect to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22284; Case No. 17-4780, ECF No. 2968]**

C.   Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule, and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22285; Case No. 17-4780, ECF No. 2967]**

D.   Response by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to the Oversight Board's Urgent Motion to Set a Litigation Schedule, and Urgent Cross-Motion to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment **[Case No. 17-3283, ECF No. 22286; Case No. 17-4780, ECF No. 2966]**

E.   Objection of U.S. Bank National Association as PREPA Bond Trustee to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief (ECF No. 2956) **[Case No. 17-4780, ECF No. 2965]**

F.   Response and Objection of SREAEE to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22309; Case No. 17-4780, ECF No. 2983]**

G.   Limited Joinder to SREAEE's Response and Objection and UTIER's Reservation of Rights **[Case No. 17-3283, ECF No. 22310; Case No. 17-4780, ECF No. 2984]**

Reply, Joinder & Statement Deadlines:   September ~~20,~~27, 2022 at ~~9~~12:00 ~~a~~p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.   ~~[None].~~   Corrected Version] Omnibus Reply of Financial Oversight and Management Board in Support of Urgent Motion for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22317; Case No. 17-4780, ECF No. 2990]**

4

Related Documents:

A. Order Denying Urgent Motion of the Ad Hoc Group of PREPA Bondholders to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment and Directing Additional Consultation and Filings **[Case No. 17-3283, ECF No. 20278; Case No. 17-4780, ECF No. 2748]**

B. Order Granting the (A) Mediation Team's Notice and Request for Approval of a Fourth Extension of the Mediation Termination Date and (B) Urgent Motion of Financial Oversight and Management Board for Order Extending Mediation Termination Date and Related Path Forward Deadline **[Case No. 17-3283, ECF No. 22096; Case No. 17-4780, ECF No. 2949]**

C. Order Scheduling Briefing and Hearing Concerning Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22272; Case No. 17-4780, ECF No. 2958]**

D. Statement of Official Committee of Unsecured Creditors with Respect to Termination of PREPA Mediation **[Case No. 17-3283, ECF No. 22278; Case No. 17-4780, ECF No. 2960]**

E. Urgent Joint Motion to Hold in Abeyance Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief and Reservation of Rights **[Case No. 17-3283, ECF No. 22279; Case No. 17-4780, ECF No. 2961]**

F. Order Concerning Possible Impact of Tropical Storm Fiona on Currently Scheduled Proceedings and Urgent Joint Motion to Hold in Abeyance Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief and Reservation of Rights **[Case No. 17-3283, ECF No. 22280; Case No. 17-4780, ECF No. 2962]**

G. Urgent Motion for Expedited Consideration of the Urgent Cross-Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment **[Case No. 17-3283, ECF No. 22287; Case No. 17-4780, ECF No. 2969]**

H. Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee, Inc. for Authorization to File a Combined Motion to Dismiss PREPA's Title III Case and Alternative Request for Relief from the Automatic Stay **[Case No. 17-4780, ECF No. 2971]**

5

I.    Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee, Inc. to Dismiss PREPA's Title III Case, or for Relief from the Automatic Stay to Enforce Their Right to a Receiver **[Case No. 17-3283, ECF No. 22291; Case No. 17-4780, ECF No. 2973]**

J.    Mediation Team's Notice and Report **[Case No. 17-3283, ECF No. 22290; Case No. 17-4780, ECF No. 2975]**

K.    Order Concerning Impact of Hurricane Fiona on Currently Scheduled Proceedings and Urgent Motion for Expedited Consideration of the Urgent Cross-Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment **[Case No. 17-3283, ECF No. 22301; Case No. 17-4780, ECF No. 2982]**

L.    Order Concerning Continuation of PREPA Mediation **[Case No. 17-3283, ECF No. 22313; Case No. 17-4780, ECF No. 2987]**

M.    Informative Motion Regarding Response by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to the Oversight Board's Urgent Motion to Set a Litigation Schedule, and Urgent Cross-Motion to Establish a Case Schedule and Impose Deadlines for a PREPA Plan of Adjustment **[Case No. 17-3283, ECF No. 22315; Case No. 17-4780, ECF No. 2988]**

N.    Order Adjourning the September 21, 2022, Omnibus Hearing to a Date to Be Determined and Extending Deadline to Respond to Urgent Motion of Financial Oversight and Management Board for Order (I) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (II) Granting Related Relief **[Case No. 17-3283, ECF No. 22316; Case No. 17-4780, ECF No. 2989]**

O.    [Proposed] Amended Order Establishing Terms and Conditions of Mediation **[Case No. 17-3283, ECF No. 2235; Case No. 17-4780, ECF No. 2996]**

P.    Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation **[Case No. 17-3283, ECF No. 22351; Case No. 17-4780, ECF No. 2997]**

Q.    Order Scheduling Briefing of Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation **[Case No. 17-3283, ECF No. 22352; Case No. 17-4780, ECF No. 2998]**

R. Joint Response to (A) Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation, and (B) Proposed Amended Order Establishing the Terms, filed by UTIER and SREAEE **[Case No. 17-3283, ECF No. 22365; Case No. 17-4780, ECF No. 3000]**

S. The Puerto Rico Fiscal Agency and Financial Advisory Authority's Response to the Mediation Team's Notice and Proposed Amended Order Establishing the PREPA Mediation's Terms and Conditions **[Case No. 17-3283, ECF No. 22370; Case No. 17-4780, ECF No. 3002]**

T. Response of Financial Oversight and Management Board to Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation **[Case No. 17-3283, ECF No. 22371; Case No. 17-4780, ECF No. 3005]**

U. Objection of Official Committee of Unsecured Creditors to (A) Notice of Mediation Team's Proposed Amended Order Establishing Terms and Conditions of Mediation and (B) Proposed Amended Order Establishing Terms and Conditions Of Mediation **[Case No. 17-3283, ECF No. 22372; Case No. 17-4780, ECF No. 3003]**

V. Response by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to the Mediation Team's Notice and Proposed Amended Order **[Case No. 17-3283, ECF No. 22373; Case No. 17-4780, ECF No. 3004]**

Status:  This matter is going forward.

Estimated Time Required:  ~~60~~70 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
  A.  Movants/Supporting Parties:
     1.  **FOMB**: Martin J. Bienenstock, ~~12~~15 minutes
     2.  **UCC**: Luc A. Despins, 5 minutes
     3.  **AAFAF**: Peter Friedman, 6 minutes
  B.  Responding Parties:
     1.  **Fuel Line Lenders**: Amy Wolf, 5 minutes
     2.  **Ad Hoc Group of PREPA Bondholders**: Amy Caton, 13 minutes
     3.  **National**: Robert Berezin, 5 minutes
     4.  **Assured**:  William Natbony, 5 minutes
     5.  **PREPA Bond Trustee**: Clark Whitmore, 2 minutes
     6.  **UTIER/SREAEE**: Jessica Méndez-Colberg, 5 minutes
  C.  Movants~~:~~/Supporting Parties:
     ~~1.   **Moving Parties**: 7 minutes~~

7

2. **Retirees' Motion to Stay Consideration of UBS Motion to Enforce Plan of Adjustment.** Motion to Stay Consideration of: "UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for Related Inju[n]ctive Relief" **[Case No. 17-3283, ECF No. 21808]**

Description: Motion by certain retirees, plaintiffs in Case No. KAC-2011-1067, for stay of consideration of the UBS Financial Services, Inc.'s motion to enforce the Debtors' plan of adjustment.

Objection Deadline: September 6, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. Official Committee of Unsecured Creditors Response in Opposition to ERS Plaintiffs' Motion to Stay Consideration of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment **[Case No. 17-3283, ECF No. 22068]**

    B. UBS Financial Services Incorporated of Puerto Rico's Response to the Motion to Stay Consideration of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief **[Case No. 17-3283, ECF No. 22070]**

Reply, Joinder & Statement Deadlines: September 13, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A. Consolidated: (1) Reply to Opposition to Motion to Stay and (2) Opposition to Motion to Enforce the Plan of Adjustment **[Case No. 17-3283, ECF No. 22175]**

Related Documents:

    A. UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief **[Case No. 17-3283, ECF No. 21651]**

    B. Order Scheduling Briefing of Motion to Stay Consideration of: "UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief" **[Case No. 17-3283, ECF No. 21814]**

    C. Motion to Clarify: Order Concerning Briefing of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief **[Case No. 17-3283, ECF No. 22132]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

~~Order and Number of Speakers:  The names of counsel who intend to speak on this matter~~
~~and time allocations for each party are listed below, in the order in which the parties shall~~
~~present argument:~~
   ~~A.  Movants:~~
     ~~1.  **Retirees**: Harold D. Vicente-Colón, 7.5 minutes~~
  ~~B.  Objecting Parties:~~
     ~~1.  **UCC**: John Arrastia, 7.5 minutes~~
     ~~2.  **UBS**: Paul J. Lockwood, 7.5 minutes~~
  ~~C.  Movants:~~
     1.  ~~**Retirees**: Harold D. Vicente-Colón, 7.5~~ **Movants/Supporting Parties**: 9
     minutes

2. ~~3.~~ **UBS Financial, Inc.'s Motion to Enforce Plan of Adjustment.**  UBS Financial
Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for
Related Injunctive Relief **[Case No. 17-3283, ECF No. 21651]**

Description:  Motion by UBS Financial Services, Inc. to enforce the Debtors' plan of
adjustment and to enjoin the Employees' Retirement System of the Government of the
Commonwealth of Puerto Rico (the "ERS") and seven former beneficiaries of the ERS
from litigating claims that were transferred to other creditors under the ~~Plan~~plan and no
longer belong to the ERS or its former beneficiaries.

Objection Deadline:  September 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Consolidated: (1) Reply to Opposition to Motion to Stay and (2) Opposition to
     Motion to Enforce the Plan of Adjustment **[Case No. 17-3283, ECF No. 22175]**

   B.  Official Committee of Unsecured Creditors Limited Response in Support of UBS
     Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of
     Adjustment **[Case No. 17-3283, ECF No. 22186]**

Reply, Joinder & Statement Deadlines:  September 17, 2022 at 12:00 p.m. (Atlantic
Standard Time).

Replies, Joinders & Statements:
   A.  Joinder of the Avoidance Actions Trustee to Official Committee of Unsecured
     Creditors' Limited Response in Support of UBS Financial Services Incorporated
     of Puerto Rico's Motion to Enforce the Plan of Adjustment **[Case No. 17-3283,**
     **ECF No. 22187]**

   B.  Brief Reply to: (1) Official Committee of Unsecured Creditors Limited Response
     in Support of UBS Financial Services Incorporated of Puerto Rico's Motion to
     Enforce the Plan of Adjustment [Docket No. 22186] and to (2) Joinder of the
     Avoidance Actions Trustee to Official Committee of Unsecured Creditors'
     Limited Response in Support of UBS Financial Services Incorporated of Puerto

Rico's Motion to Enforce the Plan of Adjustment [Docket No. 22187] **[Case No. 17-3283, ECF No. 22199]**

C. UBS Financial Services Incorporated of Puerto Rico's Reply in Further Support of Its Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief **[Case No. 17-3283, ECF No. 22274]**

Related Documents:
A. Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 19813-1]**

B. Order Concerning Briefing of UBS Financial Services Incorporated of Puerto Rico's Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief **[Case No. 17-3283, ECF No. 22104]**

C. Brief Sur Reply to: "UBS Financial Services of Puerto Rico's Reply in Further Support of Its Motion to Enforce the Plan of Adjustment and for Related Injunctive Relief" at Docket No. 22274 **[Case No. 17-3283, ECF No. 22294]**

Status:  This matter is going forward.

Estimated Time Required:  60 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
A. Movants:
   1. **UBS**: Paul J. Lockwood, 20 minutes
B. Supporting Parties:
   1. **UCC**: John Arrastia, 5 minutes
   2. **Avoidance Actions Trustee**: John Arrastia, 5 minutes
C. Objecting Party:
   1. **Retirees**: Harold D. Vicente-Colón, 30 minutes

3. **Four Hundred Ninety-Second Omnibus Objection to Claims,** Four Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 21741]**

Objection Deadline:  September 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: September 14, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Opposition to Objection to Claim, filed by Downtown Development Corp (DDC) **[Case No. 17-3283, ECF No. 22057]**

10

Replies, Joinders & Statements:
    A.   Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of
         the Government of the Commonwealth of Puerto Rico, and the Puerto Rico
         Highways and Transportation Authority to the Response Filed by the Downtown
         Development Corp. [ECF No. 22057] to the Four Hundred Ninety-Second
         Omnibus Objection (Substantive) to Claims for Which the Debtors Are Not
         Liable **[Case No. 17-3283, ECF No. 22211]**

Related Documents:
    A.   None.

Status:  This matter is going forward.

Estimated Time Required:  20 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below, in the order in which the parties shall
present argument:
A.  Movants:
        1.   **FOMB**: Joshua A. Esses and/or Brian S. Rosen, 8 minutes
B.  Objecting Parties:
        1.   **DDC**: Rosendo E. Miranda López, 10 min.
C.  Movants:
        1.   **FOMB**: Joshua A. Esses and/or Brian S. Rosen, 2 minutes4.  **Melani Curra
    and Velez Martinez's Administrative Expense Claim Motion.** Motion
    Requesting Allowance and Payment of Administrative Expense Claim filed
    by Pablo Melani Curra and Diana Velez Martinez **[Case No. 17-3283, ECF
    No. 21229]**

Description:  Pablo Melani Curra and Diana Velez Martinez's motion for an order
allowing payment of their administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.   Debtor's Objection to Motion Requesting Allowance and Payment of
         Administrative Expense Claim Filed by Pablo Melani Curra and Diana Velez
         Martinez **[Case No. 17-3283, ECF No. 21932]**

Reply, Joinder & Statement Deadlines:   September 2, 2022 at 4:00 p.m. (Atlantic
Standard Time).

Replies, Joinders & Statements:
    A.   Reply to Debtor's Objection to the Request for Allowance and Payment of
         Administrative Expense Claim Filed by Pablo Melani Curra and Diana Velez
         Martinez **[Case No. 17-3283, ECF No. 22044]**

Related Documents:
   A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense
        Claims **[Case No. 17-3283, ECF No. 21244]**

   B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing
        Date **[Case No. 17-3283, ECF No. 21330]**

   C.  Order Granting Urgent Motion for Extension of Response Deadlines and
        Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case
        No. 17-3283, ECF No. 21628]**

   E.  Order Granting Urgent Consensual Motion for Further Extension of Response
        Deadlines **[Case No. 17-3283, ECF No. 21654]**

   F.  Motion Submitting Exhibits A and B to Motion Filed by Administrative Expense
        Claimants Pablo Melani Curra and Diana Velez Martinez at ECF Number 22044
        **[Case No. 17-3283, ECF No. 22050]**

Status:  This matter is going forward.

Estimated Time Required:  12 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below, in the order in which the parties shall
present argument:
   A.  Movants:
        1.  **Curra/Martinez**: Alexis Fuentes, 4 minutes.
   B.  Objecting Parties:
        1.  **FOMB**: Brian S. Rosen, 6 minutes.
   C.  Movants:
        1.  **Curra/Martinez**: Alexis Fuentes, 2 minutes.

## III.   ~~IV.~~ ADJOURNED MATTERS

1.  **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the
    United States Department of the Treasury/Internal Revenue Service**.  Objection of
    Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States
    Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885)
    **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

    Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing
    Corporation ("COFINA"), objects to proofs of claim filed by the United States
    Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885)
    against COFINA.

    Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines:   December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

Related Documents:

A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

X.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21708; Case No. 17-3284, ECF No. 776]**

Y.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22088; Case No. 17-3284, ECF No. 778]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

2.  **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.**  Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description:  Hearing on the portion of PREPA's motion for an order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline:  September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:

    A.  Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

    B.  Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

    C.  Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

    D.  Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

    E.  Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

    F.  Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

    G.  Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

16

H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I. Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J. Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K. Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L. Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M. Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3. **Community Health Foundation's Administrative Claim Motion.**  Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

<u>Objection Deadline</u>:  May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

<u>Reply, Joinder & Statement Deadlines</u>:    September ~~21~~28, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

    B.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

    C.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

    D.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

    E.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

    F.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

    G.  Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

    H.  Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

    I.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

    J.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

    K.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20556]**

L.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20568]**

M.  Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 21006]**

N.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21110]**

O.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21116]**

P.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21456]**

Q.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21461]**

R.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21750]**

S.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21782]**

T.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22084]**

U.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22093]**

V.  Urgent Motion for Extension of Deadline **[Case No. 17-3283, ECF No. 22347]**

W.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22357]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

4.  **Ramhil Developers Inc.'s Objection to Cure Amount.**  Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:  Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended*

*Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

<u>Reply Deadline</u>:  October 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies</u>:
    A.  None.

<u>Related Documents</u>:

A.  Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

B.  Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

C.  Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

D.  Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

E.  Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

F.  Urgent Motion Submitting Eleven (11) Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

G.  Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

H.  Motion Submitting Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* **[Case No. 17-3283, ECF No. 20186]**

I.  Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J.  Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K.  Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L.  Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M.  Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N.  Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O.  Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P.  Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Q.  Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22172]**

R.  Order Granting the Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22179]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

5.  **Evertec's Administrative Expense Claim Motion.**  Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 21187]**

Description:  Evertec Group, LLC's motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  October 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines:  October 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

21

C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

F. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

G. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

6. **Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion.** Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 **[Case No. 17-3283, ECF No. 21191]**

Description:  Ricoh Puerto Rico, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  October 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines:  October 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

22

D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

F. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

G. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

7. **Blanca Iris Marrero's Administrative Expense Claim Motion.**  Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21192]**

Description:  Blanca Iris Marrero's motion for an order allowing payment of her administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Debtors' Objection to Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21931]**

Reply, Joinder & Statement Deadlines: October 11, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. None.

Related Documents:
A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

23

E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

F.  Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22060]**

G.  Order Granting Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22064]**

H.  Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22289]**

I.  Order Granting Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22307]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

8.  **Administrative Expense Claim Motion by Plaintiffs in CASP Case No. 2016-05-1340 (Madeline Acevedo Camacho Litigation).**  Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 21194]**

Description:  Motion by plaintiffs in Case No. 2016-05-1340 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  Debtor's Objection To Application For Allowance And Payment Of Administrative Expense Claims Filed By Group Wage Creditors In The Madeline Acevedo Camacho Litigation **[Case No. 17-3283, ECF No. 21640]**

Reply, Joinder & Statement Deadlines:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A.  Reply to Debtor's Objection to Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Group Claimants Litigation Caption Madeline Acevedo Camacho **[Case No. 17-3283, ECF No. 22157]**

24

Related Documents:

    A. Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21232]**

    B. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    C. Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

    D. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    E. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    F. Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 and Related Documents **[Case No. 17-3283, ECF No. 21502]**

    G. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

    H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

    I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

    J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

9. **Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 1991-0665 (Carmen Socorro Cruz Hernandez Litigation).**  Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment filed by Judgment Claimants Case Carmen Socor[r]o Cruz Hernandez et als v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 21195]**

Description:  Motion by plaintiffs in Case No. K AC 199-0665 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
   A. Debtor's Objection to Application for Allowance of Administrative Priority
      Claims and Requesting an Order for Immediate Payment Filed by Judgment
      Claimants In the Carmen Socor[r]o Cruz Hernandez Litigation Rico **[Case No.
      17-3283, ECF No. 21641]**

<u>Reply, Joinder & Statement Deadlines</u>:   September 12, 2022 at 4:00 p.m. (Atlantic
Standard Time).

<u>Replies, Joinders & Statements</u>:
   A. Reply to Debtor's Objection to Application for Allowance of Administrative
      Priority Claims and Requesting an Order for Immediate Payment Filed by
      Judgment Claimants in the Litigation Caption Carmen Socor[r]o Cruz Hernandez
      **[Case No. 17-3283, ECF No. 22156]**

<u>Related Documents</u>:
   A. Motion Requesting Extension of Time to File Certified Translation of the
      Judgments Entered by the Court of First Instance of Puerto Rico in Case No.
      KAC-1991-0665 **[Case No. 17-3283, ECF No. 21232]**

   B. Order Scheduling Briefing of Motions for Allowance of Administrative Expense
      Claims **[Case No. 17-3283, ECF No. 21244]**

   C. Order Concerning Extension of Time to File English Translation of Spanish
      Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

   D. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing
      Date **[Case No. 17-3283, ECF No. 21330]**

   E. Order Granting Urgent Motion for Extension of Response Deadlines and
      Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   F. Motion Submitting Certified Translations of Judgments Entered by the Court of
      First Instance of Puerto Rico in Case No. K AC 1991-0665 **[Case No. 17-3283,
      ECF No. 21487]**

   G. Urgent Consensual Motion for Extension of Response Deadlines and
      Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

   H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines
      and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

   I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No.
      17-3283, ECF No. 22040]**

   J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines
      **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

10. **COSEY's Administrative Expense Claim Motion.**  Cosey's Motion for Allowance and
Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21209]**

Description:   Corporacion de Servicios Eductativos de Yabucoa, Inc.'s ("COSEY")
motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  October 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  October 14, 2022 at 4:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense
        Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing
        Date **[Case No. 17-3283, ECF No. 21330]**

    C.  COSEY's Motion for Leave to File Spanish Document and Request Term to File
        Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No.
        21346]**

    D.  Order Granting Urgent Motion for Extension of Response Deadlines and
        Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    E.  Order Concerning Extension of Time to File English Translations of Spanish
        Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

    F.  COSEY's Motion for Extension of T[i]me to File Certified English Translation at
        Docket No. 21209 **[Case No. 17-3283, ECF No. 21466]**

    G.  Order Concerning Extension of Time to File English Translations of Spanish
        Language Exhibits **[Case No. 17-3283, ECF No. 21467]**

    H.  COSEY's Motion Submitting Certified English Translation of Exhibits at Docket
        No. 21209 **[Case No. 17-3283, ECF No. 21480]**

I. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

J. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

K. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

L. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

11. **Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0345 (Francisco Beltran Cintron Litigation).**  Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights **[Case No. 17-3283, ECF No. 21224]**

Description:  Motion by plaintiffs in Case No. 2021-05-0345 for an order allowing payment of their administrative expense claim.

Objection Deadline: July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Debtor's Objection to Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Francisco Beltran Cintron Litigation **[Case No. 17-3283, ECF No. 21642]**

Reply, Joinder & Statement Deadlines: September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. Reply to Debtor's Objection to Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 22159]**

Related Documents:

A. Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21233]**

B. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

C. Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

D. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

E. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

F. Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 and Related Documents **[Case No. 17-3283, ECF No. 21489]**

G. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

12. **Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0346 (Abraham Gimenez Litigation).**  Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights **[Case No. 17-3283, ECF No. 21227]**

Description:  Motion by plaintiffs in Case No. 2021-05-0346 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Debtor's Objection to Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Abraham Gimenez Litigation **[Case No. 17-3283, ECF No. 21643]**

Reply, Joinder & Statement Deadlines:   September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply to Debtor's Objection to Application for the Allowance and Payment of Administrative Expense Claims, Filed by Group Claimants in the Litigation Caption Abraham Gimenez v. Department of Transportation and Public Works of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 22162]**

Related Documents:
    A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

    E. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

    F. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

    G. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

13. **Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 2033-5022 (Acevedo Arocho Litigation).**  Application for Allowance of Payment of Post-Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et. als. v. Departamento Hacienda and Reservation of Rig[ht]s **[Case No. 17-3283, ECF No. 21230]**

30

Description:  Motion by plaintiffs in Case No. K AC 2033-5022 for an order allowing payment of their administrative expense claim.

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A.  Debtor's Objection to Application for Allowance of Payment of Post Petition Administrative Expense Priority Claims Filed by the Creditors in the Acevedo Arocho Litigation **[Case No. 17-3283, ECF No. 21644]**

Reply, Joinder & Statement Deadlines:   September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A.  Reply to Debtor's Objection to Application for Allowance of Payment of Post Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et. als. v. the Departamento Hacienda **[Case No. 17-3283, ECF No. 22164]**

Related Documents:

    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

    E.  Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

    F.  Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

    G.  Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

14. ~~**Claimants' Request for Comfort Order.**  Request for Comfort Order Pursuant [to] 11 USC § 362(j) (Related to Docket Entry No. 21427) **[Case No. 17-3283, ECF No. 21967]**~~

31

Description:  Motion by claimants in Case No. KLAN201600554 (P.R. Court of Appeals) for a Comfort Order allowing to continue their collection efforts and/or litigation against the Puerto Rico Public Broadcasting Corporation (WIPR).

Objection Deadline:  September 20, 2022 at 5:00 p.m. (Atlantic Standard Time).

Responses:
  A.  None.

Reply, Joinder & Statement Deadlines:  September 27, 2022 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A.  None.

Related Documents:

14. A.  Four Hundred Eighty-First **Four Hundred Ninety-Second Omnibus Objection to Claims.** Four Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 21427]** **[Case No. 17-3283, ECF No. 21741]**

   B.  Order Scheduling Briefing and Argument of Request for Comfort Order Pursuant [to] 11 USC § 362(j) **[Case No. 17-3283, ECF No. 22009]**

   C.  Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing Regarding Request for Comfort Order Pursuant [to] 11 USC §362(j) **[Case No. 17-3283, ECF No. 22063]**

   D.  Order Granting Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing Regarding Request for Comfort Order Pursuant [to] 11 USC §362(j) **[Case No. 17-3283, ECF No. 22071]**

Objection Deadline:  September 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: September 14, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A.  Opposition to Objection to Claim, filed by Downtown Development Corp (DDC) **[Case No. 17-3283, ECF No. 22057]**

Replies, Joinders & Statements:
  A.  Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by the Downtown Development Corp. [ECF No. 22057] to the Four Hundred Ninety-Second

Omnibus Objection (Substantive) to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22211]**

Related Documents:
A. None.

Status:  This matter has been adjourned to November 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

15. **Debtors' Omnibus Objections to Claims.**

Related Documents:
A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 21, 2022 Omnibus Hearing to the November 2, 2022 Omnibus Hearing **[Case No. 17-3283, ECF No. 22243]** (the "Notice of Adjournment")

The following omnibus objections to claims were scheduled for hearing at the September 21, 2022, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Four Hundred Eighty-Fourth [ECF No. 21733]; Four Hundred Eighty-Sixth [ECF No. 21736]; Four Hundred Eighty-Ninth [ECF No. 21739]; Four Hundred Ninetieth [ECF No. 21740]; Four Hundred Ninety-First [ECF No. 21745]; Four Hundred Ninety-Second [ECF No. 21741]; Four Hundred Ninety-Fourth [ECF No. 21746]; Four Hundred Ninety-Fifth [ECF No. 21747]; Four Hundred Ninety-Sixth [ECF No. 21749]; Four Hundred Ninety-Seventh [ECF No. 21748] Four Hundred Ninety-Eighth [ECF No. 21755]; Four Hundred Ninety-Ninth [ECF No. 21756]; Five Hundredth [ECF No. 21757]; Five Hundred First [ECF No. 21758]; Five Hundred Second [ECF No. 21759]; Five Hundred Fourth [ECF No. 21760]; Five Hundred Fifth [ECF No. 21761]; Five Hundred Sixth [ECF No. 21762]; Five Hundred Seventh [ECF No. 21763]; Five Hundred Eighth [ECF No. 21764]; Five Hundred Ninth [ECF No. 21765]; and Five Hundred Tenth [ECF No. 21766].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the September 21, 2022 omnibus hearing to the November 2, 2022, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Thirty-Sixth [ECF No. 17101] (Claim 21597); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three-Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 177404); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim Nos. 160874 and 6009); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107;

33

175665; 176310; 176046; 174966; 175171; 176054; and 175538); Four Hundred
Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 177215; 176671; 178015;
179150; 177243; 177761; 177513; 177932; 177092; and 177099); Four Hundred
Sixth [ECF No. 19555] (Claim No. 16103); Four Hundred Twelfth [ECF No. 19559]
(Claim Nos. 176447; 176498; 177629; and 176450); Four Hundred Fourteenth [ECF
No. 20040] (Claim Nos. 179649 and 179662); Four Hundred Twenty-Fifth [ECF No.
20051] (Claim No. 17048); Four Hundred Thirty-Second [ECF No. 20487] (Claim
No. 15774); Four Hundred Thirty-Seventh [ECF No. 20495] (Claim Nos. 179730;
135965; 136952; 140056; 140270; and 140676); Four Hundred Thirty-Ninth [ECF
No. 20497] (Claim Nos. 179635 and 31525); Four Hundred Forty-First [ECF No.
20499] (Claim No. 134043); Four Hundred Forty-Third [ECF No. 20501] (Claim
Nos. 151713; 9891; 125306; 104914; 90011; and 80168); Four Hundred Forty-Eighth
[ECF No. 20504] (Claim No. 17433); Four Hundred Fifty-Third [ECF No. 20784]
(Claim Nos. 31895; 179281-1; and 84345-1); Four Hundred Fifty-Fourth [ECF No.
20785] (Claim No. 44390); Four Hundred Sixtieth [ECF No. 20791] (Claim No.
147357);   Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and
173831); Four Hundred Sixty-Sixth [ECF No. 20797] (Claim No. 77585); Four
Hundred Seventy-Fifth [ECF No. 21426] (Claim Nos. 122217-2 and 169996); Four
Hundred Seventy-Sixth [ECF No. 21428] (Claim No. 67535); Four Hundred
Seventy-Seventh [ECF No. 21424]; Four Hundred Eighty-First [ECF No. 21427]
(Claim Nos. 51788; 179444; 39308; 49385; and 49126); Four Hundred Eighty-Fifth
[ECF No. 21734] (Claim Nos. 75326 and 84203); Four Hundred Eighty-Seventh
[ECF No. 21737] (Claim No. 83024); Four Hundred Eighty-Eighth [ECF No. 21738]
(Claim Nos. 5090 and 17818); and Five Hundred Third [ECF No. 21751] (Claim Nos.
21512 and 139008).

Estimated Time Required:  N/A.


[*Remainder of Page Intentionally Left Blank*]

34

Dated: September ~~19~~,27, 2022
       San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

35

**<u>Exhibit A</u>**

**Order Regarding Procedures
for September 21-22, 2022, Omnibus Hearing**

**<u>Exhibit B</u>**

**<u>Agenda Redline</u>**