# EXHIBIT 1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO ("SISTEMA"); LA SUCESIÓN DE PEDRO JOSÉ NAZARIO SERRANO; LA SUCESIÓN DE JUANITA SOSA PÉREZ; JOEL RIVERA MORALES; MARÍA DE LOURDES GÓMEZ PÉREZ; HÉCTOR CRUZ VILLANUEVA; LOURDES RODRÍGUEZ; Y LUIS M. JORDÁN RIVERA, POR SÍ Y COMO REPRESENTANTES DE LA CLASE DEMANDANTE COMPUESTA POR LOS BENEFICIARIOS DEL SISTEMA<br><br>Demandantes<br><br>v.<br><br>UBS FINANCIAL SERVICES INCORPORATED; UBS TRUST COMPANY OF PUERTO RICO ("UBS TRUST") Y UBS CONSULTING SERVICES OF PUERTO RICO COMO SUBDIVISIÓN DE UBS TRUST; ABC INSURANCE COMPANY, INC.; XYZ INSURANCE COMPANY, INC.<br><br>Demandados | CIVIL NÚMERO: K AC2011-1067<br>(803)<br><br>SOBRE:<br><br>INCUMPLIMIENTO DE CONTRATO<br>DAÑOS Y PERJUICIOS |

RADICADO EN SECRETARIA HOY
DIA 23 DE Septiembre 20 22
2:23 pm.
Secretaria

## SOLICITUD DE AUTORIZACIÓN
## PARA PRESENTAR QUINTA DEMANDA ENMENDADA

AL HONORABLE TRIBUNAL:

**COMPARECEN** la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de Puerto Rico ("Sistema") y los miembros de la Sucesión de Pedro José Nazario Serrano y los miembros de la Sucesión de su cónyuge, Juanita Sosa Pérez; Joel Rivera Morales; María De Lourdes Gómez Pérez; Héctor Cruz Villanueva; Lourdes Rodríguez; y Luis M. Jordán Rivera (en conjunto, "los Demandantes Individuales"), por sí y en representación de los miembros de la clase compuesta por los demás beneficiarios/pensionados del Sistema, por conducto de sus abogados que suscriben, y muy respetuosamente **EXPONEN, ALEGAN Y SOLICITAN**:

1. El 14 de julio de 2021, UBS Financial Services Incorporated of Puerto Rico se fusionó con UBS Financial Services Incorporated, subsistiendo solamente esta última. Ante ello, se hace necesario sustituir a la parte demandada UBS Financial Services Incorporated of Puerto Rico por UBS Financial Services Incorporated. Además, de la Contestación a la Cuarta Demanda Enmendada se desprende que la demandada UBS Consulting of Puerto Rico es una subdivisión

de UBS Trust Company of Puerto Rico ("UBS Trust"), por lo que también se hace necesario hacer la correspondiente enmienda a la demanda para añadir como co-demandada a UBS Trust. A tales fines y para que así se refleje, se solicita autorización para enmendar la demanda.

2. Recientemente, fallecieron tanto Pedro José Nazario Serrano, como su esposa, Juanita Sosa Pérez. Ante ello, se hace necesario enmendar la demanda para sustituirlos por los integrantes de sus respectivas sucesiones, cuyas identidades surgirán de declaratorias de herederos en trámite, las cuales se someterán a este Honorable Tribunal tan pronto se completen.

3. Este caso se originó como (i) una acción derivativa para beneficio de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de Puerto Rico ("el Sistema"), el cual es un fideicomiso creado por ley para beneficio de sus fideicomisarios, que son los empleados/pensionados del Gobierno y la Judicatura de Puerto Rico y (ii) una acción personal de los Demandantes Individuales, quienes son personas naturales y beneficiarios/pensionados del Sistema o sucesores de beneficiarios/pensionados del Sistema, para recuperar daños continuados causados al Sistema y a sus fideicomisarios por las demandadas UBS Financial Services, Inc. y UBS Trust. A partir de la Tercera Demanda Enmendada, el Sistema, por derecho propio, compareció como parte demandante, por lo cual, con respecto al Sistema, el presente litigio dejó de ser una acción derivativa y se convirtió en una acción directa por parte del Sistema, para beneficio propio y, por ende, de sus fideicomisarios, que son los beneficiarios/pensionados del mismo y miembros de la propuesta clase.

4. Posteriormente, como parte de los procedimientos del Plan de Ajuste para el Pago de la Deuda del Gobierno de Puerto Rico, y a tenor con la Ley Promesa, surge que el Sistema está atravesando o atravesará un proceso de liquidación y/o traspaso de sus activos y eventual posible disolución y no está clara la posición en que quedarán sus fideicomisarios, es decir, sus beneficiarios/pensionados. Los daños a los Demandantes Individuales y a los demás fideicomisarios/beneficiarios del Sistema, como consecuencia de las pérdidas generadas al Sistema por la conducta de las demandadas UBS y de la resultante liquidación y traspaso de los activos del Sistema, no podrá determinarse de manera definitiva mientras dicho proceso de liquidación y traspaso no se concluya. Esto hace necesario enmendar la demanda para que los miembros de la clase empleados/beneficiarios del Sistema continúen compareciendo para proteger sus derechos, esta vez, como una clase representada por los Demandantes Individuales.

5. En este caso ya las partes demandadas presentaron alegación responsiva. Según la Regla 13.1 de las de Procedimiento Civil, ante estas circunstancias: "las partes podrán enmendar su alegación únicamente con el permiso del tribunal o mediante el consentimiento por escrito de la parte contraria; **el permiso se concederá liberalmente cuando la justicia así lo requiera**". 32 LPRA Ap. V, R. 13.1 (énfasis añadido). En este caso así lo requiere la justicia para la protección de los miembros de la Clase, quienes han trabajado años para ver ahora sus beneficios menoscabados por las pérdidas ocasionadas al Sistema por la conducta de las codemandadas UBS. Procede por tanto la autorización para enmendar.

6. Además, según resuelto en *S.L.G. Font Bardón v. Mini Warehouse*, 179 DPR 322 (2010), cuando los tribunales vayan a determinar si conceden o no el permiso para enmendar las alegaciones, deben ejercer su facultad liberalmente. En nuestra jurisdicción existe una clara política judicial a favor de que los casos se ventilen en sus méritos. Se considera un interés importante que los litigantes tengan su día en corte. En ese mismo caso, también, el Tribunal Supremo expresó que el mero paso del tiempo no impide, ipso facto, que el Tribunal admita una enmienda. Los tribunales deben conceder el permiso para enmendar la demanda liberalmente, aun en etapas avanzadas de los procedimientos. De hecho, se pueden realizar enmiendas en etapas tan avanzadas como la "Conferencia con Antelación al Juicio". En este caso, no hay razón para denegar la autorización para enmendar.

7. Más aún, la enmienda propuesta no causará perjuicio indebido a la parte contraria y no altera radicalmente el alcance y la naturaleza del caso, ni convierte la controversia inicial en tangencial, lo que también abona a favor de que se conceda el permiso para enmendar.

**POR TODO LO CUAL**, la parte compareciente, muy respetuosamente solicita de este Honorable que permita la presentación de la *Quinta Demanda Enmendada*[1] que se acompaña con la presente solicitud, con cualquier otro pronunciamiento que en derecho proceda.

**RESPETUOSAMENTE SOMETIDA.**

**CERTIFICAMOS:** Que en el día de hoy se enviará copia fiel y exacta del presente escrito por correo electrónico al: **LCDO. PAUL J. LOCKWOOD** – paul.lockwood@skadden.com; **LCDA. NICOLE A DISALVO** – Nicole.DiSalvo@skadden.com; y **LCDA. ELISA M.C. KLEIN** – Elisa.Klein@skadden.com; – **LCDO. ROBERTO C. QUIÑONES RIVERA** – rcq@mcvpr.com; **LCDA. MYRGIA M. PALACIOS CABRERA** – mpc@mcvpr.com.

---

[1] Los Anejos de la Quinta Demanda Enmendada son los mismos anejos de la Cuarta Demanda Enmendada, los cuales se incorporan por referencia para evitar abultar innecesariamente el expediente del Tribunal.

En San Juan, Puerto Rico, hoy 23 de septiembre de 2022.

**VICENTE & CUEBAS**
P.O. Box 11609
San Juan, PR 00910-1609
Teléfono (787) 751-8000
Facsímil (787) 756-5250

*/s/ Harold D. Vicente*

**HAROLD D. VICENTE**
TSPR Número 3966
E-Mail: *hvicente@vclawpr.com*

*/s/ Harold D. Vicente-Colón*

**HAROLD D. VICENTE COLÓN**
TSPR Número 11303
E-Mail: *hdvc@vclawpr.com*

**IVELISSE M. ORTIZ MOREAU**
TSPR Número 18640
E-Mail: *iortiz@vclawpr.com*

**PUJOL LAW OFFICE, PSC**
P.O. Box 363042
San Juan, PR 00936-3042
Teléfono: (787) 724-0900
Facsímil: (787) 724-1196

**FRANCISCO PUJOL MENESES**
TSPR Número 11883
E-Mail: *fpujol@pujollawpr.com*

*ABOGADOS DE LA ADMINISTRACIÓN DE LOS SISTEMAS
DE RETIRO DE LOS EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LOS
DEMANDANTES INDIVIDUALES*

**FEDERICO HERNÁNDEZ DENTON**
P.O. Box 9021279
San Juan, PR 00902-1279
Teléfono (787) 758-3542

*/s/ Federico Hernández Denton*

**FEDERICO HERNÁNDEZ DENTON**
TSPR Número 3846
E-Mails: *fhd@vclawpr.com*
*f.hernandezdenton@gmail.com*

**PUERTO RICO ATTORNEYS & COUNSELORS AT LAW**
P.O. Box 362122
San Juan, PR 00936-2122
Teléfono (787) 767-1919
Facsímil (787) 764-9120

*/s/ José Cháves Caraballo*

**JOSÉ CHÁVES CARABALLO**
TSPR Número 7953
E-Mail: *chaves@fc-law.com*

**WOLF POPPER LAW OFFICES, PSC**
654 Plaza
654 Avenida Muñoz Rivera, Suite 1001
San Juan, PR 00918
Teléfono (787) 522-0200
Facsímil (787) 522-0201

*/s/ Carlos López López*

**CARLOS LÓPEZ LÓPEZ**
TSPR Número 10526
E-Mail: *clopez@wolfpopperpr.com*

*ABOGADOS DE LA ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO*

**ANDRÉU & SAGARDÍA**
Avenida Domenech #261
Hato Rey, PR 00918-3518
Teléfono (787) 754-1777
Facsímil (787) 763-8045

*José A. Andréu Fuentes*

By: _____

**JOSÉ A. ANDRÉU FUENTES**
**TSPR Número 9088**
E-Mail: *jaf@andreu-sagardia.com*

*ABOGADO DE LOS DEMANDANTES INDIVIDUALES, PENSIONADOS DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA DE PUERTO RICO – PEDRO JOSÉ NAZARIO SERRANO, SU CÓNYUGE, JUANITA SOSA PÉREZ Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS; JOEL RIVERA MORALES; MARÍA DE LOURDES GÓMEZ PÉREZ; HÉCTOR CRUZ VILLANUEVA; LOURDES RODRÍGUEZ; Y, LUIS M. JORDÁN RIVERA*