**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

as representative of

THE COMMONWEALTH OF PUERTO
RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**Re: ECF Nos. 18602, 21005, 21006**

**DECLARATION OF NILDA SANTIAGO IN SUPPORT OF REPLY TO OBJECTION
OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO
RICO TO THE MOTION OF COMMUNITY HEALTH FOUNDATION OF P.R. INC.
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

I, NILDA SANTIAGO, hereby declare and state as follows:

1. I am familiar with the facts set forth in this declaration which are of my personal knowledge and/or based on information which I have access to as part of my role and duties.

2. I have been employed by Community Health Foundation of P.R., Inc. ("CHF") for 10 months as CHF's Chief Executive Officer ("CEO").  In general terms, as a CEO, I plan, develop, and direct the administration of programs which include primary healthcare and behavioral health components to ensure CHF's goals and objectives are met.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Unsworn Declaration
Page 2

3. Among other things, I am responsible for the development, implementation, monitoring, and evaluation of CHF's financial plan and operating budget and management and utilization of physical and financial resources. I ensure all policies and procedures are being implemented and that an appropriated financial accounting system is utilized. I undertake the preparation of budget requests and financial reports for review and approval by Board of Directors and other funding sources and actively pursue new funding sources to meet goals and objectives.

4. According to CHF's records and information readily available to me, in July 2017, the Health Resources and Services Administration ("HRSA") designated CHF as a Federally Qualified Health Center Look-Alike. CHF requested and received CMS approval to participate in the Medicare Program as a Federally Qualified Health Center ("FQHC") effective August 21, 2017. Effective on September 3, 2019, CHF's designation as a FQHC LAL was terminated and it was designated as a FQHC under the Medicaid statute.

5. I have access to the Electronic Handbook's (EHB) platform of HRSA, which is used, among other things, to submit the FQHC's requests for changes in scope of services. As per the information available and obtained from the EHB, during 2019 and 2021, CHF submitted the following requests for changes in scope of services, which were approved by HRSA:



   a. On October 17, 2019, CHF submitted a request to update the arrangements of mental health services, tracking number CIS00096956.

   b. On October 17, 2019, CHF submitted a request to update payment arrangements of translation services for its patients, tracking number CIS00095940.

   c. On May 5, 2021, CHF submitted a request to update the arrangements of immunization services, tracking number CIS00115815.

   d. On May 5, 2021, CHF submitted a request to include health fairs in communities with COVID-19 antigen tests, immunization services and education in communities, public

Unsworn Declaration
Page 3

      housing, elderly homes, and schools among others in Bayamón, Toa Baja, Cataño, Vega Alta, Dorado, and Guaynabo, tracking number CIS00115995.

e. On May 5, 2021, CHF submitted a request to update the total hours of operation to 55 hours per week, tracking number CIS00115993.

f. On May 5, 2021, CHF submitted the intention of add a new location (annexed building) to its existing facilities, tracking number CIS00115999. On May 13, 2021, CHF submitted a request to add this new location (annexed building), tracking number CIS00116129.

g. On May 14, 2021, CHF submitted a request to include scope of project of activities related to Covid-19 (including immunization services, COVID-19 detection tests and health education) within the new location (annexed building) and to receive patients referred by the Municipal Office of Citizen's Services and/or its municipal officials and to facilitate access to medications and other services particularly to diabetic and COPD patients, tracking number CIS00116359.

h. On July 21, 2021, CHF submitted a request to modify agreements to cover diagnostic laboratory services, eligibility assistance, coverage for emergencies during and after hours, pharmaceutical services and transportation, tracking number CIS00122068. Attached hereto as **Exhibit 3** are true and correct copies of the print outs from the EHB, which reflect the requested and approved changes in scope.



6. Under my tenure as CEO, additional requests for changes in scope of services have been submitted to HRSA in 2022.

7. The impact of the additional services provided by CHF is reflected in CHF's audited financial statements for the years ended 2019 and 2020 and unaudited financial statement for the year

Unsworn Declaration
Page 4

ended 2021, which reveal that CHF's total cost of providing services to Medicaid

beneficiaries has increased significantly.

I declare under penalty of perjury that the foregoing statements are true and correct to my

best knowledge, information, and belief.

Executed on this 20 day of September 2022.

NILDA SANTIAGO

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| **Health Resource and Service Administration** | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE REQUEST** | **CIS00096956** | **10/17/2019 8:22:29 AM** |

## Grantee Information

| | |
|---|---|
| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

## Form 5A: Services Provided

### Formal Change in Scope Request: Make significant changes to scope of project

[   ]   Add a New Additional or Specialty Service to Scope
[   ]   Delete an Existing Service from Scope

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Update a Required Service

> ⓘ A scope adjustment request to a required service can include the following types of updates:
> - Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
> - Move a Required Service from Column III to Column I and/or II
> - Add a Required Service to Scope (Any Column)
> - Add a Service to Column III where the Service will remain in Columns I and/or II
> - Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[ X ]   Update an Additional or Specialty Service

> ⓘ A scope adjustment request to an additional/specialty service can include the following types of updates:
> - Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
> - Add a Service to Column III where the Service will remain in Columns I and/or II
> - Delete an Additional or Specialty Service currently recorded in Column III only
> - Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

## Form 5B: Service Sites

### Formal Change in Scope Request: Make significant changes to scope of project

[   ]   Add a New Service Site to Scope
[   ]   Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[   ]   Delete an Existing Service Site from Scope
[   ]   Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Add an Admin Only Site
[   ]   Delete an Admin Only Site
[   ]   Update information about this Site (e.g., hours of operation, months of operation, zip codes)

## Form 5C: Other Activities/Locations

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Add, Remove or Update Other Activities/Locations

## Target Population

**EXHIBIT 3**

**Formal Change in Scope Request: Make significant changes to scope of project**

[   ]   Add a New Target Population

## Summary

N/A

## Contact Information

| Role | Name | Phone | Email |
|------|------|-------|-------|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>CHANGE IN SCOPE ASSURANCES | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | CIS00096956 | 10/17/2019 8:22:29 AM |

### Assurances Checklist

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action).

### [ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

### [ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>CHANGE IN SCOPE CHANGE DETAILS | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | CIS00096956 | 10/17/2019 8:22:29 AM |

### CIS Request Type Selected

Update an Additional or Specialty Service

| Service Type | Original Service Delivery Methods | Updated Service Delivery Methods | Status |
|---|---|---|---|

| | Column I. Direct (Health Center Pays) ⓘ | Column II. Formal Written Contract/Agreement (Health Center Pays) | Column III. Formal Written Referral Arrangement (Health Center DOES NOT pay) ⓘ | Column I. Direct (Health Center Pays) ⓘ | Column II. Formal Written Contract/Agreement (Health Center Pays) ⓘ | Column III. Formal Written Referral Arrangement (Health Center DOES NOT pay) ⓘ | |
|---|---|---|---|---|---|---|---|
| Mental Health Services ⓘ | X | X | X | X | X | X | Updated |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| Health Resource and Service Administration | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE CHECKLIST** | CIS00096956 | 10/17/2019 8:22:29 AM |

### CHECKLIST FOR SCOPE ADJUSTMENT - SERVICES (FORM 5A)

**1. Provide a brief narrative explaining the rationale for and impact of the proposed change.** *(Character limit at 1,000 – one paragraph).* **Specifically address the following points based on the type of scope adjustment requested:**

- **Changes to Service Delivery Methods-Health Center Pays** (Moving or Adding a Service in or between Columns I and/or II): Explain why your health center is changing or adding a new service delivery method for this service. Provide information on the circumstance that enabled the health center to begin direct provision and/or contracting of the service for which the health center pays and bills.

- **Adding a Service to Column III where the Service will remain in Columns I and/or II:** Explain why your health center is adding a new service delivery method for this service. Provide information on the circumstance that enabled the health center to begin offering the service through another entity via a formal written referral arrangement.

- **Deleting an Additional or Specialty Service Currently Recorded in Column III Only:** Explain why your health center is deleting this referred service from scope (e.g., data related to decrease in demand for the service, inability to maintain a formal written referral arrangement with the referral provider) and describe how patients will be impacted.

- **Removing a Service Delivery Method for a Service that will Remain in Columns I and/or II:** Explain why your health center will no longer utilize this service delivery method (e.g., data related to decrease in demand for the service) and describe how patients will be impacted.

**Clinical Psychologist has been contracted directly as an W-2 CHFPR employee**

**2. Provide the date this change will take effect.** *Please note that once approved by BPHC, this change(s) will be reflected in your approved scope of project in EHB and must be implemented within 120 days of this approval.*

| Date: | 9/24/2019 |
|---|---|

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| Health Resource and Service Administration | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE SUPPORTING DOCUMENTS** | CIS00096956 | 10/17/2019 8:22:29 AM |

▼ Supporting Documents (Maximum 20)

No documents attached



OMB No.: 0915-0285. Expiration Date: 11/30/2016

| **DEPARTMENT OF HEALTH AND HUMAN SERVICES** | **FOR HRSA USE ONLY** | |
|---|---|---|
| **Health Resource and Service Administration** | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE REQUEST** | **CIS00095940** | **10/17/2019 8:12:44 AM** |

### Grantee Information

| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
|---|---|
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

### Form 5A: Services Provided

**Formal Change in Scope Request: Make significant changes to scope of project**

[   ]   Add a New Additional or Specialty Service to Scope
[   ]   Delete an Existing Service from Scope

**Scope Adjustment Request: Make minor adjustments or modifications to scope of project**

[ X ]   Update a Required Service

ⓘ A scope adjustment request to a required service can include the following types of updates:
- Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
- Move a Required Service from Column III to Column I and/or II
- Add a Required Service to Scope (Any Column)
- Add a Service to Column III where the Service will remain in Columns I and/or II
- Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[   ]   Update an Additional or Specialty Service

ⓘ A scope adjustment request to an additional/specialty service can include the following types of updates:
- Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
- Add a Service to Column III where the Service will remain in Columns I and/or II
- Delete an Additional or Specialty Service currently recorded in Column III only
- Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

### Form 5B: Service Sites

**Formal Change in Scope Request: Make significant changes to scope of project**

[   ]   Add a New Service Site to Scope
[   ]   Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[   ]   Delete an Existing Service Site from Scope
[   ]   Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

**Scope Adjustment Request: Make minor adjustments or modifications to scope of project**

[   ]   Add an Admin Only Site
[   ]   Delete an Admin Only Site
[   ]   Update information about this Site (e.g., hours of operation, months of operation, zip codes)

### Form 5C: Other Activities/Locations

**Scope Adjustment Request: Make minor adjustments or modifications to scope of project**

[   ]   Add, Remove or Update Other Activities/Locations

### Target Population

**Formal Change in Scope Request: Make significant changes to scope of project**

[    ]    Add a New Target Population

## Summary

N/A

## Contact Information

| Role | Name | Phone | Email |
|------|------|-------|-------|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE ASSURANCES | CIS00095940 | 10/17/2019 8:12:44 AM |

## Assurances Checklist

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action).

### [ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

### [ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHANGE DETAILS | CIS00095940 | 10/17/2019 8:12:44 AM |

## CIS Request Type Selected

Update a Required Service

| Service Type | Original Service Delivery Methods | Updated Service Delivery Methods | Status |
|---|---|---|---|

| | Column I. Direct (Health Center Pays) ⓘ | Column II. Formal Written Contract/Agreement (Health Center Pays) ⓘ | Column III. Formal Written Referral Arrangement (Health Center DOES NOT pay) | Column I. Direct (Health Center Pays) ⓘ | Column II. Formal Written Contract/Agreement (Health Center Pays) ⓘ | Column III. Formal Written Referral Arrangement (Health Center DOES NOT pay) ⓘ |
|---|---|---|---|---|---|---|
| Translation ⓘ | X | | | X | X | Updated |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHECKLIST | CIS00095940 | 10/17/2019 8:12:44 AM |

### CHECKLIST FOR SCOPE ADJUSTMENT - SERVICES (FORM 5A)

**1. Provide a brief narrative explaining the rationale for and impact of the proposed change.** *(Character limit at 1,000 – one paragraph).* **Specifically address the following points based on the type of scope adjustment requested:**

- **Changes to Service Delivery Methods-Health Center Pays** (Moving or Adding a Service in or between Columns I and/or II): Explain why your health center is changing or adding a new service delivery method for this service. Provide information on the circumstance that enabled the health center to begin direct provision and/or contracting of the service for which the health center pays and bills.

- **Moving a Required Service from Column III to Column I and/or II:** Explain why your health center is changing the service delivery method for this service.:
  - For Column I, provide information on the circumstance that enabled the health center to begin direct provision of the service for which the health center pays and bills.
  - For Column II, provide information on the circumstance that enabled the health center to begin offering the service through another entity via a formal written contract/agreement where the health center is accountable for paying and/or billing for the direct care provided via this agreement.

- **Adding a Required Service to Scope (Any Column):** Explain why your health center was unable to meet the initial deadline for verifying the provision of all required services and ensure that all appropriate service delivery methods (Columns I, II and/or III) have been selected.

- **Adding a Service to Column III where the Service will remain in Columns I and/or II:** Explain why your health center is adding a new service delivery method for this service. Provide information on the circumstance that enabled the health center to begin offering the service through another entity via a formal written referral arrangement.

- **Removing a Service Delivery Method for a Service that will Remain in Columns I and/or II:** Explain why your health center will no longer utilize this service delivery method (e.g., data related to decrease in demand for the service) and describe how patients will be impacted.

**Contract Agreement with American Sign Language Services: Latino has been signed in order to provide sign language and translation services on site an or remote for patients with disabilities who requires this service.**

**2. Provide the date this change will take effect.** *Please note that once approved by BPHC, this change(s) will be reflected in your approved scope of project in EHB and must be implemented within 120 days of this approval.*

| Date: | 11/1/2019 |
|---|---|

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE SUPPORTING DOCUMENTS | CIS00095940 | 10/17/2019 8:12:44 AM |

### ▼ Supporting Documents (Maximum 20)

No documents attached

EXHIBIT 3

Contact Us

Last Login: 09/02/22 4:50:00 PM ET

Product: CIS | Platform: 4.9.80.9 | Build #: 4.6.1.6 | Environment: Production



Case:17-03283-LTS   Doc#:22400-1   Filed:09/27/22   Entered:09/27/22 17:10:20   Desc:
Affidavit Declaration of Nilda Santiago   Page 12 of 38

**EXHIBIT 3**

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>CHANGE IN SCOPE REQUEST | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | **CIS00115815** | **5/5/2021 8:46:23 AM** |

## Grantee Information

| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
|---|---|
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

## Form 5A: Services Provided

### Formal Change in Scope Request: Make significant changes to scope of project

[   ]   Add a New Additional or Specialty Service to Scope
[   ]   Delete an Existing Service from Scope

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[ X ]   Update a Required Service

ⓘ A scope adjustment request to a required service can include the following types of updates:
  ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
  ○ Move a Required Service from Column III to Column I and/or II
  ○ Add a Required Service to Scope (Any Column)
  ○ Add a Service to Column III where the Service will remain in Columns I and/or II
  ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[   ]   Update an Additional or Specialty Service

ⓘ A scope adjustment request to an additional/specialty service can include the following types of updates:
  ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
  ○ Add a Service to Column III where the Service will remain in Columns I and/or II
  ○ Delete an Additional or Specialty Service currently recorded in Column III only
  ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

## Form 5B: Service Sites

### Formal Change in Scope Request: Make significant changes to scope of project

[   ]   Add a New Service Site to Scope
[   ]   Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[   ]   Delete an Existing Service Site from Scope
[   ]   Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Add an Admin Only Site
[   ]   Delete an Admin Only Site
[   ]   Update information about this Site (e.g., hours of operation, months of operation, zip codes)

## Form 5C: Other Activities/Locations

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Add, Remove or Update Other Activities/Locations

## Target Population

**Formal Change in Scope Request: Make significant changes to scope of project**

[   ]   Add a New Target Population

## Summary

N/A

## Contact Information

| Role | Name | Phone | Email |
|------|------|-------|-------|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE ASSURANCES** | **CIS00115815** | **5/5/2021 8:46:23 AM** |

### Assurances Checklist

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action).

### [ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

### [ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE CHANGE DETAILS** | **CIS00115815** | **5/5/2021 8:46:23 AM** |

### CIS Request Type Selected

Update a Required Service

| Service Type | Original Service Delivery Methods | Updated Service Delivery Methods | Status |
|---|---|---|---|

| | Column I. Direct (Health Center Pays) ⓘ | Column II. Formal Written Contract/Agreement (Health Center Pays) ⓘ | Column III. Formal Written Referral Arrangement (Health Center DOES NOT pay) ⓘ | Column I. Direct (Health Center Pays) ⓘ | Column II. Formal Written Contract/Agreement (Health Center Pays) ⓘ | Column III. Formal Written Referral Arrangement (Health Center DOES NOT pay) ⓘ | |
|---|---|---|---|---|---|---|---|
| Immunizations ⓘ | X | | | X | X | | Updated |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHECKLIST | CIS00115815 | 5/5/2021 8:46:23 AM |

### CHECKLIST FOR SCOPE ADJUSTMENT - SERVICES (FORM 5A)

**1. Provide a brief narrative explaining the rationale for and impact of the proposed change.** *(Character limit at 1,000 – one paragraph).* **Specifically address the following points based on the type of scope adjustment requested:**

- **Changes to Service Delivery Methods-Health Center Pays** (Moving or Adding a Service in or between Columns I and/or II): Explain why your health center is changing or adding a new service delivery method for this service. Provide information on the circumstance that enabled the health center to begin direct provision and/or contracting of the service for which the health center pays and bills.

- **Moving a Required Service from Column III to Column I and/or II:** Explain why your health center is changing the service delivery method for this service.:
    - For Column I, provide information on the circumstance that enabled the health center to begin direct provision of the service for which the health center pays and bills.
    - For Column II, provide information on the circumstance that enabled the health center to begin offering the service through another entity via a formal written contract/agreement where the health center is accountable for paying and/or billing for the direct care provided via this agreement.

- **Adding a Required Service to Scope (Any Column):** Explain why your health center was unable to meet the initial deadline for verifying the provision of all required services and ensure that all appropriate service delivery methods (Columns I, II and/or III) have been selected.

- **Adding a Service to Column III where the Service will remain in Columns I and/or II:** Explain why your health center is adding a new service delivery method for this service. Provide information on the circumstance that enabled the health center to begin offering the service through another entity via a formal written referral arrangement.

- **Removing a Service Delivery Method for a Service that will Remain in Columns I and/or II:** Explain why your health center will no longer utilize this service delivery method (e.g., data related to decrease in demand for the service) and describe how patients will be impacted.

**Add Column II in the Immunizations Service Type. Contracted personnel were contracted to provide Immunizations service.**

**2. Provide the date this change will take effect.** *Please note that once approved by BPHC, this change(s) will be reflected in your approved scope of project in EHB and must be implemented within 120 days of this approval.*

| Date: | 5/5/2021 |
|---|---|

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE SUPPORTING DOCUMENTS | CIS00115815 | 5/5/2021 8:46:23 AM |

▼ **Supporting Documents (Maximum 20)**

No documents attached

**EXHIBIT 3**

HRSA

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| Health Resource and Service Administration | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE REQUEST | CIS00115995 | 5/5/2021 10:17:53 AM |

## Grantee Information

| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
|---|---|
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

### Form 5A: Services Provided

**Formal Change in Scope Request: Make significant changes to scope of project**

[   ]   Add a New Additional or Specialty Service to Scope
[   ]   Delete an Existing Service from Scope

**Scope Adjustment Request: Make minor adjustments or modifications to scope of project**

[   ]   Update a Required Service

ⓘ A scope adjustment request to a required service can include the following types of updates:
  ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
  ○ Move a Required Service from Column III to Column I and/or II
  ○ Add a Required Service to Scope (Any Column)
  ○ Add a Service to Column III where the Service will remain in Columns I and/or II
  ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[   ]   Update an Additional or Specialty Service

ⓘ A scope adjustment request to an additional/specialty service can include the following types of updates:
  ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
  ○ Add a Service to Column III where the Service will remain in Columns I and/or II
  ○ Delete an Additional or Specialty Service currently recorded in Column III only
  ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

### Form 5B: Service Sites

**Formal Change in Scope Request: Make significant changes to scope of project**

[   ]   Add a New Service Site to Scope
[   ]   Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[   ]   Delete an Existing Service Site from Scope
[   ]   Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

**Scope Adjustment Request: Make minor adjustments or modifications to scope of project**

[   ]   Add an Admin Only Site
[   ]   Delete an Admin Only Site
[   ]   Update information about this Site (e.g., hours of operation, months of operation, zip codes)

### Form 5C: Other Activities/Locations

**Scope Adjustment Request: Make minor adjustments or modifications to scope of project**

[ X ]   Add, Remove or Update Other Activities/Locations

## Target Population

### Formal Change in Scope Request: Make significant changes to scope of project

[   ]   Add a New Target Population

## Summary

N/A

## Contact Information

| Role | Name | Phone | Email |
|------|------|-------|-------|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE ASSURANCES | CIS00115995 | 5/5/2021 10:17:53 AM |

### Assurances Checklist

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action).

### [ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

### [ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHANGE DETAILS | CIS00115995 | 5/5/2021 10:17:53 AM |

## Proposed and Existing Activities/Locations

| Action | Action | Type of | Frequency | Description of Activity | Type of Location(s) where Activity is Conducted |
|--------|--------|---------|-----------|-------------------------|------------------------------------------------|

Case:17-03283-LTS   Doc#:22400-1   Filed:09/27/22   Entered:09/27/22 17:10:20   Desc:
Affidavit Declaration of Nilda Santiago   Page 18 of 38

EXHIBIT 3

| | Status | Activity | of Activity | | |
|---|---|---|---|---|---|
| Picked from Scope | Updated | Health Fairs | One to two times per year. | Health Educator and some nursing staff and other volunteers participate in various health fairs in our communities. We perform BMI and blood pressures as well as providing health information. | Two booths activities will be performed during the year in collaboration with the Municipality. |
| Picked from Scope | Updated | Other - Coordination of Services | Monthly | COVID-19 Antigens Test, Immunizations, Health Education, | Activities will be conducted in the Community, Public Housing, Elderly Homes, Schools, among others, as requested and coordinated with the Municipalities of Bayamon, Toa Baja, Cataño, Vega Alta, Dorado, and Guaynabo. |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHECKLIST | CIS00115995 | 5/5/2021 10:17:53 AM |

### CHECKLIST FOR SCOPE ADJUSTMENT - ACTIVITIES (FORM 5C)

#### 1. What is the effective date for this change?

Effective date (mm\dd\yyyy):      **5/5/2021**

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE SUPPORTING DOCUMENTS | CIS00115995 | 5/5/2021 10:17:53 AM |

#### ▼ Supporting Documents (Maximum 20)

No documents attached

Acceptable Use Policy   |   Accessibility   |   Site Map (Coming Soon)   |   Viewers And Players          **Product:** CIS   |   **Platform #:** 4.9.60.0   |   **Build #:** 4.6.1.6   |   **Environment:** Production
Contact Us

Last Login: 09/02/22 4:50:00 PM ET



OMB No.: 0915-0285. Expiration Date: 11/30/2016

| | | FOR HRSA USE ONLY | |
|---|---|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**<br>Health Resource and Service Administration<br><br>**CHANGE IN SCOPE REQUEST** | | Tracking Number | First Submitted Date |
| | | **CIS00115993** | **5/5/2021 9:34:30 AM** |

### Grantee Information

| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
|---|---|
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

### Form 5A: Services Provided

#### Formal Change in Scope Request: Make significant changes to scope of project

[  ]  Add a New Additional or Specialty Service to Scope
[  ]  Delete an Existing Service from Scope

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[  ]  Update a Required Service

ⓘ  A scope adjustment request to a required service can include the following types of updates:
   ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
   ○ Move a Required Service from Column III to Column I and/or II
   ○ Add a Required Service to Scope (Any Column)
   ○ Add a Service to Column III where the Service will remain in Columns I and/or II
   ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[  ]  Update an Additional or Specialty Service

ⓘ  A scope adjustment request to an additional/specialty service can include the following types of updates:
   ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
   ○ Add a Service to Column III where the Service will remain in Columns I and/or II
   ○ Delete an Additional or Specialty Service currently recorded in Column III only
   ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

### Form 5B: Service Sites

#### Formal Change in Scope Request: Make significant changes to scope of project

[  ]  Add a New Service Site to Scope
[  ]  Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[  ]  Delete an Existing Service Site from Scope
[  ]  Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[  ]  Add an Admin Only Site
[  ]  Delete an Admin Only Site
[ X ]  Update information about this Site (e.g., hours of operation, months of operation, zip codes)

### Form 5C: Other Activities/Locations

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[  ]  Add, Remove or Update Other Activities/Locations

## Target Population

### Formal Change in Scope Request: Make significant changes to scope of project

[    ]    Add a New Target Population

## Summary

N/A

## Contact Information

| Role | Name | Phone | Email |
|------|------|-------|-------|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>CHANGE IN SCOPE ASSURANCES | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | CIS00115993 | 5/5/2021 9:34:30 AM |

### Assurances Checklist

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action).

### [ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

### [ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>CHANGE IN SCOPE CHANGE DETAILS | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | CIS00115993 | 5/5/2021 9:34:30 AM |

## Site Information

| Site Id: BPS-H80-029470 | Proposed Action: Updated Site |
|---|---|

**EXHIBIT 3**

| Site Name | Community Health Foundation of Puerto Rico, Inc. | Physical Site Address | Marginal Santa Cruz C-17 Urbanizacion Santa Cruz, Bayamon, PR 00961 |
|---|---|---|---|
| Site Type | Service Delivery Site | Site Phone Number | (787) 780-1273 Ext. 1622 |
| Web URL | www.chfpr.org | | |
| Location Type | Permanent | Site Setting | All Other Clinic Types |
| Date Site was Added to Scope | 9/1/2019 | Site Operational By | 9/12/2019 |
| FQHC Site Medicare Billing Number Status | This site has a Medicare billing number | FQHC Site Medicare Billing Number (Required if "This site has a Medicare billing number" is selected in 'FQHC Site Medicare Billing Number Status' field.) | 401850 |
| FQHC Site National Provider Identification (NPI) Number (Optional field.) | 1881016020 | Total Hours of Operation (when Patients will be Served per Week) | 55 |
| Saved Months of Operation | December, November, October, September, August, July, June, May, April, March, February, January | | |
| Number of Contract Service Delivery Locations (Required only for 'Migrant Voucher Screening' Site Type) | | Number of Intermittent Sites (Required only for 'Intermittent' Site Type) | |
| Site Operated by | Health Center/Applicant | | |

| Subrecipient or Contractor Information (Required only if 'Subrecipient or Contractor' is selected in 'Site Operated By' field) | | |
|---|---|---|
| Subrecipient/Contractor Organization Name | Subrecipient/Contractor Organization Physical Site Address | Subrecipient/Contractor EIN |
| No Subrecipient or Contractor information to be displayed | | |

| Service Area Zip Code (Include only those from which the majority of the patient population will come) | |
|---|---|
| Saved Service Area Zip Code(s) | 00951, 00969, 00970, 00960, 00953, 00952, 00956, 00646, 00971, 00963, 00958, 00965, 00961, 00957, 00962, 00949, 00959 |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHECKLIST | CIS00115993 | 5/5/2021 9:34:30 AM |

**CHECKLIST FOR SCOPE ADJUSTMENT - SITES (FORM 5B)**

**1. Provide a brief narrative explaining the rationale for and impact of the proposed change. (*Character limit at 1,000 – one paragraph*). Specifically address the following points based on the type of scope adjustment requested**

- **Addition or Deletion of Administrative Site:** Explain why your health center is adding or removing the administrative site from your health center's scope of project.

- **Location Type (change allowed only between Seasonal and Permanent):** Explain the need for the change (e.g., data related to decrease or increase in demand for services at the site, loss or gain of providers, patient survey results, etc.) and describe how patients will be impacted.

- **Service Area ZIP Codes:** Explain why your health center is changing the service area ZIP codes that this site is serving (e.g., does the health center's UDS patient origin data support that patients are coming from these new ZIP codes, is there need data related to decrease/shift in patient origin or influx of new patients, etc.).

- **Total Hours of Operation:** Explain the need for the change in this site's hours of operation (e.g., data related to decrease or increase in demand for services during specific hours/times at the site, loss or gain of providers, patient survey results, etc.) and describe how patients will be impacted.

- **Months of Operation:** Explain the need for the change in months of operation of this site (e.g., data related to decrease or increase in demand for services at the site during specific periods of the year, loss or gain of providers, patient survey results, etc.) and describe how patients will be impacted.

- **Subrecipient/Contractor Name, Organization Physical Address, and/or EIN:** For any of the three items above, explain why the current subrecipient's or contractor's organizational information has changed (i.e., name, address of headquarters, and/or EIN number).

**EXHIBIT 3**

ⓘ Please Note: If your health center is proposing to change the "Site Operated by" status, this is considered a significant change in scope and must be submitted through the EHB Prior Approval Module with appropriate documentation. Please contact your Project Officer for more information.

Hours of Operation were amended to 55 weekly hours (Monday to Friday form 7am-6pm). Some Zip Codes were added in accordance of UDS mapper 2020

**2. Provide the date this change will take effect.** *Please note that once approved by BPHC, this change(s) will be reflected in your approved scope of project in EHB and must be implemented within 120 days of this approval.*

| Date: | **5/5/2021** |
|---|---|

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| Health Resource and Service Administration | | |
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE SUPPORTING DOCUMENTS | **CIS00115993** | **5/5/2021 9:34:30 AM** |

▼  **Supporting Documents (Maximum 20)**

No documents attached

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| Health Resource and Service Administration | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE REQUEST | CIS00115999 | 5/5/2021 4:17:44 PM |

## Grantee Information

| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
|---|---|
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ  Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

## Form 5A: Services Provided

### Formal Change in Scope Request: Make significant changes to scope of project

[   ]  Add a New Additional or Specialty Service to Scope
[   ]  Delete an Existing Service from Scope

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]  Update a Required Service

ⓘ  A scope adjustment request to a required service can include the following types of updates:
- Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
- Move a Required Service from Column III to Column I and/or II
- Add a Required Service to Scope (Any Column)
- Add a Service to Column III where the Service will remain in Columns I and/or II
- Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[   ]  Update an Additional or Specialty Service

ⓘ  A scope adjustment request to an additional/specialty service can include the following types of updates:
- Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
- Add a Service to Column III where the Service will remain in Columns I and/or II
- Delete an Additional or Specialty Service currently recorded in Column III only
- Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

## Form 5B: Service Sites

### Formal Change in Scope Request: Make significant changes to scope of project

[   ]  Add a New Service Site to Scope
[   ]  Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[   ]  Delete an Existing Service Site from Scope
[   ]  Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]  Add an Admin Only Site
[   ]  Delete an Admin Only Site
[   ]  Update information about this Site (e.g., hours of operation, months of operation, zip codes)

## Form 5C: Other Activities/Locations

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[ X ]  Add, Remove or Update Other Activities/Locations

## Target Population

### Formal Change in Scope Request: Make significant changes to scope of project

[    ]    Add a New Target Population

## Summary

N/A

## Contact Information

| Role | Name | Phone | Email |
|---|---|---|---|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE ASSURANCES | CIS00115999 | 5/5/2021 4:17:44 PM |

### Assurances Checklist

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action).

### [ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

### [ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHANGE DETAILS | CIS00115999 | 5/5/2021 4:17:44 PM |

## Proposed and Existing Activities/Locations

| Action | Action | Type of | Frequency | Description | Type of Location(s) where Activity is Conducted |
|---|---|---|---|---|---|

| | Status | Activity | of Activity | of Activity | |
|---|---|---|---|---|---|
| Proposed New | Completed | Immunizations | From Monday to Friday, from 7am-6pm | COVID-19 Immunizations, Testing and Health Education | This location will not be a Delivery Service Site, it will be a temporary lease until March 31, 2023, only for the COVID-19 activities such as: COVID-19 Immunizations, Testing, and Health Education. The proposed location is adjacent to our main site, being the physical address on Carr #2 Marginal Santa Cruz, Esquina Esteban Padilla, Bayamon PR 00961. |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>**CHANGE IN SCOPE CHECKLIST** | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | **CIS00115999** | **5/5/2021 4:17:44 PM** |

**CHECKLIST FOR SCOPE ADJUSTMENT - ACTIVITIES (FORM 5C)**

**1. What is the effective date for this change?**

Effective date (mm\dd\yyyy):     **5/5/2021**

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>**CHANGE IN SCOPE SUPPORTING DOCUMENTS** | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | **CIS00115999** | **5/5/2021 4:17:44 PM** |

▼ **Supporting Documents (Maximum 20)**

No documents attached

Acceptable Use Policy  |  Accessibility  |  Site Map (Coming Soon)  |  Viewers And Players        **Product:** CIS  |  **Platform #:** 4.9.60.0  |  **Build #:** 4.6.1.6  |  **Environment:** Production
Contact Us

**Last Login:** 09/02/22 4:50:00 PM ET 

**EXHIBIT 3**

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>CHANGE IN SCOPE REQUEST | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | CIS00116129 | 5/13/2021 8:03:40 AM |

### Grantee Information

| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
|---|---|
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

### Form 5A: Services Provided

#### Formal Change in Scope Request: Make significant changes to scope of project

[   ]   Add a New Additional or Specialty Service to Scope
[   ]   Delete an Existing Service from Scope

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Update a Required Service

ⓘ A scope adjustment request to a required service can include the following types of updates:
  ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
  ○ Move a Required Service from Column III to Column I and/or II
  ○ Add a Required Service to Scope (Any Column)
  ○ Add a Service to Column III where the Service will remain in Columns I and/or II
  ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[   ]   Update an Additional or Specialty Service

ⓘ A scope adjustment request to an additional/specialty service can include the following types of updates:
  ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
  ○ Add a Service to Column III where the Service will remain in Columns I and/or II
  ○ Delete an Additional or Specialty Service currently recorded in Column III only
  ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

### Form 5B: Service Sites

#### Formal Change in Scope Request: Make significant changes to scope of project

[ X ]   Add a New Service Site to Scope
[   ]   Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[   ]   Delete an Existing Service Site from Scope
[   ]   Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Add an Admin Only Site
[   ]   Delete an Admin Only Site
[   ]   Update information about this Site (e.g., hours of operation, months of operation, zip codes)

### Form 5C: Other Activities/Locations

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Add, Remove or Update Other Activities/Locations

## Target Population

### Formal Change in Scope Request: Make significant changes to scope of project

[　]　Add a New Target Population

## Summary

N/A

## Contact Information

| Role | Name | Phone | Email |
|------|------|-------|-------|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE ASSURANCES** | **CIS00116129** | **5/13/2021 8:03:40 AM** |

### Assurances Checklist

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action.)

### [ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

### [ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE CHANGE DETAILS** | **CIS00116129** | **5/13/2021 8:03:40 AM** |

### Site Information

| Site Id: N/A | Proposed Action: Added Site |
|---|---|

| Site Name | Community Health Foundation of PR Inc., | Physical Site Address | Carr 2 Marginal Santa Cruz, Esquina Esteban Padilla, Bayamon, PR 00961 |
|---|---|---|---|
| Site Type | Service Delivery Site | Site Phone Number | (787) 203-3826 Ext. 1622 |
| Web URL | www.chfpr.org | | |
| Location Type | Permanent | Site Setting | All Other Clinic Types |
| Date Site was Added to Scope | | Site Operational By | |
| FQHC Site Medicare Billing Number Status | Application for this site has not yet been submitted to CMS | FQHC Site Medicare Billing Number (Required if "This site has a Medicare billing number" is selected in 'FQHC Site Medicare Billing Number Status' field.) | |
| FQHC Site National Provider Identification (NPI) Number (Optional field.) | | Total Hours of Operation (when Patients will be Served per Week) | 40 |
| Saved Months of Operation | December, November, October, September, August, July, June, May, April, March, February, January | | |
| Number of Contract Service Delivery Locations (Required only for 'Migrant Voucher Screening' Site Type) | | Number of Intermittent Sites (Required only for 'Intermittent' Site Type) | |
| Site Operated by | Health Center/Applicant | | |

| Subrecipient or Contractor Information (Required only if 'Subrecipient or Contractor' is selected in 'Site Operated By' field) | | |
|---|---|---|
| Subrecipient/Contractor Organization Name | Subrecipient/Contractor Organization Physical Site Address | Subrecipient/Contractor EIN |
| No Subrecipient or Contractor information to be displayed | | |

| Service Area Zip Code (Include only those from which the majority of the patient population will come) | |
|---|---|
| Saved Service Area Zip Code(s) | 00963, 00958, 00951, 00646, 00969, 00970, 00971, 00952, 00960, 00965, 00953, 00962, 00949, 00961, 00957, 00959, 00956 |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHECKLIST | CIS00116129 | 5/13/2021 8:03:40 AM |

**CHECKLIST FOR ADDING A SERVICE SITE**

**Unless otherwise noted, responses are required for all questions when requesting to add a Required OR Additional (Including Specialty) Service.**

| Site Name | Community Health Foundation of PR Inc., |
|---|---|
| Site Address | Carr 2 Marginal Santa Cruz, Esquina Esteban Padilla Bayamon PR 00961 |

**Is this request to add a site linked to another recently submitted, in progress or planned CIS request? (e.g., the health center will be moving operations to this new site and will submit a CIS request to delete a current site; the health center will provide a service not currently in scope at this site and will submit a CIS request to add the service)**

[ _ ] Yes [ X ] No
If yes, provide comments.

**1. NEED AND RATIONALE: Discuss why and how the addition of the proposed site will address unmet need by maintaining or increasing access and maintaining or improving quality of care for the patient population.**

**a. Provide evidence that the proposed site will address unmet need by maintaining or increasing access to care for the population that will utilize the new site. Provide data only for the new site.**

| Total unserved low-income population in the proposed service area | 256199 |
|---|---|

| Source | UDS Mapper Tool, information from 2015-2019 |
|---|---|

If these data/source are not consistent with the UDS Mapper map and data table, please explain

| **Total number of patients projected to be served annually:** | |
|---|---|
| New patients | 100 |
| Existing patients | 9890 |
| Of the total projected patients, anticipated % of patients with incomes at or below 200% of the Federal Poverty Guidelines | 75% |

Briefly explain how these projections were derived

**The estimated of patients below 200% of the Federal Poverty Guidelines is 75%**

### Attachment - UDS Mapper Map & Data Table (Maximum 10) (Minimum 1)

| Document Name | Size | Date Attached | Description |
|---|---|---|---|
| vmedina1_05072021_090238.pdf | 77.75 KB | 05/07/2021 | UDS Mapper 2020 |

### Attachment - Other Supporting Need Documentation (Maximum 10) (Minimum 0)

| Document Name | Size | Date Attached | Description |
|---|---|---|---|
| | | **No documents attached** | |

ⓘ  The UDS Mapper Map and Data Table are required and should be used to support the explanations provided in this CIS request; upload any additional need data/documentation as necessary. HRSA will use UDS Mapper data to assess unmet need and service area overlap. If UDS Mapper Map and Data Table are not yet available, attach other relevant and comparable documentation which supports this request. UDS Mapper: http://www.udsmapper.org. For a UDS Mapper sample to support a CIS request, click here.

**b. What is the unmet need/justification for the proposed site? Select all that apply.**

[ _ ] This is a comparable replacement site for an existing site awarded via a funding opportunity (e.g., New Access Point) that is no longer available.NOTE: The proposed site must serve the same zip codes and be comparable in terms of patient capacity to the site originally proposed in the approved application.

| Provide the relevant application number | |
|---|---|
| Selected Site Name | |
| Selected Site Address | |

[ _ ] The proposed service area has a Health Center Program (grantees and look-alikes) penetration rate for the low-income (below 200% of the Federal Poverty Guidelines) population at or below 25% as evidenced by the attached UDS Mapper data (i.e., 75% or more of the proposed service area's low-income population is not served under the Health Center Program).

[ X ] The health center is exceeding capacity at a current location(s).

[ _ ] The health center is already serving a high number of patients from the proposed service area.

[ _ ] An existing provider is closing a site and/or no longer offering services to the patient population in the area.

[ _ ] One or more of the health center's existing sites is under renovation and a temporary service site is needed until the renovations are complete. Note:if the temporary site will no longer be utilized once the existing site(s) re-opens, a CIS request to delete the temporary site from scope must be submitted.

[ _ ] Other Need/Special Circumstance (e.g. high level of chronic conditions in the low income population, gaps in coverage among different population groups, special population, limited service site need)

### c. Provide a brief discussion, as appropriate, for the selection of the proposed site in terms of

- Relevant background information (e.g., adding site in response to: operational site visit finding, health center strategic plan, special funding obtained)
- Reason for location type (e.g., permanent, mobile)
- Rationale for site hours of operation (e.g., part-time versus full-time)
- Rationale for types of services to be offered at the site (e.g., medical, oral , mental health)
- Description if the proposed site will offer limited services (e.g., dental-only, behavioral health-only) or services to limited patient groups (e.g., school-aged children), of:
  - How all individuals who present for services at this site will have access to the full scope of health center required and additional services; and/or
  - How all individuals who are not among the limited group served by the site and who present at this site for care will be referred to other appropriate health center sites to receive services not available at the proposed site.

**With the COVID-19 Pandemic, we are receiving a high volume of patients in the main site. With the last funding received, HSFCS41658, we are proposing to lease a building (former fast food) that is physically in the same campus of the main site, to relocate all the CoVID-19 initiative to the new site. The distance between the main site and the proposed site is approximately 20 feet.The location type is Permanent and will operate from Monday to Friday from 7am to 4pm. The types of services will be: COVID-19 Immunizations, Testing and Education. All individuals who needs access to the full scope will received them in the main site. The proposed site is basically to relocate the COVID-19 initiative because the health center is exceeding capacity at a current location (main site).**

| Proposed Date of Site Addition: | **8/1/2021** |
|---|---|

ⓘ  Please review Program Assistance Letter 2014-10: Updated Process for Change in Scope Submission, Review and Approval Timelines and Policy Information Notice 2008-01: Defining Scope of Project and Policy for Requesting Changes. In cases where a health center is not able to determine the exact date by which a CIS will be fully accomplished, BPHC will allow up to 120 days following the date of the CIS approval Notice of Award (NoA) or look-alike Notice of Look-Alike Designation (NLD) for the health center to implement the change (e.g., open the site). Review the Program Assistance Letter 2009-11: New Scope Verification Process for more information.

### 2. SERVICE AREA: Explain the proposed service area, existing safety net resources, and how the proposed new site will complement and not duplicate these existing resources. Based on UDS Mapper Map and Data Table information, will the site serve all or part of a service area currently served by another health center grantee or look-alike and/or of another primary care safety net provider (rural health clinic, critical access hospital, health department, etc.)?

[ _ ] Yes [ X ] No
If Yes, check all that apply

[ _ ] The site will serve a newly identified sub-group/underserved population (e.g., people experiencing homelessness, populations with limited English proficiency within the service area), whose health care needs are not being met.

[ _ ] The site will serve an area where unmet need exceeds the capacity of the existing health center site(s) and/or other safety net providers.

[ _ ] The site will serve a population where the distance and travel time to the nearest safety-net provider site, (e.g., health center grantee or look-alike, rural health clinic, critical access hospital) is a barrier for patients to access care.

ⓘ  UDS Mapper is the best tool for identifying the nearest Health Center Program grantee or look-alike. Distance should be measured as the distance (in miles) from the address of the proposed service site to the nearest Health Center Program grantee or look-alike service sites. Use the UDS Mapper Distance tool and/or Google Maps to determine (1) the distance in miles between sites and (2) travel time by driving or public transportation, as appropriate (e.g., if at least 30% of the patient population uses public transportation as the main source of transportation to work, provide travel time based on public transport as opposed to providing travel time by car/drive time)

| Distance in miles | |
|---|---|
| Travel time in minutes | |

Required for any Yes response:

Based on this answer and attached UDS Mapper data and other needs assessment documentation that shows other health centers and service providers and their penetration rates, address any service area overlap and how the proposed site will complement existing services and programs so as to minimize the potential for unnecessary duplication and/or overlap in services, sites or programs.

ⓘ  Upload any relevant letters of support from all health centers serving the same service area in the next section

### 3. COLLABORATION WITH HEALTH CENTERS AND OTHER SAFETY NET PROVIDERS

**For the purposes of this question, collaborative relationships are those that contribute to one or both of the following goals relative to the proposed site:**

**EXHIBIT 3**

**(1)** maximize access to required and additional services within the scope of the health center project for patients that will be served at the proposed site; and/or **(2)** promote the continuity of care of patients that will be served at the proposed site by coordinating with the services and activities of other federally funded, as well as State and local, health services delivery projects and programs serving the same or a similar patient population (e.g., other health centers, rural health clinics, hospitals, health departments).

a. Describe the established and/or proposed collaboration with other health centers and safety net providers (e.g., health departments, rural health clinics, hospitals) within and adjacent (e.g., neighboring ZIP codes) to the service area for this proposed site and how this collaboration will benefit the proposed patient population to be served.

**No Collaboration with health centers and other safety net providers is needed for this initiative**

b. Attach documentation of collaboration, including any agreements (e.g., MOA, MOU, contract), relevant and specific to the proposed site which support the response to 3a. If documentation could not be obtained, describe the outreach made to these service area providers concerning this proposed site and the result of this outreach.

**Not applicable**

### Attachment - Documentation of Collaboration (Maximum 10) (Minimum 0)

| Document Name | Size | Date Attached | Description |
|---|---|---|---|
| No documents attached | | | |

### 4. This question is not displayed since it only applies when adding a site that will be operated by a contractor or a subrecipient.

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE SUPPORTING DOCUMENTS** | CIS00116129 | 5/13/2021 8:03:40 AM |

### ▼ Supporting Documents (Maximum 20)

No documents attached

Case:17-03283-LTS   Doc#:22400-1   Filed:09/27/22   Entered:09/27/22 17:10:20   Desc:
Affidavit Declaration of Nilda Santiago   Page 32 of 38

**EXHIBIT 3**

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration<br><br>CHANGE IN SCOPE REQUEST | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| | **CIS00116359** | **5/14/2021 1:52:36 PM** |

## Grantee Information

| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
|---|---|
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

## Form 5A: Services Provided

### Formal Change in Scope Request: Make significant changes to scope of project

[    ]   Add a New Additional or Specialty Service to Scope
[    ]   Delete an Existing Service from Scope

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[    ]   Update a Required Service

ⓘ   A scope adjustment request to a required service can include the following types of updates:
  ○  Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
  ○  Move a Required Service from Column III to Column I and/or II
  ○  Add a Required Service to Scope (Any Column)
  ○  Add a Service to Column III where the Service will remain in Columns I and/or II
  ○  Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[    ]   Update an Additional or Specialty Service

ⓘ   A scope adjustment request to an additional/specialty service can include the following types of updates:
  ○  Change Service Delivery Methods-Health Center Pays (Move or Add a Service in or between Columns I and/or II)
  ○  Add a Service to Column III where the Service will remain in Columns I and/or II
  ○  Delete an Additional or Specialty Service currently recorded in Column III only
  ○  Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

## Form 5B: Service Sites

### Formal Change in Scope Request: Make significant changes to scope of project

[    ]   Add a New Service Site to Scope
[    ]   Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[    ]   Delete an Existing Service Site from Scope
[    ]   Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[    ]   Add an Admin Only Site
[    ]   Delete an Admin Only Site
[    ]   Update information about this Site (e.g., hours of operation, months of operation, zip codes)

## Form 5C: Other Activities/Locations

### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[ X ]   Add, Remove or Update Other Activities/Locations

**Target Population**

**Formal Change in Scope Request: Make significant changes to scope of project**

[   ]   Add a New Target Population

**Summary**

N/A

**Contact Information**

| Role | Name | Phone | Email |
|------|------|-------|-------|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE ASSURANCES | CIS00116359 | 5/14/2021 1:52:36 PM |

**Assurances Checklist**

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action).

**[ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:**

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

**[ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:**

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHANGE DETAILS | CIS00116359 | 5/14/2021 1:52:36 PM |

**Proposed and Existing Activities/Locations**

| Action | Action | Type of | Frequency | Description of Activity | Type of Location(s) where Activity is Conducted |
|--------|--------|---------|-----------|-------------------------|--------------------------------------------------|

**EXHIBIT 3**

| | Status | Activity | of Activity | | |
|---|---|---|---|---|---|
| Picked from Scope | Updated | Immunizations | From Monday to Friday, from 7am-4pm | COVID-19 Immunizations, Testing and Health Education | The proposed services will be provided in a site located near the main site for COVID-19 activities such as: COVID-19 Immunizations, Testing, and Health Education. The proposed location is adjacent to our main site, being the physical address on Carr #2 Marginal Santa Cruz, Esquina Esteban Padilla, Bayamon PR 00961. A change in scope was requested to add this site. |
| Picked from Scope | Mark as Delete | Other - | Two times per month | Receive patients referred by Municipal Office of Citizen's services and/or their Municipal Health Officials. Provide access to medications and others services particularly to Diabetic and COPD patients. The transportation will be provided by Municipal Government. | CHFPR Health Center in Bayamon |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| Health Resource and Service Administration | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE CHECKLIST | CIS00116359 | 5/14/2021 1:52:36 PM |

### CHECKLIST FOR SCOPE ADJUSTMENT - ACTIVITIES (FORM 5C)

#### 1. What is the effective date for this change?

Effective date (mm\dd\yyyy):     **5/5/2021**

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| Health Resource and Service Administration | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE SUPPORTING DOCUMENTS | CIS00116359 | 5/14/2021 1:52:36 PM |

▼ Supporting Documents (Maximum 20)

No documents attached

Acceptable Use Policy | Accessibility | Site Map (Coming Soon) | Viewers And Players
Contact Us

**Product:** CIS | **Platform #:** 4.9.60.0 | **Build #:** 4.6.1.6 | **Environment:** Production

**Last Login:** 09/02/22 4:50:00 PM ET

**EXHIBIT 3**

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | FOR HRSA USE ONLY | |
|---|---|---|
| Health Resource and Service Administration | Tracking Number | First Submitted Date |
| CHANGE IN SCOPE REQUEST | CIS00122068 | 7/21/2021 3:01:27 PM |

### Grantee Information

| Program Director | Nilda Santiago, Email: ceo@chfpr.org, Phone: (787) 523-3113 |
|---|---|
| Program Contact | Karen McMillan, Email: kmcmillan@hrsa.gov, Phone: (301) 443-2189 |
| Grantee Address | C17 Calle Marginal Bayamon PR 00961-6706 |

ⓘ Please review the BPHC Scope of Project web page at: http://bphc.hrsa.gov/programrequirements/scope.html prior to submitting this CIS request. If you have additional questions, contact your project officer.

### Form 5A: Services Provided

#### Formal Change in Scope Request: Make significant changes to scope of project

[   ]   Add a New Additional or Specialty Service to Scope
[   ]   Delete an Existing Service from Scope

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[ X ]   Update a Required Service

ⓘ A scope adjustment request to a required service can include the following types of updates:
   ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in between Columns I and/or II)
   ○ Move a Required Service from Column III to Column I and/or II
   ○ Add a Required Service to Scope (Any Column)
   ○ Add a Service to Column III where the Service will remain in Columns I and/or II
   ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

[   ]   Update an Additional or Specialty Service

ⓘ A scope adjustment request to an additional/specialty service can include the following types of updates:
   ○ Change Service Delivery Methods-Health Center Pays (Move or Add a Service in between Columns I and/or II)
   ○ Add a Service to Column III where the Service will remain in Columns I and/or II
   ○ Delete an Additional or Specialty Service currently recorded in Column III only
   ○ Remove a Service Delivery Method for a Service that will remain in Columns I and/or II

### Form 5B: Service Sites

#### Formal Change in Scope Request: Make significant changes to scope of project

[   ]   Add a New Service Site to Scope
[   ]   Convert an Existing Admin-Only Site to a Service/Admin Site or Service Site
[   ]   Delete an Existing Service Site from Scope
[   ]   Convert an Existing Service Site or Service/Admin Site to an Admin-Only Site

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Add an Admin Only Site
[   ]   Delete an Admin Only Site
[   ]   Update information about this Site (e.g., hours of operation, months of operation, zip codes)

### Form 5C: Other Activities/Locations

#### Scope Adjustment Request: Make minor adjustments or modifications to scope of project

[   ]   Add, Remove or Update Other Activities/Locations

### Target Population

**Formal Change in Scope Request: Make significant changes to scope of project**

[   ]   Add a New Target Population

## Summary

N/A

## Contact Information

| Role | Name | Phone | Email |
|------|------|-------|-------|
| Authorizing Official (AO) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |
| Point of Contact (POC) | Vania Medina | (787) 780-1273 Ext:1622 | ceo@chfpr.org |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE ASSURANCES** | **CIS00122068** | **7/21/2021 3:01:27 PM** |

### Assurances Checklist

- This CIS request is complete and responsive to all applicable criteria relating to the CIS checklist. Refer to http://www.bphc.hrsa.gov/programrequirements/scope.html for all applicable policies and guidance.
- The health center consulted with its Project Officer prior to submitting this CIS request.
- The proposed CIS implementation date is at least 60 days from the submission date to HRSA. Note: HRSA recognizes that there may be circumstances where submitting a CIS request at least 60 days in advance of the desired implementation date may not be possible; however, the goal is to minimize these occurrences through careful planning. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- The health center's governing board approved this CIS request prior to submission to HRSA, as documented in board minutes (must be made available upon request).
- The health center has examined the potential impact of this CIS under the requirements of other programs as applicable (e.g., 340B Program, FTCA). Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf
- The health center understands that HRSA will consider its current compliance with Health Center Program requirements and regulations (i.e., the status and number of any progressive action conditions) when making a decision on this CIS request. (See PAL: 2014-08 Health Center Program Requirements Oversight for more information on progressive action).

### [ X ] I certify that the above statements related to the preparation of this Change in Scope (CIS) request are true, complete and accurate:

- All Health Center Program requirements (http://www.bphc.hrsa.gov/programrequirements/index.html) will apply to this CIS. Note: Compliance with Health Center Program requirements across sites and services will be assessed through all appropriate means, including site visits and application reviews.
- This CIS will be undertaken directly by or on behalf of the health center for the benefit of the current or proposed health center patient population, and the health center's governing board will retain oversight over the provision of any services and/or sites.
- This CIS will be accomplished without additional Health Center Program Federal award funding (for awardees only) and will not shift resources away from carrying out the current HRSA-approved scope of project.
- The impact of this CIS will be reflected in the total budget submitted with the health center's next annual competing or non-competing or designation application.
- This CIS will be implemented and verified within 120 days of receiving the NoA or HRSA notification approving the change. Refer to http://bphc.hrsa.gov/programopportunities/lookalike/pdfs/pal201410.pdf
- This CIS will not diminish the patient population's access to and quality of services currently provided by the health center.
- The health center will take all applicable steps related to the requirements of other programs impacted by this change in scope request. Refer to https://www.bphc.hrsa.gov/programrequirements/pdf/potentialimpactofcisactions.pdf

### [ X ] I will ensure the health center complies with the above statements related to the implementation of this Change in Scope (CIS) request, if approved:

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE CHANGE DETAILS** | **CIS00122068** | **7/21/2021 3:01:27 PM** |

### CIS Request Type Selected

Update a Required Service

| Service Type | Original Service Delivery Methods | Updated Service Delivery Methods | Status |
|---|---|---|---|

Case:17-03283-LTS   Doc#:22400-1   Filed:09/27/22   Entered:09/27/22 17:10:20   Desc:
Affidavit Declaration of Nilda Santiago   Page 37 of 38

EXHIBIT 3

| | Column I. Direct (Health Center Pays) ⓘ | Column II. Formal Written Contract/Agreement (Health Center Pays) ⓘ | Column III. Formal Written Referral Arrangement (Health Center DOES NOT pay) | Column I. Direct (Health Center Pays) ⓘ | Column II. Formal Written Contract/Agreement (Health Center Pays) ⓘ | Column III. Formal Written Referral Arrangement (Health Center DOES NOT pay) ⓘ | |
|---|---|---|---|---|---|---|---|
| Diagnostic Laboratory ⓘ | X | X | X | | X | X | Updated |
| Eligibility Assistance ⓘ | X | | X | X | | | Updated |
| Coverage for Emergencies During and After Hours ⓘ | X | X | | X | X | X | Updated |
| Pharmaceutical Services ⓘ | | X | X | X | X | X | Updated |
| Transportation ⓘ | | X | | X | | | Updated |

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE CHECKLIST** | CIS00122068 | 7/21/2021 3:01:27 PM |

**CHECKLIST FOR SCOPE ADJUSTMENT - SERVICES (FORM 5A)**

**1. Provide a brief narrative explaining the rationale for and impact of the proposed change. *(Character limit at 1,000 – one paragraph)*. Specifically address the following points based on the type of scope adjustment requested:**

- **Changes to Service Delivery Methods-Health Center Pays** (Moving or Adding a Service in or between Columns I and/or II): Explain why your health center is changing or adding a new service delivery method for this service. Provide information on the circumstance that enabled the health center to begin direct provision and/or contracting of the service for which the health center pays and bills.

- **Moving a Required Service from Column III to Column I and/or II:** Explain why your health center is changing the service delivery method for this service.:
  - For Column I, provide information on the circumstance that enabled the health center to begin direct provision of the service for which the health center pays and bills.
  - For Column II, provide information on the circumstance that enabled the health center to begin offering the service through another entity via a formal written contract/agreement where the health center is accountable for paying and/or billing for the direct care provided via this agreement.

- **Adding a Required Service to Scope (Any Column):** Explain why your health center was unable to meet the initial deadline for verifying the provision of all required services and ensure that all appropriate service delivery methods (Columns I, II and/or III) have been selected.

- **Adding a Service to Column III where the Service will remain in Columns I and/or II:** Explain why your health center is adding a new service delivery method for this service. Provide information on the circumstance that enabled the health center to begin offering the service through another entity via a formal written referral arrangement.

- **Removing a Service Delivery Method for a Service that will Remain in Columns I and/or II:** Explain why your health center will no longer utilize this service delivery method (e.g., data related to decrease in demand for the service) and describe how patients will be impacted.

**During the VOSV of Community Health Foundation of PR, Inc, (CHFPR) the following corrections are made as requested by the HRSA Consultants. CHFPR does not provide service Diagnostics Laboratory directly, (delete column I). Coverage for Emergencies during and after hours: CHFPR has a formal arrangement with the Bayamon Medical Center to provide emergency room service during and after hours of operation where the health center does not pay, (add column III). Pharmaceutical Services- CHFPR provides some pharmaceutical services directly (add column I). Eligibility Assistance- CHFPR provides service directly and does not have a formal written arrangement to provide service through referral arrangement available to all patients (delete column III). Transportation- CHFPR provides transportation assistance directly by paying for Uber service without a formal written contract with UBER (delete from column II and add to column I).**

**2. Provide the date this change will take effect. *Please note that once approved by BPHC, this change(s) will be reflected in your approved scope of project in EHB and must be implemented within 120 days of this approval.***

| Date: | 7/28/2021 |
|---|---|

OMB No.: 0915-0285. Expiration Date: 11/30/2016

| DEPARTMENT OF HEALTH AND HUMAN SERVICES Health Resource and Service Administration | FOR HRSA USE ONLY | |
|---|---|---|
| | Tracking Number | First Submitted Date |
| **CHANGE IN SCOPE SUPPORTING DOCUMENTS** | CIS00122068 | 7/21/2021 3:01:27 PM |

**EXHIBIT 3**

▼ **Supporting Documents (Maximum 20)**

No documents attached

**Product:** CIS | **Platform #:** 4.9.60.0 | **Build #:** 4.6.1.6 | **Environment:** Production

✦HRSA