UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF Nos. 18602, 21005, 21006 |

**DECLARATION OF JAMPIERRE LEGRAND LOPEZ IN SUPPORT OF REPLY TO OBJECTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO THE MOTION OF COMMUNITY HEALTH FOUNDATION OF P.R. INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

I, JAMPIERRE LEGRAND LOPEZ, hereby declare and state as follows:

1. I am fully familiar with the facts set forth in this declaration which are of my personal knowledge and/or based on information which has been provided to me in the ordinary course of business as set forth below:

2. I have been an independent consultant for the primary medical group Anchor Health Management Corp. ("Anchor"), since its inception, for approximately 13 years.

3. As an independent consultant for Anchor, I regularly perform the following duties:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS Doc#:22400-3 Filed:09/27/22 Entered:09/27/22 17:10:20 Desc: Affidavit Declaration of Jampierre Legrand Page 2 of 10

Unsworn Declaration
Page 2

    a) Management of the utilization database of each health insurance company under contract with Anchor.

    b) Validation and reconciliation of the utilization information to ensure Anchor's compliance with its contracts with health insurance companies and with metrics of service management for the relevant periods.

    c) Exchange of information with health insurance companies to reconcile and make any related adjustments.

    d) Recreation of utilization reports for Anchor's network of health care providers.

    e) Recreation of utilization reports for Community Health Foundation of PR, Inc. ("CHF") as a separate unit together with the primary care providers ("PCP") associated to CHF.

4. Anchor has a contract for the provision of primary health care services under the Government's Health Program ("PSG" in its Spanish acronym) known as Plan Vital, which was implemented in November 2018. Under Plan Vital, Anchor has a contract for the provision of said primary health care services with the following managed care organizations ("MCO"): Triple S, MMM and First Medical Corporation.

5. Anchor has a professional services agreement with CHF ("Anchor-CHF Agreement") pursuant to which Anchor subcontracts CHF's primary health care services for eligible members under Plan Vital ("Medicaid beneficiaries").

6. Anchor receives from the MCOs the budget assignments and the capitation payments related to the Medicaid beneficiaries under each contract with the MCOs. Then, under the Anchor-CHF Agreement, Anchor proceeds to pay CHF for the Medicaid beneficiaries identified by each PCP under CHF's network of providers.

7. Of Anchor's network of providers, approximately 75% of the PCPs are contracted directly by Anchor and approximately 25% of the PCPs provide their services through the Anchor-CHF Agreement.

Case:17-03283-LTS Doc#:22400-3 Filed:09/27/22 Entered:09/27/22 17:10:20 Desc: Affidavit Declaration of Jampierre Legrand Page 3 of 10

Unsworn Declaration
Page 3

8. I have received and examined Exhibit F of the *Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico* (the "Cruz Declaration").

9. Exhibit F of the Cruz Declaration consists of certain documents identified as Schedule 6.E which allegedly reflect the Fee-For-Service ("FFS") payments received by CHF from First Medical Corporation and MMM during certain quarterly periods.

10. Upon CHF's request, to corroborate the amounts reported in the Schedule 6.E documents included as Exhibit F of the Cruz Declaration, I reviewed and collected information from the MCOs to document transactions of services to patients enrolled in the PSG that qualify under the federal standards and the CHIPS program for children below the poverty level. These services are documented and billed to the MCOs in accordance with the codification standards set forth in the Current Procedural Terminology ("CPT") 2018-2022, as reflected in the transaction line of each submitted encounter.

11. The data I collected is derived from information exchanged monthly in the ordinary course of business between Anchor and the MCOs.[2]

12. The validation of this data is performed quarterly and annually in the contract adjustment process for each period and its closing to establish the results and applicable liquidations as applicable.

13. The information collected and presented in the charts attached hereto as **Exhibit 4** and **Exhibit 5** is based on reported and accepted encounters of Medicaid beneficiaries by the MCOs for the month in which the services were provided.

14. Using the data I collected, I prepared a chart for each MCO which reflects the payments by different components as received by Anchor under the Plan Vital from November 1, 2018,

---

[2] The data is available upon request of the Puerto Rico Department of Health for review and reconciliation purposes provided that its confidentiality is protected as it contains confidential health information from patients.

Case:17-03283-LTS Doc#:22400-3 Filed:09/27/22 Entered:09/27/22 17:10:20 Desc: Affidavit Declaration of Jampierre Legrand Page 4 of 10

Unsworn Declaration
Page 4

to June 30, 2022, for primary health care services provided to Medicaid beneficiaries, as billed through Anchor. The three charts are hereby attached as **Exhibit 4**.

15. As not all payments received by Anchor are associated with services provided by CHF's PCPs, I used the same data to prepare a chart for each MCO which reflects the payments by different components paid to Anchor[3] under the Plan Vital for the period of November 1, 2018, to June 30, 2022, for primary health care services provided to those Medicaid beneficiaries assigned to CHF's PCPs. The three charts are hereby attached as **Exhibit 5**.

16. The charts reflect under Column I, the total monthly capitation and FFS payments received by Anchor and CHF, as applicable, from each of MCO for services provided to Medicaid beneficiaries and a comparison of said total with the amounts reported in the Schedule 6.E documents attached as Exhibit F of the Cruz Declaration.

17. In conclusion, the charts attached hereto show that the amounts reported in the Schedule 6.E documents attached as Exhibit F of the Cruz Declaration are significantly overstated in several of the quarterly periods when compared to the data obtained by Anchor from the MCOs.

I declare under penalty of perjury that the foregoing statements are true and correct to my best knowledge, information, and belief.

Executed on this 22nd day of September 2022.

JAMPIERRE LEGRAND LOPEZ

---

[3] CHF receives FFS payments directly from First Medical Corporation as it has a contract with said MCO.

Case:17-03283-LTS   Doc#:22400-3   Filed:09/27/22   Entered:09/27/22 17:10:20   Desc:
Affidavit Declaration of Jampierre Legrand   Page 5 of 10

EXHIBIT 4

**TRIPLE S SALUD**
**Monthly Compensation Nov 2018 to May 2022 for Plan Vital Program**
**Anchor Health Management**

| Months | Administrative fee | Gynecology | MFS 70% adjustment | PCP fund | P4P | Totals | Capitation* | FFS Claims ** | Totals Payments Capitation + FFS | Quaterly Totals | Monthly Schedule 6.E Amount of FFS Payments | Quaterly Schedule 6.E Amount of FFS Payments | Difference*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201811 | $ 20,942.00 | $ 8,167.38 | $ 47,119.50 | $ 125,652.00 | $ 15,706.50 | $ 217,587.38 | | $ 1,416.89 | $ 1,416.89 | | | | |
| 201812 | $ 29,936.00 | $ 11,675.04 | $ 67,356.00 | $ 179,616.00 | $ 22,452.00 | $ 311,035.04 | $ 439,585.92 | $ 2,013.66 | $ 441,599.58 | $ 443,016.47 | | | |
| 201901 | $ 31,364.00 | $ 12,231.96 | $ 70,569.00 | $ 188,184.00 | $ 23,523.00 | $ 325,871.96 | | $ 3,412.05 | $ 3,412.05 | | | | |
| 201902 | $ 33,826.00 | $ 13,192.14 | $ 76,108.50 | $ 202,956.00 | $ 25,369.50 | $ 351,452.14 | | $ 2,089.48 | $ 2,089.48 | | | | |
| 201903 | $ 36,072.00 | $ 14,068.08 | $ 81,162.00 | $ 216,432.00 | $ 27,054.00 | $ 374,788.08 | $ 874,903.68 | $ 4,750.25 | $ 879,653.93 | $ 885,155.46 | | | |
| 201904 | $ 37,408.00 | $ 14,589.12 | $ 84,168.00 | $ 224,448.00 | $ 28,056.00 | $ 388,669.12 | | $ 2,112.01 | $ 2,112.01 | | | | |
| 201905 | $ 38,172.00 | $ 14,887.08 | $ 85,887.00 | $ 229,032.00 | $ 28,629.00 | $ 396,607.08 | | $ 1,647.20 | $ 1,647.20 | | | | |
| 201906 | $ 37,634.00 | $ 14,677.26 | $ 84,676.50 | $ 225,804.00 | $ 28,225.50 | $ 391,017.26 | $ 978,168.96 | $ 1,499.97 | $ 979,668.93 | $ 983,428.14 | | | |
| 201907 | $ 37,318.00 | $ 14,554.02 | $ 83,965.50 | $ 223,908.00 | $ 27,988.50 | $ 387,734.02 | | $ 2,177.00 | $ 2,177.00 | | | | |
| 201908 | $ 37,616.00 | $ 14,670.24 | $ 84,636.00 | $ 225,696.00 | $ 28,212.00 | $ 390,830.24 | | $ 360.00 | $ 360.00 | | | | |
| 201909 | $ 37,906.00 | $ 14,783.34 | $ 85,288.50 | $ 227,436.00 | $ 28,429.50 | $ 393,843.34 | $ 974,937.60 | $ 2,000.17 | $ 976,937.77 | $ 979,474.77 | | | |
| 201910 | $ 38,462.00 | $ 15,000.18 | $ 86,539.50 | $ 230,772.00 | $ 28,846.50 | $ 399,620.18 | | $ 2,347.41 | $ 2,347.41 | | | | |
| 201911 | $ 38,594.00 | $ 15,051.66 | $ 86,836.50 | $ 231,564.00 | $ 28,945.50 | $ 400,991.66 | | $ 4.00 | $ 4.00 | | | | |
| 201912 | $ 38,350.00 | $ 14,956.50 | $ 86,287.50 | $ 230,100.00 | $ 28,762.50 | $ 398,456.50 | $ 997,107.84 | $ 147.00 | $ 997,254.84 | $ 999,606.25 | | | |
| 202001 | $ 38,540.19 | $ 15,030.68 | $ 86,715.44 | $ 231,241.16 | $ 28,905.15 | $ 400,432.61 | | $ 2,300.61 | $ 2,300.61 | | | | |
| 202002 | $ 38,586.48 | $ 15,048.73 | $ 86,819.59 | $ 231,518.90 | $ 28,939.86 | $ 400,913.56 | | $ 2,344.15 | $ 2,344.15 | | | | |
| 202003 | $ 38,610.06 | $ 15,057.93 | $ 86,872.65 | $ 231,660.39 | $ 28,957.55 | $ 401,158.57 | $ 999,965.44 | $ 1,426.03 | $ 1,001,391.47 | $ 1,006,036.23 | | | |
| 202004 | $ 39,824.00 | $ 15,531.36 | $ 89,604.00 | $ 238,944.00 | $ 29,868.00 | $ 413,771.36 | | $ 563.49 | $ 563.49 | | | | |
| 202005 | $ 39,930.00 | $ 15,572.70 | $ 89,842.50 | $ 239,580.00 | $ 29,947.50 | $ 414,872.70 | | $ 1,596.22 | $ 1,596.22 | | | | |
| 202006 | $ 40,358.00 | $ 15,739.62 | $ 90,805.50 | $ 242,148.00 | $ 30,268.50 | $ 419,319.62 | $ 1,037,767.68 | $ 2,791.58 | $ 1,040,559.26 | $ 1,042,718.97 | | | |
| 202007 | $ 40,834.00 | $ 15,925.26 | $ 91,876.50 | $ 245,004.00 | $ 30,625.50 | $ 424,265.26 | | $ 3,356.23 | $ 3,356.23 | | | | |
| 202008 | $ 41,386.00 | $ 16,140.54 | $ 93,118.50 | $ 248,316.00 | $ 31,039.50 | $ 430,000.54 | | $ 3,131.04 | $ 3,131.04 | | | | |
| 202009 | $ 41,926.00 | $ 16,351.14 | $ 94,333.50 | $ 251,556.00 | $ 31,444.50 | $ 435,611.14 | $ 1,072,621.44 | $ 4,899.68 | $ 1,077,521.12 | $ 1,084,008.39 | | | |
| 202010 | $ 42,274.00 | $ 16,486.86 | $ 95,116.50 | $ 253,644.00 | $ 31,705.50 | $ 439,226.86 | | $ 5,655.08 | $ 5,655.08 | | | | |
| 202011 | $ 42,766.00 | $ 16,678.74 | $ 96,223.50 | $ 256,596.00 | $ 32,074.50 | $ 444,338.74 | | $ 2,273.70 | $ 2,273.70 | | | | |
| 202012 | $ 43,322.00 | $ 16,895.58 | $ 97,474.50 | $ 259,932.00 | $ 32,491.50 | $ 450,115.58 | $ 1,109,047.68 | $ 2,584.88 | $ 1,111,632.56 | $ 1,119,561.34 | | | |
| 202101 | $ 43,398.00 | $ 16,925.22 | $ 97,645.50 | $ 260,388.00 | $ 32,548.50 | $ 450,905.22 | | $ 2,599.41 | $ 2,599.41 | | | | |
| 202102 | $ 43,855.86 | $ 17,103.78 | $ 98,675.68 | $ 263,135.14 | $ 32,891.89 | $ 455,662.36 | | $ 2,175.58 | $ 2,175.58 | | | | |
| 202103 | $ 44,312.00 | $ 17,281.68 | $ 99,702.00 | $ 265,872.00 | $ 33,234.00 | $ 460,401.68 | $ 1,136,729.01 | $ 1,636.16 | $ 1,138,365.17 | $ 1,143,140.16 | | | |
| 202104 | $ 44,660.00 | $ 17,417.40 | $ 100,485.00 | $ 267,960.00 | $ 33,495.00 | $ 464,017.40 | | $ 1,413.21 | $ 1,413.21 | | | | |
| 202105 | $ 44,898.00 | $ 17,510.22 | $ 101,020.50 | $ 269,388.00 | $ 33,673.50 | $ 466,490.22 | | $ 1,849.39 | $ 1,849.39 | | | | |
| 202106 | $ 45,122.00 | $ 17,597.58 | $ 101,524.50 | $ 270,732.00 | $ 33,841.50 | $ 468,817.58 | $ 1,163,635.20 | $ 2,079.18 | $ 1,165,714.38 | $ 1,168,976.98 | | | |
| 202107 | $ 45,168.00 | $ 17,615.52 | $ 101,628.00 | $ 271,008.00 | $ 33,876.00 | $ 469,295.52 | | $ 2,889.65 | $ 2,889.65 | | | | |
| 202108 | $ 45,288.00 | $ 17,662.32 | $ 101,898.00 | $ 271,728.00 | $ 33,966.00 | $ 470,542.32 | | $ 2,657.98 | $ 2,657.98 | | | | |
| 202109 | $ 45,316.27 | $ 17,673.34 | $ 101,961.60 | $ 271,897.60 | $ 33,987.20 | $ 470,836.01 | $ 1,173,072.38 | $ 5,180.34 | $ 1,178,252.72 | $ 1,183,800.35 | | | |
| 202110 | $ 45,472.52 | $ 17,734.28 | $ 102,313.16 | $ 272,835.10 | $ 34,104.39 | $ 472,459.44 | | $ 4,950.99 | $ 4,950.99 | | | | |
| 202111 | $ 45,618.40 | $ 17,791.18 | $ 102,641.40 | $ 273,710.40 | $ 34,213.80 | $ 473,975.18 | | $ 13,762.94 | $ 13,762.94 | | | | |
| 202112 | $ 45,862.00 | $ 17,886.18 | $ 103,189.50 | $ 275,172.00 | $ 34,396.50 | $ 476,506.18 | $ 1,183,273.20 | $ 18,559.96 | $ 1,201,833.16 | $ 1,220,547.09 | | | |
| 202201 | $ 46,070.08 | $ 17,967.33 | $ 103,657.68 | $ 276,420.48 | $ 34,552.56 | $ 478,668.13 | | $ 20,514.57 | $ 20,514.57 | | | | |
| 202202 | $ 46,188.00 | $ 18,013.32 | $ 103,923.00 | $ 277,128.00 | $ 34,641.00 | $ 479,893.32 | | $ 8,606.87 | $ 8,606.87 | | | | |
| 202203 | $ 46,210.06 | $ 18,021.92 | $ 103,972.64 | $ 277,260.36 | $ 34,657.55 | $ 480,122.52 | $ 1,196,364.73 | $ 4,643.23 | $ 1,201,007.96 | $ 1,230,129.40 | | | |
| 202204 | $ 46,250.24 | $ 18,037.59 | $ 104,063.04 | $ 277,501.44 | $ 34,687.68 | $ 480,539.99 | | $ 3,701.46 | $ 3,701.46 | | | | |
| 202205 | $ 46,364.00 | $ 18,081.96 | $ 104,319.00 | $ 278,184.00 | $ 34,773.00 | $ 481,721.96 | $ 800,187.03 | $ 2,350.63 | $ 802,537.66 | $ 806,239.12 | | | |
| **Totals** | **$ 1,752,010.16** | **$ 683,283.96** | **$ 3,942,022.86** | **$ 10,512,060.96** | **$ 1,314,007.62** | **$ 18,203,385.57** | **$ 15,137,367.79** | **$ 158,471.33** | **$ 15,295,839.12** | **$ 15,295,839.12** | **$ -** | **$ -** | **$ -** |

Notes:
* The compensation of the capitation concept includes only the payment related to the PCP services. Excludes administrative and quality inceptives
** Fee for Services payments includes those codes of services related to patient treatments not included as part of the capitation compensation
*** The diference represents the amount of the payments received by the providers vs the Schedule 6.E for the months were an amount was determined

Case:17-03283-LTS   Doc#:22400-3   Filed:09/27/22   Entered:09/27/22 17:10:20   Desc:
Affidavit Declaration of Jampierre Legrand   Page 6 of 10

EXHIBIT 4

**MMM**
**Monthly Compensation Nov 2019 to May 2022 for Plan Vital Program**
**Anchor Health Management**

| Months | A Administrative fee | B Gynecology | C MFS 70% adjustment | D PCP fund | E Quality Incentive | F (A-E) Totals | G (B+C+D) Capitation* | H FFS Claims ** | I (G+H) Totals Payments Capitation + FFS | Quaterly Totals | Monthly Schedule 6.E Amount of FFS Payments | Quaterly Schedule 6.E Amount of FFS Payments | Difference*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201811 | $ 39,860.53 | $ 9,965.13 | | $ 129,546.73 | $ 29,895.40 | $ 209,267.80 | | $ 256.74 | $ 256.74 | | | | |
| 201812 | $ 31,935.61 | $ 7,983.90 | | $ 103,790.74 | $ 23,951.71 | $ 167,661.97 | $ 251,286.51 | $ 212.05 | $ 251,498.56 | $ 251,755.30 | | | |
| 201901 | $ 27,120.13 | $ 6,780.03 | | $ 88,140.42 | $ 20,340.10 | $ 142,380.68 | | $ 240.04 | $ 240.04 | | | | |
| 201902 | $ 25,251.14 | $ 6,312.79 | | $ 82,066.21 | $ 18,938.36 | $ 132,568.50 | | $ 112.02 | $ 112.02 | | | | |
| 201903 | $ 23,247.61 | $ 5,811.90 | | $ 75,554.74 | $ 17,435.71 | $ 122,049.97 | $ 264,666.10 | $ 224.03 | $ 264,890.13 | $ 265,242.19 | | | |
| 201904 | $ 22,814.80 | $ 5,703.70 | | $ 74,148.10 | $ 17,111.10 | $ 119,777.70 | | $ 97.69 | $ 97.69 | | | | |
| 201905 | $ 21,102.19 | $ 5,275.55 | | $ 68,582.13 | $ 15,826.65 | $ 110,786.52 | | $ 24.00 | $ 24.00 | | | | |
| 201906 | $ 20,897.87 | $ 5,224.47 | | $ 67,918.07 | $ 15,673.40 | $ 109,713.80 | $ 226,852.01 | $ 3.00 | $ 226,855.01 | $ 226,976.70 | | | |
| 201907 | $ 19,011.10 | $ 4,752.77 | | $ 61,786.06 | $ 14,258.32 | $ 99,808.26 | | $ - | $ - | | | | |
| 201908 | $ 17,975.23 | $ 4,493.81 | | $ 58,419.48 | $ 13,481.42 | $ 94,369.94 | | $ 32.00 | $ 32.00 | | | | |
| 201909 | $ 17,360.27 | $ 4,340.07 | | $ 56,420.87 | $ 13,020.20 | $ 91,141.40 | $ 190,213.06 | $ 108.00 | $ 190,321.06 | $ 190,353.06 | | | |
| 201910 | $ 17,291.74 | $ 4,322.94 | | $ 56,198.16 | $ 12,968.81 | $ 90,781.65 | | $ 288.02 | $ 288.02 | | | | |
| 201911 | $ 16,952.13 | $ 4,238.03 | | $ 33,904.27 | $ 12,714.10 | $ 67,808.53 | | $ 300.00 | $ 300.00 | | | | |
| 201912 | $ 16,230.71 | $ 4,057.68 | | $ 32,461.42 | $ 12,173.03 | $ 64,922.84 | $ 135,182.49 | $ 216.00 | $ 135,398.49 | $ 135,986.51 | $ - | $ - | |
| 202001 | $ 15,419.61 | $ 3,854.90 | | $ 30,839.23 | $ 11,564.71 | $ 61,678.45 | | $ 373.00 | $ 373.00 | | $ 511,371.81 | | |
| 202002 | $ 15,170.48 | $ 3,792.62 | | $ 30,340.97 | $ 11,377.86 | $ 60,681.93 | | $ 113.00 | $ 113.00 | | $ 466,947.94 | | |
| 202003 | $ 15,002.45 | $ 3,750.61 | | $ 30,004.90 | $ 11,251.84 | $ 60,009.81 | $ 102,583.23 | $ 367.41 | $ 102,950.64 | $ 103,436.64 | $ 392,342.37 | $ 1,370,662.12 | $ 1,267,225.48 |
| 202004 | $ 15,180.27 | $ 3,795.07 | | $ 30,360.53 | $ 11,385.20 | $ 60,721.07 | | $ 234.96 | $ 234.96 | | $ 312,320.92 | | |
| 202005 | $ 15,227.10 | $ 3,806.77 | | $ 30,454.19 | $ 11,420.32 | $ 60,908.39 | | $ 122.86 | $ 122.86 | | $ 351,326.06 | | |
| 202006 | $ 15,457.33 | $ 3,864.33 | | $ 30,914.67 | $ 11,593.00 | $ 61,829.33 | $ 103,195.57 | $ 329.46 | $ 103,525.03 | $ 103,882.85 | $ 396,131.50 | $ 1,059,778.48 | $ 955,895.63 |
| 202007 | $ 15,574.84 | $ 3,893.71 | $ 17,521.69 | $ 31,149.68 | $ 11,681.13 | $ 79,821.05 | | $ 668.30 | $ 668.30 | | $ 50,103.55 | | |
| 202008 | $ 15,596.52 | $ 3,899.13 | $ 17,546.08 | $ 31,193.03 | $ 11,697.39 | $ 79,932.15 | | $ 400.76 | $ 400.76 | | $ 53,403.84 | | |
| 202009 | $ 15,696.53 | $ 3,924.13 | $ 17,658.60 | $ 31,393.07 | $ 11,772.40 | $ 80,444.73 | $ 158,179.12 | $ 467.34 | $ 158,646.46 | $ 159,715.52 | $ 59,394.35 | $ 162,901.74 | $ 3,186.22 |
| 202010 | $ 15,971.74 | $ 3,992.94 | $ 17,968.21 | $ 31,943.48 | $ 11,978.81 | $ 81,855.18 | | $ 866.93 | $ 866.93 | | $ 53,589.52 | | |
| 202011 | $ 16,438.00 | $ 4,109.50 | $ 18,492.75 | $ 32,876.00 | $ 12,328.50 | $ 84,244.75 | | $ 415.72 | $ 415.72 | | $ 55,933.13 | | |
| 202012 | $ 16,410.84 | $ 4,102.71 | $ 18,462.19 | $ 32,821.68 | $ 12,308.13 | $ 84,105.55 | $ 164,769.46 | $ 542.89 | $ 165,312.35 | $ 166,595.00 | $ 57,804.47 | $ 167,327.12 | $ 732.12 |
| 202101 | $ 16,541.55 | $ 4,135.39 | $ 18,609.24 | $ 33,083.10 | $ 12,406.16 | $ 84,775.44 | | $ 1,210.64 | $ 1,210.64 | | $ 54,920.55 | | |
| 202102 | $ 16,688.86 | $ 4,172.21 | $ 18,774.96 | $ 33,377.71 | $ 12,516.64 | $ 85,530.39 | | $ 434.90 | $ 434.90 | | $ 62,303.47 | | |
| 202103 | $ 16,568.00 | $ 4,142.00 | $ 18,639.00 | $ 33,136.00 | $ 12,426.00 | $ 84,911.00 | $ 168,069.62 | $ 905.80 | $ 168,975.42 | $ 170,620.96 | $ 71,800.78 | $ 189,024.80 | $ 18,403.84 |
| 202104 | $ 16,874.80 | $ 4,218.70 | $ 18,984.15 | $ 33,749.60 | $ 12,656.10 | $ 86,483.35 | | $ 1,554.98 | $ 1,554.98 | | $ 88,109.17 | | |
| 202105 | $ 18,087.61 | $ 4,521.90 | $ 20,348.56 | $ 36,175.23 | $ 13,565.71 | $ 92,699.02 | | $ 2,252.28 | $ 2,252.28 | | $ 66,316.06 | | |
| 202106 | $ 18,012.27 | $ 4,503.07 | $ 20,263.80 | $ 36,024.53 | $ 13,509.20 | $ 92,312.87 | $ 178,789.54 | $ 2,243.22 | $ 181,032.76 | $ 184,840.02 | $ 91,382.82 | $ 245,808.05 | $ 60,968.03 |
| 202107 | $ 18,067.23 | $ 4,516.81 | $ 20,325.63 | $ 36,134.45 | $ 13,550.42 | $ 92,594.53 | | $ 1,244.65 | $ 1,244.65 | | | | |
| 202108 | $ 18,188.90 | $ 4,547.23 | $ 20,462.52 | $ 36,377.81 | $ 13,641.68 | $ 93,218.13 | | $ 1,973.68 | $ 1,973.68 | | | | |
| 202109 | $ 18,212.53 | $ 4,553.13 | $ 20,489.10 | $ 36,425.07 | $ 13,659.40 | $ 93,339.23 | $ 183,831.74 | $ 3,012.06 | $ 186,843.80 | $ 190,062.13 | | | |
| 202110 | $ 18,307.61 | $ 4,576.90 | $ 20,596.06 | $ 36,615.23 | $ 13,730.71 | $ 93,826.52 | | $ 1,871.88 | $ 1,871.88 | | | | |
| 202111 | $ 18,377.87 | $ 4,594.47 | $ 20,675.10 | $ 36,755.73 | $ 13,783.40 | $ 94,186.57 | | $ 3,017.70 | $ 3,017.70 | | | | |
| 202112 | $ 18,368.39 | $ 4,592.10 | $ 20,664.44 | $ 36,736.77 | $ 13,776.29 | $ 94,137.98 | $ 185,806.80 | $ 4,895.85 | $ 190,702.65 | $ 195,592.23 | | | |
| 202201 | $ 18,302.19 | $ 4,575.55 | $ 20,589.97 | $ 36,604.39 | $ 13,726.65 | $ 93,798.74 | | $ 3,470.81 | $ 3,470.81 | | | | |
| 202202 | $ 18,277.71 | $ 4,569.43 | $ 20,562.43 | $ 36,555.43 | $ 13,708.29 | $ 93,673.29 | | $ 1,704.98 | $ 1,704.98 | | | | |
| 202203 | $ 18,361.81 | $ 4,590.45 | $ 20,657.03 | $ 36,723.61 | $ 13,771.35 | $ 94,104.26 | $ 185,428.29 | $ 1,029.56 | $ 186,457.85 | $ 191,633.64 | | | |
| 202204 | $ 18,390.13 | $ 4,597.53 | $ 20,688.90 | $ 36,780.27 | $ 13,792.60 | $ 94,249.43 | | $ 787.03 | $ 787.03 | | | | |
| 202205 | $ 18,444.90 | $ 4,611.23 | $ 20,750.52 | $ 36,889.81 | $ 13,833.68 | $ 94,530.13 | $ 124,318.25 | $ 2,630.42 | $ 126,948.67 | $ 127,735.70 | | | |
| **Totals** | **$ 808,269.14** | **$ 202,067.29** | **$ 449,730.94** | **$ 1,971,373.56** | **$ 606,201.86** | **$ 4,037,642.79** | **$ 2,623,171.79** | **$ 41,256.66** | **$ 2,664,428.45** | **$ 2,664,428.45** | **$ 3,195,502.31** | **$ 3,195,502.31** | **$ 2,306,411.32** |

Notes:
*   The compensation of the capitation concept includes only the payment related to the PCP services. Excludes administrative and quality inceptives
**  Fee for Services payments includes those codes of services related to patient treatments not included as part of the capitation compensation
*** The diference represents the amount of the payments received by the providers vs the Schedule 6.E for the months were an amount was determined

EXHIBIT 4

**FIRST MEDICAL CORPORATION**
**Monthly Compensation Nov 2019 to May 2022 Plan Vital Program**
**Anchor Health Management**

| Months | A Administrative fee | B Gynecology | C MFS 70% adjustment | D PCP fund | E Quality Incentive | F (A-E) Totals | G (B+C+D) Capitation* | H FFS Claims ** | I (G+H) Totals Payments Capitation + FFS Monthy | Totals Payments Capitation + FFS Quaterly | Schedule 6.E Amount of FFS Payments Monthy | Schedule 6.E Amount of FFS Payments Quaterly | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201911 | $ 4,086.00 | $ 1,096.00 | | $ 9,100.50 | $ 1,096.00 | $ 15,378.50 | $ 10,196.50 | | $ 10,196.50 | | $ 202,618.68 | | |
| 201912 | $ 3,951.00 | $ 1,058.00 | | $ 8,791.50 | $ 1,058.00 | $ 14,858.50 | $ 9,849.50 | $ 72.00 | $ 9,921.50 | $ 20,118.00 | $ 140,015.34 | $ 342,634.02 | $ 322,516.02 |
| 202001 | $ 3,854.19 | $ 1,049.06 | | $ 8,685.98 | $ 1,049.06 | $ 14,638.29 | $ 9,735.04 | | $ 9,735.04 | | $ 34,853.85 | | |
| 202002 | $ 3,856.00 | $ 1,066.00 | | $ 8,800.00 | $ 1,066.00 | $ 14,788.00 | $ 9,866.00 | | $ 9,866.00 | | $ 77,836.56 | | |
| 202003 | $ 3,860.00 | $ 1,072.00 | | $ 8,832.50 | $ 1,072.00 | $ 14,836.50 | $ 9,904.50 | $ (88.00) | $ 9,816.50 | $ 29,417.54 | $ 173,109.94 | $ 285,800.35 | $ 256,382.81 |
| 202004 | $ 3,961.00 | $ 1,101.00 | | $ 9,061.00 | $ 1,101.00 | $ 15,224.00 | $ 10,162.00 | | $ 10,162.00 | | $ 22,245.25 | | |
| 202005 | $ 3,970.00 | $ 1,104.00 | | $ 9,089.50 | $ 1,104.00 | $ 15,267.50 | $ 10,193.50 | | $ 10,193.50 | | $ 63,354.98 | | |
| 202006 | $ 4,026.89 | $ 1,127.63 | | $ 9,270.14 | $ 1,127.63 | $ 15,552.29 | $ 10,397.77 | $ 56.00 | $ 10,453.77 | $ 30,809.27 | $ 86,958.35 | $ 172,558.58 | $ 141,749.31 |
| 202007 | $ 4,129.50 | $ 1,159.47 | $ 4,162.60 | $ 9,513.79 | $ 1,159.47 | $ 20,124.83 | $ 14,835.86 | | $ 14,835.86 | | $ 57,433.91 | | |
| 202008 | $ 4,217.36 | $ 1,191.09 | $ 4,276.13 | $ 9,749.95 | $ 1,191.09 | $ 20,625.62 | $ 15,217.17 | | $ 15,217.17 | | $ 47,456.34 | | |
| 202009 | $ 4,343.87 | $ 1,233.29 | $ 4,427.49 | $ 10,078.22 | $ 1,233.29 | $ 21,316.16 | $ 15,739.00 | $ 16.00 | $ 15,755.00 | $ 45,808.03 | $ 37,409.20 | $ 142,299.45 | $ 96,491.42 |
| 202010 | $ 4,413.05 | $ 1,256.35 | $ 4,510.29 | $ 10,259.56 | $ 1,256.35 | $ 21,695.60 | $ 16,026.20 | $ 272.08 | $ 16,298.28 | | $ 10,684.31 | | |
| 202011 | $ 4,476.59 | $ 1,277.53 | $ 4,586.32 | $ 10,427.69 | $ 1,277.53 | $ 22,045.66 | $ 16,291.54 | $ 216.00 | $ 16,507.54 | | $ 11,164.83 | | |
| 202012 | $ 4,535.64 | $ 1,299.54 | $ 4,665.37 | $ 10,589.11 | $ 1,299.54 | $ 22,389.20 | $ 16,554.02 | $ 248.00 | $ 16,802.02 | $ 49,607.84 | $ 14,451.91 | $ 36,301.05 | $ (13,306.79) |
| 202101 | $ 5,277.49 | $ 1,322.82 | $ 4,748.97 | $ 10,977.50 | $ 1,322.82 | $ 23,649.60 | $ 17,049.29 | $ 152.00 | $ 17,201.29 | | $ 9,673.48 | | |
| 202102 | $ 5,331.00 | $ 1,336.00 | $ 4,796.24 | $ 11,083.50 | $ 1,336.00 | $ 23,882.74 | $ 17,215.74 | $ 200.06 | $ 17,415.80 | | $ 16,352.88 | | |
| 202103 | $ 5,366.11 | $ 1,361.69 | $ 4,888.52 | $ 11,273.31 | $ 1,361.69 | $ 24,251.32 | $ 17,523.52 | $ 80.00 | $ 17,603.52 | $ 52,220.61 | $ 14,116.66 | $ 40,143.02 | $ (12,077.59) |
| 202104 | $ 5,435.00 | $ 1,380.00 | $ 4,954.20 | $ 11,424.50 | $ 1,380.00 | $ 24,573.70 | $ 17,758.70 | $ 80.02 | $ 17,838.72 | | $ 16,434.85 | | |
| 202105 | $ 5,462.06 | $ 1,406.33 | $ 5,048.74 | $ 11,625.48 | $ 1,406.33 | $ 24,948.94 | $ 18,080.55 | $ 48.00 | $ 18,128.55 | | $ 16,750.33 | | |
| 202106 | $ 5,614.15 | $ 1,435.12 | $ 5,152.12 | $ 11,871.25 | $ 1,435.12 | $ 25,507.76 | $ 18,458.49 | $ - | $ 18,458.49 | $ 54,425.76 | $ 16,027.07 | $ 49,212.25 | $ (5,213.51) |
| 202107 | $ 5,685.12 | $ 1,451.70 | $ 5,211.63 | $ 12,015.32 | $ 1,451.70 | $ 25,815.47 | $ 18,678.65 | $ 80.02 | $ 18,758.67 | | $ - | | |
| 202108 | $ 5,850.38 | $ 1,488.12 | $ 5,342.37 | $ 12,338.46 | $ 1,488.12 | $ 26,507.45 | $ 19,168.95 | $ 96.00 | $ 19,264.95 | | $ - | | |
| 202109 | $ 6,022.69 | $ 1,512.66 | $ 5,430.45 | $ 12,569.09 | $ 1,512.66 | $ 27,047.55 | $ 19,512.20 | $ 112.00 | $ 19,624.20 | $ 57,647.82 | $ - | | |
| 202110 | $ 6,071.96 | $ 1,518.46 | $ 5,451.33 | $ 12,624.19 | $ 1,518.46 | $ 27,184.40 | $ 19,593.98 | $ 208.00 | $ 19,801.98 | | $ - | | |
| 202111 | $ 6,146.20 | $ 1,535.40 | $ 5,512.08 | $ 12,767.50 | $ 1,535.40 | $ 27,496.58 | $ 19,814.98 | $ 184.00 | $ 19,998.98 | | $ - | | |
| 202112 | $ 6,163.00 | $ 1,527.00 | $ 5,481.93 | $ 12,712.00 | $ 1,527.00 | $ 27,410.93 | $ 19,720.93 | $ 128.00 | $ 19,848.93 | $ 59,649.89 | $ - | $ - | $ - |
| 202201 | $ 6,311.67 | $ 1,539.22 | $ 5,525.82 | $ 12,843.69 | $ 1,539.22 | $ 27,759.62 | $ 19,908.73 | $ 113.88 | $ 20,022.61 | | $ - | $ - | $ - |
| 202202 | $ 6,301.26 | $ 1,526.42 | $ 5,479.87 | $ 12,735.63 | $ 1,526.42 | $ 27,569.60 | $ 19,741.92 | $ 240.78 | $ 19,982.70 | | $ - | $ - | $ - |
| 202203 | $ 6,482.42 | $ 1,542.46 | $ 5,537.50 | $ 12,911.39 | $ 1,542.46 | $ 28,016.23 | $ 19,991.35 | $ 343.28 | $ 20,334.63 | $ 60,339.94 | $ - | $ - | $ - |
| 202204 | $ 6,489.99 | $ 1,547.33 | $ 5,554.91 | $ 12,944.69 | $ 1,547.33 | $ 28,084.25 | $ 20,046.93 | $ 1,366.00 | $ 21,412.93 | | $ - | $ - | $ - |
| 202205 | $ 6,553.00 | $ 1,948.75 | $ 6,625.75 | $ 13,045.00 | $ 1,559.00 | $ 29,731.50 | $ 21,619.50 | $ 3,267.26 | $ 24,886.76 | $ 46,299.69 | $ - | $ - | $ - |
| **Totals** | $ 158,244.59 | $ 41,470.44 | $ 117,370.63 | $ 340,011.94 | $ 41,080.69 | $ 698,178.29 | $ 498,853.01 | $ 7,491.38 | $ 506,344.39 | $ 506,344.39 | $ 1,068,948.72 | $ 1,068,948.72 | $ 786,541.67 |

Notes:
\* The compensation of the capitation concept includes only the payment related to the PCP services. Excludes administrative and quality inceptives
\*\* Fee for Services payments includes those codes of services related to patient treatments not included as part of the capitation compensation
\*\*\* The diference represents the amount of the payments received by the providers vs the Schedule 6.E for the months were an amount was determined

Case:17-03283-LTS Doc#:22400-3 Filed:09/27/22 Entered:09/27/22 17:10:20 Desc:
Affidavit Declaration of Jampierre Legrand Page 8 of 10

EXHIBIT 5

**TRIPLE S SALUD**
**Monthly Compensation Nov 2018 to May 2022 for Plan Vital Program**
**Community Health Foundation PR**

| Months | Administrative fee | Gynecology | MFS 70% adjustment | PCP fund | P4P | Totals | Capitation* | FFS Claims ** | Totals Payments Capitation + FFS | Quaterly Totals | Monthly Schedule 6.E Amount of FFS Payments | Quaterly Schedule 6.E Amount of FFS Payments | Difference*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ - | | $ - | | | | | |
| 201811 | $ 8,612.00 | $ 3,358.68 | | $ 51,672.00 | $ 6,459.00 | $ 70,101.68 | | $ 990.54 | $ 990.54 | | | | |
| 201812 | $ 13,688.00 | $ 5,338.32 | | $ 82,128.00 | $ 10,266.00 | $ 111,420.32 | $ 142,497.00 | $ 1,588.16 | $ 144,085.16 | $ 145,075.70 | | | |
| 201901 | $ 14,392.00 | $ 5,612.88 | | $ 86,352.00 | $ 10,794.00 | $ 117,150.88 | | $ 2,917.16 | $ 2,917.16 | | | | |
| 201902 | $ 15,588.00 | $ 6,079.32 | | $ 93,528.00 | $ 11,691.00 | $ 126,886.32 | | $ 1,752.74 | $ 1,752.74 | | | | |
| 201903 | $ 16,636.00 | $ 6,488.04 | | $ 99,816.00 | $ 12,477.00 | $ 135,417.04 | $ 297,876.24 | $ 3,923.26 | $ 301,799.50 | $ 306,469.40 | | | |
| 201904 | $ 17,084.00 | $ 6,662.76 | | $ 102,504.00 | $ 12,813.00 | $ 139,063.76 | | $ 1,797.21 | $ 1,797.21 | | | | |
| 201905 | $ 17,348.00 | $ 6,765.72 | | $ 104,088.00 | $ 13,011.00 | $ 141,212.72 | | $ 1,567.20 | $ 1,567.20 | | | | |
| 201906 | $ 17,138.00 | $ 6,683.82 | | $ 102,828.00 | $ 12,853.50 | $ 139,503.32 | $ 329,532.30 | $ 1,383.97 | $ 330,916.27 | $ 334,280.68 | | | |
| 201907 | $ 16,986.00 | $ 6,624.54 | | $ 101,916.00 | $ 12,739.50 | $ 138,266.04 | | $ 1,969.00 | $ 1,969.00 | | | | |
| 201908 | $ 17,054.00 | $ 6,651.06 | | $ 102,324.00 | $ 12,790.50 | $ 138,819.56 | | $ 336.00 | $ 336.00 | | | | |
| 201909 | $ 17,162.00 | $ 6,693.18 | | $ 102,972.00 | $ 12,871.50 | $ 139,698.68 | $ 327,180.78 | $ 1,687.78 | $ 328,868.56 | $ 331,173.56 | | | |
| 201910 | $ 17,306.00 | $ 6,749.34 | | $ 103,836.00 | $ 12,979.50 | $ 140,870.84 | | $ 2,077.41 | $ 2,077.41 | | | | |
| 201911 | $ 17,474.00 | $ 6,814.86 | | $ 104,844.00 | $ 13,105.50 | $ 142,238.36 | | $ 4.00 | $ 4.00 | | | | |
| 201912 | $ 17,330.00 | $ 6,758.70 | | $ 103,980.00 | $ 12,997.50 | $ 141,066.20 | $ 332,982.90 | $ 127.00 | $ 333,109.90 | $ 335,191.31 | | | |
| 202001 | $ 17,432.06 | $ 6,798.51 | | $ 104,592.39 | $ 13,074.05 | $ 141,897.01 | | $ 2,108.61 | $ 2,108.61 | | | | |
| 202002 | $ 17,482.14 | $ 6,818.03 | | $ 104,892.83 | $ 13,111.60 | $ 142,304.60 | | $ 2,139.15 | $ 2,139.15 | | | | |
| 202003 | $ 17,696.00 | $ 6,901.44 | | $ 106,176.00 | $ 13,272.00 | $ 144,045.44 | $ 336,179.19 | $ 894.10 | $ 337,073.29 | $ 341,321.05 | | | |
| 202004 | $ 18,414.00 | $ 7,181.46 | | $ 110,484.00 | $ 13,810.50 | $ 149,889.96 | | $ 543.49 | $ 543.49 | | | | |
| 202005 | $ 20,592.00 | $ 8,030.88 | | $ 123,552.00 | $ 15,444.00 | $ 167,618.88 | | $ 1,385.04 | $ 1,385.04 | | | | |
| 202006 | $ 20,770.00 | $ 8,100.30 | | $ 124,620.00 | $ 15,577.50 | $ 169,067.80 | $ 381,968.64 | $ 2,617.97 | $ 384,586.61 | $ 386,515.14 | | | |
| 202007 | $ 21,028.00 | $ 8,200.92 | $ 47,313.00 | $ 126,168.00 | $ 15,771.00 | $ 218,480.92 | | $ 2,988.71 | $ 2,988.71 | | | | |
| 202008 | $ 21,280.00 | $ 8,299.20 | $ 47,880.00 | $ 127,680.00 | $ 15,960.00 | $ 221,099.20 | | $ 2,591.03 | $ 2,591.03 | | | | |
| 202009 | $ 21,516.00 | $ 8,391.24 | $ 48,411.00 | $ 129,096.00 | $ 16,137.00 | $ 223,551.24 | $ 551,439.36 | $ 4,574.01 | $ 556,013.37 | $ 561,593.11 | | | |
| 202010 | $ 21,644.00 | $ 8,441.16 | $ 48,699.00 | $ 129,864.00 | $ 16,233.00 | $ 224,881.16 | | $ 5,040.96 | $ 5,040.96 | | | | |
| 202011 | $ 21,706.00 | $ 8,465.34 | $ 48,838.50 | $ 130,236.00 | $ 16,279.50 | $ 225,525.34 | | $ 1,922.77 | $ 1,922.77 | | | | |
| 202012 | $ 21,974.00 | $ 8,569.86 | $ 49,441.50 | $ 131,844.00 | $ 16,480.50 | $ 228,309.86 | $ 564,399.36 | $ 2,343.63 | $ 566,742.99 | $ 573,706.72 | | | |
| 202101 | $ 22,024.00 | $ 8,589.36 | $ 49,554.00 | $ 132,144.00 | $ 16,518.00 | $ 228,829.36 | | $ 2,260.32 | $ 2,260.32 | | | | |
| 202102 | $ 22,299.86 | $ 8,696.94 | $ 50,174.68 | $ 133,799.14 | $ 16,724.89 | $ 231,695.52 | | $ 2,006.06 | $ 2,006.06 | | | | |
| 202103 | $ 22,534.00 | $ 8,788.26 | $ 50,701.50 | $ 135,204.00 | $ 16,900.50 | $ 234,128.26 | $ 577,651.89 | $ 1,566.12 | $ 579,218.01 | $ 583,484.39 | | | |
| 202104 | $ 22,956.00 | $ 8,952.84 | $ 51,651.00 | $ 137,736.00 | $ 17,217.00 | $ 238,512.84 | | $ 1,382.76 | $ 1,382.76 | | | | |
| 202105 | $ 23,054.00 | $ 8,991.06 | $ 51,871.50 | $ 138,324.00 | $ 17,290.50 | $ 239,531.06 | | $ 1,640.23 | $ 1,640.23 | | | | |
| 202106 | $ 21,226.00 | $ 8,278.14 | $ 47,758.50 | $ 127,356.00 | $ 15,919.50 | $ 220,538.14 | $ 580,919.04 | $ 1,959.40 | $ 582,878.44 | $ 585,901.43 | | | |
| 202107 | $ 18,758.00 | $ 7,315.62 | $ 42,205.50 | $ 112,548.00 | $ 14,068.50 | $ 194,895.62 | | $ 2,988.71 | $ 2,988.71 | | | | |
| 202108 | $ 19,052.00 | $ 7,430.28 | $ 42,867.00 | $ 114,312.00 | $ 14,289.00 | $ 197,950.28 | | $ 2,591.03 | $ 2,591.03 | | | | |
| 202109 | $ 19,156.00 | $ 7,470.84 | $ 43,101.00 | $ 114,936.00 | $ 14,367.00 | $ 199,030.84 | $ 492,186.24 | $ 4,574.01 | $ 496,760.25 | $ 502,339.99 | | | |
| 202110 | $ 19,216.00 | $ 7,494.24 | $ 43,236.00 | $ 115,296.00 | $ 14,412.00 | $ 199,654.24 | | $ 5,040.96 | $ 5,040.96 | | | | |
| 202111 | $ 19,248.00 | $ 7,506.72 | $ 43,308.00 | $ 115,488.00 | $ 14,436.00 | $ 199,986.72 | | $ 1,922.77 | $ 1,922.77 | | | | |
| 202112 | $ 19,270.00 | $ 7,515.30 | $ 43,357.50 | $ 115,620.00 | $ 14,452.50 | $ 200,215.30 | $ 498,821.76 | $ 2,343.63 | $ 501,165.39 | $ 508,129.12 | | | |
| 202201 | $ 19,312.00 | $ 7,531.68 | $ 43,452.00 | $ 115,872.00 | $ 14,484.00 | $ 200,651.68 | | $ 2,260.32 | $ 2,260.32 | | | | |
| 202202 | $ 19,350.00 | $ 7,546.50 | $ 43,537.50 | $ 116,100.00 | $ 14,512.50 | $ 201,046.50 | | $ 2,006.06 | $ 2,006.06 | | | | |
| 202203 | $ 19,416.00 | $ 7,572.24 | $ 43,686.00 | $ 116,496.00 | $ 14,562.00 | $ 201,732.24 | $ 501,793.92 | $ 1,566.12 | $ 503,360.04 | $ 507,626.42 | | | |
| 202204 | $ 20,896.24 | $ 8,149.53 | $ 47,016.54 | $ 125,377.44 | $ 15,672.18 | $ 217,111.93 | | $ 1,382.76 | $ 1,382.76 | | | | |
| 202205 | $ 20,762.00 | $ 8,097.18 | $ 46,714.50 | $ 124,572.00 | $ 15,571.50 | $ 215,717.18 | $ 359,927.19 | $ 1,640.23 | $ 361,567.42 | $ 362,950.18 | | | |
| **Totals** | **$ 813,862.30** | **$ 317,406.30** | **$ 1,074,775.72** | **$ 4,883,173.80** | **$ 610,396.72** | **$ 7,699,614.84** | **$ 6,275,355.81** | **$ 90,402.39** | **$ 6,365,758.20** | **$ 6,365,758.20** | **$ -** | **$ -** | **$ -** |

Notes:
\* The compensation of the capitation concept includes only the payment related to the PCP services. Excludes administrative and quality inceptives
\*\* Fee for Services payments includes those codes of services related to patient treatments not included as part of the capitation compensation
\*\*\* The diference represents the amount of the payments received by the providers vs the Schedule 6.E for the months were an amount was determined

Case:17-03283-LTS Doc#:22400-3 Filed:09/27/22 Entered:09/27/22 17:10:20 Desc: Affidavit Declaration of Jampierre Legrand Page 9 of 10

EXHIBIT 5

**MMM**
**Monthly Compensation Nov 2019 to May 2022 for Plan Vital Program**
**COMMUNITY HEALTH FOUNDATION PR**

| Months | A Administrative fee | B Gynecology | C MFS 70% adjustment | D PCP fund | E Quality Incentive | F (A-E) Totals | G (B+C+D) Capitation* | H FFS Claims ** | I (G+H) Totals Payments Capitation + FFS | Quaterly Totals | Monthly Schedule 6.E Amount of FFS Payments | Quaterly Schedule 6.E Amount of FFS Payments | Difference*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201811 | $ 13,868.67 | $ 3,467.17 | | $ 45,073.17 | $ 10,401.50 | $ 72,810.50 | | $ 268.24 | $ 268.24 | | | | |
| 201812 | $ 11,330.71 | $ 2,832.68 | | $ 36,824.81 | $ 8,498.03 | $ 59,486.23 | $ 88,197.82 | $ 212.05 | $ 88,409.87 | $ 88,678.11 | | | |
| 201901 | $ 9,400.00 | $ 2,350.00 | | $ 30,550.00 | $ 7,050.00 | $ 49,350.00 | | $ 240.04 | $ 240.04 | | | | |
| 201902 | $ 8,843.00 | $ 2,210.75 | | $ 28,739.75 | $ 6,632.25 | $ 46,425.75 | | $ 112.02 | $ 112.02 | | | | |
| 201903 | $ 8,116.52 | $ 2,029.13 | | $ 26,378.68 | $ 6,087.39 | $ 42,611.71 | $ 92,258.31 | $ 224.03 | $ 92,482.34 | $ 92,834.40 | | | |
| 201904 | $ 7,904.00 | $ 1,976.00 | | $ 25,688.00 | $ 5,928.00 | $ 41,496.00 | | $ 97.69 | $ 97.69 | | | | |
| 201905 | $ 7,366.19 | $ 1,841.55 | | $ 23,940.13 | $ 5,524.65 | $ 38,672.52 | | $ 24.00 | $ 24.00 | | | | |
| 201906 | $ 7,239.87 | $ 1,809.97 | | $ 23,529.57 | $ 5,429.90 | $ 38,009.30 | $ 78,785.21 | $ 3.00 | $ 78,788.21 | $ 78,909.90 | | | |
| 201907 | $ 6,665.29 | $ 1,666.32 | | $ 21,662.19 | $ 4,998.97 | $ 34,992.77 | | $ - | $ - | | | | |
| 201908 | $ 6,376.52 | $ 1,594.13 | | $ 20,723.68 | $ 4,782.39 | $ 33,476.71 | | $ 32.00 | $ 32.00 | | | | |
| 201909 | $ 6,075.87 | $ 1,518.97 | | $ 19,746.57 | $ 4,556.90 | $ 31,898.30 | $ 66,911.86 | $ 108.00 | $ 67,019.86 | $ 67,051.86 | | | |
| 201910 | $ 6,113.81 | $ 1,528.45 | | $ 19,869.87 | $ 4,585.35 | $ 32,097.48 | | $ 288.02 | $ 288.02 | | | | |
| 201911 | $ 5,912.40 | $ 1,478.10 | | $ 19,215.30 | $ 4,434.30 | $ 31,040.10 | | $ 252.00 | $ 252.00 | | | | |
| 201912 | $ 5,750.58 | $ 1,437.65 | | $ 18,689.39 | $ 4,312.94 | $ 30,190.55 | $ 62,218.75 | $ 174.00 | $ 62,392.75 | $ 62,932.77 | $ - | $ - | |
| 202001 | $ 5,502.71 | $ 1,375.68 | | $ 17,883.81 | $ 4,127.03 | $ 28,889.23 | | $ 348.00 | $ 348.00 | | $ 511,371.81 | | |
| 202002 | $ 5,344.55 | $ 1,336.14 | | $ 17,369.79 | $ 4,008.41 | $ 28,058.90 | | $ 72.00 | $ 72.00 | | $ 466,947.94 | | |
| 202003 | $ 5,385.42 | $ 1,346.35 | | $ 17,502.61 | $ 4,039.06 | $ 28,273.45 | $ 56,814.38 | $ 157.58 | $ 56,971.96 | $ 57,391.96 | $ 392,342.37 | $ 1,370,662.12 | $ 1,313,270.16 |
| 202004 | $ 5,646.27 | $ 1,411.57 | | $ 18,350.37 | $ 4,234.70 | $ 29,642.90 | | $ 39.16 | $ 39.16 | | $ 312,320.92 | | |
| 202005 | $ 5,656.00 | $ 1,414.00 | | $ 18,382.00 | $ 4,242.00 | $ 29,694.00 | | $ 122.86 | $ 122.86 | | $ 351,326.06 | | |
| 202006 | $ 5,762.40 | $ 1,440.60 | | $ 18,727.80 | $ 4,321.80 | $ 30,252.60 | $ 59,726.33 | $ 169.01 | $ 59,895.34 | $ 60,057.36 | $ 396,131.50 | $ 1,059,778.48 | $ 999,721.12 |
| 202007 | $ 5,780.13 | $ 1,445.03 | $ 6,502.65 | $ 18,785.42 | $ 4,335.10 | $ 36,848.32 | | $ 410.60 | $ 410.60 | | $ 50,103.55 | | |
| 202008 | $ 5,796.13 | $ 1,449.03 | $ 6,520.65 | $ 18,837.42 | $ 4,347.10 | $ 36,950.32 | | $ 305.32 | $ 305.32 | | $ 53,403.84 | | |
| 202009 | $ 5,830.80 | $ 1,457.70 | $ 6,559.65 | $ 18,950.10 | $ 4,373.10 | $ 37,171.35 | $ 80,507.64 | $ 401.59 | $ 80,909.23 | $ 81,625.15 | $ 59,394.35 | $ 162,901.74 | $ 81,276.59 |
| 202010 | $ 6,154.19 | $ 1,538.55 | $ 6,923.47 | $ 20,001.13 | $ 4,615.65 | $ 39,232.98 | | $ 767.04 | $ 767.04 | | $ 53,589.52 | | |
| 202011 | $ 3,875.73 | $ 968.93 | $ 4,360.20 | $ 12,596.13 | $ 2,906.80 | $ 24,707.80 | | $ 157.01 | $ 157.01 | | $ 55,933.13 | | |
| 202012 | $ 3,848.00 | $ 962.00 | $ 4,329.00 | $ 12,506.00 | $ 2,886.00 | $ 24,531.00 | $ 64,185.41 | $ 385.14 | $ 64,570.55 | $ 65,494.60 | $ 57,804.47 | $ 167,327.12 | $ 101,832.52 |
| 202101 | $ 3,889.29 | $ 972.32 | $ 4,375.45 | $ 12,640.19 | $ 2,916.97 | $ 24,794.23 | | $ 785.88 | $ 785.88 | | $ 54,920.55 | | |
| 202102 | $ 3,984.00 | $ 996.00 | $ 4,482.00 | $ 12,948.00 | $ 2,988.00 | $ 25,398.00 | | $ 232.03 | $ 232.03 | | $ 62,303.47 | | |
| 202103 | $ 3,893.68 | $ 973.42 | $ 4,380.39 | $ 12,654.45 | $ 2,920.26 | $ 24,822.19 | $ 54,422.23 | $ 442.80 | $ 54,865.03 | $ 55,882.94 | $ 71,800.78 | $ 189,024.80 | $ 133,141.86 |
| 202104 | $ 3,999.60 | $ 999.90 | $ 4,499.55 | $ 12,998.70 | $ 2,999.70 | $ 25,497.45 | | $ 873.74 | $ 873.74 | | $ 88,109.17 | | |
| 202105 | $ 4,265.03 | $ 1,066.26 | $ 4,798.16 | $ 13,861.35 | $ 3,198.77 | $ 27,189.58 | | $ 1,191.35 | $ 1,191.35 | | $ 66,316.06 | | |
| 202106 | $ 4,261.07 | $ 1,065.27 | $ 4,793.70 | $ 13,848.47 | $ 3,195.80 | $ 27,164.30 | $ 57,931.36 | $ 1,369.44 | $ 59,300.80 | $ 61,365.89 | $ 91,382.82 | $ 245,808.05 | $ 184,442.16 |
| 202107 | $ 4,216.26 | $ 1,054.06 | $ 4,743.29 | $ 13,702.84 | $ 3,162.19 | $ 26,878.65 | | $ 783.56 | $ 783.56 | | | | |
| 202108 | $ 4,266.45 | $ 1,066.61 | $ 4,799.76 | $ 13,865.97 | $ 3,199.84 | $ 27,198.63 | | $ 1,485.10 | $ 1,485.10 | | | | |
| 202109 | $ 4,266.27 | $ 1,066.57 | $ 4,799.55 | $ 13,865.37 | $ 3,199.70 | $ 27,197.45 | $ 58,964.02 | $ 1,428.80 | $ 60,392.82 | $ 62,661.48 | | | |
| 202110 | $ 4,297.29 | $ 1,074.32 | $ 4,834.45 | $ 13,966.19 | $ 3,222.97 | $ 27,395.23 | | $ 1,005.02 | $ 1,005.02 | | | | |
| 202111 | $ 3,819.07 | $ 954.77 | $ 4,296.45 | $ 12,411.97 | $ 2,864.30 | $ 24,346.55 | | $ 1,945.22 | $ 1,945.22 | | | | |
| 202112 | $ 3,761.42 | $ 940.35 | $ 4,231.60 | $ 12,224.61 | $ 2,821.06 | $ 23,979.05 | $ 54,934.72 | $ 3,888.66 | $ 58,823.38 | $ 61,773.62 | | | |
| 202201 | $ 3,726.32 | $ 931.58 | $ 4,192.11 | $ 12,110.55 | $ 2,794.74 | $ 23,755.31 | | $ 2,273.81 | $ 2,273.81 | | | | |
| 202202 | $ 3,712.71 | $ 928.18 | $ 4,176.80 | $ 12,066.32 | $ 2,784.54 | $ 23,668.55 | | $ 1,175.24 | $ 1,175.24 | | | | |
| 202203 | $ 3,740.65 | $ 935.16 | $ 4,208.23 | $ 12,157.10 | $ 2,805.48 | $ 23,846.61 | $ 51,706.03 | $ 959.11 | $ 52,665.14 | $ 56,114.19 | | | |
| 202204 | $ 4,046.27 | $ 1,011.57 | $ 4,552.05 | $ 13,150.37 | $ 3,034.70 | $ 25,794.95 | | $ 631.96 | $ 631.96 | | | | |
| 202205 | $ 4,056.00 | $ 1,014.00 | $ 4,563.00 | $ 13,182.00 | $ 3,042.00 | $ 25,857.00 | $ 37,472.98 | $ 1,953.64 | $ 39,426.62 | $ 40,058.58 | | | |
| **Totals** | **$ 243,747.11** | **$ 60,936.78** | **$ 111,922.15** | **$ 792,178.12** | **$ 182,810.33** | **$ 1,391,594.49** | **$ 965,037.04** | **$ 27,795.76** | **$ 992,832.80** | **$ 992,832.80** | **$ 3,195,502.31** | **$ 3,195,502.31** | **$ 2,813,684.41** |

Notes:
\* The compensation of the capitation concept includes only the payment related to the PCP services. Excludes administrative and quality inceptives
\*\* Fee for Services payments includes those codes of services related to patient treatments not included as part of the capitation compensation
\*\*\* The diference represents the amount of the payments received by the providers vs the Schedule 6.E for the months were an amount was determined

Case:17-03283-LTS   Doc#:22400-3   Filed:09/27/22   Entered:09/27/22 17:10:20   Desc:
Affidavit Declaration of Jampierre Legrand   Page 10 of 10

EXHIBIT 5

**FIRST MEDICAL CORPORATION**
**Monthly Compensation Nov 2019 to May 2022 Plan Vital Program**
**COMMUNITY HEALTH FOUNDATION PR**

| Months | A<br>Administrative fee | B<br>Gynecology | C<br>MFS 70% adjustment | D<br>PCP fund | E<br>Quality Incentive | F<br>(A-E)<br>Totals | G<br>(B+C+D)<br>Capitation* | H<br>FFS Claims ** | I<br>(G+H)<br>Totals Payments Capitation + FFS Monthy | Totals Payments Capitation + FFS Quaterly | Schedule 6.E Amount of FFS Payments Monthy | Schedule 6.E Amount of FFS Payments Quaterly | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201911 | $ 3,828.76 | $ 1,027.00 | | $ 8,527.57 | $ 1,027.00 | $ 14,410.33 | $ 9,554.57 | $ 1063 | $ 10,617.57 | | $ 202,618.68 | | |
| 201912 | $ 3,835.23 | $ 1,027.00 | | $ 8,533.90 | $ 1,027.00 | $ 14,423.14 | $ 9,560.90 | $ 284.00 | $ 9,844.90 | $ 20,462.47 | $ 140,015.34 | $ 342,634.02 | $ 322,171.55 |
| 202001 | $ 3,527.74 | $ 960.20 | | $ 7,950.27 | $ 960.20 | $ 13,398.42 | $ 8,910.48 | $ 548.42 | $ 9,458.90 | | $ 34,853.85 | | |
| 202002 | $ 3,432.78 | $ 949.00 | | $ 7,834.15 | $ 949.00 | $ 13,164.93 | $ 8,783.15 | $ 594.83 | $ 9,377.98 | | $ 77,836.56 | | |
| 202003 | $ 3,377.50 | $ 938.00 | | $ 7,728.44 | $ 938.00 | $ 12,981.94 | $ 8,666.44 | $ 234.12 | $ 8,900.56 | $ 27,737.43 | $ 173,109.94 | $ 285,800.35 | $ 258,062.92 |
| 202004 | $ 3,410.56 | $ 948.00 | | $ 7,801.84 | $ 948.00 | $ 13,108.40 | $ 8,749.84 | $ 12.68 | $ 8,762.52 | | $ 22,245.25 | | |
| 202005 | $ 3,434.19 | $ 955.00 | | $ 7,862.75 | $ 955.00 | $ 13,206.94 | $ 8,817.75 | $ 288.47 | $ 9,106.22 | | $ 63,354.98 | | |
| 202006 | $ 3,337.57 | $ 934.60 | | $ 7,683.29 | $ 934.60 | $ 12,890.06 | $ 8,617.89 | $ 1,598.61 | $ 10,216.50 | $ 28,085.24 | $ 86,958.35 | $ 172,558.58 | $ 144,473.34 |
| 202007 | $ 3,420.20 | $ 960.31 | $ 3,447.61 | $ 7,879.66 | $ 960.31 | $ 16,668.09 | $ 12,287.58 | $ 1235.36 | $ 13,522.94 | | $ 57,433.91 | | |
| 202008 | $ 3,488.61 | $ 985.27 | $ 3,537.22 | $ 8,065.18 | $ 985.27 | $ 17,061.56 | $ 12,587.68 | $ 1198.57 | $ 13,786.25 | | $ 47,456.34 | | |
| 202009 | $ 3,972.28 | $ 1,127.79 | $ 4,048.74 | $ 9,216.09 | $ 1,127.79 | $ 19,492.69 | $ 14,392.62 | $ 833.49 | $ 15,226.11 | $ 42,535.30 | $ 37,409.20 | $ 142,299.45 | $ 99,764.15 |
| 202010 | $ 4,120.91 | $ 1,173.18 | $ 4,211.72 | $ 9,580.39 | $ 1,173.18 | $ 20,259.39 | $ 14,965.29 | $ 2,041.46 | $ 17,006.75 | | $ 10,684.31 | | |
| 202011 | $ 4,090.44 | $ 1,167.33 | $ 4,190.71 | $ 9,528.20 | $ 1,167.33 | $ 20,144.01 | $ 14,886.24 | $ 1,087.30 | $ 15,973.54 | | $ 11,164.83 | | |
| 202012 | $ 3,337.87 | $ 956.36 | $ 3,433.34 | $ 7,792.75 | $ 956.36 | $ 16,476.68 | $ 12,182.45 | $ 778.90 | $ 12,961.35 | $ 45,941.64 | $ 14,451.91 | $ 36,301.05 | $ (9,640.59) |
| 202101 | $ 2,416.59 | $ 605.73 | $ 2,174.57 | $ 5,026.65 | $ 605.73 | $ 10,829.26 | $ 7,806.95 | $ 760.31 | $ 8,567.26 | | $ 9,673.48 | | |
| 202102 | $ 2,976.23 | $ 745.87 | $ 2,677.68 | $ 6,187.78 | $ 745.87 | $ 13,333.44 | $ 9,611.34 | $ 591.09 | $ 10,202.43 | | $ 16,352.88 | | |
| 202103 | $ 3,326.38 | $ 844.09 | $ 3,030.33 | $ 6,988.18 | $ 844.09 | $ 15,033.08 | $ 10,862.60 | $ 715.89 | $ 11,578.49 | $ 30,348.18 | $ 14,116.66 | $ 40,143.02 | $ 9,794.84 |
| 202104 | $ 3,390.20 | $ 860.81 | $ 3,090.29 | $ 7,126.28 | $ 860.81 | $ 15,328.39 | $ 11,077.38 | $ 1,338.13 | $ 12,415.51 | | $ 16,434.85 | | |
| 202105 | $ 3,832.16 | $ 986.67 | $ 3,542.17 | $ 8,156.38 | $ 986.67 | $ 17,504.06 | $ 12,685.23 | $ 2,159.07 | $ 14,844.30 | | $ 16,750.33 | | |
| 202106 | $ 3,827.17 | $ 978.32 | $ 3,512.20 | $ 8,092.63 | $ 978.32 | $ 17,388.64 | $ 12,583.15 | $ 1,798.04 | $ 14,381.19 | $ 41,641.00 | $ 16,027.07 | $ 49,212.25 | $ 7,571.25 |
| 202107 | $ 4,074.27 | $ 1,040.37 | $ 3,734.94 | $ 8,610.83 | $ 1,040.37 | $ 18,500.77 | $ 13,386.14 | $ 878.69 | $ 14,264.83 | | $ - | | |
| 202108 | $ 3,840.31 | $ 976.83 | $ 3,506.84 | $ 8,099.22 | $ 976.83 | $ 17,400.03 | $ 12,582.89 | $ 1,106.53 | $ 13,689.42 | | $ - | | |
| 202109 | $ 3,939.78 | $ 989.52 | $ 3,552.36 | $ 8,222.15 | $ 989.52 | $ 17,693.33 | $ 12,764.03 | $ 891.18 | $ 13,655.21 | $ 41,609.46 | $ - | | |
| 202110 | $ 4,947.68 | $ 1,237.30 | $ 4,441.97 | $ 10,286.70 | $ 1,237.30 | $ 22,150.96 | $ 15,965.97 | $ 614.06 | $ 16,580.03 | | $ - | | |
| 202111 | $ 5,341.95 | $ 1,334.49 | $ 4,790.80 | $ 11,096.83 | $ 1,334.49 | $ 23,898.55 | $ 17,222.12 | $ 1,000.00 | $ 18,222.12 | | $ - | | |
| 202112 | $ 5,345.04 | $ 1,324.33 | $ 4,754.36 | $ 11,024.84 | $ 1,324.33 | $ 23,772.90 | $ 17,103.53 | $ 531.32 | $ 17,634.85 | $ 52,437.00 | $ - | $ - | $ - |
| 202201 | $ 5,451.85 | $ 1,329.54 | $ 4,773.06 | $ 11,094.04 | $ 1,329.54 | $ 23,978.02 | $ 17,196.63 | $ 950.81 | $ 18,147.44 | | $ - | $ - | $ - |
| 202202 | $ 5,506.04 | $ 1,333.78 | $ 4,788.31 | $ 11,128.38 | $ 1,333.78 | $ 24,090.30 | $ 17,250.47 | $ 544.00 | $ 17,794.47 | | $ - | $ - | $ - |
| 202203 | $ 5,679.98 | $ 1,351.52 | $ 4,852.03 | $ 11,313.12 | $ 1,351.52 | $ 24,548.17 | $ 17,516.67 | $ 707.49 | $ 18,224.16 | $ 54,166.08 | $ - | $ - | $ - |
| 202204 | $ 5,820.10 | $ 1,387.62 | $ 4,981.54 | $ 11,608.55 | $ 1,387.62 | $ 25,185.42 | $ 17,977.70 | $ 156.00 | $ 18,133.70 | | $ - | $ - | $ - |
| 202205 | $ 6,115.45 | $ 1,818.63 | $ 6,183.34 | $ 12,173.97 | $ 1,454.90 | $ 27,746.28 | $ 20,175.93 | | $ 20,175.93 | $ 38,309.64 | $ - | $ - | $ - |
| **Totals** | **$ 126,445.80** | **$ 33,254.48** | **$ 91,256.13** | **$ 272,221.01** | **$ 32,890.75** | **$ 556,068.17** | **$ 396,731.61** | **$ 26,541.82** | **$ 423,273.43** | **$ 423,273.43** | **$ 1,068,948.72** | **$ 1,068,948.72** | **$ 832,197.46** |

Notes:
* The compensation of the capitation concept includes only the payment related to the PCP services. Excludes administrative and quality inceptives
** Fee for Services payments includes those codes of services related to patient treatments not included as part of the capitation compensation
*** The diference represents the amount of the payments received by the providers vs the Schedule 6.E for the months were an amount was determined