KEIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAY ALIX,<br><br>                *Plaintiff*,<br><br>v.<br><br>MCKINSEY & CO., INC.; MCKINSEY HOLDINGS, INC.; MCKINSEY & COMPANY INC. UNITED STATES; MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC; DOMINIC BARTON; KEVIN CARMODY; JON GARCIA; SETH GOLDSTROM; MARK HOJNACKI; VIRGINIA MOLINO; ALISON PROSHAN; ROBERT STERNFELS; and JARED YERIAN,<br><br>                *Defendants*. | Case No. 18-cv-04141 (JMF) |

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE OF MARTIN J. BIENENSTOCK

PLEASE TAKE NOTICE that, upon consideration of the accompanying Affirmation of Martin J. Bienenstock, the undersigned firm of Proskauer Rose LLP hereby moves the Court for an Order, pursuant to Local Rule 1.4, granting its Motion for Withdrawal of Appearance of Martin J. Bienenstock as attorney of record for the following Defendants in the above-captioned matter: McKinsey & Co., Inc.; McKinsey Holdings, Inc.; McKinsey & Company Inc. United States; McKinsey Recovery & Transformation Services U.S., LLC; Dominic Barton; Jon Garcia; Alison Proshan; Kevin Carmody; and Robert Sternfels.

As addressed in Mr. Bienenstock's Affirmation, Proskauer Rose LLP now represents only Seth Goldstrom, who is also represented by counsel from Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C. McKinsey & Co., Inc., McKinsey Holdings, Inc., McKinsey & Company

Inc. United States, and McKinsey Recovery & Transformation Services U.S., LLC will continue to be represented by counsel from Debevoise & Plimpton LLP and Kobre & Kim LLP. Dominic Barton will continue to be represented by counsel from Driscoll & Redlich. Kevin Carmody will continue to be represented by Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C. Jon Garcia, Alison Proshan, and Robert Sternfels will continue to be represented by counsel from Kramer Levin Robbins Russell.

The partial withdrawal of Mr. Bienenstock's appearance in this matter will not affect the progress of this case, and Mr. Bienenstock does not and cannot assert a retaining or charging lien.

Accordingly, it is submitted that proper grounds exist for the withdrawal of Mr. Bienenstock as an attorney of record for McKinsey & Co., Inc.; McKinsey Holdings, Inc.; McKinsey & Company Inc. United States; McKinsey Recovery & Transformation Services U.S., LLC; Dominic Barton; Jon Garcia; Alison Proshan; Kevin Carmody; and Robert Sternfels.

September , 2022                                         Respectfully submitted,

                                                         PROSKAUER ROSE LLP

                                                         By: /s/ Martin J. Bienenstock
                                                         Martin J. Bienenstock (Reg #)
                                                         Proskauer Rose LLP
                                                         11 Times Square
                                                         New York, NY 10036
                                                         (212) 969-3000
                                                         Fax: (212) 969-2900
                                                         Email: mbienenstock@proskauer.com

**IT IS SO ORDERED.**

Dated: September 23, 2022                                _____
                                                         UNITED STATES DISTRICT JUDGE