**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>*(Jointly Administered)*<br><br><br><br>**Re: ECF No. 22038, 22345** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br><br><br>**Re: ECF No. 2995** |

**THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY'S STATUS REPORT REGARDING THE GOVERNMENT OF PUERTO RICO'S RESPONSE TO RECENT ACTIVITIES, INCLUDING <u>THE PASSING OF HURRICANE FIONA</u>**

To the Honorable United States District Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through its undersigned counsel, submits this status report on behalf of the Government of the Commonwealth of Puerto Rico (the "Government") in response to the Court's *Order Regarding Procedures for September 21–22, 2022, Omnibus Hearing* [ECF No. 22038] and the *Order Rescheduling the September 21, 2022, Omnibus Hearing to September 28, 2022* [ECF No. 22345], and states as follows:

## PRELIMINARY STATEMENT[2]

In the ten (10) days since Hurricane Fiona struck Puerto Rico, the Government has continued to work tirelessly to reestablish electric and water services to Puerto Rico's residents. Electricity and water service restoration continues to be the Government's main priorities. As detailed in the September 20 Report and upon Governor Pedro Pierluisi's (the "Governor") request, President Joseph R. Biden, Jr. declared a state of emergency for Puerto Rico and ordered federal assistance to supplement local response efforts due to the emergency conditions. To ensure Puerto Rico's recovery, the Government continues to work closely on recovery efforts with multiple federal and Commonwealth agencies, including the Federal Emergency Management Agency ("FEMA") and the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), members of Congress, different states, private sector stakeholders, non-profit entities, and Puerto Rico's mayors, with a particular focus on safeguarding the safety and well-being of Puerto Rico's residents and providing accurate and timely information. In addition, the Government continues to provide updated information to the public through the Puerto Rico

---

[2] Defined terms not otherwise defined herein shall have the same meaning given to them in *Status Report of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Government of Puerto Rico's Recent Activities and Response to the Ongoing Covid-19 Pandemic* (the "August Report") [ECF No. 21855] and the *AAFAF's Status Report Regarding The Impact Of Hurricane Fiona And The Government Of Puerto Rico's Response* (the "September 20 Report") [ECF No. 22333].

2

Emergency Portal System ("PREPS") on the status of the restoration of the electric energy service, the status of telecommunication systems, national security concerns, and emergency contact information, among other information.[3]

The following are the most important developments resulting from the Government's response to the passing of Hurricane Fiona since the September 20 Report:

(a) President Biden granted the Governor's request for a declaration of major disaster for all 78 municipalities in Puerto Rico. In that regard, all municipalities have access to Public Assistance Programs for response and reconstruction projects, and, as of September 26, 2022, all 78 municipalities have been included in the Individual Assistance program;[4]

(b) 71% of electric and 87% of water services have been reestablished;

(c) 67% of hospitals and centers for diagnostics and treatment ("CDTs") have been energized;

(d) 88% of telecommunication antennas are in service; and

(e) due to Hurricane Fiona's heavy impact on the agricultural industry, the period to make claims, through the Puerto Rico Department of Agriculture ("DOA") to the Agricultural Insurance Corporation ("CSA" for its initials in Spanish) was extended to October 7, 2022.[5]

The Government will continue its efforts to monitor and audit the restoration of the electric and water services until the entire Island has been reenergized.

---

[3] *See* https://www.preps.pr.gov/

[4] *See* FEMA Press Release, dated September 26, 2022, ADDITIONAL MUNICIPALITIES CAN NOW APPLY FOR FEMA ASSISTANCE DUE TO HURRICANE FIONA, (https://www.fema.gov/press-release/20220926/additional-municipalities-can-now-apply-fema-assistance-due-hurricane-fiona).

[5] *See* PREPS data, https://www.preps.pr.gov/ (last visited September 27, 2022).

As part of the Government's public policy of prioritizing the restoration, improvement, and modernization of the Island's infrastructure, the Puerto Rico Aqueducts and Sewer Authority ("PRASA") and the Puerto Rico Electric Power Authority ("PREPA") can now request fund advances from the Working Capital Advance ("WCA") program to develop reconstruction projects (for which no capital is otherwise available), thereby allowing for the purchase of necessary materials and equipment in furtherance of such endeavors[6].

While the Government continues to heavily focus on addressing the aftermath of Hurricane Fiona, the Puerto Rico Department of Health ("DOH") also continues to monitor COVID-19 infections. The DOH has observed a significant reduction in the positivity rate, due, in part, to the initiatives implemented to curb its transmission. Based on its observance of reductions in COVID-19 transmissions, the DOH has been periodically adjusting prevention measures, and, on September 13, 2022, through the issuance of the *School Year 2022-2023 COVID-19 Prevention Guidelines for Educational Institutions*, modified the use of facemasks in schools to recommend the same as opposed to making their use mandatory.[7]

I. **Government Response to the Passing of Hurricane Fiona**

As mentioned above, in Hurricane Fiona's aftermath, the Government implemented several measures in order to save lives, restore services to critical areas (such as healthcare facilities), and reconstruct and rehabilitate crucial sectors. Among such measures are the following:

---

[6] *See* COR3 Press Release, COR3 INCLUYE A LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS EN EL WORKING CAPITAL ADVANCE, (August 18, 2022), https://recovery.pr.gov/es/press-releases/cor3-incluye-a-la-autoridad-de-acueductos-y-alcantarillados-en-el-working-capital-advance; *see also*, COR3 Press Release, COR3 ADELANTA MILES DE MILLONES PARA LA RECONSTRUCCIÓN DE LA RED ELÉCTRICA, (August 21, 2022) (https://recovery.pr.gov/es/press-releases/cor3-adelanta-miles-de-millones-para-la-reconstruccion-de-la-red-electrica-)

[7] *See* DOH Website, GUÍA ACTUALIZADO PARA LA PREVENCIÓN DE COVID-19 EN LAS INSTITUCIONES EDUCATIVAS: AÑO ACADÉMICO 2022-2023, (September 13, 2022) (https://www.salud.gov.pr/CMS/DOWNLOAD/6578)

1. **Disaster Declarations.** At this juncture, although the Government is still assessing the magnitude of damages caused by Hurricane Fiona, as mentioned above, a declaration of major disaster has been granted for all 78 municipalities in Puerto Rico. As a result, all these municipalities have access to Public Assistance Programs for response and reconstruction projects, and, as of today, all 78 municipalities have been included in the Individual Assistance Program.

2. **National Security Endeavors.** The Government continues devoting resources (with 8,500 soldiers of the Puerto Rico National Guard ("PRNG"), and national guard members from several states) for rescue and restoration operations directed to saving lives, restoring utility services, assisting with purification of water,[8] and assisting with the distribution of diesel to healthcare facilities, PRASA, PREPA, telecommunication providers, and supermarkets. The PRNG has been active in several, crucial endeavors, including (i) the purification of more than 4,000 gallons of water and the distribution of 1,513 purified gallons of water in communities nearby Comerío, (ii) the distribution of diesel to sites such as health care facilities and prison facilities, among others, (iii) assisting in the clearing of municipal roads, such as certain roads in Aguas Buenas.[9] Moreover, FEMA continues to support the Government's response to Hurricane Fiona, and, as of September 22, 2022, FEMA had, among other things:[10]

   (i) Activated five (5) FEMA assistance and incident management teams, and two (2) search and rescue teams to reinforce Puerto Rico's response efforts;

   (ii) Positioned supplies throughout four (4) warehouses, including more than seven (7) million liters of water, more than four (4) million ready-to-consume meals, more than 215 generators, among other emergency supplies;

---

[8] *See* https://www.preps.pr.gov/; *See also* PRNG Official Website (https://es-la.facebook.com/puertoriconationalguard/).

[9] *Id.*

[10] *See* COR3 Website, FEMA CONTINÚA APOYANDO LOS ESFUERZOS DE LA RESPUESTA TRAS FIONA, (September 22, 2022) (https://recovery.pr.gov/es/press-releases/fema-continua-apoyando-los-esfuerzos-de-la-respuesta-tras-fiona)

(iii) Assisted with the U.S. Department of Health and Human Services' declaration of a public health emergency in Puerto Rico, thereby granting beneficiaries of Medicare and Medicaid Service Centers and their providers with medical attention and more flexibility to satisfy emergency health needs;

(iv) Activated the American Red Cross, to assist local Governments in providing support where necessary, with more than 190 volunteers assisting with the assessment of damages and delivering emergency supplies in shelters; and

(v) Commenced endeavors to identify mental health and counseling resources to assist Puerto Rico residents with traumas caused by Hurricane Maria.

3. **Restoration of Utility Services.** As mentioned above, at this juncture, 71% of electric and 87% of water services have been reestablished. Through a press release issued on September 26, 2022, LUMA Energy ("LUMA") indicated that it expects that, by Wednesday, September 28, 2022, 64-77% of Puerto Rico residents will have their services restored, and that, by Friday, September 30, 2022, 77-91% of services will be restored.[11]

4. **Public Health Measures.** 67% of hospitals and centers for diagnostics and treatment ("CDTs") have been energized, and the Government continues to prioritize reestablishing all necessary services for such facilities. Furthermore, on September 26, 2022, the DOH issued (a) public health guidelines for emergencies and disasters to provide orientation to Puerto Rico residents in preparation for events observed over the past years, like hurricanes, earthquakes, heatwaves, floods and COVID-19,[12] and (b) informative material regarding the prevention of leptospirosis, a bacterial disease that affects humans and animals which has a higher

---

[11] *See* LUMA Website, ACTUALIZACIÓN DE LUMA SOBRE ESFUERZOS DE RESTABLECIMIENTO TRAS EL PASO DEL HURACÁN FIONA: A LAS 4:00 P. M., SE HABÍA RESTABLECIDO EL SERVICIO DE 877,842 CLIENTES, UN 60 % DEL TOTAL (September 26, 2022) (https://lumapr.com/news/actualizacion-de-luma-continuan-las-evaluaciones-de-danos-y-los-esfuerzos-de-restablecimiento-en-todo-puerto-rico-tras-el-paso-del-huracan-fiona/).

[12] *See* DOH Website, SALUD PÚBLICA EN EMERGENCIAS Y DESASTRES (September 26, 2022) (https://www.salud.gov.pr/CMS/245).

6

incidence in tropical climates, especially after heavy rainfall or flooding due to hurricanes.[13] As of September 26, 2022, the DOH is investigating seven (7) possible leptospirosis cases.[14] Furthermore, as of September 27, 2022, there are twenty one (21) fatalities associated with Hurricane Fiona, eight (8) of which have been confirmed and thirteen (13) of which are still under investigation.

5. **Economic Assistance Programs.** On September 26, 2022, the Puerto Rico Department of Economic Development and Commerce ("DDEC" for its initials in Spanish) announced that its incentive program for small and medium businesses—which provides grants of up to $50,000.00 for damages caused by Hurricane Fiona—increased its funding from $2 million to $5 million.[15] DDEC further stated that within seventy-two (72) hours of the emergency, over 13,600 applications had been received for such program.[16] Moreover, the Government has made available several incentive and assistance programs for the agricultural industry, such as (i) the leasing of Agricultural Machinery Emergency Program, providing an economic stimulus of up to $10,000.00 for the reestablishment of access to, and reconstruction of, agricultural premises, removal of debris; and (ii) an emergency incentive program providing an economic stimulus of $5,000.00 per agriculturist that does not have an insurance policy with the CSA.[17]

---

[13] *See* DOH Website, VIGILANCIA EPIDEMIOLÓGICA Y MANEJO CLÍNICO DE LEPTOSPIROSIS (September 26, 2022) (https://www.salud.gov.pr/CMS/493); *see also* CDC Website, LEPTOSPIROSIS (https://www.cdc.gov/leptospirosis/index.html).

[14] *See* El Nuevo Día, SALUD INVESTIGA SIETE CASOS SOSPECHOSOS DE LEPTOSPIROSIS (September 26, 2022) (https://www.elnuevodia.com/noticias/locales/notas/salud-investiga-siete-casos-sospechosos-de-leptospirosis/).

[15] *See* DDEC Website, AUMENTA A $5 MILLONES INCENTIVO DE EMERGENCIA A PYMES, (September 26, 2022) (https://www.ddec.pr.gov/aumenta-a-5-millones-incentivo-de-emergencia-a-pymes).

[16] *Id*.

[17] *See* Noticel, AGRICULTURA ANUNCIA MÁS DE $2 MILLONES DE AYUDA BAJO EL PROGRAMA DE EMERGENCIA, (September 23, 2022) (https://www.noticel.com/ahora/20220923/agricultura-anuncia-mas-de-2-millones-de-ayudas-bajo-el-programa-de-emergencia/); *See also*, https://www.preps.pr.gov/.

6. **Reopening of Public Schools.** On September 26, 2022, the Puerto Rico Department of Education announced that, as of today, 405 public schools—all of which have electric power and water services—are available to provide educational services.[18]

7. **Consumer Protection and Supply of Emergency Items.** On September 25, 2022, the Department of Consumer Affairs ("DACO" for its acronym in Spanish) issued Administrative Order 2022-018. Through such order, Administrative Order 2022-017 is extended by ten (10) days in order to (i) maintain the price freezes for certain items deemed important during emergencies, and (ii) prohibit the rationing or limitation of fuel for consumer use.[19] In that same vein, five (5) of Puerto Rico's major fuel importers have reported enough supplies to cover the Island's demand for such items.[20] Further, there are approximately 1.7 million pounds and 6,000 boxes of food, that have been made available for distribution to Puerto Rico's residents.

8. The Government will continue to focus its resources and efforts on safeguarding the welfare and safety of the Island's residents through these measures and several others. The Government is confident its efforts will pave the way for Puerto Rico's prompt recovery.

II. **Considerable Reduction in Positivity Rates for the COVID-19 Virus**

9. As detailed in previous reports, the DOH maintains a "dashboard" to provide daily updates on COVID-19 related statistics.[21]

---

[18] *See* El Nuevo Día, EDUCACIÓN ANUNCIA REINICIO DE CLASES EL MARTES EN 172 ESCUELAS ADICIONALES, (September 26, 2022) (https://www.elnuevodia.com/noticias/locales/notas/educacion-anuncia-reinicio-de-clases-el-martes-en-172-escuelas-adicionales/).

[19] *See* DACO Website, ORDEN 2022-017 PARA CONGELAR LOS PRECIOS DE ARTÍCULOS DE PRIMERA NECESIDAD ANTE VIGILANCIA POR EL POSIBLE PASO DE LA TORMENTA TROPICAL FIONA POR PUERTO RICO Y PARA EXTENDER LA ORDEN 2022-003, DE CONGELACIÓN DE MÁRGENES BRUTOS DE GANANCIA EN LOS COMBUSTIBLES (September 25, 2022) (https://www.daco.pr.gov/2022/09/orden-2022-017-para-congelar-los-precios-de-articulos-de-primera-necesidad-ante-vigilancia-por-el-posible-paso-de-la-tormenta-tropical-fiona-por-puerto-rico/).

[20] *See* https://www.preps.pr.gov/.

[21] https://covid19datos.salud.gov.pr/.

10. Since the August Report, the Government has observed a reduction in the rate of COVID-19 infections, with a positivity rate of approximately 15.8% as of today,[22] which is a considerable reduction compared to the 27.9% positivity rate observed on August 16, 2022. With these considerations in mind, on September 13, 2022, the DOH issued Administrative Order 2022-548 ("OA 2022-548"), through which it eliminated the mandatory use of facemasks in indoor and outdoor spaces, subject to certain exceptions, including health care facilities and clinical labs, and centers for the care of elders.[23]

### III. Status of COVID-19 Vaccination Process and Infections

11. The Government continues to promote COVID-19 vaccinations, including first and second booster-shots, as well as social distancing and the constant washing of hands, as the best way to combat COVID-19's spread.

12. As noted in the August Report, the DOH adopted the Centers for Disease Control and Prevention ("CDC")'s definition of being "up-to-date with vaccinations," which distinguishes between (i) "non-vaccinated"; (ii) "not up-to-date with vaccinations" and (iii) "up-to-date with vaccinations," indicating that such distinction provides the most accurate available data.

13. Based on those definitions, as of September 26, 2022, in Puerto Rico, there are (i) 1,044,511 individuals (or 32.71% of the population) with "up-to-date vaccinations;" (ii) 1,835,872 individuals with "not up-to-date with vaccinations;" and (iii) 313,311 non-vaccinated individuals.[24]

14. As stated in the August Report, and as detailed above, the Government continues promoting several programs to reach and encourage eligible individuals to get vaccinated, which

---

[22] COVID-19 In Figures In Puerto Rico, https://covid19datos.salud.gov.pr/ (last visited September 27, 2022).

[23] *See* DOH Website, OA 2022-548 (http://www.salud.pr.gov/CMS/DOWNLOAD/6576).

[24] https://covid19datos.salud.gov.pr/.

9

efforts have helped to achieve favorable results. As of today, Puerto Rico has had 411,651 confirmed cases, 540,039 probable cases, and 5,118 reported deaths.

15. The Government will continue to work closely with experts from various sectors to monitor the virus and to adopt or modify any necessary measure or restriction that may be required on a timely basis.

## IV. Update on Funding Related to COVID-19 and Disaster Relief Funds

### A. Update on Disaster Relief Funds[25]

16. The Government continues to disburse federal aid, pursuant to the Governor's public policy of restoring crucial infrastructure. The various disbursements made, and important developments, since the August Report include:

- On August 18, 2022, the Central Office of Recovery, Reconstruction, and Resilience ("COR3") announced that, from that date onward, PRASA could request fund advances from the WCA program, to develop reconstruction projects for which no capital is otherwise available, thereby allowing PRASA to continue transforming the infrastructure of the aqueducts system.[26] It is estimated that PRASA will be able to request WCA assistance for 14 permanent projects, estimated in $470.5 million, of which 25% or $117.6 million will correspond to WCA.

- Further, on August 21, 2022, COR3 disbursed $147.5 million corresponding to the WCA for the purchase of necessary materials and equipment for the rehabilitation of Puerto Rico's electric grid system and its infrastructure.[27] COR3 explained that such funds correspond to 25% of over $590 million devoted by FEMA for PREPA's commencement of reconstruction projects. As of August 21, 2022, PREPA is developing seven (7) reconstruction projects for energy generation plants in San Juan, Arecibo, Mayagüez, Salinas, and Bayamón.

---

[25] The data and information provided herein has been obtained by AAFAF directly from COR3.

[26] *See* COR3 Press Release, COR3 INCLUYE A LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS EN EL WORKING CAPITAL ADVANCE, (August 18, 2022), https://recovery.pr.gov/es/press-releases/cor3-incluye-a-la-autoridad-de-acueductos-y-alcantarillados-en-el-working-capital-advance.

[27] *See* COR3 Press Release, COR3 ADELANTA MILES DE MILLONES PARA LA RECONSTRUCCIÓN DE LA RED ELÉCTRICA, (August 21, 2022), https://recovery.pr.gov/es/press-releases/cor3-adelanta-miles-de-millones-para-la-reconstruccion-de-la-red-electrica-.

- On August 23, 2022, the Governor further announced that, through the WCA, municipalities have already commenced reconstruction projects for municipal highways, bridges, recreational installations, buildings, water control installations, and other basic services, and explained that COR3's estimates are that municipalities will be able to receive advances of approximately $375 million for such projects.[28]

- On August 30, 2022, the Government announced that the development of reconstruction projects for damages associated with Hurricane Maria continue ascending, and that, out of 5,665 reconstruction projects, 2,144 of permanent projects, valued in $1,236 million, are already in the construction phase.[29]

- On September 11, 2022, PRASA announced that such entity continues as planned with its investment of $44.5 million for infrastructure reconstruction projects, for which public bidding processes will commence.[30] These projects include, among others, the design and construction of a sanitary sewage plant in Caguas, the rehabilitation of the distribution system in Aibonito, the design and construction for improvements to several wells in the southern zone of Puerto Rico, and the installation of electric generators for different critical installations in the southern region of the Island.

17. As of September 19, 2022, the United States Congress had appropriated $80,000,304,542 for Puerto Rico's recovery efforts. Of this amount, approximately $67,781,223,833 has been committed by federal agencies for distribution, and $24,490,648,222—around 30.6% of the appropriated amounts—has been disbursed. Of the amounts obligated and disbursed, FEMA has committed $43,531,574,744 and disbursed $16,667,052,986 of the total amounts detailed above. Furthermore, of the amounts obligated and disbursed, other federal agencies that provide financial assistance when major disasters and emergencies occur have approved $30,211,760,603 and disbursed $4,470,048,077 of the total amounts detailed above. The

---

[28] *See* COR3 Press Release, GOBERNADOR PARTICIPA DE LA CUMBRE DE ALCALDES DE FEMA Y HABLA SOBRE LOS AVANCES EN LA RECONSTRUCCIÓN, (August 23, 2022), https://recovery.pr.gov/es/press-releases/gobernador-participa-de-la-cumbre-de-alcaldes-de-fema-y-habla-sobre-los-avances-en-la-reconstruccion.

[29] *See* COR3 Press Release, CONTINÚA SIN PAUSA PROGRESO DE PROYECTOS DE RECONSTRUCCIÓN BAJO FONDOS ADMINISTRADOS POR COR3, (August 30, 2022), https://recovery.pr.gov/es/press-releases/continua-sin-pausa-progreso-de-proyectos-de-reconstruccion-bajo-fondos-administrados-por-cor3.

[30] *See* COR3 Press Release, CONTINÚA MILLONARIA INVERSIÓN EN PROYECTOS DE INFRAESTRUCTURA DENTRO DE LA AAA, (September 11, 2022), https://recovery.pr.gov/es/press-releases/continua-millonaria-inversion-en-proyectos-de-infraestructura-dentro-de-la-aaa.

11

Government's use of these funds is detailed on the COR3 website and can be accessed at https://recovery.pr/en. *See also* **Exhibit A**, AAFAF Dashboard dated September 9, 2022.

Dated: September 27, 2022
       San Juan, Puerto Rico

Respectfully submitted,

| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
|---|---|
| */s/ John J. Rapisardi* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Maria J. DiConza | USDC No. 222301 |
| Matthew P. Kremer | Carolina Velaz-Rivero |
| 7 Times Square | USDC No. 300913 |
| New York, NY 10036 | 250 Ponce de León Ave., Suite 900 |
| Telephone: (212) 326-2000 | San Juan, Puerto Rico 00918 |
| Facsimile: (212) 326-2061 | Tel: (787) 705-2171 |
| Email: jrapisardi@omm.com | Fax: (787) 936-7494 |
|     mdiconza@omm.com | lmarini@mpmlawpr.com |
|     mkremer@omm.com | cvelaz@mpmlawpr.com |
| | |
| -and- | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |
| | |
| Peter Friedman | |
| 1625 Eye Street, NW | |
| Washington, DC 20006 | |
| Telephone: (202) 383-5300 | |
| Facsimile: (202) 383-5414 | |
| Email: pfriedman@omm.com | |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | |