**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| The Line Contractors Corp | 151 | 9/13/2017 | Commonwealth of Puerto Rico | $10,558.00 |
| Treatment: | Claim to be Disallowed ||||
| Reason: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. ||||

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| The Line Contractors Corp | 151 | 9/13/2017 | Commonwealth of Puerto Rico | $10,558.00 |
| Tratamiento: | Reclamo a ser desestimado ||||
| Base para: | Proof of claim is associated with an incomplete administrative file. Claimant failed to respond to multiple mailings requesting information necessary to complete the claimant's administrative file, and informing claimant that ongoing failure to respond would force Debtor(s) to object to the proof of claim. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

September 22, 2022

**United States District Court
for the District of Puerto Rico
In Re: The Financial Oversight and Management Board for Puerto Rico as representative of The
Commonwealth of Puerto Rico, et al. Debtors
PROMESA Title III
No. 17 BK 3283-LTS**

To whom it may concern:

I am writing this letter to respectfully oppose to the disallow of my claim #151. The reason I haven't been able to be as diligent on my responses by mail obeys to not having immediate access to your mail letters. Since 2017, after Hurricane Maria devastated Puerto Rico, I have been living in the mainland. I still have this mailbox active and received correspondence through it. But I completely depend on my elderly parents who live in Camuy, Puerto Rico (two hours away) to check on it whenever they have a chance and resend it to my current mainland mailbox. That, of course, makes your communications to get late to me and for me to be late for "deadlines" like the ones you impose for the "disallow" objection.

I respectfully oppose to the disallow of my claim and ask that you still reconsider my long time claim #151 for the total of $10,558.00 that the Department of Treasury of the Commonwealth of Puerto Rico owes to The Line Contractors, Corp. This claim is related to Tax Refund for Tax period 2015 ($10,528.00) and 2016 ($30.00). Please, accept the proof of evidence related I am providing here. If you need anything else don't hesitate to contact me directly and immediately by phone, email or regular mail to my most current and accessible mailbox.

Here my actual and most current contact information: Phone: 787-530-6436; Email: luckmas@hotmail.com, Mailbox: Po Box 228572 Miami, FL 33222.

Sincerely,

Lucas G. Martinez
President
The Line Contractors Corp.
SS XXX-XX-7382