SRF 63251

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ALTERNATIVE DISPUTE RESOLUTION AND ADMINISTRATIVE CLAIMS RECONCILIATION

To the Honorable United States District Judge Laura Taylor Swain:

1. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation Of Claims, (B) Approving Additional Form Of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Formulario 480.20 Rev. 10/16

| Liquidador: | Revisor: | 2016 | 2016 | Número de Serie |
|---|---|---|---|---|

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

# Planilla de Contribución sobre Ingresos de Corporaciones

AÑO CONTRIBUTIVO COMENZADO EL
01 de ene. de 2016 Y TERMINADO EL 31 de dic. de 2016

Investigado por: _____
Fecha ___/___/___
R M N

☐ PLANILLA ENMENDADA

AÑO CONTRIBUTIVO:
1 [X] NATURAL  2 ☐ ECONÓMICO  3 ☐ 52-53 SEMANAS
Sello de Pago

**Nombre del Contribuyente**
THE LINE CONTRACTORS CORP

**Número de Identificación Patronal**
66-0667382

**Dirección Postal**
PMB 351
AVE SAN CLAUDIO 352
SAN JUAN   PR   Código Postal 00976

**Núm. de Registro del Departamento de Estado**
155259

**Clave Industrial** 2341    **Cod. Municipal**

**Número de Registro de Comerciante**
0015336-0010

**Localización de la Industria o Negocio Principal - Número, Calle, Pueblo**
ROAD 175 KM 7.9 BO CARRAIZO
TRUJILLO ALTO PR 00976

**Número de Teléfono - Extensión**
(787) 283 - 8708

Número de Recibo: _____
Importe: _____

**Naturaleza de la Industria o Negocio Principal** (Ej. Ferretería, Cafetería, etc.)
CONTRACTOR

**Fecha de Incorporación**
Día 11 / Mes 08 / Año 2005

**Tipo de Entidad**
CORPORACION

Marque el encasillado correspondiente, si aplica
1 ☐ Primera planilla   2 ☐ Última planilla

CAMBIO DE DIRECCIÓN: ☐ Sí [X] No
SOLICITÓ PRÓRROGA: [X] Sí ☐ No

**Lugar de Incorporación**
PUERTO RICO

Indique si es miembro de un grupo de entidades relacionadas
☐ Sí   [X] No

Contratos con Organismos Gubernamentales
☐ Sí  [X] No

Correo Electrónico de Persona Contacto (E-mail)

Número de grupo

## PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Parte IV, línea 58. Indique distribución en las líneas A, B, C y D) ......... (1) | 30 | 00
   A) Acreditar a la contribución estimada 2017 ........................................................ (1A) | 0 | 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ............... (1B) | 0 | 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ...................... (1C) | 0 | 00
   D) A REINTEGRAR ................................................................................................. (1D) | 30 | 00

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Parte IV, línea 58) ............................ (2) | 0 | 00
3. Menos: Cantidad pagada (a) Con Planilla ........................................................... (3a) | 0 | 00
   (b) Intereses (Véanse instrucciones) ................................................ (3b) | 0 | 00
   (c) Recargos ___0___ y Penalidades ___0___ (Véanse instrucciones) .... (3c) | 0 | 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ... (4) | 0 | 00

## JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

Nombre del presidente o vicepresidente _____   Firma del presidente o vicepresidente _____   Fecha _____

Nombre del tesorero o tesorero auxiliar _____   Firma del tesorero o tesorero auxiliar _____   Fecha _____

Nombre del agente _____   Firma del agente _____   Fecha _____

## PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

**Nombre del especialista** (Letra de molde)
Nestor Ortiz Rolon

**Núm. de registro**
2 1 7 9 7

Fecha _____

Marque si es especialista por cuenta propia [X]

**Nombre de la firma**
TaxPro

Firma del especialista _____

**Dirección** 2011 Sagrado Corazon St.
Suite 110 San Juan PR

**Código postal** 00915

### NOTA AL CONTRIBUYENTE
Indique si hizo pagos por la preparación de su planilla: ☐ Sí [X] No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Periodo de Conservación: Diez (10) años

Formulario 480.2  Rev. 02.16

| Liquidador: | Revisor: | | | | | | |
|---|---|---|---|---|---|---|---|
| Investigado por: | | | | | | | |
| Fecha / / | | | | | | | |
| R | M | N | | | | | |

**2015**  ESTADO LIBRE ASOCIADO DE PUERTO RICO  **2015**
DEPARTAMENTO DE HACIENDA

## Planilla de Contribución sobre Ingresos de Corporaciones

AÑO CONTRIBUTIVO COMENZADO EL
1 de enero de 2015 Y TERMINADO EL 31 de diciembre de 2015

Número de Serie

[X] PLANILLA ENMENDADA

Sello de Pago

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Conservación
RECIBIDO
07 JUN. 2016
PLANILLA SIN PAGO

**Nombre del Contribuyente**
THE LINE CONTRACTORS, CORP.

**Dirección Postal**
PMB 351
AVE. SAN CLAUDIO 352
SAN JUAN PR
Código Postal 00926-

**Número de Identificación Patronal**
66-0667382

**Núm. de Registro del Departamento de Estado**
155259

**Clave Industrial** 2341  **Cod. Municipal**

**Número de Registro de Comerciante**
0015336-0010

**Localización de la Industria o Negocio Principal - Número, Calle, Pueblo**
ROAD 175 KM 7.9 BO. CARRAIZO
TRUJILLO ALTO, PR 00976

**Número de Teléfono - Extensión**
(787) 283-8708

Número de Recibo:
Importe:

**Naturaleza de la Industria o Negocio Principal (Ej. Ferretería, Cafetería, etc.)**
CONTRACTOR

**Fecha de Incorporación**
Día 11 / Mes 8 / Año 2005

**Tipo de Entidad**
Corporacion

**Marque el encasillado correspondiente, si aplica**
[ ] Primera planilla   [ ] Última planilla

**CAMBIO DE DIRECCIÓN**
[ ] Si   [X] No

**Lugar de Incorporación**
PUERTO RICO

**Indique si es miembro de un grupo de entidades relacionadas**
[ ] Si   [X] No
Número de grupo

**Contratos con Organismos Gubernamentales**
[X] Si   [ ] No

**Correo Electrónico de Persona Contacto (E-mail)**

PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**
1. CONTRIBUCIÓN PAGADA EN EXCESO (Parte IV, línea 58). Indique distribución en las líneas A, B, C y D ... (1) 10,528 | 00
   A) Acreditar a la contribución estimada 2016 ... (1A) 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (1B) 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (1C) 00
   D) A REINTEGRAR ... (1D) 10,528 | 00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Parte IV, línea 58) ... (2) 00
3. Menos: Cantidad pagada (a) Con Planilla ... (3a) 00
   (b) Intereses ... (3b) 00
   (c) Recargos _____ y Penalidades _____ ... (3c) 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ... (4) 00

### JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

Lucas E. Martinez
Nombre del presidente o vicepresidente

[signature]
Firma del presidente o vicepresidente

6-junio-16
Fecha

Keila Montañez
Nombre del tesorero o tesorero auxiliar

[signature]
Firma del tesorero o tesorero auxiliar

7-junio-16
Fecha

Nombre del agente

Firma del agente

Fecha

### PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

**Nombre del especialista (Letra de molde)**
4P Ricardo L. Rivera

**Núm. de registro**
6 3 3 7

**Fecha**
6/3/16

**Marque si es especialista por cuenta propia**
[ ]

**Nombre de la firma**
Rivera Colon & Co., PSC

[signature]
Firma del especialista

**Dirección**
100 Carr. 165 STE. 701, Guaynabo, PR

**Código postal**
00968

NOTA AL CONTRIBUYENTE
Indique si hizo pagos por la preparación de su planilla: [●] Si  [ ] No. Si contestó "Si", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)