LUCAS MARTINEZ
PO BOX 228572 MIAMI, FL 33222



U.S. POSTAGE PAID
FCM LETTER
DORAL, FL
33172
SEP 23, 22
AMOUNT
**$7.85**
R2308M153726-39

1020    00924

Secretaría del Tribunal
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7022 1670 0001 9190 8865