# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

**PLEASE TAKE NOTICE** that Dielai Yang hereby respectfully withdraws her appearance as counsel for Sidley Austin LLP in these Title III cases.

**PLEASE TAKE FURTHER NOTICE** that the withdrawal is limited to Ms. Yang and does not impact the representation of Sidley Austin LLP by other attorneys from Friedman Kaplan Seiler & Adelman LLP and SARLAW LLC in these proceedings. As such, the withdrawal of Ms. Yang will not cause any disruption in these cases.

Accordingly, pursuant to Rule 9010-1(d)(3) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico, Ms. Yang respectfully requests

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3686862.1

that the Court order the withdrawal of Ms. Yang and remove her from applicable service lists, including the Court's CM/ECF electronic notification list and the official service list.

Dated: New York, New York
September 29, 2022

                                              FRIEDMAN KAPLAN SEILER &
                                                ADELMAN LLP

                                              *s/ Dielai Yang*
                                              Dielai Yang (admitted *Pro Hac Vice*)
                                              7 Times Square
                                              New York, NY 10036
                                              Telephone: (212) 833-1100
                                              E-mail: dyang@fklaw.com

3686862.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all parties of record in the captioned case.

In New York, New York, this 29th day of September, 2022.

                By:    *s/ Dielai Yang*
                         Dielai Yang (admitted *Pro Hac Vice*)
                         7 Times Square
                         New York, NY 10036
                         Telephone: (212) 833-1100
                         E-mail: dyang@fklaw.com

3686862.1