# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning:
Set: 9:30 AM (AST)
Started: 9:49 AM (AST)
Ended: 12:50 PM (AST)

Afternoon Session:
Set: 2:10 PM (AST)
Started: 2:18 PM (AST)
Ended: 2:57 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE:  September 28, 2022
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors. | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor. | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of* | 3:17-BK-4780 (LTS)<br>PROMESA<br>Title III<br>(Jointly Administered) |

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-BK-4780 (LTS)
19-AP-391 / 19-AP-396 / 19-AP-405
Omnibus Hearing – September 28, 2022

| | |
|---|---|
| Puerto Rico Electric Power Authority, Debtor. | |
| The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority, *et al.*<br>Plaintiffs,<br><br>v.<br><br>U.S. Bank National Association,<br>Defendant. | Adv. Proc. No. 19-391-LTS |
| Cortland Capital Market Services LLC, *et al.*<br>Plaintiffs,<br><br>v.<br><br>The Financial Oversight & Management Board for Puerto Rico, *et al.*,<br>Defendants. | Adv. Proc. No. 19-396-LTS |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica,<br>Plaintiffs,<br><br>v.<br><br>The Financial Oversight & Management Board for Puerto Rico, *et al.*,<br>Defendants. | Adv. Proc. No. 19-405-LTS |

**Omnibus Hearing held**.[i]

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-BK-4780 (LTS)
19-AP-391 / 19-AP-396 / 19-AP-405
Omnibus Hearing – September 28, 2022

## I. STATUS REPORTS

1. Report from the Financial Oversight and Management Board [Case No. 17-3283, ECF No. 22330]

2. Report from AAFAF [Case No. 17-3283, ECF Nos. 22333 and 22402]

## II. CONTESTED MATTERS

1. FOMB Urgent Motion for PREPA Gating Issues Litigation Schedule. [Case No. 17-3283, ECF No. 22269; Case No. 17-4780, ECF No. 2956; Case No. 19-391, ECF No. 11; Case No. 19-396, ECF Nos. 54, 55, and 98; and Case No. 19-405, ECF Nos. 35, 36, and 70.]

    a. Statement by the Honorable Shelley C. Chapman, Mediation Team Leader, heard on the record.

    b. Arguments heard.

    c. Matter taken under advisement.

    d. Order to be issued.

2. UBS Financial, Inc.'s Motion to Enforce Plan of Adjustment. [Case No. 17-3283, ECF No. 21651; Case No. 17-3566, ECF No. 1364]

    a. Arguments heard.

    b. Matter taken under advisement.

    c. Order to be issued.

3. Melani Curra and Velez Martinez's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21229]

    a. Arguments heard.

    b. Motion denied.

    c. Order to be issued.

## III. ADJOURNED MATTERS

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-BK-4780 (LTS)
19-AP-391 / 19-AP-396 / 19-AP-405
Omnibus Hearing – September 28, 2022

2. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]

3. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]

4. Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17-3283, ECF No. 19807]

5. Evertec's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21187]

6. Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21191]

7. Blanca Iris Marrero's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21192]

8. Administrative Expense Claim Motion by Plaintiffs in CASP Case No. 2016-05-1340 (Madeline Acevedo Camacho Litigation). [Case No. 17-3283, ECF No. 21194]

9. Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 1991-0665 (Carmen Socorro Cruz Hernandez Litigation). [Case No. 17-3283, ECF No. 21195]

10. COSEY's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21209]

11. Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0345 (Francisco Beltran Cintron Litigation). [Case No. 17-3283, ECF No. 21224]

12. Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0346 (Abraham Gimenez Litigation). [Case No. 17-3283, ECF No. 21227]

13. Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 2033-5022 (Acevedo Arocho Litigation). [Case No. 17-3283, ECF No. 21230]

14. Four Hundred Ninety-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 21741]

15. Debtors' Omnibus Objections to Claims.

    a. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the September 21, 2022 Omnibus Hearing to the November 2, 2022 Omnibus Hearing

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-BK-4780 (LTS)
19-AP-391 / 19-AP-396 / 19-AP-405
Omnibus Hearing – September 28, 2022

[Case No. 17-3283, ECF No. 22243].

**NEXT SCHEDULED HEARING:**

Omnibus Hearing set for November 2, 2022, at 9:30 AM (AST) before Judge Laura Taylor Swain.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator

---

[i] The hearing's agenda was filed at Docket No. 22398 in Case No. 17-3283 (LTS).