## Schedule 1

| Event | Proposed Date |
|---|---|
| Oversight Board to file amended adversary complaint (answers and counterclaims and responses thereto may be filed in accordance with the applicable procedural rules, but all further litigation with respect to such pleadings is stayed) | 9/30/2022 |
| Deadline to request intervention with respect to Summary Judgment Motion practice | 10/6/2022 |
| Deadline to respond to request(s) for intervention with respect to Summary Judgment Motion practice | 10/13/2022 |
| Deadline to reply in support of request(s) for intervention with respect to Summary Judgment Motion practice | 10/18/2022 |
| Deadline for Parties to file Motions for Summary Judgment concerning the security and recourse issues | 10/24/2022 |
| Deadline for Intervenors to file non-duplicative Supplemental Briefs in Support of Motions for Summary Judgment | 10/31/2022 |
| Deadline for Parties to file:<br>• Responses to Motions for Summary Judgment; and<br>• Applications for Rule 56(d) Discovery, if necessary | 11/18/2022 |
| Deadline for Intervenors to file non-duplicative Supplemental Briefs in Response to Motions for Summary Judgment | 11/25/2022 |
| Deadline for Parties to file Responses to Applications for Rule 56(d) Discovery, if any | 12/2/2022 |
| Deadline for Parties to file Replies in Support of Applications for Rule 56(d) Discovery, if any | 12/9/2022 |
| Deadline for Parties to file Replies in Support of Motions for Summary Judgment | 12/13/2022 |
| Deadline for Intervenors to file non-duplicative Supplemental Briefs to Replies in Support of Motions for Summary Judgment | 12/20/2022 |
| Any further briefing or discovery | To be set by the Court |
| Hearing on Motions for Summary Judgment | To be set by the Court |