UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER TERMINATING CERTAIN MOTIONS AND CONTESTED MATTERS AND
CLOSING CERTAIN ADVERSARY PROCEEDINGS IN CONNECTION WITH CONFIRMATION
OF THE MODIFIED EIGHTH AMENDED PLAN FOLLOWING THE PLAN'S EFFECTIVE DATE

On January 18, 2022, the Court entered the *Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* (Docket Entry No. 19813) (the "Confirmation Order"),[2] pursuant to which the Court confirmed the *Modified Eighth Amended Title III Joint*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Confirmation Order incorporates by reference the *Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* (Docket Entry No. 19812). (See Confirmation Ord. ¶ 3.)

*Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, (Docket Entry No. 19784) (the "Plan"). The Effective Date of the Plan occurred on March 15, 2022. (See *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Order Regarding Matters that May Be Resolved in Connection with the Modified Eighth Amended Plan Following the Plan's Effective Date*, Docket Entry No. 20445 in Case No. 17-3283.) Pursuant to the Plan and Confirmation Order, the Court understands that a substantial number of adversary proceedings and motions were substantively resolved (collectively, the "Matters"). (See id.)

In light of the above, the following Matters are hereby administratively terminated and closed for statistical purposes. For the avoidance of doubt, the parties are advised that such action is for the Court's statistical purposes only, is not a disposition of the merits of the matters, and is without prejudice to the rights and positions of all parties. Parties may file a motion requesting the reinstatement of any Matter.

| **Adversary Proceedings** |
| --- |
| Adv. Proc. No. 18-00059 |
| Adv. Proc. No. 19-00297 |
| Adv. Proc. No. 19-00366 |
| Adv. Proc. No. 19-00367 |
| Adv. Proc. No. 20-00003 |
| Adv. Proc. No. 20-00004 |
| Adv. Proc. No. 20-00005 |
| Adv. Proc. No. 20-00007 |
| Adv. Proc. No. 20-00124 |
| **Docket Numbers** |
| Docket Entry No. 4784 in Case No. 17-3283 |
| Docket Entry No. 5580 in Case No. 17-3283 |
| Docket Entry No. 5586 in Case No. 17-3283 |
| Docket Entry No. 6099 in Case No. 17-3283 |
| Docket Entry No. 7057 in Case No. 17-3283 |
| Docket Entry No. 7075 in Case No. 17-3283 |
| Docket Entry No. 7154 in Case No. 17-3283 |
| Docket Entry No. 7814 in Case No. 17-3283 |
| Docket Entry No. 8141 in Case No. 17-3283 |
| Docket Entry No. 9285 in Case No. 17-3283 |
| Docket Entry No. 9294 in Case No. 17-3283 |
| Docket Entry No. 9298 in Case No. 17-3283 |
| Docket Entry No. 9700 in Case No. 17-3283 |
| Docket Entry No. 9701 in Case No. 17-3283 |
| Docket Entry No. 9702 in Case No. 17-3283 |
| Docket Entry No. 9703 in Case No. 17-3283 |
| Docket Entry No. 9704 in Case No. 17-3283 |
| Docket Entry No. 9705 in Case No. 17-3283 |
| Docket Entry No. 9708 in Case No. 17-3283 |
| Docket Entry No. 9709 in Case No. 17-3283 |

| |
|---|
| Docket Entry No. 9710 in Case No. 17-3283 |
| Docket Entry No. 9730 in Case No. 17-3283 |
| Docket Entry No. 9733 in Case No. 17-3283 |
| Docket Entry No. 9735 in Case No. 17-3283 |
| Docket Entry No. 10104 in Case No. 17-3283 |
| Docket Entry No. 10638 in Case No. 17-3283 |
| Docket Entry No. 10697 in Case No. 17-3283 |
| Docket Entry No. 10702 in Case No. 17-3283 |
| Docket Entry No. 10705 in Case No. 17-3283 |
| Docket Entry No. 11148 in Case No. 17-3283 |
| Docket Entry No. 11149 in Case No. 17-3283 |
| Docket Entry No. 11153 in Case No. 17-3283 |
| Docket Entry No. 11251 in Case No. 17-3283 |
| Docket Entry No. 11258 in Case No. 17-3283 |
| Docket Entry No. 11261 in Case No. 17-3283 |
| Docket Entry No. 11264 in Case No. 17-3283 |
| Docket Entry No. 11267 in Case No. 17-3283 |
| Docket Entry No. 11281 in Case No. 17-3283 |
| Docket Entry No. 11292 in Case No. 17-3283 |
| Docket Entry No. 12536 in Case No. 17-3283 |
| Docket Entry No. 13054 in Case No. 17-3283 |
| Docket Entry No. 13056 in Case No. 17-3283 |
| Docket Entry No. 13059 in Case No. 17-3283 |
| Docket Entry No. 13400 in Case No. 17-3283 |
| Docket Entry No. 14241 in Case No. 17-3283 |
| Docket Entry No. 14246 in Case No. 17-3283 |
| Docket Entry No. 14247 in Case No. 17-3283 |
| Docket Entry No. 14347 in Case No. 17-3283 |
| Docket Entry No. 16487 in Case No. 17-3283 |
| Docket Entry No. 381 in Case No. 17-3566 |
| Docket Entry No. 384 in Case No. 17-3566 |
| Docket Entry No. 469 in Case No. 17-3566 |
| Docket Entry No. 707 in Case No. 17-3566 |
| Docket Entry No. 710 in Case No. 17-3566 |
| Docket Entry No. 712 in Case No. 17-3566 |
| Docket Entry No. 757 in Case No. 17-3566 |
| Docket Entry No. 758 in Case No. 17-3566 |
| Docket Entry No. 759 in Case No. 17-3566 |
| Docket Entry No. 760 in Case No. 17-3566 |
| Docket Entry No. 761 in Case No. 17-3566 |
| Docket Entry No. 891 in Case No. 17-3566 |
| Docket Entry No. 892 in Case No. 17-3566 |
| Docket Entry No. 894 in Case No. 17-3566 |
| Docket Entry No. 917 in Case No. 17-3566 |
| Docket Entry No. 971 in Case No. 17-3566 |

| |
|---|
| Docket Entry No. 976 in Case No. 17-3566 |
| Docket Entry No. 978 in Case No. 17-3566 |
| Docket Entry No. 987 in Case No. 17-3566 |
| Docket Entry No. 38 in Adv. Proc. No. 18-00059 |
| Docket Entry No. 63 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 76 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 78 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 80 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 81 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 82 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 83 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 84 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 85 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 86 in Adv. Proc. No. 18-00149 |
| Docket Entry No. 5 in Adv. Proc. No. 19-00297 |
| Docket Entry No. 21 in Adv. Proc. No. 19-00297 |
| Docket Entry No. 23 in Adv. Proc. No. 19-00297 |
| Docket Entry No. 91 in Adv. Proc. No. 19-00366 |
| Docket Entry No. 94 in Adv. Proc. No. 19-00366 |
| Docket Entry No. 95 in Adv. Proc. No. 19-00366 |
| Docket Entry No. 107 in Adv. Proc. No. 19-00367 |
| Docket Entry No. 110 in Adv. Proc. No. 19-00367 |
| Docket Entry No. 111 in Adv. Proc. No. 19-00367 |
| Docket Entry No. 43 in Adv. Proc. No. 20-00003 |
| Docket Entry No. 20 in Adv. Proc. No. 20-00003 |
| Docket Entry No. 21 in Adv. Proc. No. 20-00003 |
| Docket Entry No. 32 in Adv. Proc. No. 20-00003 |
| Docket Entry No. 40 in Adv. Proc. No. 20-00004 |
| Docket Entry No. 22 in Adv. Proc. No. 20-00004 |
| Docket Entry No. 29 in Adv. Proc. No. 20-00004 |
| Docket Entry No. 55 in Adv. Proc. No. 20-00005 |
| Docket Entry No. 34 in Adv. Proc. No. 20-00005 |
| Docket Entry No. 42 in Adv. Proc. No. 20-00005 |
| Docket Entry No. 36 in Adv. Proc. No. 20-00007 |
| Docket Entry No. 35 in Adv. Proc. No. 20-00007 |
| Docket Entry No. 46 in Adv. Proc. No. 20-00007 |
| Docket Entry No. 36 in Adv. Proc. No. 20-00124 |

| |
|---|
| Docket Entry No. 38 in Adv. Proc. No. 20-00124 |

SO ORDERED.

Dated: September 30, 2022

          /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge