Case number 17-03283

Request for Reconsideration

Re: Juan José Nolla-Amado (Claim #5607, Amount $12750)

Claimant Juan José Nolla-Amado (Claim #5607) very respectfully states:

1. I am a 78-year-old veteran who just received notice that my claim is scheduled to be dismissed.

2. This claim is for a tax refund owed to me by the Commonwealth of Puerto Rico for an overpayment in my taxes because I had to file an amended return to include earnings that were not included due to an involuntary error. This return was filed on time.

3. Since Hurricane María, I have suffered several accidents which required two back surgeries and a heart catheterism the day the COVID Pandemic lockdown began (March 16, 2020).

4. The notice states that the file on this claim was not complete, but I sent the information requested on 3 occasions, one to an address in Puerto Rico and two to 2 different addresses in New York.

5. I was handling this claim through the Puerto Rico Treasury Department directly, and I never received any concrete instructions from them to file my claim in another forum.

6. I was not fully advised by the Puerto Rico Treasury Department that this claim had to be dealt with in this court.

7. My postal address changed to 730 Calle Amador Isabela Puerto Rico 00662.

8. I did send the requested information and the last time I contacted someone at this office was someone named "Jessica" on September 15, 2022.

9. It would be a grave injustice if this claim is dismissed because the Commonwealth of Puerto Rico would be taking an overpayment made by me due to an involuntary error.

10. I ask very respectfully that this court reconsider its decision to dismiss my claim and allow me to recover the tax refund owed to me by the Commonwealth of Puerto Rico since 2017.

Respectfully submitted. In Isabela, Puerto Rico, on September 27, 2022.

*[signature]*

Juan José Nolla-Amado
Claim #5607
730 Calle Amador Isabela
Isabela PR 00662
Tel. (787) 717-7668
juanjosenolla@yahoo.com