

JUAN JOSE NOLLA-AMADO
730 CALLE AMADOR
ISABELA, PR 00662

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 3160 0002 1977 0133

00918-153040

SECRETARIA
SALA 150
140 AVE. CARLOS E. CHARDON
SAN JUAN, PR 00918

U.S. POSTAGE PAID
FCM LETTER
ISABELA, PR
00662
SEP 27, 22
AMOUNT
$7.05
R2304W120009-04