# **EXHIBIT A**

**Schedule of Claims Subject to Four Hundred Ninth Omnibus Objection**

# FOUR HUNDRED NINTH OMNIBUS OBJECTION
## Exhibit A – Subsequently Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ISMAEL L. PURCELL SOLER AND ALYS COLLAZO BOUGEOIS C/O RAMÓN ORTIZ PALMIERI PO BOX 331429 PONCE, PR 00733-1429 | 5/3/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 8987 | $61,512.00 | ISMAEL PURCELL SOLER Y ALYS COLLAZO URB. JACARANDA, 35271 CALLE CLAVELINA PONCE, PR 00730 | 5/3/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179486 | $50,700.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | MARTINEZ GARCIA, JORGE AVENIDA SANTA JUANITA AK-12 SANTA JUANITA BAYAMON, PR 00956 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 19895 | $10,000.00 | MARTINEZ GARCIA, JORGE AVENIDA SANTA JUANITA AK-12 SANTA JUANITA BAYAMON, PR 00956 | 7/21/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 177629 | $230,000,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.