## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Thirteenth Omnibus Objection**

## FOUR HUNDRED THIRTIENTH OMNIBUS OBJECTION

### Exhibit A - Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTROL ASSOCIATES OF PR<br>475 CALLE C STE 503<br>GUAYNABO, PR 00969-4272 | 5/9/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 12801 | $139,566.05 | $123,223.06 | $320.00 | $16,022.99 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | | |
| 2 | LINDE GAS PUERTO RICO INC.<br>PO BOX 363868<br>SAN JUAN, PR 00936-3868 | 4/2/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 5815 | $1,038,485.89 | $211,063.12 | $742,500.00 | $84,922.77 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because the claimant only provided quotes and not invoices. PREPA is unable to identify invoices using a quote. | | | | | | | | |
| 3 | LORD ELECTRIC COMPANY OF PUERTO RICO<br>PO BOX 363408<br>SAN JUAN, PR 00936 | 6/18/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 166292 | $1,235,417.96 | $964,669.72 | $10,743.75 | $260,004.49 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because PREPA's record of certain of the invoices that have been paid are less than the invoices that were provided by the claimant. | | | | | | | | |
| 4 | ROONEY RIPPIE & RATNASWAMY LLP<br>JOHN RATNASWAMY<br>ROONEY RIPPIE & RATNASWAMY LLP<br>350 W. HUBBARD ST., SUITE 600<br>CHICAGO, IL 60654 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 21683 | $494,988.95 | $452,450.04 | $7,676.36 | $34,862.55 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because monies were held properly pursuant to Puerto Rico tax law. | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.