# **EXHIBIT A**

**Schedule of Claims Subject to Four Hundred Eighteenth Omnibus Objection**

## Four Hundred Eighteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ACEVEDO, MOISES<br>2949 OLD DIXIE HWY<br>KISSIMME, FL 34744 | 02/11/19 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 168148 | Undetermined* | ACEVEDO, MOISES<br>2949 OLD DIXIE HWY<br>KISSIMMEE, FL 34744 | 03/15/21 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 179147 | $ 18,900.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | FERNANDEZ SILVA, MIGDALIA<br>13304 COASTAL KEY RD<br>TAMPA, FL 33612 | 07/18/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 151700 | Undetermined* | FERNANDEZ SILVA, MIGDALIA<br>6116 GEORGETOWN RD. APT. A<br>INDIANAPOLIS, IN 46254 | 11/26/21 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 179703 | $ 122,760.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | FERNANDEZ SILVA, MIGDALIA<br>13304 COASTAL KEY RD<br>TAMPA, FL 33612 | 07/18/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 154176 | Undetermined* | FERNANDEZ SILVA, MIGDALIA<br>6116 GEORGETOWN RD. APT. A<br>INDIANAPOLIS, IN 46254 | 11/26/21 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 179702 | $ 3,960.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | FERNANDEZ SILVA, MIGDALIA<br>13304 COASTAL KEY RD<br>TAMPA, FL 33612 | 07/18/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 161540 | $ 8,400.00 | FERNANDEZ SILVA, MIGDALIA<br>6116 GEORGETOWN RD. APT. A<br>INDIANAPOLIS, IN 46254 | 11/26/21 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 179701 | $ 14,400.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |