# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **CERTIFICATE OF SERVICE**

     I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On September 22, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Affected Claimant Service List attached hereto as **Exhibit A**:

- Notice Regarding Amending Claims After Commencement of Confirmation Hearing, a

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

copy of which is attached hereto as **Exhibit B**

Dated: September 28, 2022

                                                                    */s/ Ishrat Khan*
                                                                    Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 28, 2022, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 64269

# **Exhibit A**

SRF 64269

# Exhibit A

Affected Claimant Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1701120 | Marquez Castillo, Celia I. | Los Pinos #103 | | Utuado | PR | 00641 |

**Exhibit B**



September 22, 2022

# NOTICE REGARDING AMENDING CLAIMS
# AFTER COMMENCEMENT OF CONFIRMATION HEARING

We have received a proof of claim submitted by you for filing. That proof of claim purports to amend Proof of Claim No.

Commencing on November 8, 2021, the Title III Court held a hearing to consider confirmation of the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* [ECF No. 19114]. On January 18, 2022, the Title III Court entered the *Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* [ECF No. 19813] (the "Confirmation Order").

Paragraph 42 of the Confirmation Order provides that "[a]s of the commencement of the Confirmation Hearing, a proof of Claim may not be amended without the approval of the Title III Court." Confirmation Order at 44. Accordingly, we are unable to process your proof of claim without evidence that the Title III Court has approved your amendment.

You may wish to consult an attorney regarding this notice. Kroll Restructuring Administration LLC ("Kroll")[1] is unable to offer legal or financial advice.

If you have any questions about this letter or your claims, please call: Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 9:00 a.m. to 6:00 p.m. (Atlantic Standard Time) (Spanish available), or email PuertoRicoInfo@ra.kroll.com.

---

[1] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.



September 22, 2022

**<u>NOTIFICACIÓN SOBRE MODIFICACIÓN DE RECLAMOS
CON POSTERIORIDAD AL COMIENZO DE LA AUDIENCIA DE CONFIRMACIÓN</u>**

Hemos recibido una evidencia de reclamo enviada por usted para ser presentada. La evidencia de reclamo pretende modificar la Evidencia de Reclamo No.

Con inicio el 8 de noviembre de 2021, el Tribunal de casos conforme al Título III realizó una audiencia para confirmar el *Octavo Plan Conjunto de Ajuste Modificado conforme al Título III del Estado Libre Asociado de Puerto Rico, el Sistema de Retiro de los Empleados Públicos del Gobierno del Estado Libre Asociado de Puerto Rico y la Autoridad de Edificios Públicos de Puerto Rico* [ECF No. 19114]. El 18 de enero de 2022, el Tribunal que entiende en casos conforme al Título III dictó una *Resolución y Decisión Confirmando el Octavo Plan Conjunto de Ajuste Modificado conforme al Título III del Estado Libre Asociado de Puerto Rico, el Sistema de Retiro de los Empleados Públicos del Gobierno del Estado Libre Asociado de Puerto Rico y la Autoridad de Edificios Públicos de Puerto Rico* [ECF No. 19813] (la "<u>Resolución de Confirmación</u>").

El párrafo 42 de la Resolución de Confirmación establece que "[a] partir del inicio de la Resolución de Confirmación, no podrá modificarse una evidencia de Reclamo sin la aprobación del Tribunal de casos conforme al Título III". <u>Resolución de Confirmación en 44</u>. En consecuencia, no nos es posible procesar su evidencia de reclamo sin una prueba de que el Tribunal de casos conforme al Titulo III ha aprobado su modificación.

Le sugerimos consultar con un abogado sobre esta notificación. Kroll Restructuring Administration LLC ("Kroll")[1] no puede ofrecerle asesoramiento financiero o legal.

Si tiene alguna pregunta acerca de esta carta o su reclamación, llame a Kroll a (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 9:00 a.m. a 6:00 p.m. (hora del Atlántico) (español disponible), o escriba un correo electrónico a PuertoRicoInfo@ra.kroll.com.

---

[1] El 29 de marzo de 2022, Prime Clerk LLC cambio su denominación por Kroll Restructuring Administration LLC.