UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING FOUR HUNDRED TWENTY-NINTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO NO LIABILITY CLAIMS FILED BY AEELA MEMBERS

Upon the *Four Hundred Twenty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members* (Docket Entry No. 20485) (the "Four Hundred Twenty-Ninth Omnibus Objection"),[2] filed by the Commonwealth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Twenty-Ninth Omnibus Objection.

of Puerto Rico ("Commonwealth") and the Employees Retirement System of the Government of

the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"),

dated April 1, 2022, for entry of an order disallowing in their entirety certain claims filed against

the Debtors, as more fully set forth in the Four Hundred Twenty-Ninth Omnibus Objection and

supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred

Twenty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA

section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper

notice of the Four Hundred Twenty-Ninth Omnibus Objection having been provided to those

parties identified therein, and no other or further notice being required; and the claims identified

(each, a "Claim to Be Disallowed", and collectively, the "Claims to Be Disallowed") in Exhibit A

to the Four Hundred Twenty-Ninth Omnibus Objection asserting claims for which the Debtors are

not liable; and the Court having determined that the relief sought in the Four Hundred Twenty-

Ninth Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties

in interest; and the Court having determined that the legal and factual bases set forth in the Four

Hundred Twenty-Ninth Omnibus Objection establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Twenty-Ninth Omnibus Objection is

GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their

entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be

Disallowed as expunged on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20485 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: October 3, 2022

_/s/ Laura Taylor Swain_____
LAURA TAYLOR SWAIN
United States District Judge