**EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Thirty-Third Omnibus Objection**

Four Hundred Thirty-Third Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COLON CRUZ, JOSE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 32443 | Commonwealth of Puerto Rico | Unsecured | $17,500.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $17,500.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | DIAZ QUIRINDONGO, ORLANDO<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71158 | Commonwealth of Puerto Rico | Unsecured | $14,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $14,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | DIAZ RODRIGUEZ, GABRIEL<br>274 URUGUAY ST.<br>COND TORRE ALTA PH 1<br>SAN JUAN, PR 00917 | 31772 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | FLORES MIRANDA, EDWIN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 66027 | Commonwealth of Puerto Rico | Unsecured | $14,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $14,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | MELENDEZ MALDONADO, GRISEL E.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 46945 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | PEREZ GUILLERMETY, IRMA<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47094 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | PICART MONTERO, GINO B.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 41291 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Third Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 8 | RICO ROLON, ZAIDA<br>PEDRO ORTIZ ALVAREZ LLC<br>CESAR ENRIQUE MOLINA<br>PO BOX 9009<br>PONCE, PR 00732 | 15025 | Commonwealth of Puerto Rico | Unsecured | $10,711.00 | Puerto Rico Highways and Transportation Authority | Unsecured | $10,711.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 9 | RIVERA ALVAREZ, CRUZ<br>CALLE LATIMER #1409<br>SAN JUAN, PR 00940 | 38684 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 10 | RIVERA COLLAZO, HAYDEE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 66029 | Commonwealth of Puerto Rico | Unsecured | $72,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $72,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 11 | RIVERA SANATA, CARMEN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47177 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 12 | ROSADO SANTIAGO, WILLIAM<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 62224 | Commonwealth of Puerto Rico | Unsecured | $1,000,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $1,000,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 13 | RUIZ RUIZ, ARNALDO<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 31369 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 14 | RUIZ-ALVAREZ, JORGE A.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 34057 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Third Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 15 | RUIZ-ALVAREZ, JORGE A.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47083 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 16 | SAN MIGUEL, ENRIQUE ROSSY<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 46906 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 17 | SANTIAGO ADORNO, BLANCA I.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47250 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 18 | SANTIAGO RODRIGUEZ, MYRNA L.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47429 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 19 | STELLA DIAZ, HIRAM A.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 34161 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 20 | STELLA DIAZ, HIRAM A.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 66117 | Commonwealth of Puerto Rico | Unsecured | $34,380.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $34,380.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 21 | VAZQUEZ RIVERA, CARLOS I<br>HC 73 BOX 4715<br>NARANJITO, PR 00719 | 3007 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Third Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | VEGA GUTIERREZ, HAROLD<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 41413 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 23 | ZAPATA RIVERA, SYLKIA<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47261 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| | | | TOTAL | | $ 1,342,591.00* | TOTAL | | $ 1,342,591.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts