# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Twenty-Eighth Omnibus Objection**

Four Hundred Twenty-Eighth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATI, PR 00674 | 36835 | Commonwealth of Puerto Rico | 503(b)(9) | $3,481.00 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $3,481.00 |
| | | | | | | | Subtotal | $3,481.00 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 49938 | Commonwealth of Puerto Rico | 503(b)(9) | $937.50 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $937.50 |
| | | | | | | | Subtotal | $937.50 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 56847 | Commonwealth of Puerto Rico | 503(b)(9) | $3,129.00 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $3,129.00 |
| | | | | | | | Subtotal | $3,129.00 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | DEYA ELEVATOR SERVICE INC<br>P.O. BOX 362411<br>SAN JUAN, PR 00936-2411 | 174018 | Puerto Rico Public Buildings Authority (PBA) | 503(b)(9) | $308,095.88 | Puerto Rico Public Buildings Authority (PBA) | 503(b)(9) | $0.00 |
| | | | | | | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $308,095.88 |
| | | | | | | | Subtotal | $308,095.88 |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | DIAZ TORRES, IRIS N.<br>PO BOX 433<br>BAYAMON, PR 00960 | 6560 | Commonwealth of Puerto Rico | Secured | $112,565.18* | Commonwealth of Puerto Rico | Secured | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $112,565.18* |
| | | | | | | | Subtotal | $112,565.18* |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | JOHNSON & JOHNSON INTERNATIONAL<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 85417 | Commonwealth of Puerto Rico | 503(b)(9) | $1,030.90 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $59,382.58 | Commonwealth of Puerto Rico | Unsecured | $60,413.48 |
| | | | | Subtotal | $60,413.48 | | Subtotal | $60,413.48 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.

* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Twenty-Eighth Omnibus Objection
Exhibit A - Claims to Be Reclassified

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | JOSE R GONZALEZ DBA MECANICA TITO<br>PO BOX 310<br>CIALES, PR 00638 | 79856 | Commonwealth of Puerto Rico | 503(b)(9) | $1,147.00 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
|   |   |   |   |   |   | Commonwealth of Puerto Rico | Unsecured | $1,147.00 |
|   |   |   |   |   |   |   | Subtotal | $1,147.00 |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but $725.00 in liabilities is not for goods sold and as such claimant is not entitled to administrative priority. The remaining $422.00 is for goods listed on claim which were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reclassified in whole as a general unsecured claim.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | PROFESSIONAL CONSULTING INTERNATIONAL GROUP INC<br>LUIS P. COSTAS ELENA<br>34 ORQUIDEA<br>URB. SANTA MARIA<br>SAN JUAN, PR 00927 | 10517 | Commonwealth of Puerto Rico | Secured | $1,550,400.00* | Commonwealth of Puerto Rico | Secured | $0.00 |
|   |   |   |   |   |   | Commonwealth of Puerto Rico | Unsecured | $1,550,400.00* |
|   |   |   |   |   |   |   | Subtotal | $1,550,400.00* |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | SANTIAGO PEREZ, LEONIDES<br>JOSE MARTINEZ CUSTODIO, ESQ<br>PO BOX 599<br>UTUADO, PR 00641 | 6263 | Commonwealth of Puerto Rico | Priority | $197,685.38* | Commonwealth of Puerto Rico | Priority | $0.00 |
|   |   |   |   |   |   | Commonwealth of Puerto Rico | Unsecured | $197,685.38* |
|   |   |   |   |   |   |   | Subtotal | $197,685.38* |

Reason: Claimant asserted priority status under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

|   |   |   |   | TOTAL | $ 2,237,854.42* | TOTAL |   | $ 2,237,854.42* |

\* Indicates claim contains unliquidated and/or undetermined amounts