# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Thirty-Fourth Omnibus Objection**

## Four Hundred Thirty-Fourth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | DIAZ ALICEA, VICTOR M<br>HC 70 BOX 30739<br>SAN LORENZO, PR 00754 | 05/25/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35151 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 3

Four Hundred Thirty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 2 NIEVES CARDONA, LUZ N<br>BOX 570<br>SAN SEBASTIAN, PR 00685 | 06/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 60514 | Undetermined* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

## Four Hundred Thirty-Fourth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 3 | RODRIGUEZ RUIZ, GEMINELLY<br>71 CALLE LOS ANGELES<br>ANASCO, PR 00610 | 04/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 7866 | Undetermined* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130077 | $ 6,293,000.00* |
| | | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179141 | $ 35,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179141 and 130077, which were filed on behalf of all plaintiffs in the litigation captioned Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, No. KAC2013-1019 (the "Abraham Gimenez Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Transportation and Public Works ("DOTP") employees who alleged that DOTP withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

\* Indicates claim contains unliquidated and/or undetermined amounts