# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Thirty-Eighth Omnibus Objection**

Four Hundred Thirty-Eighth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | KADAIR, MARGO B<br>7436 RICHARDS DRIVE<br>BATON ROUGE, LA 70809-1544 | 178094 | Commonwealth of Puerto Rico | Unsecured | $35,625.00 | Puerto Rico Electric Power Authority | Unsecured | $35,625.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 2 | MELVIN LYNN REVOCABLE TRUST<br>7562 GRANVILLE DR.<br>TAMARAC, FL 33321 | 179204 | Commonwealth of Puerto Rico | Unsecured | $60,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $40,000.00 |
| | | | | | | | Subtotal | $60,000.00 |
| | Reason: Claimant identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. Another portion will remain at the Commonwealth | | | | | | | |
| | | | | TOTAL | $ 95,625.00 | | TOTAL | $ 95,625.00 |

Page 1 of 1