# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Four Hundred Forty-Second Omnibus Objection**

## Four Hundred Forty-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BONILLA VELEZ, WIDNA A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34587 | $ 12,667.15* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CHU FIGUEROA, VICTOR<br>LIRIO DEL MAR TORRRES, ESQ<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23183 | $ 16,919.37* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CORDERO CHAPARRO, EVELYN<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29110 | $ 15,084.20* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CORTES BONILLA, ALFREDO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33057 | $ 2,775.14* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | CRUZ AVILES, GUALBERTO<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34521 | $ 11,861.47* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

### Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | ESTREMERA LLITERA, VICTOR M<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32859 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | FIGUEROA VEGA, LUIS A<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42871 | $ 26,453.31* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | IRIZARRY CORNIER, DEVI<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33372 | $ 4,923.63* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | LOPEZ BONILLA, ALEXIS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33636 | $ 9,507.54* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | LOPEZ RIOS, FELIX M.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32928 | $ 12,935.71* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

Four Hundred Forty-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | LOZADA ALVAREZ, NELSON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32957 | $ 9,533.93* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | LUGO MERCADO, JOSE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29955 | $ 9,757.73* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | MARTIN SILVA, VICTOR M.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29088 | $ 18,485.98* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | MARTINEZ JUSINO, EDWARD<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31501 | $ 15,621.33* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MARTIR ARCELAY, NOEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33597 | $ 5,863.59* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | MATIAS CRESPO, AGUSTIN<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32779 | $ 17,680.30* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | MATOS ACOSTA, LOWEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33385 | $ 17,411.74* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | MATOS FORTUNA, PEDRO L.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37416 | $ 34,554.91* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | MATOS TORO, WARNER<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32978 | $ 16,427.01* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | MENDEZ TORO, ADAM A.<br>LIRRO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29114 | $ 12,935.71* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | MOJICA RIVERA, ELSTON<br>LIRIO DEL MAR TORRES ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33631 | $ 17,859.34* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | MORALES MATOS, GLINETTE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32989 | $ 8,012.08* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | NIEVES TROCHE, IVELESE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29867 | $ 12,935.71* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | ORTIZ VALENTIN, LUIS J.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35601 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | PABON DURANT, RICARDO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35062 | $ 8,056.84* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

### Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | PADILLA CARABALLO, IMELDA E.<br>LIRIO DEL MAR TORRES ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35648 | $ 14,233.76* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | PADILLA RODRIGUEZ, JESUS A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48916 | $ 20,724.00* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | PEREZ MARTINEZ, ENRIQUE<br>LIRIO DEL MAR TORRES,ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33918 | $ 13,472.84* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | RAMIREZ SANCHEZ, MILTON R.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35554 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | RAMOS VARGAS, JOSE J.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49288 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

### Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | RIVERA RAMOS, EDGAR<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51095 | $ 14,860.40* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | RODRIGUEZ ORTIZ, AUBREY<br>LIRIO DEL MAR TORRES ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35687 | $ 11,771.95* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | RODRIGUEZ RIVERA, VICTOR J<br>LIRIO DEL MAR TORRES, SQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31095 | $ 11,100.54* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | ROSADO FIGUEROA, JUAN C.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGÜEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49332 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | ROSARIO FERRER, JOEL<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGÜEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33925 | $ 11,413.86* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | ROSARIO GONZALEZ, BERNICE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46335 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | SANTANA MONTALVO, NELSON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35064 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | SANTIAGO MARTINEZ, LUIS A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35067 | $ 57,740.72* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | SANTIAGO VAZQUEZ, ADAN A<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40282 | $ 12,622.39* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | TORRES VAZQUEZ, JOSE A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41532 | $ 10,518.66* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | VALENTIN BELEN, JESUS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41497 | $ 12,219.55* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803.  However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | VALENTIN ORTIZ, ANGEL L.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41503 | $ 6,113.79* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803.  However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | VARGAS FELICIANO, NOEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39749 | $ 13,159.51* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803.  However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | VARGAS PAGAN, GEORGINA<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41494 | $ 15,173.72* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803.  However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | VARGAS SANTIAGO, MARISOL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35631 | $ 14,099.48* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803.  However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | VAZQUEZ ORTIZ, EDGAR A<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35066 | $ 17,322.22* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | VEGA VELEZ, JANICE<br>C/O LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70545 | $ 16,203.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | VELEZ LORENZO, CARLOS R.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41489 | $ 15,487.05* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | VELEZ MORENO, LUIS O.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70700 | $ 10,473.90* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | VINAS MATOS, OLAF<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64447 | $ 10,429.14* |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| | | | | TOTAL | $ 695,081.88* |