UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THE OBJECTION OF THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO PROOF OF
CLAIM OF MEDLEY CREDIT OPPORTUNITY CAYMAN FUND LP (CLAIM NO. 28262)

Upon the *Objection of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proof of Claim of Medley Credit Opportunity Cayman Fund LP (Claim No. 28262)* (Docket Entry No. 17972), (the "Objection"),[2] filed by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Objection.

August 25, 2021, for entry of an order disallowing in its entirety Proof of Claim No. 28262 (the

"Claim"), filed against ERS by Medley Credit Opportunity Cayman Fund LP, as more fully set

forth in the Objection and supporting exhibits thereto; and the Court having jurisdiction to consider

the Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and

venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the

Objection having been provided to those parties identified therein, and no other or further notice

being required; and the Court having determined that the Claim asserts liabilities for which ERS

is not liable; and the Court having determined that the relief sought in the Objection is in the best

interests of ERS, its creditors, and all parties in interest; and the Court having determined that the

legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or

request for a hearing with respect to the Objection has been submitted, and after due deliberation

and sufficient cause appearing therefor, it is hereby

ORDERED that the Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claim is hereby disallowed in its entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claim as

expunged on the official claims register in the Title III Case; and it is further

ORDERED that this Order resolves Docket Entry No. 17972 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: October 3, 2022

    /s/ Laura Taylor Swain    
LAURA TAYLOR SWAIN
United States District Judge