**Estimated Hearing Date**: November 2, 2022 at 9:30 a.m. AST
**Objection Deadline**: October 24, 2022 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

### NOTICE OF FILING OF FIFTEENTH INTERIM APPLICATION OF LUSKIN, STERN & EISLER LLP, AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH MARCH 15, 2022</u>

**PLEASE TAKE NOTICE** that on October 3, 2022, pursuant to this Court's *Third Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 20546] (as amended, the "<u>Interim Compensation Order</u>"), Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, filed the *Fifteenth Interim Application of Luskin, Stern & Eisler LLP, as Special Conflicts Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses, for the Period from February 1, 2021 through March 15, 2022* (the "<u>Application</u>").[2]

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms used but not defined herein have the meanings given to them in the Application.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the

Application by any party other than the Fee Examiner must (a) be in writing, (b) conform to the

Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, and the *Sixteenth*

*Amended Notice, Case Management and Administrative Procedures* [Docket No. 20190]

(the "Case Management Procedures"), and (c) be filed with the Court and served on the entities

below, so as to be received on or before **October 24,[3] 2022 at 4:00 p.m. (AST)** (the "Objection

Deadline"):

   (a) the Office of the United States Trustee for Region 21, Edificio Ochoa,

   500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901;

   (b) the attorneys for the Financial Oversight and Management Board for Puerto

   Rico as representative of the Debtors, Proskauer Rose LLP, Eleven Times

   Square, New York, New York 10036, Attn: Martin J. Bienenstock, Esq., Brian

   S. Rosen, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal,

   Esq.;

   (c) the attorneys for the Financial Oversight and Management Board as

   representative of Debtors, O'Neill & Borges LLC, 250 Muñoz Rivera

   Avenue, Suite 800, San Juan, Puerto Rico 00918-1813, Attn: Hermann D.

   Bauer, Esq.;

   (d) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory

   Authority, O'Melveny & Meyers LLP, Times Square Tower, 7 Times Square,

   New York, New York 10036, Attn: John J. Rapisardi, Esq., Suzzanne

   Uhland, Esq., Peter Friedman, Esq., Nancy A. Mitchell, Esq. and Maria J.

   DiConza, Esq.;

---

[3] **NTD**: 20 days after file date.

(e)  the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
Authority, Marini Pietrantoni Muñiz, LLC, MCS Plaza, Suite 500, 255
Avenida Ponce de León, San Juan, Puerto Rico 00917, Attn: Luis C. Marini-
Biaggi, Esq., Carolina Velaz-Rivero, Esq., and Iván Garau-González, Esq.;

(f)  the attorneys for the Official Committee of Unsecured Creditors,
Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Luc
A. Despins, Esq., James Bliss, Esq., James Worthington, Esq. and G.
Alexander Bongartz, Esq.;

(g)  the attorneys for the Official Committee of Unsecured Creditors, Casillas,
Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Suite
1601, San Juan, Puerto Rico 009001, Attn: Juan J. Casillas Ayala, Esq., Diana
M. Battle-Barasorda, Alberto J.E. Añeses Negrón, Esq. and Ericka C.
Montull-Novoa, Esq.;

(h)  the attorneys for the Official Committee of Retired Employees, Jenner &
Block LLP, 919 Third Avenue, New York, New York 10022, Attn: Robert
Gordon, Esq. and Richard Levin, Esq., and Catherine Steege, Esq.;

(i)  the attorneys for the Official Committee of Retired Employees, Bennazar,
García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Avenida Ponce de
León, Hato Rey, Puerto Rico 00918, Attn: A.J. Bennazar-Zequeira, Esq.;

(j)  the Puerto Rico Department of Treasury, P.O. Box 9024140, San Juan, Puerto
Rico 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting; Omar E. Rodríguez Pérez, CPA, Assistant Secretary of
Central Accounting; Angel L. Pantoja Rodríguez, Deputy Assistant Secretary
of Internal Revenue and Tax Policy; Francisco Parés Alicea, Assistant

Secretary of Internal Revenue and Tax Policy; and Francisco Peña Montañez,

CPA, Assistant Secretary of the Treasury;

(k)  attorneys for the Fee Examiner, Edge Legal Strategies, PSC, 252 Ponce de

León Avenue, Citibank Tower, 12th Floor, San Juan, Puerto Rico 00918,

Attn: Eyck O. Lugo; and

(l)  attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street,

Suite 500, Madison, Wisconsin 53703, Attn: Katherine Stadler, Esq.

**PLEASE TAKE FURTHER NOTICE** that if (a) no objection is timely filed and

served in accordance with the Interim Compensation Order and Case Management Procedures

and (b) all issues raised by the Fee Examiner are consensually resolved, the relief requested may

be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and all

documents filed in these title III cases are available (a) free of charge by visiting

https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's

website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

4

Dated: White Plains, New York
         October 3, 2022

Respectfully submitted,

/s/ Michael Luskin
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
50 Main Street
White Plains, New York 10606
Telephone:  (212) 597-8200
Facsimile:  (212) 597-8240
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and
Management Board for Puerto Rico*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, Puerto Rico 00918-1813
Telephone:  (787) 764-8181
Facsimile:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board for Puerto Rico*