# Exhibit A

**Schedule of Claims Subject to Three Hundred Fifty-Fifth Omnibus Objection**

## Three Hundred and Fifty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BODNAR TRUST U/A DATED 12/28/2001<br>RAYMOND L BODNAR TEE<br>17008 SW SAPRI WAY<br>PORT ST LUCIE, FL 34986 | 6850 | Puerto Rico Highways and Transportation Authority | Unsecured | $25,000.00* | Puerto Rico Electric Power Authority | Unsecured | $25,000.00* |

Reason: Claimant asserts, in part, secondarily insured notes whose original CUSIP numbers are associated with one or more bonds issued by HTA that are duplicative, in part, of Proof of Claim No. 38574 filed in the HTA Title III Case. Claimant also asserts bonds that are duplicative, in part, of Proof of Claim No. 6737 filed in the PREPA Title III Case.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | MEDERO FERNANDEZ, JUAN<br>P.O.BOX 25<br>GURABO, PR 00778 | 38226 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant also purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Claimant also identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | TOTAL | | $ 25,000.00* | TOTAL | | $ 25,000.00* |
| --- | --- | --- | --- | --- | --- | --- | --- |

\* Indicates claim contains unliquidated and/or undetermined amounts