<u>**REPLICA DE OBJECION GLOBAL**</u>

I. Dato de Contacto

Nombre: <u>Mildred Enid Peralta Vázquez</u>

Dirección Postal: <u>Calle 113 BO-12, Urb. Jardines de Country Club</u>

<u>Carolina, Puerto Rico  00983</u>

Teléfono de Contacto: <u>(787) 368-8164 – cel.</u>

II. Epígrafe

    A. Secretaría (Clerk's Office)
       Tribunal de Distrito de los Estados Unidos
       Room 150 Federal Building
       San Juan, Puerto Rico  00918-1767

    B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

    C. Número de Procedimiento: 17BK3283 – LTS

    D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    Número de las evidencias por reclamo:
    #49762 – Ley #89 – Romerazo – Efectivo en 1 de julio de 1995.
    #94057 – Ley de Escala Salarial – Pasos, del 6 de junio de 2008.
    #96621 – Ley #96 (2002) del Dr. Pedro Rosselló – efectivo julio de 2002.
        Ley #164 (2004) de la Sra. Sila Calderón – efectivo enero de 2004.

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de la siguientes leyes:

    Ley 89 Romerazo – Efectivo en 1 de julio de 1985

    Ley de Escala Salarial – Pasos del 6 de junio de 2008

    Ley #96 (2002) del Dr. Pedro Rosselló – Efectivo julio de 2002

    Ley #164 (2004) de la Sra. Sila M. Calderón – Efectivo enero de 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicios con la Autoridad para el Financiamiento de la Vivienda de Puerto Rico, antes subsidiaria del Banco Gubernamental de Fomento para Puerto Rico, desde el **17 de noviembre de 1997**, hasta el **31 de diciembre de 2021**. Culminé de laborar como Secretaria Legal, en la Autoridad para el Financiamiento de la Vivienda de Puerto Rico. Se está reclamando por las leyes aplicables que cubren estos años de servicios.

Se incluyen documentos que evidencian este reclamo:

(a) Certificación – Empleo y sueldo
(b) Carta de fecha 17 de diciembre de 2021, sobre separación de empleo por enfermedad.

Debido a la reciente situación de emergencia por terremotos, Pandemia del Covid-19, Viruela del Mono en Puerto Rico, etc., se están enviando las réplicas en esta fecha. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Hoy 3 de agosto de 2022, en Carolina, Puerto Rico.

Mildred Enid Peralta Vázquez
Nombre en letra de molde

*[firma]*
Firma

P.D. El fundamento de mi reclamo es por unas Leyes que se firmaron durante los años ya mencionados. Siempre he sido una empleada de una agencia gubernamental, por tal razón, estos aumentos, entiendo que me corresponden.

c: 1. Clerk's Office United States District Court
   2. Counsel for the Oversight Board Prosker Rose LLP
   3. Counsel for the Creditor's Committee Paul Hastings LLP