**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Autoridad para el Financiamiento
de la Vivienda de Puerto Rico
SUBSIDIARIA DEL BANCO GUBERNAMENTAL DE FOMENTO
PARA PUERTO RICO

# CERTIFICACION

Certifico que la **Sra. Mildred E. Peralta Vázquez**, seguro social XXX-XX-5627, es empleada regular de la Autoridad para el Financiamiento de la Vivienda de Puerto Rico, subsidiaria del Banco Gubernamental de Fomento para Puerto Rico desde el 17 de noviembre de 1997. Actualmente se desempeña como Secretaria Legal, en el servicio de confianza, y devenga un sueldo mensual bruto de $3,131.98.

En San Juan, Puerto Rico, a 23 de septiembre de 2013.

Marine Linx Comas Torres
Gerente de Gestión de Recursos Humanos

ecs



PO Box 71361
San Juan, PR 00936-8461

Ave. Barbosa 606
Edif. Juan C. Cordero
Río Piedras, PR 00919-0345
Teléfono (787) 765-7577

**AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO**
SUBSIDIARIA DEL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO

**GOBIERNO DE PUERTO RICO**
**AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PUERTO RICO**

Vía correo electrónico: enimil2007@yahoo.com

17 de diciembre de 2021

Sra. Mildred Peralta Vázquez
Secretaria Legal

Estimada señora Peralta:

Esperamos se encuentre bien. En comunicación del 1 de diciembre de 2021, le informamos que el 1 de diciembre de 2020 se acogió a una licencia por enfermedad y que el 31 de marzo de 2021, le informamos que se le había autorizado una Licencia Especial sin Sueldo por motivos de salud desde el 16 de marzo de 2021 hasta el 1 de diciembre de 2021, en lo que se tramitaba su solicitud de beneficios de incapacidad no ocupacional bajo SINOT y por incapacidad a largo plazo bajo Metlife. Subsiguientemente SINOT le concedió beneficios retroactivos al 1 de diciembre de 2020, por lo que su derecho a reserva de empleo a dicho estatuto por 360 días calendario expiró el 25 de noviembre de 2021. Subsiguientemente, el 28 de julio de 2021, Metlife aprobó su solicitud de beneficios de incapacidad a largo plazo. Más recientemente, el 22 de noviembre de 2021, usted nos envió la notificación de la aprobación de su incapacidad por parte del Seguro Social. Surge pues de la información médica que consta en nuestros récords que usted está actualmente incapacitada total y permanentemente para trabajar.

El Artículo XIX, Sección 1, Inciso A del Convenio Colectivo establece, entre otras causas, que se podrá autorizar una Licencia Especial sin Sueldo por un periodo no mayor de un (1) año:

"Cuando la salud del empleado esté seriamente afectada y haya agotado todos los balances de licencia de enfermedad y vacaciones acumulada".

En dicha carta, se le citó mediante a la Vista Informal realizada el 8 de diciembre de 2021 a las 10:30 a.m. donde estuvo representada por la Sra. María Ruiz, Secretaria General de la UTBV. En la vista le informamos que debido a las necesidades operacionales de la Autoridad, el hecho que el año de reserva de empleo bajo SINOT expiró el 25 de noviembre de 2021 y a la luz de la información recientemente provista por Metlife y el Seguro Social, se había validado que usted está incapacitada total y permanentemente por lo que al no existir expectativa razonable de que pudiera

Carta terminación Licencia sl Sueldo y empleo Sra. Mildred Peralta Vázquez
Página 2

reintegrarse a su trabajo, le informamos sobre la intención de la Autoridad dar por terminada su relación de empleo, efectivo el 31 de diciembre de 2021.

Usted informó que estaba de acuerdo con la determinación de la Autoridad y que reconocía que la condición de salud que la mantiene incapacitada para trabajar no va a mejorar. Por todo lo antes expuesto, le informamos que la relación de empleo con la Autoridad será terminada efectivo el **31 de diciembre de 2021**. Esta terminación incluirá la suspensión de los beneficios marginales como el plan médico y demás seguros. En lo relacionado a los trámites de Retro, el seguro de cáncer y las aportaciones a AEELA debe comunicarse con la Sra. Nancy Luquis en el 787-946-0045 en la extensión 4559.

La Autoridad le agradece los años de servicio que ofreció en la Oficina de Asesoramiento Legal, así como su compromiso, profesionalismo y dedicación.

Cordialmente,

Michelle Malavet Escudero
Directora de Recursos Humanos
y Relaciones Laborales