Mildred E. Peralta Vazquez
Calle 113 BO-12
Urb. Jardines de Country Club
Carolina, P.R. 00983



Clerk's Office
United States District Court
# 150 Chardon Ave.
San Juan, P.R. 00918