# Exhibit A

**Schedule of Claims Subject to Three Hundred Ninety-Third Omnibus Objection**

## Three Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALEMAN DONES, ERIC<br>HC-61 BOX 4387<br>TRUJILLO ALTO, PR 00976 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179483 | $ 52,858.26 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 2 | ALGARIN, EMMA FLORES<br>ALTURAS DE RIO GRANDE<br>CALLE 14 MAIN L-235<br>RIO GRANDE, PR 00745 | 8/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179487 | $ 54,622.86* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 3 | BAEZ, MARILUZ<br>HC 69 BOX 15547<br>BAYAMON, PR 00956 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179498 | $ 70,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 4 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179514 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 5 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 (BARRIO RIO ABAJA)<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179517 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 6 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179512 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 7 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179511 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 8 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179513 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | BERRIOS TORRES, MARIA S<br>RR01 BUZON 2238 BARRIO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179510 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 10 | BERRIOS TORRES, MARIA S<br>BZN 2238 BO RIO ABAJO<br>CIDRA, PR 00739 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179509 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 11 | COLON COSME, JANET<br>URB. LOS PRADOS SUR 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/6/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179471 | $ 15,600.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 12 | COLON COSME, JANET<br>URB. LOS PRADOS SUR 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/6/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179470 | $ 42,500.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 13 | COLON COSME, JANET<br>URB. LOS PRADOS SUR 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/6/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179472 | $ 5,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 14 | CORTES ADORNO, ZORAIDA<br>PO BOX 64<br>TRUJILLO ALTO, PR 00977 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179475 | $ 44,686.34 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 15 | COSTOSO RODRIGUEZ, ANTHONY<br>P.O. BOX. 1195<br>TRUJILLO ALTO, PR 00977 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179496 | $ 41,500.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 16 | DE JESUS RIVAS, IVETTE<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 8/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179492 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |

## Three Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | DE JESUS RIVAS, IVETTE<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 8/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179493 | $ 50,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | DE LA ROSA ANDUJAR, DAMARIS<br>URB PUERTO NUEVO<br>CALLE 20 NE 1151<br>SAN JUAN, PR 00920 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179474 | $ 70,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | DEL C PARRILLA CANALES, MARIA<br>COND LOS CANTIZALES II<br>EDIF A APTO A 303<br>SAN JUAN, PR 00926 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179481 | $ 16,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | DEL CARMEN VIDAL, MARIA<br>P.O. BOX 652<br>TRUJILLO ALTO, PR 00977 | 8/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179505 | $ 31,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | ESQUILIN COLON, SANDRA IVELISSE<br>URB. MASIONES DE CAROLINA NN 29 CALLE YAUREL<br>CAROLINA, PR 00987 | 8/9/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179485 | $ 66,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | GALAN KERCADO, CARLOS E.<br>URB. LOS PRADOS SUM 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/4/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179468 | $ 4,500.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | GALAN KERCADO, CARLOS E.<br>URB. LOS PRADOS SUM 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/4/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179469 | $ 9,600.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Three Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | GALAN KERCADO, CARLOS E.<br>URB. LOS PRADOS SUM 110 C/ZIRCONIA<br>DORADO, PR 00646 | 8/4/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179467 | $ 36,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 25 | GUZMAN VEGA, JOSE L<br>C/65 INFANTERIA #708<br>TRUJILLO ALTO, PR 00976 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179477 | $ 24,389.22 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 26 | IRIZARRY ROSAD, IDALIA<br>503B 25 DE JULIO #20 COND TORRES NAVEL<br>YAUCO, PR 00698 | 8/11/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179504 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 27 | LUGO PADILLA, CARMEN R.<br>COLINAS DEL SOL CALLE 4 APTO. 3532<br>BAYAMÓN, PR 00957 | 8/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179507 | $ 75,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 28 | MALDONADO MORALES, WILLIAM<br>HC02 BUZON 3957<br>BO JAGUAS<br>PENUELAS, PR 00624 | 8/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179488 | $ 5,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 29 | MELENDEZ NEGRON, GLADYS D.<br>1450 MAIN ST #504<br>BRIDGEPORT, CT 06604 | 8/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179508 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 30 | MOLINA BETANCOURT, LUZ E<br>HC 645 BOX 6421<br>TRUJILLO ALTO, PR 00976 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179476 | $ 42,109.57 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 31 | MORALES, ORLANDO F<br>URB. BAIROA CALLE 15A DE-10<br>CAGUAS, PR 00725 | 8/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179482 | $ 75,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |

## Three Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | MUNIZ ARROYO, CLARIBET<br>CGM 35 ALTURO DE YAUCO<br>YAUCO, PR 00698 | 8/11/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179503 | $ 75,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | PEÑA PEÑA, IRIS M.<br>P.O. BOX 186<br>SAN SEBASTIAN, PR 00685 | 8/5/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179500 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | PEO RICO TELEPHONE 6A PEO RICO ELA<br>MAYRA TIRADO MUNOZ 14 CALLE KIBBAM<br>VEGA BAJA, PR 00693 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179518 | $ 13,200.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | PEREZ SANTIAGO, MARIA A.<br>CALLE C #37<br>URB. VILLA DEL ROSARIO<br>VEGA BAJA, PR 00693 | 8/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179516 | $ 75,201.92 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | RAMOS DELGADO, JOSE LUIS<br>P.O. BOX 35<br>TRUJILLO ALTO, PR 00977 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179479 | $ 35,684.62 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | RE EVOLUCION INC<br>PO BOX 206<br>ARROYO, PR 00714 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157305 | $ 24,100.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | RIOS COLLAZO, JOSE A<br>14 CALLE KIHSAIM<br>VEGA BAJA, PR 00694 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179520 | $ 4,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | RIOS COLLAZO, JOSE A<br>14 CALLE KIBSAIM<br>VEGA BAJA, PR 00693 | 8/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179525 | $ 4,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Ninety-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | RIVERA CHEVERES, CARMEN S<br>BOX 101<br>BARRANQUITAS, PR 00794 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152900 | $ 25,000.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | RODRIGUEZ MORALES, ANGEL LUIS<br>P.O. BOX 1455<br>TRUJILLO ALTO, PR 00977 | 8/12/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179506 | $ 14,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | RODRIGUEZ RODRIGUEZ, SIMON<br>P.O. BOX 318<br>CAMUY, PR 00627-0318 | 8/3/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179465 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | ROSARIO MORALES, MIGUEL<br>HC-02 BOX 3829<br>MAUNABO, PR 00707 | 8/6/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179473 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | RZADKOWSKI, RICHARD<br>URB. QUINTAS DE CUPEY<br>A5 CALLE 14<br>SAN JUAN, PR 00926 | 8/10/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179478 | $ 35,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | SANCHEZ FIGUEROA, IVELISSE<br>URB LOMAS DE TRUJILLO<br>J 6 CALLE 8<br>TRUJILLO ALTO, PR 00976 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179497 | $ 30,941.78 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | SANCHEZ ORTIZ, YVETTE<br>HC10 BOX 7997<br>SABANA GRANDE, PR 00637 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179515 | $ 75,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Three Hundred and Ninety-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | TIRADO MUÑOZ, MAYRA<br>14 CALLE KIBSAIM<br>VEGA BAJA, PR 00693 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179519 | $ 13,200.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | TIRADO MUÑOZ, MAYRA<br>14 CALLE KIBSAIM<br>VEGA BAJA, PR 00693 | 8/9/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179529 | $ 13,200.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | VICENTE CARATTINI, CARMEN DELIA<br>1184 CARR 173<br>CIDRA, PR 00739 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179495 | $ 32,400.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | VICENTE CARATTINI, WILLIAM<br>URB. SABANERA 139 CAMINO LASTRINITARIOS<br>P.O. BOX 339<br>CIDRA, PR 00739 | 8/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179494 | $ 6,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | WALKER DEL VALLE, ADELA<br>17 COOPERATIVA JARDINES DE TRUJILLO<br>EDIFICIO F-401<br>TRUJILLO ALTO, PR 00976 | 8/11/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179502 | $ 40,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | TOTAL | $ 2,023,894.57* |
|---|---|---|---|---|---|---|