# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Second Omnibus Objection**

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ACEVEDO PAGAN, HECTOR<br>CALLE 16 G-9<br>URB.CORALES<br>HATILLO, PR 00659 | 04/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 9154 | Undetermined* | ACEVEDO PAGAN, HECTOR<br>URB VISTA AZUL<br>T 3 CALLE 22<br>ARECIBO, PR 00612 | 04/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 9170 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | BAEZ DIAZ, CARMEN J.<br>URB. VILLA ROSA II<br>B 31 CALLE C<br>GUAYAMA, PR 00784 | 02/19/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173257 | $ 30,000.00 | BAEZ DIAZ, CARMEN J.<br>URB. VILLA ROSA II<br>B-31 CALLE C<br>GUAYAMA, PR 00784 | 02/20/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173265 | $ 50,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | BURGOS HUERTAS, ROBERTO<br>PO BOX 400<br>COMERIO, PR 00782 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 28878 | Undetermined* | BURGOS HUERTAS, ROBERTO<br>PO BOX 400<br>COMERIO, PR 00782 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 37382 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | CORDERO VASSALLO, CARMEN R.<br>PO BOX 10126<br>HUMACAO, PR 00792 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 145941 | $ 75,000.00* | CORDERO VASSALLO, CARMEN R.<br>P.O. BOX 10126<br>HUMACAO, PR 00792 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 148449 | $ 75,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 5 | CRUZ FONTANEZ, VINILISA<br>URB LA RIVIERA<br>C 19 CALLE 3<br>ARROYO, PR 00714 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50245 | Undetermined* | CRUZ FONTANEZ, VINILISA<br>C-19 CALLE 3 URB. LA RIVIERA<br>ARROYO, PR 00714 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 167400 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 6 | EMPRESAS COLON AYALA INC.<br>PO BOX 3843<br>MAYAGUEZ, PR 00681-3843 | 05/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 25044 | $ 17,951.00 | EMPRESAS COLON AYALA INC.<br>PO BOX 3843<br>MAYAGUEZ, PR 00681-3843 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 40250 | $ 17,951.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | ESQUILIN PIZARRO, SAMMY<br>PO BOX 22<br>TRUJILLO ALTO, PR 00977 | 06/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 59867 | Undetermined* | ESQUILIN PIZARRO, SAMMY<br>P O BOX 368<br>TRUJILLO ALTO, PR 00976 | 06/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 63634 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | FLORES VEGA, LOURDES<br>2035 CALLE INVIERNO URB ELIZABETH II<br>CABO ROJO, PR 00623-4925 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39044 | $ 7,000.00 | FLORES VEGA, LOURDES<br>2035 CALLE INVIERNO URB ELIZABETH II<br>CABO ROJO, PR 00623-4925 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 72511 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | FUENTES CANCEL, GLENDA I.<br>URB BRISAS DE LOIZA 173 SAGITARIO<br>CANOVANAS, PR 00729 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 107261 | $ 33,717.07 | FUENTES CANCEL, GLENDA I.<br>URB. BRISAS DE LOIZA 173 SAGITARIO<br>CANOVANAS, PR 00729 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 134686 | $ 33,713.07 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | GALARZA CORDERO, NILDA<br>BOX 1627<br>BARCELONETA, PR 00617 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 142928 | Undetermined* | GALARZA CORDERO, NILDA<br>BOX 1627<br>BARCELONETA, PR 00617 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 135442 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | GIL MAYSONET, SHARAMARI<br>LOMAS VERDES C/PLAYERA 4-E-3<br>BAYAMON, PR 00956 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 155234 | Undetermined* | GIL MAYSONET, SHARAMARI<br>4-E-3 CALLE PLAYERA URB. LOMAS VERDES<br>BAYAMON, PR 00956 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 157675 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

|  | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | GONZALEZ TORRES, NANCY<br>HC-03 BOX 8725<br>LARES, PR 00669 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 120414 | Undetermined* | GONZALEZ TORRES, NANCY<br>HC-03 BOX 8725<br>LARES, PR 00669 | 05/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 36004 | $ 16,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | HERNANDEZ REY, LILLIAN<br>#5 RAMON MEDINA<br>MOCA, PR 00676 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 157502 | $ 8,400.00 | HERNANDEZ REY, LILLIAN<br># 5 RAMON MEDINA<br>MOCA, PR 00676 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 155699 | $ 10,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | HERNANDEZ SANTIAGO, CARMEN L.<br>P.O. BOX 1768<br>MOCA, PR 00676 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 159612 | $ 3,600.00 | HERNANDEZ SANTIAGO, CARMEN L.<br>P.O. BOX 1768<br>MOCA, PR 00676 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 160713 | $ 5,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 15 | LEON CORTES, TERIANGELI<br>18 COLINAS DE VERDE AZUL<br>JUANA DIAZ, PR 00795 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 139588 | Undetermined* | LEON CORTES, TERIANGELI<br>18 COLINAS DE VERDE AZUL<br>JUANA DIAZ, PR 00795 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 154145 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 16 | LEON TORRES, EVA YOLANDA<br>HC 03 BOX 12697<br>JUANA DIAZ, PR 00795 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 133796 | Undetermined* | LEON TORRES, EVA YOLANDA<br>HC 03 BOX 12697<br>JUANA DIAZ, PR 00795 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 130493 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 17 | LLERA RODRIGUEZ, NORMA I.<br>URB SIERRA BAYAMON<br>45-18 CALLE 42<br>BAYAMON, PR 00961 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 127138 | $ 21,100.00* | LLERA RODRIGUEZ, NORMA I.<br>CALLE 42 BLOGUE 45<br>NUM 18 SIERRA<br>BAYAMON, PR 00961 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 109500 | $ 21,100.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

|   | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|   | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | LUGO RIVERA, WANDA T<br>ALTURAS DE CASTELLANA GARDENS<br>BB16 CASTILLA<br>CAROLINA, PR 00983 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 134052 | $ 50,099.85* | LUGO RIVERA, WANDA T<br>ALT DE CASTELLANA GARDENS<br>BB16 CCASTILLA<br>CAROLINA, PR 00983-1904 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 132111 | $ 50,099.85* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 19 | MALDONADO RIVERA, CARMEN M<br>LOS CERROS<br>C8<br>ADJUNTAS, PR 00601 | 03/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 4920 | Undetermined* | MALDONADO RIVERA, CARMEN M<br>C-8 URB LOS CERROS<br>ADJUNTAS, PR 00601 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 97908 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 20 | MALDONADO TORRES, ZENAIDA<br>URB VALLE ESCONDIDO<br>BUZON 11071<br>VILLALBA, PR 00766 | 06/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50743 | Undetermined* | MALDONADO TORRES, ZENAIDA<br>URB. VALLE ESCONDIDO #5 BUZON 11071<br>VILLALBA, PR 00766 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 80106 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 21 | MANGUAL VAZQUEZ, SANDRA IVETTE<br>P.O. BOX 946<br>JUANA DIAZ, PR 00795 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 95416 | Undetermined* | MANGUAL VAZQUEZ, SANDRA IVETTE<br>P.O. BOX 946<br>JUANA DIAZ, PR 00795 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 126571 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 22 | MARRERO PENA, NIEVELYN RUTH<br>PO BOX 1772<br>OROCOVIS, PR 00720-1772 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 108149 | $ 11,400.00* | MARRERO PENA, NIEVELYN RUTH<br>P.O. BOX 1772<br>OROCOVIS, PR 00720-1772 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 131306 | $ 47,100.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23 | MARRERO RIVERA, JACQUELINE I. CALLE IDILIO #76 COROZAL, PR 00783 | 10/26/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177549 | $ 30,000.00 | MARRERO RIVERA, JACQUELINE I. CALLE IDILIO #76 COROZAL, PR 00783 | 10/24/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178650 | $ 30,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 24 | MARTINEZ CRESPO, HECTOR I RAMAL 111, #7 LARES, PR 00669 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 100281 | $ 41,833.74* | MARTINEZ CRESPO, HECTOR I 7 RAMAL 111 LARES, PR 00669 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 133909 | $ 41,833.74* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 25 | MARTINEZ-NATAL, LUZ I. HC 07 BOX 12406 ARECIBO, PR 00612 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 146194 | Undetermined* | MARTINEZ-NATAL, LUZ I. HC 07 BOX 12406 ARECIBO, PR 00612 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 166212 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 26 | MASSANET, YARA COOP. LOS ROBLES APT 1011A AVE. AMERICO MIRANDA 405 SAN JUAN, PR 00927 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 60171 | $ 39,962.88 | MASSANET, YARA LOS ROBLES APT 1011A AVE. AMERICO MIRANDA 405 SAN JUAN, PR 00927 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 57400 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 27 | MATOS HERNANDEZ, CARMEN E. HC 05 BOX 27560 CAMUY, PR 00627 | 07/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 156716 | Undetermined* | MATOS HERNANDEZ, CARMEN E. HC 05 BOX 27560 CAMUY, PR 00627 | 07/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 144861 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 28 | MELENDEZ LUYANDO, LINDA BO DAGUAO BZN 195 NAGUABO, PR 00718 | 06/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 49013 | Undetermined* | MELENDEZ LUYANDO, LINDA DAGUAO BUZON 195 NAGUABO, PR 00718 | 06/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 47841 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | MOJICA CRUZ, ZAIDA LUZ<br>BOX 142<br>PUNTA SANTIAGO<br>HUMACAO, PR 00741 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 113355 | $ 70,000.00* | MOJICA CRUZ, ZAIDA LUZ<br>BOX 142 PUNTA SANTIAGO<br>HUMACAO, PR 00741 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 116865 | $ 80,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 30 | MORA VELAZQUEZ, CARMEN E.<br>CALLE 7NDO. VELAZQUEZ #57<br>PO BOX 208<br>HATILLO, PR 00659 | 07/01/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174130 | $ 20,361.60 | MORA VELAZQUEZ, CARMEN E.<br>PO BOX 208<br>HATILLO, PR 00659 | 07/01/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174232 | $ 20,361.60* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 31 | MORALES FIGUEROA, EVELYN<br>BO. PALOMAS, SECTOR HIGUERO<br>PO BOX 181<br>COMERIO, PR 00782 | 10/06/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 176422 | $ 75,000.00 | MORALES FIGUEROA, EVELYN<br>BO. PALOMAS SECTOR HIGUERO<br>BOX 181<br>COMERIO, PR 00782 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 95857 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 32 | MUNERA ROSA, MARLYN A<br>HC 6 BOX 2049<br>JARDINES DEL RIO<br>PONCE, PR 00731-9602 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 102092 | Undetermined* | MUNERA ROSA, MARLYN A<br>HC 6 BOX 2049<br>PONCE, PR 00731-9602 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 75995 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 33 | MUNIZ JIMENEZ, AIXA<br>HC-01 BZN. 5892<br>CAMUY, PR 00627 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 130363 | Undetermined* | MUNIZ JIMENEZ, AIXA<br>HC-01 BZN 5892<br>CAMUY, PR 00627 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 113738 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 34 | MUNIZ VAZQUEZ, ERIC JOSE<br>HC 7 BOX 25323<br>MAYAGUEZ, PR00680 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 103982 | $ 7,200.00 | MUNIZ VAZQUEZ, ERIC JOSE<br>HC 7 25323<br>MAYAGUEZ, PR00680 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 149302 | $ 9,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 35 | MUNOZ TORRES, EDNA J.<br>#417 C/LÉGAMO EXT. LOMA ALTA<br>CAROLINA, PR 00987 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26580 | $ 46,430.62 | MUNOZ TORRES, EDNA J.<br>#417 C/LÉGAMO, EXT. LOMA ALTA<br>CAROLINA, PR 00987 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26798 | $ 60,694.69 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 36 | NAZARIO BARRERAS, RAMONITA<br>URB. RAMIREZ DE ARELLANO<br>CALLE ANTONIO PAOLI #12<br>MAYAGUEZ, PR00682 | 07/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 158115 | $ 10,800.00* | NAZARIO BARRERAS, RAMONITA<br>URB. RAMIREZ DE ARELLANO<br>CALLE ANTONIO PAOLI #12<br>MAYAGUEZ, PR00682 | 07/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 139486 | $ 18,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 37 | NIEVES, MARTHA IRIS<br>URB BRISAS DE HATILLO<br>CALLE J ROCAFOR GARCIA A-2<br>HATILLO, PR 00659 | 02/24/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178381 | Undetermined* | NIEVES, MARTHA IRIS<br>URB BRISAS DE HATILLO<br>CALLE J ROCAFOR GARCIA A-2<br>HATILLO, PR 00659 | 07/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 156796 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 38 | OCASIO RIVERA, MARTA L<br>PO BOX 1108<br>MOROVIS, PR 00687 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 68813 | Undetermined* | OCASIO RIVERA, MARTA L<br>PO BOX 1108<br>MOROVIS, PR 00687 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 90309 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Four Hundred Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 | OJEDA MORALES, MARTHA<br>G-4 6 URB LAGOS DE PLATO<br>TOA BAJA, PR 00949 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 82457 | $ 8,120.00 | OJEDA MORALES, MARTHA<br>LAGOS DE PLATA<br>CALLE 6 G4<br>LEVITTOWN, PR 00949 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123003 | $ 10,080.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | ORTIZ DESSUS, ALTAGRACIA<br>E-3 C/28URB SANTA MARIA<br>GUAYANILLA, PR00656 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 142046 | $ 4,000.00* | ORTIZ DESSUS, ALTAGRACIA<br>E-3 CALLE 28<br>URB. SANTA MARIA<br>GUAYANILLA, PR00656 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 92784 | $ 3,400.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | ORTIZ QUINONEZ, EVELYN<br>URB SABANA GARDENS<br>27 3 CALLE 3<br>CAROLINA, PR 00984 | 06/19/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66871 | Undetermined* | ORTIZ QUINONEZ, EVELYN<br>URB SABANA GARDENS<br>27 3 CALLE 3<br>CAROLINA, PR 00984 | 06/19/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 62221 | $ 21,822.48* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | PEREIRA COLON, IRIS V.<br>TT 26 CALLE 46 URB. JARDINES DEL CARIBE<br>PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 94922 | Undetermined* | PEREIRA COLON, IRIS V.<br>TT 26 CALLE 46 URB. JARDINES DE CARIBE<br>PONCE, PR 00728 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 79850 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | PEREZ BUTLER, YANIRA<br>PO BOX 626<br>QUEBRADILLAS, PR 00678 | 04/03/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6007 | $ 11,317.78 | PEREZ BUTLER, YANIRA<br>COND. BALMORAL<br>CALLE DEL PARQUE # 110<br>APTO. # 7-E<br>SAN JUAN, PR 00907 | 05/24/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30267 | $ 11,317.78* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 44 | PEREZ CINTRON, ELENA R. HC 7 BOX 32014 JUANA DIAZ, PR 00795 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 136919 | Undetermined* | PEREZ CINTRON, ELENA R. HC 7 BOX 32014 JUANA DIAZ, PR 00795 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 146147 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | PEREZ PILLOT, VICTOR R COND PLAZA REAL CAPARR APT 511 GUAYNABO, PR 00966 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 18951-1 | $ 59,048.62 | PEREZ PILLOT, VICTOR R COND PLAZA REAL CAPARR 187 CARR. 2 APT 511 GUAYNABO, PR 00966 | 05/17/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14228-1 | $ 59,048.62 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | PEREZ SANTIAGO, FRANCISCO PO BOX 890 OROCOVIS, PR 00720-0890 | 07/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 111276 | Undetermined* | PEREZ SANTIAGO, FRANCISCO PO BOX 890 OROCOVIS, PR 00720-0890 | 07/30/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 83966 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | PEREZ-NIEVES, LUISA HC - 03 BOX 20596 ARECIBO, PR 00612-8165 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 112833 | Undetermined* | PEREZ-NIEVES, LUISA HC-03 BOX 20596 ARECIBO, PR 00612 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 121050 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | PRADO PAGAN, DELIS M. H14 URB. SANTIAGO EXT. EUGENIO MARIA DE HOSTOS JUANA DIAZ JUANA DIAZ, PR 00795 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66951 | Undetermined* | PRADO PAGAN, DELIS M. H14 URB. SANTIAGO EXT. EUGENIO MARIA DE HOSTOS JUANA DIAZ JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 155879 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 49 | RAMIREZ VALENTIN, MYRTA<br>1814 PORTGLEN DR.<br>LEAGUE CITY, TX 77573-7785 | 07/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 158269 | $ 19,200.00* | RAMIREZ VALENTIN, MYRTA<br>1814 PORTGLEN DR<br>LEAGUE CITY, TX 77573-7785 | 07/10/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 126997 | $ 10,800.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 50 | RAMOS RODRIGUEZ, FRANCISCO<br>P.O. BOX 388<br>PATILLAS, PR 00723 | 09/29/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178642 | Undetermined* | RAMOS RODRIGUEZ, FRANCISCO<br>P.O. BOX 388<br>PATILLAS, PR 00723 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 106054 | $ 10,136.24* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 51 | RAMOS SAEZ, ANGEL JOEL<br>PMB 242 P.O. BOX 5075<br>SAM GERMAN, PR 00683 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 138954 | Undetermined* | RAMOS SAEZ, ANGEL JOEL<br>PMB 242<br>PO BOX 5075<br>SAN GERMAN, PR 00683 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 149297 | $ 10,800.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 52 | RIVERA CALDERON, RAFAEL<br>RR-03 BOX 9576<br>TOA ALTA, PR 00953-6324 | 11/23/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178880 | Undetermined* | RIVERA CALDERON, RAFAEL<br>RR-03 BOX 9576<br>TOA ALTA, PR 00953-6324 | 11/23/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178859 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 53 | RIVERA FRANCO, ROSAURA<br>HC 03 BOX 11239<br>JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 166516 | Undetermined* | RIVERA FRANCO, ROSAURA<br>HC 03 BOX 11239<br>JUANA DIAZ, PR 00795 | 06/12/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 120825 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 54 | RIVERA LLERA, IVETTE<br>PO BOX 1893<br>GUAYAMA, PR 00785 | 06/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 76773 | Undetermined* | RIVERA LLERA, IVETTE<br>P.O. BOX 1893<br>GUAYAMA, PR 00785 | 06/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 76490 | $ 22,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 55 | RIVERA MEJIAS, ARMANDA<br>URB. PARQUE DEL MONTE 2<br>CAGUAS, PR 00727 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 63518 | Undetermined* | RIVERA MEJIAS, ARMANDA<br>URB. PARQUE DEL MONTE 2<br>CALLE UROYOAN LL5<br>CAGUAS, PR 00727 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 98866 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 56 | RIVERA MIRANDA, OLGA I.<br>C-24 CALLE SAN CARLOS MARIOLGA<br>CAGUAS, PR 00725 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 119731 | Undetermined* | RIVERA MIRANDA, OLGA I.<br>C-24 CALLE SAN CARLOS MARIOLGA<br>CAGUAS, PR 00725 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120183 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 57 | RIVERA PACHECO, MARIA<br>CALLE ORQUIDEA #A39<br>GUAYANILLA, PR00656 | 06/20/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 57629 | Undetermined* | RIVERA PACHECO, MARIA<br>SEGUNDA EXT. SANTA ELENA<br>CALLE ORQUIDEA #A39<br>GUAYANILLA, PR00656 | 06/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 77264 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 58 | RIVERA RIVERA, LYDA MARTA<br>PO BOX 1768<br>CAYEY, PR00737 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 82466 | Undetermined* | RIVERA RIVERA, LYDA MARTA<br>PO BOX 371768<br>CAYEY, PR00737 | 08/13/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 170256 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 59 | RIVERA SALGADO, MARTA B.<br>CALLE CRISTINO FIGUEROA #48<br>BO COQUI<br>AGUIRRE, PR 00704 | 06/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 47040 | Undetermined* | RIVERA SALGADO, MARTA B.<br>BD COQUI CALLE CRISTINO FIGUEROA #48<br>AGUIRRE, PR 00704 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 104339 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 60 | RIVERA SUAZO, MARIA DE LOS ANGELES #77 CALLE ORQUIDEA URB NARANJO VALLEY FAJARDO, PR 00738-8695 | 10/21/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 171745 | $ 26,325.00 | RIVERA SUAZO, MARIA DE LOS ANGELES #77 CALLE ORQUIDEA URB NARANJO VALLEY FAJARDO, PR 00738-8695 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 151225 | $ 28,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 61 | RIVERA VALENTIN, MIGDALIA HC05-BOX 57827 MAYAGUEZ, PR00680 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90291 | Undetermined* | RIVERA VALENTIN, MIGDALIA SECTOR LA VIOLETA HC-05 BOX 57827 MAYAGUEZ, PR00680 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 98360 | $ 81,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 62 | RIVERA VEGUILLA, MARIA HC-08 BOX 2789 SABANA GRANDE, PR 00637-9235 | 05/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 22580 | $ 9,398.08 | RIVERA VEGUILLA, MARIA HC-08 BOX 2789 SABANA GRANDE, PR 00637-9235 | 05/24/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25610 | $ 32,476.28 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 63 | RODRIGUEZ ESCOBAR, MOISES CALLE BRANDON #16 ENSENADA, PR 00647 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 76158 | Undetermined* | RODRIGUEZ ESCOBAR, MOISES CALLE BRANDON #16 ENSENADA, PR 00647 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 83702 | $ 17,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 64 | RODRIGUEZ LOPEZ, OSVALDO URB. SANTA MARIA CALLE JUAN ARROYO, A105 SABANA GRANDE, PR 00637 | 10/13/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177076 | $ 75,600.00 | RODRIGUEZ LOPEZ, OSVALDO URB. SANTA MARIA CALLE JUAN ARROYO, A105 SABANA GRANDE, PR 00637 | 09/11/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177690 | $ 75,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Four Hundred Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 65 | RODRIGUEZ LUGO, ERNESTO<br>CALLE PRADO G25<br>COLINAS DE YAUCO<br>YAUCO, PR 00698 | 09/15/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 175825 | $ 103,200.00 | RODRIGUEZ LUGO, ERNESTO<br>CALLE PRADO G25<br>COLINAS DE YAUCO<br>YAUCO, PR 00698 | 08/25/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178263 | $ 103,200.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 66 | RODRIGUEZ NAZARIO, MARIA M.<br>CONDOMINIO PONCIANE<br>9140 CALLE MARINE APTO. #706<br>PONCE, PR 00717 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 99670 | Undetermined* | RODRIGUEZ NAZARIO, MARIA M.<br>CONDOMINIO PONCIANA<br>9140 CALLE MARINA APT # 706<br>PONCE, PR 00717 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 128092 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 67 | RODRIGUEZ RODRIGUEZ, YARISEL<br>HC #4 BOX 6932<br>YABUCOA, PR 00767 | 07/04/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 103099 | $ 26,202.22* | RODRIGUEZ RODRIGUEZ, YARISEL<br>HC #4 BOX 6932<br>YABUCOA, PR 00767 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 63109 | $ 40,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 68 | ROMERO GONZALEZ, CARLOS<br>#86 LUIS MUNOZ RIVERA BO. COCO YIEJO<br>SALINAS, PR 00751 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 145634 | Undetermined* | ROMERO GONZALEZ, CARLOS<br>BO COCO VIEJO LUIS M RIVERA #86<br>SALINAS, PR 00751 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 92916 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 69 | ROSA OCASIO, MELVIN<br>HC 01 BOX 5848<br>TOA BAJA, PR 00949 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16477 | $ 1,033.00 | ROSA OCASIO, MELVIN<br>HC01 BOX 5848<br>TOA BAJA, PR 00949 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16479 | $ 1,479.45 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Four Hundred Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 70 | ROSALY GERENA, DORA H<br>REPARTO DURAN#6131<br>CALLE CIPRES<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63957 | Undetermined* | ROSALY GERENA, DORA H<br>131 CALLE CIPRÉS<br>ISABELA, PR 00662 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 54179 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | ROSARIO DORTA, MARIBEL<br>HC04 BOX 44701<br>HATILLO, PR 00659 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 67151 | $ 14,400.00* | ROSARIO DORTA, MARIBEL<br>HC04 BOX 44701<br>HATILLO, PR 00659 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 121156 | $ 14,400.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | ROSSNER FIGUEROA, EVERLIDYS<br>URB COUNTRY CLUB 4TA EXT<br>969 CALLE LINACERO<br>SAN JUAN, PR 00924 | 10/13/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177002 | Undetermined* | ROSSNER FIGUEROA, EVERLIDYS<br>URB. COUNTRY CLUB<br>969 CALLE LINACERO<br>SAN JUAN, PR 00924 | 09/02/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178722 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | RUIZ RODRIGUEZ, ANGELITA<br>PO BOX 897<br>RINCON, PR 00677 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123640 | $ 4,000.00* | RUIZ RODRIGUEZ, ANGELITA<br>BOX 897<br>RINCON, PR 00677 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123021 | $ 40,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | SANCHEZ COSME, MILAGROS<br>BDA CARMEN 172<br>CALLE JOSE AMADEO<br>SALINAS, PR 00751 | 10/13/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 176997 | $ 104,400.00 | SANCHEZ COSME, MILAGROS<br>BDA CARMEN 172<br>CALLE JOSE AMADEO<br>SALINAS, PR 00757 | 09/18/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178408 | $ 104,400.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 75 | SANCHEZ RIVERA, ENOELIA URBANIZACION JARDINES DE ARROYO CALLE Y-BL-8 ARROYO, PR 00714 | 10/10/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 171520 | Undetermined* | SANCHEZ RIVERA, ENOELIA URB. JARD. DE ARROYO, CALLE Y-Bl-8 ARROYO, PR 00714 | 09/15/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 175712 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 76 | SANTIAGO BONILLA, MARIA E. PO BOX 665 GUAYAMA, PR00785 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 131642 | Undetermined* | SANTIAGO BONILLA, MARIA E. PO BOX 665 GUAYAMA, PR00785 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 117188 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 77 | SANTIAGO CANDELARIO, CARMEN G. P.O. BOX 991 VILLALBA, PR 00766-0991 | 09/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178622 | Undetermined* | SANTIAGO CANDELARIO, CARMEN G. P.O BOX 991 VILLALBA, PR 00766-0991 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 148401 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 78 | SANTIAGO FLORES, NAIDA J PO BOX 8017 MAYAGUEZ, PR00681 | 05/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 11635 | Undetermined* | SANTIAGO FLORES, NAIDA J PO BOX 8017 MAYAGUEZ, PR00681 | 05/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 11665 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 79 | SANTIAGO GONEZ, HECTOR L. HC03 BOX 15404 JUANA DIAZ, PR 00795 | 09/15/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 176030 | $ 21,600.00 | SANTIAGO GONEZ, HECTOR L. HC 3 BOX 15404 JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 104536 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 80 | SANTIAGO RIVERA, LYDIA E<br>21 OCEAN PARK PASEO PERLA DEL MAR<br>VEGA BAJA, PR 00693-9006 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 112618 | Undetermined* | SANTIAGO RIVERA, LYDIA E<br>21 OCEAN PARK PASEO PERLA DEL MAR<br>VEGA BAJA, PR 00693-9006 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 139120 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 81 | SANTIAGO SANTIAGO, IRIS NEREIDA<br>#112 CALLE DEL RIO<br>GUAYANILLA, PR00656 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 175198 | Undetermined* | SANTIAGO SANTIAGO, IRIS NEREIDA<br>BARRIO QUEBRADAS PARCELA 112 A<br>CALLE DEL RIO<br>GUAYANILLA, PR00656 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 84980 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 82 | SUAREZ VAZQUEZ, TERESA<br>URB. LAS MARIAS N-1<br>JUANA DIAZ, PR 00795 | 10/29/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178380 | $ 134,400.00 | SUAREZ VAZQUEZ, TERESA<br>URB. LAS MARIAS N-1<br>JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 131402 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 83 | TORO GONZALEZ, GLADYS<br>Z #316 JARDINES DE CARIBE<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 120508 | Undetermined* | TORO GONZALEZ, GLADYS<br>316 2<br>PONCE, PR 00728 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 107604 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 84 | TORRES CARRASQUILLO, DIOSELINA<br>HC 3 BOX 7685<br>LAS PIEDRAS, PR 00771 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 77100 | Undetermined* | TORRES CARRASQUILLO, DIOSELINA<br>HC-3 BOX 7685<br>LAS PIEDRAS, PR 00771 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 159328 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Four Hundred Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 85 | TORRES VINALES, GISSEL<br>HC 46 BOX 5544<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 121692 | Undetermined* | TORRES VINALES, GISSEL<br>HC 46 BOX 5544<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 164219 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 86 | TRU OF PUERTO RICO, INC.<br>ATTN: PETER BARRETT<br>KUTAK ROCK LLP<br>901 E. BYRD ST., STE. 1000<br>RICHMOND, VA 23219 | 08/09/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179484 | $ 193,300.71* | TRU OF PUERTO RICO, INC.<br>ATTN: PETER BARRETT<br>KUTAK ROCK LLP<br>901 E. BYRD ST., STE 1000<br>RICHMOND, VA 23219 | 08/10/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179501 | $ 193,300.71* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 87 | VALENTIN NIEVES, LUIS O.<br>CALLE 11 E-28<br>DIPLO<br>NAGUABO, PR 00718-0000 | 06/07/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 49382 | $ 48,506.39 | VALENTIN NIEVES, LUIS O.<br>CALLE FLAMBOYAN 201 URB. PIPLO 3<br>NAGUABO, PR 00718 | 07/03/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154222 | $ 48,506.39 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 88 | VALERIO ALGARRA, PATRICIA MARIA<br>VILLA PALMERA<br>302 CALLE APONTE<br>SAN JUAN, PR 00912 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 49558 | $ 15,472.84 | VALERIO ALGARRA, PATRICIA MARIA<br>VILLA PALMERA<br>302 CALLE APONTE<br>SAN JUAN, PR 00912 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 54121 | $ 19,395.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 89 | VARGAS RIVERA, CLEMENTE<br>URB. SAN FRANCISCO<br>303 CALLE SAN FERNANDO<br>YAUCO, PR 00698 | 07/24/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178149 | Undetermined* | VARGAS RIVERA, CLEMENTE<br>303 CALLE SAN FERNANDO<br>YAUCO, PR 00698 | 07/22/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174441 | $ 69,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 90 | VAZQUEZ ROMERO, VIRGENMINA<br>BOX 800270<br>COTO LAUREL, PR 00780 | 11/02/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178773 | $ 104,400.00 | VAZQUEZ ROMERO, VIRGENMINA<br>PO BOX 800270<br>COTO LAUREL, PR 00780 | 08/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 163649 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 91 | VAZQUEZ ROSADO, MIRNA IRIS<br># 2829 CALLE COJOBA<br>URB. LOS CAOBOS<br>PONCE, PR 00716 | 08/03/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174548 | Undetermined* | VAZQUEZ ROSADO, MIRNA IRIS<br>#2829 COJOBA STREET<br>URB. CAOBOS<br>PONCE, PR 00716 | 08/21/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174849 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 92 | VAZQUEZ VELEZ, LUZ E.<br>BO MAGUEYES<br>10 CALLE LA ROCA<br>BARCELONETA, PR 00617 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 85141 | $ 55,000.00 | VAZQUEZ VELEZ, LUZ E.<br>BO MAGUEYES<br>10 CALLE LA ROCA<br>BARCELONETA, PR 00617 | 07/03/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 108049 | $ 54,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 93 | VELAZQUEZ VEGA, EASLIA<br>PO BOX 362<br>ARROYO, PR 00714 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 97836 | Undetermined* | VELAZQUEZ VEGA, EASLIA<br>P.O. BOX 362<br>ARROYO, PR 00714 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 44423 | $ 10,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 94 | VICENS GONZALEZ, RAQUEL M.<br>APARTADO1152<br>SAN LORENZO, PR 00754 | 09/15/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 175839 | Undetermined* | VICENS GONZALEZ, RAQUEL M.<br>APARTADO1152<br>SAN LORENZO, PR 00754 | 07/24/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177812 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Four Hundred Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 95 | VILLALOBOS SANTIAGO, MYRTIS<br>CONDOMINIO PARQUE REAL 30<br>CALLE JUAN C. BORBÓN APT. 441<br>GUAYNABO, PR 00969 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66810 | Undetermined* | VILLALOBOS SANTIAGO, MYRTIS<br>CONDOMINIO PARQUE REAL 30<br>CALLE JUAN C. BORBÓN APT. 441<br>GUAYNABO, PR 00969 | 07/29/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174650 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 96 | VILLAR ROBLES, FERNANDO LUIS<br>P.O. BOX 778 PUEBLO STATION<br>CAROLINA, PR 00986-0778 | 10/23/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178305 | $ 105,600.00 | VILLAR ROBLES, FERNANDO LUIS<br>P.O. BOX 778 PUEBLO STATION<br>CAROLINA, PR 00986-0778 | 10/26/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177555 | $ 105,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |