UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br> as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING FOUR HUNDRED SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE

Upon the *Four Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority Claims for Which the Debtors are Not Liable* (Docket Entry No. 19556) (the "Four Hundred Seventh Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Seventh Omnibus Objection.

and the Puerto Rico Highways and Transportation Authority ("HTA," and together with the
Commonwealth, the "Debtors"), dated December 17, 2021, for entry of an order disallowing in
their entirety certain claims filed against the Debtors, as more fully set forth in the Four Hundred
Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to
consider the Four Hundred Seventh Omnibus Objection and to grant the relief requested therein
pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section
307(a); and due and proper notice of the Four Hundred Seventh Omnibus Objection having been
provided to those parties identified therein, and no other or further notice being required; and each
of the claims identified in Exhibit A to the Four Hundred Seventh Omnibus Objection
(collectively, the "Claims to Be Disallowed") having been found to be claims for which neither
the Commonwealth nor HTA are liable; and the Court having determined that the relief sought in
the Four Hundred Seventh Omnibus Objection is in the best interests of the Commonwealth, HTA,
their creditors, and all parties in interest; and the Court having determined that the legal and factual
bases set forth in the Four Hundred Seventh Omnibus Objection establish just cause for the relief
granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive
pleading, or request for a hearing with respect to the Four Hundred Seventh Omnibus Objection
has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Seventh Omnibus Objection is GRANTED as
set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their
entirety; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged the
Claims to Be Disallowed on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 19556 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: October 4, 2022

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge