Case:17-03283-LTS Doc#:22545 Filed:10/04/22 Entered:10/04/22 17:43:25 Desc:
Case 3:21-cv-01211-RAM Document 69-2 Filed 12/01/04 Page 14 of 25
Exhibit Minutes of Proceedings   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Exhibit 5

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: December 1, 2021

COURTROOM DEPUTY: Natassia Ochoa     **Civil 21-1211 (RAM)**

COURT REPORTER: Zoom Recording

==================================================================

|  | Attorneys: |
|---|---|
| Keila Garcia-Colon | Juan R. Gonzalez-Munoz |
| vs. | |
| Corporation of the State Insurance Fund | Peter W. Miller |
|  | Myriam C. Ocasio-Arana |

==================================================================

**CASE CALLED FOR INITIAL SCHEDULING CONFERENCE.**

The Court granted the schedule in the Joint Report of the Parties' Rule 26(f) Planning Meeting, but extended each date by sixty (60) days. The new timetable is as follows:

| EVENT | DATE |
|---|---|
| Amendment to Pleadings or to Add Parties<br>✓ Plaintiff<br>✓ Defendant | March 15, 2022<br>March 15, 2022 |
| Service of Written Discovery<br>✓ First Set of Interrogatories<br>✓ First Request for Production<br>✓ First Request for Admissions | February 1, 2022<br>February 1, 2022<br>February 1, 2022 |
| Responses to Written Discovery | March 11, 2022 |
| Supplemental Written Discovery (Optional)<br>✓ Second Request for Production<br>✓ Second Request for Admissions | March 31, 2022<br>March 31, 2022 |
| Responses to Supplemental Written Discovery | May 16, 2022 |

| | |
|---|---|
| Plaintiff's deposition | May 16, 2022 |
| Deposition of Plaintiff's Witnesses | June 13-24, 2022 |
| Announcement of Experts<br>• Plaintiff<br>• Defendant | March 31, 2022<br>April 29, 2022 |
| Production of Expert Reports<br>• Plaintiff<br>• Defendant | May 16, 2022<br>June 17, 2022 |
| Expert Witness' Depositions | July 1-31, 2022 |
| Conclusion of Discovery | August 15, 2022 |
| Dispositive Motions | August 31, 2022 |
| Oppositions to Dispositive Motions | September 30, 2022 |
| Replies to Oppositions to Dispositive Motions | October 17, 2022 |
| Joint Proposed Pretrial Order | December 7, 2022 |
| Pretrial/Settlement Conference | December 12, 2022 |
| Jury Trial | December 19, 2022 |

The parties informed that the Mandatory Initial Disclosures have been exchanged. The parties were granted until **December 15, 2021** to file motions as to why the damages aspect of the case should not be stayed under PROMESA. Also by **December 15, 2021,** Defendant shall file the Answer to the Complaint. The Court inquired as to prospects for settlement.

                                                                     _**S/ Natassia Ochoa**_
                                                                     Courtroom Deputy Clerk