Exhibit B

**Damaris Santos**

| | |
|---|---|
| From: | Juan Gonzalez <jgonzalez@gonzalezmunozlaw.com> |
| Sent: | Thursday, August 18, 2022 3:41 PM |
| To: | Juan R. Gonzalez |
| Subject: | FW: Notice of Intended Lift of Stay |
| Attachments: | DE 1 - Verified Complaint and Request for Injunctive Relief.pdf; DE 86 - Memorandum and Order.pdf; 220815 Motion for Relief from Stay - Draft.docx |

**From:** Juan Gonzalez
**Sent:** Tuesday, August 16, 2022 8:31 PM
**To:** 'hermann.Bauer@oneillborges.com' <hermann.Bauer@oneillborges.com>
**Cc:** Info <info@gonzalezmunozlaw.com>
**Subject:** Notice of Intended Lift of Stay

Dear attorney Bauer,

Pursuant to Hon. Raúl M. Arias-Marxuach's order and the "Sixteenth Amended Notice, Case Management and Administrative Procedures" Order in Civil N0. 17 - bk - 3283 (LTS), my client, Keila García Colón is providing notice of her intent to move the Bankruptcy Court to lift the stay ordered by Judge Arias in favor of the State Insurance Fund Corporation and permit the prosecution of her claims for sexual harassment and retaliation. The draft of the intended Motion for Lift of Stay contains a description of the nature of Ms. García's claims, the amounts requested, and the status of the proceedings.

In compliance with applicable procedures, Ms. García provides the following:

1. Ms. Keila García Colón (may be reached through the undersigned).
2. She has claims for equitable, injunctive and monetary relief arising out of the sexual harassment and retaliation experienced by her at the CSIF; *See,* Civil Action Civil No. 21-01211 (RAM), before the United States District Court of the District of Puerto Rico.
3. The request for compensatory damages cannot be accurately ascertained, but the prayer in the Complaint is for no less than $600,000.00;
4. The stay should be lifted because CSIF is not a Commonwealth of Puerto Rico instrumentality protected by the automatic stay and, as a public corporation it has not filed a Title III Petition.

Should you need any additional information, please contact the undersigned at (787) 645-7699.

1

Cordially,

2