Exhibit 9

# GONZALEZ MUÑOZ LAW OFFICES, P.S.C.
**Attorneys at Law**

Juan R. González Muñoz

Fábrica Sodas Polo Norte
261 Tetuán St., 2nd Floor
Old San Juan, Puerto Rico

August 18, 2022

**VIA ELECTRONIC MAIL**
pwm@wbmvlaw.com
moa@wbmvlaw.com

Peter W. Miller, Esq.
Myriam C. Ocasio-Arana, Esq.
WEINSTEIN-BACAL, MILLER & VEGA, P.S.C.

Re: *García v. Corporation of the State Insurance Fund*
O/F: CIV-449

Dear colleagues:

This is to inform you that plaintiff has proceeded to send an email to Hermann.Bauer@oneillborges.com regarding her intent to file a motion requesting that the stay ordered by Hon. Raúl M. Arias Marxuach in the claim of reference be lifted so that her claims may be litigated. A copy of the email to Mr. Bauer will be forwarded to you to provide you the basis of the intended petition for the lift of stay to be presented to the court.

You are hereby invited to meet and confer about plaintiff's request with the undersigned to see if we can stipulate the lifting of the stay without having to involve the Bankruptcy Court. The "Sixteenth Amended Notice, Case Management and Administrative Procedures" Order related to the Commonwealth's PROMESA Title III petition provides in pertinent part:

> During the Lift Stay Notice Period, the Debtors and the movant shall meet and confer (in person or telephonically) to attempt to resolve, in whole or in part, the movant's request for relief from the automatic stay.

Case:17-03283-LTS Doc#:20190-1, p. 14.

Please contact the undersigned and suggest two or three dates and times when the conversation may be had. If no response to this request is received during the next seven days, that is by August 25, 2022, plaintiff will interpret this as a refusal to meet and confer. The 15-day "Lift Stay Notice" expires on August 31, 2022, that is fifteen days after the email to Mr. Bauer.

Cordially,

Juan Rafael González Muñoz

P.O. Box 9024055, San Juan, Puerto Rico 00902-4055 / Telephone (787) 766-5052
E-mails: info@gonzalezmunozlaw.com; jgonzalez@gonzalezmunozlaw.com