Case:17-03283-LTS Doc#:22501-10 Filed:10/04/22 Entered:10/04/22 17:43:25 Desc: Exhibit Opposing Counsels Response Page 1 of 2

Exhibit 10

## Damaris Santos

| | |
|---|---|
| From: | Juan Gonzalez <jgonzalez@gonzalezmunozlaw.com> |
| Sent: | Friday, September 16, 2022 4:04 PM |
| To: | Juan R. Gonzalez |
| Subject: | Fwd: Lift of Stay |

Enviado desde mi iPhone

Inicio del mensaje reenviado:

> **De:** Juan Gonzalez <jgonzalez@gonzalezmunozlaw.com>
> **Fecha:** 7 de septiembre de 2022, 14:22:00 GMT-4
> **Para:** "Juan R. Gonzalez" <jgonzalez@cstlawpr.com>
> **Asunto: FW: Lift of Stay**
>
>
> From: Myriam Ocasio [mailto:moa@wbmvlaw.com]
> Sent: Monday, August 22, 2022 11:32 AM
> To: Juan R. Gonzalez <jgonzalez@cstlawpr.com>; Peter Miller <pwm@wbmvlaw.com>
> Cc: Info <info@gonzalezmunozlaw.com>
> Subject: Re: Lift of Stay
>
> Dear counsel Gonzalez,
>
> I hope this finds you well. We hereby confirm receipt of your email dated August 18, 2022 informing of your intention to file a motion requesting the lift of the stay in the above referenced case and your desire to meet with us regarding the same.
>
> We have no problems meeting with you to discuss this matter, however, as you are well aware, on April 5, 2022 [Docket No. 86] the Judge issued a Memorandum and Order granting our Motion Requesting Automatic Stay of Proceedings Pursuant to Title III of Promesa and finding that the State Insurance Fund is a covered entity. This is the law of the case and your chance to appeal said decision has passed. We will not consent for the stay to be lifted and if you file the motion requesting the lift of stay, we will be presenting a timely opposition. We are confident that the arguments we raised before the District Court will have the same effect with the Court this second time around.
>
> Cordilally,
>
> ## Lcda. Myriam Ocasio Arana
> Weinstein-Bacal, Miller & Vega, P.S.C.
> 154 Rafael Cordero Street PH-1

1

Old San Juan, Puerto Rico 00901
Phone (787) 977-2550
Fax (787) 977-2559
E-mail moa@wbmvlaw.com

---

**From:** Juan R. Gonzalez <jgonzalez@cstlawpr.com>
**Sent:** Thursday, August 18, 2022 3:45 PM
**To:** Peter Miller <pwm@wbmvlaw.com>; Myriam Ocasio <moa@wbmvlaw.com>
**Cc:** info@gonzalezmunozlaw.com <info@gonzalezmunozlaw.com>
**Subject:** Lift of Stay

Dear colleagues,

Enclosed find letter to you with attachments.

Juan R. González | Of-Counsel
787-523-6077   787-645-7699   787-523-3433
jgonzalez@cstlawpr.com   Connect on LinkedIn

www.cstlawpr.com
El Caribe Office Building
53 Palmeras Street, Ste 1601
San Juan, Puerto Rico 00901-2419
T +1 (787) 523-3434

CONFIDENTIALITY NOTICE: This is a confidential and privileged communication between the sender and the intended recipient(s). Access to this communication by any person other than the intended recipient(s) is unauthorized. Any disclosure, copying, distribution, or other use of the contents of this communication, or of any attachment or file thereto or thereof, by an unintended recipient is not and prohibited. If you have received this communication in error, please delete the same immediately and notify the sender. Thank you.

*************************************************************** This electronic mail transmission is legally privileged and contains confidential information intended only for the addressee(s) named above. Any use, distribution, forwarding, copying or disclosure to or by any other person is strictly prohibited. If you received this transmission in error, please notify the sender by telephone at (787) 977-2550 or by e-mail at the address above.
***************************************************************

*************************************************************** This electronic mail transmission is legally privileged and contains confidential information intended only for the addressee(s) named above. Any use, distribution, forwarding, copying or disclosure to or by any other person is strictly prohibited. If you received this transmission in error, please notify the sender by telephone at (787) 977-2550 or by e-mail at the address above.
***************************************************************