UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING FOUR HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO DUPLICATE CLAIMS

Upon the *Four Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Duplicate Claims* (Docket Entry No. 20798) (the "Four Hundred Sixty-Seventh Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated May 13, 2022, for entry of an order disallowing in their entirety certain claims filed against PREPA, as more fully set forth in the Four Hundred Sixty-Seventh Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Sixty-Seventh Omnibus Objection.

Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Sixty-Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Sixty-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each d each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Four Hundred Sixty-Seventh Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Four Hundred Sixty-Seventh Omnibus Objection is in the best interest of PREPA and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Sixty-Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Sixty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Duplicate Claims are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Kroll is authorized and directed to delete the Duplicate Claims from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20798 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: October 5, 2022

                                                /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge