# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Sixty-Seventh Omnibus Objection**

# FOUR HUNDRED SIXTY SEVENTH OMNIBUS OBJECTION
## Exhibit A – Duplicate Liabilities

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO LCDA. REBECCA RODRIQUEZ RR LAW LLC 224 DOMENECH AVE. #1 SAN JUAN, PR 00818-3538 | 7/8/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179446 | $812.26 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO LCDA. REBECCA RODRIGUEZ RR LAW LLC 224 DOMENECH AVE #1 SAN JUAN, PR 00818-3538 | 6/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 54359 | $812.26 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | ENVIRONICS RECYCLING PO BOX 29535 SAN JUAN, PR 00929 | 6/12/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 50039 | $1,190,864.12 | ENVIRONICS ENGINEERING GROUP CORP P.O. BOX 29535 SAN JUAN, PR 00929 | 6/12/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 63950 | $967,946.57 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | ISLA DEL RIO, INC. MARIA E. VICENS 1218 AVE. HOSTOS SUITE 117 PONCE, PR 00717 | 3/9/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179739 | $1,369,177.26 | ISLA DEL RIO, INC. MARIA E. VICENS 1218 AVE. HOSTOS SUITE 117 PONCE, PR 00717 | 3/10/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179740 | $453,780.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | LUIS CORNIER FIGUEROA/LIZ MARY VELEZ RICENT C/O ALEXANDRO E. ORTIZ PADILLA APARTADO 801175 COTO LAUREL, PR 00780-1175 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 44318 | $2,603,625.00 | LUIS CORNIER FIGUEROA/LIZ MARY VELEZ RICENT PO BOX 184 CABO ROJO, PR 00623 | 5/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 40482 | $2,603,625.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | PEREZ PADIN, JOSE LUIS HC-01 BOX 3370 CAMUY, PR 00627 | 4/27/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 9169 | $36,675.62 | PEREZ PADIN, JOSE LUIS HC-01 BOX 3370 CAMUY, PR 00627 | 11/17/2017 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 295 | $15,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. The asserted amount of the surviving claim is lower than the asserted amount of the disallowed claim because PREPA's records indicate the parties have settled the underlying litigation for $15,000. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.