UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al*.,

Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td></tr>
</table>

ORDER GRANTING FOUR HUNDRED SIXTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE)
OF THE COMMONWEALTH OF PUERTO RICO TO NO LIABILITY BOND CLAIMS

Upon the *Four Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability Bond Claims* (Docket Entry No. 20793) (the "Four Hundred Sixty-Second Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth"), dated May 13, 2022, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred Sixty-Second

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Sixty-Second Omnibus Objection.

Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider

the Four Hundred Sixty-Second Omnibus Objection and to grant the relief requested therein

pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

("PROMESA")[3]; and venue being proper pursuant to PROMESA Section 307(a); and due and

proper notice of the Four Hundred Sixty-Second Omnibus Objection having been provided to those

parties identified therein, and no other or further notice being required; and the Court having

determined that the claims identified in Exhibit A to the Four Hundred Sixty-Second Omnibus

Objection (the "Claims to Be Disallowed") seek recovery of amounts for which the

Commonwealth is not liable; and the Court having determined that the relief sought in the Four

Hundred Sixty-Second Omnibus Objection is in the best interest of the Commonwealth, its

creditors, and all the parties in interest; and the Court having determined that the legal and factual

bases set forth in the Four Hundred Sixty-Second Omnibus Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Sixty-Second Omnibus Objection is GRANTED

as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their

entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be

Disallowed as expunged on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20793 in Case No. 17-3283;

and it is further

---

[3]      PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: October 5, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge