# **EXHIBIT A**

**Schedule of Claims Subject to Four Hundred Fifty-Fifth Omnibus Objection**

Four Hundred Fifty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | GARCIA LOPERENA, ELISA M. CALLE LOS LOPTRONA #96 MOCA, PR 00676-5023 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 147310 | $16,530.00* | GARCIA LOPERENA, ELISA M. CALLE LOS LOPERENA #96 MOCA, PR 00676-5023 | 06/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40272 | $16,530.34* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | GONZALEZ LLANES, CARMEN L. P.O. BOX 9048 ARECIBO, PR 00613 | 07/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 160314 | Undetermined* | GONZALEZ LLANES, CARMEN L. P.O. BOX 9048 ARECIBO, PR 00613 | 09/16/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167214 | $20,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | MARTINEZ VALENTIN, LUIS G BOX 859 SALINAS, PR 00751 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 148059 | $41,000.00 | MARTINEZ VALENTIN, LUIS GUILLERMO BOX 859 SALINAS, PR 00751 | 07/18/19 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 169805 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | MERCADO GALINDO, MOISES M BOX 1583 SAN GERMAN, PR 00683 | 06/08/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 55236 | $16,800.00* | MERCADO GALINDO, MOISES M BOX 1583 SAN GERMAN, PR 00683 | 09/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 167520 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | NOBLE TORRES, IVONNE PO BOX 593 JUNCOS, PR 00777 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 144662 | Undetermined* | TORRES, IVONNE NOBLE P.O. BOX 593 JUNCOS, PR 00777 | 06/22/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 174171 | $35,408.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Fifty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | NOBLE TORRES, IVONNE<br>PO BOX 593<br>JUNCOS, PR 00777 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 159494 | Undetermined* | TORRES, IVONNE NOBLE<br>P.O. BOX 593<br>JUNCOS, PR 00777 | 06/22/20 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 174171 | $35,408.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | RIVERA-COLON, NESTOR<br>BUFETE FRANCISCO R. GONZALEZ<br>1519 PONCE DE LEON AVE<br>SUITE 805<br>SAN JUAN, PR 00909 | 06/29/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 101354 | $16,800,000.00* | RIVERA COLON, NESTOR<br>FRG LAW<br>BUFETE FRANCISCO R. GONZALEZ<br>1519 PONCE DE LEON AVE. SUITE 805<br>SAN JUAN, PR 00909 | 04/04/22 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 179755 | $16,800,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

2