# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Fifty-First Omnibus Objection**

Four Hundred Fifty-First Omnibus Objection
Exhibit A - Claims to Be Reclassified

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AGOSTO TORRES, CARLOS J. APRIL GARDENS CALLE 21 2C-9 LAS PIEDRAS, PR 00771 | 147581 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ALAMO CUEVAS, JOSE M. URB. VILLA DEL REY 4TA.SEC CALLE 5 4L10 CAGUAS, PR 00725 | 138930 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | AMALBERT-MILLAN, MARIA A. PASEO PALMA REAL 76 CALANDRIA JUNCOS, PR 00777-3125 | 81661 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | $75,000.00* | Commonwealth of Puerto Rico | 503(b)(9) | $75,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BERRIOS CASTRODAD, NORMA D. URB. FERNANDEZ 24 FRANCISCO CRUZ CIDRA, PR 00739 | 175400-1 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $74,600.00 | Commonwealth of Puerto Rico | Unsecured | $74,600.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CASILLAS RODRIGUEZ, MYRNA L. K44 12 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 135462 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | COSME COSME, WANDA I. HC 02 BOX 80194 CIALES, PR 00638 | 60545 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | CRUZ CRUZ, RAMON E. HC-02 BOX 5210 VILLALBA, PR 00766 | 138184 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | CUEVAS GONZALEZ, NORMA I. URB. VISTA DEL RIO II P.O. BOX 665 ANASCO, PR 00610 | 156362 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $80,000.00* | Commonwealth of Puerto Rico | Unsecured | $80,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Four Hundred Fifty-First Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | DE JESUS MORALES, AIDA M.<br>HC-01 BOX 2723<br>LOIZA, PR 00772 | 103573 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 10 | DIAZ REYES, LUISA M.<br>SECTOR LA PRRA RAMAL 4 #122<br>TRUJILLO ALTO, PR 00976 | 106019 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 11 | ECHEVARRIA ABREU, SANDRA I.<br>URB. LAS DELICIAS 4041<br>CALLE FIDELIA MATHEW<br>PONCE, PR 00728-3710 | 89567 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 12 | ESCRIBANO, ZAIDA J.<br>P.O. BOX 52<br>CIDRA, PR 00739-0052 | 176074 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $75,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | FELICIANO RODRIGUEZ, IRVING<br>HC01 BOX 8380<br>HORMIGUEROS, PR 00660 | 9963 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $70,000.00* | Commonwealth of Puerto Rico | Secured | $70,000.00* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 14 | FLORES OYOLA, SYLVIA M.<br>13 CALLE ORQUIDEA<br>CIDRA, PR 00739 | 175465 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9)<br><br>Unsecured<br><br>Subtotal | Undetermined*<br><br>$95,000.00*<br><br>$95,000.00* | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br><br>Subtotal | 503(b)(9)<br>Unsecured | Undetermined*<br>$95,000.00*<br><br>$95,000.00* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 15 | FRANCIS ROSARIO, DOLORES R.<br>C-23 B URB. MELENDEZ<br>FAJARDO, PR 00738 | 163586 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $14,400.00* | Commonwealth of Puerto Rico | Unsecured | $14,400.00* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 16 | GARCIA GARCIA, RAFAEL<br>5 H 15 CALLE 8<br>URB MONTE BRISAS 5<br>FAJARDO, PR 00738 | 165086 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $9,600.00* | Commonwealth of Puerto Rico | Unsecured | $9,600.00* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Fifty-First Omnibus Objection
### Exhibit A - Claims to Be Reclassified

|  | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | GONZALEZ GONZALEZ, FELICITA<br>CALLE-24-GG-15- VILLAS DE CASTRO<br>CAGUAS, PR 00725 | 151107 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>Subtotal | 503(b)(9)<br><br>Secured | Undetermined*<br><br>Undetermined*<br><br>Undetermined* | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br>Subtotal | 503(b)(9)<br>Secured | Undetermined*<br>Undetermined*<br><br>Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | LAFONTAINE VELEZ, SONIA<br>URB TANAMA 167 CALLE CUBA<br>ARECIBO, PR 00612 | 40898 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | MATOS ARROYO, VICENTA<br>PMB 376 BOX 1283<br>SAN LORENZO, PR 00754 | 129954 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | MORALES VALDES, RUBEN A<br>12 EUCALIPTO STREET<br>PARCELAS MARQUEZ<br>MANATI, PR 00674 | 18526 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $70,000.00* | Commonwealth of Puerto Rico | Unsecured | $70,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | | | | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT | |
| 21 | NAVARRO COTTO, AGUSTINA<br>PO BOX 1106<br>CIDRA, PR 00739 | 175663 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $75,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 | |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | | |
| 22 | NIEVES HERNANDEZ, HILDA<br>E-25 SANTA ANA, SANTA ELVIRA<br>CAGUAS, PR 00725 | 118029 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $5,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 | |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | | |
| 23 | ORTIZ ARROYO, MANUEL ANTONIO<br>URB HACIENDA LA MATILDE<br>5675 PASEO MORELL CAMPOS<br>PONCE, PR 00728-2449 | 132283 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* | |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | | |
| 24 | ORTIZ SANTIAGO, ADA IRMA<br>PO BOX 31005<br>SAN JUAN, PR 00929 | 173564 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | |
| | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* | |
| | | | | Subtotal | Undetermined* | | Subtotal | Undetermined* | |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

6

Four Hundred Fifty-First Omnibus Objection
Exhibit A - Claims to Be Reclassified

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | RAMOS MARTINEZ, YVETTE<br>BK 25 DR. MARTORELL LEVITTOWN<br>TOA BAJA, PR 00949 | 119642 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $50,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | RAMOS RIVERA, VICTOR M.<br>4TA EXTENSION COUNTRY CLUB<br>CALLE GUAN 882<br>RIO PIEDRAS, PR 00924 | 150208 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | RIVERA DIAZ, ADA ESTHER<br>HC 01 BOX 4227<br>COROZAL, PR 00783 | 126354 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $50,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | RODRIGUEZ MOJICA, MARIA C<br>BUZON 21407<br>BOS LAS CROABAS<br>FAJARDO, PR 00738 | 133250 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | ROMERO VALENTIN, CONSTANCE<br>843 CAREW ST.<br>SPRINGFIELD, MA 01104 | 115333 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30 | ROSARIO GONZALEZ, ELIZABETH<br>PO BOX 1022<br>PATILLAS, PR 00723 | 130431 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31 | ROSARIO SANTIAGO, CLARIBEL ENID<br>PO BOX 690<br>SABANA HOYOS, PR 00688 | 53546 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $10,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | RUIZ LOZANO, CARMEN M<br>PO BOX 10436<br>PONCE, PR 00732 | 137829 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-First Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | SANTIAGO AYALA, LETICIA<br>URB METROPOLIS<br>2C 32 AVE C<br>CAROLINA, PR 00987-7817 | 100241 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 34 | SANTIAGO FUENTES, NIVIA A.<br>URB. CUGUAS NORTE<br>CALLE GENOVA AK2<br>CAGUAS, PR 00725 | 44956 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $66,977.39 | Commonwealth of Puerto Rico | Unsecured | $66,977.39 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | SUAREZ MONTANEZ, MARIA VIRGINIA<br>4505 SEC. CAPILLA<br>CIDRA, PR 00739 | 175385 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $33,600.00* | Commonwealth of Puerto Rico | Unsecured | $33,600.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36 | TAPIA RODRIGUEZ, GLADYS<br>PO BOX 1858<br>RIO GRANDE, PR 00745 | 137835 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Fifty-First Omnibus Objection
### Exhibit A - Claims to Be Reclassified

| | | | | ASSERTED | | | CORRECTED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 37 | TARONJI TORRES, JACQUELINE N<br>404 CALLE AMAPOLA URB VISTA ALEGRE<br>VILLALBA, PR 00766 | 106698 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 38 | ZAYAS SOTOMAYOR, CARMEN N.<br>NUM 8 CALLE B<br>URB TIERRA SANTA<br>VILLALBA, PR 00766 | 117960 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $24,000.00* | Commonwealth of Puerto Rico | Unsecured | $24,000.00* |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| | | | TOTAL | | $998,177.39* | TOTAL | | $998,177.39* |

*Indicates claim contains unliquidated and/or undetermined amounts