## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Four Hundred Eightieth Omnibus Objection**

## Four Hundred Eightieth Omnibus Objection

## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25660 | $14,728.00 |
| | Reason: Invoices totaling $14,728.00 were paid via checks 00123111, 00124158, and 00253862 on 05/31/2017, 06/05/2017, and 10/01/2019. | | | | | |
| 2 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10766 | $148,233.00 |
| | Reason: Invoices totaling $148.233.00 were paid via check 00004957 on 06/01/2018 and via EFT 00000056 on 02/04/2021. | | | | | |
| 3 | DAT@ACCESS COMMUNICATIONS INC.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9459 | $12,013.00 |
| | Reason: Invoice totaling $12,013.00 was paid via check 046392. | | | | | |
| 4 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9476 | $26,500.00 |
| | Reason: Invoices totaling $26,500 were paid via EFTs 289802 and 00083802 on 05/11/2018 and 06/13/2018. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eightieth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | FINCA LA MATILDE, INC. EILEEN M. COFFEY 9166 CALLE MARINA PONCE, PR 00717 | 05/07/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 12794 | $10,392.42* |

Reason: Proof of Claim asserts claim related to litigation case KEF-2004-0377.  Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. All deposited funds have been withdrawn from the account.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FINCA PERSEVERANCIA, INC. MARGARITA WILSON 9166 CALLE MARINA PONCE, PR 00717 | 06/08/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 35047 | $415,436.07* |

Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0244.  Amended judgment was entered in the case, with respect to this creditor, and HTA deposited funds with the Commonwealth court in compliance with the judgment. The funds were withdrawn on 2/26/2014 and 4/19/2021.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | HERNANDEZ RENTAS, LUIS A. PO BOX 1958 LAS PIEDRAS, PR 00771 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49585 | $64,477.87 |

Reason: Invoices totaling $64,477.87 were paid via checks 00505040, 00507002, 00507003, and 00620262 on 09/15/2014, 09/19/2014, 09/19/2014, and 08/27/2015.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | LAS MONJAS REALTY II, SE G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/06/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 36496 | $1,274,000.00* |

Reason: Proof of Claim asserts claim related to litigation cases KAC-2010-1332 and KEF-2016-0083.  Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order.

Four Hundred Eightieth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | MANDRY MERCADO, SUCESION PASTOR MARIA E. VICENS 9140 MARINA ST. SUITE 801 PONCE, PR 00717 | 06/08/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 41356 | $810,266.48* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0244.  Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. | | | | | |
| 10 | NUSTREAM COMMUNICATION INC. HECTOR FIGUEROA VINCENTY ESQ. CALLE SAN FRANCISCO 310 STE. 32 SAN JUAN, PR 00901 | 04/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8778 | $9,000.00 |
| | Reason: Invoices totaling $9,000 were paid via electronic transfers CPI8001289 and CPI8001471 on 04/06/2018 and 05/08/2018. | | | | | |
| 11 | SAAVEDRA CASTRO, IVETTE PO BOX 9021782 SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 82943 | $300,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0464.  Settlement was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the settlement. | | | | | |
| 12 | SAAVEDRA CASTRO, JOSE MARTIN JUAN H SAAVEDRA CASTRO PO BOX 9021782 SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 78911 | $300,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0464.  Settlement was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the settlement. | | | | | |
| 13 | SAAVEDRA CASTRO, JUAN H. PO BOX 9021782 SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 87042 | $300,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0464.  Settlement was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the settlement. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eightieth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | SAAVEDRA CASTRO, YVONNE JUAN H. SAAVEDRA CASTRO PO BOX 9021782 SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 61569 | $300,000.00* |

Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0464.  Settlement was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the settlement.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | ZLS DEVELOPMENT CORPORATION C/O MR JORGE C VENEGAS HUDDERS ABOGADO DEL ACREEDOR PO BOX 361172 SAN JUAN, PR 00936-1172 | 05/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 30837 | $820,000.00* |

Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0345.  Settlement was entered in the case, with respect to this creditor, and HTA deposited funds with the Commonwealth court in compliance with the stipulation. The funds were withdrawn, in a total amount of $298,449.66, on 1/24/2017 and 2/27/2020.

| | | | | | TOTAL | $4,805,046.84* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts