# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Seventy-Ninth Omnibus Objection**

## Four Hundred Seventy-Ninth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALVERIO DEL TORO, PROVIDENCIA<br>60 CALLE SANTIAGO IGLESIAS<br>APT. 426<br>SAN LORENZO, PR 00754 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119984 | $6,919.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AMOR A LA FAMILIA INC<br>AKN COOP AMOR A LA TERCERA EDAD<br>PO BOX 6932<br>BAYAMON, PR 00960 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39991 | $304,564.72 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BIGIO ROMERO, ARCADIO<br>LCDA. EVA BIGIO AGOSTO<br>MSC 112, URB. LA CUMBRE<br>273 SIERRA MORENA<br>SAN JUAN, PR 00926 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78028 | $46,172.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CARIBBEAN TEMPORARY SERVICES, LLC<br>PO BOX 11873<br>SAN JUAN, PR 00910-1873 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33154 | $128,084.01 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Four Hundred Seventy-Ninth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CINTRON ORTIZ, IRVIN E.<br>CIUDAD JARDIN JUNCOS<br>54 CALLE DAGUAO<br>JUNCOS, PR 00777 | 03/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 617 | $52.80* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | INTELUTIONS, INC.<br>PMB 367<br>35 CALLE JUAN BORBON<br>SUITE 67<br>GUAYNABO, PR 00969 | 05/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8862 | $12,450.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | LUCIE OLIVO RENTAL<br>PUERTO NUEVO 369 CALLE BALEARES<br>SAN JUAN, PR 00920-4010 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48758 | $500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | NIEVES MORALES, CARMEN M.<br>130 CALLE GORRION<br>CHALETS DE BAIROA<br>CAGUAS, PR 00727 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79915 | $21,600.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Ninth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | ORTIZ RIVERA III, EDWIN<br>PO BOX 305<br>COAMO, PR 00769 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32889 | $201.85 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RITZ, PIZARRAS<br>PROVIDENCIA ALVERIO DBA PIZARRA RITZ<br>BOX 426<br>SAN LORENZO, PR 00754 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119067 | $900.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RIVERA, CECILIA GARCIA<br>PO BOX 13071<br>SAN JUAN, PR 00908 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48828 | $12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SOCIEDAD ESPECIAL DE PLAZA HATO ARRIBA<br>PO BOX 3005<br>SAN SEBASTIAN, PR 00685 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3319 | $23,640.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

\*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Ninth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | TIRADO MOREIRA, NORA<br>166 CALLE UNION<br>FAJARDO, PR 00738 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99643 | $1,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | TRULY NOLEN PEST CONTROL & PREV<br>URB STA JUANITA<br>PMB 229 UUI CALLE 39<br>BAYAMON, PR 00956 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46233 | $9,156.25 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | TRULY NOLEN PEST CONTROL & PREVENTION, INC<br>PMB 229 UU 1 CALLE # 39 SANTA JUANITA<br>BAYAMON, PR 00956 | 06/05/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 33244 | $3,165.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide sufficient supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | ZORRILLA AUTO STORE<br>PO BOX 362367<br>SAN JUAN, PR 00936-2367 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3403 | $49,554.37 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

\*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Ninth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | ZORRILLA COMMERCIAL CORP<br>PO BOX 362367<br>SAN JUAN, PR 00936-2367 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3401 | $15,082.50 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | TOTAL | $635,042.50* |
|---|---|---|---|---|---|---|

\*Indicates claim contains unliquidated and/or undetermined amounts