# **EXHIBIT A**

**Schedule of Claims Subject to Four Hundred Seventy-Eighth Omnibus Objection**

## Four Hundred Seventy-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | DEVARIE CORA, HERMINIA<br>CALLE CHARDON # 69 HC 01 BOX 5603<br>ARROYO, PR 00714 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144912 | Undetermined* | DEVARIE CORA, HERMINICA<br>HC-1 BOX 5603<br>ARRAGO, PR 00714 | 10/15/19 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 171826 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | HB ARQUI PLANI ALFREDO M. HERRERA WEHBE<br>CALLE LOS ANDES #1272<br>URBANIZACION MONTERREY<br>SAN JUAN, PR 00926-1416 | 05/18/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 16721 | $34,513.00 | HB AEQUI PLANI CSP. (ALFREDO HERRERA)<br>URB. MONTERREY<br>1272 CALLE ANDES<br>SAN JUAN, PR 00926-1416 | 05/19/20 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 174017 | $34,513.67 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts