# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Four Hundred Seventy-Third Omnibus Objection**

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO RUIZ, ALEXANDER<br>PO BOX 56<br>LARES, PR 00669 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62584 | $22,237.61 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ADORNO RODRIGUEZ, CARLOS M.<br>QUINTAS DE MOROVIS<br>20 PASEO FELICIDAD<br>MOROVIS, PR 00687 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41028 | $30,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ALVARADO DAVILA, CHARLES<br>17 VILLAS DE SAN BLAS<br>COAMO, PR 00769-2616 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3514 | $7,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BEAUCHAMP, NIDYVETTE LUGO<br>CALLE JULIO N MATOS<br>45 SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47975 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | BERRIOS FIGUEROA, LUIS A.<br>P.O. BOX 877<br>PATILLAS, PR 00723 | 06/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47151 | $50,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CALDERON GONZALEZ, MARTIN A<br>HC 2 BOX 70145<br>COMERIO, PR 00782 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36789 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CARDONA MORALES, MYRTA<br>HC 03 BOX 9307<br>MOCA, PR 06676 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7445 | $21,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CEDENO RODRIGUEZ, GENARO M.<br>VILLA ALEGRE CALLE 9 F17<br>GURABO, PR 00778 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87568 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | CHEVERE-SANCHEZ, JUAN P.<br>PO BOX 347<br>CIDRA, PR 00739-0347 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38353 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | DE LOS SANTOS VALLES, MARCOS A<br>92 CORAL URB. BRISAS DEL MAR<br>GUAYAMA, PR 00784 | 05/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31975 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | DEL RIO ROMAN, HECTOR J<br>PO BOX 1000<br>BAJADERO, PR 00616-1000 | 03/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1127 | $15,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | DELGADO NAVARRO, BENITO<br>VILLAS DEL SOL<br>BUZON 25<br>TRUJILLO ALTO, PR 00976 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15648 | $15,500.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | FIGUEROA GARCIA, NILSA<br>URB BRISAS DEL MAR<br>N 17 CALLE 4<br>LUQUILLO, PR 00773 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29111 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | FRANCO VILLAFANE, ANTONIO<br>410 CALLE 4 QUINTAS DE CANOVANAS<br>CANOVANAS, PR 00729-3907 | 04/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5695 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | GONZALEZ QUILES, LUIS A<br>URB. ESTANCIAS DEL JAVILLO<br>302 PASEO IRAK<br>ISABELA, PR 00662 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49039 | $20,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GONZALEZ RAMOS, SONIA<br>CARR. 314 KM. 06<br>SAN GERMAN, PR 00683 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156071 | $12,600.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | GONZALEZ-CARABALLO, SONIA N.<br>SIERRA ALTA J-201 BUZON 75<br>SAN JUAN, PR 00926 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41431 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | GREGORIO ANDUJAR, MENA<br>URB. LA VEGA<br>CALLE C #28<br>VILLALBA, PR 00766 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105028 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | JIMENEZ PADRO, REINALDO<br>URB LOS JARDINES<br>301 CALLE REINJOE<br>GARROCHALES, PR 00652 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21747 | $15,822.10 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LEBRON MATIAS, DAMARIS E.<br>URB. EL COMANDANTE # 79 CALLE GERMAN<br>BESOSA APT 4<br>CAROLINA, PR 00982 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86947 | $202,704.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | LOPEZ RIOS, FELIX M.<br>URB. VILLAS DE LAVADERO CALLE DUJO C-76<br>HORMIGUEROS, PR 00660 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60177 | $50,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | LOZADA OROZCO, RAFAEL A<br>URB EXT EL VERDE<br>84 CALLE SATURNO<br>CAGUAS, PR 00725 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74681 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | LUGO BEAUCHAMP, NIDYVETTE<br>45 SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47926 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LUGO BEAUCHAMP, NIDYVETTE<br>CJULIO R MATOS<br>45 SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48120 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | MADERA ROSARIO, ELIEZER<br>PO BOX 801<br>PATILLAS, PR 00723 | 05/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11703 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MARQUEZ-LECODE, KATHERINE<br>CALLE WASHINGTON #169<br>URB. CASABLANCA<br>TOA ALTA, PR 00953 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51497 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MARTINEZ, HIRAM RIVERA<br>HC 02 BOX 3712<br>SANTA ISABEL, PR 00757 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53335 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | MATEO-TORRES, FELIX<br>CALLE 6 SO #1814<br>URB. VILLA MAGNA<br>SAN JUAN, PR 00921 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41277 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | MORALES RIVERA, RICARDO<br>BOX 1014<br>PATILLAS, PR 00723 | 10/24/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171849 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | NAVARRO ADORNO, VICTOR R<br>BO BARAHONA<br>351 CALLE M CACHO<br>MOROVIS, PR 00687 | 07/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161285 | $30,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | ORTIZ RAMOS, ISMAEL<br>HC-01 BOX 17237<br>AGUADILLA, PR 00603-9349 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86574 | $2,134.86 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | PAGAN SALGADO, ROBERTO<br>EXT SANTA TERESITA<br>4214 CALLE SANTA MONICA<br>PONCE, PR 00730-4622 | 06/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61496 | $12,404.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | RAMOS RODRIGUEZ, JAIME L<br>BO. GUAYABAL<br>SECTOR LAJITAS<br>JUANA DIAZ, PR 00795-9518 | 06/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79865 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | RIVERA RENTA, MANUEL A<br>PO BOX 799<br>JUANA DIAZ, PR 00795 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129457 | $12,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | ROBLES, CARLOS MALDONADO<br>HC 05 6006<br>AGUAS BUENAS, PR 00703 | 03/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2805 | $11,515.46 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

# Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | ROCHE CONDE, JULIO A<br>E-8 CALLE-5<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166430 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | ROCHE CONDE, JULIO A.<br>E-8 CALLE 5<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03284-LTS | Commonwealth of Puerto Rico | 167190 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | ROMAN CARRERO, ODILIO<br>PO BOX 141303<br>ARECIBO, PR 00614-1303 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14800 | $30,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | ROSA CARDONA, JORGE<br>14 CALLE AMERICO HERNANDEZ<br>MOCA, PR 00676 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 113825 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | ROSARIO MEDINA, ALBERTO<br>SAN LUIS 31 CALLE SAMARIA<br>AIBONITO, PR 00705 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106353 | $55,872.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | ROSARIO SANTIAGO, GENOVES<br>HC-3 BOX 16018<br>YAUCO, PR 00698 | 07/27/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174563 | $98,400.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | ROSARIO SANTIAGO, GENOVES<br>HC 03 BOX 16018<br>YAUCO, PR 00698 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87455 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | RUIZ ACEVEDO, ANA I.<br>HC 58 BOX 14727<br>AGUADA, PR 00602 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79024 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | SANTIAGO ROSADO, HERIBERTO<br>HC02 BOX 3492<br>SANTA ISABEL, PR 00757 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27198 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | SOTO ALBARRAN, ALEX<br>HC 04 BOX 10739<br>UTUADO, PR 00641 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 53263 | $26,112.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | TORRES DIAZ, JULIAN<br>F 85 CALLE GARZA<br>URB LAGO ALTO<br>TRUJILLO ALTO, PR 00976 | 07/10/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154465 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | TORRES TORRES, JORGE L<br>URB VISTA ALEGRE<br>215 CALLE ORQUIDEA<br>VILLALBA, PR 00766-3130 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46417 | $20,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | TORRES TRAVERSO, JOSE E<br>HC 03 BOX 33677<br>AGUADA, PR 00602 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41575 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | TORRES-MOLINA, JUAN A.<br>URB. VILLA GEORGETTI<br>44 CALLE IGUALDAD<br>BARCELONETA, PR 00617-2804 | 06/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47295 | $40,000.00* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | TOTAL | $1,000,302.03* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts