# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Seventy-Second Omnibus Objection**

## Four Hundred Seventy-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON SERRANO, GERARDO<br>HC 40 BOX 43626<br>SAN LORENZO, PR 00754 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 149084-1 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim No. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | CRESPO PEREZ, EFRAIN<br>APARTADO 1050<br>ADJUNTAS, PR 00605 | 10/01/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171253-1 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colon.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | DIAZ LOPEZ, BRIAN A<br>BO. MONTONE I. SECTOR MIRAFLORES APT 824<br>LAS PIEDRAS, PR 00771 | 07/05/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 129553-1 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim No. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".

| | | | | | TOTAL | Undetermined* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts