# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Seventieth Omnibus Objection**

## Four Hundred Seventieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALVARADO MERCADO, CAROL<br>VILLAS DE SAN BLAS #17<br>COAMO, PR 00769 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3458-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AVILES, BLANCA E.<br>HC 1 BOX 2281<br>LAS MARIAS, PR 00670 | 02/03/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173092-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CARDONA RIVERA, WILMER A.<br>FOREST HILLS<br>CALLE 4 B-17<br>BAYAMON, PR 00959 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102021-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CINTRON CINTRON, ARNALDO LUIS<br>PO BOX 1201<br>SALINAS, PR 00751 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94127-2 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | COLON OTERO, MYRNA LUZ<br>URB. RAMOS ANTONINI #9 CALLE A<br>CIDRA, PR 00739 | 09/21/2020 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175868-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | MARTINEZ GARCIA, TERESITA<br>PO BOX 893<br>DORADO, PR 00646 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101300-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | MUNIZ RIVERA, CARMEN<br>101 CALLE MAYOR<br>PONCE, PR 00730 | 06/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 101261-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | ORTIZ GARCIA, NEFTALI<br>HC 0-1 BOX 7364<br>GUAYANILLA, PR 00656 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 133681-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | ORTIZ ORTIZ, NELSON ANIBAL<br>URB. HACIENDA CONCORDIA<br>#11112 CALLE AZALEA<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117501-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RUIZ DELGADO, MIGUEL<br>PO BOX 1056<br>MAUNABO, PR 00707 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60978-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | VAZQUEZ ROMERO, ELSA<br>P.O. BOX 800270<br>COTO LAUREL, PR 00780-0270 | 06/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105446-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | TOTAL | Undetermined* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts