# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Sixty-Ninth Omnibus Objection**

Four Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALVARADO COLON, MARIBEL HC-73 BOX 5627 CAYEY, PR 00736 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 89531 | $1,500.00 | ALVARADO COLON, MARIBEL HC-73 BOX 5627 CAYEY, PR 00736 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 102710 | $5,400.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 2 | COLLAZO MORINGLANE, WILLIAM O P.O.BOX 54 ARROYO, PR 00714-0054 | 06/05/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 48968 | Undetermined* | COLLAZO MORINGLANE, WILLIAM O. P.O. BOX 54 ARROYO, PR 00714-0054 | 06/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 46380 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 | HERNANDEZ MELENDEZ, ROSE M. BO. MULITAS HC 5 BOX 6794 AGUAS BUENAS, PR 00703 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143180 | Undetermined* | HERNANDEZ MELENDEZ, ROSE HC 5 BOX 6794 AGUAS BUENAS, PR 00703-9020 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118133 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 4 | HERNANDEZ, JESSICA FERNANDEZ URB. MEDINA CALLE 5D 51 ISABELA, PR 00662 | 05/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40271 | $52,800.00* | FERNANDEZ HERNANDEZ, JESSICA URB. MEDINA, CALLE 5D #51 ISABELA, PR 00662 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 40332 | $52,800.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | ISAAC CANALES, OLGA<br>RUTA RURAL #1 BOX 35 E<br>CAROLINA, PR 00983 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127631 | Undetermined* | ISAAC CANALES, OLGA<br>RUTA RURAL #1 BOX 35E<br>CAROLINA, PR 00983 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 147087 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 6 | LOPEZ ORTIZ, RUTH N.<br>URB. LAS MUESAS 32 RAFAEL C. NAVAS<br>CAYEY, PR 00736 | 06/26/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103025 | Undetermined* | LOPEZ ORTIZ, RUTH N.<br>URB. LAS MUESAS 32 CALLE RAFAEL C. NAVAS<br>CAYEY, PR 00736 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 142298 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 7 | MALDONADO ORTIZ, SONIA M.<br>URB. MARIA DEL CARMEN E-18 CALLE 8<br>COROZAL, PR 00783 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 131085 | Undetermined* | MALDONADO ORTIZ, SONIA M.<br>URB. MARIA DEL CARMEN E-18 CALLE 8<br>COROZAL, PR 00783 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 152575 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 8 | MEDINA RIVERA, NYDIA ANNIE<br>P.O. BOX 5397<br>CAGUAS, PR 00726 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 109312 | Undetermined* | MEDINA RIVERA, NYDIA ANNIE<br>PO BOX 5397<br>CAGUAS, PR 00726 | 06/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 89214 | $28,520.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Four Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | MENDEZ PADILLA, LUIS<br>HC-04 BOX 7242<br>COROZAL, PR 00783-9620 | 04/13/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7367 | $27,080.00 | MENDEZ PADILLA, LUIS A<br>HC 04 BOX 7242<br>COROZAL, PR 00783 | 04/13/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 7370 | $27,080.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 10 | REYES NIEVES, NICOLAS<br>3201 PARKSIDE CT<br>WINTER PARK, FL 32792 | 09/18/20 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175689 | $38,250.00 | REYES NIEVES, NICOLAS<br>3201 PARKSIDE CT<br>WINTER PARK, FL 32792 | 07/20/20 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 174160 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 11 | ROSALY GERENA , DIONISIO<br>REPARTO DURAN #6120 CALLE CIPRES<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 49231 | Undetermined* | GERENA, DIONISIO ROSALY<br>DIONISIO ROSALY GERENA REPARTO DURÁN<br>#6120 CALLE CIPRÉS<br>ISABELA, PR 00662 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 90715 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 12 | TORRES CAMPUSANO, SONIA M.<br>1244 MANUEL A.BARRETO<br>URB.SAN JOSE<br>MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 102927 | Undetermined* | TORRES CAMPUSANO, SONIA M.<br>1244 MANUEL A. BARRETO<br>URB. SAN JOSE<br>MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 118718 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

3

## Four Hundred Sixty-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | TORRES CAMPUSANO, SONIA M. 1244 MANUAL A. BARRETO URB. SAN JOSE MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142001 | Undetermined* | TORRES CAMPUSANO, SONIA M. 1244 MANUAL A. BARRETO URB. SAN JOSE MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118718 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

\*Indicates claim contains unliquidated and/or undetermined amounts

4