**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 7678**<br><br>(Jointly Administered) |

**NOTICE OF MARINI PIETRANTONI MUÑIZ LLC, LOCAL COUNSEL TO THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, OF RATE ADJUSTMENTS EFFECTIVE AUGUST 1, 2022**

Marini Pietrantoni Muñiz LLC ("MPM"), counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as the entity authorized to act on behalf of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors"), hereby submits this notice in accordance with the Court's *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [Docket No. 7678] ("Additional Presumptive Standards Order"), and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801.

1. As of August 1, 2022, the hourly rates of MPM professionals working on matters in the Debtors' Title III cases have been adjusted to reflect the terms in the renewed contract between AAFAF and MPM, as detailed in the certification of Luis C. Marini-Biaggi, attached hereto as **Exhibit A**.

WHEREFORE, MPM respectfully requests that the Court take notice of the foregoing.

Dated: October 5, 2022

M | P | M **MARINI PIETRANTONI MUÑIZ LLC**
*Attorneys for The Puerto Rico Fiscal Agency and Financial Advisory Authority*
250 Ponce De León Ave.
Suite 900
San Juan, PR 00918
Tel.: (787) 705-2171

*s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
lmarini@mpmlawpr.com

**<u>Exhibit A</u>**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*<br><br>Debtors.[2] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 1063, 1150, 3269, 20546**<br><br>(Jointly Administered) |

**NOTICE OF MARINI PIETRANTONI MUÑIZ LLC, LOCAL COUNSEL TO THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, OF RATE ADJUSTMENTS EFFECTIVE AUGUST 1, 2022**

I, Luis C. Marini-Biaggi, under penalty of perjury certify as follows:

1. I am a member with the law firm Marini Pietrantoni Muñiz LLC ("MPM").

2. I am familiar with the work performed by MPM for the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") acting for or on behalf of the Debtors.

3. I am authorized to submit this certification in support of the Notice of Marini Pietrantoni Muñiz, local counsel to AAFAF, of Rate Adjustments Effective August1, 2022 (the "Notice"),

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); ); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

filed contemporaneously herewith. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

4. In accordance with the Order Imposing Additional Presumptive Standards: *Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [Docket No. 7678] ("Additional Presumptive Standards Order"), AAFAF has authorized the following rate adjustments effective August 1, 2022, which are the result of the terms of the contract between AAFAF and MPM listed below:

| Professional | Title | Year in Practice | 2022 / 2023 Proposed Discounted Rate |
|---|---|---|---|
| Luis Marini | Capital Member | 20 + | $330 |
| Mauricio Muñiz | Capital Member | 20 + | $330 |
| Manuel Pietrantoni | Capital Member | 20 + | $330 |
| Carolina Velaz | Income Member | 11 | $275 |
| Adriana Capacete | Income Member | 11 | $275 |
| Karena Montes | Income Member | 10 | $275 |
| Rosalie Irizarry | Special Counsel | 20 + | $270 |
| Ian Marini | Special Counsel | 15 + | $270 |
| Ignacio Labarca | Counsel | 10 | $240 |
| Melanie Pérez | Counsel | 7 | $240 |
| Leny M. Cáceres | Senior Associate | 7 | $225 |
| Paula de Felice | Senior Associate | 8 | $225 |
| Annie Lorena Ramirez | Associate | 3 | $215 |
| Frank Rosado | Associate | 3 | $215 |
| Claudia Delbrey | Associate | 3 | $215 |
| Judith Vargas | Paralegal | | $140 |

5. The above-mentioned hourly rate increases imposed for timekeepers working on these Title III cases are consistent, both in amount and timing, with those imposed for timekeepers in the same professional services organization not working on these Title III cases.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

Dated: October 5, 2022

*/s/Luis C. Marini-Biaggi*