UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT CONSENSUAL MOTION FOR FURTHER
EXTENSION OF RESPONSE DEADLINES AND RESCHEDULING OF HEARING DATE

Through the *Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date*, dated October 6, 2022 (Docket Entry No. 22544)[2] (the "Extension Motion"),[3] the Oversight Board requests the extension of briefing deadlines with respect to certain, but not all, of the Administrative Expense Motions with respect to which briefing

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

[3] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

deadlines were previously extended and hearing date established by the *Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date* (Docket Entry No. 21348), with further extensions as to certain motions granted pursuant to, inter alia, Docket Entry No. 21654. For the sake of clarity, extensions of the briefing schedules and adjournments have been requested with respect to the following Administrative Expense Motions (the "Applicable Motions," and the movants thereto, the "Applicable Movants"):

| Docket Entry No. | The Applicable Motions (Extension Requested by Docket Entry No. 22544) |
|---|---|
| 21187 | *Evertec's Motion for Allowance of an Administrative Expense Claim*[4] |
| 21191 | *Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20* |
| 21209 | *COSEY's Motion for Allowance and Payment of Administrative Expense Claim* |

Extensions and adjournments have not been requested with respect to the following Administrative Expense Motions:

| Docket Entry No. | Extension Not Requested by Docket Entry No. 22544 |
|---|---|
| 21192 | *Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim* |
| 21194 | *Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Captioned Madeline Acevedo Camacho v. the Family Department, ARV, and AIJ of the Commonwealth of Puerto Rico* |
| 21195 | *Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Judgment Claimants Case Carmen Socoro Cruz Hernandez et al. v. the Family Department, ARV, and AIJ of the Commonwealth of Puerto Rico* |

---

[4] Docket Entry No. 317 in Case No. 19-5523.

| Docket Entry No. | Extension Not Requested by Docket Entry No. 22544 |
|---|---|
| 21224 | *Application for Allowance of Payment for Postpetition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Captioned Francisco Beltran Cintron et al. v. the Family Department, ARV, and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights* |
| 21227 | *Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Captioned Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights* |
| 21230 | *Application for Allowance of Payment of Postpetition Administrative Expense Priority Claims, Filed by the Group in Litigation Captioned Acevedo Arocho et al. v. the Departamento Hacienda and Reservation of Rights* |

Accordingly, the Court having found that the Oversight Board provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Extension Motion is granted as set forth herein.

2. The deadline to respond to the Applicable Motions shall be extended to **November 8, 2022**, at **4:00 p.m. (Atlantic Standard Time)**.

3. The deadline for the Applicable Movants to reply shall be extended to **November 15, 2022**, at **4:00 p.m. (Atlantic Standard Time)**.

4. Solely with respect to the Applicable Motions, the hearing on the Applicable Motions is adjourned from the Omnibus Hearing scheduled for November 2, 2022, at 9:30 a.m.

(Atlantic Standard Time) to the Omnibus Hearing scheduled for **December 14, 2022**, at

**9:30 a.m. (Atlantic Standard Time)**.

      5.      This Order resolves Docket Entry No. 22554 in Case No. 17-3283.

SO ORDERED.

Dated: October 7, 2022

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge