# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br><br>**(Jointly Administered)** |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Davis Polk & Wardwell LLP and Antonetti, Montalvo & Ramírez-Coll hereby enter their appearance in the above-captioned Title III cases (the "Title III Cases") as co-counsel to an ad hoc group to Bonistas del Patio, Inc ("Bonistas del Patio"). Bonistas del Patio hereby requests, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to the Title III Cases by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, made applicable to the Title

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

III Cases by Section 301 of PROMESA, that all notices given or required to be given in connection with the above-captioned Title III Cases, and all papers served or required to be served in connection therewith, be given and served upon the undersigned counsel and that such counsel's names and addresses be added to the master service list maintained by the Clerk in the Title III Cases:

| | |
|---|---|
| **ANTONETTI, MONTALVO & RAMÍREZ-COLL**<br>P.O. Box 13128<br>San Juan, Puerto Rico 00908<br>Attn: José L. Ramírez-Coll<br>Telephone: (787) 977-0303<br>Facsimile: (787) 977-0323<br>Email: jramirez@amrclaw.com | **DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Donald S. Bernstein<br>Attn: Benjamin S. Kaminetzky<br>Attn: Brian M. Resnick<br>Attn: Marc J. Tobak<br>Attn: Stephanie Massman<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5580<br>Email: donald.bernstein@davispolk.com<br>　　　　brian.resnick@davispolk.com<br>　　　　ben.kaminetzky@davispolk.com<br>　　　　marc.tobak@davispolk.com<br>　　　　stephanie.massman@davispolk.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these proceedings whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Court over Bonistas del Patio. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of the substantive or procedural rights of Bonistas del Patio,

including without limitation: (i) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (ii) the right to have the reference withdrawn by the Court in any matter subject to mandatory or discretionary withdrawal; or (iii) any other rights, claims, actions, defenses, set-offs or recoupments, all of which Bonistas del Patio expressly reserves.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Dated: October 11, 2022

Respectfully submitted,

/s/José L. Ramírez-Coll
José L. Ramírez-Coll
USDC-PR Bar No. 221702
ANTONETTI, MONTALVO & RAMÍREZ-COLL
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Facsimile: (787) 977-0323
Email: jramirez@amrclaw.com

/s/ Donald S. Bernstein
Donald S. Bernstein (admitted *pro hac vice*)
Benjamin S. Kaminetzky (*pro hac vice* pending)
Brian M. Resnick (admitted *pro hac vice*)
Marc J. Tobak (admitted *pro hac vice*)
Stephanie Massman (*pro hac vice* pending)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: donald.bernstein@davispolk.com
 ben.kaminetzky@davispolk.com
 brian.resnick@davispolk.com
 marc.tobak@davispolk.com
 stephanie.massman@davispolk.com

*Counsel to Bonistas del Patio, Inc.*