UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

ORDER GRANTING PLAINTIFF BLANCA IRIS MARRERO'S FURTHER CONSENTED MOTION FOR EXTENSION OF TIME TO FILE REPLY OR OTHERWISE INFORM AGREEMENT WITH DEBTORS

Upon the *Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors* (Docket Entry No. 22568 in Case No. 17-3283) (the "Extension Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

relief requested in the Extension Motion is in the best interests of the Debtors and Claimant; and the Court having found that Claimant provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Extension Motion is granted as set forth herein.

2. The deadline for Claimant to reply to the Oversight Board's objection to *Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21192 in Case No. 17-3283) (the "Motion") shall be extended to **October 25, 2022**, at **4:00 p.m. (Atlantic Standard Time)**.

3. The Motion will still be heard at the **November 2, 2022**, Omnibus Hearing.

4. This Order resolves Docket Entry No. 22568 in Case No. 17-3283.

SO ORDERED.

Dated: October 11, 2022

                                                       /s/Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge