**Estimated Hearing Date**: November 2, 2022 at 10:00 a.m. (Atlantic Standard Time)
**Objection Deadline**: November 1, 2022 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780-LTS |
| as representative of | (Jointly Administered) |
| | **This Notice relates only to PREPA, and shall be filed in the lead Case No. 17 BK 3283-LTS, and PREPA's Title III Case (Case No. 17 BK 4780-LTS)** |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------x

### SUMMARY OF SEVENTH INTERIM APPLICATION OF NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL DEBT FINANCING COUNSEL TO PUERTO RICO ELECTRIC POWER AUTHORITY FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH JANUARY 31, 2022

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | Norton Rose Fulbright US LLP ("NRF") |
| Authorized to provide professional services to: | Puerto Rico Electric Power Authority ("PREPA") |
| Period for which compensation and reimbursement are sought: | August 1, 2021 through January 31, 2022[2] |
| Amount of compensation (as invoiced and reported in Bi-Monthly Fee Statements): | $127,533.50 |
| Amount to be credited against future invoices to account for error in rates charged:[3] | <$10,582.00> |
| Corrected amount of compensation sought as actual, reasonable, and necessary (after application of credit) | $116,951.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00[4] |
| Total compensation approved by interim order to date: | $1,016,430.05 |

This is a(n):  __ monthly   _X_ interim  __ final application

- Blended Rate in this application for attorneys during the Compensation Period in 2021 (as invoiced):  $931.00/hr.
- Blended Rate in this application for all timekeepers during the Compensation Period in 2021 (as invoiced):  $913.00/hr.
  Blended Rate in this application for attorneys during the Compensation Period in 2022 (as invoiced):  $941.00/hr.
- Blended Rate in this application for all timekeepers during the Compensation Period in 2022 (as invoiced):  $910.00/hr.

---

[2]    NRF's current Professional Services Agreement with PREPA (the "2021/22 PSA") began on July 1, 2021 and ends on June 30, 2022.

[3]    In preparing this Seventh Interim Fee Application, NRF determined that an inadvertent error had been made in the hourly rates charged PREPA for services rendered during the Compensation Period.  Attached hereto as **Exhibit D** is an updated rate schedule for all professionals listed in the 2021/22 PSA.  NRF has applied a credit of $10,582.00 against its invoice for services rendered PREPA during the month of February, 2022, to account for the error.

[4]    NRF has also incurred a total of $15.15 in photocopying charges during the Compensation Period.  However, because of the minor amount involved, NRF will not seek compensation for this amount of the charges at this time.

**All Prior Monthly or Bi-Monthly Fee Statements:**

| Compensation Period | Fees Requested | Expenses Requested |
|---|---|---|
| September 14, 2018 – September 30, 2018 | $79,605.00 | $0.00 |
| October 1, 2018 – October 31, 2018 | $145,429.00 | $0.00 |
| November 1, 2018 – November 30, 2018 | $89,240.50 | $0.00 |
| December 1, 2018 – December 31, 2018 | $108,464.00 | $0.00 |
| January 1, 2019 – January 31, 2019 | $81,591.00 | $0.00 |
| February 1, 2019 – February 28, 2019 | $33,868.00 | $0.00 |
| March 1, 2019 – March 31, 2019 | $134,780.50 | $0.00 |
| April 1, 2019 – April 30, 2019 | $118,478.00 | $0.00 |
| May 1, 2019 – May 31, 2019 | $94,653.50 | $0.00 |
| June 1, 2019 – June 30, 2019 | $52,356.00 | $0.00 |
| October 1, 2019 – October 31, 2019 | $10,095.00 | $0.00 |
| November 1, 2019 - November 30, 2019 | $19,146.50 | $0.00 |
| December 1, 2019 – December 31, 2019 | $8,981.00 | $0.00 |
| January 1, 2020 – January 31, 2020 | $3,963.50 | $0.00 |
| February 1, 2020 – February 29, 2020 | $10,115.00 | $0.00 |
| March 1, 2020 – March 31, 2020 | $21,192.00 | $0.00 |
| April 1, 2020 – April 30, 2020 | $3,228.00 | $0.00 |
| May 1, 2020 – May 31, 2020 | $2,527.50 | $0.00 |
| June 1, 2020 – June 30, 2020 | $17,460.00 | $0.00 |
| August 1, 2021 – September 30, 2021[5] | $8,528.00 | $0.00 |
| October 1, 2021 – November 30, 2021 | $33,707.00 | $0.00 |
| December 1, 2021 – January 31, 2022 | $85,298.50 | $0.00 |
| Subtotal: | $1,162,707.50 | $0.00 |
| Credit: | <$10,582.00> | |
| **TOTAL:** | **$1,152,125.50** | **$0.00** |

**All Payments Made to Date:**

| Total Payments to Date | Fees Paid | Expenses Paid |
|---|---|---|
| September 14, 2018 – January 31, 2022 | $914, 889.03[6] | N/A |

---

[5]   The term of the 2021/22 PSA began on July 1, 2021, although NRF did not begin providing services until the month of August, 2021.  With the approval of the Fee Examiner and beginning with the months of August and September, 2021, NRF began submitting Fee Statements on a bi-monthly basis, rather than monthly, in an effort to reduce the costs of complying with the Fee Examiner Guidelines and this Court's rules.

[6]   This payment chart reflects all payments made through and including February 28, 2022.  The payment chart does <u>not</u> include any holdback amounts that may be permitted under the Interim Compensation Order or the Fee Examiner Guidelines.

## <u>TABLE OF SCHEDULES AND EXHIBITS</u>

<u>Schedule A</u> –   List and Summary of Hours by Professional
<u>Schedule B</u> –   Summary of Hours and Compensation by Matter Code
<u>Schedule C</u> –   Expense Summary
<u>Schedule D</u> –   Customary and Comparable Disclosures

<u>Exhibit A</u> –   Attorney Certification
<u>Exhibit B</u> –   Detailed Time and Expense Records for August 1, 2021 through January 31, 2022
<u>Exhibit C</u>      Professional Services Agreement
<u>Exhibit D</u>      Corrected Rate Schedule

**Schedule A**

**LIST AND SUMMARY OF HOURS AND COMPENSATION BY PROFESSIONAL (AS INVOICED IN BI-MONTHLY FEE STATEMENTS)**

| Name | Title or Position | Area of Practice | Home Office Location | Hourly Rate Billed in this Application (As Invoiced) | Hours Billed in this Application | Total Compensation (As Invoiced)[7] |
|---|---|---|---|---|---|---|
| Lawrence A. Bauer | Partner | Public Finance | New York | $965.00 | 110.50 | $106,632.50 |
| Peter Canzano | Partner | Public Finance | Washington DC | $940.00 | 3.40 | 3,196.00 |
| Mara Rogers | Partner | Corporate | New York | $1,135.00 | .60 | $681.00 |
| Rebecca Winthrop | Of Counsel (2021); Partner (2022) | Bankruptcy | Los Angeles | $760.00 | 20.70 | $15,732.00 |
| Tom Morgan | Senior Paralegal | Litigation | Los Angeles | $435.00 | .70 | $3,04.50 |
| Kelly Charles | Senior Paralegal | Commercial Litigation | New York | $395.00 | 2.5 | $987.50 |
| Subtotal | | | | | 138.00 | $127,533.50 |
| Credit | | | | | | <$10,582.00> |
| **GRAND TOTAL** | | | | | 138.00 | $116,951.50 |

---

[7]   No time entries are travel-related.

**Schedule B**

**SUMMARY OF HOURS AND COMPENSATION BY MATTER CODE**

| Task Code | Task | Total Billed Hours | Total Fees Requested (As Invoiced) |
|---|---|---|---|
| B110 | Administration/Case Administration | 9.00 | $3,876.00 |
| B160 | Preparation of Monthly Fee Statements and Interim Fee Applications | 14.90 | $11,096.50 |
| P220 | Legacy PREPA Bonds/Other | 104.70 | $101,052.50 |
| P240 | Amendments to Local Laws | 9.80 | $9,457.00 |
| Subtotal | | 138.40 | $127,533.50 |
| Credit | | | <$10,582.00> |
| **TOTAL** | | | **$116,951.50** |

**<u>Schedule C</u>**

**EXPENSE SUMMARY**

| Category | Amount |
|---|---|
| None | $0.00[8] |
| **TOTAL** | **$0.00** |

---

[8]    NRF incurred a total of $15.15 in photocopying charges during the Compensation Period but will not seek compensation for these charges at this time.

**Schedule D**

**CUSTOMARY AND COMPARABLE DISCLOSURES**

| Category of Timekeeper | Blended Weighted Hourly Rate During the Compensation Period | |
| --- | --- | --- |
| | Billed NRF's Domestic Offices for FY 2021 (Excluding Attorneys Working On This Case) | Billed (in Bi-Monthly Fee Statements) By Those Working On This Case |
| Partner | $987.00 | $965 |
| Of Counsel/Senior Counsel | $892.00 | $760 |
| Paralegal | $332.00 | $404 |
| Aggregated (based on Partners and Counsels only) | $962.00 | $931 |

| Category of Timekeeper | Blended Weighted Hourly Rate During the Compensation Period | |
| --- | --- | --- |
| | Billed NRF's Domestic Offices for FY2022 (Excluding Attorneys Working On This Case) | Billed (in Bi-Monthly Fee Statements) By Those Working On This Case |
| Partner | $1,007.00 | $941 |
| Paralegal | $349.00 | $395 |
| Aggregated (based on Partners and Counsels only) | $988.00 | $941 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

--------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
| as representative of | **Re:  ECF Nos. 1150, 1715, 3269** |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[9] | |

--------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780-LTS |
| as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | (Jointly Administered) |
| Debtor. | |

--------------------------------------------------------x

**SEVENTH INTERIM APPLICATION OF NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL DEBT FINANCING COUNSEL TO PUERTO RICO ELECTRIC POWER AUTHORITY FOR THE PERIOD FROM AUGUST 1, 2021 THROUGH JANUARY 31, 2022**

---

[9]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

104389119.7

Norton Rose Fulbright US LLP ("NRF" or the "Firm"), as special debt financing counsel to Puerto Rico Electric Power Authority ("PREPA"), makes its seventh interim application (this "Application") for allowance of compensation, under sections 316 and 317 of PROMESA, of $127,533.50 and reimbursement of expenses of $0.00, for a total amount of $127,533.50, for the period from August 1, 2021 through January 31, 2022 (the "Compensation Period"), in accordance with (i) the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 8, 2017 [ECF No. 1150], as amended [ECF Nos. 1715, 3269] (together, the "Interim Compensation Order"), and (ii) the *Memorandum Regarding Fee Review – Timeline and Process*, dated November 10, 2017, and the *Memorandum to Professionals Subject to Title III Fee Review*, dated February 22, 2019 (collectively, including all amendments and supplements, the "Fee Examiner Guidelines").   In support of this Application, the Firm respectfully states as follows:

## **BACKGROUND**

1.      On May 3, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of PROMESA, filed a petition with the Court under title III of PROMESA.

2.      On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

3.      On May 21, 2017, the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Oversight Board, as HTA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

4.      On May 21, 2017, the Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), by and through the Oversight Board, as ERS's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

5.      On July 3, 2017, the Puerto Rico Electric Power Authority ("PREPA"), by and through the Oversight Board, as PREPA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

6.      Through Orders of this Court, the Commonwealth, COFINA, HTA, ERS, and PREPA Title III Cases (together, the "Title III Cases") are jointly administered for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015 [ECF Nos. 242, 537, 1417].

7.      On October 6, 2017, the Court entered the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [ECF No. 1416], appointing Brady Williamson of Godfrey & Kahn, S.C. to serve as Fee Examiner in the Title III Cases.  To date, the Firm has worked cooperatively with the Fee Examiner to ensure that PREPA is provided with cost-effective and efficient services.

## COMPENSATION REQUESTED BY THE FIRM

8.      PREPA has retained the Firm pursuant to the following services agreements:  a Professional Services Agreement, dated September 13, 2018, a Professional Services Agreement, dated September 30, 2019, and the most recent agreement, a Professional Services Agreement, dated July 26, 2021 (collectively, the "Professional Services Agreements"), which ends by its terms on June 30, 2022.[10]

---

[10]    A copy of each of the Professional Services Agreements has been provided to the Fee Examiner.  A copy of the most recent Professional Services Agreement, dated July 26, 2021, including a further approved personnel list dated September 24, 2021, is attached as **Exhibit C**.

9.      The Firm's hourly rates are set at a level designed to compensate NRF fairly for the work of its attorneys and paraprofessionals and are disclosed in detail in the Professional Services Agreement.  The Firm further has agreed to apply (a) its 2018 rates to all services rendered to PREPA through and including the month of June, 2019, (b) its 2019 rates to all services rendered to PREPA for the period from October, 2019 through and including June, 2020, and (c) its 2021 rates, as corrected to address an inadvertent error in such rates just recently discovered, to all services rendered to PREPA for the period from July 1, 2021 through June 30, 2022.[11]

10.     The Firm's rates, as corrected, are appropriate for complex financing, corporate, securities, litigation, and restructuring matters, whether in court or otherwise.  The rates and rate structure reflect that such complex matters typically involve high stakes and intense time pressures. The Firm has also corrected an inadvertent error in such rates that it recently discovered, and submits that the compensation requested, as corrected, is reasonable in light of the nature, extent, and value of such services provided to PREPA.

11.     During the Compensation Period, the Firm did not receive any payments or promises of payment from any other source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between the Firm and any other person, other than partners of the firm, for sharing of compensation to be received for services rendered in these cases.

## SUMMARY OF SERVICES

12.     During the Compensation Period, the Firm provided professional services to PREPA in connection with its Title III case.  Detailed descriptions of the specific services provided (redacted to preserve privilege, confidentiality and work product) and the time expended

---

[11]  The Firm did not have a professional service agreement with PREPA for the period July 1, 2020 to July 31, 2021.

performing such services are attached as **Exhibit B**.  Additionally, a summary of the services the Firm provided to PREPA during the Compensation Period is set forth below.

13.     During the Compensation Period, the Firm concentrated its efforts primarily on matters relating to the review, preparation and filing of PREPA's annual disclosure statements with the Municipal Securities Rulemaking Board, including review of previously filed annual disclosure statements; and review, analysis and editing of PREPA's fiscal 2018 and 2019 audited financial statements, including subsequent events notes relating in each case above to all of PREPA's outstanding legacy debt securities.  As a result of the categories of services and advice provided, NRF submits that the fees and expenses for which it seeks approval were reasonable and necessary.

14.     NRF has established Task Codes for keeping time records of the work performed for PREPA.  The following is a summary, by Task Code, of the professional services provided by NRF during the Compensation Period, and the services provided by the Firm to PREPA, organized by Task Code category.

**a)      B110 ─ Administration/Case Administration ─ 9.0 hours ─ $5,927.50 fees**

15.     During the Seventh Application Period, services performed by the Firm in this category related to the administration of the Firm's representation of PREPA, including preparing an audit response letter and addressing with the Fee Examiner's representative the retention of the firm for Fiscal Year 2021-2022 and compliance with the Fee Procedures in light of the changing levels of services the Firm was providing to PREPA, with the goal of reducing the overall cost to the estate.

b)      **B160 – Preparation of Fee Applications – 20.7 hours – $15,732.00 fees**

16.      This category includes all tasks relating to completing the preparation of the Firm's Nineteenth, Twentieth and Twenty-First (Bi-Monthly) Fee Statements (collectively, the "Statements").   As set forth above, with the consent of the Fee Examiner's representative, beginning with the months of August and September 2021, the Firm began submitting the Statements on a bi-monthly basis, rather than monthly, in an effort to reduce the costs of complying with the Fee Examiner Guidelines and this Court's rules.   Additionally, because of the confidential nature of the services being provided by the Firm to PREPA, the Firm also continued to create and serve on certain parties special invoices to support each Statement (from which all confidential and/or sensitive information was redacted).

c)      **B220 – Legacy PREPA Bonds/Other – 104.70 hours – $101,052.50 fees**

17.      This category includes all tasks performed by the Firm in connection with the review, preparation and filing of PREPA's annual disclosure statements with the Municipal Securities Rulemaking Board, including review of previously filed annual disclosure statements; review, analysis and editing of PREPA's financial statements, including subsequent events notes relating in each case above to all of PREPA's outstanding legacy debt securities.   Among other things, during the Compensation Period, the Firm worked closely with PREPA and its other counsel to review and comment on PREPA's fiscal 2018 and 2019 audited financial statements and the notes thereto, financial information and operating data reports for Fiscal Years 2016, 2017 and 2018, and reviewed certain Puerto Rico and federal legislation and regulations in connection therewith.   The Firm also reviewed and analyzed various documents relating to PREPA's Fiscal Plan, multiple different operating and financial tables, and various other financial and accounting reports, and revised the fiscal 2016 – 2018 financial information and operating data report to

incorporate therein correct cross references or summaries thereof, as appropriate.  Finally, the Firm reviewed and analyzed the US Bank Acknowledgment of Assignment, dated October 18, 2021, as it related to the assignment by one of the PREPA monoline bond insurers of its paid insurance claims to a third party, and prepared drafts of seven replacement PREPA revenue bond forms to evidence such third-party assignment.

**d)      P240 – Amendments to Local Laws – 9.8 hours – $9,457.00 fees**

18.      This category includes all tasks relating to the review and analysis of Act 4-2016 regarding various legislative amendments thereto that were then thought to be needed in order to implement PREPA's amended and restated Restructuring Support Agreement and provide for the issuance of the securitization bonds outlined therein.

## ATTORNEY CERTIFICATION

19.      In accordance with Puerto Rico Local Bankruptcy Rule 2016-1(a)(4), the undersigned has reviewed the requirements of Puerto Rico Local Bankruptcy Rule 2016-1(a)(4) and certifies to the best of his information, knowledge, and belief that this Application complies with Puerto Rico Local Bankruptcy Rule 2016-1(a)(4) except as otherwise set forth herein.  In this regard, and incorporated herein by reference, the *Certification of Lawrence A. Bauer* in accordance with the U.S. Trustee Guidelines is attached hereto as **Exhibit A**.

## NO PRIOR APPLICATION

20.      No prior application for the relief requested by this Application has been made to this or any other court.

**WHEREFORE,** NORTON ROSE FULBRIGHT US LLP respectfully requests that the Court enter an order:  (a) awarding Norton Rose Fulbright US LLP compensation for professional and paraprofessional services provided during the Compensation Period in the amount of $127,533.50, minus a credit of $10,582.00, for a total amount of $116,951.50; (b) reimbursement

of actual, reasonable and necessary expenses incurred in the Compensation Period in the amount

of $0.00; and (c) granting such other relief as is appropriate under the circumstances.

Dated: October 10, 2022           Respectfully submitted,
       New York, NY

/s/ Lawrence A. Bauer
Lawrence A. Bauer
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas, Room 2813
New York, NY  10019-6022
Telephone:  (212) 318-3078
Lawrence.bauer@nortonrosefulbright.com

Special Debt Financing Counsel for Puerto Rico
Electric Power Authority

## Exhibit A

## ATTORNEY CERTIFICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

       Debtors.[12]

```
-----------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

**Re:  ECF Nos. 1150, 1715, 3269**

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

       as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

       Debtor.

```
-----------------------------------------------------------x
```

PROMESA
Title III

Case No. 17 BK 4780-LTS

(Jointly Administered)

---

[12]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## CERTIFICATION OF LAWRENCE A. BAUER PURSUANT TO PUERTO RICO LOCAL BANKRUPTCY RULE 2016-1(A)(4)

Lawrence A. Bauer, under penalty of perjury, certifies as follows:

1.      I am a partner with the law firm of Norton Rose Fulbright US LLP ("NRF").  I make this certification in accordance with Rule 2016-1(a)(4) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules") regarding the contents of applications for compensation and expenses.

2.      I am familiar with the work performed by NRF for Puerto Rico Electric Power Authority (the "Debtor"), acting for or on behalf of the Debtor.

3.      I have read the *Seventh Interim Application of Norton Rose Fulbright US LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses As Special Debt Financing Counsel to Puerto Rico Electric Power Authority for the Period from August 1, 2021 through January 31, 2022* (the "Application"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

4.      To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the Fee Examiner Guidelines, PROMESA, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, the Fee Examiner Guidelines, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, except as follows.  Because of the cost of preparing the monthly statement and budget, particularly when compared to the different amounts of services being provided from month to month, the Firm reached out to Leah Viola, one of the Fee Examiner's representatives, to obtain guidance regarding whether it would be beneficial to the estate for the Firm to continue to prepare monthly budgets as to anticipated NRF fees to be charged to PREPA and corresponding fee

monthly fee statements.  As a cost savings measure, with respect to the budget requirement, the Firm and Ms. Viola agreed that until the Firm was asked to either render a larger amount of services, or services on a more regular and predictable basis, the Firm would refrain from preparing monthly budgets.  With respect to the monthly fee statements, the Firm would either dispense with them if the services were minimal, or switch to bi-monthly fee statements if the services being provided were of a larger amount.  Accordingly, the Firm has not provided monthly budgets, and switched to submitting bi-monthly fee statements for the months of August, 2021, through January 2022.

5.      During the preparation of this Application, the Firm discovered an inadvertent error in the hourly rates being charged the Debtor.  Attached hereto as Exhibit D is an amended rate schedule with the corrected hourly rates.  The Firm has applied the corrected hourly rates to all remaining invoices generated during the term of the 2021/22 PSA, and has corrected the inadvertent overcharges by crediting the Debtor a total of $10,582.00 against the amount invoiced for services rendered to the Debtor during the month of February, 2022.

6.      On March 17, 2022, the Firm submitted this Application and complete supporting data to the Fee Examiner (without actual filing due to PRRADA).  This Application and supporting data are identical in all material respects to the version of the Application submitted to the Fee Examiner on March 17, 2022.

Dated:  October 10, 2022            */s/ Lawrence A. Bauer*
                                    Lawrence A. Bauer

## Exhibit B

**AUGUST 1, 2021 THROUGH JANUARY 31, 2022
DETAILED TIME RECORDS**

**INVOICE**

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495314277 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | October 21, 2021 |
| **NRF Contact** | Lawrence A. Bauer |
| **PREPA Budget Acct #** | 01-4019-82320-556-673 |
| **PREPA/NRF Contract #** | 2022-P00012 |
| **Service Period:** | 7/26/2021 thru 6/30/22 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY 10019

Tel: +1 212-318-3000

Fax: +1 212-318-3400

www.nortonrosefulbright.com

Accounts Contact: nrfusaccountsreceivable@nortonrosefulbright.com

Juan Carlos Adrover
Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, Puerto Rico 00936-4267

**PREPA - Securitization/Validation**

**SERVICIOS LEGALES DADOS FUERA DE PUERTO RICO** for the period ending **August 31, 2021** in connection with preparation of combined 2016-2018 annual report for filing on EMMA with N. Morales, R. Zampierollo and J.C. Adrover and others.

|  | Charges USD |
|---|---|
| **SUMMARY** | |
| **Fees** | 5,990.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD**     **5,999.00** |

This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.

# NORTON ROSE FULBRIGHT

| Invoice Date | October 21, 2021 | | Invoice Number | 9495314277 | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- |

| Matter Description | PREPA - Securitization/Validation | PREPA Budget Acct. #: 01-4019-82320-556-673 |
| --- | --- | --- |

| Matter Number: 1000346472 | PREPA/NRF Contract #: 2022-P00012 | Service Period: 7/26/21 thru 6/30/22 |
| --- | --- | --- |

PREPA - Securitization/Validation

**TIME DETAILS**

**B110/ Administration/Case Administration**

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
| --- | --- | --- | --- | --- | --- | --- |
| 08/02/2021 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B110 | Emails with L. Viola re retention of Norton Rose Fulbright. |
| 08/02/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B110 | Emails with L. Bauer re status of retention of Norton Rose Fulbright as special counsel. |
| 08/05/2021 | Winthrop, R | 0.30 | $ 760.00 | $ 228.00 | B110 | Emails and telephone call with L. Bauer re status of and final version of contract for distribution to the Fee Examiner. |
| 08/05/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B110 | Emails with L. Viola re update on fee application procedures and review prior fee application in preparation for same. |
| 08/06/2021 | Winthrop, R. | 0.60 | $ 760.00 | $ 456.00 | B110 | Review new documents/instructions re fee applications. |
| 08/06/2021 | Winthrop, R | 0.70 | $ 760.00 | $ 532.00 | B110 | Telephone call with L. Viola re updated fee application procedures and other employment procedures issues in light of current limited use of NRF services. |
| 08/08/2021 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B110 | Email to L. Viola re fee examiner procedures. |
| 08/08/2021 | Winthrop, R. | 0.30 | $ 760.00 | $ 228.00 | B110 | Finish reviewing latest pleadings on Fee Examiner procedures. |
| 08/09/2021 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B110 | Emails with L. Viola re deadline for next fee application and email to L. Bauer re same. |
| 08/12/2021 | Winthrop, R. | 0.50 | $ 760.00 | $ 380.00 | B110 | Research prior limitations on budget requirement and procedures for same. |
| 08/12/2021 | Winthrop, R. | 0.60 | $ 760.00 | $ 456.00 | B110 | Multiple emails with L. Bauer re compliance with fee procedures and whether budget will be necessary. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| Invoice Date | October 21, 2021 | | Invoice Number | 9495314277 | Page | 3 |

Matter Description    PREPA - Securitization/Validation    PREPA Budget Acct. #: 01-4019-82320-556-673

Matter Number:  1000346472    PREPA/NRF Contract #:  2022-P00012    Service Period:  7/26/21 thru 6/30/22

| 08/16/2021 | Winthrop, R. | 0.40 | $ | 760.00 | $ | 304.00 | B110 | Telephone call with L. Bauer re status of new work requested and arrangements to set up billing system in light of new employment. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2021 | Winthrop, R. | 0.40 | $ | 760.00 | $ | 304.00 | B110 | Review prior procedures and email to L. Viola re alternative approach when billing small amounts. |
| 08/18/2021 | Winthrop, R. | 0.40 | $ | 760.00 | $ | 304.00 | B110 | Review emails re last monthly budget and fee statement filed and email to L. Bauer re same. |
| 08/19/2021 | Winthrop, R. | 0.10 | $ | 760.00 | $ | 76.00 | B110 | Telephone call with L. Bauer re approach suggested by fee examiner. |
| 08/19/2021 | Winthrop, R. | 0.10 | $ | 760.00 | $ | 76.00 | B110 | Review and respond to email from L. Vila re alternative approaches to monthly fee applications. |

**B110 Total**    5.10    **$    3,876.00**

**P220/ PREPA-Legacy PREPA Bonds – Other**

| 08/16/2021 | Bauer, L. | 0.90 | $ | 965.00 | $ | 868.50 | P220 | ████████████ |
|---|---|---|---|---|---|---|---|---|
| 08/16/2021 | Bauer, L. | 0.40 | $ | 965.00 | $ | 386.00 | P220 | ████████████ |
| 08/16/2021 | Bauer, L. | 0.50 | $ | 965.00 | $ | 482.50 | P220 | ████████████ |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| Invoice Date | October 21, 2021 | | Invoice Number | 9495314277 | Page | 4 |

| Matter Description | PREPA - Securitization/Validation | PREPA Budget Acct. #: | 01-4019-82320-556-673 |

Matter Number:  1000346472          PREPA/NRF Contract #:  2022-P00012          Service Period:  7/26/21 thru 6/30/22

| 08/19/2021 | Bauer, L. | 0.40 | $ | 965.00 | $ | 386.00 | P220 |

| | P220 Total | **2.20** | | $ | **2,123.00** |

| | **Grand Total** | **7.30** | | $ | **5,999.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose
Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose
Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain
regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| | | | | |
|---|---|---|---|---|
| Invoice Date | October 21, 2021 | Invoice Number | 9495314277 | Page  5 |
| Matter Description | PREPA - Securitization/Validation | PREPA Budget Acct. #:  01-4019-82320-556-673 | | |
| Matter Number:  1000346472 | PREPA/NRF Contract #:  2022-P00012 | Service Period:  7/26/21 thru 6/30/22 | | |

## TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| B110 | 5.10 | $  3,876.00 |
| P220 | 2.20 | $  2,123.00 |
| **Grand Total** | **7.30** | **$  5,990.00** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Amount |
|---|---|---|
| Lawrence A. Bauer | 2.20 | $  2,123.00 |
| Rebecca J. Winthrop | 5.10 | $  3,876.00 |
| **Grand Total** | **7.30** | **$  5,990.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose
Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose
Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain
regulatory information, are available at nortonrosefulbright.com.

**INVOICE**

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495314280 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | October 21, 2021 |
| **NRF Contact** | Lawrence A. Bauer |
| **PREPA Budget Acct #** | 01-4019-82320-556-673 |
| **PREPA/NRF Contract #** | 2022-P00012 |
| **Service Period:** | 7/26/2021 thru 6/30/22 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY  10019

Tel: +1 212-318-3000

Fax: +1 212-318-3400

www.nortonrosefulbright.com

Accounts Contact: nrfusaccountsreceivable@nortonrosefulbright.com

Juan Carlos Adrover
Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, Puerto Rico  00936-4267

**PREPA - Securitization/Validation**

SERVICIOS LEGALES DADOS FUERA DE PUERTO RICO for the period ending **September 30, 2021** in connection with preparation of combined 2016-2018 annual report for filing on EMMA with N. Morales, R. Zampierollo and J.C. Adrover and others.

| | Charges USD |
|---|---|
| **SUMMARY** | |
| **Fees** | 2,529.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD**     **2,529.00** |

**This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.**

**NORTON ROSE FULBRIGHT**

| Invoice Date | October 21, 2021 | | Invoice Number | 9495314280 | Page | 2 |
|---|---|---|---|---|---|---|

| Matter Description | PREPA - Securitization/Validation | PREPA Budget Acct. #: 01-4019-82320-556-673 |
|---|---|---|

| Matter Number: 1000346472 | PREPA/NRF Contract #: 2022-P00012 | Service Period: 7/26/21 thru 6/30/22 |
|---|---|---|

PREPA - Securitization/Validation

**TIME DETAILS**

**B160/ PREPA-Fee Applications**

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 09/06/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Emails with Larry Bauer regarding status of invoice for August 2021 work and need for monthly fee statement. |
| 09/16/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Review August invoice for compliance with fee examiner obligations. |
| **B160 Total** | | **0.40** | | **$ 304.00** | | |

**P220/ PREPA-Legacy PREPA Bonds – Other**

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 09/02/2021 | Bauer, L. | 0.10 | $ 965.00 | $ 96.50 | P220 | ███████ |
| 09/02/2021 | Bauer, L. | 0.40 | $ 965.00 | $ 386.00 | P220 | ███████ |
| 09/13/2021 | Bauer, L. | 0.40 | $ 965.00 | $ 386.00 | P220 | ███████ |
| 09/13/2021 | Rogers, M. | 0.50 | $ 1135.00 | $ 567.50 | P220 | ███████ |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefubright.com.

# NORTON ROSE FULBRIGHT

| Invoice Date | October 21, 2021 | | Invoice Number | 9495314280 | Page | 3 |

| Matter Description | PREPA - Securitization/Validation | PREPA Budget Acct. #: 01-4019-82320-556-673 |

| Matter Number: 1000346472 | PREPA/NRF Contract #: 2022-P00012 | Service Period: 7/26/21 thru 6/30/22 |

| 09/14/2021 | Bauer, L. | 0.40 | $ | 965.00 | $ | 386.00 | P220 |
| 09/14/2021 | Rogers, M. | 0.10 | $ | 1135.00 | $ | 113.50 | P220 |
| 09/27/2021 | Bauer, L. | 0.30 | $ | 965.00 | $ | 289.50 | P220 |

| **P220 Total** | **2.20** | | $ | **2,225.00** |

| **Grand Total** | **2.60** | | $ | **2,529.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefu bright.com.

**NORTON ROSE FULBRIGHT**

| Invoice Date | October 21, 2021 | | Invoice Number | 9495314280 | Page | 4 |
|---|---|---|---|---|---|---|

Matter Description        PREPA - Securitization/Validation        PREPA Budget Acct. #: 01-4019-82320-556-673

Matter Number: 1000346472        PREPA/NRF Contract #: 2022-P00012        Service Period: 7/26/21 thru 6/30/22

---

### TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| B160 | 0.40 | $ 304.00 |
| P220 | 2.20 | $ 2,225.00 |
| **Grand Total** | **2.60** | **$ 2,529.00** |

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Amount |
|---|---|---|
| Lawrence A. Bauer | 1.60 | $ 1,544.00 |
| Mara Rogers | 0.60 | $ 681.00 |
| Rebecca J. Winthrop | 0.40 | $ 304.00 |
| **Grand Total** | **2.60** | **$ 2,529.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefu bright.com.

**INVOICE**

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495319013 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | November 15, 2021 |
| **NRF Contact** | Lawrence A. Bauer |
| **PREPA Budget Acct #** | 01-4019-82320-556-673 |
| **PREPA/NRF Contract #** | 2022-P00012 |
| **Service Period** | 7/26/2021 thru 6/30/22 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY  10019

Tel: +1 212-318-3000

Fax: +1 212-318-3400

www.nortonrosefulbright.com

Accounts Contact: nrfusaccountsreceivable@nortonrosefulbright.com

Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, Puerto Rico  00936-4267

**PREPA - Securitization/Validation**

Professional Services Rendered to October 31, 2021.

| | Charges USD |
|---|---|
| **SUMMARY** | |
| **Fees** | 32,561.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD**    **32,561.00** |

**This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.**

# NORTON ROSE FULBRIGHT

| **Invoice Date** | November 15, 2021 | | **Invoice Number** | 9495319013 | **Page** | **2** |

| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** 01-4019-82320-556-673 |

| **Matter Number:** 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period**: 7/26/21 thru 6/30/22 |

PREPA - Securitization/Validation

**TIME DETAILS**

**B160/ PREPA-Fee Applications**

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|------|------|-------|------|--------|-----------|-------------|
| 10/05/2021 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B160 | Emails with L. Bauer re need for bi-monthly statement. |
| 10/15/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Review invoice of September time for compliance with Fee Examiner proceedings |
| 10/15/2021 | Winthrop, R. | 1.00 | $ 760.00 | $ 760.00 | B160 | Begin to draft form of new bi-monthly Fee Statement. |
| 10/18/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Review and edit revised invoice of September time and emails with L. Bauer re: same. |
| 10/19/2021 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B160 | Revise Nineteenth Monthly Statement to incorporate new information. |
| 10/19/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Emails with L. Bauer re payment information needed for Nineteenth Monthly Statement. |
| 10/21/2021 | Winthrop, R. | 1.70 | $ 760.00 | $ 1,292.00 | B160 | Prepare schedule outlining different calculations needed for bi-monthly Fee Statement to be used as form going forward. |
| 10/21/2021 | Winthrop, R. | 0.30 | $ 760.00 | $ 228.00 | B160 | Telephone call with D. Sanchez re new changes to make to monthly invoices. |
| 10/26/2021 | Morgan, T. | 0.40 | $ 435.00 | $ 174.00 | B160 | Handle service of 19th Bi-Monthly Fee Statement on three different constituents, including drafting emails in connection with same. |
| 10/26/2021 | Winthrop, R. | 0.90 | $ 760.00 | $ 684.00 | B160 | Revise and finalize 19th Bi-Monthly Statement and incorporate new calculations. |
| 10/26/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Telephone call with T. Morgan re service of 19th Monthly Statement. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| **Invoice Date** | November 15, 2021 | | **Invoice Number** | 9495319013 | **Page** | **3** |

| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** | 01-4019-82320-556-673 |

| **Matter Number:** 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period**: 7/26/21 thru 6/30/22 |

| 10/26/2021 | Winthrop, R. | 0.10 | $ | 760.00 | $ | 76.00 | B160 | Emails to T. Morgan re redacted versions of invoices. |
|---|---|---|---|---|---|---|---|---|
| 10/26/2021 | Winthrop, R. | 0.20 | $ | 760.00 | $ | 152.00 | B160 | Email to L. Bauer re new use of Bi-Monthly Fee Statement and need for redacted version of invoices for service of fee statement. |
| 10/28/2021 | Winthrop, R. | 0.50 | $ | 760.00 | $ | 380.00 | B160 | Emails to and with J. Spina, K. Bolanos, M. DiConza to update and correct service list for their firms for distribution of monthly fee statements. |
| 10/29/2021 | Winthrop, R. | 0.40 | $ | 760.00 | $ | 304.00 | B160 | Review past procedures and emails with L. Bauer re upcoming deadline to file next interim fee application and election to hold interim fee application to next deadline in order to economize for the estate. |
| 10/29/2021 | Winthrop, R. | 0.20 | $ | 760.00 | $ | 152.00 | B160 | Emails with L. Viola re new contact for local counsel in order to serve monthly fee statement and update service list in light of same. |
| | **B160 Total** | **6.70** | | | $ | **4,962.00** | | |

**P220/ PREPA-Legacy PREPA Bonds - Other**

| 10/11/2021 | Bauer, L. | 0.80 | $ | 965.00 | $ | 772.00 | P220 | █████████████ |
|---|---|---|---|---|---|---|---|---|
| 10/13/2021 | Bauer, L. | 0.80 | $ | 965.00 | $ | 772.00 | P220 | █████████████ |
| 10/14/2021 | Bauer, L. | 1.60 | $ | 965.00 | $ | 1,544.00 | P220 | █████████████ |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| **Invoice Date** | November 15, 2021 | | **Invoice Number** | 9495319013 | **Page** | **4** |
|---|---|---|---|---|---|---|

**Matter Description**   PREPA - Securitization/Validation      **PREPA Budget Acct. #:**  01-4019-82320-556-673

**Matter Number:** 1000346472      **PREPA/NRF Contract #:**  2022-P00012      **Service Period:**  7/26/21 thru 6/30/22

| Date | Name | Hours | | Rate | | Amount | Code |
|---|---|---|---|---|---|---|---|
| 10/15/2021 | Bauer, L. | 3.20 | $ | 965.00 | $ | 3,088.00 | P220 |
| 10/15/2021 | Bauer, L. | 2.20 | $ | 965.00 | $ | 2,123.00 | P220 |
| 10/19/2021 | Bauer, L. | 1.60 | $ | 965.00 | $ | 1,544.00 | P220 |
| 10/19/2021 | Bauer, L. | 2.70 | $ | 965.00 | $ | 2,605.50 | P220 |
| 10/20/2021 | Bauer, L. | 5.60 | $ | 965.00 | $ | 5,404.00 | P220 |
| 10/21/2021 | Bauer, L. | 3.40 | $ | 965.00 | $ | 3,281.00 | P220 |
| 10/22/2021 | Bauer, L. | 2.80 | $ | 965.00 | $ | 2,702.00 | P220 |
| 10/25/2021 | Bauer, L. | 2.60 | $ | 965.00 | $ | 2,509.00 | P220 |
| 10/25/2021 | Bauer, ,L. | 0.40 | $ | 965.00 | $ | 386.00 | P220 |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| | | | |
|---|---|---|---|
| **Invoice Date** | November 15, 2021 | **Invoice Number** | 9495319013   Page   **5** |
| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** | 01-4019-82320-556-673 |
| **Matter Number:** 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** 7/26/21 thru 6/30/22 | |

| 10/26/2021 | Bauer, L. | 0.90 | $ | 965.00 | $ | 868.50 | P220 |
|---|---|---|---|---|---|---|---|

|  | **P220 Total** | **28.60** |  | **$  27,599.00** |
|---|---|---|---|---|

|  | **Grand Total** | **35.30** |  | **$  32,561.00** |
|---|---|---|---|---|

### TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| B160 | 6.70 | $  4,962.00 |
| P220 | 28.60 | $  27,599.00 |
| **Grand Total** | **35.30** | **$  32,561.00** |

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Amount |
|---|---|---|
| Lawrence A. Bauer | 28.60 | $  27,599.00 |
| Thomas Morgan | 0.40 | $  174.00 |
| Rebecca J. Winthrop | 6.30 | $  4,788.00 |
| **Grand Total** | **35.30** | **$  32,561.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**INVOICE**

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495325086 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | December 10, 2021 |
| **NRF Contact** | Lawrence A. Bauer |
| **PREPA Budget Acct #** | 01-4019-82320-556-673 |
| **PREPA/NRF Contract #** | 2022-P00012 |
| **Service Period** | 7/26/2021 thru 6/30/22 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY  10019

Tel: +1 212-318-3000

Fax: +1 212-318-3400

www.nortonrosefulbright.com

Accounts Contact: nrfusaccountsreceivable@nortonrosefulbright.com

Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, Puerto Rico  00936-4267

**PREPA - Securitization/Validation**

**PROFESSIONAL SERVICES RENDERED** for the period ending November 30, 2021.

| | Charges USD |
|---|---|
| **SUMMARY** | |
| **Fees** | 1,146.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD   1,146.00** |

**This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.**

# NORTON ROSE FULBRIGHT

| Invoice Date | December 10, 2021 | | **Invoice Number** | 9495325086 | Page | **2** |

| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** 01-4019-82320-556-673 |

| **Matter Number** | 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** 7/26/21 thru 6/30/22 |

PREPA - Securitization/Validation

**TIME DETAILS**

**B160/ PREPA-Fee Applications**

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|------|------|-------|------|--------|-----------|-------------|
| 11/04/2021 | Winthrop, R | 0.40 | $ 760.00 | $ 304.00 | B160 | Memo to L. Viola re October invoice and other fee application issues. |
| 11/04/2021 | Winthrop, R. | 0.40 | $ 760.00 | $ 304.00 | B160 | Review and revise October invoice for compliance with Fee Examiner procedures; emails with L. Bauer re amount of anticipated work for November |
| 11/15/2021 | Winthrop, R | 0.10 | $ 760.00 | $ 76.00 | B160 | Emails with D. Sanchez re finalizing invoice. |
| 11/16/2021 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B160 | Emails with D. Sanchez re LEDES file for examiner. |
| **B160 Total** | | **1.00** | | **$ 760.00** | | |

**P220/ PREPA-Legacy PREPA Bonds - Other**

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|------|------|-------|------|--------|-----------|-------------|
| 11/01/2021 | Bauer, L. | 0.10 | $ 965.00 | $ 96.50 | P220 | ██████████ |
| 11/29/2021 | Bauer, L. | 0.30 | $ 965.00 | $ 289.50 | P220 | ██████████ |
| **P220 Total** | | **0.40** | | **$ 386.00** | | |
| **Grand Total** | | **1.40** | | **$ 1,146.00** | | |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | December 10, 2021 | **Invoice Number** | 9495325086 | **Page** 3 |
| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** 01-4019-82320-556-673 | | |
| **Matter Number** | 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** 7/26/21 thru 6/30/22 | |

### TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| B160 | 1.00 | $ 760.00 |
| P220 | 0.40 | $ 386.00 |
| **Grand Total** | **1.40** | **$ 1,146.00** |

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Amount |
|---|---|---|
| Lawrence A. Bauer | 0.40 | $ 386.00 |
| Rebecca J. Winthrop | 1.00 | $ 760.00 |
| **Grand Total** | **1.40** | **$ 1,146.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**INVOICE**

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495329882 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | December 31, 2021 |
| **NRF Contact** | Lawrence A. Bauer |
| **PREPA Budget Acct #** | 01-4019-82320-556-673 |
| **PREPA/NRF Contract #** | 2022-P00012 |
| **Service Period** | 7/26/2021 thru 6/30/22 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY  10019

Tel: +1 212-318-3000

Fax: +1 212-318-3400

www.nortonrosefulbright.com

Accounts Contact: nrfusaccountsreceivable@nortonrosefulbright.com

Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, Puerto Rico  00936-4267

**PREPA - Securitization/Validation**

Professional Services Rendered to December 31, 2021.

|  | Charges<br>USD |
|---|---|
| **SUMMARY** | |
| **Fees** | 44,983.50 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD    44,983.50** |

This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.

# NORTON ROSE FULBRIGHT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Date** | December 31, 2021 | | | **Invoice Number** | 9495329882 | Page **2** |
| **Matter Description** | PREPA - Securitization/Validation | | | **PREPA Budget Acct. #:** 01-4019-82320-556-673 | | |
| **Matter Number:** 1000346472 | | **PREPA/NRF Contract #:** 2022-P00012 | | **Service Period:** 7/26/21 thru 6/30/22 | | |

PREPA - Securitization/Validation

## TIME DETAILS

### B110/PREPA-Administration/Case Administration

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/09/2021 | Winthrop, R | 0.30 | $ 760.00 | $ 228.00 | B110 | Confer with L. Bauer re ████████ |
| **B110 Total** | | **0.30** | | **$ 228.00** | | |

### B160/PREPA-Fee Applications

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/06/2021 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B160 | Review invoice of November time and email to D. Sanchez re: same. |
| 12/10/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Telephone call to and email to D. Sanchez re: preparing next bi-monthly fee statement. |
| 12/10/2021 | Winthrop, R. | 0.40 | $ 760.00 | $ 304.00 | B160 | Telephone call with D. Sanchez re: preparing the calculations necessary to complete Twentieth Bi-Monthly Fee Statement. |
| 12/13/2021 | Winthrop, R. | 1.00 | $ 760.00 | $ 760.00 | B160 | Draft 20th Bi-Monthly Fee Statement. |
| 12/13/2021 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B160 | Emails with D. Sanchez and L. Bauer re: 20th Bi-Monthly Statement. |
| 12/14/2021 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Emails with T. Morgan re: updating service list. |
| 12/15/2021 | Morgan, T. | 0.30 | $ 435.00 | $ 130.50 | B160 | Update service list for 20th bi-monthly fee statement and complete specialized emails and service of same. |
| 12/15/2021 | Winthrop, R. | 0.50 | $ 760.00 | $ 380.00 | B160 | Revise and finalize 20th Monthly Statement and review and approve emails relating to same. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| Invoice Date | December 31, 2021 | | | Invoice Number | 9495329882 | Page | **3** |
|---|---|---|---|---|---|---|---|

**Matter Description**  PREPA - Securitization/Validation     **PREPA Budget Acct. #:**  01-4019-82320-556-673

**Matter Number:**  1000346472     **PREPA/NRF Contract #:**  2022-P00012     **Service Period**:  7/26/21 thru 6/30/22

| 12/15/2021 | Winthrop, R. | 0.20 | $ | 760.00 | $ | 152.00 | B160 | Emails with L. Bauer and D. Sanchez re: 20th Monthly Statement. |
|---|---|---|---|---|---|---|---|---|
| | **B160 Total** | **3.00** | | | **$** | **2,182.50** | | |

**P220/PREPA-Legacy PREPA Bonds - Other**

| 12/01/2021 | Bauer, L. | 0.40 | $ | 965.00 | $ | 386.00 | P220 | |
|---|---|---|---|---|---|---|---|---|
| 12/01/2021 | Bauer, L. | 0.20 | $ | 965.00 | $ | 193.00 | P220 | |
| 12/01/2021 | Bauer, L. | 0.20 | $ | 965.00 | $ | 193.00 | P220 | |
| 12/01/2021 | Bauer, L. | 2.40 | $ | 965.00 | $ | 2,316.00 | P220 | |
| 12/01/2021 | Canzano, P. | 0.20 | $ | 940.00 | $ | 188.00 | P220 | |
| 12/02/2021 | Bauer, L. | 6.70 | $ | 965.00 | $ | 6,465.50 | P220 | |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| **Invoice Date** | December 31, 2021 | | **Invoice Number** | 9495329882 | Page | **4** |

| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** | 01-4019-82320-556-673 |

| **Matter Number:** 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** 7/26/21 thru 6/30/22 |

| 12/02/2021 | Bauer, L. | 0.40 | $ | 965.00 | $ | 386.00 | P220 |
| 12/02/2021 | Bauer, L. | 0.90 | $ | 965.00 | $ | 868.50 | P220 |
| 12/03/2021 | Bauer, L. | 2.40 | $ | 965.00 | $ | 2,316.00 | P220 |
| 12/03/2021 | Bauer, L. | 3.80 | $ | 965.00 | $ | 3,667.00 | P220 |
| 12/06/2021 | Bauer, L. | 0.80 | $ | 965.00 | $ | 772.00 | P220 |
| 12/06/2021 | Bauer, L. | 0.10 | $ | 965.00 | $ | 96.50 | P220 |
| 12/06/2021 | Bauer, L. | 0.30 | $ | 965.00 | $ | 289.50 | P220 |
| 12/07/2021 | Bauer, L. | 0.80 | $ | 965.00 | $ | 772.00 | P220 |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| **Invoice Date** | December 31, 2021 | | **Invoice Number** | 9495329882 | Page | **5** |

| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** 01-4019-82320-556-673 |

| **Matter Number:** 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** 7/26/21 thru 6/30/22 |

| 12/08/2021 | Bauer, L. | 0.20 | $ | 965.00 | $ | 193.00 | P220 |
| 12/08/2021 | Bauer, L. | 1.80 | $ | 965.00 | $ | 1,737.00 | P220 |
| 12/08/2021 | Bauer, L. | 0.30 | $ | 965.00 | $ | 289.50 | P220 |
| 12/08/2021 | Canzano, P. | 0.30 | $ | 940.00 | $ | 282.00 | P220 |
| 12/09/2021 | Canzano, P. | 0.30 | $ | 940.00 | $ | 282.00 | P220 |
| 12/09/2021 | Bauer, L. | 0.30 | $ | 965.00 | $ | 289.50 | P220 |
| 12/09/2021 | Bauer, L. | 4.30 | $ | 965.00 | $ | 4,149.50 | P220 |
| 12/10/2021 | Bauer, L. | 3.20 | $ | 965.00 | $ | 3,088.00 | P220 |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| **Invoice Date** | December 31, 2021 | | **Invoice Number** | 9495329882 | **Page** | **6** |
|---|---|---|---|---|---|---|
| **Matter Description** | PREPA - Securitization/Validation | | **PREPA Budget Acct. #:** 01-4019-82320-556-673 | | | |
| **Matter Number:** 1000346472 | | **PREPA/NRF Contract #:** 2022-P00012 | | **Service Period:** 7/26/21 thru 6/30/22 | | |

| 12/10/2021 | Bauer, L. | 0.80 | $ | 965.00 | $ | 772.00 | P220 | |
| 12/13/2021 | Bauer, L. | 3.90 | $ | 965.00 | $ | 3,763.50 | P220 | |
| 12/16/2021 | Bauer, L. | 0.20 | $ | 965.00 | $ | 193.00 | P220 | |
| 12/16/2021 | Canzano, P. | 0.20 | $ | 940.00 | $ | 188.00 | P220 | |
| 12/16/2021 | Canzano, P. | 2.20 | $ | 940.00 | $ | 2,068.00 | P220 | |
| 12/17/2021 | Bauer, L. | 0.20 | $ | 965.00 | $ | 193.00 | P220 | |
| 12/17/2021 | Bauer, L. | 0.80 | $ | 965.00 | $ | 772.00 | P220 | |
| 12/27/2021 | Bauer, L. | 2.80 | $ | 965.00 | $ | 2,702.00 | P220 | |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| **Invoice Date** | December 31, 2021 | | **Invoice Number** | 9495329882 | Page | **7** |

**Matter Description**   PREPA - Securitization/Validation       **PREPA Budget Acct. #:**  01-4019-82320-556-673

**Matter Number:**  1000346472       **PREPA/NRF Contract #**:  2022-P00012       **Service Period**:  7/26/21 thru 6/30/22

---

| 12/28/2021 | Bauer, L. | 2.80 | $ | 965.00 | $ | 2,702.00 | P220 |

|  | **P220 Total** | **44.20** | | | $ | **42,573.00** | |

| **Grand Total** | | **47.50** | | | $ | **44,983.50** | |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| **Invoice Date** | December 31, 2021 | **Invoice Number** | 9495329882 | Page | **8** |
|---|---|---|---|---|---|

**Matter Description**   PREPA - Securitization/Validation     **PREPA Budget Acct. #:**  01-4019-82320-556-673

**Matter Number:**  1000346472     **PREPA/NRF Contract #:**  2022-P00012     **Service Period**:  7/26/21 thru 6/30/22

---

**TASK CODE SUMMARY**

| Task Code | Hours | Amount |
|---|---|---|
| B110 | 0.30 | $ 228.00 |
| B160 | 3.00 | $ 2,182.50 |
| P220 | 44.20 | $ 42,573.00 |
| **Grand Total** | **47.50** | $ **$44,983.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Amount |
|---|---|---|
| Lawrence A. Bauer | 41.00 | $ 39,565.00 |
| Peter Canzano | 3.20 | $ 3,008.00 |
| Rebecca J. Winthrop | 3.00 | $ 2,280.00 |
| Thomas Morgan | .30 | $ 130.50 |
| **Grand Total** | **47.50** | $ **$44,983.50** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**INVOICE**

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495338321 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | February 15, 2022 |
| **NRF Contact** | Lawrence A. Bauer |
| **PREPA Budget Acct #** | 01-4019-82320-556-673 |
| **PREPA/NRF Contract #** | 2022-P00012 |
| **Service Period** | 7/26/2021 thru 6/30/22 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY  10019

Tel: +1 212-318-3000

Fax: +1 212-318-3400

www.nortonrosefulbright.com

Accounts Contact: nrfusaccountsreceivable@nortonrosefulbright.com

Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, Puerto Rico  00936-4267

**PREPA - Securitization/Validation**

Professional Services Rendered to January 31, 2022

| | Charges<br>USD |
|---|---|
| **SUMMARY** | |
| **Fees** | 40,315.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD**    **40,315.00** |

**This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.**

**NORTON ROSE FULBRIGHT**

| | | | |
|---|---|---|---|
| **Invoice Date** | February 15, 2022 | **Invoice Number** | 9495338321   Page   **2** |
| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** | 01-4019-82320-556-673 |
| **Matter Number:** | 1000346472   **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** | 7/26/21 thru 6/30/22 |

PREPA - Securitization/Validation

**TIME DETAILS**

**B110/PREPA-Administration/Case Administration**

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 01/11/2022 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B110 | Telephone call to L. Viola re: examiner procedures in light of current activity. |
| 01/12/2022 | Charles, K. | 1.50 | $ 395.00 | $ 592.50 | B110 | Draft and finalize audit response letter. |
| 01/14/2022 | Charles, K. | 1.00 | $ 395.00 | $ 395.00 | B110 | Prepare audit update response. |
| 01/17/2022 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B110 | Email to L. Viola re: conference call needed for guidance with compliance with Fee Examiner Procedures. |
| 01/18/2022 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B110 | Emails with L. Viola re examiner procedures. |
| 01/20/2022 | Winthrop, R. | 0.30 | $ 760.00 | $ 228.00 | B110 | Emails with L. Bauer re outcome of call with L. Viola |
| 01/20/2022 | Winthrop, R. | 0.40 | $ 760.00 | $ 304.00 | B110 | Telephone call with L. Viola re examiner procedures and email to L. Viola confirming additional work and questions raised by same. |
| 01/24/2022 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B110 | Emails with L. Viola re new procedures. |
| **B110 Total** | | **3.60** | | **$ $1,823.50** | | |

**B160/PREPA-Fee Applications**

| DATE | NAME | HOURS | RATE | AMOUNT | TASK CODE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 01/04/2022 | Winthrop, R. | 0.10 | $ 760.00 | $ 76.00 | B160 | Emails with D. Sanchez and L. Bauer re services rendered in December 2021. |
| 01/05/2022 | Winthrop, R. | 0.50 | $ 760.00 | $ 380.00 | B160 | Review and revise December invoice for compliance with Fee Examiner's requirements and email to D. Sanchez re same. |
| 01/05/2022 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Memo to D. Sanchez re calculations needed for next bi-monthly statement. |
| 01/06/2022 | Winthrop, R. | 0.20 | $ 760.00 | $ 152.00 | B160 | Emails with L. Bauer re fees for January. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| **Invoice Date** | February 15, 2022 | | **Invoice Number** | 9495338321 | **Page** | **3** |

| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** 01-4019-82320-556-673 |

| **Matter Number:** 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** 7/26/21 thru 6/30/22 |

| 01/10/2022 | Winthrop, R. | 0.10 | $ | 760.00 | $ | 76.00 | B160 | Review order granting sixth interim fee application and email to D. Cardenas re same. |
| 01/10/2022 | Winthrop, R. | 0.10 | $ | 760.00 | $ | 76.00 | B160 | Email to L. Bauer re estimated fees for January. |
| 01/11/2022 | Winthrop, R. | 0.50 | $ | 760.00 | $ | 380.00 | B160 | Review status and amounts of invoices to confirm compliance with revised file examiner procedures. |
| 01/20/2022 | Winthrop, R. | 0.70 | $ | 760.00 | $ | 532.00 | B160 | Review new procedures from Fee Examiner and gather materials needed for re Seventh Interim Application. |
| 01/24/2022 | Winthrop, R. | 1.40 | $ | 760.00 | $ | 1,064.00 | B160 | Begin to draft Seventh Interim Fee Application. |

|  | **B160 Total** | **3.80** | | | $ | **2,888.00** | | |

**P220/PREPA-Legacy-PREPA Bonds - Other**

| 01/03/2022 | Bauer, L. | 2.60 | $ | 965.00 | $ | 2,509.00 | P220 | ███████████ |
| 01/04/2022 | Canzano, P. | 0.20 | $ | 940.00 | $ | 188.00 | P220 | ███████████ |
| 01/04/2022 | Bauer, L. | 3.80 | $ | 965.00 | $ | 3,667.00 | P220 | ███████████ |
| 01/05/2022 | Bauer, L. | 5.80 | $ | 965.00 | $ | 5,597.00 | P220 | ███████████ |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| **Invoice Date** | February 15, 2022 | | **Invoice Number** | 9495338321 | Page | **4** |

| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** 01-4019-82320-556-673 |

| **Matter Number:** 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** 7/26/21 thru 6/30/22 |

| 01/07/2022 | Bauer, L. | 0.80 | $ | 965.00 | $ | 772.00 | P220 |
| 01/10/2022 | Bauer, L. | 0.30 | $ | 965.00 | $ | 289.50 | P220 |
| 01/10/2022 | Bauer, L. | 1.30 | $ | 965.00 | $ | 1,254.50 | P220 |
| 01/10/2022 | Bauer, L. | 0.80 | $ | 965.00 | $ | 772.00 | P220 |
| 01/20/2022 | Bauer, L. | 0.20 | $ | 965.00 | $ | 193.00 | P220 |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose
Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose
Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain
regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| Invoice Date | February 15, 2022 | | | Invoice Number | 9495338321 | Page | **5** |

| **Matter Description** | PREPA - Securitization/Validation | | | **PREPA Budget Acct. #:** 01-4019-82320-556-673 |

| **Matter Number:** 1000346472 | | **PREPA/NRF Contract #:** 2022-P00012 | | **Service Period:** 7/26/21 thru 6/30/22 |

| 01/21/2022 | Bauer, L. | 1.60 | $ | 965.00 | $ | 1,544.00 | P220 |  |
| 01/21/2022 | Bauer, L. | 0.70 | $ | 965.00 | $ | 675.50 | P220 |  |
| 01/24/2022 | Bauer, L. | 3.20 | $ | 965.00 | $ | 3,088.00 | P220 |  |
| 01/25/2022 | Bauer, L. | 0.50 | $ | 965.00 | $ | 482.500 | P220 |  |
| 01/25/2022 | Bauer, L. | 2.20 | $ | 965.00 | $ | 2,123.00 | P220 |  |
| 01/28/2022 | Bauer, L. | 3.10 | $ | 965.00 | $ | 2,991.50 | P220 |  |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# NORTON ROSE FULBRIGHT

| **Invoice Date** | February 15, 2022 | | **Invoice Number** | 9495338321 | Page | **6** |
| **Matter Description** | PREPA - Securitization/Validation | | **PREPA Budget Acct. #:** | 01-4019-82320-556-673 | | |
| **Matter Number:** | 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | | **Service Period:** 7/26/21 thru 6/30/22 | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| **P220 Total** | | 27.10 | | $ $26,146.50 | | |

**P240/PREPA-Amendments to Local Laws**

| 01/26/2022 | Bauer, L. | 2.80 | $ | 965.00 | $ | 2,702.00 | P240 |
| 01/27/2022 | Bauer, L. | 3.10 | $ | 965.00 | $ | 2,991.50 | P240 |
| 01/31/2022 | Bauer, L. | 3.90 | $ | 965.00 | $ | 3,763.50 | P240 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **P240 Total** | | 9.80 | | $ | 9,457.00 | |
| **Grand Total** | | 44.30 | | $ | 40,315.00 | |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | February 15, 2022 | **Invoice Number** | 9495338321 | **Page** 7 |
| **Matter Description** | PREPA - Securitization/Validation | **PREPA Budget Acct. #:** 01-4019-82320-556-673 | | |
| **Matter Number:** 1000346472 | **PREPA/NRF Contract #:** 2022-P00012 | **Service Period:** 7/26/21 thru 6/30/22 | | |

### TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| B110 | 3.60 | $ 1,823.50 |
| B160 | 3.80 | $ 2,888.00 |
| P220 | 27.10 | $ 26,146.50 |
| P240 | 9.80 | $ 9,457.00 |
| **Grand Total** | **44.30** | **$ $40,315.00** |

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Amount |
|---|---|---|
| Lawrence A. Bauer | 36.70 | $ 35,415.50 |
| Peter Canzano | 0.20 | $ 188.00 |
| Rebecca J. Winthrop | 4.90 | $ 3,724.00 |
| Kelly Charles | 2.50 | $ 987.50 |
| **Grand Total** | **44.30** | **$ $40,315.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**Exhibit C**

**PROFESSIONAL SERVICES AGREEMENT**

2022-P00012

GOVERNMENT OF PUERTO RICO

PUERTO RICO ELECTRIC POWER AUTHORITY

**PROFESSIONAL SERVICES CONTRACT**

-------------------------------------------------APPEAR---------------------------------------------------------

**AS FIRST PARTY**: The Puerto Rico Electric Power Authority (PREPA), a public corporation and government instrumentality of the Commonwealth of Puerto Rico, created by Act No. 83 of May 2, 1941, as amended (Act 83), represented in this act by its Executive Director, Efran Paredes Maisonet, of legal age, married, and resident of Bayamón, Puerto Rico.--------------------------------------------------------------------------------------



**AS SECOND PARTY**: Norton Rose Fulbright US, LLP (Consultant), a limited liability partnership organized and existing under the laws of the State of Texas, United States of America and registered to do business in Puerto Rico, represented in this act by its Partner, Lawrence A. Bauer, of legal age, married, and resident of Summit, New Jersey, whose authority of representation is evidenced by that certain letter, dated ___July 21, 2021_____, from Uriel E. Dutton, General Counsel of Consultant.--------------------
Both PREPA and Consultant are herein individually referred to as a Party and collectively referred to as the Parties. -----------------------------------------------------------------------------------

-----------------------------------------**WITNESSETH**-----------------------------------------------

WHEREAS, PREPA, by virtue of Act. 83 has the authority to engage those professional, technical and consulting services necessary and convenient to the activities, programs and operations of PREPA; ----------------------------------------------------------------------------------

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained in this Oontract, hereinafter stated, the Parties, agree themselves, their

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 2

personal representatives, and successors to enter into this Professional Services

Contract (Contract) under the following: ------------------------------------------------------------

------------------------------------TERMS AND CONDITIONS------------------------------------

### Article 1.  Scope of Services

1.1   The Consultant will counsel in the matters relating to PREPA's financing activities,

such as: --------------------------------------------------------------------------------------------------



    a)   Matters related to federal securities law and tax matters and the judicial

        determination of the validity (in Puerto Rico or federal court) of any one or more

        of such financings; ----------------------------------------------------------------------

    b)   Matters related to any restructuring of PREPA's outstanding obligations to its

        various stakeholders; --------------------------------------------------------------------

    c)   Matters related to any loan guarantees to be provided by the Government of the

        United States, and any such other legal matters as may be requested by

        PREPA, its subsidiaries or affiliates; ----------------------------------------------

    d)   Legal representation to the Puerto Rico Electric Power Authority Revitalization

        Corporation (CRAEE) relating to its issuance from time to time of securitization

        bonds authorized by Act 4-2016, as amended; -------------------------------------

1.2   The Consultant also will:

    a)   Negotiate restructuring resolutions authorizing such bonds, trust agreement or

        agreements securing such bonds, a servicing agreement or agreements, a

        calculation agent agreement or agreements, a depository agreement or

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 3

agreements and the other documents relating to the issuance of the
securitization bonds and giving the required legal opinions; --------------------------

b) Assist the CRAEE and PREPA's advisors with the preparation of witnesses
(including preparation of the applicable testimony and the Energy Bureau of
Puerto Rico order) relating to any additional required approvals by the Energy
Bureau of Puerto Rico; ------------------------------------------------------------------------



c) Assist the other CRAEE counsel with the judicial validation or other approval,
as part of the ongoing Title III proceedings, of the securitization bonds (and the
arrangements securing their repayment), including preparation or review of the
various memoranda of law and other court submissions on behalf of the CRAEE
and preparation of witnesses and their testimony; ------------------------------------

d) Assist with preparation of and reviewing the documentation of any Plan of
Adjustment under Title III or any other offer to be made to PREPA's bondholders
and other creditors relating to the exchange of all or a portion of the debt of
PREPA they own or insure, as well as the possible issuance in connection
therewith of "new money" securitization bonds by the CRAEE; --------------------

e) Assist in any rating of the securitization bonds, including the drafting of
applicable legal opinions required by the rating agencies and other
professionals involved and customary for a utility securitization and all related
tax and securities law matters; and -----------------------------------------------------

f) Assist in the preparation of any ruling requests, and/or negotiating any closing
agreements, with the Internal Revenue Service, as may be necessary, and

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 4

delivering necessary opinions, relating to the tax status of any bonds issued by

the CRAEE or any other related entity, including PREPA. ----------------------------

In case of discrepancy between the terms and conditions of the Consultant's proposal

and the terms and conditions of this Contract, the terms and conditions of the Contract

will prevail. -------------------------------------------------------------------------------------------------

At the direction of PREPA, the Consultant may be required to work with other legal,

investment, or other PREPA consultants.  The Parties agree to discuss such assignment

in advance, so that all the Parties have a clear understanding as to their responsibilities.

The Consultant is not responsible for worked performed by others. ----------------------------

## Article 2.  Services Coordination

All the Services of Consultant in relation to the terms and conditions of this Contract will

be coordinated through PREPA's Restructuring Fiscal Affairs and Innovation Office

Administrator or the person or persons delegated by said Administrator. ----------------------

## Article 3.  Contract Assignment or Subcontract

The Consultant shall not assign nor subcontract its rights and obligations under this

Contract, except in the event PREPA gives written authorization for such actions, and no

subcontract shall be considered for PREPA's approval, except when the following

requirements are met:  (1) the Consultant delivers to PREPA a copy of the subcontract,

not less than thirty (30) days prior to the effective date of the proposed subcontract; (2)

the subcontract includes, as a condition for its legal validity and enforceability, a provision

whereby PREPA has the right to substitute, subrogate or assume Consultant's rights

under the subcontract, in the event that PREPA declares the Consultant in breach or

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 5

default of any of the terms and conditions of this Contract; and (3) the subcontract includes, as a condition for its validity and enforceability, a provision establishing for the subcontractor the obligation to comply with all Consultant's obligations under this Contract *(mirror image clause),* except for such obligations, terms and conditions which exclusively relate to works or services not included under the subcontract. A request to subcontract shall specify the issues or matters that will be referred to the subcontractor. These services shall be paid as part of the Contract Amount, as stated in Article 6, Payment. ---

**Article 4.   Contract Term**

This Contract shall be in effect from the date of its execution until June 30, 2022 (the Contract Period). This Contract may be extended, for an additional annual fiscal period, at the exclusive option of PREPA and subject to the availability of funds and the performance of the Consultant, only by written amendment agreed upon by both Parties.

**Article 5.   Contract Termination**

5.1   Either party shall have the right to terminate this Contract, at any time, by providing the other party thirty (30) days' prior written notice by registered mail, return receipt requested, or overnight express mail or other reputable courier service. If notice is given, this Contract shall terminate upon the expiration of thirty (30) days, and PREPA shall be obligated to pay all fees and expenses incurred up to the day of effective termination, in accordance with the terms of this Contract. --------------------

5.2   The rights, duties and responsibilities of the Parties shall continue in full force and effect during the thirty (30) day notice period. The Consultant shall have no further

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 6

right to compensation except for what has been accrued for services rendered under this Contract until said date of effective termination. ----------------------------------------- Moreover, PREPA shall have the right to terminate this Contract immediately in the event of negligence, dereliction of duties or noncompliance by the Consultant. ------ The Consultant acknowledges that all his responsibilities and obligations under the Contract, such as work to be performed and services to be provided, etc., will continue in full force and effect until the expiration of the thirty (30) day period. --------------------------

**Article 6. Payment**

6.1  In accordance with the terms and conditions contained herein, PREPA agrees and Consultant accepts that the total amount to be paid under the Contract shall not exceed a cumulative amount of five hundred thousand dollars ($500,000), including reimbursable expenses (the "Contract Amount"). All payments to be made under this Contract will be charged to account 01-4019-82320-556-673. PREPA will only pay for Services already rendered before the submitted invoice date. PREPA will not be required to make advance payments for any future service to be rendered by Consultant under this Contract. ------------------------------------------------------------

6.2  Nothing herein shall preclude the Parties from agreeing to increase said amount in writing and signed by both Parties. ------------------------------------------------------

6.3  PREPA will pay for the Services rendered by Consultant according to following:

| Name | Title | Hourly Rate |
|------|-------|-------------|
| Lawrence A. Bauer | Partner | $965.00 |
| Bob Bruner | Partner | $920.00 |
| Peter Canzano | Partner | $940.00 |
| Patrick Dolan | Partner | $1,225.00 |

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 7

| Clifford Gerber | Partner | $1,025.00 |
| Toby Gerber | Partner | $1,295.00 |
| Julie Goodrich | Senior Associate | $790.00 |
| Matthew Hughey | Partner | $965.00 |
| Mary Kimura | Partner | $855.00 |
| Anna Lee | Partner | $1,010.00 |
| Sylvia Lee | Research Assistant | $475.00 |
| James McGettrick | Of Counsel | $790.00 |
| Thomas Morgan | Senior Paralegal | $435.00 |
| Steve A. Peirce | Senior Counsel | $870.00 |
| Uyen Poh | Partner | $970.00 |
| Mara H. Rogers | Partner | $1,135.00 |
| Homer Schaaf | Of Counsel | $890.00 |
| Eric Tashman | Partner | $1,105.00 |
| Stephen J. Watson | Partner | $1,115.00 |
| Fredric A. Weber | Of Counsel | $995.00 |
| Rebecca Winthrop | Of Counsel | $760.00 |
| Patti T. Wu | Senior Counsel | $935.00 |

6.4 Should the Consultant assign another person to attend to PREPA's matters pursuant

to this Contract, the Consultant shall promptly send PREPA an amended schedule

to include such person's name, position and rate, and request approval from

PREPA. ----------------------------------------------------------------------------------------------------

6.5 The Consultant shall immediately notify PREPA when the cumulative billing under

this Contract amounts to seventy-five percent (75%) of the Contract Amount. Once

this notification has been issued, the Consultant, in coordination with PREPA, will

ensure that no Services will be rendered in excess of the Contract Amount, unless

a written amendment increasing the Contract Amount has been agreed upon by both

Parties and become effective. In addition, the Consultant shall present an itemized

list of the remaining billable Services under this Contract. ----------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 8

### Article 7. Fees, Expenses and Disbursements

7.1 Consultant shall not bill PREPA for (a) time spent in processing conflict searches, preparing billing statements, or in responding to PREPA inquiries concerning Consultant's invoices; or (b) travel time unless such time is spent providing any of the Services to PREPA or to the Corporation under this Contract. Consultant shall not bill PREPA for the administrative tasks of creating, organizing, reviewing and/or updating files; routine or periodic status reports; receiving, reviewing, and/or distributing mail; faxing or copying documents; checking electronic mail or converting information to disk. -------------------------------------------------------------------------------

7.2 PREPA will reimburse the Consultant for actual costs and expenses related to matters assigned to Consultant and for necessary and reasonable out-of-pocket disbursements, subject to the limitations and exceptions set forth below. The Consultant is expected to have a system in place that ensures those who bill time and disbursements to PREPA matters do so promptly and accurately. ----------------

7.3 PREPA will not reimburse Consultant for: (a) costs included in a 'miscellaneous' or 'other' category of charges; (b) overhead costs and expenses-such as those relating to fees for time or overtime expended by support staff (secretaries, administrative/clerical personnel, internal messengers, and other similar services), word processing and/or proofreading, cost of supplies or equipment, and/or other similar costs of doing business; (f) time spent attending education seminars or training programs; or (h) mark-ups or surcharges on any cost or expense. In addition, if communications are sent to PREPA using more than one medium,

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 9

PREPA will not expect to pay for the cost of both communications.  For instance, if a piece of correspondence is sent to PREPA by email, PREPA will not pay for the cost of that same correspondence if it is also sent via regular or expedited mail unless it is necessary by law or otherwise for PREPA to receive an original of such correspondence or any enclosure therein. ----------------------------------------------------------

7.4  PREPA will reimburse Consultant for separately itemized expenses and disbursements in the following categories:

7.4.1  Messenger/courier service – PREPA will reimburse actual charges billed to Consultant for deliveries (including overnight deliveries) where this level of service is required because of time constraints imposed by PREPA or court process or because of the need for reliability given the nature of the items being transported.  Appropriate summaries of messenger/courier expenses must reflect the date and cost of the service and the identity of the sender and the recipient or the points of transportation. ------------------------------------



7.4.2  Travel – All travel expenses shall be approved in writing and in advance by PREPA.  PREPA will reimburse actual charges for transportation and hotels reasonable and necessary for effective services to PREPA.  PREPA will not pay for any first-class or business-class travel.  If a scheduled trip is cancelled by PREPA, PREPA will reimburse Consultant for any penalty fees and forfeited airfare.  Summaries of transportation expenses should reflect the identity of the user, the date and amount of each specific cost, and the points of travel.  Summaries of lodging and meals expenses should include

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 10

the identity of the person making the expenditure, the date and amount, and the nature of the expenditure. Meals will be reimbursed only upon presentation of restaurant detailed bills, and under no circumstances will PREPA reimburse Consultant for the cost of any alcoholic beverages. ------ Travel expenses reimbursement applies for personnel providing the Services to PREPA, travel expenses for family members or guests are not chargeable to PREPA or reimbursable. ----------------------------------------------

7.4.3 The cost of air travel will be reimbursed up to an amount that is no more than the advance purchase of the lowest available economy airfare (including applicable fees and taxes). The Consultant shall submit a copy of the original airline ticket or paid travel agency invoice. Airfare may only be invoiced following completion of travel. In the event of a scheduled trip has to be cancelled by PREPA's order, PREPA will assume the cost of the penalty fee. Baggage fees will be reimbursed. Evidence of incurred costs shall be submitted by the Consultant. Excess baggage fees will not be reimbursed. -------------------------------------------------------------------------------

Airfare necessary to attend PREPA's official business will be paid by PREPA according to these guidelines. The Consultant shall buy an economic class ticket or equivalent, then if desired, he/she may upgrade, but PREPA will only pay the amount corresponding to the economy class or equivalent airfare. -------------------------------------------------------------------------------

7.4.4 Maximum Per Diem Rates (no proof of payment will be required): ------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 11

Meals: - $57 per person for each traveling day. ----------------------------------

Lodging (standard not smoking room): - $200 per person, per night not including government fees and taxes. The Consultant will use the most economical alternative of lodging, including temporary rentals of apartments or rooms (Airbnb like rentals). For travel periods longer than five days, temporary rentals shall be coordinated if less expensive than hotel accommodations, and evidence of said temporary rental shall be provided. - Taxi or bus fares to and from depots, airports, and hotels, and other necessary ground transportation costs will be reimbursed for arrangements travel plans in the San Juan metropolitan area. upon submission to PREPA of proper proof of payment of such expenses. --------------------------------------

7.4.5 Reimbursable expenses shall not exceed six percent (6%) of the Contract Price in one year and will be reimbursed by PREPA through the presentation of acceptable evidence for such expenses. -----------------------------------------

7.4.6 Photocopying/printing – PREPA will reimburse actual charges for outside binding, and printing services and costs of outside photocopying services, which are not to exceed the five (5) cents per page for black and white copies, and twenty-five (25) cents per page for color copies. Summaries of expenditures for copying should reflect both the number of copies made and the cost per copy. ---------------------------------------------------------------------------

7.4.7 Third-Party Services – The approval of PREPA must be obtained in writing prior to retaining any third-party services. The Consultant shall use

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 12

reasonable efforts for ensuring that there are no conflicts of interest between any third-party vendor and PREPA or between any clients or vendor and PREPA. In addition, all arrangements with third-party vendors should include an appropriate undertaking of confidentiality and data privacy. Invoices from third-party vendors should be paid directly by Consultant, incorporated into its invoice to PREPA and should include appropriate detail. Copies of third-party invoices may be requested by PREPA and should be retained in accordance with PREPA's guidelines. --------------------------------

7.4.8 PREPA reserves the right to question the charges on any bill (even after payment) and to obtain a discount or refund of those charges that are disputed. At PREPA's request, copies of bills and records reflecting reimbursable expenses must be provided to PREPA. -----------------------------

**Article 8. Invoices**

8.1 Consultant shall submit its invoices on a monthly basis for the work performed during the preceding month. Consultant will provide to PREPA an invoice for each billing period, which invoice must include a description of the services rendered and the number of hours spent by each person and clearly identify the Services performed for PREPA and for the Corporation. The invoice for professional services shall be itemized and must be duly certified by an authorized representative of the Consultant. -------------------------------------------------------------------------------

8.2 PREPA will review the invoices upon receipt, and if they are in compliance with the requirements set forth in this Contract, it will proceed with payment. Payment is due

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 13

within sixty (60) days of receipt of the invoice. PREPA reserves the right to conduct
the audits it deems necessary, and it will not be subject to finance charges regarding
invoice payments subject to an audit. ----------------------------------------------------------

8.3 All invoices submitted by Consultant shall include the following Certification in order
to proceed with its payment: --------------------------------------------------------------------

No Interest Certification:



*"We certify under penalty of nullity that no public servant of Puerto Rico Electric
Power Authority (PREPA) will derive or obtain any benefit or profit of any kind from
the contractual relationship which is the basis of this Invoice. If such benefit or profit
exists, the required waiver has been obtained prior to entering into the Contract. The
only consideration to be received in exchange for the performance of the Services
provided is the agreed-upon price that has been negotiated with an authorized
representative of the PREPA. The total amount shown on this Invoice is true and
correct. The Services have been rendered, and no payment has been received".*

_____
*Consultant's Signature*

This is an essential requirement, and those invoices without this Certification will not be
processed for payment. In order to comply with the certification requirements set forth
above, Consultant shall require that subcontractors, if any approved by PREPA, providing
Services also make the certification set forth above in any invoices submitted in
connection with the Services. ---------------------------------------------------------------------------

**Article 9. Transfer of Funds**

9.1 If Consultant decides to assign or transfer an amount, due or payable, to which he
is entitled for services rendered or goods provided during the term of this Contract,
Consultant shall notify PREPA of such transfer of funds, in accordance to the
provisions of Act 21-2012, as amended. Said notice shall clearly indicate the rights
granted, including a copy of the contract under which the assignment or transfer of

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 14

funds is made, the exact amount of funds to be assigned or transferred, and specific identification information regarding the assignee (full name of the person or company), address and any other contact information. ------------------------------------

9.2 Consultant acknowledges and agrees that PREPA may deduct from any amount due or payable under this Contract, amounts that Consultant owes to PREPA; PREPA may retain any said amount if Consultant fails to fulfill its obligations and responsibilities under this Contract, or a claim arises for warranty or defects regarding the services rendered or goods provided under this Contract. Consultant also acknowledges and agrees that PREPA's payment obligation under any assignment of funds will cease upon payment of the outstanding amounts under this Contract. PREPA shall not be required to make payments or transfer any funds for an amount that exceeds the payment to which Consultant is entitled to under this Contract. ------------------------------------------------------------------------------------------

9.3 Consultant shall include with its notice of assignment of funds a cashier's check or money order for two hundred dollars ($200), payable to "Puerto Rico Electric Power Authority", to cover administrative costs in processing such assignment. --------------

**Article 10. Information and Material Facts**

10.1 PREPA shall promptly provide to Consultant all information under its control and necessary for Consultant to perform the Services under this Contract and those material facts that Consultant may reasonably require in order to provide its Services to PREPA. PREPA will ensure, to the best of its knowledge and belief, that the documents, data, and other information and material facts provided to Consultant,

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 15

which are under its control, are true and complete, and do not constitute misleading or inaccurate information. Consultant shall be entitled to rely on the accuracy and completeness of the documents, data, and other information and material facts provided to it by PREPA or others acting under PREPA's direction. --------------------

10.2 PREPA will advise Consultant in writing of any developments of which PREPA becomes aware, and which PREPA considers may have a material effect with respect to the information and/or facts provided to Consultant. --------------------------

### Article 11. Information Disclosure and Confidentiality

11.1 The Parties shall take all reasonable steps to keep confidential and use only for the purposes contemplated by the terms of this Contract the information provided by PREPA (or anyone at PREPA's direction) and/or Consultant, and take all reasonable steps to ensure that such information is not disclosed or distributed by its employees or agents in violation of the terms of this Contract. ----------------------------------------

11.2 The Parties also agree that, except as agreed to in writing by both Parties, they will not, at any time after termination of this Contract, disclose any confidential information to any person whatsoever, or permit any person whatsoever to examine and/or make copies of any reports prepared by Consultant or under its control in satisfaction of providing Services hereunder, and that upon termination of this Contract each Party will turn over to the other all documents, papers, and other matters in its possession or under its control that relate to the other Party. Consultant may retain one file copy for its records. ----------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 16

11.3 The term "confidential information" shall include, but not be limited to, all information
provided to Consultant by PREPA or at PREPA's direction regarding its facilities or
operations or the Services to be provided hereunder and any and all information
gathered or developed by Consultant regarding the same. The Parties further agree
that proprietary records and documents related to Consultant's business operations
are confidential to Consultant and will not be disclosed to PREPA or other Parties,
except as may be judicially ordered. The Parties agree that PREPA will resist any
attempt by opposing counsel or other persons to obtain Consultant's proprietary
information. The term "confidential information", however, will not include
information that: -----------------------------------------------------------------------------------

    (i)    is or becomes public other than through a breach of this Contract;

    (ii)   is known to the receiving Party prior to the date of this Contract and
with respect to which the receiving Party does not have any
obligation of confidentiality;

    (iii)  becomes known to the receiving Party through disclosure by sources
other than the receiving Party having the legal right to disclose such
information; or

    (iv)  is independently developed by the receiving Party without use of,
reliance upon or reference to, confidential information.

11.4 The Parties acknowledge that disclosure of any confidential information by either
Party will give rise to irreparable harm to the injured Party inadequately compensable
in damages. Accordingly, either Party may seek and obtain injunctive relief against

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 17

the breach or threatened breach of the foregoing undertakings, in addition to any
other legal remedies, which may be available. ---------------------------------------------

11.5  Consultant shall maintain in strictest confidence both during the term of this Contract
and subsequent to termination of this Contract, and shall not during the term of this
Contract or thereafter disclose or divulge to any person, firm, or corporation, or use
directly or indirectly, for its own benefit or the benefit of others, any information which
in good faith and good conscience ought to be treated as confidential information
including, without limitation, information relating to PREPA's operations or trade
secrets relating to the business or affairs of PREPA which Consultant may acquire
or develop in connection with or as a result of the performance of the Services
hereunder. In the event of an actual or threatened breach by Consultant of the
provisions of this paragraph, PREPA shall be entitled to injunctive relief for such
breach. Nothing herein shall be construed as prohibiting PREPA from pursuing any
other legal remedies available, including the recovery of damages from Consultant.

11.6  The above provisions do not apply with respect to information, which Consultant is
requested to disclose under applicable law and regulations, court order, subpoena
or governmental directives, in which case Consultant shall provide PREPA prompt
notice of such request in order to provide PREPA with a reasonable opportunity to
oppose such disclosure unless Consultant is prohibited by law or order of a court or
other government authority from giving such notice to PREPA. Consultant agrees to
expeditiously notify and submit to PREPA a copy of any court order or subpoena

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 18

and to the extent possible provide any assistance to PREPA (in the form of documents) regarding the submission of such information. -------------------------------

11.7 With respect to this Contract and any information supplied in connection with this Contract and designated by the disclosing Party as confidential, the recipient agrees to: (i) protect the confidential information in a reasonable and appropriate manner and in accordance with applicable professional standards; (ii) use confidential information only to perform its obligations under this Contract; and (iii) reproduce confidential information only as required to perform its obligations under this Contract.-----------------------------------------------------------------------------------------

Consultant may divulge confidential information to its employees who need to know such information to fulfill the purposes of this Contract, provided that such persons (i) shall have been advised of the confidential nature of such information and Consultant shall direct them, and they shall agree, to treat such information as confidential and to return all materials to Consultant upon request but for one copy for record purposes only; and (ii) in each case, such person is bound by obligations of confidentiality and non-use consistent with and at least as stringent as those set forth in this Contract.---------------------------------------------------------------------------------

In connection with the Services rendered under this Contract, Consultant will furnish PREPA and/or the Corporation any necessary reports, analyses or other such materials that exist as of the date requested, as PREPA may reasonably request. Consultant shall not invoice the time spent to gather and deliver such information. PREPA, however, acknowledges that Consultant may develop for itself, or for

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 19

others, problem solving approaches, frameworks or other tools and processes developed in performing the services and any additional services provided hereunder, and nothing contained herein precludes Consultant from developing or disclosing such materials and information provided that the same do not contain or reflect confidential information. --------------------------------------------------------------------

Consultant shall return to PREPA all confidential information, as well as any other document that may relate to its work under this Contract, within thirty (30) days after date of the expiration or earlier termination of this Contract or destroy such information, certifying that all the information has been returned to PREPA or destroyed, but for electronic information held in archive and/or backup files to the extent such files cannot be deleted without unreasonable effort or expense and created in the ordinary course pursuant to established data backup/archive procedures; provided, however, that Consultant may retain its own work product as long as it maintains the confidentiality of PREPA's information as otherwise provided in this Contract. This Article shall survive the termination, expiration or completion of this Contract. --------------------------------------------------------------------

### Article 12. Rights and Titles

12.1 The Consultant will submit any reports reasonably required by PREPA regarding the Services performed under this Contract. If required by PREPA, at the completion of any assigned task, the Consultant will submit a final written report describing the work it has performed. This requirement shall not be interpreted as

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 20

a waiver by PREPA of Consultant's ethical obligation and responsibility of keeping PREPA informed of the progress of the assigned matters. --------------------------------

12.2 All rights, titles and interest in any reports, documents, analyses, investigations and any other by-product conceived or developed by the Consultant exclusively for PREPA as a result of performing its obligations under this Contract shall be the exclusive property of PREPA. The Consultant shall retain all right, title, and interest in and to proprietary works of authorship, pre-existing or otherwise, that have not been created specifically for PREPA under this Contract. With the exception of items marked as "CONFIDENTIAL" by the Consultant, PREPA shall retain the right to use, refer, share, or provide to any third party, as PREPA may determine, the results of any reports, documents, analyses, investigations or any other by-product of the Services performed by the Consultant under this Contract.

### Article 13. Copyright

Consultant and PREPA shall jointly defend any suit or action brought against either party based on a claim that any document, report, study, analysis, copyrighted composition, article or any by-product of those, either used in the performance of the Services by Consultant or provided to PREPA by Consultant as part of its Services, or used in the performance of this Contract, including their use by PREPA, constitutes an infringement of any patents or copyrights of the United States. The Party of this Contract subject to the claim or that becomes aware of a potential claim shall promptly notify in writing the other Party of this Contract, and give the authority, information, and assistance reasonable and necessary for the defense of such claim. ----------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 21

### Article 14. Warranty

Consultant warrants that it shall perform the Services in accordance with the applicable
standards of care and diligence established by the Rules of Professional Conduct that
regulate its profession at the time of performance of the Services, and which are normally
practiced and recognized in performing services of a similar nature (the "Standard"). -----

### Article 15. Responsibility for Damages



The appearing Parties agree that their responsibilities for damages under this Contract
will be governed by the Puerto Rico Civil Code and its case law, as dictated by the
Supreme Court of Puerto Rico. ------------------------------------------------------------------------

### Article 16. Independent Contractor

16.1  Consultant shall be considered as an independent contractor, for all material
      purposes under this Contract, and all persons engaged or contracted by
      Consultant for the performance of its obligations herein, shall be considered as its
      employees or agents, and not as employees or agents of PREPA. -------------------

16.2  As an independent contractor, Consultant shall not be entitled to any fringe
      benefits, such as, but not limited to vacation, sick leave, and to which PREPA's
      employees are entitled. ------------------------------------------------------------------------

### Article 17. Employees not to Benefit

No officer, employee or agent of PREPA or the Corporation, nor of the Government of the
Commonwealth of Puerto Rico or its Municipal Governments shall be admitted to any
share or part of this Contract or to any benefit that may arise therefrom. --------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 22

### Article 18. Conflict of Interest

18.1    Consultant certifies that none of its representatives under this Contract receive
payment or compensation of any nature, for the services regularly rendered under
this Contract through an appointment in another government agency, body, public
corporation or municipality of Puerto Rico.   Consultant also certifies that it may
have other professional services contracts with other Puerto Rico government
agencies, bodies, public corporations or municipalities, but such contracts do not
constitute a conflict of interest for Consultant hereunder. ---------------------------------

18.2    Consultant acknowledges that in performing its Services pursuant to this Contract
it has a duty of complete loyalty towards PREPA, which includes not having conflict
of interest.  "Conflict of Interest" means representing clients who have or may have
interests that are contrary to PREPA but does not include rendering to another
client services in matters that are unrelated to the Services covered in this
Contract.   Also, Consultant shall have the continuous obligation to disclose to
PREPA all information and circumstances of its relations with clients and third
persons that would result in a conflict of interest which would influence the
Consultant when performing its responsibilities under this Contract. -----------------

18.3    Consultant certifies that, at the time of the execution of this Contract, it does not
have a conflict of interest with PREPA and that it does not maintain any claim,
judicial or otherwise, against the Government of Puerto Rico, its agencies or
instrumentalities.   Also, Consultant certifies that, to the best of its knowledge, at
the time of the execution of this Contract, none of its clients have a conflict of

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 23

interests with PREPA, nor any of Consultant's other contractual relationships represent a conflict of interests with PREPA. If such conflicting interests arise after the execution of this Contract, Consultant shall, to the extent consistent with its obligations to other clients, promptly notify PREPA. If Consultant determines it does represent anyone who has adverse interests that are in conflict with PREPA, Consultant shall notify PREPA and take commercially reasonable measures to safeguard PREPA's interests and ensure its Confidential Information remains confidential. Any employee of Consultant representing anyone with adverse interests to PREPA shall be restricted in accessing any and all information regarding PREPA, and Consultant shall take measures to ensure the proper procedures are in place to protect PREPA's interests. ---------------------------------

The Parties understand and agree that a conflict of interest exists when Consultant must advocate a position or outcome on behalf of any existing or future client that is contrary to PREPA's interests in a situation where PREPA is a party or is known by the Consultant to be a potential future party to the particular matter. Also, any conduct defined in the Standard regarding conflict of interests shall apply to Consultant and its personnel. -----------------------------------------------------------------

18.4 In the event that any personnel of Consultant engaged in providing Services under this Contract should act in violation of the provisions of this Article, the provisions of Article 18.6 shall apply. --------------------------------------------------------------------

18.5 Consultant's partners, agents or employees and personnel shall avoid even the appearance of the existence of conflicting interests. -------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 24

18.6 Consultant acknowledges that PREPA's Executive Director shall have the power
to oversee the acts of Consultant and/or its agents, employees, and subcontractors
regarding the enforcement of the prohibitions contained herein. In the event that
the existence of adverse interests is discovered, the PREPA's Executive Director
shall inform Consultant in writing of PREPA's intention to terminate this Contract
within a thirty (30) day period. During said period, Consultant may request a
hearing with the Executive Director to present its arguments regarding the alleged
conflict of interest. In the event that Consultant does not request such hearing
during the specified thirty (30) day period or the controversy is not satisfactory
settled during the hearing, PREPA has the right to terminate this Contract. ---------

18.7 The Consultant certifies that, at the time of the execution of this Contract, it does
not have nor does it represents anyone who has a conflict of interest with PREPA.
If such conflict of interest arises after the execution of this Contract, the Consultant
shall notify PREPA immediately, subject, if applicable to duties of confidentiality to
others. --------------------------------------------------------------------------------------------

**Article 19. Notices**

All notices and other communications hereunder shall be in writing and shall be deemed
given when delivered personally or sent by telecopy, or postage prepaid, by registered,
certified or express mail (return receipt requested) or reputable overnight courier service
and shall be deemed given when so delivered by hand, or telecopied, or if mailed, three
days after mailing (one business day in the case of express mail or similar overnight
courier service) to the Parties to the following addresses:---------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 25

| | |
|---|---|
| To PREPA: | Puerto Rico Electric Power Authority<br>PO Box 364267<br>San Juan, Puerto Rico 00936-4267 |
| Attention: | Efran Paredes Maisonet<br>Executive Director |
| To Consultant: | Norton Rose Fulbright US, LLP<br>1301 Sixth Avenue<br>New York, NY 10019 |
| Attention: | Lawrence A. Bauer<br>Partner |

### Article 20. Applicable Law and Venue

This Contract shall be governed by and construed in accordance with the laws of the Commonwealth of Puerto Rico. Also, the Parties expressly agree that only the State Court of Puerto Rico or the Federal Court for the District of Puerto Rico if applicable, will be the courts of competent and exclusive jurisdiction to decide over the judicial controversies that the appearing Parties may have among them regarding the terms and conditions of this Contract. -----------------------------------------------------------------------------------------

### Article 21. Change in Law

During the term of this Contract, any change in law, including, but not limited to changes in applicable tax law, which cause an increase in Consultant's costs when providing the services, shall be Consultant's responsibility, and PREPA shall not be obligated to increase the Contract Amount. ---------------------------------------------------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 26

## Article 22.  Force Majeure

22.1  The Parties shall be excused from performing their respective responsibilities and obligations under this Contract and shall not be liable in damages or otherwise, if and only to the extent that they are unable to perform or are prevented from performing by a force majeure event. ------------------------------------------------------------

22.2  For purposes of this Contract, force majeure means any cause without the fault or negligence, and beyond the reasonable control of, the Party claiming the occurrence of a force majeure event. ------------------------------------------------------------

22.3  Force majeure may include, but not be limited to, the following:  Acts of God, industrial disturbances, acts of a public enemy, war, blockages, boycotts, riots, insurrections, epidemics, earthquakes, storms, floods, civil disturbances, lockouts, fires, explosions, and interruptions of services due to the acts or failure to act of any governmental authority; provided that these events, or any other claimed as a force majeure event, and/or its effects, are beyond the reasonable control and without the fault or negligence of the Party claiming the force majeure event, and that such Party, within ten (10) days after the occurrence of the alleged force majeure, gives the other Party written notice describing the particulars of the occurrence and its estimated duration.  The burden of proof as to whether a force majeure event has occurred shall be on the Party claiming the force majeure. -----

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 27

### Article 23. Novation

23.1 The Parties expressly agree that no amendment or change order, which could be made to this Contract during its term, shall be understood as a contractual novation, unless both Parties agree to the contrary, specifically and in writing. ----

23.2 The previous provision shall be equally applicable in such other cases where PREPA gives Consultant a time extension for the compliance of any of its obligations under this Contract, or where PREPA dispenses the claim or demand of any of its credits or rights under this Contract. ----------------------------------------

### Article 24. Severability

If a court of competent jurisdiction declares null and void or invalid any provision of this Contract, such declaration will not affect the validity and effectiveness of the remaining provisions of this Contract, and the Parties agree to comply with their respective obligations under such provisions not included in such declaration.---------------------------

### Article 25. Save and Hold Harmless

The Consultant agrees to save and hold harmless and to indemnify PREPA for all expenses and costs of any nature (including reasonable attorneys' fees) incurred by PREPA arising out of any third-party claim made by any person for bodily injuries, including death, or for property damage, to the extent directly caused by the Consultant by its negligent act or omission in the performance or nonperformance of its obligations under this Contract, but not to the point directly caused by negligent act or omission of PREPA or a third party, which is not a partner, employee or subcontractor or other agent of the Consultant.-------------------------------------------------------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 28

With respect to any indemnity set forth in this Contract, each indemnified party shall give prompt notice of its receipt of any threat, indication or other notice of any claim, investigation or demand that might give rise to any losses required to be indemnified hereunder and shall reasonably cooperate in the defense of such claim. The indemnifying party shall have the right to conduct defense of such action at its sole expense. -----------

**Article 26. Insurance**



The Consultant shall secure and maintain in full force and effect during the life of this Contract as provided herein, policies of insurance covering all operations engaged in this Contract as follows: ------------------------------------------------------------------------------------

Professional Liability Insurance:

The Consultant shall provide a Professional Liability Insurance with limits of $1,000,000 per claim and $1,000,000 aggregate.-----------------------------------------------

**Furnishing of Policies:**

All required policies of insurance shall be in a form acceptable to PREPA and shall be issued only by insurance companies authorized to do business in Puerto Rico. ------------
The Consultant shall furnish a certificate of insurance in original signed by an authorized representative of the insurer in Puerto Rico, describing the coverage afforded. ------------

**Article 27. Compliance with the Commonwealth of Puerto Rico Contracting Requirements**

The Consultant will comply with all applicable State Law, Regulations and Executive Orders that regulate the contracting process and establish the requirements for governmental contracting in the Commonwealth of Puerto Rico, including but not limited

Professional Services Contract -- Norton Rose Fulbright US, LLP
Page 29

to those mentioned in this Article. Also, the Consultant shall provide, before or at the

execution of the Contract the following documents and certifications: ------------------------

A. Executive Order Number OE-1991-24 of June 18, 1991 to require certification of

compliance with the Internal Revenue Services of the Commonwealth of

Puerto Rico: Pursuant to Executive Order Number OE-1991-24 of June 18, 1991, the

Consultant will certify and guarantee that it has filed all the necessary

and required income tax returns to the Government of Puerto Rico for the last

five (5) years. The Consultant further will certify that it has complied and is current

with the payment of any and all income taxes that are, or were due, to the Government

of Puerto Rico. The Consultant shall provide, to the satisfaction of PREPA, and

whenever requested by PREPA during the term of this Contract, the necessary

documentation to support its compliance with this clause. During the term of this

Contract, the Consultant agrees to pay and/or to remain current with any repayment

plan agreed to by the Consultant with the Government of Puerto Rico. ------------------

B. Executive Order Number OE-1992-52 of August 28, 1992 to require certification of

compliance with the Department of Labor of the Commonwealth of Puerto Rico.

Pursuant to Executive Order Number 1992-52, dated August 28, 1992 amending

OE-1991-24, the Consultant will certify and warrant that it has made all payments

required for unemployment benefits, workmen's compensation and social security for

chauffeurs, whichever is applicable, or that in lieu thereof, has subscribed a payment

plan in connection with any such unpaid items and is in full compliance with the terms

thereof. The Consultant accepts and acknowledges its responsibility for requiring and

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 30

obtaining a similar warranty and certification from each and every Consultant and Sub Contractor whose service the Consultant has secured in connection with the services to be rendered under this Contract and shall forward evidence to PREPA as to its compliance with this requirement. -----------------------------------------------------------------------

C. Government of Puerto Rico Municipal Tax Collection Center:   The Consultant will certify and guarantee that it does not have any current debt with regards to property taxes that may be registered with the Government of Puerto Rico's Municipal Tax Collection Center (known in Spanish as *Centro de Recaudación de Ingresos Municipales* ("*CRIM*"). The Consultant further will certify to be current with the payment of any and all property taxes that are or were due to the Government of Puerto Rico.   The Consultant shall provide, to the satisfaction of PREPA and whenever requested by PREPA during the term of this Contract, Certification issued by the Municipal Revenues Collection Center (MRCC), assuring that Consultant does not owe any tax accruing to such governmental agency. To request such Certification, Consultant will use the form issued by the MRCC (called "*CRIM-Certificados, Radicación, Estado de Cuenta y Todos los Conceptos*" in the website).   The Consultant will deliver upon request any documentation requested by PREPA. During the Term of this Contract, the Consultant agrees to pay and/or to remain current with any repayment plan agreed to by the Consultant with the Government of Puerto Rico with regards to its property taxes. -----------------------------------------------------------------------

The Consultant shall provide a Personal Property Tax Filing Certification, issued by the MRCC which indicates that Consultant has filed its Personal Property Tax Return

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 31

for the last five (5) contributory terms or Negative Debt certification issued by the MRCC with respect to real and property taxes and a sworn statement executed by Consultant indicating that (i) its revenues are derived from the rendering of professional services, (ii) during the last five (5) years (or the time in which it has been providing professional services) it has had no taxable business or personal property on the 1st of January of each year, (iii) that for such reasons it has not been required to file personal property tax returns, as required under Article 6.03 of Act 83-1991, as amended, and (iv) that for such reason it does not have an electronic tax file in the MRCC's electronic system.------------------------------------------------------------------------

D. The Consultant shall provide a Puerto Rico Sales and Use Tax Filing Certificate, issued by the Treasury Department of Puerto Rico assuring that Consultant has filed his Puerto Rico Sales and Use Tax for the last sixty (60) contributory periods. ---------

E. The Consultant shall provide a copy of Consultant's Certificate of Merchant's Registration issued by the Treasury Department of Puerto Rico. ---------------------------

F. Puerto Rico Child Support Administration (*ASUME*): The Consultant shall present, to the satisfaction of PREPA, the necessary documentation certifying that the Consultant nor any of its owners, affiliates of subsidiaries, if applicable, have any debt, outstanding debt, or legal procedures to collect child support payments that may be registered with the Puerto Rico Child Support Administration (known in Spanish as the *Administración para el Sustento de Menores* (*ASUME*). 3 L.P.R.A. § 8611 et seq.; --

G. The Consultant shall provide a Good Standing Certificate issued by the Department of State of Puerto Rico. ------------------------------------------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 32

H. The Consultant shall provide a Certification of Incorporation, or Certificate of Organization or Certificate of Authorization to do business in Puerto Rico issued by the Department of State of Puerto Rico.---------------------------------------------------------------

I. Special Contribution for Professional and Consulting Services: As required by Act 48-2013, as amended, PREPA will withhold a special contribution of one point five percent (1.5%) of the gross amounts paid under this Contract.----------------------------

J. Social Security and Income Tax Retentions: In compliance with Executive Order 1991 OE- 24; and C.F.R. Part 404 et. Seq., the Consultant will be responsible for rendering and paying the Federal Social Security and Income Tax Contributions for any amount owed as a result of the income, from this Contract. -----------------------

K. Income Tax Retention Law: PREPA shall deduct and withhold ten percent (10%) of any and all payments to residents of the Commonwealth of Puerto Rico as required by the Internal Revenue Code of Puerto Rico. In case of US citizens and Non-US citizens, which are nonresidents of the Commonwealth of Puerto Rico, PREPA will retain twenty percent (20%) and twenty-nine percent (29%) respectively. PREPA will remit such withholdings to the Government of Puerto Rico's Treasury Department (known in Spanish as *Departamento de Hacienda de Puerto Rico*). The Consultant will request PREPA not to make such withholdings if, to the satisfaction of PREPA, the Consultant timely provides a release from such obligation by the Government of Puerto Rico's Treasury Department. 3 L.P.R.A. §8611 et seq., 2011 L.P.R.A. §232; 232-2011. --------------------------------------------------------------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 33

L. Act 168-2000: Law for the Strengthening of the Family Support and Livelihood of Elderly People: The Consultant will certify that if there is any Judicial or Administrative Order demanding payment or any economic support regarding Act 168-2000, as amended, the same is current and in all aspects in compliance. Act 168-2000 "*Law for the Strengthening of the Family Support and Livelihood of Elderly People*" in Spanish: "*Ley para el Fortalecimiento del Apoyo Familiar y Sustento de Personas de Edad Avanzada*", 3 L.P.R.A. §8611 et seq.------------------------------------------------------

M. Act 127-2004: Contract Registration in the Comptroller's Office of Puerto Rico Act: Payment for services object of this Contract will not be made until this Contract is properly registered in the Office of the Comptroller of the Government of Puerto Rico pursuant to Act 18 of October 30, 1975, as amended. ---------------------------------------

N. Prohibition with respect to execution by public officers: 3 L.P.R.A. §8615(c): No public officer or employee authorized to contract on behalf of the executive agency for which he/she works may execute a contract between the agency for which he/she works and an entity or business in which he/she or any member of his/her family unit has or has had direct or indirect economic interest during the last four (4) years prior to his/her holding office.-------------------------------------------------------------------------------

O. Prohibition with respect to contracting with officers or employees: 3 L.P.R.A. §8615(d): No executive agency may execute a contract in which any of its officers or employees or any member of their family units has or has had direct or indirect economic interest during the last four (4) years prior to their holding office, unless the

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 34

> Governor gives authorization thereto with the previous recommendation of the
> Secretary of the Treasury and the Secretary of Justice.---------------------------------------

P. Prohibition with respect to contracts with officers and employees of other Government
entities: 3 L.P.R.A. §8615(e): No public officer or employee may be a party to or have
any interest in any profits or benefits produced by a contract with any other executive
agency or government dependency unless the Governor gives express authorization
thereto with previous recommendation from the Secretary of the Treasury and the
Secretary of Justice.----------------------------------------------------------------------------------

Q. Prohibition with respect to evaluation and approval by public officers:
3 L.P.R.A. §8615(f): No public officer or employee who has the power to approve or
authorize contracts shall evaluate, consider, approve or authorize any contract
between an executive agency and an entity or business in which he/she or any
member of his/her family unit has or has had direct or indirect economic interest during
the last four (4) years prior to his/her holding office.------------------------------------------

R. Prohibition with respect to execution by public officers' contracts with former public
officers: 3 L.P.R.A. §8615(h): No executive agency shall execute contracts with or
for the benefit of persons who have been public officers or employees of said
executive agency until after two (2) years have elapsed from the time said person has
ceased working as such. ------------------------------------------------------------------------------

S. Dispensation: Any and all necessary dispensations have been obtained from any
government entity and that said dispensations shall become part of the contracting
record. --------------------------------------------------------------------------------------------------

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 35

T. Rules of Professional Ethics: The Consultant acknowledges and accepts that it is knowledgeable of the rules of ethics of his/her profession and assumes responsibility for his/her own actions. -------------------------------------------------------------------------

U. Provisions Required under Act 14-2004

If applicable to the services provided under the Agreement, Contractor agrees that articles extracted, produced, assembled, packaged or distributed in Puerto Rico by enterprises with operations in Puerto Rico, or distributed by agents established in Puerto Rico shall be used when the service is rendered, provided that they are available. ------------------------------------------------------------------------------------------



If any of the previously required Certifications shows a debt, and Consultant has requested a review or adjustment of this debt, Consultant will certify that it has made such request at the time of the Contract execution. If the requested review or adjustment is denied and such determination is final, Consultant will provide, immediately, to PREPA a proof of payment of this debt; otherwise, Consultant accepts that the owed amount be offset by PREPA and retained at the origin, deducted from the corresponding payments. Consequences of Non-Compliance: The Consultant expressly agrees that the conditions outlined throughout this Article are essential requirements of this Contract. Consequently, should any one of these representations, warranties or certifications be incorrect, inaccurate or misleading, in whole or in part, there shall be enough cause for the PREPA to render this Contract null and void. -----------------------------------------------------------------------

**Article 28. Financial Oversight and Management Board Certification**

The Parties acknowledge that the Consultant has submitted the certification titled

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 36

"Contractor Certification Requirement" required in accordance with the Contract Review
Policy of the Financial Oversight and Management Board for Puerto Rico, effective as of
November 6, 2017 and amended on October 30, 2020, signed by the
Consultant's Executive Director (or another official with an equivalent position or authority
to issue such certifications). A signed copy of the "Contractor Certification Requirement"
is included as an annex to this Contract.-------------------------------------------------------------

The Consultant represents and warrants that the information included in the Contractor
Certification Requirement is complete, accurate and correct, and that any
misrepresentation, inaccuracy of falseness in such Certification will render the Agreement
null and void and the Consultant will have the obligation to reimburse immediately to
PREPA any amounts, payments or benefits received from PREPA under this Contract.--



### Article 29. **Anti-Corruption Code for a New Puerto Rico**

Consultant agrees to comply with the provisions of Act 2-2018, as the same may be
amended from time to time, which establishes the Anti-Corruption Code for a New
Puerto Rico. The Consultant hereby certifies that it does not represent particular interests
in cases or matters that imply a conflicts of interest, or of public policy, between the
executive agency and the particular interests it represents.-------------------------------------

Consultant shall furnish a sworn statement to the effect that neither Consultant nor any
president, vice president, executive director or any member of a board of officials or board
of directors, or any person performing equivalent functions for Consultant has been
convicted of or has pled guilty to any of the crimes listed in Article 6.8 of Act 8-2017, as
amended, known as the Act for the Administration and Transformation of Human

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 37

Resources in the Government of Puerto Rico (Act 8-2017) or any of the crimes included

in Act 2-2018.------------------------------------------------------------------------------------------------

Consultant hereby certifies that it has not been convicted in Puerto Rico or United States

Federal court for under Articles 4.2, 4.3 or 5.7 of Act 1-2012, as amended, known as the

Organic Act of the Office of Government Ethics of Puerto Rico, any of the crimes listed in

Articles 250 through 266 of Act 146-2012, as amended, known as the Puerto Rico Penal

Code, any of the crimes typified in Act 2-2018, as amended, known as the Anti-Corruption

Code for a New Puerto Rico or any other felony that involves misuse of public funds or

property, including but not limited to the crimes mentioned in Article 6.8 of Act 8-2017.

PREPA shall have the right to terminate the Contract in the event Consultant is convicted

in Puerto Rico or United States Federal court for under Articles 4.2, 4.3 or 5.7 of Act 1-

2012, as amended, known as the Organic Act of the Office of Government Ethics of

Puerto Rico, any of the crimes listed in Articles 250 through 266 of Act 146-2012, as

amended, known as the Puerto Rico Penal Code, any of the crimes typified in Act 2-2018

or any other felony that involves misuse of public funds or property, including but not

limited to the crimes mentioned in Article 6.8 of Act 8-2017.---------------------------------------

## Article 30. Non-Discrimination

The Consultant agrees that it will not discriminate against any employee or applicant for

employment on account of race, color, gender, age, sex, national or social origin, social

status, political ideas or affiliation, religion, for being or perceived to be a victim of

domestic violence, sexual aggression or harassment, regardless of marital status, sexual

Professional Services Contract – Norton Rose Fulbright US, LLP
Page 38

orientation, gender identity or immigrant status, for physical or mental disability, for

veteran status or genetic information. --------------------------------------------------------------

**Article 31. Transfer of skills and technical knowledge**

For this Contract, the transfer of skills and technical knowledge required by the Certified

Fiscal Plan is inapplicable given the non-recurring or specialized nature of the contracted

services.------------------------------------------------------------------------------------------------------

**Article 32. Entire Contract**

The terms and conditions contained herein constitute the entire agreement between

PREPA and Consultant with respect to the subject matter of this Contract, and supersede

all communications, negotiations, and agreements of the Parties, whether written or oral,

other than these, made prior to the signing of this Contract. ----------------------------------------

IN WITNESS THEREOF, the Parties hereto sign this Contract in San Juan, Puerto Rico

this __26__ day of __July__ , 2021. ----------------------------------------------------------

Puerto Rico Electric Power Authority　　　　Norton Rose Fulbright US, LLP

Efrán Paredes Maisonet
Executive Director
Tax ID: 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

Lawrence A. Bauér
Partner
Tax ID: 74-1201087

Norton Rose Fulbright US LLP
Personnel

APPENDIX A

| **Name** | **Title** | **Hourly Rate** |
|---|---|---|
| Lawrence A. Bauer | Partner | $965.00 |
| Bob Bruner | Partner | 920.00 |
| Peter Canzano | Partner | 940.00 |
| **Kelly Charles** | **Senior Paralegal** | **395.00** |
| Patrick Dolan | Partner | 1,225.00 |
| Clifford Gerber | Partner | 1,025.00 |
| Toby Gerber | Partner | 1,295.00 |
| Julie Goodrich Harrison | Senior Associate | 790.00 |
| Matthew Hughey | Partner | 965.00 |
| Mary Kimura | Partner | 855.00 |
| Anna Lee | Partner | 1,010.00 |
| Sylvia Lee | Research Assistant | 475.00 |
| James McGettrick | Of Counsel | 790.00 |
| Thomas Morgan | Senior Paralegal | 435.00 |
| Steve A. Peirce | Senior Counsel | 870.00 |
| Uyen Poh | Partner | 970.00 |
| Mara H. Rogers | Partner | 1,135.00 |
| Homer Schaaf | Of Counsel | 890.00 |
| Eric Tashman | Partner | 1,105.00 |
| Stephen J. Watson | Partner | 1,115.00 |
| Fredric A. Weber | Of Counsel | 995.00 |
| Rebecca Winthrop | Of Counsel | 760.00 |
| Patti T. Wu | Senior Counsel | 935.00 |

103099443.1    - 1 -

**<u>Exhibit D</u>**

**CORRECTED RATE SCHEDULE**

**NORTON ROSE FULBRIGHT US LLP CORRECTED RATES**

| Name | Title or Position | Area of Practice | Corrected PREPA Rate |
|---|---|---|---|
| Lawrence A Bauer | Partner | Public Finance | $ 885 |
| Bob Bruner | Partner | Bankruptcy | $ 920 |
| Peter Canzano | Partner | Public Finance | $ 865 |
| Kelly Charles | Senior Paralegal | Commercial Litigation | $ 365 |
| Patrick Dolan | Partner | Finance | $ 1,150 |
| Clifford Gerber | Partner | Tax | $ 950 |
| Toby Gerber | Partner | Bankruptcy | $ 1,295 |
| Julie Goodrich | Senior Associate | Bankruptcy | $ 720 |
| Matthew Hughey | Partner | Public Finance | $ 885 |
| Mary Kimura | Partner | Public Finance | $ 785 |
| Anna Lee | Partner | Public Finance | $ 935 |
| Sylvia Lee | Research Assistant | Public finance | $ 435 |
| James McGettrick | Of Counsel | Public Finance | $ 725 |
| Thomas Morgan | Senior Paralegal | Commercial Litigation | $ 400 |
| Steve A. Pierce | Senior Counsel | Bankruptcy | $ 870 |
| Uyen Poh | Partner | Public Finance | $ 890 |
| Mara. H Rogers | Partner | Corporate | $ 1,065 |
| Homer Schaaf | Of Counsel | Public Finance | $ 815 |
| Eric Tashman | Partner | Public Finance | $ 1,030 |
| Stephen J. Watson | Partner | Tax | $ 1,040 |
| Fredric A. Weber | Of Counsel | Public Finance | $ 995 |
| Rebecca Winthrop | Of Counsel/Partner | Bankruptcy | $ 695 |
| Patti T. Wu | Senior Counsel | Tax | $ 860 |