## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>     Debtors.[1] | **PROMESA**<br>**Title III**<br>**No. 17 BK 3283-LTS**<br><br>**(Jointly Administered)** |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW, Stephanie Massman, applicant herein, and pursuant to L.Cv.R. 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney with the law firm Davis Polk & Wardwell LLP with offices at:

> 450 Lexington Avenue
> New York, NY 10017
> stephanie.massman@davispolk.com
> (212) 450-4000 (tel)
> (212) 701-5580 (fax)

2. Applicant will sign all pleadings with the name "Stephanie Massman."

3. Applicant has been retained as an attorney of the above-named law firm by Bonistas del Patio, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

Rico.

4.  Since 2017, applicant has been and presently is a member in good standing of the bar of the state of New York, where applicant regularly practices law. Applicant's bar license number is 5490248.

5.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| State of Texas | November 6, 2015 |
| U.S. District Court, Southern District of New York | March 5, 2019 |

6.  Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.  Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.  Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9.  Local counsel of record associated with applicant in this matter is:

José L. Ramírez-Coll (USDC-PR No. 221702)
Antonetti, Montalvo & Ramírez-Coll
P.O. Box 13128
San Juan, Puerto Rico 00908
Telephone: (787) 977-0303
jramirez@amrclaw.com

10. Applicant has read the Local Rules of this court and will comply with same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court.   Accordingly,

payment of the pro hac vice admission fee is attached hereto in the form of a receipt number for payment submitted by pay.gov system, or a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

**RESPECTFULLY SUBMITTED**.

In New York, New York, this eleventh day of October, 2022.

By: /s/ Stephanie Massman
Stephanie Massman
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
stephanie.massman@davispolk.com

*Attorney for Bonistas del Patio, Inc.*

**Error! Unknown document property name.**

**WE HEREBY CERTIFY**, pursuant to L.Cv.R. 83A(f), that we consent to the

designation of local counsel of record for all purposes.

Date: October 11, 2022.

By:    /s/ José L. Ramírez-Coll
José L. Ramírez-Coll
USDC-PR No. 221702
Antonetti, Montalvo & Ramírez-Coll
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
jramirez@amrclaw.com

**WE HEREBY CERTIFY** that we have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by $300.00 pro hac vice admission fee consistent with the Sixteenth Amended Case Management Order.

By:    <u>/s/ José L. Ramírez-Coll</u>
José L. Ramírez-Coll
USDC-PR No. 221702
Antonetti, Montalvo & Ramírez-Coll
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
jramirez@amrclaw.com

*Attorney for Bonistas del Patio, Inc.*

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice,

orders that:

☐     the application be granted. The Clerk of Court shall deposit the admission

fee to the account of Non-Appropriated Funds of this Court.

☐     the application be denied. The Clerk of Court shall return the admission

fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this_____day of _____, 2022.


Hon._____
UNITED STATES DISTRICT COURT JUDGE

**Error! Unknown document property name.**