**Hearing Date:** November 2, 2022, at 9:30 am (AST)
or as otherwise ordered by the Court
**Objection Deadline:** October 18, 2022 at 4:00 p.m. (AST)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                                                          Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF HEARING ON MOTION OF BONISTAS DEL PATIO
## FOR PAYMENT OF CERTAIN PROFESSIONAL FEES AND EXPENSES BY THE
## COMMONWEALTH

**PLEASE TAKE NOTICE** that a hearing on the *Motion of Bonistas del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth* (the "Motion"), filed October 11, 2022, will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918- 1767 (the "Court"), on **November 2, 2022, at 9:30 a.m.** (**Atlantic Standard Time**) or at such other place and time as ordered by the Court.

---

[1] The debtors in these Title III cases, along with each debtor's respective Title III case number and the last four digits of each debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that any response or objection (any "Objection") to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico and the Court's *Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief*, as amended (Dkt. Nos. 249, 20190) (the "Case Management Order") must be filed with the Court and served in a manner consistent with the applicable rules and the Case Management Order, so as to be filed and received no later than October 18, 2022 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the case management procedures.

[*Remainder of page left intentionally blank*]

Dated: October 11, 2022

/s/ José L. Ramírez-Coll
José L. Ramírez-Coll
USDC-PR Bar No. 221702
ANTONETTI, MONTALVO & RAMÍREZ-COLL
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Facsimile: (787) 977-0323
Email: jramirez@amrclaw.com

Respectfully submitted,

/s/ Brian M. Resnick
Donald S. Bernstein (*Pro Hac Vice*)
Benjamin S. Kaminetzky
    (pending admission *Pro Hac Vice)*
Brian M. Resnick (*Pro Hac Vice*)
Marc J. Tobak (*Pro Hac Vice*)
Stephanie Massman
    (pending admission *Pro Hac Vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: donald.bernstein@davispolk.com
       ben.kaminetzky@davispolk.com
       brian.resnick@davispolk.com
       marc.tobak@davispolk.com
       stephanie.massman@davispolk.com

*Counsel to Bonistas del Patio, Inc.*