# Exhibit C

# Preempted Laws

**List of Statutes Preempted by PROMESA[1]**

I. **Puerto Rico Highway and Transportation Authority Act**

    1. Act 74, approved on June 23, 1965:

        a. 9 L.P.R.A. §§ 2004(f), (h), (j), (l), (m), (n), (q)

        b. 9 L.P.R.A. § 2004a(3)

        c. 9 L.P.R.A. § 2006

        d. 9 L.P.R.A. § 2008

        e. 9 L.P.R.A. § 2010

        f. 9 L.P.R.A. §§ 2012(a), (b), (d), (e), (g) (h)

        g. 9 L.P.R.A. §§ 2013(a), (b)

        h. 9 L.P.R.A. § 2019

        i. 9 L.P.R.A. § 2020

    2. Act 1, approved on January 15, 2015:

        a. 9 L.P.R.A. § 2024(a)

        b. 9 L.P.R.A. §§ 2026(b), (c), (d)(first paragraph), (d)(1), (d)(2), (d)(6), (d)(7), (d)(8), (d)(9), (d)(11), (d)(12), (d)(15)

        c. 9 L.P.R.A. § 2027

        d. 9 L.P.R.A. § 2030

        e. 9 L.P.R.A. § 2032

        f. 9 L.P.R.A. § 2035

II. **Uniform Rate Revision and Modification Act**

    1. Act 21, approved on May 31, 1985:

        a. 27 L.P.R.A. § 261a

---

[1] The statutes listed herein are preempted for the reasons and solely to the extent set forth in Exhibit "A" to the Findings of Fact and Conclusions of Law.

    b. 27 L.P.R.A. § 261b

    c. 27 L.P.R.A. § 261c

    d. 27 L.P.R.A. § 261d