UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### Order Scheduling Briefing and Hearing Concerning Motion for Relief from Automatic Stay Filed by Lilia Molina Ruiz

The Court has received and reviewed the *Motion for Relief from Automatic Stay* (Docket Entry No. 22229 in Case No. 17-3283)[2] (the "Motion"), filed by Lilia Molina Ruiz ("Movant"). The Motion purports to provide notice of an objection deadline of October 26, 2022, notwithstanding the briefing schedule required by the *Sixteenth Amended Case Management Procedures* (Docket Entry No. 20190-1) for motions returnable at the November 2, 2022, omnibus hearing.

It is hereby ordered that opposition papers to the Motion must be filed by **October 18, 2022**. Movant's reply papers must be filed by **October 25, 2022**. The Motion will be heard in connection with the omnibus hearing scheduled for November 2, 2022.

SO ORDERED.

Dated: October 12, 2022

  /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references herein are to the docket of Case No. 17-3283.