### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | CIVIL NO. 17-3283 (LTS) |
| AS A REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO | TITLE III PROMESA |

### MOTION REQUESTING EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTION FOR RELEIF TO STAY

**TO THE HONORABLE COURT:**

**COMES NOW** the State Insurance Fund Corporation (hereinafter, "**SIFC**"), the Defendant in the matter of GARCÍA COLÓN V. STATE INSURANCE FUND CORPORATION, Civil No. 21-cv-01211 (RAM) before the United District Court for the District of Puerto Rico, through its undersigned counsel, and very respectfully alleges, requests, and prays:

1. On October 4, 2022, Plaintiffs filed their MOTION FOR RELIEF FROM STAY (hereinafter, "**MOTION FOR RELIEF**") [Docket No. 22501].

2. This Honorable Court set October 18, 2022, as the deadline for the SIFC to respond to said MOTION FOR RELIEF [Docket No. 22502].

3. Currently, the undersigned are in the process of preparing for trial. The trial is set to commence on October 26, 2022 and is scheduled to end on October 28, 2022 for Civ. Case Number 2018CV00967, at the Court of First Instance, Arecibo Region.

4. In light of the above, the undersigned requests an extension of time, until November 4, 2022, to file a Response to the MOTION FOR RELIEF.

IN RE: THE FINANCIAL OVERSIGHTAND BOARD FOR PUERTO RICO
AS A REPRESENTANTIVE OF THE COMMONWEALTH OF PUERTO RICO.
CIVIL NO. 17-3283 (LTS)
MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTION FOR RELIEF TO STAY.
PAGE 2

5. The extension of time requested will not cause any undue delay or prejudice to the Plaintiffs.

6. The undersigned certify that the request is in good faith after thorough review of the Plaintiff's MOTION FOR RELIEF.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the forgoing and grant until November 4, 2022, for the parties to file a Response to the MOTION FOR RELIEF.

IT IS HEREBY CERTIFIED that the foregoing Motion for Extension of Time was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record participating in the same.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, on October 12, 2022.

**WEINSTEIN-BACAL, MILLER & VEGA, P.S.C.**
González Padín Building-Penthouse
154 Rafael Cordero Street, Plaza de Armas
Old San Juan, Puerto Rico 00901
Telephone: (787) 977-2550
Telecopier: (787) 977-2559
E-mail: pwm@wbmvlaw.com
moa@wbmvlaw.com

**S/Peter W. Miller**
U.S.D.C. No. 213609

**S/Myriam C. Ocasio-Arana**
U.S.D.C. No. 228111