UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---

In re

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.[1]

PROMESA
Title III

No. 17BK 3283-LTS

(Jointly Administered)

---

**ATTORNEY'S CERTIFICATION UNDER THIRD AMENDED ORDER
FOR PROFESSIONALS' FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES [DKT. No. 20456] – FINAL FEE APPLICATION OF
KROLL, LLC, f/k/a DUFF & PHELPS LLC [DKT. No. 22000]**

Pursuant to The Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 20546] (the "Fee Order"), the undersigned, counsel for Kroll, LLC, f/k/a Duff & Phelps LLC ("Kroll"), financial advisor for the Financial Oversight and Management Board for Puerto Rico (the "Board"), as representative of the Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Sales Tax Financing Corporation ("CORFINA"), Puerto Rico Highways and Transportation Authority ("HTA"), Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), and Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3238-LTS) (Last Four Digits of Federal Tax ID: 3481; (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last four digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case NO. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("BRS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (V) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.).

DOC ID - 39389812.1

Electric Power Authority ("PREPA", jointly with the Commonwealth, COFINA, HTA and ERS referred to as "Debtors"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA")[2], hereby certifies with respect to Kroll's final application for allowance of compensation for services rendered and reimbursement of expenses incurred with respect to the Debtors' Title III case, dated August 30, 2022 (the "Application") (Dkt. No. 22000),[3] for the period from November 1, 2018 through and including July 31, 2019 (the "Compensation Period") as follows:

1. I am the attorney designated by Kroll for compliance with the Fee Order.

2. I make this certification in support of Kroll's Application for final compensation and reimbursement of expenses incurred during the Compensation Period [Dkt. No 22000], in accordance with Paragraph 5.c.iv of the Fee Order.

3. I certify that to the best of my knowledge, information, and belief formed after reasonable inquiry:

    a. I have read the Application;

    b. the fees requested in the Application do not request any fees disallowed by the Court on an interim basis;

    c. the Application includes only fees approved by prior interim compensation order [Dkt. No. 12157], except for $36,619 of fees incurred between June 1 and September 30, 2019 in supplementing prior interim fee applications for the Fee Examiner. All fees sought by Kroll are supported by complete billing data submitted to the Fee Examiner.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

4. I certify that Kroll has previously provided monthly statements of its fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in that Order.

Dated: October 12, 2022　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Michael L. Cook
　　　　　　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　Schulte Roth & Zabel LLP
　　　　　　　　　　　　　　　　　　　　　　919 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 756-2150

　　　　　　　　　　　　　　　　　　　　　　Counsel for Kroll LLC

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record. I also hereby certify that the foregoing was served pursuant to the Sixteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 20190).

s/José L. Ramírez-Coll
José L Ramírez-Coll
U.S.D.C. No. 221702
ANTONETTI MONTALVO & RAMIREZ-COLL
P.O. Box 13128
San Juan, Puerto Rico 00908
(787) 977-0312
email: jramirez@amrclaw.com