**Exhibit A**

| TABLA INTERES COMPUESTO | | | | | |
|---|---|---|---|---|---|
| | | | | Interes | |
| Periodo | | Principal | Interes | Diario | Semestre |
| 8/9/2008 | 12/31/2008 | $ 30,496,000.00 | 2.00% | $ 1,694.22 | $ 243,968.00 |
| 1/1/2009 | 6/30/2009 | $ 30,739,968.00 | 0.50% | $ 426.94 | 76,849.92 |
| 7/1/2009 | 12/31/2009 | $ 30,816,817.92 | 0.50% | $ 428.01 | 78,326.08 |
| 1/1/2010 | 6/30/2010 | $ 30,895,144.00 | 0.50% | $ 429.10 | 77,237.86 |
| 7/1/2010 | 12/31/2010 | $ 30,972,381.86 | 0.50% | $ 430.17 | 78,721.47 |
| 1/1/2011 | 6/30/2011 | $ 31,051,103.33 | 0.50% | $ 431.27 | 77,627.76 |
| 7/1/2011 | 12/31/2011 | $ 31,128,731.09 | 0.50% | $ 432.34 | 79,118.86 |
| 1/1/2012 | 6/30/2012 | $ 31,207,849.95 | 0.50% | $ 433.44 | 78,453.07 |
| 7/1/2012 | 12/31/2012 | $ 31,286,303.01 | 0.50% | $ 434.53 | 79,519.35 |
| 1/1/2013 | 6/30/2013 | $ 31,365,822.37 | 0.50% | $ 435.64 | 78,414.56 |
| 7/1/2013 | 12/31/2013 | $ 31,444,236.92 | 0.50% | $ 436.73 | 79,920.77 |
| 1/1/2014 | 6/30/2014 | $ 31,524,157.69 | 0.50% | $ 437.84 | 78,810.39 |
| 7/1/2014 | 12/31/2014 | $ 31,602,968.09 | 0.50% | $ 438.93 | 80,324.21 |
| 1/1/2015 | 6/30/2015 | $ 31,683,292.30 | 0.50% | $ 440.05 | 79,208.23 |
| 7/1/2015 | 12/31/2015 | $ 31,762,500.53 | 0.50% | $ 441.15 | 80,729.69 |
| 1/1/2016 | 6/30/2016 | $ 31,843,230.22 | 0.50% | $ 442.27 | 80,050.34 |
| 7/1/2016 | 12/31/2016 | $ 31,923,280.56 | 0.50% | $ 443.38 | 81,138.34 |
| 1/1/2017 | 6/30/2017 | $ 32,004,418.90 | 0.50% | $ 444.51 | 80,011.05 |
| 7/1/2017 | 12/31/2017 | $ 32,084,429.94 | 1.00% | $ 891.23 | 163,095.85 |
| 1/1/2018 | 6/30/2018 | $ 32,247,525.80 | 1.50% | $ 1,343.65 | 241,856.44 |
| 7/1/2018 | 12/31/2018 | $ 32,489,382.24 | 2.00% | $ 1,804.97 | 330,308.72 |
| 1/1/2019 | 6/30/2019 | $ 32,819,690.96 | 2.50% | $ 2,279.15 | 410,246.14 |
| 7/1/2019 | 12/31/2019 | $ 33,229,937.10 | 2.50% | $ 2,307.63 | 422,297.12 |
| 1/1/2020 | 6/30/2020 | $ 33,652,234.21 | 1.50% | $ 1,402.18 | 253,793.93 |
| 7/1/2020 | 12/31/2020 | $ 33,906,028.15 | 0.50% | $ 470.92 | 86,177.82 |
| 1/1/2021 | 6/30/2021 | $ 33,992,205.97 | 0.50% | $ 472.11 | 84,980.51 |
| 7/1/2021 | 12/31/2021 | $ 34,077,186.48 | 0.50% | $ 473.29 | 86,612.85 |
| 1/1/2022 | 6/30/2022 | $ 34,163,799.33 | 0.50% | $ 474.50 | 85,409.50 |
| 7/1/2022 | 7/31/2022 | $ 34,249,208.83 | 2.00% | $ 1,902.73 | 57,082.01 |
| 8/1/2022 | 8/31/2022 | $ 34,306,290.84 | 2.00% | $ 1,905.91 | 57,177.15 |
| 9/1/2022 | 9/30/2022 | $ 34,363,468.00 | 2.00% | $ 1,909.08 | 55,363.37 |

| | |
|---|---|
| Total Intereses | $ 3,810,290.84 |
| Total Principal + Intereses | $ 34,306,290.84 |