21 de sep. de 2022

Secretaria (Clerk office)

Tribunal Distrito de Estados Unidos

Sala 150 Edificio Federal

San Juan, Puerto Rico.

Mi nombre es, Heliodora Alicea Rodríguez, últimos dígitos del seguro social 4732, vivo en la urbanización Valles de Arroyo, calle 1 casa 6, dirección postal Box: 102 Arroyo, Puerto Rico, 00714, correo electrónico hely816@h0tmail.com , teléfonos (939) 335-1775 y (787) 271-1578.

Por este medio le notifico que tienen dos(2) expedientes a mi nombre, es por eso que dicen que está incompleto, uno con el número de reclamación 104126 y el otro 171908. Quiero que lo cotejen y los documentos los coloquen en el 171908; yo envié todos los documentos posibles, contesté todas sus cartas, pro no me percaté, que los números eran diferentes y solo envié uno, aunque ustedes me enviaban dos, le pido de favor lo corrijan, así van a tener mi expediente completo.

Lo que reclamo son los aumentos que dejé de devengar, por concepto de la ley 85, ley 34, ley 2000 y cualquier otra cantidad que me pertenece desde que trabajé en el Departamento de Educación desde el 1977 al 2007, y en el Sistema de Retiro desde el 2007 al presente. Ni el Departamento de Educación ni el Sistema de Retiro nos entregan documentos que nos diga lo que ellos nos deben. Solo les puedo enviar; la certificación de pensión por años de servicios y las cartas de culminación del empleo y aceptación de esta.

*[firma]*

FIRMA