

Estado Libre Asociado de Puerto Rico
**Sistema de Retiro para Maestros**

División de Servicios al Pensionado

**HELIODORA ALICEA RODRÍGUEZ**
**PO BOX 102**
**ARROYO PR 00714**

**XXX-XX-4732**

## CERTIFICACIÓN DE PENSIÓN MENSUAL Y ANUAL

Certifico que la profesora, **Heliodora Alicea Rodríguez** es pensionada del **Sistema de Retiro para Maestros**, desde el **1 de septiembre de 2007**. Recibe mensualmente **$2,516.04**, equivalente a **$30,192.48** anual.

Esta certificación se expide hoy, **23 de mayo de 2008**, en **San Juan, Puerto Rico.**

Rosanna Navas Rubio
Supervisora
Sala de Servicios de Retiro

PO Box 191879 San Juan, Puerto Rico 00919-1879  Teléfonos (787) 754-8611
ó 1-877-JRETIRO (5738476)  http://www.jrm.gobierno.pr   e-mail: consulta@jrm.gobierno.pr

3 agosto de 2007

Sra. María Virgen Díaz López
Superintendente de Escuelas
Distrito de Arroyo

Sra. Díaz:

Por este medio le notifico que efectivo el 1 de septiembre de 2007 presento mi renuncia a la plaza de Directora Escolar con el número de puesto R01691, la cual pertenece a la escuela Superior Urbana Natividad Rodríguez González.

Le doy gracias al Dios y al Departamento de Educación por darme la oportunidad de haber trabajado por la juventud Arroyana.

Sin nada más sobre el particular, quedo de usted.

Atentamente,

Heliodora Alicea Rodríguez



**Estado Libre Asociado de Puerto Rico**
**DEPARTAMENTO DE EDUCACIÓN**
**Centro de Desarrollo Profesional**
Distrito Escolar de Arroyo
Arroyo, Puerto Rico

Teléfonos: 787 839-2323
 787 839-3130
Fax: 787 839-1008

23 de agosto de 2007.

Sr. Héctor Medina Delgado
Director Regional
Región Educativa de Humacao
Humacao, Puerto Rico

Estimado señor Medina:

Se acepta la renuncia sometida por Sra. Heliodora Alicea Rodríguez, Directora de la Escuela Natividad Rodríguez efectiva el 1 de septiembre de 2007.

La labor de la Sra. Alicea ha sido de excelencia y lamentamos su partida. Aunque ha decidido retirarse a disfrutar de su merecida jubilación.

Compañera y amiga comprometida con la Educación de nuestros jóvenes.

Le deseamos éxito y bienandanzas en su futuro.

Sin otro particular quedo.

Cordialmente,

Sra. María Virgen Díaz López

mll