Martha Oliveras Rodriguez
Box: 102
Arroyo, P.R. 00714

RECEIVED
2022 OCT 12 PM 4:50

U.S. POSTAGE PAID
FCM LETTER
ARROYO, PR
00714
SEP 27, 22
AMOUNT
$0.60
R2304P119216-3

1000
00918

Secretaria Courier U.S.
Tribunal de Distrito de los Estados Unidos
Sala 105 edificio federal
San Juan, P.R.
00918-1767