**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------x

In re:                                                          :
                                                                :
                                                                :  PROMESA
THE FINANCIAL OVERSIGHT AND                                     :  Title III
MANAGEMENT BOARD FOR PUERTO                                     :
RICO,                                                           :
                                                                :
                                                                :
            as representative of,                               :
                                                                :
                                                                :  No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO                                      :
RICO, *et al.*                                                  :
                                                                :  (Jointly Administered)
                                                                :
            Debtors.[1]                                         :

-------------------------------------------------------x

**SECOND URGENT UNOPPOSED MOTION SEEKING EXTENSION OF TIME TO**
**FILE SUPPLEMENTAL VERIFIED STATEMENT OF DELOITTE CONSULTING LLP**
**AND DELOITTE FINANCIAL ADVISORY SERVICES LLP DISCLOSING**
**CONNECTIONS TO MATERIAL INTERESTED PARTIES PURSUANT TO**
**PUERTO RICO RECOVERY ACCURACY IN DISCLOSURE ACT**

To the Honorable United States District Court Judge Laura Taylor Swain:

Deloitte Consulting LLP ("Deloitte Consulting") and Deloitte Financial Advisory Services

LLP (together with Deloitte Consulting, the "Deloitte US Entities") respectfully submit this second

motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit**

**A**, extending to **November 14, 2022** any applicable time for the Deloitte US Entities to file a

---

[1]     The Debtors in the jointly-administered Title III Cases, along with each Debtor's respective Title III case number
        listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal
        tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK
        3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
        ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto
        Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four
        Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth
        of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686);
        (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits
        of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-
        BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case
        numbers due to software limitations).

supplemental verified statement(s) pursuant to the to *Order on Motion of the United States Trustee for Amendment of the Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* [Docket No. 21334] and the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82 ("PRRADA"). In support of this Motion, the Deloitte US Entities respectfully represent as follows:

## BACKGROUND

1.        On February 22, 2022, the Oversight Board filed the *Motion of Financial Oversight and Management Board for Puerto Rico Requesting Order Approving Proposed List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [ECF No. 20194] (the "PRRADA Motion"), seeking Court approval of a list of material interested parties attached thereto as Exhibit A (the "Initial MIP List") pursuant to PRRADA.

2.        On March 21, 2022, the Court entered its *Order Regarding Proposed List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosure Act* [ECF No. 20419], directing the Oversight Board to file an amended MIP List.

3.        On March 29, 2020, the Oversight Board filed the *Notice of Filing Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosures Act* [ECF No. 20458], which attached a list of material interested parties with respect to all Title III Debtors as Exhibit A thereto (the "Amended MIP List"). The Amended MIP List broke out the material interested parties in separate schedules for each of the debtors.

4.        On March 30, 2022, the Court entered the Order, which approved the Amended MIP List and directed all professionals to file the disclosures required under PRRADA by May 16, 2022.  That deadline was extended for the Deloitte US Entities to June 15, 2022 by Order of this Court dated May 16, 2022 [Docket No. 20807]

5.      On June 15, 2022, the Deloitte US Entities timely filed the *Declaration of Kirk Blair Disclosing Connections of Deloitte Consulting LLP and Deloitte Financial Advisory Services LLP to Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* (the "Initial PRRADA Declaration").

6.      Pursuant to paragraph 3 of the *Order on Motion of the United States Trustee for Amendment of the Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* [Docket No. 21334] (the "Amended Order"), the United States Trustee (the "US Trustee") provided informal comments and questions on the Initial PRRADA Declaration on or before the August 15, 2022 deadline set by that order.

7.      On September 15, 2022, the Court entered the *Order Extending Time to File Supplemental Verified Statement Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* [Docket No. 22219] (as modified by Docket No. 22339, the "First Extension Order"). The First Extension Order extended the time for the Deloitte US Entities to file a supplemental declaration under PRRADA to October 14, 2022.

## BASIS FOR RELIEF

8.      Paragraph 5 of the Amended Order provides that the US Trustee "may agree to one consensual extension of up to sixty (60) days, where reasonably necessary, to such professionals as may be determined are required to file a PRRADA disclosures." Because the Deloitte US Entities have already filed their PRRADA disclosures through the Initial PRRADA Declaration, it is not clear that this timeframe is applicable to the Deloitte US Entities. However, the US Trustee did extend any applicable time for submission of a supplemental declaration by the Deloitte US Entities through September 14, 2022. As noted above, that time was extended by the Court to October 14, 2022 pursuant to the Extension Order.

9.      The Deloitte US Entities had previously provided a draft supplemental declaration

to the US Trustee.  Yesterday, the Deloitte US Entities received indication from the US Trustee

that he may have further questions regarding that draft supplemental declaration.  The Deloitte US

Entities hope to work in good faith with the US Trustee to resolve those questions, to the extent

possible.  In order to give the Deloitte US Entities and the US Trustee an opportunity to engage in

further discussions on these matters, the Deloitte US Entities are requesting an additional 30-day

extension of their time to file a supplemental extension, through November 14, 2022.

10.      The US Trustee has indicated that he does not object to this extension of time and

the Deloitte US Entities have agreed that the United States Trustee shall have thirty days from the

date of filing of any supplemental disclosure to review such supplemental disclosures and to

submit formal or informal objections, if any.

WHEREFORE the Deloitte US Entities respectfully request the Court to enter the Proposed

Order attached hereto as **Exhibit A**, granting the relief requested herein and all other relief that is

just and proper.

Dated:   October 13, 2022               Respectfully submitted,
         San Juan, Puerto Rico

                                        */s/Alexandra C. Casellas*
                                        Alexandra Casellas-Cabrera
                                        USDC-PR No. 301010
                                        **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
                                        OCHOA, P.S.C.**
                                        P.O. Box 70294
                                        San Juan, PR 00936-8294
                                        Tel:  787-756-9000
                                        Fax:  787-756-9010
                                        Email:  acasellas@amgprlaw.com

                                        and

4

**LOEB & LOEB LLP**
Daniel B. Besikof
345 Park Avenue
New York, New York  10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email:  dbesikof@loeb.com


*Attorneys for Deloitte Consulting LLP and Deloitte
Financial Advisory Services LLP*

**Exhibit A**

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

```
------------------------------------------------------x
```
In re:                                              :
                                                    :
                                                    :   PROMESA
THE FINANCIAL OVERSIGHT AND                         :   Title III
MANAGEMENT BOARD FOR PUERTO                         :
RICO,                                               :
                                                    :
                                                    :
          as representative of,                     :
                                                    :
                                                    :   No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO                          :
RICO, *et al.*                                      :
                                                    :   (Jointly Administered)
                                                    :
          Debtors.[2]                               :

```
------------------------------------------------------x
```

**SECOND ORDER EXTENDING TIME TO FILE**
**SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO**
**PUERTO RICO RECOVERY ACCURACY IN DISCLOSURE ACT**

Upon the *Second Urgent Unopposed Motion Seeking Extension of Time to File a Supplemental Verified Statement of Deloitte Consulting LLP and Deloitte Financial Advisory Services LLP Disclosing Connections to Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* (the "Motion");[3] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that

---

[2]     The Debtors in the jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[3]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief

requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in

interest, it is **HEREBY ORDERED THAT**:

1.      The Motion is granted as set forth herein.

2.      The time for Deloitte Consulting LLP and Deloitte Financial Advisory Services

LLP to file a supplemental verified statement(s) pursuant to *Order on Motion of the United States*

*Trustee for Amendment of the Third Amended Order Setting Procedures for Interim and Final*

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 21334] and the

*Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82 shall be extended **to**

**November 14, 2022**, without prejudice to the right of Deloitte Consulting LLP and Deloitte

Financial Advisory Services LLP to request further extensions of time.

3.      The United States Trustee shall have thirty days from the date of filing of any

supplemental disclosure described in paragraph 2 above to review such supplemental disclosures

and to submit formal or informal objections, if any.

4.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

5.      This Order resolves docket entry no. _____.

        SO ORDERED.

Dated: _____, 2022
        San Juan, Puerto Rico                                       _____
                                                                    LAURA TAYLOR SWAIN
                                                                    United States District Judge

2