UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                          PROMESA
                                                              Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO            (Jointly Administered)
et al.,

                 Debtors.[1]

-------------------------------------------------------------x

ORDER GRANTING THE SECOND URGENT UNOPPOSED MOTION SEEKING EXTENSION
OF TIME TO FILE A SUPPLEMENTAL VERIFIED STATEMENT OF DELOITTE CONSULTING LLP
AND DELOITTE FINANCIAL ADVISORY SERVICES LLP DISCLOSING CONNECTIONS TO MATERIAL
INTERESTED PARTIES PURSUANT TO PUERTO RICO RECOVERY ACCURACY IN DISCLOSURE ACT

            Upon the *Second Urgent Unopposed Motion Seeking Extension of Time to File a Supplemental Verified Statement of Deloitte Consulting LLP and Deloitte Financial Advisory Services LLP Disclosing Connections to Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* (Docket Entry No. 22601 in Case No. 17-3283) (the "Extension Motion");[2] and the Court having found it has subject matter jurisdiction of this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found cause to grant the relief requested in the Motion, it is HEREBY ORDERED that:

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

1. The Extension Motion is granted as set forth herein.

2. The time for Deloitte Consulting LLP and Deloitte Financial Advisory Services LLP to file a supplemental verified statement(s) pursuant to *Order on Motion of the United States Trustee for Amendment of the Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* (Docket No. 21334 in Case No. 17-3283), and the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82, shall be extended to **November 14, 2022**, without prejudice to the right of Deloitte Consulting LLP and Deloitte Financial Advisory Services LLP to request further extensions of time.

3. The United States Trustee shall have thirty days from the date of filing of any supplemental disclosure, as described in paragraph 2 above, to review such supplemental disclosures to submit formal or informal objections, if any.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves Docket Entry No. 22601 in Case No. 17-3283.

SO ORDERED.

Dated: October 14, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge