# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT<br>BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY **(PREPA)** | This filing relates to PREPA<br>Docket No. 22265<br>PROMESA<br>Title III<br>Case No. 17 BK4780-LTS |

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTIFICATIONS

To the Honorable United States District Judge Laura Taylor Swain:

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002 and 9010(b) made applicable to these proceedings by Section 301 of PROMESA, and the Amended Case Management and Administrative Procedures, Elias L. Fernande Perez hereby enters his

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

appearance in the above-captioned Title III case of the Puerto Rico Electric Power Authority (the "Title III Case") as counsel to the creditor **O'Neill Security & Consultant Services Inc**. ("**O'Neill**").

**O'Neill** hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given or required in these cases be served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intend that neither this Notice of Appearance and Request to Receive Notifications nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of **O'Neill**.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or records.

**RESPECTFULLY SUBMITTED**.

In Ponce, Puerto Rico, on this 15th day of October 2022.

s/Elías L. Fernández Pérez
ELÍAS L. FERNÁNDEZ PÉREZ
USDC 227404
**Attorney for O'Neill Security & Consultant Services Inc.**
PO Box 7500
Ponce, P.R. 00732
Tel. (939) 250-0179
Cel. (787) 616-9374
Fax: 1(800) 325-7084
Email: eliaslaureano@gmail.com