**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT<br>BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) | This filing relates to PREPA<br>Docket No. 22265<br>PROMESA<br>Title III<br>Case No. 17 BK4780-LTS |

**ORDER GRANTING URGENT CONSENTED MOTION OF FOR EXTENSION OF DEADLINES**

Upon the *Urgent Consented Motion of O'Neill Security & Consultant Services Inc. (O'Neill) for Extension of Deadlines* (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein have the meanings given to such terms in the Urgent Motion.

it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of O'Neill and PREPA; and the Court having found that it has being provided adequate and appropriate notice of the Urgent Motion under the circumstances and no other or further notice being required; and the Court having reviewed the Urgent Motion, and the Court has determined that the factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

1. ORDERED that the Urgent Motion is granted as set forth herein.

2. ORDERED that the deadline to respond to the 531 Omnibus Objection shall be extended by fourteen (14) days, from Monday, October 17, 2022, to **Monday, October 31, 2022.**

3. ORDERED that the court will thereafter take the 531 Omnibus Objection on submission and adjourn the hearing on the claim, if necessary, on or after **December 14, 2022**.

Dated: October \_\_\_\_\_, 2022.

_____
Honorable Judge Laura Taylor Swain
United States District Judge