EXHIBIT 1

LEASE AGREEMENT

Modelo SC 854.1

13 mar 05

CC 1300-16-05     Página Núm. 1 de14     COMISION DE SERVICIO PÚBLICO DE PUERTO RICO (CSP)
Agencia

Estado Libre Asociado de Puerto Rico

**2011-000009**
Núm. Departamento

P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

Núm. de radicación de la
Oficina del Contralor

## CONTRATO DE ARRENDAMIENTO DE LOCALES
## POR CINCO AÑOS HASTA TREINTA AÑOS

**EL ESTADO LIBRE ASOCIADO DE PUERTO RICO**, representado por José H Banuchi-Hernández como presidente de la CSP quien en adelante se denominará el arrendatario; y Empresas Omajede, Inc., representado por su Presidente el Lic. Antonio Betancourt Capó, T/c/c Jesús Antonio Betancourt Capó, quien en adelante se denominará el arrendador, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato ha entregado las siguientes certificaciones: √ Certificación Registral de la propiedad incluyendo cargas y gravámenes √ Certificación de deuda expedida por el Departamento de Hacienda. No se posee Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.

2. Que el arrendatario certifica que previo a la formalización de este contrato cuenta con un Informe de Valoración firmado por un tasador y aprobado por un tasador revisor.

3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato. Exceptuando la Certificación Registral, con fecha del 22 de febrero de 2010. El Arrendador certifica que no ha habido cambio en la realidad registral del bien desde entonces y hará llegar una actualizada antes de entrar en vigor el presente contrato.

4. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe más adelante:

   a. Construcción  Local Comercial sito en el bien inmueble ubicado en la Carretera #1, Calle Bori, Núm. 1608, San Juan, PR, Primer Piso del Edificio Conocido como La Electrónica

   b. Área:   (1) Del solar_____ Metros Cuadrados.
              (2) Del Local_____32,000.00_____ Pies Cuadrados.
              (3) Del Estacionamiento_____125 Estacionamientos_____ Pies Cuadrados.

   c. Localización y Certificación Registral del Inmueble (incluyendo cargas y gravámenes) Terreno en el Barrio Monacillos, del termino municipal de San Juan, Puerto Rico, compuesto de tres punto doscientos ochenta y siete (3.287) cuerdas equivalentes a una hectárea, veintinueve áreas y diecinueve centiáreas. En linderos: Norte, con Rafael Nevares; Sur, con Antonio Cosme; Este, nueva Carretera Estatal número 1, de conecta que va de Río Piedras a Caguas; Oeste, con una quebrada que la separa de terrenos de Antonio Emmanuelli, hoy el Pueblo de Puerto Rico. Enclava una edificación de concreto para fines comerciales y de oficinas.  Finca 11660, Tomo 301, Folio 204, mejor conocida como La Electrónica. Se incluye Certificación Registral. Esta gravada en Hipoteca.

5. Que la propiedad será usada por el arrendatario como Oficinas de la Comisión de Servicio Público

6. Este contrato entrará en vigor 30 días después de que el Arrendatario advenga en posesión del inmueble y se extenderá por un periodo de 60 meses. El Arrendador entregará el inmueble objeto de este contrato en o antes del 30 de junio de 2011, lo cual se certificará y se hará formar parte de este contrato. Se anejan aprobaciones de OGP, Fortaleza y JEREF. El arrendatario podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.

7. Que el Arrendador se compromete de interesar vender el inmueble a ofrecer la primera opción de compra al Arrendatario. Donde el arrendatario podrá adquirir el derecho de propiedad sobre la edificación durante la vigencia de este contrato, sujeto a los términos y condiciones que se acuerden en el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación) el cual formará parte integrante de este contrato.

8. Que el arrendador posee la propiedad descrita en calidad de Corporación dueña, la cual es propiedad de Empresas Omajede Inc., y fue construida y/o inaugurado en Diciembre de 1972.

9. Que el canon de arrendamiento fijado para las partes contratantes es de Cuarenta y Seis Mil Dólares ($46,000.00) mensuales, equivalente a $17.25 costo por pie cuadrado, pagaderos de la siguiente forma:
   El pago se hará mediante dos cheques o giros, uno por la cantidad de Quince Mil Setecientos Noventa con Cuarenta y Nueve Centavos ($15,790.49), a nombre del Banco de Desarrollo Económico y un segundo cheque o giro por la cantidad de Treinta Mil Doscientos Nueve con Cincuenta y Cinco Centavos ($30,209.55) a nombre del Arrendador. Ambos cheques se enviarán a: Empresas Omajede, Inc., La Electrónica Building, Suite 218, 1608 Bori Street, San Juan, PR 00927.

10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones necesarias para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos sus servicios, equipo y accesorios dentro de las normas de seguridad establecidas que se establezcan.

11. Se hace constar que ningún funcionario o empleado de la Rama Ejecutiva, ningún funcionario o empleado de la Comisión de Servicio Público tiene directa o indirectamente interés pecuniario en este contrato.

12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:
    Estacionamiento- Núm. espacios 125  Agua  SI  Aire Acondicionado  SI  Instalación Eléctrica SI
    Vigilancia NO  Luz NO  Limpieza NO  Facilidades Telefónicas NO  Ascensor NO  Otros: Mejoras estructurales

13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDADOR

Compañía aseguradora  Triple-S Núm. de Póliza: CP-81041090
_____ Núm._____
_____ Núm._____
_____ Núm._____

Case:17-03283-LTS   Claim#:6539-2 Part 3   Filed:06/25/18   Desc: Exhibit F-rental
contract   Page 2 of 21

2011-000009

14. Otras estipulaciones (Utilice el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este Contrato.)

15. Este Contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

**EN TESTIMONIO DE LO CUAL,** y para que así conste, suscriben este documento las partes contratantes en San Juan, PR, hoy 9 de marzo de 2011.

_____
**José H. Banuchi Hernández
Comisión de Servicio Público**

_____
**Antonio Betancourt Capó**
Empresas Omajede, Inc.

---

## CERTIFICACION

Certifico que la información arriba indicada es correcta; que disponemos de la suma de $_____ para arrendamiento solicitado, los cuales están consignados en el Presupuesto Ejecutivo Núm. _____ : que la cifra de cuenta contra la cual se cargará este gasto será _____ : y que llevamos a cabo negociaciones para conseguir el canon de arrendamiento más razonable.

Nombre y Firma Jefe de Finanzas, Agencia

Nombre y Firma, Jefe de Agencia o su
Repte. Autorizado

### PARA USO DE LA OFICINA DEL GOBERNADOR, CUANDO APLIQUE

APROBADO ___            NO APROBADO ___

RAZONES:

Fecha            Título        Nombre y Firma

### PARA USO DE LA ADMINISTRACION DE SERVICIOS GENERALES

APROBADO ___            NO APROBADO ___

RAZONES:

Fecha            Título        Nombre y Firma, Administrador
de Servicios Generales o su Repte.
Autorizado

Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.

Case:17-03283-LTS Doc#:22614-1 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 1 - Lease Agreement with Inquilination Page 4 of 30
Case:17-03283-LTS Claim:16539-2 Part 3 Filed:06/25/18 Desc: Exhibit 3 Rental
contract Page 3 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05        Página Núm. 3 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o      Hasta 10 Años en el Exterior      Hasta 30 Años

**OTRAS ESTIPULACIONES:**

-----DE LA PRIMERA PARTE: Empresas Omajede, Inc., corporación propietaria, representada en este acto por el licenciado Antonio Betancourt Capó, t/c/c Jesús Antonio Betancourt Capó, mayor de edad, soltero y vecino de Guaynabo, Puerto Rico, en carácter de Presidente de la corporación, con número de Seguro Social Patronal ▨▨▨9044 y con oficinas en San Juan, Puerto Rico, en adelante denominado **EL ARRENDADOR.**--
-----DE LA SEGUNDA PARTE: La Comisión de Servicio Público de Puerto Rico, con Seguro Social Patronal ▨▨▨7678, representada en este acto por la licenciada José H. Banuchi-Hernández, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en su carácter de Presidente, en adelante denominada **EL ARRENDATARIO.** -------------

**EXPONEN**

**PRIMERO:** Las partes comparecientes han acordado otorgar un contrato de arrendamiento de un local comercial sito en el bien inmueble ubicado en la Carretera # 1, Calle Bori Núm. 1608, San Juan, Puerto Rico. El local objeto de arrendamiento está en la primera planta del edificio y tiene una cabida de aproximadamente treinta y dos mil (32,000) pies cuadrados. El espacio arrendado también incluye ciento veinticinco (125) estacionamientos reservados para uso exclusivo del ARRENDATARIO.

**SEGUNDO:** El término de vigencia del presente contrato es de cinco (5) años, sujeta su vigencia y obligatoriedad a la aprobación de las agencias gubernamentales que lo intervienen si aprueban. Este contrato entrará en vigor 30 días después de que el ARRENDATARIO advenga en posesión del inmueble y se extenderá por un período de 60 meses. El ARRENDADOR entregará el inmueble objeto de este contrato, en o antes del 30 de junio de 2011, una vez termine con las renovaciones y/o mejoras al mismo. Esta promesa de entrega, es solo eso, una promesa y de no cumplirse no invalida el presente contrato ni es justa causa para su rescisión. Pasados 6 meses de la firma del presente contrato y no haberse dado la entrega del inmueble por parte del ARRENDADOR, entonces está tardanza será causa suficiente para rescindir el contrato. Este contrato de arrendamiento no tiene cláusula de renovación, ni está sujeto a novación. Las partes renuncian a cualquier derecho explícito o por operación de ley a cualquier novación de este arrendamiento. Un año antes de la expiración del término inicial o del término extendido, según sea el caso, del contrato de arrendamiento entre las partes, el ARRENDADOR le enviará al ARRENDATARIO una nueva propuesta de arrendamiento por correo certificado. El ARRENDATARIO tendrá un término de ciento veinte (120) días para notificarle por escrito al ARRENDADOR su interés de permanecer en la propiedad por cinco (5) años adicionales o de desalojar la propiedad una vez terminado el contrato de arrendamiento. Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro nuevo contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza.--------------

Las partes contratantes acordamas que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Banuchi Hernández**
Comisión de Servicio Publico

**Antonio Betancourt Capó**
Empresas Omajede, Inc.

Case:17-03283-LTS Claim#:4539-2 Part 3 Filed:06/25/18 Desc: Exhibit rental contract Page 4 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05     Página Núm. 4 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

Núm. de Contrato de la
Oficina del Contralor

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

√ Hasta Cinco Años o Menos o     Hasta 10 Años en el Exterior     Hasta 30 Años

**OTRAS ESTIPULACIONES:**

Si alguna de las partes determina terminar el contrato deberá mediar notificación por escrito, con acuse de recibo, con 30 días de antelación a la parte afectada.

**TERCERO**: Los permisos o certificaciones pertinentes expedidos por las agencias gubernamentales cuya aprobación es necesaria para otorgar un contrato de arrendamiento, será responsabilidad del ARRENDADOR tramitarlos y obtenerlos, a su costo.

**CUARTO**: Que luego del ARRENDATARIO haber realizado un estudio de mercado (Anejo A) para determinar la tarifa vigente, el canon de renta fijado por las partes contratantes será de diecisiete dólares con veinticinco centavos ($17.25) por pie cuadrado para un total de cuarenta y seis mil dólares ($46,000.00) mensuales. La cuantía máxima a pagar por concepto de renta durante la vigencia de este contrato no excederá dos millones setecientos sesenta mil dólares ($2,760,000.00).

------------------------------------------------------**AMORTIZACION DE MEJORAS** -----------------------------

Del ARRENDATARIO decidir rescindir el contrato de arrendamiento antes de su vencimiento EL ARRENDATARIO pagará al ARRENDADOR el costo no amortizado de la mejoras realizadas en el espacio arrendado. Se amortizarán las mejoras mensualmente durante los sesenta meses del término del contrato utilizando el método contable de Línea Recta. El costo de las mejoras y otros costos incurridos relacionados con el contrato de arrendamiento no excederá la suma de QUINIENTOS MIL DÓLARES (US $500,000.00), e incluye entre otros, honorarios de arquitecto, seguros, impuestos, arbitrios, comisión de corredor de bienes raíces y costos de construcción, pintura y otras mejoras al primer piso del edificio y su estacionamiento. Luego que el ARRENDADOR le entregue al ARRENDATARIO el local, junto a un documento certificado, el cual formará parte integra del presente contrato, evidenciando facturas y costos incurridos en dichas mejoras, ambas partes firmarán una enmienda a este contrato fijando la cifra de las mejoras según evidenciada. -----------------

**QUINTO**: Las partes contratantes estipulan que los pagos que EL ARRENDATARIO pagará a ARRENDADOR por concepto de cánones de arrendamiento serán remitidos de acuerdo a las directrices impartidas por el Estado Libre Asociado de Puerto Rico por medio de cheques o giros. El canon de arrendamiento será pagadero AL ARRENDADOR por mensualidades vencidas, el día primero de cada mes posterior al mes vencido. El pago se hará mediante dos cheques o giros, uno por la cantidad de Quince Mil Setecientos Noventa con Cuarenta y Nueve Centavos ($15,790.49) a nombre del Banco de Desarrollo Económico y un segundo cheque o giro por la cantidad de Treinta Mil Doscientos Nueve con Cincuenta y Cinco Centavos ($30,209.55) a nombre del ARRENDADOR. Ambos cheques se enviarán a la siguiente dirección postal: Empresas Omajede, Inc., La Electrónica Building, Suite 218, 1608 Bori Street, San Juan, Puerto Rico 00927.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Banuchi Hernández**
**Comisión de Servicio Publico**

**Antonio Betancourt Capó**
**Empresas Omajede, Inc.**

Case:17-03283-LTS Doc#:22614-1 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc: Exhibit 1 - Lease Agreement with inflation Page 6 of 30

Case:17-03283-LTS Claim:15539-2 Part 3 Filed:06/25/18 Desc:Exhibit D-Rental contract Page 5 of 21

Modelo SC 854.2 (Hoja de Cont.)    Estado Libre Asociado de Puerto Rico

16 mar 05           Página Núm. 5 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
de la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o        Hasta 10 Años en el Exterior        Hasta 30 Años

OTRAS ESTIPULACIONES:

**SEXTO**:    Las partes convienen y estipulan que EL ARRENDATARIO no podrá subarrendar, ni ceder, en todo o en parte, el local objeto de arrendamiento a no ser que cuente con el consentimiento previo por escrito del ARRENDADOR.----------------------------------------------------------------------------.

**SÉPTIMO**:   EL ARRENDADOR se compromete a reparar, mejorar y mantener en buen estado de uso los equipos tales como inodoros, lavamanos, aire acondicionado y planta física o cualquier otra facilidad que sea cedida en arrendamiento, o que en el futuro pase a formar parte del mismo. De la misma manera se compromete a reponer el equipo y accesorios que se dañen o queden fuera de servicio por causa fortuita, causa ajena al ARRENDATARIO o deterioro natural. Todo equipo que tenga que ser arreglado o repuesto debe ser de la misma o superior calidad del que se arregle o reponga.

**OCTAVO**:    EL ARRENDADOR se compromete además, a requerimiento del ARRENDATARIO a: ----------.

• Reemplazar las losetas que estén deterioradas o dañadas por otras de la misma calidad; color y estilo de las actuales de éstas estar disponibles en el mercado.-----------------------------------------------------

• Colocar y sustituir todos los paneles del plafón acústico que estén averiados o deteriorados como consecuencia de algún defecto de las facilidades rentadas y/o del uso normal y corriente de la propiedad.-----

• Reparar todas las grietas de las paredes del edificio, tanto internas como externas.-----------------

• Construcción de las divisiones internas en el área del recaudador, de forma tal que resulte un área segura para el manejo de transacciones económicas. Esta área será cerrada pero tendrá una ventanilla de cristal para el área de recaudación, según el plano aprobado por el ARRENDATARIO.--------------------------

• Los baños para uso de empleados y visitantes deben cumplir con las especificaciones establecidas en la ley American Dissability Act (Ley ADA).------------------------------------------------------------------

• Proveer un área cerrada con facilidades de pileta para guardar y manejar los equipos de limpieza y químicos.------------------------------------------------------------------------------------------

• Rotular e identificar los espacios de estacionamiento para uso de las personas con impedimentos conforme a la legislación y reglamentación vigente.--------------------------------------------------------

Proveer un área de estacionamiento con un mínimo de ciento veinticinco (125) espacios, de los cuales por lo menos treinta (30) espacios serán reservados para vehículos oficiales los cuales pernoctarán en el estacionamiento. Los restantes estacionamientos serán utilizados por empleados y visitantes. EL ARRENDADOR deberá mantener el área de estacionamiento en buen estado, siendo responsable de darle el cuidado requerido, incluyendo, pero sin limitarse a que esté asfaltado adecuadamente El ARRENDATARIO tendrá la responsabilidad de proveer y pagar el costo de un guardia de seguridad nocturno para vigilar los vehículos del ARRENDATARIO que pernoctarán en el estacionamiento del ARRENDADOR.-------------------------
----------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Bañuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Claim 5539-2 Part 3 Filed:06/25/18 Desc: Exhibit Governmental
contract Page 6 of 21

Modelo SC 854.2 (Hoja de Cont.)          Estado Libre Asociado de Puerto Rico

16 mar 05          Página Núm. 6 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
de la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

**OTRAS ESTIPULACIONES:**

• Proveer un área de inspección de vehículos pesados en la parte designada y así se marcará y se identificará para estos propósitos, y la cual será parte del área donde ubican los ciento veinticinco (125) espacios de estacionamiento reservados al ARRENDATARIO.——————————————————————

• Cambiar todos los cristales que se astillen por otros de la misma clase o similar, siempre y cuando se deba a causas fortuitas o ajenas del ARRENDATARIO.——————————————————————

• Cambiar los difusores del sistema de aire acondicionado que estén averiados o deteriorados como consecuencia del uso normal y corriente de la propiedad.——————————————————————

• Limpiar los filtros de las unidades de acondicionadores de aire al menos una vez al mes, realizar los arreglos y las reparaciones a estas unidades, cuando sea necesario y requerido por EL ARRENDATARIO. En caso de que el acondicionador de aire resultare defectuoso el mismo será reparado o reemplazado por EL ARRENDADOR a su cuenta, Las reparaciones de las unidades de acondicionadores de aire serán realizadas durante las primeras veinticuatro (24) horas de haber sido reportadas por EL ARRENDATARIO. EL ARRENDADOR notificará al ARRENDATARIO prontamente de las gestiones realizadas para solicitar la reparación de las unidades de acondicionadores de aire.——————————————————————

• Realizará todas las reparaciones para corregir defectos en la estructura de plomería, sistema de alcantarillado y sanitario, sistema eléctrico, así como las filtraciones del local arrendado a su costo.——————

• Pintar, de ser necesario, la estructura interna y externa del edificio; utilizando los colores sugeridos por EL ARRENDATARIO para la pintura interna del local arrendado. La pintura del interior del local arrendado se realizará fuera de horas laborables, pero con la presencia de personal del ARRENDATARIO.——

• Reemplazar las puertas de cristal cada vez que ello lo amerite y siempre y cuando el deterioro o daño sea consecuencia del uso normal y corriente o cuando la avería se deba a un caso fortuito.——————————

• Reparar las paredes cuando lo amerite y solicite EL ARRENDATARIO, siempre y cuando su deterioro o daño sea consecuencia del uso normal y corriente de la propiedad o por caso fortuito.——————————

• Corregir los defectos en las escaleras, rampas y otras áreas que puedan señalar los inspectores de la Oficina de Seguridad y Salud del Departamento del Trabajo y Recursos Humanos, del Cuerpo de Bomberos de Puerto Rico, Junta de Calidad Ambiental, así como de cualquier otra agencia estatal o federal que lo requiriese a los fines de que se cumpla con todos los requisitos de seguridad que establezcan dichas agencias o cualquier que regule de alguna forma el arrendamiento de locales.——————————————————

• Instalar, reparar o cambiar cualquier equipo o accesorio. Se entiende por equipo: puertas, ventanas, rejas, barandas en la rampa y en la rampa de impedidos o equipos sanitarios que incluye: inodoros, lavamanos, etc. que se deterioren por uso normal y natural o en antes de los primeros cinco (5) días hasta un máximo de veinte (20) días luego de haber recibido notificación escrita por parte del ARRENDATARIO.——

• Las reparaciones por parte del ARRENDADOR serán todas aquellas necesarias y que sean por el deterioro del uso normal, caso fortuito o como resultado de la culpa o negligencia del ARRENDADOR o de sus empleados o agentes autorizados.——————————————————————

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se subscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Banuchi Hernández**
Comisión de Servicio Publico

**Antonio Betancourt Capó**
Empresas Omajede, Inc.

Case:17-03283-LTS  Doc#:14539-2 Part 3 Filed:09/25/18  Desc: Exhibit - rental
contract  Page 7 of 21

Modelo SC 854.2 (Hoja de Cont.)          Estado Libre Asociado de Puerto Rico

16 mar 05          Página Núm. 7 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

- Brindar servicio de fumigación al menos cuatro (4) veces al año, en el interior del local arrendado.------
- Realizar la limpieza de las ventanas de cristal, por el lado exterior de la estructura, con un mínimo de seis (6) veces al año.----------------------------------------------------------------------------------------
- Brindar el mantenimiento a las puertas de emergencia con alarma, de existir alguna----------------------
- Mantener el sistema de alarmas de fuego y el equipo necesario para su funcionamiento, incluyendo los extintores. -----------------------------------------------------------------------------------------------------------
- Podar el césped, de existir, en los alrededores de la estructura, al menos una vez por mes.---------------
- Instalar y mantener el sistema de iluminación del local arrendado y del área del estacionamiento asignado AL ARRENDATARIO, conforme a las especificaciones y reglamentos de la Autoridad de Energía Eléctrica de Puerto Rico.--------------------------------------------------------------------------------------------

**NOVENO:** EL ARRENDADOR se compromete a realizar por su cuenta y cargo, cualquier cambio o mejora, de acuerdo con las especificaciones y requisitos de seguridad establecidas o que se establezcan durante el periodo que comprenda este arrendamiento por el CUERPO DE BOMBEROS, DEPARTAMENTO DE SALUD, CALIDAD AMBIENTAL, OSHA, o cualquier otra agencia federal o estatal concernida y en caso de persistir un incumplimiento a tales disposiciones por un tiempo irrazonable o que exceda a aquel permitido por la agencia concernida para el ARRENDADOR corregir el defecto señalado se entenderá resuelto el contrato.--

**DÉCIMO:** EL ARRENDATARIO llevará a cabo reparaciones menores tales como: cambio de zapatillas, destape de equipo sanitario, instalación y sustitución de tubos fluorescentes y demás reparaciones necesarias a las facilidades rentadas. Estas reparaciones serán realizadas por EL ARRENDATARIO si su costo cotizado es de trescientos cincuenta ($350.00) dólares o menos, reparaciones mayores de esta cantidad serán sufragadas por EL ARRENDADOR. El ARRENDADOR vendrá obligado a efectuar los arreglos y reparaciones que haya que hacer y sean necesarias para conservar el inmueble en condiciones utilizables cuando la necesidad de hacer arreglos o reparaciones no surja del, ni sea causada por, EL ARRENDATARIO, sus empleados, agentes, invitados o cualquier persona actuando en su nombre o a la cual EL ARRENDATARIO le haya permitido, directa o indirectamente, acceso a la propiedad arrendada. En este caso responderá únicamente EL ARRENDATARIO por el costo del arreglo o desperfecto que haya ocasionado. El ARRENDADOR no será responsable del mantenimiento, arreglo, alteración o remoción de equipo o instalación alguna hecha por EL ARRENDATARIO.------------------------------------------------------------------

**DECIMO PRIMERO:** EL ARRENDATARIO será responsable de la limpieza del interior del local, incluyendo los baños y de la disposición y contratación del servicio de recogido de la basura que se genere dentro del área arrendada, los contenedores de basura serán localizados en un área designada en común acuerdo entre EL ARRENDATARIO Y EL ARRENDADOR. --------------------------------------------------------

**DECIMO SEGUNDO:** EL ARRENDATARIO se compromete a pagar fielmente el    canon mensual del arrendamiento antes estipulado.

Las partes contratantes acordamas que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Claim#:153939-2 Part 3 Filed:06/25/18 Desc:Exhibit 6 Rental contract Page 8 of 21

Modelo SC 854.2 (Hoja de Cont.)                    Estado Libre Asociado de Puerto Rico

16 mar 05                          Página Núm. 8 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

**DECIMO TERCERO:**      EL ARRENDATARIO será responsable de cuidar y mantener todas las paredes, puertas, herrajes, plafones, lámparas, pisos y baños, en toda el área arrendada y se compromete a entregar dicha área arrendada al vencimiento o resolución de este contrato al ARRENDADOR en buen estado excepto por el deterioro normal de uso. ————————————————————————————

**DECIMO CUARTO:** EL ARRENDATARIO permitirá acceso al área al ARRENDADOR o sus agentes para reparar, mantener o revisar cualquier línea, conducto, ducto, tubo o cablería, así como cualquier elemento estructural del edificio. EL ARRENDADOR podrá entrar a los predios aquí contratados, siempre que coordine con EL ARRENDATARIO. Bajo ninguna circunstancia podrá EL ARRENDADOR entrar a las oficinas sin que medie la autorización del ARRENDATARIO. Se exceptúa alguna situación de emergencia, como por ejemplo en caso de un incendio en la estructura o por un tubo de agua roto. EL ARRENDADOR podrá mostrar los predios contratados a otro posible arrendatario, siempre que coordine tal actividad con EL ARRENDATARIO para no entorpecer las operaciones de las oficinas allí instaladas. Se hace la salvedad que para esta última circunstancia, EL ARRENDADOR podrá mostrar los predios solamente durante los últimos seis (6) meses de vigencia del contrato. Si EL ARRENDATARIO notificase al ARRENDADOR de su intención de abandonar el local antes de su vencimiento, EL ARRENDADOR podrá entrar en los predios durante dicho periodo siempre que coordine con EL ARRENDATARIO.————————————————————————————

**DECIMO QUINTO:**      A la expiración o terminación de este contrato, si el ARRENDATARIO fuera a mudarse, tendrá que dejar las facilidades limpias, en buenas condiciones y removerá todo aquello que fuere de su propiedad, excepto aquellas mejoras permanentes que quedarán a beneficio del dueño ARRENDADOR.————————————————————————————

**DECIMO SEXTO:**      EL ARRENDATARIO será responsable de contratar y pagar por el costo de los servicios de teléfono y cualquier otro que éste requiera para sus funciones. Se hace constar que los servicios por consumo de energía eléctrica serán facturados mensualmente por parte del ARRENDADOR al ARRENDATARIO de acuerdo al consumo registrado por el metro eléctrico instalado en el local arrendado. La facturación de energía eléctrica se regirá por lo dispuesto en el documento titulado, "Análisis de Carga", preparado por un ingeniero eléctrico licenciado, el cual está identificado como Anejo A y se hace formar parte íntegra del presente contrato. Tanto EL ARRENDADOR como EL ARRENDATARIO podrán solicitar, a cuenta y costo del solicitante, que la Autoridad de Energía Eléctrica (AEE) instale un metro para medir directamente y facturar el consumo de luz al ARRENDATARIO con un número de cuenta a nombre del ARRENDATARIO.————————————————————————————

**DECIMO SÉPTIMO:**      EL ARRENDATARIO podrá usar u ocupar el local objeto de este contrato solamente para operar y mantener las Oficinas de la Comisión de Servicio Público y/o sus sucesores gubernamentales. ————————————————————————————

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Banuchi Hernández**
**Comisión de Servicio Publico**

**Antonio Betancourt Capó**
**Empresas Omajede, Inc.**

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)        Estado Libre Asociado de Puerto Rico

16 mar 05              Página Núm. 9 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o      Hasta 10 Años en el Exterior        Hasta 30 Años

**OTRAS ESTIPULACIONES:**

**DECIMO OCTAVO:** Si el edificio o el local arrendado sufriese daños mayores causados por fuego, terremoto, guerra o cualquier acto violento o climatológico, lo cual cause que el local o el edificio no funcione para las operaciones del ARRENDATARIO, y si el uso y disfrute de la propiedad y del local no puede ser reestablecido en un término de noventa (90) días laborables, EL ARRENDATARIO podrá rescindir este contrato notificando al ARRENDADOR por escrito, y no será responsable del pago de renta, luego de la cancelación del contrato. De no ser rescindido el contrato por estas circunstancias, EL ARRENDADOR tendrá la opción exclusiva de reparar a su costo el local y/o el edificio, y EL ARRENDATARIO estará obligado a pagar la renta bajo este contrato; excepto que EL ARRENDADOR y EL ARRENDATARIO lleguen a un acuerdo de ajustar el canon de renta durante este periodo de interrupción del uso o funcionamiento de las operaciones del ARRENDATARIO. EL ARRENDATARIO renuncia a cualquier reclamación contra EL ARRENDADOR por la rescisión del contrato por las razones descritas en esta cláusula o por cualquier pérdida y daños a la propiedad de ARRENDATARIO causado por cualquier daño o destrucción al edificio o local que se describa en esta cláusula.---------------------------------------------------------------------------------------------------------

**DECIMO NOVENO:** EL ARRENDATARIO podrá resolver el presente contrato antes de su vencimiento siempre que le notifique al ARRENDADOR su intención por escrito con acuse de recibo, con treinta (30) días de antelación a la fecha señalada para rescindir el contrato. El derecho a rescindir el contrato antes de su vencimiento está condicionado a que exista justa causa para ello. El ARRENDADOR pagará los gastos no amortizados de las mejoras según anteriormente expuesto.

**VIGÉSIMO:** EL ARRENDADOR tendrá derecho de inspeccionar la propiedad arrendada para exigir que la misma se encuentre en el mejor estado de uso y conservación. Las visitas las hará el ARRENDADOR por sí o por medio de sus agentes o empleados, mediando siempre aviso previo al ARRENDATARIO y garantizando a éste que no ha de afectar su actividad en el local durante la inspección.----------------------------------------------

**VIGÉSIMO PRIMERO:** EL ARRENDADOR certifica y garantiza, que al momento de suscribir este contrato, ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y reconoce que existe una deuda por contribuciones al Estado Libre Asociado de Puerto Rico, por concepto de Planilla de IVU por Novecientos Ochenta Dólares con Setenta y Dos Centavos ($980.72) y una deuda por la Contribución Especial de Hacienda por Setenta Mil Quinientos Ochenta y Seis Dólares con Siete Centavos ($70,586.07), y además CERTIFICA Y GARANTIZA, que las mismas, estarán saldas al momento en que EL ARRENDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato.-------------------------------------------------------------------------------------------------El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido el financiamiento necesario para cubrir la deuda con el Estado Libre Asociado.
EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:13350-2 Part 3 Filed:06/05/19 Exhibit B - rental
contract Page 10 of 21

Modelo SC 854.2 (Hoja de Cont.)          Estado Libre Asociado de Puerto Rico

16 mar 05          Página Núm. 10 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

**OTRAS ESTIPULACIONES:**

**VIGÉSIMO SEGUNDO:** EL ARRENDADOR es responsable de rendir sus planillas y pagar las aportaciones correspondientes al Seguro Social Federal, en caso que aplique y al Negociado de Contribuciones Sobre Ingresos del Departamento de Hacienda por cualquier cantidad tributable como resultado de los ingresos devengados bajo este contrato. EL ARRENDADOR notificará al Negociado de Contribución sobre Ingresos los pagos y reembolsos que sean efectuados al ARRENDADOR.——————————————————

**VIGÉSIMO TERCERO:** EL ARRENDADOR certifica que ningún funcionario o empleado de ARRENDATARIO o algún miembro de sus unidades familiares tienen directa o indirectamente interés pecuniario en el presente contrato y que ningún funcionario o empleado de la Rama Ejecutiva tiene algún interés pecuniario o beneficios producto del mismo.——————————————————————

**VIGÉSIMO CUARTO:** EL ARRENDADOR certifica y garantiza que al momento de suscribirse este contrato, ha pagado las contribuciones de Seguro por Desempleo, de Incapacidad Temporal y de Seguro Social para Chóferes (las que apliquen); o se encuentra acogido a un plan de pago, con cuyos términos esta cumpliendo.——————————————————————————————————

**VIGÉSIMO QUINTO:** EL ARRENDADOR reconoce que tiene deudas por concepto de propiedad mueble o inmueble con el Centro de Recaudaciones de Ingresos Municipales (CRIM) por la cantidad de Ciento Sesenta y Cinco Mil Trescientos Veinte Dólares con Noventa y Tres Centavos ($165,320.93); y además CERTIFICA y GARANTIZA, que la misma, estará salda al momento en que EL ARRENDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato.-El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido financiamiento necesario para cubrir la deuda con el Estado Libre Asociado.————————————

EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.————————————————————————

**VIGÉSIMO SEXTO:** EL ARRENDADOR certifica y hace constar que no ha sido servidor público en los últimos dos (2) años a la fecha de la firma de este contrato. También certifica que no es Pensionado del Estado Libre Asociado de Puerto Rico.—————————————————————————————

**VIGÉSIMO SÉPTIMO:** EL ARRENDADOR certifica y garantiza que no está representado ni representará, durante la vigencia de este contrato, intereses particulares en casos o asuntos que involucren conflictos de intereses o de política pública contra el ARRENDATARIO. Ello no constituye una renuncia por parte del ARRENDADOR de su derecho a reclamar del ARRENDATARIO por el incumplimiento y/o violación de los términos u obligaciones contraídas en virtud del presente contrato.—————————————————

**VIGESIMO OCTAVO:** EL ARRENDADOR certifica que no entrará en relaciones contractuales o llevará a cabo actos que configuren un conflicto de interés con la parte ARRENDATARIA.————————————

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Banuchi Hernández**
**Comisión de Servicio Publico**

**Antonio Betancourt Capó**
**Empresas Omajede, Inc.**

Case:17-03283-LTS Doc#:22614-1 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit B - Lease Agreement with Translation Page 12 of 30
Case:17-03283-LTS Claim-539-2 Part 3 Filed:06/25/18 Desc: Exhibit rental
contract Page 11 of 21

Modelo SC 854.2 (Hoja de Cont.)          Estado Libre Asociado de Puerto Rico

16 mar 05                    Página Núm. 11 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

**VIGÉSIMO NOVENO:**     EL ARRENDADOR se obliga a presentar evidencia legal que muestre que el loca
objeto de contratación es de su propiedad, así como también el Permiso de Uso para el fin de pactado
expedido por la Administración de Reglamentos y Permisos y cualquier otra Agencia concernida. También se
obliga a presentar certificación del Cuerpo de Bomberos de Puerto Rico. Además se obliga a mantenerse a
día con el cumplimiento de la Ley Número 43 de 21 de junio de 1988, "Código de Prevención de Incendios".-
**TRIGÉSIMO:** EL ARRENDADOR certifica que no tiene pleito pendiente con el Estado Libre Asociado de
Puerto Rico.------------------------------------------------------------------------------------------------------------------------------------
EL ARRENDADOR certifica que a su mejor conocimiento, durante los últimos diez años, ni la Corporación n
ninguno de sus accionistas, socios, oficiales principales, empleados, subsidiarias o compañías matrices han
sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la
función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito
federal o estatal.----------------------------------------------------------------------------------------------------------------------------------
El contrato se resolverá en caso de que contra el ARRENDADOR, sus accionistas, socios, oficiales
principales, empleados, subsidiarias o compañías matrices se determine causa probable para el arresto por la
comisión de algún delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental; o que
involucre fondos o propiedad pública, en el ámbito federal o estatal.----------------------------------------------------------
EL ARRENDADOR tiene el deber de informar al ARRENDATARIO  de manera continua, durante la vigencia
del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de
un delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental, que involucre fondos o
propiedad pública, en el ámbito federal o estatal. Esta obligación es de naturaleza continua durante todas las
etapas de la contratación y ejecución del contrato.------------------------------------------------------------------------------------
**TRIGÉSIMO PRIMERO:**   EL ARRENDATARIO hará los pagos correspondientes al canon de arrendamiento
de la cuenta del Fondo General número E2632-111-065-1234-003.-----------------------------------------------------------
**TRIGÉSIMO SEGUNDO:**  EL ARRENDATARIO realiza el presente contrato en virtud de la Ley Número 109,
de 28 de junio de 1962, según enmendada, conocida como la Ley de Servicio Público de Puerto Rico y la Ley
Número 230, de 23 de julio de 1974, según enmendada, y conocida como la Ley de Contabilidad del
Gobierno.----------------------------------------------------------------------------------------------------------------------------------------.
-------------------------------------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------------------------------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que
se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-1 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit B-1 Lease Agreement with Translation Page 13 of 30
Case:17-03283-LTS Claim#:1539-2 Part 3 Filed:06/15/18 Exhibit B rental
contract Page 12 of 21

Modelo SC 854.2 (Hoja de Cont.) Estado Libre Asociado de Puerto Rico

16 mar 05
CC 1300-16-05

Página Núm. 12 de 14

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o        Hasta 10 Años en el Exterior        Hasta 30 Años

**OTRAS ESTIPULACIONES:**

**TRIGÉSIMO TERCERO:** EL ARRENDADOR mantendrá en vigor una póliza de seguro de responsabilidad pública con una cubierta mínima de un millón de dólares (1,000.000.00) para la eventualidad de un accidente causado por culpa o negligencia del ARRENDADOR. Igualmente mantendrá en vigor una póliza que cubra daños a su propiedad causados por fuego, huracán, terremoto, inundaciones y vandalismo, o cualquier otro acto de la naturaleza o caso fortuito, la cual cubrirá todo el edificio y sus alrededores. En las mismas (entiéndase ambas pólizas) se incluirá una cláusula instruyendo a la compañía aseguradora para que notifique al ARRENDATARIO con treinta (30) días de anticipación, por escrito, de cualquier variación en los términos de la póliza. EL ARRENDADOR. Suministrará al ARRENDATARIO una copia de ambas pólizas, así como de cualquier otro tipo de seguro relacionado con la propiedad o sus alrededores. Si por alguna razón, EL ARRENDADOR no mantuviere vigente estos seguros, éste será responsable de cualquier acción o demanda en daños y perjuicios que se entablare contra EL ARRENDATARIO y/o el Estado Libre Asociado de Puerto Rico, como consecuencia de cualquier accidente de la naturaleza antes especificado que debiera estar cubierto por la póliza. EL ARRENDATARIO, por su parte, se compromete a mantener en vigor una póliza de responsabilidad pública con una cubierta mínima de quinientos mil dólares ($500,000) incluyendo daños a la propiedad arrendada para aquellos casos de accidente causados por culpa o negligencia del ARRENDATARIO, sus empleados y visitantes. Ambos seguros, tanto el del ARRENDADOR, como el del ARRENDATARIO, se mantendrán con una compañía autorizada por la Oficina del Comisionado de Seguros.—
**TRIGÉSIMO CUARTO:** La negligencia o abandono de los deberes del ARRENDADOR, así como la conducta impropia o actuación que vaya en contra de la ley, la moral o el orden público, será causa suficiente para dar por terminado el presente contrato de forma inmediata, para lo cual únicamente deberá mediar una notificación de la acción.------------------------------------------------------------------------------------------
**TRIGÉSIMO QUINTO:** Las cláusulas y condiciones de este contrato son independientes y separadas entre sí y la nulidad de una o más de ellas no afectarán la validez de las demás, las cuales permanecerán vigentes.---
**TRIGÉSIMO SEXTO:** EL ARRENDATARIO no hará alteraciones ni mejoras al local arrendado ni al edificio sin la aprobación previa y por escrito del ARRENDADOR, excepto que EL ARRENDATARIO podrá instalar a su costo, alfombras, muebles, equipo de comunicación, computadoras, equipo de oficina y otra propiedad mueble los cuales EL ARRENDATARIO podrá remover, alterar o remodelar en cualquier momento. Al vencimiento de este contrato, EL ARRENDATARIO podrá mover y llevarse a su costo dichos accesorios, muebles, equipo y otra propiedad mueble, pero no podrá llevarse alfombras, particiones de oficina y puertas aunque hayan sido instaladas por EL ARRENDATARIO. Cualquier accesorio, mobiliario, equipo o propiedad mueble que quede en el local arrendado luego del vencimiento de este contrato y de la entrega de la posesión del local al ARRENDADOR por EL ARRENDATARIO, se convertirá en propiedad exclusiva del ARRENDADOR, sin compensación alguna al ARRENDATARIO. EL ARRENDATARIO no hará ninguna instalación de accesorios, divisiones, paredes, muebles, equipos cuyo peso u operación sería detrimental al local o al edificio.---------------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Baruchi Hernández**
Comisión de Servicio Publico

**Antonio Betancourt Capó**
Empresas Omajede, Inc.

Case:17-03283-LTS  Doc#:22614-1  Filed:10/17/22  Entered:10/17/22 07:47:07  Desc:
Exhibit B - Lease Agreement with Translation  Page 14 of 30

Case 17-03283-LTS Claim 159-2 Part 3 Filed 06/25/18 Desc Exhibit B Rental
contract  Page 13 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05          Página Núm. 13 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

**OTRAS ESTIPULACIONES:**

**TRIGÉSIMO SÉPTIMO:** EL ARRENDATARIO indemnizará totalmente al ARRENDADOR de toda reclamación de daño corporal, o a la propiedad, o responsabilidad pública, que surja contra El ARRENDADOR por cualquier acto, omisión o negligencia en el uso del local o por falta de mantener el local y equipo en buenas condiciones de parte del ARRENDATARIO, sus agentes o empleados.

**TRIGÉSIMO OCTAVO:** EL ARRENDADOR o dueño del edificio tendrá el derecho exclusivo a instalar mantener y permitir la instalación de rótulos en cualquier parte exterior del edificio y de las áreas comunes de interior del edificio. EL ARRENDATARIO podrá poner un rótulo o letrero en la entrada de su local, siempre y cuando EL ARRENDADOR apruebe por escrito el tamaño y el lugar de instalación del mismo. Al vencerse el contrato, EL ARRENDATARIO removerá toda su rotulación a su costo y pagará por cualquier daño o reparación necesaria al local o superficie del edificio luego de la remoción de dicha rotulación.------------

**TRIGÉSIMO NOVENO:** Durante el término del contrato, EL ARRENDADOR y dueño del Edificio se reserva el derecho exclusivo a cambiar el nombre del Edificio y a vender el inmueble en parte o totalmente.--

**CUATRIGESIMO:** EL ARRENDATARIO no podrá reclamar participación en cualquier pago o compensación que reciba EL ARRENDADOR o dueño de la propiedad, producto de una expropiación o condenación total o parcial del edificio, y/o el terreno donde ubica, y reconoce y acepta que cualquier pago o compensación aquí descrita será pagadera total y exclusivamente al ARRENDADOR y/o dueño del edificio.-----------------------

**CUATRIGESIMO PRIMERO:** Para que cualquier enmienda a este contrato sea válida, éste tendrá que constar por escrito y estar firmada por EL ARRENDADOR y ARRENDATARIO.----------------------

**CUATRIGESIMO SEGUNDO:** La parte perdedora de cualquier acción o demanda que surja de violaciones a los términos y condiciones de este contrato será responsable del pago de todos los gastos y honorarios incurridos por la parte que prospere y gane el caso.----------

**CUATRIGESIMO TERCERO:** Las partes se podrán notificar mutuamente por escrito o correo electrónico o facsímile a las siguientes direcciones y teléfonos:------------------------

Empresas Omajede, Inc.
Edificio la Electrónica, Inc.
Calle Borí # 1608
San Juan, PR 00927
Facsímile 787-765-2268
Correo electrónico - eoinc@tiwc.net

Comisión de Servicio Público (CSP)
PO Box 190870
San Juan, PR 00919-0870
Facsímile 787-300-6473
Correo electrónico
jbanuchi@csp.gobierno.pr

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)                    Estado Libre Asociado de Puerto Rico

16 mar 05                    Página Núm. 14 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870                    **2011-000009**
Dirección                    Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES                    Núm. de Contrato de la
(HOJA DE CONTINUACION)                    Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

**CUATRIGESIMO CUARTO**: Se anejan como parte del contrato los siguientes documentos:
- ✓ Certificate of Property Insurance; ——————————————————————————————
- ✓ Permiso de Uso del Negociado de Permisos de ARPE; ————————————————————
- ✓ Solicitud de Servicios de Inspección de Bomberos fechado el 15 de Febrero de 2011 y el Certificado de Inspección y Permisos de Bomberos con fecha de expiración del 10 de Febrero de 2011; ————————
- ✓ Certificación de Radicación de Planillas de contribución sobre ingresos de Hacienda, Copia de la primera página de la Planilla de contribución sobre ingresos del 2009 y Certificación de Deuda de Hacienda; ——————————————————————————————————————
- ✓ Estado de Cuenta del CRIM; ——————————————————————————————
- ✓ Certificación Negativa de Caso de Pensión Alimentaria (ASUME) a nombre de Jesús A. Betancourt Capó, Certificación Negativa de Caso de Pensión Alimentaria (ASUME) a nombre de Empresas Omajede, Inc.;——————————————————————————————————
- ✓ Certificación del Programa de Seguro Social para Choferes y Otros Empleados del Departamento de Trabajo; Certificación del Negociado de Seguridad en el Empleo del Departamento del Trabajo; ————
- ✓ Certificación de Disponibilidad de Fondos emitida por la división de presupuesto del departamento de finanzas de la CSP; ———————————————————————————————
- ✓ Certificado de Incorporación de "Empresas Omajede, Inc.; Certificado de Resolución Corporativa de parte de Empresas Omajede, Inc.; ——————————————————————————
- ✓ Certificación Registral, Sección San Juan relativa a la propiedad inmueble objeto de contrato de 22 de febrero de 2010; ——————————————————————————————————
- ✓ Escritura de Compraventa y Constitución de Hipoteca Numero 20, ante el notario Federico J. Pérez-Almiroty del 21 de junio de 1978; ———————————————————————————
- ✓ Autorización de la Oficina de Gerencia y Presupuesto autorizando el presente contrato; —————————
- ✓ Autorización de la Junta de Estabilización y Reestructuración Fiscal (JREF); ———————————
- ✓ Autorización de la Secretaria de la Gobernación del Gobierno de Puerto Rico; ————————————
- ✓ Certificado de Elegibilidad de ORHELA; ——————————————————————————
- ✓ Certificación de la Unidad a cargo de los asuntos legales de La Agencia donde no tiene reparo legal;——
- ✓ Carta dando el visto bueno de la Administración de Servicio Generales (ASG) al inmueble a arrendar firmado por su Administrador el Sr. Carlos Vázquez Pesquera.
- ✓ El Estudio de Valoración y Mercado realizado por la firma Carlos Gaztambide and Associates, Inc.;——
- ✓ Carta de la Oficina de Etica Gubernamental dirigida a la Sra. Delfina Betancourt Capó, OPC-10-233——
- ✓ Certificación de Tenencia de Acciones Comunes de Capital Autorizadas y Emitidas, jurada por el Arrendador, Sr. Antonio Betancourt Capó.————————————————————————
- ✓ Y Plano de las mejoras acordadas, que se han de realizar por Arrendador en el inmueble, antes de que el Arrendatario entre en posesión del mismo.——————————————————————————
————————————————————————————————————————————————
————————————————————————————————————————————————
————————————————————————————————————————————————

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Baruchi Hernández**                    **Antonio Betancourt Capó**
**Comisión de Servicio Publico**                    **Empresas Omajede, Inc.**

Rev. octubre 1999
Reglamento Núm. 33 del 28 de enero de 1998
Regulation No. 33 of January 28, 1998

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO
OFICINA DEL CONTRALOR
OFFICE OF THE COMPTROLLER OF PUERTO RICO
SAN JUAN, PUERTO RICO

CERTIFICACIÓN
CERTIFICATION

SOBRE OTORGAMIENTO DE CONTRATO, ESCRITURA O DOCUMENTO RELACIONADO
REGARDING THE EXECUTION OF CONTRACTS DEEDS AND OTHER RELATED DOCUMENTS

1. Código de Entidad
   Entity Code
   `2 | 1 | 8 | 4`

2. Número del Contrato
   Contract Number
   `2 | 0 | 1 | 1 | - | 0 | 0 | 0 | 0 | 0 | 9 | - |`

3. Fecha de Otorgamiento
   Date of execution (dd/mm/yy)
   `0 | 9 | - | 0 | 3 | - | 1 | 1`

4. Cuantía Total
   Total amount
   `$ | 2 | 7 | 6 | 0 | , | 0 | 0 | 0 | . | 0 | 0`

5. Código del Tipo del Contrato
   Contract Type Code
   `|   |   |` **ARRENDAMIENTO**

6. Exento
   `0`
   Exempt

7. Orden  (Aprobación o dispensa de algún organismo del Gobierno)
   Authorization or waiver from another government entity
   **OGP – JREF Y SEC. GOBERNACION**

8. Vigencia desde   `3 | 0 | 0 | 6 | - | 2 | 0 | 1 | 1`   Hasta   `3 | 0 | - | 0 | 7`   `2 | 0 | 1 | 6`
   Effective date from   (dd/mm/aa)   (dd/mm/yy)   to   (dd/mm/aa)   (dd/mm/yy)

9. Seguro Social Personal o Patronal
   Social Security Number
   `0 | 6 | 6 | - | 0 | 3 | - | 9 | 0 | 4 | 4`

10. Contratista (s)   **Empresas Omajede Inc.**
    (Contractor)

11. Representante (s) de la (s) Entidad (es) Gubernamental (es)   **JOSE H. BANUCHI HERNANDEZ**
    (Government Representative (s)

Se somete la presente certificación en cumplimiento con Carta Circular promulgada por el Contralor de Puerto Rico y en cumplimiento con el Reglamento Núm. 33 Sobre Registro de Contratos, Escrituras y Documentos Relacionados y Envío de Copias a la Oficina del Contralor. Esta debe ser remitida a la Oficina del Contralor. (This certification is submitted in compliance with the instructions issued by the Comptroller of Puerto Rico and in accordance with Regulation No. 33, regarding the Registration of Contracts, Deeds and Other Related Documents and the Mailing of such Copies to the Comptroller's Office by the government entity.)

Los suscribientes certificamos haber otorgado hoy el contrato descrito en este documento.
The undersigned, certify having that the contract described in this document was executed on this date.

12. En (ciudad)   San Juan   , Puerto Rico, hoy   `0 | 9 | - | 0 | 3 | - | 1 | 1`
    In                          Puerto Rico, toda (dd/mm/yy)

13. Firma(s) Parte(s) Contratista(s)          14. Firma(s) Funcionario (s) Gubernamental (es):
    Signature of the Contractor(s):               Signature of the Government Oficial (s):

    Firma (Signature)                             Firma (Signature)

    Letra de molde (print)                        Letra de molde (print)
    ANTONIO BETANCOURT CAPO                        JOSE H. BANUCHI HERNANDEZ

    Firma (Signature)                             Firma (Signature)

    Letra de molde (print)                        Letra de molde (print)

*Ver instrucciones al dorso (*See instructions on the reverse side of this form)

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental
contract Page 1 of 21

| Model SC 854.1 | | Commonwealth of Puerto Rico | EXHIBIT B |
|---|---|---|---|
| 16 mar 05 CC 1300-16-05 | Page No. 1 of 14 | PUERTO RICO PUBLIC SERVICE COMMISSION (CSP) Agency | 2011-000009 Department No. |
| | | P.O. Box 190870, SAN JUAN, PR 00919-0870 Address | Office of Comptroller Filing No. |

## AGREEMENT TO LEASE PREMISES FOR FIVE TO THIRTY YEARS

The COMMONWEALTH OF PUERTO RICO, represented by José H. Banuchi-Hernández, as the president of CSP, hereinafter referred to as the lessee; and Empresas Omajede, Inc., represented by its President, Mr. Antonio Betancourt Capó, a/k/a Jesús Antonio Betancourt Capó, hereinafter referred to as the lessor, mutually agree to the following:

1. The lessor certifies and guarantees that, before the execution of the present agreement, it has delivered the following certifications: √ Property Registry Certification including burdens and encumbrances √ Debt Certification issued by the Department of the Treasury. There is no Negative Immovable Property Certification from the Municipal Income Collection Center.

2. The lessee certifies that, before the execution of the present agreement, it had a Valuation Report signed by an assessor and approved by an assessor reviewer.

3. The lessor and the lessee certify that the aforementioned documents were issued less than six months before the date of execution of the present agreement. Except for the Registry Certification, dated February 22, 2010. The Lessor certifies that there has been no change in the status of the property in the registry from that moment and that it shall deliver an updated certification before the present agreement comes into effect.

4. The lessor leases to lessee the property described below:

    a. Construction <u>Commercial Premises in the immovable property located on Road 1, Bori Street, No. 1608, San Juan, PR, First Floor of Building known as La Electrónica</u>

    b. Area:    (1) Of lot _____ Square Meters.
                    (2) Of Premises _____32,000.00_____ Square Feet.
                    (3) Of Parking Area _____125_Parking Spots_____ Square Feet.

    c. Location and Registry Certification of <u>Immovable Property (including burdens and encumbrances) Plot of land in Monacillos, in the municipality of San Juan, Puerto Rico, composed of three point two hundred and eighty-seven (3.287) *cuerdas* (translator's note: *cuerda* is a Puerto Rico land measurement unit), equal to one hectare, twenty-nine ares and nineteen centiares. It has the following boundaries: North, Rafael Nevares; South, Antonio Cosme; East, new State Road 1, made of concrete from Río Piedras to Caguas; West, a creek separating it from land owned by Antonio Emmanuelli, currently the People of Puerto Rico. It contains a concrete building for commercial and office purposes. Property 11660, Volume 301, Page 204, better known as La Electrónica. Registry Certification is included. It is encumbered by a Mortgage.</u>

5. The property shall be used by the lessee for <u>Offices of the Public Service Commission.</u>

6. This agreement shall come into effect 30 days after Lessee enters into possession of the immovable property and shall extend for a period of 60 months. The Lessor shall deliver the immovable property that is the subject of this agreement on or before June 30, 2011, which shall be certified and shall be made a part of the present agreement. <u>OGP, Fortaleza and JEREF approvals are attached.</u> The lessee shall be able to terminate the agreement as long as it notifies its intention to do so in writing to the lessor thirty days before the date on which it wishes to do so.

7. The Lessor agrees that, if it wishes to sell the immovable property, it shall offer the Lessee the first option to buy. Where the lessee shall be able to acquire ownership of the building during the effective term of this agreement, subject to the terms and conditions agreed to in Model SC 854.2, Agreement to Lease Premises (Continuation Sheet), which shall be an integral part of the present agreement.

8. The lessor is in possession of the above-described property in its capacity as the <u>owning Corporation</u>, which is owned by <u>Empresas Omajede Inc.</u>, and was <u>built and/or inaugurated in December of 1972.</u>

9. The rent payment set by the contracting parties is <u>Forty-Six Thousand Dollars ($46,000.00) a month</u>, equal to <u>$17.25</u> per square foot, payable as follows:
<u>Payment shall be made by way of two checks or money orders, one in the amount of Fifteen Thousand Seven Hundred and Ninety Dollars and Forty-Nine Cents ($15,790.49), payable to the Economic Development Bank, and a second check or money order in the amount of Thirty Thousand Two Hundred and Nine Dollars and Fifty-five Cents ($30,209.55) payable to the Lessor. Both checks shall be sent to: Empresas Omajede, Inc., La Electrónica Building, Suite 218, 1608 Bori Street, San Juan, PR 00927.</u>

10. The lessor shall have the continuous obligation to make all the necessary repairs to maintain the immovable property in usable conditions, and keep all services, equipment and accessories working under the rules of safety established or to be established.

11. It is hereby stated that <u>no official or employee of the Executive Branch</u>, no official or employee <u>of the Public Service Commission</u> has a direct or indirect pecuniary interest in the present agreement.

12. Description of the services, equipment and accessories included in the agreement to be provided by the lessor: Parking- No. of spots <u>125</u> Water <u>YES</u> Air Conditioning <u>YES</u> Electric Facility <u>YES</u> Security <u>NO</u> Electric Power <u>NO</u> Cleaning NO Phone Facilities NO Elevator NO Others: <u>Structural improvements</u>

13. Payment of policies to cover risks such as: fires, hurricanes, earthquakes, floors, or any other act of nature, public liability, and any other necessary policy, shall be made by the <u>LESSOR.</u>

Insurance company <u>Triple-S Policy No: CP-81041090</u>
_____ No.
_____ No.
[Translator's note: Two sets of initials on left-hand margin of this page.]



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 2 of 21

Page No. 2 of 13

**2011-000009**

14. Other stipulations (Use Model SC 854.2, Agreement to Lease Premises (Continuation Sheet), which is made an integral part of the present Agreement.)

15. This Agreement shall not be valid until it is approved by the applicable officials in accordance with the current laws and rules.

IN WITNESS WHEREOF, the contracting parties sign this document in San Juan, PR, today, March 9, 2011.

[signature]_____          [signature]_____
José H. Banuchi Hernández                 Antonio Betancourt Capó
Public Service Commission                 Empresas Omajede, Inc.

| CERTIFICATION |
|---|
| I certify that the information stated above is correct; that we have the amount of $_____for rent requested, which are included in Executive Budget No. _____ : that the account number to which said expense shall be charged shall be _____ : and that we carried out negotiations in order to get the most reasonable rent payment. |
| Name and Signature of Head of Finance, Agency     Name and Signature, Head of Agency or Authorized Rep. |
| FOR USE BY GOVERNOR'S OFFICE, WHEN APPLICABLE |
|    APPROVED                NOT APPROVED<br><br>REASONS:<br><br>   Date         Title               Name and Signature |
| FOR USE BY GENERAL SERVICES ADMINISTRATION |
|    APPROVED                NOT APPROVED<br><br>REASONS:<br><br>   Date         Title               Name and Signature, General Services Administrator or Authorized Rep. |

Keep: Six years or intervention by the Comptroller, following award or expiration of the agreement, whichever happens first.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 3 of 21

| Model SC 854.2 | (Cont. Sheet) | Commonwealth of Puerto Rico | |
|---|---|---|---|
| 16 mar 05 CC 1300-16-05 | Page No. 3 of 14 | | |

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or          Up to 10 Years Abroad          Up to 30 Years

OTHER STIPULATIONS:

THE FIRST PARTY: Empresas Omajede, Inc., owning corporation, represented in this act by Mr. Antonio Betancourt Capó, a/k/a Jesús Antonio Betancourt Capó, of legal age, unmarried and resident of Guaynabo, Puerto Rico, in his capacity as President of the corporation, with Employer Identification Number ✖✖✖9044, and with offices in San Juan, Puerto Rico, hereinafter referred to as the LESSOR.

THE SECOND PARTY: The Puerto Rico Public Service Commission, with Employer Identification Number ✖✖✖-7678, represented in this act by Mr. José H. Banuchi-Hernández, of legal age, unmarried and resident of San Juan, Puerto Rico, in his capacity as President, hereinafter referred to as the LESSEE.

STATE

FIRST: The appearing parties have agreed to execute an agreement to lease commercial premises in an immovable property located on Road 1, Bori Street No. 1608, San Juan, Puerto Rico. The premises that are the subject of the lease are on the first floor of the building and measure approximately thirty-two thousand (32,000) square feet. The leased premises also include one hundred and twenty-five (125) parking spots reserved for exclusive use by the LESSEE.

SECOND: The effective term of the present agreement is five (5) years, with its validity and obligatory nature being subject to the approval of the intervening agencies which approve it. The present agreement shall come into effect 30 days after LESSEE enters into possession of the immovable property and shall extend for a period of 60 months. The Lessor shall deliver the immovable property that is the subject of this agreement on or before June 30, 2011, once it finishes with the renovations and/or improvements to the same. This promise to deliver is just that, a promise, and failure to comply with it does not invalidate the present agreement nor is it just cause to terminate it. Following 6 months from the signing of the present agreement, if the immovable property has not been delivered by the LESSOR, said tardiness shall constitute sufficient cause to terminate the contract. This lease agreement does not have a renewal clause nor is it subject to renewal. The parties waive any explicit right or right by operation of law to any novation of the present lease. One year before the expiration of the initial term or the extended term, as applicable, of the lease agreement between the parties, the LESSOR shall send the LESSEE a new lease proposal by certified mail. The LESSEE shall have a period of one hundred and twenty (120) days to notify the LESSOR, in writing, of its interest in remaining in the property for five (5) additional years or vacating the property once the lease agreement expires. If, at the time of its expiration, neither of the parties has expressed its intention to terminate the contract, the process shall be carried out for a new lease agreement, establishing that the effective period of the agreement shall be month to month with a rent payment of twenty-five (25) dollars per square foot until the new agreement is executed or the premises are vacated.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]
José H. Banuchi Hernández
Public Service Commission

[signature]
Antonio Betancourt Capó
Empresas Omajede, Inc.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 4 of 21

| | | Commonwealth of Puerto Rico |
|---|---|---|
| Model SC 854.2 | (Cont. Sheet) | |
| 16 mar 05 CC 1300-16-05 | Page No. 4 of 14 | |

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or          Up to 10 Years Abroad          Up to 30 Years

OTHER STIPULATIONS:

If any of the parties decides to terminate the agreement, it must give notice, in writing, with acknowledgment of receipt, 30 days in advance, to the affected party.

THIRD: The applicable permits or certifications issued by the government agencies whose approval is necessary to execute a lease agreement shall be at the cost and expense of the LESSOR, which shall be responsible for requesting and obtaining them.

FOURTH: Following a market study (Appendix A) performed by the LESSEE to determine the current price, the rent payment set by the contracting parties shall be seventeen dollars and twenty-five cents ($17.25) per square foot for a total of forty-six thousand dollars ($46,000.00) a month. The maximum amount to be paid in respect of rent during the effective term of this agreement shall not exceed two million seven hundred and sixty thousand dollars ($2,760,000.00).

IMPROVEMENT AMORTIZATION

If the LESSEE decides to terminate the lease agreement before its expiration, the LESSEE shall pay the LESSOR the unrecovered cost of the improvements made in the leased premises. Improvements shall be amortized on a monthly basis during the sixty months of the term of the agreement using the Straight Line accounting method. Improvement costs and other expenses incurred in relation to the lease agreement shall not exceed the amount of FIVE HUNDRED THOUSAND DOLLARS (US $500,000.00), including, among others, architect fees, insurance, taxes, excise taxes, real estate agent commission and constructions costs, paint and other improvements to the first floor of the building and its parking area. After the LESSOR delivers to LESSEE the premises, along with a certified document, which shall be an integral part of the present agreement, evidencing invoices and costs incurred in respect of said improvements, both parties shall sign an amendment to this agreement establishing the improvement amount as evidenced.

FIFTH: The contracting parties stipulate that the payments made by the LESSEE to the LESSOR in respect of rent payments shall be made in accordance with the guidelines issued by the Commonwealth of Puerto Rico by check or money order. The rent payment shall be payable to the LESSOR in outstanding monthly installments on the first day of each month following the elapsed month. Payment shall be made by way of two checks or money orders, one in the amount of Fifteen Thousand Seven Hundred and Ninety Dollars and Forty-Nine Cents ($15,790.49), payable to the Economic Development Bank, and a second check or money order in the amount of Thirty Thousand Two Hundred and Nine Dollars and Fifty-five Cents ($30,209.55), payable to the LESSOR. Both checks shall be sent to the following postal address: Empresas Omajede, Inc., La Electrónica Building, Suite 218, 1608 Bori Street, San Juan, Puerto Rico 00927.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                        [signature]
José H. Banuchi Hernández                          Antonio Betancourt Capó
Public Service Commission                          Empresas Omajede, Inc.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 5 of 21

Model SC 854.2    (Cont. Sheet)    **Commonwealth of Puerto Rico**

16 mar 05
CC 1300-16-05    Page No. 5 of 14

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

## AGREEMENT TO LEASE PREMISES
### (CONTINUATION SHEET)

√ Up to Five Years or Less or      Up to 10 Years Abroad      Up to 30 Years

OTHER STIPULATIONS:

SIXTH: The parties agree and stipulate that the LESSEE shall not be able to sublease, or transfer, in whole or in part, the premises that are the subject of the lease unless this is consented to previously in writing by the LESSOR.

SEVENTH: The LESSOR agrees to repair, improve and maintain in good use condition equipment such as toilets, sinks, air conditioner and physical plant or any other facility assigned under the lease, or which in the future is assigned under the same. It also agrees to replace equipment and accessories which break down or stop working as a result of fortuitous cause, cause unrelated to the LESSEE or normal deterioration. All equipment that must be repaired or replaced must be of the same or higher quality as the one repaired or replaced.

EIGHTH:  At the request of LESSEE, the LESSOR also agrees to:

•    Replace deteriorated or damaged tiles with other tiles of the same quality, color and style as the current tiles if they are available in the market.

•    Install and substitute all acoustic drop ceiling panels that are damaged or deteriorated as a result of any defect in the leased facilities and/or normal wear and tear of the property.

•    Repair all interior and exterior cracks on the walls of the building.

•    Build interior divisions in the area of the collector, in order for it to be a safe area for handling financial transactions. This area shall be closed but it shall have a glass window for the collection area, in accordance with the plan approved by the LESSEE.

•    Bathrooms to be used by employees and visitors must comply with the specifications established in the Americans with Disabilities Act (ADA).

•    Provide a closed area with sink for storing and handling cleaning equipment and chemicals.

•    Label and identify parking spots for use by persons with disabilities in accordance with current laws and regulations.

Provide a parking area with a minimum of one hundred and twenty-five (125) parking spots, of which at least thirty (30) parking spots shall be reserved for official vehicles that shall remain in the parking area throughout the night. The remaining parking spots shall be used by employees and visitors. The LESSOR must maintain the parking area in good condition, and shall be responsible for providing the required maintenance, including, but not limited to, making sure that it is properly paved. The LESSEE shall be responsible for providing and paying the cost of a nighttime security guard to watch the vehicles of the LESSEE that shall remain in the parking lot of the LESSOR throughout the night.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                           [signature]
José H. Banuchi Hernández             Antonio Betancourt Capó
Public Service Commission               Empresas Omajede, Inc.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental
contract Page 6 of 21

| | | Commonwealth of Puerto Rico |
|---|---|---|
| Model SC 854.2 | (Cont. Sheet) | |
| 16 mar 05 | Page No. 6 of 14 | |
| CC 1300-16-05 | | |

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or          Up to 10 Years Abroad          Up to 30 Years

OTHER STIPULATIONS:

• Provide an area for inspecting heavy vehicles in the designated area, which shall be marked and identified for this purpose, and which shall be part of the area where the one hundred and twenty-five (125) parking spots reserved for LESSEE are located.
• Change all cracked glass with the same or similar glass, as long as it was caused by fortuitous causes or was not caused by the LESSEE.
• Change the air conditioning system diffusers that are broken or deteriorated as a result of normal wear and tear of the property.
• Clean the air conditioning unit filters at least once a month, fix and repair these units, when necessary and requested by the LESSEE. In the event that the air conditioner is defective, it shall be repaired or replaced by the LESSOR at its cost and expense, Air conditioning unit repairs shall be done during the first twenty-four (24) hours from the moment that they are reported by the LESSEE. The LESSOR shall promptly notify the LESSEE the steps taken to request repair of the air conditioning units.
• Perform all repairs to correct defects in the plumbing structure, sewage and sanitary system, electrical system, as well as leaks in the leased premises, at its cost and expense.
• Paint, if necessary, the interior and exterior structure of the building; using the colors suggested by the LESSEE for the interior paint of the leased premises. Painting the interior of the leased premises shall be done outside of business hours, but in the presence of LESSEE personnel.
• Repair glass doors each time that it is necessary and as long as the deterioration or damage are the result of normal wear and tear or when the damage is the result of a fortuitous cause.
• Repair the walls when necessary and requested by the LESSEE, as long as the deterioration or damage are the result of normal wear and tear of the property or fortuitous cause.
• Correct defects in stairs, ramps and other areas pointed out by inspectors from the Office of Health and Safety of the Department of Labor and Human Resources, the Puerto Rico Fire Department, the Environmental Quality Board, as well as any other state or federal agency requiring so for the purpose of complying with all of the safety requirements established by said agencies or any agency which in any way regulates the leasing of premises.
• Install, repair or change any equipment or accessory. Equipment shall be considered to include: doors, windows, fences, rails on ramps and on ramps for disabled persons or in sanitary equipment including: toilets, sinks, etc., which deteriorate as a result of normal wear and tear, on or before the first five (5) days and up to a maximum of twenty (20) days following receipt of written notice from the LESSEE.
• Repairs by the LESSOR shall be all repairs that are necessary and that are the result of normal wear and tear, fortuitous cause or tort or negligence by the LESSOR or its authorized agents or employees.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                    [signature]
José H. Banuchi Hernández                       Antonio Betancourt Capó
Public Service Commission                       Empresas Omajede, Inc.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental
contract Page 7 of 21

| Model SC 854.2 | (Cont. Sheet) | Commonwealth of Puerto Rico | |
|---|---|---|---|
| 16 mar 05 CC 1300-16-05 | Page No. 7 of 14 | | |

<table>
<tr><td></td><td>Public Service Commission<br>Agency<br><u>P.O. Box 190870, SAN JUAN, PR 00919-0870</u><br>Address</td><td>2011-000009<br>Agency Contract No.<br><br>Office of the Comptroller<br>Contract No.</td></tr>
</table>

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

| √ Up to Five Years or Less or | Up to 10 Years Abroad | Up to 30 Years |
|---|---|---|

OTHER STIPULATIONS:

•     Provide extermination services at least four (4) times a year, in the interior of the leased premises.
•     Clean glass windows, on the exterior side of the structure, at least six (6) times a year.
•     Provide maintenance for emergency alarm doors, if any.
•     Maintain the fire alarm system and the equipment necessary for its operation, including fire extinguishers.
•     Mow the lawn, if any, around the structure, at least once a month.
•     Install and maintain the lighting system in the leased premises and in the parking area assigned to the LESSEE, in accordance with the specifications and regulations of the Puerto Rico Electric Power Authority.

NINTH: The LESSOR agrees to perform, at its cost and expense, any change or improvement, in accordance with the safety specifications and requirements established or to be established during the period of this lease by the FIRE DEPARTMENT, HEALTH DEPARTMENT, ENVIRONMENTAL QUALITY, OSHA, or any other applicable state or federal agency, and in the event of a continued breach of said provisions for an unreasonable period, or a period exceeding the period given by the applicable agency to the LESSOR to correct the defect pointed out, the agreement shall be considered terminated.

TENTH: The LESSEE shall carry out minor repairs such as: changing washers, unclogging sanitary equipment, installing and substituting fluorescent tubes and other necessary repairs in the leased premises. These repairs shall be carried out by the LESSEE if their estimated cost is three hundred and fifty ($350.00) dollars or less, repairs exceeding said amount shall be paid by the LESSOR. The LESSOR shall have the obligation to make the repairs that must be done and are necessary to maintain the immovable property in usable condition, when the need to make repairs is not the result of, nor is it caused by, the LESSEE, its employees, agents, guests or any person acting on its behalf or to whom LESSEE directly or indirectly allowed access to the leased property. If so, the LESSEE shall be solely liable for the cost of the repair or damage caused by the same. The LESSOR shall not be responsible for maintaining, repairing, altering or removing any equipment or installation made by the LESSEE.

ELEVENTH: The LESSEE shall be responsible for cleaning the interior of the premises, including bathrooms, and for disposing of and contracting the service for collection of waste generated in the leased area, trash cans shall be placed in an area designated by mutual agreement between the LESSEE and the LESSOR.

TWELFTH: The LESSEE agrees to promptly make the monthly rent payment stipulated above.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                             [signature]
José H. Banuchi Hernández                     Antonio Betancourt Capó
Public Service Commission                       Empresas Omajede, Inc.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 8 of 21

Model SC 854.2     (Cont. Sheet)      Commonwealth of Puerto Rico

16 mar 05      Page No. 8 of 14
CC 1300-16-05

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or      Up to 10 Years Abroad      Up to 30 Years

OTHER STIPULATIONS:

THIRTEENTH: The LESSEE shall be responsible for maintaining all walls, doors, ironwork, drop ceilings, lamps, floors and bathrooms, in the entire leased area, and agrees to deliver said leased area upon expiration or termination of the present agreement to the LESSOR in good condition, except for normal wear and tear.

FOURTEENTH: The LESSEE shall allow access to the area to the LESSOR, or its agents, to repair, maintain or check any line, pipe, duct, tube or wiring, as well as any structural element of the building. The LESSOR shall be able to enter the premises leased under the present agreement, as long as it coordinates it with the LESSEE. Under no circumstance shall the LESSOR be able to enter the offices without the authorization of the LESSEE, except in the event of an emergency situation, such as for example in the event of fire in the structure or a broken water pipe. The LESSOR may show the leased premises to another potential lessee, as long as it coordinates said activity with the LESSEE in order to avoid interrupting the operation of the offices located in them. As an exception to the foregoing, the LESSOR shall be able to show the premises only during the last six (6) months of the effective term of the agreement. If the LESSEE notifies the LESSOR of its intention to vacate the premises before its expiration, the LESSOR shall be able to enter the premises during said period as long as it coordinates it with the LESSEE.

FIFTEENTH: Upon the expiration or termination of the present agreement, if the LESSEE is vacating the premises, it must leave the premises clean, in good condition, and shall remove everything owned by the same, except for permanent improvements which shall remain for the benefit of the owning LESSOR.

SIXTEENTH: The LESSEE shall be responsible for contracting and paying the cost of phone services and any other services required by the same for its operation. It is hereby stated that electric power consumption services shall be invoiced monthly by LESSOR to LESSEE in accordance with the consumption registered by the electric meter installed in the leased premises. Invoicing of electric power shall be governed by the provisions of the document titled "Charge Analysis," prepared by a licensed electrical engineer, which is identified as Appendix A and is made an integral part of the present agreement. Both the LESSOR and the LESSEE shall be able to request, at the cost and expense of the requestor, that the Electric Power Authority (PREPA) install a meter in order to directly measure and invoice power consumption to the LESSEE with an account number in the name of the LESSEE.

SEVENTEENTH: The LESSEE shall only be able to use or occupy the premises that are the subject of the present agreement to operate and maintain the Offices of the Public Service Commission and/or its government successors.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                               [signature]
José H. Banuchi Hernández              Antonio Betancourt Capó
Public Service Commission               Empresas Omajede, Inc.

Keep: For the same period established in the Agreement of which it is a part.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental
contract Page 9 of 21

| | | Commonwealth of Puerto Rico | |
|---|---|---|---|
| Model SC 854.2 | (Cont. Sheet) | | |
| 16 mar 05<br>CC 1300-16-05 | Page No. 9 of 14 | | |

<table>
<tr><td></td><td>Public Service Commission<br>Agency<br><u>P.O. Box 190870, SAN JUAN, PR 00919-0870</u><br>Address</td><td>2011-000009<br>Agency Contract No.<br><br>Office of the Comptroller<br>Contract No.</td></tr>
</table>

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or          Up to 10 Years Abroad          Up to 30 Years

OTHER STIPULATIONS:

EIGHTEENTH: If the leased building or premises suffer serious damages caused by fire, earthquake, war or any other violent or climatological act, resulting in the building or premises not working for the operation of the LESSEE, and if use of the property and premises cannot be reinstated within a period of ninety (90) business days, the LESSEE shall be able to terminate this agreement by notifying the LESSOR in writing, and it shall not have the responsibility to pay rent following termination of the agreement. If the agreement is not terminated based on said circumstances, the LESSOR shall have the exclusive option of repairing at its cost and expense the premises and/or building, and the LESSEE shall be obligated to pay rent under the present agreement; except if the LESSOR and the LESSEE reach an agreement to adjust the rent payment for said period during which use by, or operation of, the LESSEE is interrupted. The LESSEE waives any claim against the LESSOR based on termination of the agreement for the reasons described in this clause or for any loss or damages to the property of the LESSEE caused by any damage to or destruction of the building or premises described in this clause.

NINETEENTH: The LESSEE may terminate the present agreement before its expiration as long as it notifies the LESSOR its intention, in writing, with acknowledgment of receipt, thirty (30) days before the date on which the agreement is to be terminated. The right to terminate the agreement before its expiration is subject to existence of just cause to do so. The LESSOR shall pay the unrecovered costs of improvements as previously stated.

TWENTIETH: The LESSOR shall have a right to inspect the leased property to require that it be in the best condition for use. Visits shall be made by the LESSOR personally or through its agents or employees, always following previous notice to LESSEE and guaranteeing to the latter that its activity in the premises shall not be affected by the inspection.

TWENTY-FIRST: The LESSOR certifies and guarantees that, at the time of execution of the present agreement, it has filed its tax returns for the five (5) years preceding this agreement, and recognizes that there is a tax debt with the Commonwealth of Puerto Rico, in respect of the SUT Return in the amount of Nine Hundred and Eighty Dollars and Seventy-two Cents ($980.72), and a debt in respect of the Special Treasury Tax in the amount of Seventy Thousand Five Hundred and Eighty-six Dollars and Seven Cents ($70,586.07); additionally, it CERTIFIES AND GUARANTEES that they shall have been paid in full as of the moment that the LESSEE enters into possession of the immovable property that is the subject of the lease, and to prove so the LESSOR shall provide evidence in the form of documentation to the LESSEE of the payment in full of the same, and it shall be made a part of this agreement.

The LESSOR has presented documentary evidence, showing LESSEE that it has obtained the necessary financing to cover the debt with the Commonwealth.

The LESSOR specifically recognizes that what has been agreed to in this clause is an essential condition of the present agreement and that, if the preceding certification is incorrect in whole or in part, this shall be sufficient cause to terminate the present agreement and for the LESSOR to have to return to LESSEE all sums of money received under the present agreement.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                           [signature]
José H. Banuchi Hernández                              Antonio Betancourt Capó
Public Service Commission                              Empresas Omajede, Inc.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 10 of 21

| Model SC 854.2 | (Cont. Sheet) | Commonwealth of Puerto Rico |
| 16 mar 05 CC 1300-16-05 | Page No. 10 of 14 | |

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or          Up to 10 Years Abroad          Up to 30 Years

OTHER STIPULATIONS:

TWENTY-SECOND: The LESSOR is responsible for filing its returns and the applicable contributions to the Federal Social Security, when applicable, and to the Income Tax Bureau of the Department of the Treasury in respect of any taxable amount as a result of the income earned under the present agreement. The LESSEE shall notify the Income Tax Bureau of the payments and reimbursements made to the LESSOR.

TWENTY-THIRD: The LESSOR certifies that no official or employee of the LESSEE, nor any member of their family units, has a direct or indirect pecuniary interest in the present agreement, and that no official or employee of the Executive Branch has any pecuniary interest or benefits stemming from the same.

TWENTY-FOURTH: The LESSOR certifies and guarantees that at the moment of execution of the present agreement, it has paid the taxes in respect of Unemployment Insurance, Temporary Disability and Driver's Social Security (whichever apply); or it is under a payment plan, whose terms it is complying with.

TWENTY-FIFTH:  The LESSOR recognizes that it has debts in respect of movable or immovable property with the Municipal Income Collection Center (CRIM) in the amount of One Hundred and Sixty-five Thousand Three Hundred and Twenty Dollars and Ninety-Three Cents ($165,320.93); additionally, it CERTIFIES AND GUARANTEES that it shall have been paid in full as of the moment that the LESSEE enters into possession of the immovable property that is the subject of the lease, and to prove so the LESSOR shall provide evidence in the form of documentation to the LESSEE of the payment in full of the same, and it shall be made a part of this agreement. The LESSOR has presented documentary evidence, showing LESSEE that it has obtained the necessary financing to cover the debt with the Commonwealth.

The LESSOR specifically recognizes that what has been agreed to in this clause is an essential condition of the present agreement and that, if the preceding certification is incorrect in whole or in part, this shall be sufficient cause to terminate the present agreement and for the LESSOR to have to return to LESSEE all sums of money received under the present agreement.

TWENTY-SIXTH: The LESSOR certifies and states that it has not been a public servant in the past two (2) years as of the date of signing of the present agreement. It also certifies that it is not a Pensioner of the Commonwealth of Puerto Rico.

TWENTY-SEVENTH: The LESSOR certifies and guarantees that it is not representing, nor shall it represent, during the effective term of the present agreement, particular interests in cases or matters involving conflicts of interests or public policy against the LESSEE. This does not constitute a waiver by the LESSOR of its right to present a claim against the LESSEE for breach and/or violation of the terms or obligations entered into under the present agreement.

TWENTY-EIGHTH:  The LESSOR certifies that it shall not enter into contractual relations or carry out acts involving a conflict of interests with the LESSEE.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                          [signature]
José H. Banuchi Hernández                            Antonio Betancourt Capó
Public Service Commission                            Empresas Omajede, Inc.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 11 of 21

| Model SC 854.2 | (Cont. Sheet) | Commonwealth of Puerto Rico |
| 16 mar 05 CC 1300-16-05 | Page No. 11 of 14 | |

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or          Up to 10 Years Abroad          Up to 30 Years

OTHER STIPULATIONS:

TWENTY-NINTH: The LESSOR agrees to present legal evidence showing that the premises that are the subject of the agreement are owned by the same, as well as the Use Permit for the purpose agreed on, issued by the Regulations and Permits Administration and any other relevant Agency. It also agrees to submit a certification from the Puerto Rico Fire Department. Furthermore, it agrees to remain in compliance with Law Number 43 enacted on June 21, 1988, "Fire Prevention Code."

THIRTIETH: The LESSOR certifies that it does not have any pending lawsuit against the Commonwealth of Puerto Rico.

The LESSOR certifies that, to the best of its knowledge, during the past ten years, neither the Corporation nor any of its shareholders, partners, chief officers, employees, subsidiaries, or parent companies, have been convicted, nor has probable cause been found against them for their arrest, for any crime against the treasury, public trust or service, against the exercise of government, or involving public property or funds, in the federal or state spheres.

The agreement shall be terminated in the event that probable cause is found for the arrest of the LESSOR, its shareholders, partners, chief officers, employees, subsidiaries, or parent companies, for committing any crime against the treasury, public trust or service, against the exercise of government, or involving public property or funds, in the federal or state spheres.

The LESSOR has the continuous duty to inform LESSEE, during the effective term of the agreement, of any fact related to the performance of any investigation based on the commission of a crime against the treasury, public trust or service, against the exercise of government, involving public property or funds, in the federal or state spheres. Said obligation is a continuous obligation during all phases related to contracting and execution of the agreement.

THIRTY-FIRST: The LESSEE shall make the applicable rent payments from General Fund account number E2632-111-065-1234-003.

THIRTY-SECOND: The LESSEE executes the present agreement under Law Number 109, enacted on June 28, 1962, as amended, known as the Puerto Rico Public Service Act, and Law Number 230, enacted on July 23, 1974, as amended, and known as the Government Accounting Act.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                        [signature]
José H. Banuchi Hernández                          Antonio Betancourt Capó
Public Service Commission                          Empresas Omajede, Inc.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 12 of 21

| Model SC 854.2 | (Cont. Sheet) | Commonwealth of Puerto Rico | |
|---|---|---|---|
| 16 mar 05<br>CC 1300-16-05 | Page No. 12 of 14 | | |

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or          Up to 10 Years Abroad          Up to 30 Years

OTHER STIPULATIONS:

THIRTY-THIRD: The LESSOR shall keep a current public liability insurance policy with minimum coverage in the amount of one million dollars (1,000.000.00) covering accidents caused by tort or negligence by the LESSOR. It shall also keep a current policy covering damages to its property caused by fire, hurricane, earthquake, floods and vandalism, or any other act of nature or fortuitous cause, which shall cover the entire building and its surrounding area. Both policies shall include a clause instructing the insurance company to notify the LESSEE thirty (30) days in advance, in writing, of any change in the terms of the policy. The LESSOR. Shall provide to the LESSEE a copy of both policies, as well as of any other type of insurance related to the property or its surrounding area. If, for any reason, the LESSOR does not keep said insurance current, it shall be liable for any tort claim or action filed against the LESSEE and/or the Commonwealth of Puerto Rico, as a result of any accident of the kind specified above that should be covered by the policy. On the other hand, the LESSEE agrees to keep a current public liability policy with minimum coverage in the amount of five hundred thousand dollars ($500,000), including damages to the leased property, covering accidents caused by tort or negligence by the LESSEE, its employees or visitors. Both insurance, of the LESSOR and of the LESSEE, shall be kept with a company authorized by the Office of the Insurance Commissioner.

THIRTY-FOURTH: Negligence or abandonment of duties by the LESSOR, as well as improper conduct or acts in violation of the law, morality, or public order, shall be sufficient cause to terminate the present agreement immediately, for which the only thing necessary shall be notice of the act.

THIRTY-FIFTH: The clauses and conditions of the present agreement are independent of and separate from each other and the voidness of one or more of them shall not affect the validity of the others, which shall remain in force and effect.

THIRTY-SIXTH: The LESSEE shall not make changes or improvements to the leased premises or to the building without the previous approval, in writing, of the LESSOR, except that the LESSEE shall be able to install, at its cost and expense, rugs, furniture, communication equipment, computers, office equipment, and other movable property, which the LESSEE shall be able to remove, alter or remodel at any time. Upon expiration of the present agreement, the LESSEE shall be able to move and take, at its cost and expense, said accessories, furniture, equipment, and other movable property, but it shall not be able to take rugs, office partitions, or doors, even if they were installed by the LESSEE. Any accessory, furniture, equipment, or movable property remaining in the leased premises following expiration of the present agreement and delivery of possession of the premises to the LESSOR by the LESSEE, shall become exclusive property of the LESSOR, without any compensation to the LESSEE. The LESSEE shall not install any accessories, divisions, walls, furniture or equipment whose weight or operation would be detrimental to the premises or building.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                              [signature]
José H. Banuchi Hernández                                Antonio Betancourt Capó
Public Service Commission                                Empresas Omajede, Inc.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental
contract Page 13 of 21

| | | |
|---|---|---|
| Model SC 854.2 | (Cont. Sheet) | Commonwealth of Puerto Rico |
| 16 mar 05<br>CC 1300-16-05 | Page No. 13 of 14 | |

<table>
<tr><td>Public Service Commission<br>Agency<br>P.O. Box 190870, SAN JUAN, PR 00919-0870<br>Address</td><td>2011-000009<br>Agency Contract No.<br><br>Office of the Comptroller<br>Contract No.</td></tr>
</table>

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

| √ Up to Five Years or Less or | Up to 10 Years Abroad | Up to 30 Years |
|---|---|---|

OTHER STIPULATIONS:

THIRTY-SEVENTH: The LESSEE shall fully indemnify the LESSOR against all claims for bodily harm, property damages, or public liability, arising against the LESSOR based on any act, omission or negligence related to use of the premises or for failure to maintain the premises and equipment in good condition by the LESSEE, its agents or employees.

THIRTY-EIGHTH: The LESSOR, or owner of the building, shall have the exclusive right to install, keep and allow the installation of signs in any exterior part of the building and in common areas inside of the building. The LESSEE shall be able to place a sign at the entrance of its establishment, as long as the LESSOR approves, in writing, the size of the sign and the place on which it shall be installed. Upon the expiration of the agreement, the LESSEE shall remove all of its signs at its cost and expense and shall pay for any damage or necessary repair on the premises or surface of the building after said signs are removed.

THIRTY-NINTH: During the term of the agreement, the LESSOR and owner of the Building reserves the exclusive right to change the name of the Building and to sell the immovable property partially or completely.

FORTIETH: The LESSEE shall not be able to claim any portion of any payment or compensation received by the LESSOR, or owner of the property, stemming from total or partial expropriation or condemnation of the building, and/or the land on which it is located, and it recognizes and agrees that any payment or compensation described herein shall be totally and exclusively payable to the LESSOR and/or owner of the building.

FORTY-FIRST: In order for any amendment to this agreement to be valid, it must be in writing and signed by the LESSOR and the LESSEE.

FORTY-SECOND: The losing party in any action or complaint arising from violation of the terms and conditions of the present agreement shall be liable for payment of all expenses and fees incurred by the party that wins the case.

FORTY-THIRD: The parties shall be able to give notice to each other in writing or by email and fax at the following addresses and phones:

Empresas Omajede, Inc.                    Public Service Commission (CSP)
Edificio la Electrónica, Inc.                PO Box 190870
Bori Street # 1608                            San Juan, PR 00919-0870
San Juan, PR 00927                        Fax 787-300-6473
Fax 787-765-2268                            Email
Email - eoinc@tiwc.net                     jbanuchi@csp.gobiemo.pr

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                      [signature]
José H. Banuchi Hernández              Antonio Betancourt Capó
Public Service Commission              Empresas Omajede, Inc.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 14 of 21

Model SC 854.2          (Cont. Sheet)          Commonwealth of Puerto Rico

16 mar 05          Page No. 14 of 14
CC 1300-16-05

Public Service Commission
Agency
P.O. Box 190870, SAN JUAN, PR 00919-0870
Address

2011-000009
Agency Contract No.

Office of the Comptroller
Contract No.

AGREEMENT TO LEASE PREMISES
(CONTINUATION SHEET)

√ Up to Five Years or Less or          Up to 10 Years Abroad          Up to 30 Years

OTHER STIPULATIONS:

FORTY-FOURTH: The following documents are attached as part of the agreement:
√  Certificate of Property Insurance;
√  Use Permit from ARPE Permit Bureau;
√  Request for Fire Department Inspection Services dated February 15, 2011 and Certificate of Inspection and Permits from the Fire Department with date of expiration February 10, 2011;
√  Certification of Filing of Income Tax Returns from the Treasury, Copy of the first page of the 2009 Income Tax Return and Debt Certification from the Treasury;
√  CRIM Account Statement;
√  Negative Certification for Child Support Case (ASUME) for Jesús A. Betancourt Capó, Negative Certification for Child Support Case (ASUME) for Empresas Omajede, Inc.;
√  Certification from Social Security Program for Drivers and Other Employees of the Department of Labor; Certification from Employment Security Bureau of the Department of Labor;
√  Certification of Availability of Funds issued by the budget division of the finance department of CSP;
√  Certificate of Incorporation of "Empresas Omajede, Inc.; Certificate of Corporate Resolution issued by Empresas Omajede, Inc.;
√  Registry Certification, San Juan Section, related to immovable property that is the subject of the agreement dated February 22, 2010;
√  Deed of Sale and Execution of Mortgage Number 20, in the presence of notary Federico J. Pérez-Almiroty dated June 21, 1978;
√  Authorization from the Office of Management and Budget authorizing the present agreement;
√  Authorization from the Fiscal Reconstruction and Stabilization Board (JREF);
√  Authorization from the Chief of Staff of the Government of Puerto Rico;
√  ORHELA Eligibility Certificate;
√  Certification from Unit in charge of legal affairs of The Agency showing no legal issue;
√  Letter giving the approval from the General Services Administration (ASG) for the immovable property to be leased signed by its Administrator, Mr. Carlos Vázquez Pesquera.
√  Valuation and Market Study performed by Carlos Gaztambide and Associates, Inc.;
√  Letter from the Office of Government Ethics addressed to Ms. Delfina Betancourt Capó, OPC-10-233
√  Certification of Holding of Common Shares in the Capital Authorized and Issued, sworn to by the Lessor, Mr. Antonio Betancourt Capó.
√  And plan of agreed on improvements, to be made by the Lessor in the immovable property, before Lessee enters into possession of the same.

The contracting parties agree that this document shall be an integral part of the original Agreement executed in San Juan, PR, today, March 9, 2011.

[signature]                                        [signature]
José H. Banuchi Hernández                          Antonio Betancourt Capó
Public Service Commission                          Empresas Omajede, Inc.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.