# EXHIBIT 5

# SECOND LETTER



# GOBIERNO DE PUERTO RICO
Comisión de Servicio Público

13 de junio de 2017

Lcdo. Antonio Betancourt Capó
Edificio La Electrónica

Esteban E. Lomba Rodriguez M.B.A
Director Oficina Servicio Generales
Comisión de Servicio Público

**ENTREGA DE LLAVES DEL EDIFICIO LA ELECTRONICA**

Reciba un saludo cordial. La presente es para efectuar la entrega de las llaves del Edifico La Electrónica.

_____          13 de Junio de 2017
Persona que Recibe                                 Fecha
Luz S. Ortiz



Carr. # 1 Calle Bori # 1608 [Edif. Electrónica] San Juan, P.R. 00919-0870 * P.O. Box 190870 San Juan, P.R. 00919-0870
T: 787-756-1919 F: fax de oficina E: email personal@csp.pr.gov W: www.csp.pr.gov

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger and other docs. Page 2 of 4

[coat of arms: GOVERNMENT OF PUERTO RICO]  **GOVERNMENT OF PUERTO RICO**
Public Service Commission

June 13, 2017

Mr. Antonio Betancourt Capó, Esq.
La Electrónica Building

[signature]
Esteban E. Lomba Rodríguez M.B.A
General Services Office Director
Public Service Commission

**DELIVERY OF LA ELECTRONICA BUILDING KEYS**

Greetings. The purpose of this letter is to carry out the delivery of La Electrónica Building keys.

[signature]                                    *June 13, 2017*
Person who received them                        Date
*Luz S. Ortiz*

[LOGO] 100 YEARS SERVING PUERTO RICO

Road 1 Bori Street #1608 [Electrónica Bldg.] San Juan, P.R. 00919-0870 * P.O. Box 190870 San Juan, P.R. 00919-0870
P: 787 756 1919 F: office fax E: email personal@csp pr gov W: www csp pr gov



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.