# Exhibit 6

# Excel Table

5/14/18 at 12:12:23.48    Page: 1

# EMPRESAS OMAJEDE, INC.
## Customer Ledgers
### For the Period From Jan 1, 2017 to May 14, 2018

Filter Criteria includes: 1) IDs: Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| Comision-CSP Comisión de Servicio Público | | Balance Fwd | | | | 94,388.04 |
| | 1/1/17 | CSP JAN17 | SJ | 66,666.66 | | 161,054.70 |
| | 1/1/17 | CSP AEE-JAN17 | SJ | 6,052.40 | | 167,107.10 |
| | 1/23/17 | 17-010 | CRJ | | 6,866.20 | 160,240.90 |
| | 1/23/17 | CSP FEB17 | SJ | 66,666.66 | | 226,907.56 |
| | 2/1/17 | 17-018 | CRJ | | 6,052.40 | 220,855.16 |
| | 2/9/17 | 17-019 | CRJ | | 46,000.00 | 174,855.16 |
| | 2/13/17 | CSP AEE-FEB17 | SJ | 6,726.81 | | 181,581.97 |
| | 2/21/17 | 17-022 | CRJ | | 46,000.00 | 135,581.97 |
| | 2/22/17 | CSP MAR17 | SJ | 66,666.66 | | 202,248.63 |
| | 3/1/17 | CM CSP-Lights | SJ | | 28.00 | 202,220.63 |
| | 3/10/17 | CM CSP-Lights1 | SJ | | 22.20 | 202,198.43 |
| | 3/10/17 | 17-031 | CRJ | | 6,726.81 | 195,471.62 |
| | 3/15/17 | CSP AEE-MAR17 | SJ | 5,977.02 | | 201,448.64 |
| | 3/23/17 | CSP APR17 | SJ | 66,666.66 | | 268,115.30 |
| | 4/1/17 | CSP AEE-APR17 | SJ | 3,721.41 | | 271,836.71 |
| | 4/25/17 | CSP MAY17 | SJ | 66,666.66 | | 338,503.37 |
| | 5/1/17 | 17-048 | CRJ | | 9,698.43 | 328,804.94 |
| | 5/12/17 | CSP JUNE17 | SJ | 66,666.66 | | 395,471.60 |
| **Report Total** | | | | **422,477.60** | **121,394.04** | **395,471.60** |

BALANCE AS OF MAY 3, 2017 ------------------------------------------------------------338,503.37

JUNE 1, 2017 --- INVOICE FOR RENT OF JUNE 2017 -------------------------------------- 66,666.66

JUNE 13, 2017 --- CSP DELIVERED POSSESSION OF THE PREMISES TO OMAJEDE

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger and other docs. Page 1 of 4

[Translator's note: Page in English, except for term translated below:]

Comisión de Servicio Públic = Public Service Commission



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.