# EXHIBIT 1

# LEASE AGREEMENT

Modelo SC 854.1
E.L.A. o Libre Asociado de Puerto Rico
10 mar 05
CC 1300-16-05   Página Núm. 1 de 14   COMISION DE SERVICIO PÚLBICO DE PUERTO RICO (CSP)
Agencia

2011-000009
Núm. Departamento

P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

Núm. de radicación de la
Oficina del Contralor

**CONTRATO DE ARRENDAMIENTO DE LOCALES
POR CINCO AÑOS HASTA TREINTA AÑOS**

**El ESTADO LIBRE ASOCIADO DE PUERTO RICO**, representado por José H Banuchi-Hernández como presidente de la CSP quien en adelante se denominará el arrendatario; y Empresas Omajede, Inc., representado por su Presidente el Lic. Antonio Betancourt Capó, T/c/c Jesús Antonio Betancourt Capó, quien en adelante se denominará el arrendador, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato ha entregado las siguientes certificaciones: √ Certificación Registral de la propiedad incluyendo cargas y gravámenes √ Certificación de deuda expedida por el Departamento de Hacienda. No se posee Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.

2. Que el arrendatario certifica que previo a la formalización de este contrato cuenta con un Informe de Valoración firmado por un tasador y aprobado por un tasador revisor.

3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato. Exceptuando la Certificación Registral, con fecha del 22 de febrero de 2010. El Arrendador certifica que no ha habido cambio en la realidad registral del bien desde entonces y hará llegar una actualizada antes de entrar en vigor el presente contrato.

4. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe más adelante:

    a. Construcción   Local Comercial sito en el bien inmueble ubicado en la Carretera #1, Calle Bori, Núm. 1608, San Juan, PR. Primer Piso del Edificio Conocido como La Electrónica

    b. Área:
       (1) Del solar_____ Metros Cuadrados.
       (2) Del Local_____ 32,000.00 _____ Pies Cuadrados.
       (3) Del Estacionamiento_____ 125 Estacionamientos_____ Pies Cuadrados.

    c. Localización y Certificación Registral del Inmueble (incluyendo cargas y gravámenes) Terreno en el Barrio Monacillos, del termino municipal de San Juan, Puerto Rico, compuesto de tres punto doscientos ochenta y siete (3.287) cuerdas, equivalentes a una hectárea, veintinueve áreas y diecinueve centiáreas. En linderos: Norte, con Rafael Nevares; Sur, con Antonio Cosme; Este, nueva Carretera Estatal número 1, de concreto que va de Río Piedras a Caguas; Oeste, con una quebrada que la separa de terrenos de Antonio Emmanuelli, hoy el Pueblo de Puerto Rico. Enclava una edificación de concreto para fines comerciales y de oficinas. Finca 11660, Tomo 301, Folio 204, mejor conocida como La Electrónica. Se incluye Certificación Registral. Esta gravada en Hipoteca.

5. Que la propiedad será usada por el arrendatario como Oficinas de la Comisión de Servicio Público

6. Este contrato entrará en vigor 30 días después de que el Arrendatario advenga en posesión del inmueble y se extenderá por un periodo de 60 meses. El Arrendador entregará el inmueble objeto de este contrato en o antes del 30 de junio de 2011, lo cual se certificará y se hará formar parte de este contrato. Se anejan aprobaciones de OGP, Fortaleza y JEREF. El arrendatario podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.

7. Que el Arrendador se compromete de interesar vender el inmueble a ofrecer la primera opción de compra al Arrendatario. Donde el arrendatario podrá adquirir el derecho de propiedad sobre la edificación durante la vigencia de este contrato, sujeto a los términos y condiciones que se acuerden en el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación) el cual formará parte integrante de este contrato.

8. Que el arrendador posee la propiedad descrita en calidad de Corporación dueña, la cual es propiedad de Empresas Omajede Inc., y fue construida y/o inaugurado en Diciembre de 1972.

9. Que el canon de arrendamiento fijado por las partes contratantes es de Cuarenta y Seis Mil Dólares ($46,000.00) mensuales, equivalente a $17.25 costo por pie cuadrado, pagaderos de la siguiente forma:
El pago se hará mediante dos cheques o giros, uno por la cantidad de Quince Mil Setecientos Noventa con Cuarenta y Nueve Centavos ($15,790.49), a nombre del Banco de Desarrollo Económico y un segundo cheque o giro por la cantidad de Treinta Mil Doscientos Nueve con Cincuenta y Cinco Centavos ($30,209.55) a nombre del Arrendador. Ambos cheques se enviarán a: Empresas Omajede, Inc., La Electrónica Building, Suite 218, 1608 Bori Street, San Juan, PR 00927.

10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones necesarias para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos sus servicios, equipo y accesorios dentro de las normas de seguridad establecidas o que se establezcan.

11. Se hace constar que ningún funcionario o empleado de la Rama Ejecutiva, ningún funcionario o empleado de la Comisión de Servicio Público tiene directa o Indirectamente interés pecuniario en este contrato.

12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:
    Estacionamiento- Núm. espacios 125  Agua SI  Aire Acondicionado SI  Instalación Eléctrica SI
    Vigilancia NO  Luz NO  Limpieza NO  Facilidades Telefónicas NO  Ascensor NO  Otros: Mejoras estructurales

13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDADOR

Compañía aseguradora  Triple-S Núm. de Póliza: CP-81041090
_____ Núm. _____
_____ Núm. _____

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended POC Page 3 of 16
Case 17-03283-LTS Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 2 of 21

Página Núm. 2 de 13

2011-000009

14. Otras estipulaciones (Utilice el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este Contrato.)

15. Este Contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

EN TESTIMONIO DE LO CUAL, y para que así conste, suscriben este documento las partes contratantes en San Juan, PR, hoy 9 de marzo de 2011.

_____
José H. Banuchi Hernández
Comisión de Servicio Público

_____
Antonio Betancourt Capó
Empresas Omajede, Inc.

---

**CERTIFICACION**

Certifico que la información arriba indicada es correcta; que disponemos de la suma de $_____ para arrendamiento solicitado, los cuales están consignados en el Presupuesto Ejecutivo Núm. _____ : que la cifra de cuenta contra la cual se cargará este gasto será _____ : y que llevamos a cabo negociaciones para conseguir el canon de arrendamiento más razonable.

Nombre y Firma Jefe de Finanzas, Agencia

Nombre y Firma, Jefe de Agencia o su Repte. Autorizado

**PARA USO DE LA OFICINA DEL GOBERNADOR, CUANDO APLIQUE**

APROBADO         NO APROBADO

RAZONES:

Fecha    Título    Nombre y Firma

**PARA USO DE LA ADMINISTRACION DE SERVICIOS GENERALES**

APROBADO         NO APROBADO

RAZONES:

Fecha    Título    Nombre y Firma, Administrador de Servicios Generales o su Repte. Autorizado

Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 – Second Amended POC Page 4 of 16
Case 17-03283-LTS Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit 13 - rental contract Page 3 of 21

Modelo SC 854.2 (Hoja de Cont.)    Estado Libre Asociado de Puerto Rico

16 mar 05    Página Núm. 3 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o     Hasta 10 Años en el Exterior     Hasta 30 Años

**OTRAS ESTIPULACIONES:**

-----DE LA PRIMERA PARTE: Empresas Omajede, Inc., corporación propietaria, representada en este acto por el licenciado Antonio Betancourt Capó, t/c/c Jesús Antonio Betancourt Capó, mayor de edad, soltero y vecino de Guaynabo, Puerto Rico, en carácter de Presidente de la corporación, con número de Seguro Social Patronal ▓▓▓▓9044 y con oficinas en San Juan, Puerto Rico, en adelante denominado **EL ARRENDADOR**.--
-----DE LA SEGUNDA PARTE: La Comisión de Servicio Público de Puerto Rico, con Seguro Social Patronal ▓▓▓▓7678, representada en este acto por la licenciada José H. Banuchi-Hernández, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en su carácter de Presidente, en adelante denominada **EL ARRENDATARIO**.--------------------------------------------------------------------------------------------

**EXPONEN**

**PRIMERO:** Las partes comparecientes han acordado otorgar un contrato de arrendamiento de un local comercial sito en el bien inmueble ubicado en la Carretera # 1, Calle Bori Núm. 1608, San Juan, Puerto Rico. El local objeto de arrendamiento está en la primera planta del edificio y tiene una cabida de aproximadamente treinta y dos mil (32,000) pies cuadrados. El espacio arrendado también incluye ciento veinticinco (125) estacionamientos reservados para uso exclusivo del ARRENDATARIO.-------------------------
**SEGUNDO:** El término de vigencia del presente contrato es de cinco (5) años, sujeta su vigencia y obligatoriedad a la aprobación de las agencias gubernamentales que lo intervienen y aprueban. Este contrato entrará en vigor 30 días después de que el ARRENDATARIO advenga en posesión del inmueble y se extenderá por un periodo de 60 meses. El ARRENDADOR entregará el inmueble objeto de este contrato, en o antes del 30 de junio de 2011, una vez termine con las renovaciones y/o mejoras al mismo. Esta promesa de entrega, es solo eso, una promesa y de no cumplirse no invalida el presente contrato ni es justa causa para su rescisión. Pasados 6 meses de la firma del presente contrato y no haberse dado la entrega del inmueble por parte del ARRENDADOR, entonces está tardanza será causa suficiente para rescindir el contrato. Este contrato de arrendamiento no tiene cláusula de renovación, ni está sujeto a novación. Las partes renuncian a cualquier derecho explícito o por operación de ley a cualquier novación de este arrendamiento. Un año antes de la expiración del término inicial o del término extendido, según sea el caso, del contrato de arrendamiento entre las partes, el ARRENDADOR le enviará al ARRENDATARIO una nueva propuesta de arrendamiento por correo certificado. El ARRENDATARIO tendrá un término de ciento veinte (120) días para notificarle por escrito al ARRENDADOR su interés de permanecer en la propiedad por cinco (5) años adicionales o de desalojar la propiedad una vez terminado el contrato de arrendamiento. Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro nuevo contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza.--------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended POC Page 5 of 16

Case 17-03283-LTS Claim 1529-2 Part 2 Filed 06/25/18 Desc Exhibit B - rental contract Page 4 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05
CC 1300-16-05

Página Núm. 4 de 14

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos     Hasta 10 Años en el Exterior     Hasta 30 Años

**OTRAS ESTIPULACIONES:**

Si alguna de las partes determina terminar el contrato deberá mediar notificación por escrito, con acuse de recibo, con 30 días de antelación a la parte afectada.----

**TERCERO:** Los permisos o certificaciones pertinentes expedidos por las agencias gubernamentales cuya aprobación es necesaria para otorgar un contrato de arrendamiento, será responsabilidad del ARRENDADOR tramitarlos y obtenerlos, a su costo.----

**CUARTO:** Que luego del ARRENDATARIO haber realizado un estudio de mercado (Anejo A) para determinar la tarifa vigente, el canon de arrendamiento fijado por las partes contratantes será de diecisiete dólares con veinticinco centavos ($17.25) por pie cuadrado para un total de cuarenta y seis mil dólares ($46,000.00) mensuales. La cuantía máxima a pagar por concepto de renta durante la vigencia de este contrato no excederá dos millones setecientos sesenta mil dólares ($2,760,000.00).----

------- AMORTIZACION DE MEJORAS -------

Del ARRENDATARIO decidir rescindir el contrato de arrendamiento antes de su vencimiento EL ARRENDATARIO pagará al ARRENDADOR el costo no amortizado de la mejoras realizadas en el espacio arrendado. Se amortizarán las mejoras mensualmente durante los sesenta meses del término del contrato, utilizando el método contable de Línea Recta. El costo de las mejoras y otros costos incurridos relacionados con el contrato de arrendamiento no excederá la suma de QUINIENTOS MIL DÓLARES (US $500,000.00), e incluye entre otros, honorarios de arquitecto, seguros, impuestos, arbitrios, comisión de corredor de bienes raíces y costos de construcción, pintura y otras mejoras al primer piso del edificio y su estacionamiento. Luego que el ARRENDADOR le entregue al ARRENDATARIO el local, junto a un documento certificado, el cual formará parte integra del presente contrato, evidenciando facturas y costos incurridos en dichas mejoras, ambas partes firmarán una enmienda a este contrato fijando la cifra de las mejoras según evidenciada.----

**QUINTO:** Las partes contratantes estipulan que los pagos que EL ARRENDATARIO pagará a ARRENDADOR por concepto de cánones de arrendamiento serán remitidos de acuerdo a las directrices impartidas por el Estado Libre Asociado de Puerto Rico por medio de cheques o giros. El canon de arrendamiento será pagadero AL ARRENDADOR por mensualidades vencidas, el día primero de cada mes posterior al mes vencido. El pago se hará mediante dos cheques o giros, uno por la cantidad de Quince Mil Setecientos Noventa con Cuarenta y Nueve Centavos ($15,790.49) a nombre del Banco de Desarrollo Económico y un segundo cheque o giro por la cantidad de Treinta Mil Doscientos Nueve con Cincuenta y Cinco Centavos ($30,209.55) a nombre del ARRENDADOR. Ambos cheques se enviarán a la siguiente dirección postal: Empresas Omajede, Inc., La Electrónica Building, Suite 218, 1608 Bori Street, San Juan, Puerto Rico 00927.----

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

_[signature]_
José H. Banuchi Hernández
Comisión de Servicio Publico

_[signature]_
Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended POC - rental contract Page 5 of 21

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit 15 Page 6 of 16

Modelo SC 854.2 (Hoja de Cont.)  Estado Libre Asociado de Puerto Rico
16 mar 05      Página Núm. 5 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
de la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o        Hasta 10 Años en el Exterior        Hasta 30 Años

**OTRAS ESTIPULACIONES:**

**SEXTO:** Las partes convienen y estipulan que EL ARRENDATARIO no podrá subarrendar, ni ceder, en todo o en parte, el local objeto de arrendamiento a no ser que cuente con el consentimiento previo por escrito del ARRENDADOR.----

**SÉPTIMO:** EL ARRENDADOR se compromete a reparar, mejorar y mantener en buen estado de uso los equipos tales como inodoros, lavamanos, aire acondicionado y planta física o cualquier otra facilidad que sea cedida en arrendamiento, o que en el futuro pase a formar parte del mismo. De la misma manera se compromete a reponer el equipo y accesorios que se dañen o queden fuera de servicio por causa fortuita, causa ajena al ARRENDATARIO o deterioro natural. Todo equipo que tenga que ser arreglado o repuesto debe ser de la misma o superior calidad del que se arregle o reponga.----

**OCTAVO:** EL ARRENDADOR se compromete además, a requerimiento del ARRENDATARIO a: ----.

- Reemplazar las losetas que estén deterioradas o dañadas por otras de la misma calidad, color y estilo de las actuales de éstas estar disponibles en el mercado.----
- Colocar y sustituir todos los paneles del plafón acústico que estén averiados o deteriorados como consecuencia de algún defecto de las facilidades rentadas y/o del uso normal y corriente de la propiedad.----
- Reparar todas las grietas de las paredes del edificio, tanto internas como externas.----
- Construcción de las divisiones internas en el área del recaudador, de forma tal que resulte un área segura para el manejo de transacciones económicas. Esta área será cerrada pero tendrá una ventanilla de cristal para el área de recaudación, según el plano aprobado por el ARRENDATARIO.----
- Los baños para uso de empleados y visitantes deben cumplir con las especificaciones establecidas en la ley American Dissability Act (Ley ADA).----
- Proveer un área cerrada con facilidades de pileta para guardar y manejar los equipos de limpieza y químicos.----
- Rotular e identificar los espacios de estacionamiento para uso de las personas con impedimentos conforme a la legislación y reglamentación vigente.----

Proveer un área de estacionamiento con un mínimo de ciento veinticinco (125) espacios, de los cuales por lo menos treinta (30) espacios serán reservados para vehículos oficiales los cuales pernoctarán en el estacionamiento. Los restantes estacionamientos serán utilizados por empleados y visitantes. EL ARRENDADOR deberá mantener el área de estacionamiento en buen estado, siendo responsable de darle el cuidado requerido, incluyendo, pero sin limitarse a que esté asfaltado adecuadamente El ARRENDATARIO tendrá la responsabilidad de proveer y pagar el costo de un guardia de seguridad nocturno para vigilar los vehículos del ARRENDATARIO que pernoctarán en el estacionamiento del ARRENDADOR.----

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Baruchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended POC Page 7 of 16

Case 17-03283-LTS SC Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 6 of 21

Modelo SC 854.2 (Hoja de Cont.)  Estado Libre Asociado de Puerto Rico
16 mar 05
CC 1300-16-05
Página Núm. 6 de 14

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
de la agencia

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o     Hasta 10 Años en el Exterior     Hasta 30 Años

**OTRAS ESTIPULACIONES:**

- Proveer un área de inspección de vehículos pesados en la parte designada y así se marcará y se identificará para estos propósitos, y la cual será parte del área donde ubican los ciento veinticinco (125) espacios de estacionamiento reservados al ARRENDATARIO.--------
- Cambiar todos los cristales que se astillen por otros de la misma clase o similar, siempre y cuando se deba a causas fortuitas o ajenas del ARRENDATARIO.--------
- Cambiar los difusores del sistema de aire acondicionado que estén averiados o deteriorados como consecuencia del uso normal y corriente de la propiedad.--------
- Limpiar los filtros de las unidades de acondicionadores de aire al menos una vez al mes, realizar los arreglos y las reparaciones a estas unidades, cuando sea necesario y requerido por EL ARRENDATARIO. En caso de que el acondicionador de aire resultare defectuoso el mismo será reparado o reemplazado por EL ARRENDADOR a su cuenta, Las reparaciones de las unidades de acondicionadores de aire serán realizadas durante las primeras veinticuatro (24) horas de haber sido reportadas por EL ARRENDATARIO. EL ARRENDADOR notificará al ARRENDATARIO prontamente de las gestiones realizadas para solicitar la reparación de las unidades de acondicionadores de aire.--------
- Realizará todas las reparaciones para corregir defectos en la estructura de plomería, sistema de alcantarillado y sanitario, sistema eléctrico, así como las filtraciones del local arrendado a su costo.--------
- Pintar, de ser necesario, la estructura interna y externa del edificio; utilizando los colores sugeridos por EL ARRENDATARIO para la pintura interna del local arrendado. La pintura del interior del local arrendado se realizará fuera de horas laborables, pero con la presencia de personal del ARRENDATARIO.---
- Reemplazar las puertas de cristal cada vez que ello lo amerite y siempre y cuando el deterioro o daño sea consecuencia del uso normal y corriente o cuando la avería se deba a un caso fortuito.--------
- Reparar las paredes cuando lo amerite y solicite EL ARRENDATARIO, siempre y cuando su deterioro o daño sea consecuencia del uso normal y corriente de la propiedad o por caso fortuito.--------
- Corregir los defectos en las escaleras, rampas y otras áreas que puedan señalar los inspectores de la Oficina de Seguridad y Salud del Departamento del Trabajo y Recursos Humanos, del Cuerpo de Bomberos de Puerto Rico, Junta de Calidad Ambiental, así como de cualquier otra agencia estatal o federal que lo requiriese a los fines de que se cumpla con todos los requisitos de seguridad que establezcan dichas agencias o cualquier que regule de alguna forma el arrendamiento de locales.--------
- Instalar, reparar o cambiar cualquier equipo o accesorio. Se entiende por equipo: puertas, ventanas, rejas, barandas en la rampa y en la rampa de impedidos o equipos sanitarios que incluye: inodoros, lavamanos, etc. que se deterioren por uso normal y natural en o antes de los primeros cinco (5) días hasta un máximo de veinte (20) días luego de haber recibido notificación escrita por parte del ARRENDATARIO.---
- Las reparaciones por parte del ARRENDADOR serán todas aquellas necesarias y que sean por el deterioro del uso normal, caso fortuito o como resultado de la culpa o negligencia del ARRENDADOR o de sus empleados o agentes autorizados.--------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 – Second Amended POC Page 8 of 16

Case 17-03283-LTS Part Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit B - rental contract Page 7 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05     Página Núm. 7 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o     Hasta 10 Años en el Exterior     Hasta 30 Años

OTRAS ESTIPULACIONES:

- Brindar servicio de fumigación al menos cuatro (4) veces al año, en el interior del local arrendado.
- Realizar la limpieza de las ventanas de cristal, por el lado exterior de la estructura, con un mínimo de seis (6) veces al año.
- Brindar el mantenimiento a las puertas de emergencia con alarma, de existir alguna
- Mantener el sistema de alarmas de fuego y el equipo necesario para su funcionamiento, incluyendo los extintores.
- Podar el césped, de existir, en los alrededores de la estructura, al menos una vez por mes.
- Instalar y mantener el sistema de iluminación del local arrendado y del área del estacionamiento asignado AL ARRENDATARIO, conforme a las especificaciones y reglamentos de la Autoridad de Energía Eléctrica de Puerto Rico.

**NOVENO:** EL ARRENDADOR se compromete a realizar por su cuenta y cargo, cualquier cambio o mejora, de acuerdo con las especificaciones y requisitos de seguridad establecidas o que se establezcan durante el periodo que comprenda este arrendamiento por el CUERPO DE BOMBEROS, DEPARTAMENTO DE SALUD, CALIDAD AMBIENTAL, OSHA, o cualquier otra agencia federal o estatal concernida y en caso de persistir un incumplimiento a tales disposiciones por un tiempo irrazonable o que exceda a aquel permitido por la agencia concernida para el ARRENDADOR corregir el defecto señalado se entenderá resuelto el contrato.

**DÉCIMO:** EL ARRENDATARIO llevará a cabo reparaciones menores tales como: cambio de zapatillas, destape de equipo sanitario, instalación y sustitución de tubos fluorescentes y demás reparaciones necesarias a las facilidades rentadas. Estas reparaciones serán realizadas por EL ARRENDATARIO si su costo cotizado es de trescientos cincuenta ($350.00) dólares o menos, reparaciones mayores de esta cantidad serán sufragadas por EL ARRENDADOR. El ARRENDADOR vendrá obligado a efectuar los arreglos y reparaciones que haya que hacer y sean necesarias para conservar el inmueble en condiciones utilizables cuando la necesidad de hacer arreglos o reparaciones no surja del, ni sea causada por, EL ARRENDATARIO, sus empleados, agentes, invitados o cualquier persona actuando en su nombre o a la cual EL ARRENDATARIO le haya permitido, directa o indirectamente, acceso a la propiedad arrendada. En este caso responderá únicamente EL ARRENDATARIO por el costo del arreglo o desperfecto que haya ocasionado. El ARRENDADOR no será responsable del mantenimiento, arreglo, alteración o remoción de equipo o instalación alguna hecha por EL ARRENDATARIO.

**DECIMO PRIMERO:** EL ARRENDATARIO será responsable de la limpieza del interior del local, incluyendo los baños y de la disposición y contratación del servicio de recogido de la basura que se genere dentro del área arrendada, los contenedores de basura serán localizados en un área designada en común acuerdo entre EL ARRENDATARIO Y EL ARRENDADOR.

**DECIMO SEGUNDO:** EL ARRENDATARIO se compromete a pagar fielmente el canon mensual del arrendamiento antes estipulado.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Bañuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended PC rental contract Page 9 of 16

Case 17-03283-LTS Claim 1529-2 Part 2 Filed 06/25/18 Desc Exhibit B - rental contract Page 8 of 21

Modelo SC 854.2 (Hoja de Cont.)  Estado Libre Asociado de Puerto Rico

16 mar 05  Página Núm. 8 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o       Hasta 10 Años en el Exterior        Hasta 30 Años

OTRAS ESTIPULACIONES:

**DECIMO TERCERO:** EL ARRENDATARIO será responsable de cuidar y mantener todas las paredes, puertas, herrajes, plafones, lámparas, pisos y baños, en toda el área arrendada y se compromete a entregar dicha área arrendada al vencimiento o resolución de este contrato al ARRENDADOR en buen estado, excepto por el deterioro normal de uso. ⎯⎯⎯⎯⎯

**DECIMO CUARTO:** EL ARRENDATARIO permitirá acceso al área al ARRENDADOR o sus agentes para reparar, mantener o revisar cualquier línea, conducto, ducto, tubo o cablería, así como cualquier elemento estructural del edificio. El ARRENDADOR podrá entrar a los predios aquí contratados, siempre que coordine con EL ARRENDATARIO. Bajo ninguna circunstancia podrá EL ARRENDADOR entrar a las oficinas sin que medie la autorización del ARRENDATARIO. Se exceptúa alguna situación de emergencia, como por ejemplo en caso de un incendio en la estructura o por un tubo de agua roto. EL ARRENDADOR podrá mostrar los predios contratados a otro posible arrendatario, siempre que coordine tal actividad con EL ARRENDATARIO para no entorpecer las operaciones de las oficinas allí instaladas. Se hace la salvedad que para esta última circunstancia, EL ARRENDADOR podrá mostrar los predios solamente durante los últimos seis (6) meses de vigencia del contrato. Si EL ARRENDATARIO notificase al ARRENDADOR de su intención de abandonar el local antes de su vencimiento, EL ARRENDADOR podrá entrar en los predios durante dicho periodo siempre que coordine con EL ARRENDATARIO.⎯⎯⎯⎯⎯

**DECIMO QUINTO:** A la expiración o terminación de este contrato, si el ARRENDATARIO fuera a mudarse, tendrá que dejar las facilidades limpias, en buenas condiciones y removerá todo aquello que fuere de su propiedad, excepto aquellas mejoras permanentes que quedarán a beneficio del dueño ARRENDADOR.⎯⎯⎯⎯⎯

**DECIMO SEXTO:** EL ARRENDATARIO será responsable de contratar y pagar por el costo de los servicios de teléfono y cualquier otro que éste requiera para sus funciones. Se hace constar que los servicios por consumo de energía eléctrica serán facturados mensualmente por parte del ARRENDADOR al ARRENDATARIO de acuerdo al consumo registrado por el metro eléctrico instalado en el local arrendado. La facturación de energía eléctrica se regirá por lo dispuesto en el documento titulado, "Análisis de Carga", preparado por un ingeniero eléctrico licenciado, el cual está identificado como Anejo A y se hace formar parte íntegra del presente contrato. Tanto EL ARRENDADOR como EL ARRENDATARIO podrán solicitar, a cuenta y costo del solicitante, que la Autoridad de Energía Eléctrica (AEE) instale un metro para medir directamente y facturar el consumo de luz al ARRENDATARIO con un número de cuenta a nombre del ARRENDATARIO.⎯⎯⎯⎯

**DECIMO SÉPTIMO:** EL ARRENDATARIO podrá usar u ocupar el local objeto de este contrato solamente para operar y mantener las Oficinas de la Comisión de Servicio Público y/o sus sucesores gubernamentales. ⎯⎯⎯⎯⎯

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Bánuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended OC rental contract Page 9 of 21

Case 17-03283-LTS9 Claim 15392 Part 3 Filed 06/25/18 Desc Exhibit B Page 10 of 16

Modelo SC 854.2 (Hoja de Cont.)  Estado Libre Asociado de Puerto Rico

16 mar 05
CC 1300-16-05
Página Núm. 9 de 14

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o    Hasta 10 Años en el Exterior    Hasta 30 Años

OTRAS ESTIPULACIONES:

**DECIMO OCTAVO:** Si el edificio o el local arrendado sufriese daños mayores causados por fuego, terremoto guerra o cualquier acto violento o climatológico, lo cual cause que el local o el edificio no funcione para las operaciones del ARRENDATARIO, y si el uso y disfrute de la propiedad y del local no puede ser reestablecido en un término de noventa (90) días laborables, EL ARRENDATARIO podrá rescindir este contrato notificando al ARRENDADOR por escrito, y no será responsable del pago de renta, luego de la cancelación del contrato De no ser rescindido el contrato por estas circunstancias, EL ARRENDADOR tendrá la opción exclusiva de reparar a su costo el local y/o el edificio, y EL ARRENDATARIO estará obligado a pagar la renta bajo este contrato; excepto que EL ARRENDADOR y EL ARRENDATARIO lleguen a un acuerdo de ajustar el canon de renta durante este periodo de interrupción del uso o funcionamiento de las operaciones del ARRENDATARIO EL ARRENDATARIO renuncia a cualquier reclamación contra EL ARRENDADOR por la rescisión del contrato por las razones descritas en esta cláusula o por cualquier pérdida y daños a la propiedad de ARRENDATARIO causado por cualquier daño o destrucción al edificio o local que se describa en esta cláusula.----------

**DECIMO NOVENO:** EL ARRENDATARIO podrá resolver el presente contrato antes de su vencimiento siempre que le notifique al ARRENDADOR su intención por escrito con acuse de recibo, con treinta (30) días de antelación a la fecha señalada para rescindir el contrato. El derecho a rescindir el contrato antes de su vencimiento está condicionado a que exista justa causa para ello. El ARRENDADOR pagará los gastos no amortizados de las mejoras según anteriormente expuesto. ----------

**VIGÉSIMO:** EL ARRENDADOR tendrá derecho de inspeccionar la propiedad arrendada para exigir que la misma se encuentre en el mejor estado de uso y conservación. Las visitas las hará el ARRENDADOR por sí o por medio de sus agentes o empleados, mediando siempre aviso previo al ARRENDATARIO y garantizando a este que no ha de afectar su actividad en el local durante la inspección.----------

**VIGÉSIMO PRIMERO:** EL ARRENDADOR certifica y garantiza, que al momento de suscribir este contrato, ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y reconoce que existe una deuda por contribuciones al Estado Libre Asociado de Puerto Rico, por concepto de Planilla de IVU por Novecientos Ochenta Dólares con Setenta y Dos Centavos ($980.72) y una deuda por la Contribución Especial de Hacienda por Setenta Mil Quinientos Ochenta y Seis Dólares con Siete Centavos ($70,586.07), y además CERTIFICA Y GARANTIZA, que las mismas, estarán saldas al momento en que EL ARRENDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato.----------El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido el financiamiento necesario para cubrir la deuda con el Estado Libre Asociado.----------
EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.----------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended POC Page 11 of 16

Case 17-03283-LTS9 Claim 15392 Part 3 Filed 06/25/18 Desc Exhibit B6 rental
contract Page 10 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05
CC 1300-16-05    Página Núm. 10 de 14

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o     Hasta 10 Años en el Exterior     Hasta 30 Años

OTRAS ESTIPULACIONES:

**VIGÉSIMO SEGUNDO:** EL ARRENDADOR es responsable de rendir sus planillas y pagar las aportaciones correspondientes al Seguro Social Federal, en caso que aplique y al Negociado de Contribuciones Sobre Ingresos del Departamento de Hacienda por cualquier cantidad tributable como resultado de los ingresos devengados bajo este contrato. EL ARRENDATARIO notificará al Negociado de Contribución sobre Ingresos los pagos y reembolsos que sean efectuados al ARRENDADOR.-

**VIGÉSIMO TERCERO:** EL ARRENDADOR certifica que ningún funcionario o empleado de ARRENDATARIO o algún miembro de sus unidades familiares tienen directa o indirectamente interés pecuniario en el presente contrato y que ningún funcionario o empleado de la Rama Ejecutiva tiene algún interés pecuniario o beneficios producto del mismo. -

**VIGÉSIMO CUARTO:** EL ARRENDADOR certifica y garantiza que al momento de suscribirse este contrato, ha pagado las contribuciones de Seguro por Desempleo, de Incapacidad Temporal y de Seguro Social para Chóferes (las que apliquen); o se encuentra acogido a un plan de pago, con cuyos términos esta cumpliendo.-

**VIGÉSIMO QUINTO:** EL ARRENDADOR reconoce que tiene deudas por concepto de propiedad mueble o inmueble con el Centro de Recaudaciones de Ingresos Municipales (CRIM) por la cantidad de Ciento Sesenta y Cinco Mil Trescientos Veinte Dólares con Noventa y Tres Centavos ($165,320.93); y además CERTIFICA y GARANTIZA, que la misma, estará salda al momento en que EL ARRENDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato.-El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido financiamiento necesario para cubrir la deuda con el Estado Libre Asociado. -

EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.-

**VIGÉSIMO SEXTO:** EL ARRENDADOR certifica y hace constar que no ha sido servidor público en los últimos dos (2) años a la fecha de la firma de este contrato. También certifica que no es Pensionado del Estado Libre Asociado de Puerto Rico.-

**VIGÉSIMO SÉPTIMO:** EL ARRENDADOR certifica y garantiza que no está representado ni representará, durante la vigencia de este contrato, intereses particulares en casos o asuntos que involucren conflictos de intereses o de política pública contra el ARRENDATARIO. Ello no constituye una renuncia por parte del ARRENDADOR de su derecho a reclamar del ARRENDATARIO por el incumplimiento y/o violación de los términos u obligaciones contraídas en virtud del presente contrato.-

**VIGESIMO OCTAVO:** EL ARRENDADOR certifica que no entrará en relaciones contractuales o llevará a cabo actos que configuren un conflicto de interés con la parte ARRENDATARIA.-

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

_____
José H. Banuchi Hernández
Comisión de Servicio Publico

_____
Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended POC - Page 12 of 16
Case 17-03283-LTS Claim 15390-2 Part 3 Filed 06/25/18 Desc Exhibit B6 rental contract Page 11 of 21

Modelo SC 854.2 (Hoja de Cont.)  Estado Libre Asociado de Puerto Rico
16 mar 05   Página Núm. 11 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o    Hasta 10 Años en el Exterior    Hasta 30 Años

**OTRAS ESTIPULACIONES:**

**VIGÉSIMO NOVENO:** EL ARRENDADOR se obliga a presentar evidencia legal que muestre que el local objeto de contratación es de su propiedad, así como también el Permiso de Uso para el fin de pactado expedido por la Administración de Reglamentos y Permisos y cualquier otra Agencia concernida. También se obliga a presentar certificación del Cuerpo de Bomberos de Puerto Rico. Además se obliga a mantenerse al día con el cumplimiento de la Ley Número 43 de 21 de junio de 1988, "Código de Prevención de Incendios".-
**TRIGÉSIMO:** EL ARRENDADOR certifica que no tiene pleito pendiente con el Estado Libre Asociado de Puerto Rico.-
EL ARRENDADOR certifica que a su mejor conocimiento, durante los últimos diez años, ni la Corporación ni ninguno de sus accionistas, socios, oficiales principales, empleados, subsidiarias o compañías matrices han sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.-
El contrato se resolverá en caso de que contra el ARRENDADOR, sus accionistas, socios, oficiales principales, empleados, subsidiarias o compañías matrices se determine causa probable para el arresto por la comisión de algún delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.-
EL ARRENDADOR tiene el deber de informar al ARRENDATARIO de manera continua, durante la vigencia del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de un delito contra el erario, la fe o a la función pública; contra el ejercicio gubernamental, que involucre fondos o propiedad pública, en el ámbito federal o estatal. Esta obligación es de naturaleza continua durante todas las etapas de la contratación y ejecución del contrato.-
**TRIGÉSIMO PRIMERO:** EL ARRENDATARIO hará los pagos correspondientes al canon de arrendamiento de la cuenta del Fondo General número E2632-111-065-1234-003.-
**TRIGÉSIMO SEGUNDO:** EL ARRENDATARIO realiza el presente contrato en virtud de la Ley Número 109, de 28 de junio de 1962, según enmendada, conocida como la Ley de Servicio Público de Puerto Rico y la Ley Número 230, de 23 de julio de 1974, según enmendada, y conocida como la Ley de Contabilidad del Gobierno.-

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

_____          _____
José H. Baruchi Hernández                 Antonio Betancourt Capó
Comisión de Servicio Publico              Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended OC rental contract Page 13 of 16

Case 17-03283-LTS3 Claim 15392-2 Part 3 Filed 06/25/18 Desc Exhibit B Page 12 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05
CC 1300-16-05

Página Núm. 12 de 14

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos     Hasta 10 Años en el Exterior     Hasta 30 Años

OTRAS ESTIPULACIONES:

**TRIGÉSIMO TERCERO:** EL ARRENDADOR mantendrá en vigor una póliza de seguro de responsabilidad pública con una cubierta mínima de un millón de dólares (1,000.000.00) para la eventualidad de un accidente causado por culpa o negligencia del ARRENDADOR. Igualmente mantendrá en vigor una póliza que cubra daños a su propiedad causados por fuego, huracán, terremoto, inundaciones y vandalismo, o cualquier otro acto de la naturaleza o caso fortuito, la cual cubrirá todo el edificio y sus alrededores. En las mismas (entiéndase ambas pólizas) se incluirá una cláusula instruyendo a la compañía aseguradora para que notifique al ARRENDATARIO con treinta (30) días de anticipación, por escrito, de cualquier variación en los términos de la póliza. EL ARRENDADOR. Suministrará al ARRENDATARIO una copia de ambas pólizas, así como de cualquier otro tipo de seguro relacionado con la propiedad o sus alrededores. Si por alguna razón, EL ARRENDADOR no mantuviere vigente estos seguros, éste será responsable de cualquier acción o demanda en daños y perjuicios que se entablare contra EL ARRENDATARIO y/o el Estado Libre Asociado de Puerto Rico, como consecuencia de cualquier accidente de la naturaleza antes especificado que debiera estar cubierto por la póliza. EL ARRENDATARIO, por su parte, se compromete a mantener en vigor una póliza de responsabilidad pública con una cubierta mínima de quinientos mil dólares ($500,000) incluyendo daños a la propiedad arrendada para aquellos casos de accidente causados por culpa o negligencia del ARRENDATARIO, sus empleados y visitantes. Ambos seguros, tanto el del ARRENDADOR, como el del ARRENDATARIO, se mantendrán con una compañía autorizada por la Oficina del Comisionado de Seguros.--

**TRIGÉSIMO CUARTO:** La negligencia o abandono de los deberes del ARRENDADOR, así como la conducta impropia o actuación que vaya en contra de la ley, la moral o el orden público, será causa suficiente para dar por terminado el presente contrato de forma inmediata, para lo cual únicamente deberá mediar una notificación de la acción.------

**TRIGÉSIMO QUINTO:** Las cláusulas y condiciones de este contrato son independientes y separadas entre sí y la nulidad de una o más de ellas no afectarán la validez de las demás, las cuales permanecerán vigentes.---

**TRIGÉSIMO SEXTO:** El ARRENDATARIO no hará alteraciones ni mejoras al local arrendado ni al edificio sin la aprobación previa y por escrito del ARRENDADOR, excepto que EL ARRENDATARIO podrá instalar a su costo, alfombras, muebles, equipo de comunicación, computadoras, equipo de oficina y otra propiedad mueble los cuales EL ARRENDATARIO podrá remover, alterar o remodelar en cualquier momento. Al vencimiento de este contrato, EL ARRENDATARIO podrá mover y llevarse a su costo dichos accesorios, muebles, equipo y otra propiedad mueble, pero no podrá llevarse alfombras, particiones de oficina y puertas aunque hayan sido instaladas por EL ARRENDATARIO. Cualquier accesorio, mobiliario, equipo o propiedad mueble que quede en el local arrendado luego del vencimiento de este contrato y de la entrega de la posesión del local al ARRENDADOR por EL ARRENDATARIO, se convertirá en propiedad exclusiva del ARRENDADOR, sin compensación alguna al ARRENDATARIO. EL ARRENDATARIO no hará ninguna instalación de accesorios, divisiones, paredes, muebles, equipos cuyo peso u operación sería detrimental al local o al edificio.------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Bañuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended DOC Page 14 of 16

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B6 rental
contract Page 13 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05  
CC 1300-16-05    Página Núm. 13 de 14

Comisión de Servicio Público  
Agencia  
P.O. BOX 190870, SAN JUAN, PR 00919-0870  
Dirección

2011-000009  
Núm. de Contrato  
De la agencia

**CONTRATO DE ARRENDAMIENTO DE LOCALES**  
(HOJA DE CONTINUACION)

Núm. de Contrato de la  
Oficina del Contralor

√ Hasta Cinco Años o Menos o     Hasta 10 Años en el Exterior     Hasta 30 Años

**OTRAS ESTIPULACIONES:**

**TRIGÉSIMO SÉPTIMO:** EL ARRENDATARIO indemnizará totalmente al ARRENDADOR de toda reclamación de daño corporal, o a la propiedad, o responsabilidad pública, que surja contra EL ARRENDADOR por cualquier acto, omisión o negligencia en el uso del local o por falta de mantener el local y equipo en buenas condiciones de parte del ARRENDATARIO, sus agentes o empleados.----------------

**TRIGÉSIMO OCTAVO:** EL ARRENDADOR o dueño del edificio tendrá el derecho exclusivo a instalar mantener y permitir la instalación de rótulos en cualquier parte exterior del edificio y de las áreas comunes del interior del edificio. EL ARRENDATARIO podrá poner un rótulo o letrero en la entrada de su local, siempre y cuando EL ARRENDADOR apruebe por escrito el tamaño y el lugar de instalación del mismo. Al vencerse el contrato, EL ARRENDATARIO removerá toda su rotulación a su costo y pagará por cualquier daño o reparación necesaria al local o superficie del edificio luego de la remoción de dicha rotulación.----------------

**TRIGÉSIMO NOVENO:** Durante el término del contrato, EL ARRENDADOR y dueño del Edificio se reserva el derecho exclusivo a cambiar el nombre del Edificio y a vender el inmueble en parte o totalmente.--

**CUATRIGESIMO:** EL ARRENDATARIO no podrá reclamar participación en cualquier pago o compensación que reciba EL ARRENDADOR o dueño de la propiedad, producto de una expropiación o condenación total o parcial del edificio, y/o el terreno donde ubica, y reconoce y acepta que cualquier pago o compensación aquí descrita será pagadera total y exclusivamente al ARRENDADOR y/o dueño del edificio.----------------

**CUATRIGESIMO PRIMERO:** Para que cualquier enmienda a este contrato sea válida, éste tendrá que constar por escrito y estar firmada por EL ARRENDADOR y ARRENDATARIO.----------------

**CUATRIGESIMO SEGUNDO:** La parte perdedora de cualquier acción o demanda que surja de violaciones a los términos y condiciones de este contrato será responsable del pago de todos los gastos y honorarios incurridos por la parte que prospere y gane el caso.----------------

**CUATRIGESIMO TERCERO:** Las partes se podrán notificar mutuamente por escrito o correo electrónico o facsímile a las siguientes direcciones y teléfonos:----------------

Empresas Omajede, Inc.  
Edificio la Electrónica, Inc.  
Calle Borí # 1608  
San Juan, PR 00927  
Facsímile 787-765-2268  
Correo electrónico - eoinc@tiwc.net

Comisión de Servicio Público (CSP)  
PO Box 190870  
San Juan, PR 00919-0870  
Facsímile 787-300-6473  
Correo electrónico  
jbanuchi@csp.gobierno.pr

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

_[signature]_  
José H. Banuchi Hernández  
Comisión de Servicio Publico

_[signature]_  
Antonio Betancourt Capó  
Empresas Omajede, Inc.

Case:17-03283-LTS Doc#:22614-10 Filed:10/17/22 Entered:10/17/22 07:47:07 Desc:
Exhibit 9 part 2 - Second Amended DOC Page 15 of 16

Case 17-03283-LTS3 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B6 rental contract Page 14 of 21

Modelo SC 854.2 (Hoja de Cont.)     Estado Libre Asociado de Puerto Rico

16 mar 05     Página Núm. 14 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

2011-000009
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o     Hasta 10 Años en el Exterior     Hasta 30 Años

OTRAS ESTIPULACIONES:

**CUATRIGESIMO CUARTO**: Se anejan como parte del contrato los siguientes documentos:
- Certificate of Property Insurance;
- Permiso de Uso del Negociado de Permisos de ARPE;
- Solicitud de Servicios de Inspección de Bomberos fechado el 15 de Febrero de 2011 y el Certificado de Inspección y Permisos de Bomberos con fecha de expiración del 10 de Febrero de 2011;
- Certificación de Radicación de Planillas de contribución sobre ingresos de Hacienda, Copia de la primera página de la Planilla de contribución sobre ingresos del 2009 y Certificación de Deuda de Hacienda;
- Estado de Cuenta del CRIM;
- Certificación Negativa de Caso de Pensión Alimentaria (ASUME) a nombre de Jesús A. Betancourt Capó, Certificación Negativa de Caso de Pensión Alimentaria (ASUME) a nombre de Empresas Omajede, Inc.;
- Certificación del Programa de Seguro Social para Choferes y Otros Empleados del Departamento de Trabajo; Certificación del Negociado de Seguridad en el Empleo del Departamento del Trabajo;
- Certificación de Disponibilidad de Fondos emitida por la división de presupuesto del departamento de finanzas de la CSP;
- Certificado de Incorporación de "Empresas Omajede, Inc.; Certificado de Resolución Corporativa de parte de Empresas Omajede, Inc.;
- Certificación Registral, Sección San Juan relativa a la propiedad inmueble objeto de contrato de 22 de febrero de 2010;
- Escritura de Compraventa y Constitución de Hipoteca Numero 20, ante el notario Federico J. Pérez-Almiroty del 21 de junio de 1978;
- Autorización de la Oficina de Gerencia y Presupuesto autorizando el presente contrato;
- Autorización de la Junta de Estabilización y Reestructuración Fiscal (JREF);
- Autorización de la Secretaria de la Gobernación del Gobierno de Puerto Rico;
- Certificado de Elegibilidad de ORHELA;
- Certificación de la Unidad a cargo de los asuntos legales de La Agencia donde no tiene reparo legal;
- Carta dando el visto bueno de la Administración de Servicio Generales (ASG) al inmueble a arrendar firmado por su Administrador el Sr. Carlos Vázquez Pesquera.
- El Estudio de Valoración y Mercado realizado por la firma Carlos Gaztambide and Associates, Inc.;
- Carta de la Oficina de Etica Gubernamental dirigida a la Sra. Delfina Betancourt Capó, OPC-10-233
- Certificación de Tenencia de Acciones Comunes de Capital Autorizadas y Emitidas, jurada por el Arrendador, Sr. Antonio Betancourt Capó.
- Y Plano de las mejoras acordadas, que se han de realizar por Arrendador en el inmueble, antes de que el Arrendatario entre en posesión del mismo.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

_____
José H. Banuchi Hernández
Comisión de Servicio Publico

_____
Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo OC-06-06 (Model)
Rev. octubre 1999 (Rev. October 1999)
Reglamento Núm. 33 del 28 de enero de 1998
Regulation No. 33 of January 28, 1998

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO
OFICINA DEL CONTRALOR
OFFICE OF THE COMPTROLLER OF PUERTO RICO
SAN JUAN, PUERTO RICO

CERTIFICACIÓN
CERTIFICATION

SOBRE OTORGAMIENTO DE CONTRATO, ESCRITURA O DOCUMENTO RELACIONADO
REGARDING THE EXECUTION OF CONTRACTS DEEDS AND OTHER RELATED DOCUMENTS

1. Código de Entidad / Entity Code: 2 1 8 4

2. Número del Contrato / Contract Number: 2 0 1 1 - 0 0 0 0 0 9 -

3. Fecha de Otorgamiento / Date of execution (dd/mm/yy): 0 9 - 0 3 - 1 1

4. Cuantía Total / Total amount: $ 2 7 6 0 , 0 0 0 . 0 0

5. Código del Tipo del Contrato / Contract Type Code: ARRENDAMIENTO

6. Exento / Exempt: 0

7. Orden (Aprobación o dispensa de algún organismo del Gobierno) / Authorization or waiver from another government entity: OGP – JREF Y SEC. GOBERNACION

8. Vigencia desde / Effective date from: 3 0 - 0 6 - 2 0 1 1 (dd/mm/aa)(dd/mm/yy) Hasta / to: 3 0 - 0 7 - 2 0 1 6 (dd/mm/aa)(dd/mm/yy)

9. Seguro Social Personal o Patronal / Social Security Number: 0 6 6 - 0 3 - 9 0 4 4

10. Contratista(s) / (Contractor): Empresas Omajede Inc.

11. Representante(s) de la(s) Entidad(es) Gubernamental(es) / (Government Representative(s)): JOSE H. BANUCHI HERNANDEZ

Se somete la presente certificación en cumplimiento con Carta Circular promulgada por el Contralor de Puerto Rico y en cumplimiento con el Reglamento Núm. 33 Sobre Registro de Contratos, Escrituras y Documentos Relacionados y Envío de Copias a la Oficina del Contralor. Esta debe ser remitida a la Oficina del Contralor. (This certification is submitted in compliance with the instructions issued by the Comptroller of Puerto Rico and in accordance with Regulation No. 33, regarding the Registration of Contracts, Deeds and Other Related Documents and the Mailing of such Copies to the Comptroller's Office by the government entity.)

Los suscribientes certificamos haber otorgado hoy el contrato descrito en este documento.
The undersigned, certify having that the contract described in this document was executed on this date.

12. En (ciudad) / In: San Juan, Puerto Rico, hoy / Puerto Rico, toda (dd/mm/yy): 0 9 - 0 3 - 1 1

13. Firma(s) Parte(s) Contratista(s) / Signature of the Contractor(s):

Firma (Signature)

Letra de molde (print)
ANTONIO BETANCOURT CAPO

Firma (Signature)

Letra de molde (print)

14. Firma(s) Funcionario(s) Gubernamental(es) / Signature of the Government Oficial(s):

Firma (Signature)

Letra de molde (print)
JOSE H. BANUCHI HERNANDEZ

Firma (Signature)

Letra de molde (print)

*Ver instrucciones al dorso (*See instructions on the reverse side of this form)