EXHIBIT 7

INITIAL POC

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | **Empresas Omajede Inc.**<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor |
|---|---|

**2.** **Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
    Sí. ¿De quién? _____

**3.** **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| Empresas Omajede Inc. <br> Name / Nombre | Empresas Omajede Inc. <br> Name / Nombre |
| 1608 Calle Bori, Suite 218 <br> Number / Número    Street / Calle | 1608 Calle Bori, Suite 218 <br> Number / Número    Street / Calle |
| San Juan, PR 00927 <br> City / Ciudad    State / Estado    ZIP Code / Código postal | San Juan, PR 00927 <br> City / Ciudad    State / Estado    ZIP Code / Código postal |
| 787-766-0872 <br> Contact phone / Teléfono de contacto | 787-766-0872 <br> Contact phone / Teléfono de contacto |
| eoinc@zellius.net <br> Contact email / Correo electrónico de contacto | eoinc@zellius.net <br> Contact email / Correo electrónico de contacto |

**4.** **Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes. Claim number on court claims registry (if known)
    Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
    Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5.** **Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
    Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6.** **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
    Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

    Public Service Commission

**7.** **Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☑ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

    Vendor / Contract Number | Número de proveedor / contrato: 66-0369044

    List any amounts due after the Petition Date (listed above) but before June 30, 2017:
    Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ 66,666.66

---

| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ __338,503.37_____. Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>__lease of commercial space_____ |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☑ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br>_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☐ No / No<br>☑ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ __338,503.37__ |

| 12. Is this claim subject to a right of setoff? ¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No ☐ Yes. Identify the property / Sí. Identifique el bien: _____ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No  ☐ Yes. Indicate the amount of your claim arising from the value of any goods received                $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:    Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   05/23/2018 _____ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   /s/ Kendra Loomis

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | Kendra Kay Loomis | | |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

| Title / Cargo | Attorney |
|---|---|

Company / Compañía _____

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

| Address / Dirección | P.O. Box 79078 | |
|---|---|---|
| | Number / Número   Street / Calle | |
| | Carolina, PR 00984-9078 | |
| | City / Ciudad | State / Estado   ZIP Code / Código postal |

Contact phone / Teléfono de contacto  787-370-0255   Email / Correo electrónico  loomislegal@gmail.com



**Kendra Loomis**
February 13, 2019 at 9:27 AM
Email
To: prclaimsinfo, eoinc View Details
Actions for this Feed Item

This is in reference to your communication regarding claim number 21372, filed by Empresas Omajede, Inc.

The basis of the claim is for unpaid lease arrears.  The vendor's number/tax identification number is 66-0369044.  The contract was with the Public Service Commission and the agency's contract number was 2011-000009.

Both the lease agreement and the ledger detailing the arrears were included as exhibits to the proof of claim, but do not appear when I look up the proof of claim on Prime Clerk.  I am attaching these documents again here.

Please let us know whether any further information is needed.

Cordially,
Kendra Loomis

--
**Kendra Loomis**
**Attorney at Law**
**P.O. Box 79078**
**Carolina, PR 00984-9078**
**Phone (787) 370-0255**
**Loomislegal@gmail.com**
----
CONFIDENTIALITY WARNING: This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message.  If you are not the intended recipient, please notify the sender by return E-mail, and delete or destroy this and all copies of this message, as well as all attachments.  Any unauthorized disclosure, use, distribution, or reproduction of this message, or any attachment, is prohibited and may be unlawful.

•

Adobe PDF

5/14/18 at 12:12:23.46

Page: 1

## EMPRESAS OMAJEDE, INC.
### Customer Ledgers
### For the Period From Jan 1, 2017 to May 14, 2018

Filter Criteria includes: 1) IDs: Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| Comision-CSP Comisión de Servicio Público | 1/1/17 | Balance Fwd | | | | 94,388.04 |
| | 1/1/17 | CSP JAN17 | SJ | 66,666.66 | | 161,054.70 |
| | 1/23/17 | CSP AEE-JAN17 | SJ | 6,052.40 | | 167,107.10 |
| | 1/23/17 | 17-010 | CRJ | | 6,866.20 | 160,240.90 |
| | 2/1/17 | CSP FEB17 | SJ | 66,666.66 | | 226,907.56 |
| | 2/9/17 | 17-018 | CRJ | | 6,052.40 | 220,855.16 |
| | 2/13/17 | 17-019 | CRJ | | 46,000.00 | 174,855.16 |
| | 2/21/17 | CSP AEE-FEB17 | SJ | 6,726.81 | | 181,581.97 |
| | 2/22/17 | 17-022 | CRJ | | 46,000.00 | 135,581.97 |
| | 3/1/17 | CSP MAR17 | SJ | 66,666.66 | | 202,248.63 |
| | 3/10/17 | CM CSP-Lights | SJ | | 28.00 | 202,220.63 |
| | 3/10/17 | CM CSP-Lights1 | SJ | | 22.20 | 202,198.43 |
| | 3/15/17 | 17-031 | CRJ | | 6,726.81 | 195,471.62 |
| | 3/23/17 | CSP AEE-MAR17 | SJ | 5,977.02 | | 201,448.64 |
| | 4/1/17 | CSP APR17 | SJ | 66,666.66 | | 268,115.30 |
| | 4/25/17 | CSP AEE-APR17 | SJ | 3,721.41 | | 271,836.71 |
| | 5/1/17 | CSP MAY17 | SJ | 66,666.66 | | 338,503.37 |
| | 5/12/17 | 17-048 | CRJ | | 9,698.43 | 328,804.94 |
| | 6/1/17 | CSP JUNE17 | SJ | 66,666.66 | | 395,471.60 |
| Report Total | | | | 422,477.60 | 121,394.04 | 395,471.60 |

BALANCE AS OF MAY 3, 2017 ---------------------------------------------------------------------338,503.37

MAY 12, 2017 --- PAYMENT OF ELECTRICITY FOR MARCH & APRIL 2017 -----------    9,698.43

JUNE 1, 2017 --- INVOICE FOR RENT OF JUNE 2017 --------------------------------------  66,666.66

BALANCE AS OF JUNE 1, 2017 --------------------------------------------------------------395,471.60

JUNE 13, 2017 --- CSP DELIVERED POSSESSION OF THE PREMISES TO OMAJEDE



# GOBIERNO DE PUERTO RICO

Comisión de Servicio Público

13 de junio de 2017

Lcdo. Antonio Betancourt Capó
Edificio La Electrónica

Esteban E. Lomba Rodriguez M.B.A
Director Oficina Servicio Generales
Comisión de Servicio Público

## ENTREGA DE LLAVES DEL EDIFICIO LA ELECTRONICA

Reciba un saludo cordial. La presente es para efectuar la entrega de las llaves del Edifico La Electrónica.

_____
Persona que Recibe

_Luz S. Ortiz_

_13 de Junio de 2017_
_____
Fecha

Carr. # 1 Calle Bori # 1608 [Edif. Electrónica] San Juan, P.R. 00919-0870 * P.O. Box 190870 San Juan, P.R. 00919-0870
T: 787 756 1919  F: fax de oficina  E: email personal@csp.pr.gov  W: www.csp.pr.gov



VAZQUEZ PESQUERA
LAW OFFICE

13 de junio de 2017

Lcdo. Antonio Betancourt Capó
Edificio La Electrónica
1608 Calle Bori, Suite 218
San Juan, Puerto Rico 00927-6112
eoinc@zellius.net

**VÍA EMAIL**

*RE: ENTREGA DE LLAVES DEL LOCAL
ANTERIORMENTE OCUPADO POR LA
COMISIÓN DE SERVICIO PÚBLICO*

Estimado licenciado Betancourt,

Reciba un cordial saludo. Como sabe, la Comisión de Servicio Público desocupó hace ya varios meses el local anteriormente arrendado en el Edificio La Electrónica, propiedad de Empresas Omajede. Sin embargo, no se había coordinado la entrega de las llaves del local.

A esos efectos, le agradeceremos nos deje saber dónde desea que se le haga entrega de las mencionadas llaves, para realizar dicha entrega a la brevedad posible.

Como siempre, nos reiteramos a su disposición para cualquier duda o información adicional.

Cordialmente,

Lcdo. Pedro R. Vázquez Pesquera

C:      Lcdo. Luis D. García
        Presidente de la Comisión de Servicio Público

        Ing. Carlos Vázquez
        Administrador de la Comisión de Servicio Público

## Empresas Omajede Inc.

| | |
|---|---|
| **From:** | Lcdo. Pedro R. Vázquez Pesquera <pvazquez@vplawpr.com> |
| **Sent:** | Tuesday, June 13, 2017 10:46 AM |
| **To:** | eoinc@zellius.net |
| **Cc:** | Luis D. García Fraga; cgvazquez@csp.pr.gov |
| **Subject:** | Comunicación sobre entrega de llaves |
| **Attachments:** | Carta OMAJEDE entrega de llaves.pdf; ReportSpam.html |

Saludos,

Adjunto document de referencia, el que se explica por sí mismo.

Cordialmente,

*Lcdo. Pedro R. Vázquez Pesquera*

**AVISO DE CONFIDENCIALIDAD**
Esta transmisión electrónica es privilegiada y confidencial, y sólo podrá ser revisada por la persona o personas a quien está dirigida, sin importar el destinatario. Si ha recibido esta transmisión erróneamente, deberá así notificarlo de inmediato al remitente y destruir toda copia de la transmisión. Cualquier error en la transmisión no constituye una renuncia al privilegio abogado-cliente o a cualquier otro privilegio.

**CONFIDENTIALITY NOTICE **
This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is intended, without regards to the addressee. If you have received this transmission in error, please immediately notify the sender, and destroy any copies of the electronic mail transmission. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

 Virus-free. www.avg.com

Modelo SC 854.1
10 mar 05
CC 1300-16-05   Página Núm. 1 de 14   **COMISION DE SERVICIO PÚBLICO DE PUERTO RICO (CSP)**
Agencia

**2011-000009**
Núm. Departamento

P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**CONTRATO DE ARRENDAMIENTO DE LOCALES
POR CINCO AÑOS HASTA TREINTA AÑOS**

Núm. de radicación de la
Oficina del Contralor

**El ESTADO LIBRE ASOCIADO DE PUERTO RICO**, representado por José H Banuchi-Hernández como presidente de la CSP quien en adelante se denominará el arrendatario; y **Empresas Omajede, Inc.**, representado por su Presidente el Lic. Antonio Betancourt Capó, T/c/c Jesús Antonio Betancourt Capó, quien en adelante se denominará el arrendador, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato ha entregado las siguientes certificaciones: √ Certificación Registral de la propiedad incluyendo cargas y gravámenes √ Certificación de deuda expedida por el Departamento de Hacienda. No se posee Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.

2. Que el arrendatario certifica que previo a la formalización de este contrato cuenta con un Informe de Valoración firmado por un tasador y aprobado por un tasador revisor.

3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato. Exceptuando la Certificación Registral, con fecha del 22 de febrero de 2010. El Arrendador certifica que no ha habido cambio en la realidad registral del bien desde entonces y hará llegar una actualizada antes de entrar en vigor el presente contrato.

4. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe más adelante:

    a. Construcción  Local Comercial sito en el bien inmueble ubicado en la Carretera #1, Calle Bori, Núm. 1608, San Juan, PR. Primer Piso del Edificio Conocido como La Electrónica

    b. Área:    (1) Del solar_____ Metros Cuadrados.
              (2) Del Local_____32,000.00_____ Pies Cuadrados.
              (3) Del Estacionamiento_____125_Estacionamientos_____ Pies Cuadrados.

    c. Localización y Certificación Registral del Inmueble (incluyendo cargas y gravámenes) Terreno en el Barrio Monacillos, del termino municipal de San Juan, Puerto Rico, compuesto de tres punto doscientos ochenta y siete (3.287) cuerdas, equivalentes a una hectárea, veintinueve áreas y diecinueve centiáreas. En linderos: Norte, con Rafael Nevares; Sur, con Antonio Cosme; Este, nueva Carretera Estatal número 1, de concreto que va de Río Piedras a Caguas; Oeste, con una quebrada que la separa de terrenos de Antonio Emmanuelli, hoy el Pueblo de Puerto Rico. Enclava una edificación de concreto para fines comerciales y de oficinas. Finca 11660, Tomo 301, Folio 204, mejor conocida como La Electrónica. Se incluye Certificación Registral. Esta gravada en Hipoteca.

5. Que la propiedad será usada por el arrendatario como Oficinas de la Comisión de Servicio Público

6. Este contrato entrará en vigor 30 días después de que el Arrendatario advenga en posesión del inmueble y se extenderá por un periodo de 60 meses. El Arrendador entregará el inmueble objeto de este contrato en o antes del 30 de junio de 2011, lo cual se certificará y se hará formar parte de este contrato. Se anejan aprobaciones de OGP, Fortaleza y JEREF. El arrendatario podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.

7. Que el Arrendador se compromete de interesar vender el inmueble a ofrecer la primera opción de compra al Arrendatario. Donde el arrendatario podrá adquirir el derecho de propiedad sobre la edificación durante la vigencia de este contrato, sujeto a los términos y condiciones que se acuerden en el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación) el cual formará parte integrante de este contrato.

8. Que el arrendador posee la propiedad descrita en calidad de Corporación dueña, la cual es propiedad de Empresas Omajede Inc., y fue construida y/o inaugurado en Diciembre de 1972.

9. Que el canon de arrendamiento fijado por las partes contratantes es de Cuarenta y Seis Mil Dólares ($46,000.00) mensuales, equivalente a $17.25 costo por pie cuadrado, pagaderos de la siguiente forma:
El pago se hará mediante dos cheques o giros, uno por la cantidad de Quince Mil Setecientos Noventa con Cuarenta y Nueve Centavos ($15,790.49), a nombre del Banco de Desarrollo Económico y un segundo cheque o giro por la cantidad de Treinta Mil Doscientos Nueve con Cincuenta y Cinco Centavos ($30,209.55) a nombre del Arrendador. Ambos cheques se enviarán a: Empresas Omajede, Inc., La Electrónica Building, Suite 218, 1608 Bori Street, San Juan, PR 00927.

10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones necesarias para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos sus servicios, equipo y accesorios dentro de las normas de seguridad establecidas o que se establezcan.

11. Se hace constar que ningún funcionario o empleado de la Rama Ejecutiva, ningún funcionario o empleado de la Comisión de Servicio Público tiene directa o Indirectamente interés pecuniario en este contrato.

12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:
    Estacionamiento- Núm. espacios 125 Agua SI Aire Acondicionado SI Instalación Eléctrica SI
    Vigilancia NO Luz NO Limpieza NO Facilidades Telefónicas NO Ascensor NO Otros: Mejoras estructurales

13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDADOR

Compañía aseguradora  Triple-S Núm. de Póliza: CP-81041090
_____ Núm._____
_____ Núm._____

**2011-000009**

14. Otras estipulaciones (Utilice el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este Contrato.)

15. Este Contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación
    y reglamentación vigente.

   EN TESTIMONIO DE LO CUAL, y para que así conste, suscriben este documento las partes contratantes en San Juan, PR, hoy  9 de
marzo de 2011.

_____
José H. Banuchi Hernández
Comisión de Servicio Público

_____
Antonio Betancourt Capó
Empresas Omajede, Inc.

---

### CERTIFICACION

Certifico que la información arriba indicada es correcta; que disponemos de la suma de
$_____ para arrendamiento solicitado, los cuales están consignados en el Presupuesto
Ejecutivo Núm. _____ : que la cifra de cuenta contra la cual se cargará este gasto será
_____ : y que llevamos a cabo negociaciones para conseguir el canon de arrendamiento
más razonable.


Nombre y Firma Jefe de Finanzas, Agencia               Nombre y Firma, Jefe de Agencia o su
                                                       Repte. Autorizado

---

### PARA USO DE LA OFICINA DEL GOBERNADOR, CUANDO APLIQUE

         APROBADO                    NO APROBADO

RAZONES:



         Fecha              Título        Nombre y Firma

---

### PARA USO DE LA ADMINISTRACION DE SERVICIOS GENERALES

         APROBADO                    NO APROBADO

RAZONES:



         Fecha              Título        Nombre y Firma, Administrador
                                          de Servicios Generales o su Repte.
                                          Autorizado

Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.

Modelo SC 854.2 (Hoja de Cont.)         Estado Libre Asociado de Puerto Rico

16 mar 05          Página Núm. 3 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

-----DE LA PRIMERA PARTE: Empresas Omajede, Inc., corporación propietaria, representada en este acto por el licenciado Antonio Betancourt Capó, t/c/c Jesús Antonio Betancourt Capó, mayor de edad, soltero y vecino de Guaynabo, Puerto Rico, en carácter de Presidente de la corporación, con número de Seguro Social Patronal 66-0369044 y con oficinas en San Juan, Puerto Rico, en adelante denominado **EL ARRENDADOR.**--
-----DE LA SEGUNDA PARTE: La Comisión de Servicio Público de Puerto Rico, con Seguro Social Patronal 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, representada en este acto por la licenciada José H. Banuchi-Hernández, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en su carácter de Presidente, en adelante denominada **EL ARRENDATARIO.** --------------

**EXPONEN**

**PRIMERO:** Las partes comparecientes han acordado otorgar un contrato de arrendamiento de un local comercial sito en el bien inmueble ubicado en la Carretera # 1, Calle Bori Núm. 1608, San Juan, Puerto Rico. El local objeto de arrendamiento está en la primera planta del edificio y tiene una cabida de aproximadamente treinta y dos mil (32,000) pies cuadrados. El espacio arrendado también incluye ciento veinticinco (125) estacionamientos reservados para uso exclusivo del ARRENDATARIO.------------------------

**SEGUNDO:** El término de vigencia del presente contrato es de cinco (5) años, sujeta su vigencia y obligatoriedad a la aprobación de las agencias gubernamentales que lo intervienen y aprueban. Este contrato entrará en vigor 30 días después de que el ARRENDATARIO advenga en posesión del inmueble y se extenderá por un periodo de 60 meses. El ARRENDADOR entregará el inmueble objeto de este contrato, en o antes del 30 de junio de 2011, una vez termine con las renovaciones y/o mejoras al mismo. Esta promesa de entrega, es solo eso, una promesa y de no cumplirse no invalida el presente contrato ni es justa causa para su rescisión. Pasados 6 meses de la firma del presente contrato y no haberse dado la entrega del inmueble por parte del ARRENDADOR, entonces está tardanza será causa suficiente para rescindir el contrato. Este contrato de arrendamiento no tiene cláusula de renovación, ni está sujeta a novación. Las partes renuncian a cualquier derecho explícito o por operación de ley a cualquier novación de este arrendamiento. Un año antes de la expiración del término inicial o del término extendido, según sea el caso, del contrato de arrendamiento entre las partes, el ARRENDADOR le enviará al ARRENDATARIO una nueva propuesta de arrendamiento por correo certificado. El ARRENDATARIO tendrá un término de ciento veinte (120) días para notificarle por escrito al ARRENDADOR su interés de permanecer en la propiedad por cinco (5) años adicionales o de desalojar la propiedad una vez terminado el contrato de arrendamiento. Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro nuevo contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza.-------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)    Estado Libre Asociado de Puerto Rico

16 mar 05          Página Núm. 4 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

Si alguna de las partes determina terminar el contrato deberá mediar notificación por escrito, con acuse de recibo, con 30 días de antelación a la parte afectada.------------------------------------------------
**TERCERO:** Los permisos o certificaciones pertinentes expedidos por las agencias gubernamentales cuya aprobación es necesaria para otorgar un contrato de arrendamiento, será responsabilidad del ARRENDADOR tramitarlos y obtenerlos, a su costo.------------------------------------------------
**CUARTO:** Que luego del ARRENDATARIO haber realizado un estudio de mercado (Anejo A) para determinar la tarifa vigente, el canon de arrendamiento fijado por las partes contratantes será de dieciesiete dólares con veinticinco centavos ($17.25) por pie cuadrado para un total de cuarenta y seis mil dólares ($46,000.00) mensuales. La cuantía máxima a pagar por concepto de renta durante la vigencia de este contrato no excederá dos millones setecientos sesenta mil dólares ($2,760,000.00).------------------------
----------------------------**AMORTIZACION DE MEJORAS** --------------------------------------
Del ARRENDATARIO decidir rescindir el contrato de arrendamiento antes de su vencimiento EL ARRENDATARIO pagará al ARRENDADOR el costo no amortizado de la mejoras realizadas en el espacio arrendado. Se amortizarán las mejoras mensualmente durante los sesenta meses del término del contrato, utilizando el método contable de Línea Recta. El costo de las mejoras y otros costos incurridos relacionados con el contrato de arrendamiento no excederá la suma de QUINIENTOS MIL DÓLARES (US $500,000.00), e incluye entre otros, honorarios de arquitecto, seguros, impuestos, arbitrios, comisión de corredor de bienes raíces y costos de construcción, pintura y otras mejoras al primer piso del edificio y su estacionamiento. Luego que el ARRENDADOR le entregue al ARRENDATARIO el local, junto a un documento certificado, el cual formará parte integra del presente contrato, evidenciando facturas y costos incurridos en dichas mejoras, ambas partes firmarán una enmienda a este contrato fijando la cifra de las mejoras según evidenciada. ---------
----------------------------------------------------------------------------------------------------------
**QUINTO:** Las partes contratantes estipulan que los pagos que EL ARRENDATARIO pagará a ARRENDADOR por concepto de cánones de arrendamiento serán remitidos de acuerdo a las directrices impartidas por el Estado Libre Asociado de Puerto Rico por medio de cheques o giros. El canon de arrendamiento será pagadero AL ARRENDADOR por mensualidades vencidas, el día primero de cada mes posterior al mes vencido. El pago se hará mediante dos cheques o giros, uno por la cantidad de Quince Mil Setecientos Noventa con Cuarenta y Nueve Centavos ($15,790.49) a nombre del Banco de Desarrollo Económico y un segundo cheque o giro por la cantidad de Treinta Mil Doscientos Nueve con Cincuenta y Cinco Centavos ($30,209.55) a nombre del ARRENDADOR. Ambos cheques se enviarán a la siguiente dirección postal: Empresas Omajede, Inc., La Electrónica Building, Suite 218, 1608 Bori Street, San Juan, Puerto Rico 00927.------------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.


José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)          Estado Libre Asociado de Puerto Rico

16 mar 05          Página Núm. 5 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
de la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

**SEXTO:**     Las partes convienen y estipulan que EL ARRENDATARIO no podrá subarrendar, ni ceder, en todo o en parte, el local objeto de arrendamiento a no ser que cuente con el consentimiento previo por escrito del ARRENDADOR.---------------------------------------------------------------------------------------------------------.

**SÉPTIMO:**     EL ARRENDADOR se compromete a reparar, mejorar y mantener en buen estado de uso los equipos tales como inodoros, lavamanos, aire acondicionado y planta física o cualquier otra facilidad que sea cedida en arrendamiento, o que en el futuro pase a formar parte del mismo. De la misma manera se compromete a reparar el equipo y accesorios que se dañen o queden fuera de servicio por causa fortuita, causa ajena al ARRENDATARIO o deterioro natural. Todo equipo que tenga que ser arreglado o repuesto debe ser de la misma o superior calidad del que se arregle o reponga.------------------------------------------------.

**OCTAVO:**     EL ARRENDADOR se compromete además, a requerimiento del ARRENDATARIO a: ------------.

•     Reemplazar las losetas que estén deterioradas o dañadas por otras de la misma calidad; color y estilo de las actuales de éstas estar disponibles en el mercado.---------------------------------------------------

•     Colocar y sustituir todos los paneles del plafón acústico que estén averiados o deteriorados como consecuencia de algún defecto de las facilidades rentadas y/o del uso normal y corriente de la propiedad.----

•     Reparar todas las grietas de las paredes del edificio, tanto internas como externas.-----------------------

•     Construcción de las divisiones internas en el área del recaudador, de forma tal que resulte un área segura para el manejo de transacciones económicas. Esta área será cerrada pero tendrá una ventanilla de cristal para el área de recaudación, según el plano aprobado por el ARRENDATARIO.-------------------------

•     Los baños para uso de empleados y visitantes deben cumplir con las especificaciones establecidas en la ley American Dissability Act (Ley ADA).----------------------------------------------------------------------------

•     Proveer un área cerrada con facilidades de pileta para guardar y manejar los equipos de limpieza y químicos.-----------------------------------------------------------------------------------------------------------------.

•     Rotular e identificar los espacios de estacionamiento para uso de las personas con impedimentos conforme a la legislación y reglamentación vigente.---------------------------------------------------------------

Proveer un área de estacionamiento con un mínimo de ciento veinticinco (125) espacios, de los cuales por lo menos treinta (30) espacios serán reservados para vehículos oficiales los cuales pernoctarán en el estacionamiento. Los restantes estacionamientos serán utilizados por empleados y visitantes. EL ARRENDADOR deberá mantener el área de estacionamiento en buen estado, siendo responsable de darle el cuidado requerido, incluyendo, pero sin limitarse a que esté asfaltado adecuadamente El ARRENDATARIO tendrá la responsabilidad de proveer y pagar el costo de un guardia de seguridad nocturno para vigilar los vehículos del ARRENDATARIO que pernoctarán en el estacionamiento del ARRENDADOR.--------------------
-----------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Baruchi Hernández**
**Comisión de Servicio Publico**

**Antonio Betancourt Capó**
**Empresas Omajede, Inc.**

Modelo SC 854.2 (Hoja de Cont.)      ..stado Libre Asociado de Puerto Rico

16 mar 05              Página Núm. 6 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia                                    **2011-000009**
P.O. BOX 190870, SAN JUAN, PR 00919-0870       Núm. de Contrato
Dirección                                  de la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES          Núm. de Contrato de la
(HOJA DE CONTINUACION)                      Oficina del Contralor

√ Hasta Cinco Años o Menos o        Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

- Proveer un área de inspección de vehículos pesados en la parte designada y así se marcará y se identificará para estos propósitos, y la cual será parte del área donde ubican los ciento veinticinco (125) espacios de estacionamiento reservados al ARRENDATARIO.----------------------------------------------------------------
- Cambiar todos los cristales que se astillen por otros de la misma clase o similar, siempre y cuando se deba a causas fortuitas o ajenas del ARRENDATARIO.------------------------------------------------------------
- Cambiar los difusores del sistema de aire acondicionado que estén averiados o deteriorados como consecuencia del uso normal y corriente de la propiedad.-----------------------------------------------------------
- Limpiar los filtros de las unidades de acondicionadores de aire al menos una vez al mes, realizar los arreglos y las reparaciones a estas unidades, cuando sea necesario y requerido por EL ARRENDATARIO. En caso de que el acondicionador de aire resultara defectuoso el mismo será reparado o reemplazado por EL ARRENDADOR a su cuenta, Las reparaciones de las unidades de acondicionadores de aire serán realizadas durante las primeras veinticuatro (24) horas de haber sido reportadas por EL ARRENDATARIO. EL ARRENDADOR notificará al ARRENDATARIO prontamente de las gestiones realizadas para solicitar la reparación de las unidades de acondicionadores de aire.--------------------------------------------------------------
- Realizará todas las reparaciones para corregir defectos en la estructura de plomería, sistema de alcantarillado y sanitario, sistema eléctrico, así como las filtraciones del local arrendado a su costo.-----------
- Pintar, de ser necesario, la estructura interna y externa del edificio; utilizando los colores sugeridos por EL ARRENDATARIO para la pintura interna del local arrendado. La pintura del interior del local arrendado se realizará fuera de horas laborables, pero con la presencia de personal del ARRENDATARIO.
- Reemplazar las puertas de cristal cada vez que ello lo amerite y siempre y cuando el deterioro o daño sea consecuencia del uso normal y corriente o cuando la avería se deba a un caso fortuito.------------------
- Reparar las paredes cuando lo amerite y solicite EL ARRENDATARIO, siempre y cuando su deterioro o daño sea consecuencia del uso normal y corriente de la propiedad o por caso fortuito.------------------------
- Corregir los defectos en las escaleras, rampas y otras áreas que puedan señalar los inspectores de la Oficina de Seguridad y Salud del Departamento del Trabajo y Recursos Humanos, del Cuerpo de Bomberos de Puerto Rico, Junta de Calidad Ambiental, así como de cualquier otra agencia estatal o federal que lo requiriese a los fines de que se cumpla con todos los requisitos de seguridad que establezcan dichas agencias o cualquier que regule el arrendamiento de locales.-----------------------------------------------------.
- Instalar, reparar o cambiar cualquier equipo o accesorio. Se entiende por equipo: puertas, ventanas, rejas, barandas en la rampa y en la rampa de impedidos o equipos sanitarios que incluye: inodoros, lavamanos, etc. que se deterioren por uso normal y natural en o antes de los primeros cinco (5) días hasta un máximo de veinte (20) días luego de haber recibido notificación escrita por parte del ARRENDATARIO.-----
- Las reparaciones por parte del ARRENDADOR serán todas aquellas necesarias y que sean por el deterioro del uso normal, caso fortuito o como resultado de la culpa o negligencia del ARRENDADOR o de sus empleados o agentes autorizados.-----------------------------------------------------------------------.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández              Antonio Betancourt Capó
Comisión de Servicio Publico           Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)    Estado Libre Asociado de Puerto Rico

16 mar 05                Página Núm. 7 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

- Brindar servicio de fumigación al menos cuatro (4) veces al año, en el interior del local arrendado.------
- Realizar la limpieza de las ventanas de cristal, por el lado exterior de la estructura, con un mínimo de seis (6) veces al año.-------------------------------------------------------------------------------------------------
- Brindar el mantenimiento a las puertas de emergencia con alarma, de existir alguna------------------------
- Mantener el sistema de alarmas de fuego y el equipo necesario para su funcionamiento, incluyendo los extintores. --------------------------------------------------------------------------------------------------------------------
- Podar el césped, de existir, en los alrededores de la estructura, al menos una vez por mes.---------------
- Instalar y mantener el sistema de iluminación del local arrendado y del área del estacionamiento asignado AL ARRENDATARIO, conforme a las especificaciones y reglamentos de la Autoridad de Energía Eléctrica de Puerto Rico.------------------------------------------------------------------------------------------------

**NOVENO:**   EL ARRENDADOR se compromete a realizar por su cuenta y cargo, cualquier cambio o mejora, de acuerdo con las especificaciones y requisitos de seguridad establecidas o que se establezcan durante el periodo que comprenda este arrendamiento por el CUERPO DE BOMBEROS, DEPARTAMENTO DE SALUD, CALIDAD AMBIENTAL, OSHA, o cualquier otra agencia federal o estatal concernida y en caso de persistir un incumplimiento a tales disposiciones por un tiempo irrazonable o que exceda a aquel permitido por la agencia concernida para el ARRENDADOR corregir el defecto señalado se entenderá resuelto el contrato.--

**DÉCIMO:**   EL ARRENDATARIO llevará a cabo reparaciones menores tales como: cambio de zapatillas, destape de equipo sanitario, instalación y sustitución de tubos fluorescentes y demás reparaciones necesarias a las facilidades rentadas. Estas reparaciones serán realizadas por EL ARRENDATARIO si su costo cotizado es de trescientos cincuenta ($350.00)_dólares o menos, reparaciones mayores de esta cantidad serán sufragadas por EL ARRENDADOR. El ARRENDADOR vendrá obligado a efectuar los arreglos y reparaciones que haya que hacer y sean necesarias para conservar el inmueble en condiciones utilizables cuando la necesidad de hacer arreglos o reparaciones no surja del, ni sea causada por, EL ARRENDATARIO, sus empleados, agentes, invitados o cualquier persona actuando en su nombre o a la cual EL ARRENDATARIO le haya permitido, directa o indirectamente, acceso a la propiedad arrendada.  En este caso responderá únicamente EL ARRENDATARIO por el costo del arreglo o desperfecto que haya ocasionado.  El ARRENDADOR no será responsable del mantenimiento, arreglo, alteración o remoción de equipo o instalación alguna hecha por EL ARRENDATARIO.---------------------------------------------------------------

**DECIMO PRIMERO:**   EL ARRENDATARIO será responsable de la limpieza del interior del local, incluyendo los baños y de la disposición y contratación del servicio de recogido de la basura que se genere dentro del área arrendada, los contenedores de basura serán localizados en un área designada en común acuerdo entre EL ARRENDATARIO Y EL ARRENDADOR. --------------------------------------------------------

**DECIMO SEGUNDO:**   EL ARRENDATARIO se compromete a pagar fielmente el   canon mensual del arrendamiento antes estipulado.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Bañuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)          Estado Libre Asociado de Puerto Rico

16 mar 05                     Página Núm. 8 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

**DECIMO TERCERO:**     EL ARRENDATARIO será responsable de cuidar y mantener  todas las paredes, puertas, herrajes, plafones, lámparas, pisos y baños, en toda el área arrendada y se compromete a entregar dicha área arrendada al vencimiento o resolución de este contrato al ARRENDADOR en buen estado excepto por el deterioro normal de uso. ------------------------------------------------------------------------------------------

**DECIMO CUARTO:** EL ARRENDATARIO permitirá acceso al área al ARRENDADOR o sus agentes donar a reparar, mantener o revisar cualquier línea, conducto, ducto, tubo o cablería, así como cualquier elemento estructural del edificio. El ARRENDADOR podrá entrar a los predios aquí contratados, siempre que coordine con EL ARRENDATARIO.  Bajo ninguna circunstancia podrá EL ARRENDADOR entrar  a las oficinas sin que medie la autorización del ARRENDATARIO. Se exceptúa alguna situación de emergencia, como por ejemplo en caso de un incendio en la estructura o por un tubo de agua roto. EL ARRENDADOR podrá mostrar los predios contratados a otro posible arrendatario, siempre que coordine tal actividad con EL ARRENDATARIO para no entorpecer las operaciones de las oficinas allí instaladas. Se hace la salvedad que para esta última circunstancia, EL ARRENDADOR podrá mostrar los predios solamente durante los últimos seis (6) meses de vigencia del contrato. Si EL ARRENDATARIO notificase al ARRENDADOR de su intención de abandonar el local antes de su vencimiento, EL ARRENDADOR podrá entrar en los predios durante dicho periodo siempre que coordine con EL ARRENDATARIO.-------------------------------------------------------------------------------

**DECIMO QUINTO:**     A la expiración o terminación de este contrato, si el ARRENDATARIO fuera a mudarse, tendrá que dejar las facilidades limpias, en buenas condiciones y removerá todo aquello que fuere de su propiedad, excepto aquellas mejoras permanentes que quedarán a beneficio del dueño ARRENDADOR.----------------------------------------------------------------------------------------------------------

**DECIMO SEXTO:**      EL ARRENDATARIO será responsable de contratar y pagar por el costo de los servicios de teléfono y cualquier otro que éste requiera para sus funciones.  Se hace constar que los servicios por consumo de energía eléctrica serán facturados mensualmente por parte del ARRENDADOR al ARRENDATARIO  de acuerdo al consumo registrado por el metro eléctrico instalado en el local arrendado. La facturación de energía eléctrica se regirá por lo dispuesto en el documento titulado, "Análisis de Carga", preparado por un ingeniero eléctrico licenciado, el cual está identificado como Anejo A  y se hace formar parte íntegra del presente contrato. Tanto EL ARRENDADOR como EL ARRENDATARIO podrán solicitar, a cuenta y costo del solicitante, que la Autoridad de Energía Eléctrica (AEE) instale un metro para medir directamente y facturar el consumo de luz al ARRENDATARIO con un número de cuenta a nombre del ARRENDATARIO.-----
----------------------------------------------------------------------------------------------------------------

**DECIMO SÉPTIMO:**     EL ARRENDATARIO podrá usar u ocupar el local objeto de este contrato solamente para operar y mantener las Oficinas de la Comisión de Servicio Público y/o sus sucesores gubernamentales. ---------------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Banuchi Hernández**
**Comisión de Servicio Publico**

**Antonio Betancourt Capó**
**Empresas Omajede, Inc.**

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)   Estado Libre Asociado de Puerto Rico

16 mar 05          Página Núm. 9 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

**DECIMO OCTAVO:** Si el edificio o el local arrendado sufriese daños mayores causados por fuego, terremoto
guerra o cualquier acto violento o climatológico, lo cual cause que el local o el edificio no funcione para las
operaciones del ARRENDATARIO, y si el uso y disfrute de la propiedad y del local no puede ser reestablecido
en un término de noventa (90) días laborables, EL ARRENDATARIO podrá rescindir este contrato notificando
al ARRENDADOR por escrito, y no será responsable del pago de renta, luego de la cancelación del contrato
De no ser rescindido el contrato por estas circunstancias, EL ARRENDADOR tendrá la opción exclusiva de
reparar a su costo el local y/o el edificio, y EL ARRENDATARIO estará obligado a pagar la renta bajo este
contrato; excepto que EL ARRENDADOR y EL ARRENDATARIO lleguen a un acuerdo de ajustar el canon de
renta durante este periodo de interrupción del uso o funcionamiento de las operaciones del ARRENDATARIO
EL ARRENDATARIO renuncia a cualquier reclamación contra EL ARRENDADOR por la rescisión del contrato
por las razones descritas en esta cláusula o por cualquier pérdida y daños a la propiedad de
ARRENDATARIO causado por cualquier daño o destrucción al edificio o local que se describa en esta
cláusula.----------------------------------------------------------------------------------------------------------
**DECIMO NOVENO:** EL ARRENDATARIO podrá resolver el presente contrato antes de su vencimiento
siempre que le notifique al ARRENDADOR su intención por escrito con acuse de recibo, con treinta (30) días
de antelación a la fecha señalada para rescindir el contrato. El derecho a rescindir el contrato antes de su
vencimiento está condicionado a que exista justa causa para ello. El ARRENDADOR pagará los gastos no
amortizados de las mejoras según anteriormente expuesto. ----------------------------------------------------
**VIGÉSIMO:** EL ARRENDATARIO tendrá derecho de inspeccionar la propiedad arrendada para exigir que la
misma se encuentre en el mejor estado de uso y conservación. Las visitas las hará el ARRENDADOR por sí o
por medio de sus agentes o empleados, mediando siempre aviso previo al ARRENDATARIO y garantizando a
este que no ha de afectar su actividad en el local durante la inspección.------------------------------------------
-
**VIGÉSIMO PRIMERO:** EL ARRENDADOR certifica y garantiza, que al momento de suscribir este contrato, ha
rendido su planilla contributiva durante los cinco (5) años previos a este contrato y reconoce que existe una
deuda por contribuciones al Estado Libre Asociado de Puerto Rico, por concepto de Planilla de IVU por
Novecientos Ochenta Dólares con Setenta y Dos Centavos ($980.72) y una deuda por la Contribución
Especial de Hacienda por Setenta Mil Quinientos Ochenta y Seis Dólares con Siete Centavos ($70,586.07), y
además CERTIFICA Y GARANTIZA, que las mismas, estarán saldas al momento en que EL
ARRENDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el
ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará
formar parte de este contrato.----------------------------------------------------------------------------------------El
ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido el
financiamiento necesario para cubrir la deuda con el Estado Libre Asociado.-----------------------------------
EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del
presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para
rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma
de dinero recibida bajo este contrato.-------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que
se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Bauchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)      Estado Libre Asociado de Puerto Rico

16 mar 05                 Página Núm. 10 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o          Hasta 10 Años en el Exterior               Hasta 30 Años

OTRAS ESTIPULACIONES:

**VIGÉSIMO SEGUNDO:**   EL ARRENDADOR es responsable de rendir sus planillas y pagar las aportaciones correspondientes al Seguro Social Federal, en caso que aplique y al Negociado de Contribuciones Sobre Ingresos del Departamento de Hacienda por cualquier cantidad tributable como resultado de los ingresos devengados bajo este contrato. EL ARRENDATARIO notificará al Negociado de Contribución sobre Ingresos los pagos y reembolsos que sean efectuados al ARRENDADOR.————————————————————————

**VIGÉSIMO TERCERO:**   EL ARRENDADOR certifica que ningún funcionario o empleado de ARRENDATARIO o algún miembro de sus unidades familiares tienen directa o indirectamente interés pecuniario en el presente contrato y que ningún funcionario o empleado de la Rama Ejecutiva tiene algún interés pecuniario o beneficios producto del mismo. ———————————————————————

**VIGÉSIMO CUARTO:**   EL ARRENDADOR certifica y garantiza que al momento de suscribirse este contrato, ha pagado las contribuciones de Seguro por Desempleo, de Incapacidad Temporal y de Seguro Social para Chóferes (las que apliquen); o se encuentra acogido a un plan de pago, con cuyos términos esta cumpliendo.————————————————————————————————————————

**VIGÉSIMO QUINTO:**   EL ARRENDADOR reconoce que tiene deudas por concepto de propiedad mueble o inmueble con el Centro de Recaudaciones de Ingresos Municipales (CRIM) por la cantidad de Ciento Sesenta y Cinco Mil Trescientos Veinte Dólares con Noventa y Tres Centavos ($165,320.93); y además CERTIFICA y GARANTIZA, que la misma, estará salda al momento en que EL ARRENDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato.-El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido financiamiento necesario para cubrir la deuda con el Estado Libre Asociado. ————————————————

EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.——————————————————————————————

**VIGÉSIMO SEXTO:** EL ARRENDADOR certifica y hace constar que no ha sido servidor público en los últimos dos (2) años a la fecha de la firma de este contrato.  También certifica que no es Pensionado del Estado Libre Asociado de Puerto Rico.—————————————————————————————————

**VIGÉSIMO SÉPTIMO:**   EL ARRENDADOR certifica y garantiza que no está representado ni representará, durante la vigencia de este contrato, intereses particulares en casos o asuntos que involucren conflictos de intereses o de política pública contra el ARRENDATARIO. Ello no constituye una renuncia por parte del ARRENDADOR de su derecho a reclamar del ARRENDATARIO por el incumplimiento y/o violación de los términos u obligaciones contraídas en virtud del presente contrato.——————————————————————

**VIGESIMO OCTAVO:**   EL ARRENDADOR certifica que no entrará en relaciones contractuales o llevará a cabo actos que configuren un conflicto de interés con la parte ARRENDATARIA.——————————————
————————————————————————————————————————————————————

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)      Estado Libre Asociado de Puerto Rico

16 mar 05                    Página Núm. 11 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o      Hasta 10 Años en el Exterior          Hasta 30 Años

OTRAS ESTIPULACIONES:

**VIGÉSIMO NOVENO:**      EL ARRENDADOR se obliga a presentar evidencia legal que muestre que el local
objeto de contratación es de su propiedad, así como también el Permiso de Uso para el fin de pactado,
expedido por la Administración de Reglamentos y Permisos y cualquier otra Agencia concernida. También se
obliga a presentar certificación del Cuerpo de Bomberos de Puerto Rico. Además se obliga a mantenerse a
día con el cumplimiento de la Ley Número 43 de 21 de junio de 1988, "Código de Prevención de Incendios".-
**TRIGÉSIMO:** EL ARRENDADOR certifica que no tiene pleito pendiente con el Estado Libre Asociado de
Puerto Rico.------------------------------------------------------------------------------------------------------------------
EL ARRENDADOR certifica que a su mejor conocimiento, durante los últimos diez años, ni la Corporación ni
ninguno de sus accionistas, socios, oficiales principales, empleados, subsidiarias o compañías matrices han
sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la
función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito
federal o estatal.-----------------------------------------------------------------------------------------------------------------
El contrato se resolverá en caso de que contra el ARRENDADOR, sus accionistas, socios, oficiales
principales, empleados, subsidiarias o compañías matrices se determine causa probable para el arresto por la
comisión de algún delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental; o que
involucre fondos o propiedad pública, en el ámbito federal o estatal.------------------------------------------------
EL ARRENDADOR tiene el deber de informar al ARRENDATARIO  de manera continua, durante la vigencia
del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de
un delito contra el erario, la fe o a la función pública; contra el ejercicio gubernamental, que involucre fondos o
propiedad pública, en el ámbito federal o estatal. Esta obligación es de naturaleza continua durante todas las
etapas de la contratación y ejecución del contrato.--------------------------------------------------------------------
**TRIGÉSIMO PRIMERO:**   EL ARRENDATARIO hará los pagos correspondientes al canon de arrendamiento
de la cuenta del Fondo General número E2632-111-065-1234-003.--------------------------------------------------
**TRIGÉSIMO SEGUNDO:**  EL ARRENDATARIO realiza el presente contrato en virtud de la Ley Número 109,
de 28 de junio de 1962, según enmendada, conocida como la Ley de Servicio Público de Puerto Rico y la Ley
Número 230, de 23 de julio de 1974, según enmendada, y conocida como la Ley de Contabilidad del
Gobierno.-------------------------------------------------------------------------------------------------------------------------.
-----------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que
se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Baruchi Hernández**
**Comisión de Servicio Publico**

**Antonio Betancourt Capó**
**Empresas Omajede, Inc.**

Modelo SC 854.2 (Hoja de Cont.)        _stado Libre Asociado de Puerto Rico

16 mar 05           Página Núm. 12 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o        Hasta 10 Años en el Exterior        Hasta 30 Años

OTRAS ESTIPULACIONES:

**TRIGÉSIMO TERCERO:** EL ARRENDADOR mantendrá en vigor una póliza de seguro de responsabilidad pública con una cubierta mínima de un millón de dólares (1,000.000.00) para la eventualidad de un accidente causado por culpa o negligencia del ARRENDADOR. Igualmente mantendrá en vigor una póliza que cubra daños a su propiedad causados por fuego, huracán, terremoto, inundaciones y vandalismo, o cualquier otro acto de la naturaleza o caso fortuito, la cual cubrirá todo el edificio y sus alrededores. En las mismas (entiéndase ambas pólizas) se incluirá una cláusula instruyendo a la compañía aseguradora para que notifique al ARRENDATARIO con treinta (30) días de anticipación, por escrito, de cualquier variación en los términos de la póliza. EL ARRENDADOR.  Suministrará al ARRENDATARIO una copia de ambas pólizas, así como de cualquier otro tipo de seguro relacionado con la propiedad o sus alrededores. Si por alguna razón, EL ARRENDADOR no mantuviere vigente estos seguros, éste será responsable de cualquier acción o demanda en daños y perjuicios que se entablare contra EL ARRENDATARIO y/o el Estado Libre Asociado de Puerto Rico, como consecuencia de cualquier accidente de la naturaleza antes especificado que debiera estar cubierto por la póliza. EL ARRENDATARIO, por su parte, se compromete a mantener en vigor una póliza de responsabilidad pública con una cubierta  mínima de quinientos mil dólares ($500,000) incluyendo daños a la propiedad arrendada para aquellos casos de accidente causados por culpa o negligencia del ARRENDATARIO, sus empleados y visitantes. Ambos seguros, tanto el del ARRENDADOR, como el del ARRENDATARIO, se mantendrán con una compañía autorizada por la Oficina del Comisionado de Seguros.--
**TRIGÉSIMO CUARTO:** La negligencia o abandono de los deberes del ARRENDADOR, así como la conducta impropia o actuación que vaya en contra de la ley, la moral o el orden público, será causa suficiente para dar por terminado el presente contrato de forma inmediata, para lo cual únicamente deberá mediar una notificación de la acción.-------------------------------------------------------------------------------------------------------
**TRIGÉSIMO QUINTO:** Las cláusulas y condiciones de este contrato son independientes y separadas entre sí y la nulidad de una o más de ellas no afectarán la validez de las demás, las cuales permanecerán vigentes.---
**TRIGÉSIMO SEXTO:**     El ARRENDATARIO no hará alteraciones ni mejoras al local arrendado ni al edificio sin la aprobación previa y por escrito del ARRENDADOR, excepto que EL ARRENDATARIO podrá instalar a su costo, alfombras, muebles, equipo de comunicación, computadoras, equipo de oficina y otra propiedad mueble los cuales EL ARRENDATARIO podrá remover, alterar o remodelar en cualquier momento. Al vencimiento de este contrato, EL ARRENDATARIO podrá mover y llevarse a su costo dichos accesorios, muebles, equipo y otra propiedad mueble, pero no podrá llevarse alfombras, particiones de oficina y puertas aunque hayan sido instaladas por EL ARRENDATARIO. Cualquier accesorio, mobiliario, equipo o propiedad mueble que quede en el local arrendado luego del vencimiento de este contrato y de la entrega de la posesión del local al ARRENDADOR por EL ARRENDATARIO, se convertirá en propiedad exclusiva del ARRENDADOR, sin compensación alguna al ARRENDATARIO. EL ARRENDATARIO no hará ninguna instalación de accesorios, divisiones, paredes, muebles, equipos cuyo peso u operación sería  detrimental al local o al edificio.----------------------------------------------------------------------------------------------------------

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Bañuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)      Estado Libre Asociado de Puerto Rico

16 mar 05                Página Núm. 13 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o        Hasta 10 Años en el Exterior        Hasta 30 Años

OTRAS ESTIPULACIONES:

**TRIGÉSIMO SÉPTIMO:** EL ARRENDATARIO indemnizará totalmente al ARRENDADOR de toda reclamación de daño corporal, o a la propiedad, o responsabilidad pública, que surja contra El ARRENDADOR por cualquier acto, omisión o negligencia en el uso del local o por falta de mantener el local y equipo en buenas condiciones de parte del ARRENDATARIO, sus agentes o empleados.------------------------

**TRIGÉSIMO OCTAVO:** EL ARRENDADOR o dueño del edificio tendrá el derecho exclusivo a instalar mantener y permitir la instalación de rótulos en cualquier parte exterior del edificio y de las áreas comunes de interior del edificio. EL ARRENDATARIO podrá poner un rótulo o letrero en la entrada de su local, siempre y cuando EL ARRENDADOR apruebe por escrito el tamaño y el lugar de instalación del mismo. Al vencerse e contrato, EL ARRENDATARIO removerá toda su rotulación a su costo y pagará por cualquier daño o reparación necesaria al local o superficie del edificio luego de la remoción de dicha rotulación.--------------------

**TRIGÉSIMO NOVENO:** Durante el término del contrato, EL ARRENDADOR y dueño del Edificio se reserva el derecho exclusivo a cambiar el nombre del Edificio y a vender el inmueble en parte o totalmente.--

**CUATRIGESIMO:** EL ARRENDATARIO no podrá reclamar participación en cualquier pago o compensación que reciba EL ARRENDADOR o dueño de la propiedad, producto de una expropiación o condenación total o parcial del edificio, y/o el terreno donde ubica, y reconoce y acepta que cualquier pago o compensación aquí descrita será pagadera total y exclusivamente al ARRENDADOR y/o dueño del edificio.-----------------------

**CUATRIGESIMO PRIMERO:** Para que cualquier enmienda a este contrato sea válida, éste tendrá que constar por escrito y estar firmada por EL ARRENDADOR y ARRENDATARIO.--------------------

**CUATRIGESIMO SEGUNDO:** La parte perdedora de cualquier acción o demanda que surja de violaciones a los términos y condiciones de este contrato será responsable del pago de todos los gastos y honorarios incurridos por la parte que prospere y gane el caso.--------------------

**CUATRIGESIMO TERCERO:** Las partes se podrán notificar mutuamente por escrito o correo electrónico o facsímile a las siguientes direcciones y teléfonos:--------------------

Empresas Omajede, Inc.
Edificio la Electrónica, Inc.
Calle Borí # 1608
San Juan, PR 00927
Facsímile 787-765-2268
Correo electrónico - eoinc@tiwc.net

Comisión de Servicio Público (CSP)
PO Box 190870
San Juan, PR 00919-0870
Facsímile 787-300-6473
Correo electrónico
jbanuchi@csp.gobierno.pr

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

José H. Banuchi Hernández
Comisión de Servicio Publico

Antonio Betancourt Capó
Empresas Omajede, Inc.

Modelo SC 854.2 (Hoja de Cont.)        Estado Libre Asociado de Puerto Rico

16 mar 05                Página Núm. 14 de 14
CC 1300-16-05

Comisión de Servicio Público
Agencia
P.O. BOX 190870, SAN JUAN, PR 00919-0870
Dirección

**2011-000009**
Núm. de Contrato
De la agencia

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

Núm. de Contrato de la
Oficina del Contralor

√ Hasta Cinco Años o Menos o        Hasta 10 Años en el Exterior        Hasta 30 Años

OTRAS ESTIPULACIONES:

**CUATRIGESIMO CUARTO**: Se anejan como parte del contrato los siguientes documentos:

✓ Certificate of Property Insurance; ————————————————————————
✓ Permiso de Uso del Negociado de Permisos de ARPE; ——————————————
✓ Solicitud de Servicios de Inspección de Bomberos fechado el 15 de Febrero de 2011 y el Certificado de Inspección y Permisos de Bomberos con fecha de expiración del 10 de Febrero de 2011; ——————
✓ Certificación de Radicación de Planillas de contribución sobre ingresos de Hacienda, Copia de la primera página de la Planilla de contribución sobre ingresos del 2009 y Certificación de Deuda de Hacienda; ————————————————————————————————
✓ Estado de Cuenta del CRIM; ——————————————————————————
✓ Certificación Negativa de Caso de Pensión Alimentaria (ASUME) a nombre de Jesús A. Betancourt Capó,  Certificación Negativa de Caso de Pensión Alimentaria (ASUME) a nombre de Empresas Omajede, Inc.;——————————————————————————————
✓ Certificación del Programa de Seguro Social para Choferes y Otros Empleados del Departamento de Trabajo; Certificación del Negociado de Seguridad en el Empleo del Departamento del Trabajo; ————
✓ Certificación de Disponibilidad de Fondos emitida por la división de presupuesto del departamento de finanzas de la CSP; ———————————————————————————————
✓ Certificado de Incorporación de "Empresas Omajede, Inc.; Certificado de Resolución Corporativa de parte de Empresas Omajede, Inc.; ———————————————————————————
✓ Certificación Registral, Sección San Juan relativa a la propiedad inmueble objeto de contrato de 22 de febrero de 2010; ——————————————————————————————
✓ Escritura de Compraventa y Constitución de Hipoteca Numero 20, ante el notario Federico J. Pérez-Almiroty del 21 de junio de 1978; ————————————————————————
✓ Autorización de la Oficina de Gerencia y Presupuesto autorizando el presente contrato; ——————
✓ Autorización de la Junta de Estabilización y Reestructuración Fiscal (JREF); ————————————
✓ Autorización de la Secretaria de la Gobernación del Gobierno de Puerto Rico; ——————————
✓ Certificado de Elegibilidad de ORHELA; ————————————————————————
✓ Certificación de la Unidad a cargo de los asuntos legales de La Agencia donde no tiene reparo legal;——
✓ Carta dando el visto bueno de la Administración de Servicio Generales (ASG) al inmueble a arrendar firmado por su Administrador el Sr. Carlos Vázquez Pesquera.——————————————————
✓ El Estudio de Valoración y Mercado realizado por la firma Carlos Gaztambide and Associates, Inc.;——
✓ Carta de la Oficina de Etica Gubernamental dirigida a la Sra. Delfina Betancourt Capó, OPC-10-233——
✓ Certificación de Tenencia de Acciones Comunes de Capital Autorizadas y Emitidas, jurada por el Arrendador, Sr. Antonio Betancourt Capó.————————————————————————
✓ Y Plano de las mejoras acordadas, que se han de realizar por Arrendador en el inmueble, antes de que el Arrendatario entre en posesión del mismo.———————————————————————
————————————————————————————————————————
————————————————————————————————————————
————————————————————————————————————————
————————————————————————————————————————
————————————————————

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan, PR, hoy 9 de marzo de 2011.

**José H. Bayuchi Hernández**
**Comisión de Servicio Publico**

**Antonio Betancourt Capó**
**Empresas Omajede, Inc.**

CONTRATO NÚMERO: 201 . ⌐J0009-A
Nombre del contratista: **EMPRESAS OMAJEDE INC.**
Seguro social patronal del contratista: 66-0369044
Cuantía total: **$00.00**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## COMISIÓN DE SERVICIO PÚBLICO

CONTRATO NÚMERO: 2011-000009-A

Otorgado en San Juan, Puerto Rico, a 1 de agosto de 2011.

### DOCUMENTO DE ACEPTACIÓN Y TOMA DE POSECIÓN DEL LOCAL LA ELECTRÓNICA - ANEJO I AL CONTRATO 2011-000009

### COMPARECEN

---DE LA PRIMERA PARTE: Empresas Omajede, Inc., corporación propietaria, representada en este acto por el licenciado Antonio Betancourt, mayor de edad, soltero y vecino de Guaynabo, Puerto Rico, en carácter de Presidente de la corporación, con número de Seguro Social Patronal 66-0369044 y con oficinas en San Juan, Puerto Rico, en adelante denominado **EL ARRENDADOR.**-----------------------------------------------------

-----------------------------------------------------------------------------------------------------------------

---DE LA SEGUNDA PARTE: La Comisión de Servicio Público de Puerto Rico, con Seguro Social Patronal 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, representada en este acto por el licenciado José H. Banuchi Hernández, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en su carácter de Presidente, en adelante denominada **EL ARRENDATARIO.** -------------------

### EXPONEN

**PRIMERO:** El 9 de marzo de 2011, las partes comparecientes otorgaron un contrato de arrendamiento de un local comercial sito en el bien inmueble ubicado en la Carretera # 1, Calle Bori Núm. 1608, San Juan, Puerto Rico. El local objeto de arrendamiento está en la primera planta del edificio y tiene una cabida de aproximadamente treinta y dos mil (32,000) pies cuadrados. El espacio arrendado también incluye ciento veinticinco (125) estacionamientos reservados para uso exclusivo del **ARRENDATARIO.**-------------------

-----------------------------------------------------------------------------------------------------------------

**SEGUNDO:** Hoy 1 de agosto de 2011, el Arrendador, Empresas Omajede Inc., hace entrega de la posesión del inmueble descrito en párrafo alquilado mediante contrato de arrendamiento # 2011-000009 y certifica que ha cumplido con las condiciones impuestas en el mismo para la entrega del local, a saber:

  a) No tener deudas vencidas con el Departamento de Hacienda (cláusula vigésima primera (21ra) del contrato). Se incluye y se hace formar parte de este anejo al contrato, la certificación de no deuda del Departamento de Hacienda;[1]

---

[1] VIGÉSIMO PRIMERO: EL ARRENDADOR certifica y garantiza, que al momento de suscribir este contrato, ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y reconoce que existe una deuda por contribuciones al Estado Libre Asociado de Puerto Rico, por concepto de Planilla de IVU por Novecientos Ochenta Dólares con Setenta y Dos Centavos ($980.72) y una deuda por la Contribución Especial de Hacienda por Setenta Mil Quinientos Ochenta y Seis Dólares con Siete Centavos ($70,586.07), y además CERTIFICA Y GARANTIZA, que las mismas, estarán saldas al momento en que EL ARREDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato. El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido el financiamiento necesario para cubrir la deuda con el Estado Libre Asociado. EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.

CONTRATO NÚMERO: 2011-000009-A
Nombre del contratista: **EMPRESAS OMAJEDE INC.**

   b) No tener deudas vencidas con el Centro de Recaudaciones de Ingresos Municipales (CRIM) (cláusula vigésima quinta (25ta)). Se incluye y se hace formar parte de este anejo al contrato, la certificación de no deuda del Centro de Ingresos Municipales;[2]

   c) Ha terminado las mejoras del local según dispuesto en el contrato de arrendamiento y el plano.

**TERCERO**: El presidente de la Comisión de Servicio Público, Lcdo. José H. Banuchi Hernández y otro personal de la Comisión de Servicio Público han inspeccionado las mejoras hechas en el local arrendado y ha determinado y certificado que las mismas cumplen con los compromisos y la especificaciones esbozadas en el contrato de arrendamiento y en el plano de  mejoras aprobado por las partes comparecientes el 13 de abril de 2011; y que todos los sistemas del local incluyendo, pero no limitados, al eléctrico, el de aires acondicionados, de plomería, de prevención de incendios, están en conformidad con dicho contrato y plano y que, por tanto, el local está listo para ser ocupado desde hoy.

**CUARTO:** Finalmente, según la cláusula segunda (2da) del contrato 2011-000009, desde hoy 1 de agosto de 2011, en adelante, la posesión del local habiendo sido debidamente entregada al Arrendatario, comenzará a contar el término de treinta (30) días de gracia, que tiene el Arrendatario para poseer y/u ocupar el local sin pagar renta y costos de servicios eléctrico.  El primer canon de renta de $46,000.00 será  pagadero según lo acordado en el contrato 2011-000009.

**Y PARA QUE ASI CONSTE:**    Las partes comparecientes suscriben el presente ANEJO Y/O DOCUMENTO DE ACEPTACIÓN en San Juan, Puerto Rico hoy 1 de agosto de 2011.

**EMPRESAS OMAJEDE INC.**
**P/C ANTONIO BETANCOURT**
**PRESIDENTE**

**COMISIÓN DE SERVICIO PÚBLICO**
**JOSÉ H. BANUCHI HERNÁNDEZ**
**PRESIDENTE**

---

[2] VIGÉSIMO QUINTO:       EL ARRENDADOR reconoce que tiene deudas por concepto de propiedad mueble o inmueble con el Centro de Recaudaciones de Ingresos Municipales (CRIM); y además CERTIFICA y GARANTIZA, que la misma, estará salda al momento en que EL ARRENDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato.——— El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido financiamiento necesario para cubrir la deuda con el Estado Libre Asociado. ———————————————————— EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.———— ————————

3

Modelo OC-08-08 (Model   OC-08-08)
Rev. Octubre 1999 (Rev. October 1999)
Reglamento Núm. 33 del 28 de enero de 1998
Regulation No. 33 of January 28, 1998

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO
OFICINA DEL CONTRALOR
OFFICE OF THE COMPTROLLER OF PUERTO RICO
SAN JUAN, PUERTO RICO

CERTIFICACIÓN
CERTIFICATION

SOBRE OTORGAMIENTO DE CONTRATO, ESCRITURA O DOCUMENTO RELACIONADO
REGARDING THE EXECUTION OF CONTRACTS DEEDS AND OTHER RELATED DOCUMENTS

1. Código de Entidad        | 2 | 1 | 8 | 4 |
   Entity Code

2. Número del  Contrato      | 2 | 0 | 1 | 1 | - | 0 | 0 | 0 | 0 | 0 | 9 | - | A |
   Contract Number

3. Fecha de Otorgamiento      | 0 | 1 | - | 0 | 8 | - | 1 | 1 |
   Date of execution (dd/mm/yy)

4. Cuantía Total        | | | $ | 0 | 0 | 0 | 0 | , | 0 | 0 | 0 | . | 0 | 0 |
   Total amount

5. Código del Tipo del Contrato    | | |
   Contract Type Code

6. Exento        | 0 |

   Exempt

7. Orden   (Aprobación o dispensa de algún organismo del Gobierno)    _____
   Authorization or waiver from another government entity

8. Vigencia desde    | 0 | 1 | - | 0 | 8 | - | 2 | 0 | 1 | 1 |  hasta   | 3 | 0 | - | 0 | 7 |   | 2 | 0 | 1 | 6 |
   Effective date from   (dd/mm/aa)           (dd/mm/yy)    to     (dd/mm/aa)         (dd/mm/yy)

9. Seguro Social Personal o Patronal    | 0 | 6 | 6 | - | 0 | 3 | - | 9 | 0 | 4 | 4 |
   Social Security Number

10. Contratista (s)        **Empresas Omajede Inc.**
    (Contractor)

11. Representante (s) de la (s) Entidad (es) Gubernamental (es)        **JOSÉ H. BANUCHI HERNÁNDEZ**
    (Government Representative (s)

Se somete la presente certificación en cumplimiento con Carta Circular promulgada por el Contralor de Puerto Rico y en cumplimiento con el Reglamento Núm. 33 Sobre Registro de Contratos, Escrituras y Documentos Relacionados y Envío de Copias a la Oficina del Contralor.  Esta debe ser remitida a la Oficina del Contralor. (This certification is submitted in compliance with the instructions issued by the Comptroller of Puerto Rico and in accordance with Regulation No. 33, regarding the Registration of Contracts, Deeds and Other Related Documents and the Mailing of such Copies to the Comptroller's Office by the government entity.)

Los suscribientes certificamos haber otorgado hoy el contrato descrito en este documento.
The undersigned, certify having that the contract described in this document was executed on this date.

12. En (ciudad)     **San Juan**        , Puerto Rico, hoy     | 0 | 1 | - | 0 | 8 | - | 1 | 1 |
    In              Puerto Rico,  toda (dd/mm/yy)

13. Firma(s) Parte(s) Contratista(s)    14. Firma(s) Funcionario (s) Gubernamental (es):
Signature of the Contractor(s):        Signature of the Government Oficial (s):

_____        _____
Firma (Signature)                Firma (Signature)

_____        _____
Letra de molde (print)            Letra de molde (print)
ANTONIO BETANCOURT            JOSE H. BANUCHI HERNÁNDEZ

Firma (Signature)                Firma (Signature)

_____        _____
Letra de molde (print)            Letra de molde (print)

_____
*Ver instrucciones al dorso (*See instructions on the reverse side of this form)

4

INSTRUCCIONES GENERALES PARA LA INFORMACION
GENERAL INSTRUCTIONS FOR COMPLETING THE
SOLICITADA EN LA CERTIFICACION DE OTORGAMIENTO **Error! Bookmark not defined.**
APPLICATION REQUESTED IN THE CERTIFICATION REGARDING**Error! Bookmark not defined.**
DE CONTRATOS, ESCRITURAS Y DOCUMENTOS RELACIONADOS

THE EXECUTION OF CONTRACTS, DEEDS AND OTHER RELATED DOCUMENTS

1. **Código de Entidad**: Código de cuatro dígitos asignado por la Oficina del Contralor a la unidad.
   **Emity Code**: Four digits code assigned by the Office of the Comptroller to identify the entity.

2. **Número del Contrato**: Número que identifica el contrato, escritura o documento otorgado en orden correlativo. Este consiste de un prefijo, el número asignado por la entidad gubernamental y un sufijo. El prefijo identificará los cuatro dígitos del año fiscal en que se otorga el contrato. El número asignado por la entidad gubernamental, identificará el contrato en orden de otorgamiento dentro del año fiscal. El sufijo se utilizará para indicar las enmiendas que pueda tener el contrato. Estas se identificarán con una letra de la "A" a la "Y" en orden alfabético. Las enmiendas llevarán el mismo año y número original del contrato y en el sufijo se le agregará una letra comenzando con la "A". **Contract Number:**
The number that identifies the contract, deed or other related document. It should be in a sequential order. This number consists of a prefix, a number assigned by the entity, and a suffix.

3. **Fecha de Otorgamiento (dd/mm/aa)**: Identificará el día mes y el año en que las partes firman el contrato.      **Date of execution** (dd/mm/yy)

4. **Cuantía Total**: Significará el valor o la cantidad de dinero total envuelta en el contrato.
   **Total Amount**: Consists of the total amount to be paid in accordance with the terms of the contract.

5. **Código del Tipo de Contrato**: Significará el propósito específico para el cual se otorga el contrato. Por ejemplo, si se trata de un Contrato de Servicios Profesionales, el propósito es identificar el servicio que se brindó: asesor legal, ingeniero, médico, etc.
**Contract Type Code**: Purpose of the contract, deed or related document. State the particular service to be rendered by the contractor such as; legal services, engineering, medical, etc.

6. **Exento:** Código de un dígito para indicar si los contratos están o no exentos de ser remitidos a la Oficina de Contralor (Art.9, Reglamento Núm. 33).
   **Exempt:** One digit code to indicate whether contract in exempt from notification to the Office the Comptroller (Art. 9, Regulation No. 33)

7. **Orden (Aprobación o dispensa de algún organismo del Gobierno)**: mencionar si se trata de un contrato o documento que requiere la aprobación previa o dispensa de algún funcionario del Gobierno para su otorgamiento. Ejemplo: Gobernador de Puerto Rico , Secretario de Justicia, Director Ejecutivo de la Oficina de Ética Gubernamental, Administrador de la Oficina Central de Asesoramiento Laboral y Administración de Recursos Humanos (OCALARH) u otro organismo gubernamental.
**Authorization or waiver from another government entity:** state if the contract or document requires the prior approval or waiver from some other Government official. For example, the Governor of Puerto Rico, Secretary of Justice, Executive Director of the Office on Government Ethics, Administrador of the Central Office of Labor Consulting and Human Resources Management or other government entity.

8. **Vigencia, Desde (dd/mm/aa) – Hasta (dd/mm/aa)**:  Significará la duración del contrato. Deberá incluir las fechas de comienzo y terminación. Ejemplo desde: 12 de noviembre de 1999 hasta el 30 de junio de 2000.
Duration, From (dd/mm/yy)- To (dd/mm/yy): The duration of the contract, wich includes the date , of origin and the date of termination. For **Example**: from November 12, 1999 to June 30, 2000.

9. **Seguro Social Personal o Patronal**: Número de Seguro Social federal para individuos o de cuenta patronal para sociedades, corporaciones u otras entidades
 **Social Security Number**: The federal social security number of the individual,  business, society, corporation or  other contracting entity

10. **Contratista (s)**: Indicará el nombre completo  de la persona o entidad contratada.
    **Contractor:** Indicate full name of government contractor.

11. **Representante (s) de la (s) Entidad(es) Gubernamental (es)**: Indique el nombre completo de la (s) persona (s) que comparece (n) en representación de la entidad.
    **Government representative (s):** State the name of the person(s) that appear on behalf of the government entity.

12. **En (ciudad) San Juan, hoy 30 de septiembre de 2002:** Indique ciudad y fecha de otorgado.
    **In** (city), today (dd/mm/yy)

·

CONTRATO NUMERO: 2011  ,0009-B
NNOMBRE CONTRATISTA: EMPRESAS OMAJEDE INC.
SEGURO SOCIAL PATRONAL CONTRATISTA: 66-0369044
CUANTIA TOTAL:$00.00

# GOBIERNO DE PUERTO RICO
# COMISIÓN DE SERVICIO PÚBLICO

## CONTRATO NUMERO: 2011-000009-B

**Otorgado en San Juan, Puerto Rico, a 7 de septiembre de 2012.**

## ENMIENDA AL CONTRATO 2011-000009, PARA CUMPLIR CON LA CLAUSULA DE AMORTIZACION DE MEJORAS. SE ANEJA COMO PARTE INTEGRAL DEL CONTRATO ORIGINAL NUM. 2011-000009.

## COMPARECEN

-----DE LA PRIMERA PARTE: Empresas Omajede, Inc., corporación propietaria, representada en este acto por el licenciado Antonio Betancourt, mayor de edad, soltero y vecino de Guaynabo, Puerto Rico, en carácter de Presidente de la corporación, con número de Seguro Social Patronal 66-0369044 y con oficinas en San Juan, Puerto Rico, en adelante denominado **EL ARRENDADOR.**--------------------------------------------------

-----DE LA SEGUNDA PARTE: La Comisión de Servicio Público de Puerto Rico, con Seguro Social Patronal 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, representada en este acto por su Presidente, el Lcdo. José H. Banuchi Hernández, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en su carácter de Presidente, en adelante denominada **EL ARRENDATARIO.** ------------

## EXPONEN

**PRIMERO:** El 9 de marzo de 2011, las partes comparecientes otorgaron el contrato número 2011-000009, de arrendamiento de un local comercial sito en el bien inmueble ubicado en la Carretera # 1, Calle Bori, Núm. 1608, San Juan, Puerto Rico. El local objeto de arrendamiento está ubicado en la primera planta del edificio y tiene una cabida de aproximadamente treinta y dos mil (32,000) pies cuadrados. El espacio arrendado también incluye ciento veinticinco (125) estacionamientos reservados para uso exclusivo del Arrendatario.

**SEGUNDO:** Para adaptar el local comercial a las necesidades del Arrendatario, el Arrendador realizó unas mejoras, para lo cual se incluyó en el contrato original una clausula de amortización de mejoras. A continuación, se transcribe la clausula cuarta del contrato original número 2011-000009, la cual origina el presente contrato/enmienda:

*"Del arrendatario decidir rescindir el contrato de arrendamiento antes de su vencimiento, El arrendatario pagará al Arrendador el costo no amortizado de las mejoras realizadas en el espacio utilizando el método contable de Línea Recta. El costo de las mejoras y otros costos incurridos relacionados con el contrato de arrendamiento no excederá la suma de Quinientos Mil Dólares (US $500.000.00), e incluye entre otros, honorarios de arquitecto, seguros, impuestos,*

*arbitrios, comisión de corredor de bienes raíces y costos de construcción, pintura y otras mejoras al primer piso del edificio y su estacionamiento. Luego que el Arrendador le entregue al Arrendatario el local, junto a un documento certificado, el cual formará parte integra del presente contrato, evidenciando facturas y costos incurridos en dichas mejoras, ambas partes firmarán una enmienda a este contrato fijando la cifra de las mejoras según evidenciada."*

**TERCERO:** Para el 1 de agosto de 2011, se hizo una enmienda al contrato 2011-000009, conocida como el contrato número 2011-000009-A, y titulada "Documento de Aceptación y Toma de Posesión del Local La Electrónica – Anejo al Contrato 2011-000009". El presente contrato/enmienda no cambia lo establecido en el contrato/enmienda número 2011-000009-A.-------------------------------------------------------

**CUARTO:** Habiendo entregado el Arrendador los documentos referentes a las Mejoras, el 11 de enero de 2012, los cuales constan de 120 folios donde se detalla el costo total de las mejoras, incluyendo, facturas, cartas, cheques, acuerdo de contratistas, etc., y el 15 de agosto de 2012, las certificaciones respectivas de parte de los suplidores de productos y servicios (13 folios), evidenciando los costos incurridos, para un total de trescientos cuarenta y dos mil setenta y cuatro con setenta centavos ($342,074.70),. --------------------

**QUINTO:** Hoy, el Arrendador, Empresas Omajede, Inc., en cumplimiento con la clausula Cuarta del contrato 2011-000009, o clausula de Amortización de Mejoras, y mediante este documentos hace constar la entrega de dichos documentos. -------------------

**SEXTO:** Evaluados los documentos por parte del Arrendatario, este no tiene objeción alguna a los mismos, por lo cual, los mismos se incluyen como anejo a este contrato/enmienda, y mediante este se hacen formar parte integral del contrato de arrendamiento original número 2011-000009.-------------------------------------------------

**SEPTIMO:** Todas las demás clausulas del contrato original número 2011-00009 y de la enmienda número 2011-2000009-A, siguen en efecto e inalteradas. Este contrato/enmienda se hace a los únicos fines de aceptar los documentos que evidencian el costo de las mejoras realizadas por el Arrendador.---------------------------------------------

**Y PARA QUE ASI CONSTE:**   Las partes comparecientes suscriben el presente contrato/enmienda en San Juan, Puerto Rico hoy  7 de septiembre de 2012.

Lcdo. Antonio Betancourt
Empresas Omajede, Inc.
Edificio la Electrónica, Inc.
Calle Borí # 1608
San Juan, PR 00927
Facsímile 787-765-2268
email - eoinc@tiwc.net

Lcdo. José H. Banuchi Hernández
Comisión de Servicio Público
PO Box 190870
San Juan, PR 00919-0870
Facsímile 787-300-6473
email:   jbanuchi@csp.gobierno.pr

Modelo OC-08-08 (Model  OC-08-08)
Rev. octubre 1999 (Rev. October 1999)
Reglamento Núm. 33 del 28 de enero de 1998
Regulation No. 33 of January 28, 1998

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO
OFICINA DEL CONTRALOR
OFFICE OF THE COMPTROLLER OF PUERTO RICO
SAN JUAN, PUERTO RICO

CERTIFICACIÓN
SOBRE OTORGAMIENTO DE CONTRATO, ESCRITURA O DOCUMENTO RELACIONADO
REGARDING THE EXECUTION OF CONTRACTS DEEDS AND OTHER RELATED DOCUMENTS

1. Código de Entidad        `2 | 1 | 8 | 4`
   Entity Code

2. Número del  Contrato      `2 | 0 | 1 | 1 | - | 0 | 0 | 0 | 0 | 0 | 9 | - | B`
   Contract Number

3. Fecha de Otorgamiento     `0 | 7 | - | 0 | 9 | - | 1 | 2`
   Date of execution (dd/mm/yy)

4. Cuantía Total     `| | $ | 0 | 0 | 0 | 0 | , | 0 | 0 | 0 | . | 0 | 0`
   Total amount

5. Código del Tipo del Contrato   `0 | 8`
   Contract Type Code

6. Exento     `0`
   Exempt
7. Orden   (Aprobación o dispensa de algún organismo del Gobierno)  _____
   Authorization or waiver from another government entity

8. Vigencia desde   `0 | 7 | - | 0 | 9 | - | 2 | 0 | 1 | 2`  hasta  `3 | 0 | - | 0 | 6 | | 2 | 0 | 1 | 6`
   Effective date from   (dd/mm/aa)        (dd/mm/yy)        to        (dd/mm/aa)
   (dd/mm/yy)

9. Seguro Social Personal o Patronal    `6 | 6 | 0 | - | 3 | 6 | - | 9 | 0 | 4 | 4`
   Social Security Number

10. Contratista (s)    **Empresas Omajede Inc.**
    (Contractor)

11. Representante (s) de la (s) Entidad (es) Gubernamental (es)    **LCDO. JOSE H. BANUCHI HERNANDEZ**
    (Government Representative (s)
Se somete la presente certificación en cumplimiento con Carta Circular promulgada por el Contralor de Puerto
Rico y en cumplimiento con el Reglamento Núm. 33 Sobre Registro de Contratos, Escrituras y Documentos
Relacionados y Envío de Copias a la Oficina del Contralor.  Esta debe ser remitida a la Oficina del Contralor.
(This certification is submitted in compliance with the instructions issued by the Comptroller of Puerto Rico
and in accordance with Regulation No. 33, regarding the Registration of Contracts, Deeds and Other Related
Documents and the Mailing of such Copies to the Comptroller's Office by the government entity.)

Los suscribientes certificamos haber otorgado hoy el contrato descrito en este documento.
The undersigned, certify having that the contract described in this document was executed on this date.

12. En (ciudad)    **San Juan**        , Puerto Rico, hoy    `0 | 7 | - | 0 | 9 | - | 1 | 2`
    In                            Puerto Rico,  toda (dd/mm/yy)

13. Firma(s) Parte(s) Contratista(s)        14. Firma(s) Funcionario (s) Gubernamental (es):
    Signature of the Contractor(s):            Signature of the Government Official (s):

_____           _____
Firma  (Signature)                          Firma (Signature)

_____           _____
Letra de molde (print)                      Letra de molde (print)
LCDO. ANTONIO BETANCOURT                     LCDO. JOSE H. BANUCHI HERNANDEZ

_____           _____
Firma (Signature)                           Firma (Signature)

_____           _____
Letra de molde (print)                      Letra de molde (print)

*Ver instrucciones al dorso (*See instructions on the reverse side of this form)