EXHIBIT 4

FIRST LETTER

Case:17-03283-LTS Doc#:22615-13 Filed:10/17/22 Entered:10/17/22 09:10:24 Desc:
Case 17-03283-LTS9 Exhibit 9 part 5 - Second Amended POC - Page 2 of 21
Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger
and other docs. Page 4 of 4

## Empresas Omajede Inc.

| | |
|---|---|
| **From:** | Lcdo. Pedro R. Vázquez Pesquera <pvazquez@vplawpr.com> |
| **Sent:** | Tuesday, June 13, 2017 10:46 AM |
| **To:** | eoinc@zellius.net |
| **Cc:** | Luis D. García Fraga; cgvazquez@csp.pr.gov |
| **Subject:** | Comunicación sobre entrega de llaves |
| **Attachments:** | Carta OMAJEDE entrega de llaves.pdf; ReportSpam.html |

Saludos,

Adjunto document de referencia, el que se explica por sí mismo.

Cordialmente,

## *Lcdo. Pedro R. Vázquez Pesquera*

**\*\*AVISO DE CONFIDENCIALIDAD\*\***
Esta transmisión electrónica es privilegiada y confidencial, y sólo podrá ser revisada por la persona o personas a quien está dirigida, sin importar el destinatario. Si ha recibido esta transmisión erróneamente, deberá así notificarlo de inmediato al remitente y destruir toda copia de la transmisión. Cualquier error en la transmisión no constituye una renuncia al privilegio abogado-cliente o a cualquier otro privilegio.

**\*\*CONFIDENTIALITY NOTICE \*\***
This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is intended, without regards to the addressee. If you have received this transmission in error, please immediately notify the sender, and destroy any copies of the electronic mail transmission. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

 Virus-free. www.avg.com

1

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger
and other docs. Page 4 of 4

**Empresas Omajede Inc.**
_____

| | |
|---|---|
| **From:** | Mr. Pedro R. Vázquez Pesquera <pvazquez@vplawpr.com> |
| **Sent:** | Tuesday, June 13, 2017 10:46 AM |
| **To:** | eoinc@zellius.net |
| **Cc:** | Luis D. García Fraga; cgvazquez@csp.pr.gov |
| **Subject:** | Key delivery communication |
| **Attachments:** | Carta OMAJEDE entrega de llaves.pdf; ReportSpam.html |

Greetings,

Attached is the above-referenced document, which is self-explanatory.

Cordially,

Mr. Pedro R. Vázquez Pesquera, Esq.

**CONFIDENTIALITY NOTICE **
This electronic mail transmission is privileged and confidential and is intended only for the
review of the party to whom it is intended, without regards to the addressee. If you have
received this transmission in error, please immediately notify the sender, and destroy any
copies of the electronic mail transmission. Unintended transmission shall not constitute waiver
of the attorney-client or any other privilege.

[icon] Virus-free.  www.avg.com

1


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:17-03283-LTS Doc#:22615-13 Filed:10/17/22 Entered:10/17/22 09:10:24 Desc:
Case 17-03283-LTS9 Exhibit 9 part 5 - Second Amended POC - Page 4 of 21
Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger
and other docs. Page 3 of 4



VAZQUEZ PESQUERA
LAW OFFICE

13 de junio de 2017

Lcdo. Antonio Betancourt Capó
Edificio La Electrónica
1608 Calle Bori, Suite 218
San Juan, Puerto Rico 00927-6112
eoinc@zellius.net

**VÍA EMAIL**

*RE: ENTREGA DE LLAVES DEL LOCAL
ANTERIORMENTE OCUPADO POR LA
COMISIÓN DE SERVICIO PÚBLICO*

Estimado licenciado Betancourt,

Reciba un cordial saludo. Como sabe, la Comisión de Servicio Público desocupó hace ya varios meses el local anteriormente arrendado en el Edificio La Electrónica, propiedad de Empresas Omajede. Sin embargo, no se había coordinado la entrega de las llaves del local.

A esos efectos, le agradeceremos nos deje saber dónde desea que se le haga entrega de las mencionadas llaves, para realizar dicha entrega a la brevedad posible.

Como siempre, nos reiteramos a su disposición para cualquier duda o información adicional.

Cordialmente,

Lcdo. Pedro R. Vázquez Pesquera

C: Lcdo. Luis D. García
   Presidente de la Comisión de Servicio Público

   Ing. Carlos Vázquez
   Administrador de la Comisión de Servicio Público

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger
and other docs. Page 3 of 4

**P** | VAZQUEZ PESQUERA
| LAW OFFICE

June 13, 2017

Mr. Antonio Betancourt Capó, Esq.
La Electrónica Building
1608 Bori Street, Suite 218
San Juan, Puerto Rico 00927-6112
eoinc@zellius.net

VIA EMAIL

### RE: DELIVERY OF KEYS TO PREMISES PREVIOUSLY OCCUPIED BY THE PUBLIC SERVICE COMMISSION

Dear Mr. Betancourt,

Greetings. As you know, several months ago the Public Service Commission vacated the premises previously leased in La Electrónica Building, owned by Empresas Omajede. However, delivery of the keys to the premises has not been arranged.

In this regard, please let us know where you would like to receive said keys, in order to carry out said delivery as soon as possible.

Please contact us should you have any questions or need further information.

Cordially,
[signature]
Mr. Pedro R. Vázquez Pesquera, Esq.

C:    Mr. Luis D. García
      Public Service Commission President

      Mr. Carlos Vázquez
      Public Service Commission Administrator

112 URUGUAY STREET, HATO REY, PUERTO RICO 00917
TEL. (787) 946-9400
FAX. (787) 946-9401
PVAZQUEZ@VPLAWPR.COM

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

EXHIBIT 5

SECOND LETTER

Case:17-03283-LTS Doc#:22615-13 Filed:10/17/22 Entered:10/17/22 09:10:24 Desc:
Case 17-03283-LTS9 Exhibit 9 part 5 - Second Amended POC Page 7 of 21 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger
and other docs. Page 2 of 4



GOBIERNO DE PUERTO RICO

Comisión de Servicio Público

13 de junio de 2017

Lcdo. Antonio Betancourt Capó
Edificio La Electrónica

Esteban E. Lomba Rodriguez M.B.A
Director Oficina Servicio Generales
Comisión de Servicio Público

## ENTREGA DE LLAVES DEL EDIFICIO LA ELECTRONICA

Reciba un saludo cordial. La presente es para efectuar la entrega de las llaves del
Edifico La Electrónica.

_____
Persona que Recibe

Luz S. Ortiz

_13 de Junio de 2017_

Fecha



Carr. # 1 Calle Bori # 1608 [Edif. Electrónica] San Juan, P.R. 00919-0870 * P.O. Box 190870 San Juan, P.R. 00919-0870

T: 787 756 1919 F: fax de oficina E: email personal@csp.pr.gov W: www.csp.pr.gov

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger
and other docs. Page 2 of 4

[coat of arms:
GOVERNMENT OF
PUERTO RICO]

## GOVERNMENT OF PUERTO RICO
Public Service Commission

June 13, 2017

Mr. Antonio Betancourt Capó, Esq.
La Electrónica Building

[signature]
Esteban E. Lomba Rodríguez M.B.A
General Services Office Director
Public Service Commission

## DELIVERY OF LA ELECTRONICA BUILDING KEYS

Greetings. The purpose of this letter is to carry out the delivery of La Electrónica Building keys.

[signature]                          *June 13, 2017*
Person who received them             Date
*Luz S. Ortiz*

[LOGO]  **100**
        **YEARS**
        SERVING PUERTO RICO

Road 1 Bori Street #1608 [Electrónica Bldg.] San Juan, P.R. 00919-0870 * P.O. Box 190870 San Juan, P.R. 00919-0870
P: 787 756 1919 F: office fax E: email personal@csp pr gov W: www csp pr gov



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

EXHIBIT 6

EXCEL TABLE

Case:17-03283-LTS Doc#:22615-13 Filed:10/17/22 Entered:10/17/22 09:10:24 Desc:
Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger
Exhibit 9 part 5 - Second Amended POC - Page 10 of 21
and other docs. Page 1 of 4
Page: 1

5/14/18 at 12:12:23.48

## EMPRESAS OMAJEDE, INC.

### Customer Ledgers

### For the Period From Jan 1, 2017 to May 14, 2018

Filter Criteria includes: 1) IDs: Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| Comision-CSP | 1/1/17 | Balance Fwd | | | | 94,388.04 |
| Comisión de Servicio Públic | 1/1/17 | CSP JAN17 | SJ | 66,666.66 | | 161,054.70 |
| | 1/23/17 | CSP AEE-JAN17 | SJ | 6,052.40 | | 167,107.10 |
| | 1/23/17 | 17-010 | CRJ | | 6,866.20 | 160,240.90 |
| | 2/1/17 | CSP FEB17 | SJ | 66,666.66 | | 226,907.56 |
| | 2/9/17 | 17-018 | CRJ | | 6,052.40 | 220,855.16 |
| | 2/13/17 | 17-019 | CRJ | | 46,000.00 | 174,855.16 |
| | 2/21/17 | CSP AEE-FEB17 | SJ | 6,726.81 | | 181,581.97 |
| | 2/22/17 | 17-022 | CRJ | | 46,000.00 | 135,581.97 |
| | 3/1/17 | CSP MAR17 | SJ | 66,666.66 | | 202,248.63 |
| | 3/10/17 | CM CSP-Lights | SJ | | 28.00 | 202,220.63 |
| | 3/10/17 | CM CSP-Lights1 | SJ | | 22.20 | 202,198.43 |
| | 3/15/17 | 17-031 | CRJ | | 6,726.81 | 195,471.62 |
| | 3/23/17 | CSP AEE-MAR17 | SJ | 5,977.02 | | 201,448.64 |
| | 4/1/17 | CSP APR17 | SJ | 66,666.66 | | 268,115.30 |
| | 4/25/17 | CSP AEE-APR17 | SJ | 3,721.41 | | 271,836.71 |
| | 5/1/17 | CSP MAY17 | SJ | 66,666.66 | | 338,503.37 |
| | 5/12/17 | 17-048 | CRJ | | 9,698.43 | 328,804.94 |
| | 6/1/17 | CSP JUNE17 | SJ | 66,666.66 | | 395,471.60 |
| Report Total | | | | 422,477.60 | 121,394.04 | 395,471.60 |

BALANCE AS OF MAY 3, 2017 -------------------------------------------------------------------338,503.37

JUNE 1, 2017 --- INVOICE FOR RENT OF JUNE 2017 -------------------------------------- 66,666.66

JUNE 13, 2017 --- CSP DELIVERED POSSESSION OF THE PREMISES TO OMAJEDE

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger and other docs. Page 1 of 4

[Translator's note: Page in English, except for term translated below:]

Comisión de Servicio Públic = Public Service Commission

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

EXHIBIT 7

INITIAL POC

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | **Petition Date:**<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | **Petition Date:**<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | **Petition Date:**<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | **Petition Date:**<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | **Petition Date:**<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# **Proof of Claim / Evidencia de reclamación**

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Empresas Omajede Inc.

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

| | |
|---|---|
| **2. Has this claim been acquired from someone else?**<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Empresas Omajede Inc.
Name / Nombre

1608 Calle Bori, Suite 218
Number / Número     Street / Calle

San Juan, PR 00927
City / Ciudad     State / Estado     ZIP Code / Código postal

787-766-0872
Contact phone / Teléfono de contacto

eoinc@zellius.net
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Empresas Omajede Inc.
Name / Nombre

1608 Calle Bori, Suite 218
Number / Número     Street / Calle

San Juan, PR 00927
City / Ciudad     State / Estado     ZIP Code / Código postal

787-766-0872
Contact phone / Teléfono de contacto

eoinc@zellius.net
Contact email / Correo electrónico de contacto

| | |
|---|---|
| **4. Does this claim amend one already filed?**<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| **5. Do you know if anyone else has filed a proof of claim for this claim?**<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ |

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| **6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>   Public Service Commission |
| **7. Do you supply goods and / or services to the government?**<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☑ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato:  66-0369044<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 66,666.66 |

| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 338,503.37 . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br><br>❑ No / No<br><br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other<br>charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios,<br>gastos u otros cargos exigidos por la Norma de Quiebras<br>3001(c)(2)(A). |
|---|---|
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>lease of commercial space |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ❑ No / No<br>❑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>❑ Motor vehicle / Vehículos<br><br>❑ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br><br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $ _____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $ _____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $ _____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>❑ Fixed / Fija<br>❑ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ❑ No / No<br>☑ Yes. **Amount necessary to cure any default as of the Petition Date.**<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ 338,503.37 |

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☑ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |

| | |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☑ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received   $_____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

---

### Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☐ I am the creditor. / Soy el acreedor.

☑ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el    05/23/2018      (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma   /s/ Kendra Loomis

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | Kendra Kay Loomis | | |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

| Title / Cargo | Attorney |
|---|---|

Company / Compañía _____

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

| Address / Dirección | P.O. Box 79078 | | |
|---|---|---|---|
| | Number / Número | Street / Calle | |
| | Carolina, PR 00984-9078 | | |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto 787-370-0255    Email / Correo electrónico loomislegal@gmail.com

---

Modified Official Form 410        **Proof of Claim**        page 4

EXHIBIT 8

FIRST AMENDED POC

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the Instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las Instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   Empresas Omajede Inc.
   _____
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| 2. **Has this claim been acquired from someone else?**<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
|---|---|---|
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Empresas Omajede Inc.<br>Name / Nombre<br><br>1608 Calle Bori, Suite 218<br>Number / Número    Street / Calle<br><br>San Juan, PR 00927<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>787-766-0872<br>Contact phone / Teléfono de contacto<br><br>eoinc@zellius.net<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?**<br>(if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Empresas Omajede Inc.<br>Name / Nombre<br><br>1608 Calle Bori, Suite 218<br>Number / Número    Street / Calle<br><br>San Juan, PR 00927<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>787-766-0872<br>Contact phone / Teléfono de contacto<br><br>eoinc@zellius.net<br>Contact email / Correo electrónico de contacto |
| 4. **Does this claim amend one already filed?**<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☒ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 1539<br>Filed on / Presentada el 05/25/2018        (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?**<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ | |

**Part 2 / Parte 2:**    **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>    Public Service Commission |
|---|---|
| 7. **Do you supply goods and / or services to the government?**<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: 66-0369044<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 66,666.66 |

| 8. How much is the claim? | $ 338,503.37                . Does this amount include interest or other charges? |
|---|---|
| ¿Cuál es el importe de la reclamación? | ¿Este importe incluye intereses u otros cargos? |

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

| 9. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. |
|---|---|
| ¿Cuál es el fundamento de la reclamación? | Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. |

lease of commercial space

| 10. Is all or part of the claim secured? | ☑ No / No |
|---|---|
| ¿La reclamación está garantizada de manera total o parcial? | ☐ Yes. The claim is secured by a lien on property. |

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

_____

**Annual Interest Rate** (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

| 11. Is this claim based on a lease? | ☐ No / No |
|---|---|
| ¿Esta reclamación está basada en un arrendamiento? | ☑ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ 338,503.37 |

Modified Official Form 410    Proof of Claim    page 3

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☑ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| --- | --- |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☑ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
| --- | --- |

---

**Part 3 / Parte 3:**  **Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☐ I am the creditor. / Soy el acreedor.

☑ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   ~~05/23/2018~~ 06/25/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  /s/ Kendra Loomis

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

| Name | Kendra Kay Loomis | | |
| --- | --- | --- | --- |
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

Title / Cargo  Attorney

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

| Address / Dirección | P.O. Box 79078 | | |
| --- | --- | --- | --- |
| | Number / Número | Street / Calle | |
| | Carolina, PR 00984-9078 | | |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |

Contact phone / Teléfono de contacto 787-370-0255   Email / Correo electrónico loomislegal@gmail.com

Modified Official Form 410          Proof of Claim          page 4