# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | CIVIL NO. 17-3283 (LTS) |
| AS A REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO | TITLE III PROMESA [PROPOSED ORDER] ON URGENT MOTION REQUESTING EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTION FOR RELIEF TO STAY. |

[PROPOSED ORDER] ON
URGENT MOTION REQUESTING EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR RELIEF FROM STAY

      The Court has received and reviewed the renewed *Urgent Motion Requesting Extension of Time to File a Response to the Motion for Relief from Stay* (Docket Entry No._____), filed by the State Insurance Fund Corporation (the "SIFC"). The aforesaid renewed Urgent Motion satisfies the Case Management Order Section I.H by providing a rationale for the extension request, a certification that the extension request is made in good faith and that it was "preceded by reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brough to the Court. . ." (Docket No. 20190 Ex. 1 (The "Case Management Order") § 1.H.).

The *Urgent Motion Requesting Extension of Time to File a Response to the Motion for Stay* is hereby GRANTED to SIFC, opposition papers to the *Motion for Relief for Stay* must be filed by **November 4, 2022**; and it is further ordered that Court grant seven (7) days to file Keila García Colon's reply papers by **November 11, 2022**. The Court will thereafter take the Motion on submission unless a party thereto requests a hearing.

SO ORDERED.

DATED:

                                                         _____
                                                        Laura Taylor Swain
                                                        United States District Judge