# EXHIBIT 2

# ACCEPTANCE TO TAKE POSSESSION

Case:17-03283-LTS Doc#:22621-12 Filed:10/17/22 Entered:10/17/22 15:41:12 Desc:
Exhibit 9 part 4 - Second Amended POC Page 2 of 16
Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 15 of 21

CONTRATO NÚMERO: 201 00009-A
Nombre del contratista: **EMPRESAS OMAJEDE INC.**
Seguro social patronal del contratista: ◼ 9044
Cuantía total: **$00.00**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## COMISIÓN DE SERVICIO PÚBLICO

CONTRATO NÚMERO: 2011-000009-A

Otorgado en San Juan, Puerto Rico, a 1 de agosto de 2011.

### DOCUMENTO DE ACEPTACIÓN Y TOMA DE POSECIÓN DEL LOCAL LA ELECTRÓNICA - ANEJO I AL CONTRATO 2011-000009

### COMPARECEN

---DE LA PRIMERA PARTE: Empresas Omajede, Inc., corporación propietaria, representada en este acto por el licenciado Antonio Betancourt, mayor de edad, soltero y vecino de Guaynabo, Puerto Rico, en carácter de Presidente de la corporación, con número de Seguro Social Patronal ◼ 9044 y con oficinas en San Juan, Puerto Rico, en adelante denominado **EL ARRENDADOR**.------------------------

---DE LA SEGUNDA PARTE: La Comisión de Servicio Público de Puerto Rico, con Seguro Social Patronal ◼ 7678, representada en este acto por el licenciado José H. Banuchi Hernández, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en su carácter de Presidente, en adelante denominada **EL ARRENDATARIO**. --------------------

### EXPONEN

**PRIMERO:** El 9 de marzo de 2011, las partes comparecientes otorgaron un contrato de arrendamiento de un local comercial sito en el bien inmueble ubicado en la Carretera # 1, Calle Bori Núm. 1608, San Juan, Puerto Rico. El local objeto de arrendamiento está en la primera planta del edificio y tiene una cabida de aproximadamente treinta y dos mil (32,000) pies cuadrados. El espacio arrendado también incluye ciento veinticinco (125) estacionamientos reservados para uso exclusivo del **ARRENDATARIO**.------------------

**SEGUNDO:** Hoy 1 de agosto de 2011, el Arrendador, Empresas Omajede Inc., hace entrega de la posesión del inmueble descrito en párrafo alquilado mediante contrato de arrendamiento # 2011-000009 y certifica que ha cumplido con las condiciones impuestas en el mismo para la entrega del local, a saber:

a) No tener deudas vencidas con el Departamento de Hacienda (cláusula vigésima primera (21ra) del contrato). Se incluye y se hace formar parte de este anejo al contrato, la certificación de no deuda del Departamento de Hacienda;[1]

---

[1] VIGÉSIMO PRIMERO: EL ARRENDADOR certifica y garantiza, que al momento de suscribir este contrato, ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y reconoce que existe una deuda por contribuciones al Estado Libre Asociado de Puerto Rico, por concepto de Planilla de IVU por Novecientos Ochenta Dólares con Setenta y Dos Centavos ($980.72) y una deuda por la Contribución Especial de Hacienda por Setenta Mil Quinientos Ochenta y Seis Dólares con Siete Centavos ($70,586.07), y además CERTIFICA Y GARANTIZA, que las mismas, estarán saldas al momento en que EL ARREDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato. El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido el financiamiento necesario para cubrir la deuda con el Estado Libre Asociado. EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.

Case:17-03283-LTS Doc#:22621-12 Filed:10/17/22 Entered:10/17/22 15:41:12 Desc:
Exhibit 9 part 4 - Second Amended POC Page 3 of 16

Case 17-03283-LTS Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 16 of 21

2

CONTRATO NÚMERO: 2011-000009-A
Nombre del contratista: **EMPRESAS OMAJEDE INC.**

    b) No tener deudas vencidas con el Centro de Recaudaciones de Ingresos Municipales (CRIM) (cláusula vigésima quinta (25ta)). Se incluye y se hace formar parte de este anejo al contrato, la certificación de no deuda del Centro de Ingresos Municipales;[2]

    c) Ha terminado las mejoras del local según dispuesto en el contrato de arrendamiento y el plano.

**TERCERO**: El presidente de la Comisión de Servicio Público, Lcdo. José H. Banuchi Hernández y otro personal de la Comisión de Servicio Público han inspeccionado las mejoras hechas en el local arrendado y ha determinado y certificado que las mismas cumplen con los compromisos y la especificaciones esbozadas en el contrato de arrendamiento y en el plano de mejoras aprobado por las partes comparecientes el 13 de abril de 2011; y que todos los sistemas del local incluyendo, pero no limitados, al eléctrico, el de aires acondicionados, de plomería, de prevención de incendios, están en conformidad con dicho contrato y plano y que, por tanto, el local está listo para ser ocupado desde hoy.

**CUARTO**: Finalmente, según la cláusula segunda (2da) del contrato 2011-000009, desde hoy 1 de agosto de 2011, en adelante, la posesión del local habiendo sido debidamente entregada al Arrendatario, comenzará a contar el término de treinta (30) días de gracia, que tiene el Arrendatario para poseer y/u ocupar el local sin pagar renta y costos de servicios eléctrico. El primer canon de renta de $46,000.00 será pagadero según lo acordado en el contrato 2011-000009.

**Y PARA QUE ASI CONSTE:** Las partes comparecientes suscriben el presente ANEJO Y/O DOCUMENTO DE ACEPTACIÓN en San Juan, Puerto Rico hoy 1 de agosto de 2011.

*(firma)*
**EMPRESAS OMAJEDE INC.**
P/C ANTONIO BETANCOURT
PRESIDENTE

*(firma)*
**COMISIÓN DE SERVICIO PÚBLICO**
JOSÉ H. BANUCHI HERNÁNDEZ
PRESIDENTE

---

[2] VIGÉSIMO QUINTO: EL ARRENDADOR reconoce que tiene deudas por concepto de propiedad mueble o inmueble con el Centro de Recaudaciones de Ingresos Municipales (CRIM); y además CERTIFICA y GARANTIZA, que la misma, estará salda al momento en que EL ARREDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato.------ El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido financiamiento necesario para cubrir la deuda con el Estado Libre Asociado. --------------------------------------------------- EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.--------- ------------------

Case:17-03283-LTS Doc#:22621-12 Filed:10/17/22 Entered:10/17/22 15:41:12 Desc:
Exhibit 9 part 4 - Second Amended POC Page 4 of 16
Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 17 of 21

3

Modelo OC-08-08 (Model OC-08-08)
Rev. Octubre 1999 (Rev. October 1999)
Reglamento Núm. 33 del 28 de enero de 1998
Regulation No. 33 of January 28, 1998

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO
OFICINA DEL CONTRALOR
OFFICE OF THE COMPTROLLER OF PUERTO RICO
SAN JUAN, PUERTO RICO

CERTIFICACIÓN
CERTIFICATION

SOBRE OTORGAMIENTO DE CONTRATO, ESCRITURA O DOCUMENTO RELACIONADO
REGARDING THE EXECUTION OF CONTRACTS DEEDS AND OTHER RELATED DOCUMENTS

1. Código de Entidad / Entity Code: 2 1 8 4

2. Número del Contrato / Contract Number: 2 0 1 1 - 0 0 0 0 0 9 - A

3. Fecha de Otorgamiento / Date of execution (dd/mm/yy): 0 1 - 0 8 - 1 1

4. Cuantía Total / Total amount: $ 0 0 0 0 , 0 0 0 . 0 0

5. Código del Tipo del Contrato / Contract Type Code: [  ]

6. Exento / Exempt: 0

7. Orden (Aprobación o dispensa de algún organismo del Gobierno)
Authorization or waiver from another government entity

8. Vigencia desde / Effective date from: 0 1 - 0 8 - 2 0 1 1 hasta / to 3 0 - 0 7 - 2 0 1 6

9. Seguro Social Personal o Patronal / Social Security Number: - 9 0 4 4

10. Contratista (s) / (Contractor): Empresas Omajede Inc.

11. Representante (s) de la (s) Entidad (es) Gubernamental (es) / (Government Representative (s)): JOSÉ H. BANUCHI HERNÁNDEZ

Se somete la presente certificación en cumplimiento con Carta Circular promulgada por el Contralor de Puerto Rico y en cumplimiento con el Reglamento Núm. 33 Sobre Registro de Contratos, Escrituras y Documentos Relacionados y Envío de Copias a la Oficina del Contralor. Esta debe ser remitida a la Oficina del Contralor. (This certification is submitted in compliance with the instructions issued by the Comptroller of Puerto Rico and in accordance with Regulation No. 33, regarding the Registration of Contracts, Deeds and Other Related Documents and the Mailing of such Copies to the Comptroller's Office by the government entity.)

Los suscribientes certificamos haber otorgado hoy el contrato descrito en este documento.
The undersigned, certify having that the contract described in this document was executed on this date.

12. En (ciudad) / In: San Juan, Puerto Rico, hoy / Puerto Rico, toda (dd/mm/yy): 0 1 - 0 8 - 1 1

13. Firma(s) Parte(s) Contratista(s) / Signature of the Contractor(s):

Firma (Signature)

Letra de molde (print)
ANTONIO BETANCOURT

Firma (Signature)

Letra de molde (print)

14. Firma(s) Funcionario (s) Gubernamental (es): / Signature of the Government Oficial (s):

Firma (Signature)

Letra de molde (print)
JOSÉ H. BANUCHI HERNÁNDEZ

Firma (Signature)

Letra de molde (print)

*Ver instrucciones al dorso (*See instructions on the reverse side of this form)

Case:17-03283-LTS Doc#:22621-12 Filed:10/17/22 Entered:10/17/22 15:41:12 Desc:
Exhibit 9 part 4 - Second Amended POC Page 5 of 16
Case 17-03283-LTS Claim 15292-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 18 of 21

4

## INSTRUCCIONES GENERALES PARA LA INFORMACION
## GENERAL INSTRUCTIONS FOR COMPLETING THE
## SOLICITADA EN LA CERTIFICACION DE OTORGAMIENTO Error! Bookmark not defined.
## APPLICATION REQUESTED IN THE CERTIFICATION REGARDINGError! Bookmark not defined.
## DE CONTRATOS, ESCRITURAS Y DOCUMENTOS RELACIONADOS

## THE EXECUTION OF CONTRACTS, DEEDS AND OTHER RELATED DOCUMENTS

1. **Código de Entidad**: Código de cuatro dígitos asignado por la Oficina del Contralor a la unidad.
   **Emity Code**: Four digits code assigned by the Office of the Comptroller to identify the entity.

2. **Número del Contrato**: Número que identifica el contrato, escritura o documento otorgado en orden correlativo. Este consiste de un prefijo, el número asignado por la entidad gubernamental y un sufijo. El prefijo identificará los cuatro dígitos del año fiscal en que se otorga el contrato. El número asignado por la entidad gubernamental, identificará el contrato en orden de otorgamiento dentro del año fiscal. El sufijo se utilizará para indicar las enmiendas que pueda tener el contrato. Estas se identificarán con una letra de la "A" a la "Y" en orden alfabético. Las enmiendas llevarán el mismo año y número original del contrato y en el sufijo se le agregará una letra comenzando con la "A". **Contract Number**:
The number that identifies the contract, deed or other related document. It should be in a sequential order. This number consists of a prefix, a number assigned by the entity, and a suffix.

3. **Fecha de Otorgamiento (dd/mm/aa)**: Identificará el día mes y el año en que las partes firman el contrato. **Date of execution (dd/mm/yy)**

4. **Cuantía Total**: Significará el valor o la cantidad de dinero total envuelta en el contrato.
   **Total Amount**: Consists of the total amount to be paid in accordance with the terms of the contract.

5. **Código del Tipo de Contrato**: Significará el propósito específico para el cual se otorga el contrato. Por ejemplo, si se trata de un Contrato de Servicios Profesionales, el propósito es identificar el servicio que se brindó: asesor legal, ingeniero, médico, etc.
   **Contract Type Code**: Purpose of the contract, deed or related document. State the particular service to be rendered by the contractor such as; legal services, engineering, medical, etc.

6. **Exento**: Código de un dígito para indicar si los contratos están o no exentos de ser remitidos a la Oficina de Contralor (Art.9, Reglamento Núm. 33).
   **Exempt**: One digit code to indicate whether contract in exempt from notification to the Office the Comptroller (Art. 9, Regulation No. 33)

7. **Orden (Aprobación o dispensa de algún organismo del Gobierno)**: mencionar si se trata de un contrato o documento que requiere la aprobación previa o dispensa de algún funcionario del Gobierno para su otorgamiento. Ejemplo: Gobernador de Puerto Rico, Secretario de Justicia, Director Ejecutivo de la Oficina de Ética Gubernamental, Administrador de la Oficina Central de Asesoramiento Laboral y Administración de Recursos Humanos (OCALARH) u otro organismo gubernamental.
   **Authorization or waiver from another government entity**: state if the contract or document requires the prior approval or waiver from some other Government official. For example, the Governor of Puerto Rico, Secretary of Justice, Executive Director of the Office on Government Ethics, Administrador of the Central Office of Labor Consulting and Human Resources Management or other government entity.

8. **Vigencia, Desde (dd/mm/aa) – Hasta (dd/mm/aa)**: Significará la duración del contrato. Deberá incluir las fechas de comienzo y terminación. Ejemplo desde: 12 de noviembre de 1999 hasta el 30 de junio de 2000.
   **Duration, From (dd/mm/yy)- To (dd/mm/yy)**: The duration of the contract, wich includes the date, of origin and the date of termination. For **Example**: from November 12, 1999 to June 30, 2000.

9. **Seguro Social Personal o Patronal**: Número de Seguro Social federal para individuos o de cuenta patronal para sociedades, corporaciones u otras entidades
   **Social Security Number**: The federal social security number of the individual, business, society, corporation or other contracting entity

10. **Contratista (s)**: Indicará el nombre completo de la persona o entidad contratada.
    **Contractor**: Indicate full name of government contractor.

11. **Representante (s) de la (s) Entidad(es) Gubernamental (es)**: Indique el nombre completo de la (s) persona (s) que comparece (n) en representación de la entidad.
    **Government representative (s)**: State the name of the person(s) that appear on behalf of the government entity.

12. **En (ciudad) San Juan, hoy 30 de septiembre de 2002**: Indique ciudad y fecha de otorgado.
    **In (city), today (dd/mm/yy)**

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 15 of 21

CONTRACT NUMBER: 201[illegible]00009-A
Name of contractor: EMPRESAS OMAJEDE INC.
Contractor employer identification number: XXX9044
Total amount: $00.00

## COMMONWEALTH OF PUERTO RICO
## PUBLIC SERVICE COMMISSION

CONTRACT NUMBER: 2011-000009-A

Executed in San Juan, Puerto Rico, on August 1, 2011.

DOCUMENT REGARDING ACCEPTANCE AND ENTERING INTO POSSESSION OF LA ELECTRÓNICA PREMISES
APPENDIX I TO AGREEMENT 2011-000009

COME NOW

THE FIRST PARTY: Empresas Omajede, Inc., owning corporation, represented in this act by Mr. Antonio Betancourt, of legal age, unmarried and resident of Guaynabo, Puerto Rico, in his capacity as President of the corporation, with Employer Identification Number XXX9044, and with offices in San Juan, Puerto Rico, hereinafter referred to as the LESSOR.

THE SECOND PARTY: The Puerto Rico Public Service Commission, with Employer Identification Number XXX-7678, represented in this act by Mr. José H. Banuchi Hernández, of legal age, unmarried and resident of San Juan, Puerto Rico, in his capacity as President, hereinafter referred to as the LESSEE.
AND STATE
FIRST: On March 9, 2011, the appearing parties executed an agreement to lease commercial premises in an immovable property located on Road 1, Bori Street No. 1608, San Juan, Puerto Rico. The premises that are the subject of the lease are on the first floor of the building and measure approximately thirty-two thousand (32,000) square feet. The leased premises also include one hundred and twenty-five (125) parking spots for exclusive use by the LESSEE.

SECOND: Today, August 1, 2011, the Lessor, Empresas Omajede Inc., delivers possession of the immovable property described in paragraph leased under lease agreement # 2011-000009 and certifies that it has complied with the conditions imposed in it for delivery of the premises, to wit:
  a) Not having outstanding debts with the Department of the Treasury (clause twenty-first (21st) of the agreement). The no debt certification from the Department of the Treasury is included and made a part of the present appendix to the agreement;[1]

[Two sets of initials on left-hand margin of this page.]

---
[1] TWENTY-FIRST: The LESSOR certifies and guarantees that, at the time of execution of the present agreement, it has filed its tax returns for the five (5) years preceding this agreement, and recognizes that there is a tax debt with the Commonwealth of Puerto Rico, in respect of the SUT Return in the amount of Nine Hundred and Eighty Dollars and Seventy-two Cents ($980.72), and a debt in respect of the Special Treasury Tax in the amount of Seventy Thousand Five Hundred and Eighty-six Dollars and Seven Cents ($70,586.07); additionally, it CERTIFIES AND GUARANTEES that they shall have been paid in full as of the moment that the LESSEE enters into possession of the immovable property that is the subject of the lease, and to prove so the LESSOR shall provide evidence in the form of documentation to the LESSEE of the payment in full of the same, and it shall be made a part of this agreement. The LESSOR has presented documentary evidence, showing LESSEE that it has obtained the necessary financing to cover the debt with the Commonwealth. The LESSOR specifically recognizes that what has been agreed to in this clause is an essential condition of the present agreement and that, if the preceding certification is incorrect in whole or in part, this shall be sufficient cause to terminate the present agreement and for the LESSOR to have to return to LESSEE all sums of money received under the present agreement.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 16 of 21

2

CONTRACT NUMBER: 2011-000009-A
Name of contractor: EMPRESAS OMAJEDE INC.

- b) Not having outstanding debts with the Municipal Income Collection Center (CRIM) (clause twenty-fifth (25th) of the agreement). The no debt certification from the Municipal Income Collection Center is included and made a part of the present appendix to the agreement;[2]

- c) Having finished the improvements to the premises in accordance with the provisions of the agreement and the plan.

THIRD: The president of the Public Service Commission, Mr. José H. Banuchi Hernández, and other personnel of the Public Service Commission, have inspected the improvements made to the leased premises and have determined and certified that they comply with the commitments and specifications stated in the lease agreement and in the improvement plan approved by the appearing parties on April 13, 2011; and that all of the systems in the premises, including, but not limited to, the electrical, air conditioning, plumbing, and fire prevention systems, are in accordance with said agreement and plan and that, consequently, the premises are ready to be occupied from today.

FOURTH: Lastly, in accordance with the second (2nd) clause of agreement 2011-000009, from today, August 1, 2011, with the possession of the premises having been duly delivered to the Lessee, the grace period of thirty (30) days, given to Lessee to possess and/or occupy the premises without paying rent or electric power services, shall begin running. The first rent payment of $46,000.00 shall be payable in accordance with the provisions of agreement 2011-000009.

IN WITNESS WHEREOF: The appearing parties execute the present APPENDIX AND/OR ACCEPTANCE DOCUMENT in San Juan, Puerto Rico, today, August 1, 2011.

[signature]
EMPRESAS OMAJEDE, INC.
THRU ANTONIO BETANCOURT
PRESIDENT

[signature]
PUBLIC SERVICE COMMISSION
JOSÉ H. BANUCHI HERNÁNDEZ
PRESIDENT

---

[2] TWENTY-FIFTH: The LESSOR recognizes that it has debts in respect of movable or immovable property with the Municipal Income Collection Center (CRIM); additionally, it CERTIFIES AND GUARANTEES that it shall have been paid in full as of the moment that the LESSEE enters into possession of the immovable property that is the subject of the lease, and to prove so the LESSOR shall provide evidence in the form of documentation to the LESSEE of the payment in full of the same, and it shall be made a part of this agreement. The LESSOR has presented documentary evidence, showing LESSEE that it has obtained the necessary financing to cover the debt with the Commonwealth.

The LESSOR specifically recognizes that what has been agreed to in this clause is an essential condition of the present agreement and that, if the preceding certification is incorrect in whole or in part, this shall be sufficient cause to terminate the present agreement and for the LESSOR to have to return to LESSEE all sums of money received under the present agreement.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Model OC-08-08 in both languages, Spanish and English.]



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: GENERAL INSTRUCTIONS FOR COMPLETING THE APPLICATION REQUESTED IN THE CERTIFICATION REGARDING THE EXECUTION OF CONTRACTS, DEEDS AND OTHER RELATED DOCUMENTS in both languages, Spanish and English.]



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

# EXHIBIT 3

# LEASE AMENDMENT

Case:17-03283-LTS Doc#:22621-12 Filed:10/17/22 Entered:10/17/22 15:41:12 Desc:
Exhibit 9 part 4 - Second Amended DOC Page 11 of 16
Case 17-03283-LTS Claim 15392 Part 3 Filed 05/25/18 Exhibit B6 rental contract Page 19 of 21

CONTRATO NUMERO: 2011 -0009-B
NNOMBRE CONTRATISTA: EMPRESAS OMAJEDE INC.
SEGURO SOCIAL PATRONAL CONTRATISTA: ◼◼ 9044
CUANTIA TOTAL:$00.00

# GOBIERNO DE PUERTO RICO
# COMISIÓN DE SERVICIO PÚBLICO

**CONTRATO NUMERO: 2011-000009-B**

Otorgado en San Juan, Puerto Rico, a 7 de septiembre de 2012.

**ENMIENDA AL CONTRATO 2011-000009, PARA CUMPLIR CON LA CLAUSULA DE AMORTIZACION DE MEJORAS. SE ANEJA COMO PARTE INTEGRAL DEL CONTRATO ORIGINAL NUM. 2011-000009.**

**COMPARECEN**

-----DE LA PRIMERA PARTE: Empresas Omajede, Inc., corporación propietaria, representada en este acto por el licenciado Antonio Betancourt, mayor de edad, soltero y vecino de Guaynabo, Puerto Rico, en carácter de Presidente de la corporación, con número de Seguro Social Patronal ◼◼ 9044 y con oficinas en San Juan, Puerto Rico, en adelante denominado **EL ARRENDADOR**.-------------------------------------------------

-----DE LA SEGUNDA PARTE: La Comisión de Servicio Público de Puerto Rico, con Seguro Social Patronal ◼◼ 7678, representada en este acto por su Presidente, el Lcdo. José H. Banuchi Hernández, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en su carácter de Presidente, en adelante denominada **EL ARRENDATARIO**. ------------

**EXPONEN**

**PRIMERO:** El 9 de marzo de 2011, las partes comparecientes otorgaron el contrato número 2011-000009, de arrendamiento de un local comercial sito en el bien inmueble ubicado en la Carretera # 1, Calle Bori, Núm. 1608, San Juan, Puerto Rico. El local objeto de arrendamiento está ubicado en la primera planta del edificio y tiene una cabida de aproximadamente treinta y dos mil (32,000) pies cuadrados. El espacio arrendado también incluye ciento veinticinco (125) estacionamientos reservados para uso exclusivo del Arrendatario.

**SEGUNDO:** Para adaptar el local comercial a las necesidades del Arrendatario, el Arrendador realizó unas mejoras, para lo cual se incluyó en el contrato original una clausula de amortización de mejoras. A continuación, se transcribe la clausula cuarta del contrato original número 2011-000009, la cual origina el presente contrato/enmienda:

> *"Del arrendatario decidir rescindir el contrato de arrendamiento antes de su vencimiento, El arrendatario pagará al Arrendador el costo no amortizado de las mejoras realizadas en el espacio utilizando el método contable de Línea Recta. El costo de las mejoras y otros costos incurridos relacionados con el contrato de arrendamiento no excederá la suma de Quinientos Mil Dólares (US $500,000.00), e incluye entre otros, honorarios de arquitecto, seguros, impuestos,*

Case:17-03283-LTS Doc#:22621-12 Filed:10/17/22 Entered:10/17/22 15:41:12 Desc:
Exhibit 9 part 4 - Second Amended POC Page 12 of 16
Case 17-03283-LTS Claim 15392-2 Part 3 Filed 06/25/18 Desc Exhibit B6 rental contract Page 20 of 21

2

*arbitrios, comisión de corredor de bienes raíces y costos de construcción, pintura y otras mejoras al primer piso del edificio y su estacionamiento. Luego que el Arrendador le entregue al Arrendatario el local, junto a un documento certificado, el cual formará parte integra del presente contrato, evidenciando facturas y costos incurridos en dichas mejoras, ambas partes firmarán una enmienda a este contrato fijando la cifra de las mejoras según evidenciada."*

**TERCERO:** Para el 1 de agosto de 2011, se hizo una enmienda al contrato 2011-000009, conocida como el contrato número 2011-000009-A, y titulada "Documento de Aceptación y Toma de Posesión del Local La Electrónica – Anejo al Contrato 2011-000009". El presente contrato/enmienda no cambia lo establecido en el contrato/enmienda número 2011-000009-A.-------------------------------------------------

**CUARTO:** Habiendo entregado el Arrendador los documentos referentes a las Mejoras, el 11 de enero de 2012, los cuales constan de 120 folios donde se detalla el costo total de las mejoras, incluyendo, facturas, cartas, cheques, acuerdo de contratistas, etc., y el 15 de agosto de 2012, las certificaciones respectivas de parte de los suplidores de productos y servicios (13 folios), evidenciando los costos incurridos, para un total de trescientos cuarenta y dos mil setenta y cuatro con setenta centavos ($342,074.70),. --------------------

**QUINTO:** Hoy, el Arrendador, Empresas Omajede, Inc., en cumplimiento con la clausula Cuarta del contrato 2011-000009, o clausula de Amortización de Mejoras, y mediante este documentos hace constar la entrega de dichos documentos. -------------------

**SEXTO:** Evaluados los documentos por parte del Arrendatario, este no tiene objeción alguna a los mismos, por lo cual, los mismos se incluyen como anejo a este contrato/enmienda, y mediante este se hacen formar parte integral del contrato de arrendamiento original número 2011-000009.-----------------------------------------------

**SEPTIMO:** Todas las demás clausulas del contrato original número 2011-00009 y de la enmienda número 2011-2000009-A, siguen en efecto e inalteradas. Este contrato/enmienda se hace a los únicos fines de aceptar los documentos que evidencian el costo de las mejoras realizadas por el Arrendador.-----------------------------------------

**Y PARA QUE ASI CONSTE:** Las partes comparecientes suscriben el presente contrato/enmienda en San Juan, Puerto Rico hoy 7 de septiembre de 2012.

_____
Lcdo. Antonio Betancourt
Empresas Omajede, Inc.
Edificio la Electrónica, Inc.
Calle Borí # 1608
San Juan, PR 00927
Facsímile 787-765-2268
email - eoinc@tiwc.net

_____
Lcdo. José H. Banuchi Hernández
Comisión de Servicio Público
PO Box 190870
San Juan, PR 00919-0870
Facsímile 787-300-6473
email:    jbanuchi@csp.gobierno.pr

Case:17-03283-LTS Doc#:22621-12 Filed:10/17/22 Entered:10/17/22 15:41:12 Desc: Exhibit 9 part 4 - Second Amended POC Page 13 of 16

Case 17-03283-LTS Claim 15392-2 Part 3 Filed 06/25/18 Desc Exhibit B6 rental contract Page 21 of 21

3

Modelo OC-08-08 (Model OC-08-08)
Rev. octubre 1999 (Rev. October 1999)
Reglamento Núm. 33 del 28 de enero de 1998
Regulation No. 33 of January 28, 1998

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO
OFICINA DEL CONTRALOR
OFFICE OF THE COMPTROLLER OF PUERTO RICO
SAN JUAN, PUERTO RICO

CERTIFICACIÓN
SOBRE OTORGAMIENTO DE CONTRATO, ESCRITURA O DOCUMENTO RELACIONADO
REGARDING THE EXECUTION OF CONTRACTS DEEDS AND OTHER RELATED DOCUMENTS

1. Código de Entidad / Entity Code: 2 1 8 4

2. Número del Contrato / Contract Number: 2011-000009-B

3. Fecha de Otorgamiento / Date of execution (dd/mm/yy): 07-09-12

4. Cuantía Total / Total amount: $ 0 0 0 0 0 , 0 0 0 . 0 0

5. Código del Tipo del Contrato / Contract Type Code: 0 8

6. Exento / Exempt: 0

7. Orden (Aprobación o dispensa de algún organismo del Gobierno) / Authorization or waiver from another government entity

8. Vigencia desde / Effective date from (dd/mm/yy): 07-09-2012 hasta / to: 30-06-2016 (dd/mm/aa)

9. Seguro Social Personal o Patronal / Social Security Number: -9044

10. Contratista(s) / (Contractor): **Empresas Omajede Inc.**

11. Representante(s) de la(s) Entidad(es) Gubernamental(es) / (Government Representative(s)): **LCDO. JOSE H. BANUCHI HERNANDEZ**

Se somete la presente certificación en cumplimiento con Carta Circular promulgada por el Contralor de Puerto Rico y en cumplimiento con el Reglamento Núm. 33 Sobre Registro de Contratos, Escrituras y Documentos Relacionados y Envío de Copias a la Oficina del Contralor. Esta debe ser remitida a la Oficina del Contralor. (This certification is submitted in compliance with the instructions issued by the Comptroller of Puerto Rico and in accordance with Regulation No. 33, regarding the Registration of Contracts, Deeds and Other Related Documents and the Mailing of such Copies to the Comptroller's Office by the government entity.)

Los suscribientes certificamos haber otorgado hoy el contrato descrito en este documento.
The undersigned, certify having that the contract described in this document was executed on this date.

12. En (ciudad) / In: San Juan, Puerto Rico, hoy / Puerto Rico, toda (dd/mm/yy): 07-09-12

13. Firma(s) Parte(s) Contratista(s) / Signature of the Contractor(s):
Firma (Signature)

Letra de molde (print)
LCDO. ANTONIO BETANCOURT

Firma (Signature)

Letra de molde (print)

14. Firma(s) Funcionario(s) Gubernamental(es) / Signature of the Government Official(s):
Firma (Signature)

Letra de molde (print)
LCDO. JOSE H. BANUCHI HERNANDEZ

Firma (Signature)

Letra de molde (print)

*Ver instrucciones al dorso (*See instructions on the reverse side of this form)

CERTIFIED TRANSLATION

CONTRACT NUMBER: 2011[illegible]0009-B
NAME OF CONTRACTOR: EMPRESAS OMAJEDE INC.
CONTRACTOR EMPLOYER IDENTIFICATION NUMBER: XXX9044
TOTAL AMOUNT: $00.00

## GOVERNMENT OF PUERTO RICO
## PUBLIC SERVICE COMMISSION

CONTRACT NUMBER: 2011-000009-B

Executed in San Juan, Puerto Rico, on September 7, 2012.

**AMENDMENT TO CONTRACT 2011-000009, TO COMPLY WITH IMPROVEMENT AMORTIZATION CLAUSE.**
**IT IS ATTACHED AS AN INTEGRAL PART OF ORIGINAL CONTRACT NO. 2011-000009.**

### COME NOW

THE FIRST PARTY: Empresas Omajede, Inc., owning corporation, represented in this act by Mr. Antonio Betancourt, of legal age, unmarried and resident of Guaynabo, Puerto Rico, in his capacity as President of the corporation, with Employer Identification Number XXX9044, and with offices in San Juan, Puerto Rico, hereinafter referred to as the LESSOR.

THE SECOND PARTY: The Puerto Rico Public Service Commission, with Employer Identification Number XXX-7678, represented in this act by its President, Mr. José H. Banuchi Hernández, of legal age, unmarried and resident of San Juan, Puerto Rico, in his capacity as President, hereinafter referred to as the LESSEE.

### AND STATE

FIRST: On March 9, 2011, the appearing parties executed agreement number 2011-000009 to lease commercial premises in an immovable property located on Road 1, Bori Street, No. 1608, San Juan, Puerto Rico. The premises that are the subject of the lease are on the first floor of the building and measure approximately thirty-two thousand (32,000) square feet. The leased premises also include one hundred and twenty-five (125) parking spots reserved for exclusive use by the Lessee.

SECOND: In order to adapt the commercial premises to the needs of the Lessee, the Lessor made some improvements, for which an improvement amortization clause was included in the original agreement. The fourth clause of original agreement number 2011-000009, which gives rise to the present agreement/amendment, is transcribed below:

> "If the lessee decides to terminate the lease agreement before its expiration, The lessee shall pay the lessor the unrecovered cost of the improvements made in the premises using the Straight Line accounting method. Improvement costs and other costs incurred in relation to the lease agreement shall not exceed the amount of Five Hundred Thousand Dollars (US $500,000.00), and includes, among others, architect fees, insurance, taxes,

[Two sets of initials on left-hand margin of this page.]

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 20 of 21

2

excise taxes, real estate agent commission and constructions costs, paint and other improvements to the first floor of the building and its parking area. After the Lessor delivers to Lessee the premises, along with a certified document, which shall be an integral part of the present agreement, evidencing invoices and costs incurred in respect of said improvements, both parties shall sign an amendment to this agreement establishing the improvement amount as evidenced."

THIRD: On August 1, 2011, an amendment was made to agreement 2011-000009, known as agreement number 2011-000009-A, and titled "Document regarding Acceptance and Entering into Possession of La Electrónica Premises - Appendix to Agreement 2011-000009." The present agreement/amendment does not change what was established in agreement/amendment number 2011-000009-A.

FOURTH: Following delivery by the Lessor of the documents related to the Improvements, on January 11, 2012, which consist of 120 pages detailing the total cost of the improvements, including invoices, letters, checks, contractor agreement, etc., and on August 15, 2012, the applicable certifications from product and service suppliers (13 pages), evidencing the costs incurred, for a total of three hundred and forty-two thousand seventy-four and seventy cents ($342,074.70),.

FIFTH: Today, the Lessor, Empresas Omajede, Inc., in compliance with the Fourth clause of agreement 2011-000009, or Improvement Amortization clause, and hereby certifies delivery of said documents.

SIXTH: Following an evaluation of the documents by the Lessee, the latter does not have any objection to the same; therefore, they are included as an appendix to the present agreement/amendment, and by virtue of the same are made an integral part of original lease agreement number 2011-000009.

SEVENTH: All the other clauses of original agreement number 2011-00009, and of amendment number 2011-2000009-A, continue to be in force and effect and unaltered. This contract/amendment is executed for the sole purpose of accepting the documents which evidence the cost of the improvements made by the Lessor.

IN WITNESS WHEREOF: The appearing parties execute the present agreement/amendment in San Juan, Puerto Rico, today, September 7, 2012.

[signature]  
Mr. Antonio Betancourt  
Empresas Omajede, Inc.  
Edificio la Electrónica, Inc.  
Borí Street # 1608  
San Juan, PR 00927  
Fax 787-765-2268  
email - eoinc@tiwc.net

[signature]  
Mr. José H. Banuchi Hernández  
Public Service Commission  
PO Box 190870  
San Juan, PR 00919-0870  
Fax 787-300-6473  
email: jbanuchi@csp.gobierno.pr



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Model OC-08-08 in both languages, Spanish and English.]



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.