```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
```
-----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

      Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------------x

### NOTICE CONCERNING NOVEMBER 2-3, 2022, OMNIBUS HEARING

The Court will conduct the November 2-3, 2022, omnibus hearing (the "Hearing") in Courtroom 17C[2] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 (the "New York Courtroom") and by video teleconference in a courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courtroom"). Judge Swain will be present in the New York Courtroom and video-teleconferencing facilities will be available in the San Juan Courtroom.

Counsel who intend to participate in the Hearing should expect to appear in the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the Hearing to confirm the courtroom location.

New York Courtroom or the San Juan Courtroom. Counsel who are not scheduled to present argument will have the following options to access the Hearing: (i) observe in person in the New York Courtroom, (ii) observe a video feed of the Hearing in person in the San Juan Courtroom, or (iii) register for a speaking line and/or listen-only CourtSolutions access line.

        Members of the public and press who wish to view but not participate in the Hearing will have the option to: (i) observe in person in the New York Courtroom or the San Juan Courtroom, or (ii) listen to the Hearing on the listen-only telephone line. A procedures order governing the in-person proceedings will be entered in due course.

        SO ORDERED.

Dated: October 18, 2022

        /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge