ESTADO LIBRE ASOCIADO DE
PUERTO RICO
OFICINA DE GERENCIA DE PERMISOS

3 de junio de 2014

Dra. Olga E. Rivera Velazco
Presidenta / CEO
Instituto Comercial de Puerto Rico, Inc.
PO Box 190394
San Juan, Puerto Rico, 00919-0304

Ref: **Contrato Número 2014-000011**
**Arrendamiento de local Oficina Regional de Arecibo**

Estimada doctora Rivera:

El 22 de noviembre de 2013, la Oficina de Gerencia de Permisos (OGPe) formalizó el contrato 2014-000011. Mediante el cual, la OGPe arrendó un local su propiedad ubicado en la Carr. Núm 2, Km 80.4, en el Municipio de Arecibo, Puerto Rico. La vigencia sería por un término de cinco (5) años a partir del 1ro. de diciembre de 2013

Debido a las circunstancias fiscales que atraviesa el Gobierno de Puerto Rico, así como a la enmienda a la Ley que crea a la Agencia, nos hemos visto en la obligación de reducir gastos operacionales. Por tal razón, se solicitaron propuestas para reubicar la Oficina Regional a un local más pequeño y económico.

En la cláusula XV. "Resolución" del contrato, se establece que ambas partes podrán dar por terminado este contrato, mediante notificación escrita a la otra parte con ciento veinte días (120) de antelación. Los cuales comenzarán a contarse a partir de la fecha de esta comunicación.

Por lo antes expuesto y en cumplimiento con lo estipulado en dicha cláusula, le informamos de forma oficial, que mantendremos el local arrendado hasta el 1 de octubre, fecha en que se cumplen los 120 días. Agradecemos la oportunidad de habernos permitido mantener, durante los pasados años, las facilidades de nuestra Oficina Regional de Arecibo en dicho local.

Cordialmente,

Alberto Lastra Power
Director Ejecutivo

Centro Gubernamental Roberto Sánchez Vilella
Edif. Norte, Piso 13
Ave. De Diego, Pda. 22
Santurce, PR 00940
787-721-8282

Arq. Alberto Lastra Power
Director Ejecutivo

OGPe
Oficina de Gerencia de Permisos