

PO Box 190304, San Juan, P. 00919-0304
T• 787-753-6000 / 787-763-1010 / 787 63-1914





7018 0360 0001 5531 8651

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BUILDING
SAN JUAN, PUERTO RICO 00918-1767



00918-170625