FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 40502          **Creditor Name:** CEPEDA RODRIGUEZ, CARMEN R

| | | |
|---|---|---|
| (1) | Nombre Completo | *Carmen R. Cepeda Rodriguez* |
| (2) | Número de teléfono | 939-639-8977 |
| (3) | Número de empleado | 8659 |
| (4) | Agencia para la cual trabaja(ó) y fecha.   Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | *Departamento Transportación y obras publicas 31 marzo 93* |
| (5) | Correo electrónico | *Carmen gollicepeda @ gmail.com.* |
| (6) | Número de seguro social (últimos cuatro dígitos) | REDACTED   7734 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)  #163463-1 <br> # Reclamación. 40502 <br> 163463-1. <br> caso #17-B·K-03283-LTS caso principal |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | *Comenzado en el año 87 a trabajar (e) tareas realizad son Acargo de los empleado de Mantenimient Acargo de la flota de Vehiculo de Motor y renovar de Lic de Vehiculo de Motor, adiestramiento y renovar de Lic. Conducir Acargo del cuadr tel. y cesa, segun Oficina central y Fecha de pago de Alendrosta y AEE por tal motivo entiend que se muda de pago dicha de Monto y tngo que salisa ordnl por en forllon Algnt evideic* |

*** Attach any supporting documentation you may have related to your claim. ***



17032830021844Z

Exhibit A

## EMPLOYEE RESPONSE LETTER

**Claim No.** 40502          **Creditor Name:**  **CEPEDA RODRIGUEZ, CARMEN R**

| | |
|---|---|
| (1)  Full Name | |
| (2)  Telephone Number | |
| (3)  Employee Number | |
| (4)  Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5)  Personal Email Address | |
| (6)  Social Security Number (last four digits). | |
| (7)  Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8)  Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

17032830021 8442