GOBIERNO DE PUERTO RICO

Departamento de Transportación y Obras Públicas



ANEJO II

Recursos Humanos

NOV 2 9 2018

3 33 M

DESCRIPCIÓN DEL PUESTO

| 1 | Apellido Paterno<br>Cepeda | Apellido Materno<br>Rodríguez | Nombre e Inicial<br>Carmen R | 5 | Título Funcional del Puesto |
|---|---|---|---|---|---|
| 2 | Número de Seguro Social<br>7734 | 3 | Número del Puesto<br>8659 | 6 | Oficina, División y Sección<br>Servicios Generales |
| 4 | Título Oficial del Puesto<br>OFICINISTA IV | | | 7 | Teléfono y extensión<br>2228 |

8 | Detalle las funciones esenciales y marginales que usted realiza en el orden de importancia de las mismas, comenzando con la más importante. Indique el tiempo que dedica a cada una en por ciento del total del tiempo que dedica a su puesto. ESTA ES LA PARTE MÁS IMPORTANTE DEL FORMULARIO. Use sus propias palabras y haga las descripciones tan claras que personas que no estén familiarizadas con su trabajo entiendan con exactitud lo que usted hace. Las funciones marginales deberán identificarse como tales al finalizar el detalle de las funciones esenciales.

| TIEMPO | FUNCIONES DEL PUESTO | NO LLENE ESTE ESPACIO |
|---|---|---|
| | **ESENCIALES** | |
| 15% | Coordinadora de Adiestramiento Examen y Renovación de Licencia de Conducir de Vehículos Oficiales. | |
| 10% | Prepara y mantiene actualizado el listado de los empleados y sus áreas de trabajo para la autorización de conducir vehículos oficiales del Departamento | |
| 10% | Hace informes de gasto y certificaciones mensuales para efectuar pagos de la Autoridad de Acueductos y Alcantarillados | |
| 10% | Hace informes de gasto y certificaciones mensuales para efectuar pagos de la Autoridad de Energía Eléctrica | |
| 10% | Encargada de solicitar los fondos a la Oficina de Presupuesto y Finanzas, para las licencias de conducir, adiestramentos, examen y renovación de tarjetas de combustible, ya sean las regulares o "Spare" requerido por la Administración Servicios Generales | |
| 10% | Hace informes de gasto y certificaciones mensuales para efectuar pagos de la telefónica claro PRTC | |
| 7% | Prepara la solicitud y el recibo de los empleados de mantenimiento de los materiales de limpieza | |
| 5% | Prepara informes mensuales para efectuar pagos de fotocopiadora Ricoh. | |
| 4% | Verifica y corrige documentos relacionados a la renovación, solicitud de fondo e informe solicitado relacionado a su área de trabajo. | |
| 3% | Mantiene actualizado todos los expedientes relacionados a informes y renovación solicitando fondos | |
| 3% | Reproduce copias de documentos, conforme instrucciones impartidas | |
| 2% | Registra información en expedientes, documentos y formularios, cuando se le requiera | |
| 2% | Busca y entrega talonarios de los empleados de la oficina | |
| 2% | Coteja trabajos que realizan empleados de menor jerarquía | |
| 2% | Hace hoja de trámites de transacciones relacionada a su área de trabajo. | |
| 1% | Participa en el desarrollo y establecimiento de las normas y procedimiento de trabajo | |
| 1% | Atiende llamadas telefónicas, suple información requerida y las transfiere, según sea el caso | |
| 1% | Prepara 536 de PRTC para activar o dar de bajas los circuitos de números de teléfonos | |
| 1% | Junto al Gerente de Transportación verifica el consumo de gasolina de los vehículos oficiales del Departamento | |
| 1% | Hace informes de gasto del año fiscal correspondiente a la AAA, AEE y Rico. | |
| | **MARGINALES** | |

9 | Nombre y Título de clasificación del (de la) Supervisor(a) Inmediato (a)

CARMEN E. GARCÍA FRETTS, DIRECTORA, OFICINA DE SERVICIOS GENERALES

10. Si usted supervisa menos de seis (6) empleados, identifique los empleados por título de clasificación de cada uno. Si usted supervisa más de cinco (5), indique el número de empleados con sus títulos de clasificación. Si usted no supervisa a nadie escriba "Ninguno". Ninguno

| NÚMERO DEL PUESTO | TÍTULO DE CLASIFICACIÓN DEL PUESTO | TOTAL DE PUESTOS |
|---|---|---|
| | | |
| | | |
| | NINGUNO | |
| | | |

11. ¿Qué equipo o máquinas usa usted regularmente en su trabajo? Indique el por ciento del tiempo empleado en el manejo de cada uno.

| | | | | | |
|---|---|---|---|---|---|
| COMPUTADORA | 75 % | TELÉFONO | | 5 % | |
| FOTOCOPIADORA | 10 % | FACSIMIL | | 1 % | |

12. Indique en que forma recibe usted instrucciones respecto a su trabajo, marcando en el encasillado correspondiente.

| | |
|---|---|
| X | Recibo instrucciones generales |
| | Recibo instrucciones detalladas |
| | Puedo usar mi propio criterio, sujeto a revisión. |

13. Indique en que forma es revisado su trabajo, marcando en el encasillado correspondiente

| | |
|---|---|
| X | La revisión es superficial |
| | La revisión es minuciosa |
| | La revisión se limita a algunos aspectos, indique cuales: |

CERTIFICACIÓN: CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS.

CARMEN R. CEPEDA RODRÍGUEZ

_____        _____
FECHA                        FIRMA DEL (DE LA) EMPLEADO (A)

### INFORMACIÓN DEL SUPERVISOR INMEDIATO

14. La información del empleado es cierta y exacta, con las siguientes excepciones y adiciones: (Imparta atención especial a los apartados 12 y 13)
CIERTA Y EXACTA

15. ¿Cuáles considera usted los deberes más importantes de este puesto?
TODOS LOS DEBERES SON IMPORTANTES

| 16. | | Sí | No | | |
|---|---|---|---|---|---|
| | ¿Incluye este puesto mecanografía? | | x | En caso afirmativo, indique el por ciento del tiempo | % |
| | ¿Incluye este puesto taquigrafía? | | x | En caso afirmativo, indique el por ciento del tiempo | % |

17. Indique los requisitos mínimos que debe poseer la persona que ocupa este puesto. Tenga en mente los requisitos del puesto y no las cualidades de la persona que lo ha de ocupar.

| | REQUISITOS MÍNIMOS | REQUISITO ESPECIAL |
|---|---|---|
| Preparación Académica | Graduación de Escuela Superior o su equivalencia | |
| Licencias, Colegiaciones o Certificados | | |
| Duración y clase de experiencia | | |
| Conocimientos, habilidades, destrezas, requisitos físicos u otros factores especiales | Conocimiento considerable de las prácticas y procedimientos modernos de oficina | |

CARMEN E. GARCÍA FRETTS

_____        _____
FECHA                        FIRMA DEL (DE LA) SUPERVISOR (A) INMEDIATO (A)

### INFORMACIÓN DEL (DE LA) DIRECTOR (A) EJECUTIVO (A)

18. La información del empleado y del jefe inmediato es cierta y exacta, con las siguiente excepciones y adiciones.

CERTIFICACIÓN: CERTIFICO QUE HE LEÍDO LA INFORMACIÓN CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA

LUIS R. GONZÁLEZ ROSARIO

_____        _____
FECHA                        FIRMA DEL (DE LA) AUTORIDAD NOMINADORA

2

**INFORMACIÓN NECESARIA PARA COMPLETAR EL APARTADO NÚMERO 8
DE LA DESCRIPCIÓN DE PUESTO**

Lea cuidadosamente:

**FUNCIONES ESENCIALES**

Se refiere aquellas funciones del puesto que son fundamentales y justifican la existencia del mismo.  En éstos no se incluyen las funciones marginales que puedan estar presentes en el puesto y no son determinantes para la clasificación del mismo.

A fin de determinar lo que constituye una función esencial se consideran, pero no se limitan, a los siguientes criterios.

1.   que si la razón para que exista el puesto es que se realice esa función.

2.   que exista un número limitado de empleados para realizar esa función.

3.   que la función es altamente especializada y requiera del candidato dominio o habilidad considerable para realizar la misma.

Elementos o factores a considerar para determinar si una función es o no esencial, lo cual debe figurar en el expediente del puesto:

1.   Determinación de la Autoridad Nominadora sobre las funciones que son esenciales del  puesto.
2.   La descripción del puesto actualizada y preparada antes de anunciar la vacante o de entrevistar a los candidatos.
3.   La cantidad de tiempo dedicado para realizar esa función.
4.   Las consecuencias o el impacto de no realizar esa función.
5.   ¿Cuál ha sido la experiencia y la situación real de los puestos?
6.   ¿Cuál ha sido la experiencia y la situación real en otros puestos similares?

**EJEMPLOS**

| Título del Puesto | Funciones Esenciales | Funciones Marginales |
|---|---|---|
| Conserje | - Barre, pasa mapo, seca y encera los pisos.<br>- Lava y limpia ventanas, servicios sanitarios, lavamanos, puertas y paredes.<br>- Suple los servicios sanitarios de papel toalla, jabón y otros artículos. | - Hace requisiciones de materiales de limpieza.<br>- Abre y cierra puertas y portones<br>- Repone bombillas fundidas |
| Administradora en Sistemas de Oficina | - Coordina el calendario de trabajo, las actividades y citas de su supervisor(a) inmediato(a).<br>- Produce y transcribe en sistemas computadorizados o máquina de escribir documentos que se generan en su lugar de trabajo., tales como: cartas, formularios, tablas, memorandos, entre otros. | *Asiste a reuniones, adiestramientos y otras actividades de capacitación profesional relacionadas con su área de competencia.*<br>*Atiende y orienta a visitantes, empleados y funcionarios sobre asuntos rutinarios y los refiere donde corresponda.* |
| Agente Comprador | - Tramita requisiciones de compras de suministros, materiales y equipo, solicita y compra proposiciones de venta y recomienda los licitadores más bajos o convenientes.<br>- Prepara las especificaciones necesarias para las compras requeridas. | *Lleva control sobre garantías de los equipos que se compra y vigila que se utilicen en forma adecuada.*<br>*Establece y mantiene un archivo de los diferentes documentos sobre las compras que se realizan.* |
| Abogado | - Representa a la agencia ante los diferentes foros y Tribunales de Justicia en casos de naturaleza civil y administrativa.<br>- Efectúa estudios y prepara memorandos de derecho relacionados con su especialidad.<br>- Estudia proyectos de ley, Órdenes Ejecutivas y emite su opinión. | - *Ofrece charlas, seminarios y adiestramientos sobre las funciones de la agencia.*<br>- *Realiza labor notarial.* |

3

Nombre del (da) Empleado (a): ___ CARMEN _____   Núm de Puesto ___6659____

## DATOS COMPLEMENTARIOS A LA DESCRIPCIÓN DE PUESTO
### (ANEJO LEY ADA)

Favor de marcar el encasillado que más describa la situación presente en su puesto. (Marque uno solo). Esta información será objeto de verificación con el (la) supervisor(a) inmediato(a).

**CONDICIONES DE TRABAJO**

Se refiere a los riesgos a que se enfrenta el (la) empleado(a) al realizar funciones del puesto que ocupa, así como el grado de exposición distinto al ambiente normal de oficina. Algunas de estas situaciones podrían ser: ruidos, polvo, químicos, estar de pie por tiempo prolongado, caídas, uso de escaleras e inclinarse, etc.

**A. Riesgos en el ambiente de trabajo**

1. / ☒ / Ambiente de trabajo normal que no envuelve riesgos físicos ni condiciones peligrosas. Ej.: Secretarias (os), Recepcionistas, Oficinistas de Contabilidad

2. / ☐ / Ambiente de trabajo que envuelve riesgos físicos menores que requieren seguir las precauciones básicas de seguridad.  Ej.: Recaudadores, Contador

3. / ☐ / Ambiente de trabajo que envuelve exposición a riesgos serios tales como: heridas, contusiones y otros tipos de lesiones que requieren conocer y seguir precauciones detalladas de seguridad. (Ej.. Trabajadores de Imprenta, Plomero, Trabajador de Limpieza Pública, Trabajador de Recogido de Desperdicios Sólidos, Trabajador de Manejo de Emergencia y Administración de Desastres)

4. / ☐ / Ambiente de trabajo que envuelve exposición constante a riesgos o accidentes fatales tales como: caídas de grandes alturas (andamios de construcción, techos de estructuras físicas, escaleras de extensión) o materiales y tóxicos peligrosos que requieren conocer y cumplir las normas de seguridad de la ocupación. (Ej.: Pintores de Edificios, Químicos, Tecnólogos Médicos, Técnicos de Rayos X, Perito Electricista)

**B.** Indique el grado o nivel de riesgo a que se expone en el ambiente de trabajo.  Marque un sólo encasillado según aplique, tomando en consideración la Parte A de este cuestionario.

1. / ☒ / Exposición normal de oficina.

2. / ☐ / Exposición menor (hasta un 10% de las horas de trabajo).

3. / ☐ / Exposición moderada (hasta un 25% de las horas de trabajo).

4. / ☐ / Exposición mayor (hasta un 50% de las horas de trabajo).

5. / ☐ /    Exposición continua (más de un 50% de las horas de trabajo).

**C. Esfuerzo Físico**

Corresponde al esfuerzo físico necesario para realizar los deberes y responsabilidades del puesto.  Se considera el esfuerzo invertido en el manejo de equipo, materiales, herramientas, suministros y otros.  Marque un sólo encasillado según aplique:

1. / ☐ / No aplica.

2. / ☒ / Esfuerzo físico liviano que requiere el manejo de objetos de peso liviano hasta 5 libras, estar de pie o caminando alguna parte del tiempo.

3. / ☐ / Actividad física moderada que requiere el manejo de objetos de peso promedio hasta 25 libras, estar de pie o caminado por períodos prolongados de tiempo.

4. / ☐ / El trabajo requiere esfuerzo físico fuerte tales como: levantar, empujar o halar objetos pesados hasta 75 libras.

4

Nombre del (de la) Empleado (a): _CARMEN R. CEPEDA RODRIGUEZ_____    Num. de Puesto _6659_

**D. Esfuerzo Visual y Mental**

Se refiere el esfuerzo visual y mental invertido al realizar los deberes y responsabilidades del puesto. Ej: Operador de Terminal de Computadoras, Soldador, Analista de Sistemas de Computadora, Ingeniero, entre otros.  Marque un sólo encasillado según aplique:

1. / ☐ /No aplica.

2. / ☐ /El esfuerzo que se requiere es muy rara vez al día menos de una hora diaria.

3. / ☐ / Esfuerzo que se requiere es de forma rutinaria, hasta cuatro (4) horas diarias.

4. / ☐ /Esfuerzo que se requiere es constante, sobre seis (6) horas diarias.

**E. Viajes**

Se refiere a la frecuencia en que es requerido salir fuera de la agencia para realizar las funciones del puesto. Este factor puede aplicar, entre otros, a clases tales como: Investigadores, Recaudadores, Agente de Compras, Conductores, Técnicos de Personal, Oficial de Relaciones Públicas.

Circule la situación y frecuencia que mejor describa las salidas oficiales necesarias.

| | Situación | Frecuencia | | |
|---|---|---|---|---|
| | | 1-5 salidas oficiales por año | 6-15 salidas oficiales por año | Más de 15 salidas oficiales por año |
| 1. | No es requerido. | | | |
| 2. | Salidas oficiales que se llevan a cabo dentro del turno de trabajo. | ☐ | ☐ | ☒ |
| 3. | Salidas que se extienden más allá del turno normal de trabajo. | ☐ | ☐ | ☐ |
| 4. | Salidas oficiales que requieren de 1-3 noches fuera de la casa. | ☐ | ☐ | ☐ |
| 5. | Salidas oficiales que requieren más de 3 noches fuera de la casa | ☐ | ☐ | ☐ |

_____        _____
Fecha                                              Firma del (de la) Empleado (a)

_____        _____
Fecha                                              Firma del (de la) Supervisor (a)

Original – Ofic. Rec. Humanos de la Agencia          1era copia – Empleado          2da copia - Supervisor

GOBIERNO DE PUERTO RICO
JUNTA DE RETIRO DEL GOBIERNO DE PUERTO RICO

## ESTADO DE CUENTA ESTIMADO

16 de septiembre de 2022

### Agencia: 152 - DEPT. TRANSPORTACION Y OBRAS PUBLICAS

CARMEN R CEPEDA RODRIGUEZ
URB. JARDINES DE LOIZA
C 12 CALLE 3
LOIZA, PR 00772

Seguro Social: XXX-XX-7734

A base de la información en nuestros registros, al 16 de septiembre de 2022 usted posee:

Fecha de Nacimiento: 22 de abril de 1964

Género: Femenino

Fecha de Ingreso al Servicio Público: 31 de marzo de 1993
Fecha de Comienzo de Cotización: 31 de marzo de 1993

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 15.75 | Tiempo Trabajado: | 4 |
| | | Aportaciones: | 9,462.84 |
| | | Intereses: | 761.85 |
| | | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | |
| Pagado: | 0.00 | | |
| Tiempo: | 0.00 | | |
| **Balance Acumulado:** | **27,223.36** | **Total Aportaciones:** | **10,224.69** |
| **Beneficio:** | **419.58** | **Beneficio:** | **53.31** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes