Carmen R. Cepeda Rodriguez
Portal de Loiza
115 Calle Timon
Loiza P.R.
00772

Clerk's office
United State District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico
00918

18

**PRIORITY MAIL EXPRESS**
ONE RATE • ANY WEIGHT
FLAT RATE ENVELOPE

USPS.COM/PICKUP
PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE

E

US POSTAGE PAID
$27.90
Origin: 10/13/2
421800

PRIORITY MAIL EXPRESS 1-D

CARMEN R CEPEDA RODRIGUE
115 CALLE TIMON
LOIZA PR 00772-5505
(939) 639-8977

0 Lb

SCHEDULED DELIVERY DAY: 10/14/22 06:00

C01

SHIP TO:
(844) 822-9231
US DISTRICT COURT
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® #

9570 1107 0257 2286 6629 74

UNITED STATES POSTAL SERVICE   PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 939-639-8977
Carmen R. Cepeda Rodriguez
Portal de Loiza
115 Calle Timon
Loiza P.R 00772

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( 844) 822-9231
Clerk's office
United states District court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918
ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

| | ☐ 1-Day | ☐ 2-Day | ☐ Military | |
|---|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | | Postage | |
| 00729 | 10/14/22 | | $ 27.90 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | | Insurance Fee $ | COD Fee $ |
| 10/13/22 | | | | |
| Time Accepted | ☐ AM ☑ PM | | Return Receipt Fee $ | Live Animal Transportation F $ |
| 1:45 | | | | |
| Special Handling/Fragile $ | | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight  ☐ Flat Rate | Acceptance Employee Initials | | $ 27.90 | |
| 0 lbs. 6.3 ozs | JB | | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

18