UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>*as representative of*<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## RESPONSE TO THE FIVE HUNDRED TWENTY-EIGTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DEFICIENT ADR CLAIMS

I, **JOSE E. TORRES VALENTIN**, attorney for the plaintiff in the civil case before the Puerto Rico Judicial System, Vanessa del Río y otros v E.L.A. y otros, KPE 2008-3471 (804), Superior Court of San Juan, respectfully represents as follows:

1. My contact information is:

    a. Name: José E. Torres Valentín[1]

    b. Address: Georgetti # 78, San Juan, Puerto Rico 00925

    c. Telephone number: 787-753-7575

    d. Email address: jose@torresvalentin.com

---

[1] I am admitted to practice law in the Commonwealth of Puerto Rico.

2. On September 16, 2022, the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board for Puerto Rico, filed *"Five Hundred Twenty-Eigth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employee's Retirement System Of The Government Of The Commonwealth Of Puerto Rico And The Puerto Rico Highways And Transportation Authority To Deficient ADR Claims"* in the reference case. With the Objection, the Commonwealth annexed **Exhibit A**, where they enumerated the claims they understand to be disallowed.

3. The Commonwealth of Puerto Rico through the Omnibus Objection seeks to disallow, in accordance with the Federal Rule of Bankruptcy 3007(d)(1) and the Omnibus Objection Procedures, claims that they contend as deficient to determine the validity of claimant's claim.

4. **Exhibit A** of the Omnibus Objection, page 8 (23), Proof of Claims number 9663, Vanessa Del Río and Others v. Commonwealth and Others, states: "Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by Debtors. The Debtors have made multiple attempts to contact claimant by email; mail, and/or telephone, but claimant either has not responded to Debtor's request, or claimant's response still does not provide enough information to enable Debtors to understand whether any liabilities are owed". Therefore, they assert, claim is deficient and should be disallowed.

5. We respectfully disagree. On September 6, 2022 we sent the information requested to Alvarez & Marsal, via certified mail, 7020-0090-0000-5938-5595. (Exhibit 1) The information provided is sufficient information. Furthermore, the Puerto Rico

Department of Justice has the judicial file in Vanessa del Rio v E.L.A., KPE 2008-3471 (804), which contains all the information requested regarding the case. The case is pending due to PROMESA's automatic stay.

6. For all the above, the request of the *Omnibus Objection* of the Commonwealth of Puerto Rico, by and through the Financial Oversight and Management Board for Puerto Rico, must be denied, and in this sense, this Court must recognize the validity of the proof of claim number <u>11316.</u>

**RESPECTFULLY SUBMITTED.**

I certify that I have sent and notified a copy of this document by certified mail to the following:

**Oficina del Secretario**
**Tribunal de Distrito de los Estados Unidos**
Room 150 Federal Building ·
San Juan, Puerto Rico 0918-1767

**Abogado del Comité de Supervisión**
**Proskauer Rose LLP**
Eleven Times Square
New York, New York 10036-8299
Atención: Martin J. Bienenstock
Brian S. Rosen

**Abogado del Comité de Acreedores**
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Atención: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

In San Juan, Puerto Rico, on October 13, 2022.

*[signature]*
JOSÉ E. TORRES VALENTÍN
COLEGIADO 11703/TSPR 10441
jose@torresvalentin.com

TORRES VALENTÍN,
ESTUDIO LEGAL LLC.
GEORGETTI # 78
SAN JUAN, P.R. 00925
TEL.787-753-7575
Fax. 787-753-7577