| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Evertec Inc. | 19-00044 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 11-Aug-22 | Hon. Brian Tester (ret.) | 25-Aug-22 | The parties did not reach a settlement. After further discussions, the Parties determined that further mediation sessions will not be useful. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Creative Educational & Psychological Services, Inc. | 19-00152 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties reached a settlement in principle, are conducting further due diligence and definitive settlement documents, and anticipate some further discussions concerning the final terms of settlement. The Parties do not anticipate additional mediation sessions, nor intend to seek an Order lifting the stay to proceed with litigation | The Parties do not intend to lift the stay, or proceed with litigation at this time, except as necessary to effect a settlement. |
| N. Harris Computer Corporation | 19-00102 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 25-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Law Offices Wolf Popper P.S.C. | 19-00236 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 26-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Defendant committed to providing the Trustee with additional information and due diligence concerning its settlement positions and the Trustee agreed to consider such information in good faith upon receipt in furtherance of the Parties' efforts to resolve this matter amicably. The Parties do not anticipate additional mediation sessions. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Taller de Desarrollo Infantil y Prescolar Chiquirimundi Inc. | 19-00049 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 29-Aug-22 | Hon. Brian Tester (ret.) | 8-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Defendant committed to providing the Trustee with additional information and due diligence concerning its settlement positions and the Trustee agreed to consider such information in good faith upon receipt in furtherance of the Parties' efforts to resolve this matter amicably. The Parties do not anticipate additional mediation sessions. | The Parties do not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Macam S.E. | 19-00255 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 30-Aug-22 | Hon. Brian Tester (ret.) | 8-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Enterprise Services Caribe, LLC | 19-00060 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Sep-22 | Hon. Brian Tester (ret.) | 26-Sep-22 | The Trustee has reached a settlement with the Defendant following mediation. The Parties have executed a settlement agreement and the Trustee is waiting for final payment from vendor in order to final the proper dismissal papers. | The Parties do not intend to lift the stay, or proceed with litigation at this time, except as necessary to effect a settlement. |
| Prospero Tire Export, Inc. | 19-00196 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 23-Sep-22 | Hon. Brian Tester (ret.) | 28-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Intervoice Communication of Puerto Rico Inc. | 19-00068 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Sep-22 | Hon. Brian Tester (ret.) | 5-Oct-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Caribe Grolier, Inc. | 19-00051 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 6-Oct-22 | Hon. Melanie L. Cyganowski (ret.) | 14-Oct-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Fast Enterprises LLC | 19-00266 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Oct-22 | Hon. Brian Tester (ret.) | 26-Oct-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Trustee anticipates engaging in further work in good faith to make progress on a potential resolution of this litigation. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Apex General Contractors, LLC | 19-00062 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 25-Oct-22 | Hon. Brian Tester (ret.) | 2-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Truenorth Corp. | 19-00160 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Oct-22 | Hon. Brian Tester (ret.) | 4-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| International Surveillance Services Corporation | 19-00202 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 1-Nov-22 | Hon. Brian Tester (ret.) | 8-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Explora Centro Academico Y Terapeutico LLC | 19-00143 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 2-Nov-22 | Christian Alcalá, Esq. | 9-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Facsimile Paper Connection Corp. | 19-00092 | YES | **Scheduled**. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 3-Nov-22 | Hon. Brian Tester (ret.) | 10-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Computer Network Systems Corp. | 19-00150 | YES | **Scheduled**. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 4-Nov-22 | Corali Lopez Castro | 12-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| GF Solutions, Inc. | 19-00063 | YES | **Scheduled**. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 8-Nov-22 | Hon. Melanie L. Cyganowski (ret.) | 15-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Hospira Puerto Rico, LLC | 19-00186 | YES | **Scheduled**. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | 9-Nov-22 | Corali Lopez Castro | 16-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| S.H.V.P. Motor Corp. | 19-00134 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 10-Nov-22 | Hon. Melanie L. Cyganowski (ret.) | 17-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Computer Learning Centers, Inc. | 19-00055 | YES | **Scheduled**. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 15-Nov-22 | Hon. Brian Tester (ret.) | 22-Nov-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Rocket Learning, LLC | 19-00232 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. **Parties will file a notice of mediation upon receipt of final engagement from Mediator.** | 6-Dec-22 | Ricardo Kilpatrick, Esq. | 13-Dec-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Rocket Teacher Training, LLC | 19-00235 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. **Parties will file a notice of mediation upon receipt of final engagement from Mediator.** | 6-Dec-22 | Ricardo Kilpatrick, Esq. | 13-Dec-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Quest Diagnostics of Puerto Rico, Inc. | 19-00440 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 7-Dec-22 | Corali Lopez Castro | 14-Dec-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Reyes Contractor Group, Inc. | 19-00220 | YES | Scheduled. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 8-Dec-22 | Hon. Brian Tester (ret.) | 15-Dec-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Total Petroleum Puerto Rico Corp. | 19-00114 | YES | Scheduled. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 13-Dec-22 | Hon. Brian Tester (ret.) | 20-Dec-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Puerto Rico Telephone Company, Inc. | 19-00127 | YES | Scheduled. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 15-Dec-22 | Hon. Brian Tester (ret.) | 22-Dec-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Clinica de Terapias Pediatricas, Inc. | 19-00054 | YES | Scheduled. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 23-Jan-23 | Hon. Brian Tester (ret.) | 30-Jan-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Ricardo Estrada Maisonet | 19-00227 | YES | Scheduled. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 25-Jan-23 | Christian Alcalá, Esq. | 1-Feb-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Hewlett Packard Puerto Rico, BV LLC | 19-00183 | YES | Dismissed | Dismissed | | | | Dismissed |
| St. James Security Services, LLC | 19-00145 | YES | Rescheduling mediation conference originally scheduled for September 6, 2022. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are rescheduling mediation. | Hon. Brian Tester (ret.) | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| GM Security Technologies, Inc. | 19-00273 | YES | Rescheduling mediation conference originally scheduled for September 7, 2022. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are rescheduling mediation. | Hon. Brian Tester (ret.) | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Community Cornerstones, Inc. | 19-00043 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| E. Cardona & Asociados, Inc. | 19-00056 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Jose Santiago, Inc. | 19-00075 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Sesco Technology Solutions, LLC | 19-00162 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Junior Bus Line, Inc. | 19-00229 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Merck Sharp & Dohme (I.A.) LLC | 19-00276 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Bristol-Myers Squibb Puerto Rico, Inc. | 19-00042 | YES | **Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant.** | **Parties are working to schedule mediation.** | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Centro de Desarrollo Academico, Inc. | 19-00053 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. **The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant.** | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Manpower | 19-00088 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Rodriguez-Parissi & Co., C.S.P. | 19-00155 | YES | <span style="color:red">Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant.</span> | <span style="color:red">Parties are working to schedule mediation.</span> | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Citibank, N.A. | 19-00265 | YES | <span style="color:red">Parties are engaging in informal settlement discussions and endeavoring to schedule mediation.</span> The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | <span style="color:red">Parties are working to schedule mediation.</span> | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Ambassador Veterans Services of Puerto Rico L.L.C. | 19-00048 | YES | Parties are engaging in informal settlement discussions and endeavoring to schedule mediation. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Seguros Colon, Inc. | 19-00130 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| First Hospital Panamericano, Inc. | 19-00093 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Professional Consulting Psychoeducational Services | 19-00188 | YES | Parties have tentatively selected a Mediator and are working to finalize such mediation date. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | Parties are working to schedule mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Didacticos, Inc. | 19-00161 | YES | Trustee's counsel has made several efforts to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Xerox Corporation | 19-00218 | YES | Trustee's counsel has made several efforts to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Netwave Equipment Corp. | 19-00253 | YES | Trustee's counsel has made several efforts to schedule mediation, but has yet to receive a response from Defendant or its representative. | Trustee has not received a response from Vendor concerning mediation. | | | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Rosso Group, Inc. | 19-00239 | YES | This vendor has indicated that the Trustee can seek a default judgment from the court. In light of these communication, the Trustee has communicated to the vendor if a consent judgment can be made. | Trustee is working with vendor to agree to a consent judgment. | | | | The Trustee anticipates having to lift the stay so as to move for consent judgment or default judgment |

*All updates within the thirty-day period since the Trustee's filing of the First Status Report are emphasized using a red font color.