"Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico" [Ley 184-2004, según enmendada]

alternos de retribución podrán ser utilizados para: retener al personal idóneo, obtener personal cualificado para puestos de difícil reclutamiento y motivar al empleado

(a) Certificados de reconocimiento por la labor realizada.
(b) Bonificación por productividad, representativo del veinte (20) por ciento de una quincena.
(c) Bonificaciones por la ejecución de un equipo de trabajo.
(d) Actividades en las cuales el empleado sea informado de los éxitos obtenidos por la agencia y actividades de reconocimiento a empleados.
(e) Adiestramientos en y fuera de Puerto Rico.
(f) Becas para estudios graduados y subgraduados.
(g) Facilidades de gimnasio, unidades de salud, cafeterías, cuido de niños.
(h) Beneficios de hospedaje, comida, uniformes a todo empleado que lo requiera por la naturaleza del servicio que realiza.
(i) Otorgar bonos por asistencia y puntualidad. Dicho bono será independiente y separado de cualquier pago correspondiente por exceso de licencia acumulada.
(j) Bonificación a los empleados que se retiran del sistema.
(k) Días u horas concedidos sin cargo a licencia alguna.

2. Todo empleado tiene la posibilidad de desarrollarse profesionalmente, ya sea por su propia iniciativa o por gestión de la organización. Algunos métodos retributivos que promueven estas consideraciones son:

(a) *Retribución adicional por habilidades* — En la medida en que los empleados desarrollen y apliquen habilidades alternas a su función principal, se podrá otorgar una retribución adicional que formará parte de su sueldo.
(b) *Desarrollo de competencias* — En la medida en que la agencia conozca cuáles son las competencias requeridas para obtener el rendimiento excelente de los empleados, podrá seleccionar y formar individuos que alcancen dicho nivel de rendimiento. Como resultado, cuando los empleados rinden a un óptimo nivel, el rendimiento global de la agencia se maximiza. Esta premisa implica que todo empleado que logre implantar los nuevos procesos de trabajo que desea la agencia y que logre ser conductor de cambios e innovaciones continuas, obtendrá una retribución por competencia.
(c) Al momento de reclutar personal, se puede incorporar un incentivo económico como parte del salario base. El mismo será adjudicado en las clases donde se requiera un alto nivel de educación y experiencia.
(d) Conceder ajustes en salarios sujetos a evaluaciones de desempeño y productividad.

3. [*Aumento trianual*] — Los empleados públicos no sindicados y gerenciales que hayan ocupado un puesto regular durante un período ininterrumpido de tres años de servicios, sin haber recibido ningún otro aumento de sueldo recibirán un aumento de hasta un cinco (5) por ciento de su sueldo o su equivalente en tipos intermedios. Para esto, el empleado debe haber provisto servicios satisfactorios durante el período de tres años según evidenciado en sus hojas de evaluaciones. La Autoridad Nominadora enviará una notificación escrita a todo empleado que no satisfaga esta consideración. La notificación incluirá las razones por las cuales no se le concede al empleado el referido aumento, y le advertirá de su derecho de apelar ante la Comisión Apelativa.