# REPLICA A LA OBJECIÓN GLOBAL

| (i) | Datos de contacto:<br>Dirección:<br>Teléfono:<br>Correo electrónico:<br>Abogado designado:<br>Dirección:<br><br>Parte con potestad para llegar a reconciliar:<br>Teléfono: | Myrtelina Torres Berríos<br>P.O. Box 3011, Guaynabo, Puerto Rico 00970<br>787-316-0121<br>myrtetobe@gmail.com<br>Lcda. Yarlene Jiménez Rosario<br><br>PMB 133<br>1353 Ave. Luis Vigoreaux, Guaynabo, P.R, 00966<br><br>Lcda. Yarlene Jiménez Rosario<br>(787) 633-6931 |
|---|---|---|
| (ii) | Epígrafe: | En el Tribunal Federal Distrito de los estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 |
| | Deudor: | ESTADO LIBRE ASOCIADO DE PUERTO RICO<br>PROMESA<br>Título III<br>Número 17BK 3283-LTS<br><br>QUINGENTÉSIMA DÉCIMA CUARTA OBJECION GLOBAL (SUSTATIVA) DEL ESTADO LIBRE ASOCIADODE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES<br><br>Número de evidencia 28933 |
| (iii) | Motivo para oponerse a la Objeción Global: | – Incumplimiento a la Ley 184, del 3 de agosto de 2004, según enmendada, conocida como Ley para la Administración de los Recursos Humanos en el Servicio Público del Estado Libre Asociado de Puerto Rico, en la aplicación del artículo 8, sección 8.3, donde dispone la aplicación de un aumento de sueldo hasta de un cinco por ciento (5) a aquellos empleados que hayan provisto servicio satisfactorio durante un período de tres años consecutivos.<br><br>– Omisión de mi nombre en la lista de reclamantes caso 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. |
| (iv) | Documentación: | Copia del artículo de la Ley 184, según enmendada |

Firma: _[signature: Myrtelina Torres Berríos]_