UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VS

THE FINANCIAL OVERSIGHT AND MANAGEMENT OF PUERTO RICO

THE COMMONWEALTJ OF PUERTO RICO

DEBTORS

Nombre del reclamante: Marco Antonio Montalvo Berrocales

Número de seguro social: xxx-xx-7679

Fecha de nacimiento: xx/xx/1972

Número de cuenta financiera: xx9208

Dirección postal: Urb. Vista de Sabana Grande

#221 Calle Vista Linda Casa C-26

Sabana Grande, PR 00637

Número de teléfono: (787)-380-2414

Correo electrónico: marc2fast@gmail.com

Deudores: Gobierno de Puerto Rico, Sistema de Retiro de Puerto Rico y el Departamento de Corrección y Rehabilitación de Puerto Rico

Motivos :

- Reducción al % de retribución al momento del retiro.
  Al momento del nombramiento era un 75% del sueldo. (Número de reclamación: #71297) NO CALCULADO
- Aumento de Salario de $100.00 mensuales, ley 1979 firmado por el Honorable: Gobernador de Carlos Romero Barceló nunca fue honrado. (Número de reclamación: #61504) DEUDA APROXIMADA $ 62,000.00

En el año 1995, comencé a trabajar para el Departamento De Corrección y Rehabilitación quería servir a país, con miras a tener un mejor futuro y con la ilusión de salir joven al momento de retirarme luego de haber cumplido con mi termino requerido y con una buena remuneración. No es justo que los gobernantes de mi país hayan tomado decisiones y medidas inescrupulosas que endeudaron al país llevándolo a una quiebra, poniendo en juego el bienestar y los derechos del pueblo trabajador afectando el sistema de retiro de los empleados públicos y que ahora de retirarnos nos quieren dar una miseria que nos llevaría a la indigencia.

Nota: Documentos solicitados previamente enviados por correo electrónico

Firma: _Marco Montalvo Berrocales_