9 de Octubre de 2022

      Mis más sinceras disculpas por no haber enviado esta réplica en el tiempo requerido, pues tenía dudas a donde enviarla y sobre el enlace donde buscar las instrucciones para la redacción de la misma es decir el anejo c, por lo que llame en varias ocasiones y comunique con personal de Prime Clerk para que me asistieran y me ayudaran de donde encontrar los enlaces quienes amablemente me enviaron y me dieron instrucciones de donde encontrarlos.  Espero que tomen en consideración ya que había demostrado interés en el proceso, al haber enviado los documentos que me habían solicitado.  Como es de conocimiento Puerto Rico se vio afectado por las inclemencias y daños ocasionados por el huracán Fiona afectando el sistema energético del país y las comunicaciones.  Perdonen la demora

Gracias anticipadas

Firma :------*Mario Montalvo Benavides*------