Marco Montalvo Berrocales
Urb. Vista de Sabana Grande
#221 Calle Vista Linda
Sabana Grande, P.R. 00637

Case:17-03283-LTS Doc#:22658-2 Filed:10/18/22 Entered:10/20/22 18:46:46 Desc:
Envelope Page 1 of 1

SAN JUAN PR 009
14 OCT 2022 PM 2 L

Secretaria
Tribunal de Distrito de los E.U.
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767

00918-133999