## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br><br> THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                    Debtors.[1] | PROMESA<br><br>Title III<br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF FILING OF CORRECTED EXHIBIT A TO TWENTY-SXITH NOTICE OF TRANSFER OF CLAIMS TO ALTERNATIVE DISPUTE RESOLUTION**

**PLEASE TAKE NOTICE** that, on September 15, 2022, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors"), pursuant to Section 315(b) of the *Puerto Rico Oversight,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management, and Economic Stability Act* ("PROMESA"), filed the *Twenty-Sixth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 22218] (the "Notice of Transfer"). The Notice of Transfer transferred proofs of claim, identified on Exhibit A attached thereto, into Alternative Dispute Resolution pursuant to *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order").

**PLEASE TAKE FURTHER NOTICE** that, since the filing of the Notice of Transfer, the Oversight Board became aware of minor errors on Exhibit A.  Accordingly, the Oversight Board hereby submits a corrected Exhibit A, attached hereto as **Attachment A**, to substitute for the document that was originally filed with the Notice of Transfer.  A redline comparison of the original and corrected exhibits to the Notice of Transfer is attached hereto as **Attachment B**.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Title III Cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: October 21, 2022
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

2

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

3

**Attachment A**

**Corrected Exhibit A**

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[2] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| TOLEDO & TOLEDO LAW OFFICES, PSC | 27959 | c | Litigation Claim | KCD-2017-0215 | Initial Transfer |
| Rosario Alamo, Wilberto | 33259 | b | Litigation Claim | KCM-2017-1986 | Initial Transfer |
| Santana Garcia, Elizabeth | 67375 | d | Litigation Claim | FDP-2016-0144 | Initial Transfer |
| Torres Lopez, Fernando L | 29754 | d | Litigation Claim | 2019-cv-01422 | Initial Transfer |
| POWER EQUIPMENT INC (PR) | 1877 | b | Litigation Claim | | Initial Transfer |
| GARCIA LOPERENA, ELISA M. | 103649 | c | Litigation Claim | 05-03-04-771-9; 05-04-04-770-1; 05-06-1496 | Initial Transfer |
| LEBRON VARGAS, JONATHAN | 6743 | d | Litigation Claim | 09-AC-276 | Initial Transfer |

[2] For Claim Amount Ranges, please refer to the Claim Amount Key.

| | | | Litigation Claim | | Initial Transfer |
|---|---|---|---|---|---|
| GONZALEZ MONTALVO, GABRIEL | 49011 | c | | 14 AC-132 | |
| BANKRUPTCY ESTATE OF GENESOFT LABS, CORP., CASE NO. 14-00239 | 10199 | c | Litigation Claim | 14-00239 (MCF) | Initial Transfer |
| CHERENA RIVERA, LUIS JAVIER | 47024 | b | Litigation Claim | 2008-04-0949 | Initial Transfer |
| BANKRUPTCY ESTATE OF INELCONT. CASE NO. 10-11989 | 10182 | c | Litigation Claim | 2010-11-989 | Initial Transfer |
| CABAN-AVILES, RAUL | 38423 | c | Litigation Claim | 2012-03-1813 | Initial Transfer |
| RODRIGUEZ MORALES, ARLINE B. | 33895 | c | Litigation Claim | 2013-06-1746; KLRA-2015-00942 | Initial Transfer |
| BAREA RECHANI, , HECTOR | 14180 | b | Litigation Claim | 2014-03-0578 | Initial Transfer |
| WALESKA LLANOS, CARMEN | 51 | c | Litigation Claim | CARMEN W. LLANOS MILLAN VS. ADMINISTRACION REHABILITACION VOCACIONAL | Initial Transfer |
| MONTALVO VAZQUEZ, MARIANA | 27957 | c | Litigation Claim | CDP-2013-0047 | Initial Transfer |

2

| | | | Litigation Claim | | Initial Transfer |
|---|---|---|---|---|---|
| PERDOMO OLMO, NYDIA E. | 26434 | c | | CPE-2011-0310 | |
| SANCHEZ AYALA, MODESTA | 29060 | c | Litigation Claim | DDP-2016-0657 | Initial Transfer |
| LUGO LEBRON, PABLO | 26647 | a | Litigation Claim | EAC-2013-0267; HSCI 2014-00340; HSCI-2007-00463; HSCI2015-010733; HSCI-2016-00516; HSCI-2016-00726; HSCI-2017-00029; N2CI2014-00016 | Initial Transfer |
| PEREZ REYES, MARAGARITA | 39851 | c | Litigation Claim | GDP-2017-0076 | Initial Transfer |
| GARCIA, ZORAIDA I / CHRISTIAN S. RIVERA GARCIA | 75021 | b | Litigation Claim | ISCI-2013-01555 | Initial Transfer |
| ORTIZ-SANTIAGO, ILEANA | 5968 | c | Litigation Claim | JDP-2015-0283 | Initial Transfer |
| LEANDRY HERNANDEZ, JULIO | 6059 | c | Litigation Claim | JDP-2015-0283 | Initial Transfer |
| PAZ VILLALOBOS, IRIS | 20856 | f | Litigation Claim | KAC-2000-1703; KAC-2000-7304; KAC-2008-0507; KAC-2008-1138; KLCE-2009-01755 | Initial Transfer |
| FEBUS RODRIGUEZ, ROBERTO | 39663 | e | Litigation Claim | KAC-2008-1138; KAC-2000-1703; KAC-2000-7304; KAC-2008-0507; KLCE-2009-01755 | Initial Transfer |

3

| | | | Litigation Claim | | Initial Transfer |
|---|---|---|---|---|---|
| NELSON RAMOS & SAMUEL HERNANDEZ DIAZ | 102523 | c | | KEF-2016-0056 | |
| ROSA NUNEZ, HUMBERTO | 150419 | c | Litigation Claim | KPE-2007-4357 | Initial Transfer |
| GONZALEZ FONTANEZ, MARIBEL | 63201 | c | Litigation Claim | KPE-2011-3662 | Initial Transfer |
| MARIBEL GONZALEZ FONTANEZ Y OTROS | 8720 | d | Litigation Claim | KPE-2011-3662; KPE-2012-0767 | Initial Transfer |
| MELENDEZ ESQUILIN, ISRAEL | 2779 | d | Litigation Claim | NSCI-2013-00835 | Initial Transfer |
| RUIZ CAMACHO, HARRY H | 20803 | a | Litigation Claim | | Initial Transfer |
| ROSARIO RESTO, JOSE | 26373 | a | Litigation Claim | | Initial Transfer |
| MARTINEZ FERNANDEZ, CARLOS R. | 31212 | a | Litigation Claim | | Initial Transfer |

4

| Claim Amount Key |
| --- |
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |

5

**Attachment B**

**Redline Comparison**

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[3] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| TOLEDO & TOLEDO LAW OFFICES, PSC | 27959 | c | Litigation Claim | KCD-2017-0215 | Initial Transfer |
| Rosario Alamo, Wilberto | 33259 | b | Litigation Claim | KCM-2017-1986 | Initial Transfer |
| Santana Garcia, Elizabeth | 67375 | d | Litigation Claim | FDP-2016-0144 | Initial Transfer |
| ~~SCHMIDT QUINONES, ASTRID~~ <br> Torres Lopez, Fernando L. | 29~~575~~754 | d | Litigation Claim | 2019-cv-01422 | Initial Transfer |
| POWER EQUIPMENT INC (PR) | 1877 | b | Litigation Claim | | Initial Transfer |
| GARCIA LOPERENA, ELISA M. | 103649 | c | Litigation Claim | 05-03-04-771-9; 05-04-04-770-1; 05-06-1496 | Initial Transfer |
| LEBRON VARGAS, JONATHAN | 6743 | d | Litigation Claim | 09-AC-276 | Initial Transfer |

---

[3] For Claim Amount Ranges, please refer to the Claim Amount Key.

| | | | | | |
|---|---|---|---|---|---|
| GONZALEZ MONTALVO, GABRIEL | 49011 | c | Litigation Claim | 14 AC-132 | Initial Transfer |
| BANKRUPTCY ESTATE OF GENESOFT LABS, CORP., CASE NO. 14-00239 | 10199 | c | Litigation Claim | 14-00239 (MCF) | Initial Transfer |
| CHERENA RIVERA, LUIS JAVIER | 47024 | b | Litigation Claim | 2008-04-0949 | Initial Transfer |
| BANKRUPTCY ESTATE OF INELCONT. CASE NO. 10-11989 | 10182 | c | Litigation Claim | 2010-11-989 | Initial Transfer |
| CABAN-AVILES, RAUL | 38423 | c | Litigation Claim | 2012-03-1813 | Initial Transfer |
| RODRIGUEZ MORALES, ARLINE B. | 33895 | c | Litigation Claim | 2013-06-1746; KLRA-2015-00942 | Initial Transfer |
| BAREA RECHANI, , HECTOR | 14180 | b | Litigation Claim | 2014-03-0578 | Initial Transfer |
| WALESKA LLANOS, CARMEN | 51 | c | Litigation Claim | CARMEN W. LLANOS MILLAN VS. ADMINISTRACION REHABILITACION VOCACIONAL | Initial Transfer |
| MONTALVO VAZQUEZ, MARIANA | 27957 | c | Litigation Claim | CDP-2013-0047 | Initial Transfer |

2

| | | | Litigation Claim | | Initial Transfer |
|---|---|---|---|---|---|
| PERDOMO OLMO, NYDIA E. | 26434 | c | | CPE-2011-0310 | |
| SANCHEZ AYALA, MODESTA | 29060 | c | Litigation Claim | DDP-2016-0657 | Initial Transfer |
| LUGO LEBRON, PABLO | 26647 | a | Litigation Claim | EAC-2013-0267; HSCI 2014-00340; HSCI-2007-00463; HSCI2015-010733; HSCI-2016-00516; HSCI-2016-00726; HSCI-2017-00029; N2CI2014-00016 | Initial Transfer |
| PEREZ REYES, MARAGARITA | 39851 | c | Litigation Claim | GDP-2017-0076 | Initial Transfer |
| GARCIA, ZORAIDA I / CHRISTIAN S. RIVERA GARCIA | 75021 | b | Litigation Claim | ISCI-2013-01555 | Initial Transfer |
| ORTIZ-SANTIAGO, ILEANA | 5968 | c | Litigation Claim | JDP-2015-0283 | Initial Transfer |
| LEANDRY HERNANDEZ, JULIO | 6059 | c | Litigation Claim | JDP-2015-0283 | Initial Transfer |
| PAZ VILLALOBOS, IRIS | 20856 | f | Litigation Claim | KAC-2000-1703; KAC-2000-7304; KAC-2008-0507; KAC-2008-1138; KLCE-2009-01755 | Initial Transfer |
| FEBUS RODRIGUEZ, ROBERTO | 39663 | e | Litigation Claim | KAC-2008-1138; KAC-2000-1703; KAC-2000-7304; KAC-2008-0507; KLCE-2009-01755 | Initial Transfer |

3

| | | | | | |
|---|---|---|---|---|---|
| NELSON RAMOS & SAMUEL HERNANDEZ DIAZ | 102523 | c | Litigation Claim | KEF-2016-0056 | Initial Transfer |
| ROSA NUNEZ, HUMBERTO | 150419 | c | Litigation Claim | KPE-2007-4357 | Initial Transfer |
| GONZALEZ FONTANEZ, MARIBEL | 63201 | c | Litigation Claim | KPE-2011-3662 | Initial Transfer |
| MARIBEL GONZALEZ FONTANEZ Y OTROS | 8720 | d | Litigation Claim | KPE-2011-3662; KPE-2012-0767 | Initial Transfer |
| MELENDEZ ESQUILIN, ISRAEL | 2779 | d | Litigation Claim | NSCI-2013-00835 | Initial Transfer |
| RUIZ CAMACHO, HARRY H | 20803 | a | Litigation Claim | | Initial Transfer |
| ROSARIO RESTO, JOSE | 26373 | a | Litigation Claim | | Initial Transfer |
| MARTINEZ FERNANDEZ, CARLOS R. | 31212 | a | Litigation Claim | | Initial Transfer |

4

| **Claim Amount Key** |
| --- |
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |