# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 140858 | BAEZ RAMOS, HILDA | Public Employee & Pension/Retiree | $0.00 |
| 132180 | BERMUDEZ MARTINEZ, MARIA DE LOS A. | Public Employee | $0.00 |
| 163463-1 | CEPEDA RODRIGUEZ, CARMEN R. | Public Employee | $10,981.50 |
| 145580 | COLON SANTIAGO, GLADYS I. | Public Employee & Pension/Retiree | $75,000.00 |
| 147201 | DE JESUS BURGOS, ANGEL M. | Public Employee & Pension/Retiree | $0.00 |
| 72760 | DIAZ, ALBA BEAUCHAMP | Public Employee & Pension/Retiree | $22,200.00 |
| 170847 | FLORES MORALES, FRANCISCA | Public Employee | $15,000.00 |
| 139008 | HERNANDEZ FONTANEZ, IVETTE M | Public Employee & Pension/Retiree | $12,000.00 |
| 107954 | JORDAN TORRES, NORMA I. | Public Employee, Pension/Retiree & Union Grievance | $70,000.00 |
| 170450-1 | LOPEZ DAVID, MIRIAM | Public Employee | $0.00 |
| 120153 | LOPEZ RODRIGUEZ, GUILLERMO | Public Employee & Pension/Retiree | $0.00 |
| 28557 | LORENZANA OQUENDO, JOSE A | Public Employee | $3,720.15 |
| 167347 | MEDERO ESPANOL, DELIA I. | Public Employee & Pension/Retiree | $14,400.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 58604 | MELENDEZ DE LEON, RUTH M. | Public Employee & Pension/Retiree | $75,212.24 |
| 71297 | MONTALVO BERROCALES, MARCO ANTONIO | Public Employee & Pension/Retiree | $0.00 |
| 145262 | MORENO CINTRON, EDA M. | Public Employee & Pension/Retiree | $0.00 |
| 48377-1 | MORENO VELAZQUEZ, EULALIA | Public Employee | $0.00 |
| 5607 | NOLLA AMADO, JUAN JOSE | Tax Refund | $12,750.00 |
| 83024 | ORTIZ BONILLA, MILAGROS | Public Employee | $16,200.00 |
| 53894 | ORTIZ LOPEZ, CARMEN M | Public Employee & Pension/Retiree | $7,647.61 |
| 85099 | PARRILLA CEPEDA, MILAGROS | Public Employee | $10,000.00 |
| 148195 | PEREZ RAMOS, MILDRED | Public Employee & Pension/Retiree | $0.00 |
| 2399 | QUINONES GONZALEZ, CLARO | Tax Refund | $4,000.00 |
| 112809 | RIVERA MORALES, NEREIDA | Public Employee | $80,000.00 |
| 178864 | RODRIGUEZ RODRIGUEZ, SARA | Public Employee & Pension/Retiree | $56,400.00 |
| 75438 | ROJAS CUMMINGS, NILSA A | Public Employee & Pension/Retiree | $75,000.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 120124 | ROMÁN MANTILLA, VERÓNICA MABEL | Public Employee | $5,000.00 |
| 106103 | SANTINI VAZQUEZ, ORLANDO | Public Employee & Pension/Retiree | $0.00 |
| 138606 | SERGES FIGUEROA, CARMEN A. | Public Employee | $75,000.00 |
| 16395 | SOSA GONZALEZ, SOL A | Union Grievance | $0.00 |
| 151 | THE LINE CONTRACTORS CORP | Tax Refund | $10,558.00 |
| 78110 | VILLA ARMENDARIZ, SANDRA C. | Public Employee & Pension/Retiree | $19,800.00 |
| 59034-1 | ZAYAS CINTRON, GRISSEL | Public Employee | $0.00 |