ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE APELACIONES
REGION JUDICIAL DE SAN JUAN

JOHNSON, OBED E

V.

ACARÓN PORRATA DORIA, FABIOLA

CASO NÚM. TRIBUNAL DE PRIMERA
INSTANCIA O AGENCIA: SJ2022CV01582

A: JOHNSON, OBED E
INST GUAYAMA ANEXO 500
PO BOX 10005 BA 099
GUAYAMA         PR 00785

CARTA INFORMANDO PRESENTACIÓN DE RECURSO
EN EL TRIBUNAL DE APELACIONES

SECRETARIO GENERAL SAN JUAN (SUP)
PO BOX 190887
SAN JUAN       PR 00919

HONORABLE PROCURADOR GENERAL
PO BOX 9020192
SAN JUAN       PR 00902-0192

LIC. ACARÓN PORRATA DORIA, FABIOLA
fab0911@hotmail.com, facaron@justicia.pr.gov

LIC. FIGUEROA SANTIAGO, FERNANDO
fernando.figueroa@justicia.pr.gov, notificacionestribunalespr@gmail.com

PARA SU CONOCIMIENTO, LE INFORMO QUE EN EL CASO DE REFERENCIA, EL DÍA 04 DE AGOSTO DE 2022, SE PRESENTÓ UN RECURSO DE CERTIORARI EN EL TRIBUNAL DE APELACIONES BAJO EL NÚMERO KLCE202200863.

DADA EN SAN JUAN, PUERTO RICO, A 08 DE AGOSTO DE 2022.

LILIA M. OQUENDO SOLIS
_____
NOMBRE DEL [DE LA] SECRETARIO[A]
DEL TRIBUNAL DE APELACIONES

Por: f/GLORYBEL SEBASTIAN VENCEBI
_____
NOMBRE Y FIRMA DEL [DE LA]
SECRETARIO[A] AUXILIAR DEL TRIBUNAL

OAT-1105 Carta Informando Presentación de Recurso en el Tribunal de Apelaciones
(Rev Agosto 2017)

From the court of Appeals of Puerto Rico, has refused to lift the automatic stay as 362(d)(1) of the Bankruptcy code requires