ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE APELACIONES
REGION JUDICIAL DE SAN JUAN

JOHNSON, OBED E

V.

ACARÓN PORRATA DORIA, FABIOLA

CASO NÚM.TRIBUNAL DE
APELACIONES: KLCE202200863

A:  JOHNSON, OBED E
    INST GUAYAMA ANEXO 500
    PO BOX 10005 BA 099
    GUAYAMA           PR 00785

CARTA DE TRÁMITE NOTIFICANDO DEFICIENCIA EN ESCRITO
PRESENTADO EN EL TRIBUNAL DE APELACIONES

EN VIRTUD DE LO DISPUESTO EN LAS REGLAS 5 (c) y 70 DEL REGLAMENTO DE ESTE TRIBUNAL, ASÍ COMO EN LAS REGLAS 13 A 22 PARA LAS APELACIONES CIVILES, REGLAS 23 A 30.1 PARA LAS APELACIONES CRIMINALES, REGLAS 31 A 40 PARA LOS CERTIORARI Y REGLAS 56 A 67 PARA LAS REVISIONES ADMINISTRATIVAS, LLAMO SU ATENCIÓN QUE EL DOCUMENTO QUE PRESENTÓ RECIENTEMENTE A NUESTRA SECRETARÍA ADOLECE DE LA(S) DEFICIENCIA[S] QUE SE SEÑALA(N) A CONTINUACIÓN:

TITULO DEL DOCUMENTO: MOTION OF INFORMATIVE- INFORMATIVO

NO SE FIRMARON TODAS LAS COPIAS DEL ESCRITO.
OTROS: RADICA DEF: DEBE PRESENTAR UN DOCUMENTO ORIGINAL FIRMADO SE ENVIA COPIA PARA SU FIRMA.

DADA EN SAN JUAN, PUERTO RICO, A 11 DE OCTUBRE DE 2022.

LILIA M. OQUENDO SOLIS
_____
NOMBRE DEL [DE LA] SECRETARIO[A]
DEL TRIBUNAL DE APELACIONES

Por:f/ANGELICA M. DELGADO SOTO
_____
NOMBRE Y FIRMA DEL [DE LA]
SECRETARIO[A] AUXILIAR DEL TRIBUNAL

OAT-1106 Carta de Tramite Notificando Deficiencia en Escrito Presentado en el Tribunal de Apelaciones(Rev Agosto 2017)

Tribunal General de Justicia
Tribunal de Apelaciones
P.O. Box 191067
San Juan, PR 00919-1067
September 22 of 2022

| | |
|---|---|
| Obe E. Johnson<br>demandante<br>vs<br>Acaron, Poulata Doria<br>Fabiola<br>demandante | Caso Num Tribunal de Primera<br>Instancia o Agencia SJ2022<br>01582<br>Recurso de Certiorari, Numb<br>KLCE 202200863 |

Motion of Informative - Informativa

To the Honorable Court,

Comes now plaintiff Obe E. Johnson and before this Honorable Court respectfully states alleges and prays as follows

I'm kindly requesting response to case number KLCE 202200863

The Tribunal de Apelaciones within 30 days should have an answer to case number KLCE 202200863, the recurso of certiorari.

Please file an answer within 10 days to case number KLCE 202200863

Por favor conteste el documento en 10 Dias con el numero de caso KLCE 202200863

x Johnson Obe E  ⟨Original Firmay⟩
Johnson, Obe Inst Guayama Anexo 500
P.O. Box 10005 BA 099 Guayama
PR 00785

Favor de firmar y devolver.

x Obe E Johnson date



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE APELACIONES
PO BOX 191067
SAN JUAN PR 00919-1067

SAN JUAN PR 009
11 OCT 2022 PM 2

AC
RECEIVED
13 OCT 2022
AM

US POSTAGE
ZIP 00918
$000.57
OCT 11 2022