Obe E. Jounfor
Institucion Guayama 500
BA—094
P.O. Box 1000-5
Guayama, PR 00785

Clerks Office
United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767