(1)

United States District Court

Room 150 Federal Bldg
San Juan PR 00918-1767
October 15 of 2022

Bankruptcy Court

| | |
|---|---|
| In re | |
| The Financial Oversight | PROMESA |
| and Management Board | Title III |
| For Puerto Rico | |
| as representative of | No. 17 BK 3283-LTS |
| | Jointly Administered |
| The Commonwealth of | |
| Puerto Rico et al | This filing relates to the |
| debtors | Commonwealth, COFINA |
| | HTA ERS, and PBA |
| Obe E Johnson | |
| Plaintiff | |

Motion to the Bankruptcy Court, the illegal sentence has expired, under the rightful Penal Code of 1974, the petition for Habeas Corpus that was incorporated into PROMESA the illegal sentence has expired, the Bankruptcy Court attention,

To the Honorable United States District Judge Laura Taylor Swain,

Comes now plaintiff-Appellant Obe E Johnson and before this Honorable Court respectfully states alleges and prays as follows

②

## Fact

The appeal that was taken from an order by the title III court granting relief from the automatic stay, to pursue that petition for Habeas Corpus that was incorporated into title III of Promesa, to notify this Honorable bankruptcy court the illegal sentence has expired.

The Guayama 500 prison correction administration has refused to calculate or discount sentence of articles 5-04, their puerto rican Arm Law, glance at the Liquidation of sentence the sentence of article 5.04 is natural years

Glance careful at the Liquidation of sentence after I complaint in 2017, on February of 2018 they refused to calculate and discount of sentence of Article 5.04, their Arm Law, they changed both Arm law position on the Liquidation taken 5 years Arm law down and 10 years Arm Law up.

The puerto rico commonwealth Lawyer from the division de Apelaciones Luis Gutierrez marcano became involved in conspiracy with the administration of correction, and their court that they should prosecute me and apply a different penal code of 2005, instead of the rightful penal code of 1974, their lawyer Luis Gutierrez marcano requested the penal code of 2005 to extend punishment, because article 5.04 it is natural year or cruel and unusual punishment, He violated the Eighth Amendment to the U.S. Constitution, because of Evil-motive

③

I am accredited to discount of sentence corresponding that I was sentenced under the penal code of 1974, For Article 5.04 their Arm Law, the Administration of Correction has refused to discount of sentence for article 5.04 Arm Law,

they Falsify claim that I commit a crime their witness claim they imagine me to have a Gun, at this time it is unbelievable,

I claim that the illegal sentence has already expired if it is calculated under the rightful Penal code of 1974, They sentenced me under the Penal Code of 1974

First of all the illegal sentence has already expired, if calculate Rightful under the penal code of 1974, Why Habeas Corpus incorporated into title III of promesa to Lift the Automatic Stay as 362(d)(1) of the Bankruptcy code requires

the prison social worker call me to refer me to the puerto rico parole board, and I refused they are trying that I should leave court jurisdiction to enhance the illegal sentence that has expired, their court of appeals has refused to Lift the automatic stay of promesa,

they charged me with the penal code of 1974, not the penal code of 2005, the fact, the Falsify allegation, they claim was committed February 4, 2005, and they sentenced me on September 15

2005, the penal code of 2005 was approved on may 1, 2005, 81 days after they implemented the penal code of 2005, they has already falsify accused me and in prison before that penal code of 2005 came into exist,

Wherefore it is respectfully requested or notification to this Honorable bankruptcy court Promesa Appeal Nos 20-1698 — 21-1189 see 11 usc 362(a) providing for Automatic Stay incorporated into a title III case by 48 usc 2161(a) Johnson Obe E pending appeal is taken from an order by the title III court Granting Johnson Obe E relief from the automatic stay to pursue his petition for Habeas Corpus, that illegal sentence has already expired under the rightful penal code of 1974 if calculate,

Signature Obe E Johnson

Address Below
Obe E, Johnson
Institucion Guayama 500
AB 033
P.O. Box 10005
Guayama, PR 00785

October 15 2022

Attachment of document to proof that the illegal sentence has already expired under the rightful penal code of 1974 and they used or different penal code of 2005 to continue keeping me illegal in prison