Jose E. Johnson
Institucion GuiAyama 500
GYA-099
P.O. Box 1000-S
GuAyama P/2 00785

RECEIVED
2022 OCT 20  PM 2 00
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

Clerks offiice
united States District court
Room 150 federal Bldg
San Juan PR 00918—1767