



**PRESS FIRMLY TO SEAL**   **PRESS FIRMLY TO SEAL**   **PRIORITY MAIL LEGAL FLAT RATE ENVELOPE POSTAGE REQUIRED**

- Expected delivery date specified
- Most domestic shipments includ
- USPS Tracking® included for do
- Limited international insurance.*
- When used internationally, a cu

*Insurance does not cover certain items. Fo Domestic Mail Manual at http://pe.usps.co
** See International Mail Manual at http://pe

**LEGAL FLAT RATE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSUR**



---

**UNITED STATES POSTAL SERVICE** — Retail

P   US POSTAGE PAID
$10.20
Origin: 00717
10/20/22
4269300731-12

**PRIORITY MAIL®**

0 Lb 9.10 Oz
1005

EXPECTED DELIVERY DAY: 10/21/22



C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® #

9505 5127 1789 2293 8742 60

---

FROM: Rubén Muñiz Roberto
Ponce 1000 Correctional
Complex 3M Cell 110
3699 Ponce By Pass
Ponce P.R. 00728 - 1500

TO: Clerk's Office
United States District
Court
Room 150 Federal BLDG
San Juan Puerto Rico
00918-1767



FEDERAL BLDG
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703


