UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING POTRERO LOS LLANOS, INC.'S MOTION FOR
LEAVE TO AMEND PROOF OF CLAIM KROLL NUMBER 180517

      The Court has considered *Potrero Los Llanos, Inc.'s Motion for Leave to Amend Proof of Claim Kroll Number 180517* (Docket Entry No. 22390 in Case No. 17-3283, the "Motion"), filed by Potrero Los Llanos, Inc. (the "Movant"), and, with no opposition having been filed and with the Court finding good cause to grant the requested relief, the Court hereby grants Movant leave to amend proof of claim number 17818 (as embodied in proof of claim number 180517) to reflect (i) a change of its asserted amount from $11,013.06 to $11,200.00 and (ii) reference to voucher number 16890407 rather than voucher number 16890405.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 22390 in Case No. 17-3283.

SO ORDERED.

Dated: October 24, 2022 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge