**EXHIBIT A**

PARTY APPEARANCE SHEET

| Name of Party | Ambac Assurance Corporation | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line |
| | Name | **Dennis F. Dunne** |
| | Law Firm | Milbank LLP |
| | Email | ddunne@milbank.com |
| | Phone Number | (212) 530-5770 |
| | Docket Entry No. of Notice of Appearance | ECF No. 54 |
| ATTORNEY 2 | Appearance Method | CourtSolutions Speaking Line |
| | Name | **Atara Miller** |
| | Law Firm | Milbank LLP |
| | Email | amiller@milbank.com |
| | Phone Number | (212) 530-5421 |
| | Docket Entry No. of Notice of Appearance | ECF No. 76 |