**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------------- x

In re:                             :

                                  :

THE FINANCIAL OVERSIGHT AND     :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III

                                  :

      as representative of              :    Case No. 17-BK-3283 (LTS)

                                  :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)

                                  :

      Debtors.[1]                         :

                                  :

------------------------------------------------------------------------- x

**INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS REGARDING NOVEMBER 2-3, 2022, OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all Title III Debtors (the

"Committee")[2] hereby submits this informative motion in response to the Court's *Order*

*Regarding Procedures for Hearing on November 2-3, 2022, Omnibus Hearing* [Case No. 17-

3283, Docket No. 22668] (the "Scheduling Order") and respectfully states as follows:

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

1.    Luc A. Despins will appear by Court-Solutions and G. Alexander Bongartz of

Paul Hastings LLP will appear in-person on behalf of the Committee at the Hearing (as defined

in the Scheduling Order), and address, as necessary, the following matters:

(a)    Status Report to be filed by the Oversight Board;

(b)    Status Report to be filed by AAFAF;

(c)    Any objections, responses, statements, joinders, or replies to any of the foregoing;

and

(d)    Any statements made by any party in connection with the Title III cases or any

adversary proceeding pending therein.

2.    In addition, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and

one of his co-counsel will also be attending, on behalf of the Committee, the Hearing

telephonically.

[*Remainder of the page intentionally left blank.*]

WHEREFORE, the Committee respectfully requests that the Court take notice of the

above.

Dated: October 24, 2022

/s/ Luc A. Despins

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

3

**Exhibit A**

<u>Party Appearance Sheet</u>

| **Name of Party** | | **Official Committee of Unsecured Creditors** |
|---|---|---|
| Attorney 1 | Appearance Method | CourtSolutions Speaking Line |
| | Name | **Luc A. Despins** |
| | Law Firm | Paul Hastings LLP |
| | Email | lucdespins@paulhastings.com |
| | Phone Number | (212) 318-6001 |
| | Docket Entry No. of Notice of Appearance | Docket No. 494 |
| Attorney 1 | Appearance Method | In Person NY |
| | Name | **G. Alexander Bongartz** |
| | Law Firm | Paul Hastings LLP |
| | Email | alexbongartz@paulhastings.com |
| | Phone Number | (212) 318-6472 |
| | Docket Entry No. of Notice of Appearance | Docket No. 494 |

1