UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SETTING DEADLINE FOR A STATUS REPORT CONCERNING
COMMUNITY HEALTH FOUNDATION OF P.R. INC.'S MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

      The Court has received and reviewed the *Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense* (Docket Entry No. 18602 in Case No. 17-3283) (the "Motion"),[2] filed by the Community Health Foundation of P.R. Inc. ("CHF"); the *Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense* (Docket Entry No. 21005) (the "Objection"), filed by the Financial Oversight and Management Board for Puerto Rico; and the *Reply to Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense* (Docket Entry No. 22400) (the "Reply"), filed by CHF.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All docket entry references herein are to the docket of Case No. 17-3283.

The parties are hereby ordered to promptly meet and confer in good faith and file a status report by **October 28, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. The parties must address the following in the status report: (i) what issues, if any, remain in dispute in connection with the Motion; (ii) what documentation in support of CHF's request for payment, if any, is required by either party to resolve the outstanding issues in the Motion, and (iii) a proposed schedule and methodology for the exchange and review of the documentation, and the timeline for the issuance of any determinations by the Puerto Rico Department of Health necessary to resolve the issues underlying the Motion.

In light of this additional conferral requirement, the status report shall state whether the parties request that the hearing in connection with the Motion, which is currently scheduled to be heard on November 2, 2022, be adjourned to the Omnibus Hearing scheduled on **December 14, 2022**. **(Atlantic Standard Time)**.

SO ORDERED.

Dated: October 25, 2022

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge