# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION
## OF FINANCIAL GUARANTY INSURANCE COMPANY
## FOR APPEARANCE AT NOVEMBER 2-3, 2022 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at November 2-3, 2022, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Maria E. Picó and Martin A. Sosland or Candice M. Carson will participate on behalf of FGIC at the Hearing[1] conducted by the Court by CourtSolutions Speaking Line. Attached as Exhibit A is the Party Appearance Sheet.

2. Ms. Picó, Mr. Sosland and Ms. Carson will be available to address any matters and to respond to any questions raised by the Court or to any statements of any party that affect the interests of FGIC.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for November 2-3, 2022, Omnibus Hearing* [Case No. 17-3283, Dkt. # 22668] (the "***Order***").

66157276.v1

Dated: October 25, 2022.

        Respectfully submitted,

        REXACH & PICÓ, CSP

By: */s/ María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

        BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    Candice M. Carson (*pro hac vice*)
    2911 Turtle Creek, Suite 1400
    Dallas, TX 75219
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com
    candice.carson@butlersnow.com

    James E. Bailey III (*pro hac vice*)
    Adam M. Langley (*pro hac vice*)
    6075 Poplar Ave., Suite 500
    Memphis, TN 38119
    Telephone: (901) 680-7347
    Facsimile: (615) 680-7201
    E-mail: jeb.bailey@butlersnow.com
    adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: October 25, 2022.

                                     Respectfully submitted,

                                     By: */s/ Martin A. Sosland*
                                          Martin A. Sosland

                                   *Attorney for Financial Guaranty Insurance Company*

66157276.v1

# EXHIBIT A[1]

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line[2] |
| | Name | Martin A. Sosland |
| | Law Firm | Butler Snow LLP |
| | Email | martin.sosland@butlersnow.com |
| | Phone Number | (469) 680-5502 |
| | Docket Entry No. of Notice of Appearance | 150 |
| ATTORNEY 2 | Appearance Method | CourtSolutions Speaking Line |
| | Name | Maria E. Pico |
| | Law Firm | Rexach & Pico, CSP |
| | Email | mpico@rexachpico.com |
| | Phone Number | (787) 723-8520 |
| | Docket Entry No. of Notice of Appearance | 101 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• CourtSolutions Listen Only<br>• In Person – NY<br>• In Person – PR<br>Law Firm<br>Email<br>Phone Number | CourtSolutions Speaking Line<br>Candice M. Carson<br>Butler Snow LLP<br>candice.carson@butlersnow.com<br>(469) 680-5505<br>18405 |
| Pursuant to the Hearing Procedures Order ¶ 6, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in the courtroom, and each other party-in-interest shall be permitted 2 attorneys present in the courtroom.<br>Space permitting, additional attorneys who wish to view but not participate in the hearing may gain admittance to the New York Courtroom and San Juan Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.