**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor [1] | PROMESA - TITLE III<br><br>Case No. 17-3283-LTS<br>(Jointly Administered) |

**INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD
AT NOVEMBER, 2-3, 2022 OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that, in compliance with the Order Regarding Procedures For Hearing on November 2 - 3 , 2022 Omnibus Hearing,[ ECF No. 22668[2]] the following group wage creditors, included in the litigation cases before the Commonwealth Appeal Board (CASP): Abraham-Gimenez, et al (1,046 Plaintiffs) collectively (the Abraham Gimenez Plaintiffs Group; CASP no 2021-01-0346; Beltran-Cintron, Plaintiff Group collectively (the Beltran-Cintron Plaintiff Group (4,593 Plaintiffs); CASP no. 2021-01-0345 and Madeline Acevedo-Camacho et al (2,518 Plaintiffs) CASP no 2016-05-1340, and 58 Auditors and Tax specialist who holds a separate wage cause of action pending before CFI, San Juan in the group litigation captioned, Prudencio Acevedo-Arocho, et al, case No. KAC 2005-5022 ; the creditors holding back judgements entered by Commonwealth courts, in the case of Cruz-Hernandez, Carmen Socorro Plaintiff Group (334

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "ECF No." refers to documents filed in Case No. 17-BK-03283 LTS, unless otherwise noted.

1

plaintiffs)TPI K AC1991-0665 ( ECF No. 21195) and individual Plaintiffs Rivera Garcia, Myrna (claim 32127 and Valle Valdivieso, Luz, Claim No. 113154) in relation to Omnibus Objection Five kindred Twenty-six. [ECF 22624] and individual Plaintiff Cruz Lorenzana, Sara, Claim No. 83256, in relation to Omnibus Objection Five kindred Twenty-seven; throughh the undersigned attorney and respectfully states as follows:

1. Mrs. Ivonne Gonzalez-Morales (ivonnegm@prw.net) will appear and speak on behalf of the above-identified claimants at the November 2 - 3, 2022, Omnibus Hearing, which will be conducted via Court Solutions Speaking Line.

2. Mrs. Ivonne Gonzalez-Morales, also reserve the right to be heard on any matter raised by any party at the Hearing as concerns group creditors related to the Title III cases or any pending adversary proceeding, which may affect the interests of the appearing claimants.

**WHEREFORE,** the wage Claimants respectfully request that the Court take notice of the foregoing.

Dated: October 25, 2022, in San Juan, Puerto Rico. .

**IT IS HEREBY CERTIFIED** that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By /s/ Ivonne González Morales
Ivonne González - Morales
USDC-PR 202701
P.O. BOX 9021828
San Juan, P.R. 00902-1828
Telephone: 787-410-0119
Email- ivonnegm@prw.net

*Attorney for the Groups of Creditors*

2