# EXHIBIT A[1]

## PARTY APPEARANCE SHEET

| Name of Party | | Madeline Acevedo Camacho et als v Family Department, et als Case No. 2016-05-1340 [ECF No. 21194] |
|---|---|---|
| ATTORNEY 1 | Appearance Method | Court Solutions Speaking Line[2] |
| | Name | **Ivonne González Morales** |
| | Law Firm | **Ivonne González Morales** |
| | Email | ivonnegm@prw.net |
| | Phone Number | 787-410-0119 |
| | Docket Entry No. of Notice of Appearance | ECF No. 13536 |

Pursuant to the Hearing Procedures Order ¶ 6, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in the courtroom, and each other party-in-interest shall be permitted 2 attorneys present in the courtroom.

Space permitting, additional attorneys who wish to view but not participate in the hearing may gain admittance to the New York Courtroom and San Juan Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet.

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as Exhibit A.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by Court Solutions must also separately register on the Court Solutions website.

cont. EXHIBIT A

## Supplemental Party Appearance Sheet
### (November 2-3, 2022 Omnibus Hearing)

**Ivonne Gonzalez Morales (ivonnegm@prw.net) Phone No. 787-410-0119 will appear and speak through the Court Solution Speaking Line on behalf of group claimants included in the following captioned litigation:**

1. Judgment Claimants Case Carmen Socorro Cruz Hernandez et als v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico [ECF No. 21195]
2. Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights [ECF No. 21224]
3. Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights [ECF No. 21227]
4. Group in Litigation Caption Acevedo Arocho et. als. v. Departamento Hacienda [ECF No. 21230] [ECF No. 21230
5. Individual Plaintiffs Rivera Garcia, Myrna (claim 32127 and Valle Valdivieso, Luz, Claim No. 113154) in relation to Omnibus Objection Five kindred Twenty-six. [ECF 22624]. (ECF No. 13534).
6. Individual Plaintiff Cruz Lorenzana, Sara, Claim No. 83256, in relation to Omnibus Objection Five kindred Twenty-seven. (ECF 22429)( ECF No. 13535)