# EXHIBIT B[1]

## PARTY EXHIBIT COVER SHEET

| Name of Party | Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico] | |
|---|---|---|
| Does the Party intend to offer evidence? | Yes | |
| Docket Entry No. for Party Exhibit List | ECF No. 21224 | |
| Exhibit Identifier [2] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| EXHIBIT A ACR information request | ECF. 21224 | N/A |
| EXHIBIT B ACR information request | ECF. 21224 | N/A |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

---

[1] This Party Exhibit Cover Sheet must be attached to a party-in-interest's Informative Motion as Exhibit B.

[2] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").



DEPARTAMENTO DE LA FAMILIA
SECRETARIA AUXILIAR DE RECURSOS HUMANOS Y RELACIONES LABORALES
Secretaria Auxiliar Interina | Jeriné Sánchez Figueroa | jer.mesanchez@familia.pr.gov

29 de septiembre de 2022

Miguel Ángel Santiago
M 12 Calle 10
Alta Vista
Ponce, PR 00716

Número de Reclamación POC: 56660

Estimado Reclamante:

Como parte de los procedimientos bajo el Título III del *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), el Tribunal autorizó al Gobierno de Puerto Rico a evaluar y resolver ciertos tipos de reclamaciones mediante la utilización de procedimientos administrativos existentes en sus agencias e instrumentalidades conocido como el Procedimiento de Reconciliación Administrativa de Reclamaciones ("Procedimiento de ACR") o "Procedimiento".

Con el propósito de dar cumplimiento a la orden del Tribunal, la Autoridad de Asesoría Financiera y Agencia Fiscal (AAFAF), refirió al Departamento de la Familia las reclamaciones hacia el departamento para ser evaluadas mediante el Procedimiento de ACR.

Recibimos su reclamación con el número de POC de referencia. Luego de evaluar la información sometida por usted, encontramos que es necesario que provea más información para poder evaluar adecuadamente su reclamo. Por lo tanto, es necesario que provea la siguiente información y/o documentación:

Su reclamación de deuda contra la agencia ha sido una en las que se han mencionado únicamente leyes o nombres como por ejemplo "romerazo"; "sila"; "sila calderón"; "servicios prestados"; "ajuste salarial"; "salario mínimo", entre otras. Por lo tanto, es necesario que provea evidencia que permita a la agencia determinar si posee una reclamación válida; de ser así poder determinar la cuantía adeudada.

Para realizar el análisis correspondiente deberá proveer:

1. Número de caso donde usted realizó su reclamo.
2. Foro donde se atendió su reclamo (Por ejemplo: Tribunal o Comisión Apelativa del Servicio Público, o Arbitraje)
3. Si el caso tiene sentencia, laudo de arbitraje o alguna decisión sobre este, someta copia.
4. Si algún abogado le representa en este reclamo, informe su nombre, número telefónico y dirección. De haber sido canalizado a través de la Unión, favor de así indicarlo.
5. En el caso de que pertenezca a una de la Demandas por salario mínimo, debe informar a cuál de las demandas pertenece, número de caso, así como cualquier información que facilite identificar el estado de su reclamo.
6. Indicar puesto ocupado en el Departamento y Administración a la cual pertenece o perteneció.
7. Adicional a los documentos e información solicitada, puede someter cualquier otro documento que sustente su reclamo.

Usted tendrá veinte (20) días, a partir del recibo de esta comunicación para proveer la información solicitada. De no proveer la información requerida dentro del término provisto, la agencia denegará el reclamo por falta de información suficiente.

Favor de enviar los documentos a la siguiente dirección:

DEPARTAMENTO DE LA FAMILIA
Att: Secretaria Auxiliar De Recursos Humanos Y Relaciones Laborales
ACR CLAIMS
Edificio Roosevelt Plaza 185
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

Cordialmente,

Jerime Sánchez Figueroa
Secretaria Auxiliar interina
SARHRL

FAMILY DEPARTMENT
Secretaria Auxiliar de Recursos Humanos y Relaciones Laborales
Secretaria Auxiliar Interina Jerime Sanchez Figueroa [jerimesanchez@familia.pr.gov]

September 29, 2022

Miguel Angel Santiago
M 12 Calle 10
Alta Vista
Ponce, P.R. 00716

Number of; POC Claim: 56660

Dear Claimant:

As part of the proceedings under the Title III of Puerto *Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), the Court authorized the Government of Puerto Rico to evaluate and resolve certain types of claims through the utilization of existing administrative procedures in its agencies and instrumentalities known as the Procedure of Administrative Reconciliation of Reclamations ("ACR Procedure") or "Procedure.

In order to comply with the Court's order, the Financial Advisory and Fiscal Agency Authority (AAFAF) referred to the Department of the Family: the claims to the department to be evaluated through the Procedure of ACR.

Received your claim. with the number of reference POC. After evaluating the information submitted by you, we find it necessary for you to provide more information in order to properly evaluate your claim. Therefore, it is necessary that. Provide the following information and/or documentation:

If your debt claim against the agency has been one in which only laws or names such as, for example "romerazo" have been mentioned; " Sila'; "Sila Calderon'." Services rendered "salary adjustment" "minimum wage," among others. Therefore, you need to provide evidence that allows the agency to determine whether you have a valid claim; if it is thus possible to determine the amount due.

I, Ivonne Gonzalez – Morales Esq. Certified to be a true and correct translation from its original
/s/Ivonne Gonzalez Morales

To perform the corresponding analysis you must provide:

1. Number of the case where you made your claim.
2. Forum where your complaint was addressed (For example:. Court or Appellate Commission: Public Service, or Arbitration)
3. If the case has a judgment, arbitration award, or any decision on it, submit
4. If an attorney represents you in this claim, please provide your name, telephone number, and address. If it has been channeled through the Union, please indicate this.
5. In the case that you belong to one of the Claims of Minimum wage, you must inform which of. the compliant you belong, case number, and any information that facilitates identifying the status of your claim.
6. Identify the position occupied in the Department and Administration to which you belong or worked.
7. In addition to the documents and information requested, you can submit any other. Document that supports your claim.

You will have twenty (20) days from the receipt of this communication to provide the requested information. If the required information is not provided within the term provided, the agency will deny the claim for lack of sufficient information.

Please send the documents to the following address:

FAMILY DEPARTMENT
Att. Assistant Secretary of Human Resources and Labor Relations ACR CLAIMS
Roosevelt Plaza 185 Building
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

Cordialy,

s/Jerime Sanchez Figueroa
Acting Secretary Aux
SARHRL


I, Ivonne Gonzalez – Morales Esq. Certified to be a true and correct translation from its original
/s/Ivonne Gonzalez Morales



**DEPARTAMENTO DE LA FAMILIA**
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS Y RELACIONES LABORALES
Secretaria Auxiliar Interina | Jeumé Sánchez Figueroa | jeume.sanchez@familia.pr.gov

30 de septiembre de 2022

Marina E. Morales Vázquez
Condominio Los Pinos
Apartamento 1001, Buzón 323
Caguas, PR 00725

Número de Reclamación POC: 179436

Estimado Reclamante:

Como parte de los procedimientos bajo el Título III del *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), el Tribunal autorizó al Gobierno de Puerto Rico a evaluar y resolver ciertos tipos de reclamaciones mediante la utilización de procedimientos administrativos existentes en sus agencias e instrumentalidades conocido como el Procedimiento de Reconciliación Administrativa de Reclamaciones ("Procedimiento de ACR") o "Procedimiento".

Con el propósito de dar cumplimiento a la orden del Tribunal, la Autoridad de Asesoría Financiera y Agencia Fiscal (AAFAF), refirió al Departamento de la Familia las reclamaciones hacia el departamento para ser evaluadas mediante el Procedimiento de ACR.

Recibimos su reclamación con el número de POC de referencia. Luego de evaluar la información sometida por usted, encontramos que es necesario que provea más información para poder evaluar adecuadamente su reclamo. Por lo tanto, es necesario que provea la siguiente información y/o documentación:

Su reclamación de deuda contra la agencia ha sido una en las que se han mencionado únicamente leyes o nombres como por ejemplo "romerazo"; "sila"; "sila calderón"; "servicios prestados"; "ajuste salarial"; "salario mínimo", entre otras. Por lo tanto, es necesario que provea evidencia que permita a la agencia determinar si posee una reclamación válida; de ser así poder determinar la cuantía adeudada.

Para realizar el análisis correspondiente deberá proveer:

1. Número de caso donde usted realizó su reclamo.
2. Foro donde se atendió su reclamo (Por ejemplo: Tribunal o Comisión Apelativa del Servicio Público, o Arbitraje)
3. Si el caso tiene sentencia, laudo de arbitraje o alguna decisión sobre este, someta copia.
4. Si algún abogado le representa en este reclamo, informe su nombre, número telefónico y dirección. De haber sido canalizado a través de la Unión, favor de así indicarlo.
5. En el caso de que pertenezca a una de la Demandas por salario mínimo, debe informar a cuál de las demandas pertenece, número de caso, así como cualquier información que facilite identificar el estado de su reclamo.
6. Indicar puesto ocupado en el Departamento y Administración a la cual pertenece o perteneció.
7. Adicional a los documentos e información solicitada, puede someter cualquier otro documento que sustente su reclamo.

Usted tendrá veinte (20) días, a partir del recibo de esta comunicación para proveer la información solicitada. De no proveer la información requerida dentro del término provisto, la agencia denegará el reclamo por falta de información suficiente.

Favor de enviar los documentos a la siguiente dirección:

DEPARTAMENTO DE LA FAMILIA
Att: Secretaria Auxiliar De Recursos Humanos Y Relaciones Laborales
ACR CLAIMS
Edificio Roosevelt Plaza 185
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

Cordialmente,

Jerime Sánchez Figueroa
Secretaria Auxiliar interina
SARHRL

FAMILY DEPARTMENT
Secretaria auxiliar de Recursos humanos y Relaciones Laborales
Secretaria Auxiliar Interina Jerime Sanchez Figueroa [jerimesanchez@familia.pr.gov]

September 30, 2022

Marina E. Morales Vázquez
Condominio Los Pinos Apartment 1091, Buzon 323
Caguas. PR .00725

Number of; POC Claim: 179436

Dear Claimant:

As part of the proceedings under the Title Ill of Puerto *Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), the Court authorized the Government of Puerto Rico to evaluate and resolve certain types of claims through the utilization of existing administrative procedures in its agencies and instrumentalities known as the Procedure of Administrative Reconciliation of Reclamations ("ACR Procedure") or "Procedure.

In order to comply with the Court's order, the Financial Advisory and Fiscal Agency Authority (AAFAF) referred to the Department of the Family: the claims to the department ·to be evaluated through the Procedure of ACR.·

Received your claim. with the number of reference POC. After evaluating the information submitted by you, we find it necessary for you to provide more information in order to properly evaluate your claim. Therefore, it is necessary that. Provide the following information and/or documentation:

If your debt claim against the agency has been one in which only laws or names such as, for example "romerazo" have been mentioned; " Sila'; "Sila Calderon'." Services rendered "salary adjustment" "minimum wage," among others. Therefore, you need to provide evidence that allows the agency to determine whether you have a valid claim; if it is thus possible to determine the amount due.

To perform the corresponding analysis you must provide:

1. Number of the case where you made your claim.

2. Forum where your complaint was addressed (For example:. Court or Appellate Commission: Public Service, or Arbitration)
3. If the case has a judgment, arbitration award, or any decision on it, submit
4. If an attorney represents you in this claim, please provide your name, telephone number, and address. If it has been channeled through the Union, please indicate this.
5. In the. case.. that you belong to one of the Claims of Minimum wage, you must inform which of. the compliant you belong, case number, and any information that facilitates identifying the status of your claim.
6. Identify the position occupied in the Department and Administration to which you belong or worked.
7. In addition to the documents and information requested, you can submit any other. Document that supports your claim.

You will have twenty (20) days from the receipt of this communication to provide the requested information. If the required information is not provided within the term provided, the agency will deny the claim for lack of sufficient information. ·

Please send the documents to the following address:

FAMILY DEPARTMENT
Att. Assistant Secretary of Human Resources and Labor Relations ACR CLAIMS
Roosevelt Plaza 185 Building
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

Cordialy,

s/Jerime Sanchez Figueroa
Acting Secretary Aux
SARHRL

## EXHIBIT B[3]

## PARTY EXHIBIT COVER SHEET

| Name of Party | Litigation Caption Madeline Acevedo Camacho et als v Family Department, et als Case No. 2016-05-1340 [ ECF No. 21194] | |
|---|---|---|
| Does the Party intend to offer evidence? | Yes | |
| Docket Entry No. for Party Exhibit List | ECF No. 21194 | |
| Exhibit Identifier [4] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| EXHIBIT A<br>ACR information request | ECF. 21194 | N/A |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

---

[3] This Party Exhibit Cover Sheet must be attached to a party-in-interest's Informative Motion as Exhibit B.

[4] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").

DEPARTAMENTO DE LA FAMILIA
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS Y RELACIONES LABORALES
Secretaria Auxiliar Interina | Jerimé Sánchez Figueroa | jerimesanchez@familia.pr.gov

30 de septiembre de 2022

María Del C. Beniquez Rios
HC 67 Box 126
Bayamón, PR 00956

Número de Reclamación POC: 148463

Estimado Reclamante:

Como parte de los procedimientos bajo el Título III del *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), el Tribunal autorizó al Gobierno de Puerto Rico a evaluar y resolver ciertos tipos de reclamaciones mediante la utilización de procedimientos administrativos existentes en sus agencias e instrumentalidades conocido como el Procedimiento de Reconciliación Administrativa de Reclamaciones ("Procedimiento de ACR") o "Procedimiento".

Con el propósito de dar cumplimiento a la orden del Tribunal, la Autoridad de Asesoría Financiera y Agencia Fiscal (AAFAF), refirió al Departamento de la Familia las reclamaciones hacia el departamento para ser evaluadas mediante el Procedimiento de ACR.

Recibimos su reclamación con el número de POC de referencia. Luego de evaluar la información sometida por usted, encontramos que es necesario que provea más información para poder evaluar adecuadamente su reclamo. Por lo tanto, es necesario que provea la siguiente información y/o documentación:

Su reclamación de deuda contra la agencia ha sido una en las que se han mencionado únicamente leyes o nombres como por ejemplo "romerazo"; "sila"; "sila calderón"; "servicios prestados"; "ajuste salarial"; "salario mínimo", entre otras. Por lo tanto, es necesario que provea evidencia que permita a la agencia determinar si posee una reclamación válida; de ser así poder determinar la cuantía adeudada.

Para realizar el análisis correspondiente deberá proveer:

1. Número de caso donde usted realizó su reclamo.
2. Foro donde se atendió su reclamo (Por ejemplo: Tribunal o Comisión Apelativa del Servicio Público, o Arbitraje)
3. Si el caso tiene sentencia, laudo de arbitraje o alguna decisión sobre este, someta copia.
4. Si algún abogado le representa en este reclamo, informe su nombre, número telefónico y dirección. De haber sido canalizado a través de la Unión, favor de así indicarlo.
5. En el caso de que pertenezca a una de la Demandas por salario mínimo, debe informar a cuál de las demandas pertenece, número de caso, así como cualquier información que facilite identificar el estado de su reclamo.
6. Indicar puesto ocupado en el Departamento y Administración a la cual pertenece o perteneció.
7. Adicional a los documentos e información solicitada, puede someter cualquier otro documento que sustente su reclamo.

Usted tendrá veinte (20) días, a partir del recibo de esta comunicación para proveer la información solicitada. De no proveer la información requerida dentro del término provisto, la agencia denegará el reclamo por falta de información suficiente.

Favor de enviar los documentos a la siguiente dirección:

DEPARTAMENTO DE LA FAMILIA
Att: Secretaria Auxiliar De Recursos Humanos Y Relaciones Laborales
ACR CLAIMS
Edificio Roosevelt Plaza 185
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

Cordialmente,

Jerimé Sánchez Figueroa
Secretaria Auxiliar interina
SARHRL

FAMILY DEPARTMENT
Secretaria Auxiliar de Recursos Humanos y Relaciones Laborales
Secretaria Auxiliar Interina Jerime Sanchez Figueroa [jerimesanchez@familia.pr.gov]

September 30, 2022

Maria Del C. Beniquez Rios
hC 67 Box 126
Bayamon, P.R 00958

Number of; POC Claim: 148463

Dear Claimant:

As part of the proceedings under the Title Ill of Puerto *Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), the Court authorized the Government of Puerto Rico to evaluate and resolve certain types of claims through the utilization of existing administrative procedures in its agencies and instrumentalities known as the Procedure of Administrative Reconciliation of Reclamations ("ACR Procedure") or "Procedure.

In order to comply with the Court's order, the Financial Advisory and Fiscal Agency Authority (AAFAF) referred to the Department of the Family: the claims to the department ·to be evaluated through the Procedure of ACR.·

Received your claim. with the number of reference POC. After evaluating the information submitted by you, we find it necessary for you to provide more information in order to properly evaluate your claim. Therefore, it is necessary that. Provide the following information and/or documentation:

If your debt claim against the agency has been one in which only laws or names such as, for example "romerazo" have been mentioned; " Sila'; "Sila Calderon'." Services rendered "salary adjustment" "minimum wage," among others. Therefore, you need to provide evidence that allows the agency to determine whether you have a valid claim; if it is thus possible to determine the amount due.

I, Ivonne Gonzalez – Morales Esq. Certified to be a true and correct translation from its original
/s/Ivonne Gonzalez Morales

To perform the corresponding analysis you must provide:

1. Number of the case where you made your claim.
2. Forum where your complaint was addressed (For example:. Court or Appellate Commission: Public Service, or Arbitration)
3. If the case has a judgment, arbitration award, or any decision on it, submit
4. If an attorney represents you in this claim, please provide your name, telephone number, and address. If it has been channeled through the Union, please indicate this.
5. In the case that you belong to one of the Claims of Minimum wage, you must inform which of. the compliant you belong, case number, and any information that facilitates identifying the status of your claim.
6. Identify the position occupied in the Department and Administration to which you belong or worked.
7. In addition to the documents and information requested, you can submit any other. Document that supports your claim.

You will have twenty (20) days from the receipt of this communication to provide the requested information. If the required information is not provided within the term provided, the agency will deny the claim for lack of sufficient information. ·

Please send the documents to the following address:

FAMILY DEPARTMENT
Att. Assistant Secretary of Human Resources and Labor Relations ACR CLAIMS
Roosevelt Plaza 185 Building
PO BOX 11398
SAN JUAN, PUERTO RICO 00910-1398

Cordialy,

s/Jerime Sanchez Figueroa
Acting Secretary Aux
SARHRL


I, Ivonne Gonzalez – Morales Esq. Certified to be a true and correct translation from its original
/s/Ivonne Gonzalez Morales