## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>COMMONWEALTH OF PUERTO RICO.[1]<br><br>Debtor | CASE NO.: 17-03283 (LTS)<br><br>TITLE III; PUERTO RICO OVERSIGHT, MANGEMENT AND ECONOMIC STABILITY ACT (PROMESA) |

### MOTION TO INFORM APPEARANCE OF CANTOR-KATZ COLLATERAL MONITOR LLC AT NOVEMBER 2-3, 2022 OMNIBUS HEARING

**COMES NOW** Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the GDB Debt Recovery Authority (the "DRA") pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018 and the approved Qualifying Modification for the Government Development Bank for Puerto Rico[2] under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* (the "Collateral Monitor"), by and through the undersigned legal counsel, Motion") files this *Motion to Inform Appearance of Cantor-Katz Collateral Monitor LLC*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] *See* Dkt. No. 270 of Civil Case No. 18-01561 (LTS).

*at November 2-3, 2022, Omnibus Hearing.* In support of the Motion, the Collateral Monitor respectfully states as follows:

1. Two or fewer of Douglas S. Mintz, Peter J. Amend and/or Kelly V. Knight of Schulte Roth & Zabel LLP will participate on behalf of the Collateral Monitor at the omnibus hearing (the "Hearing"), conducted by the Court by the CourtSolutions Speaking Line. Attached as Exhibit A is the Party Appearance Sheet.

2. Carmen D. Conde Torres, Esq. and Luisa S. Valle Castro, Esq. of C. Conde & Assoc., as local counsel for the Collateral Monitor, may attend the Hearing through the listen-in access lines provided by the Court.

3. Furthermore, the Collateral Monitor reserves the right to be heard and present oral argument to address any matter identified in the agenda to be filed by the Oversight Board in connection with the Hearing, or raised by any party at the Hearing related to the Title III cases or any adversary proceeding which may affect the interests of the DRA. The Collateral Monitor reserves the right to amend this Informative Motion as needed.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of October, 2022.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

**C. CONDE & ASSOC. LAW OFFICES**

By: /s/ Carmen D. Conde Torres
Carmen D. Conde Torres
(USDC No. 207312)

By: Luisa S. Valle Castro
Luisa S. Valle Castro
USDC No.: 215611

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By: /s/ Douglas S. Mintz
Douglas S. Mintz (admitted *pro hac vice*)
901 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
E-mail: douglas.mintz@srz.com

and

Douglas Koff (admitted *pro hac vice*)
Taleah E. Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter Amend (admitted *pro hac vice*)
Kelly V. Knight (*pro hac vice* pending)
919 Third Avenue
New York, N.Y. 10022
Telephone: (212) 756-2000
E-mail: douglas.koff@srz.com
taleah.jennings@srz.com
abbey.walsh@srz.com
peter.amend@srz.com
kelly.knight@srz.com

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority*

# EXHIBIT A[1]
## PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line[2] |
| | Name | Doug Mintz |
| | Law Firm | Schulte Roth & Zabel LLP |
| | Email | Douglas.Mintz@srz.com |
| | Phone Number | (212) 756-2000 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 6976 |
| ATTORNEY 2 | Appearance Method | CourtSolutions Speaking Line |
| | Name | Peter J. Amend |
| | Law Firm | Schulte Roth & Zabel LLP |
| | Email | peter.amend@srz.com |
| | Phone Number | (212) 756-2000 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 6976 |
| ADDITIONAL ATTORNEY | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• CourtSolutions Listen Only<br>• In Person – NY<br>• In Person – PR<br>Law Firm<br>Email<br>Phone Number | Kelly V. Knight<br>• CourtSolutions Speaking Line<br>• Schulte Roth & Zabel LLP<br>• kelly.knight@srz.com<br>• (212) 756-2466<br>• Dkt. No. 19532 |
| Pursuant to the Hearing Procedures Order ¶ 6, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in the courtroom, and each other party-in-interest shall be permitted 2 attorneys present in the courtroom. Space permitting, additional attorneys who wish to view but not participate in the hearing may gain admittance to the New York Courtroom and San Juan Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as Exhibit A.
[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.

## Resolucion firmada

marco.monrouzeau@neolpharma.com <marco.monrouzeau@neolpharma.com>
Mon 10/17/2022 4:24 PM
To: Carmen D. CondeTorres <condecarmen@condelaw.com>
Cc: Marco Monrouzeau <marco.monrouzeau@neolpharma.com>

Lic. Conde me reuní con Enrique el pasado viernes y discutimos su ultima carta hacia mi y alguna de mis dudas.
  También tengo la resolución firmada por mi como secretario Auxiliar.
Me gustaría tener una teleconferencia si es posible mañana para aclarar algunas dudas y trazar el plan de acción.
Por favor me confirma
  Gracias
  Marco