UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SUPPLEMENTING PROCEDURES ORDER
FOR THE NOVEMBER 2-3, 2022, OMNIBUS HEARING

        On October 21, 2022, the Court entered the *Order Regarding Procedures for Hearing on November 2-3, 2022, Omnibus Hearing* (Docket Entry No. 22668 in Case No. 17-3283) (the "Procedures Order").[2] Paragraph 9 of the Procedures Order requires the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") to file written status reports by **5:00 p.m. (Atlantic Standard Time)** on **November 1, 2022**, addressing certain topics.

        Paragraph 9 is hereby amended to require the Oversight Board to address the following additional topics in its written report: (e) the status of the appointment of a lead negotiator in the PREPA Title III mediation sessions in compliance with the Court's *Amendments to Order Establishing the Terms and Conditions of Mediation* (Docket Entry No. 22409) (the "Amendments to the Terms and Conditions Order"), (f) the Oversight Board's

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All docket entry references herein are to the docket of Case No. 17-3283.

engagement in the Mediation[3] following entry of the Amendments to the Terms and Conditions Order, and (g) progress made towards the development of a confirmable proposed plan of adjustment for filing in the PREPA Title III case by December 1, 2022.

SO ORDERED.

Dated: October 26, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[3] Capitalized terms not otherwise defined, shall have the meaning given to them in the Amendments to the Terms and Conditions Order.