# EXHIBIT A[1]

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | Lilia Molina Ruiz | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person NY/PR **or** CourtSolutions Speaking Line[2] <br> In person, Clemente Ruiz Nazario, U.S. Courthouse |
| | Name | José Luis Novas-Debien |
| | Law Firm | Law Offices of José Luis Novas-Debién, P.S.C. |
| | Email | jnovas1@gmail.com |
| | Phone Number | 787-640-2174 |
| | Docket Entry No. of Notice of Appearance | 21190 |
| ATTORNEY 2 | Appearance Method | In Person NY/PR **or** CourtSolutions Speaking Line |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. <br><br> Name <ul><li>CourtSolutions Listen Only</li><li>In Person – NY</li><li>In Person – PR</li></ul> Law Firm <br> Email <br> Phone Number | |
| Pursuant to the Hearing Procedures Order ¶ 6, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in the courtroom, and each other party-in-interest shall be permitted 2 attorneys present in the courtroom. <br> Space permitting, additional attorneys who wish to view but not participate in the hearing may gain admittance to the New York Courtroom and San Juan Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.