UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | **Court Filing Relates Only to PREPA** |
| Debtor. | |

---

| | |
|---|---|
| In re | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),[1] | (Jointly Administered) |
| Debtor. | |

---

**AMENDED MOTION TO INFORM TRANSFER OF CLAIM (DOCKET NO. 21996)**

    **COMES NOW** Cedar Glade LP ("Cedar Glade"), by and through the undersigned legal counsel, and respectfully informs the Court as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

1. On July 2, 2017, PREPA, by and through the Financial Oversight and Management Board for Puerto Rico[2], filed a petition under title III of PROMESA (the "Title III Case") before the United States District Court for the District of Puerto Rico.

2. On June 12, 2018, Environics Engineering Group Corp. ("Environics") filed Proof of Claim No. 63950 in the amount of $967,946.57 (the "Proof of Claim") in the Title III Case.

3. On July 1, 2022, Environics sold, transferred, and assigned all of its rights, title, and interest in the Proof of Claim to Cedar Glade, as set forth in **Exhibit A** hereto.

**WHEREFORE**, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, Movant requests that the title and ownership of Proof of Claim No. 63950 be transferred from Environics to Cedar Glade, and that the claims register correctly identify Cedar Glade as the title holder and current owner of the Proof of Claim.

*[Remainder of page intentionally left blank]*

---

[2] As PREPA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of October 2022.

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* (Dkt. No. 20190-1) (the "CMP Order"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

*Attorneys for Cedar Glade LP*

**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5632
Facsimile: 787-759-9225

By: */s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br>Title III<br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br>Case No. 17-04780 (LTS)<br><br>(Jointly Administered) |

**MOTION TO INFORM REGARDING TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)**

**PLEASE TAKE NOTICE** that the claim #63950-1 asserted by **ENVIRONICS ENGINEERING GROUP CORP.** ("Assignor") against the Debtor **PUERTO RICO ELECTRIC POWER AUTHORITY** in the filed amount of $967,946.00 and all claims of Assignor against Debtor have been transferred and assigned to **CEDAR GLADE LP** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claim described above, hereby assign and transfer my claims and all rights thereto according to the terms of the Transfer of Claim agreement duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

| | |
|---|---|
| **CEDAR GLADE LP**<br>Name of Assignee<br>Address: 600 Madison Avenue, 17th Floor<br>New York, NY 10022<br><br>By: _____<br>Name: Robert Minkoff<br>Title: President<br>Date: July 1, 2022 | **ENVIRONICS ENGINEERING GROUP CORP.**<br>Name of Assignor<br>Address: PO Box 29535<br>San Juan, PR 00929<br><br>By: _____<br>Name: Thomas J. Danner<br>Title: President<br>Date: June 30, 2022 |

-14-

Error! Unknown document property name.

## SCHEDULE 1

NOTICE ADDRESSES AND WIRE INSTRUCTIONS

Seller's Address for Notices:
ENVIRONICS ENGINEERING GROUP CORP.
PO Box 29535
San Juan, PR 00929
Attn: Thomas Danner

Seller's Wire Instructions:
Bank Name:
ABA/Routing Number:
Account Name:
Account Number:

Buyer's Address for Notices:
CEDAR GLADE LP
600 Madison Avenue, 17th Floor
New York, NY 10022
Attn: Robert Minkoff

Buyer's Wire Instructions:
Bank Name:
ABA/Routing Number:
Account Name:
Account Number:

-17-

Error! Unknown document property name.

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br>Title III<br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br>Case No. 17-04780 (LTS)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cedar Glade LP
Name of Transferee

Last Four Digits of Acct #: N/A

Address where notices
and payments to Transferee should
be sent:

600 Madison Avenue, 17th Floor
New York, NY 10022

Environics Engineering Group Corp.
Name of Transferor

Last Four Digits of Acct #: N/A

Claim No: 63950-1
Case No.: 17-04780

Date Filed: 06/12/2018

Total Amount of Claim: $967,946.57
Transferred Amount of Claim: $967,946.57

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: Oct. 26, 2022
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.