EXHIBIT A[1]

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person NY[2] |
| | Name | Peter Friedman |
| | Law Firm | O'Melveny & Myers LLP |
| | Email | pfriedman@omm.com |
| | Phone Number | (202) 383-5300 |
| | Docket Entry No. of Notice of Appearance | PHV Admission - Docket No. 153 |
| ATTORNEY 2 | Appearance Method | In Person NY |
| | Law Firm | Maria J. DiConza |
| | Email | O'Melveny & Myers LLP |
| | Phone Number | mdiconza@omm.com |
| | Docket Entry No. of Notice of Appearance | (212) 326-2144 <br> PHV Admission - Docket No. 16488 |
| ADDITIONAL ATTORNEYS | Name <br><br> • CourtSolutions Listen Only <br> • In Person – NY <br> • In Person – PR <br><br> Law Firm <br> Email <br> Phone Number | Luis C. Marini-Biaggi <br> lmarini@mpmlawpr.com <br> Marini Pietrantoni Muñiz, LLC <br> (787) 705-2171 <br> NOA - Docket No. 2682 <br> Appearing via CourtSolutions Speaking Line <br><br> Carolina Velaz-Rivero <br> cvelaz@mpmlawpr.com <br> Marini Pietrantoni Muñiz, LLC <br> (787) 705-2171 <br> NOA - Docket No. 2683 <br> Appearing via CourtSolutions Speaking Line <br><br> Matthew P. Kremer <br> mkremer@omm.com <br> O'Melveny & Myers LLP <br> (212) 326-2159 <br> PHV Admission - Docket No. 16488 Appearing In Person - NY |
| Pursuant to the Hearing Procedures Order ¶ 6, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in the courtroom, and each other party-in-interest shall be permitted 2 attorneys present in the courtroom. <br> Space permitting, additional attorneys who wish to view but not participate in the hearing may gain admittance to the New York Courtroom and San Juan Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.