IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.<br><br>Debtors.[1] | PROMESA Title III<br><br>NO.: 17-BK-3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 83(D)(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico, Fed. R. Bank. Proc. 9010(b) and Local Rule 9010-1(c), that I am admitted to practice in this court, appear as counsel for CREDITOR, EMPRESAS OMAJEDE INC. and request that, pursuant to sections 102(1), 342 and 1109(b) of the Bankruptcy Code, Fed. R. Bank. Proc. 2002, 3017 and 9007 and Local Rule 9010-1(d)(2), all filed papers; all notices given or required to be given; and all notices and orders notified or served by the court or any party, be given to, notified and served upon the undersigned at:

                                        Monique Diaz Mayoral
                                        P.O. Box 364134
                                        San Juan, PR 00936-4134
                                        (754)755-5508
                                        m@diazmayorallaw.com

---

[1] The Last Four Digits of the Federal Tax ID of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17- BK-3283 (LTS)) is 3481.

1

The creditor's address for notifications is:

> Empresas Omajede Inc.
> Att. Antonio Betancourt
> Edif. La Electrónica
> 1608 Calle Bori, Suite 218
> San Juan, PR 00927
> 787-766-0872
> eoinc@zellius.net

CERTIFICATION OF SERVICE: IT IS HEREBY CERTIFIED that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a true and exact copy of this paper to all registered participants.

RESPECTFULLY SUBMITTED, in San Juan, PR, this 27th day of October, 2022.

> DML | Diaz Mayoral Law
> *Attorney for Empresas Omajede Inc.*
>
> *s/ Monique Diaz Mayoral*
> USDC-PR No. 225712
> 151 San Francisco Street
> San Juan, PR 00901
> (754)755-5508
> m@diazmayorallaw.com