IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.<br><br>Debtors.[1] | PROMESA Title III<br><br>NO.: 17-BK-3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### MOTION TO INFORM EMPRESAS OMAJEDE'S APPEARANCE AT NOVEMBER 2-3, 2022 OMNIBUS HEARING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN:

COMES NOW, EMPRESAS OMAJEDE INC., by and through the undersigned counsel, and, in response to the **519th Omnibus Objection**, states, alleges and prays.

1. On October 21, 2022, the Honorable Court entered an Order setting forth the procedures for the omnibus hearing scheduled for November 2-3, 2022. (The "221021 Procedures Order") Dkt. 22668

2. The 221021 Procedures Order requires any party that will appear at the November Omnibus Hearing to file an informative motion with a Party Appearance Cover Sheet. Dkt. 22668

3. In compliance with the requirements of the 221021 Procedures Order, Empresas Omajede, Inc. files this motion to inform that it will appear through the undersigned counsel and its President, Antonio Betancourt, with respect to Empresas

---

[1] The Last Four Digits of the Federal Tax ID of the Commonwealth of Puerto Rico (the Debtor in Bankruptcy Case No. 17- BK-3283 (LTS)) is 3481.

Omajede, Inc.'s First Amended Claim (Claim # 70324), the Debtor's 519th Omnibus Objection (Dkt. 22254) and its Response at Dkt. 22621.

4. The required Party Appearance Cover Sheet is attached as **Exhibit A** hereto. The required Exhibit Cover Sheet shall be filed with a separate motion, as required by the 221021 Procedures Order.

5. Empresas Omajede, Inc. reserves the right to amend this motion as needed.

WHEREFORE, Empresas Omajede respectfully requests that the Court take notice of **Exhibit A**, the Party Appearance Cover Sheet, deem it in compliance with the 221021 Procedures Order, allow Empresas Omajede to appear at the November 2-3, 2022 Omnibus Hearing, and grant any other relief that it deems just and proper or that may be granted under Puerto Rico law or in equity.

CERTIFICATION OF SERVICE: IT IS HEREBY CERTIFIED that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a true and exact copy of this paper to all registered participants, including Ricardo Burgos Vargas and Martin J. Bienenstock, the attorneys for the Financial Oversight and Management Board for Puerto Rico as representative for the Commonwealth of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, PR, this 27th day of October, 2022.

DML | Diaz Mayoral Law
*Attorney for Empresas Omajede Inc.*

<u>s/ Monique Diaz Mayoral</u>
USDC-PR No. 225712
151 San Francisco Street
San Juan, PR 00901
(754)755-5508
m@diazmayorallaw.com

# EXHIBIT A[1]
## PARTY APPEARANCE SHEET

| Name of Party | | Empresas Omajede, Inc. |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person at San Juan Courthouse |
| | Name | Monique Diaz-Mayoral |
| | Law Firm | Diaz Mayoral Law LLC |
| | Email | m@diazmayorallaw.com |
| | Phone Number | 1(754)755-5508 |
| | Dkt. Entry No of NoA | 22704 |
| ATTORNEY 2 | Appearance Method | In Person at San Juan Courthouse |
| | Name | Antonio Betancourt |
| | Law Firm | N/A |
| | Email | eoinc@zellius.net |
| | Phone Number | 1(787)766-0872 |
| | Dkt. Entry No of NoA | N/A |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• CourtSolutions[2]<br>  Listen Only<br>• In Person – NY<br>• In Person – PR<br>Law Firm<br>Email<br>Phone Number | None. |
| Pursuant to the Hearing Procedures Order ¶ 6, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in the courtroom, and each other party-in-interest shall be permitted 2 attorneys present in the courtroom.<br>Space permitting, additional attorneys who wish to view but not participate in the hearing may gain admittance to the New York Courtroom and San Juan Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.