## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :   PROMESA
THE FINANCIAL OVERSIGHT AND                                  :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :   Case No. 17-BK-3283-LTS
       as representative of                                  :
                                                             :
THE COMMONWEALTH OF PUERTO RICO, et                          :   Court Filing Relates Only to PREPA
al.,                                                         :
                                                             :
       Debtor.                                               :
                                                             :
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III
                                                             :
       as representative of                                  :
                                                             :   Case No. 17-4780-LTS
PUERTO RICO ELECTRIC POWER                                   :
AUTHORITY (PREPA),*                                          :   (Jointly Administered)
                                                             :
       Debtor.                                               :
                                                             :
------------------------------------------------------------ x
```

### INFORMATIVE MOTION OF FUEL LINE LENDERS
### REGARDING NOVEMBER 2-3, 2022 OMNIBUS HEARING

---

\* The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Pursuant to the Court's *Order Regarding Procedures for November 2-3, 2022, Omnibus Hearing* (Dkt. No. 22668 in Case No. 17-3283), the Fuel Line Lenders respectfully state as follows:

1. Richard G. Mason or Emil A. Kleinhaus of Wachtell, Lipton, Rosen & Katz may appear in-person in the New York Courthouse, and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent they impact the interests of the Fuel Line Lenders in these Title III cases.

Dated: October 27, 2022

Respectfully submitted,

 */s/ Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225
Email: nzt@mcvpr.com

 */s/ Richard G. Mason*
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted (*pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
 arwolf@wlrk.com
 eakleinhaus@wlrk.com
 akherring@wlrk.com
 mhcassel@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

2

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | Fuel Line Lenders |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In-Person – NY |
| | Name | Richard G. Mason |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | rgmason@wlrk.com |
| | Phone Number | 212-403-1252 |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 |
| ATTORNEY 2 | Appearance Method | In-Person – NY |
| | Name | Emil A. Kleinhaus |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | eakleinhaus@wlrk.com |
| | Phone Number | 212-403-1332 |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• CourtSolutions Listen Only<br>• In Person – NY<br>• In Person – PR<br>Law Firm<br>Email<br>Phone Number | |
| Pursuant to the Hearing Procedures Order ¶ 6, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in the courtroom, and each other party-in-interest shall be permitted 2 attorneys present in the courtroom.<br>Space permitting, additional attorneys who wish to view but not participate in the hearing may gain admittance to the New York Courtroom and San Juan Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |