UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

# INFORMATIVE
## MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING NOVEMBER 2-3, 2022 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for Hearing on November 2–3, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 22668], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

1. The following parties will appear on behalf of the Oversight Board: (i) Martin J. Bienenstock, mbienenstock@proskauer.com; (ii) Brian S. Rosen, brosen@proskauer.com; (iii) Joshua A. Esses, jesses@proskauer.com; and (iv) Matthew A. Skrzynski, mskrzynski@proskauer.com of Proskauer Rose LLP. The aforementioned parties will attend the Omnibus Hearing in-person.

2. Martin J. Bienenstock, Brian S. Rosen, Joshua A. Esses, and Matthew A. Skrzynski reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of the Oversight Board or any of the Debtors in these Title III cases.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, the parties respectfully request that the Court take notice of the foregoing.

Dated: October 27, 2022
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**EXHIBIT A**

PARTY APPEARANCE SHEET

Exhibit A

Party Appearance Sheet

| Name of Party | | Financial Oversight and Management Board for Puerto Rico |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – NY |
| | Name | Martin J. Bienenstock |
| | Law Firm | Proskauer Rose LLP |
| | Email | mbienenstock@proskauer.com |
| | Phone Number | 212-969-4530 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 90 |
| ATTORNEY 2 | Appearance Method | In Person – NY |
| | Name | Brian S. Rosen |
| | Law Firm | Proskauer Rose LLP |
| | Email | brosen@proskauer.com |
| | Phone Number | 212-969-3380 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 1902 |
| ATTORNEY 3 | Appearance Method | In Person – NY |
| | Name | Joshua A. Esses |
| | Law Firm | Proskauer Rose LLP |
| | Email | jesses@proskauer.com |
| | Phone Number | 212-969-3667 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 4708 |
| ATTORNEY 4 | Appearance Method | In Person – NY |
| | Name | Matthew A. Skrzynski |
| | Law Firm | Proskauer Rose LLP |
| | Email | mskrzynski@proskauer.com |
| | Phone Number | 212-969-3726 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 22361 |
| ADDITIONAL OBSERVATION | Name | Reuven C. Klein |
| | • CourtSolutions Listen Only<br>• In Person – NY<br>• In Person – PR | In Person – NY |
| | Law Firm | Proskauer Rose LLP |
| | Email | rklein@proskauer.com |
| | Phone Number | 212-969-3771 |