# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 22668 |
| **Debtors.**[1] | Hearing date: November 2, 2022 at 9:30 a.m. (Atlantic Standard Time) |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR NOVEMBER 2-3, OMNIBUS HEARING

By his counsel, the Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order Regarding Procedures for Hearing on November 2-3, 2022, Omnibus Hearing* [Dkt. No. 22668]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On October 26, 2022, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the November 2, 2022 Omnibus Hearing* [Dkt. No. 22702] (the "**Status Report**").

2. The Status Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of a group of interim applications for the Fifteenth Interim Compensation Period (February 1-May 31, 2022) and prior interim fee periods.

3. The Status Report attached a proposed order approving the uncontested fee applications (the "**Proposed Order**"). Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the *Sixteenth Amended Case Management and Administrative Procedures* [Dkt. No. 20190-1].

4. Pursuant to the *Third Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Third Amended Compensation Order**") if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id.* at 2(j), and the Court has done so in the past.

5. The Fee Examiner and counsel plan to appear at the hearing via CourtSolutions and will be prepared to respond to questions from the Court, if any, regarding the Status Report. Should the Court elect to enter the Proposed Order prior to the hearing, the Fee Examiner and counsel do not plan to participate in the hearing.

Dated this 27th day of October, 2022.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

                        EDGE Legal Strategies, PSC

                        *s/ Eyck O. Lugo*
                        Eyck O. Lugo
                        252 Ponce de León Avenue
                        Citibank Tower, 12th Floor
                        San Juan, PR 00918
                        Telephone: (787) 522-2000
                        Facsimile: (787) 522-2010
                        *Puerto Rico Counsel for Fee Examiner*

                        GODFREY & KAHN, S.C.
                        One East Main Street, Suite 500
                        Madison, WI 53703
                        Telephone: (608) 257-3911
                        Facsimile: (608) 257-0609

                        Katherine Stadler (*Pro Hac Vice*)

                        *Counsel for the Fee Examiner*

**EXHIBIT A**
<u>FEE EXAMINER'S PARTY APPEARANCE SHEET</u>

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line (if needed) |
| | Name | Katherine Stadler |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | kstadler@gklaw.com |
| | Phone Number | (608) 284-2654 |
| | Docket Entry of Notice of Appearance | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] |
| ATTORNEY 2 | Appearance Method | CourtSolutions Speaking Line (if needed) |
| | Name | Brady C. Williamson |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | bwilliam@gklaw.com |
| | Phone Number | (608) 284-2636 |
| | Docket Entry of Notice of Appearance | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] |
| ADDITIONAL ATTORNEY OBSERVATION | | Eyck O. Lugo<ul><li>CourtSolutions Listen Only</li></ul>elugo@edgelegalpr.com<br>EDGE Legal Strategies, PSC<br>(787) 522-2000<br>*See Order Authorizing the Employment of Edge Legal Strategies, PSC as Local Counsel to the Fee Examiner* [Dkt. No. 1992] |

28160081.1