# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING**
<u>**APPEARANCE AT NOVEMBER 2-3 OMNIBUS HEARING**</u>

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this amended informative motion in response to Court's *Order Regarding Procedures for November 2-3, 2022, Omnibus Hearing (Dkt. No. 22668 in Case No. 17-3283* setting forth guidelines for parties wishing to be heard at the November 2-3, 2022 omnibus hearing (the "**Hearing**").

1. Clark T. Whitmore (clark.whitmore@maslon.com) of Maslon LLP will appear via Court-Solutions on behalf of the Trustee at the Hearing.

2. Mr. Whitmore reserves the right to speak on behalf of the Trustee with respect to any other matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or any matter potentially impacting the interests of the Trustee.

3. The Trustee's Party Appearance Sheet is attached hereto as **Exhibit A**.

[Remainder of Page Intentionally Left Blank]

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, October 28, 2022.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| | By: /s Clark T. Whitmore |
| /s Eric A. Tulla | Clark T. Whitmore (admitted *pro hac vice*) |
| Eric A. Tulla | Michael C. McCarthy (*pro hac vice pending*) |
| USDC-DPR No. 118313 | John Duffey (admitted *pro hac vice*) |
| Email: etulla@ riveratulla.com | Jason M. Reed (admitted *pro hac vice*) |
| Rivera Tulla & Ferrer Building | |
| 50 Quisqueya Street | 90 South Seventh Street, Suite 3300 |
| San Juan, PR 00917-1212 | Minneapolis, MN 55402 |
| Tel: (787)753-0438 | Telephone: 612-672-8200 |
| Fax: (787)767-5784 (787)766-0409 | Facsimile: 612-672-8397 |
| | E-Mail: clark.whitmore@maslon.com |
| | mike.mccarthy@maslon.com |
| | john.duffey@maslon.com |
| | jason.reed@maslon.com |
| | **ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |

CERTIFICATE OF SERVICE

We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System of the U.S. Bankruptcy Court for the District of Puerto Rico for Case No. 17-BK-3283, which will send notification of such filing to all counsel of record participating in the CM/ECF System.

San Juan, Puerto Rico this 28th day of October, 2022

By: /s/ Eric A. Tulla
Eric A. Tulla