| Name of Claimant | Proof of ClaimNumber | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ORTIZ TORRES, LORENZO | 35590 | c | Litigation Claims | 14-AC-197 | Initial Transfer |
| RIVERA OLMEDA, TEODORO | 34634 | c | Litigation Claims | 2014-04-1457 | Initial Transfer |
| RIVERA GONZALEZ , CARMEN LYDIA | 145481 | c | Litigation Claims | 2014-0420 | Initial Transfer |
| RAMIREZ DOVAL, LUIS A | 57967 | c | Litigation Claims | 2017-04-1161 | Initial Transfer |
| FERRER BERRIOS, JOSE M | 64568 | c | Litigation Claims | 99-05-1306 | Initial Transfer |
| RIVERA QUILES, JOSE M | 77765 | c | Litigation Claims | 99-05-1306 | Initial Transfer |
| YULFO-BELTRAN, DAMARIS | 43110 | c | Litigation Claims | ADP-2015-0026 | Initial Transfer |
| GONZALEZ ORTIZ, MARGARITA | 46873 | c | Litigation Claims | AQ-12-0007 | Initial Transfer |
| RIVERA RODRIGUEZ, MIGDALIA | 34129 | c | Litigation Claims | AQ-12-1442 | Initial Transfer |
| SANTIAGO SOTO, ROSA | 82671 | a | Litigation Claims | AQ-12-1442 | Initial Transfer |
| ACEVEDO PEREZ, MIGDALIA | 91699 | a | Litigation Claims | AQ-12-1442 | Initial Transfer |
| RIVERA SOTO, MIKEY | 112543 | c | Litigation Claims | AQ-12-1442 | Initial Transfer |
| MELENDEZ VEGA, DOMINGO | 125329 | c | Litigation Claims | AQ-12-1442 | Initial Transfer |
| CARRASQUILLO IRIZARRY, IDALIA | 48273 | c | Litigation Claims | AQ-14-0536 | Initial Transfer |
| RIVERA SOTO, MIKEY | 166503 | c | Litigation Claims | AQ-16-0706 | Initial Transfer |
| MARRERO CANDELARIA, ANTONIO | 20053 | c | Litigation Claims | DDP-2014-0355 | Initial Transfer |
| GONZÁLEZ MARTÍNEZ, THAMARI | 20690 | e | Litigation Claims | DDP-2014-0355 | Initial Transfer |
| ELIEZER SANTANA BAEZ & HENRY FIGUEROA RAMOS | 4227 | c | Litigation Claims | DDP-2015-0215 | Initial Transfer |
| MADERA MARTÍNEZ, DEMETRIO | 90988 | c | Litigation Claims | DEMETRIO MADERA MARTINEZ | Initial Transfer |
| TORRES LEON, LUIS OSVALDO | 87385 | c | Litigation Claims | GDP-2014-0018 | Initial Transfer |
| CRUZ TORRES, PORFIRIA | 40922 | c | Litigation Claims | HSCI2015-01073 | Initial Transfer |
| MARTINEZ BERRIOS, WILFREDO | 100943 | b | Litigation Claims | IMI-2002-0007 | Initial Transfer |
| ORTIZ FORRODONA, LUISA | 87204 | c | Litigation Claims | ISCI-2009-02051 | Initial Transfer |
| RODRIGUEZ CINTRON, HECTOR | 13057 | c | Litigation Claims | ISCI-2016-00447 | Initial Transfer |
| RODRIGUEZ OTERO, NADIA E | 13297 | c | Litigation Claims | ISCI-2016-00447 | Initial Transfer |
| IRIZARRY RAMOS, ADALBERTO | 50412 | c | Litigation Claims | J4CI-2015-00223 | Initial Transfer |

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| Name of Claimant | Proof of ClaimNumber | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CRUZ GARCIA, JUDITH | 151679 | c | Litigation Claims | KDP-2005-950 | Initial Transfer |
| SOTO SANTIAGO, WILLIAM | 23850 | c | Litigation Claims | KDP-2015-1024 | Initial Transfer |
| VIDAL SANTIAGO, JUAN SEBASTIÁN | 32532 | c | Litigation Claims | KDP-2016-0802 | Initial Transfer |
| MALDONADO VAZQUEZ, CESAR A | 2852 | c | Litigation Claims | KPE-2015-2567 | Initial Transfer |
| SAMPAYO RAMOS, EVELYN A | 38929 | c | Litigation Claims | N2CI201400016 | Initial Transfer |
| RIVERA, DIANA | 140 | c | Litigation Claims | Unknown | Initial Transfer |
| GLORYMAR COLÓN-ROSARIO, PERSONALLY AND ON BEHALF OF HER MINOR SON, DRC | 165 | b | Litigation Claims | Unknown | Initial Transfer |
| Y.C.C. A MINOR CHILD (DAUGHTER OF YAHAIRA CAMACHO PAGÁN) | 20304 | c | Litigation Claims | DDP-2015-0780 | Initial Transfer |
| CAMACHO PAGAN, YAHAIRA | 26921 | d | Litigation Claims | DDP-2015-0780 | Initial Transfer |
| R.R.C. A MINOR CHILD (SON OF YAHAIRA CAMACHO PAGÁN) | 31990 | c | Litigation Claims | DDP-2015-0780 | Initial Transfer |
| K.Y.C. A MINOR CHILD (SON OF YAHAIRA CAMACHO PAGAN) | 32002 | c | Litigation Claims | DDP-2015-0780 | Initial Transfer |
| CHAVEZ ENCARNACION, GUILLERMO | 79170 | c | Litigation Claims | FDP-2016-0078 | Initial Transfer |
| BETANCOURT MERCED, FÉLIX | 42219 | c | Litigation Claims | GDP-2015-0024 | Initial Transfer |
| RODRIGUEZ RIVERA, LUIS MODESTO | 9490 | c | Litigation Claims | GDP-2017-0024 | Initial Transfer |
| CABAN-LOPEZ, SUHAIL | 32241 | c | Litigation Claims | KDP-13-0634 | Initial Transfer |
| GUEVARA, JASHIRI VÉLEZ | 19968 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| CAMACHO PAGAN, YAJAIRA | 23297 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| MELENDEZ COLON, DIANCHERISKA | 26190 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| RODRÍGUEZ GUTIÉRREZ, ANA | 26258 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| FELICIANO TORRES, WILLIVETTE | 26272 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| VAZQUEZ RODRIGUEZ, CARMEN | 26873 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| ROSA CASTRO, GLENDA | 26914 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| QUIÑONES FLORES, ANA L | 27033 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| FELICIANO GERENA, YAXIVIA | 28226 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| RIVERA RUIZ, ANA M. | 28322 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| PEREZ MELENDEZ, LILLIAM | 28581 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |

| Name of Claimant | Proof of ClaimNumber | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| CAMPOS RODRÍGUEZ, CORALY | 28752 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| RODRIGUEZ ORTIZ, CARMEN | 28922 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| COLON ORTIZ, DIANA | 29012 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| RIVERA MEDINA, MARELYN | 29180 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| ROMAN ARROYO, SORITZA | 41315 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| NAVEDO SANTANA, ERIKA | 21023 | c | Litigation Claims | KDP-2013-0333 | Initial Transfer |
| Comulada Ortiz, Fernando A. | 20873 | c | Litigation Claims | KAC2014-1073 | Initial Transfer |
| Perez Martinez, Julia | 59526 | a | Litigation Claims | HSCI200400896 HSCI200500098 | Initial Transfer |
| BORIA DIAZ, LUIS, DIAZ VIZCAINO, GERMINIA Y OTROS | 156566 | c | Litigation Claims | LDP-2015-0035 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |