## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF FILING OF CERTIFIED TRANSLATIONS IN CONNECTION WITH DOCKETED REPLIES TO THE THREE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION AND FOUR HUNDRED NINETY-SECOND OMNIBUS OBJECTION TO BE HEARD AT THE NOVEMBER 2–3, 2022 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"),

as the sole Title III representative of the Debtors pursuant to Section 315(b) of the *Puerto Rico*

*Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully files the

attached certified translations of cases cited in (i) the *Reply of the Commonwealth of Puerto Rico,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and
The Puerto Rico Highways and Transportation Authority to the Response Filed by The Downtown
Development Corp. (ECF No. 22057) to the Four Hundred Ninety-Second Omnibus Objection
(Substantive) to Claims for Which the Debtors are not Liable [**ECF No. 22211**] and (ii) the Reply
of the Commonwealth of Puerto Rico to the Response Filed by Barreras, Inc. [ECF No. 17411] to
the Three Hundred Thirty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto
Rico to Claims for Which the Commonwealth is not Liable [**ECF No. 22669**] (together, the
"Replies").    The *Three Hundred Thirty-Sixth Omnibus Objection (Substantive) of the
Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable* [**ECF No.
17101**] and the *Four Hundred Ninety-Second Omnibus Objection (Substantive) of the
Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to
Claims for which the Debtors Are Not Liable* [**ECF No. 21741**], with respect solely to the claims
described in the Replies, are scheduled for hearing on November 2–3, 2022 at 9:30 A.M. (Atlantic
Standard Time).

| Exhibit | Description |
|---------|-------------|
| 1 | *Vicar Builders Development vs. the Commonwealth of Puerto Rico*, 192 D.P.R. 256 (P.R. 2015) |
| 2 | *Alco Corp. v. Municipality of Toa Alta,* 183 D.P.R. 530, 539 (P.R. 2015) |

**WHEREFORE** the Oversight Board respectfully requests that this Court take notice of
the filing of these certified translations.

*[Remainder of Page Intentionally Left Blank]*

2

Dated: October 28, 2022
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
        brosen@proskauer.com

*Attorneys for the Financial Oversight and
Management Board as representative for
the Commonwealth*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla Carcía-Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight
and Management Board as representative
for the Commonwealth*

**<u>Exhibit 1</u>**

*Vicar Builders Development vs. the Commonwealth of Puerto Rico*, 192 D.P.R. 256 (P.R. 2015)

**<u>Exhibit 2</u>**

*Alco Corp. v. Municipality of Toa Alta*, 183 D.P.R. 530, 539 (P.R. 2015)