In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Eleventh - Fifteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)* | | | | | | | |
| | *Consulting Services to the FOMB* | | | | | | | |
| 1 | Berkeley Research Group, LLC [Dkt. No. 22176 and 17-4780 Dkt. No. 2953] | 10/1/2020 - 1/31/2021 | $ 185,578.65 | $ 1,195.20 | $ 70.00 | $ - | $ 184,383.45 | $ 70.00 |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 2-a | Brown Rudnick LLP [Dkt. No. 17447] | 10/1/2020 - 1/31/2021 | $ 612,405.00 | $ 22,584.93 | $ 2,238.65 | $ 190.27 | $ 589,820.07 | $ 2,048.38 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 2-b | Brown Rudnick LLP [17-3566 Dkt. No. 1186] | 10/1/2020 - 1/31/2021 | $ 43,511.00 | $ 1,604.65 | $ 10,535.60 | $ 895.48 | $ 41,906.35 | $ 9,640.12 |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 2-c | Brown Rudnick LLP [17-4780 Dkt. No. 2564] | 10/1/2020 - 1/31/2021 | $ 29,826.00 | $ 1,099.96 | $ 34.17 | $ 2.90 | $ 28,726.04 | $ 31.27 |
| | *Local Counsel to the FOMB* | | | | | | | |
| 3 | O'Neill & Borges LLC [Dkt. No. 18127] | 10/1/2020 - 1/31/2021 | $ 328,468.50 | $ 1,491.31 | $ 3,894.86 | $ - | $ 326,977.19 | $ 3,894.86 |
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)* | | | | | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Commonwealth* | | | | | | | |
| 4 | Brattle Group, Inc., The [Dkt. No. 17393] | 2/1/2021 - 5/31/2021 | $ 90,518.62 | $ - | $ - | $ - | $ 90,518.62 | $ - |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 5-a | Brown Rudnick LLP [Dkt. No. 17740] | 2/1/2021 - 5/31/2021 | $ 537,973.00 | $ 19,839.94 | $ 2,328.07 | $ 197.87 | $ 518,133.06 | $ 2,130.20 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 5-b | Brown Rudnick LLP [17-3566 Dkt. No. 1208] | 2/1/2021 - 5/31/2021 | $ 57,377.00 | $ 2,116.01 | $ 5,493.50 | $ 466.92 | $ 55,260.99 | $ 5,026.58 |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 5-c | Brown Rudnick LLP [17-4780 Dkt. No. 2592] | 2/1/2021 - 5/31/2021 | $ 8,687.00 | $ 320.37 | $ - | $ - | $ 8,366.63 | $ - |
| | *Local Counsel to the FOMB* | | | | | | | |
| 6 | O'Neill & Borges LLC [Dkt. No. 19412] | 2/1/2021 - 5/31/2021 | $ 310,184.10 | $ 641.08 | $ 7,080.85 | $ - | $ 309,543.02 | $ 7,080.85 |
| | *Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)* | | | | | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Commonwealth* | | | | | | | |
| 7-a | Brattle Group, Inc., The [Dkt. No. 19275] | 6/1/2021 - 9/30/2021 | $ 629,297.06 | $ 3,676.67 | $ 1,500.00 | $ - | $ 625,620.39 | $ 1,500.00 |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Assessment of House Bill 3* | | | | | | | |
| 7-b | Brattle Group, Inc., The [Dkt. No. 19272] | 6/1/2021 - 9/30/2021 | $ 24,491.70 | $ 544.42 | $ - | $ - | $ 23,947.28 | $ - |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Title III Expert Support* | | | | | | | |
| 7-c | Brattle Group, Inc., The [Dkt. No. 19273] | 6/1/2021 - 9/30/2021 | $ 503,859.50 | $ - | $ 2,552.70 | $ - | $ 503,859.50 | $ 2,552.70 |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Healthcare Acts* | | | | | | | |
| 7-d | Brattle Group, Inc., The [Dkt. No. 19274] | 6/1/2021 - 9/30/2021 | $ 1,372.50 | $ - | $ - | $ - | $ 1,372.50 | $ - |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - PREPA Study* | | | | | | | |
| 7-e | Brattle Group, Inc., The [Dkt. No. 21870 and 17-4780 Dkt. No. 2926] | 2/1/2021 - 9/30/2021 | $ 156,777.00 | $ 1,039.00 | $ - | $ - | $ 155,738.00 | $ - |
| | *Debtors' Service Agent* | | | | | | | |
| 8 | Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 20997] | 6/1/2021 - 9/30/2021 | $ 23,086.40 | $ - | $ 34,518.82 | $ - | $ 23,086.40 | $ 34,518.82 |
| | *Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)* | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | |
| 9-a | Alvarez & Marsal North America, LLC [Dkt. No. 21017] | 10/1/2021 - 1/31/2022 | $ 3,952,167.57 | $ 4,590.00 | $ 13,758.50 | $ - | $ 3,947,577.57 | $ 13,758.50 |
| | *Advisor to the FOMB - ERS* | | | | | | | |
| 9-b | Alvarez & Marsal North America, LLC [Dkt. No. 21019 AND 17-3566 Dkt. No. 1345] | 10/1/2021 - 1/31/2022 | $ 408,422.34 | $ - | $ - | $ - | $ 408,422.34 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | |
| 9-c | Alvarez & Marsal North America, LLC [Dkt. No. 21021 AND 17-3567 Dkt. No. 1190] | 10/1/2021 - 1/31/2022 | $ 377,489.70 | $ 726.75 | $ - | $ - | $ 376,762.95 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Eleventh - Fifteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Advisor to the FOMB - PBA* | | | | | | | | |
| 9-d | **Alvarez & Marsal North America, LLC [Dkt. No. 21025 AND 19-5523 Dkt. No. 311]** | 10/1/2021 - 1/31/2022 | $ 59,302.80 | $ - | $ - | $ - | | $ 59,302.80 | $ - |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | | |
| 10 | **Bennazar, Garcia & Milan, C.S.P. [Dkt. No. 20990]** | 10/1/2021 - 1/31/2022 | $ 279,482.50 | $ 337.50 | $ 1,523.75 | $ - | | $ 279,145.00 | $ 1,523.75 |
| | *Puerto Rico Conflicts Counsel to the FOMB - Commonwealth* | | | | | | | | |
| 11-a | **Cardona Fernandez, Ileana C. [Dkt. No. 20892]** | 10/1/2021 - 1/31/2022 | $ 4,680.00 | $ - | $ - | $ - | | $ 4,680.00 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB - PREPA* | | | | | | | | |
| 11-b | **Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 2814]** | 10/1/2021 - 1/31/2022 | $ 24,502.50 | $ 112.50 | $ - | $ - | | $ 24,390.00 | $ - |
| | *Financial Advisor to the FOMB - Commonwealth* | | | | | | | | |
| 12-a | **DiCicco, Gulman & Company LLP [Dkt. No. 21401]** | 10/1/2021 - 1/31/2022 | $ 229,425.00 | $ 4,350.00 | $ - | $ - | | $ 225,075.00 | $ - |
| | *Financial Advisor to the FOMB - HTA* | | | | | | | | |
| 12-b | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 1256]** | 10/1/2021 - 1/31/2022 | $ 9,750.00 | $ 675.00 | $ - | $ - | | $ 9,075.00 | $ - |
| | *Financial Advisor to the FOMB - PREPA* | | | | | | | | |
| 12-c | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2880]** | 10/1/2021 - 1/31/2022 | $ 64,725.00 | $ - | $ - | $ - | | $ 64,725.00 | $ - |
| | *Debtors' Service Agent* | | | | | | | | |
| 13 | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions [Dkt. No. 20999]** | 10/1/2021 - 1/31/2022 | $ 2,721.30 | $ - | $ 31,892.16 | $ - | | $ 2,721.30 | $ 31,892.16 |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | | |
| 14 | **FTI Consulting, Inc. [Dkt. No. 20992]** | 10/1/2021 - 1/31/2022 | $ 405,596.00 | $ 15,000.00 | $ 250,590.06 | $ - | | $ 390,596.00 | $ 250,590.06 |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 15 | **Genovese Joblove & Battista [Dkt. No. 21992]** | 10/1/2021 - 12/31/2021 | $ 279,780.40 | $ 1,237.20 | $ 19,344.38 | $ - | | $ 278,543.20 | $ 19,344.38 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | | |
| 16 | **Jenner & Block LLP [Dkt. No. 21103]** | 10/1/2021 - 1/31/2022 | $ 981,602.46 | $ 47,857.54 | $ 124,211.84 | $ 35.00 | | $ 933,744.92 | $ 124,176.84 |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 17 | **Luskin, Stern & Eisler LLP [Dkt. No. 21125]** | 10/1/2021 - 1/31/2022 | $ 30,811.50 | $ - | $ 6,488.28 | $ - | | $ 30,811.50 | $ 6,488.28 |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 18 | **Marini Pietrantoni Muniz LLC [Dkt. No. 21847]** | 10/1/2021 - 1/31/2022 | $ 502,243.00 | $ 4,372.53 | $ 2,106.50 | $ - | | $ 497,870.47 | $ 2,106.50 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 19 | **Paul Hastings LLP [Dkt. No. 21038]** | 10/1/2021 - 1/31/2022 | $ 1,504,585.00 | $ 58,350.48 | $ 16,532.01 | $ - | FN1 | $ 1,446,234.52 | $ 16,532.01 |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 20 | **Phoenix Management Services, LLC [Dkt. No. 21431]** | 10/4/2021 - 1/30/2022 | $ 5,819.30 | $ - | $ - | $ - | | $ 5,819.30 | $ - |
| | ***Fifteenth Interim Fee Period (February 1, 2022 - May 31, 2022)*** | | | | | | | | |
| | *Advisor to the FOMB - Commonwealth* | | | | | | | | |
| 21-a | **Alvarez & Marsal North America, LLC [Dkt. No. 21039]** | 2/1/2022 - 3/15/2022 | $ 1,956,955.50 | $ - | $ 6,131.77 | $ - | | $ 1,956,955.50 | $ 6,131.77 |
| | *Advisor to the FOMB - ERS* | | | | | | | | |
| 21-b | **Alvarez & Marsal North America, LLC [Dkt. No. 21042 AND 17-3566 Dkt. No. 1347]** | 2/1/2022 - 3/15/2022 | $ 155,613.15 | $ - | $ - | $ - | | $ 155,613.15 | $ - |
| | *Advisor to the FOMB - HTA* | | | | | | | | |
| 21-c | **Alvarez & Marsal North America, LLC [Dkt. No. 21442 AND 17-3567 Dkt. No. 1262]** | 2/1/2022 - 5/31/2022 | $ 233,280.90 | $ - | $ - | $ - | | $ 233,280.90 | $ - |
| | *Advisor to the FOMB - PBA* | | | | | | | | |
| 21-d | **Alvarez & Marsal North America, LLC [Dkt. No. 21044 AND 19-5523 Dkt. No. 313]** | 2/1/2022 - 3/15/2022 | $ 18,868.50 | $ - | $ - | $ - | | $ 18,868.50 | $ - |
| | *Financial Advisor to the FOMB - Commonwealth* | | | | | | | | |
| 22-a | **DiCicco, Gulman & Company LLP [Dkt. No. 21402]** | 2/1/2022 - 3/15/2022 | $ 64,987.50 | $ - | $ - | $ - | | $ 64,987.50 | $ - |
| | *Financial Advisor to the FOMB - HTA* | | | | | | | | |
| 22-b | **DiCicco, Gulman & Company LLP [17-3567 Dkt. No. 1257]** | 2/1/2022 - 5/31/2022 | $ 1,650.00 | $ - | $ - | $ - | | $ 1,650.00 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Eleventh - Fifteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to the FOMB - PREPA* | | | | | | | | |
| 22-c | **DiCicco, Gulman & Company LLP [17-4780 Dkt. No. 2881]** | 2/1/2022 - 5/31/2022 | $ 6,825.00 | $ - | $ - | $ - | | $ 6,825.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 23 | **London Economics International LLC [Dkt. No. 21518]** | 4/26/2022 - 5/31/2022 | $ 150,086.00 | $ - | $ 8,004.06 | $ - | | $ 150,086.00 | $ 8,004.06 |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 24 | **Marini Pietrantoni Muniz LLC [Dkt. No. 22169]** | 2/1/2022 - 5/31/2022 | $ 260,955.00 | $ 1,857.35 | $ 1,642.75 | $ - | | $ 259,097.65 | $ 1,642.75 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 25 | **Paul Hastings LLP [Dkt. No. 21520]** | 2/1/2022 - 5/31/2022 | $ 2,915,083.50 | $ 140,942.63 | $ 32,389.63 | $ - | FN2 | $ 2,774,140.87 | $ 32,389.63 |

**FN1** - The Fee Examiner recommends that, for the fourteenth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $40,425.24, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $1,464,159.76 (i.e., $1,504,585.00 minus the aforementioned credit of $40,425.24).

**FN2** - The Fee Examiner recommends that, for the fifteenth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $76,721.32, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $2,781,712.57 (i.e., $2,915,083.50 minus (a) the aforementioned credit of $76,721.32 and (b) a credit of $56,649.62 for fee reductions pursuant to the orders approving Paul Hastings' Twelfth and Thirteenth Interim Fee Applications).