# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ALTERNATIVE DISPUTE RESOLUTION AND ADMINISTRATIVE CLAIMS RECONCILIATION

To the Honorable United States District Judge Laura Taylor Swain:

1. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"), authorizing the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve general unsecured claims using the procedures approved by the court in the ADR Order [ECF No. 12576-1] (the "ADR Procedures").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. In accordance with the terms and conditions of the ADR Order, the Debtors have filed twenty-six notices transferring claims into the ADR Procedures (as defined in the ADR Order), and have transferred approximately 1,200 claims into the ADR Procedures.

3. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Debtors to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes (the "ACR Procedures").

4. In accordance with the terms and conditions of the ACR Order, the Debtors have filed twenty-seven notices transferring claims into the ACR Procedures (as defined in the ACR Order), and have transferred approximately 45,193 claims (collectively, the "ACR Designated Claims"), into the ACR Procedures. The ACR Designated Claims will be resolved utilizing the Pension/Retiree Procedures, the Tax Refund Procedures, the Public Employee Procedures, and/or the Grievance Procedures (each as defined in the ACR Order), as set forth in the ACR Transfer Notices.

5. In light of information received from the claimants following the transfer of claims, the Debtors have determined that certain ADR Designated Claims and ACR Designated Claims will be most efficiently resolved via omnibus objections. Accordingly, the Debtors hereby remove from the ADR Procedures the claims identified on **Exhibit A** hereto, and remove from the ACR Procedures the claims identified on **Exhibit B** hereto.

Dated: October 28, 2022
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
 Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

3

**EXHIBIT A**

Exhibit A

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 21218 | GONZALEZ OLIVERO, VIVIAN | Commonwealth of Puerto Rico | $ - |
| 35758 | HERNANDEZ RODRIGUEZ, ANETTE | Commonwealth of Puerto Rico | $ - |
| 30799 | OTERO MORALES, ANTONIO | Commonwealth of Puerto Rico | $ - |
| 14149 | RODRIGUEZ FARIA, MARILYN | Commonwealth of Puerto Rico | $ - |
| 38807 | SANCHEZ RAMOS, SONIA | Commonwealth of Puerto Rico | $ - |
| 11726 | SANTIAGO RENTA, ANAIDA M. | Commonwealth of Puerto Rico | $ - |
| 26309 | TORRES TORRES, CARLOS R. | Commonwealth of Puerto Rico | $ - |
| 26368 | TORRES TORRES, CARLOS R. | Commonwealth of Puerto Rico | $ - |
| 7232 | VAZQUEZ ESMURRIA, MAGALY | Commonwealth of Puerto Rico | $ 100,000.00 |
| 22648 | VAZQUEZ MELENDEZ, JOAQUIN | Commonwealth of Puerto Rico | $ - |

**EXHIBIT B**

Exhibit B

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 23679 | HERNANDEZ TORRES, LILLIAM | Commonwealth of Puerto Rico | $ - |
| 16333 | PEREZ RODRIGUEZ, MARIA V | Commonwealth of Puerto Rico | $ 995,748.00 |
| 20914 | SANTOS SANTIAGO, NYDIA EDITH | Commonwealth of Puerto Rico | $ - |