**EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Thirty-Sixth Omnibus Objection**

### Five Hundred Thirty-Sixth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed and Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 1ST AMENDMENT AND RESTATEMENT ANNETTE SCULLY TR UAD 11/16/94 RAYMOND SCULLY TTEE AMD 11/30/16 RAYMOND SCULLY 29 BEAVER BROOK RD. DANBURY, CT 06810-6210 | 10692 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | AALAEI, BEHZAD 3741 45TH STREET HIGHLAND, IN 46322 | 757 | Commonwealth of Puerto Rico | Secured | $2,000,000.00 | Commonwealth of Puerto Rico | Unsecured | $465,000.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $545,526.98 | | | |
| | | | | Subtotal | $2,545,526.98 | | | |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority (AFICA) which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.
Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan .
Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Ports Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirty-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Remainder Expunged Per Plan

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BEVERLY BERSON - BERSON REV. TR. THE HIGHLANDS 12600 N PT. WASHINGTON RD. MEQUON, WI 53092 | 43962 | Commonwealth of Puerto Rico | Unsecured | $95,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan .
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Ports Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BEVERLY BERSON LTEE-BERSON REV JR THE HIGHLANDS 12600 N PORT WASHINGTON RD MEQUON, WI 53092 | 40179 | Commonwealth of Puerto Rico | Unsecured | $95,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan .
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Ports Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

Five Hundred Thirty-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Remainder Expunged Per Plan

| | | | ASSERTED | | | MODIFIED AND/OR EXPUNGED BY PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | CADILLA, ANA M.<br>VILLA CAPARRA<br>H10 CALLE H<br>GUAYNABO, PR 00966-1740 | 27009 | Commonwealth of Puerto Rico | Unsecured | $498,000.00 | Commonwealth of Puerto Rico | Unsecured | $98,459.00 |

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) that are not guaranteed by the Commonwealth, and are associated with an entity, The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor.
Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.
Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.
Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.
Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Housing Finance Authority, that is not a Title III Debtor.
Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Proof of claim seeks, in part, recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Industrial Development Company, that is not a Title III Debtor.
Proof of claim seeks, in part, recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirty-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Remainder Expunged Per Plan

| | | | ASSERTED | | | MODIFIED AND/OR EXPUNGED BY PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR 00737-0596 | 16448 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $70,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
| | | | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $225,000.00 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $225,000.00 |
| | | | | Subtotal | $295,000.00 | | | |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

| 7 | ENG-REEVES, FLEUR<br>225 KAIULANI AVE. #1204<br>HONOLULU, HI 96815 | 3895 | Commonwealth of Puerto Rico | Unsecured | $145,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
The remaining bonds claimed are all expunged per Plan.

| 8 | ENG-REEVES, FLEUR<br>225 KAIULANI AVE #1204<br>HONOLULU, HI 96815 | 4752 | Commonwealth of Puerto Rico | Unsecured | $145,000.00 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirty-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | ORTIZ DE LA RENTA, JUAN G.<br>P.O. BOX 30431<br>SAN JUAN, PR 00929-1431 | 155376 | Commonwealth of Puerto Rico | Secured | $726,884.00 | Commonwealth of Puerto Rico | Secured | $254,550.00 |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor and because said note(s) are already matured, for which bondholders have received their payments in full.
The remaining bonds claimed are all expunged per Plan.

Five Hundred Thirty-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | PEDRO CID MARTINEZ / RAFAELA FERNANDEZ PO BOX 11920 SAN JUAN, PR 00922-1920 | 168037 | Commonwealth of Puerto Rico | Secured | $949,884.00 | Commonwealth of Puerto Rico | Secured | $30,000.00 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
Proof of claim purports, in part, to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.
Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.
Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority and the Puerto Rico Ports Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Municipal Finance Agency which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.
The remaining bonds claimed are all expunged per Plan.

Five Hundred Thirty-Sixth Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed and Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | RODRIGUEZ FERNANDEZ, JOEL<br>URB CIUDAD MASSO<br>H 12 CALE 15<br>SAN LORENZO, PR 00754 | 10072 | Commonwealth of Puerto Rico | Unsecured | $65,731.13* | Commonwealth of Puerto Rico | Unsecured | $20,000.00* |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
Claimant also asserts, in part, unpaid invoices that have been paid as follows: Invoice number 005 was paid 05/23/2018, EFT number 295880. Invoice number 006 was paid 05/23/2018, EFT number 295881. Invoice number 007 was paid 05/23/2018, EFT number 295879.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | ROMAN MARTINEZ, NAYDA I<br>SANTANA 205<br>INTERIOR 11<br>ARECIBO, PR 00612 | 5526 | Commonwealth of Puerto Rico | Unsecured | $467,871.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | SUCESORES CARVAJAL, PR INVESTMENTS LLC<br>PASEO MAYOR CALLE 5 A<br>11 LOS PASEOS<br>SAN JUAN, PR 00926 | 43830 | Commonwealth of Puerto Rico | Unsecured | $1,271,741.09 | Commonwealth of Puerto Rico | Unsecured | $11,500.00 |

Reason: Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.
Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Thirty-Sixth Omnibus Objection

Exhibit A - Claims to Be Partially Disallowed and Remainder Expunged Per Plan

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | WEAVER, CHESTER JAMES<br>9508 GUNVIEW RD<br>NOTTINGHAM, MD 21236 | 691 | Commonwealth of Puerto Rico | Unsecured | $19,824.40 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor.
The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | ZEMBRZYCKI, CASIMIR AND CAMILLE<br>15 DUCK LANE<br>WEST ISLIP, NY 11795 | 12906 | Commonwealth of Puerto Rico | Unsecured | $140,000.00 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts