# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima trigésima sexta objeción global**

Quingentésima Trigésima Sexta Objeción Global

Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | 1ST AMENDMENT AND RESTATEMENT ANNETTE SCULLY TR UAD 11/16/94 RAYMOND SCULLY TTEE AMD 11/30/16 RAYMOND SCULLY 29 BEAVER BROOK RD. DANBURY, CT 06810-6210 | 10692 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan. Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan. | | | | | | | |
| 2 | AALAEI, BEHZAD 3741 45TH STREET HIGHLAND, IN 46322 | 757 | El Estado Libre Asociado de Puerto Rico | Garantizada | $2,000,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $465,000.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $545,526.98 | | | |
| | | | | Subtotal | $2,545,526.98 | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Trigésima Sexta Objeción Global

Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|
| NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |

Base para: El demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA) de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de ese o esos bonos, en el caso del Estado Libre Asociado.

La Evidencia de Reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están vinculadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III.

El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.

El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

La evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no tiene obligación de pagar, pues reclama derechos sobre una o más obligaciones cuyos pagos los titulares han venido recibiendo en su totalidad, no constituye(n) una deuda del Estado Libre Asociado y están asociados con una entidad, la Autoridad de Acueductos y Alcantarillados (AAA), que no es un Deudor al amparo del Título III.

El Demandante invoca, en parte, una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Sexta Objeción Global

Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 3 | BEVERLY BERSON - BERSON REV. TR. THE HIGHLANDS 12600 N PT. WASHINGTON RD. MEQUON, WI 53092 | 43962 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |

Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.
El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.
El Demandante invoca, en parte, una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | BEVERLY BERSON LTEE-BERSON REV JR THE HIGHLANDS 12600 N PORT WASHINGTON RD MEQUON, WI 53092 | 40179 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |

Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.
El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
El demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.
El Demandante invoca, en parte, una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

## Quingentésima Trigésima Sexta Objeción Global

### Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | CADILLA, ANA M. VILLA CAPARRA H10 CALLE H GUAYNABO, PR 00966-1740 | 27009 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $498,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $98,459.00 |

Base para: La Evidencia de Reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman derechos sobre una o más obligaciones que no están garantizadas por el Estado Libre Asociado y que están vinculadas a una entidad, la Autoridad de Puerto Rico para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental, que no es un Deudor al amparo del Título III.

El Reclamo pretende invocar, en parte, obligaciones fundadas en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero por las que el Estado Libre Asociado de Puerto Rico no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación.

La evidencia de reclamo pretende invocar, en parte, obligaciones asociadas a uno o más bonos y/o dinero tomado en préstamo, pero no proporciona ningún fundamento o documentación de respaldo para formular una reclamo contra el Estado Libre Asociado; tampoco declara en dicha evidencia o en la documentación de respaldo que el demandante no tenga un reclamo contra el estado mencionado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado o cualquiera de los otros deudores en virtud del Título III.

El Demandante invoca, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos.

El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo.

La evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no tiene obligación de pagar, pues reclama derechos sobre una o más obligaciones que no constituye(n) una deuda de dicho estado y que están asociadas con una entidad, la Corporación para el Financiamiento de la Vivienda de Puerto Rico, que no es un deudor al amparo del Título III.

El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado.

El demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.

La evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no está obligado a pagar, pues reclama derechos sobre una o más obligaciones que no constituye(n) una deuda de dicho estado y que están asociadas con una entidad, la Compañía de Fomento Industrial de Puerto Rico, que no es un deudor al amparo del Título III.

La evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no está obligado a pagar, pues reclama derechos sobre una o más obligaciones que no constituye(n) una deuda de dicho estado y que están asociadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un deudor al amparo del Título III.

Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Sexta Objeción Global

Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR 00737-0596 | 16448 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $70,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $225,000.00 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $225,000.00 |
| | | | | Subtotal | $295,000.00 | | | |

Base para: El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de ese o esos bonos, en el caso del Estado Libre Asociado.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | ENG-REEVES, FLEUR<br>225 KAIULANI AVE. #1204<br>HONOLULU, HI 96815 | 3895 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $145,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: El Reclamo pretende invocar, en parte, obligaciones fundadas en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero por las que el Estado Libre Asociado de Puerto Rico no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | ENG-REEVES, FLEUR<br>225 KAIULANI AVE #1204<br>HONOLULU, HI 96815 | 4752 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $145,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: El Reclamo pretende invocar, en parte, obligaciones fundadas en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero por las que el Estado Libre Asociado de Puerto Rico no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Sexta Objeción Global

Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | ORTIZ DE LA RENTA, JUAN G. P.O. BOX 30431 SAN JUAN, PR 00929-1431 | 155376 | El Estado Libre Asociado de Puerto Rico | Garantizada | $726,884.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $254,550.00 |

Base para: El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

Asimismo, la Evidencia de reclamo pretende recuperar, en parte, sumas de dinero de las cuales el Estado Libre Asociado no es responsable, pues reclama derechos sobre una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están vinculadas a una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un deudor al amparo del Título III y porque dicha(s) obligación(es) ya han vencido, habiendo los titulares recibido el pago en su totalidad.

Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Sexta Objeción Global

Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 10 | PEDRO CID MARTINEZ / RAFAELA FERNANDEZ PO BOX 11920 SAN JUAN, PR 00922-1920 | 168037 | El Estado Libre Asociado de Puerto Rico | Garantizada | $949,884.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $30,000.00 |

Base para: El Reclamo pretende invocar, en parte, obligaciones fundadas en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero por las que el Estado Libre Asociado de Puerto Rico no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación.

La evidencia de reclamo pretende, en parte, invocar obligaciones asociadas a uno o más bonos, y/o a dinero tomado en préstamo, pero no proporciona ningún fundamento ni documentación de respaldo para formular un reclamo contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el demandante no tenga un reclamo contra el Estado Libre Asociado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado o contra cualquiera de los otros deudores en virtud del Título III.

El Demandante invoca, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos.

El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo.

El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

El Demandante invoca, en parte, una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

El demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Agencia de Financiamiento Municipal de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de estos bonos, en el caso del Estado Libre Asociado.

Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Trigésima Sexta Objeción Global

### Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | RODRIGUEZ FERNANDEZ, JOEL<br>URB CIUDAD MASSO<br>H 12 CALE 15<br>SAN LORENZO, PR 00754 | 10072 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $65,731.13* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00* |

Base para: El Reclamo pretende invocar, en parte, obligaciones fundadas en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero por las que el Estado Libre Asociado de Puerto Rico no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación.
El demandante invoca también, en parte, facturas impagas que se pagaron de la siguiente forma: La factura número 005 se pagó el 23/5/2018 mediante la transferencia electrónica número 295880. La factura número 006 se pagó el 23/5/2018 mediante la transferencia electrónica número 295881. La factura número 007 se pagó el 23/5/2018 mediante la transferencia electrónica número 295879.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | ROMAN MARTINEZ, NAYDA I<br>SANTANA 205<br>INTERIOR 11<br>ARECIBO, PR 00612 | 5526 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $467,871.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Trigésima Sexta Objeción Global

### Anexo A: Reclamos para ser Parcialmente Desestimados y Eliminar el Remanente según el Plan

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 13 | SUCESORES CARVAJAL, PR INVESTMENTS LLC<br>PASEO MAYOR CALLE 5 A<br>11 LOS PASEOS<br>SAN JUAN, PR 00926 | 43830 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,271,741.09 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,500.00 |

Base para: La evidencia de reclamo pretende invocar, en parte, obligaciones asociadas a uno o más bonos y/o dinero tomado en préstamo, pero no proporciona ningún fundamento o documentación de respaldo para formular una reclamo contra el Estado Libre Asociado; tampoco declara en dicha evidencia o en la documentación de respaldo que el demandante no tenga un reclamo contra el estado mencionado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado o cualquiera de los otros deudores en virtud del Título III.
El Demandante invoca, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | WEAVER, CHESTER JAMES<br>9508 GUNVIEW RD<br>NOTTINGHAM, MD 21236 | 691 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $19,824.40 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |

Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.
La Evidencia de reclamo pretende recuperar, en parte, sumas de dinero de las cuales el Estado Libre Asociado no es responsable, pues invoca derechos sobre una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están relacionadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un deudor al amparo del Título III.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 15 | ZEMBRZYCKI, CASIMIR AND CAMILLE<br>15 DUCK LANE<br>WEST ISLIP, NY 11795 | 12906 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $140,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 |

Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.
Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados