## **EXHIBIT D**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**This filing relates to the Commonwealth.**

---

ORDER GRANTING FIVE HUNDRED THIRTY-SIXTH OMNIBUS
OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO
TO (I) PARTIAL DUPLICATE, DEFICIENT, AND NO LIABILITY BOND
CLAIMS AND (II) SATISFIED CLAIMS

---

Upon the *Five Hundred Thirty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to (I) Duplicate, Deficient, and No Liability Bond Claims and (II) Satisfied Claims* (the "Five Hundred Thirty-Sixth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated October 28, 2022, for entry of an

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Thirty-Sixth Omnibus Objection.

order disallowing in their entirety certain claims filed against the Commonwealth, as more fully

set forth in the Five Hundred Thirty-Sixth Omnibus Objection and supporting exhibits thereto; and

the Court having jurisdiction to consider the Five Hundred Thirty-Sixth Omnibus Objection and

to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper

pursuant to PROMESA Section 307(a); and due and proper notice of the Five Hundred Thirty-

Sixth Omnibus Objection having been provided to those parties identified therein, and no other or

further notice being required; and the Court having determined that the claims identified in

Exhibit A to the Five Hundred Thirty-Sixth Omnibus Objection (the "Claims to Be Partially

Disallowed") seek recovery, in part, of amounts for which the Commonwealth is not liable; and

the Court having determined that the relief sought in the Five Hundred Thirty-Sixth Omnibus

Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest;

and the Court having determined that the legal and factual bases set forth in the Five Hundred

Thirty-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Five Hundred Thirty-Sixth Omnibus Objection is GRANTED

as set forth herein; and it is further

ORDERED that the portions of the claims identified in Exhibit A to the Five

Hundred Thirty-Sixth Omnibus Objection (the "Claims to Be Partially Disallowed") are hereby

reduced and disallowed, respectively; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged and

reduce the amount asserted in the Claims to Be Partially Disallowed by the disallowed portions

from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.


Dated: _____


_____
Honorable Judge Laura Taylor Swain
United States District Judge

## ANEXO D

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

---

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

     como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO *et
al.*,

                    Deudores.[1]

PROMESA
Título III

Número 17 BK 3283-LTS

(Administrado Conjuntamente)

**La presente radicación guarda
relación con el ELA.**

---

ORDEN POR LA QUE SE CONCEDE LA QUINGENTÉSIMA TRIGÉSIMA SEXTA
OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO A I) RECLAMACIONES POR BONOS PARCIALMENTE DUPLICADAS,
DEFICIENTES Y EN LAS QUE NO EXISTE RESPONSABILIDAD Y II)
RECLAMACIONES SATISFECHAS

---

       Vista la *Quingentésima trigésima sexta objeción global (sustantiva) del Estado*

*Libre Asociado de Puerto Rico a I) Reclamaciones por Bonos Duplicadas, Deficientes y en las*

*que no existe Responsabilidad y II) Reclamaciones Satisfechas* (la "Quingentésima trigésima sexta

---

[1]     Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso
de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de
cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de
Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal:
3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de
Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal:
8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de
Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal:
3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de
Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la
identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la
"AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación
contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y
junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm.
19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los
números de los casos de Título III están enumerados como números de casos de quiebra debido a
ciertas limitaciones en el programa informático).

objeción global"),[2] radicada por el Estado Libre Asociado de Puerto Rico (el "ELA"), de fecha 28 de octubre de 2022, para que se dicte una orden que rechace en su totalidad determinadas reclamaciones radicadas contra el ELA, según se establece con más detalle en la propia Quingentésima trigésima sexta objeción global y en los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Quingentésima trigésima sexta objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Quingentésima trigésima sexta objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las reclamaciones identificadas en el Anexo A de la Quingentésima trigésima sexta objeción global (las "Reclamaciones que han de ser rechazadas parcialmente") pretenden obtener la recuperación, en parte, de montos por los que el ELA no es responsable; y habiendo determinado el Tribunal que el remedio solicitado en la Quingentésima trigésima sexta objeción global redunda en el mejor interés del ELA, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Quingentésima trigésima sexta objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA a la Quingentésima trigésima sexta objeción global, según se establece en el presente documento; además

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima trigésima sexta objeción global.

SE ORDENA que las partes de las reclamaciones identificadas en el <u>Anexo A</u> de la Quingentésima trigésima sexta objeción global (las "<u>Reclamaciones que han de ser rechazadas parcialmente</u>") se reduzcan y rechacen, respectivamente; asimismo

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para designar como suprimidas y reducir el monto alegado en las Reclamaciones que han de ser rechazadas parcialmente, tomando en cuenta las partes rechazadas, en el registro oficial de reclamaciones en el marco del Caso de Título III del ELA; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.


Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)