# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Thirty-Seventh Omnibus Objection**

Five Hundred Thirty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BRUSENHAN III, ROBERT L<br>7999 SOUTH JASMINE CIRCLE<br>CENTENNIAL, CO 80112-3052 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10778 | $25,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan. | | | | | |
| 2 | DIANNA SOLER Y O PEDRO MARTINEZ<br>500 AVE JT PINEIRO<br>APART 1403 SUR<br>COND. PARQUE DE LOYOLA<br>SAN JUAN, PR 00918 | 09/23/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 175974 | $60,000.00 |
| | Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Housing Finance Corporation, that is not a Title III Debtor and because said note(s) are already matured, for which bondholders have not alleged that they have not received their payments in full. | | | | | |
| 3 | ESTATE OF HELEN B. DIEHL<br>RANDAL B. CALDWELL, ATTORNEY<br>211 1ST AVE. W.<br>NEWTON, IA 50208 | 04/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9574 | $15,000.00 |
| | Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.<br>Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 4 | EUGENE & RITA ARONSON TRUST<br>EUGENE ARONSON<br>13 TENNIS CT NW<br>ALBUQUERQUE, NM 87120-1810 | 03/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3978 | Undetermined* |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Thirty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | GARDELLA, STEPHEN & ROSE<br>680 SHERIDAN WOODS DR<br>MELBOURNE, FL 32904-3302 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17727 | $10,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Housing Finance Corporation, that is not a Title III Debtor and because said note(s) are already matured, for which bondholders have not alleged that they have not received their payments in full.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | HENRY, ROY<br>1453 BIRCHREST DR<br>DEARBORN, MI 48124 | 03/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2925 | $5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | JOSE L. FIGUEROA CASAS AND CONNIE A. MARTIN<br>PO BOX 10175<br>SAN JUAN, PR 00922 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40534 | $100,000.00 |

Reason: Proof of claim seeks recovery for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Housing Finance Corporation, that is not a Title III Debtor and because said note(s) are already matured, for which bondholders have not alleged that they have not received their payments in full.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | KEPPEL, FREDERICK L<br>126 GLENDURGAN WAY<br>MADISONVILLE, LA 70447-3400 | 05/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15786 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Thirty-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | LUNDBERG, NORMA J.<br>2723 N. WATTS ST.<br>PORTLAND, OR 97217 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101498 | $39,074.20 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | MARQUEZ GUZMAN, EFRAIN<br>URB CAGUAS NORTE<br>AE 11 CALLE PARIS<br>CAGUAS, PR 00725 | 04/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7743 | $300,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | MOLITERNO TTEE, VALERIE G<br>2008 VALERIE G MOLITERNO REV TR<br>NO 1, U/A 7/17/08<br>409 39TH AVE N<br>MYRTLE BEACH, SC 29577 | 03/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3044 | Undetermined* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Thirty-Seventh Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | SELLERS, JEFFREY A<br>22703 CAMINO DEL MAR UNIT 26<br>BOCA RATON, FL 33433 | 03/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2891 | Undetermined* |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.
Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | SMITH, SCOTT R.<br>936 BLACK ROCK ROAD<br>GLADWYNE, PA 19035 | 07/15/2022 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 180470 | $5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | TOTAL | $559,074.20* |

*Indicates claim contains unliquidated and/or undetermined amounts