# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima trigésima séptima objeción global**

## Quingentésima Trigésima Séptima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BRUSENHAN III, ROBERT L<br>7999 SOUTH JASMINE CIRCLE<br>CENTENNIAL, CO 80112-3052 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10778 | $25,000.00 |
| | Base para: El Demandante pretende invocar una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan. | | | | | |
| 2 | DIANNA SOLER Y O PEDRO MARTINEZ<br>500 AVE JT PINEIRO<br>APART 1403 SUR<br>COND. PARQUE DE LOYOLA<br>SAN JUAN, PR 00918 | 09/23/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 175974 | $60,000.00 |
| | Base para: La evidencia de reclamo pretende recuperar sumas de dinero que el Estado Libre Asociado no tiene obligación de pagar, pues reclama derechos en una o más obligaciones que no constituye(n) una deuda de dicho estado y que están asociadas con una entidad, la Corporación para el Financiamiento de la Vivienda de Puerto Rico, que no es un deudor al amparo del Título III y porque dicha(s) obligación(es) ya ha(n) vencido, no habiendo los titulares declarado que recibieron el pago en su totalidad. | | | | | |
| 3 | ESTATE OF HELEN B. DIEHL<br>RANDAL B. CALDWELL, ATTORNEY<br>211 1ST AVE. W.<br>NEWTON, IA 50208 | 04/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9574 | $15,000.00 |
| | Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.<br>El demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado. | | | | | |
| 4 | EUGENE & RITA ARONSON TRUST<br>EUGENE ARONSON<br>13 TENNIS CT NW<br>ALBUQUERQUE, NM 87120-1810 | 03/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3978 | Indeterminado* |
| | Base para: El Demandante pretende invocar una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Trigésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | GARDELLA, STEPHEN & ROSE<br>680 SHERIDAN WOODS DR<br>MELBOURNE, FL 32904-3302 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17727 | $10,000.00 |

Base para: La evidencia de reclamo pretende recuperar sumas de dinero que el Estado Libre Asociado no tiene obligación de pagar, pues reclama derechos en una o más obligaciones que no constituye(n) una deuda de dicho estado y que están asociadas con una entidad, la Corporación para el Financiamiento de la Vivienda de Puerto Rico, que no es un deudor al amparo del Título III y porque dicha(s) obligación(es) ya ha(n) vencido, no habiendo los titulares declarado que recibieron el pago en su totalidad.

| 6 | HENRY, ROY<br>1453 BIRCHREST DR<br>DEARBORN, MI 48124 | 03/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2925 | $5,000.00 |

Base para: El Demandante pretende invocar una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.

| 7 | JOSE L. FIGUEROA CASAS AND CONNIE A. MARTIN<br>PO BOX 10175<br>SAN JUAN, PR 00922 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40534 | $100,000.00 |

Base para: La evidencia de reclamo pretende recuperar sumas de dinero que el Estado Libre Asociado no tiene obligación de pagar, pues reclama derechos en una o más obligaciones que no constituye(n) una deuda de dicho estado y que están asociadas con una entidad, la Corporación para el Financiamiento de la Vivienda de Puerto Rico, que no es un deudor al amparo del Título III y porque dicha(s) obligación(es) ya ha(n) vencido, no habiendo los titulares declarado que recibieron el pago en su totalidad.

| 8 | KEPPEL, FREDERICK L<br>126 GLENDURGAN WAY<br>MADISONVILLE, LA 70447-3400 | 05/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15786 | Indeterminado* |

Base para: El Demandante pretende invocar una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Trigésima Séptima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | LUNDBERG, NORMA J.<br>2723 N. WATTS ST.<br>PORTLAND, OR 97217 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101498 | $39,074.20 |

Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.

El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de este o estos bonos, en el caso del Estado Libre Asociado. La Orden de Confirmación, además, establece la eximición y la inexistencia de cualquier otra obligación con respecto a esos reclamos, salvo por lo dispuesto en el Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MARQUEZ GUZMAN, EFRAIN<br>URB CAGUAS NORTE<br>AE 11 CALLE PARIS<br>CAGUAS, PR 00725 | 04/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7743 | $300,000.00 |

Base para: El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo.

El reclamante invoca, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias maestras de reclamos presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

La Evidencia de reclamo pretende recuperar, en parte, sumas de dinero de las cuales el Estado Libre Asociado no es responsable, pues invoca derechos sobre una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están relacionadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un deudor al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MOLITERNO TTEE, VALERIE G<br>2008 VALERIE G MOLITERNO REV TR<br>NO 1, U/A 7/17/08<br>409 39TH AVE N<br>MYRTLE BEACH, SC 29577 | 03/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3044 | Indeterminado* |

Base para: El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.

El demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

3

## Quingentésima Trigésima Séptima Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | SELLERS, JEFFREY A<br>22703 CAMINO DEL MAR UNIT 26<br>BOCA RATON, FL 33433 | 03/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2891 | Indeterminado* |

Base para: El Reclamo pretende invocar, en parte, obligaciones fundadas en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero por las que el Estado Libre Asociado de Puerto Rico no es responsable pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación.

El Demandante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la ACT; sin embargo, la Orden de Confirmación establece la eximición y la inexistencia de otra obligación con respecto a tales reclamos, salvo por lo dispuesto en el Plan.

La evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no tiene obligación de pagar, pues reclama derechos sobre una o más obligaciones cuyos pagos los titulares han venido recibiendo en su totalidad, no constituye(n) una deuda del Estado Libre Asociado y están asociados con una entidad, la Autoridad de Acueductos y Alcantarillados (AAA), que no es un Deudor al amparo del Título III.

El demandante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Energía Eléctrica de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s), en el caso del Estado Libre Asociado.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | SMITH, SCOTT R.<br>936 BLACK ROCK ROAD<br>GLADWYNE, PA 19035 | 07/15/2022 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 180470 | $5,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la ACT, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | TOTAL | $559.074.20* |
|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados