## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Thirty-Eighth Omnibus Objection**

Five Hundred Thirty-Eighth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | OCASIO GARCIA, DIANA I<br>C/O IVAN L MONTALVO BURGOS<br>D1 CALLE B URB REPTO MONTELLANO<br>CAYEY, PR 00736 | 2329 | Commonwealth of Puerto Rico | Unsecured | $49,000.00* | Puerto Rico Electric Power Authority | Unsecured | $49,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | PEREZ RODRIGUEZ, MARIA V<br>400 KATHERINE VEGA SERENA<br>VEGA BAJA, PR 00693 | 16333 | Commonwealth of Puerto Rico | Unsecured | $995,748.00 | Puerto Rico Electric Power Authority | Unsecured | $995,748.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | TOTAL | | $1,044,748.00* | TOTAL | | $1,044,748.00* |

*Indicates claim contains unliquidated and/or undetermined amounts

1