# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima trigésima octava objeción global**

Quingentésima Trigésimo Octava Objeción Global

Anexo A: Reclamos para Reclasificar

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | OCASIO GARCIA, DIANA I C/O IVAN L MONTALVO BURGOS D1 CALLE B URB REPTO MONTELLANO CAYEY, PR 00736 | 2329 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $49,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $49,000.00* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | PEREZ RODRIGUEZ, MARIA V 400 KATHERINE VEGA SERENA VEGA BAJA, PR 00693 | 16333 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $995,748.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $995,748.00 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | | TOTAL | $1,044,748.00* | TOTAL | $1,044,748.00* |
| --- | --- | --- | --- | --- | --- |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1