# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima trigésima novena objeción global**

Quingentésima Trigésima Novena Objeción Global

Anexo A: Reclamos Satisfechos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | HERNANDEZ CASTRODAD, FIDECICOMISO<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/01/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 264 | $28,750.00 |
| | Base para: La o las facturas que ascienden a un total de 28,750.00 se pagaron mediante cheques identificados con los números 00025421, 00026612, 00028836 y 00033381 los días 6/6/2017, 22/06/2017, 10/8/2017 y 6/12/2017. | | | | | |
| 2 | RODRIGUEZ GONZALEZ, NATIVIDAD<br>PO BOX 623<br>ISABELA, PR 00662 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 134695-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca un reembolso de un reclamo por una reserva en el Centro Vacacional de Boquerón. Según los registros del Departamento de Recursos Naturales y Medioambientales, existe un crédito por $345, emitido el 8/1/2022. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo. | | | | | |
| | | | | | TOTAL | $28,750.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1