# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Fortieth Omnibus Objection**

Five Hundred Fortieth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALFA & OMEGA ELECTRIC, SE<br>PO BOX 1788<br>BAYAMON, PR 00960 | 07/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 62487 | $410,704.88 |
| | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors. | | | | | |
| 2 | COMMUNICATION LEASING LEASING CORPORATION<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29370 | $54,405.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 3 | HERNANDEZ HERMINA, SHEILA MARIA<br>PO BOX 1238<br>CAMUY, PR 00627 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 102526 | $15,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 4 | RIVERA SIEWA, LUIS<br>P.O. BOX 261803<br>SAN JUAN, PR 00926 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43423 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fortieth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | SANTOS, EVELYN<br>LIC. LUIS RIVERA<br>P.O. BOX 261803<br>SAN JUAN, PR 00926 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43549 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | | | | | TOTAL | $480,109.88* |

\*Indicates claim contains unliquidated and/or undetermined amounts