# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima cuadragésima objeción global**

Quingentésima Cuadragésima Objeción Global

Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALFA & OMEGA ELECTRIC, SE<br>PO BOX 1788<br>BAYAMON, PR 00960 | 07/17/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 62487 | $410,704.88 |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 2 | COMMUNICATION LEASING LEASING CORPORATION<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29370 | $54,405.00 |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 3 | HERNANDEZ HERMINA, SHEILA MARIA<br>PO BOX 1238<br>CAMUY, PR 00627 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 102526 | $15,000.00* |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 4 | RIVERA SIEWA, LUIS<br>P.O. BOX 261803<br>SAN JUAN, PR 00926 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43423 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Cuadragésima Objeción Global

### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | SANTOS, EVELYN<br>LIC. LUIS RIVERA<br>P.O. BOX 261803<br>SAN JUAN, PR 00926 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43549 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | TOTAL | $480,109.88* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados