# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Forty-First Omnibus Objection**

Five Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANDRES VELEZ MUNIZ AND CONCEPCION PARADIS RIVERA<br>1702 CALLE SAN MATEO<br>SANTURCE<br>SAN JUAN, PR 00912 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 164525 | $9,794.10 |

Reason: The claimant was awarded $18,000 according to the stipulation agreement presented on 06/27/2014 in relation to case KDP-2012-1489. According to the Cosignment Motion dated 11/01/2016, $976.80 of the awarded amount was used to offset debts owed to the Department of Treasury. An additional 8,817.30 was offset against debts owed to the Municipal Revenue Collections Center (CRIM), which leaves a remaining amount of $8,205.90 owed to the claimant. The payment in this amount was issued to the claimant with check number 0085654 on 11/1/2016. As such, there remains no existing liability to the Commonwealth of Puerto Rico.

| 2 | ANNA MARIA FINETTO BOLTZI, HERMINIO MARTINEZ TIVEDE<br>P.O. BOX 50198<br>TOA BAJA, PR 00950 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41389 | $16,666.66* |

Reason: Proof of claim purports to assert liability based on case number KDP-2009-1505, but the case has since been dismissed as it relates to the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority. As such, there is no further basis for liability.

| 3 | CARRIÓN LOZANO, DAPHNE I<br>PO BOX 1589<br>CAROLINA, PR 00984 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18890 | $100,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FDP-2010-1066 but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Five Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | COMMUNICATION LEASING LEASING CORPORATION<br>ATTN: ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30353 | $28,214.00 |

Reason: Invoice(s) totaling $9,628.48 were paid via checks 00248972, 00285039, 00292432, 00296082, 00296289, 00296893, 00297294, 00004079, 00009588, 00010143, 00010234, 00011682, 00012162, 00012197, 00013237, 00013340, 00013454, 00013765, 00014035, 00014886, 00015014, 00015391, 00015400, 00015621, 00015638, 00015778, 00015792, 00015927, 00016213, 00016437, 00016618, 00017143, 00017287, 00017724, 00018036, 00018280, 00019242, 00019693, 00019772, 00019910, 00020141, 00020299, 00020438, 00020938, 00021170, 00021250, 00021290, 00021929, and 00028034 on 05/04/2012, 04/14/2014, 08/26/2014, 11/18/2014, 12/01/2014, 12/29/2014, 01/26/2015, 08/04/2016, 01/30/2017, 02/10/2017, 02/14/2017, 04/03/2017, 04/17/2017, 04/18/2017, 05/19/2017, 05/23/2017, 05/25/2017, 06/05/2017, 06/12/2017, 07/ 11/2017, 07/13/2017, 07/21/2017, 07/21/2017, 07/31/2017, 07/31/2017, 08/08/2017, 08/08/2017, 08/16/2017, 08/22/2017, 08/30/2017, 09/14/2017, 10/25/2017, 10/30/2017, 11/16/2017, 12/08/2017, 12/19/2017, 01/30/2018, 02/21/2018, 02/22/2018, 03/01/2018, 03/12/2018, 03/16/2018, 03/20/2018, 04/09/2018, 04/12/2018, 04/13/2018, 04/16/2018, 05/04/2018, and  11/09/2018.  Additionally, invoice(s) totaling $1,773.00 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipality of Bayamon, which is not part of the Title III proceedings.  Further, Proof of Claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $18,585.52 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors.
Claim #30353 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Claims to Be Modified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | CORRES SOTO, MORAYMA<br>CONDO. PARQUE JULIANA APTO. 103<br>EDIF. 100<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26257 | $145,008.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation.
Claim #26257 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclasified, the 347th Omnibus Claims Objection for Claims to Be Reclassified, and the 547th Omnibus Claims Objection for Claims to Be Disallowed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CORRES SOTO, MORAYMA<br>CONDO. PARQUE JULIANA<br>EDIF 100 APTO 103<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44328 | $475,200.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation.
Claim #44328 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclasified and the 547th Omnibus Claims Objection for Claims to Be Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | CRUZ CARLO, JOSE M<br>HC 66 BOX 10317<br>FAJARDO, PR 00738 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28527 | $381,600.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #28527 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclasified, the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed, and the 548th Omnibus Claims Objection for Claims to Be Disallowed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CRUZ CARLO, JOSE M.<br>HC 66 BOX 10317<br>FAJARDO, PR 00738 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31462 | $160,014.96* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #31462 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclasified, the 347th Omnibus Claims Objection for Claims to Be Reclassified, and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | HERNANDEZ RIVERA, RAMON<br>CALLE LAS FLORES #42<br>VISTA ALEGRE<br>BAYAMON, PR 00959 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29547 | $641.31* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #29547 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclassified.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | JOHNSON ROSARIO, EVELYN<br>VILLA CADIZ<br>424 CALLE OLOT<br>SAN JUAN, PR 00923 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27751 | $400,248.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #27751 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclassified, the 547th Omnibus Claims Objection for Claims to Be Disallowed, and the 548th Omnibus Claims Objection for Claims to Be Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | JOHSON ROSARIO, EVELYN J<br>424 CALLE OLOT VILLA CADIZ<br>SAN JUAN, PR 00923 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28524 | $126,578.88* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #28524 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclasified, the 347th Omnibus Claims Objection for Claims to Be Reclassified, and the 547th Omnibus Claims Objection for Claims to Be Disallowed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | LIMERY DONES, ABRAHAM<br>C/ LEILA U-20<br>URB. LEVITOWN<br>TOA BAJA, PR 00949 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25267 | $122,319.72* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #25267 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclasified, the 347th Omnibus Claims Objection for Claims to Be Reclassified, and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | LIMERY DONES, ABRAHAM<br>URB LEVITTOWN<br>U20 CALLE LEILA<br>TOA BAJA, PR 00949 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28721 | $316,800.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #28721 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclasified, the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed, and the 547th Omnibus Claims Objection for Claims to Be Disallowed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | MELENDEZ, SANTIAGO NUNEZ<br>RR-37 BOX 5140 CALLE ROMANY<br>SAN JUAN, PR 00926 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31418 | $491,400.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #31418 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclassified and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|----------------------|
| 15 | MONTANEZ JOHNSON, GLENDA J<br>URBOPEN LAND<br>424 CALLE OLOT<br>SAN JUAN, PR 00923 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29525 | $108,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation.
Claim #29525 also contained on Exhibit A to the 345th Omnibus Claims Objection for Claims to Be Reclasified, the 547th Omnibus Claims Objection for Claims to Be Disallowed, and the 548th Omnibus Claims Objection for Claims to Be Disallowed.

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|----------------------|
| 16 | ORTIZ PEREZ, DIANA M.<br>URB RIO HONDO I<br>D 39 CALLE RIO CAONILLAS<br>BAYAMON, PR 00961 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30739 | $12,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2018-02-0453, but the case has since been voluntarily withdrawn by the claimant and there is no further basis for liability.

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|----------------------|
| 17 | PEREZ PENALOZA, ZHADYA P<br>RR 2 BOX 252<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 45764 | $60,179.76* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation.
Claim #45764 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclasified, the 347th Omnibus Claims Objection for Claims to Be Reclassified, and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|----------------------|
| 18 | PEREZ PENALOZA, ZHADYA P<br>RR 2 BOX 252<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25578 | $151,200.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation.
Claim #25578 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclassified and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | RIVERA HERNANDEZ, ZAIDA<br>4U 17 ALTOS CALLE LAGRUMO<br>LOMAS VERDES<br>BAYAMON, PR 00956 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31346 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #31346 also contained on Exhibit A to the 547th Omnibus Claims Objection for Claims to Be Disallowed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | RIVERA LOPEZ, FRANCISCO J<br>27 CALLE CORREO<br>CAMUY, PR 00627-2342 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13118 | $14,300.00 |

Reason: Invoice totaling $13,200.00 was paid via EFTs 198301, 198304, 210614, 210618, 210619, 210620, 210621, 272633, 272634, 272635, 272636, and 272637 on 07/20/2020, 07/20/2020, 09/04/2020, 09/04/2020, 09/04/2020, 09/04/2020, 09/04/2020, 05/17/2021, 05/17/2021, 05/17/2021, 05/17/2021, and 05/17/2021. Per the books and records of the Commonwealth, invoice totaling $1,100.00 was associated with amounts that were outside of the approved contract, where no contract was in place or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | RODRIGUEZ CARDI, ENEROLIZA<br>CALLE RAFAEL ALONZO TORRES #1765<br>SAN JUAN, PR 00921 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27607 | $161,191.44* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #27607 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclasified, the 347th Omnibus Claims Objection for Claims to Be Reclassified, and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ CARDI, ENEROLIZA<br>CALLE RAFAEL ALONZO TORRES #1765<br>SAN JUAN, PR 00921 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31424 | $691,200.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation. Claim #31424 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclassified and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | TRUJILLO PLUMEY, ROSAMAR<br>COND. TIERRA DEL SOL APT 122<br>HUMACAO, PR 00791 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29473 | $453,600.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation.
Claim #29473 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Reclasified and the 548th Omnibus Claims Objection for Claims to Be Disallowed.

| | | TOTAL | $4,426,156.83* |
|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts