# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima cuadragésima primera objeción global**

## Quingentésima Cuadragésima Primera Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANDRES VELEZ MUNIZ AND CONCEPCION PARADIS RIVERA<br>1702 CALLE SAN MATEO<br>SANTURCE<br>SAN JUAN, PR 00912 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 164525 | $9,794.10 |
| | Base para: El demandante recibió $18,000 en virtud de un acuerdo de estipulación presentado el 27/6/2014 con relación al caso KDP-2012-1489. De acuerdo con la Moción de Consignación de fecha 1/11/2016, del monto adjudicado, $976.80 se utilizaron para compensar deudas pendientes con el Departamento del Tesoro. Otros 8,817.30 se dedujeron para pagar deudas pendientes con el Centro de Recaudación de Ingresos Municipales (CRIM), lo que deja un monto restante de $8,205.90 adeudados al demandante. El pago de este monto se emitió al demandante con el cheque número 0085654, el 1/11/2016. Por lo tanto, el Estado Libre Asociado de Puerto Rico no tiene ninguna obligación existente pendiente. | | | | | |
| 2 | ANNA MARIA FINETTO BOLTZI, HERMINIO MARTINEZ TIVEDE<br>P.O. BOX 50198<br>TOA BAJA, PR 00950 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41389 | $16,666.66* |
| | Base para: La Evidencia de reclamo pretende invocar una obligación fundada en el caso número KDP-2009-1505, pero el caso fue desestimado en lo que respecta al Estado Asociado de Puerto Rico y a la Autoridad de Carreteras y Transportación de Puerto Rico. Por tal motivo, no existen otros fundamentos para invocar una obligación. | | | | | |
| 3 | CARRIÓN LOZANO, DAPHNE I<br>PO BOX 1589<br>CAROLINA, PR 00984 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18890 | $100,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número FDP-2010-1066, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Cuadragésima Primera Objeción Global
### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | COMMUNICATION LEASING LEASING CORPORATION<br>ATTN: ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30353 | $28,214.00 |

Base para: La o las facturas que totalizan $9,628.48 se pagaron mediante los cheques identificados con los números 00248972, 00285039, 00292432, 00296082, 00296289, 00296893, 00297294, 00004079, 00009588, 00010143, 00010234, 00011682, 00012162, 00012197, 00013237, 00013340, 00013454, 00013765, 00014035, 00014886, 00015014, 00015391, 00015400, 00015621, 00015638, 00015778, 00015792, 00015927, 00016213, 00016437, 00016618, 00017143, 00017287, 00017724, 00018036, 00018280, 00019242, 00019693, 00019772, 00019910, 00020141, 00020299, 00020438, 00020938, 00021170, 00021250, 00021290, 00021929 y 00028034, los días 4/5/2012, 14/4/2014, 26/8/2014, 18/ 11/2014, 1/12/2014, 29/12/2014, 26/1/20105, 4/8/2016, 30/1/2017, 10/2/2017, 14/2/2017, 3/4/2017, 17/4/2017, 18/4/2017, 19/5/2017, 23/5/2017, 25/5/2017, 5/6/2017, 12/6/2017, 11/7/2017, 13/7/2017, 21/7/2017, 21/7/2017, 31/7/2017, 31/7/2017, 8/8/2017, 8/8/2017, 16/8/2017, 22/8/2017, 30/8/2017, 14/9/2017, 25/10/2017, 30/10/2017, 16/ 11/2017, 8/12/2017, 19/12/2017, 30/1/2018, 21/2/2018, 22/2/2018, 1/3/2018, 12/3/2018, 16/3/2018, 20/3/2018, 9/4/2018, 12/4/2018, 13/4/2018, 16/4/2018, 4/5/2018 y 9/ 11/2018. Por otro lado, la o las facturas que ascienden en total a $1,773.00 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Bayamon, que no es parte de los procedimientos al amparo del Título III. Además, la Evidencia de Reclamo pretende invocar obligaciones que ascienden a $18,585.52, relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar obligaciones contra dicho Estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido de obligaciones contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.
Reclamo No. 30353 incluido también en el Anexo A de la Tricentésima Septuagésima Segunda Objeción Global por Reclamos para Modificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | CORRES SOTO, MORAYMA<br>CONDO. PARQUE JULIANA APTO. 103<br>EDIF. 100<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26257 | $145,008.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 26257 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Cuadragésima Primera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | CORRES SOTO, MORAYMA<br>CONDO. PARQUE JULIANA<br>EDIF 100 APTO 103<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44328 | $475,200.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo No. 44328 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CRUZ CARLO, JOSE M<br>HC 66 BOX 10317<br>FAJARDO, PR 00738 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28527 | $381,600.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo No. 28527 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados y la Quingentésima Cuadragésima Octava Objeción Global por Reclamos para Desestimar

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CRUZ CARLO, JOSE M.<br>HC 66 BOX 10317<br>FAJARDO, PR 00738 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31462 | $160,014.96* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo No. 31462 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Cuadragésima Primera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | HERNANDEZ RIVERA, RAMON<br>CALLE LAS FLORES #42<br>VISTA ALEGRE<br>BAYAMON, PR 00959 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29547 | $641.31* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 29547 incluido también en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | JOHNSON ROSARIO, EVELYN<br>VILLA CADIZ<br>424 CALLE OLOT<br>SAN JUAN, PR 00923 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27751 | $400,248.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 27751 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar, la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar y la Quingentésima Cuadragésima Octava Objeción Global por Reclamos para Desestimar

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | JOHSON ROSARIO, EVELYN J<br>424 CALLE OLOT VILLA CADIZ<br>SAN JUAN, PR 00923 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28524 | $126,578.88* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 28524 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

4

## Quingentésima Cuadragésima Primera Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | LIMERY DONES, ABRAHAM<br>C/ LEILA U-20<br>URB. LEVITOWN<br>TOA BAJA, PR 00949 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25267 | $122,319.72* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 25267 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | LIMERY DONES, ABRAHAM<br>URB LEVITTOWN<br>U20 CALLE LEILA<br>TOA BAJA, PR 00949 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28721 | $316,800.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 28721 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados y la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | MELENDEZ, SANTIAGO NUNEZ<br>RR-37 BOX 5140 CALLE ROMANY<br>SAN JUAN, PR 00926 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31418 | $491,400.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 31418 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Cuadragésima Primera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | MONTANEZ JOHNSON, GLENDA J<br>URBOPEN LAND<br>424 CALLE OLOT<br>SAN JUAN, PR 00923 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29525 | $108,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 29525 también incluido en el Anexo A de la Tricentésima Cuadragésima Quinta Objeción Global por Reclamos para Reclasificar, la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar y la Quingentésima Cuadragésima Octava Objeción Global por Reclamos para Desestimar

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | ORTIZ PEREZ, DIANA M.<br>URB RIO HONDO I<br>D 39 CALLE RIO CAONILLAS<br>BAYAMON, PR 00961 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30739 | $12,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2018-02-0453, pero el demandante lo retiró voluntariamente y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | PEREZ PENALOZA, ZHADYA P<br>RR 2 BOX 252<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 45764 | $60,179.76* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 45764 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | PEREZ PENALOZA, ZHADYA P<br>RR 2 BOX 252<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25578 | $151,200.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 25578 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Cuadragésima Primera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | RIVERA HERNANDEZ, ZAIDA<br>4U 17 ALTOS CALLE LAGRUMO<br>LOMAS VERDES<br>BAYAMON, PR 00956 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31346 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 31346 incluido también en el Anexo A de la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RIVERA LOPEZ, FRANCISCO J<br>27 CALLE CORREO<br>CAMUY, PR 00627-2342 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13118 | $14,300.00 |

Base para: Las facturas que totalizan $13,200.00 se pagaron mediante transferencia electrónicas identificadas con los números 198301, 198304, 210614, 210618, 210619, 210620, 210621, 272633, 272634, 272635, 272636 y 272637, los días 20/7/2020, 20/7/2020, 4/9/2020, 4/9/2020, 4/9/2020, 4/9/2020, 09/04/2020, 17/5/2021, 17/5/2021, 17/5/2021, 17/5/2021 y 17/5/2021. Según los libros y registros del Estado Libre Asociado, la factura que totaliza $1,100.00 estaba asociada a montos ajenos al contrato aprobado, donde no existía un contrato celebrado o donde las facturas nunca se recibieron; por lo tanto, la agencia alegada del Estado Libre Asociado no las adeuda.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | RODRIGUEZ CARDI, ENEROLIZA<br>CALLE RAFAEL ALONZO TORRES #1765<br>SAN JUAN, PR 00921 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27607 | $161,191.44* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 27607 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ CARDI, ENEROLIZA<br>CALLE RAFAEL ALONZO TORRES #1765<br>SAN JUAN, PR 00921 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31424 | $691,200.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.
Reclamo No. 31424 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Cuadragésima Primera Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | TRUJILLO PLUMEY, ROSAMAR<br>COND. TIERRA DEL SOL APT 122<br>HUMACAO, PR 00791 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29473 | $453,600.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo No. 29473 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Quingentésima Cuadragésima Octava Objeción Global por Reclamos para Desestimar

| | | | | | TOTAL | $4,426,156.83* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados