## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Forty-Second Omnibus Objection**

Five Hundred Forty-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALTAMENTE GS, LLC<br>TU BUFETE LEGAL<br>ENID D. FLORES, ESQ.<br>METRO OFFICE PARK<br>7 CALLE 1 SUITE 204<br>GUAYNABO, PR 00969 | 04/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7020 | $18,270.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ARENAS BUS LINE, INC.<br>RR 01  BOX 3405<br>CIDRA, PR 00739 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54296 | $355,702.12 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11889 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CARIBBEAN ASSET MANAGEMENT & FUNDING INTIMA, INC.<br>ANGEL L. ACEVEDO ESQ.<br>URB PASEO ALTO<br>68 CALLE 2<br>SAN JUAN, PR 00926-5918 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27906 | $45,395.30 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $20,310.12 in the agency's system.
Claim #27906 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Claims to Be Modified.

Five Hundred Forty-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | COMMUNICATION LEASING LEASING CORPORATION ANA ALBERTORIO PO BOX 362526 SAN JUAN, PR 00936-2565 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29416 | $23,445.51 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |
| 6 | HR BUS LINE INC. PO BOX 1958 LAS PIEDRAS, PR 00771 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49442 | $96,326.87 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |
| 7 | INTELUTIONS, INC. PMB 367 35 CALLE JUAN BORBON SUITE 67 GUAYNABO, PR 00969 | 05/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9295 | $98,858.50 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice totaling $32,940.00 in the agency's system.  Additionally proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $65,918.50 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 8 | MARQUEZ CRUZ, JORGE PMB 131 CALLE SIERRA MORENA 267 SAN JUAN, PR 00926 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35307 | $362,532.42 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |
| | | | | | TOTAL | $1,000,530.72* |

*Indicates claim contains unliquidated and/or undetermined amounts