# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima cuadragésima segunda objeción global**

## Quingentésima Cuadragésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALTAMENTE GS, LLC<br>TU BUFETE LEGAL<br>ENID D. FLORES, ESQ.<br>METRO OFFICE PARK<br>7 CALLE 1 SUITE 204<br>GUAYNABO, PR 00969 | 04/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7020 | $18,270.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 2 | ARENAS BUS LINE, INC.<br>RR 01 BOX 3405<br>CIDRA, PR 00739 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 54296 | $355,702.12 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 3 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11889 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 4 | CARIBBEAN ASSET MANAGEMENT & FUNDING INTIMA, INC.<br>ANGEL L. ACEVEDO ESQ.<br>URB PASEO ALTO<br>68 CALLE 2<br>SAN JUAN, PR 00926-5918 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27906 | $45,395.30 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Según una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas, que totalizan $20,310.12, en el sistema de la agencia.<br>Reclamo No. 27906 incluido también en el Anexo A de la Tricentésima Septuagésima Segunda Objeción Global por Reclamos para Modificar | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Cuadragésima Segunda Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | COMMUNICATION LEASING LEASING CORPORATION<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29416 | $23,445.51 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 6 | HR BUS LINE INC.<br>PO BOX 1958<br>LAS PIEDRAS, PR 00771 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49442 | $96,326.87 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| 7 | INTELUTIONS, INC.<br>PMB 367<br>35 CALLE JUAN BORBON<br>SUITE 67<br>GUAYNABO, PR 00969 | 05/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9295 | $98,858.50 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en una factura presentada. En función de una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a esta factura, que totaliza $32,940.00, en el sistema de la agencia. Asimismo, la evidencia de reclamo pretende invocar obligaciones vinculadas al Estado Libre Asociado de Puerto Rico, pero las que ascienden a $65,918.50 no proporcionan documentación de respaldo suficiente como para invocar las obligaciones contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido de obligaciones contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 8 | MARQUEZ CRUZ, JORGE<br>PMB 131<br>CALLE SIERRA MORENA 267<br>SAN JUAN, PR 00926 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35307 | $362,532.42 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia. | | | | | |
| | | | | | TOTAL | $1,000,530.72* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2