# **EXHIBIT C**

**Declaration of the Puerto Rico Department of Education**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF THE PUERTO RICO DEPARTMENT OF EDUCATION IN SUPPORT OF THE FIVE HUNDRED FORTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO**

I, Evelyn Rodríguez Carde, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Finance Director at the Puerto Rico Department of Education ("PRDE"), whose job responsibilities includes among other tasks, directing financial areas, analyzing and reporting on financial performance, overseeing audit functions, developing and implementing accounting policies, and managing the accounts payable department. Within the managing

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

functions, I oversee all aspects of the accounts payable operations, including the review of invoices to ensure that all costs have been charged correctly, reviewing reports to identify errors or other problems with payments made, communicating with vendors to arrange payment terms or resolve payment issues, maintaining and reviewing records of all financial transactions related to accounts payable, such as it contained the purchase orders, invoices, or any other supporting documentation required. The facts set forth herein are true and correct to the best of my knowledge and belief as per my review of PRDE records and information provided by the team of PRDE employees I personally supervised, as further explained below.

2. In my capacity as a Finance Director of PRDE, I and Carmen Q. Rodríguez are responsible for, among other things, reviewing certified invoices and processing them for payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Forty-Second Omnibus Objection of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable* (the "Five Hundred Forty-Second Omnibus Objection").[3]

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Forty-Second Omnibus Objection.

4. Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to PRDE, but not yet paid. That list included a spreadsheet identifying certain invoices the claimants asserted were unpaid.

5. At the request of AAFAF's representatives, I conducted a reasonable review of PRDE's records to determine whether the invoices associated with the claims have been certified for payment. A part of the work undertaken to identify whether certified invoices exist, PRDE performed a claim reconciliation and identified all cases that did not included evidence of the invoice, or it had not been received yet. Detail of the claim reconciliation is being submitted for your review and consideration.

6. Based upon that review, Claim Nos. 7020, 9295, 11889, 27906, 29416, 35307, 49442 and 54296, identified on **Exhibit A** to the Five Hundred Forty-Second Omnibus Objection is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 28, 2022

By: /s/ *Evelyn Rodríguez Cardé*
Evelyn Rodríguez Cardé
Finance Director
Puerto Rico Department of Education

# **ANEXO C**

**Declaración del Departamento de Educación de Puerto Rico**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br>   como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br>                    Deudores.[1] | PROMESA <br> Título III <br> Núm. 17 BK 3283-LTS <br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con el ELA.** |

**DECLARACIÓN DEL DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO EN APOYO DE LA QUINGENTÉSIMA CUADRAGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Yo, Evelyn Rodríguez Cardé, de conformidad con el Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

1.      Soy Directora Financiera en el Departamento de Educación de Puerto Rico (el "DEPR"). Mis responsabilidades laborales incluyen, entre otras tareas, dirigir las áreas financieras,

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

analizar y elaborar informes sobre el desempeño financiero, supervisar las tareas de auditoría, elaborar e implementar políticas de contabilidad y gestionar el departamento de cuentas por pagar. En el desempeño de mis funciones de dirección, superviso todos los aspectos relativos a las operaciones de cuentas por pagar, lo que incluye revisar facturas para garantizar que todos los gastos han sido cargados correctamente, examinar informes para identificar errores u otros problemas con los pagos realizados, comunicarme con proveedores para acordar condiciones de pago o resolver problemas con los pagos, llevar y revisar registros de todas las transacciones financieras que guarden relación con cuentas por pagar, tales como las contenidas en órdenes de compra, facturas o cualquier otro documento justificativo que resulte necesario. A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros del DEPR y en la información proporcionada por el equipo de empleados del DEPR que estaba bajo mi supervisión personal, como explico más adelante.

2.  En mi capacidad de Directora Financiera del DEPR, Carmen Q. Rodríguez y yo somos responsables de, entre otras cosas, analizar facturas certificadas y procesarlas para el pago. Por lo general, las facturas se certifican para su pago con el fin de garantizar el desembolso legal de fondos públicos por productos y servicios, materiales, reclamaciones y otras obligaciones válidas y legales de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

3. Realizo esta declaración en apoyo de la *Quingentésima cuadragésima segunda objeción global del Estado Libre Asociado de Puerto Rico a Reclamaciones por las que el ELA no es Responsable* (la "Quingentésima cuadragésima segunda objeción global").[3]

4. Los representantes de AAFAF me han proporcionado una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al DEPR, pero que todavía no han sido pagadas. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que los reclamantes alegaban que no estaban pagadas.

5. A petición de los representantes de AAFAF, he revisado, dentro de lo razonable, los registros del DEPR para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. Como parte del trabajo realizado para determinar si existen facturas certificadas, el DEPR llevó a cabo una reconciliación de reclamaciones e identificó todos los casos en los que no se incluían evidencias de las facturas, o en los que dichas evidencias todavía no se habían recibido. Se somete para su análisis y consideración información detallada sobre la reconciliación de reclamaciones.

6. Sobre la base de dicha revisión, las Reclamaciones núms. 7020, 9295, 11889, 27906, 29416, 35307 49442 y 54296 identificadas en el **Anexo A** de la Quingentésima cuadragésima segunda objeción global se basan en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

---

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima cuadragésima segunda objeción global.

3

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 28 de octubre de 2022

Por: *Evelyn Rodríguez Cardé*
Evelyn Rodríguez Cardé
Directora Financiera
Departamento de Educación de Puerto Rico