# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima cuadragésima tercera objeción global**

## Quingentésima Cuadragésima Tercera Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | PABON VELAZQUEZ, ANA C.<br>P.O. BOX 661<br>ARROYO, PR 00714 | 10/30/2019 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 172193-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y el Hospital Municipal de Arroyo, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | ROSARIO GUTIERRES, VILMA I.<br>JENARO A. MEDINA ROSARIO, ESQ.<br>PO BOX 79366<br>CAROLINA, PR 00984-9366 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 83956 | $24,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de San Juan, así como otros demandados, que no forman parte de los procedimientos iniciados al amparo del Título III.

| | | | | | TOTAL | $24,000.00* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados