# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Forty-Fourth Omnibus Objection**

Five Hundred Forty-Fourth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COMMUNICATION LEASING LEASING CORPORATION<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 29448 | Commonwealth of Puerto Rico | Unsecured | $15,545.14 | Commonwealth of Puerto Rico | Unsecured | $168.00 |

Reason: Invoices totaling $15,377.14 were paid via checks 00281393, 00021360, 00022456, and 00026446 on 02/05/2014, 04/18/2018, 05/18/2018, and 09/18/2018. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | FRANCISCO DIAZ MASSO / BERMUDEZ, LONGO, DIAZ-MASSO, LLC<br>PO BOX 192596<br>SAN JUAN, PR 00919 | 57965 | Commonwealth of Puerto Rico | Unsecured | $17,671.00 | Commonwealth of Puerto Rico | Unsecured | $220.12 |

Reason: Invoices totaling $17,450.88 were paid via checks 303742, 303743, and 303744 on 06/13/2018. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | QUILES GONZALEZ, ANGEL<br>PEDRO G. CRUZ SÁNCHEZ<br>PO BOX 372290<br>CAYEY, PR 00737-2290 | 5435 | Commonwealth of Puerto Rico | Unsecured | $3,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,500.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico totalling $3,000.00 related to case GDP-2009-0054. The Debtors' books and records state there was a judgment in the amount of $1,500.00. As such, the claim has been reduced to reflect this amount. Additionally, Claim was filed as unliquidated, the modified amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts