# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima cuadragésima cuarta objeción global**

## Quingentésima Cuadragésima Cuarta Objeción Global

### Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | COMMUNICATION LEASING LEASING CORPORATION<br>ANA ALBERTORIO<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 29448 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,545.14 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $168.00 |

Base para: Las facturas que ascienden a $15,377.14 se pagaron mediante los cheques 00281393, 00021360, 00022456 y 00026446, los días 5/2/2014, 18/4/2018, 18/5/2018 y 18/9/2018. El Demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | FRANCISCO DIAZ MASSO / BERMUDEZ, LONGO, DIAZ-MASSO, LLC<br>PO BOX 192596<br>SAN JUAN, PR 00919 | 57965 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,671.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $220.12 |

Base para: El 13/6/2018 se pagaron facturas por un total de $17,450.88 mediante cheques identificados con los 303742, 303743 y 303744. El Demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | QUILES GONZALEZ, ANGEL<br>PEDRO G. CRUZ SÁNCHEZ<br>PO BOX 372290<br>CAYEY, PR 00737-2290 | 5435 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,500.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, que totalizan $3,000.00, relacionadas con el caso GDP-2009-0054. Según los libros y registros de los Deudores, hubo un fallo por un monto de $1,500.00. Por lo tanto, el reclamo se redujo para reflejar dicho monto. Además, el Reclamo se presentó como un monto no liquidado, el monto modificado liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados