# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Forty-Fifth Omnibus Objection**

Five Hundred Forty-Fifth Omnibus Objection
Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ENEIDA LUZ AYALA CARTAGENA V DEPARTMENTO DE EDUCACION LCDO HERIBERTO QUINONES URBANIZACION SABANERA CAMINO DE LOS JARDINES 392 CIDRA, PR 00739 | 46248 | Commonwealth of Puerto Rico | Unsecured | $5,025.00* | Commonwealth of Puerto Rico | Unsecured | $5,025.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,025.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | MARIANNE TORRES TORRES, JUAN LOURIDO DUME Y LA SOCIEDAD DE GANANCIALES COMPUESTO POR AMBOS LANDRON VERA. LLC LUIS A. RODRIGUEZ MUÑOZ, ESQ. 1606 AVENIDA PONCE DE LEON, SUITE 501 SAN JUAN, PR 00909 | 24593 | Commonwealth of Puerto Rico | Unsecured | $16,000.00* | Commonwealth of Puerto Rico | Unsecured | $16,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $16,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | TOTAL | | $21,025.00* | TOTAL | | $21,025.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

1