# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima cuadragésima quinta objeción global**

Quingentésima Cuadragésima Quinta Objeción Global

Anexo A: Reclamos para Liquidar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ENEIDA LUZ AYALA CARTAGENA V DEPARTMENTO DE EDUCACION LCDO HERIBERTO QUINONES URBANIZACION SABANERA CAMINO DE LOS JARDINES 392 CIDRA, PR 00739 | 46248 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,025.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,025.00 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $5,025.00 para el Reclamo, monto que liquida por completo el Reclamo. | | | | | | | |
| 2 | MARIANNE TORRES TORRES, JUAN LOURIDO DUME Y LA SOCIEDAD DE GANANCIALES COMPUESTO POR AMBOS LANDRON VERA. LLC LUIS A. RODRIGUEZ MUÑOZ, ESQ. 1606 AVENIDA PONCE DE LEON, SUITE 501 SAN JUAN, PR 00909 | 24593 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $16,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $16,000.00 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $16,000.00 para el Reclamo, monto que liquida por completo el Reclamo. | | | | | | | |
| | | | TOTAL | | $21,025.00* | TOTAL | | $21,025.00 |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1