## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Forty-Sixth Omnibus Objection**

Five Hundred Forty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified, Reduced, and Allowed

| | | | ASSERTED | | | MODIFIED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | EDGARDO BOBE DBA COMPUTER AND PRINTER SOLUTIONS PARCELAS CASTILLO BUZÓN E-1 MAYAGUEZ, PR 00682 | 14203 | Commonwealth of Puerto Rico Commonwealth of Puerto Rico Subtotal | 503(b)(9) Secured | Undetermined* $2,777.00* $2,777.00* | Commonwealth of Puerto Rico | Unsecured | $2,777.00 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Additionally, goods listed on the proof of claim were received outside of the prescribed 20-day receipt period pursuant to 11 U.S.C. § 503(b)(9) and as such, claimant is not entitled to administrative priority. As such, the claim should be reclassified as a general unsecured claim. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $2,777.00 for the claim, and such amount fully liquidates the claim. Claimant will retain a general unsecured claim allowed in the amount of $2,777.00.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | TECHNICAL MAINTENANCE SERVICES PO BOX 3826 GUAYNABO, PR 00970 | 31391 | Commonwealth of Puerto Rico Commonwealth of Puerto Rico Subtotal | 503(b)(9) Unsecured | $10,520.50 $10,520.50 $21,041.00 | Commonwealth of Puerto Rico | Unsecured | $904.50 |

Reason: Goods listed on the proof of claim were received outside of the prescribed 20-day receipt period pursuant to 11 U.S.C. § 503(b)(9) and as such, claimant is not entitled to administrative priority. As such, the claim should be reclassified as a general unsecured claim. Claimant also asserts a total claim amount of $10,520.50 in box 8 of the proof of claim, however, claimant also wrote the same amount in boxes 10 & 13 of the proof of claim, causing the claim to be placed on the register in the amount of $21,041.00. As such, the claim is overstated and should be reduced to $10,520.50. Further, invoice(s) totaling $9,616.00 were paid via checks 00174837 and 00176038 on 05/24/2018 and 06/05/2018. As such, the claim should be further reduced to $904.50. Claimant will retain a general unsecured claim allowed in the amount of $904.50.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | TECHNICAL MAINTENANCE SERVICES PO BOX 3826 GUAYNABO, PR 00970 | 32841 | Commonwealth of Puerto Rico Commonwealth of Puerto Rico Subtotal | 503(b)(9) Unsecured | $130.00 $130.00 $260.00 | Commonwealth of Puerto Rico | Unsecured | $130.00 |

Reason: Claimant asserts administrative priority pursuant to 11 U.S.C. § 503(b)(9), but the proof of claim is not for goods sold and as such, claimant is not entitled to administrative priority. As such, the claim should be reclassified as a general unsecured claim. Claimant asserts a total claim amount of $130.00 in box 8 of the proof of claim, however, claimant also wrote the same amount in boxes 10 & 13 of the proof of claim, causing the claim to be placed on the register in the amount of $260.00. As such, the claim is overstated and should be reduced to $130.00. Claimant will retain a general unsecured claim allowed in the amount of $130.00.

*Indicates claim contains unliquidated and/or undetermined amounts