# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima cuadragésima sexta objeción global**

Quingentésima Cuadragésima Sexta Objeción Global

Anexo A: Reclamos para Reclasificar, Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | EDGARDO BOBE DBA COMPUTER AND PRINTER SOLUTIONS PARCELAS CASTILLO BUZÓN E-1 MAYAGUEZ, PR 00682 | 14203 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,777.00 |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | $2,777.00* | | | |
| | | | | Subtotal | $2,777.00* | | | |

Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Además, los bienes enumerados en la evidencia de reclamo se recibieron por fuera del período prescrito de recepción de 20 días conforme al Título 11 del Código de los Estados Unidos, Sección 503(b)(9) y, por tal motivo, el demandante no tiene derecho a una prioridad administrativa. Por consiguiente, el reclamo debería reclasificarse como un reclamo general sin garantía. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $2,777.00 para el reclamo, monto que liquida por completo el reclamo. El demandante retendrá un reclamo general sin garantía admitido por $2,777.00.

| 2 | TECHNICAL MAINTENANCE SERVICES PO BOX 3826 GUAYNABO, PR 00970 | 31391 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $10,520.50 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $904.50 |
|---|---|---|---|---|---|---|---|---|
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,520.50 | | | |
| | | | | Subtotal | $21,041.00 | | | |

Base para: Los bienes enumerados en la evidencia de reclamo se recibieron por fuera del periodo prescrito de recepción de 20 días conforme al título 11 del Código de los EE. UU., Sección 503(b)(9) y, por lo tanto, el demandante no tiene derecho a una prioridad administrativa. Por consiguiente, el reclamo debería reclasificarse como un reclamo general sin garantía. En el casillero 8 de la evidencia de reclamo, el demandante también reclama un monto total de $10,520.50; sin embargo, el demandante consignó el mismo monto en los casilleros 10 y 13 de dicha evidencia, razón por la cual el reclamo ha de incluirse en el registro por $21,041.00. Por consiguiente, el reclamo está sobreestimado y debería reducirse a $10,520.50. Se pagaron, además, facturas por un total de $9,616.00 mediante cheques identificados con los números 00174837 y 00176038, el 24/5/2018 y el 5/6/2018. Por tal motivo, el reclamo debería reducirse adicionalmente a $904.50. El demandante retendrá un reclamo general sin garantía admitido por $904.50.

| 3 | TECHNICAL MAINTENANCE SERVICES PO BOX 3826 GUAYNABO, PR 00970 | 32841 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $130.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $130.00 |
|---|---|---|---|---|---|---|---|---|
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $130.00 | | | |
| | | | | Subtotal | $260.00 | | | |

Base para: El Demandante invoca una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. Por consiguiente, el reclamo debería reclasificarse como un reclamo general sin garantía. En el casillero 8 de la evidencia de reclamo, el demandante invoca un reclamo por un monto total de $130.00; no obstante, también consignó el mismo monto en los casilleros 10 y 13 de la evidencia de reclamo, razón por la cual el reclamo ha de incluirse en el registro por un monto de $260.00. Así pues, el reclamo está sobreestimado y debería reducirse a $130.00. El demandante retendrá un reclamo general sin garantía admitido, por $130.00

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1