# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima cuadragésima séptima objeción global**

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1  BONET GUERRA, SONIA I URB. JARDINES DE RINCON CALLE 2 D2 RINCON, PR 00677-2616 | 05/24/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28549 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo de los reclamos maestros número 32044 y 103072. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112)

Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho").  Los demandantes de este pleito son ex empleados del Departamento de la Familia de Puerto Rico ("DOFA"), que alegaron que dicho departamento retuvo el pago de salarios y pensiones a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.
Reclamo No. 28549 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar y la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 2 | CONTRERAS LOPEZ, JUSTINA PO BOX 215 SAN LORENZO, PR 00754 | 05/18/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 17259-1 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los demandantes de este pleito son ex empleados del Departamento de la Familia de Puerto Rico ("DOFA"), que alegaron que dicho departamento retuvo el pago de salarios y pensiones a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 3 | CORRES SOTO, MORAYMA CONDO. PARQUE JULIANA APTO. 103 EDIF. 100 CAROLINA, PR 00987 | 05/24/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26257 | $145,008.00* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Reclamo No. 26257 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 4 | CORRES SOTO, MORAYMA CONDO. PARQUE JULIANA EDIF 100 APTO 103 CAROLINA, PR 00987 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 44328 | $475,200.00* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.
Reclamo No. 44328 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | DONES MORALES, NAYDA L. P.O. BOX 801 URB. VALLES DE ARROYO #24 ARROYO, PR 00714 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 70396 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Tras efectuarse una revisión adicional, se determinó que el reclamo es un duplicado completo de los reclamos maestros número 179140 y 93199. El reclamo estuvo previamente sujeto a una objeción por litigio parcialmente duplicado (Objeción Global No. 351 - DN: 17112).

Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.
Reclamo No. 70396 incluido también en el Anexo A de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados

---

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Cuadragésima Séptima Objeción Global

## Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | GONZALEZ OLIVERO, VIVIAN PO BOX 243 UTUADO, PR 00641 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 21218 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 7 | HERNANDEZ RODRIGUEZ, ANETTE HC 2 BOX 7663 COROZAL, PR 00783 | 06/06/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 35758 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los demandantes en el litigio son ex empleados del Departamento de la Familia ("DOFA"), que alegaron que dicho departamento retuvo el pago de salarios y pensiones a raíz del "Memorándum General No. 5-86" de la Oficina de Personal de Servicio Público. El demandante es parte demandante en dicho litigio y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 8 | HERNANDEZ TORRES, LILLIAM JARD DE GURABO 207 CALLE 10 GURABO, PR 00778 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 23679 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho"). Los demandantes de este pleito son ex empleados del Departamento de la Familia de Puerto Rico ("DOFA"), que alegaron que dicho departamento retuvo el pago de salarios y pensiones a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9  JOHNSON ROSARIO, EVELYN VILLA CADIZ 424 CALLE OLOT SAN JUAN, PR 00923 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 27751 | $400,248.00* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón").  Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.
Reclamo No. 27751 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar, la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar y la Quingentésima Cuadragésima Octava Objeción Global por Reclamos para Desestimar

* Indica que la reclamación contiene montos por liquidar o indeterminados

9

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 10 | JOHSON ROSARIO, EVELYN J 424 CALLE OLOT VILLA CADIZ SAN JUAN, PR 00923 | 05/24/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28524 | $126,578.88* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Reclamo No. 28524 también incluido en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 | LIMERY DONES, ABRAHAM URB LEVITTOWN U20 CALLE LEILA TOA BAJA, PR 00949 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 28721 | $316,800.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho").  Los demandantes de este pleito son ex empleados del Departamento de la Familia de Puerto Rico ("DOFA"), que alegaron que dicho departamento retuvo el pago de salarios y pensiones, como resultado del "Memorándum general No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento del litigio referido más arriba a las obligaciones asociadas al presente litigio. Reclamo No. 28721 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados y la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar

* Indica que la reclamación contiene montos por liquidar o indeterminados

11

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 12  MONTANEZ JOHNSON, GLENDA J URBOPEN LAND 424 CALLE OLOT SAN JUAN, PR 00923 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29525 | $108,000.00* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón").  Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Reclamo No. 29525 también incluido en el Anexo A de la Tricentésima Cuadragésima Quinta Objeción Global por Reclamos para Reclasificar, la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar y la Quingentésima Cuadragésima Octava Objeción Global por Reclamos para Desestimar

Quingentésima Cuadragésima Séptima Objeción Global

## Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | OTERO MORALES, ANTONIO PO BOX 52199 TOA BAJA, PR 00950 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 30799 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.
Reclamo No. 30799 incluido también en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos para Reclasificar

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 14  RIVERA HERNANDEZ, ZAIDA 4U 17 ALTOS CALLE LAGRUMO LOMAS VERDES BAYAMON, PR 00956 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 31346 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Reclamo No. 31346 incluido también en el Anexo A de la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 15 | ROSA MORALES, MORAIMA 60 CARR. 474 ISABELA, PR 00662 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36765-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio. Una parte de este reclamo se transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | SANCHEZ RAMOS, SONIA P.O BOX 52199 TOA BAJA, PR 00950 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 38807 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Reclamo No. 38807 incluido también en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos para Reclasificar

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 17  SANTOS SANTIAGO, NYDIA EDITH 2A17 CALLE 53 JARDINESDEL CARIBE PONCE, PR 00728 | 05/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 20914 | Indeterminado* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 LCDA. IVONNE GONZALEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 32044 y 103072, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 (los "Reclamos Maestros de Acevedo Camacho").  Los demandantes de este pleito son ex empleados del Departamento de la Familia de Puerto Rico ("DOFA"), que alegaron que dicho departamento retuvo el pago de salarios y pensiones a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 18 | TORRES FIGUEROA, YOLANDA EXT. ALTURAS DE YAUCO II 302 CALLE SAROBEI YAUCO, PR 00698 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 102450-1 | $0.00 | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127 | $6,829,644.40* |
| | | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 50221 | $43,400,081.58* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 50221 y 104127, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Jeannete Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, No. KAC2005-5021 (los "Reclamos Maestros de Abrams Díaz"). Los demandantes del pleito son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP"), que alegaron que dicho departamento retuvo indebidamente el pago de una parte de sus salarios y pensiones a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante en dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

18

Quingentésima Cuadragésima Séptima Objeción Global

## Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 19 | TORRES TORRES, CARLOS R. O6 URB. JESÚS M. LAGO UTUADO, PR 00641 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26309 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 20 | TORRES TORRES, CARLOS R. O6 URB. JESUS M. LAGO UTUADO, PR 00641 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26368 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Quingentésima Cuadragésima Séptima Objeción Global

## Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 21 VAZQUEZ ESMURRIA, MAGALY PO BOX 410 JUANA DIAZ, PR 00795 | 04/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 7232 | $100,000.00* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 22 VAZQUEZ MELENDEZ, JOAQUIN SANTA ROSA NEISY E-27 CAGUAS, PR 00725 | 05/21/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 22648 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELLY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio.

* Indica que la reclamación contiene montos por liquidar o indeterminados

22

Quingentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 23  VELEZ VELEZ, JEANNETTE YAHAIRA PO BOX 735 MOCA, PR 00676 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 33642-1 | Indeterminado* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es un duplicado de los Reclamos Maestros No. 179140 y 93199, presentados por el abogado que patrocina a los demandantes, en representación de todos los demandantes del litigio caratulado Francisco Beltrán Cintrón y otros, No. KAC2009-0809 (los "Reclamos Maestros de Beltrán Cintrón"). Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación a raíz del "Memorándum General No. 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba y/o las obligaciones asociadas al presente litigio. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.