# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima cuadragésima octava objeción global**

Quingentésima Cuadragésima Octava Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CRUZ CARLO, JOSE M<br>HC 66 BOX 10317<br>FAJARDO, PR 00738 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28527 | $381,600.00* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho.

Reclamo No. 28527 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar, la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados y la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | JOHNSON ROSARIO, EVELYN<br>VILLA CADIZ<br>424 CALLE OLOT<br>SAN JUAN, PR 00923 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27751 | $400,248.00* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho.

Reclamo No. 27751 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar, la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar y la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar

\* Indica que la reclamación contiene montos por liquidar o indeterminados    1

## Quingentésima Cuadragésima Octava Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | MONTANEZ JOHNSON, GLENDA J<br>URBOPEN LAND<br>424 CALLE OLOT<br>SAN JUAN, PR 00923 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29525 | $108,000.00* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho.
Reclamo No. 29525 también incluido en el Anexo A de la Tricentésima Cuadragésima Quinta Objeción Global por Reclamos para Reclasificar, la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar y la Quingentésima Cuadragésima Séptima Objeción Global por Reclamos para Desestimar

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PEREZ PENA, LEYDA M.<br>URB. VENUS GARDENS NORTE<br>AZ-19 C/ SONOR 9<br>SAN JUAN, PR 00926 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 156068-1 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio caratulado Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 30851 y 104175, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Pérez Colón. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Cuadragésima Octava Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | PRADO RODRIGUEZ, BIENVENIDA<br>HC-01 BOX 4156<br>NAGUABO, PR 00718 | 02/03/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173104-1 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a cualquiera de los litigios contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.
Reclamo No. 173104-1 incluido también en el Anexo A de la Quingentésima Cuadragésima Novena Objeción Global por Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | RAMOS RODRIGUEZ, DIANA E.<br>URB. BRISAS DEL PRADO CALLE GARZA 1730<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 123524-1 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a cualquiera de los litigios contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

## Quingentésima Cuadragésima Octava Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | RODRIGUEZ FARIA, MARILYN<br>URB PASEO SOL Y MAR CALLE CORAL 640<br>JUANA DIAZ, PR 00795 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14149 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho") y Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, tal en cualquiera de los litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios Acevedo Camacho y Beltrán Cintrón.
Reclamo No. 14149 incluido también en el Anexo A de la Quingentésima Cuadragésima Novena Objeción Global por Reclamos para Desestimar

| 8 | SANTIAGO RENTA, ANAIDA M.<br>HC 5 BOX 5624<br>JUANA DÍAZ, PR 00759 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11726 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho") y Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a ninguno de los litigios contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, tal en cualquiera de los litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios Acevedo Camacho y Beltrán Cintrón.

| 9 | TRUJILLO PLUMEY, ROSAMAR<br>COND. TIERRA DEL SOL APT 122<br>HUMACAO, PR 00791 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29473 | $453,600.00* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho.
Reclamo No. 29473 también incluido en el Anexo A de la Tricentésima Cuadragésima Séptima Objeción Global por Reclamos para Reclasificar y la Quingentésima Cuadragésima Primera Objeción Global por Reclamos para Desestimar

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Cuadragésima Octava Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | VILLODAS MELENDEZ, WILFREDO<br>APT 850<br>PATILLAS, PR 00723 | 10/04/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171202-1 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | | TOTAL | $1.343.448,00* |
|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados