# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Forty-Ninth Omnibus Objection**

Five Hundred Forty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PRADO RODRIGUEZ, BIENVENIDA<br>HC-01 BOX 4156<br>NAGUABO, PR 00718 | 02/03/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173104-1 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 (the "Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim no. 115276, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Agosto Maldonado. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.
Claim #173104-1 also contained on Exhibit A to the 548th Omnibus Claims Objection for Claims to Be Disallowed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | RODRIGUEZ FARIA, MARILYN<br>URB PASEO SOL Y MAR CALLE CORAL 640<br>JUANA DIAZ, PR 00795 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14149 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 (the "Litigation"). However, based on documentation submitted by the attorney representing all claimants in the Litigation, Claimant is not a named plaintiff in that Litigation, and there is therefore no basis for claimant to assert liabilities associated with that Litigation against the Commonwealth, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim no. 115276, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Agosto Maldonado.
Claim #14149 also contained on Exhibit A to the 548th Omnibus Claims Objection for Claims to Be Disallowed.

| | | TOTAL | Undetermined* |
|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts