# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima cuadragésima novena objeción global**

## Quingentésima Cuadragésima Novena Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | PRADO RODRIGUEZ, BIENVENIDA<br>HC-01 BOX 4156<br>NAGUABO, PR 00718 | 02/03/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173104-1 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico y otros, Caso Civil No. KPE-2005-0608 (el "Litigio"). No obstante, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones asociadas a dicho Litigio entablado en contra del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, incluso si el Demandante fuera, en efecto, un demandante dicho litigio, el reclamo constituiría un duplicado del Reclamo No. 115276, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Agosto Maldonado Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.
Reclamo No. 173104-1 incluido también en el Anexo A de la Quingentésima Cuadragésima Octava Objeción Global por Reclamos para Desestimar

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | RODRIGUEZ FARIA, MARILYN<br>URB PASEO SOL Y MAR CALLE CORAL 640<br>JUANA DIAZ, PR 00795 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14149 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Nilda Agosto Maldonado y otros contra el Departamento de la Familia del Estado Libre Asociado de Puerto Rico y otros, Caso Civil No. KPE-2005-0608 (el "Litigio"). No obstante, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el Litigio, el Demandante no está mencionado como tal en dicho Litigio, por lo que carece de fundamentos para invocar obligaciones asociadas a dicho Litigio entablado en contra del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, incluso si el Demandante fuera, en efecto, un demandante dicho litigio, el reclamo constituiría un duplicado del Reclamo No. 115276, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Agosto Maldonado.
Reclamo No. 14149 incluido también en el Anexo A de la Quingentésima Cuadragésima Octava Objeción Global por Reclamos para Desestimar

| | | | | | TOTAL | Indeterminado* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados