Prime Clerk LLC
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Se requiere respuesta ***

> **ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**
>
> **LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

9 de Septiembre de 2020

Asunto: Evidencia de reclamación en virtud de la ley PROMESA
En el caso Autoridad de Energía Eléctrica de Puerto Rico, Caso No. 17-04780
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Autoridad de Energía Eléctrica de Puerto Rico (el "Deudor"). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación del Deudor.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación **28744**. Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que el Deudor continúen evaluando su reclamación. Con la información que usted ha proporcionado, el Deudor no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra el Deudor. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que el Deudor comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

Batch 18.1 - PREPA AP



99012340083273S

**Responda a esta carta el 9 de Octubre de 2020 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que usted proporcione puede anexarse a su reclamación y aparecer en el registro oficial de reclamaciones. Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, el Deudor podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

Batch 18.1 - PREPA AP    2



99012340083273

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las seis (6) preguntas y las subpreguntas correspondientes. Incluya la mayor cantidad posible de detalle es sus respuestas. **Sus preguntas deben proporcionar más información que la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación «Ley 96», tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en el que se promulgó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, adjunte lo siguiente:

- Una copia de cualquier contrato, orden de compra, factura, conocimiento de embarque o comprobante de entrega, si su reclamación está basada en una factura impaga;
- Una copia de un escrito, como una demanda o su respuesta, si su reclamación está basada en un litigio pendiente;
- Una copia de una sentencia impaga, si se obtuvo en relación con el litigio o un acuerdo resolutorio;
- Una copia de cualquier notificación por escrito de su intención de presentar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de respaldo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

Centro de procesamiento de información complementaria del
Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una factura impaga que emitió al gobierno de Puerto Rico

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique el mayor nivel de detalle. Adjunte copias adicionales de ser necesario.)

---

**Batch 18.1 - PREPA AP**



*Número de Evidencia de Reclamación:* 28744
*Reclamante:* **O'NEILL SECURITY & CONSULTANT SERVICES, INC**

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   $829,183.42

3. **Factura impaga.** ¿Se relaciona su reclamación con una factura impaga que usted emitió al gobierno de Puerto Rico?

   ☐ No. *Pase a la pregunta 4.*
   ☒ Sí. **Responda preguntas 3(a)-(g).**

   3(a). Identifique el organismo o el departamento específico con el cual usted firmó un contrato:
   Puerto Rico Electric Power Authority

   3(b). Número de proveedor (si aplica): Ver anejos.

   3(c). Número de identificación fiscal (si aplica): Ver anejos.

   3(d). Si no tiene un número de proveedor o un número de identificación fiscal, anote los últimos cuatro dígitos de su número de seguridad social: Ver anejos.

   3(e). Número de contrato (si aplica): Varios, ver anejos.

   3(f). Número/s de orden de compra (si aplica): Ver anejos.

   3(g). Provea las cantidades de cualquier factura que quede pendiente a pagar a la fecha de su respuesta. Provea esta información únicamente si dicha cantidad es distinta a la cantidad indicada inicialmente en su evidencia de reclamación (si aplicable):
   $829,183.42

4. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   ☒ No. *Pase a la Pregunta 5.*
   ☐ Sí. **Responda preguntas 4(a)-(d).**

   4(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

   4(b). Identifique las fechas de su empleo en relación con su reclamación:

   4(c). Los últimos cuatro dígitos de su número de seguro social:

   4(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☐ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato

2


99012340083273S

*Número de Evidencia de Reclamación:* **28744**
*Reclamante:* **O'NEILL SECURITY & CONSULTANT SERVICES, INC**

- ☐ Vacaciones
- ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

_____

5. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada opendiente de resolución?**

   ☒ No. *Pase a la Pregunta 6.*

   ☐ Sí. **Responda preguntas 5(a)-(f).**

   5(a). Identifique el departamento o agencia que es parte de esta acción.
   _____

   5(b). Identifique el nombre y la dirección del tribunal o agencia en el que la acción está pendiente de resolución:
   _____

   5(c). Número de caso: _____

   5(d). Título, auto o nombre del caso: _____

   5(e). Estado del caso (pendiente, en instancia de apelación o concluido): _____

   5(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

   De ser así, ¿cuál es la fecha y el monto de la sentencia? _____

6. **Otro. Si su reclamación no se relaciona con una factura impaga, una acción legal pendiente o cerrada o un empleo actual o anterior, responda la pregunta 6(a).**

   6(a). Describa el fundamento de su reclamación: __N/A_____

   _____

   En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

Batch 18.1 - PREPA AP

3



990123400832735