10/30/22, 3:20 PM Gmail - RE: Evidencia de Reclamación #28744 - O'NEILL SECURITY & CONSULTANT SERVICES, INC.

Case:17-03283-LTS Doc#:22758-2 Filed:10/30/22 Entered:10/30/22 17:42:18 Desc:
Exhibit II Page 1 of 4



Elías Fernández <eliaslaureano@gmail.com>

## RE: Evidencia de Reclamación #28744 - O'NEILL SECURITY & CONSULTANT SERVICES, INC.

**PR Claims Info** <prclaimsinfo@primeclerk.com>  Fri, Oct 9, 2020 at 5:45 PM
To: "eliaslaureano@gmail.com" <eliaslaureano@gmail.com>
Cc: "oneillsecuritypr@gmail.com" <oneillsecuritypr@gmail.com>, "osinterno@gmail.com" <osinterno@gmail.com>

Elias,

Gracias por su correo electrónico.

Por favor, permita que este correo electrónico confirme que hemos recibido su envío y se procesará en consecuencia.

Prime Clerk es el agente de Reclamaciones y Notificaciones designado en los casos de Título III del Estado Libre Asociado de Puerto Rico y los Deudores afiliados. Como tal, no se nos permite proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
*For more information click here:* http://primeclerk.com/raising-the-bar/

--------------- Original Message ---------------
**From:** Elias L Fernandez [eliaslaureano@gmail.com]
**Sent:** 10/9/2020 4:10 PM
**To:** prclaimsinfo@primeclerk.com; oneillsecuritypr@gmail.com; osinterno@gmail.com
**Subject:** [EXTERNAL] Re: Evidencia de Reclamación #28744 - O'NEILL SECURITY & CONSULTANT SERVICES, INC.

Saludos, en la tarde de hoy me indicaron que enfrentaron problemas para poder acceder a los anejos por los cual los vuelvo a enviar en otro formato. Están en formato PDF y va ser necesario tener Adobe Acrobat Reader 10 o mejor para poder abrirlos.

**Formulario completado**.

On Thu, Oct 8, 2020 at 7:03 PM Elias L Fernandez <eliaslaureano@gmail.com> wrote:
> 8 de octubre de 2020
>
> Centro de procesamiento de informacion complementaria del ELA c/o Prime Clerk LLC

## RE: Evidencia de Reclamación #28744 - O'NEILL SECURITY & CONSULTANT SERVICES, INC.

Saludos, adjunto informacion complementaria solicitada.

--
Elías L. Fernández Pérez, Esq., CPA
**Fernandez Law Office**
**Tel.**: (939) 250-0179
**Cel.**: (787) 616-9374
**Fax**: (800) 325-7084
**Dirección postal**:
PO BOX 7500
Ponce, P.R. 00732
**Oficina**:
3109 Ave. Eduardo Ruberte
Urb. San Antonio
Ponce, PR

**CONFIDENTIALITY NOTE**: This electronic transmission contains information belonging to Elias Fernandez, Esq. It is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and legally privileged. It is intended for the use only of the individual or entity named as the addressee(s). If you are not the intended recipient or such recipient's agent, you must not read, use or disseminate the information contained in the email. Any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at (787) 616-9374 or via return Internet electronic mail and then delete it permanently from your system.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter that is contained in this document.

- 📄 **2016 00.pdf**
- 📄 **2014 2.pdf**
- 📄 **2013 2.pdf**
- 📄 **2016 0000.pdf**
- 📄 **OS AEE PROMESA 2017 ENE- MAYO.pdf**
- 📄 **OS AEE PROMESA 2015 ENERO-SEPT.pdf**
- 📄 **4 OS AEE PROMESA 2012 ENE-AGO.pdf**

- 📄 5 OS PROMESA AEE 2012 AGO-DIC.pdf
- 📄 2014 1.pdf
- 📄 2016 3.pdf
- 📄 os aee bal.pdf
- 📄 2016 000.pdf
- 📄 2016 1.pdf
- 📄 2016 2.pdf
- 📄 2013 1.pdf
- 📄 OS PROMESA AEE FACT 2015 SEPTIEMBRE-ENE 2016.pdf
- 📄 OS AEE PROMESA CONTRATO.pdf
- 📄 AEE OS PROMESA 2017 MAYO-JULIO.pdf
- 📄 2 OS AEE PROMESA FACTURAS 2010.pdf
- 📄 3 OS AEE PROMESA 2011 ENE -DIC.pdf
- 📄 1 OS PROMESA AEE FACTURS 2009.pdf

--
Elías L. Fernández Pérez, Esq., CPA

**Fernandez Law Office**

**Tel.**: (939) 250-0179
**Cel.**: (787) 616-9374
**Fax**: (800) 325-7084
**Dirección postal**:
PO BOX 7500
Ponce, P.R. 00732
**Oficina**:

3109 Ave. Eduardo Ruberte
Urb. San Antonio
Ponce, PR

**CONFIDENTIALITY NOTE**: This electronic transmission contains information belonging to Elias Fernandez, Esq. It is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and legally privileged. It is intended for the use only of the individual or entity named as the addressee(s). If you are not the intended recipient or such recipient's agent, you must not read, use or disseminate the information contained in the email. Any dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at (787) 616-9374 or via return Internet electronic mail and then delete it permanently from your system.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter that is contained in this document.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure. Our Privacy Policy is available at https://www.duffandphelps.com/privacy

Case:17-03283-LTS Doc#:22758-2 Filed:10/30/22 Entered:10/30/22 17:42:18 Desc:
Exhibit II Page 4 of 4

ref:_00D1N1uIqY._5003l15nfk8:ref