UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

ORDER CONCERNING THE VÁZQUEZ-VELÁZQUEZ GROUP'S
INFORMATIVE MOTION REGARDING APPEARANCE AT NOVEMBER OMNIBUS HEARING

    The Court has received and reviewed the *Informative Motion as to Appearance to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*the November 2-3 Omnibus Hearing* (Docket Entry No. 1436 in Case No. 17-3567) (the "Informative Motion"), filed by the Vázquez-Velázquez Group concerning the *Vazquez-Velazquez Group Request for Stay Pending Appeal of the Order and Judgment Approving the Plan of Adjustment of the Puerto Rico Highway and Transportation Authority* (Docket Entry No. 1424 in Case No. 17-3567) (the "HTA Plan Stay Motion"). The Informative Motion states that the Vázquez-Velázquez Group's attorney intends to "appear on behalf of the Vázquez-Velázquez group at the" omnibus hearing scheduled for November 2, 2022, to "discuss the request for stay of the [HTA] plan of adjustment and any other matter of relevance for this group." (Info. Mot. ¶ 1.)

As set forth in the Court's October 24, 2022, *Order Scheduling Briefing of Vazquez-Velazquez Group Request for Stay Pending Appeal of the Order and Judgment Approving the Plan of Adjustment of the Puerto Rico Highway and Transportation Authority* (Docket Entry No. 1425 in Case No. 17-3567), after completion of the briefing schedule detailed therein, "[t]he Court will thereafter take the [HTA Plan Stay] Motion on submission, unless the Court determines that a hearing is necessary."

At this time, the Court has not determined that a hearing will be necessary on the HTA Plan Stay Motion. Accordingly, argument regarding the HTA Plan Stay Motion will not be heard at the November 2, 2022, omnibus hearing.

SO ORDERED.

Dated: October 31, 2022

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge