Buenos Dias

Por este medio deseo informarle que estoy apelando ante ustedes.

1- Matias Ruiz Evelyn Clame #130661

Recibí este informe tarde, la cual envian, si se me pudiera dar la oportunidad, del reclamo. le envio copia del mismo.

Muy agradecida, de Darme la oportunidad por lo menos de Escribirle

Evelyn Matias Ruiz
Residencia - Barrio Ensenada
c-413 Buzon 28 Rincón, PR
00677

Gracias.