Evelyn Martinez
Barrio ensenada
C 413 B-28
Rincón PR 00677

SAN JUAN PR 009
22 OCT 2022 PM 2 L

Secretaria (clerk Office)
Tribunal de Distrito de los Estados unidos (united states District court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico 00918-1767

00918-133901