# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON NOVEMBER 2-3, 2022, AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, November 2, 2022**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., and continue, if necessary, **Thursday, November 3, 2022**, beginning at 9:30 a.m. **(Atlantic Standard Time)** |
| | Honorable Laura Taylor Swain, United States District Judge<br>Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **Courtroom 17C**[2]<br>United States District Court for the Southern District of New York<br>**Daniel Patrick Moynihan Courthouse**<br>**500 Pearl Street, New York, NY 10007** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

**Video Teleconference**:   The hearing will be conducted simultaneously by **video teleconference in Courtroom 4**[3] of the United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Street, San Juan, P.R. 00918-1767.**

Attorney Participation:   Pursuant to the *Order Regarding Procedures for Hearing on November 2-3, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 22668], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraph 6 of the Procedures Order and are expected to appear in person (either in the New York Courtroom or the San Juan Courtroom) or by CourtSolutions. Persons present in the well of either courtroom will be required to wear KN-95 or KF-94 masks except when speaking. Observers in the San Juan Courtroom are required to wear masks and observers in the New York Courtroom are encouraged to wear masks. The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press:   Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. STATUS REPORTS

### 1. Report from the Oversight Board.

Description:   Pursuant to the Procedures Order and *Order Supplementing Procedures Order for the November 2-3, 2022, Omnibus Hearing* [ECF Nos. 22668 and 22691], attached to this Agenda as **Exhibits A and B**, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report

---

[3] Attendees should check the notice board in the lobby of the **San Juan** courthouse on the morning of the hearing to confirm the courtroom location.

prior to the hearing. The FOMB will report on (i) the general status and activities of the Oversight Board, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims, (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, (v) the status of the appointment of a lead negotiator in the PREPA Title III mediation sessions in compliance with the Court's *Amendments to Order Establishing the Terms and Conditions of Mediation* (Docket Entry No. 22409) (the "Amendments to the Terms and Conditions Order"), (vi) the Oversight Board's engagement in the Mediation[4] following entry of the Amendments to the Terms and Conditions Order, and (vii) progress made towards the development of a confirmable proposed plan of adjustment for filing in the PREPA Title III case by December 1, 2022.

Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

Description: Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written Status Report prior to the hearing. AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic and of infrastructure restoration activity.

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II. **CONTESTED MATTERS**

1. **Administrative Expense Claim Motions by Various Litigation Plaintiffs.**

Status: These matters are going forward.

Estimated Time Required: 35 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
 A. Movants:
  1. **Administrative Expense Claimants:** Ivonne Gonzalez Morales, 15 minutes
 B. Objecting Parties:

---

[4] Capitalized terms not otherwise defined, shall have the meaning given to them in the Amendments to the Terms and Conditions Order.

3

1.   **FOMB**: Brian S. Rosen, 15 minutes
C.   Movants:
1.   **Administrative Expense Claimants:** Ivonne Gonzalez Morales, 5 minutes

(1)   **Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 1991-0665 (Carmen Socorro Cruz Hernandez Litigation).**   Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment filed by Judgment Claimants Case Carmen Socor[r]o Cruz Hernandez et als v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 21195]**

Description:   Motion by plaintiffs in Case No. K AC 199-0665 for an order allowing payment of their administrative expense claim.

Objection Deadline:   July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.   Debtor's Objection to Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Judgment Claimants in the Carmen Socor[r]o Cruz Hernandez Litigation **[Case No. 17-3283, ECF No. 21641]**

Reply, Joinder & Statement Deadlines:   September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A.   Reply to Debtor's Objection to Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Judgment Claimants in the Litigation Caption Carmen Socor[r]o Cruz Hernandez **[Case No. 17-3283, ECF No. 22156]**

Related Documents:
A.   Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21232]**

B.   Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

C.   Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

D.   Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

E.   Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

F. Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 **[Case No. 17-3283, ECF No. 21487]**

G. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

(2) **<u>Administrative Expense Claim Motion by Plaintiffs in CASP Case No. 2016-05-1340 (Madeline Acevedo Camacho Litigation).</u>**  Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 21194]**

<u>Description</u>:  Motion by plaintiffs in Case No. 2016-05-1340 for an order allowing payment of their administrative expense claim.

<u>Objection Deadline</u>:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
A. Debtor's Objection to Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Madeline Acevedo Camacho Litigation **[Case No. 17-3283, ECF No. 21640]**

<u>Reply, Joinder & Statement Deadlines</u>:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
A. Reply to Debtor's Objection to Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Group Claimants Litigation Caption Madeline Acevedo Camacho **[Case No. 17-3283, ECF No. 22157]**

<u>Related Documents</u>:
A. Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21232]**

B. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

C. Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

D. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

E. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

F. Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 and Related Documents **[Case No. 17-3283, ECF No. 21502]**

G. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

(3) **Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0345 (Francisco Beltran Cintron Litigation).** Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights **[Case No. 17-3283, ECF No. 21224]**

Description:  Motion by plaintiffs in Case No. 2021-05-0345 for an order allowing payment of their administrative expense claim.

Objection Deadline: July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Debtor's Objection to Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Francisco Beltran Cintron Litigation **[Case No. 17-3283, ECF No. 21642]**

Reply, Joinder & Statement Deadlines:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

6

A. Reply to Debtor's Objection to Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et als v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 22159]**

Related Documents:

A. Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665 **[Case No. 17-3283, ECF No. 21233]**

B. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

C. Order Concerning Extension of Time to File English Translation of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21248]**

D. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

E. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

F. Motion Submitting Certified Translations of Judgments Entered by the Court of First Instance of Puerto Rico in Case No. K AC 1991-0665 and Related Documents **[Case No. 17-3283, ECF No. 21489]**

G. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

H. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

I. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

J. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

(4) **Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0346 (Abraham Gimenez Litigation).** Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights **[Case No. 17-3283, ECF No. 21227]**

Description: Motion by plaintiffs in Case No. 2021-05-0346 for an order allowing payment of their administrative expense claim.

7

Objection Deadline:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. Debtor's Objection to Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A) (i) of the Bankruptcy Code Filed by Group Wage Creditors in the Abraham Gimenez Litigation **[Case No. 17-3283, ECF No. 21643]**

Reply, Joinder & Statement Deadlines:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A. Reply to Debtor's Objection to Application for the Allowance and Payment of Administrative Expense Claims, Filed by Group Claimants in the Litigation Caption Abraham Gimenez v. Department of Transportation and Public Works of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 22162]**

Related Documents:

    A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D. Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

    E. Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

    F. Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

    G. Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

**(5)**   **Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 2033-5022 (Acevedo Arocho Litigation).**  Application for Allowance of Payment of Post-Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et. als. v. Departamento Hacienda and Reservation of Rig[ht]s **[Case No. 17-3283, ECF No. 21230]**

Description:  Motion by plaintiffs in Case No. K AC 2033-5022 for an order allowing payment of their administrative expense claim.

<u>Objection Deadline</u>:  July 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Debtor's Objection to Application for Allowance of Payment of Post Petition Administrative Expense Priority Claims Filed by the Creditors in the Acevedo Arocho Litigation **[Case No. 17-3283, ECF No. 21644]**

<u>Reply, Joinder & Statement Deadlines</u>:  September 12, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  Reply to Debtor's Objection to Application for Allowance of Payment of Post Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et. als. v. the Departamento Hacienda **[Case No. 17-3283, ECF No. 22164]**

<u>Related Documents</u>:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21713]**

    E.  Order Granting Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21720]**

    F.  Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22040]**

    G.  Order Granting Urgent Consensual Motion for Extension of Response Deadlines **[Case No. 17-3283, ECF No. 22041]**

2.  **<u>Molina Ruiz Motion to Lift Stay</u>.**  Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 22229]**

<u>Description</u>:  Motion by claimant Lilia Molina Ruiz for relief from automatic stay to pursue execution of judgment entered by the Puerto Rico First Instance Court, Bayamon Part, Case No. DAC-2016-1155.

<u>Objection Deadline</u>:  October 18, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

    A.  Objection of the Commonwealth of Puerto Rico to Lilia Molina Ruiz's Motion for Relief from Stay **[Case No. 17-3283, ECF No. 22636]**

<u>Reply, Joinder & Statement Deadlines</u>:  October 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  Reply to Objection of the Commonwealth of Puerto Rico to Lilia Molina Ruiz's Motion for Relief from Stay **[Case No. 17-3283, ECF No. 22686]**

<u>Related Documents</u>:
    A.  Four Hundred Sixty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Deficient ADR Claims **[Case No. 17-3283, ECF No. 20797]**

    B.  Opposition to Four Hundred and Sixty-Sixth Omnibus Objection to Proof of Claim Number 77585 and for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 22145]**

    C.  Order Concerning Opposition to Four Hundred and Sixty-Sixth Omnibus Objection to Proof of Claim Number 77585 and for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 22171]**

    D.  Order Scheduling Briefing and Hearing Concerning Motion for Relief from Automatic Stay Filed by Lilia Molina Ruiz **[Case No. 17-3283, ECF No. 22585]**

    E.  Order to Supplement Briefing Concerning Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 22684]**

    F.  Notice of Withdrawal of Certain Claims Subject to Omnibus Objections of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 22754]**

    G.  Joint Report Concerning Motion of Lilia Molina Ruiz for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 22760]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  14 minutes.

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
    A.  <u>Movants</u>:
        1.  **Molina Ruiz**: Jose Luis Novas Debien, 5 minutes
    B.  <u>Objecting Parties</u>:
        1.  **FOMB**: Brian S. Rosen, 7 minutes
    C.  <u>Movants</u>:

10

1. **Molina Ruiz**: Jose Luis Novas Debien, 2 minutes

3. **Four Hundred Fifty-Third Omnibus Objection to Claims.** Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20784]**

   Objection Deadline:  June 13, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline:  October 26, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
   A.  Motion to Inform, filed by Maria C. Figueroa Torres **[Case No. 17-3283, ECF No. 21310]**

   Replies, Joinders & Statements:
   A.  Response of Financial Oversight and Management Board for Puerto Rico to Motion to Inform Filed by Claimant Maria C. Figueroa Torres Concerning Proof of Claim Nos. 179281 and 179281-1 [Dkt No. 21310] Torres **[Case No. 17-3283, ECF No. 21449]**

   B.  Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by Maria C. Figueroa Torres [ECF No. 21310] to the Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 22666]**

   Related Documents:
   A.  None.

   Status:  This matter is going forward.

   Estimated Time Required:  10 minutes.

   Order and Number of Speakers[5]:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A.  Movants:

---

[5]  The Oversight Board reached out to Maria C. Figueroa Torres' counsel in advance of filing this agenda to confirm their speaker information and time allocation but did not receive a response.

1. **FOMB**: Joshua A. Esses and/or Brian S. Rosen, 3 minutes
   B. <u>Objecting Parties</u>:
   1. **Maria C. Figueroa Torres**: Vanessa Hernández Rodríguez, 5 minutes
   C. <u>Movants</u>:
   1. **FOMB**: Joshua A. Esses and/or Brian S. Rosen, 2 minutes

4. <u>**Four Hundred Ninety-Second Omnibus Objection to Claims.**</u> Four Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 21741]**

<u>Objection Deadline</u>:  September 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>:  September 14, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
   A. Opposition to Objection to Claim, filed by Downtown Development Corp. (DDC) **[Case No. 17-3283, ECF No. 22057]**

<u>Replies, Joinders & Statements</u>:
   A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by the Downtown Development Corp. [ECF No. 22057] to the Four Hundred Ninety-Second Omnibus Objection (Substantive) to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22211]**

<u>Related Documents</u>:
   A. Notice of Filing of Certified Translations in Connection with Docketed Replies to the Three Hundred Thirty-Sixth Omnibus Objection and Four Hundred Ninety-Second Omnibus Objection to Be Heard at the November 2–3, 2022 Omnibus Hearing **[Case No. 17-3283, ECF No. 22723]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  20 minutes.

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A. <u>Movants</u>:
   1. **FOMB**: Joshua A. Esses and/or Brian S. Rosen, 8 minutes
   B. <u>Objecting Parties</u>:
   1. **DDC**: Rosendo E. Miranda López, 10 minutes
   C. <u>Movants</u>:
   1. **FOMB**: Joshua A. Esses and/or Brian S. Rosen, 2 minutes

5. **Five Hundred Twenty-Six Omnibus Objection to Claims.** Five Hundred Twenty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22259]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: October 26, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Opposition to Debtor's Omnibus Objection "Five Hundred Twenty-Sixth", filed by Myrna Rivera Garcia and Luz Valle Valdivieso **[Case No. 17-3283, ECF No. 22624]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico to the Opposition to Debtor's Omnibus Objection "Five Hundred Twenty-Six" [ECF No. 22624] to the Five Hundred Twenty-Sixth Omnibus Objection (Substantive) **[Case No. 17-3283, ECF No. 22692]**

Related Documents:
   A. Motion for Leave to Amend Proof of Claim K[r]oll Number 32127 **[ECF No. 22622]**

   B. Order Scheduling Briefing of Motion for Leave to Amend Proof of Claim Kroll Number 32127 **[ECF No. 22633]**

Status:  This matter is going forward.

Estimated Time Required:  14 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A. Movants:
      1. **FOMB:** Matthew A. Skrzynski and/or Brian S. Rosen, 5 minutes
   B. Objecting Parties:
      1. **Claimants:** Ivonne Gonzalez Morales, 7 minutes
   C. Movants:
      1. **FOMB:** Matthew A. Skrzynski and/or Brian S. Rosen, 5 minutes

6. **Five Hundred Twenty-Seventh Omnibus Objection to Claims.** Five Hundred Twenty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Debtors Are Partially Not Liable **[Case No. 17-3283, ECF No. 22261]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: October 26, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Opposition to Debtor's Omnibus Objection "Five Hundred Twenty-Seventh" (Substantive), filed by Sara Cruz Lorenzana **[Case No. 17-3283, ECF No. 22429]**

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to the Opposition to Debtor's Omnibus Objection "Five Hundred Twenty-Seventh" (Substantive) [ECF No. 22429] **[Case No. 17-3283, ECF No. 22694]**

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  14 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
    A.  Movants:
        1.  **FOMB**: Matthew A. Skrzynski and/or Brian S. Rosen, 5 minutes
    B.  Objecting Parties:
        1.  **Claimants:** Ivonne Gonzalez Morales, 7 minutes
    C.  Movants:
        1.  **FOMB**: Matthew A. Skrzynski and/or Brian S. Rosen, 5 minutes

## III.  **ADJOURNED MATTERS**

1.  **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.**  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

<u>Reply, Joinder & Statement Deadlines</u>: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:

A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

<u>Related Documents</u>:

A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

15

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

X. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21708; Case No. 17-3284, ECF No. 776]**

Y. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22088; Case No. 17-3284, ECF No. 778]**

Z. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22644; Case No. 17-3284, ECF No. 780]**

Status:  This matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required:  N/A.

2. **Evertec's Administrative Expense Claim Motion.**  Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 21187]**

Description:  Evertec Group, LLC's motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  November 8, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines:  November 15, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  None.

Related Documents:
- A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

- B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

- C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

- D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

- E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

- F. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

- G. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

- H. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

- I. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

Status:  This matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3. **Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion.**  Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 **[Case No. 17-3283, ECF No. 21191]**

Description:  Ricoh Puerto Rico, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  November 8, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
- A.  None.

Reply, Joinder & Statement Deadlines:  November 15, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
- A.  None.

18

Related Documents:
  A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

  B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

  C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

  D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

  E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

  F. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

  G. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

  H. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

  I. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

Status:  This matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required:  N/A.

4. **COSEY's Administrative Expense Claim Motion.**  Cosey's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21209]**

Description:  Corporacion de Servicios Eductativos de Yabucoa, Inc.'s ("COSEY") motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  November 8, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  None.

Reply, Joinder & Statement Deadlines:  November 15, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A.  None.

19

Related Documents:

   A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   C. COSEY's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21346]**

   D. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   E. Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

   F. COSEY's Motion for Extension of T[i]me to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21466]**

   G. Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21467]**

   H. COSEY's Motion Submitting Certified English Translation of Exhibits at Docket No. 21209 **[Case No. 17-3283, ECF No. 21480]**

   I. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

   J. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

   K. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

   L. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

   M. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

   N. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

Status: This matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required: N/A.

5. **Bonistas Del Patio Administrative Expense Claim Motion.**  Motion of Bonistas Del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth **[Case No. 17-3283, ECF No. 22578]**

Description:  Bonistas Del Patio, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  November 29, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  December 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required:  N/A.

6. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.**  Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description:  Hearing on the portion of PREPA's motion for an order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline:  September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:

A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F. Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G. Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I.  Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J.  Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K.  Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L.  Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M.  Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  This matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required:  N/A.

7.  **Blanca Iris Marrero's Administrative Expense Claim Motion.**  Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21192]**

Description:  Blanca Iris Marrero's motion for an order allowing payment of her administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  Debtors' Objection to Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21931]**

Reply, Joinder & Statement Deadlines: November 8, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F.  Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22060]**

    G.  Order Granting Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22064]**

    H.  Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22289]**

    I.  Order Granting Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22307]**

    J.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22568]**

    K.  Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22573]**

    L.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22673]**

M. Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22679]**

Status:  This matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required:  N/A.

8. **Ramhil Developers Inc.'s Objection to Cure Amount.**  Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:  Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  December 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
   A. None.

Related Documents:
   A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

   B. Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

   C. Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

   D. Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

   E. Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

   F. Urgent Motion Submitting Eleven (11) Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

25

G.  Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

H.  Motion Submitting Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 20186]**

I.  Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J.  Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K.  Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L.  Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M.  Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N.  Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O.  Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P.  Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Q.  Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22172]**

R.  Order Granting the Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22179]**

S.  Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22681]**

T.  Order Granting the Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22688]**

Status:  This matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required:  N/A.

9. **Community Health Foundation's Administrative Claim Motion.** Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description: Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

Objection Deadline: May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

Reply, Joinder & Statement Deadlines: September 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Reply to Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22400]**

Related Documents:
   A. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

   B. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

   C. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

   D. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

   E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

   F. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

   G. Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

   H. Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

I.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

J.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

K.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20556]**

L.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20568]**

M.   Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 21006]**

N.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21110]**

O.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21116]**

P.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21456]**

Q.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21461]**

R.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21750]**

S.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21782]**

T.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22084]**

U.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22093]**

V.   Urgent Motion for Extension of Deadline **[Case No. 17-3283, ECF No. 22347]**

W.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22357]**

X.   Order Setting Deadline for a Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22682]**

Y. Joint Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22736]**

Status:  This matter has been adjourned to the December 14, 2022 omnibus hearing.

Estimated Time Required:  N/A.

10. **Debtors' Omnibus Objections to Claims.**

Related Documents:

A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the November 2, 2022 Omnibus Hearing to the December 14, 2022 Omnibus Hearing **[Case No. 17-3283, ECF No. 22755]** (the "Notice of Adjournment")

The following omnibus objections to claims were scheduled for hearing at the November 2, 2022, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Five Hundred Eleventh [ECF No. 22244]; Five Hundred Twelfth [ECF No. 22245]; Five Hundred Thirteenth [ECF No. 22250]; Five Hundred Fifteenth [ECF No. 22252]; Five Hundred Sixteenth [ECF No. 22253]; Five Hundred Seventeenth [ECF No. 22246]; Five Hundred Eighteenth [ECF No. 22247]; Five Hundred Twentieth [ECF No. 22255]; Five Hundred Twenty-Second [ECF No. 22257]; Five Hundred Twenty-Third [ECF No. 22248]; Five Hundred Twenty-Fourth [ECF No. 22249]; Five Hundred Twenty-Fifth [ECF No. 22258]; Five Hundred Twenty-Sixth [ECF No. 22259]; Five Hundred Twenty-Seventh [ECF No. 22261] (Claim No. 83256); Five Hundred Twenty-Eighth [ECF No. 22260] (Claim No. 9663); Five Hundred Twenty-Ninth [ECF No. 22262]; Five Hundred Thirtieth [ECF No. 22263]; Five Hundred Thirty-First [ECF No. 22265]; Five Hundred Thirty-Second [ECF No. 22268]; Five Hundred Thirty-Third [ECF No. 22264]; Five Hundred Thirty-Fourth [ECF No. 22266]; and Five Hundred Thirty-Fifth [ECF No. 22267].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the November 2, 2022omnibus hearing to the December 14, 2022, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three-Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 177404); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim Nos. 160874 and 6009); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; and 175538); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 177215; 176671; 178015; 179150; 177243;

177761; 177513; 177932; 177092; 177099; and 178210); Four Hundred Sixth [ECF No. 19555] (Claim No. 16103); Four Hundred Twelfth [ECF No. 19559] (Claim Nos. 176447; 176498; 177629; and 176450); Four Hundred Fourteenth [ECF No. 20040] (Claim Nos. 179649 and 179662); Four Hundred Twenty-Fifth [ECF No. 20051] (Claim No. 17048); Four Hundred Thirty-Second [ECF No. 20487] (Claim No. 15774); Four Hundred Thirty-Seventh [ECF No. 20495] (Claim Nos. 179730; 140270; 135965; 136952; 140056; 140676; and 60624); Four Hundred Thirty-Ninth [ECF No. 20497] (Claim Nos. 179635 and 31525); Four Hundred Forty-First [ECF No. 20499] (Claim No. 134043); Four Hundred Forty-Third [ECF No. 20501] (Claim Nos. 151713; 9891; 125306; 104914; 90011; and 80168); Four Hundred Forty-Eight [ECF No. 20504] (Claim No. 17433); Four Hundred Fifty-Third [ECF No. 20784] (Claim Nos. 31895 and 84345-1); Four Hundred Fifty-Fourth [ECF No. 20785] (Claim No. 44390); Four Hundred Sixtieth [ECF No. 20791] (Claim No. 147357);  Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and 173831); Four Hundred Seventy-Fifth [ECF No. 21426] (Claim Nos. 122217-2 and 169996); Four Hundred Seventy-Sixth [ECF No. 21428] (Claim No. 67535); Four Hundred Seventy-Seventh [ECF No. 21424]; Four Hundred Eighty-Fourth [ECF No. 21733] (Claim Nos. 128497 and 104126); Four Hundred Eighty-Fifth [ECF No. 21734] (Claim Nos. 75326 and 84203); Four Hundred Eighty-Eighth [ECF No. 21738] (Claim Nos. 5090, 115471, and 17818); Five Hundred Fourteenth [ECF No. 22251] (Claim Nos. 18312; 18345; 24826; 26149; 26848; 28933; 29276; and 5130); Five Hundred Nineteenth [ECF No. 22254] (Claim No. 70324); and Five Hundred Thirty-First [ECF No. 22256] (Claim Nos. 28744 and 122216).

Estimated Time Required:  N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 31, 2022
   San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

## Exhibit A

**Order Regarding Procedures for
Hearing on November 2-3, 2022, Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                    PROMESA
                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                           (Jointly Administered)
et al.,

       Debtors.[1]

-------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR HEARING ON NOVEMBER 2-3, 2022, OMNIBUS HEARING

The Court will conduct an omnibus hearing on certain motions in the above-

captioned cases and related adversary proceedings (the "Hearing") beginning at **9:30 a.m.

(Atlantic Standard Time)** on **November 2, 2022**.  The Hearing will be conducted on

**November 2, 2022,** from **9:30 a.m.** to **12:50 p.m. (Atlantic Standard Time)**, resume, if

necessary, from **2:10 p.m.** to **5:00 p.m**. **(Atlantic Standard Time)**, and continue, if necessary,

on **November 3, 2022, beginning** at **9:30 a.m. (Atlantic Standard Time)**.  The Court will

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
        number and the last four (4) digits of each Debtor's federal tax identification number, as
        applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
        (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
        Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
        BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
        and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
        Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
        Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
        BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
        Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
        of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
        (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
        (Title III case numbers are listed as Bankruptcy Case numbers due to software
        limitations).

conduct the Hearing in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl

Street, New York, NY 10007 (the "New York Courtroom"), and by video teleconference in

Courtroom 4 of the United States District Court for the District of Puerto Rico,

Clemente Ruiz Nazario Us Courthouse, 150 Carlos Chardón Street, Federal Building, San Juan,

Puerto Rico 00918-1767 (the "San Juan Courtroom").  The Hearing shall be governed by the

following procedures.

**Registration for In-Person Attendance; CourtSolutions Participation, and Listen-In Facilities for Attorneys, Members of the Public and Press**

        1.     **In-Person Participation**.  Judge Swain will be present in the New York

Courtroom.  **All attorneys who are scheduled to participate in a matter scheduled to be**

**heard at the Hearing are expected to appear in person (either in the New York Courtroom**

**or the San Juan Courtroom) or by CourtSolutions.**  Counsel who are not scheduled to present

argument will have the following options to access the Hearing: (i) observe in person in the New

York Courtroom, (ii) observe a video feed of the Hearing in person in the San Juan Courtroom,

or (iii) register for a speaking line and/or listen-only CourtSolutions access line.  Persons present

in the well of either courtroom will be required to wear KN-95 or KF-94 masks except when

speaking.  Observers in the San Juan Courtroom are required to wear masks and observers in the

New York Courtroom are encouraged to wear masks.  **Each counsel intending to participate in**

**or observe the Hearing in person (in the New York Courtroom or the San Juan**

**Courtroom) or through the CourtSolutions platform must file an informative motion**, as set

forth in paragraph 6 below.  Recording and retransmission of the proceedings by any means are

prohibited.  All proceedings will be conducted in the English language as required by law.  48

U.S.C. § 864.  No interpretation services will be provided by the Court for the Hearing.

2.       **CourtSolutions Registration**.  Attorneys who have entered an appearance in the Title III proceedings have the option to register for a live participation line or listen-only line.  Such attorneys must register with CourtSolutions at www.court-solutions.com no later than **October 27, 2022, at 5:00 p.m. (Atlantic Standard Time)** and pay the fee established by CourtSolutions.[2]

3.       **Listen-Only Public Access to the Hearing**.  Attorneys, members of the public, and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted.  This telephonic access line for the press and the general public will be in listen-only mode at all times.  Recording and further broadcasting of the proceedings by any means remain prohibited.

4.       **Live Video Feed of the Hearing**.  Members of the public and press who wish to **view but not participate in** the Hearing through a live video feed may do so by appearing in person at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courthouse") or the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 (the "New York Courthouse").

5.       **Press Room**.  A live video feed of the proceedings will be broadcasted to the press room in the San Juan Courthouse.  Members of the press should contact presscredentials@prd.uscourts.gov (San Juan) regarding viewing facilities and space availability.

---

[2]       Parties that intend to participate by CourtSolutions are advised that filing an informative motion in accordance with paragraph 6, does not relieve the Party of the Party obligation to separately register on www.court-solutions.com.

Members of the press are able to view the proceedings in the New York Courtroom or dial into the listen-only line.

**Pre-Hearing Filing Deadlines**

6. **Party Informative Motion and Party Appearance Cover Sheet**.  In accordance with paragraph 1, a Party must file an informative motion by **October 27, 2022, at 1:00 p.m. (Atlantic Standard Time)**.  Each Informative Motion must be accompanied by a Party Appearance Cover Sheet.

7. **Agenda**.  An agenda outlining the matters to be addressed and the projected timetable for the Hearing shall be filed by Debtors' counsel by **October 31, 2022**, in accordance with the Sixteenth Amended Case Management Procedures.  (See Docket Entry No. 20190-1 § III.M.)  The agenda shall also include (a) the names of the individuals who intend to appear and speak on behalf of each relevant party in connection with each motion or report, (b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each party.  Debtors' counsel shall file a revised agenda on **November 1, 2022**, if circumstances have changed or if requested to do so by the Court.  Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **October 28, 2022, at 12:00 p.m. (Atlantic Standard Time)**.

8. **Exhibits or Demonstratives**.  To the extent that a Party intends to rely on exhibits and/or demonstratives at the Hearing, the party shall file a separate informative motion using the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00 p.m. (Atlantic Standard Time) on October 31, 2022**.  The informative motion must include (i) the Exhibit Cover Sheet and (ii) each exhibit and/or demonstrative as a separate, text searchable

attachment.  The naming convention of each exhibit must adhere to the specifications indicated on the Exhibit Cover Sheet.

9. **Status Reports**.  To further promote transparency and public access to accurate and current information, the Oversight Board and AAFAF shall file written status reports by **5:00 p.m. (Atlantic Standard Time) on November 1, 2022**.  The Oversight Board's report shall address (a) the general status and activities of the Oversight Board, (b) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (c) the status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims, and (d) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters.  AAFAF shall provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic and of infrastructure restoration activity.  At the Hearing, the Court will ask counsel to the Oversight Board and AAFAF to respond to questions and comments, if any, related to their respective status reports.

10. **Electronic Device Request**s. Counsel are permitted to bring one cellular telephone into the courthouse in accordance with the Fifth Amended Standing Order M10-468.[3] Counsel seeking to bring additional electronic devices into the New York Courtroom for the Hearing must complete the Electronic Device General Purpose Form available on the Court's website at https://www.nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose and submit the completed form to the following address:

---

[3]     The Fifth Amended Standing Order is available at
        https://nysd.uscourts.gov/sites/default/files/2022-
        04/20mc316%205th%20amd%20standing%20order.pdf.

swaindprcorresp@nysd.uscourts.gov by **October 27, 2022,** at **12:00 p.m. (Atlantic Standard time)**.  Such requests must be compliant with S.D.N.Y. Standing Order M10-468.  The Court directs counsel's attention to the technical and device usage restrictions detailed in the Fifth Amended Standing Order.  Counsel are reminded that devices may not be used for communications purposes in the courtroom.


      SO ORDERED.

Dated: October 21, 2022

                         /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       United States District Judge

**Exhibit B**

**Order Supplementing Procedures Order
for the November 2-3, 2022, Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SUPPLEMENTING PROCEDURES ORDER
FOR THE NOVEMBER 2-3, 2022, OMNIBUS HEARING

On October 21, 2022, the Court entered the *Order Regarding Procedures for
Hearing on November 2-3, 2022, Omnibus Hearing* (Docket Entry No. 22668 in Case No. 17-
3283) (the "Procedures Order").[2]  Paragraph 9 of the Procedures Order requires the Financial
Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico
Fiscal Agency and Financial Advisory Authority ("AAFAF") to file written status reports by
**5:00 p.m. (Atlantic Standard Time)** on **November 1, 2022**, addressing certain topics.

Paragraph 9 is hereby amended to require the Oversight Board to address the
following additional topics in its written report: (e) the status of the appointment of a lead
negotiator in the PREPA Title III mediation sessions in compliance with the Court's
*Amendments to Order Establishing the Terms and Conditions of Mediation* (Docket Entry No.
22409) (the "Amendments to the Terms and Conditions Order"), (f) the Oversight Board's

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-
3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four
Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of
Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax
ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case
No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case
numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    All docket entry references herein are to the docket of Case No. 17-3283.

engagement in the Mediation[3] following entry of the Amendments to the Terms and Conditions
Order, and (g) progress made towards the development of a confirmable proposed plan of
adjustment for filing in the PREPA Title III case by December 1, 2022.

       SO ORDERED.

Dated: October 26, 2022

                                           /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge

---

[3]      Capitalized terms not otherwise defined, shall have the meaning given to them in the
Amendments to the Terms and Conditions Order.