# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleadings on October 24, 2022. However, the deficiencies listed below have prevented us from filing them in the case docket. You must submit corrected pleadings if you want them to form part of the record.

La Secretaría del Tribunal recibió sus escritos el 24 de octubre del 2022. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlos y entrarlos en el sumario del caso. Debe usted someter los escritos debidamente corregidos si quiere que los mismos formen parte del expediente.

NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*
3:17-BK-3283 (LTS)

| # | | Description |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
| 2 | | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $402.00. See, L.Cv.R. 3(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | The attached document is non-compliant with Fed. R. Civ. P. 5(d)(3)(A) and L. Cv. R. 5(a). Counsel is required to file the document electronically via CM/ECF.<br>*(El documento adjunto no cumple con Fed. R. Civ. P. 5 (d) (3) (A) y L. Cv. R. 5 (a). El abogado debe presentar el documento electrónicamente a través de CM / ECF.)* |
| 6 | X | Other: Document's header/caption does not comply with the Order filed in Case No. 17-BK-3283 at Docket No. 1417. |

Date: October 24, 2022
MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court
By: s/ Carmen Tacoronte
Carmen Tacoronte
Case Administrator

sc: to filer with original pleading attached