# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>           Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br>(Jointly Administered)<br><br>RE: ECF No. 21029 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>Debtor. | PROMESA<br>Title III<br>No. 17 BK 4780-LTS<br>Related to Debtor PREPA Only<br><br>RE: ECF No. 2822 |

## NOTICE OF WITHDRAWAL OF CLAIMS WITH PREJUDICE

Comes now Walter M. Higgins ("Mr. Higgins"), by and through the undersigned counsel,

hereby gives notice of the following:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

1. On May 26, 2022, Mr. Higgins filed the *Verified Motion of Walter M. Higgins for Allowance of Administrative Expense Claim* (the "<u>Motion</u>") against the Puerto Rico Electric Power Authority ("<u>PREPA</u>"). Docket Nos. 21029 (main) & 2022 (PREPA).

2. In addition, Mr. Higgins filed proofs of claims numbers 180049 and 180051 against PREPA.

3. Mr. Higgins, PREPA and the Financial Oversight and Management Board, as Title III representative of PREPA, reached a confidential settlement and release agreement that covers Mr. Higgins' administrative claim and proofs of claims numbers 180049 and 180051.

4. In consequence, Mr. Higgins gives notice that: (a) the Motion is hereby withdrawn with prejudice; (b) claims numbers 180049 and 180051 are deemed satisfied in full; and (3) he waives the right to assert any further claims against PREPA for any reason whatsoever.

WHEREFORE Mr. Higgins respectfully requests this Court to take notice of the above.

**Respectfully submitted.**

In Guaynabo, Puerto Rico, on November 3, 2022.

**ARROYO & RIOS LAW OFFICES, P.S.C.**
PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Tel.:    (787) 522-8080
Fax:     (787) 523-5696
E-mail: mrios@arroyorioslaw.com


<u>*s/Moraima S. Ríos Robles*</u>
Moraima S. Ríos Robles
USDC-PR No. 224912


<u>*s/Jessica Figueroa Arce*</u>

Jessica A. Figueroa-Arce
USDC-PR No. 225206

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's Sixteenth Amended Case Management Order. *See* Docket No. 20190-1.

Dated: November 3, 2022

*s/Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912