# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:32 AM(AST)
Ended: 12:49 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER (SDNY): Amy Walker

DATE: November 2, 2022

---

In re:

The Financial Oversight and Management Board for Puerto Rico

   as representative of

The Commonwealth of Puerto Rico et al.,

Debtors.

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

---

**Omnibus Hearing held.**

Agenda filed at Case No. 17-3283, ECF No. 22765.

   **I.   STATUS REPORT**
        1.   Report from the Oversight Board. [Case No. 17-3283, ECF No. 22775]
        2.   Report from AFAAF. [Case No. 17-3283, ECF No. 22773]

   **II.   CONTESTED MATTERS**
        1.   Administrative Expense Claim Motions by Various Litigation Plaintiffs.
           (1) Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 1991-0665 (Carmen Socorro Cruz Hernandez Litigation). [Case No. 17-3283, ECF No. 21195]

3:17-BK-3283 (LTS)

Omnibus Hearing – November 2, 2022

> (2) Administrative Expense Claim Motion by Plaintiffs in CASP Case No. 2016-05-1340 (Madeline Acevedo Camacho Litigation). [Case No. 17-3283, ECF No. 21194]
>
> (3) Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0345 (Francisco Beltran Cintron Litigation). [Case No. 17-3283, ECF No. 21224]
>
> (4) Administrative Expense Claim Motion by Plaintiffs in Case No. 2021-05-0346 (Abraham Gimenez Litigation). [Case No. 17-3283, ECF No. 21227]
>
> (5) Administrative Expense Claim Motion by Plaintiffs in Case No. K AC 2033-5022 (Acevedo Arocho Litigation). [Case No. 17-3283, ECF No. 21230]

After hearing counsel for movants and respondent the Court denied items (1) through (5). Order(s) to be issued.

2. Molina Ruiz Motion to Lift Stay. [Case No. 17-3283, ECF No. 22229]
   - Motion granted.
   - Order to be issued.

3. Four Hundred Fifty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20784]
   - Matter adjourned pending supplementation of the objection.
   - Supplemental papers to be filed by November 30, 2022.

4. Four Hundred Ninety-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 21741]
   - The objection was sustained.
   - Claim No. 27270 was disallowed in its entirety. [Case No. 17-3283, ECF No. 22057]
   - Revised proposed order to be submitted.

5. Five Hundred Twenty-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22259]
   - The Objection as to Myrna Rivera Garcia (Claim No. 32127) was withdrawn by the FOMB.
   - The remainder of the Objection was sustained.
   - Claim No. 113154 (submitted by Luz Valle Valdivieso) was disallowed in its entirety. [Case No. 17-3283, ECF No. 22624]
   - Revised proposed order to be submitted.

3:17-BK-3283 (LTS)
Omnibus Hearing – November 2, 2022

6. Five Hundred Twenty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22261]
    - The objection was sustained as to Claim No. 83256 (submitted by Sarah Cruz Lorenzana) to the extent that the proof of claim asserts a claim arising out of the Agosto Maldonado litigation.
    - Claim No. 83256 (submitted by Sarah Cruz Lorenzana) was disallowed.
    - Revised order to be submitted.

III. **ADJOURNED MATTERS**

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. (Claim Nos. 168648 and 16885) [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]
2. Evertec's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21187]
3. Ricoh Puerto Rico Inc.'s Objection to Cure Amounts. [Case No. 17-3283, ECF No. 19498]
4. COSEY's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21209]
5. Bonistas Del Patio Administrative Expense Claim Motion [Case No. 17-3283, ECF No. 22578]
6. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]
7. Blanca Iris Marrero's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21192]
8. Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17-3283, ECF No. 19807]
9. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]
10. Debtors' Omnibus Objections to Claims.

**The next Omnibus Hearing will be held on December 14, 2022, before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator