UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY LILIA MOLINA RUIZ

        For the reasons stated on the record at the November 2, 2022, omnibus hearing, the *Motion for Relief from Automatic Stay* (Docket Entry No. 22229 in Case No. 17-3283) (the "Motion"), filed by Lilia Molina Ruiz (the "Movant") is granted to the extent set forth herein. The stay of the case captioned *Molina-Ruiz v. Commonwealth of Puerto Rico*, Civil Case No. D AC2016-1155 (the "Litigation") arising from the Title III case of the Commonwealth of Puerto Rico is hereby lifted solely to the extent necessary to permit Movant to enforce the judgment ordering the return of the animals seized by the Commonwealth of Puerto Rico. This relief is without prejudice to the parties' positions concerning their rights to further appellate litigation, and it does not authorize the prosecution of claims for monetary relief against the Commonwealth.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 22229 in Case No. 17-3283.

SO ORDERED.

Dated: November 3, 2022

          /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge