UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING MOTIONS REQUESTING ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS FILED BY WAGE CLAIMANTS

    For the reasons stated on the record at the November 2, 2022, omnibus hearing, the following motions are denied: *Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Captioned Madeline Acevedo Camacho v. the Family Department, ARV, and AIJ of the Commonwealth of Puerto Rico* (Docket Entry No. 21194 in Case No. 17-3283); *Application for Allowance and Payment of Administrative Priority Claims and Requesting Order for Immediate Payment Filed by Judgment Claimants Case Carmen Soco[r]ro Cruz Hernandez et al. v. the Family Department, ARV, and AIJ of the Commonwealth of Puerto Rico* (Docket Entry No. 21195 in Case No. 17-3283); *Application for Allowance of Payment Postpetition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Captioned Francisco Beltran Cintron et al. v. the Family Department, ARV, and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights* (Docket Entry No. 21224 in Case

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 17-3283); *Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights* (Docket Entry No. 21227 in Case No. 17-3283); *Application for Allowance of Payment of Postpetition Administrative Expense Priority Claims, Filed by Group in the Litigation Captioned Acevedo Arocho et al. v. the Departmento Hacienda and Reservation of Rights* (Docket Entry No. 21230 in Case No. 17-3283).

SO ORDERED.

Dated: November 3, 2022

      /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    United States District Judge