2 noviembre '22

PROMESA
Título III
Puerto Rico
Num. 17 BK 3283-LTS
Junta de Supervisión Financiera
— o —

Claim # 131838
S.S. # xxx-xxx-1345
Nombre y
Dirección — Ivis M. Vélez Luga
Rpta. Metropolitano
917 Calle 15 · e.
San Juan, P.R. 00921

Agencia Gob - Depto. del Trabajo
Ave. Muñoz Rivera # 505
Hato Rey, Puerto Rico

Años de Empleo — Mayo 1970 — Junio 1999
E Mail — IvisM.velez1345@gmail.com
Telefono # — 787-910-6685
Reclamación — Ver Prox. Pagina →

- Claim - 131838 · Continuación                  Pág. 2

A: Hon Junta de Supervisión Financiera y a Distinguidos Asesores y Abogados Relacionados con Ley Promesa - Título III de P.R.

De: Ivis M. Vélez Luga

Asunto: ¡Saludos!

Respetuosamente someto esta Reclamación de forma personal ya que intenté conseguir abogado para que me ayudará a presentar documento de Réplica y ninguno quiso (2). Entonces decidí hacerlo y he aquí:

Trabajé de (1970-1999) y en ese Intervalo Gob. de P.R.(Carlos Romero Barceló) decretó un aumento ó paso económico a los Empleados Públicos y lo que puedo decir que sobre ese tema nunca recibí algún $.

Verificar si realmente se decretó o no ese aumento (1979) y buscar en caso así fuera, si me pagó o no.
(Apróx. $25-30 mensuales)

Gracias,
Ivis M. Vélez Luga