*De: Ivis M. Vélez Lugo*

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

#131838

| | |
|---|---|
| *In re*: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS<br>(Administrado Conjuntamente) |
| como representante del | **La presente radicación guarda relación con el ELA y el SRE.** |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | |
| Deudores. | |



**NOTIFICACIÓN DE LA QUINGENTÉSIMA OCTAVA OBJECIÓN GLOBAL
(SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO A RECLAMACIONES SIN RESPUESTA DE RAR**

**SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, LOS DEUDORES SOLICITAN QUE SU RECLAMACIÓN SEA RECHAZADA PORQUE USTED NO RESPONDIÓ A LAS SOLICITUDES DE INFORMACIÓN NECESARIA PARA RESOLVER SUS RECLAMACIONES CONFORME A LOS PROCEDIMIENTOS DE RAR.[1]**

**ESTA OBJECIÓN GLOBAL PRETENDE ALTERAR SUS DERECHOS. TODA RECLAMACIÓN QUE SEA RECHAZADA SE TRATARÁ COMO SI NUNCA SE HUBIERA RADICADO.**

**SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y COMENTARLA CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

      **OBSÉRVESE QUE** el 5 de agosto de 2022, el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>", y junto con el ELA, los "<u>Deudores</u>"), a través de la Junta de Supervisión y

---

[1] Conforme a la *Orden que A) autoriza la resolución administrativa de reclamaciones, B) aprueba la forma de notificación adicional* y C) concede el remedio relacionado [Caso núm. 17-BK-03283, ECF núm. 12274] (la "<u>Orden de RAR</u>"), el ELA, la AEE, la ACT, el SRE y la AEP fueron autorizados para resolver determinadas Reclamaciones por Pensiones/de los Retirados, Reclamaciones por Devolución de Impuestos, Reclamaciones de Empleados Públicos y Reclamaciones por Agravio (cada una según se define en la Orden de RAR) utilizando el Procedimiento de RAR (según se define en la Orden de RAR).

\* *Fuí informada tarde porque llamé a Clerks (14 oct. '22)*

# 131838

*Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[3]

Ivis M. Vélez L.

> **OVERVIEW**
>
> - **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION.**
>
> - **If your claim(s) is/are NOT listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you DO NOT have to do anything.**
>
> - If your claim(s) is/are listed on **Exhibit A** to the Omnibus Objection, the Debtors are seeking to disallow your claim(s) listed on Exhibit A to the Omnibus Objection because, as explained in the accompanying Omnibus Objection, you have not responded to information requests necessary to the resolution of your claim in accordance with the ACR Procedures. The Omnibus Objection and **Exhibit A** to the Omnibus Objection provide additional details regarding the claims at issue.
>
> - YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.
>
> - Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico.
>
> - **If you have questions, please contact Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Additional pages follow]*

---

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

| Claim Number | Claimant | Initial Letter Affidavit of Service Docket Number | Final Letter Affidavit of Service Docket Number |
|---|---|---|---|
| 177960 | VELEZ DE JESUS, THELMA | 17331 | 20636 |
| 32354 | VELEZ DIAZ, GILDA | 17880 | 20395 |
| 114978 | VELEZ GONZALEZ, ANNELISSE | 18208 | 20636 |
| 2629 | VELEZ GONZALEZ, JORGE | 17174 | 20718 |
| 78051 | VELEZ GONZALEZ, LIZBETH | 18208 | 20636 |
| 120106 | VELEZ GONZALEZ, NANCY | 18032 | 20636 |
| 112335 | VELEZ GONZALEZ, RAMON LUIS | 18208 | 20636 |
| 158870 | VELEZ HERNANDEZ, MAYRA | 17880 | 20636 |
| 5930 | VELEZ LUCCA, BENONI | 17331 | 20636 |
| 131838 | VELEZ LUGO, IRIS M | 17331 | 20395 |
| 153533 | VELEZ MARTINEZ, WANDA I. | 17331 | 20636 |
| 119893 | VELEZ MEDINA, RAFAEL A | 17331 | 20636 |
| 82112 | VELEZ OCASIO, WANDA | 17880 | 20395 |
| 20564 | VELEZ ORTIZ, GILDA R | 17880 | 20636 |
| 55972 | VELEZ PAGAN, BELITZA D. | 17331 | 20636 |
| 168427 | VELEZ PEREZ, LUZ D. | 17880 | 20636 |
| 132498 | VELEZ PINO, ALVIN | 17880 | 20636 |
| 157165 | VELEZ RAMOS, MARITZA | 18208 | 20636 |
| 54199 | VELEZ RAMOS, ZULEIDA M | 18208 | 20636 |
| 46623 | VELEZ RAMOS, ZULEIDA M. | 18208 | 20636 |
| 56088 | VELEZ RAMOS, ZULEIDA M | 18208 | 20636 |
| 56914 | VELEZ RAMOS, ZULEIDA M | 18208 | 20636 |
| 69879 | VELEZ REYES, JANICE | 18208 | 20395 |
| 122753 | VELEZ RODRIGUEZ, BRUNILDA M. | 18208 | 20395 |
| 117846 | VELEZ RODRIGUEZ, CARMEN E. | 18208 | 20636 |
| 165735 | VELEZ RODRIGUEZ, LUIS | 16860 | 20294 |
| 166804 | VELEZ ROMAN, ANA JUDITH | 18032 | 20636 |
| 130271 | VELEZ ROMAN, MARISOL | 18208 | 20636 |
| 140625 | VELEZ ROSAS, LOURDES I | 16860 | 20294 |
| 141356 | VELEZ TORRES, AUREA E. | 18208 | 20636 |
| 74720 | VELEZ TOSADO, MILDRED | 18208 | 20636 |
| 177254 | VELEZ VELASQUEZ, PEDRO JAVIER | 17331 | 20636 |
| 20084 | VÉLEZ VÉLEZ, SONIA | 18995 | 20395 |
| 152048 | VELEZQUEZ VELEZQUEZ, LUIS M. | 18032 | 20636 |
| 79906 | VELILLA GARCIA, ANA G | 17331 | 20636 |
| 155489 | VELILLA GARCIA, ANA G | 18208 | 20636 |
| 56828 | VENEGAS ANDINO, CARMEN L | 16860 | 20294 |
| 150330 | VENEGAS DIAZ, LIZABETH L | 18208 | 20636 |
| 109628 | VERA DIAZ, BETHZAIDA | 18208 | 20636 |
| 29174 | VERDEJO MARQUEZ, MARIBEL | 16860 | 20294 |
| 51748 | VERGARA PEREZ, JOSE A | 18208 | 20636 |
| 73559 | VERGARA TORRES, MADELINE | 18208 | 20636 |
| 106500 | VERGARA VILLANUEVA, CARMEN M. | 18208 | 20636 |
| 60852 | VICENTI CAPO, MADELINE | 18208 | 20636 |
| 170848 | VIDAL MALDONADO, DOLORES | 18208 | 20636 |
| 123205 | VIDAL REYES, HERNAN | 17331 | 20636 |
| 96714 | VIDALES GALVAN, AUREA R | 16860 | 20294 |
| 96121 | VIDALES GALVAN, AUREA R. | 16860 | 20294 |
| 171157 | VIDRO TIRU, ISRAEL | 18208 | 20636 |
| 171158 | VIDRO TIRU, ISRAEL | 18208 | 20636 |
| 177576 | VIDRO TIRU, ISRAEL | 17331 | 20636 |
| 177719 | VIDRO TIRU, ISRAEL | 18208 | 20636 |
| 105815 | VIERA CARDONA, AURA E. | 17331 | 20636 |
| 141952 | VIERA CARRASQUILLO, IRELIS | 18208 | 20636 |
| 35378 | VIERA RENTAS, GILBERTO | 17880 | 20636 |
| 58740 | VILARINO RODRIGUEZ, NELLY | 17331 | 20636 |
| 139996 | VILARO LOPEZ, ELGA N | 17880 | 20636 |
| 78110 | VILLA ARMENDARIZ, SANDRA C. | 16860 | 20294 |
| 159142 | VILLA LONGO SANTANA, MARIA M. | 18208 | 20636 |
| 124933 | VILLAHERMOSA RIVERA, EYBEL | 18208 | 20636 |
| 54110 | VILLALBA, BRENDA FIGUEROA | 18208 | 20636 |
| 133572 | VILLALOBOS DIAZ, DORIS N. | 18208 | 20395 |
| 174650 | VILLALOBOS SANTIAGO, MYRTIS | 18208 | 20636 |
| 157900 | VILLALONGO SANTANA, MARIA M. | 18208 | 20636 |
| 159546 | VILLALONGO SANTANA, MARIA M | 18208 | 20636 |
| 140623 | VILLALONGO SANTANA, MARIA M. | 18208 | 20636 |
| 157810 | VILLALONGO SANTANA, MARIA M. | 18208 | 20636 |
| 69595 | VILLANUEVA ACEVEDO, YAJAIRA M | 18208 | 20636 |
| 72177 | VILLANUEVA ACEVEDO, YAJAIRA M | 18208 | 20636 |
| 6603 | VILLANUEVA CHAPARRO, NELSON L | 17880 | 20636 |
| 77254 | VILLANUEVA DE JESUS, NESTOR J | 17880 | 20636 |
| 156564 | VILLANUEVA GONZALEZ, MIRIAM I. | 18032 | 20636 |
| 119932 | VILLANUEVA PINEIRO, ELIZABETH | 18208 | 20636 |
| 119537 | VILLANUEVA PINERO, ELIZABETH | 18208 | 20636 |
| 88723 | VILLANUEVA TORRES, MARÍA E. | 16860 | 20294 |
| 177555 | VILLAR ROBLES, FERNANDO LUIS | 17880 | 20636 |
| 64811 | VILLARREAL LOPEZ, MARIA V | 16860 | 20294 |
| 66743 | VILLARREAL LOPEZ, MARIA V | 18208 | 20636 |
| 66062 | VILLARREAL LOPEZ, MARIA V. | 16860 | 20294 |
| 56238 | VILLARREAL LOPEZ, MARIA VERONICA | 16860 | 20294 |
| 75791 | VILLARRUBIA SANTIAGO, MARIA M. | 18208 | 20636 |
| 151890 | VILLARRUBIA TRAVERSO, HERMINIA | 17880 | 20636 |

#191838
Ivis M. Vélez Lugo

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema de radicación de casos del Tribunal, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

✓ Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
Sala 150 Edificio Federal (*Federal Building*)
San Juan (Puerto Rico) 00918-1767

✓ Abogados de la Junta de Supervisión (*Counsel for the Oversight Board*)
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

✓ Abogados del Comité de Acreedores (*Counsel for the Creditors' Committee*)
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

SU RÉPLICA deberá enviarse por correo para ser recibida por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **04:00 p.m. (AST)** del **5 de septiembre de 2022**, salvo extensión por escrito por parte de los Deudores o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **5 de septiembre de 2022**, salvo extensión por escrito por parte de los Deudores o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

Secretaría (*Clerk's Office*)
Tribunal de Distrito de los Estados Unidos (*United States District Court*)
#150 Avenida Chardón
Edificio Federal (*Federal Building*)
San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

→ Recibí E Mail 14 oct. '22.
Todo resultó de llamada esta ciudadana hizo a Clerks (30 días de cumplir)
Ivis M. Vélez