GLENDA I JORGE PAGAN
Cond. Lagos del Norte
Apto. 1603 Levittown
Toa Baja, PR. 00949
Tel. (787) 949-2480
glendajorge@yahoo.com
Seg. Soc XXX-XX-3828
Fecha Nac. 1962



1 de noviembre de 2022

Estimados Señores:

La que subscribe es parte de la demanda de clase contra el Departamento de la Familia. Esta demanda se dividió en cinco grupos, de los cuales pagaron completo al primer grupo (KAC 1991-0665) y una parte al segundo grupo (KPE 2005-0608) El tercer y cuarto grupo están en espera de ser pagados.

Las licenciadas Ivonne Gonzalez Morales y Milagros Acevedo Colón nos representaron en dicha demanda.

Yo pertenezco al quinto grupo KAC 2012-1259 el cual desestimaron aun cuando habemos empleados con 30 años de servicio y estamos reclamando los mismos derechos que los grupos anteriores quienes resultaron victoriosos en su impugnación al Plan de Retribución del Departamento.

Por otra parte, el Departamento nunca hizo ajuste al salario, por lo que se acumuló una gran cantidad de dinero adeudado, que en mi caso estimo aproximadamente $200 mil dólares.

Adjunto evidencia que demuestra todo lo anteriormente descrito. Espero sea de utilidad.

Ofrezco una disculpa ya que esta carta fue sometida más tarde de la fecha deadline por desconocimiento. Me comunique por correo electrónico puertoricoinfo@ra.kroll.com y me orientaron a someterla.

Atentamente,

*Glenda Jorge Pagán* (signature)
Glenda I Jorge Pagán