## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| GLENDA I JORGE PAGAN | REDACTED 3828 | 31 1092 | 313427 | 507086739 |

### DEDUCCIONES

| ESPECIFICAS | | | | | MISCELANEAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS / SEGURO | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |

ACUMULADO DURANTE EL AÑO NATURAL

| | 9700 | | | | | | | | |

MES CORRIENTE

| | 4850 | | | | | | | | |

| 126800 | 126800 | 63400 | 63400 | 29200 | 4850 | 29350 |
|---|---|---|---|---|---|---|
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL | | | | MES CORRIENTE | | |

VEASE CLAVES AL DORSO

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>10/01/2022<br>10/15/2022 | Aviso #:<br>Fecha Aviso: | 3742896<br>10/14/2022 |
|---|---|---|---|---|---|
| **GLENDA I JORGE PAGAN**<br>COND LAGOS DEL NORTE<br>APTO. 1603<br>LEVITTOWN, PR 00950<br>SS: REDACTED 3828 | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | REDACTED 3828<br>127030-Bayamon<br>Catano<br>Tecnico Asist Soc y Fam III<br>$2,455.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Married<br>0 | PR<br>Married<br>0 + 6 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,227.50 | 1,537.50 | 23,322.50 |
| Diferencial Temporero | | | 0.00 | | 4,047.00 |
| Bonificaciones | | | 0.00 | | 5,800.00 |
| **Total:** | | | **1,227.50** | **1,537.50** | **33,169.50** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 17.80 | 480.96 |
| Fed OASDI/Disability - EE | 76.10 | 2,056.51 |
| PR Withholding | 15.46 | 983.03 |
| **Total:** | **109.36** | **3,520.50** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 104.34 | 1,982.46 |
| **Total:** | **104.34** | **1,982.46** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 3.07 | 58.33 |
| AE-Asoc Emp ELA-Prest Regular | 167.47 | 3,181.93 |
| SM-First Medical Health Plan | 21.25 | 291.75 |
| CO-COOP PUERTORRIQUENA | 30.00 | 570.00 |
| DM-FONDOS UNIDOS | 0.50 | 9.50 |
| AE-Seguro por Muerte Asoc ELA | 6.09 | 115.71 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 20.71 |
| OS-SERV PUBLICOS 009 B | 18.42 | 349.98 |
| Ahorros-AEELA | 36.83 | 699.77 |
| **Total:** | **284.72** | **5,297.68** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 41.12 | 1,111.24 |
| SM-First Medical Health Plan | 0.00 | 1,620.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,227.50 | 0.00 | 109.36 | 389.06 | 729.08 |
| Acumulado: | 33,169.50 | 0.00 | 3,520.50 | 7,280.14 | 22,368.86 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3742896 | 729.08 |
| Total: | 729.08 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Adm.Desarrollo Socio Economico
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
10/14/2022

Aviso No.
3742896

Cant. Deposito:  $729.08

A la
Cuenta(s) De
GLENDA I JORGE PAGAN
COND LAGOS DEL NORTE
APTO. 1603
LEVITTOWN, PR 00950
Localizacion: Catano

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 729.08 |
| Total: | | 729.08 |

**NO-NEGOCIABLE**

## EMPLEADOS DEPARTAMENTO DE LA FAMILIA
## CONTRATO DE SERVICIOS PROFESIONALES

Calle Recinto Sur 301  
Edificio Gallardo Oficina 305  
Viejo San Juan  
Tel: (787) 724-5323 / 764-0244  
Fax: (787) 721-4648

P.O. Box 9021828  
San Juan, Puerto Rico  
00902-1826

Yo, **Glenda Jorge Pagán**, por la presente contrato a la Lcda.. Ivonne González Morales y Lcda. Milagros Acevedo Colón para que me represente en mi reclamación relacionada con la implantación incorrecta del salario mínimo y se dilucide sobre los salarios que me correspondan en derecho. Entiendo que los honorarios serán contingentes a que la reclamación prospere, ya sea mediante transacción y/o Sentencia a base de un 25% de la suma que reciba.

En **Bayamón**, Puerto Rico, hoy de **18 de Septiembre** de 200 **9**.

_____  
Lcda.. Ivonne González Morales  
Lcda.. Milagros Acevedo Colón

**Glenda Jorge Pagán**  
FIRMA CLIENTE

### INFORMACIÓN PERSONAL
### FAVOR ESCRIBIR EN LETRA DE MOLDE

1. Agencia donde trabaja: **Dept de la Familia**   Pueblo: **Bayamón**
2. Nombre: **Glenda Jorge Pagán**
3. Dirección Postal: **BX 50135 Levittown Station PR 00950 / La misma Residencia**
4. Dirección Residencial: **Cond Lagos del Norte apto 1403 Levittown**

5. Seguro Social: REDACTED 3V2V   e-mail: _____
6. Tel. Res.: —   Tel. Trabajo: **7806420 / 7806355**, Cel.: **949-2480**
7. Fecha en que comenzó a trabajar en la agencia: **1 Sept 92**
8. Puesto(s) Ocupado(s) con fecha en que ocupó cada uno: _____

   Tas I     1992 - 1996  
   Tas II    1996 - 2000  
   Tas III   2000 - 2003  
   (manejadora 2003 - 2009)

9. MARQUE CON "X" ENCASILLADO QUE CORRESPONDA SI ACTUALMENTE NO ESTA TRABAJANDO por: Retiro por años de servicios ( ); Renuncia o Traslado ( ) y Fecha: Mes _____, Año _____

10. Puesto actual: **Tas III (manejadora)**   Salario: Mensual $ **2,355.00**  Quincenal $ **594.00**

Página 2
Contrato Servicios Profesionales
Empleados Departamento de la Familia

11. Diga si recibe algún sueldo diferencial; SI (X), NO ( ). Diga número de pasos y año en que los recibió: 2000 recibi pasos Diferencial $1400-n pr Condiciones extraordinaria

12. Indique su preparación académica: BBA en Ciencias Sociales

13. Indique si ha recibido pasos por mérito y/o por años de servicios: SI (X) NO ( ). Diga número pasos y año en que los recibió: 2000

14. Indique cual es su jornada diaria de trabajo: 7 ½ hrs.(X) ó 8 hrs. Diarias ( ).

15. Indique si Ud. registra asistencia con las horas reales trabajadas y si se le adeudan horas extras, y de ser afirmativa, someta evidencia y el número de horas adeudadas. NO

16. Indique si Ud. disfruta una hora para tomar alimentos. SI

17. Si no disfruta hora de almuerzo, describa brevemente la situación. N/A

18. Diga si Ud. supervisa personal: SI ( ), NO (X) y número de empleados y desde cuando _____

### INSTRUCCIONES IMPORTANTES: LEER ANTES DE FIRMAR

a. Verificar que ha contestado todas las preguntas.
b. NO SE ACEPTARAN CONTRATOS DE PERSONAS QUE LLEVEN MAS DE 1 AÑO RETIRADO O QUE HAYAN RENUNCIADO AL EMPLEO.
c. FAVOR PROVEER A SU REPRESENTACION LEGAL CON SU CONTRATO O EN TIEMPO RAZONABLE LOS SIGUIENTES DOCUMENTOS: **1.** copia de los formularios OP-15 (Informe de Cambio Especial), hora de servicio donde se incluya información de todos los aumentos de sueldos recibidos por usted en su empleo, **2.** copia de cualquier carta o documento donde Ud. le haya solicitado a la agencia o a su supervisor la actualización de la escala de retribución y/o solicitado orientación sobre sus derechos y correspondiente contestación.

## IVONNE GONZÁLEZ MORALES

P.O. BOX 9021828
SAN JUAN
PUERTO RICO 00902-1828
TEL. (787) 724-5323
FAX (787) 200-5927

GALLARDO BLDG.
SUITE 305
301 RECINTO SUR ST.
OLD SAN JUAN, PUERTO RICO 00902
Email: ivonnegm@prw.net

6 de abril de 2015

A: TODOS LOS DEMANDANTES CASO
<u>Andino Rodríguez, Ada I. y otros vELA, Depto. de la Familia y otros</u>,
CIVIL NUM. K AC 2012-1259 (906)
TA- KLCE201400045 y CC – 2014 – 0790

DE: Lcda. Ivonne González Morales
Lcda. Milagros Acevedo Colón

La presente es para informarles que en el caso de referencia, el Tribunal Supremo notificó, con fecha 19 de marzo de 2015 la denegatoria al recurso de CERTIORARI que radicamos donde solicitamos se revocara la determinación del Tribunal de Apelaciones desestimando la demanda presentada sobre Sentencia Declaratoria, al determinar que los demandantes debían agotar los canales administrativos ante la Comisión Apelativa del Servicio Público (CASP). Además, que con fecha 2 de marzo de 2015, el Tribunal Supremo devolvió el Mandato al TPI, adviniendo de esa forma la sentencia dictada por el Tribunal de Apelaciones final y firme.

Ante la situación surgida, resulta sumamente importante **y se orienta** a todos los demandantes que estén cubiertos bajo Convenios Colectivos y sean miembros de Servidores Públicos Unidos de PR, (SPU) adscritos a las unidades apropiadas A y B del Departamento de la Familia y aquellos afiliados de ARV y AIJ que interesen presentar su reclamación ante el foro administrativo, se comuniquen a la mayor brevedad con los representantes de SPU, para solicitarles representación y radiquen la correspondiente APELACION ante CASP.

Además, se les informa que con el fin de agilizar los trámites de los empleados afiliados a SPU, hemos notificado y entregado a la Presidenta de la Unión, Sra. Annette González, Carr # 1, Km. 18.9, Barrio Tortugo, Río Piedras, P.R. 00925, copia del expediente del caso. También notificamos carta a los respectivos Presidentes de los concilios del Departamento de la Familia, unidades Apropiadas A y B, ARV y AIJ, para que tomen conocimiento y requerir les provean la correspondiente asistencia y representación.

No obstante, entendemos que tal trámite, no los exime a Ustedes de cumplir con aquellos procedimientos que dicha organización sindical requiera y por tal razón, se les orienta a que se comuniquen, a la mayor brevedad, con los representantes de SPU de su área, para asegurar se de curso a la solicitud de representación y dar seguimiento a la misma.

Con respecto a los demandantes que **no** están cubiertos por convenios colectivos, deberán presentar su Apelación ante CASP, por derecho propio y/o contratar representación legal, de forma que sometan la controversia sobre los derechos adquiridos que la Ley de Retribución Uniforme le garantiza a los empleados de carrera del Departamento de la Familia y Administraciones adscritas, la ARV y la AIJ y conforme le fueron reconocidos a otros empleados que impugnaron exitosamente el Plan de Retribución en los casos de <u>Carmen Socorro Cruz Hernández, Departamento de la Familia y otros</u> KAC1991-0665 y <u>Nilda Agosto v ELA</u>, TPI- KPE2005-0608 y lo resuelto en <u>Santiago Declet v Departamento de la Familia</u>, 153 DPR 208.

La Apelación debe radicarse, **en o antes del 26 de abril**, a la siguiente dirección:

Postal:
**COMISION APELATIVA DEL SERVICIO PÚBLICO**
**P O BOX 41149**
**SAN JUAN, PR 00940-1149**

Física:
Ave. Ponce de León 1409
Parada 20, Edificio CEM
Sexto Piso, Santurce, PR 00907

De igual forma, los demandantes que interesen copia del expediente, pueden pasar por nuestras oficinas, lunes, martes y miércoles del mes de abril entre 10:00 AM-12:00 M y 1:00-2:30 PM y se les proveerá una (1) copia en formato digital [CD].

*[firma] 272-7222 (SPU)*

| NOMBRE | DIRECCION | PUESTO | AGENCIA | PUEBLO |
|---|---|---|---|---|
| 533. JIMENEZ RAMOS, DORIS I. | | CONTADOR IV | ADSEF | SAN JUAN |
| 534. JIMENEZ TOLENTINO, MINERVA | | SUP.TRAB. SOCIAL | DEPT. FAM. | CAGUAS |
| 535. JIMÉNEZ BAYONA, GERSON | | TASF 1 | DEPT. FAM. | GUAYAMA |
| 536. JIMÉNEZ CINTRON, JUAN | | TS 3 | DEPT. FAM. | SAN JUAN |
| 537. JIMENEZ JIMENEZ, JANET | | COORD. AUX. | ACUDEN | SAN JUAN |
| 538. JIMENEZ, JOSE L. | | TECNICO I | DEPT. DE FAM. | RINCON |
| 539. JORGE RODRIGUEZ, ANTONIO | | SUP. SALUD | ACUDEN | SAN JUAN |
| 540. JORGE PAGAN, GLENDA | | TASF 3 | DEPT. FAM. | BAYAMON |
| 541. JORGE RODRIGUEZ, ARTEMIO | | SUP. SALUD | ACUDEN | SAN JUAN |
| 542. JOUBERT RIVERA, MARTA | | OFICIAL ADM. III | DEPT. FAM. | BUAYAMA |
| 543. JOUBERT VAZQUEZ, ANA DEL C. | | ASISTENTE DE SERVICIO | ADFAN | GUAYAMA |
| 544. LA PORTE TORRES, SHIARA | | TRABAJADOR SOCIAL 1 | DEPT. FAM. | GUAYAMA |
| 545. LABOY GARCIA, GELENDALIZ | | ASIST. SERV. | ACUDEN | GUAYAMA |
| 546. LABOY DIAZ, LOURDES M. | | OFICINISTA 1 | DEPT. FAM. | PATILLAS |
| 547. LABOY ROMAN, GLORINES | | TASF I | DEPT. FAM. | SAN SEBASTIAN |
| 548. LAMBOY NUÑEZ, ALFREDO | | OFICIAL ADM. | ACUDEN | SAN JUAN |
| 549. LARA QUINONES, MELIRISA | | TASF 1 | ADSEF | BAYAMON |
| 550. LARACUENTE ROSADO, JESSIE | | TSF II | DEPT. FAM. | MAYAGUEZ |
| 551. LAUREANO SANCHEZ, YASIRA | | ASIT. DE SERV. | UNID INVE. ESP. | HUMACAO |
| 552. LEBRON RIVERA, MARY I. | | TSF I | DEPT. FAM. | RINCON |
| 553. LEBRON CORREA, MIGDALIA | | TRABAJADOR SOCIAL 2 | DEPT. FAM. | GUAYAMA |
| 554. LEBRON GALAN, MARCOS | | AUXILIAR FISCAL 2 | ADSEF | SAN JUAN |
| 555. LINARES ROSARIO, MARIA DEL C. | | SUPERVISORA | ADFAN | LAS PIEDRAS |
| 556. LIZASUAIN PEREZ, LYDIA E. | | TS II | DEPT. FAM. | PONCE |
| 557. LIZBOA INOSTROZA, IVAN | | CONDUCTOR | DEPT. FAM. | HUMACAO |
| 558. LONGO RIVERA, CORAL | | TS 1 | ADFAN | CANOVANAS |
| 559. LOPEZ CONCEPCION, MIGDALIA | | ASIT. SERV. FAM. | DEPT. FAM. | CAGUAS |
| 560. LOPEZ MARTIN, SHEILLA D. | | TS I | DEPT. FAM. | CAGUAS |
| 561. LOPEZ RODRIGUEZ, LIMARY | | TEC. ASIST. SOC. | DEPT.FAM | FAJARDO |
| 562. LOPEZ ALMONTE, CHARILYN | | SUPERVISOR EN TS1 | ADFAN | SAN JUAN |
| 563. LOPEZ BONILLA, ROSA | | OFIC. 1 | DEPT. FAM. | COROZAL |
| 564. LOPEZ CAMACHO, ELSA M. | | COORDINADOR | ACUDEN | SAN JUAN |
| 565. LOPEZ CAMACHO, DIANA | | TRABAJO SOCIAL | DEPT. FAM. | CAYEY |
| 566. LOPEZ CARMONA, IVELISSE | | AUX. SIST. DE OFICINA 2 | DEPT. FAM. | BAYAMON |
| 567. LOPEZ CRUZ, BETHZAIDA | | DIRECTOR EJECUTIVO 4 | ADFAN | SAN JUAN |
| 568. LOPEZ DIAZ, LILIBETH | | TEC. SOCIAL, Y FAM. I | ADSEF | VEGA ALTA |
| 569. LOPEZ FLECHA, JACQUELINE | | TRABAJADOR SOCIAL 1 | ADFAN | HUMACAO |
| 570. LOPEZ GONZALEZ, LESLIE | | AUX. DE OFICINA | DEPT. FAM. | ARECIBO |
| 571. LOPEZ GONZALEZ, OMAR | | AUX. SIST. OFICINA | DEPT. FAM. | ARECIBO |
| 572. LOPEZ HERNANDEZ, MOISES | | OFICINISTA 1 | ADSEF | BAYAMON |
| 573. LOPEZ HERNANDEZ, SHYLEEN | | OFICIAL PENS. | DEPT. FAM. | TOA BAJA |
| 574. LOPEZ JIMENEZ, MAGDA LIZ | | TRABAJAO SOCIAL | DEPT. FAM. | LOIZA |
| 575. LOPEZ LEBRON, MARIA S. | | COORDINADORA | ACUDEN | SAN JUAN |
| 576. LOPEZ LOPEZ, MARILYNE | | TASF II | ADSEF | SALINAS |
| 577. LOPEZ MORALES, LUANNY L. | | CONSEJERA | REAB. VOC. | CAROLINA |
| 578. LOPEZ PAGAN, MADELINE | | OFICIAL DE LICENCIAMIENTO 1 | DEPT. FAM. | BAYAMON |
| 579. LOPEZ PEREZ, SANTA IRIS | | TEC. SERV. FAM. III | DEPT. FAM. | YAUCO |
| 580. LOPEZ RIVERA, JOSE | | CONDUCTOR | ADFAN | CANOVANAS |

12

SRF 63219

**Hearing Date: September 21, 2022, at 9:30AM (Atlantic Standard Time)**
**Response Deadline: September 5, 2022, at 4:00PM (Atlantic Standard Time)**

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### FIVE HUNDRED FOURTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNRESPONSIVE ACR CLAIMS

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Debtor pursuant to Section 315(b) of the *Puerto Rico*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).