7020 1810 0001 8223 5442

CERTIFIED MAIL

'22 NOV -3

Glenda Jorge Pagán
Cond. Lagos del Norte
Apto 1603 Levittown
Toa Baja, PR 00949

Secretaria Tribunal Distrito EU.
Sala 150 Edificio Federal
San Juan PR 00918-1767

02 1P
0004760983
MAILED FROM ZIP CODE 00961
UNITED STATES POSTAGE
PITNEY BOWES
$ 008.33⁰
NOV 02 2022