UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING SUCESIÓN PASTOR MANDRY MERCADO'S
MOTION FOR LEAVE TO AMEND PROOF OF CLAIM KROLL NUMBER 6272

      The Court has considered *Sucesión Pastor Mandry Mercado's Motion for Leave to Amend Proof of Claim Kroll Number 6272* (Docket Entry No. 22599 in Case No. 17-3283) (the "Motion"), filed by Sucesión Mandry[2] (the "Movant") and, with no opposition having been filed[3] and with good cause shown to grant the requested relief, Movant is hereby granted leave to

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms used but not defined herein have the meaning given to them in the Motion.

[3]     The Court has received and reviewed the *Limited Response and Reservation of Rights of the Financial Oversight and Management Board on Behalf of the Commonwealth of Puerto Rico to Sucesión Pastor Mandry Mercado's Motion for Leave to Amend Proof of Claim Kroll Number 6272* (Docket Entry No. 22664 in Case No. 17-3283) (the "Response"). The Response sets forth the position of the Financial Oversight and Management Board for Puerto Rico concerning the timing of payment of claims like Movant's, and it reserves the Oversight Board's right to object to Movant's claim. (*See*

amend proof of claim number 179550 as to its amount as of September 30, 2022 to be $34,306,290.84 to reflect the interest accrued thereon as of such date and to reflect Movant's contention that interest will continue to accrue at the rate of $1,912.16 per day up to October 31, 2022.

This Order resolves Docket Entry No. 22599 in Case No. 17-3283.

SO ORDERED.

Dated: November 4, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

Response ¶¶ 10-11.) However, it "does not object to the limited relief requested in the Motion, i.e., the amendment of the proof of claim." (Response ¶ 9.)