# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

*In re*

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtor.

PROMESA

Title III

Case No. 17-3283-LTS

**Court Filing Relates Only to PREPA**

---

*In re*

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),[*]

    Debtor.

PROMESA
Title III

Case No. 17-4780-LTS

(Jointly Administered)

---

**[PROPOSED] ORDER GRANTING URGENT MOTION OF
FUEL LINE LENDERS FOR EXAMINATION OF OVERSIGHT BOARD
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004
<u>CONCERNING VITOL SETTLEMENT AGREEMENT</u>**

---

[*] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Upon consideration of the *Urgent Motion of Fuel Line Lenders under Federal Rule of Bankruptcy Procedure 2004 to Conduct an Examination of the Financial Oversight and Management Board for Puerto Rico Concerning a Settlement Reached Between the Oversight Board and Vitol S.A or its Affiliates* (the "Rule 2004 Motion"); and the Court having found and determined that (i) it has jurisdiction over this proceeding and the Rule 2004 Motion; (ii) good cause exists for the relief requested therein; (iii) notice of the Rule 2004 Motion being adequate and proper under the circumstances; IT IS HEREBY ORDERED THAT:

1. The Rule 2004 Motion is GRANTED.

2. The Fuel Line Lenders are authorized to seek document discovery from the Oversight Board consistent with the requests described in Exhibit B to the Rule 2004 Motion.

3. The Oversight Board shall comply with the document requests described in Exhibit B by the dates set forth in the document requests, unless extended by mutual agreement.

4. Nothing herein shall limit the Fuel Line Lenders' right to request additional discovery, including any additional document requests or depositions, under Rule 2004 and/or any other applicable law, based on any information that may be revealed as a result of the information provided pursuant to this Order or otherwise.

5. This Court shall retain jurisdiction to resolve any dispute arising from or related to this Order and to interpret, implement and enforce the provisions of this Order.

SO ORDERED

Date: _____, 2022

_____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE