UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtor. | : : : : : : : : : : : : : : | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>**Court Filing Relates Only to PREPA** |
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),*<br><br>    Debtor. | : : : : : : : : : : : : : : | PROMESA<br>Title III<br><br>Case No. 17-4780-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING URGENT MOTION FOR
EXPEDITED CONSIDERATION OF URGENT MOTION OF
FUEL LINE LENDERS FOR EXAMINATION OF OVERSIGHT BOARD
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004
CONCERNING VITOL SETTLEMENT AGREEMENT**

---

\*     The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Upon consideration of the *Urgent Motion for Expedited Consideration of Urgent Motion of Fuel Line Lenders under Federal Rule of Bankruptcy Procedure 2004 to Conduct an Examination of the Financial Oversight and Management Board for Puerto Rico Concerning a Settlement Reached Between the Oversight Board and Vitol S.A or its Affiliates* (the "Urgent Motion"); and the Court having found and determined that (i) it has jurisdiction over this proceeding and the Urgent Motion; and (ii) good cause exists for the relief requested therein, the Court HEREBY GRANTS the Urgent Motion and sets the following briefing schedule for the *Urgent Motion of Fuel Line Lenders under Federal Rule of Bankruptcy Procedure 2004 to Conduct an Examination of the Financial Oversight and Management Board for Puerto Rico Concerning a Settlement Reached Between the Oversight Board and Vitol S.A or its Affiliates* (the "Rule 2004 Motion"):

1. Any opposition or response to the Rule 2004 Motion shall be due by **Monday, November 7 at 5:00 P.M. Atlantic Standard Time.**

2. Any reply in support of the Rule 2004 Motion shall be due by **Tuesday, November 8 at 11:59 P.M. Atlantic Standard Time**.

3. The Court will thereafter take the Rule 2004 Motion on submission.

SO ORDERED

Date: _____, 2022

_____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE