UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
|     Debtors.¹ | |

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER<br>AUTHORITY, | |
|     Debtor. | |

-------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER CONCERNING URGENT MOTION FOR
EXPEDITED CONSIDERATION OF URGENT MOTION OF
FUEL LINE LENDERS FOR EXAMINATION OF OVERSIGHT BOARD
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004
<u>CONCERNING VITOL SETTLEMENT AGREEMENT</u>

Upon consideration of the *Urgent Motion for Expedited Consideration of Urgent Motion of Fuel Line Lenders under Federal Rule of Bankruptcy Procedure 2004 to Conduct an Examination of the Financial Oversight and Management Board for Puerto Rico Concerning a Settlement Reached Between the Oversight Board and Vitol S.A or its Affiliates* (Docket Entry No. 22811 in Case No. 17-3283 and Docket Entry No. 3067 in Case No. 17-4780) (the "Urgent Motion"), filed by Cortland Capital Market Services LLC, as Administrative Agent (the "Movant"); and the Court having found and determined that (i) it has jurisdiction over this proceeding and the Urgent Motion; and (ii) the Motion does not demonstrate a basis for the expedited briefing schedule requested in the Urgent Motion, the Court hereby sets the following briefing schedule for the *Urgent Motion of Fuel Line Lenders under Federal Rule of Bankruptcy Procedure 2004 to Conduct an Examination of the Financial Oversight and Management Board for Puerto Rico Concerning a Settlement Reached Between the Oversight Board and Vitol S.A or its Affiliates* (Docket Entry No. 22810 in Case No. 17-3283 and Docket Entry No. 3066 in Case No. 17-4780) (the "Rule 2004 Motion"):

1. Any opposition or response to the Rule 2004 Motion shall be due by **Thursday, November 10, 2022, at 11:59 P.M. Atlantic Standard Time.**

2. Any reply in support of the Rule 2004 Motion shall be due by **Monday, November 14, 2022, at 11:59 P.M. Atlantic Standard Time**.

      3.      The Court will thereafter take the Rule 2004 Motion on submission.

      4.      This Order resolves Docket Entry No. 22811 in Case No. 17-3283 and Docket Entry No. 3067 in Case No. 17-4780.

SO ORDERED

Date: November 4, 2022

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge