UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                              PROMESA
                                                                    Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                   No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                     (Jointly Administered)
et al.,

          Debtors.[1]

-----------------------------------------------------------x

In re:                                                              PROMESA
                                                                    Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                   No. 17 BK 4780-LTS

PUERTO RICO ELECTRIC POWER
AUTHORITY,

          Debtor.

-----------------------------------------------------------x

ORDER OF REFERENCE TO MAGISTRATE JUDGE

The *Urgent Motion of Fuel Line Lenders for Examination of Oversight Board under Federal Rule of Bankruptcy Procedure 2004 concerning Vitol Settlement Agreement*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(Docket Entry No. 22810 in Case No. 17-3283; and Docket Entry No. 3066 in Case No. 17-4780) is hereby referred to Magistrate Judge Judith Dein pursuant to 28 U.S.C. § 636(b).

      SO ORDERED.

Dated: November 7, 2022

                                                            /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge