2/noviembre/2022

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

Estimados señores:

Soy la Sra. Luz M. Sánchez Torres. Número de caso 68722. Recientemente hice una reclamación a la compañía Prime Clerk LLC, la cual cumplimenté por internet, en junio 30 de 2018. La reclamación se refiere a un ajuste salarial que entiendo no recibí en su totalidad por haber completado mi carrera magisterial en su nivel IV. Dicha carrera magisterial fue concluida para el año 2013, cuando laboraba como maestra de Educación Especial en la escuela Ángel G. Quintero Alfaro del barrio Barahona de Morovis P.R. Número de empleado 58264. Para el año 2012, devengaba un salario de $2,280.00 dólares. Para el 31/septiembre/2013 hubo un ajuste donde aumentó el salario a

$2787.50. Entiendo que el aumento debió haber llegado a los $3,000.00 cosa que no sucedió (solo se reflejó en mi salario la cantidad de $507.50) habiendo una diferencia de $212.50 que aún no se ha reflejado en mi sueldo.

Para la fecha del 2/junio/2021, presenté mi renuncia al Departamento de Educación para acogerme a la jubilación por años de servicios cotizados al Sistema de Retiro para Maestros. Entiendo que el Departamento de Educación incumplió con las normas establecidas según estipuladas.

Agradeceré la pronta atención a este asunto.

Cordialmente,

Luz M. Sánchez Torres
HC-3 Box 16765
Corozal, P.R. 00783-9219
(939) 414-4692