

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.* **68722**          *Creditor Name:* **Sánchez Torres, Luz M.**

| | |
|---|---|
| (1) Nombre Completo | *Luz M. Sánchez Torres* |
| (2) Número de teléfono | (939) 414-4692 |
| (3) Número de empleado | 58264 Departamento Educación |
| (4) Agencia para la cual trabaja(ó) y fecha.   Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento Educación Desde: 8/septiembre/1992 Hasta: 2/junio/2021 Maestra Educación Especial |
| (5) Correo electrónico | puyi_039@hotmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 0848 |
| (7) Número de caso administrativo o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)  N/A |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Para el 30/junio/2018 sometí una reclamación por motivos de ajuste salarial. Para el año 2013, concluí mi carrera magisterial donde se ajustaría el salario a $3,000.00. Y mi salario solo se ajustó hasta $2,787.50. Por tal razón, el Departamento de Educación me debe dinero para llevar mi salario hasta la cantidad asignada de $3,000.00 |

*** Attach any supporting documentation you may have related to your claim. ***




170328300187347

EMPLOYEE RESPONSE LETTER

*Claim No.* **68722**          *Creditor Name:* **Sánchez Torres, Luz M.**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***



170328300187347

Form. 409

**Estado Libre Asociado de Puerto Rico**
**Departamento de Educación**
**Secretaría Auxiliar de Recursos Humanos**
**Informe de Cambio - Personal Docente**

|  | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | SANCHEZ TORRES, LUZ M | |
| 2. Num. Seguro Social | REDACTED0848 | |
| 3. Estatus del Empleado | PERMANENTE | |
| 4. Sueldo | $ 2,280.00 | $ 2,787.50 |
| 5. Num. de Puesto | R87282 | |
| 6. Categoría | MAESTRO EDUC.ESPECIAL (K-12) - 9807 | - |
| 7. Nivel | NIVEL I | NIVEL III |
| 8. Fondo | ESTATAL | |
| 9. Cifra de Cuenta | E1110-111-0810000-10090-00100-2014- | |
| 10. Fecha de Efectividad | | 03/SEPTIEMBRE/2013 |
| 11. Distrito | OROCOVIS - 122 | - |
| 12. Escuela | ANGEL G QUINTERO ALFARO - 17186 | - |

13. Observaciones:

APROBACION DE 4 FASE(S) CONDUCENTE AL NIVEL III.  ASIGNACION DE NIVEL Y MODIFICACION EN SALARIO POR APLICACION DE LA LEY NUMERO 158 DE 18 DE JULIO DE 1999 (CARRERA MAGISTERIAL), SEGUN ENMENDADA.

14. Aprobado: Por el Secretario de Educación o su Representante

OCT 1 6 2013

_____     _____
Firma                                           Fecha



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DEL SECRETARIO

23 de enero de 2014

Subsecretario para Asuntos Académicos, Subsecretaria de Administración, Secretaria Asociada de Educación Especial, Secretarios Auxiliares, Directora del Instituto de Capacitación Administrativa y Asesoramiento a Escuelas, Directora Interina del Instituto para el Desarrollo Profesional del Maestro, Directores de Oficinas, Programas y Divisiones, Directores de las Regiones Educativas, Ayudantes Especiales a cargo de los Distritos Escolares, Superintendentes y Superintendentes Auxiliares de Escuelas, Facilitadores Docentes, Directores de Escuela y Miembros Activos en la Carrera Magisterial

Prof. Rafael Román Meléndez
Secretario

**RECLAMACIÓN DE NIVEL Y REVISIÓN DE SALARIO DEL PERSONAL DOCENTE ACTIVO EN LA CARRERA MAGISTERIAL**

Los miembro activos en la carrera magisterial tienen derecho a reclamar ascenso de nivel y revisión de salario durante el mes de enero de cada año escolar, luego de concluir satisfactoriamente su Plan de Mejoramiento Profesional. No obstante, pueden solicitar revisión salarial al concluir cada una de las etapas en que se divide su Plan, de conformidad con el Capítulo VII del Reglamento de la Carrera Magisterial.

El procedimiento para el análisis y manejo de las solicitudes de reconocimiento de nivel o revisión de salario radicadas por los miembros activos en la carrera magisterial será el siguiente:

- Completar y entregar la solicitud (Anejo 1- OCM-07 enmendada) junto con los documentos que la justifican (Anejo 5). Se radicará ante el director de la escuela, quien certificará la entrega, no más tarde del <u>31 de enero de 2014.</u>

- Luego del 31 de enero de 2014, el director de la escuela o el superintendente (en caso de que la escuela no tenga director), convocará al Comité de Evaluación para el cotejo y análisis de los Planes de Mejoramiento Profesional (Anejo 5).

- El Comité de Evaluación estará constituido por el director de escuela, un representante del consejo escolar y un facilitador docente o representante de la docencia.

- Si procede, el Comité de Evaluación expedirá las Recomendaciones de Revisión de Salario y Reconocimiento de Nivel (Anejo 2- OCM-09) para los docentes que cumplan con lo que dispone la ley a esos efectos.

- Cada región educativa identificará un funcionario que servirá de enlace entre la Oficina de Carrera Magisterial y las escuelas para facilitar la entrega de los documentos.

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-5800



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**RECLAMACIÓN DE NIVEL Y REVISIÓN DE SALARIO DEL PERSONAL DOCENTE ACTIVO EN LA CARRERA MAGISTERIAL**
23 de enero de 2014
Página 2 de 2

- El director de escuela enviará por medio del enlace regional las solicitudes de Revisión de Salario y Reclamación de Nivel (OCM-07) y de Recomendaciones de Revisión de Salario y Reconocimiento de Nivel (OCM-09) a la Oficina de Carrera Magisterial. Ambas solicitudes deberán incluir los siguientes documentos:

  1. Copia fiel y exacta del Plan de Mejoramiento Profesional del reclamante, debidamente certificada por el director escolar (Anejo 4). El Plan original permanecerá bajo la custodia del director escolar para futuras auditorías.

  2. Documentos fehacientes que comprueben que el reclamante completó los requisitos de preparación académica (transcripción de créditos oficial), certificaciones oficiales que acrediten las horas de participación en actividades de educación continua (copias certificadas) y evidencia de proyectos especiales (si aplica), entre otros documentos relacionados.

  3. Informes de evaluación, durante la vigencia del Plan, sobre el desempeño docente del reclamante.

  4. Cualquier otro documento necesario que evidencie que el reclamante cumplió satisfactoriamente con su Plan.

- La fecha límite para que el director de escuela someta las recomendaciones junto con los documentos antes descritos será el <u>viernes 28 de marzo de 2014</u>. No se aceptarán documentos con posterioridad a esa fecha.

- No se considerará radicada ninguna solicitud en la que falte alguno de los documentos que la complementan; <u>la misma se devolverá sin tramitar.</u>

- Si no procede la solicitud, el director enviará una comunicación (Anejo 6) al solicitante en la que indicará las razones por las cuales no se aprobó su petición. Una copia de este documento deberá ser remitida a la Oficina de Carrera Magisterial.

- No se recibirán documentos entregados por maestros u otro personal.

- Todos los documentos deberán estar firmados en <u>tinta azul</u>, para evitar que se confundan las copias y los originales. <u>Los documentos no se entegarán en carpetas.</u>

- Si el maestro sometió una solicitud de revisión de nivel durante el mes de enero de 2013 y aún no ha recibido contestación, NO tendrá que someter nuevamente la solicitud de revisión junto con los documentos que comprueban el cumplimiento del Plan. Deberán someter solamente el <u>Anejo 7</u> durante el periodo provisto en este memorando.

- Si el maestro sometió una solicitud de revisión de salario para una o varias etapas del Plan durante el mes de enero 2013 y aún no ha recibido contestación, deberá someter la solicitud de revisión de salario correspondiente a la(s) etapa(s) restante(s), junto con los documentos que comprueban su cumplimiento.

Para información adicional, pueden comunicarse con la Oficina de Carrera Magisterial a los siguientes números telefónicos: (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287.



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 1
OCM-07 enmendada

## SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL

Honorable _Sr. Rafael Román Meléndez_
Secretario de Educación

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera
Magisterial, solicito revisión de salario de las etapas: ✓1, ✓2, ✓3, ✓4, ✓5 del Plan
de Mejoramiento Profesional y reclamación del Nivel Magisterial: ___II, ✓III, ___IV.

Nombre del solicitante   _Luz M. Sánchez Torres_
Seguro social   ~~REDACTED~~ 0848
Categoría de la permanencia   _Educación Personal_
Teléfono   _(939) 249-0846_
Correo electrónico   _puyi_u39@hotmail.com_
Escuela   _Ángel G. Quintero Alfaro_
Distrito escolar   _Orocovis - Morovis_
Región educativa   _Bayamón_

_firma_   _28-enero-2014_
Firma del solicitante   Fecha

Recibido por: _Wendy L. Miranda Serv_
Director

RECIBIDO
J?? ? 0 2014
D3
OFICINA DE
CARRERA MAGISTERIAL

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tels. (787) 773-2456 / 2452 / 2448 / 2283 / 2297 / 6287
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de
veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o
impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 2
OCM-09 enmendada

## RECOMENDACIÓN DE REVISIÓN DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificamos que hemos considerado la Solicitud de Revisión de Salario y Recomendación de Nivel de:

Nombre     Luz M. Sánchez Torres

Seguro social     REDACTED 0848

Escuela     Ángel G. Quintero Alfaro

Teléfono de la escuela     (787) 862-1716

Distrito escolar     Orocovis - Morovis

Región educativa     Bayamón

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas: ✓1, ✓2, ✓3, ✓4, ✓5 del Plan de Mejoramiento Profesional. Recomendamos que se le otorgue favorablemente el Nivel Magisterial: ____ II, ✓ III, ____ IV.

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto |
|---|---|---|
| Wendy L. Miranda | Wendy Miranda | Director |
| Awilda Ortiz Marrero | Awilda Ortiz Marrero | Representante Consejo Escolar |
| Annette Colón Torres | Annette Colón Torres | Representante de la Docencia |

Fecha de aprobación: 18 febrero de 2014

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tels. (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

RECIBIDO
MAR 2 0 2014
OFICINA DE
CARRERA MAGISTERIAL



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 2

**CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN** _2014_

Escuela   : Angel G. Quintero Alfaro

Director  : Wendy Miranda Torres

Distrito  : Orocovis- Morovis

Región    : Bayamón

Hoy, _____ de _____ de 2014, hice entrega de las solicitudes analizadas y cotejadas de Revisión Salarial y Reclamación de Nivel del siguiente personal activo en la carrera magisterial:

| Nombre | Puesto |
|--------|--------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

Certifico correcto,

Wendy L. Miranda Torres              Wendy L. Miranda
_____               _____
Nombre del director                  Firma del director

_____               _____
Nombre del enlace regional           Firma del enlace regional

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tels. (787) 773-2456 / 2452 / 2448 / 2293 /1297 / 6287

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



RECIBIDO
MAR 2 0 2014
OFICINA DE
CARRERA MAGISTERIAL



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 4

Fecha: _28- Enero - 2014_

## CERTIFICACIÓN DE COPIA FIEL Y EXACTA

Certifico que los documentos sometidos para la revisión de 20_14_ son copia fiel y exacta

de los originales presentados al Comité de Evaluación de Carrera Magisterial de la escuela

_Ángel G. Quintero Alfaro_____ del distrito escolar de

_Orocovis_____ por _Luz M. Sánchez Torres_____.

(Nombre miembro activo de carrera magisterial)

_Wendy A. Miranda Torr_            _Wendy A. Miranda Torr_
Nombre director                          Firma

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tels. (787) 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de
veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o
impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
OFICINA DE CARRERA MAGISTERIAL

Anejo 5

### HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER LAS
### SOLICITUDES DE RECONOCIMIENTO DE NIVEL O DE REVISIÓN DE SALARIO

Nombre: _Luz M. Sánchez Torres_ Puesto: _M. R. E._ Fecha: _18 febrero 2014_

Escuela: _Angel G. Quintero Alfaro_ Distrito: _Orocovis_ Región: _Bayamón_

| CRITERIOS | Cumple | No cumple | Comentario evaluativo |
|---|---|---|---|
| 1. Contiene los siguientes documentos:<br>- OCM-07-Solicitud de Revisión de Salario y Reclamación (original y en tinta azul)<br>- OCM-09- Recomendación de Revisión de Salario y Reconocimiento de Nivel (original y en tinta azul) | ✓ | | |
| 2. Carta del director de la escuela, en original, que certifique que los documentos son copias fieles y exactas de los sometidos por el reclamante (anejo 4 en tinta azul). | ✓ | | |
| 3. Copia fiel y exacta del Plan de Mejoramiento Profesional del reclamante certificado por el director. El director deberá verificar que el plan esté vigente antes de tramitarlo (Artículo 6.06, "Vencimiento del Plan"). | ✓ | | |
| 4. Una copia de transcripción de créditos estudiantil que documente el grado obtenido y la preparación académica. Además, se enviará una transcripción de créditos oficial a la Oficina de Reclutamiento Docente del Departamento de Educación. No se considerarán informes de notas, documentos de solicitud de transcripción de créditos, ni copias de Internet para sustituir el cumplimiento con el Elemento I. | ✓ | | |
| 5. Certificados oficiales que acrediten las horas de participación en actividades de educación continua ofrecidas por universidades y entidades aprobadas por el Departamento de Educación. Los talleres deben ser de no menos de tres (3) de duración y se deben presentar en orden de fecha. El documento original se entregará al maestro y el director conservará una copia certificada. | ✓ | | |
| 6. Copia de los informes recientes de evaluación del desempeño docente del reclamante (mínimo 2). | ✓ | | |
| 7. Los maestros activos que tienen un plan dirigido al Nivel IV (doctoral) deberán presentar la siguiente documentación para evidenciar el cumplimiento del Elemento 3 de su plan: | N/A | | |
| • Proyecto especial (propuesta) que realizó en beneficio del Sistema. | N/A | | |
| • Carta del director y del superintendente de escuelas en la que apruebe los talleres y demás ofrecimientos del proyecto especial. | N/A | | |
| • Hoja de asistencia de los participantes a las actividades educativas ofrecidas como parte del proyecto especial. | N/A | | |
| • Las hojas de asistencia indican :<br>✓ título de los talleres, adiestramientos o tutorías<br>✓ fecha y horario en que se ofrecieron los servicios<br>✓ firma de los participantes<br>✓ firma del director de la escuela para certificar correcto<br>✓ nombre de la persona que ofreció los talleres | N/A | | |
| • Evaluación sumativa de los logros obtenidos certificada por el director de la escuela. | N/A | | |
| 8. El plan está presentado en el siguiente orden:<br>1. OCM-07<br>2. OCM-09<br>3. Certificación copia fiel y exacta<br>4. Objetivo general<br>5. Plan de Mejoramiento Profesional<br>  • Elemento 1: Estudios formales<br>    ✓ Evidencias<br>  • Elemento 2: Educación continua<br>    ✓ Evidencias<br>  • Elemento 3: Proyecto especial (si aplica)<br>    ✓ Evidencias<br>  • Elemento 4: Evaluaciones de desempeño<br>    ✓ Evidencias | ✓ | | |
| 9. Todos los documentos están firmados en tinta azul. | ✓ | | |

Certifico que _Luz M. Sánchez Torres_ sometió todos los documentos requeridos para iniciar el proceso de reclamación de nivel y revisión de salario para el año 20_14_.

_Aurelia Ortiz Marrero_        _Aida Celi Torres_

-Representante del Consejo Escolar        Representante de la docencia

_Wendy Miranda_
Director

P.O. Box 190759
San Juan, Puerto Rico 00919-0759

# CARIBBEAN UNIVERSITY

Apartado Postal 493
Bayamón, P.R. 00960-0493

## -Certificación-

Certifico que

LUZ M. SANCHEZ TORRES

Completó los requisitos de materias
conducentes al grado de:

MAESTRIA EN ARTES EN EDUCACION CON ESPECIALIDAD
EN EDUCACION ESPECIAL

en Caribbean University el día

15 DE MARZO DE 2008

Expedida en Bayamón, Puerto Rico

Hoy,                    7 DE MAYO DE 2008

Registrador

| LUZ M SANCHEZ TORRES | # Empleado: | XXXXX0848 | DATA IMP: | Federal | PR |
| HC 02 BOX 6054 | Dept: | 8001050-ARECIBO MOROVIS | Estado Civil: | | Head of Household |
| MOROVIS, PR 00687-9726 | Lugar: | ANGEL G QUINTERO ALFARO | Concesiones: | 0 | 1 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-0848 | Sueldo: | $2,280.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | ---- Corriente ---- | | ---- Acumulado ---- | | IMPUESTOS | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 1,140.00 | 1,284.00 | 23,108.44 | | Fed FICA Med Hospital Ins / EE | 16.53 | 364.20 |
| Pago Retroactivo Regular | | 0.00 | | 1,168.12 | | PR Withholding | 19.38 | 470.70 |
| Licencia Enfermedad en Exceso | | 0.00 | | 841.02 | | | | |
| Total: | | 1,140.00 | 1,284.00 | 25,117.58 | | Total: | 35.91 | 834.90 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 102.60 | 2,184.00 | RM-Prest Pers De Cuota-Ret Mae | 86.09 | 1,807.89 | GPR Plan de Retiro de Maestro | 96.90 | 2,063.48 |
| | | | AE-Asoc Emp ELA-Prest Regular | 127.75 | 2,499.15 | FSED Disability Plan | 19.38 | 427.07 |
| | | | SM-First Medical Health Plan | 40.50 | 844.50 | SM-First Medical Health Plan | 0.00 | 1,200.00 |
| | | | SC-AMER FAM LIFE ASS CO | 29.10 | 611.10 | | | |
| | | | Ahorros-AEELA | 34.20 | 728.34 | | | |
| Total: | 102.60 | 2,184.84 | Total: | 317.64 | 6,490.98 | * Tributable | | |

### TOTAL BRUTO / BRUTO TRIBUT. FED. / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | | | |
|---|---|---|---|
| Corriente: | 1,140.00 | 0.00 | 35.91 |
| Acumulado: | 25,117.58 | 0.00 | 834.90 |

Deducciones Totales: 420.24 / 8,675.82
Paga Neta: 683.85 / 15,606.86

| STO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5177505 | 683.85 |
| + Ganada: | | | | |
| + Compra: | | | Total: | 683.85 |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | | |
| Balance Final: | 0.0 | | | |

MENSAJE:

DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

Fecha
11/15/2013

Aviso No.
5177505

Cant. Deposito:  **$683.85**

A la
Cuenta(s) De

**LUZ M SANCHEZ TORRES**
HC 02 BOX 6054
MOROVIS, PR 00687-9726

Localizacion: ANGEL G QUINTERO ALFARO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXXX | 683.85 |
| Total: | | 683.85 |

# NO-NEGOCIABLE

080 DEPT DE EDUCACION-MAESTROS
Avenida Teniente Cesar Gonzalez , Esquina Calaf
HATO REY, PR 00919

Case 17-03283-LTS Doc#:22827-1 Filed:11/04/22 Entered:11/09/22 09:46:52 Desc:
Exhibit Page 13 of 13

Grupo #: 3909    SM: Quincenal    Aviso #: 4908072
Desde: 10/16/2013    Fecha Aviso: 10/30/2013
10/31/2013

| LUZ M SANCHEZ TORRES | # Empleado: | XXXXX0848 | DATA IMP: | Federal | PR |
| HC 02 BOX 6054 | Dept: | 8001050-ARECIBO MOROVIS | Estado Civil: | | Head of Household |
| MOROVIS, PR 00687-9726 | Lugar: | ANGEL G QUINTERO ALFARO | Concesiones: | 0 | 1 |
| | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS: XXX-XX-0848 | Sueldo: | $2,280.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | --- Corriente --- | | ----- Acumulado ----- | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 1,140.00 | 1,224.00 | 21,968.44 |
| Pago Retroactivo Regular | | 1,168.12 | | 1,168.12 |
| Licencia Enfermedad en Exceso | | 0.00 | | 841.02 |
| Total: | | 2,308.12 | 1,224.00 | 23,977.58 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Fed FICA Med Hospital Ins / EE | 33.46 | 347.67 |
| PR Withholding | 93.79 | 451.32 |
| Total: | 127.25 | 798.99 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| GPR Plan de Retiro de Maestro | 207.73 | 2,082.24 |
| Total: | 207.73 | 2,082.24 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| RM-Prest Pers De Cuota-Ret Mae | 86.09 | 1,721.80 |
| AE-Asoc Emp ELA-Prest Regular | 127.75 | 2,371.40 |
| SM-First Medical Health Plan | 40.50 | 804.00 |
| SC-AMER FAM LIFE ASS CO | 29.10 | 582.00 |
| Ahorros-AEELA | 69.24 | 694.14 |
| Total: | 352.68 | 6,173.34 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SM-First Medical Health Plan | 120.00 | 1,200.00 |
| GPR Plan de Retiro de Maestro | 196.19 | 1,966.58 |
| FSED Disability Plan | 39.24 | 407.69 |

* Tributable

### TOTAL BRUTO

| | | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| Corriente: | 2,308.12 | 0.00 | 127.25 | 560.41 | 1,620.46 |
| Acumulado: | 23,977.58 | 0.00 | 798.99 | 8,255.58 | 14,923.01 |

### DISTRIBUCION PAGA NETA

| | |
| --- | --- |
| Aviso #4908072 | 1,620.46 |
| Total: | 1,620.46 |

### NRO HORAS | ACUM

| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
10/30/2013

Aviso No.
4908072

**Cant. Deposito:**   $1,620.46

A la
Cuenta(s) De

**LUZ M SANCHEZ TORRES**
HC 02 BOX 6054
MOROVIS, PR 00687-9726

Localizacion: ANGEL G QUINTERO ALFARO

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Savings | XXXXXXXXXXXXXX | 1,620.46 |
| Total: | | 1,620.46 |