Luz M. Sánchez Torres
HC-3 Box 16765
Corozal, P.R. 00783-9219

**RETURN RECEIPT REQUESTED**





U.S. POSTAGE PAID
FCM LETTER
CIALES, PR
00638
NOV 03, 22
AMOUNT
$7.73
R2305K136214-02



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7020 3160 0000 1209 6935

Secretaría (Clerk Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan, P.R. 00918-1767

FSC
MIX
Envelo
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019