YAMARIS RAMOS ROSA
Calle Leila Oeste T-30
4ta secc. Levittown
Toa Baja, PR. 00949
Tel. (787) 994-5073
yramos24@hotmail.com

In re: Estado Libre Asociado de Puerto Rico
Caso Número: 17 BK3283-LTS

1 de noviembre de 2022

Estimados Señores:

Es mi deseo ofrecer una humilde disculpa por la tardanza de la información requerida en este proceso. Hay muchos términos legales que desconozco y entendía que este proceso ya estaba a cargo de las personas que llevan el caso, como una demanda de clase contra el Departamento de la Familia de la cual formo parte.

Esta demanda se dividió en cinco grupos, de los cuales pagaron completo al primer grupo (KAC 1991-0665) y una parte al segundo grupo (KPE 2005-0608). El tercer y cuarto grupo están en espera de ser pagados.

Las licenciadas Ivonne Gonzalez Morales y Milagros Acevedo Colón nos representarían en dicha demanda, de acuerdo con el documento de servicios profesionales (#05547) que complementé en el 2009 para cuando estaba solicitando representación para el cuarto grupo. Sin embargo, por razones que desconozco aparezco en el quinto grupo KAC 2012-1259, el cual recientemente escuché que desestimaron. No he recibido carta alguna de dicha desestimación por parte de las abogadas, la cual explique la razón de la desestimación aun cuando habemos empleados con 20 años de servicio y estamos reclamando los mismos derechos que los grupos anteriores quienes resultaron victoriosos en su impugnación al Plan de Retribución del Departamento.

Por otra parte, el Departamento nunca hizo ajuste al salario, por lo que se acumuló una gran cantidad de dinero adeudado. Los pocos aumentos que ha habido han sido a los empleados públicos en general y no basados en el ajuste salarial que se reclama. Se habla de un plan de clasificación y retribución que supuestamente entrará en vigor en enero 2023. Según las tablas del plan retributivo, la diferencia económica es considerable, comparado a lo recibido desde el comienzo y actualmente. Tomando eso en consideración, estimo una deuda de ajuste salarial de aproximadamente $375 mil dólares, en mi caso.

Adjunto evidencia de lo anteriormente expuesto y que espero pueda ser de utilidad.

Atentamente,

_Yamaris Ramos Rosa_
Yamaris Ramos Rosa