SRF 64127

Hearing Date: November 2, 2022, at 9:30AM (Atlantic Standard Time)
Response Deadline: October 17, 2022, at 4:00PM (Atlantic Standard Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS and HTA.** |

## FIVE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DEFICIENT ADR CLAIMS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

OCAP 17A
Rev. agosto 1989

Estado Libre Asociado de Puerto Rico
OFICINA CENTRAL DE ADMINISTRACION
DE PERSONAL

NOTIFICACION DE NOMBRAMIENTO Y JURAMENTO
DE EMPLEADOS TRANSITORIOS

**SIMBOLOS DE CONTABILIDAD**

| Fondo | Agencia | Div. | S. Div. | Asig. | Objeto |
|---|---|---|---|---|---|
| | | | | | |

2. FECHA AUTORIZACION O.P.G.
Desde: _____
Hasta: _____

3. **ADVERTENCIA AL EMPLEADO:**

El Nombramiento transitorio no le otorga derecho a ser nombrado en un puesto en el servicio de carrera con status probatorio o regular, a menos cumpla con el procedimiento de reclutamiento y selección establecido en la Sección 4.3 de la Ley de Personal del Servicio Público, enmendada, cubrir puestos en el Servicio de Carrera. El nombramiento transitorio tampoco le permite ser participante del Sistema de Retiro de los Empleados Gobierno y la Judicatura. Este nombramiento transitorio se efectúa para atender una necesidad temporera, de emergencia, imprevista o de dura determinada y terminará cuando desaparezca la necesidad que dio origen al mismo.

Autorizado en Hoja de Evaluación Fiscal ADSEF-2004-223-111-1270000--1585-001=2004

4. Nombre del Empleado:
   RAMOS    ROSA    YAMARIS
   (Apellido Paterno) (Apellido Materno) (Nombre)

   Si se trata de una mujer casada siga este orden:
   (1) Apellido paterno seguido de la preposición "DE"
   (2) Apellido del esposo y (3) Nombre

5. Número de Seguro Social
   -7810

6. Dirección del empleado
   Calle Leila Oeste T-30
   4ta. Sección Levittown
   Toa Baja, P.R.  00949

7. Agencia, Negociado o División, Sección o Unidad y Pueblo
   Departamento de la Familia - ADSEF
   Proyecto Camino a la Autosuficiencia

8. Título de Clasificación del Puesto Transitorio
   TASF-I

9. Número de Clase
   G-305-0

10. Número del Puesto
    37-647

11. Clase de nombramiento:
    _X_ En puesto de duración fija       ___ En puesto permanente
    _X_ con funciones de carrera
    ___ con funciones de confianza

12. Sueldo mensual
    $1,071.00

    Diferencial
    $_____

13. Duración del Nombramiento Transitorio
    De 2/sept./03   Hasta 31/dic./03

14. **CERTIFICACION DEL EMPLEADO:**

Certifico que no he ocupado un puesto permanente o de duración fija con status transitorio en el Servicio Público durante el período de un año anterior a la fecha de efectividad de este nombramiento. Certifico además, que estoy física y mentalmente capacitado para desempeñar las funcion del puesto en el que se me nombra; que no he sido destituido del servicio público; que no he incurrido en conducta deshonrosa; no he resultado convic por delito grave o por cualquier delito que implique depravación moral; y que no soy adicto al uso habitual y excesivo de sustancias controladas o bebi alcohólicas. Declaro que ésta información es exacta y verídica y que tengo conocimiento que de descubrirse falsedad en la misma seré separado del pues en el que se me nombra.

X Yamaris Ramos           Yamaris Ramos Rosa
                          Firma del empleado

15. Certificación de la agencia
    Certifico que el puesto número 37-647, clasificado como TASF-I en el cual se nombra a
    Yamaris Ramos Rosa

    ___ atenderá funciones de naturaleza temporera, de emergencia, imprevistas o de duración determinada.
    ___ atenderá funciones permanentes o recurrentes mientras se crea el puesto permanente necesario.
    ___ responde a las circunstancias enumeradas en la Sección 4.3 Inciso 12 de la Ley Núm. 5 del 14 de octubre de 1975, enmendada.
    especifique _____

16. Juan J. Lebrón Concepción              Dir. Regional Int.       2/sept./03
    Firma de la autoridad nominadora o su representante autorizado   Título                  Fecha

17. **JURAMENTO DE FIDELIDAD Y DE TOMA DE POSESION DEL CARGO O EMPLEO**

Yo, Yamaris Ramos Rosa          Seguro Social Núm. -7810       22        Soltera
   (Nombre del funcionario o empleado)                         (Edad)    (Soltero o Casad

TASF-I                          y vecino de Toa Baja, P.R.  juro solemnemente que mantendré y defenderé
(Nombre del Cargo o Empleo)                  (Pueblo)
Constitución de los Estados Unidos y la Constitución y las Leyes del Estado Libre Asociado de Puerto Rico contra todo enemigo interior o exterior, q prestaré fidelidad y adhesión a las mismas; y que asumo esta obligación libremente y sin reserva mental ni propósito de evadirla y que desempeñaré bi y fielmente los deberes del cargo o empleo que estoy próximo a ejercer. Así me ayude Dios.

2/sept./03                                  Yamaris Ramos Rosa
(Fecha)               X Yamaris Ramos    (Firma del empleado o funcionario)

Declaración Jurada Número: 198

Suscrito y Jurado ante mí por: Yamaris Ramos Rosa , de las circunstancias antes expresad
a quien doy fe de conocer: personalmente o de haber identificado mediante:
~~Tarjeta Electoral Núm. 3948327~~  licencia de conducir 4288953

En ~~Hato Rey~~ San Juan , Puerto Rico, hoy 2 de septiembre de año 2003

                                    Francis Nieves
                                    Firma, Sello Dirección del Notario Público o del
                                    Funcionario Autorizado que toma el Juramento

[Seal: FRANCIS NIEVES — ABOGADO NOTARIO]

## Estado Libre Asociado de Puerto Rico
127 - Adm.Desarrollo Socio Economico

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/03 |
| Hasta: | 10/15/03 |
| # Cheque: | 01549499 |
| Fecha: | 10/15/03 |

YAMARIS RAMOS ROSA
C/LEILA OESTE
T-30 4TA SECCION
LEVITTOWN PR 00949
SS:      7810

| | |
|---|---|
| # Empleado: | 7810 |
| Dept: | 127030-Bayamon |
| Oficina: | Bayamon 1 |
| Titulo: | T cnico Asist Soc y Fam1 |
| Sueldo: | $1,071.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 535.50 | 82.50 | 535.50 | |
| Total: | | 535.50 | 82.50 | 535.50 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA - MHI | 7.76 | 7.76 |
| Fed OASDI/Dis | 33.20 | 33.20 |
| PR Withholdng | 33.32 | 33.32 |
| Total: | 74.28 | 74.28 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 23.00 | 23.00 |
| SC-AMER FAM LIFE ASS CO | 14.25 | 14.25 |
| Total: | 37.25 | 37.25 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 17.94 | 17.94 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 535.50 | 74.28 | 37.25 | 423.97 |
| Acumulado: | 535.50 | 74.28 | 37.25 | 423.97 |

### PTO.HORAS   ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01549499 | 423.97 |
| Total: | 423.97 |

MENSAJE: 'OCTUBRE MES DE LA CONSERVACION DE ENERGIA'

---

## Estado Libre Asociado de Puerto Rico
127 - Adm.Desarrollo Socio Economico

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/16/2003 |
| Hasta: | 10/31/2003 |
| # Cheque: | 01748510 |
| Fecha: | 10/30/2003 |

YAMARIS RAMOS ROSA
C/LEILA OESTE
T-30 4TA SECCION
LEVITTOWN PR 00949
SS:     7-7810

| | |
|---|---|
| # Empleado: | 7810 |
| Dept: | 127030-Bayamon |
| Oficina: | Bayamon 1 |
| Titulo: | T cnico Asist Soc y Fam1 |
| Sueldo: | $1,071.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | 535.50 | 172.50 | 1,071.00 | |
| Total: | | 535.50 | 172.50 | 1,071.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 7.77 | 15.53 |
| Fed OASDI/EE | 33.20 | 66.40 |
| PR Withholdng | 33.37 | 66.69 |
| Total: | 74.34 | 148.62 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 23.00 | 46.00 |
| SC-AMER FAM LIFE ASS CO | 14.25 | 28.50 |
| Total: | 37.25 | 74.50 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 60.00 | 60.00 |
| FSED Disability Plan | 17.94 | 35.88 |

* Tributable

### TOTAL BRUTO / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|
| Corriente: | 535.50 | 74.34 | 37.25 | 363.91 |
| Acumulado: | 1,071.00 | 148.62 | 74.50 | 787.88 |

### PTO.HORAS   ACUM

| | |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Cheque #01748510 | 363.91 |
| Total: | 363.91 |

MENSAJE: 'OCTUBRE MES DE LA CONSERVACION DE ENERGIA'

**127 Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

| | |
|---|---|
| Grupo de Pago: | SM -Quincenal |
| Desde: | 10/01/2022 |
| Hasta: | 10/15/2022 |

Aviso #: 3742893
Fecha Aviso: 10/14/2022

| | |
|---|---|
| YAMARIS RAMOS ROSA | |
| C/LEILA OESTE | |
| T-30 4TA SECCION | |
| LEVITTOWN, PR 00949 | |
| SS: -7810 | |

| | |
|---|---|
| # Empleado: | 7810 |
| Dept: | 127030-Bayamon |
| Lugar: | Bayamon 3 |
| Titulo: | Tecnico Asist Soc y Fam II |
| Sueldo: | $1,853.00 Monthly |

| | Federal | PR |
|---|---|---|
| DATA IMP: | | |
| Estado Civil: | Single | Single |
| Concesiones: | 0 | 0 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 926.50 | 1,537.50 | 17,603.50 |
| Diferencial Temporero | | | 0.00 | | 3,695.50 |
| Bonificaciones | | | 0.00 | | 5,800.00 |
| **Total:** | | | **926.50** | **1,537.50** | **27,099.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.44 | 392.94 |
| Fed OASDI/Disability - EE | 57.44 | 1,680.14 |
| PR Withholding | 9.14 | 838.44 |
| **Total:** | **80.02** | **2,911.52** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 78.75 | 1,496.25 |
| **Total:** | **78.75** | **1,496.25** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.32 | 44.08 |
| SM-First Medical Health Plan | 130.00 | 650.00 |
| SC-TRANS OCEANIC LIFE | 12.35 | 234.65 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 20.71 |
| OS-SERV PUBLICOS 009 B | 13.90 | 264.10 |
| Ahorros-AEELA | 27.80 | 528.20 |
| SM-First Medical Health Plan | 0.00 | 1,743.00 |
| **Total:** | **187.46** | **3,484.74** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 31.04 | 907.94 |
| SM-First Medical Health Plan | 0.00 | 360.00 |
| SM-First Medical Health Plan | 0.00 | 1,260.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 926.50 | 0.00 | 80.02 | 266.21 | 580.27 |
| Acumulado: | 27,099.00 | 0.00 | 2,911.52 | 4,980.99 | 19,206.49 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #3742893 | 580.27 |
| **Total:** | **580.27** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
10/14/2022

Aviso No.
3742893

Cant. Deposito: $580.27

A la Cuenta(s) De

YAMARIS RAMOS ROSA
C/LEILA OESTE
T-30 4TA SECCION
LEVITTOWN, PR 00949
Localizacion: Bayamon 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 580.27 |
| **Total:** | | **580.27** |

## NO-NEGOCIABLE

| 127 Adm.Desarrollo Socio Economico<br>PO BOX 8000<br>SAN JUAN, PR 00910-0800 | | | | Grupo de Pago:<br>Desde:<br>Hasta: | SM -Quincenal<br>10/16/2022<br>10/31/2022 | | Aviso #:<br>Fecha Aviso: | 4038754<br>10/28/2022 |

| YAMARIS RAMOS ROSA<br>C/LEILA OESTE<br>T-30 4TA SECCION<br>LEVITTOWN, PR 00949<br>SS: -7810 | # Empleado:<br>Dept:<br>Lugar:<br>Titulo:<br>Sueldo: | 7810<br>127030-Bayamon<br>Bayamon 3<br>Tecnico Asist Soc y Fam II<br>$1,853.00 Monthly | DATA IMP:<br>Estado Civil:<br>Concesiones:<br>Pct. Adcl.:<br>Cant. Adcl.: | Federal<br>Single<br>0 | PR<br>Single<br>0 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 926.50 | 1,620.00 | 18,530.00 |
| Diferencial Temporero | | | 0.00 | | 3,890.00 |
| Bonificaciones | | | 0.00 | | 5,800.00 |
| Total: | | | 926.50 | 1,620.00 | 28,220.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 13.43 | 409.19 |
| Fed OASDI/Disability - EE | 57.44 | 1,749.64 |
| PR Withholding | 9.14 | 861.20 |
| Total: | 80.01 | 3,020.03 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 78.75 | 1,575.00 |
| Total: | 78.75 | 1,575.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.32 | 46.40 |
| SM-First Medical Health Plan | 130.00 | 780.00 |
| SC-TRANS OCEANIC LIFE | 12.35 | 247.00 |
| DM-GOB SEG SOC CHOFERES | 1.09 | 21.80 |
| OS-SERV PUBLICOS 009 B | 13.90 | 278.00 |
| Ahorros-AEELA | 27.80 | 556.00 |
| SM-First Medical Health Plan | 0.00 | 1,743.00 |
| Total: | 187.46 | 3,672.20 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 540.00 |
| FSED Disability Plan | 31.04 | 945.50 |
| SM-First Medical Health Plan | 0.00 | 1,260.00 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 926.50 | 0.00 | 80.01 | 266.21 | 580.28 |
| Acumulado: | 28,220.00 | 0.00 | 3,020.03 | 5,247.20 | 19,952.77 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4038754 | 580.28 |
| Total: | 580.28 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

---

**Adm.Desarrollo Socio Economico**
PO BOX 8000
SAN JUAN, PR 00910-0800

Fecha
10/28/2022

Aviso No.
4038754

**Cant. Deposito:** $580.28

**A la Cuenta(s) De**

YAMARIS RAMOS ROSA
C/LEILA OESTE
T-30 4TA SECCION
LEVITTOWN, PR 00949
Localizacion: Bayamon 3

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 580.28 |
| Total: | | 580.28 |

## NO-NEGOCIABLE

05547

# EMPLEADOS DEPARTAMENTO DE LA FAMILIA
## CONTRATO DE SERVICIOS PROFESIONALES

Calle Recinto Sur 301
Edificio Gallardo Oficina 305
Viejo San Juan
Tel: (787) 724-5323 / 764-0244
Fax: (787) 721-4648

P.O. Box 9021828
San Juan, Puerto Rico
00902-1826

Yo, **Yamaris Ramos Rosa**, por la presente contrato a la Lcda.. Ivonne González Morales y Lcda. Milagros Acevedo Colón para que me representen en mi reclamación relacionada con la implantación incorrecta del salario mínimo y se dilucide sobre los salarios que me correspondan en derecho. Entiendo que los honorarios serán contingentes a que la reclamación prospere, ya sea mediante transacción y/o Sentencia a base de un 25% de la suma que reciba.

En **Bayamón**, Puerto Rico, hoy de **18 de septiembre** de 200**9**.

_____
Lcda.. Ivonne González Morales
Lcda.. Milagros Acevedo Colón

FIRMA CLIENTE

## INFORMACIÓN PERSONAL
### FAVOR ESCRIBIR EN LETRA DE MOLDE

1. Agencia donde trabaja: **Depto Familia**  Pueblo: **Bayamón**
2. Nombre: **Yamaris Ramos Rosa**
3. Dirección Postal: **C/ Leila Oeste T-30 4ta secc. Levittown PR**
4. Dirección Residencial: **Urb. Palm Court D-15 Las Vegas Cataño**
5. Seguro Social: **-7810** e-mail: **yramos24@hotmail.com**
6. Tel. Res.: **784-3928**, Tel. Trabajo: **780-6355**, Cel.: **518-7641**
7. Fecha en que comenzó a trabajar en la agencia: **febrero/2003**
8. Puesto(s) Ocupado(s) con fecha en que ocupó cada uno:
   **TASF I - 2003 - 2008**
   **TASF II - 2008 al presente**

9. MARQUE CON "X" ENCASILLADO QUE CORRESPONDA SI ACTUALMENTE NO ESTA TRABAJANDO por: Retiro por años de servicios ( ); Renuncia o Traslado ( ) y Fecha: Mes_____, Año_____

10. Puesto actual: **TASF II**  Salario: Mensual $ **1,753.00** Quincenal $ **594.00**
**Manejadora de Casos**

11. Diga si recibe algún sueldo diferencial; SI (X), NO ( ). Diga número de pasos y año en que los recibió: _Diferencial de $389.00 por condiciones extraordinarios (Manejo de Casos)_

12. Indique su preparación académica: _Bachillerato en Sociología_

13. Indique si ha recibido pasos por mérito y/o por años de servicios: SI ( ) NO (X). Diga número pasos y año en que los recibió: _N/A_

14. Indique cual es su jornada diaria de trabajo: 7 ½ hrs.(X) ó 8 hrs. Diarias ( ).

15. Indique si Ud. registra asistencia con las horas reales trabajadas y si se le adeudan horas extras, y de ser afirmativa, someta evidencia y el número de horas adeudadas. _NO._

16. Indique si Ud. disfruta una hora para tomar alimentos. _Si_

17. Si no disfruta hora de almuerzo, describa brevemente la situación. _N/A_

18. Diga si Ud. supervisa personal: SI ( ), NO (X) y número de empleados y desde cuando _N/A_

### INSTRUCCIONES IMPORTANTES: LEER ANTES DE FIRMAR

a. Verificar que ha contestado todas las preguntas.
b. NO SE ACEPTARAN CONTRATOS DE PERSONAS QUE LLEVEN MAS DE 1 AÑO RETIRADO O QUE HAYAN RENUNCIADO AL EMPLEO.
c. FAVOR PROVEER A SU REPRESENTACION LEGAL CON SU CONTRATO O EN TIEMPO RAZONABLE LOS SIGUIENTES DOCUMENTOS: 1. copia de los formularios OP-15 (Informe de Cambio Especial), hora de servicio donde se incluya información de todos los aumentos de sueldos recibidos por usted en su empleo, 2. copia de cualquier carta o documento donde Ud. le haya solicitado a la agencia o a su supervisor la actualización de la escala de retribución y/o solicitado orientación sobre sus derechos y correspondiente contestación.

LAW OFFICES
# IVONNE GONZÁLEZ MORALES

P.O. BOX 9021828
SAN JUAN
PUERTO RICO 00902-1828
TEL. (787) 724-5323
FAX (787) 200-5927

GALLARDO BLDG.
SUITE 305
301 RECINTO SUR ST.
OLD SAN JUAN, PUERTO RICO 00902
ivonnegm@prw.net

FECHA : 20 de marzo de 2013

A : Sra. Yamaris Ramos Rosa:

DE : Oficina Lcda. Ivonne González Morales y
Lcda. Milagros Acevedo Colón

ASUNTO: Andino Rodríguez, Ada y otros v ELA, Depto. de la Familia y otros, CIVIL NUM. K AC 2012-1259 (902)

Correspondiendo a su comunicación, se le confirma que a usted se le incluyó como demandante en el caso de Andino Rodríguez arriba identificado, [quinta demanda]. Por lo cual, agradecemos que para futuras ocasiones utilice el nombre del referido caso, para solicitar información sobre el status de su demanda.

Deseamos, también informarle que comenzamos este año reafirmando nuestro compromiso de hacer la diferencia y continuar abriendo el camino para lograr la vindicación de tu derecho a recibir igual trato, con respecto a los ajustes de sueldo que recibieron los empleados que representamos en los casos de Carmen Socorro Cruz Hernández v Departamento de la Familia y otros KAC1991-0665 y Nilda Agosto v ELA, TPI- KPE2005-0608 y haber éstos resultado victoriosos en su impugnación del plan de retribución del Departamento de la Familia y Administraciones adscritas.

Por otra parte y por haberse acumulado en la demanda un numeroso grupo de empleados, resulta importante establecer una cadena de comunicación efectiva para hacerles llegar información actualizada sobre los trámites que se van realizando. Por lo que estamos solicitando, entre los demandantes voluntarios [dos o tres de cada oficina local y/o región, los cuales deben tener dirección de correo electrónico personal, [email] para que sirvan de enlace entre nuestra Oficina y los empleados de cada área o región. A éstos se les remitirá, como líderes de grupo, la lista de demandantes de tu caso e información pertinente a los otros casos que tenemos radicados para que la compartan con sus compañeros y de esa forma evitar nos sobrecarguen de trabajo y gastos innecesarios, contestando decenas de cartas individuales. Además, porque canalizando las comunicaciones con los líderes de grupo, nos ayuda a desarrollar estrategias que permitan el óptimo manejo de todos los casos.

De igual forma, le informamos que al haber el Departamento observado un patrón histórico de intransigencias y tácticas dilatorias para evitar responsabilidad, según historial y experiencia previa, por lo que el presente caso, al igual que los otros, tomará tiempo resolverlo.

Por tal razón es importante contar con la cooperación de todos los empleados acumulados en este caso, para que nos informen la designación del representante de tu oficina local y de área y nos remitan a nuestro correo electrónico el nombre de las personas designadas, con el correspondiente email. No olviden que gran parte del éxito que hemos tenido es por la cooperación que hemos recibido de todos nuestros clientes.

También es importante ponerlos sobre aviso sobre una situación que ha llegado a nuestra atención, pues hay unas personas que están pidiéndole a los empleados que llenen un formulario para determinar si cualifican para ajuste salarial. y sin dar la debida orientación o detalles de que pretenden presentar una demanda igual a la que ya radicamos y donde tu eres parte demandante.

Toda vez que usted ya se encuentra en la demanda de Andino Rodríguez y otros v ELA, supra y cualquier otro empleado que ya haya radicado su reclamación a través de nuestra oficina, no deben llenar el referido formulario, ni preocuparse, pues es fácil entender que, no solo estarían propiciando la duplicidad indebida de procedimientos judiciales, sino que podría crear serios conflictos que pueden poner en riesgo la reclamación que estamos llevando en tu beneficio. Para evitar el problema señalado te estamos incluyendo el listado de empleados que ya tienen radicada demandas y lo compartas con tus compañeros. Además, deseamos darle las gracias por la confianza depositada en nosotros respecto a la tramitación de tu reclamación.

*Se llamó el 4/4/13 y se habló con la secretaria. Indicó que no aparecio en la 4ta demanda.*



| NOMBRE | DIRECCION | PUESTO | AGENCIA | PUEBLO |
|---|---|---|---|---|
| 872. QUIÑONES DIAZ, TEDDY | | CONDUCTOR | ADFAN | CONOVANAS |
| 873. QUIÑONES OJEDA, NOEMI | | OFICINISTA I | DEPT. FAM. | HUMACAO |
| 874. QUIÑONES RAMOS, JAMES | | OFICINISTA I | DEPT. FAM. | BAYAMON |
| 875. QUIÑONES RIVERA, MAGALY | | TASF I | DEPT. FAM. | CANOVANAS |
| 876. QUIÑONES SANCHEZ, ANA M. | | TRABAJADORA SOC. II | DEPT. FAM. | GUAYNABO II |
| 877. QUIÑÓNEZ ORTEGA, SARA | | ASISTENTE SERVICIOS | DEPT. FAM. | SAN JUAN |
| 878. QUIÑÓNEZ RODRÍGUEZ, JOSE | | ANALISTA DE RECURSOS HUMANOS 3 | ACUDEN | SAN JUAN |
| 879. QUIÑÓNEZ TORRES, RUTH D. | | SASF 2 | DEPT. FAM. | GUAYAMA |
| 880. QUIRINDONGO ALBINO, EDGAR | | TEC. SERVICIOS DE FAM. | DEPT. FAM. | PENUELAS |
| 881. QUIROS ORTIZ, BRENDA IVETEE | | EPA I | ASUME | JUANA DIAZ |
| 882. RAICES MENDEZ, MARYBELL | | TRABAJO SOCIAL | DEPT. FAM. | ARECIBO |
| 883. RAMIREZ GARCIA, TERESA A. | | DIRECT. EJEC.I | ACUDEN | SAN JUAN |
| 884. RAMIREZ LEBRON, SANDRA | | ESP. PRENS. ALIM. | ASUME | PONCE |
| 885. RAMIREZ COLON, ANGEL L. | | TASF 2 | DEPT. FAM. | OROCOVIS |
| 886. RAMIREZ COLON, FRANCISCO | | CONDUCTOR | DPT. FAM. | PONCE |
| 887. RAMIREZ DIAZ, NOELIA | | OFICINISTA 1 | ADSEF | SAN JUAN |
| 888. RAMIREZ GARCIA, TERESA A. | | DIRECT. EJEC. 1 | ACUDEN | SNA JUAN |
| 889. RAMIREZ MELENDEZ, RAFAEL A. | | OFICINISTA II | DEPT. FAM. | CAROLINA |
| 890. RAMIREZ NUNEZ, JACQUELINE | | TEC. ASIS. SOCIAL FAM. | ADSEF | SAN JUAN |
| 891. RAMIREZ RAMIREZ, ROLANDO | | OFIC. III | ASUME | DORADO |
| 892. RAMIREZ RIVERA, MARTHA | | TEC. SIST. OFIC. 1 | ACUDEN | SAN JUAN |
| 893. RAMIREZ VELAZQUEZ, GLORIANN | | TRABAJADORA SOCIAL 1 | DEPT. FAM. | ARROYO |
| 894. RAMIREZ VILLANUEVA, EMANUEL | | TASF 1 | DEPT. FAM. | DORADO |
| 895. RAMOS GUZMAN, ESTEFITA | | DIREC.ASSOC. | ADSEF | PONCE |
| 896. RAMOS AGRON, ELBA N. | | DIRECTORA LOCAL 1 | DEPT. FAM. | ANASCO |
| 897. RAMOS ALFONSECA, ELIZA | | TECN. SERV. FAMILIA 1 | DEPT. FAM. | SAN JUAN |
| 898. RAMOS CARRION, MARIBELLA | | AUX.SIST. OFIC. I | ACUDEN | VIEQUES |
| 899. RAMOS COLON, YARITZA | | TSF I | ADFAN | CAGUAS |
| 900. RAMOS LASSUS, THELMA | | TRABAJADORA SOCIAL 1 | ADFAN | GUAYAMA |
| 901. RAMOS LOPEZ, ELSIE | | ADM. OFICINA | REHB. VOC. | SAN JUAN |
| 902. RAMOS ORTIZ, CARMEN E. | | TECNICO | ADSEF | BAYAMON |
| 903. RAMOS ORTIZ, DAYNNA | | AUX. SIST. OFIC 1 | DEPT. FAM. | GUAYNABO |
| 904. RAMOS ORTIZ, MADELINE | | TASF II | DEPT. FAM. | GUAYAMA |
| 905. RAMOS ROSA, YAMARIS | | TASF II | DEPT. FAM. | BAYAMON |
| 906. RAMOS SANTANA, MERCEDES | | COORD.AUXILIAR | ACUDEN | HUMACAO |
| 907. REVERON VARGAS, JUAN R. | | SUPERVISOR TSI | DEPT. FAM. | CAROLINA |
| 908. REYES DIAZ, DAPHNE | | TEC. SSIT. OFIC. II | ACUDEN | SAN JUAN |
| 909. REYES AGRON, LILLIAM Z. | | ASO IV | DEPT. FAM. | AÑASCO |
| 910. REYES BERMUDEZ, ALICIA | | TRADUCTORA | ASUME | SAN JUAN |
| 911. REYES FIGUEROA, ANELLY | | OFI. RELACIONES | DEPT. FAM. | AGUAS BUENAS |
| 912. REYES GONZALEZ, RAMON E. | | CONSERJE 1 | ADFAN | SAN JUAN |
| 913. REYES LOPEZ, DIMARYS | | TRABAJADOR SOCIAL 1 | ADFAN | CANOVANAS |
| 914. REYES MALDONADO, LISSETTE A. | | ASO I | ACUDEN | ARECIBO |
| 915. REYES MELENDEZ, ONAYKA | | TRABAJO SOCIAL | DEPT. FAM. | CAGUAS |
| 916. REYES MERCED, BLANCA E. | | OFICIAL ADMINISTRATIVO | REHB. VOC. | CAGUAS |
| 917. REYES ORTIZ, MYRNA | | TRABAJADOR SOCIAL 1 | ADFAN | SAN JUAN |
| 918. REYES REYES, MIGDALIA | | TEC. SERV. | REHAB. VOC. | BAYAMON |
| 919. REYES RIVERA, SONIA | | OFICINISTA Q | DEPT. FAM. | COMERIO |

19

Gobierno de Puerto Rico
**OFICINA DE ADMINISTRACIÓN Y TRANSFORMACIÓN DE LOS RECURSOS HUMANOS**
San Juan, Puerto Rico

**PLAN DE CLASIFICACIÓN DE PUESTOS Y DE RETRIBUCIÓN UNIFORME PARA EL GOBIERNO CENTRAL**

**AGRUPACIÓN DE CLASES DE PUESTOS POR ESCALAS DE SUELDOS**

Representa una relación de la jerarquía relativa de cada una de las clases de puestos comprendidas en el Plan de Clasificación de Puestos para el Servicio de Carrera del Gobierno de Puerto Rico, en la escala de valores del Gobierno Central.

| Número de Escala | Escala Retributiva y Título de la Clase | Número de Codificación |
|---|---|---|
| 1 | | |
| | AYUDANTE DEL SERVICIO AUTOMOTRIZ | 1311 |
| | CONSERJE | 1111 |
| | CUIDADOR(A) DE ANIMALES DE ZOOLÓGICO | 17111 |
| | ENCARGADO(A) AUXILIAR DE LA PROPIEDAD | 2372 |
| | ENCARGADO(A) DE ESTABLO | 17122 |
| | INJERTADOR(A) | 1312 |
| | OFICINISTA DE SALA DE AUTOPSIA | 12711 |
| | OPERADOR(A) DE MÁQUINA DE PINTAR LÍNEAS DE TRÁNSITO | 1222 |
| | TRABAJADOR(A) DE CONTROL DE VECTORES | 7211 |
| | TRABAJADOR(A) DE DESPACHO DE COMBUSTIBLES | 1151 |

DRAFT

OATRH
1

Gobierno de Puerto Rico
**OFICINA DE ADMINISTRACIÓN Y TRANSFORMACIÓN DE LOS RECURSOS HUMANOS**
San Juan, Puerto Rico

**AGRUPACIÓN DE CLASES DE PUESTOS POR ESCALAS DE SUELDOS**

| Clase | Código |
|---|---|
| SUPERVISOR(A) DE SECCIÓN DE EVIDENCIA DIGITAL | 12783 |
| SUPERVISOR(A) DE SERVICIOS DE LABORATORIO II | 7813 |
| SUPERVISOR(A) DE SISTEMAS Y PROCEDIMIENTOS | 5123 |
| SUPERVISOR(A) DE TÉCNICOS(AS) DE EPIDEMIOLOGÍA II | 7283 |
| SUPERVISOR(A) DE TERAPIA OCUPACIONAL II | 7543 |
| TÉCNICO(A) DE APOYO Y MODALIDADES DE EMPLEO | 8311 |
| TÉCNICO(A) DE ASISTENCIA SOCIAL Y FAMILIAR | 9211 |
| TÉCNICO(A) DE EVALUACIÓN Y AJUSTE | 8221 |
| TÉCNICO(A) DE LABORATORIO DE PESAS Y MEDIDAS | 19633 |
| TÉCNICO(A) DE SERVICIOS A LA FAMILIA | 9221 |

[handwritten annotation: Escala 22 →]

**23**

| Clase | Código |
|---|---|
| ADMINISTRADOR(A) DE DOCUMENTOS PÚBLICOS | 21321 |
| ADMINISTRADOR(A) DE INSTALACIONES | 21331 |
| AGENTE ESPECIAL FISCAL PRINCIPAL | 14232 |
| ANALISTA DE OPERACIONES FINANCIERAS II | 19672 |

[watermark: DRAFT]

Plan Retributivo Uniforme que Regirá para el Servicio de Carrera Unionado en el Gobierno de Puerto Rico

| Núm. de la Escala | Tipo Mínimo | Tipos Intermedios ||||||||||||||| Tipo Máximo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | |
| 1 | 1,504 | 1,542 | 1,580 | 1,620 | 1,660 | 1,702 | 1,744 | 1,788 | 1,832 | 1,878 | 1,925 | 1,973 | 2,023 | 2,073 | 2,125 | 2,178 | 2,233 |
| 2 | 1,549 | 1,588 | 1,628 | 1,668 | 1,710 | 1,753 | 1,797 | 1,841 | 1,887 | 1,935 | 1,983 | 2,033 | 2,083 | 2,135 | 2,189 | 2,244 | 2,300 |
| 3 | 1,596 | 1,635 | 1,676 | 1,718 | 1,761 | 1,805 | 1,850 | 1,897 | 1,944 | 1,993 | 2,042 | 2,094 | 2,146 | 2,200 | 2,255 | 2,311 | 2,369 |
| 4 | 1,643 | 1,685 | 1,727 | 1,770 | 1,814 | 1,859 | 1,906 | 1,954 | 2,002 | 2,052 | 2,104 | 2,156 | 2,210 | 2,266 | 2,322 | 2,380 | 2,440 |
| 5 | 1,693 | 1,735 | 1,778 | 1,823 | 1,868 | 1,915 | 1,963 | 2,012 | 2,062 | 2,114 | 2,167 | 2,221 | 2,277 | 2,333 | 2,392 | 2,452 | 2,513 |
| 6 | 1,744 | 1,787 | 1,832 | 1,878 | 1,925 | 1,973 | 2,022 | 2,073 | 2,124 | 2,177 | 2,232 | 2,288 | 2,345 | 2,404 | 2,464 | 2,525 | 2,588 |
| 7 | 1,796 | 1,841 | 1,887 | 1,934 | 1,982 | 2,032 | 2,083 | 2,135 | 2,188 | 2,243 | 2,299 | 2,356 | 2,415 | 2,476 | 2,537 | 2,601 | 2,666 |
| 8 | 1,850 | 1,896 | 1,943 | 1,992 | 2,042 | 2,093 | 2,145 | 2,199 | 2,254 | 2,310 | 2,368 | 2,427 | 2,488 | 2,550 | 2,614 | 2,679 | 2,746 |
| 9 | 1,905 | 1,953 | 2,002 | 2,052 | 2,103 | 2,156 | 2,209 | 2,265 | 2,321 | 2,379 | 2,439 | 2,500 | 2,562 | 2,626 | 2,692 | 2,759 | 2,828 |
| 10 | 1,962 | 2,011 | 2,062 | 2,113 | 2,166 | 2,220 | 2,276 | 2,333 | 2,391 | 2,451 | 2,512 | 2,575 | 2,639 | 2,705 | 2,773 | 2,842 | 2,913 |
| 11 | 2,021 | 2,072 | 2,124 | 2,177 | 2,231 | 2,287 | 2,344 | 2,403 | 2,463 | 2,524 | 2,587 | 2,652 | 2,718 | 2,786 | 2,856 | 2,927 | 3,001 |
| 12 | 2,082 | 2,134 | 2,187 | 2,242 | 2,298 | 2,355 | 2,414 | 2,475 | 2,537 | 2,600 | 2,665 | 2,732 | 2,800 | 2,870 | 2,942 | 3,015 | 3,091 |
| 13 | 2,144 | 2,198 | 2,253 | 2,309 | 2,367 | 2,426 | 2,487 | 2,549 | 2,613 | 2,678 | 2,745 | 2,814 | 2,884 | 2,956 | 3,030 | 3,106 | 3,183 |
| 14 | 2,209 | 2,264 | 2,320 | 2,379 | 2,438 | 2,499 | 2,561 | 2,625 | 2,691 | 2,758 | 2,827 | 2,898 | 2,970 | 3,045 | 3,121 | 3,199 | 3,279 |
| 15 | 2,275 | 2,332 | 2,390 | 2,450 | 2,511 | 2,574 | 2,638 | 2,704 | 2,772 | 2,841 | 2,912 | 2,985 | 3,060 | 3,136 | 3,214 | 3,295 | 3,377 |
| 16 | 2,343 | 2,402 | 2,462 | 2,523 | 2,586 | 2,651 | 2,717 | 2,785 | 2,855 | 2,926 | 2,999 | 3,074 | 3,151 | 3,230 | 3,311 | 3,394 | 3,478 |
| 17 | 2,413 | 2,474 | 2,536 | 2,599 | 2,664 | 2,731 | 2,799 | 2,869 | 2,941 | 3,014 | 3,089 | 3,167 | 3,246 | 3,327 | 3,410 | 3,495 | 3,583 |
| 18 | 2,486 | 2,548 | 2,612 | 2,677 | 2,744 | 2,813 | 2,883 | 2,955 | 3,029 | 3,105 | 3,182 | 3,262 | 3,343 | 3,427 | 3,512 | 3,600 | 3,690 |
| 19 | 2,560 | 2,624 | 2,690 | 2,757 | 2,826 | 2,897 | 2,969 | 3,044 | 3,120 | 3,198 | 3,278 | 3,360 | 3,444 | 3,530 | 3,618 | 3,708 | 3,801 |
| 20 | 2,637 | 2,703 | 2,771 | 2,840 | 2,911 | 2,984 | 3,058 | 3,135 | 3,213 | 3,294 | 3,376 | 3,460 | 3,547 | 3,636 | 3,726 | 3,820 | 3,915 |
| 21 | 2,716 | 2,784 | 2,854 | 2,925 | 2,998 | 3,073 | 3,150 | 3,229 | 3,310 | 3,392 | 3,477 | 3,564 | 3,653 | 3,745 | 3,838 | 3,934 | 4,032 |
| 22 | 2,798 | 2,868 | 2,940 | 3,013 | 3,088 | 3,166 | 3,245 | 3,326 | 3,409 | 3,494 | 3,582 | 3,671 | 3,763 | 3,857 | 3,953 | 4,052 | 4,153 |
| 23 | 2,882 | 2,954 | 3,028 | 3,103 | 3,181 | 3,261 | 3,342 | 3,426 | 3,511 | 3,599 | 3,689 | 3,781 | 3,876 | 3,973 | 4,072 | 4,174 | 4,278 |
| 24 | 2,968 | 3,042 | 3,119 | 3,197 | 3,276 | 3,358 | 3,442 | 3,528 | 3,617 | 3,707 | 3,800 | 3,895 | 3,992 | 4,092 | 4,194 | 4,299 | 4,406 |
| 25 | 3,057 | 3,134 | 3,212 | 3,292 | 3,375 | 3,459 | 3,546 | 3,634 | 3,725 | 3,818 | 3,914 | 4,011 | 4,112 | 4,215 | 4,320 | 4,428 | 4,539 |
| 26 | 3,149 | 3,228 | 3,308 | 3,391 | 3,476 | 3,563 | 3,652 | 3,743 | 3,837 | 3,933 | 4,031 | 4,132 | 4,235 | 4,341 | 4,450 | 4,561 | 4,675 |
| 27 | 3,244 | 3,325 | 3,408 | 3,493 | 3,580 | 3,670 | 3,761 | 3,856 | 3,952 | 4,051 | 4,152 | 4,256 | 4,362 | 4,471 | 4,583 | 4,698 | 4,815 |
| 28 | 3,341 | 3,424 | 3,510 | 3,598 | 3,688 | 3,780 | 3,874 | 3,971 | 4,070 | 4,172 | 4,277 | 4,383 | 4,493 | 4,605 | 4,720 | 4,839 | 4,959 |
| 29 | 3,441 | 3,527 | 3,615 | 3,706 | 3,798 | 3,893 | 3,991 | 4,090 | 4,193 | 4,297 | 4,405 | 4,515 | 4,628 | 4,744 | 4,862 | 4,984 | 5,108 |
| 30 | 3,544 | 3,633 | 3,724 | 3,817 | 3,912 | 4,010 | 4,110 | 4,213 | 4,318 | 4,426 | 4,537 | 4,650 | 4,767 | 4,886 | 5,008 | 5,133 | 5,261 |
| 31 | 3,651 | 3,742 | 3,835 | 3,931 | 4,030 | 4,130 | 4,234 | 4,339 | 4,448 | 4,559 | 4,673 | 4,790 | 4,910 | 5,032 | 5,158 | 5,287 | 5,419 |
| 32 | 3,760 | 3,854 | 3,950 | 4,049 | 4,150 | 4,254 | 4,361 | 4,470 | 4,581 | 4,696 | 4,813 | 4,934 | 5,057 | 5,183 | 5,313 | 5,446 | 5,582 |
| 33 | 3,873 | 3,970 | 4,069 | 4,171 | 4,275 | 4,382 | 4,491 | 4,604 | 4,719 | 4,837 | 4,958 | 5,082 | 5,209 | 5,339 | 5,472 | 5,609 | 5,749 |
| 34 | 3,989 | 4,089 | 4,191 | 4,296 | 4,403 | 4,513 | 4,626 | 4,742 | 4,860 | 4,982 | 5,106 | 5,234 | 5,365 | 5,499 | 5,637 | 5,777 | 5,922 |
| 35 | 4,109 | 4,212 | 4,317 | 4,425 | 4,535 | 4,649 | 4,765 | 4,884 | 5,006 | 5,131 | 5,260 | 5,391 | 5,526 | 5,664 | 5,806 | 5,951 | 6,100 |
| 36 | 4,232 | 4,338 | 4,446 | 4,557 | 4,671 | 4,788 | 4,908 | 5,031 | 5,156 | 5,285 | 5,417 | 5,553 | 5,692 | 5,834 | 5,980 | 6,129 | 6,283 |
| 37 | 4,359 | 4,468 | 4,580 | 4,694 | 4,812 | 4,932 | 5,055 | 5,181 | 5,311 | 5,444 | 5,580 | 5,719 | 5,862 | 6,009 | 6,159 | 6,313 | 6,471 |
| 38 | 4,490 | 4,602 | 4,717 | 4,835 | 4,956 | 5,080 | 5,207 | 5,337 | 5,470 | 5,607 | 5,747 | 5,891 | 6,038 | 6,189 | 6,344 | 6,503 | 6,665 |
| 39 | 4,624 | 4,740 | 4,859 | 4,980 | 5,105 | 5,232 | 5,363 | 5,497 | 5,634 | 5,775 | 5,920 | 6,068 | 6,219 | 6,375 | 6,534 | 6,698 | 6,865 |
| 40 | 4,763 | 4,882 | 5,004 | 5,129 | 5,258 | 5,389 | 5,524 | 5,662 | 5,804 | 5,949 | 6,097 | 6,250 | 6,406 | 6,566 | 6,730 | 6,899 | 7,071 |
| 41 | 4,906 | 5,029 | 5,154 | 5,283 | 5,415 | 5,551 | 5,690 | 5,832 | 5,978 | 6,127 | 6,280 | 6,437 | 6,598 | 6,763 | 6,932 | 7,106 | 7,283 |
| 42 | 5,053 | 5,180 | 5,309 | 5,442 | 5,578 | 5,717 | 5,860 | 6,007 | 6,157 | 6,311 | 6,469 | 6,630 | 6,796 | 6,966 | 7,140 | 7,319 | 7,502 |
| 43 | 5,205 | 5,335 | 5,468 | 5,605 | 5,745 | 5,889 | 6,036 | 6,187 | 6,342 | 6,500 | 6,663 | 6,829 | 7,000 | 7,175 | 7,354 | 7,538 | 7,727 |
| 44 | 5,361 | 5,495 | 5,632 | 5,773 | 5,918 | 6,066 | 6,217 | 6,373 | 6,532 | 6,695 | 6,863 | 7,034 | 7,210 | 7,390 | 7,575 | 7,764 | 7,958 |