Yamaris Ramos Ros
Calle Leila Oeste T-30
4ta Secc. Levittown
Toa Baja, PR 00949




U.S. POSTAGE PAID
FCM LETTER
TOA BAJA, PR
00949
NOV 03, 22
AMOUNT
**$5.08**
R2304W120110-51

1000    00918

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7021 2720 0001 6204 7151