United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767
November, 1, 2022

| In re | |
|---|---|
| The Financial Oversight and management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al debtor | PROMESA Title III  No. 17 BK 3283-LTS  Jointly Administered |

Motion to the Bankruptcy Court I submit addition paper or document to the October 20 2022 docket entry Nos 22665 and 22667 in Case No 17-3283

To the Honorable United States District Judge Laura Taylor Swain

Comes now Plaintiff-Appellant Obe E Johnson and before this Honorable Court respectfully states alleges and plays as follows

I am submitting paper - document to the October 24-2022 order if I got it right

Sign Obe E Johnson

Obe E Johnson Institucion Guayama 500 BA-099
P.O. Box 1000-5 Guayama PR 00785