Ope E. Johnson
Institucion Guayama 500
AB-099
P.O. Box 1600-5
Guayama, PR 00785

3 noviembre 22

Clerks Office
United States District Court
Room 150 Federal Bldg
San Juan, PR 00918-1767