UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER TERMINATING MOTION FOR JOINDER OF CREDITOR R&D MASTER
ENTERPRISES, INC. TO: (A) MOTION TO DISQUALIFY MCKINSEY &
COMPANY, INC. AND ITS AFFILIATES (DOC. NO. 20,873), AND (B) MOTION
TO DISQUALIFY THE LAW FIRM O'NEILL & BORGES LLC *(*DOC. NO. 22,025)

      The Court has received and reviewed the *Motion for Joinder of Creditor R&D Master Enterprises, Inc. to: (A) Motion to Disqualify McKinsey & Company, Inc. and Its Affiliates (Doc. No. 20,873), and (B) Motion to Disqualify the Law Firm O'Neill & Borges LLC (Doc No. 22,025)* (Docket Entry No. 22829 in Case No. 17-3283) (the "Pleading"), filed by María Magdalena Díaz Vila, President, on behalf of R&D Master Enterprises, Inc. ("R&D").

      The Pleading is defective because it was not filed by counsel to R&D. Business entities may not appear in this proceeding without counsel, as they are not natural persons. Rowland v. California Men's Colony, 506 U.S. 194, 202-03 (1993) (explaining that corporations

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and other artificial entities can only appear in federal court through licensed counsel). Accordingly, the Pleading is hereby stricken. To the extent the Pleading may be construed as an application requesting action by the Court, it is denied.

This Order resolves Docket Entry No. 22829 in Case No. 17-3283.

SO ORDERED.

Dated: November 9, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge