## EXHIBIT A

**PROPOSED ORDER**

4

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### ORDER AUTHORIZING JOINDER

On November 4, 2022, R&D Master Enterprises, Inc., a creditor of the Commonwealth of Puerto Rico (the "Movant"), filed a motion requesting the entry of an order providing to join relator Carlos Lamoutte in the disqualification pleadings which are the subject matter of Doc. Nos. 20,873, 20,923, 20,946, 20,989, 20,959, 21,094, 21,096, 21,124, 21,485, 21,572, 21,604, 21,854, 21,925, 21,938, 21,970, 21,975, 21,989, 21,990, 22,020, 22,025, 22,035, 22,090, 22,146, 22,216, 22,232, 22,320, 22,401, 22,404, 22,419, 22,468, 22,485, 22,487, 22,756, 22,779, and 22,800 (the "Motion for Joinder").

The Motion for Joinder is hereby granted. To the extent that the subject matter of Movant's Motion for Joinder has been fully briefed and is *sub judice*, the Movant is hereby instructed by the Court that it may not file any additional motions or document following the granting of this Order by the Court.

SO ORDERED.

Dated: November ____, 2022

_____<br>Laura Taylor Swain<br>United States District Judge