IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA JUDITH DIAZ-CASTRO, representing her minor age son W.C.D.<br>Plaintiff<br>vs<br>COMMONWEALTH OF PUERTO RICO; JUAN J. COLON-BAEZ; MARIO RIVERA-GEIGEL; LUIS RIOS-DIAZ; LUIS NAVAS-DE LEON; LEILANY CARRION-DEL TORO; JOHN DOES 1-100<br>Defendants | CIVIL 16-2873CCC |

**STAY ORDER**

Having considered the Notice of Commencement of Case Under Title III of PROMESA and of Automatic Stay of Proceedings (**d.e. 30**) filed on June 19, 2017 by the Department of Justice of the Commonwealth of Puerto Rico on behalf of defendants Commonwealth of Puerto Rico, Juan J. Colón-Báez, and Mario Rivera-Géigel, the same is GRANTED.  This case is STAYED pursuant to 48 U.S.C. sec. 2161(a) and 11 U.S.C. sec. 362(a) and 922(a).  Any request to lift or vacate the stay must be filed in Bankruptcy Case No. 17-bk-03283(LTS).

SO ORDERED.

At San Juan, Puerto Rico, on June 30, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge