# United States Court of Appeals
## For the First Circuit

No. 22-1150

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

JAIME A. DIAZ O'NEILL,

Claimant - Appellant,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors - Appellees.

**MANDATE**

Entered: November 9, 2022

In accordance with the judgment of May 23, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia D. Alonzo
Ginger D. Anders
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Guy Brenner
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Raul Castellanos-Malave
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Maria Jennifer DiConza
Arturo Diaz-Angueira
Jaime A. Diaz-O'Neill
Adele M. El-Khouri
Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Michael A. Firestein
Carla Garcia-Benitez
Chad Golder
Michael R. Hackett
Mark David Harris
Stephan E. Hornung
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Michael Luskin
Rachel G. Miller Ziegler
Gabriel A Miranda-Rivera

Timothy W. Mungovan
Mariana Muniz-Lara
Susana I. Penagaricano Brown
Kevin J. Perra
Paul V. Possinger
Juan Carlos Ramirez-Ortiz
Sergio A. Ramirez-de-Arellano
Lary Alan Rappaport
Stephen L. Ratner
John E. Roberts
Nelson Robles Diaz
Jennifer L. Roche
Brian S. Rosen
Laura E. Stafford
Donald B. Verrilli Jr.
Steven O. Weise
Maja Zerjal