**EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**[PROPOSED] ORDER GRANTING URGENT MOTION OF FUEL LINE LENDERS
FOR EXAMINATION OF OVERSIGHT BOARD UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004 CONCERNING VITOL SETTLEMENT
AGREEMENT**

Upon consideration of the *Urgent Motion of Fuel Line Lenders under Federal Rule of
Bankruptcy Procedure 2004 to Conduct an Examination of the Financial Oversight and
Management Board for Puerto Rico Concerning a Settlement Reached Between the Oversight
Board and Vitol S.A or its Affiliates* (the "Rule 2004 Motion") and the *Joinder of Assured
Guaranty Corp., Assured Guaranty Municipal Corp., the Ad Hoc Group of PREPA Bondholders,
National Public Finance Guarantee Corporation, Syncora Guarantee Inc., and the PREPA Bond
Trustee to Urgent Motion of Fuel Line Lenders for Examination of Oversight Board Under
Federal Rule of Bankruptcy Procedure 2004 Concerning Vitol Settlement Agreement (ECF No.
22810)* (the "Joinder"); and the Court having found and determined that (i) it has jurisdiction
over this proceeding and, the Rule 2004 Motion, and the Joinder; (ii) good cause exists for the
relief requested therein; (iii) notice of the Rule 2004 Motion being adequate and proper under the
circumstances; IT IS HEREBY ORDERED THAT:

1.      The Rule 2004 Motion is GRANTED.

2.      The Fuel Line Lenders, the Trustee, and the PREPA Bondholders are authorized
to seek document discovery from the Oversight Board consistent with the requests described in
Exhibit B to the Rule 2004 Motion (filed as ECF No. 22810-2).

3.      The Oversight Board shall comply with the document requests described in
Exhibit B by the dates set forth in the document requests, unless extended by mutual agreement.

4.      Any documents, information, or responses produced as authorized by this Order
or in response to any subpoena shall be produced to the Fuel Line Lenders, U.S. Bank National
Association as Trustee (the "Trustee"), Assured Guaranty Corp. and Assured Guaranty

Municipal Corp. ("Assured"), the Ad Hoc Group of PREPA Bondholders (the "Ad Hoc Group"), National Public Finance Guarantee Corporation ("National"), and Syncora Guarantee Inc. ("Syncora," and together with Assured, the Ad Hoc Group, and National, the "PREPA Bondholders"), and counsel to the Fuel Line Lenders, Trustee, Assured, the Ad Hoc Group, National, and Syncora shall have the right to attend and participate in any depositions authorized by the Court.  The Fuel Line Lenders, Trustee, Assured, the Ad Hoc Group, National, and Syncora shall also have the right to participate in any meet-and-confer process and/or hearing related to the Rule 2004 Motion or this Order.

5. 4. Nothing herein shall limit the Fuel Line Lenders', the Trustee's, Assured's, the Ad Hoc Group's, National's, or Syncora's right to request additional discovery, including any additional document requests or depositions, under Rule 2004 and/or any other applicable law, based on any information that may be revealed as a result of the information provided pursuant to this Order or otherwise.

6. 5. This Court shall retain jurisdiction to resolve any dispute arising from or related to this Order and to interpret, implement and enforce the provisions of this Order.

SO ORDERED

Date: , _____ 2022

_____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

Document comparison by Workshare Compare on Thursday, November 10, 2022 6:08:09 PM

| Input: | |
|---|---|
| Document 1 ID | iManage://USDMS10/USActive/58342755/1 |
| Description | #58342755v1<USActive> - Joinder Proposed Order |
| Document 2 ID | iManage://USDMS10/USActive/58342755/3 |
| Description | #58342755v3<USActive> - Exhibit A - Rule 2004 Joinder Proposed Order |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 10 |
| Deletions | 3 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 13 |