**Efrain Márquez Guzmán**
10 Calle Alondra Apt. 97
Condominio Alondra
Buzón 16
San Lorenzo, P. R. 00754

7 de noviembre de 2022

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardon
Edificio Federal
San Juan, Puerto Rico 00918

Re: PROMESA Titulo III
Num. 17 BK 3283-LTS     Anexo A de la Objeción Global  Claim 7743

Estimados señores:

Acabamos de recibir una notificación del Tribunal de Distrito de los Estados Unidos, Distrito de PR donde se nos informa que nuestra reclamación será rechazada por las razones que se explican en el Anejo A.

Deseo radicar una réplica por no estar de acuerdo. Como saben estos asuntos son un poco complicados y deseamos que se nos explique las razones concretas y si hay alguna oportunidad de recuperar algo de lo que el gobierno nos defraudó.

Incluyo copia de los documentos mencionados.

En espera que se nos tenga en cuenta quedo,

Cordialmente,

Efrain Márquez Guzmán

Anejo  Notificacion del Tribunal Federal
        Anejo  A