Efrain Marquez Guzman
10 Alondra St. Apt. 97
San Lorenzo, P. R. 00754-3171



Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardon
Edificio Federal
San Juan, Puerto Rico 00918