Maribel Pérez Rodríguez
400 c/ Katurce
Urb. Vega Buena
Vega Baja, P.R 00693

Secretaria (Clerk's Office)
Tribunal de Distrito/US to Estado Unidos
Calle #150 Edificio Federal
Avenida Chardón
San Juan, P.R 00918-1767

7022 0410 0000 8395 6724

CERTIFIED MAIL