CLERK'S OFFICE

United States District Court
Room 150 Federal Bldg
San Juan P.R. 00918-1767
November, 3 2022

| | |
|---|---|
| In re: The Financial Oversight And management Board For Puerto Rico  as representative of  The Commonwealth of Puerto Rico et al  debtors | PROMESA Title III  No. 17 BK 3283-LTS  Jointly Administered |

To the Bankruptcy Court I send addition, paper or document.

To the Honorable United States District Judge Laura Taylor - Swain,

Comes now plaintiff - Appellant Obe E Johnson, and before this Honorable court respectfully states alleges and prays as follows

I am submitting paper - document to the October - 24 - 2022, ordered docket entry nos 22665 and 22667 in case no. 17-3283

Signature Obe E Johnson

Address

Institution Guayama 500
P.O. Box 1000-S
Guayama PR 00785

November - 3 2022