Obe E, Juan Jose
Institucion Guayama 500
BA-099
P.O. Box 1000-5
Guayama, PR 00785

7 Nauiembre 22

Clerk Office
United States District Court
Room 150 Federal Bldg