UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,,

    Debtors.[1]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF JARED M. DUBOSAR

**COMES NOW**, Jared M. DuBosar, applicant herein and respectfully states:

1.     Applicant is an attorney with the law firm of Proskauer Rose LLP, with offices at:

> **PROSKAUER ROSE LLP**
> 2255 Glades Road
> Suite 421 Atrium
> Boca Raton, FL 33431
> Tel: (561) 995-4702
> Fax: (561) 241-7145
> Email: jdubosar@proskauer.com

2.     Applicant will sign all pleadings with the name Jared M. DuBosar.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

3. Since 2018, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Florida, where applicant regularly practices. Law. Applicant's bar license number is 1011630.

4. Applicant has been retained personally or as a member of the above-named firm by the Financial Oversight and Management Board for Puerto Rico to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State of Florida | 2018 |
| United States District Court for the Southern District of Florida | 2021 |
| United States District Court for the Middle District of Florida | 2021 |

6. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

>Hermann D. Bauer
>USDC-PR Bar No. 215205
>**O'NEILL & BORGES LLC**
>250 Muñoz Rivera Ave., Suite 800
>San Juan, PR 00918-1813
>Email: hermann.bauer@oneillborges.com
>Telephone: (787) 764-8181
>Facsimile: (787) 753-8944

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases.

Date: November 10, 2022.

>Jared M. DuBosar
>Printed Name of Applicant


>*/s/ Jared M. DuBosar*
>Signature of Applicant

3

I HEREBY CERTIFY, pursuant to Local Civil Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: November 10, 2022.

<u>Hermann D. Bauer</u>
Printed Name of Local Counsel

<u>*/s/ Hermann D. Bauer*</u>
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

<u>*/s/ Jared M. DuBosar*</u>
Signature of Applicant

# **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2022.

_____
**U.S. District Judge**

1