UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,
Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283
(LTS)

( related to Docket No. 22836)

### Notice of Intent to Request Redaction of transcript of November 2, 2022 Omnibus Hearing

**To the Honorable United States District Court:**

**NOW COMES** the group wage creditors, as active or former government employees, in the litigation captioned: (1) Madeline Acevedo-Camacho v Family Department, ARV and AIJ, Case No. 2016-05-1340; (2) Francisco Beltran Cintron et al. v. Puerto Rico Department of Family Affairs, (CASP No. 2021-05-0345; (3) Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works, CASP No. 2021- 05-0346; (4) Prudencio Acevedo Arocho et al. v. Puerto Rico Department of Treasury, Case No. KAC-2005-5022 and (5) Carmen Socorro Cruz Hernandez et als v

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Family Department, ARV and AIJ, Case No K AC 1991-0665, **through** the undersigned attorney and respectfully states and prays:

1. On November 2, 2022, was held an Omnibus Hearing before Judge Laura Taylor Swain and Magistrate Judge Judith G. Dein (Court Reporter Amy Walker).

2. Appearing creditors file with the Court a Notice of Intent to Request Redaction of said transcript.

**WHEREFORE**, the Movant's respectfully pray for this Honorable Court to take notice of the present request.

**RESPECTFULLY SUBMITTED**.

I HEREBY CERTIFY, that on this date, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsels of record.

Dated: November 14, 2022, in San Juan, Puerto Rico,.

**ATTORNEY FOR GROUP CREDITORS**

By: *ISI IVONNE GONZALEZ-MORALES*
IVONNE GONZALEZ-MORALES
USDC NUM: 202701
P.O. BOX 9021828
SAN JUAN, PR 00902-1828
Tel. (787) 410-0119
E-mail: ivonnegm@prw.net

2