UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

   Debtors.[1]
---------------------------------------------------------------------x

PROMESA
TITLE III

Case No. 17-BK-3283-LTS

(Jointly Administered)

## ORDER GRANTING URGENT UNCONTESTED OMNIBUS MOTION FOR EXTENSION OF DEADLINES CONCERNING SCHEDULING OF MEDIATIONS

This matter is before the Court upon the *Urgent Uncontested Omnibus Motion for Extension of Deadlines Concerning Scheduling of Mediations* (Docket Entry No. __ in Case No. 17-3283) (the "Extension Motion").[2] Having considered the Extension Motion and determined that the bases set forth in the Extension Motion establish just cause for the relief granted in this Order, it is ORDERED that:

   1.    The Extension Motion is GRANTED.

   2.    The Mediation Scheduling Deadline set forth in the Court's Procedures is extended through and including **January 20, 2023**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK- 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK- 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Extension Motion.

1

3. This Order resolves Docket Entry No. \_\_\_\_ in Case No. 17-3283.

SO ORDERED.

Dated: _____, 2022

_____