**EXHIBIT B**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD JUNE 1, 2022 TO SEPTEMBER 30, 2022**

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,200 | 13.1 | $ 15,720.00 | - | $ - | 13.1 | $ 15,720.00 |
| Hu, Ji Yon | Senior Managing Director | 1,050 | 1.3 | 1,365.00 | - | - | 1.3 | 1,365.00 |
| Sombuntham, Natalie | Director | 865 | 41.8 | 36,157.00 | - | - | 41.8 | 36,157.00 |
| Hellmund-Mora, Marili | Manager | 300 | 1.1 | 330.00 | - | - | 1.1 | 330.00 |
| **SUBTOTAL** | | | **57.3** | **$ 53,572.00** | **-** | **$ -** | **57.3** | **$ 53,572.00** |
| Less: 50% discount for non-working travel time | | | | - | | - | | - |
| **GRAND TOTAL** | | | | **$ 53,572.00** | | **$ -** | | **$ 53,572.00** |