**EXHIBIT C**

SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION
FOR THE PERIOD JUNE 1, 2022 TO SEPTEMBER 30, 2022

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 4 | Analysis of the Fiscal Plan – General / Revenues | 17.2 | 15,816.00 | - | - | 17.2 | 15,816.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 3.0 | 3,131.00 | - | - | 3.0 | 3,131.00 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 5.4 | 5,676.00 | - | - | 5.4 | 5,676.00 |
| 23 | Firm Retention | 13.8 | 13,484.00 | - | - | 13.8 | 13,484.00 |
| 24 | Preparation of Fee Application | 17.9 | 15,465.00 | - | - | 17.9 | 15,465.00 |
| | **SUBTOTAL** | **57.3** | **$ 53,572.00** | **-** | **$ -** | **57.3** | **$ 53,572.00** |
| | Less: 50% discount for non-working travel time | | - | | - | | - |
| | **GRAND TOTAL** | | **$ 53,572.00** | | **$ -** | | **$ 53,572.00** |