# EXHIBIT D

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED ON
THE MAINLAND U.S. FOR THE PERIOD JUNE 1, 2022 TO SEPTEMBER 30, 2022**

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2022 TO JUNE 30, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 6/2/2022 | Sombuntham, Natalie | 0.4 | Research |
| 4 | 6/13/2022 | Gumbs, Sean | 1.2 | Review |
| 4 | 6/13/2022 | Sombuntham, Natalie | 1.3 | Analyze and update |
| 4 | 6/13/2022 | Sombuntham, Natalie | 1.3 | Research and analyze |
| 4 | 6/13/2022 | Sombuntham, Natalie | 0.7 | Analyze |
| 4 | 6/13/2022 | Sombuntham, Natalie | 1.6 | Analyze and research |
| 4 | 6/13/2022 | Sombuntham, Natalie | 3.2 | Draft |
| 4 | 6/14/2022 | Gumbs, Sean | 0.5 | Meet with N. Sombuntham (FTI) |
| 4 | 6/14/2022 | Sombuntham, Natalie | 0.6 | Participate on call with S. Gumbs (FTI) |
| 4 | 6/14/2022 | Sombuntham, Natalie | 2.2 | Edit |
| 4 | 6/15/2022 | Sombuntham, Natalie | 1.4 | Incorporate |
| 4 | 6/17/2022 | Gumbs, Sean | 1.1 | Review |
| 4 | 6/17/2022 | Sombuntham, Natalie | 0.2 | Participate on call with S. Gumbs (FTI) |
| 4 | 6/17/2022 | Sombuntham, Natalie | 0.4 | Correspond with Jenner, Bennazar and Marchand |
| 4 | 6/20/2022 | Sombuntham, Natalie | 0.8 | Perform |
| 4 | 6/20/2022 | Sombuntham, Natalie | 0.3 | Continue |
| **4 Total** | | | **17.2** | |
| 17 | 6/3/2022 | Gumbs, Sean | 1.0 | Participate on call |
| 17 | 6/3/2022 | Sombuntham, Natalie | 0.7 | (Partial) Participate on call |
| 17 | 6/6/2022 | Gumbs, Sean | 0.6 | Follow-up review |
| 17 | 6/13/2022 | Sombuntham, Natalie | 0.7 | Review |
| **17 Total** | | | **3.0** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2022 TO JUNE 30, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 6/10/2022 | Sombuntham, Natalie | 0.4 | Review ▮ |
| 18 | 6/20/2022 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar ▮ |
| 18 | 6/24/2022 | Gumbs, Sean | 1.2 | Prepare for COR meeting. |
| 18 | 6/24/2022 | Gumbs, Sean | 1.4 | Participate on Committee call ▮ |
| 18 | 6/24/2022 | Sombuntham, Natalie | 1.4 | Participate on Committee call ▮ |
| 18 | 6/24/2022 | Sombuntham, Natalie | 0.6 | Prepare ▮ |
| **18 Total** | | | **5.4** | |
| 23 | 6/8/2022 | Gumbs, Sean | 0.5 | Meet with L. Hu (FTI) and N. Sombuntham (FTI) to review US Trustee questions re: PRRADA disclosures. |
| 23 | 6/8/2022 | Gumbs, Sean | 0.4 | Review draft follow-up responses for US Trustee. |
| 23 | 6/8/2022 | Hu, Ji Yon | 0.5 | Meet with team to discuss responses to UST's questions on PRRADA disclosures. |
| 23 | 6/8/2022 | Sombuntham, Natalie | 0.4 | Participate on call with S. Gumbs (FTI) and L. Hu (FTI) re: US Trustee's additional PRRADA questions. |
| 23 | 6/8/2022 | Sombuntham, Natalie | 0.6 | Review US Trustee's additional PRRADA inquiries to draft initial responses. |
| 23 | 6/9/2022 | Gumbs, Sean | 0.8 | Call with internal conflicts personnel to review US Trustee questions. |
| 23 | 6/9/2022 | Hu, Ji Yon | 0.5 | Call with conflicts team to discuss responses to UST's questions on PRRADA disclosures. |
| 23 | 6/9/2022 | Sombuntham, Natalie | 0.4 | Participate on call with conflicts team re: US Trustee's additional inquiries on PRRADA declaration. |
| 23 | 6/9/2022 | Sombuntham, Natalie | 1.1 | Perform additional checks and inquiries per the US Trustee's requests on PRRADA diligence. |
| 23 | 6/10/2022 | Sombuntham, Natalie | 0.6 | Perform follow-ups with various team members to verify information for responses re: US Trustee's PRRADA inquiries. |
| 23 | 6/13/2022 | Gumbs, Sean | 0.4 | Follow-up on PRRADA disclosure questions. |
| 23 | 6/15/2022 | Gumbs, Sean | 0.4 | Finalize and send PRRADA response to UST. |
| 23 | 6/23/2022 | Gumbs, Sean | 0.4 | Follow-up with UST re: PRRADA disclosure questions. |
| 23 | 6/23/2022 | Sombuntham, Natalie | 0.3 | Review follow-up UST inquiry and verify facts. |
| **23 Total** | | | **7.3** | |
| 24 | 6/2/2022 | Sombuntham, Natalie | 0.3 | Reconcile the most recent schedule of billings and collections to prepare for final fee application. |
| 24 | 6/10/2022 | Sombuntham, Natalie | 0.3 | Reconcile the most recent schedule of billing and collections in advance of fee application preparation. |
| 24 | 6/21/2022 | Sombuntham, Natalie | 0.8 | Prepare the draft May Fee Statement exhibits. |
| 24 | 6/21/2022 | Sombuntham, Natalie | 0.2 | Correspond with the Fee Examiner re: support files for the 14th Interim Fee Application. |
| 24 | 6/27/2022 | Gumbs, Sean | 0.3 | Review May fee statement. |
| 24 | 6/29/2022 | Hellmund-Mora, Marili | 0.6 | Update and finalize the May fee statement. |
| **24 Total** | | | **2.5** | |
| **Grand Total** | | | **35.4** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2022 TO JULY 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 7/21/2022 | Sombuntham, Natalie | 1.7 | Draft the supplemental PRRADA declaration. |
| 23 | 7/21/2022 | Sombuntham, Natalie | 0.3 | Correspond with C. Wedoff (Jenner) re: draft supplemental PRRADA declaration. |
| 23 | 7/21/2022 | Sombuntham, Natalie | 0.7 | Incorporate updates to the supplemental PRRADA declaration draft. |
| 23 | 7/22/2022 | Sombuntham, Natalie | 0.6 | Incorporate edits and comments into the draft supplemental PRRADA declaration. |
| 23 | 7/25/2022 | Gumbs, Sean | 0.6 | Call to review/edit draft supplemental disclosure. |
| 23 | 7/25/2022 | Hu, Ji Yon | 0.3 | Call with team to walk through supplemental PRRADA disclosure. |
| 23 | 7/25/2022 | Sombuntham, Natalie | 0.3 | Participate on call with S. Gumbs (FTI) and L. Hu (FTI) re: draft supplemental PRRADA declaration. |
| 23 | 7/25/2022 | Sombuntham, Natalie | 0.6 | Finalize the PRRADA supplemental declaration. |
| 23 | 7/26/2022 | Gumbs, Sean | 0.4 | Finalize and file supplemental disclosure. |
| 23 | 7/27/2022 | Sombuntham, Natalie | 0.4 | Finalize and coordinate filing of the supplemental PRRADA declaration. |
| **23 Total** | | | **5.9** | |
| 24 | 7/6/2022 | Sombuntham, Natalie | 2.2 | Draft the 15th Interim Fee Application and exhibits. |
| 24 | 7/7/2022 | Gumbs, Sean | 0.4 | Review and provide comments re: 15th interim fee application. |
| 24 | 7/11/2022 | Gumbs, Sean | 0.6 | Review and finalize comments re: 15th interim fee application. |
| 24 | 7/22/2022 | Sombuntham, Natalie | 0.4 | Reconcile the latest schedule of billings and collections for final fee application preparation. |
| 24 | 7/24/2022 | Sombuntham, Natalie | 0.1 | Correspond with the Fee Examiner re: sub-retained vendor invoices. |
| **24 Total** | | | **3.7** | |
| **Grand Total** | | | **9.6** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2022 TO AUGUST 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 8/15/2022 | Sombuntham, Natalie | 0.6 | Review the UST's report on PRRADA status to ensure UST's questions for FTI are resolved. |
| **23 Total** | | | **0.6** | |
| 24 | 8/9/2022 | Sombuntham, Natalie | 1.8 | Prepare the draft June and July monthly fee statements. |
| 24 | 8/9/2022 | Sombuntham, Natalie | 0.4 | Reconcile the latest schedule of billings and collections for the purposes of final fee application preparation. |
| 24 | 8/15/2022 | Sombuntham, Natalie | 0.6 | Incorporate updates into the June and July Fee Statements per comments from the team. |
| 24 | 8/30/2022 | Sombuntham, Natalie | 0.6 | Review the Fee Examiner's letter re: interim fee application. |
| 24 | 8/31/2022 | Hellmund-Mora, Marili | 0.5 | Update and finalize the June and July fee application. |
| 24 | 8/31/2022 | Sombuntham, Natalie | 0.6 | Finalize and serve the June and July fee statements. |
| **24 Total** | | | **4.5** | |
| **Grand Total** | | | **5.1** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO SEPTEMBER 30, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 9/8/2022 | Sombuntham, Natalie | 1.6 | Analyze and draft response letter to the Fee Examiner re: 14th Interim Fee Application. |
| 24 | 9/9/2022 | Sombuntham, Natalie | 0.4 | Incorporate edits to the draft letter to the Fee Examiner. |
| 24 | 9/12/2022 | Gumbs, Sean | 0.5 | Review draft of Fee Examiner response letter. |
| 24 | 9/12/2022 | Sombuntham, Natalie | 0.4 | Incorporate additional edits to the fee examiner response letter draft. |
| 24 | 9/12/2022 | Sombuntham, Natalie | 0.2 | Serve the notice of no objection on the June and July fee statements. |
| 24 | 9/13/2022 | Sombuntham, Natalie | 0.6 | Prepare draft August Fee Statement and exhibits. |
| 24 | 9/14/2022 | Sombuntham, Natalie | 0.8 | Prepare draft exhibits to the final fee application. |
| 24 | 9/15/2022 | Sombuntham, Natalie | 1.7 | Continue to prepare draft exhibits to the final fee application. |
| 24 | 9/20/2022 | Sombuntham, Natalie | 0.3 | Correspond with the team re: latest fee examiner response draft letter. |
| 24 | 9/22/2022 | Sombuntham, Natalie | 0.3 | Finalize and serve the August Fee Statement. |
| 24 | 9/22/2022 | Sombuntham, Natalie | 0.4 | Draft additional edits to the Fee Examiner response letter. |
| **24 Total** | | | **7.2** | |
| **Grand Total** | | | **7.2** | |