# EXHIBIT G

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING,
INC. FOR THE PERIOD JUNE 1, 2022 TO SEPTEMBER 30, 2022**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2022 TO JUNE 30, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | | | |

**NOT APPLICABLE IN THIS MONTH**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2022 TO JULY 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|

**NOT APPLICABLE IN THIS MONTH**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2022 TO AUGUST 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|--------------|--------------|----------------|--------|
| | | | **NOT APPLICABLE IN THIS MONTH** | |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2022 TO SEPTEMBER 30, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | | | |

**NOT APPLICABLE IN THIS MONTH**