**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

    Debtors.[1]

------------------------------------------------------------------------x

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Jointly Administered)

**ORDER SETTING BRIEFING SCHEDULE**

This matter is before the Court on the *Urgent Uncontested Omnibus Motion for Extension of Deadlines Concerning Scheduling of Mediations* (Dkt. No. 22862 in Case No. 17-3283) (the "Omnibus Motion"), as it relates to thirteen (13) of the Avoidance Actions[2] listed in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Omnibus Motion.

the attached Appendix. The Court hereby sets the following briefing schedule on the Omnibus Motion:

1. Any oppositions to the Omnibus Motion shall be filed **on or before 3:00 p.m. (Atlantic Standard Time) on November 18, 2022**;

2. The Court will thereafter take the Omnibus Motion on submission unless the Court orders otherwise.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: November 15, 2022

2

**APPENDIX**

**REMAINING AVOIDANCE ACTIONS**

| | |
|---|---|
| 19-00043 | Drivetrain LLC v. Community Cornerstones, Inc. |
| 19-00048 | Drivetrain LLC v. Ambassador Veterans Services of Puerto Rico L.L.C. |
| 19-00053 | Drivetrain LLC v. Centro de Desarrollo Academico, Inc. |
| 19-00056 | Drivetrain LLC v. E. Cardona & Asociados, Inc. |
| 19-00075 | Drivetrain LLC v. Jose Santiago, Inc. |
| 19-00130 | Drivetrain LLC v. Seguros Colon Colon, Inc. |
| 19-00145 | Drivetrain LLC v. St. James Security Services, LLC |
| 19-00155 | Drivetrain LLC v. Rodriguez-Parissi & Co., C.S.P. |
| 19-00161 | Drivetrain LLC v. Didacticos, Inc. |
| 19-00162 | Drivetrain LLC v. Sesco Technology Solutions, LLC |
| 19-00218 | Drivetrain LLC v. Xerox Corporation |
| 19-00229 | Drivetrain LLC v. Junior Bus Line, Inc. |
| 19-00273 | Drivetrain LLC v. GM Security Technologies, Inc. |