**EXHIBIT B**

| | | SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | **Title or Position** | **Department** | **Date of First Admission** | **Fees Billed in this Application** | **Hours Billed in this Application** | **Hourly Rate Billed** | **Number of Rate Increases Since Case Inception** |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $98,577.00 | 365.10 | $270.00 | 0 |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $67.50 | 0.50 | $135.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $8,937.00 | 33.10 | $270.00 | 0 |
| | | **Total Partner:** | | **$107,581.50** | **398.70** | | |
| Luis Ramos | Member | Labor and Litigation | 2002 | $1,593.00 | 5.90 | $270.00 | 1 |
| | | **Total Member:** | | **$1,593.00** | **5.90** | | |
| Edna Tejeda | Counsel | Labor and Litigation | 2001 | $19,812.00 | 76.20 | $260.00 | 0 |
| | | **Total Counsel:** | | **$19,812.00** | **76.20** | | |
| Cristina Fernández | Junior Partner | Labor and Litigation | 2015 | $35,184.00 | 146.60 | $240.00 | 2 |
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $24,912.00 | 103.80 | $240.00 | 1 |

1

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | **Total Junior Partner:** |  | $60,096.00 | 250.40 |  |  |
| Paralegal Services | Paralegal | Labor and Litigation |  | $1,330.00 | 14.00 | $95.00 | 0 |
|  |  | **Total Paraprofessional:** |  | $1,330.00 | 14.00 |  |  |
|  | **Total:** |  |  | $190,412.50 | 745.20 |  |  |
|  | **Blended Rate:** |  |  |  |  | $255.52 |  |
|  | **Blended Rate Excluding Paraprofessionals:** |  |  |  |  | $258.59 |  |