# EXHIBIT D

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**EXHIBIT D-1**

| Task Code and Project Category | Budgeted Hours | | | | | Billed Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Total | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Total |
| B110 Case Administration | 10.00 | 10.00 | 15.00 | 15.00 | 50.00 | 6.80 | 1.10 | 1.20 | 0.40 | 9.50 |
| B112 General Creditor Inquiries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 70.00 | 70.00 | 70.00 | 70.00 | 280.00 | 52.80 | 68.80 | 65.30 | 69.30 | 256.20 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 12.00 | 15.00 | 15.00 | 15.00 | 57.00 | 2.50 | 3.60 | 1.50 | 4.60 | 12.20 |
| B155 Court Hearings | 10.00 | 10.00 | 10.00 | 10.00 | 40.00 | 3.80 | 1.90 | 6.00 | 0.40 | 12.10 |
| B160 Employment / Fee Applications | 3.00 | 20.00 | 5.00 | 5.00 | 33.00 | 0.40 | 18.50 | 2.40 | 0.00 | 21.30 |
| B161 Budgeting (Case) | 2.00 | 3.00 | 3.00 | 3.00 | 11.00 | 0.00 | 1.30 | 0.80 | 0.00 | 2.10 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 45.00 | 50.00 | 55.00 | 55.00 | 205.00 | 28.30 | 44.90 | 47.50 | 7.00 | 127.70 |
| B191 General Litigation | 75.00 | 85.00 | 85.00 | 75.00 | 320.00 | 72.90 | 27.30 | 34.50 | 30.60 | 165.30 |
| B195 Non-Working Travel | 5.00 | 5.00 | 5.00 | 3.00 | 18.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.50 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 80.00 | 70.00 | 40.00 | 15.00 | 205.00 | 38.20 | 0.00 | 24.30 | 13.80 | 76.30 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 15.00 | 15.00 | 15.00 | 10.00 | 55.00 | 4.70 | 14.80 | 0.00 | 0.60 | 20.10 |
| B420 Restructurings | 70.00 | 35.00 | 55.00 | 50.00 | 210.00 | 19.80 | 18.00 | 4.10 | 0.00 | 41.90 |
| **TOTAL HOURS** | **399.00** | **390.00** | **375.00** | **328.00** | **1,492.00** | **230.20** | **200.20** | **188.10** | **126.70** | **745.20** |
| **TOTAL FEES** | **$99,351.00** | **$97,110.00** | **$93,375.00** | **$81,672.00** | **$371,508.00** | **$58,866.50** | **$50,624.50** | **$48,175.50** | **$32,746.00** | **$190,412.50** |

2

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

**General (Matter ID: 396-00002)**

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 2.60 | $702.00 |
| B113 - Pleadings Review | 168.30 | $43,002.00 |
| B150 - Meetings of and Communications with Creditors | 8.30 | $2,241.00 |
| B155 - Court Hearings | 4.60 | $1,102.00 |
| B160 - Fee/Employment Applications | 0.40 | $108.00 |
| B190 - Other Contested Matters | 11.20 | $2,813.00 |
| B191 - General Litigation | 17.20 | $4,644.00 |
| B310 - Claims Administration and Objections | 32.30 | $7,866.00 |
| B420 - Restructurings | 4.10 | $1,099.00 |
| **Total** | **249.00** | **$63,577.00** |

**PREPA (Matter ID: 396-00006)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 6.60 | $1,747.00 |
| B113 - Pleadings Review | 31.20 | $8,299.00 |
| B150 - Meetings of and Communications with Creditors | 3.70 | $999.00 |
| B190 - Other Contested Matters | 97.00 | $25,588.00 |
| B191 - General Litigation | 144.20 | $35,815.50 |
| B310 - Claims Administration and Objections | 5.80 | $1,508.00 |
| B320 - Plan and Disclosure Statement | 4.70 | $1,269.00 |
| B420 - Restructurings | 19.80 | $5,222.00 |
| **Total** | **313.00** | **$80,447.50** |

**HTA (Matter ID: 396-00007)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.30 | $81.00 |
| B113 - Pleadings Review | 53.80 | $14,313.00 |
| B150 - Meetings of and Communications with Creditors | 0.20 | $54.00 |
| B155 - Court Hearings | 7.50 | $1,920.00 |
| B190 - Other Contested Matters | 19.50 | $4,701.00 |
| B191 - General Litigation | 3.60 | $972.00 |
| B195 - Non-Working Travel | 0.50 | $67.50 |
| B320 - Plan and Disclosure Statement | 14.80 | $3,996.00 |
| B420 - Restructurings | 18.60 | $4,292.00 |
| **Total** | **118.80** | **$30,396.50** |

**ERS (Matter ID: 396-00008)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 2.90 | $783.00 |
| B191 - General Litigation | 0.30 | $81.00 |
| **Total** | **3.20** | **$864.00** |

**Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B160 - Fee/Employment Applications | 20.90 | $4,575.50 |
| B161 - Budgeting (Case) | 2.10 | $567.00 |
| **Total** | **23.00** | **$5,142.50** |

**Claims Review (Matter ID: 396-00017)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B310 - Claims Administration and Objections | 38.20 | $9,985.00 |
| **Total** | **38.20** | **$9,985.00** |

4

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Delivery Expense | $21.50 |
| Legal Stamps | $4.50 |
| Photocopies Expense | $355.10 |
| Transcription of Hearings | $595.20 |
| **Total** | **$976.30** |