# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### June 2022 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $22,308.00 | $20,077.20 | $614.00 | $20,691.20 |
| PREPA | $32,678.50 | $29,410.65 | $28.40 | $29,439.05 |
| HTA | $3,880.00 | $3,492.00 | $0.00 | $3,492.00 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$58,866.50** | **$52,979.85** | **$642.40** | **$53,622.25** |

### July 2022 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $16,927.50 | $15,234.75 | $17.50 | $15,252.25 |
| PREPA | $19,319.00 | $17,387.10 | $0.00 | $17,387.10 |
| HTA | $14,378.00 | $12,940.20 | $0.00 | $12,940.20 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$50,624.50** | **$45,562.05** | **$17.50** | **$45,579.55** |

**August 2022 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $19,485.00 | $17,536.50 | $66.10 | $17,602.60 |
| PREPA | $16,864.00 | $15,177.60 | $0.00 | $15,177.60 |
| HTA | $11,826.50 | $10,643.85 | $219.50 | $10,863.35 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$48,175.50** | **$43,357.95** | **$285.60** | **$43,643.55** |

**September 2022 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $19,984.00 | $17,985.60 | $30.80 | $18,016.40 |
| PREPA | $11,586.00 | $10,427.40 | $0.00 | $10,427.40 |
| HTA | $312.00 | $280.80 | $0.00 | $280.80 |
| ERS | $864.00 | $777.60 | $0.00 | $777.60 |
| **Total** | **$32,746.00** | **$29,471.40** | **$30.80** | **$29,502.20** |