# EXHIBIT F

## LIST OF PROFESSIONALS BY MATTER

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Edna Tejeda | ET | Counsel |
| | | Cristina Fernandez | CF | Junior Partner |
| | | Paralegal Services | PLS | Paralegal |
| 396-00006 | PREPA | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Edna Tejeda | ET | Counsel |
| | | Cristina Fernandez | CF | Junior Partner |
| | | Juan Nieves | JN | Junior Partner |
| | | Paralegal Services | PLS | Paralegal |
| 396-00007 | HTA | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Junior Partner |
| | | Juan Nieves | JN | Junior Partner |
| | | Paralegal Services | PLS | Paralegal |
| 396-0008 | ERS | Juan J. Casillas | JJC | Partner |
| 396-00015 | Fee Application | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Paralegal Services | PLS | Paralegal |
| 396-00017 | Claims Review | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Luis Ramos | LRC | Member |
| | | Edna Tejeda | ET | Counsel |
| | | Cristina Fernandez | CF | Junior Partner |
| | | Juan Nieves | JN | Junior Partner |