**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Martinez, Scott | Director | $ 945.00 | 168.5 | $ 159,232.50 |
| Westermann, Michael | Director | $ 840.00 | 0.5 | 420.00 |
| Kardos, Elizabeth S | Director | $ 750.00 | 1.5 | 1,125.00 |
| Praga, Deborah | Senior Vice President | $ 655.00 | 7.1 | 4,650.50 |
| McClarren, Kaitlyn | Senior Vice President | $ 550.00 | 0.9 | 495.00 |
| Verry, Laura C | Senior Vice President | $ 530.00 | 1.2 | 636.00 |
| Saydah, Heather | Senior Vice President | $ 510.00 | 3.0 | 1,530.00 |
| Stavitski, Brooke | Vice President | $ 485.00 | 4.8 | 2,328.00 |
| **Total** | | | **187.5** | **$ 170,417.00** |