**Exhibit B**

**Summary of Hours and Fees by Project Category**

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | |
|---|---|---|---|
| **Matter Category** | **Description** | **Hours** | **100% Fees** |
| 20000797P00001.1.1 | Planning & Coordination / Case Management | - | $ - |
| 20000797P00001.1.2 | Meetings and Communications with Committee Members and/or Professionals | 9.0 | 8,452.50 |
| 20000797P00001.1.3 | Communication with Interested Parties | 0.7 | 661.50 |
| 20000797P00001.1.4 | Liquidity and Cash Management | 9.2 | 8,694.00 |
| 20000797P00001.1.5 | Fiscal Plan and Related Budgets Analysis and Assessment | 1.6 | 1,512.00 |
| 20000797P00001.1.6 | Financial and Other Diligence | 0.7 | 661.50 |
| 20000797P00001.1.7 | Sales of Assets | - | - |
| 20000797P00001.1.8 | Due Diligence of Commonwealth Assets | - | - |
| 20000797P00001.1.9 | Debt Capacity | - | - |
| 20000797P00001.1.10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 20000797P00001.1.11 | Plan of Adjustment Review and Negotiations | 5.8 | 5,481.00 |
| 20000797P00001.1.12 | Litigation Support and Claims Analysis | 0.8 | 756.00 |
| 20000797P00001.1.13 | Testimony / Court Appearance | 2.4 | 2,268.00 |
| 20000797P00001.1.14 | Expert Reports | - | - |
| 20000797P00001.1.15 | Pension Matters | 0.9 | 850.50 |
| 20000797P00001.1.16 | Retention | 10.4 | 5,461.50 |
| 20000797P00001.1.17 | Fee Statements and Fee Applications | 15.6 | 12,390.50 |
| 20000797P00001.1.18 | PREPA Title III | 99.9 | 94,405.50 |
| 20000797P00001.1.19 | HTA Title III | 30.5 | 28,822.50 |
| 20000797P00001.1.20 | ERS Title III | - | - |
| **Total** | | **187.5** | **$ 170,417.00** |