**Exhibit C**

**Detailed Description of Hours and Fees by Matter Category**

[On following page]

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.2 | Participated in the Committee update call. | 1.2 |
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.2 | Reviewed presentation materials for the Committee update call. | 0.5 |
| Martinez, Scott | 06/02/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/06/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/08/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/09/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/10/2022 | 20000797P00001.1.2 | Call with A. Bongartz (Paul Hastings) regarding ▓▓▓▓▓▓▓▓▓▓ | 0.3 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.2 | Call with A. Bongartz (Paul Hastings) regarding ▓▓▓▓▓▓ | 0.3 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/14/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/14/2022 | 20000797P00001.1.2 | Reviewed and commented on the draft agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 06/15/2022 | 20000797P00001.1.2 | Reviewed presentation materials for the Committee call. | 0.4 |
| Martinez, Scott | 06/15/2022 | 20000797P00001.1.2 | Participated in the Committee status update call. | 0.8 |
| Martinez, Scott | 06/15/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/17/2022 | 20000797P00001.1.2 | Call with A. Bongartz (Paul Hastings) regarding ▓▓▓▓▓▓ | 0.1 |
| Martinez, Scott | 06/18/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/21/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/21/2022 | 20000797P00001.1.2 | Follow up call with A. Bongartz (Paul Hastings) regarding ▓▓▓▓ | 0.2 |
| Martinez, Scott | 06/22/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/23/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/24/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/27/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 06/28/2022 | 20000797P00001.1.2 | Reviewed the draft agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 06/28/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Westermann, Michael | 06/29/2022 | 20000797P00001.1.2 | Participated in the weekly Committee update call | 0.5 |
| Martinez, Scott | 06/29/2022 | 20000797P00001.1.2 | Calls with A. Bongartz (Paul Hastings) regarding ▓▓▓▓▓▓ | 0.3 |
| Martinez, Scott | 06/29/2022 | 20000797P00001.1.2 | Participated in the weekly Committee update call. | 0.5 |
| Martinez, Scott | 06/30/2022 | 20000797P00001.1.2 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/01/2022 | 20000797P00001.1.2 | Call with A. Bongartz (Paul Hastings) regarding ▓▓▓▓▓▓ | 0.2 |
| Martinez, Scott | 08/02/2022 | 20000797P00001.1.2 | Calls with A. Bongartz (Paul Hastings) regarding ▓▓▓▓▓▓ | 0.1 |
| **Total Matter 20000797P00001.1.2** | | | | **9.0** |

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 06/21/2022 | 20000797P00001.1.3 | Call regarding ▓▓▓▓ with Miller Buckfire, A. Bongartz (Paul Hastings). | 0.7 |
| **Total Matter 20000797P00001.1.3** | | | | **0.7** |

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended May 20. | 0.6 |
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.4 | Analyzed and reviewed the Component Unit liquidity report for April 2022. | 0.6 |
| Martinez, Scott | 06/06/2022 | 20000797P00001.1.4 | Reviewed the strategic disbursement plan funding report dated June 3. | 0.1 |
| Martinez, Scott | 06/06/2022 | 20000797P00001.1.4 | Reviewed the Coronavirus relief fund program report dated June 3. | 0.1 |
| Martinez, Scott | 06/08/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended May 27. | 0.6 |
| Martinez, Scott | 06/14/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended June 3. | 0.5 |
| Martinez, Scott | 06/21/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended June 10. | 0.6 |
| Martinez, Scott | 06/29/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended June 17. | 0.6 |
| Martinez, Scott | 07/05/2022 | 20000797P00001.1.4 | Analyzed and reviewed the Component Unit liquidity report for May 2022. | 0.4 |
| Martinez, Scott | 07/06/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended June 24. | 0.6 |
| Martinez, Scott | 07/13/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended June 30. | 0.6 |
| Martinez, Scott | 07/20/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended July 8. | 0.4 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 07/25/2022 | 20000797P00001.1.4 | Reviewed the FY22 general fund revenue report through the period ended May 2022. | 0.2 |
| Martinez, Scott | 07/27/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended July 15. | 0.4 |
| Martinez, Scott | 08/04/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended July 22. | 0.4 |
| Martinez, Scott | 08/04/2022 | 20000797P00001.1.4 | Analyzed and reviewed the Component Unit liquidity report for June 2022. | 0.4 |
| Martinez, Scott | 08/10/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended July 29. | 0.4 |
| Martinez, Scott | 08/16/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended August 5. | 0.3 |
| Martinez, Scott | 08/23/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended August 12. | 0.3 |
| Martinez, Scott | 08/31/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended August 19. | 0.3 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.4 | Analyzed and reviewed the Component Unit liquidity report for July 2022. | 0.4 |
| Martinez, Scott | 09/08/2022 | 20000797P00001.1.4 | Reviewed the TSA cash flow analysis for the week ended August 26. | 0.4 |
| **Total Matter 20000797P00001.1.4** | | | | **9.2** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 06/03/2022 | 20000797P00001.1.5 | Reviewed the [redacted] | 0.3 |
| Martinez, Scott | 06/08/2022 | 20000797P00001.1.5 | Reviewed the [redacted] | 0.7 |
| Martinez, Scott | 06/14/2022 | 20000797P00001.1.5 | Reviewed the [redacted] | 0.1 |
| Martinez, Scott | 06/17/2022 | 20000797P00001.1.5 | Reviewed the [redacted] | 0.1 |
| Martinez, Scott | 06/27/2022 | 20000797P00001.1.5 | Reviewed the [redacted] | 0.2 |
| Martinez, Scott | 07/01/2022 | 20000797P00001.1.5 | Reviewed the [redacted] | 0.2 |
| **Total Matter 20000797P00001.1.5** | | | | **1.6** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.6 | Analyzed and reviewed [redacted] | 0.3 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.6 | Reviewed the [redacted] | 0.1 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.6 | Reviewed a [redacted] | 0.1 |
| Martinez, Scott | 06/28/2022 | 20000797P00001.1.6 | Reviewed the [redacted] | 0.2 |
| **Total Matter 20000797P00001.1.6** | | | | **0.7** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 07/18/2022 | 20000797P00001.1.11 | Reviewed [redacted] | 0.2 |
| Martinez, Scott | 07/28/2022 | 20000797P00001.1.11 | Analyzed and reviewed the [redacted] | 0.2 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.11 | Reviewed the debtors motion to extend the deadline to file objections to proofs of claim. | 0.1 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.11 | Analyzed and reviewed the most recent claims report in order to provide counsel with information for the UCC objection to extend the deadline for filing claim objections. | 4.4 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.11 | Call with J. Herriman (A&M) regarding the [redacted] | 0.5 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.11 | Analyzed and reviewed the [redacted] | 0.3 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.11 | Reviewed the [redacted] | 0.1 |
| **Total Matter 20000797P00001.1.11** | | | | **5.8** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 06/17/2022 | 20000797P00001.1.12 | Reviewed the [redacted] | 0.1 |
| Martinez, Scott | 06/27/2022 | 20000797P00001.1.12 | Reviewed the [redacted] | 0.1 |
| Martinez, Scott | 06/27/2022 | 20000797P00001.1.12 | Analyzed and reviewed the [redacted] | 0.4 |
| Martinez, Scott | 08/01/2022 | 20000797P00001.1.12 | Reviewed and commented on [redacted] | 0.2 |
| **Total Matter 20000797P00001.1.12** | | | | **0.8** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 06/29/2022 | 20000797P00001.1.13 | Listened to the omnibus hearing. | 1.7 |
| Martinez, Scott | 08/16/2022 | 20000797P00001.1.13 | Reviewed the FOMB status report in advance of the omnibus hearing. | 0.2 |
| Martinez, Scott | 08/16/2022 | 20000797P00001.1.13 | Reviewed the AAFAF status report in advance of the omnibus hearing. | 0.2 |
| Martinez, Scott | 08/17/2022 | 20000797P00001.1.13 | Listened to the omnibus hearing. | 0.3 |
| **Total Matter 20000797P00001.1.13** | | | | **2.4** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.15 | Analyzed and reviewed the [redacted] | 0.6 |
| Martinez, Scott | 06/06/2022 | 20000797P00001.1.15 | Reviewed the [redacted] | 0.1 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 06/09/2022 | 20000797P00001.1.15 | Reviewed the ▮▮▮▮▮▮▮▮ | 0.2 |
| **Total Matter 20000797P00001.1.15** | | | | **0.9** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Saydah, Heather | 06/10/2022 | 20000797P00001.1.16 | Review internal records to respond to US Trustee comments re: PRRADA disclosures | 0.5 |
| Saydah, Heather | 06/10/2022 | 20000797P00001.1.16 | Review US Trustee comments and questions re: PRRADA disclosures | 0.2 |
| Saydah, Heather | 06/14/2022 | 20000797P00001.1.16 | Review supplemental disclosures re US Trustee comments to PRRADA disclosures | 0.9 |
| Stavitski, Brooke | 06/20/2022 | 20000797P00001.1.16 | Assist H. Saydah (AlixPartners) with addressing UST questions re: disclosures | 2.9 |
| Stavitski, Brooke | 06/21/2022 | 20000797P00001.1.16 | Assist H. Saydah (AlixPartners) with addressing UST questions re: disclosures | 0.7 |
| Stavitski, Brooke | 06/22/2022 | 20000797P00001.1.16 | Address UST questions re: disclosures | 0.6 |
| Martinez, Scott | 06/24/2022 | 20000797P00001.1.16 | Reviewed draft responses to questions regarding ZC PRRADA disclosures. | 0.2 |
| Martinez, Scott | 06/24/2022 | 20000797P00001.1.16 | Reviewed and commented on the draft responses to the US Trustee regarding ZC PRRADA disclosures. | 0.3 |
| McClarren, Kaitlyn | 06/27/2022 | 20000797P00001.1.16 | Assist with responses to UST questions re: AlixPartners' relationship disclosures | 0.9 |
| Stavitski, Brooke | 07/13/2022 | 20000797P00001.1.16 | Prepare draft supplemental declaration re: response to UST questions | 0.6 |
| Saydah, Heather | 07/13/2022 | 20000797P00001.1.16 | Revise supplemental declaration in response to UST comments and questions | 0.8 |
| Saydah, Heather | 07/15/2022 | 20000797P00001.1.16 | Revise supplemental declaration re: US Trustee comments | 0.4 |
| Saydah, Heather | 07/18/2022 | 20000797P00001.1.16 | Review correspondence from US Trustee and J. Mitchell (AlixPartners) re: supplemental declaration | 0.2 |
| Verry, Laura C | 09/28/2022 | 20000797P00001.1.16 | Draft supplemental declaration re: billing rate change 2023 | 0.6 |
| Verry, Laura C | 09/28/2022 | 20000797P00001.1.16 | Prepare draft supplemental declaration re: rate increases | 0.6 |
| **Total Matter 20000797P00001.1.16** | | | | **10.4** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 06/02/2022 | 20000797P00001.1.17 | Reviewed and commented on the ZC April fee statement. | 0.3 |
| Martinez, Scott | 06/09/2022 | 20000797P00001.1.17 | Reviewed and commented on the ZC May fee statement. | 0.4 |
| Praga, Deborah | 06/22/2022 | 20000797P00001.1.17 | Prepared fifteenth interim fee application. | 0.8 |
| Praga, Deborah | 06/22/2022 | 20000797P00001.1.17 | Prepared May 2022 fee statement. | 0.7 |
| Praga, Deborah | 06/24/2022 | 20000797P00001.1.17 | Prepared 15th interim fee application. | 2.8 |
| Praga, Deborah | 06/29/2022 | 20000797P00001.1.17 | Prepared cover letter for May 2022 fee statement. | 0.5 |
| Martinez, Scott | 06/30/2022 | 20000797P00001.1.17 | Finalized the ZC May fee statement and sent to notice parties. | 0.2 |
| Martinez, Scott | 07/06/2022 | 20000797P00001.1.17 | Reviewed and commented on the ZC June fee statement. | 0.3 |
| Martinez, Scott | 07/06/2022 | 20000797P00001.1.17 | Updated the 15th interim fee application of Zolfo Cooper. | 2.9 |
| Martinez, Scott | 07/07/2022 | 20000797P00001.1.17 | Reviewed the updated exhibits to the ZC fee application. | 1.1 |
| Praga, Deborah | 07/11/2022 | 20000797P00001.1.17 | Prepared May 2022 fee statement CNO letter. | 0.2 |
| Praga, Deborah | 07/11/2022 | 20000797P00001.1.17 | Reviewed fifteenth interim fee application. | 0.2 |
| Kardos, Elizabeth S | 07/11/2022 | 20000797P00001.1.17 | Review and provide comments to the 15th interim fee application | 0.5 |
| Praga, Deborah | 07/28/2022 | 20000797P00001.1.17 | Prepared cover letter for June 2022 fee statement. | 0.3 |
| Praga, Deborah | 07/28/2022 | 20000797P00001.1.17 | Prepare June fee statement. | 0.8 |
| Martinez, Scott | 08/01/2022 | 20000797P00001.1.17 | Prepared the ZC September budget as required by the fee examiner. | 0.2 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.17 | Prepared the no objection report for the ZC June fee statement. | 0.3 |
| Praga, Deborah | 08/11/2022 | 20000797P00001.1.17 | Prepared July 2022 fee statement | 0.4 |
| Martinez, Scott | 08/12/2022 | 20000797P00001.1.17 | Reviewed and commented on the draft ZC July fee statement. | 0.3 |
| Martinez, Scott | 08/12/2022 | 20000797P00001.1.17 | Reviewed the fee examiner letter reports regarding the ZC 14th and 15th interim fee apps. | 0.3 |
| Praga, Deborah | 08/16/2022 | 20000797P00001.1.17 | Prepared July 2022 fee statement. | 0.4 |
| Martinez, Scott | 08/24/2022 | 20000797P00001.1.17 | Reviewed and finalized the ZC July fee statement. | 0.2 |
| Kardos, Elizabeth S | 08/25/2022 | 20000797P00001.1.17 | Review July monthly fee application | 1.0 |
| Martinez, Scott | 09/12/2022 | 20000797P00001.1.17 | Prepared the ZC October budget as required by the fee examiner. | 0.2 |
| Martinez, Scott | 09/12/2022 | 20000797P00001.1.17 | Reviewed and commented on the ZC August fee statement. | 0.3 |
| **Total Matter 20000797P00001.1.17** | | | | **15.6** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.18 | Reviewed a ▮▮▮▮▮▮▮▮ | 0.2 |
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ▮▮▮▮▮▮ | 0.3 |
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.18 | Updated the ▮▮▮▮▮▮▮▮ | 0.8 |
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▮▮▮▮▮▮ | 0.3 |
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.18 | Reviewed ▮▮▮▮▮▮▮▮ | 0.4 |
| Martinez, Scott | 06/02/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▮▮▮▮▮▮ | 0.7 |
| Martinez, Scott | 06/02/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.2 |
| Martinez, Scott | 06/06/2022 | 20000797P00001.1.18 | Reviewed a ▮▮▮▮▮▮ | 0.2 |
| Martinez, Scott | 06/07/2022 | 20000797P00001.1.18 | Reviewed ▮▮▮▮▮▮ | 0.2 |

**Exhibit C - Time Descriptions**

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 06/08/2022 | 20000797P00001.1.18 | Reviewed the██████████████████████████████████ | 0.2 |
| Martinez, Scott | 06/08/2022 | 20000797P00001.1.18 | Reviewed the███████████████████████████████<br>███████ | 0.2 |
| Martinez, Scott | 06/10/2022 | 20000797P00001.1.18 | Reviewed the████████████████████████████████<br>███████ | 0.2 |
| Martinez, Scott | 06/10/2022 | 20000797P00001.1.18 | At the request of counsel████████████████████ | 0.4 |
| Martinez, Scott | 06/10/2022 | 20000797P00001.1.18 | Reviewed the██████████████████████████ | 0.2 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding████ | 0.1 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.18 | Reviewed email exchange from CST and Continental regarding█████████<br>████████ | 0.2 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.18 | Call with J. Arrastia (Continental) regarding███████████ | 0.4 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.18 | Reviewed the Economic Development Bank April economic activity report. | 0.3 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding██████████ | 0.2 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.18 | Reviewed an email from J. Arrastia (Continental) to members of the UCC regarding<br>████████ | 0.1 |
| Martinez, Scott | 06/14/2022 | 20000797P00001.1.18 | Reviewed the opinion regarding████████████████ | 0.2 |
| Martinez, Scott | 06/14/2022 | 20000797P00001.1.18 | Reviewed a report regarding████████████████ | 0.2 |
| Martinez, Scott | 06/15/2022 | 20000797P00001.1.18 | Reviewed a report regarding███████████████ | 0.1 |
| Martinez, Scott | 06/17/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding██████████ | 0.2 |
| Martinez, Scott | 06/17/2022 | 20000797P00001.1.18 | Reviewed the order regarding██████████ | 0.1 |
| Martinez, Scott | 06/20/2022 | 20000797P00001.1.18 | Analyzed and reviewed the█████████████<br>██████ | 0.3 |
| Martinez, Scott | 06/21/2022 | 20000797P00001.1.18 | Reviewed reports regarding███████████████<br>██████████ | 0.2 |
| Martinez, Scott | 06/21/2022 | 20000797P00001.1.18 | Reviewed the█████████████████████████<br>████████ | 0.1 |
| Martinez, Scott | 06/22/2022 | 20000797P00001.1.18 | Reviewed email correspondence from J. Arrastia (Continental) to members of the UCC regarding████████ | 0.1 |
| Martinez, Scott | 06/23/2022 | 20000797P00001.1.18 | Reviewed the█████████████████████<br>████████ | 0.1 |
| Martinez, Scott | 06/23/2022 | 20000797P00001.1.18 | Analyzed and reviewed██████████████████ | 0.3 |
| Martinez, Scott | 06/23/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding███████ | 0.4 |
| Martinez, Scott | 06/24/2022 | 20000797P00001.1.18 | Reviewed the███████████████████<br>██████ | 0.1 |
| Martinez, Scott | 06/25/2022 | 20000797P00001.1.18 | Reviewed the████████████████████ | 0.2 |
| Martinez, Scott | 06/27/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding████████ | 0.3 |
| Martinez, Scott | 06/27/2022 | 20000797P00001.1.18 | Reviewed███████████████████ | 0.2 |
| Martinez, Scott | 06/27/2022 | 20000797P00001.1.18 | Reviewed the████████████████████████<br>██████ | 0.2 |
| Martinez, Scott | 06/29/2022 | 20000797P00001.1.18 | Reviewed the████████████████ | 0.1 |
| Martinez, Scott | 06/29/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding████████ | 0.2 |
| Martinez, Scott | 06/30/2022 | 20000797P00001.1.18 | Reviewed reports regarding██████████████<br>██ | 0.2 |
| Martinez, Scott | 06/30/2022 | 20000797P00001.1.18 | Reviewed report summarizing PREPA fiscal plan. | 0.2 |
| Martinez, Scott | 07/01/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 07/01/2022 | 20000797P00001.1.18 | Analyzed and reviewed the PREPA FY23 certified budget. | 0.3 |
| Martinez, Scott | 07/01/2022 | 20000797P00001.1.18 | Reviewed the FOMB budget summary presentation regarding PREPA. | 0.2 |
| Martinez, Scott | 07/01/2022 | 20000797P00001.1.18 | Attended the FOMB public board meeting and press conference. | 2.2 |
| Martinez, Scott | 07/05/2022 | 20000797P00001.1.18 | Reviewed a report regarding███████████████<br>█████████ | 0.2 |
| Martinez, Scott | 07/05/2022 | 20000797P00001.1.18 | Prepared the ZC budget for August as required by the fee examiner. | 0.2 |
| Martinez, Scott | 07/05/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding████████ | 0.4 |
| Martinez, Scott | 07/05/2022 | 20000797P00001.1.18 | Analyzed and reviewed██████████████████ | 0.3 |
| Martinez, Scott | 07/05/2022 | 20000797P00001.1.18 | Analyzed and reviewed the bank account balance report for May 2022 with a focus on PREPA. | 0.3 |
| Martinez, Scott | 07/06/2022 | 20000797P00001.1.18 | Reviewed the PREPA reporting package dated June 22, 2022. | 0.4 |
| Martinez, Scott | 07/06/2022 | 20000797P00001.1.18 | Updated the PREPA liquidity report tracker. | 0.4 |
| Martinez, Scott | 07/06/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 07/07/2022 | 20000797P00001.1.18 | Reviewed the█████████████████ | 0.3 |
| Martinez, Scott | 07/07/2022 | 20000797P00001.1.18 | Reviewed a report regarding██████████████<br>████████ | 0.2 |
| Martinez, Scott | 07/08/2022 | 20000797P00001.1.18 | At the request of counsel reviewed█████████████<br>████████ | 0.8 |
| Martinez, Scott | 07/11/2022 | 20000797P00001.1.18 | Reviewed a report regarding██████████████████<br>███████ | 0.1 |
| Martinez, Scott | 07/11/2022 | 20000797P00001.1.18 | Analyzed and reviewed███████████████ | 0.2 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 07/11/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ███████████████████████ | 0.5 |
| Martinez, Scott | 07/11/2022 | 20000797P00001.1.18 | Call with A. Castaldi (Continental) regarding ███████ | 0.4 |
| Martinez, Scott | 07/12/2022 | 20000797P00001.1.18 | Reviewed and commented on the draft agenda for the Committee call. | 0.1 |
| Martinez, Scott | 07/12/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ████████████ ████ | 0.1 |
| Martinez, Scott | 07/12/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 07/13/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ███████████ | 5.3 |
| Martinez, Scott | 07/13/2022 | 20000797P00001.1.18 | Reviewed the presentation materials for the Committee update call. | 0.4 |
| Martinez, Scott | 07/13/2022 | 20000797P00001.1.18 | Participated in the Committee status update call. | 0.5 |
| Martinez, Scott | 07/13/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ██████ | 0.5 |
| Martinez, Scott | 07/14/2022 | 20000797P00001.1.18 | Call regarding the █████████████████████████ with BRG (M. Shankweiler, R. Cohen). | 1.3 |
| Martinez, Scott | 07/14/2022 | 20000797P00001.1.18 | Reviewed ██████████ | 0.3 |
| Martinez, Scott | 07/14/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ██████████ | 2.7 |
| Martinez, Scott | 07/14/2022 | 20000797P00001.1.18 | Calls with D. Barrett (Ankura) regarding ████████████ | 0.1 |
| Martinez, Scott | 07/18/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 07/18/2022 | 20000797P00001.1.18 | Updated the ██████████ | 0.4 |
| Martinez, Scott | 07/18/2022 | 20000797P00001.1.18 | Reviewed reports regarding ███████████████████████ | 0.2 |
| Martinez, Scott | 07/18/2022 | 20000797P00001.1.18 | Reviewed the ██████████████ | 0.1 |
| Martinez, Scott | 07/18/2022 | 20000797P00001.1.18 | Reviewed the ███████████ | 0.2 |
| Martinez, Scott | 07/19/2022 | 20000797P00001.1.18 | Participated in ██████████ call with E. DaSilva (DGC), J. White (Brown Rudnick) and J. Arrastia, A. Castaldi (Continental). | 0.5 |
| Martinez, Scott | 07/19/2022 | 20000797P00001.1.18 | Call regarding ███████████ | 0.3 |
| Martinez, Scott | 07/19/2022 | 20000797P00001.1.18 | Reviewed reports regarding ████████████████████████ ████████ | 0.2 |
| Martinez, Scott | 07/20/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ████████████ | 0.1 |
| Martinez, Scott | 07/20/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 07/20/2022 | 20000797P00001.1.18 | Reviewed a report regarding ████████████████ | 0.1 |
| Martinez, Scott | 07/20/2022 | 20000797P00001.1.18 | Call with M. Shankweiler (BRG) regarding ██████████ | 0.7 |
| Martinez, Scott | 07/21/2022 | 20000797P00001.1.18 | Participated in a ██████████ call with Proskauer (E. Barak, J. Sazant), BRG (M. Shankweiler, R. Cohen), Paul Hastings (A. Bongartz). | 1.0 |
| Martinez, Scott | 07/21/2022 | 20000797P00001.1.18 | Prepared for ███████████ | 0.6 |
| Martinez, Scott | 07/21/2022 | 20000797P00001.1.18 | Reviewed a summary of the monthly PREPA board meeting. | 0.2 |
| Martinez, Scott | 07/26/2022 | 20000797P00001.1.18 | Reviewed the agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 07/26/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 07/26/2022 | 20000797P00001.1.18 | Reviewed ███████████████ | 0.1 |
| Martinez, Scott | 07/27/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ███████████ | 0.3 |
| Martinez, Scott | 07/27/2022 | 20000797P00001.1.18 | Reviewed the ██████████████████ | 0.1 |
| Martinez, Scott | 07/27/2022 | 20000797P00001.1.18 | Analyzed and reviewed presentation materials for the Committee update call. | 0.6 |
| Martinez, Scott | 07/28/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ████████████ | 0.3 |
| Martinez, Scott | 07/28/2022 | 20000797P00001.1.18 | Call with M. Shankweiler (BRG) regarding ██████████ | 0.6 |
| Martinez, Scott | 07/28/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding the ████████████████ | 0.1 |
| Martinez, Scott | 07/28/2022 | 20000797P00001.1.18 | Reviewed and commented on the ████████████████ | 0.3 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ███████████ | 0.6 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.18 | Reviewed the ██████████████████████ | 0.1 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.18 | Reviewed the ██████████████████ | 0.1 |
| Martinez, Scott | 07/29/2022 | 20000797P00001.1.18 | Reviewed the ███████████████████████ | 0.1 |
| Martinez, Scott | 08/01/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/01/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ██████████████████ | 0.2 |
| Martinez, Scott | 08/01/2022 | 20000797P00001.1.18 | Reviewed the FOMB FY2022 annual report. | 0.9 |
| Martinez, Scott | 08/01/2022 | 20000797P00001.1.18 | Analyzed and reviewed ████████████ | 3.3 |
| Martinez, Scott | 08/02/2022 | 20000797P00001.1.18 | Call with BRG (M. Shankweiler, R. Cohen) regarding the ████████████ | 0.6 |
| Martinez, Scott | 08/03/2022 | 20000797P00001.1.18 | Prepared a ████████████ | 3.9 |
| Martinez, Scott | 08/03/2022 | 20000797P00001.1.18 | Performed research ████████████ | 0.3 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 08/04/2022 | 20000797P00001.1.18 | Analyzed and reviewed the bank account balance report for June 2022 with a focus on PREPA. | 0.3 |
| Martinez, Scott | 08/05/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ████████ | 0.8 |
| Martinez, Scott | 08/05/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ████ | 0.2 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.18 | Participated in ████ (Citi, Proskauer) and the UCC professionals (Paul Hastings, LEI). | 0.7 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.18 | Prep call with Paul Hastings and LEI regarding ████ | 0.5 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.18 | Prepared a ████ | 0.4 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.18 | Participated in ████ | 0.8 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.18 | Debrief regarding ████ with A. Bongartz (Paul Hastings). | 0.3 |
| Martinez, Scott | 08/09/2022 | 20000797P00001.1.18 | Email exchange with L. Despins (Paul Hastings) regarding ████ | 0.1 |
| Martinez, Scott | 08/09/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/09/2022 | 20000797P00001.1.18 | Reviewed and commented on the ████ | 0.2 |
| Martinez, Scott | 08/09/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ████ | 0.6 |
| Martinez, Scott | 08/09/2022 | 20000797P00001.1.18 | Reviewed and comments on the ████ | 0.2 |
| Martinez, Scott | 08/10/2022 | 20000797P00001.1.18 | Participated in the Committee status update call. | 0.4 |
| Martinez, Scott | 08/16/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.6 |
| Martinez, Scott | 08/16/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ████ | 0.2 |
| Martinez, Scott | 08/17/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.2 |
| Martinez, Scott | 08/18/2022 | 20000797P00001.1.18 | Reviewed an ████ | 0.2 |
| Martinez, Scott | 08/18/2022 | 20000797P00001.1.18 | Researched ████ | 0.6 |
| Martinez, Scott | 08/18/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.3 |
| Martinez, Scott | 08/19/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.4 |
| Martinez, Scott | 08/19/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.1 |
| Martinez, Scott | 08/19/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/19/2022 | 20000797P00001.1.18 | Reviewed a ████ | 0.1 |
| Martinez, Scott | 08/22/2022 | 20000797P00001.1.18 | Reviewed ████ | 0.4 |
| Martinez, Scott | 08/22/2022 | 20000797P00001.1.18 | Reviewed reports regarding ████ | 0.2 |
| Martinez, Scott | 08/22/2022 | 20000797P00001.1.18 | Reviewed a ████ | 0.2 |
| Martinez, Scott | 08/23/2022 | 20000797P00001.1.18 | Reviewed email correspondence from D. Barron (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/23/2022 | 20000797P00001.1.18 | Reviewed and commented on the agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 08/24/2022 | 20000797P00001.1.18 | Participated in the Creditor Committee update call. | 0.4 |
| Martinez, Scott | 08/29/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.2 |
| Martinez, Scott | 08/30/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/30/2022 | 20000797P00001.1.18 | Reviewed a ████ | 0.1 |
| Martinez, Scott | 08/31/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ████ | 0.2 |
| Martinez, Scott | 09/02/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/02/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.1 |
| Martinez, Scott | 09/02/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.1 |
| Martinez, Scott | 09/02/2022 | 20000797P00001.1.18 | Reviewed reports regarding the ████ | 0.1 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.18 | Analyzed and reviewed the bank account balance report for July 2022 with a focus on PREPA. | 0.2 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.18 | Reviewed a report regarding ████ | 0.1 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.2 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.18 | Reviewed the draft agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 09/07/2022 | 20000797P00001.1.18 | Participated in the Committee status update call. | 0.2 |
| Martinez, Scott | 09/07/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.1 |
| Martinez, Scott | 09/08/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/08/2022 | 20000797P00001.1.18 | ████ call with A. Bongartz (Paul Hastings). | 0.4 |
| Martinez, Scott | 09/08/2022 | 20000797P00001.1.18 | Reviewed the ████ | 0.4 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 09/08/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.9 |
| Martinez, Scott | 09/12/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/12/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▮▮▮▮▮▮ | 0.8 |
| Martinez, Scott | 09/12/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/13/2022 | 20000797P00001.1.18 | Reviewed a report regarding ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/14/2022 | 20000797P00001.1.18 | Participated in a call with Paul Hastings (L. Despins, A. Bongartz), LEI (J. Frayer) regarding ▮▮▮▮▮▮ | 0.5 |
| Martinez, Scott | 09/14/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▮▮▮▮▮▮ | 0.4 |
| Martinez, Scott | 09/14/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▮▮▮▮▮▮ | 0.2 |
| Martinez, Scott | 09/15/2022 | 20000797P00001.1.18 | Reviewed ▮▮▮▮▮▮ | 0.6 |
| Martinez, Scott | 09/15/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/15/2022 | 20000797P00001.1.18 | Listened to the U.S. House Committee on Transportation and Infrastructure's Subcommittee on Economic Development, Public Buildings and Emergent Management hearing re: recovery update. | 2.0 |
| Martinez, Scott | 09/16/2022 | 20000797P00001.1.18 | Analyzed and reviewed ▮▮▮▮▮▮ | 0.6 |
| Martinez, Scott | 09/17/2022 | 20000797P00001.1.18 | At the request of counsel ▮▮▮▮▮▮ | 1.1 |
| Martinez, Scott | 09/17/2022 | 20000797P00001.1.18 | Reviewed and commented on the ▮▮▮▮▮▮ | 0.2 |
| Martinez, Scott | 09/17/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▮▮▮▮▮▮ | 0.3 |
| Martinez, Scott | 09/17/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/18/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.4 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Prepared a ▮▮▮▮▮▮ | 0.4 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Call with M. Shankweiler (BRG) regarding ▮▮▮▮▮▮ | 0.4 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▮▮▮▮▮▮ | 0.2 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Reviewed ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.2 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Analyzed and reviewed ▮▮▮▮▮▮ | 3.8 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.4 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Prepared at the ▮▮▮▮▮▮ | 1.6 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ▮▮▮▮▮▮ | 0.7 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Reviewed ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/19/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.6 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Meeting with A. Bongartz (Paul Hastings) regarding ▮▮▮▮▮▮ | 0.5 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Reviewed the PREPA cash flow report through July 8, 2022. | 0.2 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.3 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Reviewed the draft agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Reviewed the AAFAF status report. | 0.1 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▮▮▮▮▮▮ | 0.6 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Reviewed the FOMB status report. | 0.2 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Discussion with A. Bongartz (Paul Hastings) regarding ▮▮▮▮▮▮ | 0.5 |
| Martinez, Scott | 09/20/2022 | 20000797P00001.1.18 | Updated the ▮▮▮▮▮▮ | 0.2 |
| Martinez, Scott | 09/21/2022 | 20000797P00001.1.18 | Call with Paul Hastings (L. Despins, A. Bongartz) regarding ▮▮▮▮▮▮ | 0.3 |
| Martinez, Scott | 09/21/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▮▮▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/21/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▮▮▮▮▮▮ | 0.7 |
| Martinez, Scott | 09/21/2022 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.7 |
| Martinez, Scott | 09/21/2022 | 20000797P00001.1.18 | Prepared ▮▮▮▮▮▮ | 2.2 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 09/22/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.1 |
| Martinez, Scott | 09/22/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▮▮▮▮ | 0.5 |
| Martinez, Scott | 09/22/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮ | 0.2 |
| Martinez, Scott | 09/22/2022 | 20000797P00001.1.18 | Analyzed and reviewed ▮▮▮▮ | 1.4 |
| Martinez, Scott | 09/23/2022 | 20000797P00001.1.18 | Reviewed and commented on the ▮▮▮▮ | 0.2 |
| Martinez, Scott | 09/23/2022 | 20000797P00001.1.18 | Reviewed ▮▮▮▮ | 0.3 |
| Martinez, Scott | 09/26/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▮▮▮▮ | 6.8 |
| Martinez, Scott | 09/26/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/27/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮ | 0.2 |
| Martinez, Scott | 09/27/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/28/2022 | 20000797P00001.1.18 | Listened to the omnibus hearing (partial). | 1.5 |
| Martinez, Scott | 09/29/2022 | 20000797P00001.1.18 | Reviewed a ▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/29/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/29/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ▮▮▮▮ | 1.0 |
| Martinez, Scott | 09/29/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▮▮▮▮ | 0.4 |
| Martinez, Scott | 09/30/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▮▮▮▮ | 0.3 |
| Martinez, Scott | 09/30/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 09/30/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/30/2022 | 20000797P00001.1.18 | Reviewed a ▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/30/2022 | 20000797P00001.1.18 | Reviewed the ▮▮▮▮ | 0.1 |
| Martinez, Scott | 09/30/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▮▮▮▮ | 0.2 |
| **Total Matter 20000797P00001.1.18** | | | | **99.9** |

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 06/01/2022 | 20000797P00001.1.19 | Analyzed and reviewed the bank account balance report for April 2022 with a focus on HTA. | 0.3 |
| Martinez, Scott | 06/03/2022 | 20000797P00001.1.19 | Analyzed and reviewed ▮▮▮▮ | 0.8 |
| Martinez, Scott | 06/06/2022 | 20000797P00001.1.19 | Further ▮▮▮▮ | 1.8 |
| Martinez, Scott | 06/06/2022 | 20000797P00001.1.19 | Calls with A. Bongartz (Paul Hastings) regarding ▮▮▮▮ | 0.5 |
| Martinez, Scott | 06/07/2022 | 20000797P00001.1.19 | Reviewed a ▮▮▮▮ | 0.2 |
| Martinez, Scott | 06/08/2022 | 20000797P00001.1.19 | Reviewed the revised ▮▮▮▮ | 0.3 |
| Martinez, Scott | 06/08/2022 | 20000797P00001.1.19 | Analyzed and reviewed the ▮▮▮▮ | 0.8 |
| Martinez, Scott | 06/09/2022 | 20000797P00001.1.19 | Reviewed ▮▮▮▮ | 0.3 |
| Martinez, Scott | 06/10/2022 | 20000797P00001.1.19 | Call with J. Herriman (A&M) regarding ▮▮▮▮ | 0.2 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.19 | Analyzed and reviewed the ▮▮▮▮ | 0.4 |
| Martinez, Scott | 06/13/2022 | 20000797P00001.1.19 | Reviewed the ▮▮▮▮ | 0.2 |
| Martinez, Scott | 06/14/2022 | 20000797P00001.1.19 | Reviewed the ▮▮▮▮ | 0.1 |
| Martinez, Scott | 06/17/2022 | 20000797P00001.1.19 | Reviewed the ▮▮▮▮ | 0.8 |
| Martinez, Scott | 06/17/2022 | 20000797P00001.1.19 | Attended the ▮▮▮▮ | 1.0 |
| Martinez, Scott | 06/17/2022 | 20000797P00001.1.19 | Reviewed the ▮▮▮▮ | 0.4 |
| Martinez, Scott | 06/29/2022 | 20000797P00001.1.19 | Reviewed ▮▮▮▮ | 0.4 |
| Martinez, Scott | 07/01/2022 | 20000797P00001.1.19 | Analyzed and reviewed the ▮▮▮▮ | 0.3 |
| Martinez, Scott | 07/01/2022 | 20000797P00001.1.19 | Reviewed the ▮▮▮▮ | 0.2 |
| Martinez, Scott | 07/05/2022 | 20000797P00001.1.19 | Analyzed and reviewed ▮▮▮▮ | 0.3 |
| Martinez, Scott | 07/05/2022 | 20000797P00001.1.19 | Analyzed and reviewed the PayGo report for the month ended April 2022. | 0.4 |
| Martinez, Scott | 07/06/2022 | 20000797P00001.1.19 | Call with N. Bassett (Paul Hastings) regarding ▮▮▮▮ | 0.1 |
| Martinez, Scott | 07/06/2022 | 20000797P00001.1.19 | Email exchange with J. Nieves (CST) regarding ▮▮▮▮ | 0.2 |
| Martinez, Scott | 07/20/2022 | 20000797P00001.1.19 | Updated the ▮▮▮▮ | 0.6 |
| Martinez, Scott | 07/21/2022 | 20000797P00001.1.19 | Reviewed the ▮▮▮▮ | 0.7 |

**Exhibit C - Time Descriptions**

| Name | Date | Matter Category | Narrative | Hours |
|------|------|-----------------|-----------|-------|
| Martinez, Scott | 07/25/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.1 |
| Martinez, Scott | 07/28/2022 | 20000797P00001.1.19 | Reviewed ██████████ | 1.1 |
| Martinez, Scott | 07/28/2022 | 20000797P00001.1.19 | Reviewed ██████████ | 0.5 |
| Martinez, Scott | 07/28/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.2 |
| Martinez, Scott | 08/01/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.4 |
| Martinez, Scott | 08/04/2022 | 20000797P00001.1.19 | Analyzed and reviewed ██████████ | 0.3 |
| Martinez, Scott | 08/05/2022 | 20000797P00001.1.19 | Reviewed a ██████████ | 0.3 |
| Martinez, Scott | 08/07/2022 | 20000797P00001.1.19 | Analyzed and reviewed the ██████████ | 3.1 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.8 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.3 |
| Martinez, Scott | 08/08/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.2 |
| Martinez, Scott | 08/12/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.1 |
| Martinez, Scott | 08/15/2022 | 20000797P00001.1.19 | Call with A. Bongartz (Paul Hastings) regarding ██████████ | 0.2 |
| Martinez, Scott | 08/15/2022 | 20000797P00001.1.19 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/15/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.2 |
| Martinez, Scott | 08/15/2022 | 20000797P00001.1.19 | Reviewed and commented on the ██████████ | 0.2 |
| Martinez, Scott | 08/15/2022 | 20000797P00001.1.19 | Reviewed ██████████ | 0.3 |
| Martinez, Scott | 08/16/2022 | 20000797P00001.1.19 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/17/2022 | 20000797P00001.1.19 | Listened to the HTA confirmation hearing. | 3.7 |
| Martinez, Scott | 08/18/2022 | 20000797P00001.1.19 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 08/18/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.1 |
| Martinez, Scott | 08/23/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.2 |
| Martinez, Scott | 08/25/2022 | 20000797P00001.1.19 | Analyzed and reviewed ██████████ | 0.2 |
| Martinez, Scott | 08/31/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.1 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.19 | Analyzed and reviewed the ██████████ | 0.2 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.19 | Analyzed and reviewed the ██████████ | 0.4 |
| Martinez, Scott | 09/06/2022 | 20000797P00001.1.19 | Reviewed the ██████████ | 0.6 |
| Martinez, Scott | 09/09/2022 | 20000797P00001.1.19 | Analyzed and reviewed ██████████ | 1.4 |
| Martinez, Scott | 09/23/2022 | 20000797P00001.1.19 | Analyzed and reviewed the ██████████ | 2.8 |
| Martinez, Scott | 09/30/2022 | 20000797P00001.1.19 | Analyzed and reviewed ██████████ | 0.2 |
| Martinez, Scott | 09/30/2022 | 20000797P00001.1.19 | Analyzed and reviewed the ██████████ | 0.4 |
| **Total Matter 20000797P00001.1.19** | | | | **30.5** |
| **Total Hours** | | | | **187.5** |