## EXHIBIT B

### CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | | |
|---|---|---|---|
| | NON-BANKRUPTCY BLENDED HOURLY RATE | CONTINENTAL BLENDED HOURLY RATE[1] | CONTINENTAL BLENDED HOURLY RATE (AFTER 20% REDUCTION)[2] |
| Partner | $610.91 | $549.44 | $439.55 |
| Counsel | N/A | N/A | N/A |
| Associate | $437.91 | $360.14 | $288.11 |
| All timekeepers aggregated | $503.02 | $458.76 | $367.01 |

---

[1] The calculation of Continental's Blended Hourly Rate does not take into account Continental's agreement to reduce its fees by an amount equal to 20% of its total hourly fees.

[2] For illustrative purposes only.