**EXHIBIT C**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS SECOND INTERIM APPLICATION**

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case |
|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | |
| Arrastia, John | Partner | Litigation | 1996 | $118,220 | 205.6 | $575 | 0 |
| Suarez, Jesus | Partner | Bankruptcy | 2008 | $53,150 | 106.3 | $500 | 0 |
| Fields, Lazaro | Partner | Litigation | 2017 | $16,245 | 36.1 | $450 | 0 |
| | | Total Partner: | | $187,615 | 348 | | |
| Castaldi, Angelo M. | Associate | Litigation | 2015 | $65,250 | 174 | $375 | 0 |
| Alvarez, Carlos E. | Associate | Litigation | 2018 | $18,049.50 | 57.3 | $315 | 0 |
| | | Total Associate: | | $83,299.50 | 231.3 | | |
| Gray, Heather | Paralegal | | | $2,281.50 | 16.9 | $135.00 | 0 |
| | | Total Paraprofessional: | | 2,281.50 | 16.9 | | |
| | **Total:** | | | $273,196.00 | 596.2 | | |
| | **Blended Rate:** | | | | | $458.23 | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | $467.66 | |