# **EXHIBIT E**

*SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY*

# **EXHIBIT E-1**

## **SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | June 2022 | July 2022 | August 2022 | September 2022 | TOTAL |
|---|---|---|---|---|---|
| **B100** Administration | 0 | 0 | .3 | 0 | .3 |
| **B110** Case Administration | 1.6 | .8 | 0 | 0 | 2.4 |
| **B112** General Creditor Inquiries | 0 | 0 | 0 | 0 | 0 |
| **B113** Pleadings Review | 16.1 | 13 | 3.5 | 5 | 37.6 |
| **B120** Asset Analysis and Recovery | 0 | 0 | 0 | 0 | 0 |
| **B130** Asset Disposition | 0 | 0 | 0 | 0 | 0 |
| **B140** Relief from Stay/Adequate Protection Proceedings | 0 | 0 | 0 | 0 | 0 |
| **B150** Meetings of Creditors' Committee and Communications with Creditors | 2.9 | .7 | .4 | 0 | 4 |
| **B155** Court Hearings (including Preparation for Court Hearings) | .4 | 0 | 0 | 0 | .4 |
| **B160** Employment / Fee Applications (CONTINENTAL) | 9 | 8.10 | 7.10 | 19.30 | 43.50 |
| **B161** Budgeting (Case) | 0 | 0 | 0 | 0 | 0 |
| **B165** Employment / Fee Application (Other Professionals) | 0 | 0 | 0 | 0 | 0 |
| **B170** Fee and Employment Objections | 0 | 0 | 0 | 0 | 0 |
| **B180** Avoidance Action Analysis | 0 | 0 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| **B181** Preference Analysis and Recovery Action | 0 | 0 | 0 | 0 | 0 |
| **B185** Assumption / Rejection of Leases and Contracts | 0 | 0 | 0 | 0 | 0 |
| **B190** Other Contested Matters (including GDB restructuring) | 0 | 0 | 0 | 0 | 0 |
| **B191** General Litigation | 232.1 | 85.60 | 100 | 83.70 | 501.4 |
| **B195** Non-Working Travel | 0 | 0 | 0 | 0 | 0 |
| **B210** Debtors' Financial Information | 0 | 0 | 0 | 0 | 0 |
| **B220** Employee Benefits / Pensions | 0 | 0 | 0 | 0 | 0 |
| **B230** Financing / Cash Collections | 0 | 0 | 0 | 0 | 0 |
| **B231** Security Document Analysis | 0 | 0 | 0 | 0 | 0 |
| **B260** Meetings/Communications with Debtors/ Oversight Board | 2.1 | .4 | 0 | 0 | 2.5 |
| **B261** Investigations | 0 | 0 | 0 | 0 | 0 |
| **B310** Claims Administration and Objections | 0 | 0 | 0 | 0 | 0 |
| **B312** Objections to Claims | 0 | 0 | 0 | 0 | 0 |
| **B320** Plan and Disclosure Statement | 0 | 0 | 0 | 1.4 | 1.4 |
| **B321** Business Plan | 0 | 0 | 0 | 0 | 0 |
| **B410** General Bankruptcy Advice and Opinions | 0 | 0 | 0 | 0 | 0 |
| **B420** Restructurings | 0 | 0 | 0 | 0 | 0 |
| **L150 Budgeting** | .9 | .7 | .6 | .5 | 2.7 |
| **TOTAL HOURS:** | 265.1 | 109.3 | 111.90 | 109.90 | 596.20 |
| **TOTAL FEES:** | $121,455.50 | $50,130.00 | $51,559.50 | $50,051.00 | $273,196.00 |

| | | | | | |
|---|---|---|---|---|---|
| **MINUS 20% REDUCTION:** | $24,291.10 | $10,026.00 | $10,311.90 | $10,010.20 | $54,639.20 |
| **TOTAL FEES: (NET OF REDUCTION)** | $97,164.40 | $40,104.00 | $41,247.60 | $40,040.80 | $218,556.80 |

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED
## BY PROJECT CATEGORY AND BY MATTER

**Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 101)**

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | .3 | $40.50 |
| B110 Case Administration | 2.4 | $360.00 |
| B113 Pleadings Review | 37.20 | $11,718.00 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 3.3 | $1,897.50 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 43.50 | $14,728.00 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | 18.2 | $8,423.00 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 0 | $0 |
| L150 Budgeting | 2.7 | $1,156.50 |
| **TOTAL** | 107.6 | $38,323.50 |

*PREPA (Matter ID 102)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 0 | $0 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | .7 | $402.50 |
| B155 Court Hearings | .4 | $230.00 |
| B160 Employment / Fee Applications (CONTINENTAL) | 0 | $0 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | 439.90 | $211,040.00 |
| B260 Meetings and Communications with Board | 2.5 | $1,437.50 |
| B300 Claims and Plan | 0 | $0 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 443.50 | $213,110.00 |

*ERS (Matter ID 103)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | .4 | $126.00 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 0 | $0 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 0 | $0 |
| B161 Budgeting (Case) | 0 | $___ |
| B191 General Litigation | 42.60 | $20,509.00 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 0 | $0 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 43 | $20,635.00 |

*HTA (Matter ID 104)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 0 | $0 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 0 | $0 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 0 | $0 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | .7 | $322.50 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 0 | $0 |
| B320 Plan and Disclosure Statement | 1.4 | $805.00 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 2.1 | $1,127.50 |

## **EXHIBIT E-2**

### **SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY**

| Category | Amount |
|---|---|
| Travel Expenses – Airfare | $0 |
| Travel Expenses – Lodging | $0 |
| Travel Expenses – Taxi / Ground Transportation | $0 |
| Travel Expenses – Parking | $0 |
| Meals (while working on Committee matters) | $0 |
| Court call | $0 |
| Long Distance Phone Calls | $0 |
| Process Service Fee | $0 |
| Messenger | $0 |
| Computer Search | $0 |
| Articles and Publications | $0 |
| Court Reporting Services | $0 |
| In-house Black and White Reproduction Charges | $0 |
| Outside Photocopies | $0 |
| Outside Professional Services | $1,813.58 |
| Postage/Express Mail | $0 |
| Data Management/Web Hosting | $0 |
| Miscellaneous- Website Domain and Maintenance | $0 |
| **TOTAL** | $1,813.58 |