# EXHIBIT F

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO

### June 2022 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $11,788.00 | $2,357.60 | $8,487.36 | $1,231.71 | $10,662.71 |
| Total for PREPA (all outside of Puerto Rico) | $109,667.50 | $21,933.50 | $78,960.60 | $0 | $87,734.00 |
| Total for ERS (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for HTA (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Grand Total | $121,455.50 | $24,291.10 | $87,447.96 | $1,231.71 | $98,396.11 |

### July 2022 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $8,452.50 | $1,690.50 | $6,085.80 | $581.87 | $7,343.87 |
| Total for PREPA (all outside of Puerto Rico) | $41,677.50 | $8,335.50 | $30,007.80 | $0 | $33,342.00 |
| Total for ERS (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for HTA (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Grand Total | $50,130.00 | $10,026.00 | $36,093.60 | $581.87 | $40,685.87 |

## August 2022 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $8,214.50 | $1,642.90 | $5,914.44 | $0 | $6,571.60 |
| Total for PREPA (all outside of Puerto Rico) | $43,022.50 | $8,604.50 | $30,976.20 | $0 | $34,418.00 |
| Total for ERS (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for HTA (all outside of Puerto Rico) | $322.50 | $64.50 | $232.20 | $0 | $258.00 |
| Grand Total | $51,559.50 | $10,311.90 | $37,122.84 | $0 | $41,247.60 |

## September 2022 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $9,868.50 | $1,973.70 | $7,105.32 | $0 | $7,894.80 |
| Total for PREPA (all outside of Puerto Rico) | $18,742.50 | $3,748.50 | $13,494.60 | $0 | $14,994.00 |
| Total for ERS (all outside of Puerto Rico) | $20,635.00 | $4,127.00 | $14,857.20 | $0 | $16,508.00 |
| Total for HTA (all outside of Puerto Rico) | $805.00 | $161.00 | $579.60 | $0 | $644.00 |
| Grand Total | $50,051.00 | $10,010.20 | $36,036.72 | $0 | $40,040.80 |