## Exhibit A

### June 2022 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 30.20 | $ 900.00 | $ 27,180.00 |
| Gabriel Roumy | *Managing Consultant* | 93.60 | $ 635.00 | $ 59,436.00 |
| Victor Chung | *Managing Consultant* | 1.80 | $ 635.00 | $ 1,143.00 |
| Ryan Ngai | *Research Associate* | 155.30 | $ 325.00 | $ 50,472.50 |
| Luke Marham | *Research Associate* | 100.50 | $ 325.00 | $ 32,662.50 |
| Julie Sharkey | *Admin* | 4.30 | $ 150.00 | $ 645.00 |
| **Total Professional Fees** | | **385.70** | | **$ 171,539.00** |

### July 2022 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 25.80 | $ 900.00 | $ 23,220.00 |
| Gabriel Roumy | *Managing Consultant* | 51.40 | $ 635.00 | $ 32,639.00 |
| Ryan Ngai | *Research Associate* | 149.00 | $ 325.00 | $ 48,425.00 |
| Luke Marham | *Research Associate* | 41.20 | $ 325.00 | $ 13,390.00 |
| Julie Sharkey | *Admin* | 8.10 | $ 150.00 | $ 1,215.00 |
| **Total Professional Fees** | | **275.50** | | **$ 118,889.00** |

### August 2022 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| AJ Goulding | *President* | 0.20 | $ 935.00 | $ 187.00 |
| Julia Frayer | *Managing Director* | 25.40 | $ 900.00 | $ 22,860.00 |
| Gabriel Roumy | *Managing Consultant* | 18.00 | $ 635.00 | $ 11,430.00 |
| Ryan Ngai | *Research Associate* | 123.20 | $ 325.00 | $ 40,040.00 |
| Luke Marham | *Research Associate* | 43.60 | $ 325.00 | $ 14,170.00 |
| Julie Sharkey | *Admin* | 6.20 | $ 150.00 | $ 930.00 |
| **Total Professional Fees** | | **216.60** | | **$ 89,617.00** |

### September 2022 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 16.90 | $ 900.00 | $ 15,210.00 |
| Ryan Ngai | *Research Associate* | 61.50 | $ 325.00 | $ 19,987.50 |
| Luke Marham | *Research Associate* | 26.50 | $ 325.00 | $ 8,612.50 |
| Julie Sharkey | *Admin* | 3.00 | $ 150.00 | $ 450.00 |
| **Total Professional Fees** | | **107.90** | | $ **44,260.00** |

### Total Monthly Fee Statements

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| AJ Goulding | *President* | 0.20 | $ 935.00 | $ 187.00 |
| Julia Frayer | *Managing Director* | 98.30 | $ 900.00 | $ 88,470.00 |
| Gabriel Roumy | *Managing Consultant* | 163.00 | $ 635.00 | $ 103,505.00 |
| Victor Chung | *Managing Consultant* | 1.80 | $ 635.00 | $ 1,143.00 |
| Ryan Ngai | *Research Associate* | 489.00 | $ 325.00 | $ 158,925.00 |
| Luke Marham | *Research Associate* | 211.80 | $ 325.00 | $ 68,835.00 |
| Julie Sharkey | *Admin* | 21.60 | $ 150.00 | $ 3,240.00 |
| **Total Professional Fees** | | **985.70** | | $ **424,305.00** |