**Exhibit B**

**Exhibit B**

### June 2022 Monthly Fee Statement

| Date | Total hrs | Activities | Employee |
|---|---|---|---|
| 6/1/2022 | 0.40 | conduct research on | Julia Frayer |
| 6/1/2022 | 0.30 | research | Julia Frayer |
| 6/1/2022 | 1.80 | finalize Committee | Julia Frayer |
| 6/1/2022 | 0.50 | due diligence: call with | Julia Frayer |
| 6/1/2022 | 1.10 | virtually attend Committee meeting | Julia Frayer |
| 6/1/2022 | 0.30 | coordinate May fee statement in accordance with additional details in accordance with the interim compensation procedures | Julia Frayer |
| 6/1/2022 | 0.90 | call with | Gabriel Roumy |
| 6/1/2022 | 1.10 | virtually attend Committee Meeting | Gabriel Roumy |
| 6/1/2022 | 2.80 | address feedback from L. Despins (PH) and A. Bongartz (PH) on | Gabriel Roumy |
| 6/1/2022 | 0.70 | update | Gabriel Roumy |
| 6/1/2022 | 0.40 | review analysis of | Gabriel Roumy |
| 6/1/2022 | 1.10 | virtually attend Committee meeting | Ryan Ngai |
| 6/1/2022 | 4.80 | revise | Ryan Ngai |
| 6/1/2022 | 2.10 | conduct | Ryan Ngai |
| 6/1/2022 | 2.40 | conduct (1.3), collect (1.1) | Luke Markham |
| 6/1/2022 | 1.10 | virtually attend Committee meeting | Luke Markham |
| 6/2/2022 | 0.50 | due diligence: call with | Julia Frayer |
| 6/2/2022 | 2.00 | review for tomorrow | Julia Frayer |
| 6/2/2022 | 0.50 | call with | Gabriel Roumy |
| 6/2/2022 | 4.40 | update LEI's | Gabriel Roumy |
| 6/2/2022 | 0.40 | review analysis of | Gabriel Roumy |
| 6/2/2022 | 1.20 | review and assess | Gabriel Roumy |
| 6/2/2022 | 6.00 | revise | Ryan Ngai |
| 6/2/2022 | 2.80 | conduct (.2), collect (2.6) | Luke Markham |
| 6/2/2022 | 1.10 | conduct research on | Luke Markham |
| 6/3/2022 | 1.10 | call with B. Barnwell, W. Derrough, et al (Moelis) (Mediation Team) to discuss | Julia Frayer |
| 6/3/2022 | 0.20 | email Moelis team as follow up to June 3 meeting | Julia Frayer |
| 6/3/2022 | 1.10 | call with B. Barnwell, W. Derrough, et al (Moelis) (Mediation Team) to discuss | Gabriel Roumy |
| 6/3/2022 | 0.40 | review details and register for the | Gabriel Roumy |
| 6/3/2022 | 0.80 | internal call to discuss | Gabriel Roumy |
| 6/3/2022 | 0.70 | review updated results of | Gabriel Roumy |
| 6/3/2022 | 0.60 | organize May invoice components in accordance with the interim compensation procedures | Gabriel Roumy |
| 6/3/2022 | 0.90 | review research on | Gabriel Roumy |
| 6/3/2022 | 1.10 | call with B. Barnwell, W. Derrough, et al (Moelis) (Mediation Team) to discuss | Ryan Ngai |
| 6/3/2022 | 0.80 | internal call to discuss | Ryan Ngai |
| 6/3/2022 | 6.00 | revise | Ryan Ngai |
| 6/3/2022 | 5.90 | continue research on | Luke Markham |
| 6/3/2022 | 1.10 | call with B. Barnwell, W. Derrough, et al (Moelis) (Mediation Team) to discuss | Luke Markham |
| 6/6/2022 | 0.50 | review draft May fee statement in accordance with the interim compensation procedures | Julia Frayer |
| 6/6/2022 | 1.70 | virtually attend | Gabriel Roumy |
| 6/6/2022 | 3.20 | review research into | Gabriel Roumy |
| 6/6/2022 | 1.60 | research | Gabriel Roumy |
| 6/6/2022 | 1.50 | review & provide direction to R Ngai (LEI) | Gabriel Roumy |
| 6/6/2022 | 5.90 | virtually attend | Ryan Ngai |
| 6/6/2022 | 2.10 | revise | Ryan Ngai |
| 6/6/2022 | 1.30 | virtually attend | Luke Markham |
| 6/6/2022 | 2.60 | research | Luke Markham |
| 6/6/2022 | 1.40 | continue research on | Luke Markham |
| 6/6/2022 | 2.10 | research | Luke Markham |
| 6/6/2022 | 3.60 | prepare draft May fee statement in accordance with the interim compensation procedures | Julie Sharkey |
| 6/7/2022 | 0.50 | due diligence: intro call with | Julia Frayer |
| 6/7/2022 | 0.50 | virtually attend | Julia Frayer |
| 6/7/2022 | 0.50 | due diligence: intro call with | Gabriel Roumy |
| 6/7/2022 | 0.40 | review & provide direction to R Ngai (LEI) | Gabriel Roumy |

**Exhibit B**

| Date | Hours | Description | Person |
|---|---|---|---|
| 6/7/2022 | 5.10 | virtually attend | Ryan Ngai |
| 6/7/2022 | 1.40 | revise | Ryan Ngai |
| 6/7/2022 | 1.20 | virtually attend | Luke Markham |
| 6/7/2022 | 4.60 | research ▮ (0.9) and review economic literature on ▮ (3.7) | Luke Markham |
| 6/7/2022 | 2.30 | research on | Luke Markham |
| 6/7/2022 | 0.40 | revise May fee statement and submit for Committee approval in accordance with the interim compensation procedures | Julie Sharkey |
| 6/8/2022 | 0.60 | prepare checklist for internal call | Julia Frayer |
| 6/8/2022 | 1.50 | internal call to review research and overall progress | Julia Frayer |
| 6/8/2022 | 1.50 | internal call to review research and overall progress | Gabriel Roumy |
| 6/8/2022 | 4.10 | research | Gabriel Roumy |
| 6/8/2022 | 1.50 | internal call to review research and overall progress | Ryan Ngai |
| 6/8/2022 | 2.70 | research | Ryan Ngai |
| 6/8/2022 | 2.10 | revise | Ryan Ngai |
| 6/8/2022 | 0.80 | respond to R Ngai's (LEI) question on | Victor Chung |
| 6/8/2022 | 2.10 | conduct ▮ lit review | Luke Markham |
| 6/8/2022 | 1.20 | ▮ research | Luke Markham |
| 6/8/2022 | 1.50 | internal call to review research and overall progress | Luke Markham |
| 6/8/2022 | 2.20 | ▮ research | Luke Markham |
| 6/9/2022 | 0.70 | prepare LEI budget for July in accordance in accordance with the interim compensation order | Gabriel Roumy |
| 6/9/2022 | 1.80 | research future cost of solar on Puerto Rico | Gabriel Roumy |
| 6/9/2022 | 1.70 | review and comment on | Gabriel Roumy |
| 6/9/2022 | 4.60 | update | Ryan Ngai |
| 6/9/2022 | 2.20 | attempt to find | Ryan Ngai |
| 6/9/2022 | 2.50 | search for | Ryan Ngai |
| 6/9/2022 | 2.50 | revise | Ryan Ngai |
| 6/9/2022 | 0.20 | respond to R Ngai's (LEI) question on | Victor Chung |
| 6/9/2022 | 4.30 | | Luke Markham |
| 6/9/2022 | 2.40 | research on ▮ (0.7), ▮ (0.2), ▮ (0.9), ▮ (0.6) for | Luke Markham |
| 6/10/2022 | 0.50 | review communications and economic literature | Julia Frayer |
| 6/10/2022 | 2.20 | review | Julia Frayer |
| 6/10/2022 | 2.30 | research ▮ (0.7) & include in ▮ (1.6) | Gabriel Roumy |
| 6/10/2022 | 0.90 | internal call to review | Gabriel Roumy |
| 6/10/2022 | 0.60 | prepare email to Y Perez (PRMA) | Gabriel Roumy |
| 6/10/2022 | 0.50 | review | Gabriel Roumy |
| 6/10/2022 | 2.70 | prepare outline and draft of | Gabriel Roumy |
| 6/10/2022 | 0.90 | internal call to | Ryan Ngai |
| 6/10/2022 | 3.60 | update | Ryan Ngai |
| 6/10/2022 | 0.80 | search for | Ryan Ngai |
| 6/10/2022 | 2.80 | search for | Ryan Ngai |
| 6/10/2022 | 1.10 | general | Ryan Ngai |
| 6/10/2022 | 0.10 | respond to Ryan Ngai's (LEI) questions on | Victor Chung |
| 6/10/2022 | 4.20 | research | Luke Markham |
| 6/10/2022 | 2.20 | ▮ research (0.6) and ▮ (1.6) | Luke Markham |
| 6/10/2022 | 1.30 | economic literature research | Luke Markham |
| 6/12/2022 | 0.80 | review draft ▮ and other communications | Julia Frayer |
| 6/13/2022 | 1.10 | research | Gabriel Roumy |
| 6/13/2022 | 9.20 | prepare updated | Gabriel Roumy |
| 6/13/2022 | 2.10 | update | Ryan Ngai |
| 6/13/2022 | 2.50 | prepare a | Ryan Ngai |
| 6/13/2022 | 0.10 | hour tracking | Ryan Ngai |
| 6/13/2022 | 1.70 | prepare a | Luke Markham |
| 6/13/2022 | 2.60 | ▮ research (1.8) and ▮ (0.8) | Luke Markham |
| 6/13/2022 | 1.30 | economic literature research | Luke Markham |
| 6/14/2022 | 0.90 | review | Julia Frayer |
| 6/14/2022 | 1.40 | address treatment of | Gabriel Roumy |
| 6/14/2022 | 0.50 | research | Gabriel Roumy |
| 6/14/2022 | 4.10 | address comments & prepare final version of | Gabriel Roumy |
| 6/14/2022 | 2.50 | research ▮ (0.3) & ▮ (2.2) | Ryan Ngai |
| 6/14/2022 | 0.10 | hour tracking | Ryan Ngai |
| 6/14/2022 | 1.40 | conduct ▮ lit review | Luke Markham |
| 6/14/2022 | 2.30 | ▮ research | Luke Markham |
| 6/14/2022 | 0.50 | ▮ research | Luke Markham |
| 6/14/2022 | 1.70 | ▮ research | Luke Markham |



**Exhibit B**

| Date | Hours | Description | Timekeeper |
|---|---|---|---|
| 6/15/2022 | 0.90 | check-in call with A. Bongartz, L. Despins (PH) | Julia Frayer |
| 6/15/2022 | 0.20 | prepare for Committee call | Julia Frayer |
| 6/15/2022 | 0.20 | reach out to ▮ | Julia Frayer |
| 6/15/2022 | 0.50 | virtually attend Committee meeting | Julia Frayer |
| 6/15/2022 | 0.20 | prepare ▮ | Gabriel Roumy |
| 6/15/2022 | 0.90 | check-in call with A. Bongartz, L. Despins (PH) | Gabriel Roumy |
| 6/15/2022 | 0.40 | address Paul Hastings comments on ▮ | Gabriel Roumy |
| 6/15/2022 | 0.80 | look into ▮ | Gabriel Roumy |
| 6/15/2022 | 0.60 | review update alerts from ▮ | Gabriel Roumy |
| 6/15/2022 | 0.50 | virtually attend Committee meeting | Gabriel Roumy |
| 6/15/2022 | 0.50 | virtually attend Committee meeting | Ryan Ngai |
| 6/15/2022 | 4.60 | revise ▮ (3.1), ▮ (1.5) | Ryan Ngai |
| 6/15/2022 | 3.20 | research for list of ▮ | Luke Markham |
| 6/15/2022 | 2.80 | ▮ research | Luke Markham |
| 6/15/2022 | 1.80 | economic literature research ▮ | Luke Markham |
| 6/16/2022 | 0.80 | review ▮ | Julia Frayer |
| 6/16/2022 | 0.10 | May fee statement review and prep for confidentiality in accordance with interim compensation procedures | Julia Frayer |
| 6/16/2022 | 3.20 | prepare ▮ | Gabriel Roumy |
| 6/16/2022 | 0.40 | review ▮ | Gabriel Roumy |
| 6/16/2022 | 0.40 | provide direction for ▮ | Gabriel Roumy |
| 6/16/2022 | 0.20 | prepare ▮ | Gabriel Roumy |
| 6/16/2022 | 0.90 | research & review ▮ | Gabriel Roumy |
| 6/16/2022 | 7.30 | revise ▮ (1.7), ▮ (0.6), ▮ (4.1), ▮ (0.9) | Ryan Ngai |
| 6/16/2022 | 0.50 | crosschecking ▮ | Ryan Ngai |
| 6/16/2022 | 1.80 | research on ▮ | Luke Markham |
| 6/16/2022 | 2.70 | ▮ | Luke Markham |
| 6/16/2022 | 1.70 | ▮ research | Luke Markham |
| 6/16/2022 | 1.50 | economic literature research ▮ | Luke Markham |
| 6/17/2022 | 0.80 | review ▮ | Julia Frayer |
| 6/17/2022 | 1.20 | prepare ▮ | Gabriel Roumy |
| 6/17/2022 | 2.30 | address comments on ▮ | Gabriel Roumy |
| 6/17/2022 | 1.30 | internal call (GR, RN) to review and discuss ▮ | Gabriel Roumy |
| 6/17/2022 | 1.20 | research ▮ | Gabriel Roumy |
| 6/17/2022 | 1.30 | internal call (GR, RN) to review and discuss ▮ | Ryan Ngai |
| 6/17/2022 | 4.30 | revise ▮ (2.6), ▮ (1.7) for ▮ | Ryan Ngai |
| 6/17/2022 | 2.40 | revise ▮ | Ryan Ngai |
| 6/17/2022 | 1.70 | economic literature research ▮ (0.8) and ▮ (0.9) | Luke Markham |
| 6/17/2022 | 0.10 | redact and submit May fee statement to the fee examiner | Julie Sharkey |
| 6/19/2022 | 0.50 | respond to ▮ question from Ryan Ngai (LEI) | Julia Frayer |
| 6/20/2022 | 0.40 | ▮ | Julia Frayer |
| 6/20/2022 | 0.70 | internal call to discuss ▮ | Julia Frayer |
| 6/20/2022 | 1.80 | final edits on ▮ | Gabriel Roumy |
| 6/20/2022 | 3.10 | revew ▮ | Gabriel Roumy |
| 6/20/2022 | 1.10 | review ▮ | Gabriel Roumy |
| 6/20/2022 | 0.70 | internal call to discuss ▮ | Gabriel Roumy |
| 6/20/2022 | 6.70 | revising ▮ | Ryan Ngai |
| 6/20/2022 | 0.10 | hour tracking | Ryan Ngai |
| 6/20/2022 | 0.70 | internal call to discuss ▮ | Luke Markham |
| 6/20/2022 | 5.80 | ▮ (3.3) and ▮ research (2.5) | Luke Markham |
| 6/21/2022 | 0.70 | review interim version of ▮ | Julia Frayer |
| 6/21/2022 | 0.80 | review latest updates regarding ▮ | Julia Frayer |
| 6/21/2022 | 0.50 | due diligence: call with ▮ | Julia Frayer |
| 6/21/2022 | 0.50 | due diligence: call with ▮ | Gabriel Roumy |
| 6/21/2022 | 0.60 | internal call to discuss including ▮ | Gabriel Roumy |
| 6/21/2022 | 0.60 | internal call to discuss including ▮ | Ryan Ngai |
| 6/21/2022 | 0.40 | prepare ▮ | Gabriel Roumy |
| 6/21/2022 | 0.80 | review & revise ▮ | Gabriel Roumy |
| 6/21/2022 | 0.50 | address Paul Hastings comments on ▮ | Gabriel Roumy |
| 6/21/2022 | 3.60 | revise ▮ (2.7), update ▮ (0.9) | Ryan Ngai |
| 6/21/2022 | 3.60 | update ▮ | Ryan Ngai |
| 6/21/2022 | 4.30 | create ▮ | Ryan Ngai |
| 6/21/2022 | 4.70 | prepare ▮ | Luke Markham |
| 6/22/2022 | 0.20 | follow up with A. Bongartz (PH) over email on invoicing protocols and issue further instructions to staff | Julia Frayer |
| 6/22/2022 | 0.40 | complete final review of ▮ | Julia Frayer |



**Exhibit B**

| Date | Hours | Description | Timekeeper |
|---|---|---|---|
| 6/22/2022 | 1.20 | research potential | Gabriel Roumy |
| 6/22/2022 | 5.20 | compare previous | Ryan Ngai |
| 6/22/2022 | 2.30 | revise (0.4), (1.1), (0.8) | Ryan Ngai |
| 6/22/2022 | 0.30 | revise hour tracking | Ryan Ngai |
| 6/22/2022 | 0.50 | email exchange with Victor Chung (LEI) on | Ryan Ngai |
| 6/22/2022 | 0.20 | respond to Ryan Ngai's (LEI) question on | Victor Chung |
| 6/22/2022 | 0.70 | produce internal research document on | Luke Markham |
| 6/23/2022 | 3.40 | internal call to discuss | Julia Frayer |
| 6/23/2022 | 0.60 | fact finding: | Julia Frayer |
| 6/23/2022 | 0.60 | call with | Gabriel Roumy |
| 6/23/2022 | 3.40 | internal call to discuss | Gabriel Roumy |
| 6/23/2022 | 0.20 | send out approved July budget in accordance with the interim compensation order | Gabriel Roumy |
| 6/23/2022 | 0.60 | call with | Ryan Ngai |
| 6/23/2022 | 3.40 | internal call to discuss | Ryan Ngai |
| 6/23/2022 | 3.40 | adjust (1.2), (0.4), (1.8) after internal call | Ryan Ngai |
| 6/23/2022 | 0.10 | hour tracking | Ryan Ngai |
| 6/23/2022 | 0.30 | respond to Ryan Ngai's (LEI) question on | Victor Chung |
| 6/23/2022 | 2.70 | research the | Luke Markham |
| 6/23/2022 | 0.10 | submit approved July budget in accordance with the interim compensation order | Julie Sharkey |
| 6/24/2022 | 0.20 | review latest research updates from team | Julia Frayer |
| 6/24/2022 | 2.70 | revise | Ryan Ngai |
| 6/24/2022 | 1.60 | research (0.9), (0.7) | Ryan Ngai |
| 6/24/2022 | 1.80 | research | Luke Markham |
| 6/27/2022 | 0.70 | follow up on | Julia Frayer |
| 6/27/2022 | 0.80 | prepare | Gabriel Roumy |
| 6/27/2022 | 0.60 | research | Ryan Ngai |
| 6/27/2022 | 0.80 | research | Ryan Ngai |
| 6/27/2022 | 2.40 | update | Ryan Ngai |
| 6/27/2022 | 2.20 | revise | Ryan Ngai |
| 6/27/2022 | 0.10 | hour tracking | Ryan Ngai |
| 6/27/2022 | 0.20 | respond to Ryan Ngai's (LEI) question on | Victor Chung |
| 6/27/2022 | 1.70 | research (0.6) and (1.1) for | Luke Markham |
| 6/28/2022 | 0.20 | review latest developments on | Julia Frayer |
| 6/28/2022 | 0.20 | e-mail exchange with L Despins (PH) re: | Gabriel Roumy |
| 6/28/2022 | 3.40 | revise | Ryan Ngai |
| 6/28/2022 | 4.50 | create | Ryan Ngai |
| 6/28/2022 | 0.10 | hour tracking | Ryan Ngai |
| 6/28/2022 | 1.60 | research (1.2) and (0.4) for the | Luke Markham |
| 6/29/2022 | 1.60 | review | Gabriel Roumy |
| 6/29/2022 | 0.80 | virtually attend weekly Committee call | Gabriel Roumy |
| 6/29/2022 | 4.60 | integrate and update | Ryan Ngai |
| 6/29/2022 | 0.10 | hour tracking | Ryan Ngai |
| 6/29/2022 | 0.80 | virtually attend weekly Committee call | Luke Markham |
| 6/30/2022 | 1.20 | initial review of | Julia Frayer |
| 6/30/2022 | 1.40 | initial review of | Gabriel Roumy |
| 6/30/2022 | 0.50 | internal call with Gabriel Roumy (LEI) to discuss | Gabriel Roumy |
| 6/30/2022 | 0.50 | internal call with Gabriel Roumy (LEI) to discuss | Ryan Ngai |
| 6/30/2022 | 0.70 | addressing following internal call | Ryan Ngai |
| 6/30/2022 | 4.30 | initial review of | Ryan Ngai |
| 6/30/2022 | 0.10 | hour tracking | Ryan Ngai |
| 6/30/2022 | 0.10 | submit payment request for May 2022 fee statement in accordance with interim compensation procedures | Julie Sharkey |

385.70

Note: Hours have not been changed from the initial monthly fee statements, but the description for certain recorded periods has been adjusted to provide additional detail, as requested in discussions with the Fee examiner regarding LEI's first fee application.

**Exhibit B**

**July 2022 Monthly Fee Statement**

| Date | Total hrs | Activities | Employee |
|---|---|---|---|
| 7/4/2022 | 0.50 | review and prepare workplan | Julia Frayer |
| 7/4/2022 | 3.60 | review | Ryan Ngai |
| 7/4/2022 | 4.30 | compare (3.2), review (1.1) | Ryan Ngai |
| 7/4/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/5/2022 | 1.10 | call with | Gabriel Roumy |
| 7/5/2022 | 1.10 | call with | Julia Frayer |
| 7/5/2022 | 1.20 | internal call (JF, GR, RN) to discuss | Gabriel Roumy |
| 7/5/2022 | 1.20 | internal call (JF, GR, RN) to discuss | Julia Frayer |
| 7/5/2022 | 1.20 | internal call (JF, GR, RN) to discuss | Ryan Ngai |
| 7/5/2022 | 2.60 | prepare June log for fee statement in accordance with interim compensation procedures | Julie Sharkey |
| 7/5/2022 | 1.30 | review June logs (0.2) and prepare July budget (1.1) in accordance with interim compensation procedures | Gabriel Roumy |
| 7/5/2022 | 0.10 | exchange emails with | Julia Frayer |
| 7/5/2022 | 6.70 | create (4.6) and conduct (2.1) | Ryan Ngai |
| 7/5/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/6/2022 | 0.60 | review | Gabriel Roumy |
| 7/6/2022 | 0.20 | share | Gabriel Roumy |
| 7/6/2022 | 1.30 | internal call (JF, GR, RN, LM) to discuss | Gabriel Roumy |
| 7/6/2022 | 1.30 | internal call (JF, GR, RN, LM) to discuss | Julia Frayer |
| 7/6/2022 | 1.30 | internal call (JF, GR, RN, LM) to discuss | Luke Markham |
| 7/6/2022 | 1.30 | internal call (JF, GR, RN, LM) to discuss | Ryan Ngai |
| 7/6/2022 | 1.80 | prepare outline for | Gabriel Roumy |
| 7/6/2022 | 0.20 | revise workplan | Julia Frayer |
| 7/6/2022 | 1.50 | continue research and analysis on | Luke Markham |
| 7/6/2022 | 6.60 | create (5.9) and conduct (0.7) | Ryan Ngai |
| 7/6/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/7/2022 | 3.10 | review | Gabriel Roumy |
| 7/7/2022 | 0.10 | review June 2022 fee statement in accordance with interim compensation procedures | Julia Frayer |
| 7/7/2022 | 4.40 | research and analysis on (3.2) and prepare internal research memo (1.2) | Luke Markham |
| 7/7/2022 | 0.40 | review internal memo | Julia Frayer |
| 7/7/2022 | 5.60 | compare | Ryan Ngai |
| 7/7/2022 | 2.10 | update | Ryan Ngai |
| 7/7/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/8/2022 | 1.00 | call with N. Catez (Moelis), M. Wright (Moelis), et al to discuss | Gabriel Roumy |
| 7/8/2022 | 1.00 | call with N. Catez (Moelis), M. Wright (Moelis), et al to discuss | Julia Frayer |
| 7/8/2022 | 1.00 | call with N. Catez (Moelis), M. Wright (Moelis), et al to discuss | Luke Markham |
| 7/8/2022 | 0.30 | internal call (GR, RN) to discuss | Gabriel Roumy |
| 7/8/2022 | 0.30 | internal call (GR, RN) to discuss | Ryan Ngai |
| 7/8/2022 | 0.50 | review of | Julia Frayer |
| 7/8/2022 | 0.40 | research on following call | Luke Markham |
| 7/8/2022 | 5.50 | continue | Luke Markham |
| 7/8/2022 | 3.60 | extract and analyze | Ryan Ngai |
| 7/8/2022 | 3.80 | prepare | Ryan Ngai |
| 7/8/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/8/2022 | 1.30 | revise and submit June 2022 fee statement in accordance with interim compensation procedures | Julie Sharkey |
| 7/9/2022 | 0.60 | review | Julia Frayer |
| 7/9/2022 | 0.50 | continue | Luke Markham |
| 7/9/2022 | 1.30 | analyze | Ryan Ngai |
| 7/9/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/10/2022 | 0.70 | review of | Luke Markham |
| 7/11/2022 | 0.50 | internal call (JF, RN, LM) to discuss | Julia Frayer |
| 7/11/2022 | 0.50 | internal call (JF, RN, LM) to discuss | Luke Markham |
| 7/11/2022 | 0.50 | internal call (JF, RN, LM) to discuss | Ryan Ngai |
| 7/11/2022 | 2.20 | initial review of | Julia Frayer |
| 7/11/2022 | 6.10 | prepare (4.9) and (1.2) | Luke Markham |
| 7/11/2022 | 0.10 | research | Luke Markham |
| 7/11/2022 | 1.40 | edit (0.8) and (0.6) | Luke Markham |
| 7/11/2022 | 2.40 | edit (1.7) and continue analysis (0.7) | Luke Markham |

| Date | Hours | Description | Name |
|---|---|---|---|
| 7/11/2022 | 1.90 | internal call (RN, LM) to discuss | Luke Markham |
| 7/11/2022 | 1.90 | internal call (RN, LM) to discuss | Ryan Ngai |
| 7/11/2022 | 5.70 | update | Ryan Ngai |
| 7/11/2022 | 7.30 | prepare | Ryan Ngai |
| 7/11/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/12/2022 | 1.20 | review | Julia Frayer |
| 7/12/2022 | 0.10 | brief call with A. Bongratz (PH) | Julia Frayer |
| 7/12/2022 | 2.30 | internal call (JF, RN, LM) to discuss | Julia Frayer |
| 7/12/2022 | 2.30 | internal call (JF, RN, LM) to discuss | Luke Markham |
| 7/12/2022 | 2.30 | internal call (JF, RN, LM) to discuss | Ryan Ngai |
| 7/12/2022 | 4.80 | edit | Luke Markham |
| 7/12/2022 | 1.80 | internal call (RN, LM) to discuss | Luke Markham |
| 7/12/2022 | 1.80 | internal call (RN, LM) to discuss | Ryan Ngai |
| 7/12/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/12/2022 | 5.80 | revise                (2.1),              (3.7) | Ryan Ngai |
| 7/13/2022 | 1.50 | finalize | Julia Frayer |
| 7/13/2022 | 0.60 | internal call (JF, RN, LM) to discuss feedback from A. Bongartz (PH) PH on | Julia Frayer |
| 7/13/2022 | 0.60 | internal call (JF, RN, LM) to discuss feedback from A. Bongartz (PH) PH on | Luke Markham |
| 7/13/2022 | 0.60 | internal call (JF, RN, LM) to discuss feedback from A. Bongartz (PH) PH on | Ryan Ngai |
| 7/13/2022 | 0.30 | internal call (JF, RN, LM) to discuss | Julia Frayer |
| 7/13/2022 | 0.30 | internal call (JF, RN, LM) to discuss | Luke Markham |
| 7/13/2022 | 0.30 | internal call (JF, RN, LM) to discuss | Ryan Ngai |
| 7/13/2022 | 0.30 | attend Committee Meeting | Julia Frayer |
| 7/13/2022 | 0.30 | attend Committee Meeting | Luke Markham |
| 7/13/2022 | 0.30 | attend Committee Meeting | Ryan Ngai |
| 7/13/2022 | 0.20 | review draft first interim fee application for July 15 | Julia Frayer |
| 7/13/2022 | 0.10 | reach out to | Julia Frayer |
| 7/13/2022 | 0.30 | continue review of | Julia Frayer |
| 7/13/2022 | 1.20 | revise | Luke Markham |
| 7/13/2022 | 0.10 | call with A. Bongartz (PH) to discuss | Ryan Ngai |
| 7/13/2022 | 5.70 | revise | Ryan Ngai |
| 7/13/2022 | 1.10 | revise | Ryan Ngai |
| 7/13/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/14/2022 | 0.40 | analyze | Julia Frayer |
| 7/14/2022 | 1.20 | prepare draft first interim fee application covering May | Julie Sharkey |
| 7/14/2022 | 0.20 | review and provide comments on draft first interim fee application covering May | Julia Frayer |
| 7/14/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/14/2022 | 6.70 | revise | Ryan Ngai |
| 7/14/2022 | 1.20 |  | Ryan Ngai |
| 7/15/2022 | 2.40 | finalize draft first interim fee application covering May | Julie Sharkey |
| 7/15/2022 | 1.00 | review | Julia Frayer |
| 7/15/2022 | 0.40 | analyze | Ryan Ngai |
| 7/15/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/15/2022 | 6.50 | revise | Ryan Ngai |
| 7/16/2022 | 0.30 | review and respond to team on | Julia Frayer |
| 7/18/2022 | 0.60 | internal call (GR, JF) to discuss progress and workplan | Gabriel Roumy |
| 7/18/2022 | 0.60 | internal call (GR, JF) to discuss progress and workplan | Julia Frayer |
| 7/18/2022 | 0.40 | internal call (GR, RN, LM) to discuss previous week activities and plan current week | Gabriel Roumy |
| 7/18/2022 | 0.40 | internal call (GR, RN, LM) to discuss previous week activities and plan current week | Luke Markham |
| 7/18/2022 | 0.40 | internal call (GR, RN, LM) to discuss previous week activities and plan current week | Ryan Ngai |
| 7/18/2022 | 1.20 | review email correspondance (0.3) and                from previous week (0.9) | Gabriel Roumy |
| 7/18/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/18/2022 | 6.50 |  | Ryan Ngai |
| 7/19/2022 | 0.40 | internal call (GR, RN) to discuss | Gabriel Roumy |
| 7/19/2022 | 0.40 | internal call (GR, RN) to discuss | Ryan Ngai |
| 7/19/2022 | 0.50 | call with F. Delloforno (MSolar) to discuss | Gabriel Roumy |
| 7/19/2022 | 0.50 | call with F. Delloforno (MSolar) to discuss | Julia Frayer |
| 7/19/2022 | 0.60 | redact June fee statement | Julie Sharkey |
| 7/19/2022 | 0.80 | review June statement and complete administrative tasks associated with interim compensation procedures | Gabriel Roumy |
| 7/19/2022 | 3.90 | review | Gabriel Roumy |
| 7/19/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/19/2022 | 3.20 |  | Ryan Ngai |
| 7/20/2022 | 3.80 | review | Gabriel Roumy |
| 7/20/2022 | 0.50 | internal call (GR, RN) to discuss | Gabriel Roumy |
| 7/20/2022 | 0.50 | internal call (GR, RN) to discuss | Ryan Ngai |

**Exhibit B**



| Date | Hours | Description | Timekeeper |
|---|---|---|---|
| 7/20/2022 | 0.50 | review | Julia Frayer |
| 7/20/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/20/2022 | 1.50 | | Ryan Ngai |
| 7/21/2022 | 0.20 | reach out to | Gabriel Roumy |
| 7/21/2022 | 2.80 | review | Gabriel Roumy |
| 7/21/2022 | 0.10 | review the admissions at monthly meeting | Julia Frayer |
| 7/21/2022 | 2.50 | | Ryan Ngai |
| 7/21/2022 | 2.70 | create | Ryan Ngai |
| 7/21/2022 | 1.40 | | Ryan Ngai |
| 7/21/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/22/2022 | 0.70 | internal call (GR, RN) to discuss | Gabriel Roumy |
| 7/22/2022 | 0.70 | internal call (GR, RN) to discuss | Ryan Ngai |
| 7/22/2022 | 0.50 | call with | Gabriel Roumy |
| 7/22/2022 | 0.50 | call with | Julia Frayer |
| 7/22/2022 | 7.50 | prepare | Ryan Ngai |
| 7/22/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/25/2022 | 0.60 | internal call (GR, RN) to discuss | Gabriel Roumy |
| 7/25/2022 | 0.60 | internal call (GR, RN) to discuss | Ryan Ngai |
| 7/25/2022 | 0.20 | call with A. Bongartz and L. Despins (PH) to discuss | Gabriel Roumy |
| 7/25/2022 | 0.20 | call with A. Bongartz and L. Despins (PH) to discuss | Julia Frayer |
| 7/25/2022 | 0.80 | review | Gabriel Roumy |
| 7/25/2022 | 6.50 | prepare | Ryan Ngai |
| 7/25/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/26/2022 | 0.70 | review | Gabriel Roumy |
| 7/26/2022 | 6.30 | prepare | Gabriel Roumy |
| 7/26/2022 | 0.10 | call | Julia Frayer |
| 7/26/2022 | 0.50 | research | Julia Frayer |
| 7/26/2022 | 5.70 | prepare | Ryan Ngai |
| 7/26/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/27/2022 | 0.30 | attend Committee call | Gabriel Roumy |
| 7/27/2022 | 0.30 | attend Committee call | Julia Frayer |
| 7/27/2022 | 0.30 | attend Committee call | Luke Markham |
| 7/27/2022 | 0.40 | call with A. Bongartz (PH) to discuss | Gabriel Roumy |
| 7/27/2022 | 0.40 | call with A. Bongartz (PH) to discuss | Julia Frayer |
| 7/27/2022 | 5.20 | prepare | Gabriel Roumy |
| 7/27/2022 | 0.60 | call with FOMB advisors | Gabriel Roumy |
| 7/27/2022 | 0.60 | call with FOMB advisors | Julia Frayer |
| 7/27/2022 | 0.70 | review draft | Julia Frayer |
| 7/27/2022 | 0.80 | review and provide comments on | Julia Frayer |
| 7/27/2022 | 5.80 | edit | Ryan Ngai |
| 7/27/2022 | 1.30 | research | Ryan Ngai |
| 7/27/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/28/2022 | 4.70 | prepare (Moelis) | Gabriel Roumy |
| 7/28/2022 | 0.80 | finalize (Moelis) | Gabriel Roumy |
| 7/28/2022 | 0.50 | review and send comments to Gabriel | Julia Frayer |
| 7/28/2022 | 3.30 | compare | Ryan Ngai |
| 7/28/2022 | 1.10 | edit (Moelis) | Ryan Ngai |
| 7/28/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/29/2022 | 1.00 | call with | Gabriel Roumy |
| 7/29/2022 | 1.00 | call with | Julia Frayer |
| 7/29/2022 | 1.00 | call with | Luke Markham |
| 7/29/2022 | 1.00 | call with | Ryan Ngai |
| 7/29/2022 | 1.60 | review | Gabriel Roumy |
| 7/29/2022 | 0.50 | revise | Luke Markham |
| 7/29/2022 | 0.50 | compare | Ryan Ngai |
| 7/29/2022 | 0.10 | hour tracking | Ryan Ngai |
| 7/29/2022 | 5.20 | analyze | Ryan Ngai |

275.50

Note: Hours have not been changed from the initial monthly fee statements, but the description for certain recorded periods has been adjusted to provide additional detail, as requested in discussions with the Fee examiner regarding LEI's first fee application.

**Exhibit B**

**August 2022 Monthly Fee Statement**

| Date | Total hrs | Activities | Employee |
|---|---|---|---|
| 8/1/2022 | 0.40 | finalize July hour tracking | Gabriel Roumy |
| 8/1/2022 | 0.30 | prepare September budget in accordance with interim compensation procedures | Gabriel Roumy |
| 8/2/2022 | 1.70 | review | Gabriel Roumy |
| 8/2/2022 | 1.10 | research | Gabriel Roumy |
| 8/2/2022 | 5.40 | prepare draft July fee statement and hours log in accordance with interim compensation procedures | Julie Sharkey |
| 8/2/2022 | 4.20 | research | Ryan Ngai |
| 8/2/2022 | 2.30 | compare | Ryan Ngai |
| 8/2/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/3/2022 | 2.30 | research | Gabriel Roumy |
| 8/3/2022 | 0.30 | edit July 2022 fee statement and submit for Committee approval in accordance with interim compensation procedures | Julie Sharkey |
| 8/3/2022 | 3.20 | revise | Ryan Ngai |
| 8/3/2022 | 0.20 | internal call (GR, RN) on | Ryan Ngai |
| 8/3/2022 | 0.20 | internal call (GR, RN) on | Ryan Ngai |
| 8/3/2022 | 2.30 | research | Ryan Ngai |
| 8/3/2022 | 1.20 | research | Ryan Ngai |
| 8/3/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/4/2022 | 1.20 | review the | Gabriel Roumy |
| 8/4/2022 | 1.30 | research | Ryan Ngai |
| 8/4/2022 | 0.70 | research | Ryan Ngai |
| 8/4/2022 | 2.60 | revise | Ryan Ngai |
| 8/4/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/5/2022 | 0.90 | review | Gabriel Roumy |
| 8/5/2022 | 1.70 | revise | Ryan Ngai |
| 8/5/2022 | 1.40 | review | Ryan Ngai |
| 8/5/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/7/2022 | 0.50 | review | Julia Frayer |
| 8/8/2022 | 0.30 | call with A Bongartz (Paul Hastings) and S Martinez (Alix Partners) to | Gabriel Roumy |
| 8/8/2022 | 0.30 | internal call (GR, RN) to discuss | Gabriel Roumy |
| 8/8/2022 | 0.80 | call with FOMB team to discuss | Gabriel Roumy |
| 8/8/2022 | 0.50 | internal check in (GR, JF) to discuss | Gabriel Roumy |
| 8/8/2022 | 0.50 | internal check in (GR, JF) to discuss | Julia Frayer |
| 8/8/2022 | 0.30 | review | Julia Frayer |
| 8/8/2022 | 0.80 | call with | Julia Frayer |
| 8/8/2022 | 0.30 | call with A Bongartz (Paul Hastings) and S Martinez (Alix Partners) to discuss | Julia Frayer |
| 8/8/2022 | 0.80 | call with | Luke Markham |
| 8/8/2022 | 0.80 | call with | Ryan Ngai |
| 8/8/2022 | 0.30 | internal call (GR, RN) to discuss | Ryan Ngai |
| 8/8/2022 | 2.50 | finalize (1.8) and compile (0.7) | Ryan Ngai |
| 8/8/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/9/2022 | 1.30 | prepare outline for | Gabriel Roumy |
| 8/9/2022 | 0.70 | review task list, prepare staff workplan | Gabriel Roumy |
| 8/9/2022 | 0.30 | internal call (GR, RN, LM) to discuss workplan | Gabriel Roumy |
| 8/9/2022 | 0.40 | call with | Gabriel Roumy |
| 8/9/2022 | 0.10 | internal call with (GR, RN) to clarify | Gabriel Roumy |
| 8/9/2022 | 0.20 | call with L Despins (Paul Hastings) | Julia Frayer |
| 8/9/2022 | 0.50 | brainstorm | Julia Frayer |
| 8/9/2022 | 0.40 | review (0.2) and initial (0.2) | Julia Frayer |
| 8/9/2022 | 0.80 | prepare | Julia Frayer |
| 8/9/2022 | 0.60 | research | Luke Markham |
| 8/9/2022 | 0.40 | conduct literature review on | Luke Markham |
| 8/9/2022 | 0.80 | research on | Luke Markham |
| 8/9/2022 | 0.30 | internal call (GR, RN, LM) to discuss workplan | Luke Markham |
| 8/9/2022 | 0.30 | internal call (GR, RN, LM) to discuss workplan | Ryan Ngai |
| 8/9/2022 | 4.90 | create initial | Ryan Ngai |
| 8/9/2022 | 2.50 | revise | Ryan Ngai |
| 8/9/2022 | 0.10 | internal call with (GR, RN) to clarify | Ryan Ngai |
| 8/9/2022 | 2.30 | revise | Ryan Ngai |
| 8/9/2022 | 1.30 | obtain | Ryan Ngai |
| 8/9/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/10/2022 | 0.30 | attend Committee meeting | Gabriel Roumy |
| 8/10/2022 | 1.60 | internal call (GR, JF, LM, RN) to | Gabriel Roumy |
| 8/10/2022 | 0.30 | internal call with (GR, RN) to discuss | Gabriel Roumy |
| 8/10/2022 | 0.60 | review draft | Julia Frayer |
| 8/10/2022 | 0.30 | respond to L Despins (Paul Hastings) regarding | Julia Frayer |
| 8/10/2022 | 0.50 | review | Julia Frayer |



**Exhibit B**



| Date | Hours | Description | Name |
|---|---|---|---|
| 8/10/2022 | 0.30 | attend Committee meeting | Julia Frayer |
| 8/10/2022 | 1.60 | internal call (GR, JF, LM, RN) to discuss | Julia Frayer |
| 8/10/2022 | 0.30 | attend Committee meeting | Luke Markham |
| 8/10/2022 | 1.60 | internal call (GR, JF, LM, RN) to discuss | Luke Markham |
| 8/10/2022 | 0.90 | continue research on | Luke Markham |
| 8/10/2022 | 0.30 | internal call with (GR, RN) to discuss | Ryan Ngai |
| 8/10/2022 | 1.60 | internal call (GR, JF, LM, RN) to | Ryan Ngai |
| 8/10/2022 | 0.30 | attend Committee meeting | Ryan Ngai |
| 8/10/2022 | 1.30 | revise | Ryan Ngai |
| 8/10/2022 | 1.80 | analyze | Ryan Ngai |
| 8/10/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/11/2022 | 1.70 | prepare | Gabriel Roumy |
| 8/11/2022 | 0.10 | send out LEI approved September budget in accordance with interim compensation procedures | Gabriel Roumy |
| 8/11/2022 | 0.60 | edit and send out | Gabriel Roumy |
| 8/11/2022 | 0.70 | review | Julia Frayer |
| 8/11/2022 | 0.60 | review | Julia Frayer |
| 8/11/2022 | 1.80 | conduct literature review on | Luke Markham |
| 8/11/2022 | 1.20 | research | Luke Markham |
| 8/11/2022 | 3.20 | revise | Ryan Ngai |
| 8/11/2022 | 2.70 | revise | Ryan Ngai |
| 8/11/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/12/2022 | 0.80 | call with F Dellaforno (M Solar) for | Gabriel Roumy |
| 8/12/2022 | 0.80 | call with F Dellaforno (M Solar) for | Julia Frayer |
| 8/12/2022 | 0.80 | call with F Dellaforno (M Solar) for | Luke Markham |
| 8/12/2022 | 3.20 | conduct literature review on | Luke Markham |
| 8/12/2022 | 0.20 | correspond with | Luke Markham |
| 8/12/2022 | 0.80 | call with F Dellaforno (M Solar) for | Ryan Ngai |
| 8/12/2022 | 1.60 | draft email to | Ryan Ngai |
| 8/12/2022 | 0.80 | search for | Ryan Ngai |
| 8/12/2022 | 4.10 | research | Ryan Ngai |
| 8/12/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/15/2022 | 1.20 | review analysis of | Julia Frayer |
| 8/15/2022 | 0.80 | research | Julia Frayer |
| 8/15/2022 | 0.90 | internal call (JF, RN) on | Julia Frayer |
| 8/15/2022 | 1.30 | review | Luke Markham |
| 8/15/2022 | 0.90 | internal call (JF, RN) on | Ryan Ngai |
| 8/15/2022 | 2.10 | revise | Ryan Ngai |
| 8/15/2022 | 2.20 | revise | Ryan Ngai |
| 8/15/2022 | 1.90 | research | Ryan Ngai |
| 8/15/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/16/2022 | 3.80 | continue work on | Luke Markham |
| 8/16/2022 | 0.10 | internal call (LM, RN) on | Luke Markham |
| 8/16/2022 | 0.10 | internal call (LM, RN) on | Ryan Ngai |
| 8/16/2022 | 2.70 | review and analyze | Ryan Ngai |
| 8/16/2022 | 3.90 | revise | Ryan Ngai |
| 8/16/2022 | 1.20 | research | Ryan Ngai |
| 8/16/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/17/2022 | 0.20 | internal call (AG, RN) to discuss | AJ Goulding |
| 8/17/2022 | 0.20 | schedule calls with | Julia Frayer |
| 8/17/2022 | 1.30 | research | Luke Markham |
| 8/17/2022 | 0.20 | collect | Luke Markham |
| 8/17/2022 | 0.50 | collect | Luke Markham |
| 8/17/2022 | 4.30 | remotely attend | Ryan Ngai |
| 8/17/2022 | 1.20 | revise | Ryan Ngai |
| 8/17/2022 | 1.80 | compose | Ryan Ngai |
| 8/17/2022 | 0.20 | internal call (AG, RN) to discuss | Ryan Ngai |
| 8/17/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/18/2022 | 0.20 | review | Julia Frayer |
| 8/18/2022 | 1.30 | call with | Julia Frayer |
| 8/18/2022 | 1.30 | call with | Luke Markham |
| 8/18/2022 | 0.20 | provide guidance to team for | Luke Markham |
| 8/18/2022 | 3.00 | review | Ryan Ngai |
| 8/18/2022 | 2.30 | research | Ryan Ngai |
| 8/18/2022 | 1.30 | call with | Ryan Ngai |
| 8/18/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/19/2022 | 0.80 | prepare | Ryan Ngai |

**Exhibit B**

| Date | Hours | Description | Name |
|---|---|---|---|
| 8/19/2022 | 2.20 | revise | Ryan Ngai |
| 8/19/2022 | 2.50 | research | Ryan Ngai |
| 8/19/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/21/2022 | 2.10 | edit | Julia Frayer |
| 8/22/2022 | 0.10 | review | Julia Frayer |
| 8/22/2022 | 1.00 | call with | Julia Frayer |
| 8/22/2022 | 0.30 | call with A. Bongartz (Paul Hastings) | Julia Frayer |
| 8/22/2022 | 0.20 | follow up with | Julia Frayer |
| 8/22/2022 | 0.60 | internal call (JF, LM) to discuss | Julia Frayer |
| 8/22/2022 | 0.40 | redact July hours log and fee statement to submit following Committee approval in accordance with interim compensation procedures | Julie Sharkey |
| 8/22/2022 | 1.70 | research | Luke Markham |
| 8/22/2022 | 1.20 | research on | Luke Markham |
| 8/22/2022 | 0.60 | internal call (JF, LM) to discuss | Luke Markham |
| 8/22/2022 | 0.90 | continue work on slide deck for | Luke Markham |
| 8/22/2022 | 1.70 | research and work on | Luke Markham |
| 8/22/2022 | 1.00 | call with Proskauer and McKinsey and Citi (FOMB advisors) | Luke Markham |
| 8/23/2022 | 0.20 | respond to FOMB | Julia Frayer |
| 8/23/2022 | 1.10 | internal call (JF, LM, RN) to discuss | Julia Frayer |
| 8/23/2022 | 0.40 | research (0.3) and compare to (0.1) | Julia Frayer |
| 8/23/2022 | 0.30 | reach out to | Julia Frayer |
| 8/23/2022 | 1.10 | internal call (JF, LM, RN) to discuss | Luke Markham |
| 8/23/2022 | 0.40 | internal call (LM, RN) to discuss | Luke Markham |
| 8/23/2022 | 0.90 | continue work on | Luke Markham |
| 8/23/2022 | 1.30 | continue work on | Luke Markham |
| 8/23/2022 | 2.30 | research | Luke Markham |
| 8/23/2022 | 1.10 | internal call (JF, LM, RN) to discuss | Ryan Ngai |
| 8/23/2022 | 5.90 | revise | Ryan Ngai |
| 8/23/2022 | 0.40 | internal call (LM, RN) to discuss | Ryan Ngai |
| 8/23/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/24/2022 | 0.70 | review and work on | Julia Frayer |
| 8/24/2022 | 0.40 | attend committee call | Julia Frayer |
| 8/24/2022 | 0.60 | internal call with (JF, RN) on | Julia Frayer |
| 8/24/2022 | 0.10 | circulate redacted July fee statement for objections in accordance with the Interim Compensation Order | Julie Sharkey |
| 8/24/2022 | 1.20 | revise | Luke Markham |
| 8/24/2022 | 1.20 | research (0.9), (0.3) | Luke Markham |
| 8/24/2022 | 1.10 | research on | Luke Markham |
| 8/24/2022 | 0.40 | attend committee call | Luke Markham |
| 8/24/2022 | 0.60 | internal call with (JF, RN) on | Ryan Ngai |
| 8/24/2022 | 5.50 | revise | Ryan Ngai |
| 8/24/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/25/2022 | 0.50 | call with Frank Dellorfano (M Solar) to discuss | Julia Frayer |
| 8/25/2022 | 0.50 | call with Frank Dellorfano (M Solar) to discuss | Luke Markham |
| 8/25/2022 | 0.50 | call with Frank Dellorfano (M Solar) to discuss | Ryan Ngai |
| 8/25/2022 | 4.20 | review | Ryan Ngai |
| 8/25/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/29/2022 | 1.40 | review | Ryan Ngai |
| 8/29/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/30/2022 | 0.60 | review and analyze | Julia Frayer |
| 8/30/2022 | 0.40 | internal call (JF, RN) to discuss | Julia Frayer |
| 8/30/2022 | 0.40 | prepare email to L. Despins and A. Bongartz (Paul Hastings) with an update on | Julia Frayer |
| 8/30/2022 | 1.80 | update | Luke Markham |
| 8/30/2022 | 0.50 | coordinate with RN regarding | Luke Markham |
| 8/30/2022 | 0.40 | internal call (JF, RN) to discuss | Ryan Ngai |
| 8/30/2022 | 4.60 | revise | Ryan Ngai |
| 8/30/2022 | 0.50 | coordinate with LM regarding | Ryan Ngai |
| 8/30/2022 | 0.10 | hour tracking | Ryan Ngai |
| 8/31/2022 | 0.20 | edit and send | Julia Frayer |
| 8/31/2022 | 1.00 | internal call (JF, LM, RN) to discuss | Julia Frayer |
| 8/31/2022 | 1.20 | Work on | Luke Markham |
| 8/31/2022 | 1.00 | internal call (JF, LM, RN) to discuss | Luke Markham |
| 8/31/2022 | 5.70 | adjust | Ryan Ngai |
| 8/31/2022 | 1.00 | internal call (JF, LM, RN) to discuss | Ryan Ngai |
| 8/31/2022 | 0.10 | hour tracking | Ryan Ngai |
|  | 216.60 | | |

Note: Hours have not been changed from the initial monthly fee statements, but the description for certain recorded periods has been adjusted to provide additional detail, as requested in discussions with the Fee examiner regarding LEI's first fee application.

**Exhibit B**

**September 2022 Monthly Fee Statement**

| Date | Total hrs | Activities | Employee |
|---|---|---|---|
| 9/1/2022 | 0.70 | internal call (JF, LM) to discuss | Julia Frayer |
| 9/1/2022 | 0.70 | internal call (JF, LM) to discuss | Luke Markham |
| 9/1/2022 | 2.30 | revise ▓▓▓ (1.4) and ▓▓▓ (0.9) | Luke Markham |
| 9/1/2022 | 5.30 | revise ▓▓▓ (2.9) and update ▓▓▓ (2.4) | Ryan Ngai |
| 9/2/2022 | 0.70 | internal call (JF, LM) to discuss | Julia Frayer |
| 9/2/2022 | 0.50 | internal call (JF, RN) to discuss | Julia Frayer |
| 9/2/2022 | 0.70 | internal call (JF, LM) to discuss | Luke Markham |
| 9/2/2022 | 3.30 | incorporate comments from JF into | Luke Markham |
| 9/2/2022 | 0.50 | internal call (JF, RN) to discuss | Ryan Ngai |
| 9/2/2022 | 0.80 | revise ▓▓▓ (0.5) and update ▓▓▓ (0.3) | Ryan Ngai |
| 9/2/2022 | 1.30 | research | Ryan Ngai |
| 9/2/2022 | 1.50 | revise | Ryan Ngai |
| 9/3/2022 | 0.20 | review comments from A Bongartz (PH) on | Julia Frayer |
| 9/4/2022 | 0.10 | email communciation with A Bongratz (PH) about | Julia Frayer |
| 9/5/2022 | 0.60 | call with A Bongartz and L Despin (PH) about | Julia Frayer |
| 9/5/2022 | 0.80 | work on | Julia Frayer |
| 9/6/2022 | 0.20 | internal call (JF, RN) to discuss | Julia Frayer |
| 9/6/2022 | 4.20 | continue to develop | Luke Markham |
| 9/6/2022 | 0.20 | internal call (JF, RN) to discuss | Ryan Ngai |
| 9/6/2022 | 5.90 | revise | Ryan Ngai |
| 9/7/2022 | 0.20 | attend committee meeting call | Julia Frayer |
| 9/7/2022 | 1.40 | work with LEI team on | Julia Frayer |
| 9/7/2022 | 0.40 | internal call (JF, LM, RN) to discuss | Julia Frayer |
| 9/7/2022 | 0.60 | internal call (JF, RN) to discuss | Julia Frayer |
| 9/7/2022 | 0.40 | prepare budget for October in accordance in accordance with the interim compensation order | Julia Frayer |
| 9/7/2022 | 0.20 | prepare July 2022 tax decaration and circulate payment request for the July 2022 fee statement in accordance with the interim compensation order | Julie Sharkey |
| 9/7/2022 | 0.20 | attend committee meeting call | Luke Markham |
| 9/7/2022 | 0.40 | internal call (JF, LM, RN) to discuss | Luke Markham |
| 9/7/2022 | 1.20 | create | Luke Markham |
| 9/7/2022 | 1.20 | continue to develop | Luke Markham |
| 9/7/2022 | 0.90 | develop | Luke Markham |
| 9/7/2022 | 0.60 | collect | Luke Markham |
| 9/7/2022 | 0.30 | internal call (LM, RN) to discuss | Luke Markham |
| 9/7/2022 | 0.20 | attend committee meeting call | Ryan Ngai |
| 9/7/2022 | 0.60 | internal call (JF, RN) to discuss | Ryan Ngai |
| 9/7/2022 | 0.30 | internal call (LM, RN) to discuss | Ryan Ngai |
| 9/7/2022 | 5.60 | revise | Ryan Ngai |
| 9/8/2022 | 0.20 | review comments from A Bongartz (PH) on | Julia Frayer |
| 9/8/2022 | 0.30 | exchange emails with A Bongartz (PH) on | Julia Frayer |
| 9/8/2022 | 1.20 | initial review of | Julia Frayer |
| 9/8/2022 | 0.70 | revise | Ryan Ngai |
| 9/8/2022 | 3.90 | detailed review of ▓▓▓ (3.3), and ▓▓▓ (0.6) | Ryan Ngai |
| 9/9/2022 | 4.30 | prepare briefing note on | Ryan Ngai |
| 9/12/2022 | 0.60 | review | Julia Frayer |
| 9/12/2022 | 0.10 | submit October 2022 budget to A Bongartz (PH) for Committee approval in accordance with the interim compensation order | Julie Sharkey |
| 9/12/2022 | 3.20 | create | Ryan Ngai |
| 9/12/2022 | 1.30 | review | Ryan Ngai |
| 9/12/2022 | 0.10 | submit | Ryan Ngai |
| 9/13/2022 | 4.90 | create | Ryan Ngai |
| 9/14/2022 | 0.50 | review | Julia Frayer |
| 9/14/2022 | 0.50 | call with A Bongartz (PH), S Martinez (Alix Partners) on | Julia Frayer |
| 9/14/2022 | 0.50 | call with A Bongartz (PH), S Martinez (Alix Partners) on | Luke Markham |
| 9/14/2022 | 0.50 | call with A Bongartz (PH), S Martinez (Alix Partners) on | Ryan Ngai |
| 9/15/2022 | 0.10 | work on required add't details for August 2022 fee statement | Julia Frayer |
| 9/15/2022 | 0.10 | communicate with LM on review of | Julia Frayer |
| 9/15/2022 | 2.20 | prepare August 2022 fee statement in accordance with the interim compensation order | Julie Sharkey |
| 9/15/2022 | 0.10 | confirm focus with JF on review of | Luke Markham |
| 9/15/2022 | 0.40 | review | Luke Markham |
| 9/17/2022 | 1.40 | review documents related to | Julia Frayer |



**Exhibit B**

| Date | Hours | Description | Name |
|---|---|---|---|
| 9/17/2022 | 0.40 | review | Julia Frayer |
| 9/19/2022 | 1.40 | review | Julia Frayer |
| 9/19/2022 | 1.20 | internal call (JF, LM, RN) to discuss the | Julia Frayer |
| 9/19/2022 | 3.80 | review and | Luke Markham |
| 9/19/2022 | 1.20 | internal call (JF, LM, RN) to discuss the | Luke Markham |
| 9/19/2022 | 1.20 | internal call (JF, LM, RN) to discuss the | Ryan Ngai |
| 9/19/2022 | 4.90 | review and analyze | Ryan Ngai |
| 9/20/2022 | 0.75 | read ▓ (0.2) and provide comment to A Bongartz (PH) (0.55) | Julia Frayer |
| 9/20/2022 | 0.40 | finish | Luke Markham |
| 9/20/2022 | 2.40 | prepare internal briefing memo on | Luke Markham |
| 9/20/2022 | 0.40 | internal call (LM, RN) to discuss | Luke Markham |
| 9/20/2022 | 0.40 | internal call (LM, RN) to discuss | Ryan Ngai |
| 9/20/2022 | 3.90 | review and analyze | Ryan Ngai |
| 9/20/2022 | 1.80 | revise | Ryan Ngai |
| 9/21/2022 | 0.15 | review documents sent to Committee | Julia Frayer |
| 9/21/2022 | 0.70 | attend Committee meeting call | Julia Frayer |
| 9/21/2022 | 0.70 | attend Committee meeting call | Luke Markham |
| 9/21/2022 | 0.70 | attend Committee meeting call | Ryan Ngai |
| 9/21/2022 | 5.30 | revise | Ryan Ngai |
| 9/22/2022 | 0.40 | review | Julia Frayer |
| 9/22/2022 | 1.60 | review | Ryan Ngai |
| 9/26/2022 | 0.40 | redact August 2022 fee statement for confidentiality | Julie Sharkey |
| 9/26/2022 | 0.10 | circulate August 2022 fee statement for objections in accordance with the interim compensation order | Julie Sharkey |
| 9/27/2022 | 0.60 | internal call (LM, RN) to discuss | Luke Markham |
| 9/27/2022 | 0.60 | internal call (LM, RN) to discuss | Ryan Ngai |
| 9/29/2022 | 0.20 | review Judge's decision at hearing | Julia Frayer |
| Total | 107.90 | | |



Note: Hours have not been changed from the initial monthly fee statements, but the description for certain recorded periods has been adjusted to provide additional detail, as requested in discussions with the Fee examiner regarding LEI's first fee application.