## Exhibit C

**Reimbursable Expenses**

| | | |
|---|---|---:|
| Data Acquisition - June Monthly Fee Statement | $ | 3,207.78 |
| Data Acquisition - July Monthly Fee Statement | $ | 2,223.22 |
| Data Acquisition - August Monthly Fee Statement | $ | 1,675.84 |
| Data Acquisition - September Monthly Fee Statement | $ | 827.66 |
| **Total Reimbursable Expenses** | **$** | **7,934.50** |