## Exhibit D

### June 2022 Monthly Fee Statement

For the month of June 2022, LEI utilized its annual subscription to S&P Global Market Intelligence: SNL Energy to collect data pertinent to LEI's assessment of PREPA's financial condition.

### July 2022 Monthly Fee Statement

For the month of July 2022, LEI utilized its annual subscription to LEI utilized its annual subscription to S&P Global Market Intelligence: SNL Energy to collect data pertinent to LEI's assessment of PREPA's financial condition.

### August 2022 Monthly Fee Statement

For the month of August 2022, LEI utilized its annual subscription to S&P Global Market Intelligence: SNL Energy to collect data pertinent to LEI's assessment of PREPA's financial condition.

### September 2022 Monthly Fee Statement

For the month of September 2022, LEI utilized its annual subscription to S&P Global Market Intelligence: SNL Energy to collect data pertinent to LEI's assessment of PREPA's financial condition.