# Exhibit E

**Second Interim Fee Period (June 1, 2022 through September 30, 2022)**

| Date Submitted | Monthly Period Covered | Total Invoiced Professional Fees | Budget Range Low | High |
|---|---|---|---|---|
| 7/20/2022 | 06/01/22 - 06/30/22 | $171,539.00 | $228,410.00 | $300,540.00 |
| 8/26/2022 | 07/01/22 - 07/31/22 | $118,889.00 | $188,867.00 | $269,810.00 |
| 9/28/2022 | 08/01/22 - 08/31/22 | $89,617.00 | $171,386.00 | $263,670.00 |
| 11/3/2022 | 09/01/22 - 09/30/22 | $44,260.00 | $144,365.00 | $222,100.00 |
| | | $424,305.00 | $733,028.00 | $1,056,120.00 |