# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

### (attached hereto)

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: April 16, 2021 through August 15, 2022** | | | | | | |
| 8/5/22 | 4/16/22 - 5/15/22 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 8/31/22 | 5/16/22 - 6/15/22 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 9/26/22 | 6/16/22 - 7/15/22 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 10/26/22 | 7/16/22 - 8/15/22 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Total** | | **$18,000.00** | **$0.00** | **$13,500.00** | **$0.00** | **$2,000.00** |



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 5/31/2022 | 2022-0211 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>APRIL 16, 2022 TO MAY 15, 2022<br><br>FEE MENSUAL: | 5,000.00 |
| Monitoring<br> - a. Clippings with their translation of article/news related to matters of the Committee.<br>     Estimated hours on this: 15 hours | |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 6/17/2022 | 2022-0256 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>MAY 16, 2022 TO JUNE 15, 2022<br><br>FEE MENSUAL:<br>Monitoring<br> - a. Clippings with their translation of article/news related to matters of the Committee.<br>     Estimated hours on this: 15 hours | 5,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 7/18/2022 | 2022-0312 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

**Project**

4 - UNSECURED FEES

Job #

**Description** — **Amount**

CLIENT: UCC
PRODUCT: MONTHLY FEE

JUNE 16, 2022 TO JULY 15, 2022 — 5,000.00

FEE MENSUAL:

Website
 - Changes to texts in some areas
 - Upload new information in existing tabs and the creation of new ones in the homepage
   Estimated hours on this: 8 hours

Monitoring
 - a. Clippings with their translation of article/news related to matters of the Committee.
 - b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
   Estimated hours on this: 10

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 8/17/2022 | 2022-0359 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|

CLIENT: UCC
PRODUCT: MONTHLY FEE

JULY 16, 2022 TO AUGUST 15, 2022

FEE MENSUAL:     5,000.00

Website
- Fixing links for the created new sections
- Estimated hours on this: 1.5 hours

Monitoring
- a. Clippings with their translation of article/news related to matters of the Committee.
- b. Spent around .75 hours hour doing these clippings/translations and sending them to the UCC
  Estimated hours on this: 8

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209