**<u>SCHEDULE 2</u>**

**PROPOSED ORDER**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X

In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
   as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,              :   (Jointly Administered)
                                                        :
   Debtors.[1]                           :
------------------------------------------------------------------------ X

## ORDER GRANTING FOURTEENTH INTERIM FEE APPLICATION OF KROMA ADVERTISING, INC., AS COMMUNICATIONS ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM APRIL 16, 2022 THROUGH AUGUST 15, 2022

Upon consideration of the application (the "Application")[2] of Kroma Advertising, Inc.

("Kroma"), as communications advisor to the Official Committee of Unsecured Creditors (the

"Committee"),[3] for an order pursuant to sections 316 and 317 of PROMESA, section 503(b) of

the Bankruptcy Code made applicable to these cases by section 301(a) of PROMESA,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

[3] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

Bankruptcy Rule 2016, and Local Rule 2016-1, for allowance of compensation and

reimbursement of expenses for the period from April 16, 2022 through August 15, 2022, the

Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the

Application and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue

is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice

of the Application has been provided under the particular circumstances and no other or further

notice need be provided; (iv) any objections to the Application having been resolved; (v) all

persons with standing having been afforded the opportunity to be heard on the Application; and

after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT:**

1.      The Application is granted on an interim basis.

2.      Kroma's claims for fees for services rendered during the Application Period are

hereby allowed in the amount of $20,000.00.

3.      For the avoidance of doubt, nothing here modifies the Retention Order, including,

without limitation, paragraph 3 thereof.

4.      To the extent the amounts described in paragraph 2 hereof have not already been

paid pursuant to the Interim Compensation Order, the Debtors are directed to pay Kroma fees in

the amount of **$_____** within fourteen days of the date of this Order, and any such payment

shall be made net of any withholding or other applicable taxes.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.

6.      The Committee and Kroma are authorized and empowered to take all necessary

actions to implement the relief granted in this Order.

7.      Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062,

9014, or otherwise, the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

8.      All time periods set forth in this Order shall be calculated in accordance with

Bankruptcy Rule 9006(a).

Dated: _____

                                        _____
                                        HON. LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE