**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

## EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2022 | July 2022 | August 2022 | September 2022 | Total | June 2022 | July 2022 | August 2022 | September 2022 | Total |
| B110 | Case Administration | 50 | 50 | 50 | 40 | **190** | 10.90 | 3.60 | 4.50 | 2.40 | 21.40 |
| B112 | General Creditor Inquiries | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.40 | 0.30 | 0.00 | 0.70 |
| B113 | Pleadings Review | 10 | 10 | 10 | 10 | **40** | 16.30 | 10.30 | 6.20 | 10.60 | 43.40 |
| B120 | Asset Analysis and Recovery | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 | Asset Disposition | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 50 | 50 | 30 | 30 | **160** | 81.20 | 35.80 | 37.40 | 33.30 | 187.70 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 10 | 10 | 10 | 10 | **40** | 22.10 | 3.70 | 25.00 | 23.60 | 74.40 |
| B160 | Employment / Fee Applications (Paul Hastings) | 75 | 75 | 50 | 50 | **250** | 66.90 | 14.90 | 9.90 | 28.90 | 120.60 |
| B161 | Budgeting (Case) | 1 | 1 | 1 | 1 | **4** | 0.50 | 0.00 | 0.10 | 0.30 | 0.90 |
| B165 | Employment / Fee Applications (Other Professionals) | 5 | 25 | 25 | 20 | **75** | 8.40 | 14.40 | 1.00 | 0.00 | 23.80 |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | **8** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2022 | July 2022 | August 2022 | September 2022 | Total | June 2022 | July 2022 | August 2022 | September 2022 | Total |
| B180 | Avoidance Action Analysis | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B185 | Assumption / Rejection of Leases and Contracts | 0 | 0 | 0 | 0 | 0 | 12.80 | 0.00 | 0.00 | 0.00 | 12.80 |
| B190 | Other Contested Matters (including GDB restructuring) | 10 | 10 | 10 | 10 | 40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B191 | General Litigation | 20 | 20 | 20 | 10 | 70 | 4.80 | 0.80 | 0.00 | 98.10 | 103.70 |
| B195 | Non-Working Travel[1] | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 12.00 | 0.00 | 12.00 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 | 5 | 5 | 5 | 15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 | Employee Benefits / Pensions | 0 | 5 | 5 | 5 | 15 | 0.40 | 0.00 | 0.00 | 0.00 | 0.40 |
| B222 | Union Issues | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 | Security Document Analysis | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 | Investigations | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 | Claims Administration and Objections | 50 | 50 | 50 | 50 | 200 | 1.70 | 8.30 | 5.20 | 3.50 | 18.70 |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | June 2022 | July 2022 | August 2022 | September 2022 | Total | June 2022 | July 2022 | August 2022 | September 2022 | Total |
| B320 Plan and Disclosure Statement | 100 | 100 | 100 | 10 | **310** | 7.30 | 57.00 | 13.50 | 0.40 | **78.20** |
| B420 Restructuring | 600 | 600 | 600 | 600 | **2,400** | 110.00 | 58.70 | 84.60 | 56.40 | **309.70** |
| **TOTAL HOURS** | **998** | **1,028** | **983** | **868** | **3,877** | **343.30** | **207.90** | **199.70** | **257.50** | **1008.40** |
| **TOTAL FEES** | **$1,121,752.00**[2] | **$1,158,556.00**[2] | **$1,107,841.00**[2] | **$978,236.00**[2] | **$4,366,385.00**[2] | **$398,482.00** | **$219,150.50** | **$206,014.50** | **$321,599.50** | **$1,145,246.50** |
| *MINUS 20% REDUCTION*[3] | ($224,350.40) | ($231,711.20) | ($221,568.20) | ($195,647.20) | ($873,277.00) | ($79,696.40) | ($43,830.10) | ($41,202.90) | ($64,319.90) | ($229,049.30) |
| **TOTAL FEES (NET OF REDUCTION)** | **$897,401.60** | **$926,844.80** | **$886,272.80** | **$782,588.80** | **$3,493,108.00** | **$318,785.60** | **$175,320.40** | **$164,811.60** | **$257,279.60** | **$916,197.20** |

---

[2]  The Total Estimated Fees are calculated based on a blended hourly rate of $1,124, $1,127, $1,127, and $1,127 for the Paul Hastings attorneys who are expected to work on this matter in June, July, August, and September, respectively. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $899, $902, $902, and $902, respectively.

3

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED
BY PROJECT CATEGORY AND BY MATTER[1]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 19.40 | $14,039.50 |
| B112   General Creditor Inquiries | 0.20 | $295.00 |
| B113   Pleadings Review | 43.10 | $29,548.00 |
| B150   Meetings of and Communications with Creditors | 97.20 | $89,172.50 |
| B155   Court Hearings | 24.10 | $23,257.00 |
| B160   Employment / Fee Applications (Paul Hastings) | 120.60 | $128,445.00 |
| B161   Budgeting (Case) | 0.80 | $1,180.00 |
| B165   Employment / Fee Applications (Other Professionals) | 17.30 | $13,218.50 |
| B310   Claims Administration and Objections | 12.20 | $11,070.00 |
| B320   Plan and Disclosure Statement (including Business Plan) | 1.90 | $2,337.00 |
| **TOTAL** | **336.80** | **$312,562.50** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B112   General Creditor Inquiries | 0.30 | $358.50 |
| B150   Meetings of and Communications with Creditors | 1.00 | $1,195.00 |
| **TOTAL** | **1.30** | **$1,553.50** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110   Case Administration | 1.50 | $2,370.00 |
| B113   Pleadings Review | 0.30 | $376.00 |
| B150   Meetings of and Communications with Creditors | 81.60 | $84,956.00 |
| B155   Court Hearings | 19.20 | $25,353.00 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B161   Budget | 0.10 | $147.50 |
| B165   Fee/Employment Applications for Other Professionals | 4.80 | $7,080.00 |
| B191   General Litigation | 102.90 | $138,903.00 |
| B220   Employee Benefits/Pensions | 0.40 | $590.00 |
| B310   Claims Administration and Objections | 6.50 | $8,230.00 |
| B420   Restructuring | 88.50 | $122,460.00 |
| **TOTAL** | **305.80** | **$390,465.50** |

*HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 0.50 | $850.00 |
| B112   General Creditor Inquiries | 0.20 | $295.00 |
| B150   Meetings of and Communications with Creditors | 5.80 | $6,500.50 |
| B155   Court Hearings | 31.10 | $38,000.00 |
| B165   ee/Employment Applications for Other Professionals | 1.70 | $2,031.50 |
| B185   Assumption/Rejection of Lases and Contracts | 12.80 | $15,814.50 |
| B195   Non-Working Travel | 12.00 | $8,850.00 |
| B310   Claims Administration and Objections | 0.00 | $0.00 |
| B320   Plan and Disclosure Statement (including Business Plan) | 76.30 | $98,377.50 |
| **TOTAL** | **140.40** | **$170,719.00** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191   General Litigation | 0.80 | $812.50 |
| **TOTAL** | **0.80** | **$812.50** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B420   Restructuring | 221.20 | $267,432.50 |
| **TOTAL** | **221.20** | **$267,432.50** |

5

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 2.10 | $1,701.00 |
| **TOTAL** | **2.10** | **$1,701.00** |

## EXHIBIT D-2

**SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY**

| Category | Amount |
|---|---:|
| Airfare | $689.60 |
| Articles and Publications | $45.00 |
| Computer Search | $4,615.29 |
| Travel Expenses - Taxi / Ground Transportation | $245.00 |
| Lodging | $300.00 |
| Postage/Express Mail | $600.04 |
| In-house Black and White Reproduction Charges (7,485 copies at $0.08 per page) | $598.80 |
| In-house Color Reproduction Charges (350 copies at $0.25 per page) | $87.50 |
| Courier Service | $105.56 |
| Court Call | $70.00 |
| **TOTAL** | **$7,356.79** |