**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO**

**June 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $165,574.00 | $132,459.20 | $877.40 | $133,336.60 |
| Total for HTA (all outside of Puerto Rico) | $36,917.00 | $29,533.60 | $37.62 | $29,571.22 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $195,991.00 | $156,792.80 | $304.82 | $157,097.62 |
| **Grand Total for all Debtors (net of credits)** | **$398,482.00** | **$318,785.60** | **$1,219.84** | **$320,005.44** |

**July 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $63,795.00 | $51,036.00 | $637.98 | $51,673.98 |
| Total for HTA (all outside of Puerto Rico) | $77,251.50 | $61,801.20 | $362.09 | $62,163.29 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA | $78,104.00 | $62,483.20 | $1,233.47 | $63,716.67 |
| **Grand Total for all Debtors** | **$219,150.50** | **$175,320.40** | **$2,233.54** | **$177,553.94** |

**August 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $45,898.50 | $36,718.80 | $713.61 | $37,432.41 |
| (a) *Service Rendered Outside of Puerto Rico* | *$39,556.00* | *$31,644.80* | *$713.61* | *$32,358.41* |
| (b) *Services Rendered in Puerto Rico* | *$6,342.50* | *$5,074.00* | *$0.00* | *$5,074.00* |
| Total for HTA (all outside of Puerto Rico) | $55,960.50 | $44,768.40 | $6.30 | $44,774.70 |
| (a) *Service Rendered Outside of Puerto Rico* | *$46,520.50* | *$37,216.40* | *$6.30* | *$37,222.70* |
| (b) *Services Rendered in Puerto Rico* | *$9,440.00* | *$7,552.00* | *$0.00* | *$7,552.00* |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $104,155.50 | $83,324.40 | $1,404.92 | $84,729.32 |
| **Grand Total for all Debtors** | **$206,014.50** | **$164,811.60** | **$2,124.83** | **$166,936.43** |

**September 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $41,362.00 | $33,089.60 | $473.98 | $33,563.58 |
| Total for HTA (all outside of Puerto Rico) | $590.00 | $472.00 | $1,234.60 | $1,706.60 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $279,647.50 | $223,718.00 | $70.00 | $223,788.00 |
| **Grand Total for all Debtors** | **$321,599.50** | **$257,279.60** | **$1,778.58** | **$259,058.18** |