# SCHEDULE 1

## LIST OF PROFESSIONALS BY MATTER

*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Partner | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Traxler, Katherine A. | Counsel | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Corporate |
| Liu, Kelly | Legal Research Analyst | |
| Magzamen, Michael | Paralegal | -- |
| Mohamed, David | Paralegal | |
| Wu, Winnie | Case Assistant | -- |

*Communications w/Creditors/Website (Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Barron, Douglass E. | Associate | Restructuring |

*PREPA (Matter ID 00006)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Partner | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Sepinuck, Stephen | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Catalano, Kristin | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Corporate |

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Zwillinger, Zachary | Associate | Litigation |
| Magzamen, Michael | Paralegal | -- |
| Wu, Winnie | Case Assistant | |

### *HTA (Matter ID 00007)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Partner | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Shelley, Scott C. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Catalano, Kristin | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Corporate |
| Wu, Winnie | Case Assistant | -- |

### *Other Adversary Proceedings (Matter ID 00009)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bongartz, Alex | Counsel | Restructuring |
| Wu, Winnie | Case Assistant | -- |

### *Mediation (Matter ID 00010)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Freedman, Rob | Partner | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Catalano, Kristin | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Corporate |

| Wu, Winnie | Case Assistant | -- |

### Creditors' Committee Meetings (Matter ID 00012)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Sutton, Ezra C. | Associate | Corporate |

3