## **SCHEDULE 2**

## **MONTHLY STATEMENTS COVERED IN APPLICATION[1]**

### **(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (80%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| 8/11/22 | 6/1/22 – 6/30/22 | $318,785.60 | $1,219.84 | $318,785.60 | $1,219.84 | $79,696.40 |
| 8/31/22 | 7/1/22 – 7/31/22 | $175,320.40 | $2,233.54 | $175,320.40 | $2,233.54 | $43,830.10 |
| 10/14/22 | 8/1/22 – 8/31/22 | $164,811.60 | $2,124.83 | $164,811.60 | $2,124.83 | $41,202.90 |
| 10/28/22 | 9/1/22 – 9/30/22 | $257,279.60 | $1,778.58 | -- | -- | $64,319.90 |
| **Total** | | **$916,197.20** | **$7,356.79** | **$658,917.60** | **$5,578.21** | **$229,409.30** |

---

[1]   The adjustments to Paul Hastings' fees during the Application Period do not represent a write-off of such fees, and Paul Hastings reserves the right to seek allowance and payment of such fees at a later date.  The time billed by these timekeepers was reasonable, and Paul Hastings reserves the right to seek allowance and payment of these fees based on the facts and circumstances of these cases, including, without limitation, if objections are interposed to the allowance or payment of Paul Hastings' fees and expenses.  The foregoing reservation does not affect the 20% end of the case write-off (with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process).



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324443

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending June 30, 2022 | $162,678.00 |
| Costs incurred and advanced | 877.40 |
| **Current Fees and Costs Due** | **$163,555.40** |
| **Total Balance Due - Due Upon Receipt** | **$163,555.40** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>:
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.

August 10, 2022

Please Refer to
Invoice Number: 2324443

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2022 | $162,678.00 |
| Costs incurred and advanced | 877.40 |
| **Current Fees and Costs Due** | **$163,555.40** |
| **Total Balance Due – Due Upon Receipt** | **$163,555.40** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324443

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2022

**Official Comm. of Unsecured Creditors of Commonwealth of PR**     **$162,678.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 06/01/2022 | AB21 | Update list of open issues for Committee | 0.20 | 1,475.00 | 295.00 |
| 06/02/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/03/2022 | AB21 | Update list of open issues for Committee | 0.20 | 1,475.00 | 295.00 |
| 06/03/2022 | WW6 | Update case calendar | 0.40 | 250.00 | 100.00 |
| 06/06/2022 | AB21 | Correspond with W. Wu regarding updated team calendar | 0.10 | 1,475.00 | 147.50 |
| 06/06/2022 | AB21 | Update list of open issues for Committee (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 06/06/2022 | WW6 | Update case calendar (.7); correspond with A. Bongartz regarding same (.1) | 0.80 | 250.00 | 200.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2324443

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/07/2022 | AB21 | Review documents related to AAFAF stipulation on Bonistas professional fees (0.7); correspond with L. Despins regarding same (0.3) | 1.00 | 1,475.00 | 1,475.00 |
| 06/07/2022 | LAD4 | Review Bonistas background pleadings | 0.60 | 1,700.00 | 1,020.00 |
| 06/07/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/07/2022 | WW6 | Prepare reference materials regarding Bonistas expense reimbursement for L. Despins | 1.20 | 250.00 | 300.00 |
| 06/09/2022 | AB21 | Update list of open issues | 0.20 | 1,475.00 | 295.00 |
| 06/09/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/10/2022 | AB21 | Update list of open issues for Committee | 0.10 | 1,475.00 | 147.50 |
| 06/14/2022 | AB21 | Update list of open issues for Committee | 0.10 | 1,475.00 | 147.50 |
| 06/14/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/16/2022 | AB21 | Update list of open issues for Committee | 0.10 | 1,475.00 | 147.50 |
| 06/16/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/16/2022 | WW6 | Update case calendar | 0.30 | 250.00 | 75.00 |
| 06/17/2022 | AB21 | Call with S. Martinez (Zolfo) regarding claims tender proposal | 0.10 | 1,475.00 | 147.50 |
| 06/17/2022 | WW6 | Update case calendar | 0.40 | 250.00 | 100.00 |
| 06/21/2022 | AB21 | Call with S. Martinez (Zolfo) and M. Rodrigue (Stiefel) regarding claims tender proposal (0.7); follow-up call with S. Martinez (Zolfo) regarding same (0.2) | 0.90 | 1,475.00 | 1,327.50 |
| 06/21/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/22/2022 | LAD4 | Review First Circuit decision on FOMB veto | 0.60 | 1,700.00 | 1,020.00 |

The Commonwealth of Puerto Rico                                      Page 3
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/23/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/26/2022 | AB21 | Update list of open issues for Committee | 0.10 | 1,475.00 | 147.50 |
| 06/27/2022 | AB21 | Update list of open issues for Committee | 0.20 | 1,475.00 | 295.00 |
| 06/28/2022 | AB21 | Update list of open issues for Committee | 0.10 | 1,475.00 | 147.50 |
| 06/28/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/30/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 06/30/2022 | WW6 | Update case calendar | 0.40 | 250.00 | 100.00 |
| | | **Subtotal: B110  Case Administration** | **10.20** | | **8,822.50** |

**B113    Pleadings Review**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | AB21 | Review Title III docket and recent filings | 0.20 | 1,475.00 | 295.00 |
| 06/01/2022 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 250.00 | 225.00 |
| 06/01/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/02/2022 | AB21 | Review Title III docket update and recent filings | 0.40 | 1,475.00 | 590.00 |
| 06/02/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/03/2022 | AB21 | Review Title III docket and recent filings | 0.10 | 1,475.00 | 147.50 |
| 06/03/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/06/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2324443

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/06/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/07/2022 | AB21 | Review Title III docket updates and recent filings | 0.30 | 1,475.00 | 442.50 |
| 06/07/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/08/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/08/2022 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 250.00 | 225.00 |
| 06/09/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 06/09/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/10/2022 | AB21 | Review Title III docket and filings | 0.30 | 1,475.00 | 442.50 |
| 06/10/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/11/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 06/12/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 06/13/2022 | AB21 | Review Title III docket update, recent filings, and administrative expense claims | 0.70 | 1,475.00 | 1,032.50 |
| 06/13/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/14/2022 | AB21 | Review Title III docket update and recent filings | 0.50 | 1,475.00 | 737.50 |
| 06/14/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |

The Commonwealth of Puerto Rico                                    Page 5
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/15/2022 | AB21 | Review Title III docket update and recent filings (0.6); correspond with L. Despins regarding same (0.3) | 0.90 | 1,475.00 | 1,327.50 |
| 06/15/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/16/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 06/16/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/17/2022 | AB21 | Review Title III docket update and recent filings | 0.30 | 1,475.00 | 442.50 |
| 06/17/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/21/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 06/21/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/22/2022 | AB21 | Review Title III docket update and recent developments (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |
| 06/22/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/23/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/23/2022 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 250.00 | 225.00 |
| 06/24/2022 | AB21 | Review Title III docket and recent filings | 0.20 | 1,475.00 | 295.00 |
| 06/24/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |

The Commonwealth of Puerto Rico                                                          Page 6
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/26/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 06/27/2022 | AB21 | Review Title III docket update and recent filings | 0.50 | 1,475.00 | 737.50 |
| 06/27/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/28/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/28/2022 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 250.00 | 225.00 |
| 06/29/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 06/29/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 06/30/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 06/30/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| | | **Subtotal: B113 Pleadings Review** | **16.30** | | **11,915.00** |

**B150    Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | AB21 | Call with E. Sutton regarding next Committee update email | 0.10 | 1,475.00 | 147.50 |
| 06/01/2022 | ECS1 | Call with A. Bongartz regarding the UCC update email (.1); prepare summaries of recent filings and case updates for the UCC update email (2.6) | 2.70 | 810.00 | 2,187.00 |
| 06/02/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |

The Commonwealth of Puerto Rico                                                    Page 7
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/02/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 2.10 | 810.00 | 1,701.00 |
| 06/03/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 1.80 | 810.00 | 1,458.00 |
| 06/06/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (1.0); correspond with L. Despins regarding same (0.1) | 1.10 | 1,475.00 | 1,622.50 |
| 06/07/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |
| 06/07/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 3.60 | 810.00 | 2,916.00 |
| 06/08/2022 | AB21 | Revise Committee update emails regarding recent developments in Title III cases | 0.40 | 1,475.00 | 590.00 |
| 06/08/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 3.30 | 810.00 | 2,673.00 |
| 06/09/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases | 0.10 | 1,475.00 | 147.50 |
| 06/09/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 0.30 | 810.00 | 243.00 |
| 06/10/2022 | AB21 | Revise Committee update email (0.3); correspond with E. Sutton regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 06/10/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 2.90 | 810.00 | 2,349.00 |
| 06/13/2022 | AB21 | Correspond with E. Sutton regarding next Committee update email | 0.10 | 1,475.00 | 147.50 |
| 06/13/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 3.70 | 810.00 | 2,997.00 |
| 06/14/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.2); correspond with L. Despins regarding same (0.1); call with E. Sutton regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |

The Commonwealth of Puerto Rico                                           Page 8
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/14/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email (2.4); call with A. Bongartz regarding same (.1) | 2.50 | 810.00 | 2,025.00 |
| 06/15/2022 | AB21 | Review documents/attachments for Committee update email regarding recent developments in Title III cases (0.3); revise same (0.3); correspond with L. Despins regarding same (0.1); call with E. Sutton regarding same (0.1) | 0.80 | 1,475.00 | 1,180.00 |
| 06/15/2022 | ECS1 | Call with A. Bongartz regarding UCC update email (.1); prepare summaries of recent filings and case updates for the UCC update email (1.9) | 2.00 | 810.00 | 1,620.00 |
| 06/16/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 0.60 | 810.00 | 486.00 |
| 06/17/2022 | AB21 | Calls with E. Sutton regarding next Committee update email (0.2); revise same (0.5); correspond with L. Despins regarding same (0.1) | 0.80 | 1,475.00 | 1,180.00 |
| 06/17/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email (2.4); calls with A. Bongartz about same (.2). | 2.60 | 810.00 | 2,106.00 |
| 06/20/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 1.40 | 810.00 | 1,134.00 |
| 06/21/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.3); calls with E. Sutton regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 06/21/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email (1.9); calls with A. Bongartz regarding same (.1) | 2.00 | 810.00 | 1,620.00 |
| 06/22/2022 | AB21 | Revise Committee update email regarding recent developments in Title III case (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2324443

Page 9

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/22/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email | 3.40 | 810.00 | 2,754.00 |
| 06/23/2022 | AB21 | Calls with E. Sutton regarding next Committee update email (0.1); correspond with L. Despins regarding same (0.1); revise Committee update email regarding recent developments in Title III cases (0.3) | 0.50 | 1,475.00 | 737.50 |
| 06/23/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email (1.6); calls with A. Bongartz regarding same (.1) | 1.70 | 810.00 | 1,377.00 |
| 06/24/2022 | AB21 | Revise next Committee update regarding recent developments in Title III cases (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 06/24/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 1.10 | 810.00 | 891.00 |
| 06/27/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); call with E. Sutton regarding same (0.1); correspond with L. Despins regarding same (0.2) | 0.80 | 1,475.00 | 1,180.00 |
| 06/27/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email (2.7); call with A. Bongartz about same (.1). | 2.80 | 810.00 | 2,268.00 |
| 06/28/2022 | AB21 | Revise draft Committee update email regarding recent developments in Title III cases (0.6); correspond with L. Despins regarding same (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| 06/28/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 1.60 | 810.00 | 1,296.00 |
| 06/29/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email. | 1.90 | 810.00 | 1,539.00 |
| 06/30/2022 | AB21 | Calls with E. Sutton regarding Committee update email regarding recent developments in Title III cases (0.1); correspond with E. Sutton regarding same (0.1); revise same (0.4); correspond with L. Despins regarding same (0.1) | 0.70 | 1,475.00 | 1,032.50 |

The Commonwealth of Puerto Rico                                                    Page 10
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/30/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email (1.7); calls with A. Bongartz about same (.1). | 1.80 | 810.00 | 1,458.00 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **55.00** | | **50,668.00** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/17/2022 | WW6 | Prepare informative motion regarding June 29-30, 2022 omnibus hearing for A. Bongartz | 0.80 | 250.00 | 200.00 |
| 06/21/2022 | WW6 | Update informative motion regarding June 29-30, 2022 omnibus hearing (.4); correspond with A. Bongartz regarding matters going forward at June 29-30, 2022 hearing (.3) | 0.70 | 250.00 | 175.00 |
| 06/22/2022 | AB21 | Correspond with L. Despins regarding June 29 hearing agenda | 0.10 | 1,475.00 | 147.50 |
| 06/23/2022 | WW6 | Correspond with A. Bongartz regarding informative motion for June 29-30, 2022 hearing (.1); electronically file same (.3); electronically serve same (.3) | 0.70 | 250.00 | 175.00 |
| 06/28/2022 | AB21 | Calls with W. Wu regarding June 29 omnibus hearing (0.1); correspond with W. Wu regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 06/28/2022 | WW6 | Correspond with A. Bongartz and L. Despins regarding June 29-30, 2022 omnibus hearing (.1); calls with A. Bongartz regarding same (.1) | 0.20 | 250.00 | 50.00 |
| 06/28/2022 | WW6 | Prepare reference materials re June 29-30, 2022 omnibus hearing for A. Bongartz | 1.80 | 250.00 | 450.00 |
| 06/29/2022 | AB21 | Review issues, notes to prepare for June 29 omnibus hearing (0.2); correspond with L. Despins regarding same (0.2); listen to June 29 omnibus hearing (1.7) | 2.10 | 1,475.00 | 3,097.50 |
| 06/29/2022 | LAD4 | Review issues, notes to prepare for hearing (.20); handle hearing (1.70) | 1.90 | 1,700.00 | 3,230.00 |

The Commonwealth of Puerto Rico                                                          Page 11
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/29/2022 | NAB | Attend portion of omnibus hearing (.7) | 0.70 | 1,475.00 | 1,032.50 |
| 06/29/2022 | SM29 | Telephonically attend hearing (1.7) prepare notes re same (.1) | 1.80 | 1,200.00 | 2,160.00 |
| | | **Subtotal: B155 Court Hearings** | **11.00** | | **11,012.50** |

**B160      Fee/Employment Applications for Paul Hastings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | AB21 | Revise cover letter for PH April 2022 fee statement | 0.20 | 1,475.00 | 295.00 |
| 06/01/2022 | KAT2 | Review correspondence from D. Verdon and A. Bongartz regarding new hires (.2); prepare parts of supplemental declaration regarding same (.2) | 0.40 | 920.00 | 368.00 |
| 06/02/2022 | AB21 | Analyze issues related to next supplemental declaration in support of PH retention | 0.40 | 1,475.00 | 590.00 |
| 06/02/2022 | AB21 | Final review of April PH fee statement (0.8); calls with C. Edge regarding same (0.1); revise related cover letter and exhibits (0.4); correspond with M. Bienenstock (Proskauer), B. Williamson (Fee Examiner) and Notice Parties regarding same (0.1) | 1.40 | 1,475.00 | 2,065.00 |
| 06/02/2022 | KAT2 | Review correspondence from D. Verdon regarding new hires (.1); review issue regarding same for supplemental declaration (.1) | 0.20 | 920.00 | 184.00 |
| 06/03/2022 | AB21 | Call with K. Traxler regarding follow-up questions from US Trustee regarding MIP declaration (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |

The Commonwealth of Puerto Rico                                                                Page 12
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/03/2022 | KAT2 | Review input from D. Verdon regarding new hires (.2); prepare parts of supplemental declaration regarding same (.8); call with A. Bongartz regarding U.S. Trustee inquiries regarding interested parties and new hires (.3); review same (.2); correspond with D. Verdon and D. Hein regarding same (.2); analyze issues regarding same (.4); begin to prepare response to same (1.4) | 3.50 | 920.00 | 3,220.00 |
| 06/04/2022 | KAT2 | Prepare response to U.S. Trustee inquiries regarding disclosures (2.2); correspond with D. Verdon and D. Hein regarding questions re new hires (.2); analyze U.S. Trustee inquiries, related declarations, and response (1.2); correspond with A. Bongartz regarding same (.2) | 3.80 | 920.00 | 3,496.00 |
| 06/05/2022 | KAT2 | Prepare response to U.S. Trustee inquiries regarding disclosures (1.9); analyze same (.9) | 2.80 | 920.00 | 2,576.00 |
| 06/06/2022 | AB21 | Analyze issue for next supplemental PH declaration in support of retention (0.3); review correspondence from K. Traxler regarding U.S. Trustee questions on PH supplemental declarations (0.1) | 0.40 | 1,475.00 | 590.00 |
| 06/06/2022 | KAT2 | Continue to prepare response to U.S. Trustee inquiries regarding disclosures (4.1); correspond with I. Ahmat regarding same (.3); call with I. Ahmat regarding same (.2); follow up analysis of same (.9); correspond with C. Edge regarding U.S. Trustee inquiries (.1); correspond with D. Verdon regarding same (.1) | 5.70 | 920.00 | 5,244.00 |
| 06/06/2022 | KL12 | Research regarding supplemental declarations and interested parties | 0.70 | 360.00 | 252.00 |
| 06/07/2022 | AB21 | Analyze questions from U.S. Trustee regarding supplemental declarations in support of PH retention (2.4); calls with K. Traxler regarding same (0.2) | 2.60 | 1,475.00 | 3,835.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2324443

Page 13

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/07/2022 | KAT2 | Prepare response to U.S. Trustee inquiries regarding disclosures (3.5); analyze issues regarding same (1.1); correspond with C. Edge regarding U.S. Trustee inquiries (.1); correspond with D. Verdon regarding same (.2); review input from D. Verdon regarding new hires (.2); correspond with D. Hein regarding U.S. Trustee inquiries (.2); calls with A. Bongartz regarding U.S. Trustee inquiries (.2); review issues regarding same (.7); correspond with A. Bongartz regarding same (.1) | 6.30 | 920.00 | 5,796.00 |
| 06/08/2022 | AB21 | Prepare responses to U.S. Trustee's questions on supplemental declarations in support of PH retention (3.8); calls with K. Traxler regarding same (.2); call with J. Arrastia (Continental) regarding same (0.1); correspond with N. Bassett regarding same (0.1); calls and correspond with S. Maza regarding same (0.2) | 4.40 | 1,475.00 | 6,490.00 |
| 06/08/2022 | KAT2 | Continue to prepare response to U.S. Trustee inquiries regarding disclosures (1.9); correspond with A. Bongartz regarding same (.2); calls with A. Bongartz regarding same (.2); review issues regarding same (.2); revise response to U.S. Trustee (.3); correspond with D. Verdon and D. Hein regarding same (.2) | 3.00 | 920.00 | 2,760.00 |
| 06/08/2022 | SM29 | Calls and correspond with A. Bongartz re fourth supplemental retention application disclosures (.2); review same (.2) | 0.40 | 1,200.00 | 480.00 |
| 06/09/2022 | AB21 | Continue working on responses to U.S. Trustee's questions on PH supplemental declarations (1.0); correspond with K. Traxler regarding same (0.1) | 1.10 | 1,475.00 | 1,622.50 |
| 06/09/2022 | AB21 | Analyze issue related to next PH supplemental declaration (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |

The Commonwealth of Puerto Rico                                                      Page 14
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/09/2022 | KAT2 | Prepare response to U.S. Trustee inquiries regarding disclosures (.8); correspond with A. Eng regarding same (.1); correspond with A. Bongartz regarding same (.3); correspond with S. Li regarding same (.1); prepare parts of fifteenth interim fee application (.3); correspond with C. Edge regarding same (.2); correspond with A. Bongartz regarding May services (.1) | 1.90 | 920.00 | 1,748.00 |
| 06/10/2022 | AB21 | Revise responses to U.S. Trustee's questions on PH supplemental declarations (0.5); correspond with K. Traxler regarding same (0.1); correspond with L. Despins regarding same (0.1); correspond with B. Hackman (UST Office) regarding same (0.1) | 0.80 | 1,475.00 | 1,180.00 |
| 06/10/2022 | KAT2 | Review/comment on response to U.S. Trustee inquiries regarding disclosures (.2); correspond with A. Bongartz regarding same (.1); correspond with A. Eng regarding same (.1); correspond with I. Ahmad regarding fifteenth interim fee application (.2) | 0.60 | 920.00 | 552.00 |
| 06/13/2022 | AB21 | Review draft PH May 2022 fee statement (0.9); correspond with C. Edge regarding same (0.1) | 1.00 | 1,475.00 | 1,475.00 |
| 06/13/2022 | KAT2 | Prepare parts of fifteenth interim fee application (1.1); prepare parts of supplemental declaration regarding new hires (.9); correspond with J. Robinson regarding same (.1) | 2.10 | 920.00 | 1,932.00 |
| 06/14/2022 | AB21 | Revise no objection letter for PH April 2022 fee statement (0.2); correspond with P. Friedman (O'Melveny) regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 06/14/2022 | AB21 | Revise PH May 2022 fee statement (0.7); correspond with C. Edge regarding same (0.2); analyze issue for next supplemental declaration in support of PH retention (0.1) | 1.00 | 1,475.00 | 1,475.00 |

The Commonwealth of Puerto Rico                                                    Page 15
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/14/2022 | KAT2 | Prepare parts of fifteenth interim fee application responding to UST Appendix B questions (.2); correspond with C. Edge regarding May services (.2) | 0.40 | 920.00 | 368.00 |
| 06/16/2022 | AB21 | Analyze issue for next supplemental declaration in support of PH retention | 0.10 | 1,475.00 | 147.50 |
| 06/16/2022 | KAT2 | Prepare parts of interim fee application responsive to UST Appendix B questions (.7); correspond with C. Edge regarding same (.1) | 0.80 | 920.00 | 736.00 |
| 06/21/2022 | KAT2 | Prepare parts of interim fee application | 2.40 | 920.00 | 2,208.00 |
| 06/23/2022 | KAT2 | Prepare fifteenth interim fee application, exhibits, declaration, and proposed order (1.4); correspond with A. Bongartz and C. Edge regarding same (.1) | 1.50 | 920.00 | 1,380.00 |
| 06/27/2022 | AB21 | Revise draft PH interim fee application (1.9); correspond with L. Despins regarding supplemental declaration in support of PH retention (0.8); correspond with B. Hackman (UST) regarding supplemental PRRADA disclosures (0.1); correspond with L. Despins regarding same (0.1); call with K. Traxler regarding same (0.1) | 3.00 | 1,475.00 | 4,425.00 |
| 06/27/2022 | KAT2 | Call with A. Bongartz regarding twelfth supplemental declaration (.1); prepare parts of same (1.2); review input from D. Verdon regarding new hires (.2); correspond with D. Verdon and J. Robinson regarding new hires (.2); correspond with D. Hein regarding new matters (.2); correspond with A. Bongartz regarding compensation matters (.1) | 2.00 | 920.00 | 1,840.00 |
| 06/28/2022 | AB21 | Revise draft PH interim fee application (0.6); analyze issues related to next supplemental declaration in support of PH retention (0.4); correspond with L. Despins regarding same (0.1); revise draft of same (0.2) | 1.30 | 1,475.00 | 1,917.50 |
| 06/28/2022 | KAT2 | Correspond with A. Bongartz regarding supplemental declaration | 0.10 | 920.00 | 92.00 |

The Commonwealth of Puerto Rico                                             Page 16
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/28/2022 | KAT2 | Prepare twelfth supplemental declaration | 2.70 | 920.00 | 2,484.00 |
| 06/28/2022 | KAT2 | Correspond with D. Verdon, S. Li, and J. Robinson regarding new hires and supplemental declaration | 0.30 | 920.00 | 276.00 |
| 06/29/2022 | AB21 | Revise PH interim fee application (0.5); analyze issues for supplemental declaration in support of PH retention (0.3); revise draft supplemental declaration (0.3); calls with K. Traxler regarding same (0.1); correspond with F. Rosado (MPM Law) regarding PH April fee statement (0.1); revise May 2022 cover letter and related exhibits (1.0) | 2.30 | 1,475.00 | 3,392.50 |
| 06/29/2022 | KAT2 | Calls with A. Bongartz regarding twelfth supplemental declaration (.1); prepare same (1.4); correspond with D. Verdon regarding same (.3); correspond with A. Bongartz regarding same (.1); correspond with C. Edge regarding professional compensation matter (.1) | 2.00 | 920.00 | 1,840.00 |
| 06/30/2022 | AB21 | Final review of PH May 2022 fee statement (0.3); call with C. Edge regarding same (0.1); finalize related cover letter and exhibits (0.3); correspond with M. Bienenstock (Proskauer) and notice parties regarding same (0.1); correspond with B. Williamson (Fee Examiner) regarding same (0.1); revise PH interim fee application (0.7) | 1.60 | 1,475.00 | 2,360.00 |
| 06/30/2022 | AB21 | Revise supplemental declaration in support of PH retention (0.2); correspond with L. Despins regarding same (0.1); correspond with B. Hackman (U.S. Trustee) regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 06/30/2022 | KAT2 | Correspond with A. Bongartz regarding twelfth supplemental declaration (.1); review issue regarding same (.1); correspond with D. Verdon regarding same (.1) | 0.30 | 920.00 | 276.00 |
| | | **Subtotal: B160  Fee/Employment Applications for Paul Hastings** | **66.90** | | **74,033.00** |

The Commonwealth of Puerto Rico                                                                 Page 17
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B161** | **Budget** | | | | |
| 06/03/2022 | AB21 | Prepare PH July 2022 budget | 0.20 | 1,475.00 | 295.00 |
| 06/15/2022 | AB21 | Finalize PH July 2022 budget and correspond with B. Williamson (Fee Examiner) regarding same | 0.10 | 1,475.00 | 147.50 |
| 06/28/2022 | AB21 | Prepare PH August 2022 budget | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B161  Budget** | **0.40** | | **590.00** |
| **B165** | **Fee/Employment Applications for Other Professionals** | | | | |
| 06/01/2022 | AB21 | Correspond with E. Barak (Proskauer) regarding Committee member expense reimbursement request (0.1); correspond with L. Despins regarding same (0.1); correspond with W. Wu regarding filing of same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 06/01/2022 | WW6 | Prepare certificate of service for fee applications (.4); electronically file same with court (.3) | 0.70 | 250.00 | 175.00 |
| 06/01/2022 | WW6 | Prepare informative motion regarding committee member final fee application for expense reimbursement for filing (.3); correspond with A. Bongartz regarding same (.2); electronically file same with court (.3); electronically serve same (.4) | 1.20 | 250.00 | 300.00 |
| 06/06/2022 | AB21 | Correspond with A. Roman (Kroma) regarding Kroma invoices | 0.10 | 1,475.00 | 147.50 |
| 06/06/2022 | AB21 | Analyze issues regarding MIP disclosures of Committee professionals (0.4); correspond with J. Arrastia (Continental) regarding same (0.1); correspond with J. Casillas (CST) regarding same (0.1); call with J. Casillas regarding same (0.1); call with M. Hancock (Godfrey) regarding same (0.1); call with P. O'Neill (O'Neal Gilmore) regarding same (0.1) | 0.90 | 1,475.00 | 1,327.50 |

The Commonwealth of Puerto Rico                                                      Page 18
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/07/2022 | AB21 | Call with J. Esses (Proskauer) regarding MIP declarations of certain Committee counsel | 0.10 | 1,475.00 | 147.50 |
| 06/07/2022 | WW6 | Prepare certificate of service for informative motion regarding members of the UCC final fee application (.4); electronically file same with court (.2) | 0.60 | 250.00 | 150.00 |
| 06/09/2022 | AB21 | Prepare draft form of declaration for O'Neill & Gilmore (0.4); correspond with C. Gilmore (O&G) regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 06/10/2022 | AB21 | Call with S. Martinez (Zolfo) regarding U.S. Trustee's questions on Zolfo supplemental declarations (0.3); correspond with C. Gilmore (O'Neill & Gilmore) regarding O&G supplemental declaration (0.1) | 0.40 | 1,475.00 | 590.00 |
| 06/13/2022 | AB21 | Correspond with C. Concepcion (counsel to Grupo de Desarrollo) regarding expense reimbursement for Committee members | 0.30 | 1,475.00 | 442.50 |
| 06/17/2022 | AB21 | Correspond with F. Dellorfano (M Solar) regarding expense report for Committee members | 0.10 | 1,475.00 | 147.50 |
| 06/24/2022 | AB21 | Correspond with S. Martinez (Zolfo) regarding proposed responses to U.S. Trustee's follow-up questions on PRRADA disclosures | 0.20 | 1,475.00 | 295.00 |
| 06/28/2022 | AB21 | Call with S. Martinez (Zolfo) regarding supplemental PRRADA disclosures | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B165 Fee/Employment Applications for Other Professionals** | **5.50** | | **5,050.00** |

**B310     Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | WW6 | Correspond with M. Palmer (Proskauer) regarding response to omnibus objections to claims (.2); review same (.7) | 0.90 | 250.00 | 225.00 |

The Commonwealth of Puerto Rico                                     Page 19
96395-00002
Invoice No. 2324443

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/14/2022 | WW6 | Correspond with M. Palmer (Proskauer) regarding response to omnibus objections to claims (.2); correspond with D. Barron regarding same (.2); review same (.4) | 0.80 | 250.00 | 200.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **1.70** | | **425.00** |

**B320    Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/13/2022 | ECS1 | Update summary/tracking chart relating to appeals of confirmation of the Commonwealth plan. | 0.20 | 810.00 | 162.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **0.20** | | **162.00** |

| | | | | |
|--|--|--|--|--|
| **Total** | | | **167.20** | **162,678.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 3.10 | 1,700.00 | 5,270.00 |
| NAB | Nicholas A. Bassett | Partner | 0.70 | 1,475.00 | 1,032.50 |
| AB21 | Alex Bongartz | Of Counsel | 48.10 | 1,475.00 | 70,947.50 |
| KAT2 | Katherine A. Traxler | Of Counsel | 42.80 | 920.00 | 39,376.00 |
| SM29 | Shlomo Maza | Associate | 2.20 | 1,200.00 | 2,640.00 |
| ECS1 | Ezra C. Sutton | Associate | 46.00 | 810.00 | 37,260.00 |
| WW6 | Winnie Wu | Paralegal | 23.60 | 250.00 | 5,900.00 |
| KL12 | Kelly Liu | Other Timekeeper | 0.70 | 360.00 | 252.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 06/06/2022 | Photocopy Charges | 826.00 | 0.08 | 66.08 |

The Commonwealth of Puerto Rico                                                                    Page 20
96395-00002
Invoice No. 2324443

| | | | | |
|---|---|---:|---:|---:|
| 06/07/2022 | Photocopy Charges | 131.00 | 0.08 | 10.48 |
| 06/08/2022 | Photocopy Charges | 2,208.00 | 0.08 | 176.64 |
| 06/08/2022 | Photocopy Charges | 288.00 | 0.08 | 23.04 |
| 06/09/2022 | Photocopy Charges | 335.00 | 0.08 | 26.80 |
| 06/27/2022 | Photocopy Charges | 804.00 | 0.08 | 64.32 |
| 05/30/2022 | Computer Search (Other) | | | 0.36 |
| 05/31/2022 | Computer Search (Other) | | | 0.36 |
| 06/01/2022 | Postage/Express Mail - First Class - US; | | | 77.72 |
| 06/01/2022 | Computer Search (Other) | | | 0.36 |
| 06/02/2022 | Westlaw | | | 22.12 |
| 06/02/2022 | Computer Search (Other) | | | 0.36 |
| 06/03/2022 | Computer Search (Other) | | | 0.36 |
| 06/06/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543242; 06/06/2022; K. Traxler; 1Z9305430194795551 (MAN) | | | 32.12 |
| 06/06/2022 | Westlaw | | | 22.12 |
| 06/06/2022 | Computer Search (Other) | | | 1.08 |
| 06/06/2022 | Computer Search (Other) | | | 2.52 |
| 06/07/2022 | Computer Search (Other) | | | 1.08 |
| 06/07/2022 | Computer Search (Other) | | | 31.50 |
| 06/08/2022 | Computer Search (Other) | | | 1.08 |
| 06/09/2022 | Postage/Express Mail - First Class - US; | | | 77.72 |
| 06/09/2022 | Postage/Express Mail - First Class - US; | | | 77.72 |
| 06/09/2022 | Computer Search (Other) | | | 1.08 |
| 06/10/2022 | Computer Search (Other) | | | 1.08 |
| 06/13/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543252; 06/13/2022; K. Traxler; 1Z9305430194707799 (MAN) | | | 32.63 |
| 06/13/2022 | Computer Search (Other) | | | 1.08 |
| 06/14/2022 | Computer Search (Other) | | | 0.54 |
| 06/14/2022 | Computer Search (Other) | | | 1.08 |
| 06/15/2022 | Computer Search (Other) | | | 1.08 |

The Commonwealth of Puerto Rico                                          Page 21
96395-00002
Invoice No. 2324443

| | | |
|---|---|---:|
| 06/16/2022 | Computer Search (Other) | 1.08 |
| 06/17/2022 | Computer Search (Other) | 1.08 |
| 06/17/2022 | Computer Search (Other) | 18.00 |
| 06/20/2022 | Computer Search (Other) | 1.08 |
| 06/21/2022 | Computer Search (Other) | 2.97 |
| 06/22/2022 | Computer Search (Other) | 1.08 |
| 06/23/2022 | Computer Search (Other) | 0.72 |
| 06/23/2022 | Computer Search (Other) | 1.08 |
| 06/24/2022 | Computer Search (Other) | 1.08 |
| 06/27/2022 | Postage/Express Mail - First Class - US; | 91.12 |
| 06/27/2022 | Computer Search (Other) | 1.08 |
| 06/28/2022 | Computer Search (Other) | 1.08 |
| 06/29/2022 | Computer Search (Other) | 1.08 |
| 06/30/2022 | Computer Search (Other) | 0.36 |
| **Total Costs incurred and advanced** | | **$877.40** |
| | **Current Fees and Costs** | **$163,555.40** |
| | **Total Balance Due - Due Upon Receipt** | **$163,555.40** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                    August 10, 2022
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                          Please Refer to
c/o O'Melveny & Myers LLP                          Invoice Number: 2324444
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                      PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Communications w/Creditors/Website(Other than Comm. Members)
### (Services Rendered Outside of Puerto Rico)
PH LLP Client/Matter # 96395-00004
Luc A. Despins

Legal fees for professional services
for the period ending June 30, 2022                                $1,195.00

**Current Fees and Costs Due**                                     **$1,195.00**

**Total Balance Due - Due Upon Receipt**                           **$1,195.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
| --- |
|   Paul Hastings LLP |
|   Lockbox 4803 |
|   PO Box 894803 |
|   Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324444

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Communications w/Creditors/Website(Other than Comm. Members)
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

Legal fees for professional services
for the period ending June 30, 2022 ............................................ $1,195.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$1,195.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,195.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324444

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2022

**Communications w/Creditors/Website(Other than Comm. Members)**      **$1,195.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 06/29/2022 | DEB4 | Draft new content for creditor website | 1.00 | 1,195.00 | 1,195.00 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **1.00** | | **1,195.00** |
| | **Total** | | **1.00** | | **1,195.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DEB4 | Douglass E. Barron | Associate | 1.00 | 1,195.00 | 1,195.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$1,195.00** |
| **Total Balance Due - Due Upon Receipt** | | **$1,195.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324445

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2022 | $91,687.00 |
| Costs incurred and advanced | 304.82 |
| **Current Fees and Costs Due** | **$91,991.82** |
| **Total Balance Due - Due Upon Receipt** | **$91,991.82** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324445

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2022 | $91,687.00 |
| Costs incurred and advanced | 304.82 |
| **Current Fees and Costs Due** | **$91,991.82** |
| **Total Balance Due - Due Upon Receipt** | **$91,991.82** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324445

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2022

## PREPA

$91,687.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 06/13/2022 | LAD4 | T/c D. Mack (Drivetrain) re: Vitol (.40); email to the committee re: same (.30) | 0.70 | 1,700.00 | 1,190.00 |
| | | **Subtotal: B110 Case Administration** | **0.70** | | **1,190.00** |
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 06/01/2022 | AB21 | Call with L. Despins regarding LEI presentation for Committee call (0.1); correspond with J. Frayer (LEI) regarding same (0.1); call with G. Roumy (LEI) regarding same (0.1); review same (0.9); correspond with Committee regarding same (0.1); review annotated agenda for Committee call (0.1); participate in Committee update call with L. Despins, S. Martinez (Zolfo), LEI team, and Committee (1.2) | 2.60 | 1,475.00 | 3,835.00 |

The Commonwealth of Puerto Rico                                             Page 2
96395-00006
Invoice No. 2324445

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | ECS1 | Telephonically attend and take notes at UCC meeting | 1.20 | 810.00 | 972.00 |
| 06/01/2022 | ECS1 | Prepare agenda for UCC call. | 0.60 | 810.00 | 486.00 |
| 06/01/2022 | ECS1 | Review notes and issues to prepare for UCC meeting. | 0.20 | 810.00 | 162.00 |
| 06/01/2022 | LAD4 | Review agenda, issues to prepare for committee call (.40); handle all hands committee call (1.20) | 1.60 | 1,700.00 | 2,720.00 |
| 06/01/2022 | NAB | Review LEI presentation and related documents (.5); attend Committee telephone conference (1.2) | 1.70 | 1,475.00 | 2,507.50 |
| 06/01/2022 | SM29 | Review LEI presentation (.4); attend portions of committee call (.4) | 0.80 | 1,200.00 | 960.00 |
| 06/13/2022 | ECS1 | Prepare agenda for UCC call. | 0.50 | 810.00 | 405.00 |
| 06/14/2022 | ECS1 | Prepare agenda for UCC meeting. | 0.80 | 810.00 | 648.00 |
| 06/15/2022 | AB21 | Update call with L. Despins, S. Martinez (Zolfo) and Committee regarding recent developments in Title III cases | 0.70 | 1,475.00 | 1,032.50 |
| 06/15/2022 | ECS1 | Prepare agenda for UCC meeting. | 0.90 | 810.00 | 729.00 |
| 06/15/2022 | ECS1 | Telephonically attend and take notes on the UCC meeting. | 0.70 | 810.00 | 567.00 |
| 06/15/2022 | LAD4 | Review agenda, issues to prepare for committee call (.70); handle all hands committee call (.70) | 1.40 | 1,700.00 | 2,380.00 |
| 06/15/2022 | NAB | Attend portion of Committee call | 0.40 | 1,475.00 | 590.00 |
| 06/15/2022 | SM29 | Review LEI report in advance of UCC meeting | 0.50 | 1,200.00 | 600.00 |
| 06/20/2022 | ECS1 | Prepare minutes of UCC meeting. | 0.20 | 810.00 | 162.00 |
| 06/21/2022 | ECS1 | Prepare minutes of UCC meeting. | 0.80 | 810.00 | 648.00 |
| 06/22/2022 | ECS1 | Prepare minutes of UCC meeting. | 1.00 | 810.00 | 810.00 |
| 06/23/2022 | ECS1 | Review notes and agenda to prepare for Unsecured Creditors Committee meeting. | 0.10 | 810.00 | 81.00 |
| 06/28/2022 | AB21 | Call with E. Sutton regarding agenda for Committee call | 0.10 | 1,475.00 | 147.50 |
| 06/28/2022 | ECS1 | Prepare agenda for UCC meeting (.8); call with A. Bongartz regarding same (.1) | 0.90 | 810.00 | 729.00 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00006
Invoice No. 2324445

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/29/2022 | AB21 | Prepare for next Committee update call (including review of annotated agenda) (0.3); attend update call with L. Despins, S. Martinez (Zolfo) and Committee regarding recent developments in Title III cases (0.6); post-mortem with S. Martinez regarding same (0.2) | 1.10 | 1,475.00 | 1,622.50 |
| 06/29/2022 | ECS1 | Telephonically attend and take notes on the Unsecured Creditors Committee meeting. | 0.60 | 810.00 | 486.00 |
| 06/29/2022 | ECS1 | Prepare agenda for UCC meeting. | 0.70 | 810.00 | 567.00 |
| 06/29/2022 | ECS1 | Review notes, issues to prepare for Unsecured Creditors Committee meeting. | 0.30 | 810.00 | 243.00 |
| 06/29/2022 | LAD4 | Review agenda, notes to prepare for committee meeting (.10); handle all hands committee meeting (.60) | 0.70 | 1,700.00 | 1,190.00 |
| 06/30/2022 | ECS1 | Prepare minutes of UCC meeting (1.4); correspond with A. Bongartz about same (.1). | 1.50 | 810.00 | 1,215.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **22.60** | | **26,495.00** |

**B161    Budget**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/09/2022 | AB21 | Correspond with G. Roumy (LEI) regarding LEI budget for July 2022 | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B161  Budget** | **0.10** | | **147.50** |

**B165    Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | AB21 | Call with J. Frayer (LEI) regarding LEI fee statement (0.1); call with J. Sharkey (LEI) regarding same (0.3) | 0.40 | 1,475.00 | 590.00 |
| 06/06/2022 | AB21 | Call with J. Sharkey (LEI) regarding LEI invoice | 0.20 | 1,475.00 | 295.00 |
| 06/15/2022 | AB21 | Call and correspond with J. Frayer (LEI) regarding LEI invoice | 0.10 | 1,475.00 | 147.50 |

The Commonwealth of Puerto Rico
96395-00006
Invoice No. 2324445

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/16/2022 | AB21 | Call with J. Sharkey (LEI) regarding LEI invoice and interim compensation procedures (0.1); correspond with J. Sharkey regarding same (0.6); review interim compensation procedures (0.3) | 1.00 | 1,475.00 | 1,475.00 |
| 06/17/2022 | AB21 | Call with J. Sharkey (LEI) regarding process for submitting invoices (0.1); correspond with J. Sharkey regarding same (0.2); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 06/22/2022 | AB21 | Correspond with J. Frayer (LEI) regarding LEI May invoice | 0.10 | 1,475.00 | 147.50 |
| 06/30/2022 | AB21 | Correspond with J. Sharkey (LEI) regarding next steps in interim compensation process (0.6); call with J. Sharkey regarding same (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| | | **Subtotal: B165 Fee/Employment Applications for Other Professionals** | **2.90** | | **4,277.50** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/08/2022 | SM29 | Review COBRA motion for lifting litigation stay (.5); correspond with A. Bongartz re same (.1) | 0.60 | 1,200.00 | 720.00 |
| 06/10/2022 | SM29 | Correspond with A. Bongartz re Cobra motion for relief from litigation stay (.2); prepare email to L. Despins re same (.6); further correspond with A. Bongartz re same (.1); revise email to L. Despins to include A. Bongartz comments (.2); email L. Despins re Cobra motion (.1); review oversight board opposition to PV Properties' lift stay motion (.4) | 1.60 | 1,200.00 | 1,920.00 |
| 06/12/2022 | AB21 | Review email from J. Arrastia (Continental) to Committee regarding fuel oil litigation update | 0.10 | 1,475.00 | 147.50 |
| 06/14/2022 | SM29 | Review opposition to Cobra litigation stay motion | 0.40 | 1,200.00 | 480.00 |

The Commonwealth of Puerto Rico                                    Page 5
96395-00006
Invoice No. 2324445

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/15/2022 | AB21 | Review correspondence from G. Olivera (O'Melveny) regarding intergovernmental tolling stipulation (0.1); analyze issues regarding same (0.5) | 0.60 | 1,475.00 | 885.00 |
| 06/16/2022 | AB21 | Analyze tolling stipulations (0.3); correspond with L. Despins regarding same (0.4); call with L. Despins regarding same (0.1) | 0.80 | 1,475.00 | 1,180.00 |
| 06/16/2022 | LAD4 | Review inter-debtor stip issues (.40); t/c A. Bongartz re: same (.10) | 0.50 | 1,700.00 | 850.00 |
| 06/25/2022 | ZSZ | Call with A. Bongartz regarding discovery in clawback litigation and relation to potential discovery in PREPA litigation | 0.20 | 1,200.00 | 240.00 |
| | | **Subtotal: B191 General Litigation** | **4.80** | | **6,422.50** |

**B220    Employee Benefits/Pensions**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | AB21 | Call with S. Martinez (Zolfo) regarding PREPA pension liability | 0.40 | 1,475.00 | 590.00 |
| | | **Subtotal: B220 Employee Benefits/Pensions** | **0.40** | | **590.00** |

**B420    Restructurings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | WW6 | Prepare certificate of service for limited objection regarding extension of June 1, 2022 deadline (.4); electronically file same with court (.3) | 0.70 | 250.00 | 175.00 |
| 06/02/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.10 | 810.00 | 81.00 |
| 06/07/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.10 | 810.00 | 81.00 |
| 06/08/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.20 | 810.00 | 162.00 |
| 06/10/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.20 | 810.00 | 162.00 |

The Commonwealth of Puerto Rico                                                    Page 6
96395-00006
Invoice No. 2324445

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/14/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.10 | 810.00 | 81.00 |
| 06/15/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.20 | 810.00 | 162.00 |
| 06/20/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.10 | 810.00 | 81.00 |
| 06/21/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.10 | 810.00 | 81.00 |
| 06/23/2022 | AB21 | Correspond with L. Despins regarding mediation update and extension of termination date (0.3); analyze issues regarding same (0.3); begin drafting response (2.6); correspond with L. Despins regarding same (0.3); correspond with D. Barron regarding same (0.1) | 3.60 | 1,475.00 | 5,310.00 |
| 06/23/2022 | LAD4 | Analyze mediation extension issues (1.30); emails to/from A. Bongartz re: same (.30) | 1.60 | 1,700.00 | 2,720.00 |
| 06/23/2022 | NAB | Review Oversight Board filings related to request for extension of mediation period | 0.40 | 1,475.00 | 590.00 |
| 06/24/2022 | AB21 | Prepare draft limited objection to mediation extension requests (7.5); calls with L. Despins regarding same (0.3); correspond with L. Despins regarding same (0.1); call with L. Despins and N. Bassett regarding same (0.2); call with N. Bassett regarding same (0.1); call with S. Martinez (Zolfo) regarding same (0.4); call with D. Barron regarding related research (0.2) | 8.80 | 1,475.00 | 12,980.00 |
| 06/24/2022 | DEB4 | Analyze orders and pleadings related to adjournment of rule 9019 motion ( 8); call with A. Bongartz regarding same (.2) | 1.00 | 1,195.00 | 1,195.00 |
| 06/24/2022 | ECS1 | Prepare email to LEI team regarding recent PREPA updates. | 0.20 | 810.00 | 162.00 |
| 06/24/2022 | LAD4 | Continue reviewing extension issues (1.10); review board statement (.30); t/c J. Goldberg (Utier) re: same (.30); t/c (3) A. Bongartz re: same (.30); t/c A. Bongartz & N. Bassett re: same (.20) | 2.20 | 1,700.00 | 3,740.00 |

The Commonwealth of Puerto Rico
96395-00006
Invoice No. 2324445

Page 7

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/24/2022 | NAB | Correspond with A. Bongartz regarding response to Oversight Board request to extend mediation period (.3); begin reviewing draft response (.2); telephone conference with A. Bongartz and L. Despins regarding same (.2); telephone conference with A. Bongartz regarding same (.1); review prior court orders and related documents in connection with same (.4) | 1.20 | 1,475.00 | 1,770.00 |
| 06/24/2022 | SM29 | Review mediation and plan deadline extension motions from mediation team and Oversight Board (.4); review limited objection to same (.3) | 0.70 | 1,200.00 | 840.00 |
| 06/25/2022 | AB21 | Revise draft limited objection to extension requests (1.7); call with L. Despins regarding same (0.1); correspond with L. Despins and N. Bassett regarding same (0.2); call with Z. Zwillinger regarding same (0.2); correspond with D. Barron regarding same (0.1); correspond with Committee regarding same (0.1); correspond with R. Emmanuelli and J. Colberg (Emmanuelli) regarding same (0.1) | 2.50 | 1,475.00 | 3,687.50 |
| 06/25/2022 | DEB4 | Follow up correspondence with A. Bongartz regarding rule 9019 motion adjournments | 0.50 | 1,195.00 | 597.50 |
| 06/25/2022 | LAD4 | Review/edit objection to extension (1.80); emails to/from A. Bongartz re: same (.30); t/c A. Bongartz re: same (.10) | 2.20 | 1,700.00 | 3,740.00 |
| 06/25/2022 | NAB | Review and revise draft objection to mediation period extension request (.9); correspond with A. Bongartz and L. Despins regarding same (.2) | 1.10 | 1,475.00 | 1,622.50 |
| 06/26/2022 | AB21 | Finalize limited objection to extension requests (0.7); correspond with L. Despins and N. Bassett regarding same (0.2); call with L. Despins regarding same (0.1); correspond with W. Wu regarding same (0.1) | 1.10 | 1,475.00 | 1,622.50 |

The Commonwealth of Puerto Rico                                                    Page 8
96395-00006
Invoice No. 2324445

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/26/2022 | LAD4 | T/c A. Bongartz re: objection (.10); emails to/from same re: same (.20) | 0.30 | 1,700.00 | 510.00 |
| 06/26/2022 | NAB | Revise draft objection to mediation extension request (.4); correspond with A. Bongartz regarding same (.3) | 0.70 | 1,475.00 | 1,032.50 |
| 06/26/2022 | WW6 | Prepare limited omnibus objection to Oversight Board's request to extend mediation termination date for filing (.2); correspond with A. Bongartz regarding same (.2); electronically file same with court (.4); electronically serve same (.4) | 1.20 | 250.00 | 300.00 |
| 06/27/2022 | AB21 | Analyze replies filed in support of extension requests (0.7); correspond with L. Despins and N. Bassett regarding same (0.2); call with L. Despins regarding same (0.3); call with S. Maza regarding same (0.1); call with L. Despins and S. Maza regarding same (0.2) | 1.50 | 1,475.00 | 2,212.50 |
| 06/27/2022 | LAD4 | Review FOMB response (.30); review bondholders' response (.30); t/c A. Bongartz re: same (.30) | 0.90 | 1,700.00 | 1,530.00 |
| 06/27/2022 | NAB | Review replies in support of motion for extension of stay (.3); correspond with A. Bongartz regarding same (.2) | 0.50 | 1,475.00 | 737.50 |
| 06/27/2022 | SM29 | Review response to limited objection to request to extend plan and mediation deadlines by Oversight Board and PREPA bondholders (.4); call with A. Bongartz re same (.1); further call with A. Bongartz and L. Despins re same (.2); analyze issues in connection with same (1.3) | 2.00 | 1,200.00 | 2,400.00 |
| 06/28/2022 | ECS1 | Prepare email to LEI team regarding recent PREPA updates. | 0.20 | 810.00 | 162.00 |
| 06/28/2022 | SM29 | Review cash flow update report | 0.50 | 1,200.00 | 600.00 |
| 06/28/2022 | WW6 | Prepare certificate of service for limited omnibus objection to mediation extension date and path forward deadline (.4); electronically file same with court (.2) | 0.60 | 250.00 | 150.00 |

The Commonwealth of Puerto Rico                                                      Page 9
96395-00006
Invoice No. 2324445

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/29/2022 | AB21 | Review order granting extension request (0.1); correspond with Committee regarding same (0.1); call with S. Maza regarding same (0.2) | 0.40 | 1,475.00 | 590.00 |
| 06/29/2022 | NAB | Review decision on PREPA mediation extension request and correspond with A. Bongartz and L. Despins regarding same (.2) | 0.20 | 1,475.00 | 295.00 |
| 06/29/2022 | SM29 | Call with A. Bongartz re order granting mediation extension (.2) | 0.20 | 1,200.00 | 240.00 |
| 06/30/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.20 | 810.00 | 162.00 |
| | | **Subtotal: B420  Restructurings** | **38.30** | | **52,564.50** |

| | | | | | |
|--|--|--|--|--|--|
| **Total** | | | **69.80** | | **91,687.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 12.10 | 1,700.00 | 20,570.00 |
| NAB | Nicholas A. Bassett | Partner | 6.20 | 1,475.00 | 9,145.00 |
| AB21 | Alex Bongartz | Of Counsel | 27.30 | 1,475.00 | 40,267.50 |
| SM29 | Shlomo Maza | Associate | 7.30 | 1,200.00 | 8,760.00 |
| ZSZ | Zachary S. Zwillinger | Associate | 0.20 | 1,200.00 | 240.00 |
| DEB4 | Douglass E. Barron | Associate | 1.50 | 1,195.00 | 1,792.50 |
| ECS1 | Ezra C. Sutton | Associate | 12.70 | 810.00 | 10,287.00 |
| WW6 | Winnie Wu | Paralegal | 2.50 | 250.00 | 625.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 06/01/2022 | Articles and Publications - New York Law Institute, Invoice# 19175 Dated 06/01/22, NYLI usage May 2022 - 69 Am.Jur.2d Secured Transactions § 478 (1973). Requested by S. Maza. | | | 45.00 |

The Commonwealth of Puerto Rico                                        Page 10
96395-00006
Invoice No. 2324445

| | | |
|---|---|---|
| 06/01/2022 | Lexis/On Line Search | 32.30 |
| 06/01/2022 | Westlaw | 44.24 |
| 06/08/2022 | Westlaw | 22.12 |
| 06/28/2022 | Computer Search (Other) | 0.36 |
| 06/30/2022 | Westlaw | 160.80 |
| **Total Costs incurred and advanced** | | **$304.82** |
| | **Current Fees and Costs** | **$91,991.82** |
| | **Total Balance Due - Due Upon Receipt** | **$91,991.82** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324446

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

## HTA
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2022 | $36,917.00 |
| Costs incurred and advanced | 37.62 |
| **Current Fees and Costs Due** | **$36,954.62** |
| **Total Balance Due - Due Upon Receipt** | **$36,954.62** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324446

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**HTA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2022 | $36,917.00 |
| Costs incurred and advanced | 37.62 |
| **Current Fees and Costs Due** | **$36,954.62** |
| **Total Balance Due - Due Upon Receipt** | **$36,954.62** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324446

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2022

**HTA**                                                                                     **$36,917.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 06/28/2022 | AB21 | Correspond with D. Barron regarding outreach to creditors regarding HTA disclosure statement (0.2); call with S. Martinez (Zolfo) regarding related contact information (0.1) | 0.30 | 1,475.00 | 442.50 |
| 06/30/2022 | AB21 | Correspond with D. Barron regarding outreach efforts to HTA general unsecured creditors regarding HTA plan of adjustment | 0.20 | 1,475.00 | 295.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **0.50** | | **737.50** |

The Commonwealth of Puerto Rico                                            Page 2
96395-00007
Invoice No. 2324446

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 06/03/2022 | WW6 | Draft informative motion regarding June 17, 2022 HTA disclosure statement hearing (.8); correspond with A. Bongartz regarding same (.1) | 0.90 | 250.00 | 225.00 |
| 06/08/2022 | WW6 | Correspond with A. Bongartz regarding informative motion for June 17, 2022 hearing | 0.20 | 250.00 | 50.00 |
| 06/09/2022 | AB21 | Correspond with W. Wu regarding informative motion for June 17 hearing | 0.10 | 1,475.00 | 147.50 |
| 06/09/2022 | WW6 | Prepare informative motion regarding June 17, 2022 hearing for filing (.3); correspond with A. Bongartz regarding same (.2); electronically file same with court (.4); electronically serve same (.4) | 1.30 | 250.00 | 325.00 |
| 06/13/2022 | WW6 | Prepare certificate of service for informative motion regarding June 17, 2022 disclosure statement hearing (.4); electronically file same with court (.3) | 0.70 | 250.00 | 175.00 |
| 06/15/2022 | WW6 | Correspond with L. Despins and A. Bongartz regarding June 15, 2022 hearing | 0.20 | 250.00 | 50.00 |
| 06/17/2022 | AB21 | Review submissions and notes to prepare for hearing on HTA disclosure statement (1.1); correspond with L. Despins regarding same (0.1); conference with L. Despins preparing for hearing (0.3); attend disclosure statement hearing (1.7) | 3.20 | 1,475.00 | 4,720.00 |
| 06/17/2022 | LAD4 | Review submissions, notes to prepare for HTA DS hearing (.40); t/c A. Bongartz re: same (.30); handle same (1.70) | 2.40 | 1,700.00 | 4,080.00 |
| 06/17/2022 | SM29 | Review certain plan submissions and notes to prepare for hearing (.3); telephonically attend court hearing (1.7) | 2.00 | 1,200.00 | 2,400.00 |
| 06/17/2022 | WW6 | Correspond with S. Maza regarding June 17, 2022 hearing | 0.10 | 250.00 | 25.00 |
| | | **Subtotal: B155 Court Hearings** | **11.10** | | **12,197.50** |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00007
Invoice No. 2324446

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B185** | **Assumption/Rejection of Leases and Contracts** | | | | |
| 06/01/2022 | AB21 | Call with L. Despins and C. Concepcion (counsel to Grupo de Desarrollo) regarding rejection of executory contracts (0.4); analyze case law regarding same (0.4); correspond with L. Despins regarding same (0.1); correspond with C. Concepcion regarding same (0.1); correspond with S. Maza regarding same (0.1) | 1.10 | 1,475.00 | 1,622.50 |
| 06/01/2022 | LAD4 | Review case law re: rejection of judgement (2.10); t/c A. Bongartz & C. Concepcion (counsel to Grupo de Desarrollo) re: same (.40) | 2.50 | 1,700.00 | 4,250.00 |
| 06/01/2022 | SM29 | Reply to email from A. Bongartz re executory contract issues (.1); analyze same and related authority (2.5) | 2.60 | 1,200.00 | 3,120.00 |
| 06/02/2022 | AB21 | Call with S. Maza regarding analysis of executory contract rejection issues (0.4); correspond with S. Maza regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 06/02/2022 | ECS1 | Analyze case law regarding executory contracts, bankruptcy claims, and rejection damages | 2.20 | 810.00 | 1,782.00 |
| 06/02/2022 | SM29 | Correspond with E. Sutton re rejection damages claims (.2); review email from E. Sutton re same (.4); call with A. Bongartz re same and executory contract analysis (.4); further analyze same (1.0); prepare email to L. Despins re same (.6) | 2.60 | 1,200.00 | 3,120.00 |
| 06/03/2022 | AB21 | Correspond with L. Despins regarding executory contract analysis | 0.10 | 1,475.00 | 147.50 |
| 06/06/2022 | AB21 | Call with C. Concepcion (counsel to Grupo de Desarrollo) regarding executory contracts (0.4); correspond with C. Concepcion regarding same (0.2) | 0.60 | 1,475.00 | 885.00 |

The Commonwealth of Puerto Rico                                                        Page 4
96395-00007
Invoice No. 2324446

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/06/2022 | WW6 | Research regarding specific performance cases for A. Bongartz | 0.60 | 250.00 | 150.00 |
| | | **Subtotal: B185 Assumption/Rejection of Leases and Contracts** | **12.80** | | **15,814.50** |

**B320     Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/06/2022 | AB21 | Calls with S. Martinez (Zolfo) regarding best interest test report | 0.50 | 1,475.00 | 737.50 |
| 06/07/2022 | AB21 | Review amended HTA plan, disclosure statement, and proposed DS order (0.7); correspond with L. Despins regarding same (0.1); prepare draft reservation of rights (0.5) | 1.30 | 1,475.00 | 1,917.50 |
| 06/08/2022 | AB21 | Revise reservation of rights regarding HTA disclosure statement (0.2); call with L. Despins regarding same (0.1); call and correspond with W. Wu regarding filing of same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 06/08/2022 | LAD4 | Review sections of new HTA documents (.40); t/c A. Bongartz re: same (.10) | 0.50 | 1,700.00 | 850.00 |
| 06/08/2022 | LAD4 | Review/edit reservation of rights | 0.40 | 1,700.00 | 680.00 |
| 06/08/2022 | WW6 | Prepare reservation of rights regarding HTA disclosure statement hearing (.2); call and correspond with A. Bongartz regarding same (.1); electronically file same with court (.4); electronically serve same (.4) | 1.10 | 250.00 | 275.00 |
| 06/09/2022 | SM29 | Review disclosure statement responses (.6); correspond with A. Bongartz re same (.1) | 0.70 | 1,200.00 | 840.00 |
| 06/13/2022 | AB21 | Review FOMB reply in support of HTA disclosure statement | 0.10 | 1,475.00 | 147.50 |
| 06/13/2022 | WW6 | Prepare certificate of service for reservation of rights regarding disclosure statement (.4); electronically file same with court (.3) | 0.70 | 250.00 | 175.00 |
| 06/14/2022 | AB21 | Correspond with L. Despins regarding order on HTA confirmation procedures | 0.20 | 1,475.00 | 295.00 |
| 06/15/2022 | SM29 | Review SUT report | 0.40 | 1,200.00 | 480.00 |

The Commonwealth of Puerto Rico                                    Page 5
96395-00007
Invoice No. 2324446

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/17/2022 | AB21 | Review amended HTA plan, disclosure statement, proposed DS order, and proposed confirmation procedures order | 0.60 | 1,475.00 | 885.00 |
| 06/26/2022 | AB21 | Correspond with J. Sazant (Proskauer) regarding creditors' committee letter to HTA general unsecured creditors | 0.10 | 1,475.00 | 147.50 |
| 06/29/2022 | AB21 | Correspond with S. Ma (Proskauer) regarding draft proposed HTA confirmation order | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **7.10** | | **8,167.50** |

| | | | | |
|--|--|--|--|--|
| **Total** | | | **31.50** | **36,917.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.80 | 1,700.00 | 9,860.00 |
| AB21 | Alex Bongartz | Of Counsel | 9.40 | 1,475.00 | 13,865.00 |
| SM29 | Shlomo Maza | Associate | 8.30 | 1,200.00 | 9,960.00 |
| ECS1 | Ezra C. Sutton | Associate | 2.20 | 810.00 | 1,782.00 |
| WW6 | Winnie Wu | Paralegal | 5.80 | 250.00 | 1,450.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 06/02/2022 | Lexis/On Line Search | | | 15.50 |
| 06/02/2022 | Westlaw | | | 22.12 |
| **Total Costs incurred and advanced** | | | | **$37.62** |

| | |
|--|--|
| **Current Fees and Costs** | **$36,954.62** |
| **Total Balance Due - Due Upon Receipt** | **$36,954.62** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324447

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending June 30, 2022

$104,304.00

| | |
|---|---|
| **Current Fees and Costs Due** | **$104,304.00** |
| **Total Balance Due - Due Upon Receipt** | **$104,304.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324447

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending June 30, 2022 $104,304.00

**Current Fees and Costs Due** **$104,304.00**

**Total Balance Due - Due Upon Receipt** **$104,304.00**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324447

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2022

**Mediation**                                                                  **$104,304.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B420** | **Restructurings** | | | | |
| 06/01/2022 | AB21 | Call with L. Despins and R. Freedman regarding ▉ (0.2); call with J. Casillas (CST) regarding follow-up research (0.2); analyze ▉ (1.6) | 2.00 | 1,475.00 | 2,950.00 |
| 06/01/2022 | ECS1 | Analyze ▉ (2.4); correspond with S. Maza about same (.2). | 2.60 | 810.00 | 2,106.00 |
| 06/01/2022 | LAD4 | T/c R. Freedman & A. Bongartz re: ▉ (.20); review same issue (2.30); t/c R. Mason (Fuel Line lenders) re: update (.30); review/edit ▉ (1.20); t/c A. Bongartz re: same (.10) | 4.10 | 1,700.00 | 6,970.00 |
| 06/01/2022 | RF11 | Telephone conference with L. Despins and A. Bongartz regarding ▉ (.2); review issue regarding same (.1) | 0.30 | 1,745.00 | 523.50 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2324447

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/2022 | SM29 | Review email from E. Sutton re ▮▮▮ (.5); reply to same (.1); reply to email from L. Despins re same (.2); further email with L. Despins re same (.4) | 1.20 | 1,200.00 | 1,440.00 |
| 06/02/2022 | AB21 | Review and revise ▮▮▮ (1.1); calls with G. Roumy (LEI) regarding same (0.7); correspond with J. Frayer (LEI) and G. Roumy regarding same (0.1); correspond with L. Despins regarding same (0.1); calls with L. Despins regarding same (0.2); correspond with P. Possinger (Proskauer), M. DiConza (O'Melveny) and L. Despins regarding same (0.2) | 2.40 | 1,475.00 | 3,540.00 |
| 06/02/2022 | AB21 | Update ▮▮▮ | 1.20 | 1,475.00 | 1,770.00 |
| 06/02/2022 | ECS1 | Analyze ▮▮▮ | 0.90 | 810.00 | 729.00 |
| 06/02/2022 | LAD4 | Review/edit ▮▮▮ (1.30); t/c A. Bongartz re: same (.20); review ▮▮▮ (2.30) | 3.80 | 1,700.00 | 6,460.00 |
| 06/03/2022 | AB21 | Update ▮▮▮ (0.9); correspond with L. Despins regarding same (0.1); correspond with J. Casillas (CST) regarding ▮▮▮ (0.1) | 1.10 | 1,475.00 | 1,622.50 |
| 06/03/2022 | AB21 | Correspond with W. Derrough (Moelis) and Moelis team regarding ▮▮▮ (0.1); telephone conference with L. Despins, J. Frayer (LEI), and W. Derrough regarding same (1.1); follow-up correspondence with J. Frayer regarding same (0.1); call with S. Martinez (Zolfo) regarding same (0.2) | 1.50 | 1,475.00 | 2,212.50 |
| 06/03/2022 | LAD4 | Review ▮▮▮ (.50); handle call between LEI (J. Frayer) and Moelis team (W. Derrough) with A. Bongartz re: ▮▮▮ (1.10); continue analysis of ▮▮▮ (.90) | 2.50 | 1,700.00 | 4,250.00 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2324447

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/06/2022 | AB21 | Revise ███████ (0.8); correspond with R. Freedman regarding ███████ (0.2); review issues to prepare for call with J. Casillas (CST) regarding ███████ (0.4); call with J. Casillas regarding same (0.9) | 2.30 | 1,475.00 | 3,392.50 |
| 06/07/2022 | LAD4 | T/c M. Bienenstock (Proskauer) re: update (.20) | 0.20 | 1,700.00 | 340.00 |
| 06/08/2022 | ECS1 | Call with S. Maza regarding ███████ (.1); analyze ███████ (2.4) | 2.50 | 810.00 | 2,025.00 |
| 06/08/2022 | SM29 | Email A. Bongartz re ███████ | 0.40 | 1,200.00 | 480.00 |
| 06/08/2022 | SM29 | Conference with E. Sutton re ███████ (.1); review same (.3); correspond E. Sutton re same (.1) | 0.50 | 1,200.00 | 600.00 |
| 06/09/2022 | AB21 | Correspond with J. Frayer (LEI) regarding ███████ | 0.10 | 1,475.00 | 147.50 |
| 06/10/2022 | AB21 | Correspond with R. Freedman regarding ███████ | 0.10 | 1,475.00 | 147.50 |
| 06/13/2022 | AB21 | Update list of open issues related to ███████ (0.1); call with S. Martinez (Zolfo) regarding ███████ (0.1) | 0.20 | 1,475.00 | 295.00 |
| 06/13/2022 | LAD4 | Review ███████ | 1.90 | 1,700.00 | 3,230.00 |
| 06/14/2022 | AB21 | Call with L. Despins regarding ███████ (0.1); review same (0.3); correspond with G. Roumy (LEI) regarding same (0.1); call with G. Roumy regarding same (0.2) | 0.70 | 1,475.00 | 1,032.50 |
| 06/14/2022 | LAD4 | Review/edit ███████ (1.20); t/c A. Bongartz re: same (.10) | 1.30 | 1,700.00 | 2,210.00 |
| 06/15/2022 | AB21 | Review CST memo on ███████ | 0.50 | 1,475.00 | 737.50 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2324447

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/15/2022 | AB21 | Call with J. Frayer (LEI) and L. Despins regarding ██████ (0.9); review ████████ (0.2); call with G. Roumy (LEI) regarding same (0.1) | 1.20 | 1,475.00 | 1,770.00 |
| 06/15/2022 | LAD4 | T/c A. Bongartz & J. Frayer (LEI) re: ████ (.90) | 0.90 | 1,700.00 | 1,530.00 |
| 06/15/2022 | SM29 | Review notice re ████████ | 0.30 | 1,200.00 | 360.00 |
| 06/16/2022 | AB21 | Call with J. Nieves (CST Law) regarding ████████ | 0.50 | 1,475.00 | 737.50 |
| 06/17/2022 | AB21 | Analyze authority regarding ████ (0.6); calls with L. Despins regarding same (0.2); call with S. Maza regarding same (0.2) | 1.00 | 1,475.00 | 1,475.00 |
| 06/17/2022 | AB21 | Call with S. Martinez (Zolfo) regarding ████ | 0.20 | 1,475.00 | 295.00 |
| 06/17/2022 | LAD4 | T/c (2) A. Bongartz re: ████ (.2); review issues re: same (1.40) | 1.60 | 1,700.00 | 2,720.00 |
| 06/17/2022 | SM29 | Calls with A. Bongartz re ████████ | 0.20 | 1,200.00 | 240.00 |
| 06/20/2022 | LAD4 | Review/edit ████████ | 1.20 | 1,700.00 | 2,040.00 |
| 06/21/2022 | AB21 | Review ████ (0.2); correspond with L. Despins regarding same (0.1); calls and correspond with G. Roumy regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 06/22/2022 | AB21 | Review ████ (0.3); call with J. Nieves (CST) regarding same (0.2) | 0.50 | 1,475.00 | 737.50 |
| 06/22/2022 | AB21 | Correspond with L. Despins regarding ████ (0.1); analyze issues related to ████ (0.3) | 0.40 | 1,475.00 | 590.00 |
| 06/22/2022 | LAD4 | T/c E. Barak (Proskauer) re: ████ (.20); review, comment on same (1.10) | 1.30 | 1,700.00 | 2,210.00 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2324447

Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/23/2022 | LAD4 | T/c D. Mack (Drivetrain) re: ███ (.30); review ███ (.50) | 0.80 | 1,700.00 | 1,360.00 |
| 06/24/2022 | WW6 | Correspond with S. Maza regarding ███ (.2); review same (.2) | 0.40 | 250.00 | 100.00 |
| 06/27/2022 | AB21 | Correspond with J. Frayer (LEI) and G. Roumy (LEI) regarding ███ (0.1); call with S. Martinez (Zolfo) regarding ███ (0.3) | 0.40 | 1,475.00 | 590.00 |
| 06/27/2022 | AB21 | Continue analysis of ███ (0.3); correspond with L. Despins regarding same (0.4); correspond with R. Freedman regarding same (0.2) | 0.90 | 1,475.00 | 1,327.50 |
| 06/27/2022 | LAD4 | T/c S. Maza & A. Bongartz re: ███ (.20); emails to/from A. Bongartz re: ███ (.40); review, comment on ███ (1.40) | 2.00 | 1,700.00 | 3,400.00 |
| 06/28/2022 | AB21 | Call with L. Despins regarding ███ (0.1); analyze ███ (0.3); correspond with L. Despins regarding same (0.2); call with S. Martinez (Zolfo) regarding ███ (0.1); call with S. Maza regarding same (0.3); correspond with L. Despins regarding same (0.1); review ███ (0.1) | 1.20 | 1,475.00 | 1,770.00 |
| 06/28/2022 | LAD4 | Email to/from F. Dellorfano re: ███ (.30); review ███ (1.80); review ███ issues (2.90); t/c A. Bongartz re: same (.10); t/c D. Mack (Drivetrain) re: same (.30); t/c E. Barak (Proskauer) re: ███ (.30); t/c W. Derrough (Moelis) re: same (.20) | 5.90 | 1,700.00 | 10,030.00 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2324447

Page 6

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/28/2022 | SM29 | Call with A. Bongartz re ███████ ██ (.3); outline same (.8) | 1.10 | 1,200.00 | 1,320.00 |
| 06/29/2022 | AB21 | Correspond with E. Barak (Proskauer) and L. Despins regarding ██████ | 0.10 | 1,475.00 | 147.50 |
| 06/29/2022 | AB21 | Call with L. Despins regarding ██████ ██ (0.1); analyze issues regarding same (0.4); call with S. Maza regarding same (0.5) | 1.00 | 1,475.00 | 1,475.00 |
| 06/29/2022 | LAD4 | T/c A. Bongartz re: ████ (.10); review issues re: same (1.10) | 1.20 | 1,700.00 | 2,040.00 |
| 06/29/2022 | SM29 | Call with A. Bongartz re ██████ | 0.50 | 1,200.00 | 600.00 |
| 06/30/2022 | AB21 | Calls with S. Maza regarding ██████ (0.3); correspond with S. Maza regarding same (0.1); analyze ██████ (2.6) | 3.00 | 1,475.00 | 4,425.00 |
| 06/30/2022 | AB21 | Call with L. Despins regarding ██████ (0.1); review same (0.3); correspond with L. Despins regarding same (0.1); call with S. Martinez (Zolfo) regarding same (0.1); correspond with S. Martinez, J. Frayer (LEI) and G. Roumy (LEI) regarding same (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| 06/30/2022 | KC27 | Call with S. Maza regarding ██████ (.4); analyze case law regarding ████ (2.5) | 2.90 | 745.00 | 2,160.50 |
| 06/30/2022 | LAD4 | Review ██████ (1.10); t/c A. Bongartz re: same (.10); review ████ (1.40) | 2.60 | 1,700.00 | 4,420.00 |
| 06/30/2022 | SM29 | Calls with A. Bongartz re ██████ (.3); call with K. Catalano re same (.4); analyze ████ (2.3) | 3.00 | 1,200.00 | 3,600.00 |
| | | **Subtotal: B420 Restructurings** | **71.70** | | **104,304.00** |
| | | **Total** | **71.70** | | **104,304.00** |

The Commonwealth of Puerto Rico                                                     Page 7
96395-00010
Invoice No. 2324447

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|------------------|------------|-------|----------|-----------|
| RF11 | Rob Freedman | Partner | 0.30 | 1,745.00 | 523.50 |
| LAD4 | Luc A. Despins | Partner | 31.30 | 1,700.00 | 53,210.00 |
| AB21 | Alex Bongartz | Of Counsel | 23.60 | 1,475.00 | 34,810.00 |
| SM29 | Shlomo Maza | Associate | 7.20 | 1,200.00 | 8,640.00 |
| ECS1 | Ezra C. Sutton | Associate | 6.00 | 810.00 | 4,860.00 |
| KC27 | Kristin Catalano | Associate | 2.90 | 745.00 | 2,160.50 |
| WW6 | Winnie Wu | Paralegal | 0.40 | 250.00 | 100.00 |

| **Current Fees and Costs** | **$104,304.00** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$104,304.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324448

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending June 30, 2022

|  |  |
|---|---|
| Legal fees for professional services for the period ending June 30, 2022 | $1,701.00 |
| **Current Fees and Costs Due** | **$1,701.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,701.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324448

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Creditors' Committee Meetings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00012
Luc A. Despins

Legal fees for professional services
for the period ending June 30, 2022

$1,701.00

| | |
|---|---|
| **Current Fees and Costs Due** | **$1,701.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,701.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>:
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 10, 2022

Please Refer to
Invoice Number: 2324448

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2022

**Creditors' Committee Meetings**                                        **$1,701.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 06/02/2022 | ECS1 | Prepare minutes of UCC meeting. | 1.70 | 810.00 | 1,377.00 |
| 06/07/2022 | ECS1 | Prepare minutes of UCC meeting. | 0.40 | 810.00 | 324.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **2.10** | | **1,701.00** |
| | **Total** | | **2.10** | | **1,701.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|-----|-----------------|-------|-------|------|-----|
| ECS1 | Ezra C. Sutton | Associate | 2.10 | 810.00 | 1,701.00 |

The Commonwealth of Puerto Rico                                    Page 2
96395-00012
Invoice No. 2324448

| | |
|---|---|
| **Current Fees and Costs** | **$1,701.00** |
| **Total Balance Due - Due Upon Receipt** | **$1,701.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326834

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $62,982.50 |
| Costs incurred and advanced | 637.98 |
| **Current Fees and Costs Due** | **$63,620.48** |
| **Total Balance Due - Due Upon Receipt** | **$63,620.48** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326834

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $62,982.50 |
| Costs incurred and advanced | 637.98 |
| **Current Fees and Costs Due** | **$63,620.48** |
| **Total Balance Due - Due Upon Receipt** | **$63,620.48** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326834

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2022

## Official Comm. of Unsecured Creditors of Commonwealth of PR    $62,982.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 07/05/2022 | AB21 | Update list of open issues for Committee | 0.30 | 1,475.00 | 442.50 |
| 07/05/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 07/06/2022 | AB21 | Calls with S. Martinez (Zolfo) regarding bond closing documentation (0.2); call with N. Bassett regarding same (0.1); correspond with J. Bliss regarding same (0.1); correspond with W. Farmer regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 07/06/2022 | NAB | Telephone conference with A. Bongartz regarding bond closing | 0.10 | 1,475.00 | 147.50 |
| 07/07/2022 | WW6 | Update case calendar | 0.60 | 250.00 | 150.00 |
| 07/07/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |

The Commonwealth of Puerto Rico Page 2
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/12/2022 | AB21 | Call with D. Mack (Drivetrain) regarding inquiry related to CW/COFINA litigation (0.1); correspond with D. Mack regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 07/12/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 07/14/2022 | AB21 | Update list of open issues for Committee | 0.20 | 1,475.00 | 295.00 |
| 07/19/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 07/22/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 07/26/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 07/28/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| | | **Subtotal: B110  Case Administration** | **3.30** | | **2,417.50** |

**B112    General Creditor Inquiries**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/2022 | AB21 | Call with D. Kane (Kelley Drye) regarding inquiry related to claims transfer process | 0.20 | 1,475.00 | 295.00 |
| | | **Subtotal: B112  General Creditor Inquiries** | **0.20** | | **295.00** |

**B113    Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/05/2022 | AB21 | Review Title III docket update and recent filings | 1.00 | 1,475.00 | 1,475.00 |

The Commonwealth of Puerto Rico                                                Page 3
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/05/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/06/2022 | WW6 | Review and respond regarding return mail regarding recently filed pleadings | 0.90 | 250.00 | 225.00 |
| 07/06/2022 | WW6 | Correspond with A. Bongartz, S. Maza, and N. Bassett regarding recently filed pleadings in adversary proceedings and appellate cases | 0.90 | 250.00 | 225.00 |
| 07/06/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/07/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/08/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/11/2022 | AB21 | Review Title III docket and recent filings | 0.10 | 1,475.00 | 147.50 |
| 07/11/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/12/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 07/12/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/13/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 07/13/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/14/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/15/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico                                      Page 4
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/15/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/18/2022 | AB21 | Review Title III docket and recent filings | 0.10 | 1,475.00 | 147.50 |
| 07/18/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/19/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/20/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/21/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/22/2022 | AB21 | Review Title III docket and filings | 0.20 | 1,475.00 | 295.00 |
| 07/22/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/25/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/26/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 07/26/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/27/2022 | AB21 | Review Title III docket update and filings | 0.10 | 1,475.00 | 147.50 |
| 07/27/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/28/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 07/28/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |

The Commonwealth of Puerto Rico                                             Page 5
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/29/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| | | **Subtotal: B113 Pleadings Review** | **10.30** | | **5,270.00** |

**B150     Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/2022 | AB21 | Revise Committee update email (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 07/01/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email | 1.60 | 810.00 | 1,296.00 |
| 07/05/2022 | AB21 | Correspond with E. Sutton regarding next Committee update email regarding recent developments in Title III cases | 0.10 | 1,475.00 | 147.50 |
| 07/05/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email | 2.20 | 810.00 | 1,782.00 |
| 07/06/2022 | AB21 | Calls with E. Sutton regarding next Committee update email regarding recent developments in Title III cases (0.1); revise same (0.2); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 07/06/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email (1.7); calls with A. Bongartz about same (.1) | 1.80 | 810.00 | 1,458.00 |
| 07/07/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email | 1.50 | 810.00 | 1,215.00 |
| 07/08/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email | 0.50 | 810.00 | 405.00 |
| 07/12/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.3); call with E. Sutton regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 07/12/2022 | ECS1 | Prepare summaries of recent filings and case updates for the UCC update email (.9); call with A. Bongartz regarding same (.1) | 1.00 | 810.00 | 810.00 |
| 07/14/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 0.40 | 810.00 | 324.00 |

The Commonwealth of Puerto Rico                                                    Page 6
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/15/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 0.60 | 810.00 | 486.00 |
| 07/18/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 0.80 | 810.00 | 648.00 |
| 07/19/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 0.50 | 810.00 | 405.00 |
| 07/20/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |
| 07/20/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 1.80 | 810.00 | 1,458.00 |
| 07/21/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 0.60 | 810.00 | 486.00 |
| 07/22/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 1.00 | 810.00 | 810.00 |
| 07/25/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 0.90 | 810.00 | 729.00 |
| 07/26/2022 | AB21 | Revise Committee update email and agenda for Committee update call (0.7); correspond with L. Despins regarding same (0.1) | 0.80 | 1,475.00 | 1,180.00 |
| 07/26/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 1.70 | 810.00 | 1,377.00 |
| 07/27/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 0.80 | 810.00 | 648.00 |
| 07/28/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 2.30 | 810.00 | 1,863.00 |
| 07/29/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.6); correspond with E. Sutton regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.80 | 1,475.00 | 1,180.00 |
| 07/29/2022 | ECS1 | Prepare summaries of recent filings for UCC update email | 0.60 | 810.00 | 486.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **24.10** | | **21,848.50** |

The Commonwealth of Puerto Rico                                                                  Page 7
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 07/01/2022 | AB21 | Listen to Oversight Board meeting and follow-up press conference | 1.90 | 1,475.00 | 2,802.50 |
| | | **Subtotal: B155  Court Hearings** | **1.90** | | **2,802.50** |
| **B160** | **Fee/Employment Applications for Paul Hastings** | | | | |
| 07/05/2022 | AB21 | Correspond with L. Despins regarding supplemental PRRADA declaration | 0.10 | 1,475.00 | 147.50 |
| 07/07/2022 | AB21 | Correspond with L. Despins regarding PH supplemental declaration (0.1); correspond with W. Wu regarding filing of same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 07/07/2022 | WW6 | Prepare twelfth supplemental declaration of L. Despins for filing (.2); correspond with A. Bongartz regarding same (.1); electronically file same with court (.3); electronically serve same (.2) | 0.80 | 250.00 | 200.00 |
| 07/12/2022 | AB21 | Finalize no objection letter for PH May fees (0.2); correspond with B. Williamson (Fee Examiner) regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 07/13/2022 | AB21 | Revise PH fee application (3.1); correspond with L. Despins regarding same (0.2); correspond with C. Edge regarding same (0.1) | 3.40 | 1,475.00 | 5,015.00 |
| 07/15/2022 | AB21 | Finalize PH interim fee application (0.2); correspond with W. Wu regarding same (0.1); prepare email to B. Williamson (Fee Examiner) regarding same (0.3) | 0.60 | 1,475.00 | 885.00 |
| 07/15/2022 | WW6 | Prepare Paul Hastings fifteenth interim fee application for filing (.6); correspond with A. Bongartz regarding same (.2); electronically file same with court (.4); electronically serve same (.3) | 1.50 | 250.00 | 375.00 |

The Commonwealth of Puerto Rico                                                          Page 8
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/21/2022 | KAT2 | Prepare parts of supplemental declaration regarding retention as Committee counsel (2.5); review input from D. Verdon regarding same (.6) | 3.10 | 920.00 | 2,852.00 |
| 07/22/2022 | KAT2 | Prepare parts of supplemental declaration | 0.20 | 920.00 | 184.00 |
| 07/25/2022 | KAT2 | Prepare parts of interim fee application | 2.00 | 920.00 | 1,840.00 |
| 07/26/2022 | AB21 | Review PH June fee statement | 0.70 | 1,475.00 | 1,032.50 |
| 07/26/2022 | KAT2 | Prepare parts of interim fee application responsive to UST Appendix B questions (.7); correspond with C. Edge regarding same (.1); prepare parts of supplemental declaration (.4); review input from D. Verdon regarding same (.2) | 1.40 | 920.00 | 1,288.00 |
| 07/27/2022 | AB21 | Review revised PH June fee statement (0.3); correspond with C. Edge regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 07/27/2022 | KAT2 | Prepare parts of interim fee application | 0.20 | 920.00 | 184.00 |
| | | **Subtotal: B160  Fee/Employment Applications for Paul Hastings** | **14.90** | | **15,330.50** |

**B165     Fee/Employment Applications for Other Professionals**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 07/07/2022 | ECS1 | Prepare thirteenth interim fee application for Kroma (1.7); correspond with D. Barron about same (.1) | 1.80 | 810.00 | 1,458.00 |
| 07/11/2022 | ECS1 | Prepare thirteenth interim fee application for Kroma | 0.30 | 810.00 | 243.00 |
| 07/12/2022 | AB21 | Correspond with D. Barron regarding Kroma invoices (0.1); correspond with A. Roman (Kroma) regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico                                                          Page 9
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/14/2022 | AB21 | Prepare no objection letter regarding committee member expenses (0.1); correspond with P. Friedman (O'Melveny) regarding same (0.1); prepare committee member application (0.3); revise Kroma fee application (0.1); call with D. Barron regarding same (0.1); call with J. Arrastia (Continental) regarding Continental fee application (0.2); correspond with J. Casillas (CST) regarding CST fee application (0.1); review same (0.1); review revised LEI fee application (0.2); call with J. Sharkey (LEI) regarding same (0.1); correspond with L. Despins regarding same (0.1) | 1.50 | 1,475.00 | 2,212.50 |
| 07/14/2022 | WW6 | Correspond with D. Barron regarding Kroma fee application (.1); review same (.3) | 0.40 | 250.00 | 100.00 |
| 07/15/2022 | AB21 | Finalize LEI, Kroma, Committee member, and Zolfo fee applications (0.4); correspond with W. Wu regarding filing and service of same (0.3); calls with W. Wu regarding same (0.1); correspond with J. Sharkey (LEI) regarding LEI fee application (0.2); correspond with F. Rosado (MPM Law) regarding LEI fee statement (0.1) | 1.10 | 1,475.00 | 1,622.50 |
| 07/15/2022 | WW6 | Prepare Kroma thirteenth interim fee application for filing (.4); correspond with A. Bongartz regarding same (.1); electronically file same with court (.3); electronically serve same (.4) | 1.20 | 250.00 | 300.00 |
| 07/15/2022 | WW6 | Prepare Committee member expense application for filing (.4); correspond with A. Bongartz regarding same (.3); electronically file same with court (.4); electronically serve same (.4) | 1.50 | 250.00 | 375.00 |
| 07/15/2022 | WW6 | Prepare London Economics International first interim fee application for filing (.4); correspond with A. Bongartz regarding same (.1); electronically file same with court (.3); electronically serve same (.4) | 1.20 | 250.00 | 300.00 |

The Commonwealth of Puerto Rico                                                                    Page 10
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/15/2022 | WW6 | Prepare Zolfo Cooper fifteenth interim fee application for filing (.4); calls with A. Bongartz regarding same (.1); electronically file same with court (.3); electronically serve same (.4) | 1.20 | 250.00 | 300.00 |
| 07/19/2022 | WW6 | Prepare Zolfo Cooper 14th supplemental declaration for filing (.3); correspond with A. Bongartz regarding same (.1); electronically file same with court (.2); electronically serve same (.3) | 0.90 | 250.00 | 225.00 |
| 07/28/2022 | AB21 | Call and correspond with S. Martinez (Zolfo) regarding service of fee statements | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **11.40** | | **7,578.50** |

**B310    Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/21/2022 | WW6 | Correspond with M. Palmer regarding responses to claim objections (.3); review same (.3) | 0.60 | 250.00 | 150.00 |
| 07/26/2022 | WW6 | Review responses to claim objections (.4); correspond with M. Palmer regarding same (.2) | 0.60 | 250.00 | 150.00 |
| 07/27/2022 | AB21 | Review Oversight Board's motion to extend deadline to object to proofs of claim (0.1); call with S. Maza regarding limited objection to same (0.2) | 0.30 | 1,475.00 | 442.50 |
| 07/27/2022 | SM29 | Call with A. Bongartz re claim objection deadlines and objection | 0.20 | 1,200.00 | 240.00 |
| 07/28/2022 | SM29 | Review claim objection deadline motion (.2); analyze issues and related authority re same (1.5) | 1.70 | 1,200.00 | 2,040.00 |
| 07/29/2022 | AB21 | Call with S. Maza regarding limited objection to Oversight Board's motion to extend time to object to proofs of claim (0.1); review draft of same (0.1); call with S. Martinez (Zolfo) regarding related supporting data (0.1) | 0.30 | 1,475.00 | 442.50 |

The Commonwealth of Puerto Rico                                                      Page 11
96395-00002
Invoice No. 2326834

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/29/2022 | SM29 | Prepare limited objection to claim objection deadline motion (1.4); call with A. Bongartz re same (.1) | 1.50 | 1,200.00 | 1,800.00 |
| | | **Subtotal: B310 Claims Administration and Objections** | **5.20** | | **5,265.00** |

**B320    Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/07/2022 | ECS1 | Update tracking chart relating to appeals of confirmation of the Commonwealth's plan | 0.20 | 810.00 | 162.00 |
| 07/18/2022 | AB21 | Analyze First Circuit decision on non-dischargeability (0.8); correspond with L. Despins regarding same (0.2); correspond with Committee regarding same (0.1); call with E. Sutton regarding same (0.1) | 1.20 | 1,475.00 | 1,770.00 |
| 07/18/2022 | ECS1 | Update tracking chart relating to appeals of confirmation of the Commonwealth's plan (.1); call with A. Bongartz regarding First Circuit decision on non-dischargeability (.1) | 0.20 | 810.00 | 162.00 |
| 07/29/2022 | ECS1 | Review issue regarding plan and confirmation order in Commonwealth case | 0.10 | 810.00 | 81.00 |
| | | **Subtotal: B320 Plan and Disclosure Statement (including Business Plan)** | **1.70** | | **2,175.00** |

|  | | | | | |
|------|----------|-------------|-------|------|--------|
| **Total** | | | **73.00** | | **62,982.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| NAB | Nicholas A. Bassett | Partner | 0.10 | 1,475.00 | 147.50 |
| AB21 | Alex Bongartz | Of Counsel | 19.40 | 1,475.00 | 28,615.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 6.90 | 920.00 | 6,348.00 |
| SM29 | Shlomo Maza | Associate | 3.40 | 1,200.00 | 4,080.00 |
| ECS1 | Ezra C. Sutton | Associate | 23.20 | 810.00 | 18,792.00 |
| WW6 | Winnie Wu | Paralegal | 20.00 | 250.00 | 5,000.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2326834

Page 12

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 07/15/2022 | Photocopy Charges | 528.00 | 0.08 | 42.24 |
| 07/15/2022 | Photocopy Charges | 1,005.00 | 0.08 | 80.40 |
| 07/01/2022 | Computer Search (Other) | | | 1.08 |
| 07/04/2022 | Computer Search (Other) | | | 1.08 |
| 07/05/2022 | Computer Search (Other) | | | 1.08 |
| 07/06/2022 | Computer Search (Other) | | | 1.08 |
| 07/07/2022 | Computer Search (Other) | | | 1.08 |
| 07/08/2022 | Computer Search (Other) | | | 1.08 |
| 07/11/2022 | Computer Search (Other) | | | 1.08 |
| 07/12/2022 | Computer Search (Other) | | | 1.08 |
| 07/13/2022 | Computer Search (Other) | | | 1.08 |
| 07/13/2022 | Computer Search (Other) | | | 2.16 |
| 07/14/2022 | Computer Search (Other) | | | 1.08 |
| 07/14/2022 | Computer Search (Other) | | | 2.70 |
| 07/15/2022 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000A6T163302; 07/15/2022; Edificio Ochoa; Office of the United States Trustee; 500 Tanca Street; San Juan, PR 00901; 1ZA6T1630199167253 (MAN) | | | 40.81 |
| 07/15/2022 | Westlaw | | | 32.06 |
| 07/15/2022 | Computer Search (Other) | | | 1.08 |
| 07/18/2022 | Postage/Express Mail - First Class - US; | | | 112.56 |
| 07/18/2022 | Computer Search (Other) | | | 0.63 |
| 07/18/2022 | Computer Search (Other) | | | 1.08 |
| 07/19/2022 | Computer Search (Other) | | | 1.08 |
| 07/19/2022 | Computer Search (Other) | | | 2.97 |
| 07/19/2022 | Computer Search (Other) | | | 5.40 |
| 07/20/2022 | Computer Search (Other) | | | 1.08 |
| 07/21/2022 | Computer Search (Other) | | | 1.08 |

The Commonwealth of Puerto Rico                                                    Page 13
96395-00002
Invoice No. 2326834

| | | |
|---|---|---:|
| 07/22/2022 | Computer Search (Other) | 1.08 |
| 07/25/2022 | Computer Search (Other) | 1.26 |
| 07/26/2022 | Computer Search (Other) | 1.08 |
| 07/27/2022 | Computer Search (Other) | 1.08 |
| 07/27/2022 | Computer Search (Other) | 3.51 |
| 07/28/2022 | Westlaw | 209.24 |
| 07/28/2022 | Computer Search (Other) | 1.08 |
| 07/29/2022 | Westlaw | 80.44 |
| 07/29/2022 | Computer Search (Other) | 1.08 |
| **Total Costs incurred and advanced** | | **$637.98** |
| | **Current Fees and Costs** | **$63,620.48** |
| | **Total Balance Due - Due Upon Receipt** | **$63,620.48** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326835

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### PREPA
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $23,029.00 |
| Costs incurred and advanced | 1,233.47 |
| **Current Fees and Costs Due** | **$24,262.47** |
| **Total Balance Due - Due Upon Receipt** | **$24,262.47** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions:**</u>

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

<u>**Remittance Address:**</u>

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326835

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2022 | $23,029.00 |
| Costs incurred and advanced | 1,233.47 |
| **Current Fees and Costs Due** | **$24,262.47** |
| **Total Balance Due - Due Upon Receipt** | **$24,262.47** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
|   Paul Hastings LLP |
|   Lockbox 4803 |
|   PO Box 894803 |
|   Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326835

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2022

**PREPA**                                                                    **$23,029.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 07/12/2022 | AB21 | Update list of open issues for Committee | 0.10 | 1,475.00 | 147.50 |
| 07/12/2022 | AB21 | Call with S. Martinez (Zolfo) regarding update on PREPA case | 0.20 | 1,475.00 | 295.00 |
| | | **Subtotal: B110  Case Administration** | **0.30** | | **442.50** |
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 07/12/2022 | ECS1 | Prepare agenda for UCC meeting | 0.60 | 810.00 | 486.00 |
| 07/12/2022 | ECS1 | Review recent filings to prepare for Unsecured Creditors Committee meeting | 0.10 | 810.00 | 81.00 |

The Commonwealth of Puerto Rico Page 2
96395-00006
Invoice No. 2326835

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/13/2022 | AB21 | Committee update call with L. Despins, S. Martinez (Zolfo) and Committee (0.5); review annotated agenda to prepare for same (0.1); call with S. Martinez regarding PREPA update and preparation for Committee call (0.5) | 1.10 | 1,475.00 | 1,622.50 |
| 07/13/2022 | ECS1 | Review notes and issues to prepare for Unsecured Creditors Committee meeting | 0.20 | 810.00 | 162.00 |
| 07/13/2022 | ECS1 | Prepare agenda for UCC meeting | 0.30 | 810.00 | 243.00 |
| 07/13/2022 | ECS1 | Telephonically attend and take notes on the Unsecured Creditors Committee meeting | 0.50 | 810.00 | 405.00 |
| 07/13/2022 | LAD4 | Review issues, notes to prepare for committee call (.40); handle all hands committee call (.50) | 0.90 | 1,700.00 | 1,530.00 |
| 07/22/2022 | ECS1 | Prepare minutes of UCC meeting | 0.60 | 810.00 | 486.00 |
| 07/26/2022 | ECS1 | Prepare agenda for UCC meeting (.5); correspond with A. Bongartz, S. Martinez (Zolfo Cooper), L. Despins, and D. Mack (Drivetrain LLC) about same (.1) | 0.60 | 810.00 | 486.00 |
| 07/27/2022 | AB21 | Call with L. Despins and Committee regarding recent developments in PREPA case | 0.30 | 1,475.00 | 442.50 |
| 07/27/2022 | ECS1 | Prepare agenda for UCC meeting (.6); correspond with A. Bongartz, S. Martinez (Zolfo Cooper), L. Despins, and D. Mack (Drivetrain LLC) about same (.1) | 0.70 | 810.00 | 567.00 |
| 07/27/2022 | ECS1 | Telephonically attend and take notes on the Unsecured Creditors Committee meeting | 0.30 | 810.00 | 243.00 |
| 07/27/2022 | LAD4 | Review agenda, issues to prepare for committee call (.40); handle committee call (.30) | 0.70 | 1,700.00 | 1,190.00 |
| 07/27/2022 | NAB | Attend Committee conference call regarding PREPA developments (.3) | 0.30 | 1,475.00 | 442.50 |
| 07/29/2022 | ECS1 | Prepare minutes of UCC meeting | 0.20 | 810.00 | 162.00 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **7.40** | | **8,548.50** |

The Commonwealth of Puerto Rico                                              Page 3
96395-00006
Invoice No. 2326835

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B165** | **Fee/Employment Applications for Other Professionals** | | | | |
| 07/12/2022 | AB21 | Prepare LEI interim fee application (1.0); call with J. Sharkey (LEI) regarding same (0.2); correspond with J. Sharkey regarding same (0.1) | 1.30 | 1,475.00 | 1,917.50 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **1.30** | | **1,917.50** |
| **B310** | **Claims Administration and Objections** | | | | |
| 07/20/2022 | AB21 | Correspond with E. Barak (Proskauer) regarding PREPA claims analysis (0.1); call with S. Martinez (Zolfo) regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 07/20/2022 | WW6 | Prepare eighth status report regarding PREPA claim objection appeal | 0.60 | 250.00 | 150.00 |
| 07/21/2022 | AB21 | Call with E. Barak (Proskauer), M. Shankweiler (BRG), and S. Martinez (Zolfo) regarding PREPA claims analysis | 1.00 | 1,475.00 | 1,475.00 |
| 07/26/2022 | NAB | Prepare revised First Circuit status report for claim objection appeal (.4); correspond with L. Despins regarding same (.1) | 0.50 | 1,475.00 | 737.50 |
| 07/27/2022 | NAB | Finalize PREPA First Circuit status report | 0.20 | 1,475.00 | 295.00 |
| 07/27/2022 | WW6 | Prepare claim objection appeal eighth status report for filing (.3); electronically file same with court (.3) | 0.60 | 250.00 | 150.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **3.10** | | **3,102.50** |
| **B420** | **Restructurings** | | | | |
| 07/06/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates | 0.10 | 810.00 | 81.00 |
| 07/11/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates | 0.10 | 810.00 | 81.00 |

The Commonwealth of Puerto Rico                                              Page 4
96395-00006
Invoice No. 2326835

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/14/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates | 0.10 | 810.00 | 81.00 |
| 07/15/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates | 0.10 | 810.00 | 81.00 |
| 07/19/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates | 0.20 | 810.00 | 162.00 |
| 07/20/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates | 0.10 | 810.00 | 81.00 |
| 07/21/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates | 0.10 | 810.00 | 81.00 |
| 07/27/2022 | AB21 | Review mediation extension requests (0.2); correspond with L. Despins regarding same (0.1); prepare limited objection to same (0.9); correspond with L. Despins and N. Bassett regarding same (0.3) | 1.50 | 1,475.00 | 2,212.50 |
| 07/27/2022 | NAB | Review requests for extension of mediation period (.3); correspond with A. Bongartz and L. Despins regarding same (.2); review draft response for same (.2) | 0.70 | 1,475.00 | 1,032.50 |
| 07/27/2022 | SM29 | Review mediation team filing, motion to extend deadline, and limited objection | 0.60 | 1,200.00 | 720.00 |
| 07/28/2022 | AB21 | Finalize limited objection to mediation extension requests (0.4); correspond with L. Despins regarding same (0.1); call and correspond with W. Wu regarding filing of same (0.1); review UTIER objection (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| 07/28/2022 | LAD4 | Review/comment on extension issues (1.20) | 1.20 | 1,700.00 | 2,040.00 |
| 07/28/2022 | WW6 | Prepare limited objection to Oversight Board's request to extend mediation termination date for filing (.5); call and correspond with A. Bongartz regarding same (.1); electronically file same with court (.3); electronically serve same (.3) | 1.20 | 250.00 | 300.00 |

The Commonwealth of Puerto Rico                                                          Page 5
96395-00006
Invoice No. 2326835

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/29/2022 | AB21 | Review replies in support of mediation extension (0.2); correspond with L. Despins and N. Bassett regarding same (0.3); call with S. Martinez (Zolfo) regarding same (0.1); review order granting extension (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| | | **Subtotal: B420  Restructurings** | **7.40** | | **9,018.00** |
| | | **Total** | **19.50** | | **23,029.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 2.80 | 1,700.00 | 4,760.00 |
| NAB | Nicholas A. Bassett | Partner | 1.70 | 1,475.00 | 2,507.50 |
| AB21 | Alex Bongartz | Of Counsel | 7.10 | 1,475.00 | 10,472.50 |
| SM29 | Shlomo Maza | Associate | 0.60 | 1,200.00 | 720.00 |
| ECS1 | Ezra C. Sutton | Associate | 4.90 | 810.00 | 3,969.00 |
| WW6 | Winnie Wu | Paralegal | 2.40 | 250.00 | 600.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 07/01/2022 | Lexis/On Line Search | | | 76.79 |
| 07/01/2022 | Westlaw | | | 96.75 |
| 07/02/2022 | Westlaw | | | 88.31 |
| 07/03/2022 | Westlaw | | | 173.58 |
| 07/05/2022 | Lexis/On Line Search | | | 38.40 |
| 07/05/2022 | Westlaw | | | 128.25 |
| 07/14/2022 | Westlaw | | | 24.19 |
| 07/18/2022 | Westlaw | | | 128.25 |
| 07/19/2022 | Lexis/On Line Search | | | 19.20 |
| 07/19/2022 | Westlaw | | | 120.93 |

The Commonwealth of Puerto Rico                                    Page 6
96395-00006
Invoice No. 2326835

| | | |
|---|---|---|
| 07/29/2022 | Westlaw | 169.31 |
| 07/30/2022 | Lexis/On Line Search | 38.39 |
| 07/30/2022 | Westlaw | 79.87 |
| 07/30/2022 | Computer Search (Other) | 2.88 |
| 07/31/2022 | Westlaw | 48.37 |
| **Total Costs incurred and advanced** | | **$1,233.47** |
| | **Current Fees and Costs** | **$24,262.47** |
| | **Total Balance Due - Due Upon Receipt** | **$24,262.47** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326836

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### HTA
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

Legal fees for professional services
for the period ending July 31, 2022

$77,251.50

Costs incurred and advanced

362.09

**Current Fees and Costs Due**

**$77,613.59**

**Total Balance Due - Due Upon Receipt**

**$77,613.59**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                          August 24, 2022
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                               Please Refer to
c/o O'Melveny & Myers LLP                               Invoice Number: 2326836
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                           PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

## HTA
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

Legal fees for professional services
for the period ending July 31, 2022                                    $77,251.50
     Costs incurred and advanced                    362.09
     **Current Fees and Costs Due**                **$77,613.59**
     **Total Balance Due - Due Upon Receipt**     **$77,613.59**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

**Remittance Address:**

 Paul Hastings LLP
 Lockbox 4803
 PO Box 894803
 Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to* cashepn@paulhastings.com *This is a no-reply mailbox*
*Please refer all questions to* billing@paulhastings.com



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326836

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2022

**HTA**                                                                 **$77,251.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B112** | **General Creditor Inquiries** | | | | |
| 07/18/2022 | AB21 | Correspond with L. Despins regarding HTA bondholder inquiry | 0.20 | 1,475.00 | 295.00 |
| | | **Subtotal: B112 General Creditor Inquiries** | **0.20** | | **295.00** |
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 07/01/2022 | DEB4 | Correspond with J. Casillas (CST) regarding creditor website content and related translations | 0.10 | 1,195.00 | 119.50 |
| 07/05/2022 | AB21 | Review contact sheet for HTA creditor outreach | 0.30 | 1,475.00 | 442.50 |
| 07/05/2022 | DEB4 | Correspond with A. Torres (Kroma) regarding committee website updates | 0.50 | 1,195.00 | 597.50 |

The Commonwealth of Puerto Rico                                              Page 2
96395-00007
Invoice No. 2326836

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/05/2022 | ECS1 | Review certain HTA plan and Commonwealth plan related documents (.3); correspond with D. Barron about same (.1) | 0.40 | 810.00 | 324.00 |
| 07/07/2022 | DEB4 | Correspond with A. Torres (Kroma) regarding committee website updates | 1.20 | 1,195.00 | 1,434.00 |
| 07/07/2022 | ECS1 | Prepare HTA plan, disclosure statement, and solicitation documents for Committee website (1.2); correspond with D. Barron about same (.1) | 1.30 | 810.00 | 1,053.00 |
| 07/18/2022 | DEB4 | Correspond with J. Casillas (CST) and A. Bongartz regarding outreach to HTA creditors | 0.10 | 1,195.00 | 119.50 |
| 07/20/2022 | DEB4 | Correspond with J. Casillas and A. Bongartz regarding creditor outreach (0.1); correspond with A. Bongartz regarding same (0.3) | 0.40 | 1,195.00 | 478.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **4.30** | | **4,568.00** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/26/2022 | WW6 | Prepare informative motion regarding HTA confirmation hearing | 0.70 | 250.00 | 175.00 |
| 07/27/2022 | AB21 | Review informative motion for August 17 confirmation hearing (0.1); correspond with W. Wu regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 07/27/2022 | WW6 | Prepare informative motion regarding HTA confirmation hearing for filing (.3); electronically file same with court (.4); electronically serve same (.2) | 0.90 | 250.00 | 225.00 |
| | | **Subtotal: B155  Court Hearings** | **1.80** | | **695.00** |

The Commonwealth of Puerto Rico                                                Page 3
96395-00007
Invoice No. 2326836

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B165** | **Fee/Employment Applications for Other Professionals** | | | | |
| 07/14/2022 | DEB4 | Conference with A. Bongartz regarding Kroma fee application and expense reimbursements for UCC members (0.1); correspond with A. Bongartz regarding expense reimbursement (0.1); prepare draft of Kroma fee application (1.3) | 1.50 | 1,195.00 | 1,792.50 |
| 07/15/2022 | DEB4 | Correspond with A. Roman (Kroma) regarding Kroma fee application (0.1); correspond with A. Bongartz regarding same (0.1) | 0.20 | 1,195.00 | 239.00 |
| | | **Subtotal: B165  Fee/Employment Applications for Other Professionals** | **1.70** | | **2,031.50** |
| **B320** | **Plan and Disclosure Statement (including Business Plan)** | | | | |
| 07/06/2022 | AB21 | Correspond with B. Rosen (Proskauer) and S. Ma (Proskauer) regarding proposed HTA confirmation order (0.1); call with N. Bassett regarding next steps re HTA plan and confirmation issues (0.3); analyze same (0.5) | 0.90 | 1,475.00 | 1,327.50 |
| 07/06/2022 | NAB | Telephone conference with A. Bongartz regarding HTA plan issues (.3); analyze trust agreement and issues related to same (.3); telephone conference with D. Mack (Drivetrain) regarding same (.2); review existing trust agreement and related documents (.2); correspond and telephone conference with S. Martinez (Zolfo) regarding same (.2) | 1.20 | 1,475.00 | 1,770.00 |
| 07/07/2022 | AB21 | Review draft of proposed HTA confirmation order (1.0); correspond with N. Bassett regarding same (0.1); calls with N. Bassett regarding HTA plan and confirmation issues (0.2) | 1.30 | 1,475.00 | 1,917.50 |

The Commonwealth of Puerto Rico                                            Page 4
96395-00007
Invoice No. 2326836

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/07/2022 | NAB | Correspond with A. Bongartz regarding HTA plan issues (.4); review markup to confirmation order (.2); telephone conferences with A. Bongartz regarding same (.2); correspond with L. Despins and A. Bongartz regarding same (.2); telephone conference with D. Mack (Drivetrain) regarding same (.2) | 1.20 | 1,475.00 | 1,770.00 |
| 07/08/2022 | NAB | Review revised confirmation order and prepare amended trust agreement in connection with same | 0.50 | 1,475.00 | 737.50 |
| 07/13/2022 | AB21 | Review revised draft of HTA confirmation order (0.5); correspond with N. Bassett regarding same (0.2) | 0.70 | 1,475.00 | 1,032.50 |
| 07/13/2022 | NAB | Correspond with A. Bongartz regarding HTA plan issues (.2); correspond with J. Gerkis (Proskauer) regarding same (.1) | 0.30 | 1,475.00 | 442.50 |
| 07/13/2022 | WW6 | Correspond with A. Bongartz regarding confirmation hearing procedures (.2); update case calendar regarding same (.2) | 0.40 | 250.00 | 100.00 |
| 07/14/2022 | AB21 | Call with S. Maza regarding litigation trust funding | 0.30 | 1,475.00 | 442.50 |
| 07/14/2022 | SM29 | Call with A. Bongartz re litigation trust funding | 0.30 | 1,200.00 | 360.00 |
| 07/15/2022 | AB21 | Correspond with L. Despins regarding HTA confirmation order and avoidance actions trust agreement (0.7); correspond with N. Bassett regarding same (0.1); correspond with B. Rosen (Proskauer) regarding same (0.4) | 1.20 | 1,475.00 | 1,770.00 |
| 07/15/2022 | SCS8 | Correspond with N. Bassett re HTA avoidance actions (.2); review avoidance actions trust agreement (.3); review HTA plan (.8); begin drafting amendment of avoidance actions trust agreement (1.9). | 3.20 | 1,375.00 | 4,400.00 |
| 07/16/2022 | NAB | Correspond with S. Shelley regarding HTA plan trust agreement modifications | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico                                                          Page 5
96395-00007
Invoice No. 2326836

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/16/2022 | SCS8 | Correspond with N. Bassett concerning trust agreement (.2); review issues concerning same (.2); prepare amendment to avoidance actions trust agreement (2.2). | 2.60 | 1,375.00 | 3,575.00 |
| 07/17/2022 | SCS8 | Review HTA plan (.5); prepare amendment of avoidance actions trust agreement (.8). | 1.30 | 1,375.00 | 1,787.50 |
| 07/18/2022 | SCS8 | Continue to prepare amended and restated avoidance actions trust agreement (7.1); revise amendment to add HTA avoidance actions to trust agreement (.8). | 7.90 | 1,375.00 | 10,862.50 |
| 07/18/2022 | SM29 | Correspond with A. Bongartz re litigation trust issues | 0.10 | 1,200.00 | 120.00 |
| 07/19/2022 | AB21 | Correspond with N. Bassett regarding amended avoidance actions trust agreement (0.1); calls with N. Bassett regarding same (0.1); review same (0.3); correspond with N. Bassett and S. Shelley regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |
| 07/19/2022 | KC27 | Draft motion to aid in confirmation (4.1); calls with S. Maza on same (.6) | 4.70 | 745.00 | 3,501.50 |
| 07/19/2022 | NAB | Review revised trust agreement for HTA plan supplement (.4); calls with A. Bongartz regarding same (.1); correspond with S. Shelley regarding same (.2); correspond with A. Bongartz regarding same (.1); correspond with D. Mack (client) regarding same (.1) | 0.90 | 1,475.00 | 1,327.50 |
| 07/19/2022 | SCS8 | Continue to prepare amended and restated avoidance actions trust agreement (5.4); review and revise amendment (.3); correspond with N. Bassett re same (.2); follow up emails with D. Mack, A. Bongartz and N. Bassett re HTA trust issues (.4). | 6.30 | 1,375.00 | 8,662.50 |
| 07/19/2022 | SM29 | Call with K. Catalano re motion re litigation trust (.4); further call with K. Catalano re same (.2) | 0.60 | 1,200.00 | 720.00 |
| 07/20/2022 | AB21 | Correspond with L. Despins regarding amended avoidance actions trust agreement (0.2); correspond with B. Rosen (Proskauer) regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |

The Commonwealth of Puerto Rico                                                    Page 6
96395-00007
Invoice No. 2326836

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/20/2022 | AB21 | Correspond with D. Barron regarding HTA creditor outreach regarding HTA plan (0.1); call with J. Casillas (CST) regarding same (0.2); correspond with J. Casillas regarding same (0.6); correspond with L. Despins regarding same (0.1) | 1.00 | 1,475.00 | 1,475.00 |
| 07/20/2022 | KC27 | Draft motion in aid of confirmation | 4.90 | 745.00 | 3,650.50 |
| 07/21/2022 | AB21 | Correspond with L. Despins and N. Bassett regarding HTA plan supplement | 0.40 | 1,475.00 | 590.00 |
| 07/24/2022 | AB21 | Correspond with L. Despins regarding HTA plan supplement (0.1); correspond with B. Rosen (Proskauer) regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 07/26/2022 | AB21 | Draft reservation of rights regarding HTA plan confirmation (0.9); call with N. Bassett regarding same (0.1); correspond with N. Bassett and L. Despins regarding same (0.2) | 1.20 | 1,475.00 | 1,770.00 |
| 07/26/2022 | AB21 | Review correspondence from J. Casillas (CST) regarding update on creditor outreach efforts (0.3); correspond with L. Despins regarding same (0.1); call with C. Concepcion (counsel to Grupo de Desarrollo) regarding HTA plan (0.1); correspond with C. Concepcion regarding same (0.1); call with L. Torres (CST) regarding same (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| 07/26/2022 | NAB | Telephone conference with A. Bongartz regarding HTA plan issues (.1); correspond with A. Bongartz regarding same (.2); review draft reservation of rights concerning same (.2) | 0.50 | 1,475.00 | 737.50 |

The Commonwealth of Puerto Rico                                           Page 7
96395-00007
Invoice No. 2326836

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/27/2022 | AB21 | Revise reservation of rights re HTA plan confirmation (0.6); correspond with L. Despins regarding same (0.5); calls with L. Despins regarding same (0.2); correspond with B. Rosen (Proskauer) regarding same (0.1); call with W. Wu regarding filing and service of same (0.1); correspond with B. Rosen regarding amended avoidance actions trust agreement (0.2); correspond with L. Despins and N. Bassett regarding same (0.2); correspond with C. Concepcion (counsel to Grupo de Desarrollo) regarding voting deadline (0.1); correspond with E. Barak (Proskauer) regarding interim voting report (0.1) | 2.10 | 1,475.00 | 3,097.50 |
| 07/27/2022 | LAD4 | Review/comment on HTA reservation of rights issues (.30); t/c A. Bongartz re: same (.20) | 0.50 | 1,700.00 | 850.00 |
| 07/27/2022 | NAB | Correspond with J. Gerkis (Proskauer) regarding revised avoidance actions trust agreement (.1); review changes to same (.2); correspond with S. Shelley regarding same (.1); correspond with W. Wu regarding confirmation hearing preparations (.1) | 0.50 | 1,475.00 | 737.50 |
| 07/27/2022 | SCS8 | Review revised draft of avoidance actions trust agreement (.5); draft avoidance actions trust agreement in response to recent comments (1.9); draft email to N. Bassett concerning revised trust agreement (.3). | 2.70 | 1,375.00 | 3,712.50 |
| 07/27/2022 | SM29 | Review reservation of rights re HTA plan and confirmation | 0.20 | 1,200.00 | 240.00 |
| 07/27/2022 | WW6 | Prepare reservation of rights regarding HTA confirmation for filing (.2); call with A. Bongartz regarding same (.1); electronically file same with court (.4); electronically serve same (.2) | 0.90 | 250.00 | 225.00 |

The Commonwealth of Puerto Rico                                             Page 8
96395-00007
Invoice No. 2326836

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/28/2022 | SM29 | Review HTA confirmation objections and pleadings | 2.50 | 1,200.00 | 3,000.00 |
| | | **Subtotal: B320 Plan and Disclosure Statement (including Business Plan)** | **55.30** | | **69,662.00** |

| | **Total** | | | **63.30** | | **77,251.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 0.50 | 1,700.00 | 850.00 |
| NAB | Nicholas A. Bassett | Partner | 5.30 | 1,475.00 | 7,817.50 |
| AB21 | Alex Bongartz | Of Counsel | 11.60 | 1,475.00 | 17,110.00 |
| SCS8 | Scott C. Shelley | Of Counsel | 24.00 | 1,375.00 | 33,000.00 |
| SM29 | Shlomo Maza | Associate | 3.70 | 1,200.00 | 4,440.00 |
| DEB4 | Douglass E. Barron | Associate | 4.00 | 1,195.00 | 4,780.00 |
| ECS1 | Ezra C. Sutton | Associate | 1.70 | 810.00 | 1,377.00 |
| KC27 | Kristin Catalano | Associate | 9.60 | 745.00 | 7,152.00 |
| WW6 | Winnie Wu | Paralegal | 2.90 | 250.00 | 725.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 07/26/2022 | Lexis/On Line Search | | | 60.02 |
| 07/26/2022 | Lexis/On Line Search | | | 60.62 |
| 07/26/2022 | Lexis/On Line Search | | | 95.99 |
| 07/26/2022 | Westlaw | | | 145.46 |
| **Total Costs incurred and advanced** | | | | **$362.09** |

| **Current Fees and Costs** | **$77,613.59** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$77,613.59** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com


The Commonwealth of Puerto Rico                August 24, 2022
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                      Please Refer to
c/o O'Melveny & Myers LLP                       Invoice Number: 2326837
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                   PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Other Adversary Proceedings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00009
Luc A. Despins


Legal fees for professional services
for the period ending July 31, 2022                          $812.50

|  |  |
| --- | --- |
| **Current Fees and Costs Due** | **$812.50** |
| **Total Balance Due - Due Upon Receipt** | **$812.50** |


We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid
For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox
Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326837

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Other Adversary Proceedings**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00009
Luc A. Despins

Legal fees for professional services
for the period ending July 31, 2022                                    $812.50

|  |  |
|---|---:|
| **Current Fees and Costs Due** | **$812.50** |
| **Total Balance Due - Due Upon Receipt** | **$812.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326837

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2022

**Other Adversary Proceedings**                                            **$812.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B191** | **General Litigation** | | | | |
| 07/06/2022 | AB21 | Review draft intergovernmental tolling stipulations (0.3); correspond with L. Despins regarding same (0.1); correspond with G. Olivera (O'Melveny) regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 07/20/2022 | WW6 | Correspond with K. Catalano regarding avoidance action adversary proceedings | 0.30 | 250.00 | 75.00 |
| | | **Subtotal: B191 General Litigation** | **0.80** | | **812.50** |
| | **Total** | | **0.80** | | **812.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 0.50 | 1,475.00 | 737.50 |

The Commonwealth of Puerto Rico Page 2
96395-00009
Invoice No. 2326837

| WW6 | Winnie Wu | Paralegal | 0.30 | 250.00 | 75.00 |
|---|---|---|---|---|---|
| | **Current Fees and Costs** | | | | **$812.50** |
| | **Total Balance Due - Due Upon Receipt** | | | | **$812.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326838

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending July 31, 2022                                  $55,075.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$55,075.00** |
| **Total Balance Due - Due Upon Receipt** | **$55,075.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326838

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**<u>Mediation</u>**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending July 31, 2022 | $55,075.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$55,075.00** |
| **Total Balance Due - Due Upon Receipt** | **$55,075.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**<u>Wiring and ACH Instructions</u>:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**<u>Remittance Address</u>:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

August 24, 2022

Please Refer to
Invoice Number: 2326838

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2022

**Mediation**

**$55,075.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B420** | **Restructurings** | | | | |
| 07/01/2022 | ECS1 | Review pleadings relating to ▮ | 0.30 | 810.00 | 243.00 |
| 07/01/2022 | KC27 | Analyze case law regarding ▮ | 2.60 | 745.00 | 1,937.00 |
| 07/01/2022 | SM29 | Emails with E. Sutton re ▮ (.1); review same (1.1) | 1.20 | 1,200.00 | 1,440.00 |
| 07/04/2022 | SM29 | Analyze ▮ | 3.30 | 1,200.00 | 3,960.00 |
| 07/05/2022 | AB21 | Call with L. Despins regarding ▮ (0.1); analyze same (0.3); correspond with L. Despins regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 07/05/2022 | KC27 | Analyze ▮ (3.9); summarize findings on same (1.1); correspond with S. Maza regarding same (.1) | 5.10 | 745.00 | 3,799.50 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2326838

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/05/2022 | LAD4 | Analyze ▮▮▮▮ (.70); t/c A. Bongartz re: same (.10) | 0.80 | 1,700.00 | 1,360.00 |
| 07/06/2022 | AB21 | Correspond with L. Despins regarding ▮▮▮▮ (0.1); correspond with M. DiConza (O'Melveny) regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 07/06/2022 | AB21 | Correspond with E. Barak (Proskauer) regarding ▮▮▮▮ | 0.10 | 1,475.00 | 147.50 |
| 07/08/2022 | KC27 | Call with S. Maza regarding ▮▮▮▮ | 0.20 | 745.00 | 149.00 |
| 07/08/2022 | SM29 | Review email summary regarding ▮▮▮▮ (.4); review ▮▮▮▮ (1.0); call with K. Catalano re same (.2); analyze ▮▮▮▮ 1.3) | 2.90 | 1,200.00 | 3,480.00 |
| 07/11/2022 | AB21 | Correspond with J. Frayer (LEI) regarding ▮▮▮▮ | 0.10 | 1,475.00 | 147.50 |
| 07/11/2022 | SM29 | Analyze issues and related case law re ▮▮▮▮ | 4.30 | 1,200.00 | 5,160.00 |
| 07/12/2022 | SM29 | Prepare ▮▮▮▮ | 2.00 | 1,200.00 | 2,400.00 |
| 07/13/2022 | AB21 | Review ▮▮▮▮ (0.3); call with L. Despins regarding same (0.1); call with R. Ngai (LEI) regarding same (0.1); correspond with Committee regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |
| 07/13/2022 | LAD4 | Review/edit ▮▮▮▮ (.50); t/c A. Bongartz re: same (.10) | 0.60 | 1,700.00 | 1,020.00 |
| 07/14/2022 | KC27 | Call with S. Maza regarding ▮▮▮▮ (.3); analyze case law regarding same (.6) | 0.90 | 745.00 | 670.50 |
| 07/14/2022 | LAD4 | T/c A. Quarshi (Akin) re: ▮▮▮▮ (.30); review email re: same (.40) | 0.70 | 1,700.00 | 1,190.00 |
| 07/14/2022 | SM29 | Call with K. Catalano re ▮▮▮▮ | 0.30 | 1,200.00 | 360.00 |
| 07/16/2022 | AB21 | Review ▮▮▮▮ (0.1); revise ▮▮▮▮ (0.1) | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2326838

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/18/2022 | KC27 | Analyze ███████████. (2.6); analyze ██████████████ (1.5) | 4.10 | 745.00 | 3,054.50 |
| 07/18/2022 | WW6 | Research ████████████████████ | 1.40 | 250.00 | 350.00 |
| 07/19/2022 | LAD4 | T/c M. Bienenstock (Proskauer) re: update (.20); review issues re: same (1.10) | 1.30 | 1,700.00 | 2,210.00 |
| 07/22/2022 | AB21 | Correspond with L. Despins regarding ████████ (0.1); analyze ██████ (0.4); correspond with J. Nieves (CST Law) regarding same (0.1); correspond with F. Dellorfano (M Solar) regarding same (0.3) | 0.90 | 1,475.00 | 1,327.50 |
| 07/25/2022 | AB21 | Call with S. Martinez (Zolfo) regarding ██████████ (0.1); call with L. Despins and J. Frayer (LEI) regarding ██████ (0.2) | 0.30 | 1,475.00 | 442.50 |
| 07/25/2022 | LAD4 | T/c J. Frayer (LEI) and A. Bongartz re: ████████████ | 0.20 | 1,700.00 | 340.00 |
| 07/26/2022 | AB21 | Correspond with L. Despins regarding ██████ (1.1); correspond with L. Despins regarding ██████ (0.3); correspond with J. Frayer (LEI) regarding same (0.1); correspond with E. Barak (Proskauer) regarding ██████ (0.1) | 1.60 | 1,475.00 | 2,360.00 |
| 07/26/2022 | KC27 | Draft ███████████. (1.6); analyze ██████ (1.9) | 3.50 | 745.00 | 2,607.50 |
| 07/26/2022 | LAD4 | Emails to/from A. Bongartz re: ██████ (.60); emails to/from A. Bongartz re: ████████ (.20) | 0.80 | 1,700.00 | 1,360.00 |

The Commonwealth of Puerto Rico                                                    Page 4
96395-00010
Invoice No. 2326838

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/27/2022 | AB21 | Calls with G. Roumy (LEI) regarding ███ (0.2); review same (0.3); correspond with L. Despins regarding same (0.1); correspond with G. Roumy regarding same (0.1); correspond with E. Barak (Proskauer) regarding same (0.1); call with L. Despins, M. Bienenstock (Proskauer), E. Barak, J. Frayer (LEI), J. Gavin (Citi) and K. Padilla (McKinsey) regarding ███ (0.7); post-mortem with L. Despins regarding same (0.1) | 1.60 | 1,475.00 | 2,360.00 |
| 07/27/2022 | LAD4 | Review/edit ███ (.30); handle call between LEI (J. Frayer) and Proskauer (E. Barak), McKinsey and Citigroup team with A. Bongartz (.70) | 1.00 | 1,700.00 | 1,700.00 |
| 07/28/2022 | AB21 | Call with S. Martinez (Zolfo) regarding ███ (0.3); review ███ (0.2) | 0.50 | 1,475.00 | 737.50 |
| 07/29/2022 | AB21 | Call with J. Frayer (LEI), G. Roumy (LEI), N. Catez (Moelis) regarding ███ | 1.00 | 1,475.00 | 1,475.00 |
| 07/29/2022 | KC27 | Draft ███ (2.7); analyze case law regarding ███ (2.5) | 5.20 | 745.00 | 3,874.00 |
| 07/31/2022 | SM29 | Review ███ | 1.00 | 1,200.00 | 1,200.00 |
| | | **Subtotal: B420 Restructurings** | **51.30** | | **55,075.00** |
| | | **Total** | **51.30** | | **55,075.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.40 | 1,700.00 | 9,180.00 |
| AB21 | Alex Bongartz | Of Counsel | 7.60 | 1,475.00 | 11,210.00 |
| SM29 | Shlomo Maza | Associate | 15.00 | 1,200.00 | 18,000.00 |

The Commonwealth of Puerto Rico                                                Page 5
96395-00010
Invoice No. 2326838

| ECS1 | Ezra C. Sutton | Associate | 0.30 | 810.00 | 243.00 |
|------|----------------|-----------|------|--------|--------|
| KC27 | Kristin Catalano | Associate | 21.60 | 745.00 | 16,092.00 |
| WW6 | Winnie Wu | Paralegal | 1.40 | 250.00 | 350.00 |

| **Current Fees and Costs** | **$55,075.00** |
|----------------------------|----------------|
| **Total Balance Due - Due Upon Receipt** | **$55,075.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                October 12, 2022
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                      Please Refer to
c/o O'Melveny & Myers LLP                      Invoice Number: 2331417
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                  PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Official Comm. of Unsecured Creditors of Commonwealth of PR
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2022                        $39,197.50

Costs incurred and advanced                                      713.61

**Current Fees and Costs Due**                               **$39,911.11**

**Total Balance Due - Due Upon Receipt**                     **$39,911.11**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions:**</u>

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

<u>**Remittance Address:**</u>

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331417

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $39,197.50 |
| Costs incurred and advanced | 713.61 |
| **Current Fees and Costs Due** | **$39,911.11** |
| **Total Balance Due - Due Upon Receipt** | **$39,911.11** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331417

Attn: John J. Rapisardi, Esq.                    PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2022

## Official Comm. of Unsecured Creditors of Commonwealth of PR          $39,197.50

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 08/01/2022 | WW6 | Update case calendar | 0.30 | 250.00 | 75.00 |
| 08/02/2022 | AB21 | Update list of open issues for Committee | 0.10 | 1,475.00 | 147.50 |
| 08/02/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 08/04/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 08/08/2022 | AB21 | Update list of open issues and recent developments | 0.20 | 1,475.00 | 295.00 |
| 08/08/2022 | WW6 | Correspond with A. Bongartz and J. Bliss regarding electronic service | 0.30 | 250.00 | 75.00 |
| 08/09/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |

The Commonwealth of Puerto Rico                                                                Page 2
96395-00002
Invoice No. 2331417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/11/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 08/11/2022 | WW6 | Update case calendar | 0.40 | 250.00 | 100.00 |
| 08/15/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 08/16/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 08/29/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 08/30/2022 | WW6 | Update case calendar | 0.20 | 250.00 | 50.00 |
| 08/30/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 08/31/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 08/31/2022 | WW6 | Update case calendar | 0.20 | 250.00 | 50.00 |
| | | **Subtotal: B110  Case Administration** | **3.50** | | **1,242.50** |

**B113     Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/02/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 08/02/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/03/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |

The Commonwealth of Puerto Rico                                          Page 3
96395-00002
Invoice No. 2331417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/03/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/04/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/05/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/08/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/09/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 08/09/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/10/2022 | AB21 | Review Title III docket and filings | 0.10 | 1,475.00 | 147.50 |
| 08/10/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/11/2022 | AB21 | Review Title III docket and recent filings | 0.10 | 1,475.00 | 147.50 |
| 08/11/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/12/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/15/2022 | AB21 | Review Title III docket update and recent filings (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 08/16/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/24/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 08/30/2022 | AB21 | Review Title III docket update and recent filings | 1.00 | 1,475.00 | 1,475.00 |

The Commonwealth of Puerto Rico                                                    Page 4
96395-00002
Invoice No. 2331417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/30/2022 | WW6 | Review return mail of recently filed pleadings | 0.30 | 250.00 | 75.00 |
| 08/30/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 08/31/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| | | **Subtotal: B113  Pleadings Review** | **6.20** | | **4,367.50** |

**B150      Meetings of and Communications with Creditors**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2022 | AB21 | Update Committee update email regarding recent developments in Title III cases (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 08/01/2022 | ECS1 | Prepare summaries of recent filings for Committee update email. | 1.90 | 810.00 | 1,539.00 |
| 08/02/2022 | ECS1 | Prepare summaries of recent filings for Committee update email. | 1.60 | 810.00 | 1,296.00 |
| 08/03/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email. | 0.30 | 810.00 | 243.00 |
| 08/04/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email. | 0.60 | 810.00 | 486.00 |
| 08/07/2022 | AB21 | Correspond with E. Sutton regarding next Committee update email | 0.10 | 1,475.00 | 147.50 |
| 08/07/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email. | 1.80 | 810.00 | 1,458.00 |
| 08/08/2022 | AB21 | Revise next Committee update email (0.6); correspond with L. Despins regarding same (0.1); call with E. Sutton regarding same (0.1); correspond with E. Sutton regarding same (0.1) | 0.90 | 1,475.00 | 1,327.50 |
| 08/08/2022 | ECS1 | Call with A. Bongartz regarding Committee update email (.1); prepare summaries of recent filings and case updates for Committee update email (2.8). | 2.90 | 810.00 | 2,349.00 |

The Commonwealth of Puerto Rico                                                                    Page 5
96395-00002
Invoice No. 2331417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/09/2022 | AB21 | Correspond with Committee regarding recent developments in Title III cases and agenda for next Committee update (0.2); call with E. Sutton regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 08/09/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email (.3); call with A. Bongartz regarding same (.1) | 0.40 | 810.00 | 324.00 |
| 08/11/2022 | ECS1 | Prepare summaries of recent filings and case updates for UCC update email. | 1.40 | 810.00 | 1,134.00 |
| 08/15/2022 | AB21 | Revise Committee update email (0.6); correspond with E. Sutton regarding same (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| 08/15/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email. | 2.10 | 810.00 | 1,701.00 |
| 08/16/2022 | ECS1 | Prepare summaries of recent filings and case updates for UCC update email (1.6); call with A. Bongartz regarding same (.1) | 1.70 | 810.00 | 1,377.00 |
| 08/17/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email. | 0.40 | 810.00 | 324.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **17.60** | | **15,918.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/09/2022 | WW6 | Review matters scheduled to be heard at the August 17-18, 2022 omnibus hearing (.1); correspond with A. Bongartz regarding same (.1) | 0.20 | 250.00 | 50.00 |
| 08/15/2022 | WW6 | Prepare reference materials for A. Bongartz for August 17, 2022 omnibus hearing | 2.60 | 250.00 | 650.00 |
| 08/19/2022 | AB21 | Correspond with L. Despins regarding follow-up on August 17 omnibus hearing related to claims extension motion | 0.20 | 1,475.00 | 295.00 |
| | | **Subtotal: B155  Court Hearings** | **3.00** | | **995.00** |

The Commonwealth of Puerto Rico                                                                 Page 6
96395-00002
Invoice No. 2331417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B160** | **Fee/Employment Applications for Paul Hastings** | | | | |
| 08/10/2022 | KAT2 | Correspond with C. Edge regarding compensation matters | 0.20 | 920.00 | 184.00 |
| 08/11/2022 | AB21 | Finalize cover letter for PH June 2022 fee statement and related exhibits (0.6); correspond with M. Bienenstock (Proskauer), B. Williamson (Fee Examiner) and notice parties regarding same (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| 08/11/2022 | KAT2 | Correspond with C. Edge regarding compensation matters (.3); prepare parts of interim fee application responsive to UST Appendix B questions (.3) | 0.60 | 920.00 | 552.00 |
| 08/18/2022 | AB21 | Review PH July 2022 fee statement | 0.50 | 1,475.00 | 737.50 |
| 08/18/2022 | KAT2 | Prepare parts of supplemental declaration (1.7); review correspondence from D. Verdon regarding same (.6) | 2.30 | 920.00 | 2,116.00 |
| 08/19/2022 | AB21 | Review revised draft of PH July 2022 fee statement (0.2); correspond with C. Edge regarding same (0.1); prepare no objection letter for PH June 2022 fee statement (0.2) | 0.50 | 1,475.00 | 737.50 |
| 08/19/2022 | KAT2 | Prepare parts of supplemental declaration (.4); review correspondence from D. Verdon regarding same (.1) | 0.50 | 920.00 | 460.00 |
| 08/22/2022 | AB21 | Revise no objection letter for PH June fee statement (0.1); correspond with P. Friedman (O'Melveny) regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 08/25/2022 | KAT2 | Prepare parts of supplemental declaration (1.5); review correspondence from D. Verdon regarding same (.3) | 1.80 | 920.00 | 1,656.00 |
| 08/26/2022 | KAT2 | Prepare parts of supplemental declaration (.4); review correspondence from D. Verdon regarding same (.1) | 0.50 | 920.00 | 460.00 |
| 08/30/2022 | AB21 | Revise cover letter for PH July 2022 fee statement and related exhibits | 0.40 | 1,475.00 | 590.00 |
| 08/30/2022 | AB21 | Correspond with conflicts department regarding inquiries related to supplemental declaration in support of PH retention | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico                                                Page 7
96395-00002
Invoice No. 2331417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/31/2022 | AB21 | Finalize cover letter for PH July 2022 fee statement (0.1); correspond with M. Bienenstock (Proskauer), B. Williamson (Fee Examiner), and Notice Parties regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 08/31/2022 | KAT2 | Prepare parts of supplemental declaration (1.1); review correspondence from D. Verdon and V. Lee regarding same (.2) | 1.30 | 920.00 | 1,196.00 |
| | | **Subtotal: B160 Fee/Employment Applications for Paul Hastings** | **9.90** | | **10,606.50** |

**B161    Budget**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/11/2022 | AB21 | Correspond with B. Williamson (Fee Examiner) regarding PH September 2022 budget | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B161 Budget** | **0.10** | | **147.50** |

**B165    Fee/Employment Applications for Other Professionals**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/11/2022 | AB21 | Correspond with I. Labarca (MPM Law) regarding committee member expense reimbursement | 0.10 | 1,475.00 | 147.50 |
| 08/12/2022 | AB21 | Call with S. Martinez (Zolfo) regarding Zolfo fee statements | 0.10 | 1,475.00 | 147.50 |
| 08/15/2022 | AB21 | Correspond with I. Labarca (MPM Law) regarding committee member expense reimbursement | 0.10 | 1,475.00 | 147.50 |
| 08/19/2022 | AB21 | Correspond with A. Roman (Kroma) regarding approval of Kroma invoices | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B165 Fee/Employment Applications for Other Professionals** | **0.40** | | **590.00** |

The Commonwealth of Puerto Rico                                          Page 8
96395-00002
Invoice No. 2331417

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B310** | **Claims Administration and Objections** | | | | |
| 08/01/2022 | AB21 | Revise response to FOMB motion to extend deadline to object to proofs of claim (1.0); call with S. Maza regarding same (0.1); correspond with S. Maza regarding same (0.1); correspond with S. Martinez (Zolfo) regarding same (0.1) | 1.30 | 1,475.00 | 1,917.50 |
| 08/01/2022 | SM29 | Call with A. Bongartz re claims objection extension motion and response (.1); email A. Bongartz re same (.1); review revised response (.1); email A. Bongartz re same (.1) | 0.40 | 1,200.00 | 480.00 |
| 08/02/2022 | AB21 | Finalize response to Oversight Board's motion to extend deadline to object to proofs of claim (0.5); correspond with L. Despins regarding same (0.3); correspond with W. Wu regarding filing of same (0.1) | 0.90 | 1,475.00 | 1,327.50 |
| 08/02/2022 | WW6 | Review responses to claim objections (.4); correspond with M. Palmer regarding same (.2) | 0.60 | 250.00 | 150.00 |
| 08/02/2022 | WW6 | Prepare UCC's response to motion to extend claim objection for filing (.1); correspond with A. Bongartz regarding same (.1); electronically file same (.3); electronically serve same (.3) | 0.80 | 250.00 | 200.00 |
| 08/10/2022 | AB21 | Review FOMB reply in support of motion to extend time to object to proofs of claim (0.4); correspond with L. Despins regarding same (0.3) | 0.70 | 1,475.00 | 1,032.50 |
| 08/18/2022 | AB21 | Correspond with F. Dellorfano (M Solar) regarding claims reconciliation process | 0.10 | 1,475.00 | 147.50 |
| 08/29/2022 | WW6 | Correspond with M. Palmer (Proskauer) regarding responses to omnibus claim objections | 0.30 | 250.00 | 75.00 |
| | | **Subtotal: B310  Claims Administration and Objections** | **5.10** | | **5,330.00** |
| | **Total** | | **45.80** | | **39,197.50** |

The Commonwealth of Puerto Rico                                                                   Page 9
96395-00002
Invoice No. 2331417

---

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 11.50 | 1,475.00 | 16,962.50 |
| SM29 | Shlomo Maza | Associate | 0.40 | 1,200.00 | 480.00 |
| ECS1 | Ezra C. Sutton | Associate | 15.10 | 810.00 | 12,231.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 7.20 | 920.00 | 6,624.00 |
| WW6 | Winnie Wu | Paralegal | 11.60 | 250.00 | 2,900.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 07/31/2022 | Westlaw Business - Courtlink Use - Charges for July, 2022 | | | 4.83 |
| 08/01/2022 | Computer Search (Other) | | | 1.08 |
| 08/02/2022 | Westlaw | | | 329.17 |
| 08/02/2022 | Computer Search (Other) | | | 1.08 |
| 08/03/2022 | Computer Search (Other) | | | 1.08 |
| 08/04/2022 | Computer Search (Other) | | | 1.08 |
| 08/05/2022 | Computer Search (Other) | | | 1.08 |
| 08/08/2022 | Computer Search (Other) | | | 1.08 |
| 08/09/2022 | Computer Search (Other) | | | 1.08 |
| 08/10/2022 | Computer Search (Other) | | | 1.08 |
| 08/11/2022 | Westlaw | | | 311.05 |
| 08/11/2022 | Computer Search (Other) | | | 1.08 |
| 08/12/2022 | Westlaw | | | 49.66 |
| 08/12/2022 | Computer Search (Other) | | | 1.08 |
| 08/15/2022 | Computer Search (Other) | | | 1.08 |
| 08/15/2022 | Computer Search (Other) | | | 2.70 |
| 08/16/2022 | Computer Search (Other) | | | 1.08 |
| 08/17/2022 | Computer Search (Other) | | | 1.08 |
| 08/18/2022 | Computer Search (Other) | | | 1.08 |

The Commonwealth of Puerto Rico                                        Page 10
96395-00002
Invoice No. 2331417

| | |
|---|---:|
| 08/19/2022  Computer Search (Other) | 1.08 |
| **Total Costs incurred and advanced** | **$713.61** |
| **Current Fees and Costs** | **$39,911.11** |
| **Total Balance Due - Due Upon Receipt** | **$39,911.11** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331416

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered in Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $6,342.50 |
| **Current Fees and Costs Due** | **$6,342.50** |
| **Total Balance Due – Due Upon Receipt** | **$6,342.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331416

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered in Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $6,342.50 |
| **Current Fees and Costs Due** | **$6,342.50** |
| **Total Balance Due – Due Upon Receipt** | **$6,342.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331416

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2022

**Official Comm. of Unsecured Creditors of Commonwealth of PR**          **$6,342.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B150** | | **Meetings of and Communications with Creditors** | | | |
| 08/16/2022 | AB21 | Correspond with E. Sutton regarding next Committee update email (0.1); call with E. Sutton regarding same (0.1); revise same (0.3) [PR] | 0.50 | 1,475.00 | 737.50 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **0.50** | | **737.50** |

The Commonwealth of Puerto Rico                                                                Page 2
96395-00002
Invoice No. 2331416

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 08/16/2022 | AB21 | Review FOMB motion to extend time to object to claims and related submissions to prepare for omnibus hearing (1.0); correspond with L. Despins regarding same (0.6); review FOMB status report (0.2); correspond with L. Despins regarding same (0.1); correspond with S. Martinez (Zolfo) regarding same (0.1) [PR] | 2.00 | 1,475.00 | 2,950.00 |
| 08/17/2022 | AB21 | Further review FOMB motion to extend time to object to claims and related issues to prepare for omnibus hearing (0.9); correspond with L. Despins regarding same (0.3); attend omnibus hearing (0.5); correspond with S. Martinez regarding same (0.1) [PR] | 1.80 | 1,475.00 | 2,655.00 |
| | | **Subtotal: B155  Court Hearings** | **3.80** | | **5,605.00** |
| | **Total** | | **4.30** | | **6,342.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 4.30 | 1,475.00 | 6,342.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$6,342.50** |
| **Total Balance Due - Due Upon Receipt** | | **$6,342.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331418

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Communications w/Creditors/Website (Other than Comm. Members)**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $358.50 |
| **Current Fees and Costs Due** | **$358.50** |
| **Total Balance Due - Due Upon Receipt** | **$358.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331418

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Communications w/Creditors/Website (Other than Comm. Members)
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00004
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $358.50 |
| **Current Fees and Costs Due** | **$358.50** |
| **Total Balance Due - Due Upon Receipt** | **$358.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331418

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2022

| **Communications w/Creditors/Website(Other than Comm. Members)** | | | | | | **$358.50** |
|---|---|---|---|---|---|---|

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B112** | **General Creditor Inquiries** | | | | |
| 08/01/2022 | DEB4 | Conference with creditor S. Antongcci regarding inquiries | 0.30 | 1,195.00 | 358.50 |
| | | **Subtotal: B112 General Creditor Inquiries** | **0.30** | | **358.50** |
| | **Total** | | **0.30** | | **358.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| DEB4 | Douglass E. Barron | Associate | 0.30 | 1,195.00 | 358.50 |

| | **Current Fees and Costs** | | | | | **$358.50** |
|---|---|---|---|---|---|---|
| | **Total Balance Due - Due Upon Receipt** | | | | | **$358.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331419

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $29,187.00 |
| Costs incurred and advanced | 1,404.92 |
| **Current Fees and Costs Due** | **$30,591.92** |
| **Total Balance Due - Due Upon Receipt** | **$30,591.92** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331419

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2022     $29,187.00

Costs incurred and advanced     1,404.92

**Current Fees and Costs Due**     **$30,591.92**

**Total Balance Due - Due Upon Receipt**     **$30,591.92**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331419

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2022

**PREPA**                                                                       **$29,187.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 08/18/2022 | AB21 | Update list of open issues for Committee | 0.20 | 1,475.00 | 295.00 |
| 08/30/2022 | AB21 | Update list of open issues for Committee | 0.30 | 1,475.00 | 442.50 |
| | | **Subtotal: B110  Case Administration** | **0.50** | | **737.50** |
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 08/09/2022 | ECS1 | Prepare agenda for Committee meeting (1.7); correspond with A. Bongartz, S. Martinez (Zolfo), L. Despins, and D. Mack (Drivetrain) about same (.1). | 1.80 | 810.00 | 1,458.00 |
| 08/10/2022 | AB21 | Update call with Committee and L. Despins regarding Title III cases | 0.30 | 1,475.00 | 442.50 |

The Commonwealth of Puerto Rico                                                    Page 2
96395-00006
Invoice No. 2331419

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/10/2022 | ECS1 | Prepare agenda for Committee meeting (.8); correspond with A. Bongartz, S. Martinez (Zolfo), L. Despins, and D. Mack (Drivetrain) about same (.1). | 0.90 | 810.00 | 729.00 |
| 08/10/2022 | ECS1 | Telephonically attend and take notes on the Unsecured Creditors Committee meeting | 0.30 | 810.00 | 243.00 |
| 08/10/2022 | LAD4 | Review issues, agenda to prepare for committee meeting (.60); handle all hands committee meeting (.30) | 0.90 | 1,700.00 | 1,530.00 |
| 08/15/2022 | ECS1 | Prepare minutes of UCC meetings | 1.20 | 810.00 | 972.00 |
| 08/18/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email. | 0.30 | 810.00 | 243.00 |
| 08/19/2022 | AB21 | Revise email to Committee regarding recent developments in Title III cases | 0.40 | 1,475.00 | 590.00 |
| 08/19/2022 | ECS1 | Prepare summaries of recent filings and case updates for UCC update email (1.1); correspond with A. Bongartz about same (.1) | 1.20 | 810.00 | 972.00 |
| 08/22/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email (.2); correspond with A. Bongartz about same (.1) | 0.30 | 810.00 | 243.00 |
| 08/23/2022 | AB21 | Correspond with E. Sutton regarding agenda for Committee update call | 0.10 | 1,475.00 | 147.50 |
| 08/23/2022 | ECS1 | Prepare agenda for Committee meeting (.6); correspond with A. Bongartz, S. Martinez (Zolfo), L. Despins, and D. Mack (Drivetrain) about same (.1) | 0.70 | 810.00 | 567.00 |
| 08/23/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email (2.0); calls with D. Barron about same (.2) | 2.20 | 810.00 | 1,782.00 |
| 08/24/2022 | ECS1 | Telephonically attend and take notes on the Unsecured Creditors Committee meeting (.4); review issues and notes to prepare for same (.4); correspond with L. Despins regarding same (.1); correspond with D. Barron regarding same (.1) | 1.00 | 810.00 | 810.00 |
| 08/24/2022 | ECS1 | Prepare agenda for Committee meeting | 0.50 | 810.00 | 405.00 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00006
Invoice No. 2331419

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/24/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 0.90 | 810.00 | 729.00 |
| 08/24/2022 | LAD4 | Review issues, agenda to prepare for committee call (.40); handle all hands committee call (.40) | 0.80 | 1,700.00 | 1,360.00 |
| 08/25/2022 | DEB4 | Correspond with E. Sutton regarding prior day's committee call | 0.10 | 1,195.00 | 119.50 |
| 08/25/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 0.50 | 810.00 | 405.00 |
| 08/29/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 0.90 | 810.00 | 729.00 |
| 08/30/2022 | AB21 | Revise Committee update email (0.2); call with E. Sutton regarding recent developments for same (0.1); conference with E. Sutton regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 08/30/2022 | ECS1 | Conference with A. Bongartz regarding recent developments in relation to the Title III cases and the committee | 0.10 | 810.00 | 81.00 |
| 08/30/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email (.9); call with A. Bongartz about same (.1) | 1.00 | 810.00 | 810.00 |
| 08/31/2022 | AB21 | Correspond with E. Sutton regarding next Committee update email | 0.10 | 1,475.00 | 147.50 |
| 08/31/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 1.40 | 810.00 | 1,134.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **18.30** | | **17,239.00** |

**B165    Fee/Employment Applications for Other Professionals**

| | | | | | |
|------|----------|-------------|-------|------|--------|
| 08/02/2022 | AB21 | Correspond with I. Labarca (MPM Law) regarding LEI fee statement | 0.10 | 1,475.00 | 147.50 |
| 08/10/2022 | AB21 | Correspond with I. Labarca (MPM Law) regarding payment of LEI May 2022 invoice (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico
96395-00006
Invoice No. 2331419

Page 4

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/11/2022 | AB21 | Correspond with M. Lecaroz (U.S. Trustee) regarding LEI's MIP disclosures | 0.10 | 1,475.00 | 147.50 |
| 08/24/2022 | AB21 | Review LEI July invoice (0.1); correspond with J. Sharkey (LEI) regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| | | **Subtotal: B165 Fee/Employment Applications for Other Professionals** | **0.60** | | **885.00** |

**B310 Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/03/2022 | AB21 | Correspond with S. Martinez (Zolfo) regarding tracking chart for assumption/rejection of PPOAs | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B310 Claims Administration and Objections** | **0.10** | | **147.50** |

**B420 Restructurings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2022 | ECS1 | Prepare email to LEI regarding recent PREPA updates. | 0.10 | 810.00 | 81.00 |
| 08/22/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| 08/23/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.20 | 810.00 | 162.00 |
| 08/25/2022 | DEB4 | Correspond with L. Despins regarding PREPA restructuring | 1.20 | 1,195.00 | 1,434.00 |
| 08/25/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| 08/26/2022 | DEB4 | Correspond with L. Despins regarding PREPA restructuring (0.4); correspond with J. Casillas (CST) regarding same (0.1) | 0.50 | 1,195.00 | 597.50 |
| 08/29/2022 | DEB4 | Conference with L. Despins regarding PREPA restructuring (0.2); review documents related to same (0.1) | 0.30 | 1,195.00 | 358.50 |
| 08/29/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |

The Commonwealth of Puerto Rico                                          Page 5
96395-00006
Invoice No. 2331419

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/29/2022 | LAD4 | Review/comment on local outreach to PREPA parties in interest (3.60); t/c J. Casillas re: same (.40); t/c D. Barron re: same (.20) | 4.20 | 1,700.00 | 7,140.00 |
| 08/30/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| 08/31/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| | | **Subtotal: B420 Restructurings** | **7.00** | | **10,178.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | **26.50** | | **29,187.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.90 | 1,700.00 | 10,030.00 |
| AB21 | Alex Bongartz | Of Counsel | 2.50 | 1,475.00 | 3,687.50 |
| DEB4 | Douglass E. Barron | Associate | 2.10 | 1,195.00 | 2,509.50 |
| ECS1 | Ezra C. Sutton | Associate | 16.00 | 810.00 | 12,960.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/07/2022 | Westlaw | | | 49.66 |
| 08/08/2022 | Lexis/On Line Search | | | 17.29 |
| 08/08/2022 | Westlaw | | | 257.45 |
| 08/09/2022 | Westlaw | | | 99.33 |
| 08/10/2022 | Westlaw | | | 49.66 |
| 08/12/2022 | Westlaw | | | 74.50 |
| 08/13/2022 | Lexis/On Line Search | | | 34.59 |
| 08/13/2022 | Westlaw | | | 74.50 |
| 08/15/2022 | Westlaw | | | 130.17 |
| 08/16/2022 | Lexis/On Line Search | | | 17.29 |

The Commonwealth of Puerto Rico                                                          Page 6
96395-00006
Invoice No. 2331419

| | |
|---|---|
| 08/16/2022  Westlaw | 264.03 |
| 08/18/2022  Westlaw | 57.17 |
| 08/19/2022  Westlaw | 24.83 |
| 08/21/2022  Westlaw | 254.45 |
| **Total Costs incurred and advanced** | **$1,404.92** |
| **Current Fees and Costs** | **$30,591.92** |
| **Total Balance Due - Due Upon Receipt** | **$30,591.92** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331420

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### HTA
**(Services Rendered in Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2022 — $9,440.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$9,440.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,440.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331420

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

## HTA
**(Services Rendered in Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2022                                   $9,440.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$9,440.00** |
| **Total Balance Due – Due Upon Receipt** | **$9,440.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**<u>Wiring and ACH Instructions</u>:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

| **<u>Remittance Address</u>:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA  90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331420

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2022

**HTA** $9,440.00

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 08/16/2022 | AB21 | Review latest revised proposed order, findings of fact, and notes to prepare for HTA confirmation hearing (1.8); correspond with L. Despins regarding same (0.2); call with S. Ma (Proskauer) regarding same (0.1) [PR] | 2.10 | 1,475.00 | 3,097.50 |
| 08/17/2022 | AB21 | Attend HTA confirmation hearing (3.5); review submissions to prepare for same (0.5); correspond with L. Despins regarding same (0.2); call with D. Barron regarding same (0.1) [PR] | 4.30 | 1,475.00 | 6,342.50 |
| | **Subtotal: B155 Court Hearings** | | **6.40** | | **9,440.00** |
| **Total** | | | **6.40** | | **9,440.00** |

**Timekeeper Summary**

The Commonwealth of Puerto Rico                                                          Page 2
96395-00007
Invoice No. 2331420

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 6.40 | 1,475.00 | 9,440.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$9,440.00** |
| **Total Balance Due - Due Upon Receipt** | **$9,440.00** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331421

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### HTA
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

Legal fees for professional services
for the period ending August 31, 2022 — $46,520.50

Costs incurred and advanced — 6.30

**Current Fees and Costs Due** — **$46,526.80**

**Total Balance Due - Due Upon Receipt** — **$46,526.80**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331421

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

## HTA
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

| | |
|---|---|
| Legal fees for professional services for the period ending August 31, 2022 | $46,520.50 |
| Costs incurred and advanced | 6.30 |
| **Current Fees and Costs Due** | **$46,526.80** |
| **Total Balance Due - Due Upon Receipt** | **$46,526.80** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*


PAUL
HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331421

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2022

**HTA**                                                                                  **$46,520.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 08/16/2022 | LAD4 | Emails to/from A. Bongartz re: hearing 8/17 (.50) | 0.50 | 1,700.00 | 850.00 |
| | | **Subtotal: B110  Case Administration** | **0.50** | | **850.00** |
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 08/23/2022 | DEB4 | Conferences with E. Sutton regarding committee update email (0.2); revise same (0.8) | 1.00 | 1,195.00 | 1,195.00 |
| | | **Subtotal: B150  Meetings of and Communications with Creditors** | **1.00** | | **1,195.00** |

The Commonwealth of Puerto Rico                                    Page 2
96395-00007
Invoice No. 2331421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B155** | **Court Hearings** | | | | |
| 08/01/2022 | AB21 | Correspond with W. Wu regarding August 8 pre-trial conference (0.1); correspond with L. Despins regarding related meet and confer (0.1) | 0.20 | 1,475.00 | 295.00 |
| 08/01/2022 | WW6 | Prepare informative motion regarding August 8 pretrial conference (.6); correspond with A. Bongartz regarding same (.2); prepare same for filing (.1); electronically file same with court (.4); electronically serve same (.3) | 1.60 | 250.00 | 400.00 |
| 08/08/2022 | AB21 | Attend pre-trial conference regarding HTA confirmation hearing | 0.80 | 1,475.00 | 1,180.00 |
| 08/09/2022 | AB21 | Correspond with W. Wu regarding August 17 HTA confirmation hearing (0.1); correspond with L. Despins regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 08/15/2022 | AB21 | Correspond with W. Wu regarding reference materials for HTA confirmation hearing (0.3); review table of contents for same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 08/17/2022 | LAD4 | Emails to/from A. Bongartz re: hearing (.30); listen-in to hearing on confirmation (3.5) | 3.80 | 1,700.00 | 6,460.00 |
| 08/17/2022 | NAB | Attend portions of HTA confirmation hearing | 2.50 | 1,475.00 | 3,687.50 |
| 08/17/2022 | SM29 | Telephonically attend portion of confirmation hearing | 2.30 | 1,200.00 | 2,760.00 |
| | | **Subtotal: B155  Court Hearings** | **11.80** | | **15,667.50** |
| **B195** | **Non-Working Travel** | | | | |
| 08/16/2022 | AB21 | Travel from New York to San Juan for HTA confirmation hearing (Bill at 1/2 rate) | 6.00 | 737.50 | 4,425.00 |

The Commonwealth of Puerto Rico                                                     Page 3
96395-00007
Invoice No. 2331421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/17/2022 | AB21 | Return travel from San Juan to New York (after conclusion of HTA confirmation hearing) (Bill at 1/2 rate) | 6.00 | 737.50 | 4,425.00 |
| | | **Subtotal: B195  Non-Working Travel** | **12.00** | | **8,850.00** |

**B320    Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2022 | AB21 | Correspond with N. Bassett regarding avoidance actions trust agreement and related issues (0.3); correspond with L. Despins regarding same (0.3); correspond with B. Rosen (Proskauer) regarding same (0.1) | 0.70 | 1,475.00 | 1,032.50 |
| 08/01/2022 | LAD4 | Emails to/from A. Bongartz re: avoidance action trust | 0.20 | 1,700.00 | 340.00 |
| 08/01/2022 | NAB | Correspond with A. Bongartz regarding HTA plan confirmation issues (.3); review revised trust agreement in connection with same (.2) | 0.50 | 1,475.00 | 737.50 |
| 08/02/2022 | AB21 | Review Assured objection to HTA bondholder objection (0.2); correspond with L. Despins regarding same (0.2) | 0.40 | 1,475.00 | 590.00 |
| 08/02/2022 | AB21 | Meet and confer telephone conference with M. Firestein (Proskauer), B. Rosen (Proskauer), P. Friedman (O'Melveny), W. Natbony (Cadwalader) and additional parties regarding HTA confirmation hearing | 0.40 | 1,475.00 | 590.00 |
| 08/02/2022 | NAB | Correspond with A. Bongartz and L. Despins regarding HTA confirmation hearing | 0.20 | 1,475.00 | 295.00 |
| 08/03/2022 | AB21 | Correspond with L. Osaben (Proskauer) regarding agenda for HTA confirmation hearing | 0.10 | 1,475.00 | 147.50 |
| 08/05/2022 | AB21 | Correspond with L. Despins and N. Bassett regarding open issues on HTA confirmation order (0.1); correspond with B. Rosen (Proskauer) regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico                                                    Page 4
96395-00007
Invoice No. 2331421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/07/2022 | AB21 | Update list of open issues for HTA confirmation (0.3); review FOMB's plan-related filings, confirmation order, briefs, declarations, and Assured reply (2.2); correspond with L. Despins regarding same (0.3); correspond with N. Bassett regarding avoidance actions trust agreement (0.1) | 2.90 | 1,475.00 | 4,277.50 |
| 08/08/2022 | AB21 | Continue analysis of proposed findings of fact (0.3); correspond with L. Despins and N. Bassett regarding same (0.5); correspond with B. Rosen (Proskauer) regarding same (0.2); correspond with B. Rosen regarding HTA confirmation order (0.1) | 1.10 | 1,475.00 | 1,622.50 |
| 08/08/2022 | NAB | Review documents related to confirmation hearing (.4); correspond with A. Bongartz regarding pretrial conference (.1) | 0.50 | 1,475.00 | 737.50 |
| 08/10/2022 | AB21 | Correspond with L. Despins regarding HTA confirmation (0.2); correspond with B. Rosen (Proskauer) regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 08/10/2022 | NAB | Review correspondence from A. Bongartz regarding HTA plan and confirmation hearing | 0.20 | 1,475.00 | 295.00 |
| 08/14/2022 | AB21 | Review latest round of HTA plan related filings (0.8); correspond with L. Despins regarding same (0.4); draft limited response to proposed findings of fact and conclusions of law (0.8); correspond with L. Despins regarding same (0.1) | 2.10 | 1,475.00 | 3,097.50 |
| 08/15/2022 | AB21 | Revise draft limited objection and reservation of rights regarding proposed findings of fact and conclusions of law (1.6); correspond with L. Despins regarding same (0.2); correspond with W. Wu regarding filing of same (0.1) | 1.90 | 1,475.00 | 2,802.50 |
| 08/15/2022 | AB21 | Correspond with S. Ma (Proskauer) regarding voting results | 0.10 | 1,475.00 | 147.50 |
| 08/15/2022 | LAD4 | Review/edit limited objection to plan (.50) | 0.50 | 1,700.00 | 850.00 |
| 08/16/2022 | NAB | Correspond with A. Bongartz and L. Despins regarding confirmation hearing | 0.20 | 1,475.00 | 295.00 |

The Commonwealth of Puerto Rico                                  Page 5
96395-00007
Invoice No. 2331421

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/17/2022 | DEB4 | Correspond with A. Bongartz regarding HTA confirmation hearing (0.1); call with A. Bongartz regarding same (0.1) | 0.20 | 1,195.00 | 239.00 |
| 08/18/2022 | AB21 | Review meet & confer order (0.1); correspond with L. Despins regarding same (0.1); update Committee regarding HTA confirmation hearing (0.4) | 0.60 | 1,475.00 | 885.00 |
| 08/25/2022 | DEB4 | Correspond with L. Despins and E. Sutton regarding HTA fiscal plan | 0.20 | 1,195.00 | 239.00 |
| | | **Subtotal: B320  Plan and Disclosure Statement (including Business Plan)** | **13.50** | | **19,958.00** |

|  | **Total** |  | **38.80** | | **46,520.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.00 | 1,700.00 | 8,500.00 |
| NAB | Nicholas A. Bassett | Partner | 4.10 | 1,475.00 | 6,047.50 |
| AB21 | Alex Bongartz | Of Counsel | 12.40 | 1,475.00 | 18,290.00 |
| AB21 | Alex Bongartz | Of Counsel | 12.00 | 737.50 | 8,850.00 |
| SM29 | Shlomo Maza | Associate | 2.30 | 1,200.00 | 2,760.00 |
| DEB4 | Douglass E. Barron | Associate | 1.40 | 1,195.00 | 1,673.00 |
| WW6 | Winnie Wu | Paralegal | 1.60 | 250.00 | 400.00 |

### Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/15/2022 | Computer Search (Other) | | | 6.30 |
| **Total Costs incurred and advanced** | | | | **$6.30** |

| **Current Fees and Costs** | **$46,526.80** |
|-----------------------------|-----------------|
| **Total Balance Due - Due Upon Receipt** | **$46,526.80** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331422

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $74,968.50 |
| **Current Fees and Costs Due** | **$74,968.50** |
| **Total Balance Due – Due Upon Receipt** | **$74,968.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address:  CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331422

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2022 | $74,968.50 |
| **Current Fees and Costs Due** | **$74,968.50** |
| **Total Balance Due - Due Upon Receipt** | **$74,968.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**

Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 12, 2022

Please Refer to
Invoice Number: 2331422

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2022

**Mediation**                                                          **$74,968.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B420** | **Restructurings** | | | | |
| 08/04/2022 | AB21 | Correspond with L. Despins regarding ▅▅▅ (0.1); review same (0.1); correspond with J. Frayer (LEI) and S. Martinez (Zolfo) regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 08/05/2022 | AB21 | Correspond with S. Martinez (Zolfo), J. Frayer (LEI), and L. Despins regarding ▅ ▅▅▅ | 0.20 | 1,475.00 | 295.00 |
| 08/05/2022 | KC27 | Draft ▅▅▅ (4.7); call with S. Maza regarding same (.2) | 4.90 | 745.00 | 3,650.50 |
| 08/05/2022 | SM29 | Review and comment on ▅▅ (.8); call with K. Catalano re same (.2); prepare ▅▅ (.6) | 1.60 | 1,200.00 | 1,920.00 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2331422

Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/08/2022 | AB21 | Review ███████████████ (0.4); call with L. Despins, S. Martinez (Zolfo) and G. Roumy (LEI) regarding same (0.3); calls with S. Martinez regarding same (0.5); call with L. Despins, J. Frayer (LEI), S. Martinez, M. Bienenstock (Proskauer), D. Brownstein (Citi), and Mediation Team regarding same (0.8); debrief with J. Frayer regarding same (0.4); call with L. Despins regarding █████ (0.2); draft same (2.8); correspond with L. Despins regarding same (0.1) | 5.50 | 1,475.00 | 8,112.50 |
| 08/08/2022 | KC27 | Draft ██████████████████ | 6.60 | 745.00 | 4,917.00 |
| 08/08/2022 | LAD4 | T/c G. Roumy (LEI) and A. Bongartz re: ████████████ (.30); call with FOMB professionals (M. Bienenstock, D. Brownstein (Citi)) and J. Frayer (LEI) and A. Bongartz and Judge Shannon re: ███████████ (.80); t/c M. Bienenstock re: same (.40); t/c A. Bongartz re: ████ (.20); outline same (.90) | 2.60 | 1,700.00 | 4,420.00 |
| 08/09/2022 | AB21 | Finalize ████████████ (0.9); calls with L. Despins regarding same (0.2); correspond with L. Despins regarding same (0.2); correspond with Committee regarding same (0.2); correspond with M. Bienenstock (Proskauer) regarding same (0.1); call with S. Martinez (Zolfo) regarding █████████ (0.6) | 2.20 | 1,475.00 | 3,245.00 |
| 08/09/2022 | KC27 | Draft ███████████████ | 4.60 | 745.00 | 3,427.00 |
| 08/09/2022 | LAD4 | Review/edit ████████ (1.20); t/c A. Bongartz re: same (.20); t/c J. Frayer (LEI) re: ██████ (.30) | 1.70 | 1,700.00 | 2,890.00 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00010
Invoice No. 2331422

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/10/2022 | AB21 | Review ████████ (0.2); correspond with G. Roumy (LEI) regarding same (0.1); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 08/10/2022 | KC27 | Draft ████████ | 1.60 | 745.00 | 1,192.00 |
| 08/10/2022 | LAD4 | T/c A. Velazquez re: ████ (.20); t/c M. Richard re: same (.20); t/c J. Casillas (CST) re: ████ (.30) | 0.70 | 1,700.00 | 1,190.00 |
| 08/10/2022 | SM29 | Review ████ (2.7); review ████ (.5); analyze ████ (1.8) | 5.00 | 1,200.00 | 6,000.00 |
| 08/11/2022 | AB21 | Revise ████ (0.1); correspond with G. Roumy (LEI) and L. Despins regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| 08/11/2022 | KC27 | Continue to draft ████████ | 3.00 | 745.00 | 2,235.00 |
| 08/11/2022 | SM29 | Analyze ████ | 2.60 | 1,200.00 | 3,120.00 |
| 08/12/2022 | AB21 | Correspond with E. Barak (Proskauer) regarding ████ | 0.20 | 1,475.00 | 295.00 |
| 08/12/2022 | KC27 | Draft ████████ | 5.00 | 745.00 | 3,725.00 |
| 08/15/2022 | AB21 | Call with S. Martinez (Zolfo) regarding ████ | 0.10 | 1,475.00 | 147.50 |
| 08/15/2022 | AB21 | Correspond with L. Despins and E. Barak (Proskauer) regarding ████ | 0.10 | 1,475.00 | 147.50 |
| 08/15/2022 | ECS1 | Prepare ████ | 0.10 | 810.00 | 81.00 |
| 08/15/2022 | KC27 | Analyze ████ (2.3); draft ████ (3.1) | 5.40 | 745.00 | 4,023.00 |
| 08/16/2022 | KC27 | Continue to draft ████ | 6.20 | 745.00 | 4,619.00 |

The Commonwealth of Puerto Rico                                      Page 4
96395-00010
Invoice No. 2331422

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/17/2022 | AB21 | Correspond with L. Despins regarding █ | 0.10 | 1,475.00 | 147.50 |
| 08/17/2022 | ECS1 | Prepare email to LEI regarding █ | 0.10 | 810.00 | 81.00 |
| 08/17/2022 | KC27 | Draft █ | 2.10 | 745.00 | 1,564.50 |
| 08/18/2022 | KC27 | Continue to draft █ | 2.30 | 745.00 | 1,713.50 |
| 08/19/2022 | ECS1 | Prepare email to LEI regarding █ | 0.10 | 810.00 | 81.00 |
| 08/19/2022 | KC27 | Analyze █ (2.2); draft █ (2.6) | 4.80 | 745.00 | 3,576.00 |
| 08/20/2022 | KC27 | Continue to draft █ | 4.20 | 745.00 | 3,129.00 |
| 08/22/2022 | AB21 | Call with J. Frayer (LEI), E. Barak (Proskauer), A. Bielenberg (McKinsey), and D. Brownstein (Citi) regarding █ (1.0); correspond with L. Despins regarding same (0.2); correspond with J. Frayer regarding same (0.1); call with J. Frayer regarding same (0.3) | 1.60 | 1,475.00 | 2,360.00 |
| 08/22/2022 | KC27 | Continue to draft █ (1.1); correspond with S. Maza regarding same (.1) | 1.20 | 745.00 | 894.00 |
| 08/30/2022 | AB21 | Correspond with L. Despins and J. Frayer (LEI) regarding p█ | 0.20 | 1,475.00 | 295.00 |
| 08/31/2022 | AB21 | Call with S. Martinez (Zolfo) regarding █ | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B420 Restructurings** | **77.60** | | **74,968.50** |
| | **Total** | | **77.60** | | **74,968.50** |

The Commonwealth of Puerto Rico                                         Page 5
96395-00010
Invoice No. 2331422

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 5.00 | 1,700.00 | 8,500.00 |
| AB21 | Alex Bongartz | Of Counsel | 11.20 | 1,475.00 | 16,520.00 |
| SM29 | Shlomo Maza | Associate | 9.20 | 1,200.00 | 11,040.00 |
| ECS1 | Ezra C. Sutton | Associate | 0.30 | 810.00 | 243.00 |
| KC27 | Kristin Catalano | Associate | 51.90 | 745.00 | 38,665.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$74,968.50** |
| **Total Balance Due - Due Upon Receipt** | | **$74,968.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.

October 26, 2022

Please Refer to
Invoice Number: 2334077

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Official Comm. of Unsecured Creditors of Commonwealth of PR
### (Services Rendered Outside of Puerto Rico)
PH LLP Client/Matter # 96395-00002
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2022                            $41,362.00

| Costs incurred and advanced | 473.98 |
| --- | --- |

**Current Fees and Costs Due**                                     **$41,835.98**

**Total Balance Due - Due Upon Receipt**                           **$41,835.98**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

**Remittance Address:**
 Paul Hastings LLP
 Lockbox 4803
 PO Box 894803
 Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                    October 26, 2022
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                          Please Refer to
c/o O'Melveny & Myers LLP                          Invoice Number: 2334077
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                      PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Official Comm. of Unsecured Creditors of Commonwealth of PR**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00002
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2022                              $41,362.00

      Costs incurred and advanced                          473.98

      **Current Fees and Costs Due**                    **$41,835.98**

      **Total Balance Due - Due Upon Receipt**          **$41,835.98**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**

 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

**Remittance Address:**

 Paul Hastings LLP
 Lockbox 4803
 PO Box 894803
 Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334077

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2022

**Official Comm. of Unsecured Creditors of Commonwealth of PR**　　　　**$41,362.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B110** | **Case Administration** | | | | |
| 09/01/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 09/06/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 09/07/2022 | AB21 | Correspond with W. Wu and M. Magzamen regarding transition of administrative matters related to Title III cases (including docket monitoring) | 0.50 | 1,475.00 | 737.50 |
| 09/08/2022 | WW6 | Correspond with A. Bongartz, L. Despins, and N. Bassett regarding document update on oversight board's website | 0.20 | 250.00 | 50.00 |
| 09/13/2022 | MM57 | Review FOMB website and update working group regarding recent posts | 0.20 | 515.00 | 103.00 |

The Commonwealth of Puerto Rico                                                                Page 2
96395-00002
Invoice No. 2334077

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2022 | MM57 | Correspond with E. Sutton and K. Catalano re: Committee distribution lists and follow up regarding same (.2); review recent posts on FOMB website and update working group re: same (.2) | 0.40 | 515.00 | 206.00 |
| 09/21/2022 | MM57 | Calendar September omnibus hearing date and related deadlines | 0.10 | 515.00 | 51.50 |
| 09/26/2022 | DM26 | Prepare calendar reminders for 9/28-29/22 for hearings | 0.30 | 515.00 | 154.50 |
| 09/27/2022 | DM26 | Update calendar hearing reminders. | 0.10 | 515.00 | 51.50 |
| 09/28/2022 | MM57 | Review recent postings on FOMB website and update working group regarding same | 0.10 | 515.00 | 51.50 |
| 09/29/2022 | MM57 | Review recent postings on FOMB website and update working group regarding same | 0.10 | 515.00 | 51.50 |
| | | **Subtotal: B110  Case Administration** | **2.40** | | **1,557.00** |

**B113    Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 09/02/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 09/02/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 09/06/2022 | AB21 | Review Title III docket and filings | 0.20 | 1,475.00 | 295.00 |
| 09/06/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 09/07/2022 | AB21 | Review Title III docket update and recent filings | 0.10 | 1,475.00 | 147.50 |
| 09/07/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |

The Commonwealth of Puerto Rico
96395-00002
Invoice No. 2334077

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/08/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 09/09/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 09/09/2022 | WW6 | Correspond with A. Bongartz and S. Maza regarding recently filed pleadings in title III cases | 0.30 | 250.00 | 75.00 |
| 09/12/2022 | AB21 | Review Title III docket update and recent filings (0.3); correspond with L. Despins regarding same (0.3) | 0.60 | 1,475.00 | 885.00 |
| 09/12/2022 | MM57 | Review case dockets and recently filed pleadings (.2); prepare update for working group (.1) | 0.30 | 515.00 | 154.50 |
| 09/13/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 09/14/2022 | AB21 | Review Title III docket update and recent filings | 0.30 | 1,475.00 | 442.50 |
| 09/14/2022 | MM57 | Review recent filings in active dockets and update working group re: same | 0.40 | 515.00 | 206.00 |
| 09/15/2022 | AB21 | Review Title III docket and recent filings | 0.20 | 1,475.00 | 295.00 |
| 09/15/2022 | MM57 | Review recent filings in active dockets and update working group re: same | 0.20 | 515.00 | 103.00 |
| 09/16/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 09/16/2022 | MM57 | Review recent filings in adversary proceeding dockets and update working group re: same | 1.30 | 515.00 | 669.50 |
| 09/19/2022 | MM57 | Review recent filings in PROMESA-related dockets and update working group re: same | 0.30 | 515.00 | 154.50 |
| 09/20/2022 | MM57 | Review recent filings in active case dockets and update working group re: same | 0.20 | 515.00 | 103.00 |
| 09/21/2022 | AB21 | Review Title III docket update, recent filings, and status reports (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 09/21/2022 | MM57 | Review recent filings in PR dockets and update working group regarding same | 0.20 | 515.00 | 103.00 |

The Commonwealth of Puerto Rico                                    Page 4
96395-00002
Invoice No. 2334077

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/22/2022 | MM57 | Review recent filings in PR dockets and update working group regarding same | 0.20 | 515.00 | 103.00 |
| 09/23/2022 | AB21 | Review Title III docket and recent filings | 0.20 | 1,475.00 | 295.00 |
| 09/23/2022 | MM57 | Review recent filings in main case and adversary proceedings (.8); update working group regarding same (.1) | 0.90 | 515.00 | 463.50 |
| 09/28/2022 | MM57 | Review recent filings in main case and update working group regarding same | 0.20 | 515.00 | 103.00 |
| 09/29/2022 | AB21 | Review Title III docket update and recent filings | 0.20 | 1,475.00 | 295.00 |
| 09/29/2022 | MM57 | Review recent filings in main case and update working group regarding same (.3) | 0.30 | 515.00 | 154.50 |
| 09/30/2022 | AB21 | Review Title III docket updates and filings (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 09/30/2022 | MM57 | Review entered orders (.4); calendar critical dates (.3) | 0.70 | 515.00 | 360.50 |
| | | **Subtotal: B113 Pleadings Review** | **10.30** | | **7,995.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/14/2022 | AB21 | Review informative motion regarding September 21 hearing (0.2); correspond with M. Magzamen regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 09/14/2022 | MM57 | Correspond with A. Bongartz regarding informative motion for Sept. 21 hearing (.1); draft same (.4); e-file same (.1); prepare amended informative motion (.3); e-file same (.1) | 1.00 | 515.00 | 515.00 |
| 09/26/2022 | DM26 | Call with A. Bongartz regarding 9/28/22 hearing (.2); review pleadings and prepare same for hearing (2.6) | 2.80 | 515.00 | 1,442.00 |

The Commonwealth of Puerto Rico                                                    Page 5
96395-00002
Invoice No. 2334077

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/27/2022 | AB21 | Correspond with D. Mohamed regarding preparation for September 28 omnibus hearing (0.1); correspond with Committee regarding same (0.2) | 0.30 | 1,475.00 | 442.50 |
| | | **Subtotal: B155  Court Hearings** | **4.40** | | **2,842.00** |

**B160      Fee/Employment Applications for Paul Hastings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/2022 | KAT2 | Prepare parts of supplemental declaration (.5); review correspondence from D. Verdon and V. Lee regarding same (.2) | 0.70 | 920.00 | 644.00 |
| 09/06/2022 | AB21 | Correspond with L. Despins regarding supplemental declaration in support of PH retention | 0.20 | 1,475.00 | 295.00 |
| 09/07/2022 | KAT2 | Prepare parts of supplemental declaration (.9); correspond with A. Bongartz regarding same (.1); review correspondence from D. Verdon and V. Lee regarding same (.3) | 1.30 | 920.00 | 1,196.00 |
| 09/08/2022 | KAT2 | Prepare parts of supplemental declaration (.8); review correspondence from D. Verdon regarding interested parties (.2) | 1.00 | 920.00 | 920.00 |
| 09/11/2022 | AB21 | Analyze issue for supplemental declaration in support of PH retention (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 09/12/2022 | AB21 | Prepare no objection letter for PH July 2022 fee statement (0.2); correspond with P. Friedman (O'Melveny) regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 09/14/2022 | AB21 | Correspond with L. Despins regarding question related to next supplemental declaration in support of PH retention (0.1); correspond with S. Li regarding same (0.2); correspond with K. Traxler regarding next supplemental declaration (0.1) | 0.40 | 1,475.00 | 590.00 |

The Commonwealth of Puerto Rico                                                              Page 6
96395-00002
Invoice No. 2334077

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/14/2022 | KAT2 | Correspond with A. Bongartz regarding supplemental declaration (.1); correspond with D. Hein regarding new matters (.2); correspond with D. Verdon regarding new hires (.3); prepare parts of supplemental declaration (1.6) | 2.20 | 920.00 | 2,024.00 |
| 09/15/2022 | AB21 | Correspond with M. Hancock (Godfrey) regarding PH retention applications and budget | 0.10 | 1,475.00 | 147.50 |
| 09/15/2022 | KAT2 | Prepare parts of supplemental declaration (2.9); review MIP list (.2); review input from D. Verdon regarding new hires (.3); correspond with D. Verdon and V. Lee regarding new hires (.4); correspond with A. Bongartz regarding declaration questions (.2) | 4.00 | 920.00 | 3,680.00 |
| 09/16/2022 | KAT2 | Correspond with D. Verdon regarding new hire information (.4); correspond with A. Bongartz regarding supplemental declaration (.1); prepare parts of same (2.6) | 3.10 | 920.00 | 2,852.00 |
| 09/19/2022 | KAT2 | Review correspondence between A. Bongartz and D. Hein regarding certain interested parties (.1); prepare parts of supplemental declaration (.4); review input from D. Hein and V. Lee regarding same (.2) | 0.70 | 920.00 | 644.00 |
| 09/20/2022 | KAT2 | Correspond with D. Hein regarding supplemental declaration (.1); review input from D. Hein and K. Dilworth regarding new matters and MIP list (.4); prepare supplemental declaration regarding retention as Committee counsel (3.4); draft correspondence to A. Bongartz regarding declaration (.2) | 4.10 | 920.00 | 3,772.00 |

The Commonwealth of Puerto Rico                                                Page 7
96395-00002
Invoice No. 2334077

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/21/2022 | KAT2 | Correspond with D. Hein regarding supplemental declaration (.2); correspond with V. Lee regarding same (.2); correspond with M. Magzamen regarding same (.1); review new matters and MIP list (.5); prepare supplemental declaration regarding retention as Committee counsel (2.2); correspond with A. Bongartz regarding same (.1); correspond with C. Moore regarding same (.1) | 3.40 | 920.00 | 3,128.00 |
| 09/22/2022 | KAT2 | Review input from K. Dilworth regarding new matters and MIP list (.3); prepare insert to supplemental declaration regarding same (.9); correspond with A. Bongartz regarding same (.1); correspond with C. Moore regarding same (.1); prepare parts of sixteenth interim fee application (.4) | 1.80 | 920.00 | 1,656.00 |
| 09/25/2022 | AB21 | Revise PH August 2022 fee statement | 0.50 | 1,475.00 | 737.50 |
| 09/25/2022 | KAT2 | Correspond with M. Laskowski and D. Mohamed regarding disclosure matters (.2); update draft declaration regarding same (.1) | 0.30 | 920.00 | 276.00 |
| 09/26/2022 | AB21 | Further revise PH August 2022 fee statement (0.3); correspond with C. Edge regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 09/27/2022 | KAT2 | Prepare response to UST Appendix B inquiry for interim fee application (.2); prepare parts of interim fee application (.7); correspond with C. Edge regarding same (.1) | 1.00 | 920.00 | 920.00 |
| 09/27/2022 | KAT2 | Prepare thirteenth supplemental declaration (1.4); review input from K. Dilworth regarding new matters (.2); correspond with A. Bongartz regarding supplemental declaration (.1) | 1.70 | 920.00 | 1,564.00 |
| 09/28/2022 | AB21 | Review fee examiner letter regarding PH 14th and 15th interim fee applications (0.2); call with M. Hancock (Godfrey) regarding same (0.3) | 0.50 | 1,475.00 | 737.50 |
| 09/28/2022 | KAT2 | Prepare insert to interim fee application | 0.20 | 920.00 | 184.00 |

The Commonwealth of Puerto Rico                                                    Page 8
96395-00002
Invoice No. 2334077

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/29/2022 | AB21 | Correspond with L. Despins regarding fee examiner report on PH 14th and 15th interim fee applications (0.4); review revised PH August 2022 fee statement (0.2) | 0.60 | 1,475.00 | 885.00 |
| | | **Subtotal: B160 Fee/Employment Applications for Paul Hastings** | **28.90** | | **28,475.00** |

**B161 Budget**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/12/2022 | AB21 | Prepare PH budget for October 2022 | 0.10 | 1,475.00 | 147.50 |
| 09/21/2022 | AB21 | Finalize PH October 2022 budget (0.1); correspond with B. Williamson (Fee Examiner) regarding same (0.1) | 0.20 | 1,475.00 | 295.00 |
| | | **Subtotal: B161 Budget** | **0.30** | | **442.50** |

**B310 Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/2022 | WW6 | Correspond with M. Palmer regarding responses to claim objections | 0.20 | 250.00 | 50.00 |
| | | **Subtotal: B310 Claims Administration and Objections** | **0.20** | | **50.00** |

| | | **Total** | **46.50** | | **41,362.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 8.10 | 1,475.00 | 11,947.50 |
| KAT2 | Katherine A. Traxler | Of Counsel | 25.50 | 920.00 | 23,460.00 |
| DM26 | David Mohamed | Paralegal | 3.20 | 515.00 | 1,648.00 |
| MM57 | Michael Magzamen | Paralegal | 7.10 | 515.00 | 3,656.50 |
| WW6 | Winnie Wu | Paralegal | 2.60 | 250.00 | 650.00 |

The Commonwealth of Puerto Rico                                              Page 9
96395-00002
Invoice No. 2334077

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/19/2022 | Photocopy Charges | 1,360.00 | 0.08 | 108.80 |
| 09/27/2022 | Photocopy Charges (Color) | 350.00 | 0.25 | 87.50 |
| 08/22/2022 | Computer Search (Other) | | | 1.08 |
| 08/23/2022 | Computer Search (Other) | | | 1.08 |
| 08/24/2022 | Computer Search (Other) | | | 1.08 |
| 08/25/2022 | Computer Search (Other) | | | 2.61 |
| 08/26/2022 | Computer Search (Other) | | | 2.61 |
| 08/29/2022 | Computer Search (Other) | | | 1.08 |
| 08/30/2022 | Computer Search (Other) | | | 1.08 |
| 08/31/2022 | Computer Search (Other) | | | 0.36 |
| 09/01/2022 | Computer Search (Other) | | | 1.08 |
| 09/02/2022 | Computer Search (Other) | | | 1.08 |
| 09/05/2022 | Computer Search (Other) | | | 1.08 |
| 09/06/2022 | Computer Search (Other) | | | 1.08 |
| 09/07/2022 | Computer Search (Other) | | | 1.08 |
| 09/08/2022 | Computer Search (Other) | | | 1.08 |
| 09/09/2022 | Computer Search (Other) | | | 1.08 |
| 09/12/2022 | Computer Search (Other) | | | 1.08 |
| 09/12/2022 | Computer Search (Other) | | | 9.00 |
| 09/13/2022 | Computer Search (Other) | | | 1.08 |
| 09/14/2022 | Computer Search (Other) | | | 1.08 |
| 09/14/2022 | Computer Search (Other) | | | 8.91 |
| 09/15/2022 | Computer Search (Other) | | | 1.08 |
| 09/15/2022 | Computer Search (Other) | | | 2.52 |
| 09/16/2022 | Computer Search (Other) | | | 1.08 |
| 09/17/2022 | Computer Search (Other) | | | 3.33 |
| 09/19/2022 | Postage/Express Mail - First Class - US; | | | 163.20 |
| 09/19/2022 | Computer Search (Other) | | | 1.08 |
| 09/19/2022 | Computer Search (Other) | | | 18.00 |

The Commonwealth of Puerto Rico                                                Page 10
96395-00002
Invoice No. 2334077

| | | |
|---|---|---:|
| 09/20/2022 | Computer Search (Other) | 1.08 |
| 09/20/2022 | Computer Search (Other) | 4.59 |
| 09/21/2022 | Computer Search (Other) | 1.08 |
| 09/22/2022 | Computer Search (Other) | 0.18 |
| 09/22/2022 | Computer Search (Other) | 1.08 |
| 09/23/2022 | Computer Search (Other) | 1.08 |
| 09/23/2022 | Computer Search (Other) | 36.63 |
| 09/30/2022 | Computer Search (Other) | 1.98 |
| **Total Costs incurred and advanced** | | **$473.98** |
| | **Current Fees and Costs** | **$41,835.98** |
| | **Total Balance Due - Due Upon Receipt** | **$41,835.98** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico                    October 26, 2022
Puerto Rico Fiscal Agency and Financial Advisory
Authority                                          Please Refer to
c/o O'Melveny & Myers LLP                          Invoice Number: 2334078
Times Square Tower
7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq.                      PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2022                        $246,562.50

           Costs incurred and advanced                       70.00

           **Current Fees and Costs Due**          **$246,632.50**

           **Total Balance Due - Due Upon Receipt**   **$246,632.50**

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>:
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334078

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

### REMITTANCE COPY

**PREPA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00006
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $246,562.50 |
| Costs incurred and advanced | 70.00 |
| **Current Fees and Costs Due** | **$246,632.50** |
| **Total Balance Due - Due Upon Receipt** | **$246,632.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 206628380
  Account Name: Paul Hastings LLP

**Remittance Address:**
  Paul Hastings LLP
  Lockbox 4803
  PO Box 894803
  Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334078

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2022

**PREPA**                                          **$246,562.50**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B113** | **Pleadings Review** | | | | |
| 09/08/2022 | AB21 | Review Title III docket and recent filings (0.1); correspond with W. Wu regarding docket monitoring (0.1) | 0.20 | 1,475.00 | 295.00 |
| 09/28/2022 | ECS1 | Briefly review certain documents in connection with PREPA bankruptcy | 0.10 | 810.00 | 81.00 |
| | | **Subtotal: B113 Pleadings Review** | **0.30** | | **376.00** |
| **B150** | **Meetings of and Communications with Creditors** | | | | |
| 09/01/2022 | AB21 | Revise next Committee update email (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 09/01/2022 | ECS1 | Prepare minutes of Committee meetings | 0.90 | 810.00 | 729.00 |

The Commonwealth of Puerto Rico                                                  Page 2
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/01/2022 | ECS1 | Prepare summaries of recent filings and case developments for Committee update email | 0.80 | 810.00 | 648.00 |
| 09/02/2022 | AB21 | Correspond with Committee regarding update on Title III cases and PREPA mediation | 0.10 | 1,475.00 | 147.50 |
| 09/02/2022 | ECS1 | Prepare summaries of recent filings and case developments for Committee update email | 0.10 | 810.00 | 81.00 |
| 09/05/2022 | ECS1 | Prepare summaries of recent filings and case developments for Committee update email | 0.30 | 810.00 | 243.00 |
| 09/06/2022 | AB21 | Correspond with E. Sutton regarding draft agenda for Committee update call | 0.10 | 1,475.00 | 147.50 |
| 09/06/2022 | AB21 | Prepare Committee update email regarding update on Title III cases (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |
| 09/06/2022 | ECS1 | Prepare agenda for Committee meeting (.4); correspond with A. Bongartz, S. Martinez (Zolfo Cooper), L. Despins, and D. Mack (Drivetrain) about same (.1) | 0.50 | 810.00 | 405.00 |
| 09/07/2022 | AB21 | Update call with L. Despins, S. Martinez (Zolfo) and Committee regarding update on Title III cases | 0.10 | 1,475.00 | 147.50 |
| 09/07/2022 | ECS1 | Telephonically attend and take notes on the Unsecured Creditors Committee meeting (.1); review issues and notes to prepare for same (.1) | 0.20 | 810.00 | 162.00 |
| 09/07/2022 | ECS1 | Prepare agenda for Committee meeting | 0.30 | 810.00 | 243.00 |
| 09/07/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 0.50 | 810.00 | 405.00 |
| 09/07/2022 | LAD4 | Prepare notes for committee call (.10); handle all hands committee call (.10) | 0.20 | 1,700.00 | 340.00 |
| 09/07/2022 | NAB | Attend Committee conference regarding PREPA mediation | 0.10 | 1,475.00 | 147.50 |

The Commonwealth of Puerto Rico                                                    Page 3
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/08/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 09/08/2022 | ECS1 | Prepare summaries of recent filings and case developments for Committee update email | 1.20 | 810.00 | 972.00 |
| 09/09/2022 | ECS1 | Prepare minutes of Committee bi-weekly meeting | 0.60 | 810.00 | 486.00 |
| 09/09/2022 | ECS1 | Prepare summaries of recent filings and case developments for Committee update email | 1.00 | 810.00 | 810.00 |
| 09/12/2022 | AB21 | Revise Committee update email (0.4); correspond with L. Despins regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 09/12/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 1.00 | 810.00 | 810.00 |
| 09/13/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 1.10 | 810.00 | 891.00 |
| 09/14/2022 | AB21 | Call with E. Sutton regarding next Committee update email | 0.10 | 1,475.00 | 147.50 |
| 09/14/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email (1.6); call with A. Bongartz regarding same (.1) | 1.70 | 810.00 | 1,377.00 |
| 09/15/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.7); correspond with L. Despins regarding same (0.1) | 0.80 | 1,475.00 | 1,180.00 |
| 09/15/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 0.20 | 810.00 | 162.00 |
| 09/18/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 0.40 | 810.00 | 324.00 |
| 09/19/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |

The Commonwealth of Puerto Rico                                                          Page 4
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 4.20 | 810.00 | 3,402.00 |
| 09/20/2022 | AB21 | Correspond with E. Sutton regarding Committee update email and agenda for Committee call (0.1); revise Committee update email regarding recent developments in Title III cases (0.4) | 0.50 | 1,475.00 | 737.50 |
| 09/20/2022 | ECS1 | Prepare summaries of recent filings and case developments for Committee update email | 1.20 | 810.00 | 972.00 |
| 09/20/2022 | ECS1 | Prepare agenda for Committee meeting (.6); correspond with A. Bongartz, S. Martinez (Zolfo Cooper), L. Despins, and D. Mack (Drivetrain) about same (.1) | 0.70 | 810.00 | 567.00 |
| 09/21/2022 | AB21 | Update call with L. Despins and Committee regarding recent developments in Title II cases (0.7); review agenda and notes to prepare for same (0.2) | 0.90 | 1,475.00 | 1,327.50 |
| 09/21/2022 | AB21 | Call with E. Sutton regarding next Committee update email | 0.10 | 1,475.00 | 147.50 |
| 09/21/2022 | ECS1 | Prepare agenda for Committee meeting | 0.50 | 810.00 | 405.00 |
| 09/21/2022 | ECS1 | Telephonically attend and take notes on the Unsecured Creditors Committee meeting (.7); review documents referenced in agenda to prepare for same (.1) | 0.80 | 810.00 | 648.00 |
| 09/21/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email (1.9); call with A. Bongartz regarding same (.1) | 2.00 | 810.00 | 1,620.00 |
| 09/21/2022 | LAD4 | Review agenda, notes to prepare for committee call (.20); handle all hands committee call (.70) | 0.90 | 1,700.00 | 1,530.00 |
| 09/22/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 0.80 | 810.00 | 648.00 |
| 09/23/2022 | AB21 | Call and correspond with E. Sutton regarding next Committee update email on recent developments in Title III cases | 0.10 | 1,475.00 | 147.50 |

The Commonwealth of Puerto Rico                                                    Page 5
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/23/2022 | ECS1 | Prepare summaries of recent filings and case developments for Committee update email (1.8); call and correspond with A. Bongartz regarding same (.1) | 1.90 | 810.00 | 1,539.00 |
| 09/24/2022 | AB21 | Revise update email for Committee regarding recent developments in Title III cases | 0.40 | 1,475.00 | 590.00 |
| 09/28/2022 | AB21 | Call with E. Sutton regarding next Committee update email | 0.10 | 1,475.00 | 147.50 |
| 09/28/2022 | ECS1 | Call with A. Bongartz regarding Committee update email (.1); prepare summaries of recent filings and case updates for Committee update email (.8) | 0.90 | 810.00 | 729.00 |
| 09/29/2022 | AB21 | Update list of open issues for Committee | 0.20 | 1,475.00 | 295.00 |
| 09/29/2022 | AB21 | Revise next Committee update email regarding recent developments in Title III cases (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 09/29/2022 | ECS1 | Prepare summaries of recent filings and case developments for Committee update email | 0.20 | 810.00 | 162.00 |
| 09/30/2022 | AB21 | Revise Committee update email regarding recent developments in Title III cases (0.3); correspond with L. Despins regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 09/30/2022 | ECS1 | Prepare summaries of recent filings and case updates for Committee update email | 1.10 | 810.00 | 891.00 |
| | | **Subtotal: B150 Meetings of and Communications with Creditors** | **33.30** | | **32,673.50** |

**B155    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2022 | MM57 | Correspond with A. Bongartz and L. Despins regarding hearing on FOMB scheduling motion (.1); prepare reference materials for same (.2) | 0.30 | 515.00 | 154.50 |

The Commonwealth of Puerto Rico　　　　　　　　　　　　　　　　　　Page 6
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2022 | AB21 | Review submissions to prepare for hearing on FOMB scheduling motion (0.8); correspond with L. Despins regarding same (0.1) | 0.90 | 1,475.00 | 1,327.50 |
| 09/20/2022 | KC27 | Prepare summary chart of certain PREPA pleadings (1.9); calls with S. Maza on same and motion to dismiss (.4) | 2.30 | 745.00 | 1,713.50 |
| 09/20/2022 | SM29 | Review hearing prep chart (.4); call with K. Catalano re same (.2); review revised hearing prep chart (.2); revise same (.3); review mediation order (.1); correspond with A. Bongartz re same (.1); correspond with L. Despins re dismissal issues (.1); review case law re same (.6); call with A. Bongartz re same (.2); calls with L. Despins re FLL issues (.3); review memo re same (.5); call with A. Bongartz re same (.1); review prior email summaries in connection with same (.3); email A. Bongartz re same (.1); review Oversight Board reply in support of scheduling motion (.5); review bondholders' motion to dismiss (.4); call with K. Catalano re same (.2) | 4.60 | 1,200.00 | 5,520.00 |
| 09/26/2022 | AB21 | Call with L. Osaben (Proskauer) regarding agenda for September 28 omnibus hearing (0.1); call with D. Mohamed regarding materials for hearing (0.2); correspond with D. Mohamed regarding same (0.1) | 0.40 | 1,475.00 | 590.00 |
| 09/28/2022 | AB21 | Review submissions and issues to prepare for hearing on FOMB litigation scheduling motion (0.6); correspond with L. Despins regarding same (0.2); conference with L. Despins regarding same (0.1); listen to hearing on same (2.4) | 3.30 | 1,475.00 | 4,867.50 |
| 09/28/2022 | LAD4 | T/c A. Bongartz re: hearing prep (.10); review submissions, issues to prepare for hearing (1.50); handle same (2.40); t/c M. Bienenstock (Proskauer) re: post-mortem (.20); t/c D. Mack (Drivetrain) re: same (.40) | 4.60 | 1,700.00 | 7,820.00 |

The Commonwealth of Puerto Rico                                                      Page 7
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/28/2022 | SM29 | Correspond with L. Despins re RSA discussions in connection with hearing prep (.4); telephonically attend hearing (2.4) | 2.80 | 1,200.00 | 3,360.00 |
| | | **Subtotal: B155 Court Hearings** | **19.20** | | **25,353.00** |

**B191    General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/16/2022 | LAD4 | Call N. Bassett & A. Bongartz re: intervention rights (.20); second call M. Bienenstock re: same (.40); analyze issues re: same (1.20) | 2.00 | 1,700.00 | 3,400.00 |
| 09/18/2022 | AB21 | Prepare response to FOMB scheduling motion (4.3); correspond with L. Despins and N. Bassett regarding same (1.0); calls with L. Despins regarding same (0.3); call with N. Bassett regarding same (0.3); correspond with Committee regarding same (0.1); correspond with S. Maza regarding next steps in PREPA litigation (0.2); call with S. Martinez (Zolfo) regarding update on PREPA and next steps (0.2) | 6.40 | 1,475.00 | 9,440.00 |
| 09/18/2022 | LAD4 | Review/edit response to litigation schedule (1.20); review FOMB offer to unions/retirees (1.10); t/c A. Bongartz re: same (.30); numerous emails to FOMB team re: strategy (.80); emails to/from N. Bassett & A. Bongartz re: same (.20) | 3.60 | 1,700.00 | 6,120.00 |
| 09/18/2022 | NAB | Telephone conference with A. Bongartz regarding response to Oversight Board litigation scheduling motion (.3); review and revise same (.3); correspond with A. Bongartz and L. Despins regarding same (.2) | 0.80 | 1,475.00 | 1,180.00 |
| 09/19/2022 | AB21 | Finalize Committee's response to FOMB scheduling motion (0.4); correspond with L. Despins and N. Bassett regarding same (0.2); correspond with M. Magzamen regarding filing and service of same (0.2) | 0.80 | 1,475.00 | 1,180.00 |

The Commonwealth of Puerto Rico                                                                    Page 8
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2022 | AB21 | Analyze objections to FOMB litigation schedule, mediators' report, and related pleadings and court orders (3.6); calls with L. Despins regarding same (0.4); correspond with L. Despins regarding same (0.6); correspond with J. Frayer (LEI) regarding same (0.1); call with L. Despins, M. Bienenstock (Proskauer), P. Friedman (O'Melveny) regarding same and FOMB reply (0.8); correspond with M. Bienenstock and P. Friedman regarding same (0.2); correspond with E. Barak (Proskauer) regarding same (0.1); review draft FOMB reply in support of scheduling motion (0.5); correspond with L. Despins regarding same (0.3); calls with S. Maza regarding bondholders' motion to dismiss (0.3) | 6.90 | 1,475.00 | 10,177.50 |
| 09/19/2022 | ECS1 | Review certain pleadings in connection with PREPA litigation | 0.20 | 810.00 | 162.00 |
| 09/19/2022 | KC27 | Review pleadings regarding RSA (3.5); draft summary chart regarding same (1.7); calls with S. Maza on same (.4) | 5.60 | 745.00 | 4,172.00 |
| 09/19/2022 | LAD4 | Review bondholders' and other responses (.70); t/c (3) with A. Bongartz re: same (.40); email to Proskauer re: reply (.30); t/c E. Barak, M. Dale (Proskauer), P. Friedman (O'Melveny) and A. Bongartz re: FOMB reply (.80); review FOMB draft reply and comment on same (1.10); emails to/from A. Bongartz re: same (.20) | 3.50 | 1,700.00 | 5,950.00 |
| 09/19/2022 | MM57 | Correspond with A. Bongartz regarding limited response to FOMB scheduling motion (.2); e-file same (.2); e-mail service of same (.4); prepare for conventional service of same (.4); revise motion to inform (.4); correspond with A. Bongartz re: same (.1); e-file same (.2) | 1.90 | 515.00 | 978.50 |

The Commonwealth of Puerto Rico                                                                 Page 9
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2022 | NAB | Review filings related to mediation termination and proposed litigation schedule (.4); email with A. Bongartz and L. Despins regarding same (.2); review Oversight Board draft reply in support of same (.3) | 0.90 | 1,475.00 | 1,327.50 |
| 09/19/2022 | SM29 | Review litigation scheduling motion, responses and objections, bondholders' cross-motion, and mediators' statement (2.5); calls with A. Bongartz in connection with same and objection to bondholder' cross-motion (.3); review status reports and case law in connection with hearing prep and cross-motion (1.4); calls with K. Catalano re same (.4); correspond with A. Bongartz re same (.5); analyze case law re recourse (.7); correspond with A. Bongartz re plan deadline motion in connection with cross-motion (.3); review same (.2) | 6.30 | 1,200.00 | 7,560.00 |
| 09/20/2022 | AB21 | Analyze FOMB reply, court orders related to FOMB scheduling motion, and next steps regarding same (1.2); correspond with L. Despins, N. Bassett and S. Maza regarding same (0.3); calls with L. Despins regarding same (0.3); correspond with S. Martinez (Zolfo) regarding same (0.5); calls with S. Martinez regarding same (0.4); calls with S. Maza regarding authority regarding dismissal of case (0.3); call with M. Kahn regarding update and analysis of PREPA bonds (0.6); correspond with M. Kahn regarding same (0.1); correspond with J. Frayer (LEI) regarding FOMB reply brief (0.1) | 3.80 | 1,475.00 | 5,605.00 |

The Commonwealth of Puerto Rico                                    Page 10
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/20/2022 | LAD4 | Review FOMB final reply (.30); t/c P. Friedman (O'Melveny) re: prepare update (.30); t/c D. Mack (Drivetrain) re: mediation report (.40); review/comment on fuel line lender priority issues (1.30); t/c (3) S. Maza re: same (.30); t/c M. Bienenstock (Proskauer) re: comments on bondholders' positions (.40); t/c A. Bongartz re: same (.30); emails to/from N. Bassett/A. Bongartz re: same (.40); review submissions, issues to prepare for hearing on scheduling motion (.50) | 4.20 | 1,700.00 | 7,140.00 |
| 09/20/2022 | MRK | Analyze provisions of PREPA trust agreement relevant to identity of secured party thereunder | 2.60 | 1,280.00 | 3,328.00 |
| 09/20/2022 | MRK | Telephone conference with A. Bongartz regarding PREPA litigation update and identity of secured party under PREPA trust agreement | 0.60 | 1,280.00 | 768.00 |
| 09/20/2022 | MRK | Review UCC financing statements filed with respect to security interest under PREPA trust agreement | 0.30 | 1,280.00 | 384.00 |
| 09/20/2022 | MRK | Email A. Bongartz regarding identity of secured party under PREPA trust agreement | 0.10 | 1,280.00 | 128.00 |
| 09/20/2022 | MRK | Prepare memorandum with respect to identity of secured party under PREPA trust agreement | 1.60 | 1,280.00 | 2,048.00 |
| 09/21/2022 | AB21 | Correspond with J. Frayer (LEI) regarding communications with Ankura (0.1); correspond with P. Possinger (Proskauer) regarding settlement proposals for other PREPA creditors (0.1); correspond with S. Maza regarding priority of fuel line lenders (0.2) | 0.40 | 1,475.00 | 590.00 |
| 09/21/2022 | LAD4 | T/c A. Bongartz & S. Martinez (Zolfo) re: PREPA unsecured creditors (.30); t/c R. Mazon (Wachtell) re: priority issue (.80) | 1.10 | 1,700.00 | 1,870.00 |

The Commonwealth of Puerto Rico                                              Page 11
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/21/2022 | MRK | Analyze provisions of PREPA trust agreement relevant to identity of holders of claims thereunder | 1.40 | 1,280.00 | 1,792.00 |
| 09/21/2022 | MRK | Email A. Bongartz regarding provisions of PREPA trust agreement relevant to identity of holders of claims thereunder | 0.30 | 1,280.00 | 384.00 |
| 09/21/2022 | MRK | Analyze authority regarding provisions of trust indentures authorizing the filing of proofs of claim in bankruptcy | 0.60 | 1,280.00 | 768.00 |
| 09/21/2022 | SM29 | Email L. Despins re fuel line lenders and priority issues (.4); reply to email from L. Despins re letter in connection with same (.1); prepare letter (1.0); correspond with L. Despins re same (.1); review rulings on lien issues (1.1); email L. Despins re same (.7) | 3.40 | 1,200.00 | 4,080.00 |
| 09/23/2022 | LAD4 | T/c M. Bienenstock (Proskauer) re: general comments on proceedings | 0.20 | 1,700.00 | 340.00 |
| 09/27/2022 | AB21 | Correspond with L. Despins and N. Bassett regarding proposal for Committee participation rights in lien challenge adversary proceeding (1.0); calls with L. Despins regarding same (0.2); correspond with S. Sepinuck regarding PREPA background (0.2) | 1.40 | 1,475.00 | 2,065.00 |
| 09/27/2022 | LAD4 | T/c A. Bongartz re: Committee participation rights in lien challenge | 0.20 | 1,700.00 | 340.00 |
| 09/27/2022 | NAB | Correspond with L. Despins and A. Bongartz regarding PREPA litigation strategy and approach with Oversight Board | 0.50 | 1,475.00 | 737.50 |
| 09/27/2022 | SS54 | Evaluate the arguments in draft objection to claim by trustee for PREPA bondholders (2.9); review and revise draft objection (1.9) | 4.80 | 1,300.00 | 6,240.00 |

The Commonwealth of Puerto Rico                                        Page 12
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/28/2022 | AB21 | Review comments to draft amended lien challenge complaint (0.2); calls with S. Maza regarding same (0.4); call with S. Maza, S. Sepinuck, and M. Kahn regarding same (0.8); correspond with S. Maza regarding same (0.2); correspond with L. Despins regarding same (0.1); correspond with E. Stevens (Proskauer) regarding same (0.2); call with P. Jimenez regarding background to PREPA litigation (0.1) | 2.00 | 1,475.00 | 2,950.00 |
| 09/28/2022 | MRK | Review and comment on amended lien challenge complaint | 1.40 | 1,280.00 | 1,792.00 |
| 09/28/2022 | MRK | Email S. Maza regarding comments to amended lien challenge complaint | 0.20 | 1,280.00 | 256.00 |
| 09/28/2022 | MRK | Review and comment on language for amended lien challenge complaint pertaining to non-recourse nature of bonds | 1.30 | 1,280.00 | 1,664.00 |
| 09/28/2022 | MRK | Telephone conference with A. Bongartz, S. Maza and S. Sepinuck regarding amended lien challenge complaint | 0.80 | 1,280.00 | 1,024.00 |
| 09/28/2022 | SM29 | Calls with A. Bongartz re lien challenge complaint (.4); review draft amended complaint from Oversight Board (1.4); review S. Sepinuck comments to same (.5); email M. Kahn re same (.1); email E. Stevens (Proskauer) re same (.1); review non-recourse memo in connection with amended complaint (.5); email S. Sepinuck and M. Kahn re same (.1); call with A. Bongartz, S. Sepinuck, M. Kahn re same (.8); further correspond with M. Kahn re comments on amended complaint (.1); revise same to incorporate comments (.9); correspond with S. Sepinuck, M. Kahn, A. Bongartz re same (.2); further revise to include comments from M. Kahn (.2) | 5.30 | 1,200.00 | 6,360.00 |
| 09/28/2022 | SS54 | Review and revise draft additions to claim objection focusing on the nonrecourse nature of the debt. | 0.30 | 1,300.00 | 390.00 |

The Commonwealth of Puerto Rico                                                                    Page 13
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/28/2022 | SS54 | Call with A. Bongartz, S. Maza, and M. Kahn about suggested edits to the draft claim objection and complaint (.8); draft an additional suggested change (.2) | 1.00 | 1,300.00 | 1,300.00 |
| 09/29/2022 | AB21 | Review litigation scheduling order (0.1); correspond with L. Despins regarding same (0.1); calls with S. Maza regarding motion to intervene and related stipulation (0.4); correspond with L. Despins regarding same (0.2); call with S. Martinez (Zolfo) regarding update on PREPA litigation (0.4) | 1.20 | 1,475.00 | 1,770.00 |
| 09/29/2022 | LAD4 | Review draft complaint and mark-up of same (1.80); t/c S. Maza re: same (.10) | 1.90 | 1,700.00 | 3,230.00 |
| 09/29/2022 | SM29 | Reply to email from L. Despins re lien challenge complaint (.1); further correspond with L. Despins and A. Bongartz re same (.1); call with A. Bongartz re intervention motion and stipulation (.4); review documents in connection with same (2.3); correspond with A. Bongartz re same (.1); review emails from L. Despins re same (.2); call with L. Despins re same (.1) | 3.30 | 1,200.00 | 3,960.00 |
| 09/30/2022 | AB21 | Review revised draft of amended lien challenge complaint (0.9); call with S. Sepinuck, M. Kahn, and S. Maza regarding same (0.6); correspond with S. Sepinuck, M. Kahn, and S. Maza regarding same (0.3); call with M. Kahn regarding same (0.2); calls with S. Maza regarding same (0.2); correspond with E. Stevens (Proskauer) regarding same (0.2); correspond with E. Stevens and P. Friedman (O'Melveny) regarding same (0.4); call with L. Despins regarding same (0.1); correspond with L. Despins regarding same (0.1); call with S. Martinez (Zolfo) regarding update on PREPA litigation (0.3) | 3.30 | 1,475.00 | 4,867.50 |
| 09/30/2022 | LAD4 | Review proposed changes to complaint and comment on same (1.10); call A. Bongartz re: same (.10) | 1.20 | 1,700.00 | 2,040.00 |

The Commonwealth of Puerto Rico                                                                Page 14
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/30/2022 | MRK | Analyze certain terms used in PREPA trust agreement | 0.30 | 1,280.00 | 384.00 |
| 09/30/2022 | MRK | Review and comment on successive revised drafts of amended lien challenge complaint | 0.80 | 1,280.00 | 1,024.00 |
| 09/30/2022 | MRK | Emails to A. Bongartz, S. Maza and S. Sepinuck regarding successive revised drafts of amended lien challenge complaint | 0.20 | 1,280.00 | 256.00 |
| 09/30/2022 | MRK | Telephone conference with A. Bongartz, S. Maza and S. Sepinuck regarding revised draft of amended lien challenge complaint | 0.60 | 1,280.00 | 768.00 |
| 09/30/2022 | MRK | Telephone conference with A. Bongartz regarding comments to successive revised drafts of amended lien challenge complaint | 0.20 | 1,280.00 | 256.00 |
| 09/30/2022 | MRK | Draft language for revised amended lien challenge complaint | 0.20 | 1,280.00 | 256.00 |
| 09/30/2022 | MRK | Review and comment on revised draft of amended lien challenge complaint | 1.10 | 1,280.00 | 1,408.00 |
| 09/30/2022 | SM29 | Review revised amended complaint from Oversight Board (.7); call with A. Bongartz re same (.1); email M. Kahn re same (.1); emails with A. Bongartz, S. Sepinuck, M. Kahn re same (.3); call with M. Kahn, S. Sepinuck, A. Bongartz re same (.6); revise complaint (.5); further call with A. Bongartz re same (.1); review further revisions to same (.8); review emails with Proskauer re same (.4) | 3.60 | 1,200.00 | 4,320.00 |
| 09/30/2022 | SS54 | Review most recent draft claim objection and complaint challenging the scope and perfection of the security interest granted to the Trustee for the bondholder. | 0.90 | 1,300.00 | 1,170.00 |
| 09/30/2022 | SS54 | Conference with A. Bongartz, S. Maza & M. Kahn regarding edits to draft claim objection and complaint challenging the scope and perfection of the security interest granted to the Trustee for the bondholders. | 0.60 | 1,300.00 | 780.00 |
| | | **Subtotal: B191 General Litigation** | **98.10** | | **132,480.50** |

The Commonwealth of Puerto Rico                                                    Page 15
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B310** | **Claims Administration and Objections** | | | | |
| 09/21/2022 | AB21 | Calls with S. Martinez (Zolfo) regarding PREPA claims analysis (0.8); call with L. Despins and S. Martinez regarding same (0.3); correspond with L. Despins regarding same (0.1); call with J. Arrastia (Continental) regarding same (0.2); review correspondence from R. Vargas (counsel to M Solar) regarding same (0.1); correspond with M. Kahn regarding PREPA bond claims (0.1) | 1.60 | 1,475.00 | 2,360.00 |
| 09/23/2022 | AB21 | Analyze PREPA claims (0.3); correspond with S. Martinez (Zolfo) regarding same (0.1); review correspondence from R. Vargas (counsel to M Solar) regarding PPOA claims (0.2) | 0.60 | 1,475.00 | 885.00 |
| 09/23/2022 | LAD4 | Review lost profit issues (.40); t/c A. Bongartz re: same (.10) | 0.50 | 1,700.00 | 850.00 |
| 09/24/2022 | AB21 | Review presentation on PREPA claims (0.3); correspond with S. Martinez (Zolfo) regarding same (0.1); call with S. Martinez regarding same (0.1) | 0.50 | 1,475.00 | 737.50 |
| 09/25/2022 | AB21 | Correspond with S. Martinez (Zolfo) regarding claims analysis | 0.10 | 1,475.00 | 147.50 |
| | | **Subtotal: B310  Claims Administration and Objections** | **3.30** | | **4,980.00** |
| **B420** | **Restructurings** | | | | |
| 09/01/2022 | AB21 | Review mediation extension requests (0.3); correspond with L. Despins regarding same (0.2); prepare draft limited objection (0.4) | 0.90 | 1,475.00 | 1,327.50 |
| 09/01/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.20 | 810.00 | 162.00 |

The Commonwealth of Puerto Rico                                                    Page 16
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/02/2022 | AB21 | Correspond with L. Despins regarding requested mediation extension (0.2); revise draft limited objection to same (0.4); call with L. Despins regarding same (0.2); correspond with Committee regarding same (0.2) | 1.00 | 1,475.00 | 1,475.00 |
| 09/02/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| 09/02/2022 | LAD4 | Review/edit objection to extension (.30); t/c A. Bongartz re: same (.20) | 0.50 | 1,700.00 | 850.00 |
| 09/06/2022 | AB21 | Finalize limited objection to mediation extension request (0.1); correspond with L. Despins regarding same (0.1); correspond with W. Wu regarding filing of same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 09/07/2022 | AB21 | Review Oversight Board's reply in support of mediation extension request (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 09/07/2022 | NAB | Review recent filings regarding PREPA mediation | 0.10 | 1,475.00 | 147.50 |
| 09/08/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| 09/12/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| 09/14/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.20 | 810.00 | 162.00 |
| 09/15/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| 09/16/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| 09/16/2022 | NAB | Telephone conference with L. Despins regarding PREPA mediation termination and litigation (.2); telephone conference with A. Bongartz regarding same (.7); review pleadings and litigation status in connection with same (.1); telephone conference with A. Bongartz and L. Despins regarding same (.2) | 1.20 | 1,475.00 | 1,770.00 |

The Commonwealth of Puerto Rico                                            Page 17
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/17/2022 | AB21 | Review urgent scheduling motion and related documents (1.2); draft statement with respect to termination of PREPA mediation (3.4); correspond with L. Despins and N. Bassett regarding same (0.4); calls with L. Despins regarding same (0.1); call with S. Martinez (Zolfo) regarding same (0.2); correspond with Committee regarding same (0.3); correspond with M. Magzamen regarding filing and service of same (0.2); correspond with L. Despins regarding retirees' motion to hold scheduling motion in abeyance (0.1) | 5.90 | 1,475.00 | 8,702.50 |
| 09/17/2022 | LAD4 | Review FOMB filing re: termination of mediation (.30); t/c A. Bongartz re: same (.10); numerous emails to/from N. Bassett & A. Bongartz re: same & Committee reaction to same (.80); review/edit preliminary statement (1.40) | 2.60 | 1,700.00 | 4,420.00 |
| 09/17/2022 | MM57 | Correspond with A. Bongartz re: Committee statement re: PREPA mediation (.1); prepare same for filing (.1); e-file Committee statement re: PREPA mediation (.2); e-mail service re: same (.4); prepare for conventional service of same (.3) | 1.10 | 515.00 | 566.50 |
| 09/17/2022 | NAB | Review Oversight Board scheduling motion (.2); correspond with L. Despins and A. Bongartz regarding same (.2); review initial draft statement regarding termination of mediation (.2) | 0.60 | 1,475.00 | 885.00 |
| 09/20/2022 | NAB | Review court orders and correspondence relating to motion to establish litigation schedule and continuation of mediation | 0.30 | 1,475.00 | 442.50 |
| 09/21/2022 | KC27 | Review motion to dismiss | 0.50 | 745.00 | 372.50 |

The Commonwealth of Puerto Rico                                                    Page 18
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/22/2022 | AB21 | Analyze proposed amended mediation order and related notice (1.1); correspond with L. Despins, N. Bassett, and S. Maza regarding same (0.2); draft objection to same (4.6); correspond with L. Despins, N. Bassett and S. Maza regarding same (0.5); calls with L. Despins regarding same (0.3); calls with S. Maza regarding same (0.8); calls with S. Martinez (Zolfo) regarding same (0.6); correspond with Committee regarding same (0.2); correspond with M. Bienenstock (Proskauer) and P. Friedman (O'Melveny) regarding same (0.1) | 8.40 | 1,475.00 | 12,390.00 |
| 09/22/2022 | LAD4 | T/c P. Friedman (O'Melveny) re: PREPA (.40); t/c M. Bienenstock (Proskauer) re: mediation team filing (.40); review/edit Committee's objection to mediation team's proposal (1.10); review mediation team's court filing (.60); t/c A. Bongartz re: same (.30) | 2.80 | 1,700.00 | 4,760.00 |
| 09/22/2022 | SM29 | Calls with A. Bongartz re objection to proposed amended mediation order and notice (.8); review same (.4); prepare inserts for objection (1.2); analyze case law re motion to dismiss issues (1.2) | 3.60 | 1,200.00 | 4,320.00 |
| 09/23/2022 | AB21 | Finalize objection to proposed amended mediation order (1.3); correspond with L. Despins regarding same (0.5); calls with L. Despins regarding same (0.2); correspond with P. Possinger (Proskauer) regarding same (0.1); correspond with M. Magzamen regarding filing of same (0.1); review additional objections and responses to proposed amended mediation order (0.3); call with L. Despins regarding same (0.1) | 2.60 | 1,475.00 | 3,835.00 |
| 09/23/2022 | LAD4 | Review/edit revised objection to mediation order (.80); t/c A. Bongartz re: same (.20); review FOMB's objection to mediation team (.40) | 1.40 | 1,700.00 | 2,380.00 |

The Commonwealth of Puerto Rico                                                     Page 19
96395-00006
Invoice No. 2334078

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/23/2022 | MM57 | Correspond with A. Bongartz regarding objection related to mediation proposal (.1); prepare for and execute filing and service of same (.6) | 0.70 | 515.00 | 360.50 |
| 09/30/2022 | ECS1 | Prepare email to LEI regarding recent PREPA-related developments | 0.10 | 810.00 | 81.00 |
| | | **Subtotal: B420 Restructurings** | **35.80** | | **50,699.50** |

| | **Total** | | **190.00** | | **246,562.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 31.40 | 1,700.00 | 53,380.00 |
| NAB | Nicholas A. Bassett | Partner | 4.50 | 1,475.00 | 6,637.50 |
| AB21 | Alex Bongartz | Of Counsel | 60.20 | 1,475.00 | 88,795.00 |
| SM29 | Shlomo Maza | Associate | 32.90 | 1,200.00 | 39,480.00 |
| ECS1 | Ezra C. Sutton | Associate | 26.40 | 810.00 | 21,384.00 |
| KC27 | Kristin Catalano | Associate | 8.40 | 745.00 | 6,258.00 |
| SS54 | Stephen Sepinuck | Attorney | 7.60 | 1,300.00 | 9,880.00 |
| MRK | Marguerite R. Kahn | Special Counsel | 14.60 | 1,280.00 | 18,688.00 |
| MM57 | Michael Magzamen | Paralegal | 4.00 | 515.00 | 2,060.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/09/2022 | Vendor Expense - Luc Despins; 08/17/2022; Court call on August 17, 2022 regarding PREPA | | | 70.00 |

| **Total Costs incurred and advanced** | **$70.00** |
|---|---|

| **Current Fees and Costs** | **$246,632.50** |
|---|---|
| **Total Balance Due - Due Upon Receipt** | **$246,632.50** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334079

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

## **HTA**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $590.00 |
| Costs incurred and advanced | 1,234.60 |
| **Current Fees and Costs Due** | **$1,824.60** |
| **Total Balance Due - Due Upon Receipt** | **$1,824.60** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

| **Remittance Address:** |
|---|
| Paul Hastings LLP |
| Lockbox 4803 |
| PO Box 894803 |
| Los Angeles, CA 90189-4803 |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334079

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

## HTA
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00007
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $590.00 |
| Costs incurred and advanced | 1,234.60 |
| **Current Fees and Costs Due** | **$1,824.60** |
| **Total Balance Due - Due Upon Receipt** | **$1,824.60** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>:
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 206628380
 Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>:
 Paul Hastings LLP
 Lockbox 4803
 PO Box 894803
 Los Angeles, CA  90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com  This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334079

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2022

**HTA**                                                                                   **$590.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B320** | **Plan and Disclosure Statement (including Business Plan)** | | | | |
| 09/06/2022 | AB21 | Review modified HTA plan and related documents | 0.40 | 1,475.00 | 590.00 |
| | | **Subtotal: B320 Plan and Disclosure Statement (including Business Plan)** | **0.40** | | **590.00** |
| | **Total** | | **0.40** | | **590.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| AB21 | Alex Bongartz | Of Counsel | 0.40 | 1,475.00 | 590.00 |

The Commonwealth of Puerto Rico                                      Page 2
96395-00007
Invoice No. 2334079

---

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/14/2022 | Airfare - G. Alexander Bongartz; 08/08/2022; From/To: JFK/SJU; Roundtrip Airfare Class: Economy; A. Bongartz travel to Puerto Rico to attend HTA confirmation hearing. | | | 689.60 |
| 09/14/2022 | Lodging - G. Alexander Bongartz; 08/17/2022; Hotel: Condado Vanderbilt; Check-in date: 08/16/2022; Check-out date: 08/17/2022; A. Bongartz travel to Puerto Rico to attend HTA confirmation hearing. | | | 300.00 |
| 09/14/2022 | Local - Taxi - G. Alexander Bongartz; 08/17/2022; From/To: JFK/home; Service Type: Taxi; A. Bongartz travel to Puerto Rico to attend HTA confirmation hearing. | | | 100.00 |
| 09/14/2022 | Local - Taxi - G. Alexander Bongartz; 08/16/2022; From/To: home/ JFK; Service Type: Taxi; A. Bongartz travel to Puerto Rico to attend HTA confirmation hearing. | | | 100.00 |
| 09/14/2022 | Local - Taxi - G. Alexander Bongartz; 08/16/2022; From/To: hotel/office; Service Type: Taxi; A. Bongartz travel to Puerto Rico to attend HTA confirmation hearing. | | | 15.00 |
| 09/14/2022 | Local - Taxi - G. Alexander Bongartz; 08/16/2022; From/To: airport/hotel; Service Type: Taxi; A. Bongartz travel to Puerto Rico to attend HTA confirmation hearing. | | | 30.00 |

| | | |
|---|---|---|
| **Total Costs incurred and advanced** | | **$1,234.60** |
| **Current Fees and Costs** | | **$1,824.60** |
| **Total Balance Due - Due Upon Receipt** | | **$1,824.60** |



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334080

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

| | |
|---|---:|
| Legal fees for professional services for the period ending September 30, 2022 | $33,085.00 |
| **Current Fees and Costs Due** | **$33,085.00** |
| **Total Balance Due – Due Upon Receipt** | **$33,085.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334080

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Mediation**
**(Services Rendered Outside of Puerto Rico)**
PH LLP Client/Matter # 96395-00010
Luc A. Despins

Legal fees for professional services
for the period ending September 30, 2022        $33,085.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$33,085.00** |
| **Total Balance Due – Due Upon Receipt** | **$33,085.00** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

*TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory
Authority
c/o O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

October 26, 2022

Please Refer to
Invoice Number: 2334080

Attn: John J. Rapisardi, Esq.

PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2022

**Mediation**

**$33,085.00**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **B420** | **Restructurings** | | | | |
| 09/03/2022 | AB21 | Revise ▒▒▒▒ (1.1); correspond with L. Despins regarding same (0.1); call with L. Despins regarding same (0.1); correspond with J. Frayer (LEI) regarding same (0.1) | 1.40 | 1,475.00 | 2,065.00 |
| 09/03/2022 | LAD4 | Review/edit ▒▒▒▒ (.70); t/c A. Bongartz re: same (.10) | 0.80 | 1,700.00 | 1,360.00 |
| 09/05/2022 | AB21 | Call with L. Despins and J. Frayer (LEI) regarding ▒▒▒▒ | 0.90 | 1,475.00 | 1,327.50 |
| 09/05/2022 | LAD4 | T/c J. Frayer (LEI) and A. Bongartz re: ▒▒▒▒ (.90); review/edit power point (1.20) | 2.10 | 1,700.00 | 3,570.00 |
| 09/07/2022 | AB21 | Review ▒▒▒▒ (0.5); correspond with L. Despins regarding same (0.1) | 0.60 | 1,475.00 | 885.00 |

The Commonwealth of Puerto Rico

Page 2

96395-00010

Invoice No. 2334080

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/07/2022 | LAD4 | T/c D. Mack (Drivetrain) re: ███████ (.40); review ███████ (.40) | 0.80 | 1,700.00 | 1,360.00 |
| 09/08/2022 | AB21 | Prepare ███████ (0.6); correspond with L. Despins regarding same (0.1); calls with L. Despins regarding same (0.2); comment on ███████ (0.5); correspond with L. Despins and J. Frayer (LEI) regarding same (0.2); call with S. Martinez (Zolfo) regarding ███████ (0.1); call with S. Martinez regarding ███████ (0.4) | 2.10 | 1,475.00 | 3,097.50 |
| 09/08/2022 | LAD4 | Review/edit ███████ (2.50); t/c A. Bongartz re: same (.20) | 2.70 | 1,700.00 | 4,590.00 |
| 09/09/2022 | AB21 | Revise ███████ (0.2); correspond with L. Despins regarding same (0.1) | 0.30 | 1,475.00 | 442.50 |
| 09/12/2022 | AB21 | Finalize ███████ (0.1); correspond with M. Bienenstock (Proskauer) regarding same (0.1); correspond with L. Despins regarding ███████ (0.1) | 0.30 | 1,475.00 | 442.50 |
| 09/14/2022 | AB21 | Correspond with L. Despins regarding ███████ (0.1); call with L. Despins, S. Martinez (Zolfo), and J. Frayer (LEI) regarding same (0.5); calls with S. Martinez regarding same (0.5); correspond with P. Friedman (O'Melveny) regarding ███████ (0.1) | 1.20 | 1,475.00 | 1,770.00 |
| 09/14/2022 | LAD4 | T/c M. Bienenstock (Proskauer) re: ███████ (.80); brief J. Frayer (LEI), S. Martinez (Zolfo) and A. Bongartz re: same (.50); t/c J. Casillas (CST Law) re: same (.30); t/c P. Friedman (O'Melveny) re: same (.50); plan ███████ (1.10) | 3.20 | 1,700.00 | 5,440.00 |

The Commonwealth of Puerto Rico
96395-00010
Invoice No. 2334080

Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/15/2022 | LAD4 | T/c M. Bienenstock (Proskauer) re: ▮ (.30); analyze ▮ (LEI) (1.40) | 1.70 | 1,700.00 | 2,890.00 |
| 09/16/2022 | AB21 | Call with L. Despins and N. Bassett regarding ▮ 0.2); call with N. Bassett regarding same (0.7); correspond with L. Despins regarding same (0.1); analyze ▮ (0.8) | 1.80 | 1,475.00 | 2,655.00 |
| 09/16/2022 | LAD4 | T/c M. Bienenstock (Proskauer) re: ▮ (.20); t/c N. Bassett re: same (.20); t/c D. Mack (Drivetrain) re: ▮ (.20); t/c J. Casillas (CST Law) re: same (.30) | 0.70 | 1,700.00 | 1,190.00 |
| | | **Subtotal: B420 Restructurings** | **20.60** | | **33,085.00** |
| | | **Total** | **20.60** | | **33,085.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| LAD4 | Luc A. Despins | Partner | 12.00 | 1,700.00 | 20,400.00 |
| AB21 | Alex Bongartz | Of Counsel | 8.60 | 1,475.00 | 12,685.00 |

| | | | | |
|---|---|---|---|---|
| **Current Fees and Costs** | | | | **$33,085.00** |
| **Total Balance Due - Due Upon Receipt** | | | | **$33,085.00** |