## REPLICA DE OBJECION GLOBAL

### I. DATOS DE CONTACTO

Nombre: **Lourdes Febre Santiago**

Dirección Postal: **5735 Crowntree LN Apt 208 Orlando, Fl. 32829**

Teléfono de contacto res. _____ cel **407-731-1007**

### II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico.

   Número de las evidencias por reclamo

   #49782 – Ley #89 – Romerazo - Efectivo en 1 de julio de 1995

   #94057 – Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #06021 – Ley #90 (2002) del Dr. Pedro Roselló – efectivo julio de 2002
            Ley #184 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #90 (2002) del Dr. Pedro Roselló – efectivo julio de 2002

   Ley #184 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

Enviado desde Yahoo Mail para Android

Caso # ~~17225~~ 178025

Mail body: Carta Prtc

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el 15 de Marzo de 1976 hasta el 1 de Diciembre de 2010. Culmine mi laborar como Representante Servicio al Cliente en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Lourdes Febre Santiago
Nombre en letra de molde

*[signature]*
Firma

Caso # 178025