

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

### LOURDES FEBRE SANTIAGO
### XXX-XX-6764

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 15 de marzo de 1976.

- Trabajó como empleada regular hasta el 01 de diciembre de 2010.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a viernes, 10 de julio de 2020.

*Abigail Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords