Lourdes Febor Santiago
5735 Crown tree LN Apt 208
Orlando, Fl. 32829

2022 NOV 14   PM 32
CLERK'S
U.S DISTRICT

00918

UNITED STATES POSTAL SERVICE®
029

U.S. POSTAGE PAID
FCM LETTER
ORLANDO, FL
32822
NOV 09, 22
AMOUNT
**$7.25**
R2305K137125-07

To: Tribunal de Distrito de E.U.
Room 150 Federal Building.
San Juan, P.R. 00918-1767

7021 2720 0000 0221 9373

CERTIFIED MAIL

USA FOREVER