# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

    Debtors.[1]

-------------------------------------------------------------------------x

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Jointly Administered)

## ORDER

This matter is before the Court on the *Urgent Uncontested Omnibus Motion for Extension of Deadlines Concerning Scheduling of Mediations* (Dkt. No. 22862 in Case No. 17-3283) (the "Omnibus Motion"), as it relates to thirteen (13) of the Avoidance Actions[2] listed in the attached Appendix. Taking notice of the lack of objection and finding good cause for the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Omnibus Motion.

requested relief, the Court hereby ALLOWS the Omnibus Motion. The Mediation Scheduling Deadline set forth in the Court's *Order Allowing Omnibus Motion by the Avoidance Actions Trustee to Establish Litigation Case Management Procedures* (Dkt. No. 20937 in Case No. 17-3283) is extended through and including **January 20, 2023**.

This Order resolves Dkt. No. 22862.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: November 18, 2022

2

**APPENDIX**

**REMAINING AVOIDANCE ACTIONS**

| | |
|---|---|
| 19-00043 | Drivetrain LLC v. Community Cornerstones, Inc. |
| 19-00048 | Drivetrain LLC v. Ambassador Veterans Services of Puerto Rico L.L.C. |
| 19-00053 | Drivetrain LLC v. Centro de Desarrollo Academico, Inc. |
| 19-00056 | Drivetrain LLC v. E. Cardona & Asociados, Inc. |
| 19-00075 | Drivetrain LLC v. Jose Santiago, Inc. |
| 19-00130 | Drivetrain LLC v. Seguros Colon Colon, Inc. |
| 19-00145 | Drivetrain LLC v. St. James Security Services, LLC |
| 19-00155 | Drivetrain LLC v. Rodriguez-Parissi & Co., C.S.P. |
| 19-00161 | Drivetrain LLC v. Didacticos, Inc. |
| 19-00162 | Drivetrain LLC v. Sesco Technology Solutions, LLC |
| 19-00218 | Drivetrain LLC v. Xerox Corporation |
| 19-00229 | Drivetrain LLC v. Junior Bus Line, Inc. |
| 19-00273 | Drivetrain LLC v. GM Security Technologies, Inc. |