EXHIBIT 1

ESTADO LIBRE ASOCIADO DE PUERTO RICO

19na Asamblea  
Legislativa

4ta Sesión  
Ordinaria

## CÁMARA DE REPRESENTANTES

# R. C. de la C. 415

7 DE NOVIEMBRE DE 2022

Presentado por los representantes y las representantes *Hernández Montañez, Varela Fernández, Méndez Silva, Matos García, Rivera Ruiz de Porras, Aponte Rosario, Cardona Quiles, Cortés Ramos, Cruz Burgos, Díaz Collazo, Feliciano Sánchez, Ferrer Santiago, Fourquet Cordero, Higgins Cuadrado, Maldonado Martiz, Martínez Soto, Ortiz González, Ortiz Lugo, Rivera Madera, Rivera Segarra, Rodríguez Negrón, Santa Rodríguez, Santiago Nieves, Soto Arroyo y Torres García*

Referida a la Comisión de Hacienda y Presupuesto

## RESOLUCIÓN CONJUNTA

Para incluir como parte del Presupuesto de Gastos del Gobierno de Puerto Rico para el Año Fiscal 2023 una asignación presupuestaria de quinientos cincuenta y seis millones, ciento cincuenta mil novecientos cincuenta y seis dólares ($556,150,956), mediante la asignación de fondos del Tesoro del Estado, provenientes de recaudos excedentes del Año Fiscal 2022, para el pago del Bono de Participación Upside ("Upside Participation Bonus") del Año Fiscal 2022 y la reposición de la asignación para el Instrumento de Valor Contingente del Impuesto sobre las Ventas y el Uso y del Impuesto sobre el Ron ("Sales and Use Tax and Rum Tax Contingent Value Instrument") del Año Fiscal 2023.

EXPOSICIÓN DE MOTIVOS

El 18 de enero de 2022, el Tribunal de Título III confirmó el el Plan de Ajuste ("PDA"), para reestructurar la deuda del Estado Libre Asociado, los Sistemas de Retiro de los Empleados y la Autoridad de Edificios Públicos y las Modificaciones Cualificadas bajo el Título VI de PROMESA para reestructurar las deudas de la Autoridad del Distrito del Centro de Convenciones ("CCDA") y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico (en conjunto, las "Modificaciones Cualificadas"). Luego, el 20 de enero de 2022, dicho Tribunal aprobó las Modificaciones Cualificadas, concluyendo oficialmente la reestructuración de la deuda del Gobierno de Puerto Rico y

aquellas entidades gubernamentales que están sujetas al PDA y Modificaciones Cualificadas y sentando las bases para un futuro de estabilidad económica.

De conformidad con los términos del PDA, se asignan fondos a Asignaciones bajo la Custodia del Departamento de Hacienda por la cantidad de cuatrocientos setenta y cinco millones de dólares ($475.000.000) para el pago de un Bono de Participación Upside ("Upside Participation Bonus") para el Año Fiscal 2022 y ochenta y un millones ciento cincuenta mil novecientos cincuenta y seis dólares ($81,150,956) para reponer la asignación del Año Fiscal 2023 para los Instrumentos de Valor Contingente del Impuesto sobre Ventas y Uso y el Impuesto sobre el Ron ("Sales and Use Tax and Rum Tax Contingent Value Instruments").

*RESUÉLVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:*

1  Sección 1.- Se añade una nueva asignación por la cantidad de cuatrocientos setenta
2  y cinco millones de dólares ($475,000,000) a la partida de Asignaciones bajo la Custodia
3  del Departamento de Hacienda en el Presupuesto de Gastos para el Año Fiscal 2023, a
4  saber, "Bono de Participación Upside" ("Upside Participation Bonus"). Una cantidad de
5  hasta cuatrocientos setenta y cinco millones de dólares ($475,000,000) se pagará a los
6  empleados gubernamentales de acuerdo con el PDA. El monto incluye los impuestos a
7  ser contribuidos por parte del empleador. Dicha nueva asignación se financiará mediante
8  la asignación de fondos del Tesoro del Estado, provenientes de recaudos excedentes del
9  Año Fiscal 2022.
10 Sección 2.- Se incluye como parte del Presupuesto de Gastos para el Año Fiscal
11 2023 una asignación de setenta y nueve millones quinientos sesenta mil ochocientos
12 veinticinco dólares ($79,560,825) para la reposición de la asignación "[p]ara el pago del
13 Instrumento de Valor Contingente del Impuestos sobre Ventas y Uso" ("Sales and Use
14 Tax Contingent Value Instrument") Bajo la Custodia del Departamento de Hacienda en
15 el Presupuesto del Fondo General del Año Fiscal 2023. La reposición se financiará

1 mediante la asignación de fondos del Tesoro del Estado, provenientes de recaudos
2 excedentes del Año Fiscal 2022.

3 Sección 3.- Se incluye como parte del Presupuesto de Gastos para el Año Fiscal
4 2023 una asignación de un millón quinientos noventa mil ciento treinta y un dólares
5 ($1,590,131) para la reposición de la asignación "[p]ara el pago del Instrumento de Valor
6 Contingente del Ron" ("Rum Tax Contingent Value Instrument") Bajo la Custodia del
7 Departamento de Hacienda en el Presupuesto del Fondo General del Año Fiscal 2023. La
8 reposición se financiará mediante la asignación de fondos del Tesoro del Estado,
9 provenientes de recaudos excedentes del Año Fiscal 2022.

10 Sección 4.- Esta Resolución Conjunta se adoptará en los dos idiomas oficiales de
11 Puerto Rico, español e inglés. Si en la interpretación o aplicación de esta Resolución
12 Conjunta surgiera algún conflicto entre los textos en inglés y español, prevalecerá el texto
13 en inglés.

14 Sección 5.- Esta Resolución Conjunta comenzará a regir inmediatamente después
15 de su aprobación.

16 **JOINT RESOLUTION**

17 To include as part of the Budget of Expenses of the Government of Puerto Rico for
18 Fiscal Year 2023 a budget appropriation of five hundred and fifty six million one hundred
19 and fifty thousand nine hundred and fifty six dollars ($556,150,956), by appropriating
20 Fiscal Year 2022 revenue outperformance funds from the State Treasury for the payment
21 of the Upside Participation Bonus for Fiscal Year 2022 and the replenishment of the Fiscal
22 Year 2023 Sales and Use Tax and Rum Tax Contingent Value Instrument appropriation.

1  BE IT RESOLVED BY THE PUERTO RICO LEGISLATIVE ASSEMBLY:

2  Section 1.– A new appropriation in the amount of four hundred seventy-five
3  million dollars ($475,000,000) is hereby added to Appropriations under the Custody of
4  the Treasury in the Budget of Expenses for the Fiscal Year 2023, namely, "Upside
5  Participation Bonus." An amount up to four hundred seventy-five million dollars
6  ($475,000,000) will be paid to Government employees in accordance with the POA. The
7  amount is inclusive of employer related taxes. Such new appropriation will be funded by
8  appropriating Fiscal Year 2022 revenue outperformance funds from the State Treasury.

9  Section 2.- To include as part of the Budget of Expenses for Fiscal Year 2023 an
10 appropriation of seventy-nine million five hundred and sixty thousand eight hundred
11 and twenty-five dollars ($79,560,825) for the replenishment of appropriation "[f]or the
12 payment of Sales and Use Taxes Contingent Value Instrument" under the custody of the
13 Treasury in the Fiscal Year 2023 General Fund Budget. The replenishment will be funded
14 by appropriating Fiscal Year 2022 revenue outperformance funds from the State
15 Treasury.

16 Section 3.- To include as part of the Budget of Expenses for Fiscal Year 2023 an
17 appropriation of one million five hundred and ninety thousand one hundred and thirty-
18 one dollars ($1,590,131) for the replenishment of appropriation "[f]or the payment of Rum
19 Contingent Value Instrument" under the custody of the Treasury in the Fiscal Year 2023
20 General Fund Budget. The replenishment will be funded by appropriating Fiscal Year
21 2022 surplus cash from the State Treasury.

1        Section 4.- This Joint Resolution shall be adopted in both of Puerto Rico's official
2 languages, Spanish and English. If in the interpretation or application of this Joint
3 Resolution any conflict arises between the English and Spanish texts, the English text
4 shall govern.
5        Section 5.- This Joint Resolution shall take effect immediately after enactment.