# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Blended Hourly Rate | |
|---|---|---|---|
| | | **Worked and Billed in 2021** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| **Partner** | | **$913** | **$1,425** |
| | Partner – Sr. (20+ years) | $964 | $1,450 |
| | Partner – Mid (13-19 years) | $880 | $1,150 |
| | Partner – Jr. (0-12 years) | $786 | N/A |
| **Associate** | | **$602** | **N/A** |
| | Associate – Sr. (5+ years) | $691 | N/A |
| | Associate – Mid (4-5years) | $642 | N/A |
| | Associate – Jr. (0-3 years) | $577 | N/A |
| **Counsel** | N/A | **$656** | **$995** |
| **Paralegal** | N/A | $303 | $458 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $1,153.67 |
| **Blended Rate for all Attorneys with 15% discount** | | | $980.62 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $1,028.97 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $874.62 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Jenner & Block LLP |
| Date of Application: | November 15, 2022 |
| Interim or Final: | Interim |