# **EXHIBIT E**

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2022) | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,450 | 39.30 | $56,985.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,150 | 3.60 | $4,140.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,450 | .50 | $725.00 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $995 | 75.70 | $75,321.50 |
| SHIVA KHANSARI | Paralegal | N/A | Litigation | $430 | 16.10 | $6,923.00 |
| JESSICA M. MERKOURIS | Paralegal | N/A | Litigation | $505 | 9.50 | $4,797.50 |
| **Sub-Total*** | | | | | **144.70** | **$148,892.00** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | ($22,333.80) |
| Less 50% Discount on Non-working Travel Matter | | | | | | $0.00 |
| Total | | | | | **144.70** | **$126,558.20** |