## EXHIBIT F

### Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| B&W Copy | $302.40 |
| E-Discovery Hosting | $5,888.75 |
| Pacer Charges | $22.80 |
| FedEx | $56.82 |
| Postage Expense | $295.22 |
| UPS | $109.67 |
| Westlaw Research | $319.09 |
| **TOTAL** | **$6,994.75** |

1