# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 1.4 | $1,802.50 |
| CLAIMS ISSUES | N/A | N/A |
| COMMITTEE GOVERNANCE AND MEETINGS | 14.9 | $18,101.50 |
| COMMUNICATIONS WITH RETIREES | 1.1 | $1,094.50 |
| COURT HEARINGS | 7 | $7,101.50 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | N/A | N/A |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 57.6 | $56,415.50 |
| EMPLOYMENT OF PROFESSIONALS (NON-JENNER) | 45.6 | $39,581.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 16.9 | $24,505.00 |
| MEDIATION | N/A | N/A |
| PREPA | .2 | $290.00 |
| **Sub-Total*** | 144.7 | $ 148,892.00 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $22,333.80 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | **$126,558.20** |