# **EXHIBIT H**

**Detailed Time Records for Jenner & Block LLP**

# JUNE 2022

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:              57347

OFFICIAL COMMITTEE OF RETIREES IN THE                                     JULY 19, 2022
COMMONWEALTH OF PUERTO RICO                                     INVOICE #  9635686
MIGUEL FABRE
PUERTO RICO

FOR PROFESSIONAL SERVICES RENDERED                                     $ 77,007.00
THROUGH JUNE 30, 2022:

        LESS 15% FEE DISCOUNT                                          $ -11,551.07

                                        FEE SUB-TOTAL          $  65,455.93

DISBURSEMENTS                                                         $ 724.71

                                        TOTAL INVOICE          $ 66,180.64

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
MIGUEL FABRE
PUERTO RICO

CLIENT NUMBER:  57347

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2022:

**CASE ADMINISTRATION/MISCELLANEOUS**      **MATTER NUMBER - 10008**

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/13/22 | RDG | .20 | Review and email conference with S. Gumbs re open issues. | 290.00 |
| 6/23/22 | CNW | .50 | Zoom conference with R. Gordon re case developments and allocation of tasks going forward. | 497.50 |
| 6/23/22 | RDG | .50 | Zoom conference with C. Wedoff re open matters (PRRADA disclosures, information for Committee meeting, and related items). | 725.00 |
| | | 1.20 | PROFESSIONAL SERVICES | $ 1,512.50 |

LESS 15% FEE DISCOUNT      $ -226.88

FEE SUB-TOTAL      $ 1,285.62

**SUMMARY OF CASE ADMINISTRATION/MISCELLANEOUS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | .70 | 1,450.00 | 1,015.00 |
| CARL N. WEDOFF | .50 | 995.00 | 497.50 |
| TOTAL | 1.20 | | $ 1,512.50 |

MATTER 10008 TOTAL      $ 1,285.62

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| EMPLOYMENT OF PROFESSIONALS/FEE | | | | |
|---|---|---|---|---|
| APPLICATIONS | | | | MATTER NUMBER - 10016 |

| | | | | |
|---|---|---|---|---|
| 6/01/22 | CNW | .20 | Correspond with D. Robbins (Jenner) and R. Gordon re supplemental disclosure for new representation. | 199.00 |
| 6/01/22 | JQM | .50 | Worked ████████████████████████. | 252.50 |
| 6/01/22 | JQM | .30 | Responded ████████████████████████ | 151.50 |
| 6/02/22 | CNW | 1.10 | Finalize Jenner 14th interim fee application (1.0); correspond with R. Gordon re same (.1). | 1,094.50 |
| 6/02/22 | RDG | 1.30 | Review and revise Fourteenth Interim Fee Application of Jenner, and email conference with C. Wedoff re same. | 1,885.00 |
| 6/03/22 | CNW | .20 | Coordinate filing of Jenner 14th interim fee application and notice. | 199.00 |
| 6/03/22 | CNW | .40 | Review and analyze U.S. Trustee questions on Jenner PRRADA disclosures (.3); correspond with R. Gordon re same (.1). | 398.00 |
| 6/03/22 | RDG | .40 | Receive and review email correspondence from M. Lecaroz re PRRADA disclosures by Jenner, and email conference with C. Wedoff re same (.3); email conference with M. Lecaroz re same (.1). | 580.00 |
| 6/07/22 | CNW | 1.60 | Email conference with R. Gordon re Jenner PRRADA disclosures (.5); factual research for same (1.1). | 1,592.00 |
| 6/07/22 | RDG | .70 | Email conference with C. Wedoff re PRRADA disclosures and inquiry from UST (.3); preliminary review of email archives (.3); email conference with M. Lecaroz re status (.1). | 1,015.00 |
| 6/08/22 | CNW | 3.40 | Review file re UST questions on Jenner Rule 2014 / PRRADA disclosures (1.4); draft answers to same (1.9); email conference with R. Gordon re same (.1). | 3,383.00 |
| 6/08/22 | RDG | 2.20 | Research and review conflicts history to analyze any additional PRRADA disclosures. | 3,190.00 |
| 6/09/22 | CNW | .30 | Email conference with R. Gordon and R. Levin re PRRADA disclosures. | 298.50 |
| 6/09/22 | RDG | .40 | Email conference with R. Levin re PRRADA issue (.2); further analyze disclosure issues and email conference with C. Wedoff re same (.2). | 580.00 |

### JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 6/10/22 | MMR | .20 | Prepare monthly statement. | 230.00 |
|---|---|---|---|---|
| 6/13/22 | CNW | .30 | Email conference with R. Gordon re Jenner PRRADA disclosures. | 298.50 |
| 6/13/22 | RDG | .80 | Review and revise fee statement for May services relative to confidentiality/redaction issues and compliance with Court and Fee Examiner guidelines. | 1,160.00 |
| 6/13/22 | RDG | .70 | Further analysis of PRRADA supplemental declaration by Jenner (.5), email conference with R. Levin re same (.1), and email conference with C. Wedoff re same (.1). | 1,015.00 |
| 6/15/22 | CNW | 1.50 | Draft and send email to N. Hahn re expense questions (.2); review and redact Jenner May 2022 invoice for confidentiality and privilege (.7); correspond with M. Root and F. Del Castillo re same (.1); prepare Jenner July 2022 budget (.5). | 1,492.50 |
| 6/16/22 | CNW | .30 | Telephone conference with Jenner staff re U.S. Trustee question on Jenner PRRADA disclosures (.1); email conference with C. Curry re same (.2). | 298.50 |
| 6/20/22 | RDG | .10 | Email conference with C. Wedoff re status of PRRADA supplemental declaration. | 145.00 |
| 6/21/22 | CNW | .60 | Finalize and submit Jenner May 2022 fee statement (.3); further email conference with N. Hahn re backup for 14th interim fee statement (.1); further email conference with R. Gordon and Jenner accounting department re answers to U.S. Trustee's questions on Jenner PRRADA disclosure (.2) | 597.00 |
| 6/22/22 | RDG | .20 | Receive and review UST motion to extend deadline to object to PRRADA disclosures, and email conference with C. Wedoff, et al., re same. | 290.00 |
| 6/23/22 | CNW | .30 | Revise and finalize Jenner PRRADA answers to U.S. Trustee questions. | 298.50 |
| 6/23/22 | RDG | .50 | Review PRRADA declaration for Jenner, and email conference with C. Wedoff re same; draft email correspondence to M. Lecaroz re same. | 725.00 |
| 6/24/22 | RDG | .10 | Email conference with M. Lecaroz re Jenner responses to PRRADA information request; email conference with C. Wedoff re preparation of supplemental declaration. | 145.00 |
| 6/28/22 | RDG | .20 | Email conference with M. Schell re recent article re application of Bankruptcy Code to PR municipalities. | 290.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

|  | | |
|---|---|---|
| 18.80 | PROFESSIONAL SERVICES | $ 21,803.00 |

| | |
|---|---|
| LESS 15% FEE DISCOUNT | $ -3,270.45 |
| FEE SUB-TOTAL | $ 18,532.55 |

**SUMMARY OF EMPLOYMENT OF PROFESSIONALS/FEE**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | 7.60 | 1,450.00 | 11,020.00 |
| MELISSA M. ROOT | .20 | 1,150.00 | 230.00 |
| CARL N. WEDOFF | 10.20 | 995.00 | 10,149.00 |
| JESSICA M. MERKOURIS | .80 | 505.00 | 404.00 |
| TOTAL | 18.80 | | $ 21,803.00 |

| | |
|---|---|
| MATTER 10016 TOTAL | $ 18,532.55 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COMMITTEE GOVERNANCE AND MEETINGS**                    **MATTER NUMBER - 10024**

| Date | Atty | Hours | Description | Amount |
|------|------|-------|-------------|--------|
| 6/01/22 | RDG | .40 | Review reports ██████████████████████████ ███████████, and email conference with S. Gumbs and N. Sombuntham re preparation of report to Retiree Committee re same. | 580.00 |
| 6/12/22 | RDG | .30 | Email conference with H. Mayol and F. del Castillo re Retiree Committee update meeting (.2); email conference with S. Gumbs re same (.1). | 435.00 |
| 6/17/22 | RDG | 1.00 | Receive and review FTI deck for 6/24 Retiree Committee meeting. | 1,450.00 |
| 6/20/22 | RDG | .80 | Telephone conference with F. del Castillo re 6/24 Committee meeting (.1); receive and review agenda for same and email conference with F. del Castillo re same (.1); analyze issues for presentation at meeting, and email conference with C. Wedoff re same, preparation of presentation (.5); further email conference with F. del Castillo, H. Mayol, et al., re 6/24 meeting, logistics (.1). | 1,160.00 |
| 6/21/22 | CNW | 3.20 | Review █████████████████████████ █████████████████ (2.1); prepare email memorandum for R. Gordon re same (1.1). | 3,184.00 |
| 6/21/22 | RDG | .30 | Prepare for 6/24 meeting with Committee, and email conference with F. del Castillo, et al., re same. | 435.00 |
| 6/22/22 | CNW | 1.20 | Review ██████████████ ███████ for Retiree Committee presentation (.8); revise memorandum re same (.3); email conference with R. Gordon re same (.1). | 1,194.00 |
| 6/22/22 | RDG | 1.00 | Review materials in preparation for 6/24 Committee meeting. | 1,450.00 |
| 6/23/22 | CNW | .90 | Revise memorandum for presentation to Retiree Committee members. | 895.50 |
| 6/23/22 | RDG | 1.00 | Review matters and prepare for 6/24 Retiree Committee call. | 1,450.00 |
| 6/24/22 | CNW | 2.40 | Participate in meeting of Retiree Committee (1.4); prepare for same (1.0). | 2,388.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 6/24/22 | RDG | 1.90 | Further prepare (.5) and participate in Retiree Committee videoconference re █████████████ ███████████████████████ ██████ (1.4). | 2,755.00 |
| | | 14.40 | PROFESSIONAL SERVICES | $ 17,376.50 |

LESS 15% FEE DISCOUNT                                                $ -2,606.48

                                                        FEE SUB-TOTAL        $ 14,770.02

**SUMMARY OF COMMITTEE GOVERNANCE AND MEETINGS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | 6.70 | 1,450.00 | 9,715.00 |
| CARL N. WEDOFF | 7.70 | 995.00 | 7,661.50 |
| TOTAL | 14.40 | | $ 17,376.50 |

MATTER 10024 TOTAL                                                $ 14,770.02

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FISCAL PLAN/PLAN OF ADJUSTMENT**                                        **MATTER NUMBER - 10067**

| | | | | |
|---|---|---|---|---|
| 6/01/22 | RDG | .80 | Telephone conference with S. Kreisberg ███████ (.5); email conference with PBC appointees, et al., re same (.3). | 1,160.00 |
| 6/01/22 | RDG | .40 | Telephone conference with P. Possinger ███████ (.3); further analyze (.1) ███████████ | 580.00 |
| 6/02/22 | RDG | .10 | Review file and draft email correspondence to P. Possinger re PBC and status of PRB appointee process. | 145.00 |
| 6/03/22 | RDG | .10 | Email conference with Retiree Committee appointees to PBC ███████████ | 145.00 |
| 6/04/22 | RDG | .20 | Receive and review First Circuit order denying Federacion's request for rehearing en banc (.1); email conference with H. Mayol, et al., re same (.1). | 290.00 |
| 6/06/22 | RDG | 1.40 | Email conference with P. Possinger ██████████ ███████████████████ (.1); analysis and email conference with W. Santiago, et al., ████████ ██████ (1.0); conference with P. Possinger re same (.3). | 2,030.00 |
| 6/09/22 | RDG | .40 | Email conference with H. Mayol, et al., ███████ (.2); telephone conference with C. Nunez re same (.2). | 580.00 |
| 6/09/22 | RDG | .20 | Email conference with S. Gumbs and N. Sombuntham █ ████████████████ | 290.00 |
| 6/11/22 | RDG | .20 | Email conference with H. Mayol and F. del Castillo █ ████████████████ ██████████ | 290.00 |
| 6/12/22 | RDG | .40 | Further analyze ███████████████ ██████ and draft email correspondence to P. Possinger re same. | 580.00 |
| 6/14/22 | RDG | .50 | Email conference with F. del Castillo, et al., ████████ ██████████ and related issues (.3); email conference with P. Possinger re same ████████ ██████████ (.2). | 725.00 |
| 6/16/22 | RDG | .40 | Email conference with F. del Castillo ███████████ ██████ and further analyze same (.2); further email conference with H. Mayol, P. Possinger, and F. del Castillo re same (.2). | 580.00 |

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 6/20/22 | RDG | .90 | Telephone conference with H. Mayol and F. del Castillo ███████████ (.3); review prior email correspondence re same, and further email conference with P. Possinger re same (.2); further email conference with H. Mayol and F. del Castillo re same ███ ███████████ (.2); further analyze issues (.2). | 1,305.00 |
|---|---|---|---|---|
| 6/21/22 | RDG | .50 | Email conference with P. Possinger re, and receive and review of, summary ████████████ (.3); email conference with H. Mayol and J. Marchand re same (.2). | 725.00 |
| 6/21/22 | RDG | .40 | Telephone conference with P. Possinger ███████████ (.3); further analyze same (.1). | 580.00 |
| 6/22/22 | RDG | 1.40 | Further email conference with P. Possinger ███████ (.1); email conference with C. Wedoff ███ ███████████ (.1); receive and review First Circuit ruling denying Governor's appeal re FOMB's ability to block challenged laws (1.2). | 2,030.00 |
| 6/23/22 | RDG | .20 | Draft email correspondence to H. Mayol and F. del Castillo ██████████████████ ███ . | 290.00 |
| 6/24/22 | RDG | 1.20 | Videoconference with H. Mayol and F. del Castillo re ███████████████ (1.0); receive and review FOMB letter ███ ██████████ (.2). | 1,740.00 |
| 6/25/22 | RDG | .20 | Receive and review FOMB's letter ██████ ████████████ | 290.00 |
| | | 9.90 | PROFESSIONAL SERVICES | $ 14,355.00 |

| | | |
|---|---|---|
| LESS 15% FEE DISCOUNT | | $ -2,153.25 |
| | FEE SUB-TOTAL | $ 12,201.75 |

## SUMMARY OF FISCAL PLAN/PLAN OF ADJUSTMENT

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | 9.90 | 1,450.00 | 14,355.00 |
| TOTAL | 9.90 | | $ 14,355.00 |

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

MATTER 10067 TOTAL                                                    $ 12,201.75

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                       **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 6/07/22 | Postage Expense | 295.22 |
| 6/07/22 | B&W Copy | 302.40 |
| 6/30/22 | Westlaw Research | 127.09 |
| | TOTAL DISBURSEMENTS | $ 724.71 |

MATTER 10113 TOTAL                                                          $ 724.71

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COURT HEARINGS**                                    **MATTER NUMBER - 10121**

| 6/21/22 | CNW | .90 | Email conference with R. Gordon and M. Root re June 29 omnibus hearing (.1); review docket for potential agenda items for June 29 hearing (.3); review hearing procedures order (.1); prepare informative motion and party attendance sheet for hearing (.3); coordinate filing of same (.1). | 895.50 |
|---|---|---|---|---|
| 6/29/22 | CNW | 1.80 | Attend omnibus hearing (1.3); review hearing materials re same (.3); email conference with R. Gordon re same (.2). | 1,791.00 |
| 6/29/22 | RDG | .30 | Email conference with C. Wedoff re omnibus hearings today, coverage (.1); email conference with C. Wedoff re hearing results (.2). | 435.00 |
| | | 3.00 | PROFESSIONAL SERVICES | $ 3,121.50 |

LESS 15% FEE DISCOUNT                                              $ -468.23

                                                    FEE SUB-TOTAL    $ 2,653.27

**SUMMARY OF COURT HEARINGS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | .30 | 1,450.00 | 435.00 |
| CARL N. WEDOFF | 2.70 | 995.00 | 2,686.50 |
| TOTAL | 3.00 | | $ 3,121.50 |

MATTER 10121 TOTAL                                                  $ 2,653.27

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EMPLOYMENT OF PROFESSIONALS/FEE**                    **MATTER NUMBER - 10253**
**APPLICATIONS (NON-JENNER PROFESSIONALS)**

| | | | | |
|---|---|---|---|---|
| 6/01/22 | CNW | .30 | Correspond with Hacienda counsel and Bennazar re outstanding February Bennazar invoice (.2); correspond with F. Del Castillo re COR approval of Marchand March 2022 invoice (.1). | 298.50 |
| 6/02/22 | CNW | .40 | Review UCC informative motion re final expense applications of committee members (.3); email conference with Jenner team re joinder to same (.1). | 398.00 |
| 6/02/22 | CNW | 1.30 | Confer with J. Marchand and Y. Sanchez re Marchand response to U.S. Trustee questions on PRRADA disclosures (.4); email conference with J. Marchand re same (.2); email conference with R. Gordon re same (.2); prepare written answers to U.S. Trustee questions re Marchand disclosures (.5). | 1,293.50 |
| 6/02/22 | CNW | 1.50 | Review and redact Marchand March invoice for confidentiality and privilege (.5); review and redact Bennazar March invoice for confidentiality and privilege (.9); email conference with M. Root re same (.1). | 1,492.50 |
| 6/02/22 | RDG | .30 | Receive and review email correspondence from S. Boughner at UST re Marchand's PRRADA disclosures, and draft response (.2); email conference with J. Marchand, C. Wedoff, et al., re responding further (.1). | 435.00 |
| 6/02/22 | RDG | .20 | Review proposed responses to UST re Marchand disclosures, and email conference with C. Wedoff, et al., re same. | 290.00 |
| 6/03/22 | RDG | .20 | Review emails and draft email correspondence to S. Boughner at UST responding to PRRADA inquiries re Marchand ICS. | 290.00 |
| 6/06/22 | JQM | 2.00 | Prepare Fourteenth Fee application for service. | 1,010.00 |
| 6/07/22 | CNW | 4.20 | Prepare joinder to UCC motion regarding timing of final committee member expense application (1.1); email conference with Jenner team re same (.2); coordinate filing and service of same (.2); prepare amended PRRADA disclosure for Marchand ICS group (1.9); correspond with Jenner and Marchand teams re same (.2); finalize and submit Marchand and Bennazar March fee statements (.6). | 4,179.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 6/07/22 | RDG | .40 | Review UCC informative motion re Committee member expense reimbursement, procedures and deadlines (.2); email conference with C. Wedoff re same (.1); receive and review Retiree Committee joinder re same (.1). | 580.00 |
|---------|-----|-----|---|--------|
| 6/07/22 | JQM | 3.20 | Coordinate filing and service of Joinder of Fourteenth Fee App filing. | 1,616.00 |
| 6/08/22 | JQM | 3.50 | Coordinate filing and service of Joinder of the Official Committee and COS re Fourteenth Fee App filing. | 1,767.50 |
| 6/12/22 | RDG | .10 | Review file, and email conference with C. Wedoff re preparation of Marchand supplemental PRRADA declaration. | 145.00 |
| 6/13/22 | CNW | .50 | Email conference with J. Marchand and R. Gordon re revised Marchand disclosures (.3); review R. Gordon edits to supplemental disclosure (.2). | 497.50 |
| 6/13/22 | RDG | .60 | Review and revise proposed PRRADA supplemental declaration of Marchand ICS (.5), and email conference with C. Wedoff re same (.1). | 870.00 |
| 6/14/22 | CNW | .40 | Prepare revised answers to U.S. Trustee on Marchand PRRADA disclosures (.2): email conference with J. Marchand and R. Gordon re same (.2). | 398.00 |
| 6/15/22 | CNW | .70 | Correspond with Y. Sanchez re Marchand budgets (.1); submit Marchand budgets (.1); prepare supplemental Marchand PRRADA declaration (.4); email conference with R. Gordon and J. Marchand re same (.1). | 696.50 |
| 6/15/22 | RDG | .60 | Review revised PRRADA disclosures for Marchand ICS, email conference with C. Wedoff re same, and email conference with S. Boughner (UST) re same. | 870.00 |
| 6/22/22 | CNW | .40 | Review UST motion to modify compensation procedures (.3); email conference with COR professionals re same (.1). | 398.00 |
| 6/23/22 | CNW | .30 | Finalize and coordinate filing of Marchand supplemental PRRADA disclosure. | 298.50 |
| 6/23/22 | RDG | .50 | Review revised PRRADA declaration for Marchand, and email conference with C. Wedoff re same. | 725.00 |
|  |  | 21.60 | PROFESSIONAL SERVICES | $ 18,548.50 |

LESS 15% FEE DISCOUNT                                                   $ -2,782.28

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

FEE SUB-TOTAL          $ 15,766.22

**SUMMARY OF EMPLOYMENT OF PROFESSIONALS/FEE**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT D. GORDON | 2.90 | 1,450.00 | 4,205.00 |
| CARL N. WEDOFF | 10.00 | 995.00 | 9,950.00 |
| JESSICA M. MERKOURIS | 8.70 | 505.00 | 4,393.50 |
| TOTAL | 21.60 | | $ 18,548.50 |

MATTER 10253 TOTAL          $ 15,766.22

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**PREPA**                                                        **MATTER NUMBER - 10261**

| 6/25/22 | RDG | .20 | Receive and review reports ▮▮▮▮▮▮ | 290.00 |
|---------|-----|-----|------------------------------------|--------|

| | .20 | PROFESSIONAL SERVICES | $ 290.00 |
|---|-----|------------------------|----------|

LESS 15% FEE DISCOUNT                                              $ -43.50

FEE SUB-TOTAL        $ 246.50

**SUMMARY OF PREPA**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT D. GORDON | .20 | 1,450.00 | 290.00 |
| TOTAL | .20 | | $ 290.00 |

| MATTER 10261 TOTAL | | $ 246.50 |
|--------------------|---------------|----------|
| | TOTAL INVOICE | $ 66,180.64 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT D. GORDON | 28.30 | 1,450.00 | 41,035.00 |
| MELISSA M. ROOT | .20 | 1,150.00 | 230.00 |
| CARL N. WEDOFF | 31.10 | 995.00 | 30,944.50 |
| JESSICA M. MERKOURIS | 9.50 | 505.00 | 4,797.50 |
| TOTAL | 69.10 | | $ 77,007.00 |

# JULY 2022

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:          57347

OFFICIAL COMMITTEE OF RETIREES IN THE                    AUGUST 19, 2022
COMMONWEALTH OF PUERTO RICO                         INVOICE #  9640000
MIGUEL FABRE
PUERTO RICO

FOR PROFESSIONAL SERVICES RENDERED                      $ 32,126.00
THROUGH JULY 31, 2022:

    LESS 15% FEE DISCOUNT                              $ -4,818.91

                     FEE SUB-TOTAL        $  27,307.09

DISBURSEMENTS                                                $ 80.64

                     TOTAL INVOICE        $ 27,387.73

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
MIGUEL FABRE
PUERTO RICO

CLIENT NUMBER:  57347

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2022:

**EMPLOYMENT OF PROFESSIONALS/FEE
APPLICATIONS**                                                    **MATTER NUMBER - 10016**

| | | | | |
|---|---|---|---|---|
| 7/06/22 | CNW | 1.50 | Prepare Jenner supplemental PRRADA disclosure (1.4); email conference with R. Gordon re same (.1). | 1,492.50 |
| 7/08/22 | CNW | .70 | Finalize and coordinate filing of Jenner PRRADA disclosures (.5); email conference with R. Gordon and M. Lecaroz re same (.2). | 696.50 |
| 7/08/22 | RDG | .50 | Review and revise supplemental PRRADA declaration (.4); email conference with C. Wedoff re same (.1). | 725.00 |
| 7/11/22 | CNW | .30 | Confer with COR professionals re Fee Examiner questions on Jenner 14th interim fee application (.2); correspond with N. Hahn re same (.1). | 298.50 |
| 7/19/22 | CNW | 1.80 | Call with S. Khansari re fee application preparation and general case background (.6); prepare materials for S. Khansari re same (1.2). | 1,791.00 |
| 7/19/22 | RDG | .80 | Review Jenner invoice for June services, for privilege/redaction issues and compliance with court guidelines. | 1,160.00 |
| 7/19/22 | SK | .60 | Meeting with C. Wedoff regarding Interim Fee Application project. | 258.00 |
| 7/19/22 | SK | .60 | Review materials for Fee Application. | 258.00 |
| 7/20/22 | CNW | 1.20 | Further telephone conference with S. Khansari re Jenner fee application preparation (.3); review and redact Jenner June 2022 fee statement for confidentiality and privilege (.8); email conference with M. Root and F. Del Castillo re same (.1). | 1,194.00 |
| 7/21/22 | SK | 3.30 | Prepare exhibits for Fifteenth Fee Application | 1,419.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 7/22/22 | CNW | 1.10 | Review and comment on draft exhibits for 15th interim fee application (.7); email conference with S. Khansari and Jenner team re same (.4). | 1,094.50 |
|---------|-----|------|--------------------------------------------------------------------------------------------------------------------------------------------|----------|
| 7/22/22 | SK  | 3.00 | Prepare exhibits for Fifteenth Fee Application. | 1,290.00 |
| 7/25/22 | CNW | .30  | Finalize and submit Jenner June fee statement. | 298.50 |
| 7/29/22 | CNW | 2.20 | Begin Jenner 15th interim fee application. | 2,189.00 |
|         |     | 17.90 | PROFESSIONAL SERVICES | $ 14,164.50 |

LESS 15% FEE DISCOUNT                                                  $ -2,124.68

                                                    FEE SUB-TOTAL      $ 12,039.82

**SUMMARY OF EMPLOYMENT OF PROFESSIONALS/FEE**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT D. GORDON | 1.30 | 1,450.00 | 1,885.00 |
| CARL N. WEDOFF | 9.10 | 995.00 | 9,054.50 |
| SHIVA KHANSARI | 7.50 | 430.00 | 3,225.00 |
| TOTAL | 17.90 | | $ 14,164.50 |

MATTER 10016 TOTAL                                                     $ 12,039.82

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COMMITTEE GOVERNANCE AND MEETINGS**                    **MATTER NUMBER - 10024**

| | | | | |
|---|---|---|---|---:|
| 7/20/22 | RDG | .50 | Videoconference with F. del Castillo and H. Mayol re status and updating of Committee on matters. | 725.00 |
| | | .50 | PROFESSIONAL SERVICES | $ 725.00 |

| | |
|---|---:|
| LESS 15% FEE DISCOUNT | $ -108.75 |
| FEE SUB-TOTAL | $ 616.25 |

**SUMMARY OF COMMITTEE GOVERNANCE AND MEETINGS**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| ROBERT D. GORDON | .50 | 1,450.00 | 725.00 |
| TOTAL | .50 | | $ 725.00 |

| | |
|---|---:|
| MATTER 10024 TOTAL | $ 616.25 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COMMUNICATIONS WITH RETIREES**                    **MATTER NUMBER - 10032**

| | | | | |
|---|---|---|---|---|
| 7/06/22 | CNW | 1.10 | Email conference with J. Marchand re questions on voting and solicitation costs for MICS communication with retirees (.3); conduct docket research re same (.8). | 1,094.50 |
| | | 1.10 | PROFESSIONAL SERVICES | $ 1,094.50 |

LESS 15% FEE DISCOUNT                                        $ -164.18

                                        FEE SUB-TOTAL       $ 930.32

**SUMMARY OF COMMUNICATIONS WITH RETIREES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARL N. WEDOFF | 1.10 | 995.00 | 1,094.50 |
| TOTAL | 1.10 | | $ 1,094.50 |

MATTER 10032 TOTAL                                        $ 930.32

## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**FISCAL PLAN/PLAN OF ADJUSTMENT**          **MATTER NUMBER - 10067**

| Date | | Hours | Description | Amount |
|------|------|------|-------------|--------|
| 7/18/22 | CS | .50 | Review court ruling re plan confirmation. | 725.00 |
| 7/18/22 | RDG | 1.20 | Receive and review First Circuit opinion re non-dischargeability of Takings Clause claims (1.0); email conference with Committee re same (.2). | 1,740.00 |
| 7/19/22 | RDG | .80 | Review Guidelines and comments from F. del Castillo, and analyze amendments. | 1,160.00 |
| 7/20/22 | RDG | 3.10 | Further review and revise Guidelines document (.9); videoconference with F. del Castillo and H. Mayol re ▮▮▮▮▮▮▮▮▮▮ (1.2); further analyze and draft revisions to Guidelines and correspondence to P. Possinger re same (1.0). | 4,495.00 |
| 7/21/22 | RDG | .80 | Email conference with P. Possinger re Guidelines ▮▮▮▮▮▮ (.1); email conference with F. del Castillo re same, and revise and re-circulate ▮▮▮▮▮▮ (.5); further email conferences with F. del Castillo and P. Possinger re same (.2). | 1,160.00 |
| | | 6.40 | PROFESSIONAL SERVICES | $ 9,280.00 |

LESS 15% FEE DISCOUNT          $ -1,392.00

FEE SUB-TOTAL          $ 7,888.00

**SUMMARY OF FISCAL PLAN/PLAN OF ADJUSTMENT**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT D. GORDON | 5.90 | 1,450.00 | 8,555.00 |
| CATHERINE L. STEEGE | .50 | 1,450.00 | 725.00 |
| TOTAL | 6.40 | | $ 9,280.00 |

MATTER 10067 TOTAL          $ 7,888.00

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10113**

| | | |
|---|---|---|
| 7/31/22 | Westlaw Research | 80.64 |
| | TOTAL DISBURSEMENTS | $ 80.64 |

MATTER 10113 TOTAL                                                            $ 80.64

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EMPLOYMENT OF PROFESSIONALS/FEE**                      **MATTER NUMBER - 10253**
**APPLICATIONS (NON-JENNER PROFESSIONALS)**

| 7/05/22 | CNW | 1.10 | Review and revise Bennazar April 2022 fee statement for confidentiality and privilege (.7); email conference with M. Root re same (.1); finalize and submit (.3). | 1,094.50 |
|---------|-----|------|---|---------|
| 7/11/22 | CNW | .10 | Correspond with G. Bridges re Segal fee statements and applications. | 99.50 |
| 7/12/22 | CNW | .80 | Review and revise Bennazar May 2022 invoice for confidentiality and privilege. | 796.00 |
| 7/13/22 | CNW | .60 | Review and revise FTI 15th interim fee application. | 597.00 |
| 7/18/22 | CNW | 1.10 | Finalize and submit Bennazar May invoice (.1); email conference with Hacienda counsel re payment of submitted invoices (.1); email conference with F. Del Castillo re timing of 15th interim fee applications (.1); finalize and coordinate filing of FTI 15th interim fee application (.3); prepare notice and coordinate filing of same (.2); email conference with N. Sombuntham re FTI supplemental PRRADA disclosure (.2). | 1,094.50 |
| 7/20/22 | CNW | .80 | Email conference with S. Khansari re service of FTI fifteenth fee application and general case-specific service requirements (.3); collect materials for same (.3); further email conference with S. Khansari re same (.2). | 796.00 |
| 7/20/22 | SK | .70 | Coordinate with Digital Document Center regarding output of hard copies of FTI Fee Application and Notice of Hearing and mail service of same. | 301.00 |
| 7/20/22 | SK | .80 | Prepare and electronically serve FTI's Notice of Hearing and Fee application to parties, Judge and Magistrate. | 344.00 |
| 7/20/22 | SK | .40 | Draft Certificate of Service for FTI Fee Application. | 172.00 |
| 7/20/22 | SK | .50 | Emails and calls to C. Wedoff regarding service of Notice of Hearing and Fee Application. | 215.00 |
| 7/21/22 | SK | .60 | Prepare and submit Certificates of Service to docket for filing in District Court. | 258.00 |
| 7/25/22 | CNW | .30 | Finalize and submit Marchand May fee statement. | 298.50 |
| 7/26/22 | CNW | .80 | Review and revise FTI supplemental PRRADA disclosure (.5); email conference with N. Sombuntham re same (.1); coordinate filing of same (.2). | 796.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---|
| 8.60   PROFESSIONAL SERVICES | | $ 6,862.00 |
| LESS 15% FEE DISCOUNT | | $ -1,029.30 |
| | FEE SUB-TOTAL | $ 5,832.70 |

**SUMMARY OF EMPLOYMENT OF PROFESSIONALS/FEE**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARL N. WEDOFF | 5.60 | 995.00 | 5,572.00 |
| SHIVA KHANSARI | 3.00 | 430.00 | 1,290.00 |
| TOTAL | 8.60 | | $ 6,862.00 |

| | | |
|---|---|---|
| MATTER 10253 TOTAL | | $ 5,832.70 |
| | TOTAL INVOICE | $ 27,387.73 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | 7.70 | 1,450.00 | 11,165.00 |
| CATHERINE L. STEEGE | .50 | 1,450.00 | 725.00 |
| CARL N. WEDOFF | 15.80 | 995.00 | 15,721.00 |
| SHIVA KHANSARI | 10.50 | 430.00 | 4,515.00 |
| TOTAL | 34.50 | | $ 32,126.00 |

# AUGUST 2022

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:            57347

OFFICIAL COMMITTEE OF RETIREES IN THE                    SEPTEMBER 13, 2022
COMMONWEALTH OF PUERTO RICO                          INVOICE #  9645127
MIGUEL FABRE
PUERTO RICO

FOR PROFESSIONAL SERVICES RENDERED                          $ 27,604.50
THROUGH AUGUST 31, 2022:

      LESS 15% FEE DISCOUNT                                     $ -4,140.68

                                       FEE SUB-TOTAL             $  23,463.82

DISBURSEMENTS                                            $ 6,079.73

                                       TOTAL INVOICE             $ 29,543.55

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
MIGUEL FABRE
PUERTO RICO

CLIENT NUMBER:  57347

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2022:

**EMPLOYMENT OF PROFESSIONALS/FEE**                                 **MATTER NUMBER - 10016**
**APPLICATIONS**

| | | | | |
|---|---|---|---|---|
| 8/02/22 | SK | 1.80 | Draft and circulate Exhibits to 15th Interim Fee Application for attorney review. | 774.00 |
| 8/03/22 | CNW | 7.20 | Draft and finalize Jenner fifteenth interim fee application. | 7,164.00 |
| 8/03/22 | SK | .50 | Prepare Exhibits for 15th Interim Fee Application and circulation of same for attorney review. | 215.00 |
| 8/11/22 | RDG | 1.00 | Review and revise Jenner's fifteenth interim fee application. | 1,450.00 |
| 8/12/22 | CNW | 2.20 | Revise and finalize Jenner 15th interim fee application (1.9); coordinate filing of same (.3). | 2,189.00 |
| 8/15/22 | CNW | .30 | Coordinate service of Jenner, Marchand, and Bennazar fee applications with S. Khansari. | 298.50 |
| 8/16/22 | SK | .70 | Prepare Certificates of Service for Notice of Hearing and 15th Fee Application and circulation of same for attorney review. | 301.00 |
| 8/18/22 | CNW | .20 | Email conference with R. Gordon and Jenner staff re potential disclosure for incoming attorney. | 199.00 |
| 8/18/22 | SK | .40 | Prepare Certificates of Service and coordinate with Docketing to file same in District Court. | 172.00 |
| 8/19/22 | CNW | .60 | Review and redact Jenner July invoice for confidentiality and privilege (.4); email conference with M. Root re same (.1); email conference with F. Del Castillo re same (.1). | 597.00 |
| 8/30/22 | CNW | .10 | Email conference with F. Del Castillo re COR approval of Jenner fee statements. | 99.50 |
| 8/31/22 | CNW | .50 | Finalize and submit Jenner July fee statement. | 497.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

|  | | |
|---|---|---|
| 15.50 | PROFESSIONAL SERVICES | $ 13,956.50 |

| | |
|---|---|
| LESS 15% FEE DISCOUNT | $ -2,093.48 |

| | |
|---|---|
| FEE SUB-TOTAL | $ 11,863.02 |

**SUMMARY OF EMPLOYMENT OF PROFESSIONALS/FEE**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | 1.00 | 1,450.00 | 1,450.00 |
| CARL N. WEDOFF | 11.10 | 995.00 | 11,044.50 |
| SHIVA KHANSARI | 3.40 | 430.00 | 1,462.00 |
| TOTAL | 15.50 | | $ 13,956.50 |

| | |
|---|---|
| MATTER 10016 TOTAL | $ 11,863.02 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FISCAL PLAN/PLAN OF ADJUSTMENT**                    **MATTER NUMBER - 10067**

| | | | | |
|---|---|---|---|---|
| 8/10/22 | RDG | .60 | Email conference with F. del Castillo and H. Mayol ▇ ▇ (.2); receive and review report ▇ ▇ (.4). | 870.00 |

| | | | |
|---|---|---|---|
| | .60 | PROFESSIONAL SERVICES | $ 870.00 |

| | |
|---|---|
| LESS 15% FEE DISCOUNT | $ -130.50 |
| FEE SUB-TOTAL | $ 739.50 |

**SUMMARY OF FISCAL PLAN/PLAN OF ADJUSTMENT**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | .60 | 1,450.00 | 870.00 |
| TOTAL | .60 | | $ 870.00 |

| | |
|---|---|
| MATTER 10067 TOTAL | $ 739.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                             **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 3/17/22 | Other Professional Services; ALIX PARTNERS LLP; 03/17/2022 | 5,888.75 |
| 7/07/22 | Pacer Quarterly Charges 07/07/2022 Period Cost April 01 thru June 30 2022 | 22.80 |
| 8/02/22 | Federal Express; FEDEX; 08/02/2022 | 56.82 |
| 8/31/22 | Westlaw Research | 111.36 |
| | TOTAL DISBURSEMENTS | $ 6,079.73 |

MATTER 10113 TOTAL                                          $ 6,079.73

## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EMPLOYMENT OF PROFESSIONALS/FEE**                      **MATTER NUMBER - 10253**
**APPLICATIONS (NON-JENNER PROFESSIONALS)**

| | | | | |
|---|---|---|---|---|
| 8/01/22 | CNW | .10 | Email conference with Hacienda counsel re payment of Bennazar May 2022 fee statement. | 99.50 |
| 8/04/22 | CNW | 2.20 | Draft Marchand ICS Group 15th interim fee application. | 2,189.00 |
| 8/05/22 | CNW | 3.60 | Finalize Marchand ICS Group 15th interim fee application (3.4); email conference with J. Marchand re same (.1); email to Hacienda counsel re payment of interim monthly statements (.1). | 3,582.00 |
| 8/11/22 | RDG | .20 | Email conference with M. Lecaroz and review of docket re fee application of UCC information agent. | 290.00 |
| 8/12/22 | CNW | 2.40 | Revise and finalize Marchand 15th interim fee application (1.9); Revise and finalize Bennazar 15th interim fee application (.2); coordinate filing of same (.3). | 2,388.00 |
| 8/12/22 | CNW | .50 | Prepare notice of fee application hearing (.4); coordinate filing of same (.1). | 497.50 |
| 8/15/22 | CNW | .30 | Review June and July fee statements of FTI Consulting for confidentiality and privilege (.2); correspond with N. Sombuntham re same (.1). | 298.50 |
| 8/15/22 | CNW | .20 | Review US Trustee statement on PRRADA disclosures (.2); email conference with COR professionals re same (.1). | 199.00 |
| 8/15/22 | SK | 2.20 | Coordinate output and electronically and physically service Notice of Hearing and 15th Interim Fee Applications. | 946.00 |
| 8/18/22 | CNW | .20 | Review and revise certificate of service for fee application filing (.1); email conference with S. Khansari re same (.1). | 199.00 |
| 8/19/22 | CNW | .40 | Email conference with I. Labarca (Hacienda counsel) re payment of post-effective date fees for COR professionals (.3); email conference with R. Gordon re same (.1). | 398.00 |
| 8/22/22 | CNW | .20 | Email conference with Hacienda counsel re payment of outstanding COR professional fees. | 199.00 |
| 8/24/22 | CNW | .10 | Further conference with Hacienda counsel re payment of outstanding COR professional fees. | 99.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 8/30/22 | CNW | .60 | Review and redact Bennazar June invoice for confidentiality and privilege. | 597.00 |
|---|---|---|---|---|
| 8/30/22 | CNW | .20 | Email conference with Hacienda counsel and Bennazar re payment of Bennazar fee statements. | 199.00 |
| 8/31/22 | CNW | .50 | Finalize and submit Bennazar July fee statement. | 497.50 |
| 8/31/22 | CNW | .10 | Email conference with G. Bridges re outstanding Segal fee applications. | 99.50 |
| | | 14.00 | PROFESSIONAL SERVICES | $ 12,778.00 |

| LESS 15% FEE DISCOUNT | $ -1,916.70 |
|---|---|
| | FEE SUB-TOTAL   $ 10,861.30 |

**SUMMARY OF EMPLOYMENT OF PROFESSIONALS/FEE**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | .20 | 1,450.00 | 290.00 |
| CARL N. WEDOFF | 11.60 | 995.00 | 11,542.00 |
| SHIVA KHANSARI | 2.20 | 430.00 | 946.00 |
| TOTAL | 14.00 | | $ 12,778.00 |

| MATTER 10253 TOTAL | $ 10,861.30 |
|---|---|
| TOTAL INVOICE | $ 29,543.55 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | 1.80 | 1,450.00 | 2,610.00 |
| CARL N. WEDOFF | 22.70 | 995.00 | 22,586.50 |
| SHIVA KHANSARI | 5.60 | 430.00 | 2,408.00 |
| TOTAL | 30.10 | | $ 27,604.50 |

# SEPTEMBER 2022

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:                 57347


OFFICIAL COMMITTEE OF RETIREES IN THE                    OCTOBER 12, 2022
COMMONWEALTH OF PUERTO RICO                              INVOICE #  9649634
MIGUEL FABRE
PUERTO RICO


FOR PROFESSIONAL SERVICES RENDERED                              $ 12,154.50
THROUGH SEPTEMBER 30, 2022:

    LESS 15% FEE DISCOUNT                                    $ -1,823.18

                        FEE SUB-TOTAL        $  10,331.32

DISBURSEMENTS                                                   $ 109.67

                        TOTAL INVOICE        $ 10,440.99

**JENNER & BLOCK LLP**

LAW OFFICES

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
MIGUEL FABRE
PUERTO RICO

CLIENT NUMBER:  57347

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2022:

| **CASE ADMINISTRATION/MISCELLANEOUS** | | | | **MATTER NUMBER - 10008** |
|---|---|---|---|---|
| 9/06/22 | RDG | .20 | Review, analyze report re FOMB petition for cert re First Circuit ruling that sovereign immunity is waived under PROMESA, and opposition to petition. | 290.00 |
| | | .20 | PROFESSIONAL SERVICES | $ 290.00 |

LESS 15% FEE DISCOUNT $ -43.50

FEE SUB-TOTAL $ 246.50

**SUMMARY OF CASE ADMINISTRATION/MISCELLANEOUS**

| **NAME** | **HOURS** | **RATE** | **TOTAL** |
|---|---|---|---|
| ROBERT D. GORDON | .20 | 1,450.00 | 290.00 |
| TOTAL | .20 | | $ 290.00 |

MATTER 10008 TOTAL $ 246.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS**                                    **MATTER NUMBER - 10016**

| | | | | |
|---|---|---|---|---|
| 9/04/22 | RDG | 1.00 | Review, analyze fee examiner's letter re Jenner fee application, and draft email correspondence to M. Root re response to same, various issues. | 1,450.00 |
| 9/12/22 | RDG | .30 | Review fee statement for August services re privilege/redaction issues and compliance with fee guidelines. | 435.00 |
| 9/21/22 | MMR | 1.10 | Prepare for (.8); and participate in phone call with N. Hahn re fee application issues (.3). | 1,265.00 |
| 9/22/22 | MMR | .80 | Work on fee application reconciliation. | 920.00 |
| 9/22/22 | MMR | .20 | Review of report on expense in 15th fee application. | 230.00 |
| 9/22/22 | CNW | .70 | Confer with N. Hahn re questions on Jenner fee applications and expenses (.2); email conference with M. Root and N. Peralta re same (.2); review file re same (.3). | 696.50 |
| 9/23/22 | MMR | 1.30 | Work on matters relating to 15th fee application and final fee app reconciliation. | 1,495.00 |
| | | 5.40 | PROFESSIONAL SERVICES | $ 6,491.50 |

LESS 15% FEE DISCOUNT                                                               $ -973.73

                                                          FEE SUB-TOTAL            $ 5,517.77

**SUMMARY OF EMPLOYMENT OF PROFESSIONALS/FEE**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | 1.30 | 1,450.00 | 1,885.00 |
| MELISSA M. ROOT | 3.40 | 1,150.00 | 3,910.00 |
| CARL N. WEDOFF | .70 | 995.00 | 696.50 |
| TOTAL | 5.40 | | $ 6,491.50 |

MATTER 10016 TOTAL                                                                 $ 5,517.77

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 5/26/22 | UPS Delivery Service Invoice# 00000613438222 | 20.99 |
| 5/26/22 | UPS Delivery Service Invoice# 00000613438222 | 41.86 |
| 6/07/22 | UPS Delivery Service Invoice# 00000613438242 | 11.38 |
| 6/07/22 | UPS Delivery Service Invoice# 00000613438242 | 26.52 |
| 6/07/22 | UPS Delivery Service Invoice# 00000613438242 | 6.28 |
| 6/07/22 | UPS Delivery Service Invoice# 00000613438242 | 2.64 |
| | TOTAL DISBURSEMENTS | $ 109.67 |

MATTER 10113 TOTAL                                              $ 109.67

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| **COURT HEARINGS** | | | | **MATTER NUMBER - 10121** |
|---|---|---|---|---|
| 9/27/22 | CNW | .80 | Review agenda, status reports, and pleadings in advance of 9/28/22 omnibus hearing. | 796.00 |
| 9/28/22 | CNW | 3.20 | Attend omnibus hearing. | 3,184.00 |
| | | 4.00 | PROFESSIONAL SERVICES | $ 3,980.00 |

LESS 15% FEE DISCOUNT                                                                                    $ -597.00

                                                                        FEE SUB-TOTAL        $ 3,383.00

**SUMMARY OF COURT HEARINGS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARL N. WEDOFF | 4.00 | 995.00 | 3,980.00 |
| TOTAL | 4.00 | | $ 3,980.00 |

MATTER 10121 TOTAL                                                                           $ 3,383.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EMPLOYMENT OF PROFESSIONALS/FEE**                    **MATTER NUMBER - 10253**
**APPLICATIONS (NON-JENNER PROFESSIONALS)**

| | | | | |
|---|---|---|---|---|
| 9/07/22 | CNW | .30 | Email conference with N. Sombuntham re vendor budgets (.1); review file re same (.2). | 298.50 |
| 9/12/22 | CNW | 1.10 | Work on Segal interim fee applications. | 1,094.50 |
| | | 1.40 | PROFESSIONAL SERVICES | $ 1,393.00 |

LESS 15% FEE DISCOUNT                                                    $ -208.95

                                                     FEE SUB-TOTAL       $ 1,184.05

**SUMMARY OF EMPLOYMENT OF PROFESSIONALS/FEE**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CARL N. WEDOFF | 1.40 | 995.00 | 1,393.00 |
| TOTAL | 1.40 | | $ 1,393.00 |

| | | |
|---|---|---|
| MATTER 10253 TOTAL | | $ 1,184.05 |
| | TOTAL INVOICE | $ 10,440.99 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| ROBERT D. GORDON | 1.50 | 1,450.00 | 2,175.00 |
| MELISSA M. ROOT | 3.40 | 1,150.00 | 3,910.00 |
| CARL N. WEDOFF | 6.10 | 995.00 | 6,069.50 |
| TOTAL | 11.00 | | $ 12,154.50 |