# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# JUNE 2022

Law Offices
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**            **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 6/07/22 | Postage Expense | 295.22 |
| 6/07/22 | B&W Copy | 302.40 |
| 6/30/22 | Westlaw Research | 127.09 |
| | TOTAL DISBURSEMENTS | $ 724.71 |

MATTER 10113 TOTAL      $ 724.71

# JULY 2022

Law Offices
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**      **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 7/31/22 | Westlaw Research | 80.64 |
| | TOTAL DISBURSEMENTS | $ 80.64 |

MATTER 10113 TOTAL     $ 80.64

# AUGUST 2022

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                   **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 3/17/22 | Other Professional Services; ALIX PARTNERS LLP; 03/17/2022 | 5,888.75 |
| 7/07/22 | Pacer Quarterly Charges 07/07/2022 Period Cost April 01 thru June 30 2022 | 22.80 |
| 8/02/22 | Federal Express; FEDEX; 08/02/2022 | 56.82 |
| 8/31/22 | Westlaw Research | 111.36 |
| | TOTAL DISBURSEMENTS | $ 6,079.73 |

MATTER 10113 TOTAL                                                                                         $ 6,079.73

# SEPTEMBER 2022

Law Offices
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                    **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 5/26/22 | UPS Delivery Service Invoice# 00000613438222 | 20.99 |
| 5/26/22 | UPS Delivery Service Invoice# 00000613438222 | 41.86 |
| 6/07/22 | UPS Delivery Service Invoice# 00000613438242 | 11.38 |
| 6/07/22 | UPS Delivery Service Invoice# 00000613438242 | 26.52 |
| 6/07/22 | UPS Delivery Service Invoice# 00000613438242 | 6.28 |
| 6/07/22 | UPS Delivery Service Invoice# 00000613438242 | 2.64 |
| | TOTAL DISBURSEMENTS | $ 109.67 |

MATTER 10113 TOTAL                                                                                              $ 109.67