**Hearing Date: February 1, 2023 at 9:30 a.m. AST**
**Objection Deadline: December 8, 2022** (for parties other than the Fee Examiner)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF HEARING ON SIXTEENTH INTERIM APPLICATIONS OF JENNER & BLOCK LLP AND FTI CONSULTING, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS PROFESSIONALS FOR THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO FROM JUNE 1, 2022 THROUGH SEPTEMBER 30, 2022

**PLEASE TAKE NOTICE** that a hearing on the *Sixteenth Interim Application of Jenner & Block LLP for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for the Official Committee of Retired Employees of Puerto Rico from June 1, 2022 through September 30, 2022*, filed November 18, 2022 [Dkt. 22892] and the *Sixteenth Interim Application of FTI Consulting, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor for the Official Committee of Retired Employees of Puerto

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Rico from June 1, 2022 through September 30, 2022*, filed November 15, 2022 [Dkt. 22868] (together, the "**Applications**"), will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 (the "**Court**"), **February 1, 2023 at 9:30 a.m.** (Atlantic Standard Time) or at such other place and time as ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that any response or objection (any "**Objection**") to the Applications by parties other than the Fee Examiner must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, must be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Court's *Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief*, as amended (Dkt. Nos. 249, 13512) and *Third Amended Order Setting Procedures For Interim And Final Compensation And Reimbursement Of Expenses Of Professionals* (Dkt. No. 20546), so as to be filed and received no later than **December 8, 2022** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Applications is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the case management procedures.

2

Dated: November 18, 2022                      Respectfully submitted,

                                                   */s/ Robert Gordon*
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
312-222-9350 (telephone)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

3