Réplica a la objeción global

Ramón A. López Alvarado

Rufina #10

7601

molivera 7009@ gmail.com

1958

404-9511

Tribunal del Distrito de Estados
Unidos.

Deudores

El Estado Libre Asociado de
Puerto Rico a través de la Junta de
Supervisión y Administración Financiera
para Puerto Rico.

Objeción global

Reclamos a ser desestimados

Reclamación # 's

-128175

-162758

Caso 17 BK 03283 - LTS

Scanned with CamScanner

Fecha - 6 - 26 - 18

Justificación :

Retirado de la Autoridad de Energía Eléctrica. Laboré en la misma por espacio de 25 años. Reconozco la importancia de que se haga justicia salarial en mi caso ya que tanto el salario como las condiciones de trabajo no fueron las mejores.

Someto evidencia del talonario. No es posible al estar retirado someter cualquier otro documento que haga constar mi salario y trabajo en la Autoridad de Energía Eléctrica.

Ramón A. López Alvarado