SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO. INFORME DE PAGOS Y DEDUCCIONES

| PENSIONADO/BENEFICIARIO | NUMERO JUBILADO | NOMINA DE JUBILADOS | | |
|---|---|---|---|---|
| RAMON A. LOPEZ ALVARADO | 14379 | DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
| DESCRIPCION | BENEFICIOS | ACUMULACION ANUAL | ASOC JUB AEE | 6.00 | 24.00 |
| PEN MERITO RE | 1906.36 | 7625.44 | | | |

| | BENEFICIOS | CONTRIBUCIONES | DEDUCCIONES | PAGA NETA | FECHA DE PAGO | NUMERO DE DEPOSITO | CANTIDAD DEPOSITADA |
|---|---|---|---|---|---|---|---|
| CORRIENTE | 1906.36 | 0.00 | 6.00 | 1900.36 | 30-APR-2022 | 55425758 | 1900.36 |
| A LA FECHA | 7625.44 | 0.00 | 24.00 | 7601.44 | CONSERVE PARA SUS RECORDS | | |

---

2138489

Sistema de Retiro de los Empleados de la
Autoridad de Energía Eléctrica de Puerto Rico
PO Box 13978
San Juan, Puerto Rico 00908-3978

SISTEMA DE RETIRO EMPLEADOS AEE

FECHA DE DEPOSITO   29-APR-2022

BANCO POPULAR DE PUERTO RICO-021502011

CANTIDAD DEPOSITADA   1900.36

**NOMINA DE JUBILADOS**

RAMON A. LOPEZ ALVARADO

HEMOS DEPOSITADO EN SU CUENTA DE BANCO LA CANTIDAD INDICADA QUE REPRESENTA EL IMPORTE NETO SEGÚN EL INFORME DE PAGO Y DEDUCCIONES QUE SE ACOMPAÑA

**AVISO DE DEPÓSITO DIRECTO**            **NO NEGOCIABLE**

Scanned with CamScanner