Ramón A. López Alvarado
Calle Rufina #10
Guayanilla, Pto. Rico. 00656

U.S. POSTAGE PAID
FCM LG ENV
GUAYANILLA, PR
00656
NOV 16, 22
AMOUNT
$1.44
R2303S104137-04

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
#150 Avenida Chardón
Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918-1767