**Exhibit A**

**Clauses 13 & 15 of the OGPE-ICPR Lease**

[…]

**XIII. CANCELATION:** Either party may cancel this agreement by notifying the other party in writing, with advance notice of one hundred and twenty (120) days, if the other contracting party has been negligent or breached the terms and conditions of the agreement.

[…]

**XV. TERMINATION:** Either party may terminate this agreement by notifying the other party, giving advance notice of one hundred and twenty (120) days.

[…]