## **Exhibit B**

**June 3 Termination Notice**

COMMONWEALTH OF <u>PUERTO RICO</u>
*OFICINA DE GERENCIA DE PERMISOS*
[PERMIT MANAGEMENT OFFICE]

June 3, 2014

Dr. Olga E. Rivera Velazco
CEO
Instituto Comercial de Puerto Rico, Inc.
PO Box 190394
San Juan, Puerto Rico, 00919-0304

**Ref.: Lease Agreement Number 2014-000011**
**Lease for the premises of the Regional Office in Arecibo**

Dear Dr. Rivera,

On November 22, 2013, the Permits Management Office (OGPe) signed lease agreement number 2014-000011, by means of which it leased out a unit owned by your organization, located at Carr. Núm 2, Km 80.4, in the municipality of Arecibo, Puerto Rico. The term of the lease was five (5) years, commencing on December 1, 2013.

Due to the fiscal circumstances facing the Government of Puerto Rico and following an amendment to the Law that created the Agency, we have been forced to reduce our operating costs. To that end, proposals were requested for the relocation of the Regional Office to a smaller and more cost-effective location.

Clause XV "Termination" of the agreement states that either party can terminate the agreement by giving the other party advance written notice of one hundred and twenty (120) days. Those days will be counted from the date shown in this letter.

In light of the above and in accordance with the provisions of that clause, we hereby give official notice that we will keep the leased unit until October 1, the date on which the 120 days expire. We would like to thank you for allowing us to run our Regional Office in Arecibo from those premises over the last few years.

Kind regards,

[Signature: illegible]
Alberto Lastra Power
CEO

| Centro Gubernamental Roberto Sánchez Vilella<br>Edif. Norte, Piso 13<br>Ave. De Diego, Pda. 22<br>Santurce, PR 00940<br>787-721-8282 | Alberto Lastra Power,<br>Architect<br>CEO |  |