# EXHIBIT C[1]
## PARTY EXHIBIT COVER SHEET

| | |
|---|---|
| Name of Party | |
| Does the Party intend to offer evidence? | |
| Docket Entry No. for Party Exhibit List | |
| Exhibit Identifier[2] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

---

[1] This Party Exhibit Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit B**.

[2] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").