# EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 53.50 | 17,225.00 |
| CHALLENGES TO PROMESA | 1.50 | 562.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 29.90 | 8,662.50 |
| COMMUNICATIONS WITH RETIREES | 12.50 | 3,675.00 |
| CONTESTED MATTERS | 31.70 | 11,887.50 |
| COURT HEARINGS | 17.60 | 6.600.00 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 40.00 | 12,900.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 65.70 | 23,262.50 |
| PREPA | 13.40 | 5,025.00 |
| **TOTAL** | **265.80** | **$89,800.00** |