## **EXHIBIT D**

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $ 20.70 |
| Document Reproduction (Sir Speedy) | $ 194.23 |
| Document Delivery | $ 280.00 |
| Translation services (Rita Inc.) | $ 208.00 |
| **TOTAL** | **$ 702.93** |