## EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

# June 2022

Amount

**EXPENSES BGM**

| | | |
|---|---|---|
| 06/22/22 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) (SIR SPEEDY INVOICE #55762) | 194.23 |
| 06/23/22 | DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO (TOA ALTA) | 40.00 |
| | DOCUMENT DELIVERY SERVICES: MARCOS LÓPEZ (TOA ALTA) | 40.00 |
| | DOCUMENT DELIVERY SERVICES: CARMEN NÚÑEZ (BAYAMÓN) | 20.00 |
| | DOCUMENT DELIVERY SERVICES: JUAN ORTIZ (PONCE) | 120.00 |
| | DOCUMENT DELIVERY SERVICES: ROSARIO PACHECO (SAN JUAN) | 20.00 |
| | DOCUMENT DELIVERY SERVICES: LYDIA PELLOT (SAN JUAN) | 20.00 |
| | DOCUMENT DELIVERY SERVICES: BLANCA PANIAGUA (CAROLINA) | 20.00 |
| 06/24/22 | TRANSLATIONS: RITA INVOICE #8786; MEETING OF JUNE 24, 2022 | 208.00 |
| | SUBTOTAL: | 682.23 |

# July 2022

**EXPENSES BGM**

| | | |
|---|---|---|
| 07/29/22 | DOCUMENT REPRODUCTION | 20.70 |

# August 2022

| | |
|---|---|
| NO EXPENSES BILLED | 0.00 |

# September 2022

| | |
|---|---|
| NO EXPENSES BILLED | 0.00 |

# Total                                    [$702.93]