# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused true and correct copies of the *Notice of Hearing on Sixteenth Interim Applications of Jenner & Block LLP and FTI Consulting Inc., for Allowance of Compensation and Reimbursement of Expenses Incurred as Professionals to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 1, 2022 through September 30, 2022* [Dkt. No. 22893] (the "**Notice**") to be served in the following manner:

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

On November 18, 2022, the Notice was sent through the Court's CM/ECF system.

On November 21, 2022, the Notice was sent via email to each of the parties listed in <u>Exhibit A</u> attached hereto.

On November 21, 2022, the Notice was sent via email to the Honorable Laura Taylor Swain and Honorable Judith G. Dein at SwainDPRCorresp@nysd.uscourts.gov; deindprcorresp@mad.uscourts.gov.

On November 22, 2022, one copy of the Notice was sent by UPS overnight delivery to Mary Ida Townson, The Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922, and

On November 22, 2022, one copy of the Notice was sent via U.S. mail to each of the parties listed in <u>Exhibit B</u> attached hereto.

(*Signature page follows*)

| | |
|---|---|
| November 28, 2022 | Respectfully submitted, |
| | JENNER & BLOCK LLP |
| | By:<br>/s/ Carl Wedoff<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>1155 Avenue of the Americas<br>New York, NY 10036<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) |
| | Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) |