# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the *Sixteenth Interim Application of FTI Consulting Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 1, 2022 through September 30, 2022* [Dkt. No. 22868] (the "**FTI Application**") and the *Sixteenth Interim Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the*

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "Title III"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Commonwealth of Puerto Rico from June 1, 2022 through September 30, 2022* [Dkt. 22892] (the "**Jenner Application**," and together with the FTI Application, the "**Applications**") to be served in the following manner:

On November 15, 2022, the FTI Application was sent through the Court's CM/ECF system, and on November 21, 2022, the FTI Application was sent via secure file transfer to each of the parties listed in Exhibit A attached hereto.

On November 18, 2022, the Jenner Application was sent through the Court's CM/ECF system, and on November 21, 2022, the Jenner Application was sent via secure file transfer to each of the parties listed in Exhibit A attached hereto.

On November 21, 2022, the Applications were sent via secure file transfer to the Honorable Laura Taylor Swain and Honorable Judith G. Dein at SwainDPRCorresp@nysd.uscourts.gov; deindprcorresp@mad.uscourts.gov.

On November 22, 2022, one copy of each Application was sent by UPS overnight delivery to Mary Ida Townson, The Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901, and one copy of each Application was sent on November 22, 2022 by US Postal Service to the following:

Carlos Saavedra, Esq.
Rocío Valentin, Esq.
Puerto Rico Fiscal Agency and Financial Advisory Authority Roberto Sánchez Vilella (Minillas) Government Center De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

John J. Rapisardi
Suzzanne Uhland
Peter Friedman
Nancy A. Mitchell
Maria DiConza
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Andrés W. López
Law Offices of Andrés W. López
902 Fernández Juncos Ave.
San Juan, PR 00907

David D. Cleary
Nathan A. Haynes
Kevin D. Finger
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

2

| | |
|---|---|
| Arturo Diaz-Angueira<br>Katiuska Bolaños-Lugo<br>Cancio, Nadal, Rivera & Díaz, P.S.C.<br>PO Box 364966<br>San Juan, PR 00936-4966 | Martin J. Bienenstock<br>Ehud Barak<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299 |
| Paul V. Possinger<br>Proskauer Rose LLP<br>70 West Madison Street<br>Chicago, IL 60602 | Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |
| Luc. A. Despins<br>James Bliss<br>James Worthington<br>G. Alexander Bongartz<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166 | Juan J. Casillas Ayala<br>Diana M. Batlle-Barasorda<br>Alberto J. E. Añeses Negrón<br>Ericka C. Montull-Novoa<br>Casillas, Santiago & Torres LLC<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419 |
| Luis C. Marini-Biaggi<br>Carolina Velaz-Rivero<br>Maria T. Alvarez-Santos, Esq.<br>Marini Pietrantoni Muniz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de Leon Ave.<br>San Juan, PR 00917 | Reylam Guerra Goderich<br>Omar Rodriguez Perez<br>Angel L. Pantoja Rodriguez<br>Francisco Pares Alicea<br>Francisco Pena Montanez<br>The Puerto Rico Department of Treasury<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 |
| Eyck O. Lugo<br>EDGE Legal Strategies PSC<br>252 Ponce de Leon Avenue<br>Citibank Tower, 12th Floor<br>San Juan, PR 00918 | Katherine Stadler<br>Godfrey & Kahn S.C.<br>One East Main Street Suite 500<br>Madison, WI 53703 |

(*Signature page follows*.)

3

November 28, 2022

Respectfully submitted,

JENNER & BLOCK LLP

By:
*/s/ Carl Wedoff*
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
Carl Wedoff (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
rgordon@jenner.com
rlevin@jenner.com
cwedoff@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

4

**EXHIBIT A**

**EMAIL SERVICE**

Carlos.Saavedra@aafaf.pr.gov;
Rocio.valentin@aafaf.pr.gov;
jrapisardi@omm.com;
suhland@omm.com;
pfriedman@omm.com;
mitchelln@omm.com;
mdiconza@omm.com;
andres@awllaw.com;
clearyd@gtlaw.com;
haynesn@gtlaw.com;
fingerk@gtlaw.com;
adiaz@cnrd.com;
kbolanos@cnrd.com;
mbienenstock@proskauer.com;
ppossinger@proskauer.com;
ebarak@proskauer.com;
mzerjal@proskauer.com;
ctheodoridis@proskauer.com;
brosen@proskauer.com;
hermann.bauer@oneillborges.com;
lucdespins@paulhastings.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
alexbongartz@paulhastings.com;
jcasillas@cstlawpr.com;
dbatlle@cstlawpr.com;
AAneses@cstlawpr.com;
emontull@cstlawpr.com;
lmarini@mpmlawpr.com;
cvelaz@mpmlawpr.com;
malvarez@mpmlaw.pr.com;
igarau@mpmlawpr.com;
Reylam.Guerra@haciendapr.gov;
Rodriguez.Omar@hacienda.pr.gov;
Angel.pantoja@hacienda.pr.gov;
Francisco.pares@hacienda.pr.gov;
Francisco.Pena@hacienda.pr.gov;
elugo@edgelegalpr.com;
Kstadler@gklaw.com

5