[CERTIFIED TRANSLATION] I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original, translated or certified by me.

<u>PO BOX 70184. SAN JUAN. PUERTO RICO, 00936. TEL. (787) 766-1616</u>

[Logo]
<u>Department of</u>
HEALTH
Government of
Puerto Rico

May 26, 2000                [hw] *31/5/00*
                                   *1:05 pm*           Giving your Life Health

Mrs. Maria C. Figueroa Torres
Ponce Regional Hospital

Dear Mrs. Figueroa:

On July 1st, 2000, the sale and/or lease agreement will come into effect, management and operation of the Ponce Regional Hospital to the *Corporación de Servicios de Salud Episcopales, Inc.* as provided by Act 31 of July 6, 1997. Said Hospital will become the property or be under the management and operation of said Corporation.

According to what is provided in Act 5 of October 24, 1975, part 6, subpart (a) and Section 9.3, part 1 of the Essential Areas Personnel Regulations on the Merit Principle, and Article 8, Section 8.4, Part 1 of the Personnel Regulations for career employees of the Health Services and Facilities Administration, as amended, and the Organic Act of the Management and Budget Office, number 147 of June 18, 1980, as amended, you laid off from position number D-0485 which you occupy of the Nurse III class, effective June 30, 2000, because the Department of Health will no longer provide direct services to this population since it does not possess a Hospital and/or Diagnostic and Treatment Center, and the positions have been eliminated.

You have a right to appeal this determination before the Appeals Board of the Personnel Administration System, within thirty (30) days after the date in which you are notified this communication.

The physical address of the Appeals Board of the Personnel Administration System is 153 San Justo St., Old San Juan, the postal is Box 4840, Old San Juan Station, San Juan, Puerto Rico 00902-4840.

I wish to take advantage of this opportunity to thank you for the services provided to the Department of Health.

Sincerely,
Carmen Feliciano de Melecio
[signed]
Secretary of Health


Our Children
    First