# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jorge Marchand | Principal | $175.00 | 72.70 | $12,722.50 |
| Male Noguera | Media Manager | $95.00 | 10.90 | 1,035.00 |
| María Schell | Business Editor | $110.00 | 113.70 | $12,507.00 |
| **Total** | | | 197.30 | $26,265.00 |