# EXHIBIT E

**Summary of Marchand ICS Group Expenses**

| Service Description | Amount |
|---|---|
| Cloud Storage | $47.96 |
| Facebook Advertising | $44.17 |
| **TOTAL** | **$92.13** |