# EXHIBIT F

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| Project Meetings | 45.70 | $6,473.50 |
| Project Management | 146.10 | $19,269.00 |
| Website Development and Management | 5.50 | $522.50 |
| **Total** | **197.30** | **$26,265.00** |