# **EXHIBIT G**

**Detailed Time Records for Marchand ICS Group**

**Marchand ICS Group**
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)
Professional Services for the Period from June 1 to June 30, 2022

**Detail of Conference Calls and Project Meetings**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 6/9/2022 | Jorge Marchand | Meeting with the MICS team to discuss communications strategies for the transition period. | 0.60 | 175.00 | 105.00 |
| 6/9/2022 | María Schell | Meeting with the MICS team to discuss communications strategies for the transition period. | 0.60 | 110.00 | 66.00 |
| 6/14/2022 | Jorge Marchand | Conference call with COR vice president Carmen Núñez, to discuss about the information piece prepared for the ORC digital platforms. | 0.50 | 175.00 | 87.50 |
| 6/16/2022 | Jorge Marchand | Conference call with COR vice president Carmen Núñez, to discuss about the information piece prepared for the ORC digital platforms. | 0.40 | 175.00 | 70.00 |
| 6/16/2022 | Jorge Marchand | Conference call with COR vice president Carmen Núñez, to discuss about the project status and next steps. | 0.50 | 175.00 | 87.50 |
| 6/20/2022 | Jorge Marchand | Conference call with newspaper journalist, . | 0.40 | 175.00 | 70.00 |
| 6/21/2022 | Jorge Marchand | Meeting with the MICS team to plan communications strategies for the transition period. | 4.80 | 175.00 | 840.00 |
| 6/21/2022 | María Schell | Meeting with the MICS team to plan communications strategies for the transition period. | 4.80 | 110.00 | 528.00 |
| 6/24/2022 | Jorge Marchand | Meeting with the ORC members to discuss with the professionals team an update of the case. | 1.40 | 175.00 | 245.00 |
| 6/24/2022 | María Schell | Meeting with the ORC members to discuss with the professionals team an update of the case. | 1.40 | 110.00 | 154.00 |
| | | | **15.40** | | **2,253.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | 8.60 | 175.00 | 1,505.00 |
| Male Nogueira | - | 95.00 | - |
| María Schell | 6.80 | 110.00 | 748.00 |
| | **15.40** | | **2,253.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)**
**Professional Services for the Period from June 1 to June 30, 2022**

**Detail of Content and Material Development and Project Management**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 6/1/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 6/2/2022 | Jorge Marchand | Communication with the MICS team, to discuss status. | 0.30 | 175.00 | 52.50 |
| 6/2/2022 | María Schell | Communication with the MICS team, to discuss status. | 0.30 | 110.00 | 33.00 |
| 6/2/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/3/2022 | Jorge Marchand | Communication with the ARCO team (Advertisement Agency), | 0.50 | 175.00 | 87.50 |
| 6/3/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 6/4/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 6/5/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/6/2022 | Jorge Marchand | Communication with the FOMB communications team to discuss status. | 0.20 | 175.00 | 35.00 |
| 6/6/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 6/6/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/7/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/7/2022 | María Schell | Work with the MICS team on content development, to inform retirees on the status and implementation of the new entity that will be in charge of protecting pensions (Council). | 5.40 | 110.00 | 594.00 |
| 6/8/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 6/8/2022 | María Schell | Work with the MICS team on content development, to inform retirees on the status and implementation of the new entity that will be in charge of protecting pensions (Council). | 2.00 | 110.00 | 220.00 |
| 6/9/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.70 | 110.00 | 77.00 |
| 6/10/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 6/11/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/13/2022 | Jorge Marchand | Work with the MICS team on content development, to inform retirees on the status and implementation of the new entity that will be in charge of protecting pensions. | 2.60 | 175.00 | 455.00 |
| 6/13/2022 | María Schell | Work with the MICS team on content development, to inform retirees on the status and implementation of the new entity that will be in charge of protecting pensions. | 2.60 | 110.00 | 286.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/13/2022 | Jorge Marchand | Communication with the professionals team to discuss about the information piece prepared to be posted on the ORC digital platforms. | 0.30 | 175.00 | 52.50 |
| 6/13/2022 | Jorge Marchand | Communication with the MICS team to discuss project status. | 0.40 | 175.00 | 70.00 |
| 6/13/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 6/13/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.30 | 175.00 | 52.50 |
| 6/14/2022 | Jorge Marchand | Communication with the professionals team to discuss about the information piece prepared to be posted on the ORC digital platforms. | 0.70 | 175.00 | 122.50 |
| 6/14/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 6/15/2022 | Jorge Marchand | Communication with the professionals team to discuss about the information piece prepared for the ORC digital platforms. | 0.60 | 175.00 | 105.00 |
| 6/15/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/16/2022 | Jorge Marchand | Work with the MICS team to review and edit the information piece prepared for the ORC digital platforms. | 0.80 | 175.00 | 140.00 |
| 6/16/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 6/17/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 6/18/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/19/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/20/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.80 | 175.00 | 140.00 |
| 6/20/2022 | Jorge Marchand | Communication with the professionals team | 0.50 | 175.00 | 87.50 |
| 6/20/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 6/21/2022 | Jorge Marchand | Communication with the local professionals team, | 0.40 | 175.00 | 70.00 |
| 6/21/2022 | Jorge Marchand | Contact with the FOMB communications team, | 0.50 | 175.00 | 87.50 |
| 6/21/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 6/21/2022 | María Schell | Work on the translation of the presentation to COR members. | 3.00 | 110.00 | 330.00 |
| 6/21/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.40 | 175.00 | 70.00 |
| 6/22/2022 | Jorge Marchand | Work with the MICS team on content development, to post on the ORC digital platforms information on the status and implementation of the new entity that will be in charge of protecting pensions. | 2.20 | 175.00 | 385.00 |
| 6/22/2022 | María Schell | Work with the MICS team on content development, to post on the ORC digital platforms information on the status and implementation of the new entity that will be in charge of protecting pensions (Council). | 2.40 | 110.00 | 264.00 |

| Date | Name | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 6/22/2022 | María Schell | Work on content revisions and edits to the presentation to COR members. | 2.20 | 110.00 | 242.00 |
| 6/22/2022 | Jorge Marchand | Communication with the professionals team to discuss about the information piece prepared to be posted on the ORC digital platforms. | 0.50 | 175.00 | 87.50 |
| 6/22/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/23/2022 | Jorge Marchand | Work on revisions and edits to the content for the ORC digital platforms. | 0.40 | 175.00 | 70.00 |
| 6/23/2022 | Jorge Marchand | Communication with the professionals team to discuss about the information piece prepared to be posted on the ORC digital platforms. | 0.20 | 175.00 | 35.00 |
| 6/23/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/24/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 6/25/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/26/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 6/27/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 6/27/2022 | María Schell | Work on research for content development to be published in the ORC digital platforms. | 1.30 | 110.00 | 143.00 |
| 6/27/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.40 | 175.00 | 70.00 |
| 6/28/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.70 | 110.00 | 77.00 |
| 6/29/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.70 | 110.00 | 77.00 |
| 6/30/2022 | Jorge Marchand | Communication with the MICS team to review recent comments and questions received through the ORC digital platforms. | 0.80 | 175.00 | 140.00 |
| 6/30/2022 | Jorge Marchand | Work on content revisions and edits to the content for the ORC digital platforms Q&A. | 0.30 | 175.00 | 52.50 |
| 6/30/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| | | | 48.40 | | 6,273.00 |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | 14.60 | 175.00 | 2,555.00 |
| Male Nogueira | - | 95.00 | - |
| María Schell | 33.80 | 110.00 | 3,718.00 |
| | 48.40 | | 6,273.00 |

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)**

**Professional Services for the Period from June 1 to June 30, 2022**

**Detail of Content and Material Development for the Media Platforms and Media Management**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 6/13/2022 | Male Noguera | Check COR's email to manage messages received. | 0.20 | 95.00 | 19.00 |
| 6/13/2022 | Male Noguera | Facebook page conversation management and monitoring | 0.10 | 95.00 | 9.50 |
| 6/14/2022 | Male Noguera | Facebook page posting of the Note: "Creación del Fideicomiso de Beneficios de Pensión". | 0.20 | 95.00 | 19.00 |
| 6/14/2022 | Male Noguera | Facebook post promotion boost, select audience, timing, and budget. | 0.20 | 95.00 | 19.00 |
| 6/14/2022 | Male Noguera | Search stock image for Note: "Creación del Fideicomiso de Beneficios de Pensión". | 0.40 | 95.00 | 38.00 |
| 6/14/2022 | Male Noguera | Design and send email drop for Note: "Creación del Fideicomiso de Beneficios de Pensión". | 0.90 | 95.00 | 85.50 |
| 6/15/2022 | Male Noguera | Facebook conversation management and monitoring. | 0.30 | 95.00 | 28.50 |
| 6/15/2022 | Male Noguera | Check COR's email to manage messages received. | 0.30 | 95.00 | 28.50 |
| 6/16/2022 | Male Noguera | Check COR's email to manage messages received. | 0.20 | 95.00 | 19.00 |
| 6/17/2022 | Male Noguera | Facebook page conversation management and monitoring. | 0.10 | 95.00 | 9.50 |
| 6/22/2022 | Male Noguera | Check COR's email to manage messages received. | 0.20 | 95.00 | 19.00 |
| 6/22/2022 | Male Noguera | Facebook page conversation management and monitoring. | 0.10 | 95.00 | 9.50 |
| 6/23/2022 | Male Noguera | Review and edit website Note: "Qué dice el Reglamento sobre el Consejo de Transición". | 0.50 | 95.00 | 47.50 |
| 6/24/2022 | Male Noguera | Facebook conversation management and monitoring. | 0.20 | 95.00 | 19.00 |
| 6/29/2022 | Male Noguera | Check COR's email to manage messages received. | 0.20 | 95.00 | 19.00 |
| 6/29/2022 | Male Noguera | Facebook page conversation management and monitoring. | 0.10 | 95.00 | 9.50 |
| | | | **4.20** | | **399.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | - | 175.00 | - |
| Male Nogueira | 4.20 | 95.00 | 399.00 |
| María Schell | - | 110.00 | - |
| | **4.20** | | **399.00** |

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)**

**Professional Services for the Period from July 1 to July 31, 2022**

**Detail of Conference Calls and Project Meetings**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 7/12/2022 | Jorge Marchand | Conference call with the MICS team, to discuss communications strategies. | 0.70 | 175.00 | 122.50 |
| 7/12/2022 | María Schell | Conference call with the MICS team, to discuss communications strategies. | 0.70 | 110.00 | 77.00 |
| 7/18/2022 | Jorge Marchand | Conference call with the MICS team to discuss communications strategies regarding Judge Swain recent ruling. | 1.20 | 175.00 | 210.00 |
| 7/18/2022 | María Schell | Conference call with the MICS team to discuss communications strategies regarding Judge Swain recent ruling. | 1.20 | 110.00 | 132.00 |
| | | | **3.80** | | **541.50** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | 1.90 | 175.00 | 332.50 |
| Male Nogueira | - | 95.00 | - |
| María Schell | 1.90 | 110.00 | 209.00 |
| | **3.80** | | **541.50** |

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)
Professional Services for the Period from July 1 to July 31, 2022

**Detail of Content and Material Development and Project Management**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 7/1/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/2/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/3/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 7/5/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 7/5/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 7/6/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/7/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/8/2022 | Jorge Marchand | Communication with the MICS team, to discuss status. | 0.40 | 175.00 | 70.00 |
| 7/8/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/9/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/10/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/11/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 7/11/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 7/11/2022 | Jorge Marchand | Work on content development to prepare presentation for COR members. | 2.20 | 175.00 | 385.00 |
| 7/11/2022 | María Schell | Work on content development to prepare presentation and information package for COR members. | 4.60 | 110.00 | 506.00 |
| 7/12/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/13/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/13/2022 | Jorge Marchand | Work on content development to prepare presentation and information package for COR members. | 1.30 | 175.00 | 227.50 |
| 7/13/2022 | María Schell | Work on content development to prepare presentation and information package for COR members. | 3.00 | 110.00 | 330.00 |
| 7/14/2022 | Jorge Marchand | Communication with the FOMB communications team to discuss status. | 0.30 | 175.00 | 52.50 |
| 7/14/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.30 | 110.00 | 33.00 |
| 7/15/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 7/16/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/17/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |

| Date | Name | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 7/18/2022 | Jorge Marchand | Communication with the professionals team to discuss about legal documents to be posted on the ORC digital platforms to inform the retiree community. | 0.50 | 175.00 | 87.50 |
| 7/18/2022 | Jorge Marchand | Work with the MICS team to review content for publication on the ORC digital platforms. | 0.60 | 175.00 | 105.00 |
| 7/18/2022 | Jorge Marchand | Communication with the professionals team to discuss recent Judge Swain ruling and its effect on the retiree community. | 0.40 | 175.00 | 70.00 |
| 7/18/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/19/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 7/19/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/19/2022 | María Schell | Work on the translation of the message to COR members, about the 1st Circuit Appeal. | 0.60 | 110.00 | 66.00 |
| 7/20/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/21/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/23/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/24/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 7/26/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.70 | 110.00 | 77.00 |
| 7/26/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 7/27/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/28/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/28/2022 | Jorge Marchand | Work with the MICS team on content research, to inform the retiree community. | 0.70 | 175.00 | 122.50 |
| 7/28/2022 | María Schell | Work with the MICS team on content research, to inform the retiree community. | 1.00 | 110.00 | 110.00 |
| 7/29/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 7/30/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 7/31/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| | | | **31.30** | | **3,989.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | 8.40 | 175.00 | 1,470.00 |
| Male Nogueira | - | 95.00 | - |
| María Schell | 22.90 | 110.00 | 2,519.00 |
| | **31.30** | | **3,989.00** |

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)**

**Professional Services for the Period from July 1 to July 31, 2022**

**Detail of Content and Material Development for the Media Platforms and Media Management**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 7/4/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 7/11/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 7/18/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 7/25/2022 | Male Noguera | Facebook conversation management and monitoring. | 0.10 | 95.00 | 9.50 |
| | | | **0.40** | | **38.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | - | 175.00 | - |
| Male Nogueira | 0.40 | 95.00 | 38.00 |
| María Schell | - | 110.00 | - |
| | **0.40** | | **38.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)**
**Professional Services for the Period from August 1 to August 31, 2022**

**Detail of Conference Calls and Project Meetings**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 8/12/2022 | Jorge Marchand | Conference call with the MICS team to discuss status and communication strategies. | 0.40 | 175.00 | 70.00 |
| 8/12/2022 | María Schell | Conference call with the MICS team to discuss status and communication strategies. | 0.40 | 110.00 | 44.00 |
| 8/16/2022 | Jorge Marchand | Conference call with the MICS team to discuss status and communication strategies. | 0.50 | 175.00 | 87.50 |
| 8/16/2022 | María Schell | Conference call with the MICS team to discuss status and communication strategies. | 0.50 | 110.00 | 55.00 |
| 8/23/2022 | Jorge Marchand | Conference call with COR vice president Carmen Núñez, to discuss about the upcoming COR meeting with various retiree organizations to inform on the status of the case and next steps. | 0.60 | 175.00 | 105.00 |
| 8/23/2022 | Jorge Marchand | Conference call with Nilda Laureano form the 'Movimiento Pro Pensionados' team, to discuss about the upcoming COR meeting with various retiree organizations to inform on the status of the case and next steps. | 0.50 | 175.00 | 87.50 |
| 8/23/2022 | Jorge Marchand | Meeting with the MICS team to work on the presentation to COR members, for the upcoming COR meeting. | 2.00 | 175.00 | 350.00 |
| 8/23/2022 | María Schell | Meeting with the MICS team to work on the presentation to COR members, for the upcoming COR meeting. | 2.00 | 110.00 | 220.00 |
| 8/25/2022 | Jorge Marchand | Meeting with the COR Communications Sub Committee, to provide status report. | 1.20 | 175.00 | 210.00 |
| 8/25/2022 | María Schell | Meeting with the COR Communications Sub Committee, to provide status report. | 1.20 | 110.00 | 132.00 |
| | | | 9.30 | | 1,361.00 |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | 5.20 | 175.00 | 910.00 |
| Male Nogueira | - | 95.00 | - |
| María Schell | 4.10 | 110.00 | 451.00 |
| | 9.30 | | 1,361.00 |

Marchand ICS Group

Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)

Professional Services for the Period from August 1 to August 31, 2022

**Detail of Content and Material Development and Project Management**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 8/1/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/1/2022 | María Schell | Work on content development to update COR members on the transition phase. | 0.60 | 110.00 | 66.00 |
| 8/2/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.60 | 175.00 | 105.00 |
| 8/2/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/2/2022 | Jorge Marchand | Work on content development to update COR members on the transition phase. | 0.50 | 175.00 | 87.50 |
| 8/2/2022 | María Schell | Work on content development to update COR members on the transition phase. | 0.50 | 110.00 | 55.00 |
| 8/3/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/4/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.30 | 110.00 | 33.00 |
| 8/5/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 8/6/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 8/7/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/9/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 8/9/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/10/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/11/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 8/12/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/13/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 8/14/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/15/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 8/16/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/17/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/18/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/19/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |

| Date | Name | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 8/20/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 8/21/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/22/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 8/22/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 8/22/2022 | Jorge Marchand | Work with the MICS team on content development for the presentation to COR members. | 1.30 | 175.00 | 227.50 |
| 8/22/2022 | María Schell | Work with the MICS team on content development for the presentation to COR members. | 1.50 | 110.00 | 165.00 |
| 8/23/2022 | Jorge Marchand | Work with the MICS team to define communications strategies for the upcoming meeting with various retiree organizations to inform on the status of the case and next steps. | 1.20 | 175.00 | 210.00 |
| 8/23/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/24/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/24/2022 | Jorge Marchand | Work on content revisions and edits to the presentation to COR members. | 0.80 | 175.00 | 140.00 |
| 8/24/2022 | María Schell | Work on content revisions and edits to the presentation to COR members. | 1.10 | 110.00 | 121.00 |
| 8/25/2022 | Jorge Marchand | Communication with the MICS and Bennazar teams to discuss about the status report to the COR communications sub committee. | 0.60 | 175.00 | 105.00 |
| 8/25/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/26/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/27/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 8/28/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/29/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 8/30/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 8/30/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 8/31/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.70 | 110.00 | 77.00 |
| | | | 24.90 | | 3,194.00 |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | 7.00 | 175.00 | 1,225.00 |
| Male Nogueira | - | 95.00 | - |
| María Schell | 17.90 | 110.00 | 1,969.00 |
| | 24.90 | | 3,194.00 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)**
**Professional Services for the Period from August 1 to August 31, 2022**

**Detail of Content and Material Development for the Media Platforms and Media Management**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 8/1/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 8/8/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 8/15/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 8/22/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 8/29/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| | | | **0.50** | | **47.50** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | - | 175.00 | - |
| Male Nogueira | 0.50 | 95.00 | 47.50 |
| María Schell | - | 110.00 | - |
| | **0.50** | | **47.50** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)**
**Professional Services for the Period from September 1 to September 30, 2022**

**Detail of Conference Calls and Project Meetings**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 9/2/2022 | Jorge Marchand | Meeting with the MICS team, to discuss about the upcoming meeting with COR's allied retiree organizations. | 2.00 | 175.00 | 350.00 |
| 9/2/2022 | María Schell | Meeting with the MICS team, to discuss about the upcoming meeting with COR's allied retiree organizations. | 2.00 | 110.00 | 220.00 |
| 9/7/2022 | Jorge Marchand | Meeting with MICS team, to define content for the presentation to the retiree organizations. | 2.40 | 175.00 | 420.00 |
| 9/7/2022 | Male Noguera | Meeting with MICS team, to define content for the presentation to the retiree organizations. | 2.40 | 95.00 | 228.00 |
| 9/7/2022 | María Schell | Meeting with MICS team, to define content for the presentation to the retiree organizations. | 2.40 | 110.00 | 264.00 |
| 9/14/2022 | Jorge Marchand | COR meeting with various retiree organization, to provide case status and next steps. | 2.40 | 175.00 | 420.00 |
| 9/14/2022 | María Schell | COR meeting with various retiree organization, to provide case status and next steps. | 2.40 | 110.00 | 264.00 |
| 9/20/2022 | Jorge Marchand | Conference call with the MICS and Bennazar teams, to discuss status. | 0.40 | 175.00 | 70.00 |
| 9/20/2022 | Male Noguera | Conference call with the MICS and Bennazar teams, to discuss status. | 0.40 | 95.00 | 38.00 |
| 9/20/2022 | María Schell | Conference call with the MICS and Bennazar teams, to discuss status. | 0.40 | 110.00 | 44.00 |
| | | | **17.20** | | **2,318.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | 7.20 | 175.00 | 1,260.00 |
| Male Nogueira | 2.80 | 95.00 | 266.00 |
| María Schell | 7.20 | 110.00 | 792.00 |
| | **17.20** | | **2,318.00** |

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)
Professional Services for the Period from September 1 to September 30, 2022

**Detail of Content and Material Development and Project Management**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 9/1/2022 | Jorge Marchand | Communication with the MICS team, to discuss about the upcoming meeting with retiree organizations. | 0.30 | 175.00 | 52.50 |
| 9/1/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/2/2022 | Jorge Marchand | Communication with the MICS team, to discuss about the upcoming meeting with retiree organizations. | 0.20 | 175.00 | 35.00 |
| 9/2/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 9/3/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 9/4/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/5/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/6/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |
| 9/6/2022 | Jorge Marchand | Communication with the MICS team, to discuss about the upcoming meeting with retiree organizations. | 0.40 | 175.00 | 70.00 |
| 9/6/2022 | Jorge Marchand | Work with the MICS team on research to update the retiree organizations list. | 0.70 | 175.00 | 122.50 |
| 9/6/2022 | Jorge Marchand | Communication with to COR's allied retiree organizations, to discuss details about the upcoming status meeting. | 0.80 | 175.00 | 140.00 |
| 9/6/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/7/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 9/8/2022 | Jorge Marchand | Communication with the MICS team, to discuss about the upcoming meeting with retiree organizations on 9/14/2022. | 0.40 | 175.00 | 70.00 |
| 9/8/2022 | Jorge Marchand | Communication with various retiree organizations, to discuss about the upcoming meeting. | 1.40 | 175.00 | 245.00 |
| 9/8/2022 | Jorge Marchand | Communication with the professionals team to discuss status. | 0.20 | 175.00 | 35.00 |
| 9/8/2022 | Jorge Marchand | Work on content development for the upcoming meeting with retiree organizations. | 1.20 | 175.00 | 210.00 |
| 9/8/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 9/10/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/11/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 9/11/2022 | Jorge Marchand | Work with the MICS team on content development for the presentation to COR allied organizations. | 1.70 | 175.00 | 297.50 |
| 9/11/2022 | María Schell | Work with the MICS team on content development for the presentation to COR allied organizations. | 2.20 | 110.00 | 242.00 |
| 9/12/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.50 | 175.00 | 87.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/12/2022 | Jorge Marchand | Communication with the MICS team, to discuss about the upcoming meeting with retiree organizations on 9/14/2022. | 0.20 | 175.00 | 35.00 |
| 9/12/2022 | Jorge Marchand | Work on content revisions and edits for the upcoming meeting with retiree organizations on 9/14/2022. | 1.30 | 175.00 | 227.50 |
| 9/12/2022 | Jorge Marchand | Communication with the MICS team to discuss status. | 0.30 | 175.00 | 52.50 |
| 9/12/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 9/12/2022 | Jorge Marchand | Follow up communication with various retiree organizations, to discuss about the upcoming meeting. | 0.80 | 175.00 | 140.00 |
| 9/13/2022 | Male Noguera | Work on the design for the presentation to retiree groups leaders. | 2.60 | 95.00 | 247.00 |
| 9/13/2022 | Jorge Marchand | Follow up communication with various retiree organizations, to discuss about the upcoming meeting. | 1.80 | 175.00 | 315.00 |
| 9/13/2022 | Jorge Marchand | Work on content revisions and edits for the upcoming meeting with retiree organizations on 9/14/2022. | 2.40 | 175.00 | 420.00 |
| 9/13/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/14/2022 | Jorge Marchand | Communication with the MICS team to discuss final details about the meeting with various retiree organizations. | 0.80 | 175.00 | 140.00 |
| 9/14/2022 | María Schell | Communication with the MICS team to discuss final details about the meeting with various retiree organizations. | 0.60 | 110.00 | 66.00 |
| 9/14/2022 | Jorge Marchand | Communication with the MICS team, to discuss about the documents and information available on the COR website. | 0.30 | 175.00 | 52.50 |
| 9/14/2022 | Jorge Marchand | Communication with the MICS team to recap on what was discussed on the meeting with retiree groups. | 0.80 | 175.00 | 140.00 |
| 9/14/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 9/15/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 9/15/2022 | María Schell | Work on meeting recap, to share with the COR communications sub committee members, a summary of the discussion with allied organizations. | 1.90 | 110.00 | 209.00 |
| 9/16/2022 | Jorge Marchand | Communication with the professionals team | 0.40 | 175.00 | 70.00 |
| 9/16/2022 | Jorge Marchand | Communication with the MICS team to discuss about status and next steps. | 0.50 | 175.00 | 87.50 |
| 9/16/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/17/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 9/18/2022 | Jorge Marchand | Communication with the MICS team to discuss status. | 0.20 | 175.00 | 35.00 |
| 9/18/2022 | Jorge Marchand | Communication with the MICS team to discuss about the next steps after the meeting with various retirees groups. | 0.30 | 175.00 | 52.50 |
| 9/18/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 9/19/2022 | Jorge Marchand | Work on media monitoring for news and articles related to the ORC. | 0.40 | 175.00 | 70.00 |
| 9/19/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |

| Date | Professional | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 9/20/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/21/2022 | Jorge Marchand | Communication with retiree leaders | 0.30 | 175.00 | 52.50 |
| 9/21/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 9/22/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/23/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 9/24/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/25/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 9/26/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| 9/27/2022 | Jorge Marchand | Communication with the professionals team | 0.30 | 175.00 | 52.50 |
| 9/27/2022 | Jorge Marchand | Follow up communication with the professionals team | 0.40 | 175.00 | 70.00 |
| 9/27/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 9/28/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.50 | 110.00 | 55.00 |
| 9/29/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.40 | 110.00 | 44.00 |
| 9/30/2022 | María Schell | Work on media monitoring for news and articles related to the ORC and POA. | 0.60 | 110.00 | 66.00 |
| | | | **41.50** | | **5,813.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | 19.80 | 175.00 | 3,465.00 |
| Male Nogueira | 2.60 | 95.00 | 247.00 |
| María Schell | 19.10 | 110.00 | 2,101.00 |
| | **41.50** | | **5,813.00** |

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC/COR)**

**Professional Services for the Period from September 1 to September 30, 2022**

**Detail of Content and Material Development for the Media Platforms and Media Management**

| Date | Staff | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 9/5/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 9/12/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 9/19/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
| 9/26/2022 | Male Noguera | Check COR's email and Facebook conversation. | 0.10 | 95.00 | 9.50 |
|  |  |  | **0.40** |  | **38.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Jorge Marchand | - | 175.00 | - |
| Male Nogueira | 0.40 | 95.00 | 38.00 |
| María Schell | - | 110.00 | - |
|  | **0.40** |  | **38.00** |