# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From June 1 to June 30, 2022**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 6/16/2022 | Dropbox | Monthly cloud storage suscription to store the COR database | 11.99 |
| 6/22/2022 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 44.17 |
| | | *Total:* | 56.16 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From July 1 to July 31, 2022**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 7/16/2022 | Dropbox | Monthly cloud storage suscription to store the COR database | 11.99 |
| | | *Total:* | **11.99** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From August 1 to August 31, 2022**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 8/16/2022 | Dropbox | Monthly cloud storage suscription to store the COR database | 11.99 |
| | | *Total:* | **11.99** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From September 1 to September 30, 2022**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 9/16/2022 | Dropbox | Monthly cloud storage suscription to store the COR database | 11.99 |
| | | *Total:* | **11.99** |