# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br>    Debtors. | PROMESA <br> Title III <br><br><br><br> Case No. 17 BK 3283-LTS |
| PUERTO RICO PUBLIC FINANCE CORPORATION, <br><br>    Applicant. | PROMESA <br> Title VI <br><br> Case No. 22-cv-1517 (LTS) |

## APPLICATION OF PETER FRIEDMAN FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW Peter Friedman** (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1.   Applicant is an attorney with the law firm O'Melveny & Myers LLP with an office at:

   **Address:**   1625 Eye Street, NW
                  Washington, D.C. 20006
   **Email:**     pfriedman@omm.com
   **Telephone:** 202-383-5302
   **Fax:**       202-383-5221

2.   Applicant will sign all pleadings with the name Peter Friedman.

3.   Applicant has been retained as a member of the above-named firm by the Puerto Rico Fiscal Agency and Financial Advisory Authority to provide legal representation in

1

connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2001, Applicant has been and presently is a member in good standing of the bar of the highest court of Washington, D.C., where Applicant regularly practices law. Applicant's bar license number is #474966.

5. Applicant has also been admitted to practice before the following court:

| **Court:** | **Admission Date:** |
|---|---|
| United States Court of Appeals, First Circuit | 08/24/2017 |
| United States Court of Appeals, Seventh Circuit | 06/14/2017 |
| United States Court of Appeals, Tenth Circuit | 06/10/2015 |
| United States Court of Appeals, Third Circuit | 12/05/2003 |
| United States District Court, District of Columbia | 10/04/2004 |
| United States Supreme Court | 11/17/2003 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. Applicant is currently admitted *pro hac vice* before the United States District Court for the District of Puerto Rico in the following cases:

- *In re Commonwealth of Puerto Rico*, (Case No. 17-3283);

- *In re Puerto Rico Sales Tax Financing Corporation*, (Case No. 17-3284);

- *In re Puerto Rico Highways and Transportation Authority*, (Case No. 17-3567);

- *In re Puerto Rico Electric Power Authority*, (Case No. 17-4780); and

- *In re Government Development Bank for Puerto Rico*, (Case No. 18-1561).

10. Applicant has not requested any other *pro hac vice* admission in the United States District Court for the District of Puerto Rico during the past three years.

11. Local counsel of record associated with Applicant in this matter is:

| | |
|---|---|
| **Name:** | Maria D. Trelles Hernández |
| **USDC-PR Bar No.** | 225106 |
| **Email:** | mtrelles@pmalaw.com |
| **Address:** | Popular Center – 19th Floor |
| | 208 Ponce de León Avenue |
| | San Juan, Puerto Rico 00918 |
| **Telephone:** | 787-274-1212 |
| **Fax:** | 787-274-1470 |

--and--

| | |
|---|---|
| **Name:** | Oreste R. Ramos |
| **USDC-PR Bar No.** | 216801 |
| **Email:** | oramos@pmalaw.com |
| **Address:** | Popular Center – 19th Floor |
| | 208 Ponce de León Avenue |
| | San Juan, Puerto Rico 00918 |
| **Telephone:** | 787-274-1212 |
| **Fax:** | 787-274-1470 |

--and--

| | |
|---|---|
| **Name:** | María Elena Martínez |
| **USDC-PR Bar No.** | 305309 |
| **Email:** | mmartinez@pmalaw.com |
| **Address:** | Popular Center – 19th Floor |
| | 208 Ponce de León Avenue |
| | San Juan, Puerto Rico 00918 |
| **Telephone:** | 787-274-1212 |
| **Fax:** | 787-274-1470 |

3

12. Applicant has read the local rules of the United States District Court for the District of Puerto Rico and agrees to comply with them in their entirety.

13. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States Court for the District of Puerto Rico for the above-captioned case only.

In Washington, D.C., this 30th day of November 2022.

> Peter Friedman
> Printed Name of Applicant
>
> /s/*Peter Friedman*
> Signature of Applicant

**I HEREBY CERTIFY** that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83A(f).

In San Juan, Puerto Rico, this 30th day of November, 2022.

> Maria D. Trelles Hernández
> Printed Name of Local Counsel
>
> /s/ *Maria D. Trelles Hernández*
> Signature Name of Local Counsel
>
> Oreste R. Ramos_____
> Printed Name of Local Counsel
>
> */s/ Oreste R. Ramos_____*
> Signature Name of Local Counsel
>
> María Elena Martínez_____

4

Printed Name of Local Counsel

*/s/ María Elena Martínez*_____
Signature Name of Local Counsel

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and made the payment of the *pro hac vice* admission fee through the CM/ECF payment module (using the pay.gov portal).

/s/ *Maria D. Trelles Hernández*
Maria D. Trelles Hernández
USDC-PR No. 225106

*/s/ Oreste R. Ramos*
Oreste R. Ramos
USDC-PR No. 216801

*/s/ María Elena Martínez*
María Elena Martínez
USDC-PR No. 305309

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center – 19th Floor
208 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

*Attorneys for the Puerto Rico Public Finance Corporation*