# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors. | PROMESA<br>Title III<br><br><br><br><br>Case No. 17 BK 3283-LTS |
| PUERTO RICO PUBLIC FINANCE<br>CORPORATION,<br><br>   Applicant. | PROMESA<br>Title VI<br><br>Case No. 22-cv-1517 (LTS) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that, pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, Peter Friedman and Matthew P. Kremer of O'Melveny & Myers LLP and Oreste R. Ramos, María D. Trelles-Hernández, and María Elena Martínez of Pietrantoni Méndez & Alvarez LLC appear as co-counsel on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Pursuant to Sections 102(1) and 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the undersigned request that all notices given, or required to be given in this

1

case, and all papers served, or required to be served in these cases, be also given to and served upon the undersigned at the offices and telephone numbers set forth below:

    Peter Friedman
    1625 Eye Street, NW
    Washington, D.C. 20006
    Email: pfriedman@omm.com
    Telephone: 202-383-5302
    Fax: 202-383-5221

    -and-

    Matthew P. Kremer
    Times Square Tower
    7 Times Square
    New York, NY 10036
    Email: mkremer@omm.com
    Telephone: 212-326-2063
    Fax: 212-326-2061

    And

    Oreste R. Ramos
    María D. Trelles-Hernández
    María Elena Martínez
    208 Ponce de León Ave.
    19th Floor
    San Juan, PR 00918
    Email : oramos@pmalaw.com
          mtrelles@pmalaw.com
          mmartinez@pmalaw.com
    Telephone : 787-274-1212
    Fax : 787-274-1470

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery,

2

telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of AAFAF with respect to the captioned Title VI applicant or any property or proceeds in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

Dated: November 30, 2022

Respectfully submitted,

*/s/ Peter Friedman*
Peter Friedman
(*Pro Hac Vice* Admission Pending)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

- and -

*/s/ Mathew P. Kremer*
Matthew P. Kremer
(*Pro Hac Vice* Admission Pending)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*/s/ Oreste R. Ramos*
ORESTE R. RAMOS
USDC-PR No. 216801
Email: oramos@pmalaw.com

*/s/ María D. Trelles-Hernández*
MARÍA D. TRELLES-HERNÁNDEZ
USDC-PR No. 225106
Email: mtrelles@pmalaw.com

*/s/ María Elena Martínez*
MARÍA ELENA MARTINEZ
USDC-PR No. 305309
Email: mmartinez@pmalaw.com

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center – 19th Floor
208 Ponce de León Avenue
San Juan, PR 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470