UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SETTING DEADLINE FOR THE SUBMISSION OF SUPPLEMENTAL
DOCUMENTATION IN CONNECTION WITH THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO'S MOTION TO
AMEND ALTERNATIVE DISPUTE RESOLUTION PROCEDURES

The Court has received and reviewed the *Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* (Docket Entry No. 22936 in Case No. 17-3283) (the "Motion"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). The Motion seeks an order amending the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* (Docket Entry No. 12576 in Case No. 17-3283) (the "ADR Procedures Order").

The Oversight Board is directed to file the following supplemental documentation by **December 7, 2022**, at **12:00 p.m. (Atlantic Standard Time)**: (i) a redlined version of the ADR Procedures Order with the proposed amendments, and (ii) a proposed form of notice to be

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

served on claimants whose claims are transferred into ADR pursuant to the proposed amended ADR Procedures Order.

       SO ORDERED.

Dated: December 1, 2022

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               United States District Judge