UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

------------------------------------------------------------x

ORDER CONCERNING MEDIATION TEAM'S SECOND NOTICE AND REPORT

    The Court has received and reviewed the *Mediation Team's Second Notice and Report* (Docket Entry No. 22953 in Case No. 17-3283 and Docket Entry No. 3091 in Case

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 17-4780) (the "Second Mediation Report"), filed by the Mediation Team.[2] The Second Mediation Report reports ongoing efforts to support negotiations between the Oversight Board and key stakeholders to achieve a consensual plan of adjustment since the entry of the September 29, 2022 Scheduling Order. The Second Mediation Report also requests a brief extension of the Scheduling Order's December 1, 2022 deadline. The Court is persuaded that the Mediation Team's extension request is reasonable and that the extension is needed to allow the exchange and review of information necessary to advance negotiations.

Accordingly, for the reasons set forth in the Second Mediation Report, the deadline for the Oversight Board to file a (i) proposed plan of adjustment, (ii) disclosure statement (and corresponding motion for approval thereof), and (iii) proposed confirmation schedule contemplating a June 2023 confirmation hearing is hereby extended to **December 8, 2022**.

SO ORDERED.

Dated: December 1, 2022

　/s/ Laura Taylor Swain　
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not defined herein have the meaning given to them in the Second Mediation Report.