UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THE TENTH URGENT CONSENSUAL MOTION
FOR EXTENSION OF DEADLINES AND ADJOURNMENT OF HEARING

Upon the *Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of*

*Hearing* (Docket Entry No. 22958 in Case No. 17-3283, Docket Entry No. 1387 in Case No. 17-

3566, and Docket Entry No. 344 in Case No. 19-5523) (the "Tenth Extension Motion");[2] and the

Court having found that the relief requested in the Tenth Extension Motion is in the best interests

of the Oversight Board and Ramhil; and the Court having found that the Oversight Board provided

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the Tenth Extension Motion.

adequate and appropriate notice of the Tenth Extension Motion under the circumstances and that

no other or further notice is required; and the Court having reviewed the Tenth Extension Motion;

and the Court having determined that the factual bases set forth in the Tenth Extension Motion

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is HEREBY ORDERED THAT:

1.      The Tenth Extension Motion is granted as set forth herein.

2.      Replies to the Ramhil Objection, if any, must be filed by **January 25, 2023**, at

**4:00 p.m. (Atlantic Standard Time)**.

3.      The Ramhil Objection will be heard at the February 1, 2023 omnibus hearing.

4.      This Order resolves Docket Entry No. 22958 in Case No. 17-3283, Docket Entry

No. 1387 in Case No. 17-3566, and Docket Entry No. 344 in Case No. 19-5523.


        SO ORDERED.

Dated: December 2, 2022

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge