## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

------------------------------------------------------------------x

### COVER SHEET TO FIFTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2021 through June 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $337.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $337.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fiftieth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2021.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 17, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period  June 1 through June 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo Fernandez | Jr. Member | Litigation | 225.00 | 0.40 | 90.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 190.00 | 1.50 | 285.00 |
| | | | | | |
| | Totals | | | 1.90 | $   375.00 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $   (37.50) |
| | | | | | |
| SUMMARY OF LEGAL FEES | | | | | $   337.50 |

**ERS TITLE III**

**Summary of Legal Fees for the Period  June 1 through June 30, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 1.50 | 285.00 |
| 224 | Fee Application - O&B | 0.40 | 90.00 |
| | | | |
| | | | $   375.00 |
| | | | |
| | Less: 10% Courtesy discount | | $   (37.50) |
| | | | |
| | **TOTALS** | **1.90** | **$   337.50** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $303.75, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $303.75.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

June 30, 2021

FOMB IN RE ERS TITLE III

RE: GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021

FOMB IN RE ERS TITLE III

Bill #: 398099

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2021:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 375.00 |
| Less Discount | $ -37.50 |
| | |
| Net Professional Services | $ 337.50 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 337.50** |

IN ACCOUNT WITH

252 Ponce de Leon, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/21 | UMF | 224 | Draft forty-seventh monthly fee statement of O&B for the period of March 2021 in the Title III case of ERS. | .40 | 225.00 | 90.00 |
| 6/07/21 | GMR | 206 | File the Notice of Filing of Spanish Translation of Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al., in Case No. 17-3566. | .30 | 190.00 | 57.00 |
| 6/10/21 | GMR | 206 | File the Notice of Filing Exhibit N (Best Interest Test Reports) to Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. in Case No. 17-3566. | .20 | 190.00 | 38.00 |
| 6/16/21 | GMR | 206 | File the Notice of Filing of Spanish Translation of Exhibit N (Best Interest Test Reports) to Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. in Case No. 17-3566. | .20 | 190.00 | 38.00 |
| 6/29/21 | GMR | 206 | File the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. in case no. 17-3567. | .20 | 190.00 | 38.00 |
| 6/29/21 | GMR | 206 | File disclosure statement to the Fourth Amended Title III Plan of Adjustment in Case No. 17-3567. | .20 | 190.00 | 38.00 |
| 6/29/21 | GMR | 206 | File the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (Corrected Version) in Case No. 17-3566. | .20 | 190.00 | 38.00 |
| 6/29/21 | GMR | 206 | File the Notice of Errata Regarding Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. in Case No. 17-3566. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                    $ 375.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398099

June 30, 2021

Less Discount                                          $ -37.50

NET PROFESSIONAL SERVICES:                 $ 337.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| UBALDO M. FERNANDEZ BARRERA | .40 | 225.00 | 90.00 |
| GABRIEL MIRANDA RIVERA | 1.50 | 190.00 | 285.00 |
| **Total** | **1.90** | | **$ 375.00** |

**TOTAL THIS INVOICE**                        **$ 337.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FIFTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF JULY 1, 2021 THROUGH JULY 31, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2021 through July 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $787.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $787.95 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-first monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for July 2021.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 17, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 325.00 | 0.40 | 130.00 |
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 0.30 | 69.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | 190.00 | 1.60 | 304.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 1.50 | 292.50 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.50 | 80.00 |
| | | | | | |
| | **Totals** | | | 4.30 | $    875.50 |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $    (87.55) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $    787.95 |

**ERS TITLE III**

**Summary of Legal Fees for the Period July 1 through July 31, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 2.20 | 421.00 |
| 209 | Adversary Proceeding | 0.40 | 130.00 |
| 218 | Employment and Fee Applications | 0.90 | 175.50 |
| 219 | Docketing | 0.30 | 48.00 |
| 224 | Fee Application - O&B | 0.50 | 101.00 |
| | | | |
| | | $ | 875.50 |
| | | | |
| | **Less: 10% Courtesy discount** | $ | (87.55) |
| | | | |
| | **TOTALS** | 4.30 | $    787.95 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $709.16, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $709.16.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 4, 2021
FOMB IN RE ERS TITLE III                                        Bill #:    398555
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2021:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 745.50 |
| Less Discount | $ -74.55 |
| | |
| Net Professional Services | $ 670.95 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 670.95** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/06/21 | UMF | 224 | Draft O&B's forty-eighth monthly fee statement for April 2021 in the Title III case of ERS. | .30 | 230.00 | 69.00 |
| 7/07/21 | VSN | 224 | As requested by U. Fernandez, review and compile April 2021 monthly fee application for Employee Retirement System Title III Case No. 17-3566. | .20 | 160.00 | 32.00 |
| 7/12/21 | PAG | 206 | File the Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. at 17 BK 3566-LTS, docket no. 1174. | .20 | 190.00 | 38.00 |
| 7/12/21 | PAG | 206 | File the Disclosure Statement for the Fifth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., and supporting exhibits, at 17 BK 3566-LTS, docket no. 1175. | .40 | 190.00 | 76.00 |
| 7/15/21 | GMR | 218 | Review the Ninth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from February 1,2021 through May 31, 2021, in anticipation to its filing. | .30 | 195.00 | 58.50 |
| 7/15/21 | GMR | 218 | File the Ninth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from February 1,2021 through May 31, 2021, in Case No. 17-3566. | .20 | 195.00 | 39.00 |

O'Neill & Borges LLC

Bill #:  398555                                                                      August 4, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/15/21 | GMR | 218 | Review the Notice of Filing of the Ninth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from February 1,2021 through May 31, 2021, in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 7/15/21 | GMR | 218 | File the Notice of Filing of the Ninth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from February 1,2021 through May 31, 2021, in Case No. 17-3566. | .20 | 195.00 | 39.00 |
| 7/22/21 | VSN | 219 | Docket court notice received by email dated July 16, 2021 regarding order dkt. 1184, joint status report, amended disclosure statement, objections to the disclosure statements and scheduled disclosure statement hearing. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 7/23/21 | VSN | 219 | Docket court notice received by email dated July 12, 2021 regarding order dkt. 1038, deadline to file reply. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 7/23/21 | VSN | 219 | Docket court notice received by email dated July 15, 2021 regarding order dkt. 1179, deadline to file disclosure statement and objections to disclosure statement. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 7/27/21 | PAG | 206 | File the Sixth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. at 17 BK 3566-LTS, docket no. 1189. | .20 | 190.00 | 38.00 |
| 7/27/21 | PAG | 206 | File the Disclosure Statement for the Sixth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., and supporting exhibits, at 17 BK 3566-LTS, docket no. 1190. | .40 | 190.00 | 76.00 |
| 7/30/21 | PAG | 206 | File the Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., and all supporting exhibits, at 17 BK 3566-LTS, docket no. 1198. | .40 | 190.00 | 76.00 |

O'Neill & Borges LLC

Bill #:  398555                                                                August 4, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/30/21 | GMR | 206 | File the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., in Case No. 17-3566. | .20 | 195.00 | 39.00 |
| 7/30/21 | GMR | 206 | File the Notice of Filing of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. and Corresponding Disclosure Statement, in Case No. 17-3566. | .20 | 195.00 | 39.00 |
| 7/30/21 | GMR | 206 | File the Notice of Filing of Third Revised Proposed Order (i) Approving Disclosure Statement, (ii) Fixing Voting Record Date, (iii) Approving Confirmation Hearing Notice and Confirmation Schedule, (iv) Approving Solicitation Packages and Distribution Procedures, (v) Approving Forms of Ballots, and Voting and Election Procedures, (vi) Approving Notice of Non-voting Status, (vii) Fixing Voting, Election, and Confirmation Deadlines, and (viii) Approving Vote Tabulation Procedures, in Case No. 17-3566. | .20 | 195.00 | 39.00 |

TOTAL PROFESSIONAL SERVICES                          $ 745.50

Less Discount                                              $ -74.55

NET PROFESSIONAL SERVICES:                          $ 670.95

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | .30 | 230.00 | 69.00 |
| PAULA A. GONZALEZ MONTALVO | 1.60 | 190.00 | 304.00 |
| GABRIEL MIRANDA RIVERA | 1.50 | 195.00 | 292.50 |
| VANESSA SANCHEZ | .50 | 160.00 | 80.00 |
| **Total** | **3.90** | | **$ 745.50** |

**TOTAL THIS INVOICE**                          **$ 670.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021

FOMB IN RE ERS TITLE III

**RE: 19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE ERS TITLE III

August 4, 2021
Bill #: 398556
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2021:

**Client.Matter: P1704 - 805**

**RE: 19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 130.00 |
| | $ -13.00 |
| Net Professional Services | $ 117.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 117.00** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1704 . 805**
**RE: 19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/15/21 | HDB | 209 | Review e-mail regarding meet and confer regarding stay by C. Quilinchini regarding adv. 19-AP-00028. (.1) Draft e-mail to B. Rosen, T. Mungovan and the Proskauer Team concerning potential response. (.1) | .20 | 325.00 | 65.00 |
| 7/28/21 | HDB | 209 | Receive follow-up e-mail from counsel for plaintiff in adv. 19-AP-00028 regarding meet and confer and draft e-mail to L. Stafford regarding same. (.1) Review response to counsel for Plaintiffs. (.1) | .20 | 325.00 | 65.00 |

TOTAL PROFESSIONAL SERVICES $ 130.00

$ -13.00

NET PROFESSIONAL SERVICES: $ 117.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 325.00 | 130.00 |
| **Total** | **.40** | | **$ 130.00** |

**TOTAL THIS INVOICE** $ 117.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FIFTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF AUGUST 1, 2021 THROUGH AUGUST 31, 2021

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2021 through August 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $170.10 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $170.10 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-second monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for August 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 21, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period August 1 through August 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 325.00 | 0.20 | 65.00 |
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 0.40 | 92.00 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.20 | 32.00 |
| | | | | | |
| | Totals | | | 0.80 | $ 189.00 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $ (18.90) |
| SUMMARY OF LEGAL FEES | | | | | $ 170.10 |

**ERS TITLE III**

**Summary of Legal Fees for the Period  August 1 through August 31, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 222 | Claims and Claims Objections | 0.20 | 65.00 |
| 224 | Fee Application - O&B | 0.60 | 124.00 |
| | | | |
| | | | $ 189.00 |
| | | | |
| | Less: 10% Courtesy discount | | $ (18.90) |
| | | | |
| | **TOTALS** | **0.80** | **$ 170.10** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $153.09, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $153.09.

## __Professional Certification__

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

August 31, 2021

FOMB IN RE HTA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 31, 2021

FOMB IN RE HTA TITLE III

Bill #: 400482

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2021:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 1,336.50 |
| Less Discount | $ -133.65 |
| Net Professional Services | $ 1,202.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,202.85** |

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/02/21 | HDB | 209 | Analyze Opposition to Urgent Motion of Financial Oversight and Management Board for Leave to Intervene as Defendant, on Behalf of Commonwealth and HTA, in DRA Adversary Proceeding 21-00068 with Respect to Counts I, II, and IV of Complaint, with Full Party Rights. | .60 | 325.00 | 195.00 |
| 8/03/21 | HDB | 208 | Review The DRA Parties Informative Motion Regarding the Use of Demonstratives at the August 4-5, 2021 Omnibus Hearing. | .20 | 325.00 | 65.00 |
| 8/04/21 | UMF | 224 | Draft O&B's forty-ninth monthly fee statement for May 2021 in the Title III case of the HTA. | .40 | 230.00 | 92.00 |
| 8/05/21 | GMR | 206 | Review the Reply in support of the Oversight Board's urgent motion to intervene in Counts I, II and IV of Complaint in DRA Parties v. Ambac, et al., 21-00068, in anticipation to its filing. | .30 | 195.00 | 58.50 |
| 8/05/21 | GMR | 206 | File the Reply in support of the Oversight Board's urgent motion to intervene in Counts I, II and IV of Complaint in DRA Parties v. Ambac, et al., through the court's electronic filing system in case no. 21-00068. | .20 | 195.00 | 39.00 |
| 8/05/21 | GMR | 206 | File the Reply in support of the Oversight Board's urgent motion to intervene in Counts I, II and IV of Complaint in DRA Parties v. Ambac, et al. adversary 21-0068, through the court's electronic filing system in case no. 17-3283. | .20 | 195.00 | 39.00 |
| 8/05/21 | VSN | 224 | As requested by U. Fernandez, review and compile May 2021 monthly fee application for HTA Title III Case No. 17-3567. | .20 | 160.00 | 32.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400482                                                                                      August 31, 2021

| 8/10/21 | CGB | 202 | Compare pertinent section of the HTA Enabling Act Spanish version with English version to address query from L. Rappaport and E. Barak regarding same (0.6) ; Draft email to L. Rappaport and E. Barak regarding same (0.2). | .80 | 340.00 | 272.00 |
|---|---|---|---|---|---|---|
| 8/11/21 | HDB | 209 | Review order on Motion to Intervene on DRA Complaint in adv. 21-00068. | .20 | 325.00 | 65.00 |
| 8/16/21 | HDB | 209 | Revise meet and confer letter on Motion to Dismiss in adv. 21-AP-0068. | .40 | 325.00 | 130.00 |
| 8/23/21 | GMR | 206 | Review the Unopposed Urgent Motion of Intervening Defendant Financial Oversight and Management Board for Leave to File a Memorandum of Law in Support of Motion to Dismiss, or, in the Alternative, Stay Counts I, II, and IV of the Complaint of No More Than 50 Pages, in anticipation to its filing in Adversary Proceeding No. 21-00068. | .20 | 195.00 | 39.00 |
| 8/23/21 | GMR | 206 | File the Unopposed Urgent Motion of Intervening Defendant Financial Oversight and Management Board for Leave to File a Memorandum of Law in Support of Motion to Dismiss, or, in the Alternative, Stay Counts I, II, and IV of the Complaint of No More Than 50 Pages, through the court's electronic filing system at ECF No. 37 in case No. adv. 21-00068. | .20 | 195.00 | 39.00 |
| 8/26/21 | GMR | 206 | File the Intervening Defendant Financial Oversight and Management Board's Memorandum of Law in Support of Motion to Dismiss, or in the Alternative, to Stay Counts I, II and IV of the Complaint in adv. 21-00068, in Case No. 17-3567. | .20 | 195.00 | 39.00 |
| 8/26/21 | GMR | 206 | File the Intervening Defendant Financial Oversight and Management Board's Memorandum of Law in Support of Motion to Dismiss, or in the Alternative, to Stay Counts I, II and IV of the Complaint in adv. 21-00068, in Adversary Proceeding No. 21-00068. | .20 | 195.00 | 39.00 |
| 8/26/21 | GMR | 206 | Review the Notice of Motion of Intervening Defendant Financial Oversight and Management Board's Motion to Dismiss, or in the Alternative, to Stay Counts I, II and IV of the Complaint (21-ap-00068), in anticipation to its filing. | .20 | 195.00 | 39.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400482                                                                                  August 31, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/26/21 | GMR | 206 | File the Notice of Motion of Intervening Defendant Financial Oversight and Management Board's Motion to Dismiss, or in the Alternative, to Stay Counts I, II and IV of the Complaint (21-ap-00068), in adversary proceeding no. 21-00068. | | .20 | 195.00 | 39.00 |
| 8/26/21 | GMR | 206 | File the Notice of Motion of Intervening Defendant Financial Oversight and Management Board's Motion to Dismiss, or in the Alternative, to Stay Counts I, II and IV of the Complaint (21-ap-00068), in Case No. 17-3567. | | .20 | 195.00 | 39.00 |
| 8/31/21 | PAG | 206 | Review the Motion for Interim Compensation Fourth Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highways and Transportation Authority ("HTA"), for the Period from February 1, 2021 through May 31, 2021, in anticipation of its filing at 17 BK 3567-LTS, docket no. 1090. | | .20 | 190.00 | 38.00 |
| 8/31/21 | PAG | 206 | File the Motion for Interim Compensation Fourth Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Highways and Transportation Authority ("HTA"), for the Period from February 1, 2021 through May 31, 2021, at 17 BK 3567-LTS, docket no. 1090. | | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                      $ 1,336.50

Less Discount                                                   $ -133.65

NET PROFESSIONAL SERVICES:                        $ 1,202.85

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .80 | 340.00 | 272.00 |
| HERMANN BAUER | 1.40 | 325.00 | 455.00 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 230.00 | 92.00 |
| PAULA A. GONZALEZ MONTALVO | .40 | 190.00 | 76.00 |
| GABRIEL MIRANDA RIVERA | 2.10 | 195.00 | 409.50 |

O'Neill & Borges LLC

Bill #:  400482                                                              August 31, 2021

VANESSA SANCHEZ                                          .20        160.00              32.00
**Total**                                                **5.30**                   **$ 1,336.50**

**TOTAL THIS INVOICE**                                               **$ 1,202.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

---------------------------------------------------------------------x

### COVER SHEET TO FIFTY-THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant

O'Neill & Borges LLC ("O&B")

Authorized to provide professional services
to:

Financial Oversight and Management
Board, as Representative for the Debtor
Pursuant to PROMESA Section 315(b)

Time period covered by this application:

September 1, 2021 through September 30,
2021

Amount of compensation sought as actual,
reasonable and necessary:

$124.20

Amount of expense reimbursement sought
as actual, reasonable and necessary:

$0.00

Total amount for this invoice:

$124.20

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-third monthly fee application in these cases.

### **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2021.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 7, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 0.60 | 138.00 |
| | Totals | | | 0.60 | $ 138.00 |
| | Less: 10% Courtesy discount | | | | $ (13.80) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 124.20 |

**ERS TITLE III**

**Summary of Disbursements for the Period September 1 through September 30, 2021**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| Totals | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

**ERS TITLE III**

**Summary of Legal Fees for the Period  September 1 through September 30, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 224 | Fee Application - O&B | 0.60 | 138.00 |
| | | | $ 138.00 |
| | Less: 10% Courtesy discount | | $ (13.80) |
| | **TOTALS** | 0.60 | $ 124.20 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $111.78, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $111.78.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH ... MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021
FOMB IN RE ERS TITLE III                                   Bill #:    402209
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

|                                   |            |
|-----------------------------------|-----------:|
| Total Professional Services       | $ 138.00   |
| Less Discount                     | $ -13.80   |
| Net Professional Services         | $ 124.20   |
| Total Reimbursable Expenses       | $ .00      |
| **TOTAL THIS INVOICE**            | **$ 124.20** |

Electronic Invoice

O'NEILL & BORGES LLC

252 PONCE DE LEÓN AVE., SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1704 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/17/21 | UMF | 224 | Draft O&B's fiftieth monthly fee statement in the Title III case of the ERS. | .30 | 230.00 | 69.00 |
| 9/17/21 | UMF | 224 | Draft O&B's fifty-first monthly fee statement in the Title III case of the ERS. | .30 | 230.00 | 69.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 138.00 |
| Less Discount | $ -13.80 |
| NET PROFESSIONAL SERVICES: | $ 124.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | .60 | 230.00 | 138.00 |
| **Total** | **.60** | | **$ 138.00** |

**TOTAL THIS INVOICE**      **$ 124.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE