# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------------x

### COVER SHEET TO FORTY-EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant:                              O'Neill & Borges LLC ("O&B")

Authorized to provide professional services     Financial Oversight and Management
to:                                             Board, as Representative for the Debtor
                                                Pursuant to PROMESA Section 315(b)

Time period covered by this application:        June 1, 2021 through June 30, 2021

Amount of compensation sought as actual,        $17,180.55
reasonable and necessary:

Amount of expense reimbursement sought          $0.00
as actual, reasonable and necessary:

Total amount for this invoice:                  $17,180.55

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-eighth monthly fee application in these cases.

## **<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for June 2021.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 17, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  June 1 through June 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 315.00 | 22.00 | 6,930.00 |
| Carla Garcia Benitez | Member | Litigation | 335.00 | 6.30 | 2,110.50 |
| Carlos E. George | Member | Labor | 255.00 | 9.50 | 2,422.50 |
| Rosa M. Lazaro | Member | Corporate | 350.00 | 7.30 | 2,555.00 |
| Edgardo Nives Quiles | Member | Corporate | 305.00 | 0.60 | 183.00 |
| Antonio L. Collazo | Jr. Member | Corporate | 225.00 | 2.90 | 652.50 |
| Ubaldo Fernandez | Jr. Member | Litigation | 225.00 | 0.30 | 67.50 |
| Jose L. Notario Toll | Jr. Member | Corporate | 230.00 | 1.80 | 414.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 195.00 | 0.90 | 175.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | 185.00 | 3.00 | 555.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 190.00 | 5.80 | 1,102.00 |
| Olga M. Alicea | Paralegal | Litigation | 155.00 | 11.50 | 1,782.50 |
| Vanessa Sanchez | Paralegal | Litigation | 155.00 | 0.90 | 139.50 |
| | | | | | |
| | **Totals** | | | **72.80** | **$  19,089.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$   (1,908.95)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$   17,180.55** |

### PREPA TITLE III

### Summary of Legal Fees for the Period   June 1 through June 30, 2021

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Member, Staff, Advisor, Consult | 2.00 | 481.00 |
| 202 | Legal Research | 0.90 | 175.50 |
| 206 | Documents Filed on Behalf of the Board | 9.80 | 1,972.00 |
| 207 | Non-Board Court Filings | 0.30 | 94.50 |
| 208 | Stay Matters | 0.10 | 31.50 |
| 209 | Adversary Proceeding | 37.10 | 9,734.50 |
| 210 | Analysis and Strategy | 6.00 | 1,848.00 |
| 213 | Labor, Pension Matters | 12.30 | 3,830.00 |
| 214 | Legal/Regulatory Matters | 2.90 | 652.50 |
| 219 | Docketing | 0.70 | 108.50 |
| 222 | Claims and Claims Objections | 0.20 | 63.00 |
| 224 | Fee Application - O&B | 0.50 | 98.50 |
| | | | |
| | | | $ 19,089.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (1,908.95) |
| | | | |
| | **TOTALS** | **72.80** | **$ 17,180.55** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $15,462.50 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $70.00) in the total amount of $15,462.50.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH                                           250 Muñoz Rivera, Suite 800
                                                          San Juan, PR 00918-1813
                                                          Tel. (787) 764-8181
                                                          Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

June 30, 2021

FOMB IN RE PREPA TITLE III

Bill #:   398100

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 1,507.50 |
| Less Discount | $ -150.75 |
| Net Professional Services | $ 1,356.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,356.75** |

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/21 | UMF | 224 | Draft forty-fifth monthly fee statement of O&B for the period of March 2021 in the Title III case of PREPA. | .30 | 225.00 | 67.50 |
| 6/01/21 | GMR | 206 | Review the Urgent Consensual Motion for Extension of Deadlines with regards to Cobra Lift Stay Motion in anticipation to its filing. | .30 | 190.00 | 57.00 |
| 6/01/21 | VSN | 219 | Docket court notice received by email dated May 28, 2021 regarding order dkt. 2499, deadlines for responses and reply. C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 6/01/21 | VSN | 224 | As requested by U. Fernandez, review and compile March 2020 monthly fee application for PREPA Title III Case No. 17-4780. | .20 | 155.00 | 31.00 |
| 6/02/21 | HDB | 206 | Revise draft informative motion regarding LUMA commencement date. | .20 | 315.00 | 63.00 |
| 6/02/21 | VSN | 219 | Docket court notice received by email dated June 1, 2021 regarding order dkt. 2501, deadline to file objections. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 6/03/21 | HDB | 210 | Tel. conf. with P. Possinger and D. Desatnik regarding LUMA transition issues, PREPA CBA issues and strategy issues. | .60 | 315.00 | 189.00 |
| 6/04/21 | HDB | 206 | Review Opposition of the Oversight Board, AAFAF, and PREPA to Cobra Acquisitions LLC's Motion to Lift the Stay Order. | .60 | 315.00 | 189.00 |
| 6/04/21 | GMR | 206 | Review the Opposition of the FOMB, AAFAF and PREPA to Cobra Acquisition's motion to lift the stay order in anticipation to its filing. | .40 | 190.00 | 76.00 |

O'Neill & Borges LLC

Bill #:  398100                                                                                    June 30, 2021

| 6/04/21 | GMR | 206 | File the Opposition of the FOMB, AAFAF and PREPA to Cobra Acquisition's motion to lift the stay order in the PREPA docket (Case No. 17-4780). | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 6/07/21 | HDB | 206 | Review Status Report Pursuant to December 9, 2020 Order Setting Deadline for Further Status Report Regarding Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims. | .20 | 315.00 | 63.00 |
| 6/08/21 | HDB | 207 | Review Response to Status Report in connection with Stay Order filed by Cobra Acquisitions LLC. | .30 | 315.00 | 94.50 |
| 6/14/21 | HDB | 210 | Review Order adjourning Cobra Stay Termination Motion. | .10 | 315.00 | 31.50 |
| 6/15/21 | CEG | 210 | Review email from P. Possinger to consider legal issues on PREPA ERS. | .20 | 255.00 | 51.00 |
| 6/15/21 | CEG | 213 | Review mobility documents with regards to AAFAF response section 104 letter - information request June 9, 2021 on PREPA mobility plan. | .70 | 255.00 | 178.50 |
| 6/16/21 | VSN | 219 | Docket court notice received by email dated June 11, 2021 regarding order dkt. 2521, deadline for responses and replies. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 6/16/21 | VSN | 219 | Docket court notice received by email dated June 14, 2021 regarding order dkt. 2520, deadline for parties to file additional status report. - H. D. Bauer, C. Garcia, and U. Fernandez. | .10 | 155.00 | 15.50 |
| 6/17/21 | GMR | 206 | File the Urgent Consensual Motion for Eighth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim in PREPA's Docket. | .20 | 190.00 | 38.00 |
| 6/18/21 | HDB | 222 | Revise and sign-off to file the three Hundred Fifty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Duplicate Liabilities. | .20 | 315.00 | 63.00 |
| 6/21/21 | VSN | 219 | Docket court notice received by email dated June 21, 2021 regarding order dkt. 2527, deadline to file an opposition to the motion; and movant's to file reply to opposition and responses. - H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398100                                                                                      June 30, 2021

| 6/24/21 | PAG | 206 | Review Debtor's Memorandum of Law and Motion pursuant to Bankruptcy Code Sections 105(A) and 362 for Order Directing Complaint to be Withdrawn in anticipation of its filing at 17 BK 4780-LTS, docket no. 2530. | .20 | 185.00 | 37.00 |
|---|---|---|---|---|---|---|
| 6/24/21 | PAG | 206 | File Debtor's Memorandum of Law and Motion pursuant to Bankruptcy Code Sections 105(A) and 362 for Order Directing Complaint to be Withdrawn at 17 BK 4780-LTS, docket no. 2530. | .20 | 185.00 | 37.00 |
| 6/29/21 | HDB | 210 | Tel. conf. with P. Possinger and E. Barak regarding LUMA subpoena issues. (.2)  Tel. conf. with Luma's counsel regarding same. (.2) | .40 | 315.00 | 126.00 |

TOTAL PROFESSIONAL SERVICES                          $ 1,507.50

Less Discount                                                         $ -150.75

NET PROFESSIONAL SERVICES:                          $ 1,356.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.60 | 315.00 | 819.00 |
| CARLOS E. GEORGE | .90 | 255.00 | 229.50 |
| UBALDO M. FERNANDEZ BARRERA | .30 | 225.00 | 67.50 |
| PAULA A. GONZALEZ MONTALVO | .40 | 185.00 | 74.00 |
| GABRIEL MIRANDA RIVERA | 1.10 | 190.00 | 209.00 |
| VANESSA SANCHEZ | .70 | 155.00 | 108.50 |
| **Total** | **6.00** | | **$ 1,507.50** |

**TOTAL THIS INVOICE**                                  **$ 1,356.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

IN ACCOUNT WITH
                                    250 MUÑOZ RIVERA, SUITE 800
                                    SAN JUAN, PR 00918-1813
                                    TEL. (787) 764-8181
                                    FAX (787) 753-8944

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE:  FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021
FOMB IN RE PREPA TITLE III
Bill #: 398101
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 4,086.50 |
| Less Discount | $ -408.65 |
| Net Professional Services | $ 3,677.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,677.85** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/21 | RML | 213 | Tel. conf. with M. Lopez regarding PREPA regulations provisions. (0.3) Review inquiries from C. Ortiz regarding participation in plan of former PREPA employees. (0.3) | .60 | 350.00 | 210.00 |
| 6/01/21 | CEG | 213 | Consider legal issues on transfer of PREPA employees and challenge to mobility plan (0.4). Review related local court case docket related to injunction petition filed by PREPA employees (0.2)/ | .60 | 255.00 | 153.00 |
| 6/03/21 | RML | 213 | Review issues raised by EY in connection with participation in PREPA- ERS. | .60 | 350.00 | 210.00 |
| 6/04/21 | CEG | 213 | Consider legal issues on  employee benefit of transferred employees to other CW agencies (0.3). Review related summaries(0.1); consider impact of Law 26-2017 on same (0.3). | .70 | 255.00 | 178.50 |
| 6/06/21 | RML | 213 | Review issue regarding continuation of PREPA benefits of former PREPA employees. | .70 | 350.00 | 245.00 |
| 6/07/21 | RML | 213 | Review inquiries regarding treatment of pension and health benefits for employees who were transferred to other movement agencies. (0.3) Tel. conf. with EY and FOMB regarding treatment of pension and health benefits for employees who were transferred to other movement agencies. (0.5) Tel. conf. with M. Lopez regarding application of Reciprocity Act for pensions of employees who were transferred to other governmental agencies. (0.3) | 1.10 | 350.00 | 385.00 |
| 6/07/21 | CEG | 210 | Participate in Teams meeting with A. Chepenik regarding PREPA pension treatment. | .50 | 255.00 | 127.50 |

O'Neill & Borges LLC

Bill #:  398101                                                                    June 30, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/07/21 | CEG | 213 | Consider legal issues related to applicable benefits to PREPA transferred employees pursuant to Law 120-2018. | .60 | 255.00 | 153.00 |
| 6/15/21 | RML | 213 | Review issue regarding employees of other government entities participating in PREPA plan. (0.5) Review documents sent by government in response to mobility plan inquiries. (0.8) | 1.30 | 350.00 | 455.00 |
| 6/16/21 | RML | 213 | Review issue raised by P. Possinger regarding PREPA ERS  and participation of CW employees in PREPA ERS. (0.5) Tel. conf. with C. George and H. Bauer regarding issues associated with CW employees in PREPA ERS. (0.5)  Tel. conf. with Proskauer Team and C. George and H. Bauer regarding issues associated with CW employees in PREPA ERS. (0.8) review PREPA retirement system letter. (0.3) | 2.10 | 350.00 | 735.00 |
| 6/16/21 | HDB | 210 | Tel. conf. with C. George and R. Lazaro regarding PREPA Pension System. (.5)  Tel. conf. with R. Lazaro, C. George, P. Possinger, P. Hammer and others at Proskauer regarding PREPA Pension Systems. (.8) | 1.30 | 315.00 | 409.50 |
| 6/16/21 | CEG | 213 | Participate in Teams meeting with R. Lazaro and H. Bauer next steps for PREPA ERS. | .50 | 255.00 | 127.50 |
| 6/16/21 | CEG | 213 | Participate in Teams meeting with P. Possinger and Proskauer team and R. Lazaro to discuss PREPA ERS. | .80 | 255.00 | 204.00 |
| 6/18/21 | CEG | 213 | Consider legal issues on continuation of medical benefits for PREPA transferred employees pursuant to law 120-2018 and Law 26-2017. | .70 | 255.00 | 178.50 |
| 6/21/21 | RML | 213 | Review issue regarding administrative cost of PREPA plan. (0.5) Draft email to P. Possinger in connection with administrative cost of PREPA plan (0.2) Review further inquiry regarding legation cost of PREPA Plan. (0.2) | .90 | 350.00 | 315.00 |

TOTAL PROFESSIONAL SERVICES                    $ 4,086.50

Less Discount                                              $ -408.65

NET PROFESSIONAL SERVICES:                   $ 3,677.85

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398101

June 30, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 7.30 | 350.00 | 2,555.00 |
| HERMANN BAUER | 1.30 | 315.00 | 409.50 |
| CARLOS E. GEORGE | 4.40 | 255.00 | 1,122.00 |
| **Total** | **13.00** | | **$ 4,086.50** |

**TOTAL THIS INVOICE**          **$ 3,677.85**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ponce de León, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021
FOMB IN RE PREPA TITLE III
Bill #: 398102
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 3,686.50 |
| | $ -368.65 |
| Net Professional Services | $ 3,317.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,317.85** |

Electronic Invoice

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/21 | HDB | 209 | Final review and sign-off to file (i) Motion for Partial Summary Judgment. (.6), (ii) Statement of Uncontested Facts. (.4), (iii) review proposed Order (.1), (iv) review supporting exhibits (.4), and (v) review Supporting Declarations in Adv. 17-000229. (.3) | 1.80 | 315.00 | 567.00 |
| 6/01/21 | CEG | 209 | Review expert's declaration related to UTIER CBA. | .30 | 255.00 | 76.50 |
| 6/01/21 | CEG | 209 | Exchange emails with J. Robertson regarding motion for summary judgment in Adv. 17-00229. | .30 | 255.00 | 76.50 |
| 6/01/21 | PAG | 206 | Review declaration of Jonathan E. Richman in Connection with Defendant's Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 in anticipation of its filing at 17-229-LTS, docket no. 172. | .40 | 185.00 | 74.00 |
| 6/01/21 | PAG | 206 | Review exhibits 1-20 to Declaration of Jonathan E. Richman in Connection with Defendant's Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 in anticipation of its filing at 17-229-LTS, docket no. 172. | .20 | 185.00 | 37.00 |
| 6/01/21 | PAG | 206 | Review exhibits 21-40 to Declaration of Jonathan E. Richman in Connection with Defendant's Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 in anticipation of its filing at 17-229-LTS, docket no. 172. | .20 | 185.00 | 37.00 |
| 6/01/21 | PAG | 206 | Review exhibits 41-56 to Declaration of Jonathan E. Richman in Connection with Defendant's Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 in anticipation of its filing at 17-229-LTS, docket no. 172. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398102                                                                                  June 30, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/01/21 | PAG | 206 | Review exhibits 57-58 to Declaration of Jonathan E. Richman in Connection with Defendant's Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 in anticipation of its filing at 17-229-LTS, docket no. 172. | .20 | 185.00 | 37.00 |
| 6/01/21 | PAG | 206 | Review exhibits 59-61 to Declaration of Jonathan E. Richman in Connection with Defendant's Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 in anticipation of its filing at 17-229-LTS, docket no. 172. | .20 | 185.00 | 37.00 |
| 6/01/21 | PAG | 206 | Review exhibits 62-85 to Declaration of Jonathan E. Richman in Connection with Defendant's Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 in anticipation of its filing at 17-229-LTS, docket no. 172. | .20 | 185.00 | 37.00 |
| 6/01/21 | PAG | 206 | File Declaration of Jonathan E. Richman in Connection with Defendant's Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056, and all supporting exhibits, at 17-229-LTS, docket no. 172. | .60 | 185.00 | 111.00 |
| 6/01/21 | GMR | 206 | Review checklist for summary judgment filing in anticipation to commence organizing documents and exhibits for filing. | .30 | 190.00 | 57.00 |
| 6/01/21 | GMR | 206 | Review Defendants' Notice of Motion for Summary Judgment pursuant to Bankruptcy Rule 7056 in anticipation to its filing. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | File Defendants' Notice of Motion for Summary Judgment pursuant to Bankruptcy Rule 7056 through the Court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | Review proposed order on Defendants' Motion for Summary Judgment pursuant to Bankruptcy Rule 7056 in anticipation to its filing. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | File the proposed order on Defendants' Motion for Summary Judgment pursuant to Bankruptcy Rule 7056 through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | Review expert declarations in support of motion for summary judgment (Nadol declaration, Wolfe declaration, Hines declaration and Farber declaration) and exhibits thereto in anticipation to their filing. | .70 | 190.00 | 133.00 |

O'Neill & Borges LLC

Bill #:  398102                                                                    June 30, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/01/21 | GMR | 206 | File the Nadol declaration in support of motion for summary judgment and exhibits thereto through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | File the Wolfe declaration in support of motion for summary judgment and exhibits thereto through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | File the Hines declaration in support of motion for summary judgment and exhibits thereto through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | File the Farber declaration in support of motion for summary judgment and exhibits thereto through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | Review the Memorandum of Law in support of motion for summary judgment in anticipation to its filing in Adv. 17-00229. | .40 | 190.00 | 76.00 |
| 6/01/21 | GMR | 206 | File the Memorandum of Law in support of motion for summary judgment through the court's electronic filing system in adv. 17-00229. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | Review the Statement of Undisputed Material Facts in support of motion for summary judgment in anticipation to its filing in Adv. 17-00229. | .40 | 190.00 | 76.00 |
| 6/01/21 | GMR | 206 | File the Statement of Undisputed Material Facts in support of motion for summary judgment in Adv. 17-00229 through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 6/01/21 | GMR | 206 | Review the Richman declaration in support of motion for summary judgment in anticipation to its filing. Review and organize exhibits thereto (85 exhibits). | .90 | 190.00 | 171.00 |
| 6/02/21 | HDB | 209 | Commence review of Memorandum of Law in Support of UTIER's Motion for Summary Judgment in adv. 17-00229. | 1.40 | 315.00 | 441.00 |
| 6/04/21 | HDB | 209 | Review J. Richman's analysis of the UTIER's Motion for Summary Judgment in adv. 17-00229 (.3). | .30 | 315.00 | 94.50 |
| 6/04/21 | CEG | 209 | Review UTIER's Summary Judgment motion in adv. 17-00229(0.5). Exchange emails with J. Robertson regarding same (0.1). | .60 | 255.00 | 153.00 |
| 6/10/21 | HDB | 209 | Review UTIER's Opposition to AAFAF's Motion to Dismiss adv. 17-00229. | .60 | 315.00 | 189.00 |

O'Neill & Borges LLC

Bill #:  398102

June 30, 2021

| 6/15/21 | CEG | 209 | Exchange emails with J,. Richman and K. Bolanos, regarding mobility plan applied at PREPA (0.2) Review mobility documents and guidelines prepared by OATRH. (0.3)  Exchange emails with J. Richman regarding AAFAF response letter 104 - information request June 9, 2021.(0.2) | .70 | 255.00 | 178.50 |
| 6/17/21 | CEG | 209 | Exchange emails with J. Richman regarding AAFAF response letter to FOMB  section 104 information request from June 9, 2021 0 (0.4). Revise mobility provisions under Law 8-2017 and its application to PREPA pursuant to Law 120-2018 (0.3).  Review guidelines from the OATRH mobility process applied at PREPA (0.4) | 1.10 | 255.00 | 280.50 |
| 6/17/21 | CEG | 209 | Review proposed letter from J. Richman on SUF to be sent to counsel for UTIER | .10 | 255.00 | 25.50 |
| 6/18/21 | HDB | 209 | Review letter by J. Richman to UTIER's counsel regarding statement of uncontested facts. | .20 | 315.00 | 63.00 |
| 6/18/21 | CEG | 209 | Review letter form  J. Robertson regarding statement of uncontested facts (0.1). Review exchange of emails with J. Robertson and co-counsel regarding  strategy for statement correction (0.2). | .30 | 255.00 | 76.50 |
| 6/21/21 | CEG | 209 | Review letter form  counsel for UTIER regarding statement of uncontested facts (0.1). Review exchange of emails between J. Robertson and co-counsel regarding strategy for  statement correction (0.2). | .30 | 255.00 | 76.50 |
| 6/25/21 | HDB | 209 | Review letter from R. Emmanuelli to J. Richman regarding amendments to statement of uncontested facts and briefing schedule. | .20 | 315.00 | 63.00 |
| 6/25/21 | CEG | 209 | Review joint motion to amend scheduling order in adv. 17-00229. | .10 | 255.00 | 25.50 |

TOTAL PROFESSIONAL SERVICES                                $ 3,686.50

                                                                                        $ -368.65

NET PROFESSIONAL SERVICES:                             $ 3,317.85

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398102                                                                                   June 30, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 4.50 | 315.00 | 1,417.50 |
| CARLOS E. GEORGE | 3.80 | 255.00 | 969.00 |
| PAULA A. GONZALEZ MONTALVO | 2.20 | 185.00 | 407.00 |
| GABRIEL MIRANDA RIVERA | 4.70 | 190.00 | 893.00 |
| **Total** | **15.20** | | **$ 3,686.50** |

**TOTAL THIS INVOICE**                                                    **$ 3,317.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021
FOMB IN RE PREPA TITLE III
Bill #: 398103
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,381.00 |
| | $ -138.10 |
| Net Professional Services | $ 1,242.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,242.90** |

Electronic Invoice

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/21 | HDB | 209 | Follow-up with counsel for PREB regarding status report in adv. 17-00256. (.2) Revise draft status report and extension of time. (.2) Exchange e-mails with L. Stafford regarding same. (.1) | .50 | 315.00 | 157.50 |
| 6/01/21 | PAG | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report in anticipation of its filing at 17-256-LTS, docket no. 83. | .20 | 185.00 | 37.00 |
| 6/01/21 | PAG | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report in anticipation of its filing at 17-256-LTS, docket no. 83. | .20 | 185.00 | 37.00 |
| 6/02/21 | HDB | 209 | Review Order on Status Report. (.1) Tel conf with F. Agrait regarding alternative resolutions and processes. (.2) Draft e-mail to L. Stafford regarding conversation with F. Agrait. (.1) | .40 | 315.00 | 126.00 |
| 6/02/21 | VSN | 219 | Docket court notice received by email dated June 2, 2021 regarding order dkt. 84, deadline to file joint status report. - H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 6/03/21 | HDB | 209 | Tel. conf with Y. Gonzalez regarding settlement and PREB resolutions. | .50 | 315.00 | 157.50 |
| 6/10/21 | HDB | 210 | Tel. conf. with E. Rodriguez and Y. Gonzalez (counsel for PREB(, E. Barak, P. Possinger, M. Dale and L. Stafford concerning 2017 Rate order and PREB's oversight powers. (1.4) Review LUMA Budget Order. (.4) | 1.80 | 315.00 | 567.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398103                                                                June 30, 2021

| 6/11/21 | HDB | 210 | Review e-mail by P. Possinger outlining suggestions to revise LUMA Rate Order and settlement issues regarding the 2017 Rate Order. | .20 | 315.00 | 63.00 |
| 6/24/21 | HDB | 209 | Review e-mail by P. Possinger regarding follow-up call with counsel for PREB on LUMA and PREPA budget issues. | .10 | 315.00 | 31.50 |
| 6/25/21 | HDB | 209 | Exchange messages with counsel for PREB regarding budget issues. | .10 | 315.00 | 31.50 |
| 6/28/21 | HDB | 209 | Tel. conf. with E. Rodriguez Carde, P. Possinger, E. Barak and others regarding budgetary issues impacting adv. 17-00256. | .50 | 315.00 | 157.50 |

TOTAL PROFESSIONAL SERVICES                              $ 1,381.00

                                                         $ -138.10

NET PROFESSIONAL SERVICES:                               $ 1,242.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 4.10 | 315.00 | 1,291.50 |
| PAULA A. GONZALEZ MONTALVO | .40 | 185.00 | 74.00 |
| VANESSA SANCHEZ | .10 | 155.00 | 15.50 |
| **Total** | **4.60** | | **$ 1,381.00** |

**TOTAL THIS INVOICE**                                   **$ 1,242.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AV. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 20-00142-LTS PV Prop. V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
262 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021
FOMB IN RE PREPA TITLE III
Bill #: 398104
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2021:

**Client.Matter: P1705 - 819**

**RE: 20-00142-LTS PV Prop. V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 94.50 |
| | $ -9.45 |
| Net Professional Services | $ 85.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 85.05** |

Electronic Invoice

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 819**
**RE: 20-00142-LTS PV Prop. V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/11/21 | HDB | 209 | Review Informative Motion Regarding PREPA's Motion to Dismiss Counts I and II of Plaintiff's Second Amended Complaint in adv. 20-0042. | .10 | 315.00 | 31.50 |
| 6/14/21 | HDB | 209 | Tel. conf. with F. Agrait regarding scheduling of motions for hearing in adv. 20-00142. | .20 | 315.00 | 63.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 94.50 |
| | | $ -9.45 |
| NET PROFESSIONAL SERVICES: | | $ 85.05 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 315.00 | 94.50 |
| **Total** | **.30** | | **$ 94.50** |

**TOTAL THIS INVOICE**      **$ 85.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH                                            252 AVE. MUÑOZ RIVERA, SUITE 800
                                                           SAN JUAN, PR 00918-1813
                                                           TEL. (787) 764-8181
# O'NEILL & BORGES LLC                                     FAX (787) 753-8944

---

June 30, 2021

FOMB IN RE PREPA TITLE III                                 Bill #: 398105
                                                           Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 820**

**RE: 21-00041-LTS UTIER RE LUMA**

| | |
|---|---|
| Total Professional Services | $ 645.50 |
| | $ -64.55 |
| | |
| Net Professional Services | $ 580.95 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 580.95** |

Electronic Invoice

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 820**
**RE: 21-00041-LTS UTIER RE LUMA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/21 | HDB | 209 | Review Opinion and Order denying Motion for Reconsideration in adv. 21-0041. | .40 | 315.00 | 126.00 |
| 6/04/21 | HDB | 209 | Review Amended Complaint. (.7) Review Meet and Confer letter regarding Amended Complaint in adv. 21-0041. (.1) | .80 | 315.00 | 252.00 |
| 6/08/21 | HDB | 209 | Review letter by M. Pocha regarding briefing schedule for Amended Complaint in adv. 21-0041. | .20 | 315.00 | 63.00 |
| 6/16/21 | VSN | 219 | Docket court notice received by email dated June 11, 2021 regarding order dkt. 69, deadline for plaintiff's response. - H. D. Bauer and P. Gonzalez. | .10 | 155.00 | 15.50 |
| 6/18/21 | HDB | 209 | Analyze new UTIER Complaint against PREPA regarding LUMA. Civil No. SJ2021CV3775. | .60 | 315.00 | 189.00 |

|  | | | TOTAL PROFESSIONAL SERVICES | | | $ 645.50 |
|  | | | | | | $ -64.55 |
|  | | | NET PROFESSIONAL SERVICES: | | | $ 580.95 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.00 | 315.00 | 630.00 |
| VANESSA SANCHEZ | .10 | 155.00 | 15.50 |
| **Total** | **2.10** | | **$ 645.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398105                                                          June 30, 2021

**TOTAL THIS INVOICE**                                    **$ 580.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00049-LTS SISTEMA DE RETIRO V. PREPA RE: LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021
FOMB IN RE PREPA TITLE III
Bill #:  398106
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2021:

**Client.Matter: P1705 - 822**

**RE:  21-00049-LTS SISTEMA DE RETIRO V. PREPA RE: LUMA**

| | |
|---|---|
| Total Professional Services | $ 388.50 |
| | $ -38.85 |
| Net Professional Services | $ 349.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 349.65** |

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 822**
**RE: 21-00049-LTS SISTEMA DE RETIRO V. PREPA RE: LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/04/21 | HDB | 209 | Review First Amended Complaint in adv. 21-0049. | .60 | 315.00 | 189.00 |
| 6/17/21 | HDB | 210 | Review letter from SRAEE (Rivera Rivera) to Ashley Miller regarding refusal to accept LUMA Employee Contributions. | .20 | 315.00 | 63.00 |
| 6/21/21 | JEG | 202 | At the request of R. Lazaro, research on resolutions of PREPA's Retirement System Board of Directors. | .70 | 195.00 | 136.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 388.50 |
| | | $ -38.85 |
| NET PROFESSIONAL SERVICES: | | $ 349.65 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 315.00 | 252.00 |
| GONZALEZ ALDARONDO, JOSUE E. | .70 | 195.00 | 136.50 |
| **Total** | **1.50** | | **$ 388.50** |

| | |
|--|--|
| **TOTAL THIS INVOICE** | **$ 349.65** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Avenida Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021
FOMB IN RE PREPA TITLE III                                   Bill #:    398107
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 823**

**RE:  21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

| | |
|---|---:|
| Total Professional Services | $ 5,358.50 |
| Less Discount | $ -535.85 |
| Net Professional Services | $ 4,822.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,822.65** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 823**
**RE: 21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/21 | CGB | 209 | Review the docket of Senate complaint challenging LUMA agreement SJ2021CV03356 (0.2); Draft email to P. Possinger and the FOMB team forwarding copy of the complaint and recent court order (0.2); monitor email exchange between P. Possinger and P. Friedman regarding alternate strategies in view of same (0.3); Analyze the complaint (0.5); Draft English summary of complaint allegations (0.3); Tel. Conf. with H.D. Bauer, P. Possinger, M. Dale, P. Friedman and others forwarding same (0.8). | 2.30 | 335.00 | 770.50 |
| 6/01/21 | ENQ | 209 | Review copy of complaint Senate vs. Luma to gauge validity of allegations regarding deed and registration requirement for existence and validity of LUMA contract. | .60 | 305.00 | 183.00 |
| 6/01/21 | CEG | 213 | Review Senate complaint challenging LUMA agreement. | .40 | 255.00 | 102.00 |
| 6/02/21 | CGB | 209 | Draft the special appearance of the FOMB in the Senate proceeding challenging the LUMA contract (0.8); Review alternative motion drafted by P. Possinger (0.3); Draft email forwarding revised motion to the Proskauer team (0.1). | 1.20 | 335.00 | 402.00 |
| 6/02/21 | CGB | 209 | Analyze the Senate's motion in compliance with order setting forth purported grounds for jurisdiction in case challenging the LUMA contract. | .30 | 335.00 | 100.50 |

O'Neill & Borges LLC

Bill #:  398107                                                                    June 30, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/02/21 | HDB | 209 | Review e-mail from M. Bienenstock concerning strategy issues regarding FOMB submission in connection with LUMA related complaint by J.L. Dalmau.  (.1) Revise draft informative motion prepared by C. Garcia (.2)  Revise draft informative motion setting the FOMB's position as to the PR Court's jurisdiction prepared by P. Possinger. (.2).  Respond to e-mail from C. García regarding strategy considerations. (.1) Review issues regarding potential removal by AAFAF. (.1)  Review Memorandum of Law on standing and jurisdiction filed by J. L. Dalmau. (.6) | 1.30 | 315.00 | 409.50 |
| 6/02/21 | OMA | 209 | As requested by attorneys C. Garcia and H. D. Bauer, begin preparing certified translation into English of the Complaint filed by the Puerto Rico Senate against the Government of Puerto Rico, Case No. SJ2017CV00986, dated 6/1/2021. 17 pages. 6,695 words. | 7.30 | 155.00 | 1,131.50 |
| 6/03/21 | CGB | 209 | Review notice of removal filed in adv. 21-00059 and enclosures. | .20 | 335.00 | 67.00 |
| 6/03/21 | CGB | 209 | Draft email to N. Jaresko, M.J. Bienenstock, T. Mungovan and others forwarding English version of the Senate Complaint against LUMA etc. | .10 | 335.00 | 33.50 |
| 6/03/21 | HDB | 210 | Analyze Notice of Removal of J. L. Dalmau v. PREPA regarding avoidance of LUMA Contract. | .50 | 315.00 | 157.50 |
| 6/03/21 | OMA | 209 | As requested by attorneys C. Garcia and H. D. Bauer, continue preparing certified translation into English of the Complaint filed by the Puerto Rico Senate against the Government of Puerto Rico, Case No. SJ2017CV00986, dated 6/1/2021.  9 pages. 10,082 words. | 3.70 | 155.00 | 573.50 |
| 6/03/21 | OMA | 209 | As requested by attorneys C. Garcia and H. D. Bauer, prepare certified translation into English of the Notification of Order in Case No. SJ2017CV00986, dated 6/1/2021.  1 pages. 416 words. | .50 | 155.00 | 77.50 |
| 6/04/21 | CGB | 209 | Email exchange with P. Possinger and E. Barak regarding unavailability of access to local court injunction hearing in LUMA v. UTIER (0.2); Review initial news articles on hearing results (0.2); Draft email to P. Possinger and E. Barak regarding same (0.1); Corroborate LUMA counsel update in later newspaper articles (0.2) ; Draft Follow-up email to P. Possinger and E. Barak regarding same (0.1). | .80 | 335.00 | 268.00 |

O'Neill & Borges LLC

Bill #:  398107                                                              June 30, 2021

| 6/04/21 | HDB | 209 | Review issues regarding TRO against UTIER by LUMA. | .10 | 315.00 | 31.50 |
| 6/07/21 | CGB | 201 | Review AAFAF motion in adv. 21-00059 submitting English translations of all documents filed at the Commonwealth court (0.1); Draft email to P. Possinger regarding same (0.1). | .20 | 335.00 | 67.00 |
| 6/10/21 | HDB | 209 | Review Senate President's Motion to Abstain filed in adv. 21-0059. | .40 | 315.00 | 126.00 |
| 6/21/21 | JEG | 202 | At the request of H. Bauer, prepare proper legal citations for bills and resolutions related to LUMA to be used in adv. 21-0059. | .20 | 195.00 | 39.00 |
| 6/24/21 | HDB | 209 | Revise the FOMB's Motion for Order that Complaint be Withdrawn (.8) Review the FOMB's Opposition to the Motion to Remand and/or in Opposition to Notice of Removal. (.5)  Review PREPA's Opposition to Motion for Remand in adv. 21-0059. (.4) | 1.70 | 315.00 | 535.50 |
| 6/28/21 | HDB | 209 | Tel. conf with counsel for the Senate President regarding briefing schedule. | .20 | 315.00 | 63.00 |
| 6/28/21 | HDB | 209 | Review proposed Stipulation to Extend briefing schedule in Adv. 21-00059. | .20 | 315.00 | 63.00 |
| 6/28/21 | HDB | 208 | Review Order on  briefing schedule on Motion by the FOMB for the Withdrawal of Complaint by Senate President. | .10 | 315.00 | 31.50 |
| 6/30/21 | HDB | 210 | Review analysis by A. Collazo regarding PREPA's interest in documents sought by the Legislature from LUMA. | .20 | 315.00 | 63.00 |
| 6/30/21 | HDB | 209 | Review J. Notario's analysis on legislative subpoena to LUMA. | .20 | 315.00 | 63.00 |

TOTAL PROFESSIONAL SERVICES                    $ 5,358.50

Less Discount                                          $ -535.85

NET PROFESSIONAL SERVICES:                      $ 4,822.65


**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
| --- | --- | --- | --- |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398107                                                                      June 30, 2021

| | | | |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 5.10 | 335.00 | 1,708.50 |
| EDGARDO NIEVES QUILES | .60 | 305.00 | 183.00 |
| HERMANN BAUER | 4.90 | 315.00 | 1,543.50 |
| CARLOS E. GEORGE | .40 | 255.00 | 102.00 |
| GONZALEZ ALDARONDO, JOSUE E. | .20 | 195.00 | 39.00 |
| OLGA M. ALICEA | 11.50 | 155.00 | 1,782.50 |
| **Total** | **22.70** | | **$ 5,358.50** |

**TOTAL THIS INVOICE**                                              **$ 4,822.65**

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

June 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00067-LTS TORRES CRUZ V. LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 30, 2021
FOMB IN RE PREPA TITLE III
Bill #:   398108
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2021:

**Client.Matter: P1705 - 824**

**RE:  21-00067-LTS TORRES CRUZ V. LUMA**

| | |
|---|---:|
| Total Professional Services | $ 1,941.00 |
| Less Discount | $ -194.10 |
| Net Professional Services | $ 1,746.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,746.90** |

Electronic Invoice

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 824**
**RE: 21-00067-LTS TORRES CRUZ V. LUMA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/25/21 | HDB | 209 | Review Notice of Removal of Luis Raul Torres v. LUMA (Adv. Pro. 21-0067). | .70 | 315.00 | 220.50 |
| 6/28/21 | CGB | 209 | Analyze M. Bienenstock's email to J. El Koury regarding LUMA's removal process and court deadline for the FOMB to set forth a position regarding same (0.2); Draft email to J. L. Marrero and A. L. Collazo seeking input regarding legislative investigatory authority over PREPA and its contractor (0.2). | .40 | 335.00 | 134.00 |
| 6/28/21 | HDB | 209 | Analyze Motion for Remand by Luis Raul Torres against LUMA's removal of complaint to compel subpoena. | .50 | 315.00 | 157.50 |
| 6/28/21 | ALC | 214 | Review email from M. Bienenstock to H. Bauer requesting review of Removal / remand issue and whether there is PREPA property issues that could arise form the House action. .(10). Review Notice of Removal filed by LUMA in connection with analysis of whether House action could affect PREPA property. (.50). Review House urgent motion to remand regarding the same (.40) Analyze possibility of impacts over PREPA property. (.40). | 1.40 | 225.00 | 315.00 |
| 6/29/21 | CGB | 209 | Review input from J. L. Notario regarding legislative investigative authority (0.1); Review input from A. L. Collazo regarding same vis-a-vis PREPA (0.1) | .20 | 335.00 | 67.00 |
| 6/29/21 | CGB | 209 | Attend Board meeting of June 29, 2021 in anticipation of potential questions regarding the LUMA removal civil action. | .60 | 335.00 | 201.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398108                                                                                      June 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/29/21 | JLN | 201 | Review forwarded documents relating to LUMA objections to House Committee request.  (0.5) Research into powers of Legislative Assembly. (0.7) Participate in meeting of Board members to discuss legislative powers and LUMA request. (0.6) | 1.80 | 230.00 | 414.00 |
| 6/29/21 | ALC | 214 | Review Act 120 to determine whether the Legislative Assembly reserved any specific right over the T&D Administrator after execution of the agreement (.60). Analysis of Act 17 regarding the same. (.60). Draft email to C. Garcia with summary of findings on direct legislative authority over LUMA on energy laws. (.30) | 1.50 | 225.00 | 337.50 |
| 6/30/21 | HDB | 209 | Revise and sign-off to file Informative Motion of Financial Oversight and Management Board for Puerto Rico with Respect to Plaintiff's Remand Motion in adv. 21-00067. | .30 | 315.00 | 94.50 |

TOTAL PROFESSIONAL SERVICES                         $ 1,941.00

Less Discount                                                    $ -194.10

NET PROFESSIONAL SERVICES:                         $ 1,746.90

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 1.20 | 335.00 | 402.00 |
| HERMANN BAUER | 1.50 | 315.00 | 472.50 |
| JOSE L. NOTARIO TOLL | 1.80 | 230.00 | 414.00 |
| ANTONIO L. COLLAZO | 2.90 | 225.00 | 652.50 |
| **Total** | **7.40** | | **$ 1,941.00** |

**TOTAL THIS INVOICE**                              **$ 1,746.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

       Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FORTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF JULY 1, 2021 THROUGH JULY 31, 2021

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2021 through July 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $18,631.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $18,631.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-ninth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2021.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On September 17, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel A. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  July 1 through July 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Salvador Antonetti | Member | Litigation | 315.00 | 2.80 | 882.00 |
| Hermann D. Bauer | Member | Litigation | 325.00 | 14.40 | 4,680.00 |
| Carla Garcia Benitez | Member | Litigation | 340.00 | 13.30 | 4,522.00 |
| Carlos E. George | Member | Labor | 260.00 | 3.70 | 962.00 |
| Rosa M. Lazaro | Member | Corporate | 355.00 | 7.30 | 2,591.50 |
| Edgardo Nieves Quiles | Member | Corporate | 310.00 | 2.60 | 806.00 |
| Antonio L. Roig | Member | Corporate | 310.00 | 0.40 | 124.00 |
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 0.30 | 69.00 |
| José Colon Garcia | Associate | Litigation | 180.00 | 6.10 | 1,098.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 200.00 | 3.50 | 700.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | 190.00 | 0.80 | 152.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 1.90 | 370.50 |
| Anibal A. Roman Medina | Associate | Litigation | 175.00 | 4.10 | 717.50 |
| Carlos Vazquez Alberty | Associate | Litigation | 185.00 | 15.50 | 2,867.50 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 1.00 | 160.00 |
| | | | | | |
| | **Totals** | | | **77.70** | **$  20,702.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$   (2,070.20)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$   18,631.80** |

| | **PREPA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period  July 1 through July 31, 2021** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 202 | Legal Research | 28.90 | 5,323.00 |
| 206 | Documents Filed on Behalf of the Board | 3.50 | 782.50 |
| 207 | Non-Board Court Filings | 0.70 | 227.50 |
| 209 | Adversary Proceeding | 28.10 | 9,145.00 |
| 210 | Analysis and Strategy | 4.80 | 1,493.50 |
| 213 | Labor, Pension Matters | 8.80 | 2,963.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 0.40 | 130.00 |
| 219 | Docketing | 0.80 | 128.00 |
| 222 | Claims and Claims Objections | 1.20 | 408.00 |
| 224 | Fee Application - O&B | 0.50 | 101.00 |
| | | | |
| | | | $   20,702.00 |
| | | | |
| | **Less: 10% Courtesy discount** | | $   (2,070.20) |
| | | | |
| | **TOTALS** | 77.70 | $   18,631.80 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $16,768.62 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $70.00) in the total amount of $16,768.62.

## **Professional Certification**

       I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

 

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021
FOMB IN RE PREPA TITLE III
Bill #:   398557
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 2,576.00 |
| Less Discount | $ -257.60 |
| Net Professional Services | $ 2,318.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,318.40** |

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/06/21 | UMF | 224 | Draft O&B's forty-sixth monthly fee statement for April 2021 in the Title III case of PREPA. | .30 | 230.00 | 69.00 |
| 7/07/21 | HDB | 206 | Revise draft Urgent Consensual Motion for Ninth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .20 | 325.00 | 65.00 |
| 7/07/21 | VSN | 224 | As requested by U. Fernandez, review and compile April 2021 monthly fee application for PREPA Title III Case No. 17-4780. | .20 | 160.00 | 32.00 |
| 7/11/21 | PAG | 206 | Review the Status Report of the Government Parties Regarding the COVID-19 Pandemic and 9019 Motion in anticipation of is filing at 17 BK 3283-LTS, docket no. 2544. | .20 | 190.00 | 38.00 |
| 7/11/21 | PAG | 206 | File the Status Report of the Government Parties Regarding the COVID-19 Pandemic and 9019 Motion at 17 BK 3283-LTS, docket no. 2544. | .20 | 190.00 | 38.00 |
| 7/12/21 | CGB | 222 | Review and respond to E. Barak email regarding draft response to Foreman's administrative claim (0.1); overview of same to ascertain pertinent next steps (0.3). | .40 | 340.00 | 136.00 |
| 7/12/21 | HDB | 206 | Review Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion. | .30 | 325.00 | 97.50 |
| 7/13/21 | CGB | 222 | Draft email to A. L. Roig to seek input regarding Foreman's administrative claim and legal arguments associated with the RFP process. | .10 | 340.00 | 34.00 |
| 7/13/21 | HDB | 210 | Revise draft Opposition to Foreman Electric's Motion for Allowance of Administrative Claim. | .60 | 325.00 | 195.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  398557                                                                                                 August 4, 2021

| 7/14/21 | CGB | 222 | Review comments from A. L. Roig regarding Foreman's administrative claim and legal arguments associated with the RFP process (0.1); Review Hatton v. Municipality PRSCT opinion (0.3); Draft email to E. Barak regarding same (0.3). | .70 | 340.00 | 238.00 |
|---|---|---|---|---|---|---|
| 7/14/21 | ALR | 210 | Review Foreman's motion for reimbursement of funds and the draft of the opposition to the same to analyze the arguments included in the opposition under Puerto Rico law (0.3); draft email to C. Garcia and H. D. Bauer regarding same (0.1). | .40 | 310.00 | 124.00 |
| 7/14/21 | HDB | 210 | Review A. Roig's comments to Foreman Electric Services Motion for Administrative Expense. | .20 | 325.00 | 65.00 |
| 7/15/21 | HDB | 207 | Analyze Opposition to Debtor's Memorandum of Law and Motion Pursuant to Bankruptcy Code Sections 105(A) and 362 for Order Directing Complaint to be Withdrawn filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. | .50 | 325.00 | 162.50 |
| 7/16/21 | HDB | 207 | Review as filed Objection to Verified Motion of Foreman Electric Services Inc. for Allowance of Administrative Expense Claim. | .20 | 325.00 | 65.00 |
| 7/20/21 | HDB | 206 | Review Joint Status Report Pursuant to June 14, 2021 Order Adjourning Cobra Acquisitions LLC's Motion to Lift Stay Order. | .30 | 325.00 | 97.50 |
| 7/20/21 | GMR | 206 | Review the Motion to inform Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds and exhibit thereto in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 7/20/21 | GMR | 206 | File the Motion to inform Regarding Notice of Supplemental and Partial Payment of Insurance Proceeds and exhibit thereto in Case No. 17-4780. | .20 | 195.00 | 39.00 |
| 7/20/21 | GMR | 206 | Review the Joint Status Report Pursuant to June 14, 2021 Order Adjourning Cobra Acquisitions LLC's Motion to Lift Stay Order in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 7/20/21 | GMR | 206 | File the Joint Status Report Pursuant to June 14, 2021 Order Adjourning Cobra Acquisitions LLC's Motion to Lift Stay Order through the court's electronic filing system. | .20 | 195.00 | 39.00 |

O'Neill & Borges LLC

Bill #:  398557                                                                                      August 4, 2021

| 7/20/21 | VSN | 219 | Docket court notice received by email dated July 2, 2021 regarding order dkt. 2539, deadline to file reply. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
|---|---|---|---|---|---|---|
| 7/20/21 | VSN | 219 | Docket court notice received by email dated June 25, 2021 regarding order dkt. 2534, deadline to file reply. - C. Garcia, H. D. Bauer and U. Fernandez | .10 | 160.00 | 16.00 |
| 7/20/21 | VSN | 219 | Docket court notice received by email dated July 8, 2021 regarding order dkt. 2543, deadline to file opposition to motion, and reply to opposition and responses. - C. Garcia, H. D. Bauer and U. Fernandez | .10 | 160.00 | 16.00 |
| 7/22/21 | VSN | 219 | Docket court notice received by email dated July 19, 2021 regarding order dkt. 2561 deadline to file certified translations. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 7/23/21 | VSN | 219 | Docket court notice received by email dated July 15, 2021 regarding order dkt. 2548, deadline to file status report. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 7/29/21 | HDB | 215 | Review analysis regarding PREB rate setting in connection with debt service. | .40 | 325.00 | 130.00 |
| 7/29/21 | GMR | 206 | Review the Reply in Support of Debtor's Motion Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Complaint to be Withdrawn, in anticipation to its filing in Case No. 17-4780. | .30 | 195.00 | 58.50 |
| 7/29/21 | GMR | 206 | File the Reply in Support of Debtor's Motion Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Complaint to be Withdrawn, in Case No. 17-4780. | .20 | 195.00 | 39.00 |
| 7/29/21 | JEG | 202 | At the request of J. L. Marrero and J. Pietrantoni, conduct research on whether the Energy Bureau is required to set rates at a level that allows the Electric Power Authority to pay debt service and comply with its covenants. (2.4) Draft email to J. L. Marrero and J. Pietrantoni with research findings. (0.8) | 3.20 | 200.00 | 640.00 |
| 7/29/21 | VSN | 219 | Docket court notice received by email dated July 28, 2021 regarding order dkt. 2568, deadline for movants to file reply. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |

TOTAL PROFESSIONAL SERVICES                     $ 2,576.00

Less Discount                                              $ -257.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398557

August 4, 2021

NET PROFESSIONAL SERVICES:          $ 2,318.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.20 | 340.00 | 408.00 |
| ANTONIO L. ROIG | .40 | 310.00 | 124.00 |
| HERMANN BAUER | 2.70 | 325.00 | 877.50 |
| UBALDO M. FERNANDEZ BARRERA | .30 | 230.00 | 69.00 |
| PAULA A. GONZALEZ MONTALVO | .40 | 190.00 | 76.00 |
| GABRIEL MIRANDA RIVERA | 1.30 | 195.00 | 253.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 3.20 | 200.00 | 640.00 |
| VANESSA SANCHEZ | .80 | 160.00 | 128.00 |
| **Total** | **10.30** | | **$ 2,576.00** |

**TOTAL THIS INVOICE**          **$ 2,318.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 4, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 4, 2021
Bill #:   398559
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2021:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 8,262.50 |
| Less Discount | $ -826.25 |
| Net Professional Services | $ 7,436.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,436.25** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/21 | HDB | 209 | Review Amended Statement of Uncontested Facts by UTIER. (.4) Review Amended Memorandum of Law in Support of Motion for Summary Judgment in adv. 17-00229-LTS. (.5) | .90 | 325.00 | 292.50 |
| 7/06/21 | HDB | 209 | Review Amendment to Alameda's Expert Report in adv. 17-00229-LTS. | .40 | 325.00 | 130.00 |
| 7/12/21 | CEG | 209 | Revise reply memorandum of law in support of amended motion by defendants to dismiss plaintiff's third amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) in adv. 17-00229-LTS. | .50 | 260.00 | 130.00 |
| 7/14/21 | HDB | 209 | Revise draft Reply Brief In Support of Partial Motion to Dismiss Second, Sixth, Eighth and Twelfth Cause Auction of the Third Amended Complaint.  (.6) Respond to queries by J. Richman regarding sovereign immunity issues. (.3) Review analysis by S. Antonetti on sovereign immunity and waiver issues .(4) | 1.30 | 325.00 | 422.50 |
| 7/14/21 | CEG | 209 | Consider several issues  on application of eleventh amendment immunity and qualified immunity to PREPA and individual defendants (0.3); exchange emails with J. Richman, H. Bauer and S. Antonetti regarding same. (0.3). | .60 | 260.00 | 156.00 |
| 7/14/21 | SAS | 210 | Email exchange with J. Richman, M. Morris, H. Bauer, and C. George regarding USDC opinion on Ramos Riefkohl case on sovereign immunity. | .60 | 315.00 | 189.00 |
| 7/16/21 | HDB | 209 | Review issues regarding Ex-Parte Young argument in connection with Reply Brief in Support of Partial Motion to Dismiss. | .20 | 325.00 | 65.00 |

O'Neill & Borges LLC

Bill #:  398559                                                                          August 4, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/16/21 | CEG | 209 | Revise  new version of reply memorandum of law in support of amended motion by defendants to dismiss plaintiff's third amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) in adv. 17-00229-LTS. | .30 | 260.00 | 78.00 |
| 7/19/21 | HDB | 209 | Revise and sign-off on final version of Reply Brief in Support of Motion to Dismiss in adv. 17-00229-LTS. (.3) Respond to query by J. Richman on Exhibit A to Reply. (.1)  Review Schultz v. Kellner. (.2) Review Individual Defendants' Reply Memorandum of Law in Further Support of Amended Motion to Dismiss Plaintiff's Third Amended Complaint Under Fed. R. Civ. P. 12(B)(6). (.2) | .80 | 325.00 | 260.00 |
| 7/19/21 | CEG | 210 | Revise and edit reply brief  in support of dismissal for filing in adv. 17-00229-LTS. | .50 | 260.00 | 130.00 |
| 7/19/21 | CEG | 209 | Exchange emails with H. Bauer and G. Miranda regarding reply brief in adv. 17-00229-LTS. | .20 | 260.00 | 52.00 |
| 7/19/21 | GMR | 206 | Review the Reply Memorandum of Law in Support of Amended Motion by Defendant Puerto Rico Electric Power Authority to Dismiss Plaintiff's Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) in anticipation to its filing in adv. 17-00229-LTS. | .40 | 195.00 | 78.00 |
| 7/19/21 | GMR | 206 | File the Reply Memorandum of Law in Support of Amended Motion by Defendant Puerto Rico Electric Power Authority to Dismiss Plaintiff's Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) through the court's electronic filing system in adv. 17-00229-LTS. | .20 | 195.00 | 39.00 |
| 7/20/21 | CGB | 209 | Analyze J. Richman email regarding UTIER's monetary claims against the CW in adv. 17-00229 (0.1); Draft email circulating memorandum on claims against state act that may impact same  to C. George and H. D. Bauer (0.2). | .30 | 340.00 | 102.00 |
| 7/20/21 | VSN | 219 | Docket court notice received by email dated June 29, 2021 regarding order dkt. 179, deadline of defendants' response to plaintiff's in limine motions; and reply to dispositive motions and for plaintiff's reply. - H. D. Bauer, C. George, and U. Fernandez. | .10 | 160.00 | 16.00 |
| 7/21/21 | HDB | 209 | Review potential sovereign immunity arguments to damage claims. | .40 | 325.00 | 130.00 |

O'Neill & Borges LLC

Bill #:  398559                                                                    August 4, 2021

| 7/23/21 | CGB | 209 | Email exchange with S. Antonetti and C. George regarding potential impact of claims against state act on UTIER's monetary claims against the CW. | .40 | 340.00 | 136.00 |
| 7/23/21 | SAS | 210 | Email exchange with C. Garcia, H. Bauer, and C. George regarding UTIER monetary clamis againts PREPA and the CW. | .40 | 315.00 | 126.00 |
| 7/26/21 | CEG | 209 | Consider several issues in damages claim and potential CW immunity defenses. | .40 | 260.00 | 104.00 |
| 7/27/21 | HDB | 209 | Review analysis by C. Garcia regarding damage claims asserted by UTIER in connection with waiver of sovereign immunity. (.2)  Review analysis by S. Antonetti regarding potential damage claim limitations. (.1) | .30 | 325.00 | 97.50 |
| 7/27/21 | CVA | 202 | Review the email exchange between J. Richman and O&B regarding Eleventh Amendment immunity and the Puerto Rico Claims Act in connection with the research regarding whether the Commonwealth of Puerto Rico can raise immunity arguments and/or the Claims Act's limits in the UTIER CBA case. | .40 | 185.00 | 74.00 |
| 7/27/21 | CVA | 202 | Analyze the Puerto Rico Claims Act in connection with the research regarding whether the Commonwealth of Puerto Rico can raise immunity arguments and/or the Claims Act's limits in the UTIER CBA case. | .80 | 185.00 | 148.00 |
| 7/28/21 | CGB | 209 | Review Follow-up email from J. Richman regarding Puerto Rico sovereign immunity issues and coordinate with C. Vazquez pending legal research to address same (0.1); overview of S. Antonetti analysis regarding same (0.2). | .30 | 340.00 | 102.00 |
| 7/28/21 | SAS | 210 | Draft legal analysis of CW immunity case law and its implications for monetary claims made against the CW in Adv. 17-00229. | 1.80 | 315.00 | 567.00 |
| 7/28/21 | CVA | 202 | Exchange emails with C. Garcia, S. Antonetti and C. George in connection with the research regarding whether the Commonwealth of Puerto Rico can raise immunity arguments and/or the Claims Act's limits in the UTIER CBA case. | .20 | 185.00 | 37.00 |
| 7/28/21 | CVA | 202 | Research Puerto Rico case law to confirm how the damage limits set forth by the Puerto Rico Claims Act would apply in the context of the UTIER CBA case. | 3.30 | 185.00 | 610.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398559                                                                August 4, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/28/21 | CVA | 202 | Research federal case law to determine whether the waiver of immunity provided by the Puerto Rico Claims Act applies in federal court and whether subsection 3077(c) of the Act applies to actions under the P.R. and U.S. Constitutions. | 2.60 | 185.00 | 481.00 |
| 7/28/21 | CVA | 202 | Revise the draft answer prepared by S. Antonetti to J. Richman's consultation regarding whether the Commonwealth of Puerto Rico can raise immunity arguments and/or the Claims Act's limits in the UTIER CBA case. | .50 | 185.00 | 92.50 |
| 7/28/21 | CVA | 202 | Draft detailed email to C. Garcia, S. Antonetti, C. George and H. Bauer regarding the draft answer prepared by S. Antonetti to J. Richman's consultation regarding whether the Commonwealth of Puerto Rico can raise immunity arguments and/or the Claims Act's limits in the UTIER CBA case, and the follow up research to be performed regarding legislative immunity. | .30 | 185.00 | 55.50 |
| 7/29/21 | CGB | 209 | Detailed analysis of summary of Puerto Rico sovereign immunity doctrine drafted by S. Antonetti (0.4); Analyze additional insight forwarded by C. Vazquez regarding same (0.3); additional legal research regarding monetary caps and waivers of immunity case law under Act 104-1955 (0.8); revise draft summary on Puerto Rico sovereign  pursuant to same (0.7); Draft email to J. Richman forwarding analysis (0.1). | 2.90 | 340.00 | 986.00 |
| 7/29/21 | HDB | 209 | Review draft memorandum regarding application of sovereign immunity to claims against the CW and PREPA. | .30 | 325.00 | 97.50 |
| 7/29/21 | CVA | 202 | Research Puerto Rico case law regarding the impairment of contracts clause and its potential impact upon whether the Commonwealth of Puerto Rico can raise immunity arguments and/or the Claims Act's limits in the UTIER CBA case. | 1.20 | 185.00 | 222.00 |
| 7/29/21 | CVA | 202 | Draft detailed email to C. Garcia regarding the impairment of contracts clause in connection J. Richman's consultation regarding whether the Commonwealth of Puerto Rico can raise immunity arguments and/or the Claims Act's limits in the UTIER CBA case. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398559                                                                August 4, 2021

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/29/21 | CVA | 202 | Begin research of Puerto Rico case law regarding legislative immunity to determine whether the Commonwealth can raise immunity arguments regarding the enactment of the laws that gave rise to the execution of the Operating and Management Agreement in the UTIER CBA case, as discussed with C. George. | 3.70 | 185.00 | 684.50 |
| 7/30/21 | CGB | 209 | Revise the draft of the Defendants' Memorandum Of Law In Opposition To Plaintiff's Amended Motion For Summary Judgment to be filed in adv. 17-00229 to verify issues of Puerto Rico law (1.7); Email exchange with J. Richman regarding potential sovereign immunity argument to be raised in same (0.4). | 2.10 | 340.00 | 714.00 |
| 7/30/21 | HDB | 209 | Revise Reply Brief in Support of Motion for Summary Judgment in adv. 17-00229-LTS. | .60 | 325.00 | 195.00 |
| 7/30/21 | CVA | 202 | Continue research of Puerto Rico case law regarding legislative immunity to determine whether the Commonwealth can raise immunity arguments regarding the enactment of the laws that gave rise to the execution of the Operating and Management Agreement in the UTIER CBA case. | 2.20 | 185.00 | 407.00 |

TOTAL PROFESSIONAL SERVICES                      $ 8,262.50

Less Discount                                    $ -826.25

NET PROFESSIONAL SERVICES:                       $ 7,436.25

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 6.00 | 340.00 | 2,040.00 |
| HERMANN BAUER | 5.20 | 325.00 | 1,690.00 |
| CARLOS E. GEORGE | 2.50 | 260.00 | 650.00 |
| SALVADOR J. ANTONETTI | 2.80 | 315.00 | 882.00 |
| CARLOS VAZQUEZ ALBERTY | 15.50 | 185.00 | 2,867.50 |
| GABRIEL MIRANDA RIVERA | .60 | 195.00 | 117.00 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |
| **Total** | **32.70** | | **$ 8,262.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398559

August 4, 2021

**TOTAL THIS INVOICE**                                **$ 7,436.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021

FOMB IN RE PREPA TITLE III

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 4, 2021
Bill #:    398560
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2021:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 547.00 |
| | $ -54.70 |
| Net Professional Services | $ 492.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 492.30** |

Electronic Invoice

252 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/15/21 | HDB | 209 | Review issues regarding extension of deadlines to file status report in adv. 17-00256-LTS. (0.4) Tel. conf. with counsel for PREB regarding same. Draft e-mail to M. Dale and others at Proskauer regarding PREB's position. (0.3) | .70 | 325.00 | 227.50 |
| 7/16/21 | HDB | 209 | Tel. conf with F. Agrait, counsel for ICSE, regarding extension to file status report in adv. 17-00256-LTS. (.1) Review the draft Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report. (.2) Coordinate filing issues with counsel for PREB. (.1) | .40 | 325.00 | 130.00 |
| 7/16/21 | PAG | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report in anticipation of its filing at Adv. Proc. No. 17-00256-LTS, docket no. 86. | .20 | 190.00 | 38.00 |
| 7/16/21 | PAG | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report at Adv. Proc. No. 17-00256-LTS, docket no. 86. | .20 | 190.00 | 38.00 |
| 7/22/21 | VSN | 219 | Docket court notice received by email dated July 19, 2021 regarding docket dkt. 87, deadline to file joint status report. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 7/26/21 | HDB | 210 | Review status of follow-up with PREPA concerning issues regarding the 2017 Rate Order and potential resolution to adversary proceeding. | .30 | 325.00 | 97.50 |

TOTAL PROFESSIONAL SERVICES                    $ 547.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398560                                                          August 4, 2021

$ -54.70

NET PROFESSIONAL SERVICES:                                              $ 492.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.40 | 325.00 | 455.00 |
| PAULA A. GONZALEZ MONTALVO | .40 | 190.00 | 76.00 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |
| **Total** | **1.90** | | **$ 547.00** |

**TOTAL THIS INVOICE**                                                 **$ 492.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021

FOMB IN RE PREPA TITLE III

## RE: 21-00041-LTS UTIER RE LUMA

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021
FOMB IN RE PREPA TITLE III
Bill #:  398561
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2021:

**Client.Matter: P1705 - 820**

**RE:  21-00041-LTS UTIER RE LUMA**

| | |
|---|---|
| Total Professional Services | $ 455.00 |
| | $ -45.50 |
| Net Professional Services | $ 409.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 409.50** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 820**
**RE: 21-00041-LTS UTIER RE LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/14/21 | HDB | 209 | Review meet and confer e-mail by Impeach regarding Motion to Dismiss. | .20 | 325.00 | 65.00 |
| 7/20/21 | HDB | 209 | Review Notice of Motion to Dismiss. (.2) Review Defendants' Joint Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint pursuant to Fed,R.Civ.P. 12(b)(1) and (6) in adv. 21-00041-LTS. (1.0) | 1.20 | 325.00 | 390.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 455.00 |
|  | $ -45.50 |
| NET PROFESSIONAL SERVICES: | $ 409.50 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.40 | 325.00 | 455.00 |
| **Total** | **1.40** | | **$ 455.00** |

|  |  |
|---|---|
| **TOTAL THIS INVOICE** | **$ 409.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PREPA TITLE III

August 4, 2021
Bill #:    398562
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending July 31, 2021:

**Client.Matter: P1705 - 823**

**RE:  21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

| | |
|---|---|
| Total Professional Services | $ 5,605.50 |
| | $ -560.55 |
| Net Professional Services | $ 5,044.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,044.95** |

**O'NEILL & BORGES** LLC

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 823**
**RE: 21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/21 | HDB | 209 | Review Reply in Support of Motion to Remand adv. 21-00059. | .30 | 325.00 | 97.50 |
| 7/27/21 | CGB | 209 | Review the draft Reply in Support of Debtor's Motion Pursuant to Bankruptcy Code Sections 105(A) and 362 for Order Directing Complaint to be Withdrawn to consider possible additional arguments under Puerto Rico law to support same (1.1); Brief legal research to identify Puerto Rico law citations in support of argument equating the effects of rescission and annulment (0.7); Analyze J. J. Colon legal research report regarding Puerto Rico case law discussing new Civil Code provision applicable to counter-arguments to Senate brief (0.3). | 2.10 | 340.00 | 714.00 |
| 7/27/21 | ENQ | 209 | Review Senate's President allegations regarding defects in Luma Contract. (.6) Review applicable provisions of Puerto Rico Mortgage Law. (.4) Review draft motion (.6) Email with conclusions. (.3) | 1.90 | 310.00 | 589.00 |
| 7/27/21 | HDB | 209 | Revise draft Reply In Support of Debtor's Motion Pursuant to Bankruptcy Code Sections 105(A) and 362 for Order Directing Complaint to be Withdrawn. (.7) Tel. conf. with D. Desatnik regarding reply brief. (.2) Draft e-mail to O&B Team concerning comments and citations for the brief. (.2) Review B. Garcia's suggestions to the draft motion. (.2) Review E. Nieves' analysis of recordation requirement (.3) | 1.60 | 325.00 | 520.00 |

O'Neill & Borges LLC

Bill #:  398562          August 4, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/27/21 | JJC | 202 | Analyze query from H. D. Bauer regarding the difference between null and voidable contracts under Puerto Rico law (0.2). Analyze draft of Reply in Support of Debtor's Motion Pursuant to Bankruptcy Code Sections 105(A) and 362 for Order Directing Complaint to be Withdrawn to respond to said query (0.4). Analyze applicable statutes, including the Puerto Rico Civil Code of 2020, to draft outline in response to said query (0.8). Analyze Puerto Rico Supreme Court cases about null and voidable contracts to draft outline in response to said query (1.1). Draft outline of pertinent legal provisions and case law citations in response to said query (0.6). Translate Spanish portions of outline to English as per H. D. Bauer's request (0.6). | 3.70 | 180.00 | 666.00 |
| 7/27/21 | JJC | 202 | Analyze query from E. Nieves regarding exceptions to general rule that recordation in the Puerto Rico Property Registry is optional under Puerto Rico law (0.2). Analyze applicable statutes, including the Puerto Rico Mortgage Act of 2015, to draft outline in response to said query (0.6). Analyze Puerto Rico Supreme Court cases that interpret pertinent Puerto Rico Mortgage Act provisions to draft outline in response to that query (0.8). Analyze federal court decisions that interpret pertinent Puerto Rico Mortgage Act provisions to draft outline in response to that query (0.4). Draft outline of pertinent legal provisions and case law citations in response to said query (0.4). | 2.40 | 180.00 | 432.00 |
| 7/28/21 | CGB | 209 | Edit E. Nieves analysis relating to Puerto Rico mortgage law to include additional legal research (0.4); Draft email to D. Desatnik forwarding same (0.1); Follow-up email exchange with D. Desatnik regarding same (0.3). | .80 | 340.00 | 272.00 |
| 7/28/21 | HDB | 209 | Review further analysis and citations concerning recordation requirements of P3 Contracts. | .30 | 325.00 | 97.50 |

O'Neill & Borges LLC

Bill #:  398562                                                                                          August 4, 2021

| 7/29/21 | CGB | 209 | Review email from D. Desatnik forwarding updated draft reply for adv. 21-00059 and setting forth additional queries regarding the Puerto Rico Real Property Registry Act (0.2); Coordinate related research with E. Nieves and A. A. Roman Medina (0.2); Overview of the Spanish version of the Puerto Rico Real Property Registry Act to consider potential  additional arguments in support of reply (0.6); review updated reply draft (1.7); Review additional edits drafted by E. Nieves (0.2); Draft email to D. Desatnik forwarding same (0.1); Review final version of reply filed at Docket No. 2572 of Case 17-04780 (0.2). | 3.20 | 340.00 | 1,088.00 |
| 7/29/21 | ENQ | 209 | Review revised draft of draft reply for adv. 21-0005 regarding Senate President's challenge to Luma agreement with PREPA. (.3) Edited said draft. (.4) | .70 | 310.00 | 217.00 |
| 7/29/21 | HDB | 209 | Review revised draft Reply Brief in Support of Order to Withdraw Complaint. | .60 | 325.00 | 195.00 |
| 7/29/21 | AAR | 202 | Perform research on Law 210-2015 known as the "Real Property Registry Act of the Commonwealth of Puerto Rico" to identify and analyze the articles cited in the complaint in adv. 21-00059. | 2.60 | 175.00 | 455.00 |
| 7/29/21 | AAR | 202 | Review Law 210-2015 and Law 198-1979 to identify parallel articles and its amendments. | .70 | 175.00 | 122.50 |
| 7/29/21 | AAR | 202 | Review Law 129-2020 known as "Condominium Law" to identify the articles related to parent deed and registration obligation for its effectiveness. | .80 | 175.00 | 140.00 |

TOTAL PROFESSIONAL SERVICES                      $ 5,605.50

                                                 $ -560.55

NET PROFESSIONAL SERVICES:                       $ 5,044.95

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 6.10 | 340.00 | 2,074.00 |
| EDGARDO NIEVES QUILES | 2.60 | 310.00 | 806.00 |
| HERMANN BAUER | 2.80 | 325.00 | 910.00 |
| JOSE L. COLON GARCIA | 6.10 | 180.00 | 1,098.00 |
| ANIBAL A. ROMAN MEDINA | 4.10 | 175.00 | 717.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398562                                                                                        August 4, 2021

| **Total** | **21.70** | **$ 5,605.50** |

**TOTAL THIS INVOICE**                                              **$ 5,044.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 4, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00067-LTS TORRES CRUZ V. LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 4, 2021
Bill #: 398563
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2021:

**Client.Matter: P1705 - 824**

**RE:  21-00067-LTS TORRES CRUZ V. LUMA**

| | |
|---|---|
| Total Professional Services | $ 292.50 |
| | $ -29.25 |
| | |
| Net Professional Services | $ 263.25 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 263.25** |

Electronic Invoice

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 824**
**RE: 21-00067-LTS TORRES CRUZ V. LUMA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/21 | HDB | 209 | Review Luma's Opposition to Motion to Remand. | .60 | 325.00 | 195.00 |
| 7/07/21 | HDB | 209 | Review Order Remanding Case to San Juan Court in adv. 21-00067. | .30 | 325.00 | 97.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 292.50 |
| | | $ -29.25 |
| NET PROFESSIONAL SERVICES: | | $ 263.25 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .90 | 325.00 | 292.50 |
| **Total** | **.90** | | **$ 292.50** |

**TOTAL THIS INVOICE**      **$ 263.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 4, 2021
Bill #:   400381
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 2,963.50 |
| Less Discount | $ -296.35 |
| Net Professional Services | $ 2,667.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,667.15** |

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/01/21 | RML | 213 | Review inquiries on employee provisions of O&M Agreement. (0.5) Draft email to Proskauer in response to inquiries on employee provisions of O&M Agreement. (0.6) | 1.10 | 355.00 | 390.50 |
| 7/01/21 | CEG | 213 | Review draft of O&M Agreement with regards to employees and pension matters. | .60 | 260.00 | 156.00 |
| 7/02/21 | RML | 213 | Review changes made by P. Hamburger to employee benefit section of O&M Agreement. (0.3) Draft changes to employee benefit section of O&M Agreement. (0.4) | .70 | 355.00 | 248.50 |
| 7/02/21 | CEG | 213 | Revise draft of generation agreement and its sections on labor and pension matters. | .60 | 260.00 | 156.00 |
| 7/07/21 | RML | 213 | Tel. conf. with C. Villafane regarding ruling on transfer of PREPA ERS distribution to private Plan. (0.4) Draft email to A. Figueroa regarding results of conversation with C. Villafane. (0.2). | .60 | 355.00 | 213.00 |
| 7/07/21 | RML | 213 | Respond to P. Possinger inquiry on proposed language to amend PREPA ERS plan. (0.3). Review P. Hamburger response on amendments to PREPA ERS. (0.2) Respond to further inquiries from Proskauer regarding PREPA ERS Regulations. (0.3). Review mechanism to amend PREPA ERS regulations. (0.4) Draft email to J. Todd regarding PREPA ERS amendments. (0.3) | 1.50 | 355.00 | 532.50 |
| 7/08/21 | RML | 213 | Review (0.1) and respond (0.2) to email from A. Figueroa regarding ruling to be requested for LUMA Plan. | .30 | 355.00 | 106.50 |
| 7/08/21 | RML | 213 | Tel. conf. with M. Lopez regarding ruling request from Treasury on LUMA Plan. | .30 | 355.00 | 106.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400381                                                                                        August 4, 2021

| 7/08/21 | RML | 213 | Tel. conf. with J. Gonzalez regarding PREPA authority to freeze plan. | .30 | 355.00 | 106.50 |
| 7/08/21 | JEG | 213 | Tel. conf. with R. Lazaro regarding PREPA authority to freeze retirement plan. | .30 | 200.00 | 60.00 |
| 7/09/21 | RML | 213 | Tel. conf. with F. Fontanes regarding ruling to be requested from Treasury in connection with transfer from PREPA ERS. | .40 | 355.00 | 142.00 |
| 7/12/21 | RML | 213 | Review changes suggested by Clearly to benefit provisions of OMA. (0.2) Review Proskauer response. (0.2) Draft response to inquiry on former employee contributions to PREPA ERS. (0.2) | .60 | 355.00 | 213.00 |
| 7/14/21 | RML | 213 | Respond to C. Villafane email regarding ruling to be requested from Treasury regarding private employers' plans. | .30 | 355.00 | 106.50 |
| 7/22/21 | RML | 213 | Exchange emails with F. Fontanes regarding ruling to be requested from Treasury in connection with transfer from government plans to private plans. | .30 | 355.00 | 106.50 |
| 7/28/21 | RML | 213 | Exchange emails with Treasury regarding Act 29 provisions. (0.3) Exchange emails with C. Villafane regarding meeting with Treasury on the preparation of Act 29 provisions. (0.2) | .50 | 355.00 | 177.50 |
| 7/30/21 | RML | 213 | Exchange emails with Treasury on law provisions applicable to transfer of plan assets. | .40 | 355.00 | 142.00 |

TOTAL PROFESSIONAL SERVICES                          $ 2,963.50

Less Discount                                                    $ -296.35

NET PROFESSIONAL SERVICES:                           $ 2,667.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
| --- | --- | --- | --- |
| ROSA M. LAZARO | 7.30 | 355.00 | 2,591.50 |
| CARLOS E. GEORGE | 1.20 | 260.00 | 312.00 |
| GONZALEZ ALDARONDO, JOSUE E. | .30 | 200.00 | 60.00 |
| **Total** | **8.80** | | **$ 2,963.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400381                                                                                    August 4, 2021

**TOTAL THIS INVOICE**                                                       **$ 2,667.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------------x

## COVER SHEET TO FIFTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF AUGUST 1, 2021 THROUGH AUGUST 31, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 31, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 31, 2021
FOMB IN RE PREPA TITLE III
Bill #:    400484
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 7,293.00 |
| Less Discount | $ -729.30 |
| Net Professional Services | $ 6,563.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 6,563.70** |

IN ACCOUNT WITH

263 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/04/21 | UMF | 224 | Draft O&B's forty-seventh monthly fee statement for May 2021 in the Title III case of PREPA. | .60 | 230.00 | 138.00 |
| 8/04/21 | PAG | 206 | File the Urgent Consensual Motion for Tenth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim at 17 BK 4780-LTS, docket no. 2538. | .20 | 190.00 | 38.00 |
| 8/05/21 | VSN | 224 | As requested by U. Fernandez, review and compile May 2021 monthly fee application for PREPA Title III Case No. 17-4780. | .20 | 160.00 | 32.00 |
| 8/06/21 | HDB | 210 | Review e-mail by E. Barak regarding PREB's rate setting authority and parameters. | .30 | 325.00 | 97.50 |
| 8/09/21 | JP | 215 | Analyze PREB legislation relating to its authority to set rates as requested by E. Barak. | .70 | 360.00 | 252.00 |
| 8/10/21 | HDB | 210 | Review Order denying Cobra's Motion to Lift Litigation Stay. | .20 | 325.00 | 65.00 |
| 8/10/21 | CEG | 213 | Consider legal issuers on amendment to PREPA ERS. | .50 | 260.00 | 130.00 |
| 8/11/21 | HDB | 210 | Review Opposition to Assumption of PPOA and issues regarding meet and confer call with counsel for Windmar. | .40 | 325.00 | 130.00 |
| 8/11/21 | CEG | 213 | Review UTIER CBA  and consider potential modifications to work rules. | 1.20 | 260.00 | 312.00 |
| 8/11/21 | JLN | 213 | Revise draft note prepared by J. A. Candelaria regarding PREPA plan alleged trust. | .40 | 235.00 | 94.00 |
| 8/11/21 | ALC | 214 | Review email from (0.1) and draft email (0.2) to P. Possinger regarding Windmar objection to notice of assumption of PPOAs for renewable energy projects. | .30 | 230.00 | 69.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400484 — August 31, 2021

| 8/12/21 | JP | 215 | Analyze PREB legislation relating to its authority to set rates as requested by E. Barak (1.4); email exchanges with J. Gonzalez  (0.4); and A. L. Collazo regarding same (0.4) | 2.20 | 360.00 | 792.00 |
|---------|-----|-----|---|------|--------|--------|
| 8/12/21 | HDB | 210 | Review Opinion and Order by the First Circuit regarding Front End Transition Charge in Appeal No. 20-2041. | .90 | 325.00 | 292.50 |
| 8/12/21 | HDB | 210 | Analyze the Firsts Circuit's Opinion and Order in Appeal No. 20-1685 concerning the assumption of a power purchase and operating agreement (PPOA) with EcoEléctrica. | .70 | 325.00 | 227.50 |
| 8/12/21 | CEG | 213 | Consider issues on  PREPA-ERS and proposed amendments to its regulations. | .30 | 260.00 | 78.00 |
| 8/12/21 | ALC | 214 | Analysis of Objection to Assumption of Power Purchase Operating Agreement in preparation for Tel. conf. with Windmar and PREPA attorneys to discuss potential resolution of Windmar's objection. (.40) Tel. conf. with Proskauer, PREPA counsel and Windmar's counsel to discuss the objection under Puerto Rico law. (.40) | .80 | 230.00 | 184.00 |
| 8/12/21 | ALC | 215 | Draft response to questions by Proskauer questions regarding PREB's authority over electric energy rates in connection with Best Interest Test analysis. (1.20) Discuss with J. Pietrantoni strategy for draft of response to same.  (.40). | 1.60 | 230.00 | 368.00 |
| 8/12/21 | JEG | 202 | Legal research to locate Act 4-2016 as well as the provisions of PREPA's enabling act and Act 57-2014 related to the PREB's obligation to establish rates that are sufficient to guarantee the annual payment of the debts contracted with the bondholders. (0.2). Draft responses to J. Pietrantoni's inquiries regarding PREB's authority to modify such rates. (2.5). | 2.70 | 200.00 | 540.00 |
| 8/13/21 | JP | 215 | Respond to question from E. Barak and J. Esses regarding PREB authority to set rates (0.5); email exchanges J. Gonzalez, A. Collazo, J. Marrero and H. Bauer regarding same (0.3). | .80 | 360.00 | 288.00 |
| 8/13/21 | HDB | 210 | Analyze draft response to E. Barak by J. Pietrantoni regarding rate setting by PREB. | .20 | 325.00 | 65.00 |
| 8/13/21 | CEG | 213 | Consider PREPA labor matters applicable to transfer of CW employees. | .40 | 260.00 | 104.00 |

O'Neill & Borges LLC

Bill #:  400484                                                                    August 31, 2021

| Date | Init. | Code | Description | Hours | Rate | Amount |
|------|-------|------|-------------|-------|------|--------|
| 8/13/21 | CEG | 213 | Tel. conf. with Y. Hickey and FOMB staff regarding employment and labor law issues applicable to PREPA transfer employees. | .50 | 260.00 | 130.00 |
| 8/13/21 | ALC | 202 | Final review of J. Pietrantoni's response to Proskauer regarding PREB obligations on rate approval as part of the Best Interest Test analysis. | .30 | 230.00 | 69.00 |
| 8/13/21 | VSN | 219 | Docket court notice received by email dated August 5, 2021 regarding order dkt. 2585, regarding deadline to file response and reply. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 8/13/21 | VSN | 219 | Docket court notice received by email dated August 4, 2021 regarding order dkt. 2584, deadline to file joint status report. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 8/13/21 | VSN | 219 | Docket court notice received by email dated August 3, 2021 regarding order dkt. 2581, regarding deadline to file certified English translations. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 8/14/21 | JEG | 215 | Draft email to J. Pietrantoni regarding Oversight Board personnel query concerning the process for the P3A to award partnership contracts pursuant to Act 120-2018. (0.3). Draft response to follow-up questions from J. Pietrantoni on the applicability of Act 29-2009 to the aforementioned process. (2.3) | 2.60 | 200.00 | 520.00 |
| 8/16/21 | HDB | 210 | Review memoranda on rate covenants and bondholder remedies in preparation for call on the PREPA BIT analysis. | .60 | 325.00 | 195.00 |
| 8/16/21 | CEG | 213 | Review analysis on proposed changes on work rules of PREPA-CBAs. (0.8) Consider Bildisco standard to negotiate proposed changes to CBA (0.3). Participate in Teams meeting with J. Burr and EY team regarding PREPA - CBAs and work rules (0.8). Exchange related emails with R. Tague (0.3). | 2.40 | 260.00 | 624.00 |
| 8/16/21 | JAC | 202 | Preliminary analysis of issues for memorandum regarding PREPA Title III case. | 1.60 | 190.00 | 304.00 |
| 8/17/21 | VSN | 219 | Docket court notice received by email dated August 17, 2021 regarding order dkt. 2599, deadline to file reply. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400484                                                                 August 31, 2021

| Date | Staff | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/18/21 | HDB | 210 | PREPA Best Interest Test call with O. Shah and McKinsey, P.  Possinger and J. Esses and Proskauer, and A. Collazo, and others, to discuss issues concerning BIT Analysis. | 1.10 | 325.00 | 357.50 |
| 8/18/21 | HDB | 210 | Analyze House Resolution 445 regarding PREPA Restructuring. | .40 | 325.00 | 130.00 |
| 8/18/21 | ALC | 210 | Tel. conf. with Proskauer and McKinsey teams to discuss BIT analysis Puerto Rico energy law related issues. | 1.10 | 230.00 | 253.00 |
| 8/18/21 | VSN | 219 | Docket court notice received by email dated August 17, 2021 regarding order dkt. 2599, deadline to file responses and reply. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 8/19/21 | CEG | 213 | Consider legal issues on PREPA employees acquired rights and related  position from OATRH. | .30 | 260.00 | 78.00 |
| 8/20/21 | HDB | 210 | Review G. Pierre's list of follow-up items regarding PREPA BIT call. | .20 | 325.00 | 65.00 |
| 8/25/21 | ALC | 210 | Review proposed revisions by K. Bolanos to order authorizing assumption by PREPA of renewable energy power purchase and operating agreement with Xzerta Tec Solar I, LLC. | .20 | 230.00 | 46.00 |
| 8/31/21 | ALC | 214 | Review emails from P. Possinger, E. Barak and M Wheat regarding response from F. Agrait in connection with Windmar objection to assumption of CIRO and XZERTA PPOAs. | .30 | 230.00 | 69.00 |
| 8/31/21 | PAG | 206 | Review the Motion for Interim Compensation Fourth Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ("PREPA"), for the Period from February 1, 2021 through May 31, 2021, in anticipation of its filing at 17 BK 4780-LTS, docket no. 2610. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   400484                                                                August 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/31/21 | PAG | 206 | File the Motion for Interim Compensation Fourth Interim Fee Application of McKinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ("PREPA"), for the Period from February 1, 2021 through May 31, 2021, at 17 BK 4780-LTS, docket no. 2610. | .20 | 190.00 | 38.00 |

|  | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 7,293.00 |
| Less Discount | $ -729.30 |
| NET PROFESSIONAL SERVICES: | $ 6,563.70 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 3.70 | 360.00 | 1,332.00 |
| HERMANN BAUER | 5.00 | 325.00 | 1,625.00 |
| CARLOS E. GEORGE | 5.60 | 260.00 | 1,456.00 |
| JOSE L. NOTARIO TOLL | .40 | 235.00 | 94.00 |
| ANTONIO L. COLLAZO | 4.60 | 230.00 | 1,058.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 230.00 | 138.00 |
| JORGE A. CANDELARIA | 1.60 | 190.00 | 304.00 |
| PAULA A. GONZALEZ MONTALVO | .60 | 190.00 | 114.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 5.30 | 200.00 | 1,060.00 |
| VANESSA SANCHEZ | .70 | 160.00 | 112.00 |
| **Total** | **28.10** | | **$ 7,293.00** |

**TOTAL THIS INVOICE**                                        **$ 6,563.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 31, 2021

FOMB IN RE PREPA TITLE III

**RE:  FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 31, 2021
FOMB IN RE PREPA TITLE III
Bill #:  400485
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 13,800.50 |
| Less Discount | $ -1,380.05 |
| Net Professional Services | $ 12,420.45 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12,420.45** |

261 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/02/21 | RML | 213 | Tel. conf. with C. Ortiz and M. Lopez regarding employees transferred to other agencies and participation in PREPA Plan. (0.3) Further Tel. conf. with M. Lopez regarding former PREPA employees eligibility to participate in plan. (0.3) | .60 | 355.00 | 213.00 |
| 8/03/21 | RML | 213 | Tel. conf. with C. Rivera of Treasury, C. Colon of Treasury and C. Villafane regarding discussion of applicability of Act 29 to qualified plans and proposed circular letter. | .60 | 355.00 | 213.00 |
| 8/03/21 | RML | 213 | Review resolutions approved by PREPA on pension plan. (0.4) Respond to C. Ortiz email on language under Act 120-2018. (0.3) Draft email to C. Ortiz on Treatment of employees transfer form PREPA to governmental agencies. | .70 | 355.00 | 248.50 |
| 8/04/21 | OMA | 213 | As requested by attorney R. M. Lazaro, translate into English Notification SR-21-10 of 7/16/2021 from the Retirement System of the Employees of the Electric Power Authority.  1 page,  379 words. | .40 | 160.00 | 64.00 |
| 8/04/21 | OMA | 213 | As requested by attorney R. M. Lazaro, translate into English Notification SR-21-11 of 7/16/2021 from the Retirement System of the Employees of the Electric Power Authority.  2 pages,  709 words. | .50 | 160.00 | 80.00 |
| 8/04/21 | OMA | 213 | As requested by attorney R. M. Lazaro, translate into English Notification SR-21-12 of 7/16/2021 from the Retirement System of the Employees of the Electric Power Authority.   2 pages,  767 words. | .50 | 160.00 | 80.00 |
| 8/09/21 | JAC | 213 | Preliminary analysis of inquiry by Proskauer Rose LLP regarding PREPA labor framework. | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400485                                                                August 31, 2021

| Date | Init | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/10/21 | RML | 213 | Tel. conf. with J. Gonzalez, C. George , J. Candelaria and J. Notario regarding evaluation of regulations and authority amend PREPA ERS Plan regulations. | .90 | 355.00 | 319.50 |
| 8/10/21 | JLN | 213 | Tel. conf. with R. M. Lazaro, C. George, J. A. Candelaria and J. E. Gonzalez to discuss issues related to PREPA pension and trust. | .90 | 235.00 | 211.50 |
| 8/10/21 | JAC | 213 | Conf.with R. M. Lazaro, C. George, J. L. Notario, and J. Gonzalez to discuss inquiry by Proskauer Rose LLP regarding PREPA labor framework (0.9); conduct research to draft response to said inquiry by Proskauer Rose LLP (3.1); and draft bullet points for team review regarding PREPA labor framework (0.9). | 4.90 | 190.00 | 931.00 |
| 8/10/21 | JEG | 213 | Tel. conf. with R. Lazaro, C. George, J. Candelaria, and J. Notario to discuss PREPA's authority to amend the ERS regulation and related issues. | 1.00 | 200.00 | 200.00 |
| 8/11/21 | RML | 213 | Tel. conf. with EY, Proskauer, C. George and FOMB regarding PREPA ERS process. | 1.00 | 355.00 | 355.00 |
| 8/11/21 | RML | 213 | Analyze issues regarding PREPA ERS freeze | .40 | 355.00 | 142.00 |
| 8/11/21 | CEG | 213 | Tel. conf. P. Possinger, E. Barak, S. Levy , R. Tague and EY team, R. Lazaro, regarding strategy for PREPA ERS and RSA. | 1.00 | 260.00 | 260.00 |
| 8/12/21 | RML | 213 | Analyze issue on Governing Board action to freeze ERS. | .70 | 355.00 | 248.50 |
| 8/13/21 | RML | 213 | Tel. conf. with Proskauer, EY and FOMB regarding employees transferred form PREPA to Government agencies and plan participation. (0.7). Tel. conf. with M. Lopez regarding section 104 letter regarding PREPA transferred employees. (0.3) Review section 104 letter regarding PREPA Transferred employees (0.4) Further Tel. conf. with M. Lopez regarding Section 104 letter modifications. (0.3) | 1.70 | 355.00 | 603.50 |
| 8/13/21 | CEG | 213 | Tel. conf. with M. López and FOMB team, P. Possinger, E. Barak, S. Levy , R. Tague and EY team, R. Lazaro, regarding employment and labor law issues applicable to PREPA transfer employees. | .70 | 260.00 | 182.00 |
| 8/16/21 | RML | 213 | Tel. conf. with EY and C. George regarding PREPA CBA and work rules. | .70 | 355.00 | 248.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400485                                                          August 31, 2021

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/17/21 | RML | 213 | Review memorandum in response to inquiry on PREPA's authority to amend ERS Regulations. (0.4) Draft email to Proskauer on PREPA authority to amend ERS Regulations. (0.2) | .60 | 355.00 | 213.00 |
| 8/19/21 | RML | 213 | Revised memorandum requested on former PREPA employees participation in PREPA Plan. (0.5) Review and respond to EY inquiry of acquired rights. (0.3) Review OATHR letter on mobility plan and benefits. (0.4) | 1.20 | 355.00 | 426.00 |
| 8/23/21 | RML | 213 | Tel. conf. with EY and FOMB regarding resolution approved by PREPA ERS amending regulations. | .50 | 355.00 | 177.50 |
| 8/23/21 | JAC | 215 | Review email regarding PREPA best interest test analysis pending issues. | .10 | 190.00 | 19.00 |
| 8/24/21 | RML | 213 | Tel. conf. with C. George regarding CBA inquiry raised by EY and transferred employees participation in PREPA ERS. (0.2). Draft email to M. Lopez regarding transferred employees participation in PREPA ERS. (0.3) | .50 | 355.00 | 177.50 |
| 8/24/21 | CEG | 213 | Consider impact of CBA on participation in PREPA ERS. | .30 | 260.00 | 78.00 |
| 8/25/21 | RML | 213 | Analyze eligibility provisions of ACT 106 and the application to PREPA ERS resolution allowing participation  in the PREPA ERS plan to transferred employees. | .60 | 355.00 | 213.00 |
| 8/25/21 | RML | 213 | Tel. conf. with FOMB, EY, C. George and J. Candelaria regarding PREPA ERS and transferred employees.(1.2) Conf.with J. Candelaria and C. George to discuss pending items regarding PREPA status update conference call. (0.3). Review information provided by FOMB for analysis of transferred employees participation in PREPA ERS. 0.4) | 1.90 | 355.00 | 674.50 |
| 8/25/21 | CEG | 213 | Conf. with R. Tague and EY team P. Possinger and Proskauer team, R. M. Lazaro and J. Candelaria to discuss pending items regarding  former PREPA employees  benefits and retirement plan rights. | 1.20 | 260.00 | 312.00 |
| 8/25/21 | CEG | 213 | Conf. with R. M. Lazaro and C. George to discuss pending items regarding PREPA status update conference call. | .30 | 260.00 | 78.00 |

O'Neill & Borges LLC

Bill #:  400485                                                           August 31, 2021

| 8/25/21 | CEG | 213 | Review OATRH memorandum on mobility and rights to former PREPA employees. | .30 | 260.00 | 78.00 |
|---|---|---|---|---|---|---|
| 8/25/21 | JAC | 213 | Conference call with Proskauer Rose LLP, FOMB staff, R. M. Lazaro and C. George regarding PREPA status update and PREPA-ERS strategies. | 1.20 | 190.00 | 228.00 |
| 8/25/21 | JAC | 213 | Conf.with R. M. Lazaro and C. George to discuss pending items regarding PREPA status update conference call. | .30 | 190.00 | 57.00 |
| 8/25/21 | JAC | 213 | Revise memorandum regarding PREPA-ERS regulation amendments based on comments by R. M. Lazaro. | 1.40 | 190.00 | 266.00 |
| 8/26/21 | RML | 213 | Review Act 300 and PREPA information provided to support position of allowing transferred employees to continue participation in PREPA ERS Plan. (0.4) Draft email to C. Ortiz and M. Lopez regarding application of ACT 300 to transferred employees. (0.3) | .70 | 355.00 | 248.50 |
| 8/26/21 | RML | 213 | Revised changes to memo regarding PREPA ERS. | .40 | 355.00 | 142.00 |
| 8/26/21 | CEG | 213 | Review emails on CW reasoning to withhold retirement contribution to former PREPA employees. | .30 | 260.00 | 78.00 |
| 8/26/21 | CEG | 213 | Review Act 301-2012 and asserted argument to continue withholding retirement contribution from former PREPA employees. | .30 | 260.00 | 78.00 |
| 8/26/21 | JAC | 213 | Analyze potential issues related to transfer of PREPA employees to Commonwealth agencies. | .30 | 190.00 | 57.00 |
| 8/27/21 | RML | 213 | Respond to M. Lopez and EY  inquiry in connection with language in Act 106 and Act 29. (0.6) Respond to R. Tague email con acquired benefits rights.  (0.3) Review information on employer contributions into PREPA ERS. (0.4)  Review information regarded regarding Ley 2. (0.3) | 1.60 | 355.00 | 568.00 |
| 8/27/21 | RML | 213 | Review issue regarding distributions and mobility plan for PREPA. | .40 | 355.00 | 142.00 |
| 8/27/21 | CEG | 213 | Review memo on  PREPA former employee benefits rights and related  retirement plan. | .30 | 260.00 | 78.00 |
| 8/27/21 | CEG | 213 | Review provision under Law 8-2017 related to mobility and employee retained benefits. | .30 | 260.00 | 78.00 |

O'Neill & Borges LLC

Bill #:  400485 — August 31, 2021

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/27/21 | JAC | 213 | Analyze preliminary takeaways prepared for FOMB in relation to PREPA employees to transfer to Commonwealth agencies. | .30 | 190.00 | 57.00 |
| 8/30/21 | RML | 213 | Telephone  conference call with FOMB staff, EY, Proskauer Rose LLP, C. George, and J. Candelaria, regarding PREPA draft issues deck & legal analysis/strategy (1.1) and follow up conference call with J. Candelaria, C. George, and J. Gonzalez to discuss pending issues and next steps related to PREPA draft issues deck & legal analysis/strategy (0.4) | 1.50 | 355.00 | 532.50 |
| 8/30/21 | RML | 213 | Revise memorandum regarding employee retirement plan applicable to PREPA employees transferred to CW focusing retirement plan issues. (0.6) Review draft of presentation regarding PREPA employee retirement Mobility issues. (0.7) Tel. conf. with J. Candelaria regarding discussion of changes to presentation on PREPA Mobility issues. (0.7) | 2.00 | 355.00 | 710.00 |
| 8/30/21 | CEG | 213 | Revise memorandum regarding employee retirement plan applicable to PREPA employees transferred to CW focusing on employment law issues. (0.6) Review draft of presentation regarding PREPA employment Mobility issues. (0.7) | 1.30 | 260.00 | 338.00 |
| 8/30/21 | CEG | 213 | Telephone  conference call with FOMB staff, EY, Proskauer Rose LLP, R. Lazaro, and J. Candelaria, regarding PREPA draft issues deck & legal analysis/strategy (1.2) and follow up conference call with J. Candelaria, R. Lázaro, and J. Gonzalez to discuss pending issues and next steps related to PREPA draft issues deck & legal analysis/strategy (0.4) | 1.60 | 260.00 | 416.00 |
| 8/30/21 | JAC | 213 | Tel. conf. call with FOMB staff, advisors, Proskauer Rose LLP, C. George, and R. M. Lazaro, regarding PREPA mobility issues & legal analysis/strategy (1.1) and follow up conference call with R. M. Lazaro, C. George, and J. Gonzalez to discuss pending issues and next steps related to PREPA mobility issues & legal analysis/strategy (0.4) | 1.50 | 190.00 | 285.00 |
| 8/30/21 | JAC | 213 | Review Act 8-2017 as requested by R. M. Lazaro (0.6) and draft new version of PREPA-ERS regulation amendments memorandum, based on conference call on PREPA mobility issues and review of relevant legislation (2.2). | 2.80 | 190.00 | 532.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400485                                                               August 31, 2021

| 8/30/21 | JAC | 213 | Revise PREPA power point presentation on mobility issues to add comments for R. M. Lazaro's review. | .90 | 190.00 | 171.00 |
|---|---|---|---|---|---|---|
| 8/30/21 | JEG | 213 | Belatedly join conference call with R. M. Lazaro, C. George, and J. Candelaria to discuss issues and next steps related to PREPA draft issues deck & legal analysis/strategy. (0.2) Conduct research on case law and secondary legal sources interpreting the phrase "Privileges, obligations, and status with respect to any existing pension or retirement plan" contained in Act 120-2018 and other statutes ordering the transfer of public employees. (0.7) Revise draft memo regarding PREPA ERS. (0.6) | 1.50 | 200.00 | 300.00 |
| 8/31/21 | RML | 213 | Tel. conf. with Proskauer, EY, FOMB, J. Candelaria and C. George regarding transferred employees to CW participation in PREPA ERS. (1.10) Draft and comments on revised version of presentation of Transferred employees' participation on PREPA ERS . (0.7) | 1.80 | 355.00 | 639.00 |
| 8/31/21 | CEG | 213 | Tel. conf. with Proskauer, EY, FOMB, J. Candelaria and R. Lázaro regarding transferred employees to CW participation in PREPA ERS. (1.10) Review updated version of presentation of Transferred employees' participation on PREPA ERS. (0.7) | 1.80 | 260.00 | 468.00 |
| 8/31/21 | JAC | 213 | Conf.with Proskauer Rose LLP, FOMB staff and advisors, R. M. Lazaro, and C. George regarding PREPA mobility issues legal discussion. | 1.10 | 190.00 | 209.00 |

TOTAL PROFESSIONAL SERVICES                    $ 13,800.50

Less Discount                                             $ -1,380.05

NET PROFESSIONAL SERVICES:                      $ 12,420.45

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 21.00 | 355.00 | 7,455.00 |
| CARLOS E. GEORGE | 9.70 | 260.00 | 2,522.00 |
| JOSE L. NOTARIO TOLL | .90 | 235.00 | 211.50 |
| JORGE A. CANDELARIA | 15.20 | 190.00 | 2,888.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 2.50 | 200.00 | 500.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400485                                                          August 31, 2021

| OLGA M. ALICEA | 1.40 | 160.00 | 224.00 |
|---|---|---|---|
| **Total** | **50.70** | | **$ 13,800.50** |

**TOTAL THIS INVOICE**                          **$ 12,420.45**

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

August 31, 2021
Bill #:    400486
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2021:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 2,687.50 |
| | $ -268.75 |
| Net Professional Services | $ 2,418.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,418.75** |

Electronic Invoice

IN ACCOUNT WITH
252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/05/21 | HDB | 209 | Review draft Response to Plaintiff's Amended Statement of Undisputed Material Facts in Support of Amended Summary Judgment Motion Pursuant to Bankruptcy Rule 7056.  (.7)  Revise draft Brief in Opposition to Motion for Summary Judgment of adv. 17-00229. (1.9) | 2.60 | 325.00 | 845.00 |
| 8/11/21 | HDB | 209 | Review the Opinion of Janet Vazquez Velazquez v. HTA in connection with Summary Judgment brief. | .60 | 325.00 | 195.00 |
| 8/12/21 | HDB | 209 | Revise draft Motion Submitting Supplemental Authority in adv. 17-00229. | .20 | 325.00 | 65.00 |
| 8/12/21 | CEG | 209 | Revise opposition to UTIER's Summary Judgment motion of adv. 17-00229 (0.7); review new USDC opinion on contract clause claim (0.3); revise motion to supplement legal authority in support of motion for summary judgment (0.2). Exchange emails with J. Richman on supplement legal authority. (0.2) | 1.40 | 260.00 | 364.00 |
| 8/16/21 | HDB | 209 | Review issues regarding timing for objection to Motions in Limine in adv. 17-00229. (.2)  Revise draft Stipulation. (.2)  Review PREPA's comments to draft Opposition Brief to the Plaintiffs Amended Motion for Summary Judgment. (.3) | .70 | 325.00 | 227.50 |
| 8/16/21 | CEG | 209 | Review Urgent Motion to amend scheduling order in adv. 17-00229. | .20 | 260.00 | 52.00 |
| 8/17/21 | GMR | 206 | Review the Urgent Joint Motion to Amend Scheduling Order and for Leave to File Memoranda of Law in excess of 35 pages, in anticipation to its filing in adv. 17-00229. | .20 | 195.00 | 39.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400486                                                                                          August 31, 2021

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/17/21 | GMR | 206 | File the Urgent Joint Motion to Amend Scheduling Order and for Leave to File Memoranda of Law in excess of 35 pages in adv. 17-00229, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 8/19/21 | VSN | 219 | Docket court notice received by email dated August 19, 2021 regarding order dkt. 188, deadline to file reply and response. -  H. D. Bauer, C. George, and U. Fernandez. | .10 | 160.00 | 16.00 |
| 8/23/21 | GMR | 206 | Review the Motion to Submit Supplemental Authority in Support of Amended Motion by Defendant Puerto Rico Electric Power Authority and the Other Moving Defendants to Dismiss Plaintiff's Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), in anticipation to its filing in adv. 17-00229. | .20 | 195.00 | 39.00 |
| 8/23/21 | GMR | 206 | File the Motion to Submit Supplemental Authority in Support of Amended Motion by Defendant Puerto Rico Electric Power Authority and the Other Moving Defendants to Dismiss Plaintiff's Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) in adv. 17-00229, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 8/24/21 | HDB | 209 | Review Objection to Defendants Motion to Submit Supplemental Authority in Support of Amended Motion by Defendant Puerto Rico Electric Authority and the Other Moving Defendants to Dismiss Plaintiffs Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) in adv. 17-00229. | .20 | 325.00 | 65.00 |
| 8/26/21 | HDB | 209 | Review AAFAF's and PREPA's edits to draft Memorandum of Law in Opposition to Motion for Summary Judgment OF ADV. 17-00229. | .60 | 325.00 | 195.00 |
| 8/27/21 | HDB | 209 | Review draft Opposition to Motion in Limine IN ADV. 17-00229. | .70 | 325.00 | 227.50 |
| 8/27/21 | CEG | 209 | Review opposition for in limine motion in adv. 17-00229. | .40 | 260.00 | 104.00 |
| 8/31/21 | HDB | 209 | Review response by J. Richman to AAFAF's proposed edits to draft Motion for Summary Judgment in adv. 17-00229. | .30 | 325.00 | 97.50 |
| 8/31/21 | CEG | 209 | Consider  new evidence  on current UTIER head count in support of motion for summary judgment in adv. 17-00229. | .30 | 260.00 | 78.00 |

TOTAL PROFESSIONAL SERVICES                                         $ 2,687.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  400486

August 31, 2021

$ -268.75

NET PROFESSIONAL SERVICES:          $ 2,418.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 5.90 | 325.00 | 1,917.50 |
| CARLOS E. GEORGE | 2.30 | 260.00 | 598.00 |
| GABRIEL MIRANDA RIVERA | .80 | 195.00 | 156.00 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |
| **Total** | **9.10** | | **$ 2,687.50** |

**TOTAL THIS INVOICE**                    **$ 2,418.75**

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

August 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 31, 2021
FOMB IN RE PREPA TITLE III
Bill #: 400487
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2021:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 628.00 |
| | $ -62.80 |
| | |
| Net Professional Services | $ 565.20 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 565.20** |

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/12/21 | HDB | 209 | Review issues regarding potential stipulation to resolve adversary 17-00256. | .30 | 325.00 | 97.50 |
| 8/13/21 | HDB | 209 | Tel. conf with Y. Gonzalez regarding status of potential settlement in adv. 17-00256. (.2) Draft e-mail to L. Stafford regarding same. (.1) | .30 | 325.00 | 97.50 |
| 8/16/21 | HDB | 209 | Revise draft Motion for Extension of Time to File Status Report in adv. 17-00256 (.2); Coordinate extension of time issues with Y. Gonzalez. (.1) Draft e-mail regarding same to L. Stafford. (.1) Tel. conf. with Y. Gonzalez regarding potential resolution and settlement. (.4) | .80 | 325.00 | 260.00 |
| 8/16/21 | PAG | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report in anticipation of its filing at Adv. Proc. No. 17-256, docket no. 89. | .20 | 190.00 | 38.00 |
| 8/16/21 | PAG | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report at Adv. Proc. No. 17-256, docket no. 89. | .20 | 190.00 | 38.00 |
| 8/17/21 | VSN | 219 | Docket court notice received by email dated August 17, 2021 regarding order dkt. 90, deadline to file joint status report. H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 8/17/21 | VSN | 219 | Docket court notice received by email dated August 17, 2021 regarding order dkt. 90, deadline to file joint status report. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 8/20/21 | HDB | 209 | Tel. conf. with F. Agrait regarding potential resolution in adv. 17-00256. | .20 | 325.00 | 65.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   400487                                                                                    August 31, 2021

TOTAL PROFESSIONAL SERVICES                               $ 628.00

$ -62.80

NET PROFESSIONAL SERVICES:                                $ 565.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.60 | 325.00 | 520.00 |
| PAULA A. GONZALEZ MONTALVO | .40 | 190.00 | 76.00 |
| VANESSA SANCHEZ | .20 | 160.00 | 32.00 |
| **Total** | **2.20** | | **$ 628.00** |

**TOTAL THIS INVOICE**                                        **$ 565.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

August 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 18-00053-LTS SANTINI V. PREPA/ROSSELLO-HDB-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

August 31, 2021
Bill #:   400488
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2021:

**Client.Matter: P1705 - 811**

**RE:  18-00053-LTS SANTINI V. PREPA/ROSSELLO-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 113.50 |
| | $ -11.35 |
| Net Professional Services | $ 102.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 102.15** |

Electronic Invoice

IN ACCOUNT WITH

250 MuÑoz RIVERA, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 811**
**RE: 18-00053-LTS SANTINI V. PREPA/ROSSELLO-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/11/21 | HDB | 209 | Review Order to Show Cause in adv. 17-00053. | .10 | 325.00 | 32.50 |
| 8/13/21 | VSN | 219 | Docket court notice received by email dated August 11, 2021 regarding order dkt. 23, deadline to show cause. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 8/16/21 | HDB | 209 | Review Notice of Voluntary Dismissal of adv. 17-00053. | .20 | 325.00 | 65.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 113.50 |
| | | $ -11.35 |
| NET PROFESSIONAL SERVICES: | | $ 102.15 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 325.00 | 97.50 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |
| **Total** | **.40** | | **$ 113.50** |

**TOTAL THIS INVOICE**  $ 102.15

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

August 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 31, 2021
FOMB IN RE PREPA TITLE III

Bill #:   400489
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2021:

**Client.Matter: P1705 - 820**

**RE:  21-00041-LTS UTIER RE LUMA**

|  |  |
|---|---|
| Total Professional Services | $ 351.50 |
|  | $ -35.15 |
| Net Professional Services | $ 316.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 316.35** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 820**
**RE:  21-00041-LTS UTIER RE LUMA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/03/21 | CVA | 202 | Finish analysis of Puerto Rico case law regarding legislative immunity raise immunity arguments regarding the enactment of the laws that gave rise to the execution of the Operating and Management Agreement in the UTIER CBA case. | 1.90 | 185.00 | 351.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 351.50 |
| | | $ -35.15 |
| NET PROFESSIONAL SERVICES: | | $ 316.35 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLOS VAZQUEZ ALBERTY | 1.90 | 185.00 | 351.50 |
| **Total** | **1.90** | | **$ 351.50** |

**TOTAL THIS INVOICE**      **$ 316.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2021 through August 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $22,386.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $22,386.60 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's fiftieth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for August 2021.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On October 21, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel J. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  August 1 through August 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | 360.00 | 3.70 | 1,332.00 |
| Hermann D. Bauer | Member | Litigation | 325.00 | 12.80 | 4,160.00 |
| Carlos E. George | Member | Labor | 260.00 | 17.60 | 4,576.00 |
| Rosa M. Lazaro | Member | Corporate | 355.00 | 21.00 | 7,455.00 |
| Antonio L. Collazo | Jr. Member | Corporate | 230.00 | 4.60 | 1,058.00 |
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 0.60 | 138.00 |
| Jose L. Notario Toll | Jr. Member | Litigation | 235.00 | 1.30 | 305.50 |
| Jorge A. Candelaria | Associate | Litigation | 190.00 | 16.80 | 3,192.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 200.00 | 7.80 | 1,560.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | 190.00 | 1.00 | 190.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 0.80 | 156.00 |
| Carlos Vazquez Alberty | Associate | Litigation | 185.00 | 1.90 | 351.50 |
| Olga M. Alicea | Paralegal | Litigation | 160.00 | 1.40 | 224.00 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 1.10 | 176.00 |
| | **Totals** | | | **92.40** | **$    24,874.00** |
| | **Less: 10% Courtesy discount** | | | | **$    (2,487.40)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$    22,386.60** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period  August 1 through August 31, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 6.50 | 1,264.50 |
| 206 | Documents Filed on Behalf of the Board | 1.80 | 346.00 |
| 209 | Adversary Proceeding | 10.10 | 3,133.00 |
| 210 | Analysis and Strategy | 6.30 | 1,924.00 |
| 213 | Labor, Pension Matters | 56.60 | 15,331.50 |
| 214 | Legal/Regulatory Matters | 1.40 | 322.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 8.00 | 2,239.00 |
| 219 | Docketing | 0.90 | 144.00 |
| 224 | Fee Application - O&B | 0.80 | 170.00 |
| | | | **$    24,874.00** |
| | **Less: 10% Courtesy discount** | | **$    (2,487.40)** |
| | **TOTALS** | **92.40** | **$    22,386.60** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $20,147.94 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $20,147.94.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

## Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

**COVER SHEET TO FIFTY-FIRST MONTHLY FEE APPLICATION OF
O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO
ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF
SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2021 through September 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,274.65 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $12,274.65 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-first monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2021.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 7, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  September 1 through September 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | 360.00 | 2.70 | 972.00 |
| Hermann D. Bauer | Member | Litigation | 325.00 | 15.40 | 5,005.00 |
| Carla Garcia Benitez | Member | Litigation | 340.00 | 2.10 | 714.00 |
| Carlos E. George | Member | Labor | 260.00 | 6.40 | 1,664.00 |
| Rosa M. Lazaro | Member | Corporate | 355.00 | 7.50 | 2,662.50 |
| Antonio L. Collazo | Jr. Member | Corporate | 230.00 | 5.00 | 1,150.00 |
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 0.70 | 161.00 |
| Jose L. Notario Toll | Jr. Member | Litigation | 235.00 | 0.60 | 141.00 |
| Jorge A. Candelaria | Associate | Litigation | 190.00 | 2.00 | 380.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | 190.00 | 0.40 | 76.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 3.00 | 585.00 |
| Olga M. Alicea | Paralegal | Litigation | 160.00 | 0.70 | 112.00 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.10 | 16.00 |
| | **Totals** | | | **46.60** | **$  13,638.50** |
| | **Less: 10% Courtesy discount** | | | | **$   (1,363.85)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$   12,274.65** |

**PREPA TITLE III**

**Summary of Disbursements for the Period  September 1 through September 30, 2021**

| Description - Expenses | | | | Amounts |
|---|---|---|---|---|
| | | | | |
| | **Totals** | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | **$          -** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period September 1 through September 30, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 3.80 | 791.00 |
| 207 | Non-Board Court | 0.30 | 97.50 |
| 209 | Adversary Proceeding | 20.60 | 6,295.50 |
| 210 | Analysis and Strategy | 4.00 | 1,105.50 |
| 213 | Labor, Pension Matters | 9.10 | 2,952.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 7.70 | 2,122.00 |
| 219 | Docketing | 0.10 | 16.00 |
| 222 | Claims and Claims Objections | 0.30 | 97.50 |
| 224 | Fee Application - O&B | 0.70 | 161.00 |
| | | | $ 13,638.50 |
| | **Less: 10% Courtesy discount** | | $ (1,363.85) |
| | **TOTALS** | **46.60** | $ 12,274.65 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $11,047.19 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $11,047.19.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 30, 2021

FOMB IN RE PREPA TITLE III

**RE:  GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE PREPA TITLE III

Bill #: 402210

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 2,971.50 |
| Less Discount | $ -297.15 |
| Net Professional Services | $ 2,674.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,674.35** |

Electronic Invoice

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/21 | HDB | 222 | Analyze Reply in Support of Motion of Foreman Electric Services Inc. for Allowance of Administrative Expense Claim. | .30 | 325.00 | 97.50 |
| 9/01/21 | HDB | 207 | Review Motion to Dismiss Appeal No. 21-1446. | .20 | 325.00 | 65.00 |
| 9/01/21 | GMR | 206 | Review the Urgent Consensual Motion for Eleventh Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 9/01/21 | GMR | 206 | File the Urgent Consensual Motion for Eleventh Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, in Case No. 17-4780. | .20 | 195.00 | 39.00 |
| 9/07/21 | VSN | 219 | Docket court notice received by email dated September 2, 2021 regarding order dkt. 2613, deadline to file response and reply. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 9/15/21 | JP | 215 | Meeting (zoom) with McKinsey, P. Possinger, H, Bauer, A. Collazo and others regarding PREPA "best interest test" analysis (1.0); review legal assumptions chart to prepare for meeting (1.4). | 2.40 | 360.00 | 864.00 |
| 9/15/21 | HDB | 210 | Review P. Possinger's comments to the draft PREPA BIT Report. (.4) Participate in PREPA BIT call with G. Pierre, O Shah and others from McKinsey, P. Possinger, J. Esses and others from Proskauer, A. Collazo and J. Pietrantoni and other advisors. (1) Review analysis by E. Stevens regarding debt that must be serviced through PREB rate setting procedures. (.2) | 1.60 | 325.00 | 520.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  402210

September 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/15/21 | ALC | 215 | Review questions regarding Best Interest Analysis (BIT) in preparation for Tel. conf. with McKinsey and Proskauer to discuss PREPA law and PREB obligations regarding rates. (.40) Participate in BIT call with Proskauer and McKinsey to discuss PREPA legal issues. (1.0) Email from E. Stevens regarding PREPA enabling Act in connection with PREBs obligation to set rates (.10) Email form A. Bielinberg regarding the same. (.10) | 1.50 | 230.00 | 345.00 |
| 9/15/21 | ALC | 215 | Review questions by E. Barack on Receiver's potential authority to request a rate increase with PREB.(.20) Review PREPA's law regarding the same (.60). Analyze potential issues related to Receiver's authority (.20). Draft response to E. Barak's question regarding same. (.20) | 1.20 | 230.00 | 276.00 |
| 9/16/21 | JP | 215 | Review E. Barak question regarding PREB and A. Collazo's response. | .30 | 360.00 | 108.00 |
| 9/16/21 | HDB | 210 | Review A. Collazo's response to E. Barak's query regarding powers of potential PREPA receiver. | .20 | 325.00 | 65.00 |
| 9/16/21 | HDB | 210 | Analyze Memorandum Order granting in part Omnibus Motion of Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief. | .20 | 325.00 | 65.00 |
| 9/16/21 | ALC | 215 | Email exchange with  H. D. Bauer and J. Pietrantoni regarding receiver's authority to initiate rate increase case with PREB (.20) in connection with Best Interest analysis. Draft email to E. Barak regarding the same (.10) | .30 | 230.00 | 69.00 |
| 9/17/21 | HDB | 210 | Review e-mail by J. Esses regarding Act 66 analysis in connection with PREPA BIT. | .10 | 325.00 | 32.50 |
| 9/17/21 | UMF | 224 | Draft O&B's forty-eighth monthly fee statement in the Title III case of the Commonwealth of Puerto Rico. | .30 | 230.00 | 69.00 |
| 9/17/21 | UMF | 224 | Draft O&B's forty-ninth monthly fee statement in the Title III case of the Commonwealth of Puerto Rico. | .40 | 230.00 | 92.00 |
| 9/17/21 | OMA | 213 | As requested by attorney R. M. Lazaro, translate into English the letter of 9/15/2021 from the Retirement Systems for the Employees of PREPA to Mrs. Natalie Jaresko concerning her letter of 8/24/2021 to the Executive Director of AAFAF.  3 pages, 914 words. | .70 | 160.00 | 112.00 |

O'Neill & Borges LLC

Bill #:  402210                                                                September 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/20/21 | HDB | 210 | Respond to queries by E. Barak and P. Possinger regarding application of Act 66 to potential judgments against PREPA. | .20 | 325.00 | 65.00 |
| 9/30/21 | HDB | 207 | Review Sixth Joint Status Report of the Commonwealth of Puerto Rico and Consul-tech Caribe, Inc. | .10 | 325.00 | 32.50 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 2,971.50 |
| Less Discount | $ -297.15 |
| NET PROFESSIONAL SERVICES: | $ 2,674.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 2.70 | 360.00 | 972.00 |
| HERMANN BAUER | 2.90 | 325.00 | 942.50 |
| ANTONIO L. COLLAZO | 3.00 | 230.00 | 690.00 |
| UBALDO M. FERNANDEZ BARRERA | .70 | 230.00 | 161.00 |
| GABRIEL MIRANDA RIVERA | .40 | 195.00 | 78.00 |
| OLGA M. ALICEA | .70 | 160.00 | 112.00 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |
| **Total** | **10.50** | | **$ 2,971.50** |

**TOTAL THIS INVOICE**                                    **$ 2,674.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE PREPA TITLE III

Bill #:   402211

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 3,788.50 |
| Less Discount | $ -378.85 |
| Net Professional Services | $ 3,409.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,409.65** |

262 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/21 | RML | 213 | Tel. conf. with FOMB, E&Y and Proskauer regarding PREPA ERS and Transferred employees. (1.0) Tel. conf. with M. Lopez regarding PREPA ERS. (0.3). | 1.30 | 355.00 | 461.50 |
| 9/01/21 | CEG | 213 | Review AAFAF response letter to PROMESA Section 104 request on PREPA mobility. | .10 | 260.00 | 26.00 |
| 9/01/21 | ALC | 215 | Review PREB's regulatory requirements regarding Energy Efficiency question for BIT analysis. | 2.00 | 230.00 | 460.00 |
| 9/01/21 | JAC | 213 | Review AAFAF's response to FOMB's Section 104(c) request for information regarding PREPA mobility (0.1) and review PREPA mobility issues power point presentation (0.3) | .40 | 190.00 | 76.00 |
| 9/08/21 | RML | 213 | Review letter to PREPA in connection with questions raised by PREPA ERS participants. (0.4) Draft email to M. Lopez and E&Y regarding comments to PREPA letter to PREPA ERS participants. (0.2) | .60 | 355.00 | 213.00 |
| 9/13/21 | RML | 213 | Tel. conf. with E&Y, Proskauer and FOMB regarding open questions on PREPA ERS. | 1.00 | 355.00 | 355.00 |
| 9/13/21 | CEG | 210 | Participate in Teams meeting with E. Guardiola and G. Maldonado regarding PREPA Mobility - OMB approvals. | .50 | 260.00 | 130.00 |
| 9/13/21 | CEG | 209 | Participate in Teams meeting with A .Figueroa, F. Bruno and FOMB staff, S. Levy and  E&Y team, P. Possinger and Proskauer team regarding PREPA ERS and RSA strategies. | .50 | 260.00 | 130.00 |
| 9/15/21 | RML | 213 | Review letter and materials on employees under mobility plan participation in PREPA ERS. | .50 | 355.00 | 177.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  402211

September 30, 2021

| 9/15/21 | JAC | 210 | Analyze inquiry by Proskauer Rose LLP regarding Act 66-2014 (0.9) and draft email to H. D. Bauer to answer inquiry on Act 44-2014 (0.3) | 1.20 | 190.00 | 228.00 |
|---------|-----|-----|---|------|--------|--------|
| 9/16/21 | RML | 213 | Tel. conf. with C. Rivera of Treasury regarding distribution form PREPA Plan. (0.5) Review PRIRC provisions dealing with distributions from governmental plans. (0.3). Tel. conf. with G. Ojeda and V. Maldonado regarding proposed determination letter to be issued by Treasury. (0.4). Exchange communications with C. Rivera regarding taxation of distribution of PREPA participants. (0.3) | 1.50 | 355.00 | 532.50 |
| 9/16/21 | RML | 213 | Review information provided by PREPA on participants of PREPA ERS. | .40 | 355.00 | 142.00 |
| 9/16/21 | JAC | 213 | Review letters sent by the PREPA-ERS Board of Trustees to FOMB regarding PREPA-ERS. | .20 | 190.00 | 38.00 |
| 9/16/21 | JAC | 213 | Review response by AAFAF to Section 104 information request on PREPA Mobility. | .20 | 190.00 | 38.00 |
| 9/17/21 | RML | 213 | Review letter form AAFAF regarding information requested on PREPA ERS. (0.4) Review and analyze letter from Trustees of PREPA ERS. (0.3) | .70 | 355.00 | 248.50 |
| 9/17/21 | RML | 213 | Tel. conf. with C. Rivera regarding taxation of distributions by PREPA ERS participants. | .30 | 355.00 | 106.50 |
| 9/20/21 | RML | 213 | Tel. conf. with M. Lopez, C. Ortiz and S. Levy regarding response letter from AAFAF in response to 104 letter. (0.4)  Further Tel. conf. with C. Ortiz, S. Levy and Jeremy Burr letter from AAFAF and related communication form Board of Trustees of PREPA ERS. (0.7). Review communication from Y. Hickey regarding next steps on letter on PREPA ERS. (0.1) | 1.20 | 355.00 | 426.00 |

TOTAL PROFESSIONAL SERVICES        $ 3,788.50

Less Discount        $ -378.85

NET PROFESSIONAL SERVICES:        $ 3,409.65

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|-------|------|-------|

O'Neill & Borges LLC

Bill #:   402211                                                                            September 30, 2021

| | | | |
|---|---|---|---|
| ROSA M. LAZARO | 7.50 | 355.00 | 2,662.50 |
| CARLOS E. GEORGE | 1.10 | 260.00 | 286.00 |
| ANTONIO L. COLLAZO | 2.00 | 230.00 | 460.00 |
| JORGE A. CANDELARIA | 2.00 | 190.00 | 380.00 |
| **Total** | **12.60** | | **$ 3,788.50** |

**TOTAL THIS INVOICE**                                                 **$ 3,409.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AVENIDA MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

September 30, 2021
FOMB IN RE PREPA TITLE III                                            Bill #:    402212
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1705 - 804**

**RE:   17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 3,315.00 |
| | $ -331.50 |
| Net Professional Services | $ 2,983.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,983.50** |

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/21 | HDB | 206 | Review draft Response to UTIER's Statement of Uncontested Material Facts in adv. 17-00229. | .40 | 325.00 | 130.00 |
| 9/01/21 | HDB | 209 | Review UTIER's Opposition to Objection to Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint Pursuant to FRCP 12(b)(1) and 12(b)(6) in adv. 17-00229. | .80 | 325.00 | 260.00 |
| 9/01/21 | CEG | 209 | Review revised version of the opposition to UTIER's SUMF in adv. 17-00229. | .60 | 260.00 | 156.00 |
| 9/01/21 | CEG | 209 | Review revised version of memorandum of law in opposition to UTIER's MSJ in adv. 17-00229. | .70 | 260.00 | 182.00 |
| 9/08/21 | HDB | 209 | Review revised draft of Opposition to UTIER's Motions in Limine in adv. 17-00229. | .40 | 325.00 | 130.00 |
| 9/08/21 | CEG | 209 | Review Response to UTIER's SUMF in connection with its summary judgment motion in adv. 17-00229. | .80 | 260.00 | 208.00 |
| 9/08/21 | CEG | 209 | Review Opposition to in limine motions in adv. 17-00229. | .40 | 260.00 | 104.00 |
| 9/10/21 | HDB | 209 | Analyze Objection to Memorandum of Law in Support of Defendants Motion for Summary Judgment filed by UTIER. (1.4)  Analyze Objection to Defendants Statements of Undisputed Material Facts in Support of Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056. (.5) | 1.90 | 325.00 | 617.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  402212                                                          September 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/10/21 | HDB | 209 | Revise final Opposition to UTIER's Motions in Limine. (.2)  Revise final draft of Defendants' Memorandum of Law in Opposition to Plaintiff's Amended Motion for Summary Judgment (.3)  Revise final draft of Declaration of Javier F. Sosa in Connection with Defendants' Memorandum of Law in Opposition to Plaintiff's Amended Motion for Summary Judgment and Defendants' Response to Plaintiff's Amended Statement of Undisputed Material Facts in Support of Amended Motion for Summary Judgment (.1)  Revise final draft of Defendants' Response to Plaintiff's Amended Statement of Undisputed Material Facts in Support of Amended Summary Judgment (.3). | .90 | 325.00 | 292.50 |
| 9/10/21 | GMR | 206 | Exchange several e-mails with J. Richman in connection with filings for today in opposition to motions for summary judgment and in limine motions in adv. 17-00229. | .30 | 195.00 | 58.50 |
| 9/10/21 | GMR | 206 | Analyze Defendants' Memorandum of Law in Opposition to plaintiff's Amended Motion for Summary Judgment and finalize the same in anticipation to its filing. | .40 | 195.00 | 78.00 |
| 9/10/21 | GMR | 206 | File Defendants' Memorandum of Law in Opposition to plaintiff's Amended Motion for Summary Judgment through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 9/10/21 | GMR | 206 | Analyze Defendants' Response to Plaintiff's Amended Statement of Undisputed Material Facts in Support of Amended Summary Judgment Pursuant to Bankruptcy Rule 7056, in anticipation to its filing. | .30 | 195.00 | 58.50 |
| 9/10/21 | GMR | 206 | File Defendants' Response to Plaintiff's Amended Statement of Undisputed Material Facts in Support of Amended Summary Judgment Pursuant to Bankruptcy Rule 7056. | .20 | 195.00 | 39.00 |
| 9/10/21 | GMR | 206 | Review Declaration of Javier F. Sosa in Connection with Defendants' Memorandum of Law in Opposition to Plaintiff's Amended Motion for Summary Judgment and Defendants' Response to Plaintiff's Amended Statement of Undisputed Material Facts in anticipation to its filing. | .20 | 195.00 | 39.00 |

O'Neill & Borges LLC

Bill #:  402212                                                          September 30, 2021

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/10/21 | GMR | 206 | Review and organize exhibits to the Declaration of Javier F. Sosa in Connection with Defendants' Memorandum of Law in Opposition to Plaintiff's Amended Motion for Summary Judgment and Defendants' Response to Plaintiff's Amended Statement of Undisputed Material Facts in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 9/10/21 | GMR | 206 | File the Declaration of Javier F. Sosa in Connection with Defendants' Memorandum of Law in Opposition to Plaintiff's Amended Motion for Summary Judgment and Defendants' Response to Plaintiff's Amended Statement of Undisputed Material Facts through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 9/10/21 | GMR | 206 | Analyze the Defendants' Memorandum of Law in Opposition to Plaintiff's Four Motions in limine to Exclude Expert Testimony in anticipation to its filing. | .40 | 195.00 | 78.00 |
| 9/10/21 | GMR | 206 | File the Defendants' Memorandum of Law in Opposition to Plaintiff's Four Motions in limine to Exclude Expert Testimony through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 9/13/21 | CEG | 209 | Review legislative memos filed in relation to HB-149 that become Law 120-2018. | .60 | 260.00 | 156.00 |
| 9/14/21 | CEG | 209 | Review UTIER CBA - summary Judgment briefing in adv. 17-00229. | .40 | 260.00 | 104.00 |
| 9/22/21 | CEG | 209 | Consider argument for reply brief on legislative modification of employees' benefits. | .40 | 260.00 | 104.00 |
| 9/22/21 | CEG | 209 | Analyze provisions of Law 9-2021 regarding  CBA negotiations for reply brief in adv. 17-00229. | .60 | 260.00 | 156.00 |
| 9/22/21 | CEG | 209 | Exchange emails with J. Richman on Law 9-2021 provisions for reply brief. | .30 | 260.00 | 78.00 |
| 9/23/21 | CEG | 209 | Consider reply to  UTIER Statement of uncontested Facts in opposition to motion for summary judgment in compliance with local rule. | .30 | 260.00 | 78.00 |
| 9/23/21 | CEG | 209 | Exchange emails with J. Richman regarding  reply to UTIER statement of Uncontested Facts in opposition to motion for summary judgment in adv. 17-00229 in compliance with local rule. | .20 | 260.00 | 52.00 |

TOTAL PROFESSIONAL SERVICES                              $ 3,315.00

                                                          $ -331.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  402212                                                                    September 30, 2021

NET PROFESSIONAL SERVICES:                                   $ 2,983.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 4.40 | 325.00 | 1,430.00 |
| CARLOS E. GEORGE | 5.30 | 260.00 | 1,378.00 |
| GABRIEL MIRANDA RIVERA | 2.60 | 195.00 | 507.00 |
| **Total** | **12.30** | | **$ 3,315.00** |

**TOTAL THIS INVOICE**                                          **$ 2,983.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 PONCE DE LEÓN, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

September 30, 2021
Bill #:   402213
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 1,051.00 |
| | $ -105.10 |
| Net Professional Services | $ 945.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 945.90** |

Electronic Invoice

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/14/21 | HDB | 209 | Review issues regarding extension of deadlines to submit status report. (.2) Draft e-mail to counsel to PREB. (.1) | .30 | 325.00 | 97.50 |
| 9/15/21 | HDB | 209 | Revise draft Motion to Continue deadline on status report. (.2) Exchange e-mails with counsel for PREB.(.1) Tel. conf with Y. Gonzalez regarding briefing schedule. (.2) Draft e-mail to L. Stafford regarding call with Y. Gonzalez. (.1) Exchange e-mails with L. Stafford regarding next steps in connection with appeal. (.2) Revise amended status report. (.2) Review issues regarding potential remand. (.1) | 1.10 | 325.00 | 357.50 |
| 9/15/21 | PAG | 206 | Review the Status Report of the Puerto Rico Electric Power Authority and Request for Permission to File Further Status Report in anticipation of its filing at Adv. Proc. No. 17-00256, docket no. 92. | .20 | 190.00 | 38.00 |
| 9/15/21 | PAG | 206 | File the Status Report of the Puerto Rico Electric Power Authority and Request for Permission to File Further Status Report at Adv. Proc. No. 17-00256, docket no. 92. | .20 | 190.00 | 38.00 |
| 9/16/21 | HDB | 209 | Review Court Order on status report. (.1) Review e-mails from M. Dale and L. Stafford regarding next steps. (.1) Draft e-mail to counsel for PREB regarding meeting to discuss alternatives. (.1) | .30 | 325.00 | 97.50 |
| 9/17/21 | HDB | 209 | Review PREPA's comments to proposed draft Stipulation in adv. 17-00256. | .20 | 325.00 | 65.00 |
| 9/21/21 | HDB | 209 | Revise draft Stipulation. (.2) Coordinate call with PREB's counsel. (.1) | .30 | 325.00 | 97.50 |
| 9/23/21 | HDB | 209 | Tel. conf. with M. Dale, P. Possinger, E. Barak, L. Stafford, Y. Gonzalez regarding next steps in adversary proceeding 17-00256. | .80 | 325.00 | 260.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  402213

September 30, 2021

|  | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,051.00 |
| | $ -105.10 |
| NET PROFESSIONAL SERVICES: | $ 945.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 3.00 | 325.00 | 975.00 |
| PAULA A. GONZALEZ MONTALVO | .40 | 190.00 | 76.00 |
| **Total** | **3.40** | | **$ 1,051.00** |

**TOTAL THIS INVOICE**                                **$ 945.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

September 30, 2021

FOMB IN RE PREPA TITLE III


**RE: 18-00053-LTS SANTINI V. PREPA/ROSSELLO-HDB-CGB**


Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.


Sincerely Yours,



CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021
FOMB IN RE PREPA TITLE III
Bill #: 402214
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1705 - 811**

**RE: 18-00053-LTS SANTINI V. PREPA/ROSSELLO-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 32.50 |
| | $ -3.25 |
| Net Professional Services | $ 29.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 29.25** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 811**
**RE: 18-00053-LTS SANTINI V. PREPA/ROSSELLO-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/07/21 | HDB | 209 | Review Judgment in adv. 18-00053. | .10 | 325.00 | 32.50 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 32.50 |
|  | $ -3.25 |
| NET PROFESSIONAL SERVICES: | $ 29.25 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .10 | 325.00 | 32.50 |
| **Total** | **.10** | | **$ 32.50** |

|  |  |
|---|---|
| **TOTAL THIS INVOICE** | **$ 29.25** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE PREPA TITLE III

**RE:  19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

September 30, 2021
Bill #: 402215
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 1,992.50 |
| | $ -199.25 |
| Net Professional Services | $ 1,793.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,793.25** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/27/21 | HDB | 209 | Analyze Opinion and Order granting in part Vitol's Motion to Dismiss. | 1.20 | 325.00 | 390.00 |
| 9/27/21 | JLN | 209 | Review Summary Judgment opinion in adv. 19-00453. | .60 | 235.00 | 141.00 |
| 9/29/21 | CGB | 209 | Analyze email from H. D. Bauer regarding attorneys fees and prejudgment interest standards under P.R.Civ.P. (0.1); Draft email to H. D. Bauer setting forth preliminary thoughts on the implications of same for the summary judgment issued in adv. 19-00453 (0.2). | .30 | 340.00 | 102.00 |
| 9/29/21 | HDB | 209 | Additional analysis of Opinion and Order on Summary Judgment. (.3) Review Vitol's counterclaim as to interest and attorneys fees. (.2) Analyze relevant section of PR Rules of Civil Procedure in preparation for call with Proskauer. (.6) Draft e-mail to C. Garcia with relevant background. (.2) | 1.30 | 325.00 | 422.50 |
| 9/30/21 | CGB | 209 | Analyze the opinion and order at Docket No. 77 in anticipation of Tel. Conf. with Proskauer team regarding interest and attorneys' fees issues raised by same (0.9); Tel. Conf. with M. Dale, L. Stafford and H. D. Bauer to discuss same (0.6); Draft email to J. E. Gonzalez to ascertain whether Law 458 has any statutory language impacting analysis and Review response thereto (0.1); Draft email to J.A. Candelaria to coordinate analysis of USDC diversity cases discussing the issue (0.1); Draft email to M. A. Lugo to coordinate research of what event trigger payment of interest for default under the Puerto Rico Civil Code (0.1). | 1.80 | 340.00 | 612.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  402215                                                    September 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/30/21 | HDB | 209 | Prepare for conference call with M. Dale, L. Stafford and C. Garcia regarding interest and attorneys' fees. (.4)  Tel. conf. with M. Dale, L. Stafford and C. Garcia regarding pending Vitol Claims. (.6) | 1.00 | 325.00 | 325.00 |

TOTAL PROFESSIONAL SERVICES                         $ 1,992.50

$ -199.25

NET PROFESSIONAL SERVICES:                          $ 1,793.25

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 2.10 | 340.00 | 714.00 |
| HERMANN BAUER | 3.50 | 325.00 | 1,137.50 |
| JOSE L. NOTARIO TOLL | .60 | 235.00 | 141.00 |
| **Total** | **6.20** | | **$ 1,992.50** |

**TOTAL THIS INVOICE**                               **$ 1,793.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 20-00142-LTS PV Prop. V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021
FOMB IN RE PREPA TITLE III
Bill #: 402216
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1705 - 819**

**RE: 20-00142-LTS PV Prop. V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 227.50 |
| | $ -22.75 |
| | |
| Net Professional Services | $ 204.75 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 204.75** |

Electronic Invoice

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 819**
**RE:  20-00142-LTS PV Prop. V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/28/21 | HDB | 209 | Analyze Opinion and Order dismissing complaint in adv. 20-00142. | .70 | 325.00 | 227.50 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 227.50 |
|  | $ -22.75 |
| NET PROFESSIONAL SERVICES: | $ 204.75 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 325.00 | 227.50 |
| **Total** | **.70** | | **$ 227.50** |

**TOTAL THIS INVOICE** $ 204.75

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

September 30, 2021

FOMB IN RE PREPA TITLE III

**RE:  21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

---

FOMB IN RE PREPA TITLE III

September 30, 2021
Bill #:    402217
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2021:

**Client.Matter: P1705 - 820**

**RE:  21-00041-LTS UTIER RE LUMA**

| | |
|---|---|
| Total Professional Services | $ 260.00 |
| | $ -26.00 |
| Net Professional Services | $ 234.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 234.00** |

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 820**
**RE: 21-00041-LTS UTIER RE LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/07/21 | HDB | 209 | Review Objection to Defendants' Joint Memorandum of Law in Support of Motion to Dismiss Second Adversary Complaint in adv. 21-0041 Pursuant to FRCP 12(b)(1) and 12(b)(6). | .80 | 325.00 | 260.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 260.00 |
| | | $ -26.00 |
| NET PROFESSIONAL SERVICES: | | $ 234.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 325.00 | 260.00 |
| **Total** | **.80** | | **$ 260.00** |

**TOTAL THIS INVOICE** $ 234.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE