# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

      Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FIFTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2021 through October 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,540.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $6,540.75 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-second monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for October 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 13, 2022 sent to:

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  October 1 through October 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | 360.00 | 1.20 | 432.00 |
| Hermann D. Bauer | Member | Litigation | 325.00 | 4.20 | 1,365.00 |
| Carla Garcia Benitez | Member | Litigation | 340.00 | 4.50 | 1,530.00 |
| Carlos E. George | Member | Labor | 260.00 | 4.80 | 1,248.00 |
| Rosa M. Lazaro | Member | Corporate | 355.00 | 3.10 | 1,100.50 |
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 0.30 | 69.00 |
| Jorge A. Candelaria | Associate | Litigation | 190.00 | 5.50 | 1,045.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 200.00 | 0.30 | 60.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | 190.00 | 0.40 | 76.00 |
| Maria de los A. Lugo Colom | Associate | Litigation | 175.00 | 0.10 | 17.50 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 1.50 | 292.50 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.20 | 32.00 |
| | | | | | |
| | **Totals** | | | **26.10** | **$        7,267.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$          (726.75)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$        6,540.75** |

**PREPA TITLE III**

**Summary of Disbursements for the Period  October 1 through October 31, 2021**

| Description - Expenses | | | | | Amounts |
|---|---|---|---|---|---|
| | | | | | |
| | **Totals** | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | | **$             -** |

### PREPA TITLE III

### Summary of Legal Fees for the Period October 1 through October 31, 2021

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 5.60 | 1,497.50 |
| 206 | Documents Filed on Behalf of the Board | 1.90 | 368.50 |
| 209 | Adversary Proceeding | 5.50 | 1,605.50 |
| 210 | Analysis and Strategy | 3.50 | 1,149.50 |
| 213 | Labor, Pension Matters | 9.10 | 2,545.50 |
| 224 | Fee Application - O&B | 0.50 | 101.00 |
| | | | |
| | | | $    7,267.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $      (726.75) |
| | | | |
| | **TOTALS** | **26.10** | **$    6,540.75** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,886.68 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $5,886.68.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

November 4, 2021

FOMB IN RE PREPA TITLE III

Bill #:    404281

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 307.00 |
| Less Discount | $ -30.70 |
| Net Professional Services | $ 276.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 276.30** |

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/04/21 | PAG | 206 | Review the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion in anticipation of its filing at 17 BK 3283-LTS, docket no. 2627. | .20 | 190.00 | 38.00 |
| 10/04/21 | PAG | 206 | File the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion at 17 BK 3283-LTS, docket no. 2627. | .20 | 190.00 | 38.00 |
| 10/15/21 | HDB | 210 | Review analysis by J. Gonzalez regarding potential threat of House of Representative's veto to P3 transaction. | .40 | 325.00 | 130.00 |
| 10/21/21 | UMF | 224 | Draft O&B's fiftieth monthly fee statement for August 2021 in the Title III case of PREPA. | .30 | 230.00 | 69.00 |
| 10/21/21 | VSN | 224 | As required by U. Fernandez, prepare exhibits for the O&B fiftieth monthly fee application in the PREPA Title III case for attorney review. | .20 | 160.00 | 32.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 307.00 |
| Less Discount | | $ -30.70 |
| NET PROFESSIONAL SERVICES: | | $ 276.30 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 325.00 | 130.00 |
| UBALDO M. FERNANDEZ BARRERA | .30 | 230.00 | 69.00 |
| PAULA A. GONZALEZ MONTALVO | .40 | 190.00 | 76.00 |
| VANESSA SANCHEZ | .20 | 160.00 | 32.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  404281                                                    November 4, 2021

| **Total** | **1.30** | **$ 307.00** |

**TOTAL THIS INVOICE**                                            **$ 276.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

November 4, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

November 4, 2021
FOMB IN RE PREPA TITLE III                                    Bill #:   404282
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 3,037.50 |
| Less Discount | $ -303.75 |
| Net Professional Services | $ 2,733.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,733.75** |

IN ACCOUNT WITH

262 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/06/21 | RML | 213 | Tel. conf. with FOMB, E&Y and Proskauer regarding PREPA ERS. | .50 | 355.00 | 177.50 |
| 10/12/21 | RML | 213 | Tel. conf. with PREPA E&Y and FOMB team on PREPA ERS actions. | .50 | 355.00 | 177.50 |
| 10/12/21 | CGB | 213 | Review (0.1) and respond (0.1) to email from C. Rogoff regarding Open SREAEE and PROMESA section 208(b). | .20 | 340.00 | 68.00 |
| 10/12/21 | CGB | 213 | Preliminary analysis of draft responses to queries regarding SREAEE and PROMESA section 208(b) drafted by J.A. Candelaria (0.2); Coordinate additional areas of research regarding SREAEE regulations to be covered in such response with J.A. Candelaria (0.2); Revise the updated draft circulated by J.A. Candelaria (0.4); Draft email circulating same to R. M. Lázaro for review and comments (0.1). | .90 | 340.00 | 306.00 |
| 10/12/21 | JAC | 213 | Analyze Proskauer Rose LLP inquiry on PREPA-ERS (1.1) and draft email to R. Lazaro in response to inquiry (0.4). | 1.50 | 190.00 | 285.00 |
| 10/14/21 | RML | 213 | Review response to inquiry of actions related to amendments to PREPA ERS regulations. | .40 | 355.00 | 142.00 |
| 10/15/21 | JP | 210 | Email exchanges P. Possinger and J. Gonzalez regarding whether House resolution can stop privatization transaction. | .90 | 360.00 | 324.00 |
| 10/16/21 | JP | 210 | Email exchanges A. Collazo and J. Gonzalez regarding whether House resolution can stop privatization transaction. | .30 | 360.00 | 108.00 |

O'Neill & Borges LLC

Bill #:  404282                                                                November 4, 2021

| Date | Init | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/16/21 | JEG | 210 | Email exchange with J. Pietrantoni and A. Collazo, regarding whether a House resolution can stop PREPA privatization transaction. | .30 | 200.00 | 60.00 |
| 10/19/21 | RML | 213 | Tel. conf. with FOMB, EY, Proskauer and OB regarding PREPA ERS options. | 1.40 | 355.00 | 497.00 |
| 10/19/21 | CEG | 213 | Attend Teams meeting with A. Figueroa, M. López and FOMB staff, S. Levy  and E&Y team, P. Possinger and Proskauer Team, and R. Lazaro, regarding  discuss legal issues related to PREPA ERS and RSA. | 1.40 | 260.00 | 364.00 |
| 10/22/21 | RML | 213 | Respond to inquiry regarding PREPA employee mobility rules. | .30 | 355.00 | 106.50 |
| 10/22/21 | CEG | 213 | Consider legal issues on employee mobility and its application to trust positions (0.4). Exchange emails with Y. Hickey on mobility right applicable to PREPA employees (0.1). Tel. conf. with F. Bruno, regarding mobility rights applicable to PREPA employees (0.1). | .60 | 260.00 | 156.00 |
| 10/22/21 | JAC | 213 | Research on applicability of PREPA mobility plan to trust employees (1.2) and draft email to R. M. Lazaro regarding same (0.2). | 1.40 | 190.00 | 266.00 |

TOTAL PROFESSIONAL SERVICES                           $ 3,037.50

Less Discount                                                     $ -303.75

NET PROFESSIONAL SERVICES:                           $ 2,733.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 3.10 | 355.00 | 1,100.50 |
| CARLA GARCIA BENITEZ | 1.10 | 340.00 | 374.00 |
| JULIO PIETRANTONI | 1.20 | 360.00 | 432.00 |
| CARLOS E. GEORGE | 2.00 | 260.00 | 520.00 |
| JORGE A. CANDELARIA | 2.90 | 190.00 | 551.00 |
| GONZALEZ ALDARONDO, JOSUE E. | .30 | 200.00 | 60.00 |
| **Total** | **10.60** | | **$ 3,037.50** |

**TOTAL THIS INVOICE**                                   **$ 2,733.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

AMERICAN INTERNATIONAL PLAZA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

November 4, 2021
FOMB IN RE PREPA TITLE III
Bill #: 404283
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 806.00 |
| | $ -80.60 |
| Net Professional Services | $ 725.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 725.40** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

_____

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/15/21 | CEG | 209 | Exchange various emails with J. Richman, regarding reply briefs in adv. 17-00229. | .40 | 260.00 | 104.00 |
| 10/16/21 | CEG | 209 | Exchange various emails with J. Richman and counsel for UTIER regarding reply briefs (0.2); review amended motion to alter scheduling order in adv. 17-00229 (0.2). | .40 | 260.00 | 104.00 |
| 10/18/21 | CEG | 209 | Review motion to amend modification of scheduling order in adv. 17-00229. | .20 | 260.00 | 52.00 |
| 10/19/21 | GMR | 206 | Finalize the Urgent Joint Motion of Plaintiff and Defendants to Amend Scheduling Order and Grant Leave to File Reply Memoranda of Law in Excess of 15 Pages, in anticipation to its filing in adv. 17-00229. | .20 | 195.00 | 39.00 |
| 10/19/21 | GMR | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Amend Scheduling Order and Grant Leave to File Reply Memoranda of Law in Excess of 15 Pages, through the court's electronic filing system in adv. 17-00229. | .20 | 195.00 | 39.00 |
| 10/21/21 | CEG | 209 | Review opposition to motion for summary judgment in adv. 17-00229. | 1.20 | 260.00 | 312.00 |
| 10/28/21 | CEG | 209 | Review reply to opposition to motion for summary judgment in adv. 17-00229. | .60 | 260.00 | 156.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 806.00 |
| | | $ -80.60 |
| NET PROFESSIONAL SERVICES: | | $ 725.40 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  404283                                                    November 4, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLOS E. GEORGE | 2.80 | 260.00 | 728.00 |
| GABRIEL MIRANDA RIVERA | .40 | 195.00 | 78.00 |
| **Total** | **3.20** | | **$ 806.00** |

**TOTAL THIS INVOICE**                                   **$ 725.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH
252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PREPA TITLE III

November 4, 2021
Bill #:   404284
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 208.00 |
| | $ -20.80 |
| Net Professional Services | $ 187.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 187.20** |

IN ACCOUNT WITH
252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/21 | HDB | 209 | Revise draft Motion to Extend Time to file status report in adv. 17-00256. (.2) | .20 | 325.00 | 65.00 |
| 10/01/21 | GMR | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, in anticipation to its filing in adv. 17-00256. | .20 | 195.00 | 39.00 |
| 10/01/21 | GMR | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report in adv. 17-00256, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 10/27/21 | HDB | 210 | Review issues regarding extension to submit status report in adv. 17-00256. | .20 | 325.00 | 65.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 208.00 |
|  | $ -20.80 |
| NET PROFESSIONAL SERVICES: | $ 187.20 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 325.00 | 130.00 |
| GABRIEL MIRANDA RIVERA | .40 | 195.00 | 78.00 |
| **Total** | **.80** |  | **$ 208.00** |

**TOTAL THIS INVOICE**          **$ 187.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

November 4, 2021

FOMB IN RE PREPA TITLE III

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021
FOMB IN RE PREPA TITLE III
Bill #:  404285
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 365.00 |
| Less Discount | $ -36.50 |
| Net Professional Services | $ 328.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 328.50** |

Electronic Invoice

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/27/21 | CGB | 210 | Review First Circuit's Opinion and Order in Appeal 20-1797 affirming the Judge Swain€s dismissal of the Complaint. | .50 | 340.00 | 170.00 |
| 10/27/21 | HDB | 210 | Review First Circuit's Opinion and Order affirming the District Court's dismissal of the Adv. 18-00047 Complaint. | .60 | 325.00 | 195.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 365.00 |
| Less Discount | $ -36.50 |
| NET PROFESSIONAL SERVICES: | $ 328.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .50 | 340.00 | 170.00 |
| HERMANN BAUER | .60 | 325.00 | 195.00 |
| **Total** | **1.10** | | **$ 365.00** |

**TOTAL THIS INVOICE**                         **$ 328.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021

FOMB IN RE PREPA TITLE III

Bill #:   404286
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1705 - 818**

**RE:  19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 2,154.00 |
| | $ -215.40 |
| Net Professional Services | $ 1,938.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,938.60** |

IN ACCOUNT WITH

252 PONCE DE LEÓN AVE., SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/03/21 | JAC | 202 | Initial research on attorney's fees case law in U.S. District Court of Puerto Rico, as requested by C. Garcia. | .90 | 190.00 | 171.00 |
| 10/04/21 | MAL | 202 | Draft email to C. Garcia concerning the status of requested research regarding when a debt is deemed "liquid, due, and payable" for a party to claim prejudgment interests due to default status. | .10 | 175.00 | 17.50 |
| 10/05/21 | JAC | 202 | Finalize research on attorney's fees under Puerto Rico law (0.9) and draft email with research findings (0.8). | 1.70 | 190.00 | 323.00 |
| 10/06/21 | CGB | 202 | Analyze J.A. Candelaria research regarding attorney's fees under P.R. R.Civ.P. 44.1 (0.1); Draft email forwarding same to M. Sale, L. Stafford and L. Rappaport (0.1) | .20 | 340.00 | 68.00 |
| 10/06/21 | HDB | 209 | Analyze legal research by J. Candelaria regarding methodology for the calculation of attorneys' fees in diversity cases. | .30 | 325.00 | 97.50 |
| 10/08/21 | CGB | 202 | Analyze M. A. Lugo's legal research on "debt due and payable" under Puerto Rico law (0.3); overview of key case law (0.2); Draft email to L. Stafford, M. Dale and L. Rappaport forwarding same (0.1). | .60 | 340.00 | 204.00 |
| 10/08/21 | HDB | 209 | Review legal standard regarding prejudgment interest and default interest. | .20 | 325.00 | 65.00 |
| 10/13/21 | HDB | 209 | Analyze draft status report as proposed by Vitol. (.3) Review issues regarding pre-judgment interest. (.1) Review issues on pre-judgment interest. (.1)  Draft e-mail to C. Garcia regarding relevant legal issues related to the proposed status report. (.1) | .60 | 325.00 | 195.00 |

O'Neill & Borges LLC

Bill #:  404286                                                                    November 4, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/14/21 | CGB | 202 | Review Vitol's proposed status report circulated by L. Stafford (0.2); Draft email to M. A. Lugo to coordinate Follow-up research regarding applicable rate to Vitol's prejudgment interest claim and considerations of liquidity of the same. (0.2) | .40 | 340.00 | 136.00 |
| 10/15/21 | CGB | 202 | Review legal research on prejudgment interest rate under the Civil Code and related issues by M. A. Lugo (0.3); Review available regulations by the Office of the Commissioner insurance regarding same (0.4); Review the legislative intent of the 2016 amendment to Article 1061 of the 1930 Civil Code (0.1); Draft preliminary responses to L. Stafford queries regarding same (0.4); Review Follow-up questions by M. Palmer regarding prejudgment interest issues (0.1); Draft responses to same (0.4). | 1.70 | 340.00 | 578.00 |
| 10/15/21 | HDB | 209 | Review legal analysis of prejudgment interest rate and suggestions regarding status report. | .30 | 325.00 | 97.50 |
| 10/18/21 | GMR | 206 | Review the Joint Status Report and Request to Continue to November 1, 2021 the Time to File a Joint Status Report, in anticipation to its filing in adv. 19-00453. | .20 | 195.00 | 39.00 |
| 10/18/21 | GMR | 206 | File the Joint Status Report and Request to Continue to November 1, 2021 the Time to File a Joint Status Report in adv. 19-00453, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 10/20/21 | GMR | 206 | Review order in connection with the Joint Status Report and Request to Continue to November 1, 2021 the Time to File a Joint Status Report in adv. 19-00453. Re-file at ECF No. 79. | .30 | 195.00 | 58.50 |
| 10/28/21 | HDB | 209 | Review Joint Status Report on Vitol's Counterclaims in adv. 19-00453. | .20 | 325.00 | 65.00 |

TOTAL PROFESSIONAL SERVICES                     $ 2,154.00

                                                                         $ -215.40

NET PROFESSIONAL SERVICES:                       $ 1,938.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  404286

November 4, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.90 | 340.00 | 986.00 |
| HERMANN BAUER | 1.60 | 325.00 | 520.00 |
| JORGE A. CANDELARIA | 2.60 | 190.00 | 494.00 |
| GABRIEL MIRANDA RIVERA | .70 | 195.00 | 136.50 |
| MARIA DE LOS A. LUGO COLOM | .10 | 175.00 | 17.50 |
| **Total** | **7.90** | | **$ 2,154.00** |

**TOTAL THIS INVOICE**                               **$ 1,938.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

## O'NEILL & BORGES LLC

November 4, 2021
FOMB IN RE PREPA TITLE III
Bill #: 404287
Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1705 - 820**

**RE: 21-00041-LTS UTIER RE LUMA**

| | |
|---|---|
| Total Professional Services | $ 390.00 |
| | $ -39.00 |
| Net Professional Services | $ 351.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 351.00** |

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 820**
**RE:  21-00041-LTS UTIER RE LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/05/21 | HDB | 209 | Review Defendants' Joint Reply Memorandum in Support of Motion to Dismiss adv. 21-00041. | .70 | 325.00 | 227.50 |
| 10/12/21 | HDB | 209 | Review Protective Motion of Cortland Capital Market Services LLC, as Administrative Agent, to be Heard as Amicus Curiae in Connection with Motion to Dismiss Second Amended Complaint adv. 21-00041. | .20 | 325.00 | 65.00 |
| 10/29/21 | HDB | 210 | Review  Response to Motion of Cortland Capital Market Services LLC to Be Heard as Amicus Curiae in Connection with Motion to Dismiss Second Amended Complaint (21-0041) | .30 | 325.00 | 97.50 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 390.00 |
|  | $ -39.00 |
| NET PROFESSIONAL SERVICES: | $ 351.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.20 | 325.00 | 390.00 |
| **Total** | **1.20** |  | **$ 390.00** |

| **TOTAL THIS INVOICE** | **$ 351.00** |
|--|--|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

------------------------------------------------------------------x

## COVER SHEET TO FIFTY-THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant:                        O'Neill & Borges LLC ("O&B")

Authorized to provide professional services    Financial Oversight and Management
to:                                        Board, as Representative for the Debtor
                                           Pursuant to PROMESA Section 315(b)

Time period covered by this application:   November 1, 2021 through November 30,
                                           2021

Amount of compensation sought as actual,    $1,884.60
reasonable and necessary:

Amount of expense reimbursement sought    $0.00
as actual, reasonable and necessary:

Total amount for this invoice:            $1,884.60

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-third monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for November 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 13, 2022 sent to:

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  November 1 through November 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 325.00 | 2.90 | 942.50 |
| Carlos E. George | Member | Labor | 260.00 | 0.30 | 78.00 |
| Rosa M. Lazaro | Member | Corporate | 355.00 | 1.70 | 603.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | 190.00 | 0.40 | 76.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 1.20 | 234.00 |
| Olga M Alicea | Paralegal | Litigation | 160.00 | 0.80 | 128.00 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.20 | 32.00 |
| | **Totals** | | | **7.50** | **$  2,094.00** |
| | **Less: 10% Courtesy discount** | | | | **$   (209.40)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$   1,884.60** |

**PREPA TITLE III**

**Summary of Disbursements for the Period  November 1 through November 30, 2021**

| Description - Expenses | Amounts |
|---|---|
| | |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | **$          -** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 2.00 | 440.00 |
| 209 | Adversary Proceeding | 1.80 | 565.50 |
| 210 | Analysis and Strategy | 1.00 | 325.00 |
| 213 | Labor, Pension Matters | 1.70 | 603.50 |
| 219 | Docketing | 0.20 | 32.00 |
| 220 | Translations | 0.80 | 128.00 |
| | | | |
| | | | $   2,094.00 |
| | | | |
| | **Less: 10% Courtesy discount** | | $   (209.40) |
| | | | |
| | **TOTALS** | **7.50** | **$   1,884.60** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,696.14 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,696.14.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

November 30, 2021
Bill #:  406176
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 627.00 |
| Less Discount | $ -62.70 |
| Net Professional Services | $ 564.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 564.30** |

Electronic Invoice

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/04/21 | GMR | 206 | Review the Urgent Consensual Motion for Thirteenth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 11/04/21 | GMR | 206 | File the Urgent Consensual Motion for Thirteenth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, through the court's electronic filing system, in Case No. 17-4780. | .20 | 195.00 | 39.00 |
| 11/16/21 | GMR | 206 | Review the Tenth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federals Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 11/16/21 | GMR | 206 | File the Tenth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federals Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system in Case No. 17-4780. | .20 | 195.00 | 39.00 |
| 11/17/21 | HDB | 206 | Review Tenth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federals Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 325.00 | 65.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  406176                                                    November 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/18/21 | HDB | 206 | Review Motion of Bondholder Defendants' and PREPA Bond Trustee's (I) Joint Response to Protective Motion of Cortland Capital Market Services LLC, as Administrative Agent, to be Heard as Amicus Curiae, and (II) Joint Cross-Protective Motion to Be Heard as Amicus Curiae in Connection with Motion to Dismiss Second Amended Complaint. | .20 | 325.00 | 65.00 |
| 11/23/21 | VSN | 219 | Docket court notice received by email dated November 8, 2021, regarding order Dkt. 2648, the deadline to file a reply and response. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 11/30/21 | HDB | 210 | Join PREPA BIT Analysis call with O. Shah and others from McKinsey, P. Possinger, E. Barak and others from Proskauer and A. Collazo. | .80 | 325.00 | 260.00 |
| 11/30/21 | HDB | 210 | Review analysis concerning standing to commence a rate case before PREB. | .20 | 325.00 | 65.00 |

TOTAL PROFESSIONAL SERVICES             $ 627.00

Less Discount                           $ -62.70

NET PROFESSIONAL SERVICES:              $ 564.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.40 | 325.00 | 455.00 |
| GABRIEL MIRANDA RIVERA | .80 | 195.00 | 156.00 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |
| **Total** | **2.30** | | **$ 627.00** |

**TOTAL THIS INVOICE**                  **$ 564.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021

FOMB IN RE PREPA TITLE III

**RE:  FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

November 30, 2021
Bill #:   406177
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending November 30, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

|                                  |            |
|----------------------------------|-----------:|
| Total Professional Services      | $ 731.50   |
|                                  | $ -73.15   |
|                                  |            |
| Net Professional Services        | $ 658.35   |
| Total Reimbursable Expenses      | $ .00      |
|                                  |            |
| **TOTAL THIS INVOICE**           | **$ 658.35** |

Electronic Invoice

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/04/21 | RML | 213 | Review letter regarding amendment to PREPA ERS. (0.3) Draft email to A. Figueroa regarding amendment to PREPA ERS. (0.2) | .50 | 355.00 | 177.50 |
| 11/12/21 | OMA | 220 | As requested by attorney R. M. Lazaro, translate into English communication SR-21-14 of the Administrator of the PREPA Retirement System, dated 11/5/2021. 2 pages, 768 words. | .80 | 160.00 | 128.00 |
| 11/15/21 | RML | 213 | Review letter PREPA retirement Board to FOMB. | .30 | 355.00 | 106.50 |
| 11/16/21 | RML | 213 | Review letter from PREPA 's trustee regarding funding of ERS. | .40 | 355.00 | 142.00 |
| 11/17/21 | RML | 213 | Review new resolutions amending PREPA ERS plan provisions. | .50 | 355.00 | 177.50 |

|  | | |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 731.50 |
|  | $ -73.15 |
| NET PROFESSIONAL SERVICES: | $ 658.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 1.70 | 355.00 | 603.50 |
| OLGA M. ALICEA | .80 | 160.00 | 128.00 |
| **Total** | **2.50** | | **$ 731.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  406177                                                November 30, 2021

### TOTAL THIS INVOICE                              $ 658.35

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021
FOMB IN RE PREPA TITLE III
Bill #: 406178
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2021:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 338.00 |
| | $ -33.80 |
| Net Professional Services | $ 304.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 304.20** |

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/21 | HDB | 209 | Revise draft Reply memorandum of law in support of their motion for summary judgment on Plaintiff's claims under the Contract Clauses of the U.S. and Puerto Rico Constitutions. | .70 | 325.00 | 227.50 |
| 11/10/21 | HDB | 209 | Review modification to briefing schedule to submit reply. | .10 | 325.00 | 32.50 |
| 11/10/21 | CEG | 209 | Exchange emails with J. Richman, regarding potential impact of HB-3 to PREPA. | .30 | 260.00 | 78.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 338.00 |
|  | $ -33.80 |
| NET PROFESSIONAL SERVICES: | $ 304.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 325.00 | 260.00 |
| CARLOS E. GEORGE | .30 | 260.00 | 78.00 |
| **Total** | **1.10** | | **$ 338.00** |

**TOTAL THIS INVOICE**      **$ 304.20**

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

November 30, 2021
Bill #:   406179
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2021:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---:|
| Total Professional Services | $ 124.50 |
| | $ -12.45 |
| Net Professional Services | $ 112.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 112.05** |

Electronic Invoice

IN ACCOUNT WITH

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/21 | HDB | 209 | Review draft motion to extend deadline to submit status report. | .10 | 325.00 | 32.50 |
| 11/02/21 | PAG | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report in anticipation of its filing at Adv. Proc. No. 17-00256-LTS, docket no. 98. | .20 | 190.00 | 38.00 |
| 11/02/21 | PAG | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report at Adv. Proc. No. 17-00256-LTS, docket no. 98. | .20 | 190.00 | 38.00 |
| 11/23/21 | VSN | 219 | Docket court notice received by email dated November 2, 2021, regarding order Dkt. 99, the deadline to file a joint status report. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |

TOTAL PROFESSIONAL SERVICES $ 124.50

$ -12.45

NET PROFESSIONAL SERVICES: $ 112.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .10 | 325.00 | 32.50 |
| PAULA A. GONZALEZ MONTALVO | .40 | 190.00 | 76.00 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |
| **Total** | **.60** | | **$ 124.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  406179                                                         November 30, 2021

**TOTAL THIS INVOICE**                                     **$ 112.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

November 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH                                    252 Ponce de León Avenue, Suite 800
                                                   San Juan, PR 00918-1813
                                                   Tel. (787) 764-8181
O'NEILL & BORGES LLC                               Fax (787) 753-8944

---

FOMB IN RE PREPA TITLE III

November 30, 2021
Bill #: 406180
Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending November 30, 2021:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---:|
| Total Professional Services | $ 97.50 |
| | $ -9.75 |
| Net Professional Services | $ 87.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 87.75** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/02/21 | HDB | 209 | Review Joint Status Report and Proposed Final Judgment. | .30 | 325.00 | 97.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 97.50 |
| | | $ -9.75 |
| NET PROFESSIONAL SERVICES: | | $ 87.75 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 325.00 | 97.50 |
| **Total** | **.30** | | **$ 97.50** |

**TOTAL THIS INVOICE**                                  **$ 87.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021
Bill #: 406181
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending November 30, 2021:

**Client.Matter: P1705 - 820**

**RE: 21-00041-LTS UTIER RE LUMA**

| | |
|---|---:|
| Total Professional Services | $ 175.50 |
| | $ -17.55 |
| | |
| Net Professional Services | $ 157.95 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 157.95** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 820**
**RE:  21-00041-LTS UTIER RE LUMA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/03/21 | HDB | 209 | Review Reply in Support of Protective Motion of Cortland Capital Market Services LLC, as Administrative Agent, to be Heard as Amicus Curiae in Connection with Motion to Dismiss. | .30 | 325.00 | 97.50 |
| 11/18/21 | GMR | 206 | Review the Response to Motion of Bondholder Defendants' and PREPA Bond Trustee's (I) Joint Response to Protective Motion of Cortland Capital Market Services LLC, as Administrative Agent, to be Heard as Amicus Curiae, and (II) Joint Cross-Protective Motion to Be Heard as Amicus Curiae in Connection with Motion to Dismiss Second Amended Complaint, in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 11/18/21 | GMR | 206 | File the Response to Motion of Bondholder Defendants' and PREPA Bond Trustee's (I) Joint Response to Protective Motion of Cortland Capital Market Services LLC, as Administrative Agent, to be Heard as Amicus Curiae, and (II) Joint Cross-Protective Motion to Be Heard as Amicus Curiae in Connection with Motion to Dismiss Second Amended Complaint, through the court's electronic filing system. | .20 | 195.00 | 39.00 |

|  | | | TOTAL PROFESSIONAL SERVICES | | | $ 175.50 |
|  | | | | | | $ -17.55 |
|  | | | NET PROFESSIONAL SERVICES: | | | $ 157.95 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | | | | Hours | Rate | Total |
|------|--|--|--|-------|------|-------|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  406181                                                        November 30, 2021

| | | | |
|---|---|---|---|
| HERMANN BAUER | .30 | 325.00 | 97.50 |
| GABRIEL MIRANDA RIVERA | .40 | 195.00 | 78.00 |
| **Total** | **.70** | | **$ 175.50** |

**TOTAL THIS INVOICE**                                    **$ 157.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

       Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------------x

## COVER SHEET TO FIFTY-FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant:                          O'Neill & Borges LLC ("O&B")

Authorized to provide professional services   Financial Oversight and Management
to:                                         Board, as Representative for the Debtor
                                            Pursuant to PROMESA Section 315(b)

Time period covered by this application:     December 1, 2021 through December 31,
                                            2021

Amount of compensation sought as actual,     $15,065.55
reasonable and necessary:

Amount of expense reimbursement sought      $520.60
as actual, reasonable and necessary:

Total amount for this invoice:               $15,586.15

This is a:  _X_ monthly ___ interim ___ final application

This is O&B's fifty-sixth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for December 2021.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 13, 2022 sent to:

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  December 1 through December 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | 360.00 | 2.80 | 1,008.00 |
| Hermann D. Bauer | Member | Litigation | 325.00 | 12.00 | 3,900.00 |
| José R. Cacho | Member | Corporate | 355.00 | 3.70 | 1,313.50 |
| Carlos E. George | Member | Labor | 260.00 | 7.50 | 1,950.00 |
| Rosa M. Lazaro | Member | Corporate | 355.00 | 3.20 | 1,136.00 |
| Antonio L. Collazo | Jr. Member | Litigation | 230.00 | 16.00 | 3,680.00 |
| Jorge A. Candelaria | Associate | Corporate | 190.00 | 3.90 | 741.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 200.00 | 12.90 | 2,580.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 1.80 | 351.00 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.50 | 80.00 |
| | **Totals** | | | **64.30** | **16,739.50** |
| | **Less: 10% Courtesy discount** | | | | **$   (1,673.95)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$    15,065.55** |

**PREPA TITLE III**

**Summary of Disbursements for the Period  December 1 through December 31, 2021**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | 0.60 |
| Filing Fees - Clerk's Office US District Court Notice of Appeal - HDB | 505.00 |
| Messenger Deliver as of 12/3/2021 | 15.00 |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | **$      520.60** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period  December 1 through December 31, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Memers, Staff, Advisor, Consutl | 2.20 | 482.00 |
| 202 | Legal Research | 12.40 | 2,474.00 |
| 206 | Documents Filed on Behalf of the Board | 2.60 | 611.00 |
| 209 | Adversary Proceeding | 5.10 | 1,612.00 |
| 210 | Analysis and Strategy | 23.40 | 6,350.50 |
| 213 | Labor, Pension Matters | 13.10 | 3,524.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 3.20 | 1,020.50 |
| 219 | Docketing | 0.30 | 48.00 |
| 222 | Claims and Claims Objections | 1.80 | 585.00 |
| 224 | Fee Application O&B | 0.20 | 32.00 |
|  |  |  |  |
|  |  |  | $ 16,739.50 |
|  |  |  |  |
|  | **Less: 10% Courtesy discount** |  | $ (1,673.95) |
|  |  |  |  |
|  | **TOTALS** | **64.30** | **$ 15,065.55** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $13,559.00 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $520.60) in the total amount of $14,079.60.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2021
Bill #: 407783
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2021:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 15,059.50 |
| Less Discount | $ -1,505.95 |
| Net Professional Services | $ 13,553.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 13,553.55** |

Electronic Invoice

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/02/21 | HDB | 210 | Join advisor call regarding best interest test for PREPA, including E. Stevens, J. Esses, P. Possinger and others from Proskauer, O. Shah, P. Smoulders and others from McKinsey. | .90 | 325.00 | 292.50 |
| 12/02/21 | ALC | 201 | Tel. conf. with Proskauer and McKinsey to discuss PREPA rate issues as part of the BIT analysis. | 1.00 | 230.00 | 230.00 |
| 12/03/21 | HDB | 222 | Analyze PREPA Claims Reconciliation and General Unsecured Claim Estimate Report b BRG. | .60 | 325.00 | 195.00 |
| 12/03/21 | HDB | 206 | Review draft motion to extend the response deadline for the Whitefish administrative claim motion. | .20 | 325.00 | 65.00 |
| 12/03/21 | HDB | 222 | Review issues regarding PREPA Omnibus objection to claims. | .30 | 325.00 | 97.50 |
| 12/03/21 | JEG | 201 | At the request of A. Collazo, conduct research on the duration of the PREB's first rate case, the most recent reconciliation procedure, and whether the law or regulation provides a specific term for the PREB to conclude its analysis concerning the foregoing. (0.6). Draft email to A. Collazo with research findings. (0.2) | .80 | 200.00 | 160.00 |
| 12/05/21 | CEG | 215 | Consider several issues related to options for PREPA ERS (0.6); review UTIER CBA (0.3). | .90 | 260.00 | 234.00 |
| 12/06/21 | HDB | 206 | Revise Certificate of No Objection to the Tenth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(B) of the Federals Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal. | .20 | 325.00 | 65.00 |
| 12/06/21 | HDB | 206 | Review the Informative Motion Regarding PREPA's Assumption of Certain Power Purchase and Operating Agreements. | .20 | 325.00 | 65.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783                                                                    December 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/06/21 | CEG | 213 | Consider legal implication related CBAs and PREPA ERS provisions (0.5) Review draft of FOMB deck presentation on evaluation of different scenarios for PREPA ERS. (0.6) Participates in video conference with P. Possinger and Proskauer Team, S. Levy and EY team, and FOMB staff to discuss different scenarios for PREPA ERS (1.0) Tel. conf. with S. Levy and M. Lopez, regarding potential CW exposures for PREPA ERS underfunding and related implication under PR law (0.6). Participates in video conference with N. Jaresko, P. Possinger and Proskauer Team, S. Levy and EY team, and FOMB staff to discuss different scenarios for PREPA ERS (1.0) | 3.70 | 260.00 | 962.00 |
| 12/06/21 | CEG | 209 | Consider proposed modifications to PREPA CBAs (0.4); exchange emails with E. Stevens from Proskauer regarding same (0.3). | .70 | 260.00 | 182.00 |
| 12/06/21 | ALC | 201 | Consider question from E. Barak regarding potential initiation of PREPA rate modification case by a creditor. | .10 | 230.00 | 23.00 |
| 12/06/21 | ALC | 201 | Draft response to question from E. Barak regarding potential initiation of PREPA rate modification case by a creditor. | .30 | 230.00 | 69.00 |
| 12/06/21 | GMR | 206 | Review the Certificate of No Objection Regarding 10th Motion for entry of order pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure enlarging the time to file notices of removal pursuant to Bankruptcy Rule 9027, in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 12/06/21 | GMR | 206 | File the Certificate of No Objection Regarding 10th Motion for entry of order pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure enlarging the time to file notices of removal pursuant to Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 12/06/21 | VSN | 219 | Docket court notice received by email dated December 6, 2021, order Dkt. 2662, the deadline to file a response and reply. -  C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 12/07/21 | RML | 213 | Tel. conf. with J. Candelaria to discuss pending PREPA pension matters. (0.3). Review EY inquiries on PREPA ERS. (0.3). Review issues on PREPA ERS and mobility employees transfer. (0.3) | .90 | 355.00 | 319.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783                                                              December 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/21 | HDB | 213 | Review E&Y (Sheva Levy) summary of PREPA Pension Plan issues. | .30 | 325.00 | 97.50 |
| 12/07/21 | HDB | 213 | Review summary of provisions of PREPA CBA that require revision on account of burdensome effect. | .40 | 325.00 | 130.00 |
| 12/07/21 | CEG | 213 | Exchange emails with S. Levy,  M. Lopez and P. Possinger regarding PREPA ERS and related legal implication on options to deal with underfunding. | .60 | 260.00 | 156.00 |
| 12/07/21 | JAC | 213 | Revise email by EY shared by C. George regarding PREPA pension plan. | .30 | 190.00 | 57.00 |
| 12/07/21 | JAC | 213 | Conf.with R. M. Lazaro to discuss pending PREPA pension plan matters. | .30 | 190.00 | 57.00 |
| 12/07/21 | JAC | 213 | Draft email to C. George regarding questions on PREPA pension plan. | .30 | 190.00 | 57.00 |
| 12/07/21 | VSN | 224 | As requested by U. Fernandez, prepare exhibits for the O&B fifty-first monthly fee application in the PREPA Title III case for attorney review. | .20 | 160.00 | 32.00 |
| 12/08/21 | RML | 213 | Tel. conf. with J. Candelaria and C. George regarding inquiry on eligibility of employees with less than 10 years of service to continue participating in PREPA ERS. (0.7). Review regulation and amendments to PREPA ERS in connection with employees with less that 10 years of service. (0.3) Review presentation of pension reform consideration. (0.4). Draft email to F. Bruno regarding presentation pension reform considerations. (0.2) | 1.60 | 355.00 | 568.00 |
| 12/08/21 | HDB | 210 | Review issues regarding statutory timeline for Rate Cases before PREB in connection with the BIT analysis. | .30 | 325.00 | 97.50 |
| 12/08/21 | CEG | 213 | Consider legal implication  related scenarios to deal with  PREPA ERS underfunding (0.6) Tel. conf. with J. Candelaria and R. Lazaro regarding options for PREPA ERS and related implication under PR law (0.7). | 1.30 | 260.00 | 338.00 |
| 12/08/21 | ALC | 210 | Edit Act 57 analysis regarding timing for rate modification in preparation for Tel. conf. with Proskauer and McKinsey to discuss BIT analysis. | .60 | 230.00 | 138.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783																				December 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/21 | ALC | 210 | Draft email to H. Bauer with response to questions regarding timing for rate modification in preparation for Tel. conf. with Proskauer and McKinsey to discuss BIT analysis. | .30 | 230.00 | 69.00 |
| 12/08/21 | ALC | 210 | Overview of background documents to prepare for tel. conf. with Proskauer and McKinsey to discuss BIT analysis in connection with PREPA rates outside Title III. | .40 | 230.00 | 92.00 |
| 12/08/21 | ALC | 210 | Tel. conf. with Proskauer and McKinsey to discuss BIT analysis in connection with PREPA rates outside Title III. | 1.00 | 230.00 | 230.00 |
| 12/08/21 | ALC | 210 | Discuss with J. Gonzalez potential police power actions in the event of rate modification and rate modification process for purposes of analysis requested by McKinsey regarding the same in connection with BIT analysis of PREPA rates outside Title III. | .30 | 230.00 | 69.00 |
| 12/08/21 | ALC | 210 | Analyze of rate case and rate reconciliation case before PREB to identify timeline by PREB in issuing rate orders and subsequent reconciliation orders to address questions from McKinsey regarding the same. | .40 | 230.00 | 92.00 |
| 12/08/21 | JAC | 213 | Analyze pension benefits for PREPA employees in order to revise PREPA-ERS pension presentation in response to inquiry by FOMB staff (1.2), and conf. call with R. M. Lazaro and C. George regarding PREPA-ERS pension benefits (0.7). | 1.90 | 190.00 | 361.00 |
| 12/08/21 | JEG | 210 | Discuss with A. Collazo request to prepare summaries on the PREPA rate review process before the PREB pursuant to the provisions of Act 57-2014. | .30 | 200.00 | 60.00 |
| 12/09/21 | ALC | 210 | Analyze of potential Police Power actions upon unreasonable increase in electric power rates in connection with BIT analysis. | .80 | 230.00 | 184.00 |
| 12/10/21 | JRC | 210 | Review and analyze draft presentation sent by E. Barak to be made to FOMB regarding authorization to increase HTA and PREPA rates (.60). | .60 | 355.00 | 213.00 |
| 12/10/21 | HDB | 210 | Revise draft 1129(a)(6) presentation for PREPA. | .70 | 325.00 | 227.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783                                                                                                 December 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/10/21 | ALC | 210 | Review draft presentation prepared by Proskauer regarding compliance with Section 1129 (a) ( 6) of the Bankruptcy Code incorporated into PROMESA Sec. 301 for purposes of compliance with Puerto Rico law matters regarding PREPA and PREPA rates related issues. | 1.10 | 230.00 | 253.00 |
| 12/10/21 | ALC | 210 | Analyze of issues raised by Proskauer presentation regarding compliance with Section 1129 (a) ( 6) of the Bankruptcy Code incorporated into PROMESA Sec. 301 for purposes of compliance with Puerto Rico law matters impacting PREPA and PREPA rates related issues. | .70 | 230.00 | 161.00 |
| 12/10/21 | ALC | 210 | Draft comments to Proskauer regarding compliance with Section 1129 (a) ( 6) of the Bankruptcy Code incorporated into PROMESA Sec. 301 for purposes of compliance with Puerto Rico law matters. | .90 | 230.00 | 207.00 |
| 12/12/21 | JRC | 210 | Draft email to J. Pietrantoni and J. Gonzalez with analysis of HTA description of procedure to raise fees and questions regarding PREPA procedure to raise fees (.20). Review emails from J. Pietrantoni and J. Gonzalez regarding same (.30) especially doubts regarding procedure applicable to PREPA. | .50 | 355.00 | 177.50 |
| 12/12/21 | JP | 210 | Review Proskauer PowerPoint presentation to N. Jaresko relating to mechanism for raising PREPA rates. | .80 | 360.00 | 288.00 |
| 12/12/21 | ALC | 210 | Email exchange with J. Pietrantoni, H. D. Bauer and J. Gonzalez with additional analysis regarding raising of PREPA rates for purposes of BIT analysis on plan of adjustments. | .50 | 230.00 | 115.00 |
| 12/12/21 | JEG | 202 | At the request of J. Cacho, review PowerPoint presentation regarding HTA regarding compliance with section 1129(a)(6) of the Bankruptcy Code incorporated into PROMESA section 301 and the ability of the Oversight Board to mandate rates increase via the HTA and PREPA plan of adjustment. (1.2). Review statutes setting forth the requirements to raise rates at PREPA and HTA. (0.9). Draft email to J. Cacho, J. Pietrantoni, H. Bauer, A. Collazo, and J. Notario with analysis on the accuracy of the arguments stated in the presentation. (2.5). | 4.60 | 200.00 | 920.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783                                                                December 31, 2021

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/21 | JEG | 202 | Analyze J. Pietrantoni's questions concerning the process to modify PREPA's rates established in Act 57-2014. (0.1). Draft response to same. (0.4) | .50 | 200.00 | 100.00 |
| 12/13/21 | JRC | 210 | Analyze comments from A. Collazo regarding statutory requirements for PREPA rate increases (.50). Analyze and provide comments to J. Pietrantoni's draft response to Proskauer on questions regarding PREPA rate increases (.40). Review comments from H. Bauer, J. Gonzalez and final version of response to Proskauer (.40). | 1.30 | 355.00 | 461.50 |
| 12/13/21 | JP | 210 | Draft email to Proskauer relating to mechanism for raising PREPA rates (0.9); email exchanges A. Collazo and J. Gonzalez regarding legal analysis applicable to such rate increases (0.7). | 1.60 | 360.00 | 576.00 |
| 12/13/21 | HDB | 210 | Further analysis for Rate Setting Presentation. (.4) Review J. Gonzalez's comments and suggested edits regarding same. (.2)  Review A. Collazo's analysis of PREB rate setting authority. (.3) Draft e-mail to J. Pietrantoni regarding RSA. (.1) | 1.00 | 325.00 | 325.00 |
| 12/13/21 | ALC | 210 | Edit comment to presentation prepared by Proskauer regarding raising of PREPA rates for purposes of BIT analysis on plan of adjustments. | .60 | 230.00 | 138.00 |
| 12/13/21 | ALC | 210 | Revise comments and edits from J. Gonzalez to J. Pietrantoni's draft of response to E. Barak requesting collective input on local law on raising HTA tolls and PREPA rates for purposes of BIT analysis on plan of adjustments. | .60 | 230.00 | 138.00 |
| 12/13/21 | ALC | 210 | Draft recommended edits to J. Pietrantoni's draft of response to E. Barak requesting collective input on local law on raising HTA tolls and PREPA rates for purposes of BIT analysis on plan of adjustments. | .60 | 230.00 | 138.00 |
| 12/13/21 | ALC | 210 | Review Act 57 to verify whether PREB's rate review obligations include a specific component on pension payment as part of response to E. Barak requesting collective input on local law on raising HTA tolls and PREPA rates for purposes of BIT analysis on plan of adjustments. | .40 | 230.00 | 92.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783                                                                December 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/13/21 | ALC | 210 | Draft response to question by J. Pietrantoni regarding whether the BIT analysis on PREPA rates prepared by Proskauer would change if the issuer would be PREPA's revitalization corporation under Act 4. | .40 | 230.00 | 92.00 |
| 12/13/21 | ALC | 210 | Revise final version of proposed response to E. Barak requesting collective input on local law on raising HTA tolls and PREPA rates for purposes of BIT analysis on plan of adjustments. | .30 | 230.00 | 69.00 |
| 12/13/21 | ALC | 210 | Commence review of J. Gonzalez's summary regarding rate modification procedure to provide advise to Proskauer in connection with PREPA's plan of adjustment analysis. | .30 | 230.00 | 69.00 |
| 12/13/21 | GMR | 206 | File the Fourth Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority ("PREPA") for the Period from June 1, 2020 through September 30, 2020, through the court's electronic filing system in Case No. 17-4780. | .20 | 195.00 | 39.00 |
| 12/13/21 | JEG | 202 | Draft comments to J. Pietrantoni's proposed response to E. Barak pertaining the presentation on the process to increase HTA's and PREPA's rates. (0.4). Draft response to J. Pietrantoni's questions related to Act 4-2016 and whether PREB has authority to approve bonds issued by the PREPA Revitalization Corporation. (0.4) | .80 | 200.00 | 160.00 |
| 12/13/21 | JEG | 202 | Review Final Resolution issued by the PREB in PREPA's first rate review process pursuant to Act 57-2014, and the provisions of said statute governing such process. (1.2). At the request of A, Collazo, draft a summary of PREPA's first rate review process. (1.8). Draft summary of the rate modification process after the first rate case as well as policy power actions that the Government could take to stop or minimize the impact of an increase in PREPA's rates to pay for debt service. (1.5) | 4.50 | 200.00 | 900.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783                                                December 31, 2021

| 12/14/21 | HDB | 206 | Review the Fourth Interim Fee Application of Berkeley Research Group, LLC for Payment of Compensation and Reimbursement of Expenses for Consulting Services to the Financial Oversight and Management Board of Puerto Rico, as Representative of Debtor, Puerto Rico Electric Power Authority. | .20 | 325.00 | 65.00 |
|---|---|---|---|---|---|---|
| 12/14/21 | HDB | 222 | Review spreadsheet of proposed claim objections to be filed on behalf of the Debtor. | .40 | 325.00 | 130.00 |
| 12/15/21 | JRC | 215 | Review updated BIT analysis sent by P. Smulders of McKinsey. | 1.30 | 355.00 | 461.50 |
| 12/15/21 | JP | 210 | Review email by A. Collazo relating to actions that PR government could take to prevent PREPA toll increases. | .40 | 360.00 | 144.00 |
| 12/15/21 | HDB | 215 | Revise PREPA BIT Analysis slide deck prepared by McKinsey (.8) | .80 | 325.00 | 260.00 |
| 12/15/21 | HDB | 210 | Review analysis of theoretical legislative/Police Power options to control PREPA rates in the context of the BIT analysis. | .30 | 325.00 | 97.50 |
| 12/15/21 | CEG | 213 | Consider new financing option for PREPA ERS under funding. | .30 | 260.00 | 78.00 |
| 12/15/21 | ALC | 210 | Review PREPA BIT presentation and analysis prepared by McKinsey in preparation for discussion regarding the same. | .70 | 230.00 | 161.00 |
| 12/15/21 | ALC | 210 | Revise summary of potential Police Power actions that the Commonwealth could take upon unreasonable PREPA rates increase as part of the Best Interest Analysis discussed with McKinsey. | 1.00 | 230.00 | 230.00 |
| 12/15/21 | ALC | 210 | Tel. conf. with McKinsey and Proskauer to discuss PREPA rate issues in connection with BIT analysis and assumptions regarding the same. | 1.00 | 230.00 | 230.00 |
| 12/15/21 | ALC | 210 | Review background documents to prepare for Tel. conf. with McKinsey and Proskauer to discuss PREPA rate issues in connection with BIT analysis and assumptions regarding the same. | .30 | 230.00 | 69.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783

December 31, 2021

| 12/15/21 | ALC | 210 | Draft email to H. D. Bauer and J. Pietrantoni regarding potential Police Power actions that the Commonwealth could take upon unreasonable PREPA rates increase as part of the Best Interest Analysis discussion with McKinsey. | .20 | 230.00 | 46.00 |
|---|---|---|---|---|---|---|
| 12/15/21 | ALC | 210 | Review the revised Best Interest assumptions including legal questions sent by McKinsey. | .30 | 230.00 | 69.00 |
| 12/15/21 | JAC | 213 | Conf. call with FOMB staff, advisors, and Proskauer Rose LLP to discuss PREPA ERS and PREPA RSA strategies. | .50 | 190.00 | 95.00 |
| 12/15/21 | JEG | 202 | At the request of A. Collazo, revise summary of the process to modify PREPA's rate after the first rate to include information regarding terms to file motions for reconsideration and request judicial review. | 1.40 | 200.00 | 280.00 |
| 12/15/21 | VSN | 219 | Docket court notice received by email dated December 15, 2021, order Dkt. 2669, the deadline for PREPA to file notices. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 12/16/21 | HDB | 210 | Edit analysis by J. Candelaria regarding application of Act 66 and Act 3 to PREPA Judgments. | .10 | 325.00 | 32.50 |
| 12/16/21 | ALC | 210 | Review input of J. Pietrantoni and H. D. Bauer on summary of potential Police Power actions that the Commonwealth could take upon unreasonable PREPA rates increase as part of the Best Interest Analysis discussed with McKinsey. | .10 | 230.00 | 23.00 |
| 12/16/21 | ALC | 210 | Draft email to J. Candelaria and H. D. Bauer regarding Best Interest assumptions including legal questions sent by McKinsey in connection with Act 66 and status of certain claims if become judgments. | .10 | 230.00 | 23.00 |
| 12/16/21 | ALC | 210 | Consider additional information provided by J. Candelaria in response to  legal questions sent by McKinsey in connection with Act 66 and status of certain claims if become judgments. | .40 | 230.00 | 92.00 |
| 12/16/21 | ALC | 210 | Draft email to E. Barak with response to legal questions sent by McKinsey in connection with Act 66 and status of certain claims if become judgments. | .30 | 230.00 | 69.00 |
| 12/16/21 | JAC | 202 | Draft email regarding Act 66 2014 applicability for A. L. Collazo's review. | .60 | 190.00 | 114.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407783                                                                    December 31, 2021

| 12/17/21 | HDB | 215 | Review analysis by A. Collazo regarding procedures for rate modification cases before PREB. | .20 | 325.00 | 65.00 |
| 12/17/21 | HDB | 222 | Review Four Hundred Thirteenth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims that are Partially Satisfied and Partially Assert Amounts for Which PREPA is not Liable. | .20 | 325.00 | 65.00 |
| 12/28/21 | RML | 213 | Review issue applicability of Ports VTP to PREPA ERS employees. (0.4) Tel. conf. with C. George regarding applicability of Ports VTP to PREPA ERS employees. (0.3) | .70 | 355.00 | 248.50 |
| 12/30/21 | HDB | 222 | Review letter by C. Hernandez regarding ADR process regarding Isla del Rio, Inc and others. | .30 | 325.00 | 97.50 |

TOTAL PROFESSIONAL SERVICES                     $ 15,059.50

Less Discount                                   $ -1,505.95

NET PROFESSIONAL SERVICES:                      $ 13,553.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JOSE R. CACHO | 3.70 | 355.00 | 1,313.50 |
| ROSA M. LAZARO | 3.20 | 355.00 | 1,136.00 |
| JULIO PIETRANTONI | 2.80 | 360.00 | 1,008.00 |
| HERMANN BAUER | 7.60 | 325.00 | 2,470.00 |
| CARLOS E. GEORGE | 7.50 | 260.00 | 1,950.00 |
| ANTONIO L. COLLAZO | 16.00 | 230.00 | 3,680.00 |
| JORGE A. CANDELARIA | 3.90 | 190.00 | 741.00 |
| GABRIEL MIRANDA RIVERA | .60 | 195.00 | 117.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 12.90 | 200.00 | 2,580.00 |
| VANESSA SANCHEZ | .40 | 160.00 | 64.00 |
| **Total** | **58.60** | | **$ 15,059.50** |

**TOTAL THIS INVOICE**                          **$ 13,553.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

December 31, 2021
FOMB IN RE PREPA TITLE III                                    Bill #:   407785
                                                   Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2021:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

|  |  |
|---|---|
| Total Professional Services | $ 910.00 |
|  | $ -91.00 |
|  |  |
| Net Professional Services | $ 819.00 |
| Total Reimbursable Expenses | $ .00 |
|  |  |
| **TOTAL THIS INVOICE** | **$ 819.00** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:   17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/06/21 | HDB | 209 | Review OMM and the DOJ's edits to the draft Reply Brief in Support of Motion for Summary Judgment FRON adv. 17-00229-LTS. (.4)  Review edits to Reply Statement of Undisputed Material Facts in Support of Summary Judgment Pursuant to Bankruptcy Rule 7056 in response to Plaintiff's Objections to Defendants' Statements of Undisputed Material Facts in Support of Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056. (.2) | .60 | 325.00 | 195.00 |
| 12/07/21 | HDB | 209 | Revise and sign-off to file final Reply Brief in Support of Summary Judgment of Adv. 17-00229-LTS (.3), final reply to plaintiff's opposition to statement of undisputed material facts (.3) and final J. Richman Declaration. (.1) | .70 | 325.00 | 227.50 |
| 12/08/21 | HDB | 209 | Analyze Reply to Defendants Memorandum of Law in Opposition to Plaintiffs Four Motions In Limine to Exclude Expert Testimony in Adv. 17-00229-LTS. | .70 | 325.00 | 227.50 |
| 12/09/21 | HDB | 209 | Analyze Reply to Defendants Memorandum of Law in Opposition to Plaintiffs Amended Motion for Summary Judgment in Adv. 17-00229-LTS. | .80 | 325.00 | 260.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 910.00 |
| | | $ -91.00 |
| NET PROFESSIONAL SERVICES: | | $ 819.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407785

December 31, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 2.80 | 325.00 | 910.00 |
| **Total** | **2.80** | | **$ 910.00** |

**TOTAL THIS INVOICE**                                          **$ 819.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

December 31, 2021
Bill #:   407786
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending December 31, 2021:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 386.50 |
| Less Discount | $ -38.65 |
| Net Professional Services | $ 347.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 347.85** |

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/01/21 | HDB | 209 | Exchange e-mails with L. Stafford regarding status report for Adv. 17-00256. (.2) Revise draft motion to extend time to file status report. (.2) | .40 | 325.00 | 130.00 |
| 12/01/21 | GMR | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 12/01/21 | GMR | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 12/02/21 | VSN | 219 | Docket court notice received by email dated December 2, 2021, order Dkt. 102, the deadline to file a joint status report. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |
| 12/22/21 | HDB | 209 | Revise draft Motion for Extension of Deadlines adv. 17-00256. (.2) Revise draft Stipulation for Dismissal for adv. 17-00256. (.3) | .50 | 325.00 | 162.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 386.50 |
| Less Discount | | $ -38.65 |
| NET PROFESSIONAL SERVICES: | | $ 347.85 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .90 | 325.00 | 292.50 |
| GABRIEL MIRANDA RIVERA | .40 | 195.00 | 78.00 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407786                                                                              December 31, 2021

| **Total** | **1.40** | **$ 386.50** |

**TOTAL THIS INVOICE**                                                    **$ 347.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PREPA TITLE III

December 31, 2021
Bill #:   407787
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2021:

**Client.Matter: P1705 - 818**

**RE:  19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 351.00 |
| | $ -35.10 |
| Net Professional Services | $ 315.90 |
| Total Reimbursable Expenses | $ 520.60 |
| **TOTAL THIS INVOICE** | **$ 836.50** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/02/21 | HDB | 209 | Review Notice of Appeal related to judgment in adv. 19-00453-LTS. | .20 | 325.00 | 65.00 |
| 12/02/21 | GMR | 206 | Review the notice of appeal and exhibit 19-00453- LTS thereto in anticipation to its filing. | .40 | 195.00 | 78.00 |
| 12/02/21 | GMR | 206 | File the notice of appeal related to judgment in adv. 19-00453- LTS and exhibit thereto, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 12/02/21 | GMR | 206 | Coordinate for payment of fees of the notice of appeal in adv. 19-00453- LTS. | .20 | 195.00 | 39.00 |
| 12/22/21 | HDB | 209 | Review issues regarding filing docketing statement in appeal of for adv. 17-00256 judgment (0.2). Review message from First Circuit regarding same. (0.1) Revise Notice of Appearance. (0.1) | .40 | 325.00 | 130.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 351.00 |
| | | $ -35.10 |
| NET PROFESSIONAL SERVICES: | | $ 315.90 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .60 | 325.00 | 195.00 |
| GABRIEL MIRANDA RIVERA | .80 | 195.00 | 156.00 |
| **Total** | **1.40** | | **$ 351.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407787                                                December 31, 2021

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 12/03/21 | DUPLICATING -  AS OF 12/03/21 (1 Copies @ $.10) | .10 |
| 12/03/21 | DUPLICATING -  AS OF 12/03/21 (2 Copies @ $.10) | .20 |
| 12/03/21 | DUPLICATING -  AS OF 12/03/21 (1 Copies @ $.10) | .10 |
| 12/03/21 | DUPLICATING -  AS OF 12/03/21 (2 Copies @ $.10) | .20 |
| 12/03/21 | CLERK'S OFFICE - US DISTRICT COURTS, FILING FEE NOTICE OF APPEAL-HDB | 505.00 |
| 12/03/21 | MESSENGER DELIVERY - 12/03/21 | 15.00 |

TOTAL REIMBURSABLE EXPENSES            $ 520.60

**TOTAL THIS INVOICE**                     **$ 836.50**

## O'NEILL & BORGES

| SOLICITUD DE SERVICIO DE MENSAJERIA | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #   T-55752 | | Solicitado por:  MIRANDA RIVERA, GABRIEL | | | | | | | Fecha:   12/03/2021 | | |
| Número de Teléfono:   .... | | | | | Núm. de Cliente:   p1705-818 | | | | | | |
| Tipo de Servicio Solicitado: | | Ida | ✓ | Ida y Vuelta | | Otro | | Recogido | Nombre Del Cliente: FOMB IN RE PREPA TITLE III | | |
| Por :Rebeca Rodríguez Santiago | | | | | | | | | | | |
| Dirigido a:CORTE FDERAL | | | | | | Número de Teléfono: .... | | | | | |
| AVE. CHARDÓN, HATO REY | | | | | | | | | | | |
| Recibido por: | | | | | Fecha: | | | | Hora: | | |
| | Sobre | | Paquete | ✓ | Documentos Legales | ✓ | Cheques | | Cajas | | Otros |
| **INSTRUCCIONES ESPECIALES:** LLEVAR CHEQUE CON COPIA DE MOCION A LA CORTE FEDERAL Y TRAER RECIBO  A LA MAYOR BREVEDAD POSIBLE, PARA PODER RADICAR DOCUMENTO | | | | | | | | | | | |
| PARA USO OFICIAL DEL SUPERVISOR DE MENSAJERIA EXTERNA | | | | | | | | | | | |
| Brother | | Núm. Teléfono: | | | | Cargo: $0.00   * | | | | | |

## O'NEILL & BORGES

| SOLICITUD DE SERVICIO DE MENSAJERIA | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| #   T-55752 | | Solicitado por:  MIRANDA RIVERA, GABRIEL | | | | | | | Fecha:   12/03/2021 | | |
| Número de Teléfono:   .... | | | | | Núm. de Cliente:   p1705-818 | | | | | | |
| Tipo de Servicio Solicitado: | | Ida | ✓ | Ida y Vuelta | | Otro | | Recogido | Nombre Del Cliente: FOMB IN RE PREPA TITLE III | | |
| Por :Rebeca Rodríguez Santiago | | | | | | | | | | | |
| Dirigido a:CORTE FDERAL | | | | | | Número de Teléfono: .... | | | | | |
| AVE. CHARDÓN, HATO REY | | | | | | | | | | | |
| Recibido por: | | | | | Fecha: | | | | Hora: | | |
| | Sobre | | Paquete | ✓ | Documentos Legales | ✓ | Cheques | | Cajas | | Otros |
| **INSTRUCCIONES ESPECIALES:** LLEVAR CHEQUE CON COPIA DE MOCION A LA CORTE FEDERAL Y TRAER RECIBO  A LA MAYOR BREVEDAD POSIBLE, PARA PODER RADICAR DOCUMENTO | | | | | | | | | | | |
| PARA USO OFICIAL DEL SUPERVISOR DE MENSAJERIA EXTERNA | | | | | | | | | | | |
| Brother | | Núm. Teléfono: | | | | Cargo: $0.00   * | | | | | |

**equitrac**

## Consolidated Account Detail

### Client='P1705' and   Matter='00818'   and (From: '2021-12-1'   To: '2021-12-31')

| Starting Date: | **12/3/2021** | Ending Date: | **12/3/2021** | Number of Days: | **1** |

| Date | Time | User | Type | Count | Amount |
|------|------|------|------|-------|--------|

**Location: oab:O'neill and Borges**

Client: p1705:FOMB IN RE PREPA TITLE III

Matter: 00818:19-00453- LTS VITOL INC V PREPA

| Date | Time | User | Type | Count | Amount |
|------|------|------|------|-------|--------|
| 12/3/2021 | 1:33:43PM | RODRIGUEZ, REBECA | Duplicating | 1 | $0.10 |
| 12/3/2021 | 1:33:59PM | RODRIGUEZ, REBECA | Duplicating | 1 | $0.10 |
| 12/3/2021 | 1:34:19PM | RODRIGUEZ, REBECA | Duplicating | 2 | $0.20 |
| 12/3/2021 | 1:34:38PM | RODRIGUEZ, REBECA | Duplicating | 2 | $0.20 |

|  | **Totals for   Matter: 00818** | | | | **$0.60** |

|  | **Totals for   Client: p1705** | | | | **$0.60** |

| **Totals for   Location: oab** | | | | | **$0.60** |

Generated   **Wednesday, February 9, 2022
at       8:27:29AM**

**Consolidated Account Detail**

**Client='P1705' and   Matter='00818'   and (From: '2021-12-1'   To: '2021-12-31')**

| Starting Date: | **12/3/2021** | Ending Date: | **12/3/2021** | Number of Days: | **1** |

| Date | Time | User | Type | Count | Amount |
|------|------|------|------|-------|--------|
| | | | **Report Totals:** | | **$0.60** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

December 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2021
Bill #: 407788
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2021:

**Client.Matter: P1705 - 820**

**RE: 21-00041-LTS UTIER RE LUMA**

| | |
|---|---:|
| Total Professional Services | $ 32.50 |
| | $ -3.25 |
| Net Professional Services | $ 29.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 29.25** |

Electronic Invoice

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 820**
**RE: 21-00041-LTS UTIER RE LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/30/21 | HDB | 209 | Review Order denying Protective Motion of Cortland Capital Market Services LLC, as Administrative Agent, to be Heard as Amicus Curiae in Connection with Motion to Dismiss Second Amended Complaint. | .10 | 325.00 | 32.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 32.50 |
| | | $ -3.25 |
| NET PROFESSIONAL SERVICES: | | $ 29.25 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .10 | 325.00 | 32.50 |
| **Total** | **.10** | | **$ 32.50** |

**TOTAL THIS INVOICE** $ 29.25

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------------x

## COVER SHEET TO FIFTY-FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF JANUARY 1, 2022 THROUGH JANUARY 31, 2022

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant:                        O'Neill & Borges LLC ("O&B")

Authorized to provide professional services        Financial Oversight and Management
to:                                       Board, as Representative for the Debtor
                                          Pursuant to PROMESA Section 315(b)

Time period covered by this application:    January 1, 2022 through January 31, 2022

Amount of compensation sought as actual,    $8,717.85
reasonable and necessary:

Amount of expense reimbursement sought      $0.00
as actual, reasonable and necessary:

Total amount for this invoice:              $8,717.85

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-seventh monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for January 2022.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 23, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  January 1 through January 31, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | 360.00 | 0.90 | 324.00 |
| Hermann D. Bauer | Member | Litigation | 330.00 | 7.70 | 2,541.00 |
| Carla Garcia Benitez | Member | Litigation | 345.00 | 1.10 | 379.50 |
| Carlos E. George | Member | Labor | 265.00 | 8.50 | 2,252.50 |
| Rosa M. Lazaro | Member | Corporate | 360.00 | 3.70 | 1,332.00 |
| Antonio L. Collazo | Jr. Member | Corporate | 235.00 | 1.10 | 258.50 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 210.00 | 7.70 | 1,617.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 1.60 | 328.00 |
| Owen Rivera Colon | Associate | Corporate | 185.00 | 3.10 | 573.50 |
| Laura Jimenez Davis | Paralegal | Litigation | 145.00 | 0.10 | 14.50 |
| Vanessa Sanchez | Paralegal | Litigation | 165.00 | 0.40 | 66.00 |
| | | | | | |
| | **Totals** | | | **35.90** | **9,686.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (968.65) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 8,717.85 |

**PREPA TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2022**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | $ - |

**PREPA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2022**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 7.70 | 1,617.00 |
| 206 | Documents Filed on Behalf of the Board | 2.40 | 592.00 |
| 207 | Non-Board Court Filings | 0.20 | 66.00 |
| 209 | Adversary Proceeding | 5.50 | 1,721.00 |
| 210 | Analysis and Strategy | 3.30 | 1,051.00 |
| 213 | Labor, Pension Matters | 10.70 | 3,200.00 |
| 214 | Legal/Regulatory Matters | 0.70 | 164.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 1.20 | 423.00 |
| 219 | Docketing | 0.50 | 80.50 |
| 220 | Translations | 3.10 | 573.50 |
| 221 | Discorver/2004 Examinations | 0.40 | 132.00 |
| 222 | Claims and Claims Objections | 0.20 | 66.00 |
|  |  |  |  |
|  |  |  | $    9,686.50 |
|  |  |  |  |
|  | **Less: 10% Courtesy discount** |  | $     (968.65) |
|  |  |  |  |
|  | **TOTALS** | **35.90** | **$    8,717.85** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $7,846.07 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $7,846.07.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2022

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2022
FOMB IN RE PREPA TITLE III
Bill #: 409328
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2022:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 5,256.00 |
| Less Discount | $ -525.60 |
| Net Professional Services | $ 4,730.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,730.40** |

Electronic Invoice

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:   GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/06/22 | HDB | 222 | Revise and file the Urgent Consensual Motion for Fifteenth Extension Of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC For Allowance Of Administrative Expense Claim. | .20 | 330.00 | 66.00 |
| 1/07/22 | HDB | 210 | Review the translation of draft PREPA RSA implementation legislation. | .30 | 330.00 | 99.00 |
| 1/07/22 | ALC | 214 | Review the Spanish version of proposed Title III PREPA legislation. | .60 | 235.00 | 141.00 |
| 1/10/22 | HDB | 210 | Review Section 6.27 of Act 57-2014 concerning rules for suspension of service by Energy Power Service Companies. | .30 | 330.00 | 99.00 |
| 1/10/22 | HDB | 210 | Tel. conf with R. Emmanuelli regarding PREPA ERS issues. (.2) Draft e-mail to A. Figueroa and J. El Koury regarding same. (.1) | .30 | 330.00 | 99.00 |
| 1/12/22 | HDB | 221 | Review draft Rule 2004 Request for Production of Documents against SRAEE. | .40 | 330.00 | 132.00 |
| 1/12/22 | CEG | 213 | Review UEPI, UITICE and Pilots PREPA CBAs (0.9). Exchange emails J Sazant PREPA CBAs analysis (0.3). Review analysis of UTIER/PREPA CBA (0.4). | 1.60 | 265.00 | 424.00 |
| 1/12/22 | LJD | 219 | Docket court notice received by email dated January 10, 2022, regarding order Dkt. 2682, deadline to file responsive papers to Motion (Dkt 2680) - H. Bauer and U. Fernandez. | .10 | 145.00 | 14.50 |
| 1/13/22 | RML | 213 | Review PREPA ERS trustee's notice to plan participants. (0.3) Review document request filing on PREPA ERS. (0.4) Tel. conf. with FOMB PREPA Work group on PREPA ERS . (1.5) | 2.20 | 360.00 | 792.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  409328                                                  January 31, 2022

| Date | Atty | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/13/22 | HDB | 210 | Review Article regarding PREPA ERS. | .30 | 330.00 | 99.00 |
| 1/13/22 | CEG | 213 | Revise request of financial information regarding PREPA ERS (0.4); review deck on options for PREPA ERS (0.3) participate in teams meeting with  A. Figueroa and FOMB staff, S. Levy and EY team, P. Possinger and Proskauer Team, R. Lazaro regarding PREPA ERS and PREPA RSA strategies.(1.5) | 2.20 | 265.00 | 583.00 |
| 1/14/22 | HDB | 215 | Review issues regarding PREPA CBA in connection BIT analysis. | .30 | 330.00 | 99.00 |
| 1/14/22 | CEG | 213 | Review UEPI CBA  and consider proposed amendments. | 1.20 | 265.00 | 318.00 |
| 1/19/22 | HDB | 206 | Revise and sign-off to file Status Report regarding Cobra's Administrative Claims. | .20 | 330.00 | 66.00 |
| 1/19/22 | HDB | 206 | Revise PREPA RSA and COVID-19 Status Report. | .30 | 330.00 | 99.00 |
| 1/19/22 | CEG | 209 | Consider legal strategy regarding PREPA CBA pathway (0.3); Review provisions of UTIER and UEPI CBAs (0.6); consider  termination of UITICE CBA (0.3) revise materials for FOMB briefing (0.5). | 1.70 | 265.00 | 450.50 |
| 1/19/22 | ALC | 210 | Participate in Tel. conf. with Proskauer and McKinsey to discuss status of PREPA BIT analysis and Puerto Rico law issues. | .40 | 235.00 | 94.00 |
| 1/19/22 | GMR | 206 | Correspondence with Proskauer in connection with Status Report of Government Parties Regarding COVID-19 Pandemic and 9019 Motion. | .20 | 205.00 | 41.00 |
| 1/19/22 | GMR | 206 | Review the Status Report of Government Parties Regarding COVID-19 Pandemic and 9019 Motion, in anticipation to its filing in Case No. 17-4780 and 17-3283. | .20 | 205.00 | 41.00 |
| 1/19/22 | GMR | 206 | File the Status Report of Government Parties Regarding COVID-19 Pandemic and 9019 Motion, through the court's electronic filing system in Case No. 17-4780. | .20 | 205.00 | 41.00 |
| 1/20/22 | HDB | 210 | Analyze slide deck regarding PREPA RSA condition and alternatives. | .70 | 330.00 | 231.00 |
| 1/20/22 | HDB | 207 | Review the Official Committee of Unsecured Creditors' Response to Status Report of Government Parties Regarding COVID-19 Pandemic and 9019 Motion. | .20 | 330.00 | 66.00 |

O'Neill & Borges LLC

Bill #:  409328                                                                    January 31, 2022

| 1/20/22 | HDB | 210 | Revise draft Letter to SREAEE requesting documents. (.3)  Review messages from counsel for SREAEE. (.1) | .40 | 330.00 | 132.00 |
|---|---|---|---|---|---|---|
| 1/21/22 | HDB | 210 | Tel. conf P. Possinger and E. Barak regarding LUMA Budget Amendment issues. | .30 | 330.00 | 99.00 |
| 1/24/22 | HDB | 213 | Exchange e-mails with E. Barak regarding letter to R. Emmanuelli regarding SREAEE. (.1)  Exchange e-mails with R. Emmanuelli regarding SREAEE and FOMB's request for productions. (.1) | .20 | 330.00 | 66.00 |
| 1/25/22 | VSN | 219 | Docket court notice received by email dated January 24, 2022, order Dkt. 2693, the deadline to file a reply. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 1/27/22 | HDB | 206 | Revise draft Reply to Committee Response to January Status Report of the Government Parties Regarding COVID-19 Pandemic and 9019. | .30 | 330.00 | 99.00 |
| 1/27/22 | GMR | 206 | Correspondence with M. Wheat in connection to the reply to the response of the Committee regarding the RSA/COVID status report. | .20 | 205.00 | 41.00 |
| 1/27/22 | GMR | 206 | Review the Reply to Committee Response to January Status Report of the Government Parties Regarding COVID-19 Pandemic and 9019 Motion, in anticipation to its filing. | .20 | 205.00 | 41.00 |
| 1/27/22 | GMR | 206 | File the Reply to Committee Response to January Status Report of the Government Parties Regarding COVID-19 Pandemic and 9019 Motion, through the court's electronic filing system in Case No. 17-4780. | .20 | 205.00 | 41.00 |
| 1/27/22 | VSN | 219 | Docket court notice received by email dated January 26, 2022, order Dkt. 2694, the deadline to file a status report. - C. Garcia, H. D. Bauer, and U. Fernandez. | .30 | 165.00 | 49.50 |
| 1/28/22 | CEG | 213 | Review UEPII CBA and consider proposed amendments. (0.6) Tel. conf. with E. Barak and Proskauer Team , R. Tague and EY Team, and A. Figueroa and FOMB staff regarding PREPA ERS and PREPA RSA strategies.(1.2) | 1.80 | 265.00 | 477.00 |
| 1/31/22 | HDB | 210 | Tel. conf with F. Agrait regarding anticipated stay relief motion regarding PREPA's purchase of RECs. (.2)  Draft e-mail to P.Possinger and L. Stafford regarding same. (.1) | .30 | 330.00 | 99.00 |

TOTAL PROFESSIONAL SERVICES                        $ 5,256.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  409328

January 31, 2022

Less Discount                                                   $ -525.60

NET PROFESSIONAL SERVICES:                        $ 4,730.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | 2.20 | 360.00 | 792.00 |
| HERMANN BAUER | 5.00 | 330.00 | 1,650.00 |
| CARLOS E. GEORGE | 8.50 | 265.00 | 2,252.50 |
| ANTONIO L. COLLAZO | 1.00 | 235.00 | 235.00 |
| GABRIEL MIRANDA RIVERA | 1.20 | 205.00 | 246.00 |
| LAURA JIMENEZ DAVIS | .10 | 145.00 | 14.50 |
| VANESSA SANCHEZ | .40 | 165.00 | 66.00 |
| **Total** | **18.40** | | **$ 5,256.00** |

**TOTAL THIS INVOICE**                              **$ 4,730.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2022

FOMB IN RE PREPA TITLE III

**RE:  FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

261 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

January 31, 2022
Bill #: 409329
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2022:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

|  |  |
|---|---|
| Total Professional Services | $ 2,175.00 |
| Less Discount | $ -217.50 |
| Net Professional Services | $ 1,957.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,957.50** |

IN ACCOUNT WITH

252 Ponce de León, Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/04/22 | JP | 215 | Email exchange with P. Possinger regarding proposed legislation in support of plan of adjustment. | .30 | 360.00 | 108.00 |
| 1/05/22 | OAR | 220 | Translate text to be incorporated to Puerto Rico Electric Power Authority Plan of Adjustment Implementation Act. | .30 | 185.00 | 55.50 |
| 1/05/22 | OAR | 220 | Translate proposed amendments to text of Spanish version of the Puerto Rico Electric Power Authority Plan of Adjustment Implementation Act. | 2.20 | 185.00 | 407.00 |
| 1/05/22 | OAR | 220 | Review of amendments to English Version of the Puerto Rico Electric Power Authority Plan of Adjustment Implementation Act. | .30 | 185.00 | 55.50 |
| 1/07/22 | JP | 215 | Email exchange with P. Possinger regarding translation of proposed legislation in support of plan of adjustment. | .30 | 360.00 | 108.00 |
| 1/07/22 | ALC | 214 | Email exchange with J. Gonzalez and J. Pietrantoni with comments on Spanish version of proposed Title III PREPA legislation. | .10 | 235.00 | 23.50 |
| 1/07/22 | JEG | 202 | At the request of R. Lazaro, review modifications to the Spanish version of the PREPA RSA draft legislation performed by O. Rivera. (1.3). Modify the order of definitions in the Spanish version to match the order in the English version. (2.0). Exchange emails with A. Collazo and J. Pietrantoni regarding Spanish version of the PREPA RSA draft legislation. (0.1) | 3.40 | 210.00 | 714.00 |
| 1/07/22 | OAR | 220 | Draft email to J. Gonzalez, R. M. Lazaro, A. L. Collazo, H. Bauer and J. Pietrantoni regarding translation of the Puerto Rico Electric Power Authority Plan of Adjustment Implementation Act. | .10 | 185.00 | 18.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  409329                                                         January 31, 2022

| 1/07/22 | OAR | 220 | Review of legislative language for translation of the Puerto Rico Electric Power Authority Plan of Adjustment Implementation Act. | .20 | 185.00 | 37.00 |
| 1/08/22 | JP | 215 | Email exchange with J. Sazant regarding request for laws relating to termination of service. | .30 | 360.00 | 108.00 |
| 1/19/22 | RML | 213 | Review information provided in connection with pension reform. | .60 | 360.00 | 216.00 |
| 1/20/22 | RML | 213 | Review letter request of information. (0.4) Draft email to Team regarding counsel request for information. (0.2) | .60 | 360.00 | 216.00 |
| 1/27/22 | RML | 213 | Draft response to A. Figueroa inquiry on transfer of employee accounts under PREPA ERS. | .30 | 360.00 | 108.00 |

TOTAL PROFESSIONAL SERVICES                          $ 2,175.00

Less Discount                                                    $ -217.50

NET PROFESSIONAL SERVICES:                          $ 1,957.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 1.50 | 360.00 | 540.00 |
| JULIO PIETRANTONI | .90 | 360.00 | 324.00 |
| ANTONIO L. COLLAZO | .10 | 235.00 | 23.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 3.40 | 210.00 | 714.00 |
| OWEN A. RIVERA COLON | 3.10 | 185.00 | 573.50 |
| **Total** | **9.00** | | **$ 2,175.00** |

**TOTAL THIS INVOICE**                          **$ 1,957.50**

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2022

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 31, 2022
Bill #:   409330
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2022:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 247.00 |
| | $ -24.70 |
| Net Professional Services | $ 222.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 222.30** |

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/31/22 | HDB | 209 | Revise draft Motion for Extension of Time regarding Status Report in adv. 17-00256-LTS. (.2) Review comments by P. Possinger and M. Dale regarding same. (.1) Coordinate ICSE's consent to extension with F. Agrait. (.1) Exchange e-mails regarding extension with L. Stafford. (.1) | .50 | 330.00 | 165.00 |
| 1/31/22 | GMR | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, in anticipation to its filing in adv. 17-00256-LTS. | .20 | 205.00 | 41.00 |
| 1/31/22 | GMR | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report in adv. 17-00256-LTS, through the court's electronic filing system. | .20 | 205.00 | 41.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 247.00 |
|  | $ -24.70 |
| NET PROFESSIONAL SERVICES: | $ 222.30 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 330.00 | 165.00 |
| GABRIEL MIRANDA RIVERA | .40 | 205.00 | 82.00 |
| **Total** | **.90** | | **$ 247.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  409330                                                          January 31, 2022

**TOTAL THIS INVOICE**                                    **$ 222.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 Ponce de León, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2022

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

January 31, 2022
Bill #: 409331
Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending January 31, 2022:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 1,777.50 |
| | $ -177.75 |
| Net Professional Services | $ 1,599.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,599.75** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/06/22 | CGB | 209 | Email exchange with J. Hartunian to coordinate legal research on Act 458 related issues. | .10 | 345.00 | 34.50 |
| 1/07/22 | CGB | 209 | Tel. Conf. with J. E. Gonzalez to coordinate legal research on Act 458 related issues (0.2); Brief legal research on case law interpreting 33 LPRA § 4710 and its predecessors (0.3); legal research regarding 33 L.P.R.A. § 3301-3302 (0.2); Analyze Pueblo v. Ramos Rivas opinion regarding same (0.2); Draft email to J. Hartunian forwarding same (0.1). | 1.00 | 345.00 | 345.00 |
| 1/07/22 | HDB | 209 | Review queries by J. Hartunian regarding Appellant Brief issues. (.20 Review responses by J. Gonzalez. (.2) | .40 | 330.00 | 132.00 |
| 1/07/22 | JEG | 202 | Tel. Conf. with C. Garcia to coordinate legal research on Act 458 related issues (0.2); Obtain English version of 33 L.P.R.A. §§ 3301-3302 (0.2); Draft email forwarding same (0.1); Legal research on case law interpreting Law 458-2000. (0.9). | 1.40 | 210.00 | 294.00 |
| 1/09/22 | JEG | 202 | Review Puerto Rico Supreme Court case law interpreting 33 LPRA § 3301. | 1.30 | 210.00 | 273.00 |
| 1/10/22 | HDB | 209 | Review analysis by J. Gonzalez regarding 33 LPRA § 3301. (.4) Review Order setting briefing schedule. (.1) | .50 | 330.00 | 165.00 |
| 1/10/22 | JEG | 202 | Draft email to J. Hartunian, Associate at Proskauer, concerning research findings on case law interpreting Act 458 and 33 LPRA § 3301. | .20 | 210.00 | 42.00 |
| 1/13/22 | JEG | 202 | At the request of J. Hartunian, conduct research to acquire the Spanish version of Act 458-2000 as well as the House Committee Report on Senate Bill 1692 of November 11, 1999. (0.8). Draft email to J. Hartunian forwarding same. (0.2) | 1.00 | 210.00 | 210.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  409331                                                                                    January 31, 2022

| 1/17/22 | HDB | 209 | Continue review of cases regarding 33 LPRA 3301. | .60 | 330.00 | 198.00 |
| 1/28/22 | JEG | 202 | Review email from J. Hartunian requesting Acts 59-2003, 300-2004, and 428-2004. (0.1). Obtain English versions of said statutes and forward same to J. Hartunian. (0.3) | .40 | 210.00 | 84.00 |

TOTAL PROFESSIONAL SERVICES                              $ 1,777.50

$ -177.75

NET PROFESSIONAL SERVICES:                               $ 1,599.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.10 | 345.00 | 379.50 |
| HERMANN BAUER | 1.50 | 330.00 | 495.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 4.30 | 210.00 | 903.00 |
| **Total** | **6.90** | | **$ 1,777.50** |

**TOTAL THIS INVOICE**                                   **$ 1,599.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

January 31, 2022

FOMB IN RE PREPA TITLE III

**RE:  21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

652 MUÑOZ RIVERA AVE., SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PREPA TITLE III

January 31, 2022
Bill #:   409332
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2022:

**Client.Matter: P1705 - 820**

**RE:  21-00041-LTS UTIER RE LUMA**

| | |
|---|---|
| Total Professional Services | $ 231.00 |
| | $ -23.10 |
| | |
| Net Professional Services | $ 207.90 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 207.90** |

Electronic Invoice

262 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

**Client.Matter: P1705 . 820**
**RE:  21-00041-LTS UTIER RE LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/13/22 | HDB | 209 | Review Objection of Cortland Capital Market Services LLC, as Administrative Agent, to Order Denying Motions to be Heard as Amicus Curia. | .30 | 330.00 | 99.00 |
| 1/27/22 | HDB | 209 | Review draft response to Objection of Cortland Capital Market Services LLC, as Administrative Agent, to Order Denying Motions to be Heard as Amicus Curiae. | .40 | 330.00 | 132.00 |

TOTAL PROFESSIONAL SERVICES  $ 231.00

$ -23.10

NET PROFESSIONAL SERVICES:  $ 207.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 330.00 | 231.00 |
| **Total** | **.70** | | **$ 231.00** |

**TOTAL THIS INVOICE**  **$ 207.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE