# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
|       Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
|       Debtor. | |

-----------------------------------------------------------------x

## COVER SHEET TO TWENTY-SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2021 through October 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $411.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $411.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-sixth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for October 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 13, 2022 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millan, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12ᵗʰ Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period October 1 through October 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 1.00 | 230.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 1.00 | 195.00 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.20 | 32.00 |
| | **Totals** | | | **2.20** | **$ 457.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (45.70)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 411.30** |

**PBA TITLE III**

**Summary of Disbursements for the Period October 1 through October 31, 2021**

| Description - Expenses | | | | Amounts |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | **Totals** | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | **$ -** |

| | PBA TITLE III | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period  October 1 through October 31, 2021** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 0.20 | 39.00 |
| 209 | Adversay Proceeding | 1.50 | 317.00 |
| 224 | Fee Application - O&B | 0.50 | 101.00 |
| | | | $     457.00 |
| | **Less: 10% Courtesy discount** | | $     (45.70) |
| | **TOTALS** | **2.20** | **$     411.30** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $370.17, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $370.17.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MuÑoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

November 4, 2021

FOMB IN RE PBA TITLE III

Bill #: 404288

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 140.00 |
| Less Discount | $ -14.00 |
| | |
| Net Professional Services | $ 126.00 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 126.00** |

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/04/21 | GMR | 206 | File the Urgent Consensual Motion for Twelfth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 10/21/21 | UMF | 224 | Draft O&B's twenty-fifth monthly fee statement for August 2021 in the Title III case of PBA. | .30 | 230.00 | 69.00 |
| 10/21/21 | VSN | 224 | As required by U. Fernandez, prepare exhibits for the O&B twenty-fourth monthly fee application in the PBA Title III case for attorney review. | .20 | 160.00 | 32.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 140.00 |
| Less Discount | $ -14.00 |
| NET PROFESSIONAL SERVICES: | $ 126.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | .30 | 230.00 | 69.00 |
| GABRIEL MIRANDA RIVERA | .20 | 195.00 | 39.00 |
| VANESSA SANCHEZ | .20 | 160.00 | 32.00 |
| **Total** | **.70** |  | **$ 140.00** |

**TOTAL THIS INVOICE**                           **$ 126.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

November 4, 2021

FOMB IN RE PBA TITLE III

**RE: 21-00100-LTS PBA V. AMERINATIONAL- HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ponce de León, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 4, 2021

FOMB IN RE PBA  TITLE III

Bill #:   404289

Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2021:

**Client.Matter: P1706 - 800**

**RE:  21-00100-LTS PBA V. AMERINATIONAL- HDB**

| | |
|---|---:|
| Total Professional Services | $ 317.00 |
| Less Discount | $ -31.70 |
| Net Professional Services | $ 285.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 285.30** |

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 800**
**RE:  21-00100-LTS PBA V. AMERINATIONAL- HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/01/21 | GMR | 209 | Exchange e-mails with counsel for Defendants in connection with service of process by e-mail. | .30 | 195.00 | 58.50 |
| 10/12/21 | UMF | 209 | Review summons and complaint regarding waiver of service in preparation for tel. conf. with C. Conde in Adv. Proc. 21-100. | .40 | 230.00 | 92.00 |
| 10/12/21 | UMF | 209 | Tel. conf. and email with C. Conde regarding waiver of service in Adv. Proc. 21-100. | .30 | 230.00 | 69.00 |
| 10/13/21 | GMR | 209 | Telephone conference with local counsel for Cantor Katz in connection with waiver of service of process. | .20 | 195.00 | 39.00 |
| 10/26/21 | GMR | 209 | Exchange e-mails with J. Esses in connection with service to Cantor-Katz. (0.2)  Review e-mails with local counsel for Cantor-Katz. (0.1) | .30 | 195.00 | 58.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 317.00 |
| Less Discount | | $ -31.70 |
| NET PROFESSIONAL SERVICES: | | $ 285.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | .70 | 230.00 | 161.00 |
| GABRIEL MIRANDA RIVERA | .80 | 195.00 | 156.00 |
| **Total** | **1.50** | | **$ 317.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  404289                                                    November 4, 2021

**TOTAL THIS INVOICE**                                     **$ 285.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

       Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTY-SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2021 through November 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,019.25 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,019.25 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-seventh monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for November 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 13, 2022 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period November 1 through November 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 325.00 | 0.70 | 227.50 |
| Paula Gonzalez Montalvo | Associate | Litigation | 190.00 | 1.60 | 304.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 3.00 | 585.00 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.10 | 16.00 |
| | **Totals** | | | **5.40** | **$   1,132.50** |
| | **Less: 10% Courtesy discount** | | | | **$    (113.25)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$   1,019.25** |

**PBA TITLE III**

**Summary of Disbursements for the Period November 1 through November 30, 2021**

| Description - Expenses | | | | Amounts |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | **Totals** | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | $          - |

| | **PBA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period  November 1 through November 30, 2021** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 4.60 | 889.00 |
| 209 | Adversay Proceeding | 0.70 | 227.50 |
| 219 | Docketing | 0.10 | 16.00 |
| | | | **$    1,132.50** |
| | **Less: 10% Courtesy discount** | | **$    (113.25)** |
| | **TOTALS** | **5.40** | **$    1,019.25** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $917.33, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $917.33.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

November 30, 2021

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH  250 MuÑoz RIVERA, SuITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021
Bill #:  406182
Billing Attorney:  CGB

FOMB IN RE PBA  TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2021:

**Client.Matter: P1706 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 788.00 |
| Less Discount | $ -78.80 |
| Net Professional Services | $ 709.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 709.20** |

O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/03/21 | GMR | 206 | File the Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 11/03/21 | GMR | 206 | File the Notice of Filing of Eight Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 11/03/21 | GMR | 206 | File the Revised Proposed Order and Judgment Confirming Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the Court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 11/03/21 | GMR | 206 | File the Notice of Submission of Amended Plan Supplement and Plan Related Documents by the Commonwealth of Puerto Rico, et al., through the court's electronic filing system, in Case No. 19-5523. | .30 | 195.00 | 58.50 |
| 11/07/21 | GMR | 206 | File the Modifications to Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system, in case no. 19-5523. | .20 | 195.00 | 39.00 |
| 11/07/21 | GMR | 206 | File the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system, in case no. 19-5523. | .20 | 195.00 | 39.00 |
| 11/07/21 | GMR | 206 | File the Notice of Filing of Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |

O'Neill & Borges LLC

Bill #:  406182                                                November 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/07/21 | GMR | 206 | File the Notice of Filing of Revised Proposed Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 11/15/21 | GMR | 206 | Review the Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board for Puerto Rico as Representative of the Puerto Rico Buildings Authority From June 1, 2021 Through September 30, 2021, in anticipation to its filing. | .20 | 195.00 | 39.00 |
| 11/15/21 | GMR | 206 | File the Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board for Puerto Rico as Representative of the Puerto Rico Buildings Authority From June 1, 2021 Through September 30, 2021, through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 11/15/21 | GMR | 206 | File the Notice of Filing of Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board for Puerto Rico as Representative of the Puerto Rico Buildings Authority From June 1, 2021 Through September 30, 2021, through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 11/15/21 | GMR | 206 | Review the Notice of Filing of Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board for Puerto Rico as Representative of the Puerto Rico Buildings Authority From June 1, 2021 Through September 30, 2021, in anticipation to its filing. | .10 | 195.00 | 19.50 |
| 11/16/21 | VSN | 219 | Docket court notice received by email dated Nov. 1, 2021, regarding order Dkt. 18993, the deadline to file a further joint status. - H. D. Bauer and U. Fernandez. | .10 | 160.00 | 16.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  406182                                                                November 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/21/21 | PAG | 206 | Review the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. in anticipation of its filing at 19 BK 5523-LTS, docket no. 237. | .20 | 190.00 | 38.00 |
| 11/21/21 | PAG | 206 | File the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. at 19 BK 5523-LTS, docket no. 237. | .20 | 190.00 | 38.00 |
| 11/21/21 | PAG | 206 | Review the Notice of Filing of Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. in anticipation of its filing at 19 BK 5523-LTS, docket no. 238. | .20 | 190.00 | 38.00 |
| 11/21/21 | PAG | 206 | File the Notice of Filing of Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. at 19 BK 5523-LTS, docket no. 238. | .20 | 190.00 | 38.00 |
| 11/21/21 | PAG | 206 | Review the Notice of Filing of Revised Proposed Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. in anticipation of its filing at 19 BK 5523-LTS, docket no. 239. | .20 | 190.00 | 38.00 |
| 11/21/21 | PAG | 206 | File the Notice of Filing of Revised Proposed Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. at 19 BK 5523-LTS, docket no. 239. | .20 | 190.00 | 38.00 |
| 11/21/21 | PAG | 206 | Review the Notice of Submission of Second Amended Plan Supplement and Plan Related Documents by the Commonwealth of Puerto Rico, et al. in anticipation of its filing at 19 BK 5523-LTS, docket no. 240. | .20 | 190.00 | 38.00 |
| 11/21/21 | PAG | 206 | File the Notice of Submission of Second Amended Plan Supplement and Plan Related Documents by the Commonwealth of Puerto Rico, et al. at 19 BK 5523-LTS, docket no. 240. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                $ 788.00

Less Discount                                            $ -78.80

NET PROFESSIONAL SERVICES:                $ 709.20

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  406182                                                          November 30, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| PAULA A. GONZALEZ MONTALVO | 1.60 | 190.00 | 304.00 |
| GABRIEL MIRANDA RIVERA | 2.40 | 195.00 | 468.00 |
| VANESSA SANCHEZ | .10 | 160.00 | 16.00 |
| **Total** | **4.10** | | **$ 788.00** |

**TOTAL THIS INVOICE**                                      **$ 709.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

November 30, 2021

FOMB IN RE PBA TITLE III

**RE: 21-00100-LTS PBA V. AMERINATIONAL- HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2021
FOMB IN RE PBA TITLE III
Bill #: 406183
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2021:

**Client.Matter: P1706 - 800**

**RE:  21-00100-LTS PBA V. AMERINATIONAL- HDB**

| | |
|---|---|
| Total Professional Services | $ 344.50 |
| Less Discount | $ -34.45 |
| | |
| Net Professional Services | $ 310.05 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 310.05** |

Electronic Invoice

IN ACCOUNT WITH

O'NEILL & BORGES LLC

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1706 . 800**
**RE: 21-00100-LTS PBA V. AMERINATIONAL- HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/02/21 | HDB | 209 | Revise draft Amended Complaint. | .60 | 325.00 | 195.00 |
| 11/02/21 | GMR | 206 | Finalize the amended complaint in anticipation to its filing. | .30 | 195.00 | 58.50 |
| 11/02/21 | GMR | 206 | File the amended complaint through the court's electronic filing system. | .30 | 195.00 | 58.50 |
| 11/19/21 | HDB | 209 | Review Urgent Unopposed Motion for Stay of Proceedings by AmeriNational Community Services, LLC. | .10 | 325.00 | 32.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 344.50 |
| Less Discount | $ -34.45 |
| NET PROFESSIONAL SERVICES: | $ 310.05 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 325.00 | 227.50 |
| GABRIEL MIRANDA RIVERA | .60 | 195.00 | 117.00 |
| **Total** | **1.30** | | **$ 344.50** |

**TOTAL THIS INVOICE**      $ 310.05

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTY-EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2021 through December 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $322.20 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $322.20 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-eighth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for December 2021.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 13, 2022 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period  December 1 through December 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo Fernandez | Jr. Member | Litigation | 230.00 | 0.40 | 92.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 195.00 | 1.20 | 234.00 |
| Vanessa Sanchez | Paralegal | Litigation | 160.00 | 0.20 | 32.00 |
| | **Totals** | | | **1.80** | **$         358.00** |
| | **Less: 10% Courtesy discount** | | | | **$         (35.80)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$         322.20** |

**PBA TITLE III**

**Summary of Disbursements for the Period  December 1 through December 31, 2021**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | **$              -** |

**PBA TITLE III**

**Summary of Legal Fees for the Period   December 1 through December 31, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 1.20 | 234.00 |
| 224 | Fee Application O&B | 0.60 | 124.00 |
| | | | $ 358.00 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (35.80) |
| | | | |
| | **TOTALS** | **1.80** | $ **322.20** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $289.98, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $289.98.

## <u>**Professional Certification**</u>

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2021

FOMB IN RE PBA  TITLE III


**RE:  GENERAL**


Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.


Sincerely Yours,



CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2021
FOMB IN RE PBA TITLE III
Bill #: 407789
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2021:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 358.00 |
| Less Discount | $ -35.80 |
| Net Professional Services | $ 322.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 322.20** |

IN ACCOUNT WITH

252 Ponce de León Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/21 | UMF | 224 | Draft O&B's twenty-fifth monthly fee statement for September 2021 in the Title III case of PBA. | .40 | 230.00 | 92.00 |
| 12/06/21 | GMR | 206 | File the Notice of Filing of Revised Proposed Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 12/07/21 | VSN | 224 | As requested by U. Fernandez, prepare exhibits for the O&B twenty-fifth monthly fee application in the PBA Title III case for attorney review. | .20 | 160.00 | 32.00 |
| 12/20/21 | GMR | 206 | File the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in case no. 19-5523. | .20 | 195.00 | 39.00 |
| 12/20/21 | GMR | 206 | File the Notice of Filing Revised Proposed Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |
| 12/20/21 | GMR | 206 | File the Notice of Filing of Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  407789                                                                    December 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/20/21 | GMR | 206 | File the Revised Proposed Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., through the court's electronic filing system in case no. 19-5523. | .20 | 195.00 | 39.00 |
| 12/21/21 | GMR | 206 | File the Supplemental Notice Regarding Limited Extension of Time to Object to Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment, through the court's electronic filing system in Case No. 19-5523. | .20 | 195.00 | 39.00 |

TOTAL PROFESSIONAL SERVICES                          $ 358.00

Less Discount                                                    $ -35.80

NET PROFESSIONAL SERVICES:                          $ 322.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | .40 | 230.00 | 92.00 |
| GABRIEL MIRANDA RIVERA | 1.20 | 195.00 | 234.00 |
| VANESSA SANCHEZ | .20 | 160.00 | 32.00 |
| **Total** | **1.80** | | **$ 358.00** |

**TOTAL THIS INVOICE**                               **$ 322.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF JANUARY 1, 2022 THROUGH JANUARY 31, 2022

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2022 through January 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $192.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $192.60 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-ninth monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2022.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 23, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 330.00 | 0.30 | 99.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 0.40 | 82.00 |
| Vanessa Sanchez | Paralegal | Litigation | 165.00 | 0.20 | 33.00 |
| | | | | | |
| | **Totals** | | | **0.90** | **$ 214.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (21.40)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 192.60** |

**PBA TITLE III**

**Summary of Disbursements for the Period January 1 through January 31, 2022**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**PBA TITLE III**

**Summary of Legal Fees for the Period January 1 through January 31, 2022**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|:---:|:---|:---:|---:|
| 206 | Documents Filed on Behalf of the Board | 0.40 | 82.00 |
| 219 | Docketing | 0.20 | 33.00 |
| 222 | Claims and Claims Objections | 0.30 | 99.00 |
| | | | $    214.00 |
| | | | |
| | **Less: 10% Courtesy discount** | | $    (21.40) |
| | | | |
| | **TOTALS** | **0.90** | **$    192.60** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $173.34, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $173.34.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

January 31, 2022

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PBA  TITLE III

January 31, 2022
Bill #:   409333
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2022:

**Client.Matter: P1706 - 0**

**RE:  GENERAL**

| | | |
|---|---|---|
| Total Professional Services | $ 214.00 | |
| Less Discount | $ -21.40 | |
| Net Professional Services | $ 192.60 | |
| Total Reimbursable Expenses | $ .00 | |
| **TOTAL THIS INVOICE** | **$ 192.60** | |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/07/22 | HDB | 222 | Review PBA and ERS's Reply in Support of the Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims. | .30 | 330.00 | 99.00 |
| 1/18/22 | GMR | 206 | File the Urgent Consensual Motion for Extension of Response Deadline, through the court's electronic filing system in Case No. 19-5523. | .20 | 205.00 | 41.00 |
| 1/21/22 | VSN | 219 | Docket court notice received by email dated January 20, 2022, order Dkt. 279, the deadline to file a reply and a scheduled omnibus hearing. - H. D. Bauer and G. Miranda. | .10 | 165.00 | 16.50 |
| 1/25/22 | GMR | 206 | File the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing, in Case No. 19-5523. | .20 | 205.00 | 41.00 |
| 1/27/22 | VSN | 219 | Docket court notice received by email dated January 26, 2022, order Dkt. 281, the deadline to file a reply and a scheduled claim objection hearing. - H. D. Bauer and G. Miranda. | .10 | 165.00 | 16.50 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 214.00 |
| Less Discount | $ -21.40 |
| NET PROFESSIONAL SERVICES: | $ 192.60 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  409333

January 31, 2022

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 330.00 | 99.00 |
| GABRIEL MIRANDA RIVERA | .40 | 205.00 | 82.00 |
| VANESSA SANCHEZ | .20 | 165.00 | 33.00 |
| **Total** | **.90** | | **$ 214.00** |

**TOTAL THIS INVOICE**                    **$ 192.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE