# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
|        Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION<br>AUTHORITY, | |
|        Debtor. | |

-----------------------------------------------------------------x

## COVER SHEET TO FIFTY-EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2022 through February 28, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $9,472.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $9,472.95 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-eighth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2022.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 23, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | 360.00 | 4.20 | 1,512.00 |
| Hermann D. Bauer | Member | Litigation | 330.00 | 7.20 | 2,376.00 |
| José R. Cacho | Member | Corporate | 360.00 | 10.20 | 3,672.00 |
| Carlos E George | Member | Labor | 265.00 | 1.80 | 477.00 |
| Rosa M. Gonzalez Lugo | Member | Corporate | 350.00 | 2.80 | 980.00 |
| Jose Notario Toll | Member | Corporate | 245.00 | 0.80 | 196.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 210.00 | 4.40 | 924.00 |
| Ivette Rodriguez | Associate | Corporate | 185.00 | 2.10 | 388.50 |
| | **Totals** | | | **33.50** | **$   10,525.50** |
| | **Less: 10% Courtesy discount** | | | | **$   (1,052.55)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$   9,472.95** |

**HTA TITLE III**

**Summary of Disbursements for the Period  February 1 through February 28, 2022**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | **$   -** | |

### HTA TITLE III

### Summary of Legal Fees for the Period February 1 through February 28, 2022

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 11.70 | 3,229.50 |
| 210 | Analysis and Strategy | 7.40 | 2,604.00 |
| 212 | General Administration and Governance | 0.30 | 73.50 |
| 213 | Labor, Pension Matters | 0.90 | 238.50 |
| 214 | Legal / Regulatory Matters | 0.90 | 324.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 12.30 | 4,056.00 |
| | | | $ 10,525.50 |
| | **Less: 10% Courtesy Discount** | | $ (1,052.55) |
| | **TOTALS** | **33.50** | $ 9,472.95 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $8,525.66, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $8,525.66.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.


s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

EDIFICIO OCHOA · 250 CALLE TETUÁN · SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022

FOMB IN RE HTA TITLE III

## RE: GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MuÑoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022

FOMB IN RE HTA TITLE III

Bill #:    411034

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 28, 2022:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 5,856.00 |
| Less Discount | $ -585.60 |
| Net Professional Services | $ 5,270.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,270.40** |

Electronic Invoice

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/22 | JRC | 215 | Review additional questions raised by FOMB regarding whether HTA can create subsidiaries to transfer toll business (.40). Review HTA and PREPA statutes (1.20). Provide comments to J. Pietrantoni and other OB attorneys regarding this issue (.40). Review additional emails from J. Pietrantoni and R. Gonzalez on related issues (.20). | 2.20 | 360.00 | 792.00 |
| 2/01/22 | CEG | 213 | Consider legal issues related to legal grounds to create non-for-profit corporation and related employment  and labor issues(0.4); review HTA organic law and related CBA (0.5) | .90 | 265.00 | 238.50 |
| 2/07/22 | JEG | 202 | Legal research to denitrify the OMB Enabling Act and forward same to H. Bauer. | .10 | 210.00 | 21.00 |
| 2/09/22 | IRH | 202 | Analyze amendments enacted by Acts 30 and 31 of 2013 to special funds designated for the Puerto Rico Highways and Transportation Authority in preparation for response to client inquiry regarding the same. | 2.10 | 185.00 | 388.50 |
| 2/17/22 | JRC | 215 | Review list of issues circulated by A. Piccirillo of Proskauer regarding proposed interim loan from CW to HTA to make payments required by CW Plan of Adjustment (.60). Participate in conference call with Proskauer and Citi regarding interim loan to HTA and issuance of new HTA bonds pursuant to HTA plan of adjustment (1.10). Draft emails to J. Pietrantoni and J. Gonzalez regarding analysis of whether proposed interim loan can be governed by PR law (.20). | 1.90 | 360.00 | 684.00 |

O'Neill & Borges LLC

Bill #:  411034

February 28, 2022

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/18/22 | JRC | 210 | Analyze draft of Plan of Adjustment for HTA (2.60) . Review research from J. Gonzalez on governing law issue for CW loan to HTA   and HTA statute (.40). Draft response to A. Piccirillo regarding governing law issue (.20) | 3.20 | 360.00 | 1,152.00 |
| 2/18/22 | HDB | 215 | Commence review of draft HTA Plan of Adjustment. | 1.20 | 330.00 | 396.00 |
| 2/18/22 | JEG | 215 | Research on whether the HTA Enabling Act or other related statutes contains provisions preventing a CW loan to HTA from being governed by NY law. (1.3). Draft email to J. Cacho on research findings. (0.1). | 1.40 | 210.00 | 294.00 |
| 2/22/22 | JRC | 215 | Finalize review of draft loan agreement from CW to HTA; (0.6) draft email to A. Piccirillo forwarding same. (0.1) | .70 | 360.00 | 252.00 |
| 2/22/22 | HDB | 215 | Commence review of revised HTA Best Interest Test Chart. | .80 | 330.00 | 264.00 |
| 2/25/22 | HDB | 215 | Continue review of draft HTA Plan of Adjustment. | 3.40 | 330.00 | 1,122.00 |
| 2/28/22 | JRC | 215 | Various emails with A. Weringa of Proskauer regarding HTA DS (.20). Review edits proposed by J. Gonzalez to document (.50). | .70 | 360.00 | 252.00 |

TOTAL PROFESSIONAL SERVICES          $ 5,856.00

Less Discount                                   $ -585.60

NET PROFESSIONAL SERVICES:           $ 5,270.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | 8.70 | 360.00 | 3,132.00 |
| HERMANN BAUER | 5.40 | 330.00 | 1,782.00 |
| CARLOS E. GEORGE | .90 | 265.00 | 238.50 |
| IVETTE RODRIGUEZ | 2.10 | 185.00 | 388.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 1.50 | 210.00 | 315.00 |
| **Total** | **18.60** | | **$ 5,856.00** |

**TOTAL THIS INVOICE**                    **$ 5,270.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

February 28, 2022

FOMB IN RE HTA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2022
FOMB IN RE HTA TITLE III
Bill #:   411035
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2022:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 4,669.50 |
| Less Discount | $ -466.95 |
| Net Professional Services | $ 4,202.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,202.55** |

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/22 | JRC | 202 | Email exchange with J. Gonzalez, J. Pietrantoni , H. Bauer, R. Gonzalez, C.  George regarding HTA proposal to transfer toll assets to wholly owned subsidiary. | .90 | 360.00 | 324.00 |
| 2/01/22 | RMG | 210 | Analyze whether a subsidiary formed by HTA may be treated as a tax exempt government instrumentality and possible arguments for a ruling from PR Treasury regarding the same. | .60 | 350.00 | 210.00 |
| 2/01/22 | RMG | 202 | Email exchange with J. Gonzalez, J. Cacho, H. Bauer, J. Pietrantoni, C. George regarding HTA proposal to transfer toll assets to wholly owned subsidiary. | .90 | 350.00 | 315.00 |
| 2/01/22 | JP | 202 | Email exchange with J. Gonzalez, J. Cacho, H. Bauer, R. Gonzalez, C. George regarding HTA proposal to transfer toll assets to wholly owned subsidiary (0.9); telephone conference with  F. Bruno (FOMB), R. Ramos (FOMB) and J. Gonzalez (O&B) regarding same (0.5); analyze HTA law and PREPA law in connection with same (0.7). | 2.10 | 360.00 | 756.00 |
| 2/01/22 | HDB | 210 | Review issues regarding TSR proposal to create toll road subsidiary. (.2)  Review issues regarding process for creation of HTA subsidiaries. (.2)  Draft e-mail to O&B team setting views on issues regarding subsidiaries. (.2) Review J. Pietrantoni report and queries arising from call with J. Pietrantoni, J. Gonzalez, B. Rosen, F. Bruno and others. (.2) Review e-mails regarding tax questions of potential HTA sub. (.1) Email exchange with J. Gonzalez, J. Cacho, J. Pietrantoni, R. Gonzalez, C. George regarding HTA proposal to transfer toll assets to wholly owned subsidiary (0.9) | 1.80 | 330.00 | 594.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  411035                                                    February 28, 2022

| Date | Init. | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/01/22 | CEG | 202 | Email exchange with J. Gonzalez, J. Cacho, H. Bauer, R. Gonzalez, J. Pietrantoni regarding HTA proposal to transfer toll assets to wholly owned subsidiary (0.9) | .90 | 265.00 | 238.50 |
| 2/01/22 | JLN | 212 | Review various emails from J. Pietrantoni, J. E. Gonzalez and J. R. Cacho regarding whether HTA may create subsidiaries. | .30 | 245.00 | 73.50 |
| 2/01/22 | JEG | 202 | Review email exchanges between T. Mungovan and F. Bruno concerning HTA's Fiscal Plan certification legal questions. (0.2). Forward same to J. Pietrantoni. (0.1). Tel. conf. with J. Pietrantoni, F. Bruno and other FOMB representatives to discuss issues related to HTA's legal authority to create subsidiaries. (0.5) Email exchange with J. Pietrantoni, J. Cacho, H. Bauer, R. Gonzalez, C. George regarding HTA proposal to transfer toll assets to wholly owned subsidiary (0.9) | 1.70 | 210.00 | 357.00 |
| 2/01/22 | JEG | 202 | Review PREPA Enabling Act to identify the provisions authorizing the creation of subsidiaries and compare same with the provisions of HTA Enabling Act. (0.3). Draft email to J. Pietrantoni regarding same. (0.2). At the request of J. Pietrantoni, analyze DTOP's Reorganization Plan and the powers of said agency over HTA. (0.3). At the request of C. Cacho, research on the previous versions of the PREPA Enabling Act provisions authorizing the creation of subsidiaries before the enactment of Acts 17-2019 and 57-2014. (0.4) | 1.20 | 210.00 | 252.00 |
| 2/02/22 | JRC | 210 | Continue analysis of creation of subsidiaries at HTA level (.40). Review draft response prepared by J. Pietrantoni regarding same (.20). | .60 | 360.00 | 216.00 |
| 2/02/22 | RMG | 202 | Legal research regarding whether a subsidiary to be organized by HTA as a non-profit entity can qualify as tax exempt entity. | 1.30 | 350.00 | 455.00 |
| 2/02/22 | JP | 210 | Research whether HTA may create subsidiary and transfer its toll road assets to such subsidiary (0.7); email exchanges F. Bruno, H. Bauer, R. Gonzalez, J. Cacho, J. Gonzalez regarding same (0.5). | 1.20 | 360.00 | 432.00 |
| 2/02/22 | JLN | 202 | Review additional emails and analysis by the O&B team regarding creation of subsidiaries by HTA. | .50 | 245.00 | 122.50 |
| 2/15/22 | JP | 214 | Email exchange with  A. Perdiza regarding Act 53. | .30 | 360.00 | 108.00 |
| 2/17/22 | JP | 214 | Draft email to J. Cacho and H. Bauer regarding authority of Commonwealth to make loan to HTA. | .30 | 360.00 | 108.00 |

O'Neill & Borges LLC

Bill #:  411035

February 28, 2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/21/22 | JP | 214 | Draft email to J. Cacho, J. Notario and H. Bauer regarding authority of Commonwealth to grant a loan to HTA. | .30 | 360.00 | 108.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 4,669.50 |
| Less Discount | $ -466.95 |
| NET PROFESSIONAL SERVICES: | $ 4,202.55 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | 1.50 | 360.00 | 540.00 |
| ROSA M. GONZALEZ LUGO | 2.80 | 350.00 | 980.00 |
| JULIO PIETRANTONI | 4.20 | 360.00 | 1,512.00 |
| HERMANN BAUER | 1.80 | 330.00 | 594.00 |
| CARLOS E. GEORGE | .90 | 265.00 | 238.50 |
| JOSE L. NOTARIO TOLL | .80 | 245.00 | 196.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 2.90 | 210.00 | 609.00 |
| **Total** | **14.90** | | **$ 4,669.50** |

**TOTAL THIS INVOICE**      **$ 4,202.55**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------x
```

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

```
-----------------------------------------------------------------x
```

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION<br>AUTHORITY, | |
| Debtor. | |

```
-----------------------------------------------------------------x
```

## COVER SHEET TO FIFTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2022 through March 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $10,471.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $10,471.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-ninth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for March 2022.




/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 23, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 330.00 | 3.40 | 1,122.00 |
| José R. Cacho | Member | Corporate | 360.00 | 11.10 | 3,996.00 |
| Jose Notario Toll | Member | Corporate | 245.00 | 0.30 | 73.50 |
| Ismael Vicnete Medina | Member | Corporate | 335.00 | 9.20 | 3,082.00 |
| Ubaldo M. Fernandez Barreras | Jr. Member | Litigation | 235.00 | 0.80 | 188.00 |
| Denise Ortiz Torres | Jr. Member | Corporate | 240.00 | 10.00 | 2,400.00 |
| Jose J. Colon Garcia | Associate | Litigation | 185.00 | 0.60 | 111.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 210.00 | 1.30 | 273.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 1.90 | 389.50 |
| | | | | | |
| | **Totals** | | | **38.60** | **$ 11,635.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (1,163.50)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 10,471.50** |

**HTA TITLE III**

**Summary of Disbursements for the Period  March 1 through March 31, 2022**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**HTA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2022**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 1.30 | 273.00 |
| 206 | Documents Filed on Behalf of the Board | 2.50 | 500.50 |
| 210 | Analysis and Strategy | 2.00 | 634.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 32.00 | 10,039.00 |
| 224 | Fee Applicatios O&B | 0.80 | 188.00 |
| | | | |
| | | | $ 11,635.00 |
| | | | |
| | Less: 10% Courtesy Discount | | $ (1,163.50) |
| | | | |
| | **TOTALS** | **38.60** | **$ 10,471.50** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $9,424.35, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $9,424.35.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2022

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

252 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

March 31, 2022
FOMB IN RE HTA TITLE III                                    Bill #:   414075
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2022:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

|                              |              |
|------------------------------|--------------|
| Total Professional Services  | $ 11,516.00  |
| Less Discount                | $ -1,151.60  |
| Net Professional Services    | $ 10,364.40  |
| Total Reimbursable Expenses  | $ .00        |
| **TOTAL THIS INVOICE**       | **$ 10,364.40** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/01/22 | HDB | 210 | Draft e-mail to J. Cacho and J. Pietrantoni with my comments to HTA's best interest chart. (.5) Review cases concerning computation of compounded interest for eminent domain claims. (.4) | .90 | 330.00 | 297.00 |
| 3/01/22 | JLN | 210 | Review email from H. D. Bauer regarding HTA Best Interest Chart. | .30 | 245.00 | 73.50 |
| 3/02/22 | JRC | 215 | Analyze and provide comments to draft of HTA's best interest test chart sent by Proskauer. | 1.40 | 360.00 | 504.00 |
| 3/02/22 | IVM | 215 | Review updated version of HTA's plan (2.10). Review of PR tax disclosure section and proposed edits to same. (2.00) | 4.10 | 335.00 | 1,373.50 |
| 3/02/22 | DOT | 215 | Revise PR taxes discussion of HTA's disclosure statement based on updated Plan of Adjustment. | 5.40 | 240.00 | 1,296.00 |
| 3/03/22 | IVM | 215 | Review of HTA's tax disclosure statement as of March 3, 2022. | .80 | 335.00 | 268.00 |
| 3/04/22 | JRC | 215 | Analysis of revised draft of best HTA's interest test chart circulated by Proskauer on March 4, 2022. | 1.20 | 360.00 | 432.00 |
| 3/04/22 | HDB | 215 | Review edits to draft HTA BIT chart by J. Esses. (.3) Draft e-mail to J. Esses regarding eminent domain issues. (.1) | .40 | 330.00 | 132.00 |
| 3/04/22 | UMF | 224 | Draft O&B's monthly fee statement for October 2021 in the Title III case of HTA. | .30 | 235.00 | 70.50 |
| 3/07/22 | JRC | 215 | Review issues under updated HTA BIT chart (.30). Participate in all hands call to discuss BIT scenarios (Proskauer, McKinsey, Citi, etc.) (.90). | 1.20 | 360.00 | 432.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  414075                                                                              March 31, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/07/22 | IVM | 215 | Review of HTA's proposed PR tax disclosure as of March 7, 2022. | .70 | 335.00 | 234.50 |
| 3/07/22 | HDB | 215 | Tel. conf with J. Levitan, M. Volin and Proskauer, O. Shah, Reuven Klein, D. Barr and others from McKinsey, J. Cacho and others regarding HTA Best Interest Test analysis. | .90 | 330.00 | 297.00 |
| 3/07/22 | DOT | 215 | Revise updated HTA Plan of Adjustment for purposes of updating PR taxes discussion of disclosure statement accordingly. | 3.30 | 240.00 | 792.00 |
| 3/10/22 | JRC | 215 | Analyze request from J. Esses of Proskauer regarding interagency agreement between DTOP and HTA for maintenance of roads (.40). | .40 | 360.00 | 144.00 |
| 3/10/22 | IVM | 215 | Review of changes to HTA plan adjustment in March 10, 2022 version of same. | 1.20 | 335.00 | 402.00 |
| 3/10/22 | GMR | 206 | Review the Urgent motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts, in anticipation to its filing. | .30 | 205.00 | 61.50 |
| 3/10/22 | GMR | 206 | File the Urgent motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts, through the court's electronic filing system in case no. 17-3567. | .20 | 205.00 | 41.00 |
| 3/10/22 | GMR | 206 | File the Urgent motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts, through the court's electronic filing system in case no. 17-155, 17-156, and 17-159. | .40 | 205.00 | 82.00 |
| 3/11/22 | JRC | 215 | Exchange emails with J. Pietrantoni regarding agreement to maintain roads between HTA and DTOP (.20). Exchange emails with J. Gonzalez regarding research to be conducted on such interagency agreement (.20). | .40 | 360.00 | 144.00 |
| 3/11/22 | JJC | 206 | File the Notice of Filing Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts through the court's electronic filing system in Case No. 17-3567. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  414075                                                                                           March 31, 2022

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 3/12/22 | JJC | 206 | File the Reply of the Financial Oversight and Management Board for Puerto Rico in Support of Urgent Motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts through the court's electronic filing system in Case No. 17-3567. | .20 | 185.00 | 37.00 |
| 3/14/22 | JRC | 215 | Analyze emails from Proskauer and Citi regarding issue of prepayment of CW loan to HTA (.30). | .30 | 360.00 | 108.00 |
| 3/14/22 | IVM | 215 | Review the HTA plan of adjustment and tax disclosure as of March 14, 2022. | 1.10 | 335.00 | 368.50 |
| 3/14/22 | GMR | 206 | Review the Supplemental Reply in Support of the Urgent motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts, in anticipation to its filing. | .10 | 205.00 | 20.50 |
| 3/14/22 | GMR | 206 | File the Supplemental Reply in Support of the Urgent motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts, through the court's electronic filing system in Case No. 17-3567,17-ap-155, 17-ap-156, and 17-ap-159. | .50 | 205.00 | 102.50 |
| 3/15/22 | JRC | 215 | Analyze the revised draft of CW loan to HTA to allow HTA to pay claims on confirmation date (.80). | .80 | 360.00 | 288.00 |
| 3/15/22 | JRC | 215 | Review interagency agreement between DTOP and HTA for maintenance of roads (1.60). Emails exchange with J. Gonzalez regarding same (.20). Participate in conference call with Proskauer and McKinsey to discuss HTA memo on legal assumptions (.50). Analyzed updated memo (.40). | 2.70 | 360.00 | 972.00 |
| 3/15/22 | DOT | 215 | Revise the HTA updated Plan of Adjustment as of March 15, 2022 for purposes of updating PR taxes discussion of disclosure statement accordingly. | 1.30 | 240.00 | 312.00 |
| 3/15/22 | JEG | 202 | Conduct research on HTA agreement with the Department of Transportation and Public Works described in HTA's 1968 Resolution. (1.2). Draft email to J. Cacho with research findings. (0.1) | 1.30 | 210.00 | 273.00 |
| 3/16/22 | IVM | 215 | Review of PR tax disclosure in the HTA POA as of March 16, 2022. | .60 | 335.00 | 201.00 |

O'Neill & Borges LLC

Bill #:  414075                                                                    March 31, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/17/22 | JRC | 215 | Analyze revised HTA legal assumptions memo (.40). Analyze questions raised by McKinsey regarding same (.40). Participate in conference call with Proskauer y McKinsey to discuss topics (.50). | 1.30 | 360.00 | 468.00 |
| 3/17/22 | HDB | 210 | Review revised HTA BIT assumptions chart. (0.4) Tel. conf. with J. Levittan, Proskauer, J. Cacho, D. Barra and the McKinsey team regarding BIT. (0.4) | .80 | 330.00 | 264.00 |
| 3/17/22 | UMF | 224 | Draft O&B's monthly fee statement for November 2021 in the Title III case of the HTA. | .30 | 235.00 | 70.50 |
| 3/17/22 | UMF | 224 | Draft O&B's monthly fee statement for December 2021 in the Title III case of the HTA. | .20 | 235.00 | 47.00 |
| 3/18/22 | JRC | 215 | Draft email to PMA regarding interagency agreement between DTOP and HTA. | .20 | 360.00 | 72.00 |
| 3/21/22 | JRC | 215 | Emails exchange with E. Arias of PMA regarding interagency agreement between DTOP and HTA regarding road maintenance (0.3). Emails exchange with J. Levitan of Proskauer and others regarding suggestions to locate agreement through other sources (.20). | .50 | 360.00 | 180.00 |
| 3/28/22 | JRC | 215 | Review revised BIT memo for HTA as of March 28, 2022 (.30). Participate in all hands call with Proskauer and McKenzie to discuss pending issues (.40). | .70 | 360.00 | 252.00 |
| 3/28/22 | HDB | 215 | Join weekly HTA BIT call with O. Shah and McKinsey, J. Esses and Proskauer and J. Cacho, among others. | .40 | 330.00 | 132.00 |
| 3/30/22 | IVM | 215 | Review recent edits to the HTA plan of adjustment as of March 30, 2022. | .70 | 335.00 | 234.50 |

TOTAL PROFESSIONAL SERVICES                        $ 11,516.00

Less Discount                                             $ -1,151.60

NET PROFESSIONAL SERVICES:                         $ 10,364.40

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | 11.10 | 360.00 | 3,996.00 |
| ISMAEL VICENTY MEDINA | 9.20 | 335.00 | 3,082.00 |
| HERMANN BAUER | 3.40 | 330.00 | 1,122.00 |
| JOSE L. NOTARIO TOLL | .30 | 245.00 | 73.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  414075                                                                March 31, 2022

| | | | |
|---|---|---|---|
| DENISSE ORTIZ TORRES | 10.00 | 240.00 | 2,400.00 |
| UBALDO M. FERNANDEZ BARRERA | .80 | 235.00 | 188.00 |
| GABRIEL MIRANDA RIVERA | 1.50 | 205.00 | 307.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 1.30 | 210.00 | 273.00 |
| J. COLON GARCIA | .40 | 185.00 | 74.00 |
| **Total** | **38.00** | | **$ 11,516.00** |

**TOTAL THIS INVOICE**                                  **$ 10,364.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

IN ACCOUNT WITH

[address block, partially obscured]
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

March 31, 2022

FOMB IN RE HTA TITLE III

RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

March 31, 2022
FOMB IN RE HTA TITLE III
Bill #:    414076
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2022:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 119.00 |
| Less Discount | $ -11.90 |
| | |
| Net Professional Services | $ 107.10 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 107.10** |

IN ACCOUNT WITH

EDIFICIO OCHOA · PISO 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

Client.Matter: P1703 . 801
RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/10/22 | GMR | 206 | File the Urgent motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts, through the court's electronic filing system in case no. 17-151. | .20 | 205.00 | 41.00 |
| 3/11/22 | JJC | 206 | File Notice of Filing Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts through the court's electronic filing system in Adv. Proc. 17-151. | .20 | 185.00 | 37.00 |
| 3/14/22 | GMR | 206 | File the Supplemental Reply in Support of the Urgent motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts, through the court's electronic filing system in Case No. 17-ap-151. | .20 | 205.00 | 41.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 119.00 |
| Less Discount | $ -11.90 |
| NET PROFESSIONAL SERVICES: | $ 107.10 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| GABRIEL MIRANDA RIVERA | .40 | 205.00 | 82.00 |
| J. COLON GARCIA | .20 | 185.00 | 37.00 |
| **Total** | **.60** | | **$ 119.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  414076                                                                    March 31, 2022

**TOTAL THIS INVOICE**                                           **$ 107.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-----------------------------------------------------------------x

## COVER SHEET TO SIXTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2022 through April 30, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $14,559.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $14,559.75 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's sixtieth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2022.


/s/ Jaime A. El Koury

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 17, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period  April 1 through April 30, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 330.00 | 13.50 | 4,455.00 |
| Jose R. Cacho | Member | Corporate | 360.00 | 18.50 | 6,660.00 |
| Ismael Vicenty Medina | Member | Corporate | 335.00 | 7.70 | 2,579.50 |
| Denisse Ortiz Torres | Jr. Member | Corporate | 240.00 | 7.90 | 1,896.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 2.30 | 471.50 |
| Vanessa Sanchez | Paralegal | Litigation | 165.00 | 0.70 | 115.50 |
| | | | | | |
| | | | | | |
| | Totals | | | 50.60 | $  16,177.50 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $   (1,617.75) |
| | | | | | |
| SUMMARY OF LEGAL FEES | | | | | $   14,559.75 |

**COMMONWEALTH OF PR TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2022**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | |
| | |
| Totals | |
| SUMMARY OF DISBURSEMENTS | $        - |

**HTA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2022**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 215 | Plan of Adjustment and Disclosure Statement | 49.90 | 16,062.00 |
| 219 | Docketing | 0.10 | 16.50 |
| 224 | Fee Application O&B | 0.60 | 99.00 |
| | | | $  16,177.50 |
| | Less: 10% Courtesy discount | | $   (1,617.75) |
| | **TOTALS** | 50.60 | $   14,559.75 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $13,103.78, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $13,103.78.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

## Exhibit A

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2022

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2022
FOMB IN RE HTA TITLE III
Bill #:   417152
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2022:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 16,177.50 |
| Less Discount | $ -1,617.75 |
| | |
| Net Professional Services | $ 14,559.75 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 14,559.75** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/22 | VSN | 224 | As requested by U. Fernandez, prepare exhibits for the O&B fifty-fourth monthly fee application for the HTA Title III, case no. 17-3567,  for attorney review. | .20 | 165.00 | 33.00 |
| 4/01/22 | VSN | 224 | As requested by U. Fernandez, prepare exhibits for the O&B fifty-fifth monthly fee application for the HTA Title III, case no. 17-3567, for attorney review. | .20 | 165.00 | 33.00 |
| 4/01/22 | VSN | 224 | As requested by U. Fernandez, prepare exhibits for the O&B fifty-sixth monthly fee application for the HTA Title III, case no. 17-3567, for attorney review. | .20 | 165.00 | 33.00 |
| 4/11/22 | VSN | 219 | Docket court notice received by email dated April 11, 2022, order Dkt. 1161, the deadline to file a response and reply. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 4/13/22 | DOT | 215 | Revise PR Tax discussion of Disclosure Statement based on updated version of the HTA Plan of Adjustment. | 5.30 | 240.00 | 1,272.00 |
| 4/18/22 | IVM | 215 | Review HTA plan of adjustment to analyze tax matters related to taxation of creditors. | 1.50 | 335.00 | 502.50 |
| 4/19/22 | IVM | 215 | Continued review of HTA plan of adjustment (1.20). Draft proposed edits to PR tax section included in same. (1.40) | 3.60 | 335.00 | 1,206.00 |
| 4/20/22 | IVM | 215 | Review HTA plan of adjustment to address of revised impact on tax section. | 1.30 | 335.00 | 435.50 |
| 4/20/22 | DOT | 215 | Revise PR tax discussion of Disclosure Statement based on revised Plan. | 1.20 | 240.00 | 288.00 |
| 4/25/22 | JRC | 215 | Commence review of April 2022 draft of HTA Disclosure Statement. | 1.30 | 360.00 | 468.00 |

O'Neill & Borges LLC

Bill #:  417152                                                                April 30, 2022

| 4/25/22 | JRC | 215 | Continue review of April 2022 HTA Disclosure Schedule. | 1.40 | 360.00 | 504.00 |
|---------|-----|-----|------------------------------------------------------|------|--------|--------|
| 4/25/22 | HDB | 215 | Review issues regarding timing of filing of HTA Plan of Adjustment and Disclosure Statement. | .30 | 330.00 | 99.00 |
| 4/25/22 | DOT | 215 | Revise updated plan in connection with PR tax discussion of disclosure statement. | .90 | 240.00 | 216.00 |
| 4/25/22 | GMR | 215 | Review the April 2022 drafts of the HTA plan, disclosure statement, disclosure statement approval motion, scheduling motion, and discovery motion. | 2.30 | 205.00 | 471.50 |
| 4/26/22 | JRC | 215 | Continue analysis and review of April 2022 draft of HTA Disclosure Schedule. | 3.20 | 360.00 | 1,152.00 |
| 4/26/22 | IVM | 215 | Review proposed edits to HTA plan of adjustment and impact on tax section. | .70 | 335.00 | 234.50 |
| 4/26/22 | HDB | 215 | Commence review of April 2022 draft HTA Disclosure Statement. | 4.80 | 330.00 | 1,584.00 |
| 4/27/22 | JRC | 215 | Continue review and examination of HTA draft Disclosure Statement as of April 2022. | 4.20 | 360.00 | 1,512.00 |
| 4/27/22 | HDB | 215 | Continue review of HTA disclosure statement. (.7) Commence review of updated draft of the HTA Plan of Adjustment. (3.6) | 4.30 | 330.00 | 1,419.00 |
| 4/27/22 | DOT | 215 | Revise updated plan in connection with PR tax discussion of disclosure statement. | .50 | 240.00 | 120.00 |
| 4/28/22 | JRC | 215 | Finalize review of HTA Disclosure statement (2.80). Commence review of the April 2022 HTA POA (3.40) | 6.20 | 360.00 | 2,232.00 |
| 4/28/22 | HDB | 215 | Continue review of proposed Plan of Adjustment for HTA. (.1.2) Revise Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (v) Approving Forms of Ballots, and Voting and Election Procedures, (vi) Approving Notice of Non-Voting Status, (vii) Fixing Voting, Election, and Confirmation Deadlines, and (viii) Approving Vote Tabulation Procedures (.8) Revise draft Order. (.4) | 2.40 | 330.00 | 792.00 |
| 4/29/22 | JRC | 215 | Finalize review of April 2022 draft of HTA Plan of Adjustment. | 2.20 | 360.00 | 792.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  417152                                                                    April 30, 2022

| 4/29/22 | IVM | 215 | Review edits to HTA plan of adjustment by the O&B team. | .60 | 335.00 | 201.00 |
|---------|-----|-----|---------------------------------------------------------|-----|--------|--------|
| 4/29/22 | HDB | 215 | Revise HTA's Motion for and Order Establishing Procedures and Deadlines Concerning Objection to Confirmation and Discovery. (.6) Review Motion for an Order (i) scheduling a Disclosure Statement Hearing to consider the adequacy of the information contained in the Disclosure Statement, (ii) establishing a deadline by which objections to the adequacy of the Disclosure Statement and replies thereto must be filed, (iii) approving the form of notice of the Disclosure Statement Hearing and related deadlines, (iv) establishing document depository procedures in connection therewith, and (v) granting related relief. (.5)  Review issues regarding check list of filings as per Proskauer. (.3) | 1.40 | 330.00 | 462.00 |
| 4/30/22 | HDB | 215 | Review filing checklist for HTA Plan and Disclosure Statement. | .30 | 330.00 | 99.00 |

TOTAL PROFESSIONAL SERVICES                    $ 16,177.50

Less Discount                                   $ -1,617.75

NET PROFESSIONAL SERVICES:                      $ 14,559.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JOSE R. CACHO | 18.50 | 360.00 | 6,660.00 |
| ISMAEL VICENTY MEDINA | 7.70 | 335.00 | 2,579.50 |
| HERMANN BAUER | 13.50 | 330.00 | 4,455.00 |
| DENISSE ORTIZ TORRES | 7.90 | 240.00 | 1,896.00 |
| GABRIEL MIRANDA RIVERA | 2.30 | 205.00 | 471.50 |
| VANESSA SANCHEZ | .70 | 165.00 | 115.50 |
| **Total** | **50.60** | | **$ 16,177.50** |

**TOTAL THIS INVOICE**                          **$ 14,559.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                      Case No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO, *et al.*

              Debtors.[1]                              (Jointly Administered)

-----------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                      Case No. 17 BK 3567-LTS

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

              Debtor.

-----------------------------------------------------------------x

## COVER SHEET TO SIXTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022

---

[1]     The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2022 through May 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,257.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $8,257.50 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's sixty-first monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2022.


/s/ Jaime A. El Koury
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 17, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period  May 1 through May 31, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 330.00 | 9.30 | 3,069.00 |
| Jose R. Cacho | Member | Corporate | 360.00 | 11.30 | 4,068.00 |
| Carla Garcia Benitez | Member | Litigation | 345.00 | 0.90 | 310.50 |
| Jose L Colon Garcia | Associate | Litigation | 185.00 | 2.60 | 481.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 6.00 | 1,230.00 |
| Vanessa Sanchez | Paralegal | Litigation | 165.00 | 0.10 | 16.50 |
| | | | | | |
| | | | | | |
| | Totals | | | 30.20 | $  9,175.00 |
| | | | | | |
| | Less: 10% Courtesy discount | | | | $   (917.50) |
| **SUMMARY OF LEGAL FEES** | | | | | $  8,257.50 |

**COMMONWEALTH OF PR TITLE III**

**Summary of Disbursements for the Period  May 1 through May 31, 2022**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| Totals | |
| **SUMMARY OF DISBURSEMENTS** | $        - |

**HTA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2022**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Reserch | 0.90 | 310.50 |
| 206 | Documents Filed on Behalf of the Board | 4.90 | 1,015.00 |
| 209 | Adversay Proceeding | 0.20 | 66.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 23.50 | 7,569.00 |
| 219 | Docketing | 0.10 | 16.50 |
| 222 | Claims and Claims Objections | 0.60 | 198.00 |
| | | | |
| | | | $ 9,175.00 |
| | | | |
| | Less: 10% Courtesy discount | | $ (917.50) |
| | | | |
| | **TOTALS** | **30.20** | **$ 8,257.50** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $7,431.75, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $7,431.75.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2022

FOMB IN RE HTA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2022
FOMB IN RE HTA TITLE III                                    Bill #:   418947
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2022:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

|                                   |             |
|-----------------------------------|-------------|
| Total Professional Services       | $ 8,961.00  |
| Less Discount                     | $ -896.10   |
| Net Professional Services         | $ 8,064.90  |
| Total Reimbursable Expenses       | $ .00       |
| **TOTAL THIS INVOICE**            | **$ 8,064.90** |

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/02/22 | JRC | 215 | Analyze final version of HTA PoA as filed. | 1.60 | 360.00 | 576.00 |
| 5/02/22 | HDB | 215 | Review final version of HTA Plan. (.7) Revise final version of HTA Disclosure Statement. (1.1) .Revise final version of DS Approval Motion. (.5) Review exhibits to Disclosure Statement. (.6) Review logistical issues regarding filing Plan and Disclosure Statement. (.3) | 3.20 | 330.00 | 1,056.00 |
| 5/02/22 | HDB | 215 | Review the Limited Objection of Official Committee of Unsecured Creditors to Proposed Scheduling Order With Respect to Approval of Depository Procedures Requested in Urgent Motion of Puerto Rico Highways and Transportation Authority for Order (I) Scheduling Hearing to Consider Adequacy of Information Contained in Disclosure Statement, (II) Establishing Deadline for Filing Objections to Disclosure Statement and Replies Thereto, (III) Approving Form and Manner of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief. | .20 | 330.00 | 66.00 |
| 5/02/22 | GMR | 215 | Review the final version of the Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority, in anticipation to its filing. | .40 | 205.00 | 82.00 |
| 5/02/22 | GMR | 215 | File the Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority, through the court's electronic filing system in Case No. 17-3567. | .20 | 205.00 | 41.00 |
| 5/02/22 | GMR | 215 | Review the final draft of the Disclosure Statement for the Title III Plan of Adjustment for the Puerto Rico Highways and Transportation Authority, in anticipation to its filing. | .50 | 205.00 | 102.50 |

O'Neill & Borges LLC

Bill #:  418947

May 31, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/02/22 | GMR | 215 | File the Disclosure Statement for the Title III Plan of Adjustment for the Puerto Rico Highways and Transportation Authority, through the court's electronic filing system in Case No. 17-3567. | .30 | 205.00 | 61.50 |
| 5/02/22 | GMR | 215 | Review the Urgent motion of Puerto Rico Highways and Transportation Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto; (III) Approving Form and Manner of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief, in anticipation to its filing. | .30 | 205.00 | 61.50 |
| 5/02/22 | GMR | 215 | File the Urgent motion of Puerto Rico Highways and Transportation Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto; (III) Approving Form and Manner of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief, through the court's electronic filing system in case no. 17-3567. | .20 | 205.00 | 41.00 |
| 5/02/22 | GMR | 215 | Review the Motion of the Puerto Rico Highways and Transportation Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures, in anticipation to its filing. | .30 | 205.00 | 61.50 |

O'Neill & Borges LLC

Bill #:  418947                                                                      May 31, 2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/02/22 | GMR | 215 | File the Motion of the Puerto Rico Highways and Transportation Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures, through the court's electronic filing system in case no. 17-3567. | .20 | 205.00 | 41.00 |
| 5/02/22 | GMR | 215 | Review the Motion of the Puerto Rico Highways and Transportation Authority for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith, in anticipation to its filing. | .30 | 205.00 | 61.50 |
| 5/02/22 | GMR | 215 | File the Motion of the Puerto Rico Highways and Transportation Authority for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith, through the court's electronic filing system in case no. 17-3567. | .20 | 205.00 | 41.00 |
| 5/02/22 | GMR | 215 | Email exchange with L. Osaben, S. Ma and A. Weringa in connection with the filing of the HTA Plan, Disclosure Statement and related motions. | .50 | 205.00 | 102.50 |
| 5/02/22 | GMR | 215 | File the Motion of the Puerto Rico Highways and Transportation Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures, through the court's electronic filing system in case no. 17-3567. | .20 | 205.00 | 41.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  418947                                                                                    May 31, 2022

| 5/03/22 | CGB | 202 | Review query from J. Esses regarding availability of interest for failure to pay outstanding invoices due by HTA (0.1); legal research regarding current provision of the Puerto Rico Civil Code of 202 applicable to same (0.3); Draft preliminary response to J. Esses query (0.3). | .70 | 345.00 | 241.50 |
|---|---|---|---|---|---|---|
| 5/04/22 | HDB | 206 | Review the Notice of Filing of Revised Proposed Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto; (III) Approving Form and Manner of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief. | .20 | 330.00 | 66.00 |
| 5/04/22 | HDB | 215 | Review the Spanish Translation of Radio script regarding HTA Plan. (.4)  Review issues regarding translation of disclosure statement. (.5) | .90 | 330.00 | 297.00 |
| 5/04/22 | GMR | 215 | Review the Notice of Filing of Revised Proposed Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto; (III) Approving Form and Manner of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief, in anticipation to its filing. | .30 | 205.00 | 61.50 |
| 5/04/22 | GMR | 215 | File the Notice of Filing of Revised Proposed Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto; (III) Approving Form and Manner of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief, through the court's electronic filing system in case no. 17-3567. | .30 | 205.00 | 61.50 |
| 5/05/22 | HDB | 215 | Review the glossary for translation of HTA disclosure statement. | .60 | 330.00 | 198.00 |
| 5/05/22 | HDB | 215 | Review the Order on Disclosure Statement Scheduling matters. | .20 | 330.00 | 66.00 |
| 5/05/22 | HDB | 215 | Review analysis by C. Garcia regarding interest on unsecured claims. | .20 | 330.00 | 66.00 |

O'Neill & Borges LLC

Bill #:  418947                                                                      May 31, 2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/05/22 | HDB | 222 | Review letter from C. Cuprill regarding Claim No. 168187. | .30 | 330.00 | 99.00 |
| 5/06/22 | CGB | 202 | Final edits to email to J. Esses responding to query on availability of interest for failure to pay outstanding invoices due by HTA. | .20 | 345.00 | 69.00 |
| 5/09/22 | HDB | 215 | Review the UCC's Motion to Inform Agreement regarding Depository Procedures Requested In Urgent Motion Of Puerto Rico Highways And Transportation Authority For Order (I) Scheduling Hearing To Consider Adequacy Of Information Contained In Disclosure Statement, (II) Establishing Deadline For Filing Objections To Disclosure Statement And Replies Thereto, (III) Approving Form And Manner Of Notice Thereof, (IV) Establishing Document Depository Procedures In Connection Therewith, and (V) Granting Related Relief. | .30 | 330.00 | 99.00 |
| 5/09/22 | HDB | 215 | Review the Notice of Filing of Proposed Order (I) Establishing Document Depository Procedures In Connection with Disclosure Statement Hearing, and (II) Granting Related Relief. | .20 | 330.00 | 66.00 |
| 5/09/22 | JJC | 206 | Review the Notice of Filing of Proposed Order (I) Establishing Document Depository Procedures In Connection with Disclosure Statement Hearing, and (II) Granting Related Relief in anticipation of its filing in Case No. 17-3567. | .20 | 185.00 | 37.00 |
| 5/09/22 | JJC | 206 | File the Notice of Filing of Proposed Order (I) Establishing Document Depository Procedures In Connection with Disclosure Statement Hearing, and (II) Granting Related Relief through the court's electronic filing system in Case No. 17-3567. | .20 | 185.00 | 37.00 |
| 5/09/22 | VSN | 219 | Docket court notice received by email dated May 5, 2022, order Dkt. 1171,  regarding the deadline to file an objection, reply, and the scheduled disclosure statement hearing. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 5/13/22 | HDB | 222 | Revise the draft of the  Four Hundred Fifty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Late-Filed Claims. | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  418947                                                                                    May 31, 2022

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/16/22 | HDB | 215 | Revise the Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority. (.6)  Revised Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority. (.8) | 1.40 | 330.00 | 462.00 |
| 5/16/22 | GMR | 206 | File the Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority, through the court's electronic filing system in Case No. 17-3567. | .20 | 205.00 | 41.00 |
| 5/16/22 | GMR | 206 | Corroborate exhibits of the HTA disclosure statement in anticipation to their filing. | .20 | 205.00 | 41.00 |
| 5/16/22 | GMR | 206 | Analyze the Disclosure Statement for the Amended Title III Plan of Adjustment for the Puerto Rico Highways and Transportation Authority, in anticipation to its filing. | .30 | 205.00 | 61.50 |
| 5/16/22 | GMR | 206 | File the Disclosure Statement for the Amended Title III Plan of Adjustment for the Puerto Rico Highways and Transportation Authority, through the court's electronic filing system in case no. 17-3567. | .30 | 205.00 | 61.50 |
| 5/16/22 | GMR | 206 | File the Notice of Filing of Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority and Corresponding Disclosure Statement, through the court's electronic filing system in case no. 17-3567. | .20 | 205.00 | 41.00 |
| 5/16/22 | GMR | 206 | File the Notice of Filing of Revised Proposed Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith, through the court's electronic filing system in case no. 17-3567. | .20 | 205.00 | 41.00 |
| 5/16/22 | GMR | 206 | File the Notice of Filing of Revised Proposed Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures, through the court's electronic filing system in case no. 17-3567. | .20 | 205.00 | 41.00 |

O'Neill & Borges LLC

Bill #:  418947                                                                                    May 31, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/16/22 | GMR | 206 | File the Notice of Filing of Revised Proposed Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures, through the court's electronic filing system in case no. 17-3283. | .20 | 205.00 | 41.00 |
| 5/17/22 | JRC | 215 | Commence analysis of revised amended DS and POA documents related to HTA. | 1.20 | 360.00 | 432.00 |
| 5/17/22 | HDB | 215 | Revise the Notice of Filing of Revised Proposed Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures. (.5) Revise the Revised Proposed Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith. (.3) | .80 | 330.00 | 264.00 |
| 5/18/22 | JRC | 215 | Analyze of version of HTA Disclosure Schedule filed in Court. | 2.60 | 360.00 | 936.00 |
| 5/23/22 | JRC | 215 | Finalize analysis of PR law sections and filings of HTA DS. | 3.70 | 360.00 | 1,332.00 |
| 5/24/22 | JRC | 215 | Finalize analysis of HTA revised plan of adjustment. | 2.20 | 360.00 | 792.00 |
| 5/24/22 | HDB | 206 | Review the Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts. | .30 | 330.00 | 99.00 |
| 5/24/22 | JJC | 206 | Review Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts in anticipation of its filing in Case No. 17-3567. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  418947                                                                                    May 31, 2022

| 5/24/22 | JJC | 206 | File Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts through the court's electronic filing system in Case No. 17-3567. | .20 | 185.00 | 37.00 |
|---|---|---|---|---|---|---|
| 5/24/22 | JJC | 206 | Review the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico to Set a Briefing Schedule for the Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts in anticipation of its filing in Case No. 17-3567. | .20 | 185.00 | 37.00 |
| 5/24/22 | JJC | 206 | File the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico to Set a Briefing Schedule for the Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts through the court's electronic filing system in Case No. 17-3567. | .20 | 185.00 | 37.00 |
| 5/26/22 | JJC | 206 | Review Eleventh Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from October 1, 2021 through January 31, 2022 in anticipation of its filing in Case No. 17-3567. | .20 | 185.00 | 37.00 |
| 5/26/22 | JJC | 206 | File Eleventh Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from October 1, 2021 through January 31, 2022 through the court's electronic filing system in Case No. 17-3567. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  418947                                                                          May 31, 2022

| 5/26/22 | JJC | 206 | Review Notice of Filing of Eleventh Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways and Transportation Authority for the Period from October 1, 2021 through January 31, 2022 in anticipation of its filing in Case No. 17-3567. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                     $ 8,961.00

Less Discount                                   $ -896.10

NET PROFESSIONAL SERVICES:                      $ 8,064.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JOSE R. CACHO | 11.30 | 360.00 | 4,068.00 |
| CARLA GARCIA BENITEZ | .90 | 345.00 | 310.50 |
| HERMANN BAUER | 9.10 | 330.00 | 3,003.00 |
| GABRIEL MIRANDA RIVERA | 6.00 | 205.00 | 1,230.00 |
| J. COLON GARCIA | 1.80 | 185.00 | 333.00 |
| VANESSA SANCHEZ | .10 | 165.00 | 16.50 |
| **Total** | **29.20** | | **$ 8,961.00** |

**TOTAL THIS INVOICE**                          **$ 8,064.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2022

FOMB IN RE HTA TITLE III

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2022
FOMB IN RE HTA TITLE III
Bill #: 418948
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2022:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 214.00 |
| Less Discount | $ -21.40 |
| Net Professional Services | $ 192.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 192.60** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

Client.Matter: P1703 . 801
RE:   17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/11/22 | HDB | 209 | Review order on briefing schedule regarding dismissal of adv. 17-00151. | .20 | 330.00 | 66.00 |
| 5/24/22 | JJC | 206 | Review the Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts in anticipation of its filing in Adv. Proc. 17-151. | .20 | 185.00 | 37.00 |
| 5/24/22 | JJC | 206 | File the Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts through the court's electronic filing system in Adv. Proc. 17-151. | .20 | 185.00 | 37.00 |
| 5/24/22 | JJC | 206 | Review the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico to Set a Briefing Schedule for the Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts in anticipation of its filing in Adv. Proc. 17-151. | .20 | 185.00 | 37.00 |
| 5/24/22 | JJC | 206 | File the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico to Set a Briefing Schedule for the Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts through the court's electronic filing system in Adv. Proc. 17-151. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                                $ 214.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  418948

May 31, 2022

Less Discount

$ -21.40

NET PROFESSIONAL SERVICES:

$ 192.60

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | .20 | 330.00 | 66.00 |
| J. COLON GARCIA | .80 | 185.00 | 148.00 |
| **Total** | **1.00** | | **$ 214.00** |

**TOTAL THIS INVOICE**                                    **$ 192.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE