## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-----------------------------------------------------------------x

## COVER SHEET TO FIFTY-SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2022 through February 28, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $9,405.45 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $9,405.45 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-sixth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2022.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 23, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  February 1 through February 28, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 330.00 | 14.50 | 4,785.00 |
| Jose R. Cacho | Member | Corporate | 360.00 | 0.50 | 180.00 |
| Carla Garcia Benitez | Member | Litigation | 345.00 | 0.10 | 34.50 |
| Carlos E. George | Member | Labor | 265.00 | 3.70 | 980.50 |
| Rosa M. Lazaro | Member | Corporate | 360.00 | 4.10 | 1,476.00 |
| Antonio L. Collazo | Jr. Member | Corporate | 235.00 | 1.20 | 282.00 |
| Jorge A. Candelaria | Associate | Corporate | 195.00 | 0.90 | 175.50 |
| Josué Gonzalez Aldarondo | Associate | Corporate | 210.00 | 10.40 | 2,184.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 1.40 | 287.00 |
| Vanessa Sanchez | Paralegal | Litigation | 165.00 | 0.40 | 66.00 |
| | **Totals** | | | **37.20** | **10,450.50** |
| | **Less: 10% Courtesy discount** | | | | $    **(1,045.05)** |
| **SUMMARY OF LEGAL FEES** | | | | | $     **9,405.45** |

**PREPA TITLE III**

**Summary of Disbursements for the Period February 1 through February 28, 2022**

| Description - Expenses | | | | | Amounts |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | **Totals** | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | | $        **-** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2022**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 4.50 | 945.00 |
| 206 | Documents Filed on Behalf of the Board | 2.00 | 485.00 |
| 207 | Non-Board Court Filings | 2.50 | 825.00 |
| 209 | Adversary Proceeding | 3.30 | 1,090.50 |
| 210 | Analysis and Strategy | 13.40 | 3,615.00 |
| 213 | Labor, Pension Matters | 10.10 | 3,094.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 0.40 | 132.00 |
| 219 | Docketing | 0.40 | 66.00 |
| 221 | Discorver/2004 Examinations | 0.20 | 66.00 |
| 222 | Claims and Claims Objections | 0.40 | 132.00 |
| | | | |
| | | | $ 10,450.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (1,045.05) |
| | | | |
| | **TOTALS** | **37.20** | **$ 9,405.45** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $8,464.91 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $8,464.91.

## **Professional Certification**

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA, SUITE 800
250 MUÑOZ RIVERA AVENUE
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

February 28, 2022

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022
FOMB IN RE PREPA TITLE III
Bill #: 411037
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2022:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 6,549.50 |
| Less Discount | $ -654.95 |
| Net Professional Services | $ 5,894.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,894.55** |

Electronic Invoice

**O'NEILL & BORGES** LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

**PROFESSIONAL SERVICES**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/22 | HDB | 210 | Analyze memorandum by J. Gonzalez regarding Act 114-2007 , as amended by Acts 4-2016 and 17-2019 | .30 | 330.00 | 99.00 |
| 2/01/22 | HDB | 210 | Tel. conf with E. Barak regarding potential mediation regarding Collective Bargaining issues. | .20 | 330.00 | 66.00 |
| 2/02/22 | HDB | 210 | Tel. conf. with R. Emmanuelli regarding request for disclosure of information. (0.4) Review issues regarding potential CBA modification process issues. (0.3) | .70 | 330.00 | 231.00 |
| 2/03/22 | HDB | 210 | Review e-mail by E. Barak regarding UTIER Mediation, (0.1) Review e-mail by R. Tague regarding PREPA CBA analysis. (0.1) Review e-mails by N. Jaresko regarding CBA issues. (0.1) | .30 | 330.00 | 99.00 |
| 2/04/22 | HDB | 222 | Review the Four Hundred Twenty-Seventh Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for Which It Is Not Liable. | .20 | 330.00 | 66.00 |
| 2/04/22 | CEG | 213 | Revise termination letters on UEPI and UITICE CBA. | .40 | 265.00 | 106.00 |
| 2/07/22 | JRC | 210 | Review question from J. Esses of Proskauer regarding statutory ability of a PREPA receiver to raise money and issue debt (.20). Review PREPA organic law regarding same (.30). | .50 | 360.00 | 180.00 |
| 2/07/22 | HDB | 210 | Review issues regarding priority of eminent domain claims under PR Law. | .40 | 330.00 | 132.00 |
| 2/07/22 | GMR | 206 | File the Urgent Consensual Motion for Sixteenth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, through the court's electronic filing system, in Case No. 17-4780. | .20 | 205.00 | 41.00 |

O'Neill & Borges LLC

Bill #:  411037                                                                    February 28, 2022

| Date | Init | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/08/22 | HDB | 210 | Review analysis by C. George regarding administration of PREPA medical benefits, in response to E. Stevens' queries. | .20 | 330.00 | 66.00 |
| 2/08/22 | HDB | 222 | Review the Urgent Consensual Motion for Sixteenth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .20 | 330.00 | 66.00 |
| 2/08/22 | HDB | 210 | Communicate with R. Emmanuelli regarding proposal for mediation of CBA issues. | .20 | 330.00 | 66.00 |
| 2/08/22 | HDB | 213 | Commence review of SREAEE actuarial valuation reports produced by R. Emmanuelli. | 1.40 | 330.00 | 462.00 |
| 2/08/22 | HDB | 210 | Draft brief analysis regarding PREPA Receiver's powers to borrow monies and issue debt. | .60 | 330.00 | 198.00 |
| 2/08/22 | CEG | 213 | Consider legal  grounds for health plan for PREPA retirees (0.4); review  PREPA ERS regulation and benefits guidelines (0.4); review PREPA government board resolutions on health plan (0.9); Exchange emails with E. Stevens regarding PREPA  health plan contribution for retirees (0.4). | 2.10 | 265.00 | 556.50 |
| 2/08/22 | CEG | 213 | Exchange emails with J. Sazant; regarding cancellation of PREPA CBA after a hiatus from the closing of a bargaining unit. | .30 | 265.00 | 79.50 |
| 2/08/22 | VSN | 219 | Docket court notice received by email dated February 8, 2022, order Dkt. 2707, the deadline to file a reply and response regarding Whitefish's administrative expenses. - C. Garcia, H. D. Bauer, and U. Fernandez. | .10 | 165.00 | 16.50 |
| 2/09/22 | HDB | 210 | Review e-mails from S. Levy concerning information required from SREAEE to complete financial models. (.2)  Review response by E. Barak. regarding same. (.1) | .30 | 330.00 | 99.00 |
| 2/09/22 | HDB | 210 | Consider issues regarding implementation of mediation for PREPA CBA negotiation. | .20 | 330.00 | 66.00 |
| 2/09/22 | ALC | 210 | Participate in Tel. conf. with Proskauer and McKinsey to discuss outstanding questions on legal and regulatory matters in connection with the PREPA Best interest Analysis. | .40 | 235.00 | 94.00 |

O'Neill & Borges LLC

Bill #:  411037                                                              February 28, 2022

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/10/22 | CEG | 213 | Attend Teams' meeting with A. Figueroa, FOMB staff, P. Possinger, Proskauer Team, R. Tague, E&Y Team and R. Lazaro regarding PREPA ERS and PREPA RSA strategies | .60 | 265.00 | 159.00 |
| 2/11/22 | HDB | 210 | Review query by Sellout regarding 22 L.P.R.A. § 206(a) in connection with PREPA debt issuances. (.2) Review analysis by J. Pietrantoni regarding same. (.2) | .40 | 330.00 | 132.00 |
| 2/13/22 | JEG | 210 | Review the PREPA Act, and the 2013, 2012, 2010, 2008 and 2004 Power Revenue Bonds Official Statements. (1.7). Research on statutes authoring PREPA to issue bonds over the amounts established in the PREPA Act. (1.4) Draft email to J. Pietrantoni, J. Cacho and H. Bauer with research findings. (0.5). | 3.60 | 210.00 | 756.00 |
| 2/14/22 | JEG | 210 | Analyze Act 111 of 1941, as amended by Act 153 of 1943. (0.4). Draft email to J. Pietrantoni, J. Cacho and H. Bauer regarding same. (0.3) | .70 | 210.00 | 147.00 |
| 2/15/22 | HDB | 221 | Review draft letter to SREAEE's counsel regarding documents to be produced. | .20 | 330.00 | 66.00 |
| 2/16/22 | HDB | 210 | Review edits by E&Y to the document request to SREAEE. | .10 | 330.00 | 33.00 |
| 2/16/22 | CEG | 213 | Review letter to SREAEE's counsel on PREPA ERS request for information. | .30 | 265.00 | 79.50 |
| 2/16/22 | ALC | 210 | Participate in tel. conf. with Proskauer and McKenzie to discuss legal analysis of PREPA Best Interest Test from a PR law perspective. | .80 | 235.00 | 188.00 |
| 2/16/22 | JEG | 210 | Research on statutes enacted after 1943 that may have authorized PREPA to issue bonds in excess of the cap established in its enabling act. | 1.60 | 210.00 | 336.00 |
| 2/18/22 | HDB | 207 | Analyze Urgent motion Pursuant to Section 312 of PROMESA ad Section 105 of the Bankruptcy Code to Compel Mediation and Impose Deadline for a PREPA Plan of Adjustment. | 1.00 | 330.00 | 330.00 |
| 2/22/22 | HDB | 207 | Review the Joinder of National Public Finance Guarantee Corporation to the Urgent Motion of the Ad Hoc Group of PREPA Bondholders Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment. | .20 | 330.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  411037

February 28, 2022

| 2/23/22 | VSN | 219 | Docket court notice received by email dated February 18, 2022, order Dkt. 2719, regarding the deadline to file a reply and response. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
|---|---|---|---|---|---|---|
| 2/24/22 | HDB | 210 | Review letter by R. Emmanuelli regarding invitation for mediation of PREPA CBA issues. (.2) Draft e-mail to E. Barak and P. Possinger regarding same. (.1) | .30 | 330.00 | 99.00 |
| 2/24/22 | HDB | 207 | Review the Joint Reservation of Rights and Request for Relief of Unión de Trabajadores de la Industria Eléctrica y Riego, Inc. (UTIER) and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE) Regarding Urgent Motion of the Ad Hoc Group of PREPA . | .30 | 330.00 | 99.00 |
| 2/25/22 | HDB | 215 | Review the Opposition by the Speaker of the House to the Urgent Motion to Appoint a Mediator and Impose a Deadline to File a Plan of Adjustment. | .40 | 330.00 | 132.00 |
| 2/25/22 | HDB | 210 | Review (i) the Limited Joinder of Fuel Line Lenders to Urgent Motion of the Ad Hoc Group of PREPA Bondholders Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment (.2); and the Verified Statement of the Ad Hoc Group of Fuel Line Lenders Pursuant to Federal Rule of Bankruptcy Procedure 2019. (.1) | .30 | 330.00 | 99.00 |
| 2/25/22 | HDB | 207 | Review the Official Committee of Unsecured Creditors' Objection to Ad Hoc Group of PREPA Bondholders' Motion Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Compel Mediation and Impose Deadlines for a PREPA Plan of Adjustment. | .40 | 330.00 | 132.00 |
| 2/25/22 | HDB | 206 | Review the FOMB's Opposition to the Urgent Motion of the Ad Hoc Group of PREPA Bondholders Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Compel Mediation and Impose Deadlines for a PREPA Plan of Adjustment. (.4) Review AAFAF And PREPA's Joinder To The Objection Of Financial Oversight And Management Board For Puerto Rico To Urgent Motion Of Ad Hoc Group Of PREPA Bondholders To Compel Mediation And Impose Deadlines For PREPA Plan Of Adjustment. (.2) | .60 | 330.00 | 198.00 |
| 2/28/22 | HDB | 210 | Review PPD's caucus' position regarding PREPA RSA. | .20 | 330.00 | 66.00 |

O'Neill & Borges LLC

Bill #: 411037                                                          February 28, 2022

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/28/22 | HDB | 210 | Review PREPA's 2019 Audited Financial Statements. | .80 | 330.00 | 264.00 |
| 2/28/22 | HDB | 207 | Review National's Reply in Support of Urgent Motion of the Ad Hoc Group of PREPA Bondholders Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment. | .30 | 330.00 | 99.00 |
| 2/28/22 | HDB | 207 | Review the Ad Hoc Group of PREPA Bondholders Reply in Support of the Urgent Motion Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment. | .30 | 330.00 | 99.00 |
| 2/28/22 | GMR | 206 | Review the Objection to Urgent Motion of Ad Hoc Group of PREPA Bondholders to Compel Mediation and Impose Deadlines for PREPA Plan of Adjustment, in anticipation to its filing. | .20 | 205.00 | 41.00 |
| 2/28/22 | GMR | 206 | File the Objection to Urgent Motion of Ad Hoc Group of PREPA Bondholders to Compel Mediation and Impose Deadlines for PREPA Plan of Adjustment, through the court's electronic filing system. | .20 | 205.00 | 41.00 |
| 2/28/22 | GMR | 206 | Review the Status Report of the Financial Oversight and Management Board for Puerto Rico in Connection with Court's Order Concerning Proofs of Claim Nos. 11497 and 11790 [ECF No. 20171], in anticipation to its filing. | .20 | 205.00 | 41.00 |
| 2/28/22 | GMR | 206 | File the Status Report of the Financial Oversight and Management Board for Puerto Rico in Connection with Court's Order Concerning Proofs of Claim Nos. 11497 and 11790 [ECF No. 20171], through the court's electronic filing system. | .20 | 205.00 | 41.00 |

TOTAL PROFESSIONAL SERVICES                    $ 6,549.50

Less Discount                                            $ -654.95

NET PROFESSIONAL SERVICES:                     $ 5,894.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | .50 | 360.00 | 180.00 |
| HERMANN BAUER | 11.00 | 330.00 | 3,630.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  411037                                                February 28, 2022

| CARLOS E. GEORGE | 3.70 | 265.00 | 980.50 |
|---|---|---|---|
| ANTONIO L. COLLAZO | 1.20 | 235.00 | 282.00 |
| GABRIEL MIRANDA RIVERA | 1.00 | 205.00 | 205.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 5.90 | 210.00 | 1,239.00 |
| VANESSA SANCHEZ | .20 | 165.00 | 33.00 |
| **Total** | **23.50** | | **$ 6,549.50** |

**TOTAL THIS INVOICE**                        **$ 5,894.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

IN ACCOUNT WITH
~~~ MURRAY, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2022

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2022
FOMB IN RE PREPA TITLE III
Bill #: 411039
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2022:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 1,651.50 |
| | $ -165.15 |
| Net Professional Services | $ 1,486.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,486.35** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
[address block]
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/02/22 | RML | 213 | Review communications on open issues under PREPA ERS and UTIER position on contributions to PREPA ERS. | .40 | 360.00 | 144.00 |
| 2/03/22 | JAC | 213 | Review email from Proskauer Rose LLP regarding discussion with PREPA-ERS board of trustees. | .20 | 195.00 | 39.00 |
| 2/05/22 | RML | 213 | Review inquiries on status of former PREPA ERS participants and options under PREPA ERS plan. | .50 | 360.00 | 180.00 |
| 2/07/22 | JAC | 213 | Draft email response to FOMB staff's inquiry on PREPA-ERS plan. | .50 | 195.00 | 97.50 |
| 2/08/22 | RML | 213 | Review information provided by Attorney Emmanuelli in response to request of information on PREPA ERS. | .40 | 360.00 | 144.00 |
| 2/09/22 | RML | 213 | Exchange emails with Proskauer and E&Y regarding information received on PREPA ERS plan and next steps. | .20 | 360.00 | 72.00 |
| 2/10/22 | RML | 213 | Review comments from union on RCC 278. (0.3) Review RCC 278  and proposed changes. (0.4) Exchange emails with team on RCC 278.(0.3) | 1.00 | 360.00 | 360.00 |
| 2/10/22 | RML | 213 | Tel. conf. with FOMB, E&Y and Proskauer regarding update PREPA ERS. (0.7). Review inquiries on PREPA ERS. (0.4) | 1.10 | 360.00 | 396.00 |
| 2/11/22 | JAC | 213 | Monitor email exchange regarding PREPA-ERS plan. | .20 | 195.00 | 39.00 |
| 2/14/22 | RML | 213 | Review information requested from ERS Trustees. | .20 | 360.00 | 72.00 |
| 2/16/22 | RML | 213 | Review information to be requested from ERS Plan. | .30 | 360.00 | 108.00 |

TOTAL PROFESSIONAL SERVICES                    $ 1,651.50

O'Neill & Borges LLC

Bill #:  411039                                                    February 28, 2022

$ -165.15

NET PROFESSIONAL SERVICES:                      $ 1,486.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 4.10 | 360.00 | 1,476.00 |
| JORGE A. CANDELARIA | .90 | 195.00 | 175.50 |
| **Total** | **5.00** | | **$ 1,651.50** |

**TOTAL THIS INVOICE**                               **$ 1,486.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 Ponce de Leon Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022
FOMB IN RE PREPA TITLE III
Bill #: 411040
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2022:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 627.00 |
| | $ -62.70 |
| Net Professional Services | $ 564.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 564.30** |

**O'NEILL & BORGES** LLC

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 804**
**RE:   17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/22 | HDB | 209 | Review Opinion and Order granting Motion for Summary Judgment dismissing the Second, Sixth, Eighth, and Twelfth Prayers for Relief   as asserted against PREPA and the Individual Defendants in adv. 17-00229-LTS. | .80 | 330.00 | 264.00 |
| 2/08/22 | HDB | 209 | Tel conf with M.Dale, L.Stafford, E.Barak and Proskauer and K.Bolaños regarding PREPA's views on potential settlement. | .50 | 330.00 | 165.00 |
| 2/09/22 | HDB | 209 | Review e-mail from K. Bolaños regarding  LUMA budget approval process in connection with potential settlement of appeal. | .30 | 330.00 | 99.00 |
| 2/25/22 | HDB | 209 | Revise draft Stipulation regarding adv. 17-00229-LTS. | .30 | 330.00 | 99.00 |

TOTAL PROFESSIONAL SERVICES                          $ 627.00

                                                     $ -62.70

NET PROFESSIONAL SERVICES:                           $ 564.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.90 | 330.00 | 627.00 |
| **Total** | **1.90** | | **$ 627.00** |

**TOTAL THIS INVOICE**                               **$ 564.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVE. SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2022

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2022
Bill #:   411041
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2022:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 346.00 |
| | $ -34.60 |
| Net Professional Services | $ 311.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 311.40** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/03/22 | VSN | 219 | Docket court notice received by email dated January 31, 2022, order Dkt. 107, the deadline to file a joint status report. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 2/28/22 | HDB | 209 | Coordinate extension of deadlines with counsel for PREB. (.2)  Review issues regarding extension of time with ICSE. (.2)  Revise draft Motion for Extension of time. (.2) Review e-mails from counsel for PREB regarding draft Motion. (.1) | .70 | 330.00 | 231.00 |
| 2/28/22 | GMR | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report in anticipation to its filing. | .20 | 205.00 | 41.00 |
| 2/28/22 | GMR | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, through the court's electronic filing system. | .20 | 205.00 | 41.00 |
| 2/28/22 | VSN | 219 | Docket court notice received by email dated February 28, 2022, order Dkt. 110, the deadline to file a joint status report. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 346.00 |
| | | $ -34.60 |
| NET PROFESSIONAL SERVICES: | | $ 311.40 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 330.00 | 231.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  411041                                                      February 28, 2022

| GABRIEL MIRANDA RIVERA | .40 | 205.00 | 82.00 |
| VANESSA SANCHEZ | .20 | 165.00 | 33.00 |
| **Total** | **1.30** | | **$ 346.00** |

**TOTAL THIS INVOICE**                                    **$ 311.40**

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022

FOMB IN RE PREPA TITLE III

**RE:  19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2022
Bill #:   411042
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 28, 2022:

**Client.Matter: P1705 - 818**

**RE:  19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 1,078.50 |
| | $ -107.85 |
| Net Professional Services | $ 970.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 970.65** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/02/22 | CGB | 209 | Review and approve J. E. Gonzalez analysis on Puerto Rico law requirements required for the crime of illegal appropriation. | .10 | 345.00 | 34.50 |
| 2/02/22 | HDB | 210 | Review Memorandum by J. E. Gonzalez regarding issues of illegal appropriation under PR Law. | .30 | 330.00 | 99.00 |
| 2/02/22 | JEG | 202 | Conduct research of P.R. Supreme Court case law that details the elements of an illegal appropriation under P.R. law to determine whether there is precedent holding that an illegal appropriation can occur without a transfer of personal property. (3.8). Draft email to J. Hartunian with research findings. (0.7). | 4.50 | 210.00 | 945.00 |

TOTAL PROFESSIONAL SERVICES                $ 1,078.50

$ -107.85

NET PROFESSIONAL SERVICES:                $ 970.65

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .10 | 345.00 | 34.50 |
| HERMANN BAUER | .30 | 330.00 | 99.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 4.50 | 210.00 | 945.00 |
| **Total** | **4.90** | | **$ 1,078.50** |

**TOTAL THIS INVOICE**                **$ 970.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022

FOMB IN RE PREPA TITLE III

**RE: 21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022
Bill #:   411043
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2022:

**Client.Matter: P1705 - 820**

**RE:  21-00041-LTS UTIER RE LUMA**

| | |
|---|---|
| Total Professional Services | $ 99.00 |
| | $ -9.90 |
| Net Professional Services | $ 89.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 89.10** |

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 820**
**RE: 21-00041-LTS UTIER RE LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/03/22 | HDB | 209 | Review Reply in Support of Objection of Cortland Capital Market Services LLC, as Administrative Agent, to Order Denying Motions to be Heard as Amicus Curiae. | .30 | 330.00 | 99.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 99.00 |
|  | $ -9.90 |
| NET PROFESSIONAL SERVICES: | $ 89.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 330.00 | 99.00 |
| **Total** | **.30** |  | **$ 99.00** |

**TOTAL THIS INVOICE**      **$ 89.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2022

FOMB IN RE PREPA TITLE III

**RE: 21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2022
FOMB IN RE PREPA TITLE III
Bill #: 411044
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2022:

**Client.Matter: P1705 - 823**

**RE: 21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

| | |
|---|---|
| Total Professional Services | $ 99.00 |
| | $ -9.90 |
| Net Professional Services | $ 89.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 89.10** |

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

262 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 823**
**RE: 21-00059-LTS RE SENADO DE PUERTO RICO V. CW**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/07/22 | HDB | 209 | Analyze Order granting Debtor's Memorandum of Law and Motion Pursuant to Bankruptcy Code Sections 105(a) and 362 for Order Directing Complaint to be Withdrawn. | .30 | 330.00 | 99.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 99.00 |
|  | $ -9.90 |
| NET PROFESSIONAL SERVICES: | $ 89.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 330.00 | 99.00 |
| **Total** | **.30** | | **$ 99.00** |

**TOTAL THIS INVOICE**                                            **$ 89.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

         Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FIFTY-SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF MARCH 1, 2022 THROUGH MARCH 31, 2022

---

[1]     The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2022 through March 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $4,632.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $4,632.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-seventh monthly fee application in these cases.

### **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2022.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 23, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  March 1 through March 31, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 330.00 | 7.80 | 2,574.00 |
| Jose R. Cacho | Member | Corporate | 360.00 | 0.80 | 288.00 |
| Carlos E. George | Member | Labor | 265.00 | 1.00 | 265.00 |
| Rosa M. Lazaro | Member | Corporate | 360.00 | 2.40 | 864.00 |
| Ubaldo M. Fernandez Barreras | Jr. Member | Litigation | 235.00 | 1.90 | 446.50 |
| Antonio L. Collazo | Jr. Member | Corporate | 235.00 | 0.50 | 117.50 |
| Jorge A. Candelaria | Associate | Corporate | 195.00 | 0.70 | 136.50 |
| Jose J. Colon Garcia | Associate | Litigation | 185.00 | 0.20 | 37.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 1.80 | 369.00 |
| Vanessa Sanchez | Paralegal | Litigation | 165.00 | 0.30 | 49.50 |
| | | | | | |
| | **Totals** | | | **17.40** | **5,147.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ (514.70) |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | $ 4,632.30 |

**PREPA TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2022**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| | |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | $        - |

### PREPA TITLE III

### Summary of Legal Fees for the Period March 1 through March 31, 2022

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 203 | Legal Research | 0.10 | 33.00 |
| 206 | Documents Filed on Behalf of the Board | 2.70 | 687.00 |
| 207 | Non-Board Court Filings | 0.50 | 165.00 |
| 209 | Adversary Proceeding | 1.30 | 429.00 |
| 210 | Analysis and Strategy | 5.60 | 1,641.50 |
| 212 | General Administration | 0.10 | 33.00 |
| 213 | Labor, Pension Matters | 4.10 | 1,265.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 0.60 | 198.00 |
| 219 | Docketing | 0.30 | 49.50 |
| 222 | Claims and Claims Objections | 1.60 | 528.00 |
| 224 | Fee Applicatios O&B | 0.50 | 117.50 |
| | | | |
| | | | |
| | | | $ 5,147.00 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (514.70) |
| | | | |
| | **TOTALS** | **17.40** | **$ 4,632.30** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $4,169.07 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $4,169.07.

## <u>Professional Certification</u>

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2022

FOMB IN RE PREPA TITLE III

**RE:  GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MuÑoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2022
FOMB IN RE PREPA TITLE III
Bill #:   414078
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2022:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 4,718.00 |
| Less Discount | $ -471.80 |
| | |
| Net Professional Services | $ 4,246.20 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 4,246.20** |

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:   GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/01/22 | HDB | 210 | Continue review of notes to PREPA's 2019 Audited Financial Statements. | .70 | 330.00 | 231.00 |
| 3/01/22 | GMR | 210 | Analyze Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 503(b), PROMESA Section 315(a)(3), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Whitefish Energy Holdings, LLC and Granting Related Relief. | .40 | 205.00 | 82.00 |
| 3/01/22 | GMR | 206 | File the  Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 503(b), PROMESA Section 315(a)(3), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Whitefish Energy Holdings, LLC and Granting Related Relief, through the court's electronic filing system in Case No. 17-4780. | .20 | 205.00 | 41.00 |
| 3/02/22 | HDB | 206 | Review the Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 503(b), PROMESA Section 315(a)(3), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Whitefish Energy Holdings, LLC and Granting Related Relief. | .40 | 330.00 | 132.00 |
| 3/02/22 | HDB | 222 | Review e-mail regarding offer and exchange issues by counsel for Caramá Construction concerning Caramá Construction Corp. vs. PREPA. (.2)  Draft e-mail to L. Stafford and J. Herriman regarding same. (.1) | .30 | 330.00 | 99.00 |

O'Neill & Borges LLC

Bill #:  414078

March 31, 2022

| Date | Init. | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/02/22 | HDB | 222 | Review tendered by Appellants Federacion de Maestros de Puerto Rico, Inc., Grupo Magisterial Educadores(as) por la Democracia, Unidad, Cambio, Militancia y Organizacion Sindical, Inc. and Union Nacional de Educadores y Trabajadores de la Educacion, Inc. in Appeal No. 22-1080. | 1.10 | 330.00 | 363.00 |
| 3/02/22 | HDB | 210 | Tel. conf. with E. Barak, P. Possinger and Proskauer Team Members, AK Mahadevan, P. Smulders and others from McKinsey regarding PREPA BIT analysis. | .60 | 330.00 | 198.00 |
| 3/02/22 | ALC | 210 | Participate in tel. conf. with Proskauer and McKensy to discuss outstanding legal questions in connection with PREPA best interest analysis. | .50 | 235.00 | 117.50 |
| 3/03/22 | RML | 213 | Tel. conf. with call with PREPA regarding strategy sessions. | .60 | 360.00 | 216.00 |
| 3/03/22 | CEG | 213 | Tel. conf. with  A. Figueroa and FOMB staff, E. Barak and Proskauer team, R. Tague and E&Y team, and R. M. Lazaro, regarding  PREPA ERS and PREPA RSA strategies. | .50 | 265.00 | 132.50 |
| 3/08/22 | HDB | 207 | Review Motion Submitting Notice of Termination of PREPA RSA. | .30 | 330.00 | 99.00 |
| 3/08/22 | GMR | 206 | Review the Urgent Consensual Motion for Seventeenth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, in anticipation to its filing. | .20 | 205.00 | 41.00 |
| 3/08/22 | GMR | 206 | File the Urgent Consensual Motion for Seventeenth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, through the court's electronic filing system in Case No. 17-4780. | .20 | 205.00 | 41.00 |
| 3/09/22 | HDB | 210 | Analyze the Opinion and Order Denying Motion to Compel Mediation and Set Deadline to File PREPA POA. | .70 | 330.00 | 231.00 |
| 3/09/22 | HDB | 210 | Review queries by AK Mahadevan regarding PREPA BIT (.2). | .20 | 330.00 | 66.00 |
| 3/09/22 | ALC | 210 | Participate in Tel. conf. with Proskauer and McKenzie to discuss PREPA law issues and rate related matters as part of BIT analysis. | .90 | 235.00 | 211.50 |
| 3/10/22 | HDB | 207 | Review Informative Motion by Speaker of the House. | .20 | 330.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  414078                                                                    March 31, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/14/22 | HDB | 215 | Review draft status report regarding PREPA Title III mediation issues. | .30 | 330.00 | 99.00 |
| 3/14/22 | HDB | 222 | Review the Status Report of the Financial Oversight and Management Board for Puerto Rico in Connection with Court's Order Concerning Proofs of Claim Nos. 11497 and 11790. | .20 | 330.00 | 66.00 |
| 3/14/22 | VSN | 219 | Docket court notice received by email dated March 8, 2022, order Dkt. 2748, the deadline to file a joint status report and file a proposed plan of adjustment, disclosure statement, and proposed deadlines. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 3/14/22 | VSN | 219 | Docket court notice received by email dated March 8, 2022, order Dkt. 2749, the deadline to file a response and reply regarding Whitefish administrative claim. - C. Garcia, H. D. Bauer, and U. Fernandez. | .10 | 165.00 | 16.50 |
| 3/15/22 | HDB | 212 | Draft message to counsel for the UEPI regarding PREPA Mediation. | .10 | 330.00 | 33.00 |
| 3/16/22 | HDB | 203 | Review the order Amending Scope of March 8, 2022 Order Requiring Status Report on PREPA Mediation. | .10 | 330.00 | 33.00 |
| 3/16/22 | HDB | 206 | Review the PREPA Ad Hoc Bondholders, National and Assured's Motion on Order Amending Scope of March 18, 2022, Status Report Required by the Order Denying Urgent Motion of the Ad Hoc Group of PREPA Bondholders to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment and Directing Additional Consultation and Filings. | .20 | 330.00 | 66.00 |
| 3/16/22 | GMR | 206 | Review the Certificate of No Objection to the Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 503(b), PROMESA Section 315(a)(3), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Whitefish Energy Holdings, LLC and Granting Related Relief, in anticipation to its filing. | .20 | 205.00 | 41.00 |

O'Neill & Borges LLC

Bill #:  414078

March 31, 2022

| 3/16/22 | GMR | 206 | File the Certificate of No Objection to the Motion of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 503(b), PROMESA Section 315(a)(3), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Whitefish Energy Holdings, LLC and Granting Related Relief, through the court's electronic filing system in Case No. 17-4780. | .20 | 205.00 | 41.00 |
|---|---|---|---|---|---|---|
| 3/17/22 | HDB | 206 | Revise the Motion Submitting Government Parties' Status Report in Furtherance of March 8, 2022 Court Order Regarding Mediation of a PREPA Plan of Adjustment. | .30 | 330.00 | 99.00 |
| 3/17/22 | UMF | 224 | Draft O&B's monthly fee statement for November 2021 in the Title III case of PREPA. | .30 | 235.00 | 70.50 |
| 3/17/22 | UMF | 224 | Draft monthly fee statement of O&B for the December 2021 in the Title III case of PREPA. | .20 | 235.00 | 47.00 |
| 3/17/22 | JJC | 206 | File Motion Submitting Government Parties' Status Report in Furtherance of March 8, 2022 Court Order Regarding Mediation of a PREPA Plan of Adjustment through the court's electronic filing system in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 3/21/22 | JRC | 210 | Review memo from D. Desatnik regarding provisions under Acts 57 and 17 to raise PREPA electricity rates(.40). Review statutory provisions (.40). | .80 | 360.00 | 288.00 |
| 3/21/22 | HDB | 210 | Review issues regarding PREB rate setting criteria. | .30 | 330.00 | 99.00 |
| 3/22/22 | VSN | 219 | Docket court notice received by email dated March 21, 2022, order Dkt. 2764, the deadline to file an amended list of material interested parties. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 3/23/22 | HDB | 215 | Tel. conf with Roberto Maldonado Nieves regarding PREPA mediation. (.2)  Draft e-mail to E. Barak regarding same. (.1) | .30 | 330.00 | 99.00 |
| 3/28/22 | RML | 213 | Review matter regarding PREPA/ UTIER term sheet. | 1.40 | 360.00 | 504.00 |
| 3/28/22 | JAC | 213 | Review preliminary UTIER-PREPA term sheet. | .70 | 195.00 | 136.50 |
| 3/30/22 | ALC | 210 | Participate in telephone conference with Proskauer and McKenzie to continue discussions and analysis of potential PREPA rate increase in connection with Best Interest analysis. | .50 | 235.00 | 117.50 |

O'Neill & Borges LLC

Bill #:  414078                                                                          March 31, 2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/30/22 | GMR | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, in anticipation to its filing in Adversary Proceeding No. 17-256. | .20 | 205.00 | 41.00 |
| 3/30/22 | GMR | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, through the court's electronic filing system in Adversary Proceeding No. 17-256. | .20 | 205.00 | 41.00 |
| 3/31/22 | RML | 213 | Tel. conf. with FOMB, E&Y, Proskauer and OB regarding PREPA ERS and PREPA RSA Strategies. | .40 | 360.00 | 144.00 |
| 3/31/22 | HDB | 206 | Review the Status Report of Government Parties Regarding 9019 Motion and COVID 19. | .20 | 330.00 | 66.00 |
| 3/31/22 | CEG | 213 | Participate in conference call with A. Figueroa and FOMB staff. S. Levy and E&Y team, P. Possinger and Proskauer team, and R. Lazaro, regarding PREPA ERS and PREPA RSA Strategies. | .50 | 265.00 | 132.50 |

TOTAL PROFESSIONAL SERVICES                                    $ 4,718.00

Less Discount                                                            $ -471.80

NET PROFESSIONAL SERVICES:                                    $ 4,246.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | .80 | 360.00 | 288.00 |
| ROSA M. LAZARO | 2.40 | 360.00 | 864.00 |
| HERMANN BAUER | 6.50 | 330.00 | 2,145.00 |
| CARLOS E. GEORGE | 1.00 | 265.00 | 265.00 |
| ANTONIO L. COLLAZO | 1.90 | 235.00 | 446.50 |
| UBALDO M. FERNANDEZ BARRERA | .50 | 235.00 | 117.50 |
| JORGE A. CANDELARIA | .70 | 195.00 | 136.50 |
| GABRIEL MIRANDA RIVERA | 1.80 | 205.00 | 369.00 |
| J. COLON GARCIA | .20 | 185.00 | 37.00 |
| VANESSA SANCHEZ | .30 | 165.00 | 49.50 |
| **Total** | **16.10** | | **$ 4,718.00** |

**TOTAL THIS INVOICE**                                          **$ 4,246.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2022

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 DE MURGA 48, HATO REY, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2022
FOMB IN RE PREPA TITLE III
Bill #:   414080
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2022:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 330.00 |
| | $ -33.00 |
| Net Professional Services | $ 297.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 297.00** |

252 Ponce de León Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

In account with

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/03/22 | HDB | 209 | Review Notice of Appeal. No. 22-1164. | .20 | 330.00 | 66.00 |
| 3/04/22 | HDB | 209 | Review proposed e-mail to UTIER regarding dismissal of Appeal No. 22-1164. | .20 | 330.00 | 66.00 |
| 3/10/22 | HDB | 209 | Review issues regarding stipulation for dismissal of appeal. | .20 | 330.00 | 66.00 |
| 3/11/22 | HDB | 209 | Review e-mails by J. Richman regarding dismissal of appeal No. 22-1164. (.1) Review e-mail from S. Peñagaricano stating the DOJ's position regarding same. (.1) | .20 | 330.00 | 66.00 |
| 3/16/22 | HDB | 209 | Review Motion by UTIER to dismiss Appeal No. 22-1164. | .20 | 330.00 | 66.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 330.00 |
|  | $ -33.00 |
| NET PROFESSIONAL SERVICES: | $ 297.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.00 | 330.00 | 330.00 |
| **Total** | **1.00** | | **$ 330.00** |

| **TOTAL THIS INVOICE** | **$ 297.00** |
|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2022

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2022
FOMB IN RE PREPA TITLE III
Bill #:   415796
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2022:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---:|
| Total Professional Services | $ 99.00 |
| Less Discount | $ -9.90 |
| Net Professional Services | $ 89.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 89.10** |

# O'Neill & Borges LLC

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/30/22 | HDB | 209 | Review draft Motion for Extension of Time. (0.2) Coordinate consent to extension by PREB and ICSE. (0.1) | .30 | 330.00 | 99.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 99.00 |
| Less Discount | | $ -9.90 |
| NET PROFESSIONAL SERVICES: | | $ 89.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 330.00 | 99.00 |
| **Total** | **.30** | | **$ 99.00** |

**TOTAL THIS INVOICE**     **$ 89.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------x

## COVER SHEET TO FIFTY-EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2022 through April 30, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,875.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,875.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifty-eighth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2022.

 /s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 17, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  April 1 through April 30, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | 330.00 | 5.30 | 1,749.00 |
| Carlos G. George | Member | Labor | 265.00 | 1.90 | 503.50 |
| Rosa M. Lazaro | Member | Corporate | 360.00 | 0.60 | 216.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 2.90 | 594.50 |
| Vanessa Sanchez | Paralegal | Litigation | 165.00 | 0.80 | 132.00 |
| | **Totals** | | | **11.50** | **$    3,195.00** |
| | **Less: 10% Courtesy discount** | | | | **$      (319.50)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$    2,875.50** |

**PREPA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2022**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| | |
| **SUMMARY OF DISBURSEMENTS** | **$                     -** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2022**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 203 | Hearings and Non-Field Comm. With Court | 0.30 | 99.00 |
| 206 | Documents Filed on Behalf of the Board | 1.10 | 225.50 |
| 207 | Non-Board Court Filings | 0.60 | 198.00 |
| 208 | Stay Matters | 1.00 | 330.00 |
| 209 | Adversary Proceeding | 1.60 | 528.00 |
| 210 | Analysis and Strategy | 1.10 | 313.00 |
| 212 | General Administration | 0.30 | 99.00 |
| 213 | Labor, Pension Matters | 3.90 | 1,006.50 |
| 219 | Docketing | 0.30 | 49.50 |
| 222 | Claims and Claims Objections | 0.80 | 264.00 |
| 224 | Fee Application O&B | 0.50 | 82.50 |
|  |  |  | $ 3,195.00 |
|  | Less: 10% Courtesy discount |  | $ (319.50) |
|  | **TOTALS** | **11.50** | $ **2,875.50** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,587.95 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,587.95.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2022

FOMB IN RE PREPA TITLE III

**RE:  GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2022
FOMB IN RE PREPA TITLE III                                        Bill #:   417155
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2022:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 2,352.50 |
| Less Discount | $ -235.25 |
| Net Professional Services | $ 2,117.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,117.25** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/22 | HDB | 210 | Review Order setting PREPA Mediation Team. | .20 | 330.00 | 66.00 |
| 4/01/22 | HDB | 222 | Review the Four Hundred Forty-Fifth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for which PREPA is not Liable. | .20 | 330.00 | 66.00 |
| 4/01/22 | HDB | 222 | Review the  Four Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims. | .20 | 330.00 | 66.00 |
| 4/01/22 | HDB | 222 | Review the Four Hundred Forty-Eighth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for Which it Is Not Liable. | .20 | 330.00 | 66.00 |
| 4/01/22 | HDB | 222 | Review the Four Hundred Forty-Ninth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Overstated Claims. | .20 | 330.00 | 66.00 |
| 4/01/22 | VSN | 224 | As requested by U. Fernandez, prepare exhibits for the O&B fifty-second monthly fee application in the PREPA Title III, case no. 17-4780, for attorney review. | .20 | 165.00 | 33.00 |
| 4/01/22 | VSN | 224 | As requested by U. Fernandez, prepare exhibits for the O&B fifty-third monthly fee application in the PREPA Title III, case no. 17-4780, for attorney review. | .20 | 165.00 | 33.00 |
| 4/01/22 | VSN | 224 | As requested by U. Fernandez, prepare exhibits for the O&B fifty-fourth monthly fee application in the PREPA Title III, case no. 17-4780, for attorney review. | .10 | 165.00 | 16.50 |
| 4/04/22 | VSN | 219 | Docket court notice received by email dated April 1, 2022, order Dkt. 2767, the deadline to file an objection regarding the preliminary designation of a mediation team. - H. D. Bauer, C. Garcia, and U. Fernandez. | .10 | 165.00 | 16.50 |

O'Neill & Borges LLC

Bill #:  417155                                                                                      April 30, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/06/22 | HDB | 207 | Review Motion by ICSE Requesting Mediation Process and Participation. | .40 | 330.00 | 132.00 |
| 4/08/22 | HDB | 203 | Review Order regarding Terms and Conditions regarding PREPA Mediation. | .30 | 330.00 | 99.00 |
| 4/12/22 | HDB | 212 | Review e-mail by J. Sazant regarding mediation participation by UEPI. (.1)  Tel. conf. with G. Miranda regarding prior discussions with counsel for UEPI. (.2) | .30 | 330.00 | 99.00 |
| 4/12/22 | HDB | 210 | Respond to e-mail by L. Santa Crispin concerning settlement involving PREPA. | .30 | 330.00 | 99.00 |
| 4/12/22 | CEG | 213 | Review pleadings related  damages complaint against PREPA, regarding work related accident (0.4). Revise email  regarding Employer Immunity Defense under Workers' Compensation System Law (0.3) | .70 | 265.00 | 185.50 |
| 4/12/22 | GMR | 210 | Review Correspondence with J. Sazant regarding UEPI and the possibility of it forming part of the PREPA mediation. (0.2) Tel. conf. wit H. D. Bauer regarding same. (0.2) | .40 | 205.00 | 82.00 |
| 4/14/22 | CEG | 213 | Review  court order  regarding several issues on pending mediation (0.1). Review UEPIs legal documents for invitation to mediation and potential legal concerns regarding same. (0.3) | .40 | 265.00 | 106.00 |
| 4/14/22 | GMR | 213 | Email exchange with J. Sazant and C. George regarding PREPA mediation and UEPI. | .30 | 205.00 | 61.50 |
| 4/14/22 | GMR | 213 | Analyze Order Appointing Mediation Team and Order Establishing the Terms and Conditions of Mediation (ECF Nos. 20526 and 20527) (0.3). Draft summary for discussion with C. George in anticipation of call with J. Sazant and president of UEPI (0.5). | .80 | 205.00 | 164.00 |
| 4/19/22 | CEG | 213 | Tel. conf. with J. Sazant and G. Miranda regarding several issues on mediation and union participation (0.3) Tel. conf. with UEPI president regarding related mediation (0.3). | .60 | 265.00 | 159.00 |
| 4/19/22 | GMR | 213 | Participate in telephone conference with J. Sazant and C. George to discuss issues concerning UEPI and possible inclusion to the PREPA mediation team. | .30 | 205.00 | 61.50 |
| 4/20/22 | HDB | 208 | Analyze stay relief motion by PV Properties. | .60 | 330.00 | 198.00 |

O'Neill & Borges LLC

Bill #:  417155                                                                                    April 30, 2022

| 4/25/22 | GMR | 206 | Review the Urgent Consensual Motion of Financial Oversight and Management Board to Extend May 2, 2022 Deadline, in anticipation to its filing. (.2) Tel. conf. with J. Sazant and C. George regarding union's participation in PREPA mediation. (.3) | .50 | 205.00 | 102.50 |
|---|---|---|---|---|---|---|
| 4/25/22 | GMR | 206 | File the Urgent Consensual Motion of Financial Oversight and Management Board to Extend May 2, 2022 Deadline, through the court's electronic filing system in Case No. 17-4780. | .20 | 205.00 | 41.00 |
| 4/26/22 | VSN | 219 | Docket court notice received by email dated April 25, 2022, order Dkt. 2785, the deadline to file a consensual motion. - H. D. Bauer. C. Garcia, U. Fernandez. | .10 | 165.00 | 16.50 |
| 4/27/22 | HDB | 207 | Review the Urgent Application of Official Committee of Unsecured Creditors' for Entry of Order Authorizing Employment and Retention of London Economics International LLC as Financial Advisor, Effective as of April 26, 2022, in PREPA's Title III Case. | .20 | 330.00 | 66.00 |
| 4/27/22 | HDB | 208 | Tel. conf with F. Agrait regarding extension to respond to 362 Motion by PV Properties.  (.2) Review issues regarding extension with E. Barak. (.2) | .40 | 330.00 | 132.00 |
| 4/27/22 | CEG | 213 | Tel. conf. with A. G. Torres, counsel for UEPI regarding PREPA mediation process. | .20 | 265.00 | 53.00 |
| 4/29/22 | HDB | 210 | Review Motion to inform 5th Amended Notice of Appointment of Official Committee of Unsecured Creditors . | .20 | 330.00 | 66.00 |

TOTAL PROFESSIONAL SERVICES                          $ 2,352.50

Less Discount                                                        $ -235.25

NET PROFESSIONAL SERVICES:                          $ 2,117.25

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.70 | 330.00 | 1,221.00 |
| CARLOS E. GEORGE | 1.90 | 265.00 | 503.50 |
| GABRIEL MIRANDA RIVERA | 2.50 | 205.00 | 512.50 |
| VANESSA SANCHEZ | .70 | 165.00 | 115.50 |
| **Total** | **8.80** | | **$ 2,352.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  417155                                                                    April 30, 2022

**TOTAL THIS INVOICE**                                          **$ 2,117.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2022

FOMB IN RE PREPA TITLE III

**RE:  FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2022
FOMB IN RE PREPA TITLE III
Bill #:   417156
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2022:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 216.00 |
| | $ -21.60 |
| Net Professional Services | $ 194.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 194.40** |

IN ACCOUNT WITH 250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/13/22 | RML | 213 | Tel. conf. with FOMB, Proskauer and EY regarding ERS and RSA meetings. | .60 | 360.00 | 216.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 216.00 |
| | | $ -21.60 |
| NET PROFESSIONAL SERVICES: | | $ 194.40 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | .60 | 360.00 | 216.00 |
| **Total** | **.60** | | **$ 216.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 194.40** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2022

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2022
FOMB IN RE PREPA TITLE III
Bill #: 417158
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2022:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 626.50 |
| Less Discount | $ -62.65 |
| Net Professional Services | $ 563.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 563.85** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/22 | HDB | 209 | Review e-mails from K. Bolaños regarding Stipulation with PREB in adv. 17-00256. | .20 | 330.00 | 66.00 |
| 4/04/22 | VSN | 219 | Docket court notice received by email dated March 31, 2022, order Dkt. 113, the deadline to file a joint status report. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 4/19/22 | HDB | 209 | Revise draft Stipulation for Dismissal of adv. 17-00256. | .20 | 330.00 | 66.00 |
| 4/25/22 | HDB | 209 | Review Urgent Consensual Motion of Financial Oversight and Management Board to Extend May 2, 2022 Deadline. (.2)  Review Order granting the same. (.1) | .30 | 330.00 | 99.00 |
| 4/28/22 | HDB | 209 | Review e-mail by L.Stafford regarding extension of time for status report in adv. 17-00256. (.1) Coordinate extension of time with PREB. (.2) | .30 | 330.00 | 99.00 |
| 4/29/22 | HDB | 209 | Follow up with counsel for PREB regarding extension of deadlines in adv. 17-00256. (.4) Review updated draft of Extension Motion. (.2) | .60 | 330.00 | 198.00 |
| 4/29/22 | GMR | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, in anticipation to its filing. | .20 | 205.00 | 41.00 |
| 4/29/22 | GMR | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report, through the court's electronic filing system. | .20 | 205.00 | 41.00 |

TOTAL PROFESSIONAL SERVICES                         $ 626.50

Less Discount                                              $ -62.65

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  417158

April 30, 2022

NET PROFESSIONAL SERVICES:                     $ 563.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.60 | 330.00 | 528.00 |
| GABRIEL MIRANDA RIVERA | .40 | 205.00 | 82.00 |
| VANESSA SANCHEZ | .10 | 165.00 | 16.50 |
| **Total** | **2.10** | | **$ 626.50** |

**TOTAL THIS INVOICE**                          **$ 563.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

       Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------x

## COVER SHEET TO FIFTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2022 through May 31, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | $5,343.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $5,343.30 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's fifty-ninth monthly fee application in these cases.

### **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2022.


/s/ Jaime A. El Koury
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On November 17, 2022, sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn:  Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period  May 1 through May 31, 2022**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | 360.00 | 0.60 | 216.00 |
| Hermann D. Bauer | Member | Litigation | 330.00 | 7.80 | 2,574.00 |
| Jose R. Cacho | Member | Corporate | 360.00 | 0.60 | 216.00 |
| Carla Garcia Benitez | Member | Litigation | 345.00 | 1.80 | 621.00 |
| Carlos G. George | Member | Labor | 265.00 | 1.70 | 450.50 |
| Rosa M. Lazaro | Member | Corporate | 360.00 | 0.80 | 288.00 |
| Antonio L Collazo | Jr. Member | Corporate | 235.00 | 3.20 | 752.00 |
| Jorge A Candelaria | Associate | Corporate | 195.00 | 0.20 | 39.00 |
| Jose L Colon Garcia | Associate | Litigation | 185.00 | 1.20 | 222.00 |
| Josue E Aldarondo | Associate | Corporate | 210.00 | 1.70 | 357.00 |
| Gabriel Miranda Rivera | Associate | Litigation | 205.00 | 0.50 | 102.50 |
| Vanessa Sanchez | Paralegal | Litigation | 165.00 | 0.60 | 99.00 |
| | **Totals** | | | **20.70** | **$   5,937.00** |
| | **Less: 10% Courtesy discount** | | | | **$     (593.70)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$   5,343.30** |

**PREPA TITLE III**

**Summary of Disbursements for the Period  May 1 through May 31, 2022**

| Description - Expenses | Amounts |
|---|---|
| | |
| | |
| **SUMMARY OF DISBURSEMENTS** | **$                   -** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2022**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | | 3.90 | 1,129.50 |
| 206 | Documents Filed on Behalf of the Board | 2.20 | 489.50 |
| 207 | Non-Board Court Filings | 0.40 | 132.00 |
| 209 | Adversary Proceeding | 1.90 | 627.00 |
| 210 | Analysis and Strategy | 3.80 | 950.00 |
| 212 | General Administration | 0.50 | 172.50 |
| 213 | Labor, Pension Matters | 1.00 | 327.00 |
| 215 | | 1.30 | 438.00 |
| 219 | Docketing | 0.60 | 99.00 |
| 222 | Claims and Claims Objections | 5.10 | 1,572.50 |
| | | | $ 5,937.00 |
| | **Less: 10% Courtesy discount** | | $ (593.70) |
| | **TOTALS** | **20.70** | $ 5,343.30 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $4,808.97 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $4,808.97.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2022

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH

252 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2022
FOMB IN RE PREPA TITLE III
Bill #:    418949
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2022:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 4,715.50 |
| Less Discount | $ -471.55 |
| | |
| Net Professional Services | $ 4,243.95 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 4,243.95** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/04/22 | HDB | 222 | Review Memorandum Order Denying Foreman Group Administrative Claim. | .20 | 330.00 | 66.00 |
| 5/05/22 | HDB | 222 | Review list of objection for PREPA's June Omnibus Objections to claim. | .30 | 330.00 | 99.00 |
| 5/09/22 | VSN | 219 | Docket court notice received by email dated April 29, 2022, order Dkt. 116,  regarding the deadline to file a joint status report. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 5/10/22 | HDB | 206 | Review the Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 330.00 | 66.00 |
| 5/10/22 | GMR | 206 | Analyze the Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027, in anticipation to its filing. | .30 | 205.00 | 61.50 |
| 5/10/22 | GMR | 206 | File the Motion for Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system in Case No. 17-4780. | .20 | 205.00 | 41.00 |
| 5/13/22 | HDB | 222 | Review the Four Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Duplicate Claims. | .30 | 330.00 | 99.00 |
| 5/13/22 | HDB | 222 | Revise the Four Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims. | .20 | 330.00 | 66.00 |
| 5/16/22 | HDB | 207 | Review the Supplemental Declaration of Todd Filsinger in Support of the Application of PREPA in Accordance with the PRRADA. | .20 | 330.00 | 66.00 |
| 5/17/22 | JRC | 202 | Exchange emails with E. Stevens of Proskauer, J. Pietrantoni and J. Gonzalez regarding PREPA enabling act issue regarding bond issuance authority. | .30 | 360.00 | 108.00 |

O'Neill & Borges LLC

Bill #:  418949                                                                                          May 31, 2022

| 5/17/22 | JP | 202 | Exchange emails with E. Stevens of Proskauer, J. Cacho and J. Gonzalez regarding PREPA enabling act issue regarding bond issuance authority. | .30 | 360.00 | 108.00 |
|---------|-----|-----|-----|-----|-----|-----|
| 5/17/22 | JEG | 202 | Research to obtain Act No. 19, approved April 8, 1942. (0.6). Draft email forwarding same to Elliot Stevens. (0.1). | .70 | 210.00 | 147.00 |
| 5/18/22 | HDB | 222 | Review reports regarding guilty plea by A. Tribble and D. Ellison in connection with Cobra Admin claim motion. | .30 | 330.00 | 99.00 |
| 5/18/22 | ALC | 210 | Participate in Tel. conf. with McKinsey and Proskauer to discuss status of PREPA mediation and local law issues analysis. | .50 | 235.00 | 117.50 |
| 5/18/22 | JAC | 213 | Review UTIER-PREPA term sheet and deck prepared by EY as shared by R. M. Lazaro. | .20 | 195.00 | 39.00 |
| 5/19/22 | HDB | 207 | Review Notice of Supplemental & Partial Payment of Insurance Proceeds. | .20 | 330.00 | 66.00 |
| 5/20/22 | HDB | 210 | Review analysis by A. Collazo regarding budget authority under the OM&A and PR Law. | .30 | 330.00 | 99.00 |
| 5/25/22 | HDB | 206 | Review THE Urgent motion of Financial Oversight and Management Board to Extend June 1, 2022 Deadline. | .30 | 330.00 | 99.00 |
| 5/25/22 | JJC | 206 | Review the Urgent motion of Financial Oversight and Management Board to Extend June 1, 2022 Deadline in anticipation of its filing in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 5/25/22 | JJC | 206 | File the Urgent motion of Financial Oversight and Management Board to Extend June 1, 2022 Deadline through the court's electronic filing system in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 5/26/22 | CGB | 202 | Analyze M. Skrzynski query regarding Puerto Rico law options for COBRA collection efforts (0.1); Review COBRA's motion for allowance and payment of administrative expense (0.1); Draft email to M. Skrzynski to confirm the nature of the requested research (0.1). | .30 | 345.00 | 103.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  418949                                                                    May 31, 2022

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/26/22 | CGB | 202 | Analyze 2020 memoranda discussion collection options for claimants against government entities to verify current accuracy and applicability to queried issue regarding COBRA collection options (0.3); Draft preliminary response to M. Skrzynski (0.2);  Coordinate additional research needed with A. L. Collazo (0.1); Review J. E. Gonzalez email regarding results of legal research for updated case law interpreting Act 66-2014 (0.1). | .70 | 345.00 | 241.50 |
| 5/26/22 | CGB | 212 | Review email from E. Barak regarding Walter Higgins administrative expense claim (0.1); Analyze Docket No. 21029 regarding same (0.2); Draft email to H. D. Bauer and A. L. Collazo to coordinate next steps in the analysis of same (0.1). | .40 | 345.00 | 138.00 |
| 5/26/22 | HDB | 222 | Review Motion for Allowance of Administrative Expense by W. Higgins. | .30 | 330.00 | 99.00 |
| 5/26/22 | HDB | 215 | Review Notice of Extension of PREPA Mediation. | .20 | 330.00 | 66.00 |
| 5/26/22 | HDB | 222 | Review query regarding non-Title III recourse for Cobra to collect on invoices. | .30 | 330.00 | 99.00 |
| 5/26/22 | HDB | 215 | Review Limited Objection of Official Committee of Unsecured Creditors to Urgent Consensual Motion of Financial Oversight and Management Board to Extend June 1, 2022 Deadline. | .30 | 330.00 | 99.00 |
| 5/26/22 | ALC | 210 | Review email from M. A. Skrzynski to C. Garcia with questions regarding Cobra claims against PREPA and potential issues outside Title III stay. | .20 | 235.00 | 47.00 |
| 5/26/22 | ALC | 210 | Draft email to C. Garcia regarding Cobra claims against PREPA and potential issues outside Title III stay. | .10 | 235.00 | 23.50 |
| 5/26/22 | ALC | 210 | Analyze of PREB powers under Act 57 to identify potential role of PREB or any other related implication regarding Cobra's claims against PREPA and potential issues of claims for collection of payment by Cobra outside Title III stay. | .70 | 235.00 | 164.50 |
| 5/26/22 | ALC | 210 | Review Cobra's Administrative Expense Motion to address questions by Proskauer regarding Cobra claims against PREPA and potential issues on collection of monies by Cobra outside Title III stay. | .40 | 235.00 | 94.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 418949　　　　　　　　　　　　　　　　　　　　　　　May 31, 2022

| 5/26/22 | ALC | 210 | Analyze of Act 83 to identify potential implications or effects on debt collection process against PREPA in connection with Cobra's claims against PREPA for payment of monies related to grid restoration after hurricanes. | 1.30 | 235.00 | 305.50 |
|---|---|---|---|---|---|---|
| 5/26/22 | JEG | 202 | At the request of A. Collazo, conduct research on case law interpreting Section 29 of Act 66-2014 or statutes amending said provision. (0.9). Draft email to A. Collazo and C. Garcia with research findings. (0.1) | 1.00 | 210.00 | 210.00 |
| 5/26/22 | VSN | 219 | Docket court notice received by email dated May 25, 2022, order Dkt. 2820, the deadline to file a response and reply regard Dkt. 2785 and 2819. | .10 | 165.00 | 16.50 |
| 5/26/22 | VSN | 219 | Docket court notice received by email dated May 26, 2022, order Dkt. 2825, the deadline to file a response and reply regarding Dkt. 2822. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 5/27/22 | CGB | 202 | Finalize response to M. Skrzynski query regarding Puerto Rico law options for COBRA collection efforts. | .30 | 345.00 | 103.50 |
| 5/27/22 | CGB | 212 | Review email from C. George regarding Walter Higgins administrative expense claim and coordinate with C. George to respond to E. Barak query regarding same . | .10 | 345.00 | 34.50 |
| 5/27/22 | HDB | 215 | Revise the Reply of the Financial Oversight and Management Board in Support of Motion to Extend June 1, 2022 Deadline. | .30 | 330.00 | 99.00 |
| 5/27/22 | HDB | 222 | Revise memorandum by C. Garcia regarding enforcement of certain Cobra claims against PREPA. (.2) Analyze issues regarding accrual of interest on certain claims against PREPA. (.4) | .60 | 330.00 | 198.00 |
| 5/27/22 | HDB | 215 | Review Order extending deadline to file plan PREPA of adjustment. | .20 | 330.00 | 66.00 |
| 5/27/22 | HDB | 210 | Review C. George's analysis of potential defenses to W. Higgin's administrative claim motion. | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  418949                                                              May 31, 2022

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/27/22 | CEG | 222 | Analyze administrative  expense motion filed by W. Higgins and related exhibits (0.4). Analyze press releases on  W. Higgins 2018 resignation (0.3) Analyze Law 4-2017 provisions of  statute of limitation for contractual claims (0.2). Analyze Law 66-2003 on bonuses for productivity in all Agencies, Corporations and Public Instrumentalities of the Commonwealth of Puerto Rico to senior managers (0.4). Exchange emails with E. Barak regarding grounds to oppose administrative expense motion filed by W. Higgins (0.4) | 1.70 | 265.00 | 450.50 |
| 5/27/22 | JJC | 206 | Review the Reply of Financial Oversight and Management Board in Support of Motion to Extend June 1, 2022 Deadline in anticipation of its filing in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 5/27/22 | JJC | 206 | File the Reply of Financial Oversight and Management Board in Support of Motion to Extend June 1, 2022 Deadline through the court's electronic filing system in Case No. 17-4780. | .20 | 185.00 | 37.00 |
| 5/31/22 | HDB | 222 | Further analysis of Administrative Expense Motion filed by Mr. Higgins. (.40)  Review e-mail by J. Sazant regarding extension of time to respond to same. (.1) Draft e-mail to M. Rios, counsel for Mr. Higgins, regarding extension of time. (.1) | .60 | 330.00 | 198.00 |
| 5/31/22 | HDB | 222 | Review Response to Notice of Presentment of Order by María V. Pérez Rodríguez regarding Claim No. 7844. | .30 | 330.00 | 99.00 |
| 5/31/22 | VSN | 219 | Docket court notice received by email dated May 27, 2022, order Dkt. 2827, the deadline to file (a) a plan of adjustment, (b) a term sheet for a plan of adjustment, (c) a litigation schedule, or (d) a declaration and memorandum of law showing cause as to why the Court should not consider dismissal of PREPA's Title III case. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 5/31/22 | VSN | 219 | Docket court notice received by email dated May 27, 2022, order Dkt. 119, the deadline to file a joint status report. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 4,715.50 |
| Less Discount | $ -471.55 |
| NET PROFESSIONAL SERVICES: | $ 4,243.95 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  418949

May 31, 2022

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JOSE R. CACHO | .30 | 360.00 | 108.00 |
| CARLA GARCIA BENITEZ | 1.80 | 345.00 | 621.00 |
| JULIO PIETRANTONI | .30 | 360.00 | 108.00 |
| HERMANN BAUER | 5.90 | 330.00 | 1,947.00 |
| CARLOS E. GEORGE | 1.70 | 265.00 | 450.50 |
| ANTONIO L. COLLAZO | 3.20 | 235.00 | 752.00 |
| JORGE A. CANDELARIA | .20 | 195.00 | 39.00 |
| GABRIEL MIRANDA RIVERA | .50 | 205.00 | 102.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 1.70 | 210.00 | 357.00 |
| J. COLON GARCIA | .80 | 185.00 | 148.00 |
| VANESSA SANCHEZ | .50 | 165.00 | 82.50 |
| **Total** | **16.90** | | **$ 4,715.50** |

**TOTAL THIS INVOICE**                    **$ 4,243.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2022

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2022
FOMB IN RE PREPA TITLE III                                    Bill #:   418950
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2022:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 504.00 |
| | $ -50.40 |
| Net Professional Services | $ 453.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 453.60** |

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/11/22 | JRC | 215 | Analyze question from E. Stevens of Proskauer regarding enabling legislation to issue bonds by PREPA. | .30 | 360.00 | 108.00 |
| 5/11/22 | JP | 202 | Email exchange with E. Stevens regarding PR statutes authorizing issuance of PREPA bonds. | .30 | 360.00 | 108.00 |
| 5/24/22 | RML | 213 | Review letter to PREPA on contribution to PREPA ERS of employees under mobility plan. | .30 | 360.00 | 108.00 |
| 5/26/22 | RML | 213 | Attend conference call with EY and FOMB teams on PREPA ERS . | .50 | 360.00 | 180.00 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 504.00 |
| | | $ -50.40 |
| NET PROFESSIONAL SERVICES: | | $ 453.60 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JOSE R. CACHO | .30 | 360.00 | 108.00 |
| ROSA M. LAZARO | .80 | 360.00 | 288.00 |
| JULIO PIETRANTONI | .30 | 360.00 | 108.00 |
| **Total** | **1.40** | | **$ 504.00** |

**TOTAL THIS INVOICE**                                **$ 453.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2022

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MURGA RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2022
Bill #: 418951
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2022:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 387.50 |
| Less Discount | $ -38.75 |
| Net Professional Services | $ 348.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 348.75** |

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/09/22 | VSN | 219 | Docket court notice received by email dated May 4, 2022, order Dkt. 2794, the deadline to file a response and reply. - H. D. Bauer and U. Fernandez. | .10 | 165.00 | 16.50 |
| 5/16/22 | HDB | 209 | Exchange e-mails with R. Hoslyn of PFM regarding PRRADA disclosures. | .20 | 330.00 | 66.00 |
| 5/26/22 | HDB | 209 | Review issues regarding extension of time for status report in adv. 17-0256. (.2) Exchange messages with counsel for PREB regarding same. (.1) Coordinate extension with counsel for ICSE. (.1) | .40 | 330.00 | 132.00 |
| 5/27/22 | HDB | 209 | Review Motion for Extension of Time to file status reports in adv. 17-0256. | .30 | 330.00 | 99.00 |
| 5/27/22 | JJC | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report in anticipation of its filing in Adv. Proc. 17-256. | .20 | 185.00 | 37.00 |
| 5/27/22 | JJC | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority for Extension of Time to File Further Status Report through the court's electronic filing system in Adv. Proc. 17-256. | .20 | 185.00 | 37.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 387.50 |
| Less Discount | $ -38.75 |
| NET PROFESSIONAL SERVICES: | $ 348.75 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  418951

May 31, 2022

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | .90 | 330.00 | 297.00 |
| J. COLON GARCIA | .40 | 185.00 | 74.00 |
| VANESSA SANCHEZ | .10 | 165.00 | 16.50 |
| **Total** | **1.40** | | **$ 387.50** |

**TOTAL THIS INVOICE**                          **$ 348.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2022

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2022
Bill #: 418952
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2022:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

|  |  |
|---|---|
| Total Professional Services | $ 330.00 |
|  | $ -33.00 |
|  |  |
| Net Professional Services | $ 297.00 |
| Total Reimbursable Expenses | $ .00 |
|  |  |
| **TOTAL THIS INVOICE** | **$ 297.00** |

Electronic Invoice

252 Ponce de Leon Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/03/22 | HDB | 209 | Revise Appellant Brief by the FOMB in the appeal relating to Vitol adv. 19-00453. | 1.00 | 330.00 | 330.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 330.00 |
|  | $ -33.00 |
| NET PROFESSIONAL SERVICES: | $ 297.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.00 | 330.00 | 330.00 |
| **Total** | **1.00** |  | **$ 330.00** |

**TOTAL THIS INVOICE**                    **$ 297.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE