# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Integrand Assurance Company, (ADRID: 1547313), P.O. Box 270149, San Juan, PR, 00928-2949:

- Four Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended and Superseded Claims [Docket No. 21733]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Four Hundred Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Duplicate Claims [Docket No. 21734]

- Four Hundred Eighty-Sixth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Cross-Debtor Duplicate Claims [Docket No. 21736]

- Four Hundred Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims [Docket No. 21737]

- Four Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Deficient Claims [Docket No. 21738]

- Four Hundred Eighty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor [Docket No. 21739]

- Four Hundred Ninetieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members [Docket No. 21740]

- Four Hundred Ninety-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable [Docket No. 21741]

- Four Hundred Ninety-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Satisfied Claims [Docket No. 21742]

- Four Hundred Ninety-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities that are not Title III Debtors [Docket No. 21745]

- Four Hundred Ninety-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Misclassified Claims [Docket No. 21746]

- Four Hundred Ninety-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims [Docket No. 21747]

- Four Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted by Employees of the Puerto Rico Police Department for which the Debtors are Not Liable [Docket No. 21748]

- Four Hundred Ninety-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims [Docket No. 21749]

- Four Hundred Ninety-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims [Docket No. 21755]

- Four Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Duplicate Litigation Claims and Unnamed Plaintiffs [Docket No. 21756] ("***Four Hundred Ninety-Ninth Omnibus Objection***")

- Five Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims [Docket No. 21760] ("***Five Hundred Fourth Omnibus Objection***")

- Five Hundred Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims [Docket No. 21761]

- Five Hundred Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims [Docket No. 21762] ("***Five Hundred Sixth Omnibus Objection***")

- Five Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims [Docket No. 21763] ("***Five Hundred Seventh Omnibus Objection***")

- Five Hundred Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Unresponsive ACR Claims [Docket No. 21764] ("***Five Hundred Eighth Omnibus Objection***")

- Five Hundred Ninth Omnibus Objection (Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Unresponsive ACR Claims [Docket No. 21765] ("***Five Hundred Ninth Omnibus Objection***")

- Five Hundred Tenth Omnibus Objection (Substantive) of the Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Unresponsive ACR Claims [Docket No. 21766] ("***Five Hundred Tenth Omnibus Objection***")

On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on SFT Holdings LP, (ADRID: 4224567), McNamee Lochner P.C., Attn: Peter A. Pastore, 20 Corporate Woods Blvd, Ste 4, Albany, NY, 12211-2396:

- Five Hundred First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims [Docket No. 21758] ("***Five Hundred First Omnibus Objection***")

- Notice of Presentment of Proposed Order Granting the Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims (ECF No. 17105) [Docket No. 21940]

- Notice of Presentment of Proposed Order Granting the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims (ECF No. 17108) [Docket No. 21941]

- Notice of Presentment of Proposed Order Granting the Four Hundred Twenty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Not Liable (ECF No. 20050) [Docket No. 21942]

- Notice of Presentment of Proposed Order Granting the Four Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor (ECF No. 20781) [Docket No. 21943]

- Notice of Presentment of Proposed Order Granting the Four Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor (ECF No. 20782) [Docket No. 21944]

- Notice of Presentment of Proposed Order Granting the Four Hundred Fifty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Late-Filed Claims (ECF No. 20783) [Docket No. 21945]

- Notice of Presentment of Proposed Order Granting the Four Hundred Fifty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Subsequently Amended and Superseded Claims (ECF No. 20786) [Docket No. 21946]

- Notice of Presentment of Proposed Order Granting the Four Hundred Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims (ECF No. 20787) [Docket No. 21947]

- Notice of Presentment of Proposed Order Granting the Four Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members (ECF No. 20788) [Docket No. 21948]

- Notice of Presentment of Proposed Order Granting the Four Hundred Fifty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Misclassified Claims (ECF No. 20789) [Docket No. 21949]

- Notice of Presentment of Proposed Order Granting the Four Hundred Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority to Deficient Claims (ECF No. 20790) [Docket No. 21950]

- Notice of Presentment of Proposed Order Granting the Four Hundred Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Puerto Rico Highways and Transportation Authority to Deficient Claims (ECF No. 21430) [Docket No. 21951]

- Notice of Presentment of Proposed Order Granting the Four Hundred Sixty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partial Duplicate, Deficient, and/or No Liability Bond Claims (ECF No. 20792) [Docket No. 21952]

- Notice of Presentment of Proposed Order Granting the Four Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability Bond Claims (ECF No. 20793) [Docket No. 21953]

- Notice of Presentment of Proposed Order Granting the Four Hundred Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Satisfied Claims (ECF No. 21432) [Docket No. 21954]

- Notice of Presentment of Proposed Order Granting the Four Hundred Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims (ECF No. 20794) [Docket No. 21955]

- Notice of Presentment of Proposed Order Granting the Four Hundred Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Not Liable (ECF No. 20795) [Docket No. 21956]

- Notice of Presentment of Proposed Order Granting the Four Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Duplicate Claims (ECF No. 20798) [Docket No. 21957]

- Notice of Presentment of Proposed Order Granting the Four Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims (ECF No. 20799) [Docket No. 21958]

- Notice of Presentment of Proposed Order Granting the Four Hundred Sixty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims (ECF No. 21418) [Docket No. 21959]

- Notice of Presentment of Proposed Order Granting the Four Hundred Seventieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members (ECF No. 21419) [Docket No. 21960]

- Notice of Presentment of Proposed Order Granting the Four Hundred Seventy-First Omnibus Objection (Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims (ECF No. 21420) [Docket No. 21961]

- Notice of Presentment of Proposed Order Granting the Four Hundred Seventy-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors are Not Liable (ECF No. 21421) [Docket No. 21962]

- Notice of Presentment of Proposed Order Granting the Four Hundred Seventy-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted by Employees of the Puerto Rico Police Department for Which the Debtors are Not Liable (ECF No. 21422) [Docket No. 21963]

- Notice of Presentment of Proposed Order Granting the Four Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims (ECF No. 21423) [Docket No. 21964]

- Notice of Presentment of Proposed Order Granting the Four Hundred Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended and Superseded Claims (ECF No. 21425) [Docket No. 21965]

- Notice of Presentment of Proposed Order Granting the Four Hundred Eighty-Third Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for Which it is Not Liable (ECF No. 21429) [Docket No. 21966]

On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Angel R. Molina Vazquez, (ADRID: 3659306), Res Llorens Torres, 29 Apt 602, San Juan, PR, 00913-6816:

- Notice of Presentment of Proposed Order Granting the Three Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Commonwealth pf Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims (ECF No. 18961) [Docket No. 20985]

On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Nustream Communication Inc., (ADRID: 2923049), PO Box 9065080, San Juan, PR, 00901:

- Four Hundred Eightieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Satisfied Claims [Docket No. 21432]

On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the Five Hundred First Omnibus Objection to be served via first class mail on Cabrera Hermanos, LLC, (ADRID: 4136121), Road 2, KM 82.2 San Daniel, Hatillo, PR, 00659.

On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the Four Hundred Ninety-Ninth Omnibus Objection to be served via first class mail on Aileen Flores Sanchez, (ADRID: 3600547), 10538 Sw Captiva Dr, Port St Lucie, FL, 34987-6405.

On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the Five Hundred Fourth Omnibus Objection to be served via first class mail on Ramonita Lopez De Jesus, (ADRID: 3869971), HC-01 Box 7542, Villalba, PR, 00766.

  On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the Five Hundred Sixth Omnibus Objection to be served via first class mail on Luz Ivette Rivera Vazquez, (ADRID: 4134284), Carr 165 KM. 8.1, Toa Alta, PR, 00954.

  On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the Five Hundred Seventh Omnibus Objection to be served via first class mail on Ana H. Rodriguez Martinez, (ADRID: 4094463), Centro Diagnostico y Tratamiento Municipio De Yaucx, Calle Santiago Vivaldi, Yauco, PR, 00698 and Dominica Santiago Ortiz, (ADRID: 3979737), RR 5 Box 7795, TOA Atta, PR, 00953.

  On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the Five Hundred Eighth Omnibus Objection to be served via first class mail on Ashley Vargas Acevedo, (ADRID: 3044618), 154 Calle Victor Gonzalez, Moca, PR, 00676.

  On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the Five Hundred Ninth Omnibus Objection to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A.**

  On October 14, 2022, at my direction and under my supervision, employees of Kroll caused the Five Hundred Tenth Omnibus Objection to be served via first class mail on Jacqueline Rodriguez Colon, (ADRID: 3672128), HC01 Box 3924, Villalba, PR, 00766.

Dated: November 26, 2022

                       */s/ Melissa Diaz*
                        Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 26, 2022, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A

Supplemental Service List

Served via first class mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4085495 | FERNANDEZ APONTE, LUIS F. | 2300 CALLE LOPEZ SICARDO EDIF. AZZ | APT 262 | SAN JUAN | PR | 00923 |
| 4132639 | Fernandez Melendez, Edith | Ninguna | Carr 143 KM 52.3 Bo.Helechal Arriba | Barranguitas | PR | 00794 |
| 3679040 | Munoz Gonzalez, Eliazer | Santos M. Santos Lopez | C17 | Guayanilla | PR | 00656 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1