# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>     Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to POC No. 122216 in the PREPA Case** |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 122216 AGAINST THE PUERTO RICO ELECTRIC AUTHORITY

To the Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

**PLEASE TAKE NOTICE** that, in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, made applicable to these Title III proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), WorldNet Communications Inc. ("Claimant"), hereby withdraws **Proof of Claim No. 122216** filed on June 27, 2018, against the Puerto Rico Electric Authority, as the same has been satisfied.

The Notice of Withdrawal of **Proof of Claim No. 122216** resolves the Omnibus Objection filed by the FOMB with respect to **Proof of Claim No. 122216** (Docket No. 22265). Notwithstanding the foregoing, the withdrawal shall have no force and effect in the event that the Plan were unwound.

**WHEREFORE**, WorldNet Communications Inc., respectfully requests that the Honorable Court grants WorldNet Communications Inc.'s withdrawal of Proof of Claim No. 122216 and such other and further relief as this Court deems just and proper.

Dated: December 5, 2022

>  */s/ José Luis Barrios Ramos*
> Jośe Luis Barrios-Ramos, ESQ.
> USDC No. 223611
> PRESTIGE LEGAL SERVICES, LLC
> 278 Ave. César González
> San Juan, Puerto Rico 00918
> Telephone: (787) 593-6641
> jbarrios@prestigelegalpr.com
>
> *Counsel to WorldNet Communications Inc.*