**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**APPLICATION FOR ADMISSION
_PRO HAC VICE_ OF JAVIER F. SOSA**

    **COMES NOW**, Javier F. Sosa, applicant herein and states and requests as follows:

    1.    Applicant is an attorney with the law firm of Proskauer Rose LLP, with offices at:

> **PROSKAUER ROSE LLP**
> Eleven Times Square
> New York, NY 10036
> Tel: (212) 969-3000
> Fax: (212) 969-2900
> Email: jsosa@proskauer.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

2. Applicant will sign all pleadings with the name Javier F. Sosa.

3. The applicant has been and presently is a member in good standing of the bar of the State of New York. Applicant's New York bar license number is 5762836.

4. Applicant has been retained personally or as a member of the above-named firm by the Financial Oversight and Management Board for Puerto Rico to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State of New York | December 13, 2019 |

6. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

> Hermann D. Bauer
> USDC-PR Bar No. 215205
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Email: hermann.bauer@oneillborges.com
> Telephone: (787) 764-8181
> Facsimile: (787) 753-8944

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must

2

comply with the provisions set forth therein and will comply with the same.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases.

Date: December 5, 2022

Javier F. Sosa
Printed Name of Applicant

/s/ Javier F. Sosa
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Civil Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: December 5, 2022

<u>Hermann D. Bauer</u>
Printed Name of Local Counsel

<u>*/s/ Hermann D. Bauer*</u>
Signature of Local Counsel

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF JAVIER F. SOSA

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted.
☐ the application be denied.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2022.

_____
**U.S. District Judge**