# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>             Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO INFORM AMERINATIONAL COMMUNITY SERVICES, LLC'S APPEARANCE AT THE DECEMBER 14-15, 2022 OMNIBUS HEARING AND THE TITLE VI APPROVAL HEARING FOR THE PUERTO RICO PUBLIC FINANCE CORPORATION

**COMES NOW** AmeriNational Community Services, LLC (hereafter "AmeriNat") as servicer for the GDB Debt Recovery Authority (the "DRA") authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding, including the DRA's participation as a creditor in the instant Title III case, by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022 Omnibus Hearing* (Dkt. No. 22907) (the "Scheduling Order"):

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Building Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS(Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.      Attorney Arturo J. García-Solá and/or Nayuan Zouairabani of McConnell Valdés, LLC will appear on behalf of AmeriNat at the December 14-15, 2022 hearing (the "Hearing"), which will be held in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courtroom"), by video feed in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 (the "New York Courtroom"), as well as via the telephonic platform of CourtSolutions.

2.      In compliance with the Scheduling Order, attorneys García-Solá and/or Zouairabani hereby inform that they will appear at the Hearing in person in the San Juan Courtroom.

3.      The email address of Mr. García-Solá is ajg@mcvpr.com and the email address of Mr. Zouairabani is nzt@mcvpr.com. Further, Mr. García-Solá and Mr. Zouairabani hereby submit their Party Appearance Cover Sheet as **Exhibit A** to this motion.

4.      AmeriNat reserves the right to be heard and present oral argument on any matter identified in the agenda to be filed by the Oversight Board in connection with the Hearing, or to address any statement or issue that may be raised by any party at the Hearing related to the Title III cases, the adversary proceedings, and/or the Title VI case for the Puerto Rico Public Finance Corporation which may affect the interests of the DRA. AmeriNat also reserves the right to amend this motion as needed.

**WHEREFORE**, AmeriNat respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of December, 2022.

2

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R.

Bankr. P. 7004(b), and the Court's *Sixteenth Amended Notice, Case Management and*

*Administrative Procedures Order* (Dkt. No. 20190-1) (the "CMP Order"), we hereby certify that

a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the

Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

*Attorneys for AmeriNational Community Services, LLC*

**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5632
Facsimile:  787-759-9225

By: */s/Arturo J. García-Solá*
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: */s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

EXHIBIT A[1]

PARTY APPEARANCE SHEET

| Name of Party | | | AmeriNational Community Services, LLC |
|---|---|---|---|
| ATTORNEY 1 | Appearance Method | | In Person PR Courtroom |
| | Name | | Nayuan Zouairabani-Trinidad |
| | Law Firm | | McConnell Valdés, LLC |
| | Email | | nzt@mcvpr.com |
| | Phone Number | | 787-250-5619 |
| | Docket Entry No. of Notice of Appearance | | 4969 |
| ATTORNEY 2 | Appearance Method | | In Person PR Courtrooom |
| | Name | | Arturo J. García-Solá |
| | Law Firm | | McConnell Valdés, LLC |
| | Email | | ajg@mcvpr.com |
| | Phone Number | | 787-250-5632 |
| | Docket Entry No. of Notice of Appearance | | 18991 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• CourtSolutions Listen Only<br>• In Person – NY<br>• In Person – PR<br>Law Firm<br>Email<br>Phone Number | | |
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | | |

---

[1]     This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2]     Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.