## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et. als.* | |
| Debtors | |

### MOTION FOR AN ORDER DIRECTING KROLL RESTRUCTURING ADMINISTRATION TO CORRECT ENTRIES AS TO PROOF OF CLAIM NUMBERS 173742 AND 173732

**TO THE HONORABLE COURT:**

COMES NOW, Sky High Elevators Corp. ("Sky High Elevators"), through its undersigned counsel, and respectfully states and requests:

1. On April 9, 2020, Sky High Elevators filed Proof of Claim Number 173732 in the amount of $1,247,393.46 against Puerto Rico Building Authority ("PRBA").

2. On April 17, 2020, Sky High Elevators filed duplicate Proof of Claim Number 173742 for the same amount against PRBA, which was objected to on June 18, 2021 (**Docket No. 17087**) granted by the order of the Court of September 14, 2021, for being a duplicate (the "Order") (**Docket No. 18103**).

3. Consequently, Claim Number 173732 is still valid as filed. However, Kroll Restructuring Administration's ("Kroll") records indicate that the Order refers to this claim.

**WHEREFORE**, it is respectfully requested that an order, in the form attached hereto, be entered directing Kroll to correct its records in Order refers to Claim Number 173742, and that therefore Claim Number 173732 in the amount of $1,247,393.46 is still pending.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico, this 6th day of December 2022

s/**CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices Counsel
for Sucesión Pastor Mandry Mercado
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com