# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sky High Elevators Corp.'s *Motion for an Order Directing Kroll Restructuring Administration to Correct Entries as to Proof of Claim Numbers 173742 and 173732*, requesting that Kroll Restructuring Administration be directed to correct its records to reflect that the order of the Court dated September 14, 2021, refers to Claim Number 173742, and that therefore Claim Number 173732 in the amount of $1,247,393.46 is still pending, and good cause appearing therefor, it is hereby directed that Kroll Restructuring Administration correct its records to reflect that Claim Number 173732 in the amount of $1,247,393.46 is still pending.

Dated: _____

_____
Honorable Laura Taylor Swain
United States District Judge