# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>                          Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |

## INFORMATIVE MOTION REGARDING
## NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
## APPEARANCE AT DECEMBER 14–15, 2022 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Gabriel A. Morgan and/or Robert Berezin from Weil, Gotshal & Manges LLP will appear on behalf of National Public Finance Guarantee Corporation ("National") at the December 14–15, 2022 Omnibus Hearing. National's legal representatives reserve the right to be heard on any matter raised by any party at the hearing related to the Title III

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

cases, any adversary proceeding pending in the Title III cases, or the interests of National. National's Party Appearance Cover Sheet is attached hereto as **Exhibit A**.

**RESPECTFULLY SUBMITTED**, this 6th day of December, 2022.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** <br> PO BOX 70294 <br> San Juan, PR 00936 <br> Telephone: 787.756.9000 <br> Facsimile: 787.756.9010 <br> Email: epo@amgprlaw.com <br> loliver@amgprlaw.com <br> acasellas@amgprlaw.com <br><br> By: */s/ Eric Pérez-Ochoa* <br> Eric Pérez-Ochoa <br> USDC-PR No. 206314 <br><br> */s/ Luis Oliver-Fraticelli* <br> Luis Oliver-Fraticelli <br> USDC-PR No. 209204 <br><br> */s/ Alexandra Casellas-Cabrera* <br> Alexandra Casellas-Cabrera <br> USDC-PR No. 301010 | **WEIL, GOTSHAL & MANGES LLP** <br> Matthew S. Barr (admitted *pro hac vice*) <br> Jonathan Polkes (admitted *pro hac vice*) <br> Robert Berezin (admitted *pro hac vice*) <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Email: matt.barr@weil.com <br> jonathan.polkes@weil.com <br> robert.berezin@weil.com <br><br> Gabriel A. Morgan (admitted *pro hac vice*) <br> 700 Louisiana Street, Suite 1700 <br> Houston, TX 77002 <br> Telephone: (713) 546-5000 <br> Facsimile: (713) 224-9511 <br> Email: gabriel.morgan@weil.com |

**EXHIBIT A**
<u>PARTY APPEARANCE COVER SHEET</u>

| Name of Party | **National Public Finance Guarantee Corporation** | |
|---|---|---|
| <u>Attorney 1</u> | Appearance Method | CourtSolutions Speaking Line |
| | Name | **Gabriel A. Morgan** |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | gabriel.morgan@weil.com |
| | Phone Number | (713) 546-5000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 22190 |
| <u>Attorney 2</u> | Appearance Method | Either in person in New York or in person in Puerto Rico or via CourtSolutions Speaking Line |
| | Name | **Robert Berezin** |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | robert.berezin@weil.com |
| | Phone Number | (212) 310-8000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 18829 |
| <u>Attorney 3</u> | Appearance Method | CourtSolutions Listen Only Line |
| | Name | **Austin Crabtree** |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | austin.crabtree@weil.com |
| | Phone Number | (212) 310-8000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 18829 |

**Exhibit B**
Party Witness Cover Sheet

| Name of Party | | **National Public Finance Guarantee Corporation** | |
|---|---|---|---|
| Does the Party intend to offer a witness? | | No | |
| Total Number of Witnesses | | N/A | |
| Witness Name | Expert or Fact Witness | Is interpreter required? | Scope of Testimony |
| N/A | N/A | N/A | N/A |

**Exhibit C**
Party Exhibit Cover Sheet

| Name of Party | **National Public Finance Guarantee Corporation** | |
|---|---|---|
| Does the Party intend to offer evidence? | No | |
| Docket Entry No. for Party Exhibit List | N/A | |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| N/A | N/A | N/A |

5