CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Hasler
11/23/2022
US POSTAGE $01.68⁰
FIRST-CLASS MAIL

LTS
**Carlos Lamoutte**
87 De Diego
Villas de San Francisco Plaza II, Suite 215
San Juan, PR 00927

-R-T-S- 009271690-1N     12/01/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER