REPLICA DE OBJECION GLOBAL

RECLAMACIÓN #176132

I. DATOS DE CONTACTO

A. Nombre: <u>Juana M. Delgado Pérez</u>

B. Dirección Postal: <u>#550 Camino de los Jazmines</u>
   <u>Urb Veredas Gurabo P.R. 00778</u>

C. Teléfono de contacto res._____ cel. <u>787-473-0401</u>

II. EPIGAFRE

A. Secretaria ( Clerk's Office)

   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (deudores)

C. Número de Procedimiento : 17 BK3283-LTS

D. Objeción Global referente a la solicitud de dinero no pagados por el estado libre Asociado de Puerto Rico

   Número de las evidencias por reclamo son:

   #49762-Ley #89 Romerazo- Efectiva en 1 de julio de 1995

   #94057-Ley de Escala Salarial -Pasos del 8 de junio de 2008

   #96621-Ley #96 (2002) del Dr Pedro Roselló- efectivo julio del 2002

   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global , debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Librea Asociado de Puerto Rico de las siguientes leyes:

   Ley #89 Romerazo- Efectiva en 1 de julio de 1995
   Ley de Escala Salarial - Pasos del 6 de junio e 2008
   Ley #96(2002) del Dr Pedro Roselló- efectivo julio de 2002
   Ley # 164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**Carta de Justificación**

**Reclamacion # 176132**

Señores:

Sirva la presente para justificar la razón por la cual no pude enviar la replica de Objeción Global a tiempo. La razones por la cual no se pudo fue debido a que fui intervenida quirúrgicamente y dicha operación me tuvo varios meses de cama sin poder moverme, siendo atendida por mi esposo el cual era mi única ayuda y no podia dejarme sola en nigua momento. Estuve encamada varios meses y luego sin poder caminar y salir de mi casa . No tenia a nadie que pudiera hacer este reclamo y ser enviado a tiempo por correo. Por tal razón es que ahora procedo hacerlo.

El fundamento de mi reclamo se basa en la reclamación de unos aumentos de sueldos no recibidos de leyes que se firmaron durante mis años de servicio en la Corporación de Comunicaciones que estos comenzarón el 1 de agosto de 1995 y luego continuarón con la fusión de la Puerto Rico Telephone Company en mayo de 1994. En ese entonces y hasta 1999 cuando la misma fue vendida por el gobernante de turno, por lo que fui parte del gobierno de Puerto Rico hasta ese entonces.

Ley # 89 -Romerazo , julio 1995 , no estoy de acuerdo en que se desestime mi reclamo debido a que la Corporación de Comunicaciones, donde comencé el 16 de agosto de 1985 y la Puerto Rico Telephone Company cuando ocurre la fusión de ambas agencias en mayo de 1994, luego en el 1999 la misma fue vendida por el gobernador Pedro Roselló , fue en ese entonces que la P.R.T.C paso a ser una agencia privada. Por lo cual mis reclamos son justos, siendo dinero de aumentos no recibidos que llevan adeudados a mi persona y me corresponden.

Me despido solicitando se considere mi petición, que acepten mi solicitud y que sea considerada en la demanda ya que mi razón es justa por la operación e incapacidad que sufrí por muchos meses y todavía no estoy recuperada totalmente. Por todo lo antes expresado fue que no pude enviar mi replica antes ya que no podia valerme por mi misma.

Attentamente,

Juana M. Delgado Pérez
_____
Nombre en letra de Molde

_[firma]_
_____
Firma

## IV. DOCUMENTACION JUSTIFICADA

Se incluye documentos de evidencia los años de servicio con Puerto Rico Telephone Company, Guaynabo, Puerto Rico desde el 16 de agostos del 1985 hasta el 1 de mayo de 2006. Culmine mi labor como Asistente Administrativo II (2) en Puerto Rico Telephone Company, Guaynabo, Puerto. Rico, ELA. Se esta reclamando por las leyes aplicables que cubre estos años de servicio.

Se incluye documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia en por terremotos, y COVID-19 en Puerto Rico , se esta enviando las replicas de esta fecha. De necesitar información o documentos adicionales favor de comunicarse con la que suscribe.

Juana M. Delgado Pérez
Nombre en letra de molde

_____
Firma