Juana M. Delgado Perez
Camino de los Jazmines #550
Urb. Veredas, Gurabo P.R. 00778



Tribunal de Distrito de los Estados Unidos
Sala #150 Edificio Federal
Secretaria (Clerk's office)
San Juan P.R. 00918-1767