REPLICA DE OBJECION GLOBAL

RECLAMACIÓN #176136

I. DATOS DE CONTACTO

  A. Nombre: Hector M. Vazquez Claudio

  B. Dirección Postal: #550 Camino de los Jazmines

          Urb Veredas Gurabo P.R. 00778

  C. Teléfono de contacto res._____cel. 787-579-8675

II. EPIGAFRE

  A. Secretaria ( Clerk's Office)

          Tribunal de Distrito de los Estados Unidos
          Room 150 Federal Building
          San Juan Puerto Rico 00918-1767

  B. Estado Libre Asociado de Puerto Rico y otros (deudores)

  C. Número de Procedimiento : 17 BK3283-LTS

  D. Objeción Global referente a la solicitud de dinero no pagados por el estado libre
     Asociado de Puerto Rico

          Número de las evidencias por reclamo son:

          Ley#89- Retribución uniforme y la Ley Romerazo- julio de 1979
          #49762-Ley #89 Romerazo- Efectiva en 1 de julio de 1995
          #94057-Ley de Escala Salarial -Pasos del 8 de junio de 2008
          #96621-Ley #96 (2002) del Dr Pedro Roselló- efectivo julio del 2002
              Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global , debido a que son dineros
     adeudados mediante la aprobación por el gobierno del Estado Librea Asociado de
     Puerto Rico de las siguientes leyes:

          Ley#89 Retribución uniforme - julio de 1979
          Ley #89 Romerazo- Efectiva en 1 de julio de 1995
          Ley de Escala Salarial - Pasos del 6 de junio e 2008
          Ley #96(2002) del Dr Pedro Roselló- efectivo julio de 2002
          Ley # 164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**Carta de Justificación**

**Reclamacion # 176136**

Señores:

Sirva la presente para justificar la razón por la cual no pude enviar la replica de Objeción Global a tiempo. La razones por la cual no se pudo fue debido a que he tenido que estar atendiendo a mi esposa continuamente después de su delicada de operación  y no la podia dejar sola para ir al correo a entregar la carta.

El fundamento de mi reclamo es por un dinero adeudado por concepto de aumentos no recibidos de leyes que se firmaron durante mis años de servicio en Corporación de Comunicaciones desde el 1975 hasta finales de octubre del 1986 y luego comencé con la Puerto Rico Telephone Company  el 24 de noviembre de 1986 y me jubile el 1 de marzo del 2011.

La ley #89 nombrada Romerazo de julio de 1995, no estoy de acuerdo en que se desestime mi reclamo debido a que la Corporación de Comunicaciones siempre fue una agencia de Gobierno y también la Puerto Rico Telephone Company hasta el 1999 cuando el gobernado de turno el Sr. Pedro Roselló la vendió y desde ese entonces fue que paso a ser una agencia privada. Por lo cual mis reclamos son justos siendo ese dinero uno que no recibí y me corresponden.

Muchas gracias por su atención al respecto, me despido solicitado se considere la razón justificada por la cual no pude enviar la replica antes estando mi esposa de cama sin poderse valer por sí sola.

Attentamente,

Hector M. Vazquez Claudio
Nombre en letra de Molde

Firma

## IV. DOCUMENTACION JUSTIFICADA

Se incluye documentos de evidencia los años de servicio con Puerto Rico
Telephone Company, Guaynabo, Puerto Rico desde el 16 de agostos del 1985
hasta el 1 de mayo de 2006. Culmine mi labor como Asistente Administrativo  II
(2) en Puerto Rico Telephone Company, Guaynabo, Puerto. Rico, ELA. Se esta
reclamando por las leyes aplicables que cubre estos años de servicio.

Se incluye documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia en por terremotos, y COVID-19 en
Puerto Rico , se esta enviando las replicas de esta fecha. De necesitar información
o documentos adicionales favor de comunicarse con la que suscribe.


Hector M. Vazquez  Claudio
_____
Nombre en letra de molde


Firma