*Evidencia de los años Trabajados en la Puerto Rico Telephone Co. de nov 24/1986 a mayo 1 de 2011 fue empleado de dos agencias de Gobierno 1975 al 1986 C.C.P.R y 1986 al 2011 P.R.T.C.*

**Claró**

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

*Reclamación #176136*

## CERTIFICACION

### HECTOR M VAZQUEZ CLAUDIO
### XXX-XX-6248

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 11/24/1986.

- Trabajó como emplead(o)(a) regular hasta 03/01/2011.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a viernes, 04 de septiembre de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords

*Evidencia de los años que trabajó Héctor Vázquez Claudio Trabajo para la Corporación de Comunicaciones como empleado de Gobierno de 1975 al 1986 y de 1986 al 2011 fue empleado de la Puerto Rico Telephone Co.*

*Reclamación #176136*

# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN

Certifico que, conforme a la evidencia que consta en nuestro sistema mecanizado y en expediente, a **Héctor M. Vázquez Claudio**, Seguro Social **xxx-xx-6248**, se le otorgó el Reembolso de sus Aportaciones (correspondiente al período del 2 de julio de 1975 al 18 de noviembre de 1986), y aparece registrado con fecha del 5 de agosto de 1987 (cheque núm. 1165903), según las disposiciones de la Ley 447 de 15 de mayo de 1951, según enmendada.

A continuación, se detalla dicho reembolso:

| | |
|---|---|
| Aportación + Intereses | : $5,924.18 |
| Descuentos | |
|   Deuda PP | |
|   Deuda de AEELA | 1,020.00 |
| Neto | : $4,904.18 |

Dada, hoy 14 de octubre de 2020, en San Juan, Puerto Rico.

Certifico Correcto,

*Marelin Sánchez Rodríguez*

Supervisora
Liquidación de Cuentas
Área de Servicios al Participante



437 Ave. Ponce de León San Juan, P.R. 00917-3711 · PO Box 42003 San Juan, P.R. 00940-2203
@comunicaciones@retiro.pr.gov · 787.777.1500 · 787.767.1108 · www.retiro.pr.gov

*Esta carta se [illegible] para la*
*evidencia de los años que Hector Vazquez Claudio*
*Trabajo para la*
*C.C.P.R. 1975 al 1986*

# M Gmail

**FARMACIA NAVARRO-CPY <fnavcopy@gmail.com>**

## Petición Solicitada a Retiro para la evidencia de la Certificscion de los sńos de servicio en la corporación de Comunicaciones de Héctor M vazquez Claudio

1 message

**Milagros Delgado** <milmay2004@yahoo.com>  Fri, Dec 2, 2022 at 2:38 PM
To: fnavcopy@gmail.com

Evidencia de Héctor M Vazquez Claudio    *Reclamación # 176136*
Años de servicio del Sr .HéctorVazquez Claudio comenzó en el 1975 y se jubiló en el 2011 para la Corporación trabajo de dl 1975 hasta el 1986
Para la PRTC trabajo desde el 1986 hasta el 2011

> **De:** Milagros Delgado <milmay2004@yahoo.com>
> **Fecha:** 15 de septiembre de 2020, 1:04:46 p.m. AST
> **Para:** Maria Diaz Lopez <MDIAZ02@retiro.pr.gov>
> **Asunto: Re: Ayuda servicios en línea**
>
> Muchas gracias Sra.Maria Días por su amabilidad en atenderme. Pido a Xios pueda recibir esa certificación de que mi esposo trabajo del 1975 al 1986 en la Corporacion de Retiro
> Es una certificación , no necesito que se refleje su sueldo , ni sus particiones a Retiro . Es para evidenciar que trabajo esos años. Le estaré eternamente agradecida por lo que pueda hacer al respecto .
> Necesitamos enviar esa certificación a EU lo antes posible
> Mil gracias
>
> Enviado desde mi iPhone
>
>> El sep. 15, 2020, a la(s) 10:22 a. m., Maria Diaz Lopez <MDIAZ02@retiro.pr.gov> escribió:
>>
>> BUENOS DIAS:
>>
>> FAVOR DE COMUNICARSE CON LA SRA. MARIA DIAZ DE ADM . SISTEMA DE RETIRO AL 787 777-1500 EXT 3311 O AL 787 424-4833 DE LUNES A VIERNE DE 9:00 A 3:00 PM GRACIAS
>>
>> **From:** Bernadette Matías Rodriguez
>> **Sent:** Monday, September 14, 2020 10:05 AM
>> **To:** Maria Diaz Lopez <MDIAZ02@retiro.pr.gov>; ServiceDesk <servicedesk@retiro.pr.gov>

Bienvenido al portal electrónico de la Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura.

Agencia a la que trabaja o trabajaba: CORPORACION COMUNICACIONES
Número de Teléfono: (787) 579-8675
Últimos 4 números del Seguro Social: 6248
Correo electrónico: milmay2004@yahoo.com
Motivo del Contacto: Reclamar verificación de empleo de 1975 al 1986 lo necesito urgente para poder reclamar la Ley 89-1995 El Romerazo. Tengo hasta esta semana para reclamarla y se me ha hecho imposible conseguirlos a ustedes y tengo dificultad en adjuntar la Lic. de Conducuor porque no la coge. Como se las podría enviar. Me llamo Héctor M.Vazquez Claudio tel 787-579-8675 gracias por su atención urgente

Su solicitud sera atentidad a al brevedad.
Gracias por utilizar nuestros Servicios En Línea.

<34ird14hmmp1gkrqzxnx3otp-095646BF-8E7B-4616-AD1E-00EBEDC909F5.jpeg>