Héctor M. Vázquez Abrodin
Camino de los Jazmines #550
Urb. Veredas, Gurabo P.R. 00778

U.S. POSTAGE PAID
FCM LG ENV
GURABO, PR
00778
DEC 02, 22
AMOUNT
$1.44
R2303S100265-05

RDC 99       00918

Tribunal de Distrito de los Estados Unidos
Sala #150 Edificio Federal
Secretaría (Clerk's Office)
San Juan, P.R. 00918-1767

"Urgente"