UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17-BK-3283 (LTS) |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO<br>*et al.*,[1] | |
| Debtors. | (Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now, Mark W. Hancock, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Godfrey & Kahn, S.C., with offices at:

   One East Main Street, Suite 500
   Madison, Wisconsin 53703
   Telephone: (608) 257-3911
   Facsimile: (608) 257-0609

2. Applicant will sign all pleadings with the name Mark Hancock.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant has been retained personally or as a member of the above-named firm by Fee Examiner Brady C. Williamson to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico. *Order Pursuant to PROMESA Sections 316 and 317 Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* (the "**Fee Examiner Order**") [Dkt. No. 1416] and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* (the "**First Amended Fee Examiner Order**") [Dkt. No. 3324].

4. Since 2015, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Wisconsin, where applicant regularly practices law. Applicant's Wisconsin bar license number is 1099035. Since 2007, applicant has also been and presently is a member in good standing of the bar of the State of Illinois.

5. Applicant has been admitted to practice before the following courts:

- U.S. District Court for the Northern District of Illinois – 2007
- U.S. District Court for the Western District of Wisconsin – 2014
- U.S. District Court for the Eastern District of Wisconsin – 2016
- U.S. Court of Appeals for the Seventh Circuit – 2016
- U.S. Supreme Court – 2019

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

2

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> EYCK O. LUGO
> USDC-PR No. 216708
> EDGE Legal, LLC
> 252 Ponce de León Ave.
> Citibank Tower, 12th Floor
> San Juan, PR 00918
> Email: elugo@edgelegal.com
> Telephone: (787) 522-2000
> Facsimile: (787) 522-2010

11. Applicant has read the local rules of this Court and will comply with same.

12. The Local Rules of the United States District Court for the District of Puerto Rico provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached in the form of a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

3

Dated: December 5, 2022.

*s/ Mark W. Hancock*
Mark W. Hancock

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

*s/ Eyck O. Lugo*
Eyck O. Lugo

I HEREBY CERTIFY that on the 5th day of December, 2022 I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleadings has been electronically mailed to all attorneys of record.

EDGE Legal, LLC
252 Ponce de León Ave.
Citibank Tower, 12th Floor
San Juan, PR 00918
Tel. (787) 522-2000
Fax: (787) 522-2010

*s/ Eyck O. Lugo*
EYCK O. LUGO
USDC-PR No. 216708
Email: elugo@edgelegal.com

4

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____

_____
**U.S. DISTRICT JUDGE**

28346761.1

Generated: Dec 6, 2022 2:12PM                                                                                           Page 1/1



# U.S. District Court

### United States District Court

Receipt Date: Dec 6, 2022 2:12PM

EDGE LEGAL US LLC
252 AVE PONCE DE LEON
SUITE 1200
SAN JUAN, PR 00918

| Rcpt. No: 103230 | | Trans. Date: Dec 6, 2022 2:12PM | | | Cashier ID: #AR |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DPRX197NA000003 /002<br>CLERK USDC | 1 | 300.00 | 300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1124 | 12/6/2022 | | $300.00 |
| | | | Total Due Prior to Payment: | | $300.00 |
| | | | Total Tendered: | | $300.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 17-3283(LTS) PRO HAC VICE OF MARK W. HANCOCK THRU: EYCK O. LUGO

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.