**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 22907**<br><br>(Jointly Administered) |
| PUERTO RICO PUBLIC FINANCE CORPORATION,<br><br>        Applicant. | PROMESA<br>Title VI<br><br>Case No. 22-cv-1517 (LTS) |

**INFORMATIVE MOTION REGARDING ATTENDANCE
AT TITLE VI APPROVAL HEARING FOR THE PUERTO RICO PUBLIC
FINANCE CORPORATION AND DECEMBER 14-15, 2022, OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the

undersigned counsel, hereby states and prays as follows:

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

1.      The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order (the "Order") entered on November 23, 2022 [ECF No. 22907].

2.      For all Title III matters pertaining to the above-captioned cases, Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC will appear, in person in the San Juan Courtroom,[2] at the December 14-15, 2022, hearing (the "Omnibus Hearing"), and seek to be heard to address questions and comments, if any, related to AAFAF's December Status Report.[3] Counsels Marini and Velaz reserve the right to be heard on any other matter presented to the Court and to respond to any statements made by any party in connection with the above captioned Title III cases to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

3.      For all matters pertaining to the Title VI case of the Puerto Rico Public Finance Corporation ("PRPFC"), Matthew P. Kremer of O'Melveny & Myers LLP will appear, in person at the New York Courtroom,[4] at the PRPFC hearing (the "Qualifying Modification Hearing" and collectively with the Omnibus Hearing, the "Hearings") that will take place immediately upon the conclusion of the Omnibus Hearing, and seeks to be heard on behalf of AAFAF to address questions and comments, if any, related to the Qualifying Modification Hearing.

4.      Peter Friedman and Maria J. DiConza of O'Melveny & Myers LLP will appear at the Hearings, in person, in the New York Courtroom. Counsels Friedman and DiConza reserve the right to be heard on any matter presented to the Court and to respond to any statements made by

---

[2] Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

[3] As directed in ¶ 7 of the Order.

[4] Defined in the Order as: Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

any party in connection with the above-captioned Title III cases to the extent it impacts the interests

of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

5.     Further, counsels Marini, Velaz, Friedman, DiConza and Kremer, hereby submit

their Party Appearance Cover Sheet as **Exhibit A** to this motion.

WHEREFORE, AAFAF respectfully requests that the Court take notice of the foregoing.

Dated:  December 6, 2022
        San Juan, Puerto Rico


Respectfully submitted,


**O'MELVENY & MYERS LLP**

*/s/ Peter Friedman*
John J. Rapisardi
Maria J. DiConza
Matthew P. Kremer
(Admitted *Pro Hac Vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: jrapisardi@omm.com
        mdiconza@omm.com
        mkremer@omm.com

-and-

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

*Attorneys for the Puerto Rico Fiscal Agency*
*and Financial Advisory Authority*


**MARINI PIETRANTONI MUÑIZ LLC**

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Telephone: (787) 705-2171
Facsimile:  (787) 936-7494
Email: lmarini@mpmlawpr.com
        cvelaz@mpmlawpr.com

*Attorneys for the Puerto Rico Fiscal Agency*
*and Financial Advisory Authority*