**EXHIBIT A[1]**

PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person NY[2] |
| | Name | Peter Friedman |
| | Law Firm | O'Melveny & Myers LLP |
| | Email | pfriedman@omm.com |
| | Phone Number | (202) 383-5300 |
| | Docket Entry No. of Notice of Appearance | PHV Admission - Docket No. 153  PHV Motion for Admission in QM Case - 40 |
| ATTORNEY 2 | Appearance Method | In Person NY |
| | Law Firm | Maria DiConza |
| | Email | O'Melveny & Myers LLP |
| | Phone Number | mdiconza@omm.com |
| | Docket Entry No. of | (212) 326-2144 |
| | Notice of Appearance | PHV Admission - Docket No. 16488 |
| ADDITIONAL ATTORNEY | Complete the below information for each attorney appearing for observation purposes.  Name • CourtSolutions Listen Only • In Person – NY • In Person – PR Law Firm Email Phone Number | Luis C. Marini-Biaggi lmarini@mpmlawpr.com Marini Pietrantoni Muñiz, LLC (787) 705-2171 NOA - Docket No. 2682 Appearing in Person - PR  Carolina Velaz-Rivero cvelaz@mpmlawpr.com Marini Pietrantoni Muñiz, LLC (787) 705-2171 NOA - Docket No. 2683 Appearing in Person - PR  Matthew Kremer mkremer@omm.com O'Melveny & Myers LLP (212) 326-2159 PHV Admission - Docket No. 16488 Motion for Admission in QM Case - 39 Appearing in person - NY |
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis.  All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[1]     This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2]     Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.