## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>         Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE DECEMBER 14-15, 2022 OMNIBUS HEARING

The Ad Hoc Group of PREPA Bondholders (the "**Ad Hoc Group**") submits this informative motion in response to the Court's *Order Regarding Procedures for Title VI Approval Hearing for the Puerto Rico Finance Corporation and December 14-15, 2022 Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the December 14-15, 2022 omnibus hearing (the "**Omnibus Hearing**").

1.      The Order requests that counsel who intend to speak at the Hearing file an informative motion identifying (a) the Party for which they intend to appear; (b) whether they intend to appear for the Qualified Modification Hearing, the Omnibus Hearing, or both; and (c)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the name(s), email address(es), and method of appearance for those attorney(s) who wish to participate in or observe the Hearings.

2.  Amy Caton of Kramer Levin Naftalis & Frankel LLP will appear on behalf of the Ad Hoc Group at the Omnibus Hearing.

3.  Ms. Caton does not intend to speak on behalf of the Ad Hoc Group but reserves the right to be heard on any matter raised by any party at the Omnibus Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Ad Hoc Group.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today December 7, 2022.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| P.O. Box 195383 | |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel.: (212) 715-9100 |
| | Fax: (212) 715-8000 |

*/s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcm.law

*/s/ Alice J. Byowitz*
AMY CATON*
THOMAS MOERS MAYER*
MATTHEW M. MADDEN*
ALICE J. BYOWITZ*
Email: acaton@kramerlevin.com
      tmayer@kramerlevin.com
      mmadden@kramerlevin.com
      abyowitz@kramerlevin.com

*/s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcm.law

*/s/ Nayda Perez-Roman*
NAYDA PEREZ-ROMAN
USDC–PR No. 300,208
E-mail: nperez@tcm.law

*\*Admitted Pro Hac Vice*

*Counsel for the Ad Hoc Group of PREPA Bondholders*

*Counsel for the Ad Hoc Group of PREPA Bondholders*

- 3 -

EXHIBIT A
PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person PR |
| | Name | Amy Caton |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | acaton@kramerlevin.com |
| | Phone Number | (212) 715-7772 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 2 | Appearance Method | |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name Observation Method • CourtSolutions Listen Only • In Person – PR • In Person – NY Law Firm Email Phone Number | |
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

**EXHIBIT B**
PARTY WITNESS COVER SHEET

| Name of Party | | | Ad Hoc Group |
|---|---|---|---|
| Does the Party Intend to offer a witness? | | | No |
| Total Number of Witnesses | | | N/A |
| Witness Name | Expert of Fact Witness | Is Interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |

* The Court does not provide interpreters for witness testimony.

**EXHIBIT C**
<u>PARTY EXHIBIT COVER SHEET</u>

| Name of Party | | Ad Hoc Group |
|---|---|---|
| Does the Party intend to offer evidence? | | No |
| Docket Entry No. for Party Exhibit List | | N/A |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |