# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION REGARDING O'NEILL SECURITY & CONSULTANT SERVICES INC.'S APPEARANCE FOR THE DECEMBER 14–15, 2022, OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Elías L. Fernández Pérez will appear on behalf of the creditor, O'Neill Security & Consultant Services, Inc. (henceforth O'Neill), at the December 14–15, 2022 Omnibus Hearing, and respectfully states, and requests:

1. The undersigned hereby informs the Court of our intention to appear by Court-Solutions, and if necessary present arguments on behalf of O'Neill in connection with the Motion for Leave to Amend POC[2] and Response in Opposition to PREPA's Objection[3] Omnibus Hearing to be conducted on December 14-15, 2022.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "Motion for Leave to Amend Proof of Claim Number 28744" see Docket No. 22757.

[3] "Response in Opposition to PREPA's Five Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims" see Docket No. 22758.

2. A Party Appearance Sheet, Witness Cover Sheet, and Exhibits List Procedures and Exhibit Cover Sheet, all dully completed, are attached hereto as Exhibit A, Exhibit B, and Exhibit C, respectively.

3. This informative motion is filed in accordance with the Order Regarding Procedures for Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022, Omnibus Hearing [Docket No. 22907].

**WHEREFORE,** O'Neill respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In Ponce, Puerto Rico, this 7th day of December 2022.

*ATTORNEY FOR CREDITOR, O'NEILL*
*s/Elías L. Fernández Pérez*
ELÍAS L. FERNÁNDEZ PÉREZ
USDC 227404
PO Box 7500
Ponce, P.R. 00732
Tel. (939) 250-0179
Cel. (787) 616-9374
Fax: 1(800) 325-7084
Email: eliaslaureano@gmail.com