# EXHIBIT A

PARTY APPEARANCE SHEET

| Name of Party | | O'Neill Security & Consultant Services Inc. |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line |
| | Name | Elias Laureano Fernandez-Perez |
| | Law Firm | Fernandez Law Office |
| | Email | eliaslaureano@gmail.com |
| | Phone Number | Office - (939) 250-0179 / (787) 616-9374 |
| | Docket Entry No. of Notice of Appearance | 22612 |
| | | |