**EXHIBIT B**

<u>PARTY WITNESS COVER SHEET</u>

| | |
|---|---|
| Name of Party | O'Neill Security & Consultant Services Inc. |
| Does the Party intend to offer a witness? | N/A |
| Total Number of Witnesses | N/A |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter) | Scope of Testimony |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |