# Exhibit C
## Party Exhibit Cover Sheet

| Name of Party | O'Neill Security & Consultant Services Inc. |
|---|---|
| Does the Party intend to offer evidence? | N/A |
| Docket Entry No. for Party Exhibit List | N/A |
| Exhibit Identifier[2] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). |||