UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |
| PUERTO RICO PUBLIC FINANCE CORPORATION, | PROMESA Title VI |
| Applicant. | Case No. 22-cv-1517 (LTS) |

---

**INFORMATIVE MOTION REGARDING U.S. BANK'S APPEARANCE AT TITLE VI APPROVAL HEARING FOR THE PUERTO RICO PUBLIC FINANCE CORPORATION AND DECEMBER 14-15, 2022 OMNIBUS HEARING**

U.S. Bank Trust National Association and U.S. Bank National Association (together "U.S. Bank") hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022 Omnibus Hearing:*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. Ronald J. Silverman from the New York, New York office of Hogan Lovells US LLP will appear in person in San Juan on behalf of U.S. Bank at the Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022 Omnibus Hearing.

2. Pieter Van Tol from the New York, New York office of Hogan Lovells US LLP will appear in person in San Juan on behalf of U.S. Bank at the Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022 Omnibus Hearing.

3. Mr. Silverman and Mr. Van Tol reserve the right to be heard and present oral argument on behalf of U.S. Bank in connection with the: *Application of the Puerto Rico Public Finance Corporation, by and Through the Financial Oversight and Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act* (Docket Entry No. 1 in Case No. 22-cv-1517).

4. U.S. Bank reserves the right to be heard on any matter relating to the above listed filing and to respond to any statements made by any party during the Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022 Omnibus Hearing.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 7th day of December, 2022.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

Dated: December 7, 2022

By: */s/ Eric A. Tulla*

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
etulla@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman
Pieter Van Tol
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*

**CERTIFICATE OF SERVICE**

I hereby certify that this 7th day of December 2022 I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

San Juan, Puerto Rico

By: */s/Eric A. Tulla*

Eric A. Tulla
USDC-DPR No. 118313
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@riveratulla.com

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person Puerto Rico |
| | Name | Ronald J. Silverman |
| | Law Firm | Hogan Lovells US LLP |
| | Email | ronald.silverman@hoganlovells.com |
| | Phone Number | (212) 918-3880 |
| | Docket Entry No. of Notice of Appearance | 13 |
| ATTORNEY 2 | Appearance Method | In Person Puerto Rico |
| | Name | Pieter Van Tol |
| | Law Firm | Hogan Lovells US LLP |
| | Email | pieter.vantol@hoganlovells.com |
| | Phone Number | (212) 909 0661 |
| | Docket Entry No. of Notice of Appearance | 14 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>- In Person – PR<br>- In Person – NY<br>- CourtSolutions Listen Only<br><br>Law Firm<br>Email<br>Phone Number | Christopher R. Bryant<br>- CourtSolutions Listen Only<br>Hogan Lovells US LLP<br>chris.bryant@hoganlovells.com<br>(212) 909-0626<br><br>Sara M. Posner<br>- CourtSolutions Listen Only<br>Hogan Lovells US LLP<br>sara.posner@hoganlovells.com<br>(212) 918-3593<br><br>Katherine M. Lynn<br>- CourtSolutions Listen Only<br>Hogan Lovells US LLP<br>katherine.lynn@hoganlovells.com<br>(212) 918-3819 |
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

**EXHIBIT B**

<u>PARTY WITNESS COVER SHEET</u>

| Name of Party | | | U.S. Bank |
|---|---|---|---|
| Does the Party intend to offer a witness? | | | No |
| Total Number of Witnesses | | | N/A |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*The Court does not provide interpreters for witness testimony.

**EXHIBIT C**
PARTY EXHIBIT COVER SHEET

| Name of Party | | U.S. Bank |
|---|---|---|
| Does the Party intend to offer evidence? | | No |
| Docket Entry No. for Party Exhibit List | | N/A |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |