**EXHIBIT A**

# EXHIBIT A

PARTY APPEARANCE SHEET

| NAME OF PARTY | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | |
|---|---|---|
| | Appearance Method | **In Person in Puerto Rico or Live via Court Solutions** |
| | Name | **William J. Natbony** |
| | Law Firm | Cadwalader, Wickersham & Taft LLP |
| | Email | bill.natbony@cwt.com |
| | Phone Number | (212) 504 6351 |
| | Docket Entry No. of Notice Of Appearance | ECF No. 3676 |
| ATTORNEY 2 | Appearance Method | **In Person in Puerto Rico or Live via Court Solutions** |
| | Name | **Thomas J. Curtin** |
| | Law Firm | Cadwalader, Wickersham & Taft LLP |
| | Email | thomas.curtin@cwt.com |
| | Phone Number | (212) 504 6063 |
| | Docket Entry No. of Notice Of Appearance | ECF No. 121 |