IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.<br><br>Debtors.[1] | PROMESA Title III<br><br>NO.: 17-BK-3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### MOTION SUBMITTING EXHIBIT LIST
### FOR DECEMBER 14-15, 2022 OMNIBUS HEARING WITH REGARDS TO
### EMPRESAS OMAJEDE'S RESPONSE TO 519TH OMNIBUS OBJECTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN:

COMES NOW, EMPRESAS OMAJEDE INC., by and through the undersigned counsel, and, submits its Exhibit List.

1. On November 23, 2022, the Honorable Court entered an Order setting forth the procedures for the omnibus hearing scheduled for December 14-15, 2022. (The "221123 Procedures Order") Dkt. 22907

2. The 221123 Procedures Order requires any party that intends to appear in person at the December Omnibus Hearing to file an exhibit list with all of its documentary evidence as attachments to said list. Dkt. 22907

3. The Debtor's **519th Omnibus Objection** (Dkt. 22254) was originally scheduled for the Nov. 2-3, 2022 Omnibus Hearing, when the Debtor adjourned said

---

[1] The Last Four Digits of the Federal Tax ID of the Commonwealth of Puerto Rico (the Debtor in Bankruptcy Case No. 17- BK-3283 (LTS)) is 3481.

objection solely with respect to Empresas Omajede's First Amended Claim (Claim # 70324) to the Dec. 14-15, 2022 omnibus hearing. Dkt. 22755

4. As said matter is currently scheduled for the Dec. 14-15, 2022 Omnibus Hearing, Empresas Omajede intends to appear, solely with respect to said matters and solely in the Omnibus Hearing, unless said matter is further adjourned by Debtor to a later omnibus hearing or the Court grants Empresas Omajede's request that the adjudication of the **519th Omnibus Objection** be stayed with respect to the Empresas Omajede Claim, until the adjudication of adversary proceeding 22-ap-00076-LTS in accordance with Fed. R. Bankr. P. 3007(b).

5. Therefore, in compliance with the requirements of the 221123 Procedures Order, Empresas Omajede files this motion to submit its exhibit list and to submit as attachments to its exhibit list those documents to be listed in **Exhibit C** to its Informative Motion and which it may present as evidence (solely in the Omnibus Hearing). Empresas Omajede reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend, and/or supplement this list, for reasons including but not limited to adjournment of the **519th Omnibus Objection** with respect to the Empresas Omajede Claim to a later omnibus hearing.

WHEREFORE, Empresas Omajede, Inc. respectfully requests that the Court take notice of the submitted documentary evidence and exhibit list; and grant any

other relief that it deems just and proper or that may be granted under Puerto Rico law or in equity.

CERTIFICATION OF SERVICE: IT IS HEREBY CERTIFIED that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a true and exact copy of this paper to all registered participants, including Ricardo Burgos Vargas and Martin J. Bienenstock, the attorneys for the Financial Oversight and Management Board for Puerto Rico as representative for the Commonwealth of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, PR, this 7th day of December, 2022.

> DML | Diaz Mayoral Law
> *Attorney for Empresas Omajede Inc.*
>
> *s/ Monique Diaz Mayoral*
> USDC-PR No. 225712
> 151 San Francisco Street
> San Juan, PR 00901
> (754)755-5508
> m@diazmayorallaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.<br><br>Debtors.[1] | PROMESA Title III<br><br>NO.: 17-BK-3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**EMPRESAS OMAJEDE'S
EXHIBIT LIST**

| Exhibit Identifier | Description of Exhibits |
|---|---|
| EO A | Lease Agreement with certified translation |
| EO B | Acceptance and Registration with certified translation |
| EO C | Lease Amendment and Registration with certified translation |
| EO D | First Letter with certified translation |
| EO E | Second Letter with certified translation |
| EO F | Customer Ledger with certified translation |
| EO G | Invoices with certified translation |
| EO H | Letter to PSC with certified translation |
| EO I | Initial POC |
| EO J | First Amended POC |
| EO K | Second Amended POC |