# EO B

## ACCEPTANCE TO TAKE POSSESSION

CONTRATO NÚMERO: 201 ̱ ̱ 0009-A
Nombre del contratista: **EMPRESAS OMAJEDE INC.**
Seguro social patronal del contratista: ▮▮9044
Cuantía total: **$00.00**

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## COMISIÓN DE SERVICIO PÚBLICO

CONTRATO NÚMERO: 2011-000009-A

Otorgado en San Juan, Puerto Rico, a 1 de agosto de 2011.

### DOCUMENTO DE ACEPTACIÓN Y TOMA DE POSECIÓN DEL LOCAL LA ELECTRÓNICA - ANEJO I AL CONTRATO 2011-000009

### COMPARECEN

---DE LA PRIMERA PARTE: Empresas Omajede, Inc., corporación propietaria, representada en este acto por el licenciado Antonio Betancourt, mayor de edad, soltero y vecino de Guaynabo, Puerto Rico, en carácter de Presidente de la corporación, con número de Seguro Social Patronal ▮▮9044 y con oficinas en San Juan, Puerto Rico, en adelante denominado **EL ARRENDADOR**.---------------------------

-------------------------------------------------------------------------------------------------------

---DE LA SEGUNDA PARTE: La Comisión de Servicio Público de Puerto Rico, con Seguro Social Patronal ▮▮7678, representada en este acto por el licenciado José H. Banuchi Hernández, mayor de edad, soltero y vecino de San Juan, Puerto Rico, en su carácter de Presidente, en adelante denominada **EL ARRENDATARIO**.-------------------

### EXPONEN

**PRIMERO:** El 9 de marzo de 2011, las partes comparecientes otorgaron un contrato de arrendamiento de un local comercial sito en el bien inmueble ubicado en la Carretera # 1, Calle Bori Núm. 1608, San Juan, Puerto Rico. El local objeto de arrendamiento está en la primera planta del edificio y tiene una cabida de aproximadamente treinta y dos mil (32,000) pies cuadrados. El espacio arrendado también incluye ciento veinticinco (125) estacionamientos reservados para uso exclusivo del **ARRENDATARIO**.-------------------

-------------------------------------------------------------------------------------------------------

**SEGUNDO**: Hoy 1 de agosto de 2011, el Arrendador, Empresas Omajede Inc., hace entrega de la posesión del inmueble descrito en párrafo alquilado mediante contrato de arrendamiento # 2011-000009 y certifica que ha cumplido con las condiciones impuestas en el mismo para la entrega del local, a saber:

    a) No tener deudas vencidas con el Departamento de Hacienda (cláusula vigésima primera (21ra) del contrato). Se incluye y se hace formar parte de este anejo al contrato, la certificación de no deuda del Departamento de Hacienda;[1]

---

[1] VIGÉSIMO PRIMERO: EL ARRENDADOR certifica y garantiza, que al momento de suscribir este contrato, ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y reconoce que existe una deuda por contribuciones al Estado Libre Asociado de Puerto Rico, por concepto de Planilla de IVU por Novecientos Ochenta Dólares con Setenta y Dos Centavos ($980.72) y una deuda por la Contribución Especial de Hacienda por Setenta Mil Quinientos Ochenta y Seis Dólares con Siete Centavos ($70,586.07), y además CERTIFICA Y GARANTIZA, que las mismas, estarán saldas al momento en que EL ARREDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato. El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido el financiamiento necesario para cubrir la deuda con el Estado Libre Asociado. EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.

CONTRATO NÚMERO: 2011-000009-A
Nombre del contratista: **EMPRESAS OMAJEDE INC.**

b) No tener deudas vencidas con el Centro de Recaudaciones de Ingresos Municipales (CRIM) (cláusula vigésima quinta (25ta)). Se incluye y se hace formar parte de este anejo al contrato, la certificación de no deuda del Centro de Ingresos Municipales;[2]

c) Ha terminado las mejoras del local según dispuesto en el contrato de arrendamiento y el plano.

**TERCERO**: El presidente de la Comisión de Servicio Público, Lcdo. José H. Banuchi Hernández y otro personal de la Comisión de Servicio Público han inspeccionado las mejoras hechas en el local arrendado y ha determinado y certificado que las mismas cumplen con los compromisos y la especificaciones esbozadas en el contrato de arrendamiento y en el plano de mejoras aprobado por las partes comparecientes el 13 de abril de 2011; y que todos los sistemas del local incluyendo, pero no limitados, al eléctrico, el de aires acondicionados, de plomería, de prevención de incendios, están en conformidad con dicho contrato y plano y que, por tanto, el local está listo para ser ocupado desde hoy.

**CUARTO:** Finalmente, según la cláusula segunda (2da) del contrato 2011-000009, desde hoy 1 de agosto de 2011, en adelante, la posesión del local habiendo sido debidamente entregada al Arrendatario, comenzará a contar el término de treinta (30) días de gracia, que tiene el Arrendatario para poseer y/u ocupar el local sin pagar renta y costos de servicios eléctrico. El primer canon de renta de $46,000.00 será pagadero según lo acordado en el contrato 2011-000009.

**Y PARA QUE ASI CONSTE:** Las partes comparecientes suscriben el presente ANEJO Y/O DOCUMENTO DE ACEPTACIÓN en San Juan, Puerto Rico hoy 1 de agosto de 2011.

**EMPRESAS OMAJEDE INC.**
**P/C ANTONIO BETANCOURT**
**PRESIDENTE**

**COMISIÓN DE SERVICIO PÚBLICO**
**JOSÉ H. BANUCHI HERNÁNDEZ**
**PRESIDENTE**

---

[2] VIGÉSIMO QUINTO: EL ARRENDADOR reconoce que tiene deudas por concepto de propiedad mueble o inmueble con el Centro de Recaudaciones de Ingresos Municipales (CRIM); y además CERTIFICA y GARANTIZA, que la misma, estará salda al momento en que EL ARREDATARIO advenga en posesión del inmueble objeto de arrendamiento; y para probarlo el ARRENDADOR evidenciará mediante documentación al ARRENDATARIO el saldo de la misma, y se hará formar parte de este contrato.------ El ARRENDADOR ha presentado evidencia documental, mostrando al ARRENDATARIO que ha conseguido financiamiento necesario para cubrir la deuda con el Estado Libre Asociado. ------------------------------------------------ EL ARRENDADOR expresamente reconoce, que lo acordado en esta cláusula, es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, será causa suficiente para rescindir el presente contrato y que EL ARRENDADOR tuviere que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este contrato.--------- ------------------

Case:17-03283-LTS Doc#:23006-2 Filed:12/07/22 Entered:12/07/22 11:12:48 Desc:
Exhibit EO-B - Acceptance Page 4 of 9
Case 17-03283-LTS Claim 1589-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 17 of 21

3

Modelo OC-08-08 (Model OC-08-08)
Rev. Octubre 1999 (Rev. October 1999)
Reglamento Núm. 33 del 28 de enero de 1998
Regulation No. 33 of January 28, 1998

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO
OFICINA DEL CONTRALOR
OFFICE OF THE COMPTROLLER OF PUERTO RICO
SAN JUAN, PUERTO RICO

CERTIFICACIÓN
CERTIFICATION

SOBRE OTORGAMIENTO DE CONTRATO, ESCRITURA O DOCUMENTO RELACIONADO
REGARDING THE EXECUTION OF CONTRACTS DEEDS AND OTHER RELATED DOCUMENTS

1. Código de Entidad / Entity Code: | 2 | 1 | 8 | 4 |

2. Número del Contrato / Contract Number: | 2 | 0 | 1 | 1 | - | 0 | 0 | 0 | 0 | 0 | 9 | - | A |

3. Fecha de Otorgamiento / Date of execution (dd/mm/yy): | 0 | 1 | - | 0 | 8 | - | 1 | 1 |

4. Cuantía Total / Total amount: | $ | 0 | 0 | 0 | 0 | , | 0 | 0 | 0 | . | 0 | 0 |

5. Código del Tipo del Contrato / Contract Type Code: | | |

6. Exento / Exempt: | 0 |

7. Orden (Aprobación o dispensa de algún organismo del Gobierno) / Authorization or waiver from another government entity: _____

8. Vigencia desde / Effective date from: | 0 | 1 | | 0 | 8 | - | 2 | 0 | 1 | 1 | hasta / to | 3 | 0 | - | 0 | 7 | | 2 | 0 | 1 | 6 |
   (dd/mm/aa) (dd/mm/yy) (dd/mm/aa) (dd/mm/yy)

9. Seguro Social Personal o Patronal / Social Security Number: [REDACTED] - | 9 | 0 | 4 | 4 |

10. Contratista (s) / (Contractor): **Empresas Omajede Inc.**

11. Representante (s) de la (s) Entidad (es) Gubernamental (es) / (Government Representative (s)): **JOSÉ H. BANUCHI HERNÁNDEZ**

Se somete la presente certificación en cumplimiento con Carta Circular promulgada por el Contralor de Puerto Rico y en cumplimiento con el Reglamento Núm. 33 Sobre Registro de Contratos, Escrituras y Documentos Relacionados y Envío de Copias a la Oficina del Contralor. Esta debe ser remitida a la Oficina del Contralor. (This certification is submitted in compliance with the instructions issued by the Comptroller of Puerto Rico and in accordance with Regulation No. 33, regarding the Registration of Contracts, Deeds and Other Related Documents and the Mailing of such Copies to the Comptroller's Office by the government entity.)

Los suscribientes certificamos haber otorgado hoy el contrato descrito en este documento.
The undersigned, certify having that the contract described in this document was executed on this date.

12. En (ciudad) / In: **San Juan**, Puerto Rico, hoy / Puerto Rico, toda (dd/mm/yy) | 0 | 1 | - | 0 | 8 | - | 1 | 1 |

13. Firma(s) Parte(s) Contratista(s) / Signature of the Contractor(s):

14. Firma(s) Funcionario (s) Gubernamental (es): / Signature of the Government Oficial (s):

_[signature]_ Firma (Signature)   _[signature]_ Firma (Signature)

Letra de molde (print) **ANTONIO BETANCOURT**   Letra de molde (print) **JOSÉ H. BANUCHI HERNÁNDEZ**

Firma (Signature) _____   Firma (Signature) _____

Letra de molde (print) _____   Letra de molde (print) _____

*Ver instrucciones al dorso (*See instructions on the reverse side of this form)

Case:17-03283-LTS Doc#:23006-2 Filed:12/07/22 Entered:12/07/22 11:12:48 Desc:
Exhibit EO-B - Acceptance Page 5 of 9
Case 17-03283-LTS Claim 1589-2 Part 2 Filed 06/25/18 Desc Exhibit B - rental contract Page 18 of 21

4

INSTRUCCIONES GENERALES PARA LA INFORMACION
GENERAL INSTRUCTIONS FOR COMPLETING THE
SOLICITADA EN LA CERTIFICACION DE OTORGAMIENTO Error! Bookmark not defined.
APPLICATION REQUESTED IN THE CERTIFICATION REGARDINGError! Bookmark not defined.
DE CONTRATOS, ESCRITURAS Y DOCUMENTOS RELACIONADOS

THE EXECUTION OF CONTRACTS, DEEDS AND OTHER RELATED DOCUMENTS

1. **Código de Entidad**: Código de cuatro dígitos asignado por la Oficina del Contralor a la unidad.
   **Emity Code**: Four digits code assigned by the Office of the Comptroller to identify the entity.

2. **Número del Contrato**: Número que identifica el contrato, escritura o documento otorgado en orden correlativo. Este consiste de un prefijo, el número asignado por la entidad gubernamental y un sufijo. El prefijo identificará los cuatro dígitos del año fiscal en que se otorga el contrato. El número asignado por la entidad gubernamental, identificará el contrato en orden de otorgamiento dentro del año fiscal. El sufijo se utilizará para indicar las enmiendas que pueda tener el contrato. Estas se identificarán con una letra de la "A" a la "Y" en orden alfabético. Las enmiendas llevarán el mismo año y número original del contrato y en el sufijo se le agregará una letra comenzando con la "A". **Contract Number**:
The number that identifies the contract, deed or other related document. It should be in a sequential order. This number consists of a prefix, a number assigned by the entity, and a suffix.

3. **Fecha de Otorgamiento (dd/mm/aa)**: Identificará el día mes y el año en que las partes firman el contrato. **Date of execution (dd/mm/yy)**

4. **Cuantía Total**: Significará el valor o la cantidad de dinero total envuelta en el contrato.
   **Total Amount**: Consists of the total amount to be paid in accordance with the terms of the contract.

5. **Código del Tipo de Contrato**: Significará el propósito específico para el cual se otorga el contrato. Por ejemplo, si se trata de un Contrato de Servicios Profesionales, el propósito es identificar el servicio que se brindó: asesor legal, ingeniero, médico, etc.
**Contract Type Code**: Purpose of the contract, deed or related document. State the particular service to be rendered by the contractor such as; legal services, engineering, medical, etc.

6. **Exento**: Código de un dígito para indicar si los contratos están o no exentos de ser remitidos a la Oficina de Contralor (Art.9, Reglamento Núm. 33).
   **Exempt**: One digit code to indicate whether contract in exempt from notification to the Office the Comptroller (Art. 9, Regulation No. 33)

7. **Orden (Aprobación o dispensa de algún organismo del Gobierno)**: mencionar si se trata de un contrato o documento que requiere la aprobación previa o dispensa de algún funcionario del Gobierno para su otorgamiento. Ejemplo: Gobernador de Puerto Rico , Secretario de Justicia, Director Ejecutivo de la Oficina de Ética Gubernamental, Administrador de la Oficina Central de Asesoramiento Laboral y Administración de Recursos Humanos (OCALARH) u otro organismo gubernamental.
**Authorization or waiver from another government entity**: state if the contract or document requires the prior approval or waiver from some other Government official. For example, the Governor of Puerto Rico, Secretary of Justice, Executive Director of the Office on Government Ethics, Administrador of the Central Office of Labor Consulting and Human Resources Management or other government entity.

8. **Vigencia, Desde (dd/mm/aa) – Hasta (dd/mm/aa)**: Significará la duración del contrato. Deberá incluir las fechas de comienzo y terminación. Ejemplo desde: 12 de noviembre de 1999 hasta el 30 de junio de 2000.
**Duration, From (dd/mm/yy)- To (dd/mm/yy)**: The duration of the contract, wich includes the date , of origin and the date of termination. For **Example**: from November 12, 1999 to June 30, 2000.

9. **Seguro Social Personal o Patronal**: Número de Seguro Social federal para individuos o de cuenta patronal para sociedades, corporaciones u otras entidades
 **Social Security Number**: The federal social security number of the individual, business, society, corporation or other contracting entity

10. **Contratista (s)**: Indicará el nombre completo de la persona o entidad contratada.
    **Contractor**: Indicate full name of government contractor.

11. **Representante (s) de la (s) Entidad(es) Gubernamental (es)**: Indique el nombre completo de la (s) persona (s) que comparece (n) en representación de la entidad.
    **Government representative (s)**: State the name of the person(s) that appear on behalf of the government entity.

12. **En (ciudad) San Juan, hoy 30 de septiembre de 2002**: Indique ciudad y fecha de otorgado.
    **In (city), today (dd/mm/yy)**

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 15 of 21

CONTRACT NUMBER: 201[illegible]00009-A
Name of contractor: EMPRESAS OMAJEDE INC.
Contractor employer identification number: XXXX9044
Total amount: $00.00

**COMMONWEALTH OF PUERTO RICO**
**PUBLIC SERVICE COMMISSION**

CONTRACT NUMBER: 2011-000009-A

Executed in San Juan, Puerto Rico, on August 1, 2011.

DOCUMENT REGARDING ACCEPTANCE AND ENTERING INTO POSSESSION OF LA ELECTRÓNICA PREMISES
APPENDIX I TO AGREEMENT 2011-000009

COME NOW

THE FIRST PARTY: Empresas Omajede, Inc., owning corporation, represented in this act by Mr. Antonio Betancourt, of legal age, unmarried and resident of Guaynabo, Puerto Rico, in his capacity as President of the corporation, with Employer Identification Number XXXX9044, and with offices in San Juan, Puerto Rico, hereinafter referred to as the LESSOR.

THE SECOND PARTY: The Puerto Rico Public Service Commission, with Employer Identification Number XXXX-7678, represented in this act by Mr. José H. Banuchi Hernández, of legal age, unmarried and resident of San Juan, Puerto Rico, in his capacity as President, hereinafter referred to as the LESSEE.
AND STATE
FIRST: On March 9, 2011, the appearing parties executed an agreement to lease commercial premises in an immovable property located on Road 1, Bori Street No. 1608, San Juan, Puerto Rico. The premises that are the subject of the lease are on the first floor of the building and measure approximately thirty-two thousand (32,000) square feet. The leased premises also include one hundred and twenty-five (125) parking spots for exclusive use by the LESSEE.

SECOND: Today, August 1, 2011, the Lessor, Empresas Omajede Inc., delivers possession of the immovable property described in paragraph leased under lease agreement # 2011-000009 and certifies that it has complied with the conditions imposed in it for delivery of the premises, to wit:
a) Not having outstanding debts with the Department of the Treasury (clause twenty-first (21st) of the agreement). The no debt certification from the Department of the Treasury is included and made a part of the present appendix to the agreement;[1]

[Two sets of initials on left-hand margin of this page.]

---
[1] TWENTY-FIRST: The LESSOR certifies and guarantees that, at the time of execution of the present agreement, it has filed its tax returns for the five (5) years preceding this agreement, and recognizes that there is a tax debt with the Commonwealth of Puerto Rico, in respect of the SUT Return in the amount of Nine Hundred and Eighty Dollars and Seventy-two Cents ($980.72), and a debt in respect of the Special Treasury Tax in the amount of Seventy Thousand Five Hundred and Eighty-six Dollars and Seven Cents ($70,586.07); additionally, it CERTIFIES AND GUARANTEES that they shall have been paid in full as of the moment that the LESSEE enters into possession of the immovable property that is the subject of the lease, and to prove so the LESSOR shall provide evidence in the form of documentation to the LESSEE of the payment in full of the same, and it shall be made a part of this agreement. The LESSOR has presented documentary evidence, showing LESSEE that it has obtained the necessary financing to cover the debt with the Commonwealth. The LESSOR specifically recognizes that what has been agreed to in this clause is an essential condition of the present agreement and that, if the preceding certification is incorrect in whole or in part, this shall be sufficient cause to terminate the present agreement and for the LESSOR to have to return to LESSEE all sums of money received under the present agreement.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 3 Filed 06/25/18 Desc Exhibit B - rental contract Page 16 of 21

2

CONTRACT NUMBER: 2011-000009-A
Name of contractor: EMPRESAS OMAJEDE INC.

b) Not having outstanding debts with the Municipal Income Collection Center (CRIM) (clause twenty-fifth (25th) of the agreement). The no debt certification from the Municipal Income Collection Center is included and made a part of the present appendix to the agreement;[2]

c) Having finished the improvements to the premises in accordance with the provisions of the agreement and the plan.

THIRD: The president of the Public Service Commission, Mr. José H. Banuchi Hernández, and other personnel of the Public Service Commission, have inspected the improvements made to the leased premises and have determined and certified that they comply with the commitments and specifications stated in the lease agreement and in the improvement plan approved by the appearing parties on April 13, 2011; and that all of the systems in the premises, including, but not limited to, the electrical, air conditioning, plumbing, and fire prevention systems, are in accordance with said agreement and plan and that, consequently, the premises are ready to be occupied from today.

FOURTH: Lastly, in accordance with the second (2nd) clause of agreement 2011-000009, from today, August 1, 2011, with the possession of the premises having been duly delivered to the Lessee, the grace period of thirty (30) days, given to Lessee to possess and/or occupy the premises without paying rent or electric power services, shall begin running. The first rent payment of $46,000.00 shall be payable in accordance with the provisions of agreement 2011-000009.

IN WITNESS WHEREOF: The appearing parties execute the present APPENDIX AND/OR ACCEPTANCE DOCUMENT in San Juan, Puerto Rico, today, August 1, 2011.

[signature]
EMPRESAS OMAJEDE, INC.
THRU ANTONIO BETANCOURT
PRESIDENT

[signature]
PUBLIC SERVICE COMMISSION
JOSÉ H. BANUCHI HERNÁNDEZ
PRESIDENT

---

[2] TWENTY-FIFTH: The LESSOR recognizes that it has debts in respect of movable or immovable property with the Municipal Income Collection Center (CRIM); additionally, it CERTIFIES AND GUARANTEES that it shall have been paid in full as of the moment that the LESSEE enters into possession of the immovable property that is the subject of the lease, and to prove so the LESSOR shall provide evidence in the form of documentation to the LESSEE of the payment in full of the same, and it shall be made a part of this agreement. The LESSOR has presented documentary evidence, showing LESSEE that it has obtained the necessary financing to cover the debt with the Commonwealth.

The LESSOR specifically recognizes that what has been agreed to in this clause is an essential condition of the present agreement and that, if the preceding certification is incorrect in whole or in part, this shall be sufficient cause to terminate the present agreement and for the LESSOR to have to return to LESSEE all sums of money received under the present agreement.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Model OC-08-08 in both languages, Spanish and English.]

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: GENERAL INSTRUCTIONS FOR COMPLETING THE APPLICATION REQUESTED IN THE CERTIFICATION REGARDING THE EXECUTION OF CONTRACTS, DEEDS AND OTHER RELATED DOCUMENTS in both languages, Spanish and English.]



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.