EO F

LEDGER

10/19/22 at 15:51:18.93

Case:17-03283-LTS Doc#:23006-6 Filed:12/07/22 Entered:12/07/22 11:12:48 Desc:
Exhibit EQ 5F- Customer Ledger Page 2 of 4

Page: 1

Exhibit 6A

**EMPRESAS OMAJEDE, INC.**
**Customer Ledgers**
**For the Period From Sep 1, 2016 to May 31, 2017**

Filter Criteria includes: 1) IDs from Comision-CSP to Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---:|---:|---:|
| Comision-CSP | 9/1/16 | Balance Fwd | | | | 59,380.60 |
| Comisión de Servicio Público | 9/1/16 | CSP SEP16 | SJ | 46,000.00 | | 105,380.60 |
| | 9/1/16 | 16-098 | CRJ | | 13,330.40 | 92,050.20 |
| | 9/1/16 | CSP SEP16-ADJ | SJ | 20,666.66 | | 112,716.86 |
| | 9/27/16 | CSP AEE-SEP16 | SJ | 8,370.81 | | 121,087.67 |
| | 10/1/16 | CSP OCT16 | SJ | 46,000.00 | | 167,087.67 |
| | 10/1/16 | CSP OCT16-ADJ | SJ | 20,666.66 | | 187,754.33 |
| | 10/12/16 | 16-117 | CRJ | | 8,370.81 | 179,383.52 |
| | 10/21/16 | CSP AEE-OCT16 | SJ | 5,991.93 | | 185,375.45 |
| | 10/28/16 | 16-124 | CRJ | | 46,000.00 | 139,375.45 |
| | 10/31/16 | 16-125 | CRJ | | 46,000.00 | 93,375.45 |
| | 11/1/16 | CSP NOV16 | SJ | 66,666.66 | | 160,042.11 |
| | 11/7/16 | 16-130 | CRJ | | 5,991.93 | 154,050.18 |
| | 11/21/16 | CSP AEE-NOV16 | SJ | 6,594.20 | | 160,644.38 |
| | 11/29/16 | CSP 20161129 | SJ | 4,805.00 | | 165,449.38 |
| | 12/1/16 | CSP DEC16 | SJ | 66,666.66 | | 232,116.04 |
| | 12/2/16 | 16-137 | CRJ | | 46,000.00 | 186,116.04 |
| | 12/9/16 | 16-142 | CRJ | | 46,000.00 | 140,116.04 |
| | 12/12/16 | 16-143 | CRJ | | 6,594.20 | 133,521.84 |
| | 12/19/16 | 16-146 | CRJ | | 46,000.00 | 87,521.84 |
| | 12/22/16 | CSP AEE-DEC16 | SJ | 6,866.20 | | 94,388.04 |
| | 1/1/17 | CSP JAN17 | SJ | 66,666.66 | | 161,054.70 |
| | 1/23/17 | CSP AEE-JAN17 | SJ | 6,052.40 | | 167,107.10 |
| | 1/23/17 | 17-010 | CRJ | | 6,866.20 | 160,240.90 |
| | 2/1/17 | CSP FEB17 | SJ | 66,666.66 | | 226,907.56 |
| | 2/9/17 | 17-018 | CRJ | | 6,052.40 | 220,855.16 |
| | 2/13/17 | 17-019 | CRJ | | 46,000.00 | 174,855.16 |
| | 2/21/17 | CSP AEE-FEB17 | SJ | 6,726.81 | | 181,581.97 |
| | 2/22/17 | 17-022 | CRJ | | 46,000.00 | 135,581.97 |
| | 3/1/17 | CSP MAR17 | SJ | 66,666.66 | | 202,248.63 |
| | 3/10/17 | CM CSP-Lights | SJ | | 28.00 | 202,220.63 |
| | 3/10/17 | CM CSP-Lights1 | SJ | | 22.20 | 202,198.43 |
| | 3/15/17 | 17-031 | CRJ | | 6,726.81 | 195,471.62 |
| | 3/23/17 | CSP AEE-MAR17 | SJ | 5,977.02 | | 201,448.64 |
| | 4/1/17 | CSP APR17 | SJ | 66,666.66 | | 268,115.30 |
| | 4/25/17 | CSP AEE-APR17 | SJ | 3,721.41 | | 271,836.71 |
| | 5/1/17 | CSP MAY17 | SJ | 66,666.66 | | 338,503.37 |
| | 5/12/17 | 17-048 | CRJ | | 9,698.43 | 328,804.94 |
| **Report Total** | | | | **655,105.72** | **385,681.38** | **328,804.94** |

CERTIFIED TRANSLATION

EXHIBIT 6A

LEDGER

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Page in English except for terms below:]

Comision-CSP = Commission-CSP
Comisión de Servicio Público = Public Service Commission

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.