IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.<br><br>Debtors.[1] | PROMESA Title III<br><br>NO.: 17-BK-3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### MOTION TO INFORM EMPRESAS OMAJEDE'S APPEARANCE AT DECEMBER 14-15, 2022 OMNIBUS HEARING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE LAURA TAYLOR SWAIN:

COMES NOW, EMPRESAS OMAJEDE INC., by and through the undersigned counsel, and, states, alleges and prays.

1. On November 23, 2022, the Honorable Court entered an Order setting forth the procedures for the omnibus hearing scheduled for December 14-15, 2022. (The "221123 Procedures Order") Dkt. 22907

2. The 221123 Procedures Order requires any party that will appear in person at the December Omnibus Hearing to file an informative motion with a Party Appearance Cover Sheet. Dkt. 22907

3. Empresas Omajede's response (Dkt. 22621) to the Debtor's **519th Omnibus Objection** (Dkt. 22254) with respect to Empresas Omajede.'s First Amended Claim (Claim # 70324) was originally scheduled for the Nov. 2-3, 2022

---

[1] The Last Four Digits of the Federal Tax ID of the Commonwealth of Puerto Rico (the Debtor in Bankruptcy Case No. 17- BK-3283 (LTS)) is 3481.

omnibus hearing. However, said matter was later adjourned by the Debtor to the Dec. 14-15, 2022 Omnibus Hearing. Dkt. 22755

4. As said matter is currently scheduled for the Dec. 14-15, 2022 Omnibus Hearing, Empresas Omajede intends to appear, solely with respect to said matters and solely in the Omnibus Hearing, unless said matter is further adjourned by the Debtor or the Court grants Empresas Omajede's request that the adjudication of the **519th Omnibus Objection** be stayed with respect to the Empresas Omajede Claim, until the adjudication of adversary proceeding 22-ap-00076-LTS in accordance with Fed. R. Bankr. P. 3007(b).

5. Therefore, in compliance with the requirements of the 221123 Procedures Order, Empresas Omajede files this motion to inform that, with respect to Empresas Omajede's First Amended Claim (Claim # 70324), the Debtor's 519th Omnibus Objection (Dkt. 22254) and its Response at Dkt. 22621, it intends to appear through the undersigned counsel (solely in the Omnibus Hearing); to present as a witness its President, Antonio Betancourt and to present as evidence the documents listed in **Exhibit C**.

6. The required Party Appearance Sheet is attached as **Exhibit A** hereto. Also attached as **Exhibit B** is the Party Witness Cover Sheet and as **Exhibit C** is the Party Exhibit Cover Sheet (as required by the 221123 Procedures Order, the Exhibits have been filed with a separate motion at Dkt 23006).

7. Empresas Omajede, Inc. reserves the right to amend this motion as needed, including as a result of any further adjournment to a later Omnibus Hearing.

WHEREFORE, Empresas Omajede respectfully requests that the Court take notice of Empresas Omajede's intent to appear at the Omnibus Hearing and of the attached exhibits (**Exhibit A**, the Party Appearance Sheet, **Exhibit B**, the Party Witness Cover Sheet, and **Exhibit C**, the Party Exhibit Cover Sheet); deem Empresas Omajede in compliance with the 221123 Procedures Order; allow Empresas Omajede to appear at the December 14-15, 2022 Omnibus Hearing; and grant any other relief that it deems just and proper or that may be granted under Puerto Rico law or in equity.

CERTIFICATION OF SERVICE: IT IS HEREBY CERTIFIED that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a true and exact copy of this paper to all registered participants, including Ricardo Burgos Vargas and Martin J. Bienenstock, the attorneys for the Financial Oversight and Management Board for Puerto Rico as representative for the Commonwealth of Puerto Rico.

Respectfully Submitted.

In San Juan, PR, this 7th day of December, 2022.

DML | Diaz Mayoral Law
*Attorney for Empresas Omajede Inc.*

<u>s/ Monique Diaz Mayoral</u>
USDC-PR No. 225712
151 San Francisco Street
San Juan, PR 00901
(754)755-5508
m@diazmayorallaw.com

**EXHIBIT A**[1]
PARTY APPEARANCE SHEET

| Name of Party | | Empresas Omajede, Inc. |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person at San Juan Courthouse |
| | Name | Monique Diaz-Mayoral |
| | Law Firm | Diaz Mayoral Law LLC |
| | Email | m@diazmayorallaw.com |
| | Phone Number | 1(754)755-5508 |
| | Dkt. Entry No of NoA | 22704 |
| ATTORNEY 2 | Appearance Method | None. |
| | Name | |
| | Law Firm | N/A |
| | Email | |
| | Phone Number | |
| | Dkt. Entry No of NoA | N/A |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• In Person – PR<br>• In Person – NY<br>• CourtSolutions[2] Listen Only<br>Law Firm<br>Email<br>Phone Number | None. |
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.

**EXHIBIT B**[3]
PARTY WITNESS COVER SHEET

| Name of Party | | | Empresas Omajede, Inc. |
|---|---|---|---|
| Does the Party intend to offer a witness? | | | Yes |
| Total Number of Witnesses | | | 1 |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)*) | Scope of Testimony |
| Antonio Betancourt | Fact Witness (only at Omnibus Hearing) | No | Testimony shall cover the validity of the claim, including invoices and payments received; the Lease Agreement and modifications and their respective registrations; the date the Leased Premises was vacated; the amount owed to Empresas Omajede for the unpaid balance of the Lease Agreement; the POCs filed by Empresas Omajede and its Response to the Debtor's Objections. (2 hours) |
| | | | |

---

[3] This Party Witness Cover Sheet must be attached to a party in interest's Informative Motion as **Exhibit BA**.

221123 EXHIBIT B. WITNESS COVER SHEET        VERSION NOVEMBER 23, 2022

**EXHIBIT C**[4]
PARTY EXHIBIT COVER SHEET

| Name of Party | | Empresas Omajede, Inc. |
|---|---|---|
| Does the Party intend to offer evidence? | | Yes |
| Docket Entry No. for Party Exhibit List | | 23006 |
| Exhibit Identifier[5] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| EO A | 23006-01 | No |
| EO B | 23006-02 | No |
| EO C | 23006-03 | No |
| EO D | 23006-04 | No |
| EO E | 23006-05 | No |
| EO F | 23006-06 | No |
| EO G | 23006-07 | No |
| EO H | 23006-08 | No |
| EO I | 23006-09 | No |
| EO J | 23006-10 | No |
| EO K | 23006-11, 23006-12, 23006-13, 23006-14, 23006-15 | No |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

---

[4] This Party Exhibit Cover Sheet must be attached to a party in interest's Informative Motion as **Exhibit C**.

[5] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A"