# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| As a representative of |  |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 22907<br><br>**Hearing date:** December 14-15, 2022 at 9:30 a.m. (Atlantic Standard Time) |
| **Debtors.**[1] |  |

### INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR TITLE VI APPROVAL HEARING FOR THE PUERTO RICO PUBLIC FINANCE CORPORATION AND DECEMBER 14-15, 2022 OMNIBUS HEARING

By his counsel, the Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order Regarding Procedures for Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022 Omnibus Hearing* [Dkt. No. 22907]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On November 11, 2022, the Fee Examiner filed the *Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2022 through September 30, 2022* [Dkt. No. 22847] (the "**Godfrey & Kahn Interim Fee Application**").

2. On December 5, 2022, the Fee Examiner filed the *Certificate of No Objection Regarding Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2022 Through September 30, 2022* [Dkt. No. 22984], attaching the "**Proposed Godfrey & Kahn Compensation Order.**" Counsel also submitted the Proposed Godfrey & Kahn Compensation Order to chambers in MS Word format pursuant to the *Sixteenth Amended Case Management and Administrative Procedures* [Dkt. No. 20190-1] (the "**Case Management Procedures Order**").

3. On November 29, 2022, the Fee Examiner filed the *Fee Examiner's Statement Regarding Bonistas Del Patio Motion for Section 503(b) and Plan-Based Payments* [Dkt. No. 22933] (the "**Fee Examiner Bonistas Statement**").

4. On December 7, 2022, the Fee Examiner will file the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the December 14-15, 2022 Omnibus Hearing* (the "**Status Report**").

5. The Status Report will outline the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of one final application and a

group of interim applications for the Fifteenth Interim Compensation Period (February 1-May 31, 2022) and prior interim fee periods.

6. The Status Report will have attached a proposed order approving the uncontested fee applications (the "**Proposed Fifteenth Interim Fee Period Compensation Order**"). Counsel will also submit the Proposed Fifteenth Interim Fee Period Compensation Order to chambers in MS Word format pursuant to the Case Management Procedures Order.

7. Pursuant to the *Third Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Third Amended Compensation Order**") if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id.* at 2(j), and the Court has done so in the past.

8. The Fee Examiner and counsel plan to appear at the hearing via CourtSolutions with listen only lines but will be prepared to respond to questions from the Court, if any, regarding the Godfrey & Kahn Interim Fee Application, the Status Report, or the Fee Examiner Bonistas Statement. Should the Court elect to enter the Proposed Godfrey & Kahn Compensation Order and the Proposed Fifteenth Interim Fee Period Compensation Order prior to the hearing, the Fee Examiner and counsel do not plan to participate in the hearing unless the Court has questions regarding the Fee Examiner Bonistas Statement.

Dated this 7th day of December, 2022.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE LEGAL, LLC

*/s/ Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010
*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Mark W. Hancock (*Pro Hac Vice Pending*)

*Counsel for the Fee Examiner*

4

**EXHIBIT A**
FEE EXAMINER'S PARTY APPEARANCE SHEET

| Name of Party | | Court Appointed PROMESA Fee Examiner, Brady C. Williamson |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Listen-only |
| | Name | Mark Hancock |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | mhancock@gklaw.com |
| | Phone Number | (608) 284-2651 |
| | Docket Entry of Notice of Appearance | *See Application and Order for Admission Pro Hac Vice* [Dkt. No. 22996] |
| ATTORNEY 2 | Appearance Method | CourtSolutions Listen-only |
| | Name | Brady C. Williamson |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | bwilliam@gklaw.com |
| | Phone Number | (608) 284-2636 |
| | Docket Entry of Notice of Appearance | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] |
| ADDITIONAL ATTORNEY OBSERVATION | | Eyck O. Lugo<br>• CourtSolutions Listen-only<br>elugo@edgelegal.com<br>EDGE Legal Strategies, PSC<br>(787) 522-2000<br>*See Order Authorizing the Employment of Edge Legal Strategies, PSC as Local Counsel to the Fee Examiner* [Dkt. No. 1992] |

28382519.4