# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>   as representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>   Debtors.[1] | **PROMESA**<br>**Title III**<br>**No. 17 BK 3283-LTS**<br><br>**(Jointly Administered)** |

## MOTION SUBMITTING EXHIBIT LIST

**TO THE HONORABLE BANKRUPTCY COURT:**

COMES NOW Creditor Bonistas del Patio Inc., ("Bonistas del Patio"), through the undersigned counsel, and respectfully inform as follows:

Bonistas del Patio hereby submits this Motion Submitting Exhibit List in connection with the Omnibus Hearing Scheduled for December 14-15, 2022 (the "Hearing Procedures", Dkt No. 22907).

| Exhibit No. | Description |
|---|---|
| Bonistas Ex. 1 | Declaration of Brian M. Resnick (Dkt. No. 22578-2) |
| Bonistas Ex. 2 | July 19, 2018 Letter Written by the Puerto Rico Fiscal Agency and Financial Advisory Authority (Dkt. No. 22578-2) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**WHEREFORE**, creditor Bonistas del Patio respectfully request that the Court takes notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of December 2022.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

| | |
|---|---|
| */s/ José L. Ramírez-Coll* <br> José L. Ramírez-Coll <br> USDC-PR Bar No. 221702 <br> ANTONETTI, MONTALVO & RAMÍREZ-COLL <br> P.O. Box 13128 <br> San Juan, PR 00908 <br> Telephone: (787) 977-0303 <br> Facsimile: (787) 977-0323 <br> Email: jramirez@amrclaw.com | */s/ Donald S. Bernstein* <br> Donald S. Bernstein (*Pro Hac Vice*) <br> Benjamin S. Kaminetzky (*Pro Hac Vice)* <br> Brian M. Resnick (*Pro Hac Vice*) <br> Marc J. Tobak (*Pro Hac Vice*) <br> Stephanie Massman (*Pro Hac Vice*) <br><br> DAVIS POLK & WARDWELL LLP <br> 450 Lexington Avenue <br> New York, NY 10017 <br> Telephone: (212) 450-4000 <br> Email: donald.bernstein@davispolk.com <br> ben.kaminetzky@daivspolk.com <br> brian.resnick@davispolk.com <br> marc.tobak@davispolk.com <br> stephanie.massman@davispolk.com |