UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.¹

---------------------------------------------------------------x
---------------------------------------------------------------x

Puerto Rico Public Finance Corporation,

    Applicant.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title VI

Case No. 22-cv-1517 (LTS)

**INFORMATIVE MOTION OF FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD REGARDING
TITLE VI APPROVAL HEARING FOR THE PUERTO RICO PUBLIC
FINANCE CORPORATION AND DECEMBER 14-15, 2022 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

    Pursuant to the Court's *Order Regarding Procedures for Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14–15, 2022 Omnibus Hearing* [Case No. 17-3283, ECF No. 22907], the Financial Oversight and Management Board for Puerto Rico (the

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Oversight Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] and as Administrative Supervisor of the Puerto Rico Public Finance Corporation pursuant to Section 601(a)(1) of PROMESA, respectfully states as follows:

1. The following parties will appear in-person on behalf of the Oversight Board in connection with the December Omnibus Hearing: (i) Martin J. Bienenstock, mbienenstock@proskauer.com; (ii) Brian S. Rosen, brosen@proskauer.com; and (iii) Libbie B. Osaben, losaben@proskauer.com of Proskauer Rose LLP.

2. The following parties will appear in-person on behalf of the Oversight Board in connection with the Qualifying Modification Hearing for the Puerto Rico Public Finance Corporation: (i) Brian S. Rosen, brosen@proskauer.com; (ii) Steve Y. Ma, sma@proskauer.com; and (iii) Libbie B. Osaben, losaben@proskauer.com of Proskauer Rose LLP.

3. Martin J. Bienenstock, Brian S. Rosen, Steve Y. Ma, and Libbie B. Osaben reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases or Title VI case to the extent it impacts the interests of the Oversight Board or any of the Debtors in these Title III cases or Title VI case.

[*Remainder of page intentionally left blank*]

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

**WHEREFORE**, the parties respectfully request that the Court take notice of the foregoing.

| | |
|---|---|
| Dated: December 7, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Martin J. Bienenstock*<br>Martin J. Bienenstock<br>Brian S. Rosen<br>Paul V. Possinger<br>Ehud Barak<br>(Admission *pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |

**EXHIBIT A**

PARTY APPEARANCE SHEET

Exhibit A

Party Appearance Sheet

| Name of Party | | Financial Oversight and Management Board for Puerto Rico |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In-Person PR, Omnibus Hearing |
| | Name | Martin J. Bienenstock |
| | Law Firm | Proskauer Rose LLP |
| | Email | mbienenstock@proskauer.com |
| | Phone Number | 212-969-4530 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 90 |
| ATTORNEY 2 | Appearance Method | In-Person PR, Both Hearings |
| | Name | Brian S. Rosen |
| | Law Firm | Proskauer Rose LLP |
| | Email | brosen@proskauer.com |
| | Phone Number | 212-969-3380 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 1902 |
| ATTORNEY 3 | Appearance Method | In-Person PR, Qualifying Modification Hearing |
| | Name | Steve Y. Ma |
| | Law Firm | Proskauer Rose LLP |
| | Email | sma@proskauer.com |
| | Phone Number | 973-681-6327 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 4708 |
| ATTORNEY 4 | Appearance Method | In-Person PR, Both Hearings |
| | Name | Libbie B. Osaben |
| | Law Firm | Proskauer Rose LLP |
| | Email | losaben@proskauer.com |
| | Phone Number | 312-962-3571 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 21661 |

**EXHIBIT B**

<u>WITNESS COVER SHEET</u>

# EXHIBIT B
## PARTY WITNESS COVER SHEET

| Name of Party | Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as Administrative Supervisor for the Puerto Rico Public Finance Corporation |
|---|---|
| Does the Party intend to offer a witness? | Yes |
| Total Number of Witnesses | 1 |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter) | Scope of Testimony or Cross-Examination |
|---|---|---|---|
| Christina Pullo | Fact Witness | No | Testimony regarding the solicitation and tabulation of votes cast to accept or reject the *Qualifying Modification Pursuant to PROMESA Title VI for the Puerto Rico Public Finance Corporation*. |

**EXHIBIT C**

EXHIBIT COVER SHEET

**EXHIBIT C**
**PARTY EXHIBIT COVER SHEET**[1]

| Name of Party | Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as Administrative Supervisor for the Puerto Rico Public Finance Corporation. |
|---|---|
| Does the Party intend to offer evidence? | Yes |
| Docket Entry No. for Party Exhibit List | Docket Entry No. 38 in Case No. 22-01517[2] |

| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
|---|---|---|
| FOMB Ex. 1 | Docket Entry No. 38-1 | No |
| FOMB Ex. 2 | Docket Entry No. 38-2 | No |
| FOMB Ex. 3 | Docket Entry No. 38-3 | No |
| FOMB Ex. 4 | Docket Entry No. 38-4 | No |
| FOMB Ex. 5 | Docket Entry No. 38-5 | No |
| FOMB Ex. 6 | Docket Entry No. 38-6 | No |
| FOMB Ex. 7 | Docket Entry No. 38-7 | No |
| FOMB Ex. 8 | Docket Entry No. 38-8 | No |
| FOMB Ex. 9 | Docket Entry No. 38-9 | No |
| FOMB Ex. 10 | Docket Entry No. 38-10 | No |
| FOMB Ex. 11 | Docket Entry No. 38-11 | No |
| FOMB Ex. 12 | Docket Entry No. 38-12 | No |
| FOMB Ex. 13 | Docket Entry No. 38-13 | No |
| FOMB Ex. 14 | Docket Entry No. 38-14 | No |

---

[1]  The Oversight Board reserves all rights, including the right to revise, amend, and/or supplement this list.

[2]  All Docket Entry Nos. shall refer to the docket in Case No. 22-01517.

| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
|---|---|---|
| FOMB Ex. 15 | Docket Entry No. 38-15 | No |
| FOMB Ex. 16 | Docket Entry No. 38-16 | No |
| FOMB Ex. 17 | Docket Entry No. 38-17 | No |
| FOMB Ex. 18 | Docket Entry No. 38-18 | No |
| FOMB Ex. 19 | Docket Entry No. 38-19 | No |

Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).