# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br><br>**(Jointly Administered)** |

## INFORMATIVE MOTION REGARDING APPEARANCE
## AT DECEMBER 14-15, 2022 OMNIBUS HEARING

**TO THE HONORABLE BANKRUPTCY COURT:**

COMES NOW Creditor Bonistas del Patio Inc., ("Bonistas del Patio"), through the undersigned counsel, and respectfully inform as follows:

**PLEASE TAKE NOTICE** that Donald S. Bernstein and Benjamin S. Kaminetzky from Davis Polk & Wardwell LLP will appear on behalf of Bonistas del Patio at the December 14-15, 2022 Omnibus Hearing with regards to the "Motion of Bonistas del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth" ("Motion for Payment of Certain Professional Fees and Expenses") (**Docket No. 22578**). Bonistas del Patio are attaching hereto (1)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**Exhibit A** the Party Appearance Sheet; (2) **Exhibit B** Party Witness Cover Sheet; and 3) **Exhibit C** Party Exhibit Cover Sheet.

**WHEREFORE**, creditor Bonistas del Patio respectfully request that the Court takes notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of December 2022.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*/s/ José L. Ramírez-Coll*
José L. Ramírez-Coll
USDC-PR Bar No. 221702
ANTONETTI, MONTALVO & RAMÍREZ-COLL
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Facsimile: (787) 977-0323
Email: jramirez@amrclaw.com

/s/ *Donald S. Bernstein*
Donald S. Bernstein (*Pro Hac Vice*)
Benjamin S. Kaminetzky (*Pro Hac Vice)*
Brian M. Resnick (*Pro Hac Vice*)
Marc J. Tobak (*Pro Hac Vice*)
Stephanie Massman (*Pro Hac Vice*)

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: donald.bernstein@davispolk.com
ben.kaminetzky@daivspolk.com
brian.resnick@davispolk.com
marc.tobak@davispolk.com
stephanie.massman@davispolk.com