**EXHIBIT A**
<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person in NY |
| | Name | Donald S. Bernstein |
| | Law Firm | DAVIS POLK & WARDWELL LLP |
| | Email | donald.bernstein@davispolk.com |
| | Phone Number | (212) 450-4000 |
| | Docket Entry No. of Notice of Appearance | 22566 |
| ATTORNEY 2 | Appearance Method | In Person in NY |
| | Name | Benjamin S. Kaminetzky |
| | Law Firm | DAVIS POLK & WARDWELL LLP |
| | Email | ben.kaminetzky@daivspolk.com |
| | Phone Number | (212) 450-4000 |
| | Docket Entry No. of Notice of Appearance | 22566/22575(pro hac vice) |

**EXHIBIT B**
<u>PARTY WITNESS</u>
<u>COVER SHEET</u>

| Name of Party | | | Bonistas del Patio, Inc. |
|---|---|---|---|
| Does the Party intend to offer a witness? | | | Yes.[1] |
| Total Number of Witnesses | | | 2 |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| Brian M. Resnick (by declaration filed at Dkt. No. 22578-2) | Fact Witness | No. | The substantial contributions of Bonistas del Patio, Inc. |
| Donald S. Bernstein (available if necessary) | Fact Witness | No. | The substantial contributions of Bonistas del Patio, Inc. |

---

[1] Mr. Resnick's direct testimony will be offered through his declaration filed at Docket No. 22578-2. Mr. Bernstein will be available to testify should the Court request additional testimony. Accordingly, the estimated time for each witness is zero minutes as Bonistas del Patio, Inc., does not intend to affirmatively offer any live testimony.

**EXHIBIT C**
<u>PARTY EXHIBIT COVER SHEET</u>

| | |
|---|---|
| Name of Party | Bonistas del Patio, Inc. |
| Does the Party intend to offer evidence? | Yes |
| Docket Entry No. for Party Exhibit List | 23010 |

| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
|---|---|---|
| Bonistas Ex. 1 | 23010-1 | No |
| Bonistas Ex. 2 | 23010-2 | No |