# EXHIBIT A[1]

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | Zoom Username | |
|---|---|---|---|
| ATTORNEY 1 | Appearance Method | Omnibus Hearing, Title VI Hearing, **or** Both | |
| | Name | | |
| | Law Firm | | |
| | Email | | |
| | Phone Number | | |
| | Docket Entry No. of Notice of Appearance | | |
| ATTORNEY 2 | Appearance Method | Omnibus Hearing, Title VI Hearing, **or** Both | |
| | Name | | |
| | Law Firm | | |
| | Email | | |
| | Phone Number | | |
| | Docket Entry No. of Notice of Appearance | | |
| **Note:** Pursuant to the Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party in interest shall be limited to 2 attorneys at any given time. | | | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.