# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

### INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING APPEARANCE AT DECEMBER 14-15 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this amended informative motion in response to Court's *Order Regarding Procedures for December 14-15, 2022, Omnibus Hearing (Dkt. No. 22907 in Case No. 17-3283* setting forth guidelines for parties wishing to be heard at the December 14-15, 2022 omnibus hearing (the "**Hearing**").

1. Clark T. Whitmore (clark.whitmore@maslon.com) of Maslon LLP will appear on behalf of the Trustee at the hearing at the San Juan Courthouse.

2. Mr. Whitmore reserves the right to speak on behalf of the Trustee with respect to any other matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or any matter potentially impacting the interests of the Trustee.

3. The Trustee's Party Appearance Sheet is attached hereto as **Exhibit A**.

Respectfully submitted,

**RIVERA, TULLA AND FERRER, LLC**

/s Eric A. Tulla
Eric A. Tulla
USDC-DPR No. 118313
Email: etulla@ riveratulla.com

Rivera Tulla & Ferrer Building
50 Quisqueya Street

Respectfully submitted,

**MASLON LLP**

By: /s Clark T. Whitmore
Clark T. Whitmore (admitted *pro hac vice*)
Michael C. McCarthy (admitted *pro hac vice*)
John Duffey (admitted *pro hac vice*)
Jason M. Reed (admitted *pro hac vice*)

90 South Seventh Street, Suite 3300

2

| | |
|---|---|
| San Juan, PR 00917-1212 | Minneapolis, MN 55402 |
| Tel: (787)753-0438 | Telephone: 612-672-8200 |
| Fax: (787)767-5784 (787)766-0409 | Facsimile: 612-672-8397 |
| | E-Mail:  clark.whitmore@maslon.com |
| | mike.mccarthy@maslon.com |
| | john.duffey@maslon.com |
| | jason.reed@maslon.com |

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE**

3