UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------- x
                                                               :
In re                                                          :
                                                               :
                                                               :   PROMESA
THE FINANCIAL OVERSIGHT AND                                    :
MANAGEMENT BOARD FOR PUERTO RICO,                              :   Title III
                                                               :
     as representative of                                      :   Case No. 17-BK-3283-LTS
                                                               :
THE COMMONWEALTH OF PUERTO RICO, et                            :
al.,                                                           :   Court Filing Relates Only to PREPA
                                                               :
     Debtor.                                                   :
                                                               :
-------------------------------------------------------------- x
                                                               :
In re                                                          :
                                                               :
                                                               :   PROMESA
THE FINANCIAL OVERSIGHT AND                                    :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                              :
                                                               :
     as representative of                                      :
                                                               :   Case No. 17-4780-LTS
PUERTO RICO ELECTRIC POWER                                     :
AUTHORITY (PREPA),*                                            :   (Jointly Administered)
                                                               :
     Debtor.                                                   :
                                                               :
-------------------------------------------------------------- x
```

**AMENDED INFORMATIVE MOTION OF FUEL LINE LENDERS
<u>REGARDING DECEMBER 14-15, 2022 OMNIBUS HEARING</u>**

---

* The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Pursuant to the Court's *Amended and Restated Order Regarding Procedures for Virtual Title VI Approval Hearing for the Puerto Rico Finance Corporation and December 14-15, 2022 Omnibus Hearing* (Dkt. No. 23015 in Case No. 17-3283), the Fuel Line Lenders respectfully state as follows:

1. Richard G. Mason or Emil A. Kleinhaus of Wachtell, Lipton, Rosen & Katz will appear virtually, and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent they impact the interests of the Fuel Line Lenders in these Title III cases.

Dated: December 7, 2022

Respectfully submitted,

 /s/ Nayuan Zouairabani
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225
Email: nzt@mcvpr.com

 /s/ Richard G. Mason
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted (*pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
           arwolf@wlrk.com
           eakleinhaus@wlrk.com
           akherring@wlrk.com
           mhcassel@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

2

# EXHIBIT A
## PARTY APPEARANCE SHEET

| Name of Party | Fuel Line Lenders | Zoom Username | FLL / Mason, Ricky / WLRK<br><br>FLL / Kleinhaus, Emil / WLRK |
|---|---|---|---|
| ATTORNEY 1 | Appearance Method | Omnibus Hearing | |
| | Name | Richard G. Mason | |
| | Law Firm | Wachtell, Lipton, Rosen & Katz | |
| | Email | rgmason@wlrk.com | |
| | Phone Number | 212-403-1252 | |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 | |
| ATTORNEY 2 | Appearance Method | Omnibus Hearing | |
| | Name | Emil A. Kleinhaus | |
| | Law Firm | Wachtell, Lipton, Rosen & Katz | |
| | Email | eakleinhaus@wlrk.com | |
| | Phone Number | 212-403-1332 | |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 | |

**Note:** Pursuant to the Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party in interest shall be limited to 2 attorneys at any given time.