**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AFFIDAVIT OF PUBLICATOIN

    I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    This Affidavit of Publication includes verification that the *Notice to Claimants Who Filed Deficient Proof of Claim Against the Debtors without Necessary Contact Information*, as conformed for publication, was published as an online display banner advertisement with a link to the full notice on Caribbeanbusiness.com from November 14, 2022 through November 27, 2022 as described on __Exhibit A__.  As stated in __Exhibit A__, *Caribbean Business* did not publish a print edition of its newspaper during the November 14, 2022 through November 27, 2022 period, due to the impact of Hurricane Fiona.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

This Affidavit of Publication includes sworn statements verifying that the *Notice to Claimants Who Filed Deficient Proof of Claim Against the Debtors without Necessary Contact Information*, as conformed for publication, was published (1) on November 14, 2022, in the national editions of *The Bond Buyer*, as described in the sworn statement attached hereto as **Exhibit B**, (2) on November 14, 2022, in *El Diario*, as described in the sworn statement attached hereto as **Exhibit C**, (3) in *El Nuevo Día,* as described in the sworn statement attached hereto as **Exhibit D**, (4) on November 14, 2022, in *El Nuevo Herald*, as described in the sworn statement attached hereto as **Exhibit E**, (5) on November 14, 2022, in *El Vocero*, as described in the sworn statement attached hereto as **Exhibit F**, (6) on November 14, 2022, in *Primera Hora*, as described in the sworn statement attached hereto as **Exhibit G**, and (7) on November 14, 2022, in *The San Juan Daily Star*, as described in the sworn statement attached hereto as **Exhibit H**.

Dated: December 2, 2022

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 2, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 65359

**<u>Exhibit A</u>**



PO BOX 11472
San Juan, PR 00922-1472

# AFFIDAVIT OF PUBLICATION

In the city of San Juan, Puerto Rico, on November 30, 2022, Mariecruz Ortiz representing Latin Media House, LLC., hereby certify that the banner ad appeared on *caribbeanbusiness.com* from November 14 through November 27, 2022. The reason that Caribbean Business did not publish a printed newspaper in November of the present year was due to operational difficulties in the aftermath of Hurricane Fiona.

Signed: _____

Mariecruz Ortiz
**Manager**

Search site



# CARIBBEAN BUSINESS



GRUPO LMH

LATEST NEWS    REGIONAL    ECONOMY    POLITICS    OPINION    ESPAÑOL    EPAPER    SPECIAL PUBLICATIONS    CB VIDS

**PROMESA NOTICE TO CERTAIN CLAIMANTS WHO FAILED TO PROVIDE CONTACT INFORMATION IN CONNECTION WITH THEIR CLAIM**

**Click Here for the Notice to Claimants Who Filed Claims Without Contact Information**



Inflation Heading Down, What Happens Now?
The Four Benchmarks to review that confirm inflation may be trending down As the Consumer Price...

● ● ●

## EDITOR'S PICK



### LATEST NEWS

**Inflation Heading Down, What Happens Now?**

The Four Benchmarks to review that confirm inflation may be...

November 14, 2022

**The Six Factors To Expect During The End Of 4Q22**

We are deep within the fourth quarter we thought it...

November 10, 2022

**Puerto Rico Banks Deliver Strong Earnings, Beating Most Banks**

Puerto Rico Banks Transformed their operational model The Puerto Rico...

November 9, 2022

**US Congress Discrimination Affecting The Puerto Rico's Healthcare Ecosystem**

The market dynamics that changed the Healthcare Ecosystem as we...



**Pensando en Grande**



allbirds



**<u>Exhibit B</u>**

**Copy Of
Advertisement
Of**

**Certificate of Publication**

Yohanna Beato, is the Billing Coordinator of the
BOND BUYER, a daily newspaper printed and published at One State
Street Plaza, in the City of New York, County of New York, State of
New York; and the notice, of which the annexed is a printed copy, was
regularly published in said BOND BUYER on November 14th 2022.

X        *Yohanna Beato*
          *Billing Coordinator*
          *November 16th 2022*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.,*
    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE TO CLAIMANTS WHO FILED DEFICIENT PROOFS OF CLAIM AGAINST THE DEBTORS WITHOUT NECESSARY CONTACT INFORMATION

**TO THE CLAIMANTS ASSOCIATED WITH THE PROOFS OF CLAIM LISTED BELOW, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**IF YOUR CLAIM IS LISTED BELOW, YOU FILED A DEFICIENT CLAIM AGAINST EITHER THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, OR THE PUERTO RICO ELECTRIC POWER AUTHORITY, AND YOUR CLAIM DID NOT INCLUDE NECESSARY CONTACT INFORMATION.**

**TO DATE, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO HAS BEEN UNABLE TO REACH YOU REGARDING YOUR CLAIM, DESPITE EMPLOYING ITS BEST EFFORTS TO DO SO.**

**IF YOU DO NOT RESPOND TO THIS NOTICE AND PROVIDE DOCUMENTATION IN SUPPORT OF YOUR CLAIM, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO WILL FILE AN OBJECTION SEEKING TO DISALLOW YOUR CLAIM AS DEFICIENT.**

**PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED BELOW.**

**YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

| Claimant (Last/First) | Claim # | Asserted Against |
|---|---|---|
| DRAGONI CEBOLLERO, INGRID | 29281 | ERS |
| TORRES, ISRAEL MERCADO | 56939 | Commonwealth |
| DEFENDINI RIVERA, MARIA D. | 72205 | Commonwealth |
| LUGO PAGAN, BETTY | 84780 | Commonwealth |
| PP NUNEZ, MARIA L. | 114018 | Commonwealth |
| TORRES MARTINEZ, TERESA | 137811 | Commonwealth |
| GONZALEZ, JOSE | 155227 | Commonwealth |
| RIVERA MORALES, JUAN A | 165277 | Commonwealth |
| LUIS VAZQUEZ, CARMEN | 166549 | Commonwealth |
| ACEVEDO, ELBA | 177573 | Commonwealth |
| NATALIA, GARCIA | 177600 | Commonwealth |
| FELIX JESUS, MANUEL ROSARIO | 177618 | Commonwealth |
| GARCIA, NATALIA | 177738 | Commonwealth |
| SERRANO, CARMEN | 177980 | Commonwealth |
| PEREZ, NEREIDA | 178318 | Commonwealth |
| MAGDA, RAMOS | 178726 | Commonwealth |
| REYES LEON, LUIS I. | 178890 | Commonwealth |
| RIVERA VAZQUEZ, MIRTA | 50408 | Commonwealth |
| SANCHEZ, NANCY | 66248 | Commonwealth |
| FIGUEROA COLON, HAYDEE | 143507 | Commonwealth |
| COLON, NELSON | 177983 | Commonwealth |
| CABRERA SANTOS, GUSTAVO L. | 44519 | PREPA |
| ALVARADO RODRIGUEZ, YOLANDA | 164832 | PREPA |
| BURZO ROMAN, SUSAN | 156947 | PREPA |

- **PLEASE CHECK IF YOUR CLAIM IS LISTED ABOVE.**
- **If your claim is NOT listed above, you DO NOT have to do anything.**
- If your claim is listed above, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has been trying to contact you regarding your deficient claim against either the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Commonwealth of Puerto Rico ("ERS,"), or the Puerto Rico Electric Power Authority ("PREPA," and together with the Commonwealth and ERS, the "Debtors") and, to date, has been unable to contact you due to your failure to provide necessary contact information. If you do not respond to this notice and provide documentation in support of your claim, the Oversight Board will file an objection seeking to disallow your claim as deficient.
- YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

**If you have questions, please contact Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

### Critical Information for Claimants

**Deadline for Responding and Supplying Supporting Information.** Your response will be deemed timely **only if** it is received by **4:00 p.m. (Atlantic Standard Time)** on **December 15, 2022**.

**The deadline for responding to this notice is December 15, 2022.**

**What to Submit in Response to this Notice.** Your response must contain the following information.

(i) **Contact Information.** The response must include a **name**, **address**, **telephone number**, and **email address** of: (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Debtors should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the claim on claimant's behalf.

(ii) **Supporting Documentation.** To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; provided, however, that the claimant need not disclose confidential, proprietary, personal, or otherwise protected information in the response; and provided, further, that the claimant shall disclose to the Debtors all information and provide copies of all documents that the claimant believes to be confidential, proprietary, personal, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**Where and How to Submit a Response.** You may submit a response by mailing it to the Oversight Board and/or the Creditors' Committee at the following addresses:

| Counsel for the Oversight Board | Counsel for the Creditors' Committee |
|---|---|
| Proskauer Rose LLP | Paul Hastings LLP |
| Eleven Times Square | 200 Park Avenue |
| New York, New York | New York, New York 10166 |
| 10036-8299 | Attn: Luc A. Despins |
| Attn: Martin J. Bienenstock | James Bliss |
| Brian S. Rosen | James Worthington |
| | G. Alexander Bongartz |

YOUR RESPONSE must be mailed so as to be received by the Oversight Board or the Creditors' Committee by **December 15, 2022**. Your response must be signed.

If you have any questions about submitting a response, please contact the **Kroll hotline at (844) 822-9231**.

### Additional Resources and Who to Contact with Questions

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.ra.kroll.com/puertorico. This website is maintained by Kroll and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Kroll hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@kroll.com.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*, Debtors.

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

**NOTICE TO CLAIMANTS WHO FILED DEFICIENT PROOFS OF CLAIM AGAINST THE DEBTORS WITHOUT NECESSARY CONTACT INFORMATION**

TO THE CLAIMANTS ASSOCIATED WITH THE PROOFS OF CLAIM LISTED BELOW, PLEASE TAKE NOTICE OF THE FOLLOWING:

IF YOUR CLAIM IS LISTED BELOW, YOU FILED A DEFICIENT CLAIM AGAINST EITHER THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, OR THE PUERTO RICO ELECTRIC POWER AUTHORITY, AND YOUR CLAIM DID NOT INCLUDE NECESSARY CONTACT INFORMATION.

TO DATE, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO HAS BEEN UNABLE TO REACH YOU REGARDING YOUR CLAIM, DESPITE EMPLOYING ITS BEST EFFORTS TO DO SO.

IF YOU DO NOT RESPOND TO THIS NOTICE AND PROVIDE DOCUMENTATION IN SUPPORT OF YOUR CLAIM, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO WILL FILE AN OBJECTION SEEKING TO DISALLOW YOUR CLAIM AS DEFICIENT.

YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

| Claimant (Last/First) | Claim # | Asserted Against |
|---|---|---|
| DRAGONI CEBOLLERO, INGRID | 29281 | ERS |
| TORRES, ISRAEL MERCADO | 56939 | Commonwealth |
| DEFENDINI RIVERA, MARIA D. | 72205 | Commonwealth |
| LUGO PAGAN, BETTY | 84780 | Commonwealth |
| PP NUNEZ, MARIA L. | 114018 | Commonwealth |
| TORRES MARTINEZ, TERESA | 137811 | Commonwealth |
| GONZALEZ, JOSE | 155227 | Commonwealth |
| RIVERA MORALES, JUAN A | 165277 | Commonwealth |
| LUIS VAZQUEZ, CARMEN | 166549 | Commonwealth |
| ACEVEDO, ELBA | 177573 | Commonwealth |
| NATALIA, GARCIA | 177600 | Commonwealth |
| FELIX JESUS, MANUEL ROSARIO | 177618 | Commonwealth |
| GARCIA, NATALIA | 177738 | Commonwealth |
| SERRANO, CARMEN | 177980 | Commonwealth |
| PEREZ, NEREIDA | 178318 | Commonwealth |
| MAGDA, RAMOS | 178726 | Commonwealth |
| REYES LEON, LUIS I. | 178890 | Commonwealth |
| RIVERA VAZQUEZ, MIRTA | 50408 | Commonwealth |
| SANCHEZ, NANCY | 66248 | Commonwealth |
| FIGUEROA COLON, HAYDEE | 143507 | Commonwealth |
| COLON, NELSON | 177983 | Commonwealth |
| CABRERA SANTOS, GUSTAVO L. | 44519 | PREPA |
| ALVARADO RODRIGUEZ, YOLANDA | 164832 | PREPA |
| BURZO ROMAN, SUSAN | 156947 | PREPA |

- **PLEASE CHECK IF YOUR CLAIM IS LISTED ABOVE.**
- **If your claim is NOT listed above, you DO NOT have to do anything.**
- If your claim is listed above, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has been trying to contact you regarding your deficient claim against either the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Commonwealth of Puerto Rico ("ERS,"), or the Puerto Rico Electric Power Authority ("PREPA," and together with the Commonwealth and ERS, the "Debtors") and, to date, has been unable to contact you due to your failure to provide necessary contact information. If you do not respond to this notice and provide documentation in support of your claim, the Oversight Board will file an objection seeking to disallow your claim as deficient.
- YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

**If you have questions, please contact Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Critical Information for Claimants**

**Deadline for Responding and Supplying Supporting Information.** Your response will be deemed timely **only if** it is received by **4:00 p.m. (Atlantic Standard Time)** on **December 15, 2022.**

**The deadline for responding to this notice is December 15, 2022.**

**What to Submit in Response to this Notice.** Your response must contain the following information.

(i) **Contact Information.** The response must include a **name**, **address**, **telephone number**, and **email address** of: (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Debtors should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the claim on claimant's behalf.

(ii) **Supporting Documentation.** To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; provided, however, that the claimant need not disclose confidential, proprietary, personal, or otherwise protected information in the response; and provided, further, that the claimant shall disclose to the Debtors all information and provide copies of all documents that the claimant believes to be confidential, proprietary, personal, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**Where and How to Submit a Response.** You may submit a response by mailing it to the Oversight Board and/or the Creditors' Committee at the following addresses:

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York
10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

YOUR RESPONSE must be mailed so as to be received by the Oversight Board or the Creditors' Committee by **December 15, 2022**. Your response must be signed.

If you have any questions about submitting a response, please contact the **Kroll hotline** at **(844) 822-9231.**

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.ra.kroll.com/puertorico. This website is maintained by Kroll and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Kroll hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@kroll.com.

## Need to assemble a bond deal team for your new transaction?



Use *The Bond Buyer's* print and online platforms to advertise your RFP and reach your target audience.

Contact Wei-Ke (Victor) Kuo at 1-212-803-8612 or at wei-ke.kuo@arizent.com.

## Avail yourself of the opportunity to engage a potential new hire.

Place your job posting on *The Bond Buyer* print, online, and email platforms used daily by a broad spectrum of experienced municipal finance professionals for current events and news in the municipal bond market.

**contact Wei-Ke (Victor) Kuo at** 1-212-803-8612 or wei-ke.kuo@arizent.com

**Find more legal notices at https://www.bondbuyer.com/competitive-bond-sales.**

**Exhibit C**



EL CAMPEÓN DE LOS HISPANOS

**EL DIARIO**

LA PRENSA — WWW.ELDIARIONY.COM

an impreMedia company

**Affidavit of Publication State of New York County of New York, ss:
The undersigned, <u>Esperanza Ruiz,</u> is an Account Executive of
EL DIARIO/LA PRENSA a company of Impremedia, located at
41Flatbush Avenue, 1 Fl., Brooklyn, NY 11217**

This is a daily newspaper published in <u>**New York State.**</u> The legal notice of
<u>**The Commonwealth of Puerto Rico – TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**</u> was published in
said newspaper as set forth below or in the annexed exhibit.

This newspaper has been
designated by the Clerk of New York County for this purpose.

**Said Notice was published on:**

**Monday, November 14 2022**

Subscribed and sworn to before me this

_Esperanza Ruiz_
Esperanza Ruiz
Account Executive

day <u>15</u> of <u>November</u> <u>2022</u>

_____
**Notary Public, New York County, N.Y.**
New York
Queens

Jenny Alexandra Vera
Notary Public, State of New York
No. 01VE6346942
Qualified in Queens County
Commission Expires August 22, 20 24

41 Flatbush Avenue, 1Fl. Brooklyn, NY 11217   Phone: (212) 807-4763



LUNES 14 NOVIEMBRE 2022 | El Diario NY | **7**

# #Metro
# #Accidente



**Rafael Guamán.** /CAPTURA DE VIDEO DE NEWS 12

# Recaudan fondos para hispano arrollado en Connecticut

Al salir de trabajar, un inmigrante ecuatoriano de 61 años fue atropellado. La policía de New Milford busca al conductor que huyó de la escena

**Redacción**

"Es una historia muy triste", resumió Jeremy Llivicura sobre la tragedia de Galo Rafael Guamán, inmigrante ecuatoriano de 61 años que murió arrollado en Connecticut por un conductor que huyó de la escena.

La policía de New Milford encontró el automóvil involucrado en el accidente mortal de atropello y fuga y tiene una persona de interés sobre el caso, pero hasta el sábado no se habían anunciado arrestos. Por eso hicieron un lla-

mado al público para dar con el responsable del accidente.

Mientras, los parientes y amigos de Guamán organizaron el fin de semana un servicio fúnebre conmemorativo en el Centro Cívico Ecuatoriano en Danbury.

"Siempre fue muy amable, alegre, siempre bromeaba. Él, ya sabes, me daba consejos sobre la vida", recordó Llivicura a News 12.

Conocido como "Don Rafael", Guamán era el mejor amigo del padre de Llivicura y vivió con su familia en Danbury durante los últimos

20 años mientras trabajaba en una empresa manufacturera en New Milford.

"Todas las mañanas mi papá lo dejaba en la estación de autobuses para que pudiera tomar el autobús a New Milford", recordó Llivicura.

El martes 8 de noviembre no fue diferente, excepto que Guamán no tomó el autobús a casa. La policía dijo que alrededor de las 5:15 p.m. él estaba caminando por Danbury Road frente a Route 7 Travel Plaza cuando un automóvil se estrelló contra él y nunca se detuvo.

Llivicura estaba en su descanso en el trabajo en ese momento y vio una publicación sobre el accidente mientras revisaba su teléfono. Luego recibió una llamada de una preocupada hija de Guamán. "Ella dijo: 'Sabes, he estado tratando de comunicarme con mi papá durante las últimas horas. No ha contestado, que no es normal…¿Puedes ver lo que está pasando?"

Llivicura llamó a su papá a la casa, quien le dijo que Guamán no estaba allí y luego llamó a la policía. Más tarde confirmaron que había sido víctima fatal de un atropello. Llivicura dijo que lo más difícil fue contárselo a sus dos hijas pequeñas, que miran a Guamán como un abuelo.

"Las dos niñas bajaron a buscarlo, y luego la pequeña decía: 'Está tardando una eternidad en volver a casa', y fue entonces cuando me derrumbé y le di la noticia. También quedaron destrozadas", dijo.

Guamán emigró a EEUU hace más de 20 años para ayudar a su familia. En su país dejó una esposa y tres hijos mayores, y trabajó duro para ayudar a pagarles la universidad. Ahora se está realizando un esfuerzo de recaudación en GoFundMe para que enviar el cuerpo a Ecuador.●

## Investigación

**La policía de New Milford encontró el automóvil involucrado en el accidente mortal de atropello y fuga y tiene una persona de interés sobre el caso, pero hasta el sábado no se habían anunciado arrestos.**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En referencia a:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del
ESTADO LIBRE ASOCIADO DE PUERTO RICO, y otros,
Deudores.

PROMESA
Título III

Nº 17 BK 3283-LTS
(Administración conjunta)

### AVISO A DEMANDANTES QUE PRESENTARON PRUEBAS DE RECLAMO DEFICIENTES CONTRA LOS DEUDORES SIN LA INFORMACIÓN DE CONTACTO NECESARIA

A LOS DEMANDANTES ASOCIADOS CON LAS EVIDENCIAS DE RECLAMO QUE SE INDICAN A CONTINUACIÓN, TENGAN A BIEN TOMAR NOTA DE LO SIGUIENTE:

SI SU RECLAMO APARECE EN LA LISTA MÁS ABAJO SIGNIFICA QUE USTED PRESENTÓ UN RECLAMO DEFICIENTE CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO O LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO, Y SU RECLAMO NO INCLUYÓ LA INFORMACIÓN DE CONTACTO NECESARIA.

A LA FECHA, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO NO HA PODIDO CONTACTARLE EN RELACIÓN CON SU RECLAMO, PESE A HABER HECHO TODO LO QUE ESTUVO A SU ALCANCE PARA HACERLO.

SI USTED NO RESPONDE A ESTE AVISO Y NO PRESENTA LA DOCUMENTACIÓN QUE RESPALDA SU RECLAMO, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO PRESENTARÁ UNA OBJECIÓN PARA QUE SE DESESTIME SU RECLAMO POR DEFICIENTE.

VERIFIQUE SI SU(S) RECLAMO(S) ESTÁ(N) INCLUIDOS EN LA LISTA MÁS ABAJO.

DEBE LEER ESTA NOTIFICACIÓN DETENIDAMENTE Y ANALIZARLA CON SU ABOGADO. SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

| Demandante (apellido/nombre) | Reclamo: | Presentado contra |
|---|---|---|
| DRAGONI CEBOLLERO, INGRID | 29281 | ERS |
| TORRES, ISRAEL MERCADO | 56939 | Estado Libre Asociado |
| DEFENDINI RIVERA, MARIA D. | 72205 | Estado Libre Asociado |
| LUGO PAGAN, BETTY | 84780 | Estado Libre Asociado |
| PP NUNEZ, MARIA L. | 114018 | Estado Libre Asociado |
| TORRES MARTINEZ, TERESA | 137811 | Estado Libre Asociado |
| GONZALEZ, JOSE | 155227 | Estado Libre Asociado |
| RIVERA MORALES, JUAN A | 165277 | Estado Libre Asociado |
| LUIS VAZQUEZ, CARMEN | 166549 | Estado Libre Asociado |
| ACEVEDO, ELBA | 177573 | Estado Libre Asociado |
| NATALIA, GARCIA | 177600 | Estado Libre Asociado |
| FELIX JESUS, MANUEL ROSARIO | 177618 | Estado Libre Asociado |
| GARCIA, NATALIA | 177738 | Estado Libre Asociado |
| SERRANO, CARMEN | 177980 | Estado Libre Asociado |
| PEREZ, NEREIDA | 178318 | Estado Libre Asociado |
| MAGDA, RAMOS | 178726 | Estado Libre Asociado |
| REYES LEON, LUIS I. | 178890 | Estado Libre Asociado |
| RIVERA VAZQUEZ, MIRTA | 50408 | Estado Libre Asociado |
| SANCHEZ, NANCY | 66248 | Estado Libre Asociado |
| FIGUEROA COLON, HAYDEE | 143507 | Estado Libre Asociado |
| COLON, NELSON | 177983 | Estado Libre Asociado |
| CABRERA SANTOS, GUSTAVO L. | 44519 | PREPA |
| ALVARADO RODRIGUEZ, YOLANDA | 164832 | PREPA |
| BURZO ROMAN, SUSAN | 156947 | PREPA |

• VERIFIQUE SI SU RECLAMO ESTÁ INCLUIDO EN LA LISTA ARRIBA.
• Si su reclamo NO está en la lista arriba, NO es necesario que haga nada.
• Si su reclamo se incluye en la lista precedente, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha podido constatar de contactarle en relación con su reclamo deficiente bien contra el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS"), o la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado y el ERS, los "Deudores") a la fecha al momento no ha podido contactarlo porque usted omitió incluir información de contacto necesaria. Si no responde a este aviso y no presenta documentación en respaldo de su reclamo, la Junta de Supervisión presentará una objeción para que se desestime su reclamo por deficiente.
• DEBE LEER ESTA NOTIFICACIÓN DETENIDAMENTE Y ANALIZARLA CON SU ABOGADO. SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

Si tiene preguntas, comuníquese con Kroll al (844) 822-9231 (número gratuito para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español).

### Información crítica para los Demandantes

**Fecha límite para responder y presentar la notificación de respaldo.** Se considerará que ha respondido en tiempo solo si la respuesta se recibe antes de las 4:00 p.m. (Hora estándar del Atlántico) del 15 de diciembre de 2022.

La fecha límite para responder a esta notificación es el 15 de diciembre de 2022.

**Qué presentar con su respuesta a esta notificación.** La respuesta debe contener la siguiente información:
(1) Información de Contacto. La respuesta debe incluir un nombre, dirección, número de teléfono y dirección de correo electrónico de: ya sea (1) del demandante que responde; (2) del abogado o el representante designado del demandante a los cuales los abogados de los Deudores deben cursar una contestación a la respuesta, en su caso; o (3) a la parte facultada para conciliar, transigir o de cualquier otro modo resolver el reclamo en representación del demandante.
(ii) Documentación de Respaldo. En la medida en que no se haya incluido en la evidencia de reclamo, la respuesta debe incluir una copia de cualquier otra documentación o evidencia de reclamo, con base en la cual el demandante habrá de fundamentar su oposición a la Objeción Global; con la salvedad, sin embargo, de que el demandante no estará obligado a revelar en la respuesta información confidencial, propia o de otro modo protegida; y con la salvedad, asimismo, de que el demandante deberá revelar a los Deudores toda la información y proporcionarle copias de todos los documentos que el demandante considere confidenciales, propios o de otro modo protegidos, y en los cuales estos tengan intención de basarse para fundamentar su reclamo, con sujeción a las limitaciones de confidencialidad que correspondan.

**Dónde y cómo presentar la respuesta.** Puede presentar la respuesta enviándola bien a la Junta de Supervisión y/o al Comité de Acreedores a las siguientes direcciones:

| Asesor de la Junta de Supervisión | Asesor del Comité de acreedores |
|---|---|
| Proskauer Rose LLP | Paul Hastings LLP |
| Eleven Times Square | 200 Park Avenue |
| New York, New York 10036-8299 | New York, New York 10166 |
| Atención: Martin J. Bienenstock | Atención: Luc A. Despins |
| Brian S. Rosen | James Bliss |
| | James Worthington |
| | G. Alexander Bongartz |

SU RESPUESTA debe enviarse por correo de modo tal que sea recibida por la Junta de Supervisión y/o el Comité de Acreedores antes del 15 de diciembre de 2022. Su respuesta debe estar firmada.
Si tiene alguna pregunta sobre el envío de una respuesta, comuníquese con Kroll al (844) 822-9231.

### Recursos Adicionales y a Quién Contactar para formular Preguntas

Todos los documentos presentados en los Casos iniciados al amparo del Título III, incluidas copias de los reclamos presentados utilizando CM/ECF, se encuentran disponibles de forma gratuita en línea, en https://cases.ra.kroll.com/puertorico. Este sitio web se mantendrá por Kroll y contiene una base de datos apta para búsquedas para ayudar a localizar documentos.

Si necesita obtener información adicional sobre la Objeción Global, en relación de su reclamo en particular, o sobre este aviso, póngase en contacto con la línea de ayuda de Kroll llamando al (844) 822-9231 (sin cargo para EE.UU. y Puerto Rico), o al (646) 486-7944 (para llamadas internacionales), disponible desde las 10:00 a.m. hasta las 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español). Las consultas también pueden enviarse por correo electrónico a puertoricoinfo@kroll.com.

**<u>Exhibit D</u>**

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA
# EL DISTRITO DE PUERTO RICO

### EN REFERENCIA A: LA JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS, DEUDORES

### PROMESA TITULO III
### #17 BK 3283-LTS
### (ADMINISTRACION CONJUNTA)

### AVISO A DEMANDANTES QUE REPRESENTARON PRUEBAS DE RECLAMO DEFICIENTES CONTRA LOS DEUDORES SIN LA INFORMACION DE CONTACTO NECESARIA.

# AFIDAVIT

Yo, Dinaury Rivera Figueroa, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DÍA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

### 14 DE NOVIEMBRE DE 2022

se dio publicidad al edicto expedido por

### LA JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA P.R.

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. NOV 1 4 2022 20___.

Afidávit No. _____7974_____ del Registro.

Jurado y reconocido ante mi por Dinaury Rivera Figueroa, vecina de Toa Alta, mayor de edad, casada, Representante del periódico "EL NUEVO DIA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. NOV 1 4 2022 20___.

NOTARIO





**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

En referencia a:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del
ESTADO LIBRE ASOCIADO DE PUERTO RICO, y otros,
Deudores,

PROMESA
Título III
N° 17 BK 3283-LTS
(Administración conjunta)

**AVISO A DEMANDANTES QUE PRESENTARON PRUEBAS DE RECLAMO DEFICIENTES CONTRA LOS DEUDORES SIN LA INFORMACIÓN DE CONTACTO NECESARIA**

A LOS DEMANDANTES ASOCIADOS CON LAS EVIDENCIAS DE RECLAMO QUE SE INDICAN A CONTINUACIÓN, TENGAN A BIEN TOMAR NOTA DE LO SIGUIENTE:

SI SU RECLAMO APARECE EN LA LISTA MÁS ABAJO SIGNIFICA QUE USTED PRESENTÓ UN RECLAMO DEFICIENTE CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO O LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO, Y SU RECLAMO NO INCLUYÓ LA INFORMACIÓN DE CONTACTO NECESARIA.

A LA FECHA, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO NO HA PODIDO CONTACTARLE O DE RELACIÓN CON SU RECLAMO, PESE A HABER HECHO TODO LO QUE ESTUVO A SU ALCANCE PARA HACERLO.

SI USTED NO RESPONDE A ESTE AVISO Y NO PRESENTA LA DOCUMENTACIÓN QUE RESPALDA SU RECLAMO, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO PRESENTARÁ UNA OBJECIÓN FORMAL QUE DESESTIME SU RECLAMO POR DEFICIENTE.
USTED DEBE LEER ESTA NOTIFICACIÓN DETENIDAMENTE Y ANALIZARLA CON SU ABOGADO, SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

| Demandante (apellido/nombre) | Reclamo: | Presentado contra |
|---|---|---|
| DRAGONI CEBOLLERO, INGRID | 29281 | ERS |
| TORRES, ROMAN MORALES | 56939 | Estado Libre Asociado |
| DEFENDINI RIVERA, MARIA D. | 72205 | Estado Libre Asociado |
| LUGO PAGAN, BETTY | 84780 | Estado Libre Asociado |
| PIMENEZ, MARIA L. | 114018 | Estado Libre Asociado |
| TORRES MARTINEZ, TERESA | 132911 | Estado Libre Asociado |
| GONZALEZ, JOSE | 155227 | Estado Libre Asociado |
| RIVERA MORALES, JUANA | 165277 | Estado Libre Asociado |
| LUIS VAZQUEZ, CARMEN | 166549 | Estado Libre Asociado |
| ACEVEDO, ELBA | 177573 | Estado Libre Asociado |
| NATALIA GARCIA | 177600 | Estado Libre Asociado |
| FELIX JESUS, MANUEL ROSARIO | 177618 | Estado Libre Asociado |
| GARCIA, NATALIA | 177738 | Estado Libre Asociado |
| SERRANO, CARMEN | 177969 | Estado Libre Asociado |
| PEREZ, NEREIDA | 178318 | Estado Libre Asociado |
| MAGDA, RAMOS | 178726 | Estado Libre Asociado |
| REYES LEON, LUIS I. | 178890 | Estado Libre Asociado |
| RIVERA VAZQUEZ, MIRTA | 50408 | Estado Libre Asociado |
| SANCHEZ, NANCY | 66248 | Estado Libre Asociado |
| FIGUEROA COLON, HAYDEE | 143507 | Estado Libre Asociado |
| COLON, NELSON | 177943 | Estado Libre Asociado |
| CABRERA SANTOS, GUSTAVO L. | 44519 | PREPA |
| ALVARADO RODRIGUEZ, YOLANDA | 144632 | PREPA |
| BURZIO RIVERA, MARIA | 156947 | PREPA |

**AVISO PÚBLICO**

LA JUNTA DE SUBASTAS DEL MUNICIPIO DE SAN JUAN RECIBIRÁ OFERTAS EN SOBRES CERRADOS PARA LA CELEBRACIÓN DE LA SIGUIENTE SOLICITUD DE PROPUESTA RFP:

| NÚM. | TÍTULO | FECHA DE DISPONIBILIDAD DE DOCUMENTOS | COSTO DOCUMENTOS | FECHA Y HORA REUNIÓN | FECHA Y HORA PARA ENTREGA DE PROPUESTAS Y ACTO DE APERTURA |
|---|---|---|---|---|---|
| SOLICITUD DE PROPUESTAS (RFP) 2023-012 | VENTA PÚBLICA DEL HELICÓPTERO MARCA BELL, MODELO 407 CON NUMERO DE REGISTRO MSJ-N310J Y NUMERO DE SERIE 53440 | Desde el 16/noviembre/2022 | Libre de Costo | Reunión Compulsoria 10:00 a.m. 2/diciembre/2022 | En o antes de las 10:00 a.m. del 16/diciembre/2022 |

**LUGAR DE CELEBRACIÓN DE LA REUNIÓN COMPULSORIA Y ACTO DE APERTURA:**
Lugar de Celebración de la Reunión Compulsoria: Aeropuerto de Isla Grande, Rampa Sur Lote 2° en San Juan, Puerto Rico,
y los Actos de Apertura: Salón de Conferencias de la Oficina de Secretaría Municipal, localizada en el piso 15 del Centro de Gobierno del Municipio de San Juan ("Torre Municipal) calle Carlos E. Chardón, Hato Rey

Los documentos o pliegos de la Solicitud de Propuesta (RFP, por sus siglas en inglés) pueden obtenerse libre de costo en la División de Compras y Subastas de la Oficina de Secretaría Municipal, localizada en el piso 15 del Centro de Gobierno del Municipio de San Juan ("Torre Municipal), calle Carlos E. Chardón, Hato Rey en horario de 8:00 a.m. a 12:00 p.m. y de 1:00 p.m. a 4:00 p.m.

Se celebrará una Reunión Compulsoria para la Solicitud de Propuesta RFP-2023-012, en la hora y fecha antes indicada, por lo que se recomienda que un representante de la compañía licitadora interesada asista a la misma, para informarse de las especificaciones y condiciones requeridas.

Toda propuesta deberá entregarse antes de la fecha y hora límite antes dispuesta, acompañada de una Fianza Provisional de Participación o Fianza de Licitación ("Bid Bond") emitida por una compañía aseguradora debidamente acreditada, por la cantidad equivalente al cinco por ciento (5 %) del total de la propuesta sometida para la solicitud de propuesta RFP-2023-012, que garantiza su propuesta y con una vigencia no menor de ciento veinte (120) días, lo cual tiene que estar especificado por escrito en el texto de la misma. Esta fianza también puede ser suministrada mediante el documento original del recibo de pago de la cantidad antes mencionada, en la Oficina de Recaudaciones Municipal antes mencionada, debidamente firmado en original por el recaudador que lo emita.

La Junta de Subastas se reserva el derecho de rechazar cualquier o todas las propuestas y adjudicar la Subasta al mejor postor, bajo las condiciones más favorables al Municipio de San Juan. La adjudicación de la buena pro no obligará al Municipio de San Juan, debiendo el licitador contractual únicamente con el otorgamiento del contrato de la forma provista por ley, y sujeto a la emisión de la orden de proceder. El Municipio se reserva el derecho de cancelar la adjudicación de la buena pro o la subasta en protección de los mejores intereses, en cuyo caso, el Municipio no incurrirá en responsabilidad alguna.

Se establece que la Reunión Compulsoria y el Acto de Apertura, son reuniones públicas, por lo que toda persona interesada en participar de la misma pueden estar presente, serán transmitidos en vivo, por la página de Facebook: sanjuanciudadcapital, en el día, hora y lugar establecido en este Aviso Público, por lo que una vez comiencen no se permitirá la entrada de ningún otro licitador o público en general.

Todos los participantes deberán cumplir con los requisitos aplicables de la Ley Núm. 107 de 14 de agosto de 2020, conocida como "Código Municipal de Puerto Rico", según enmendada, y las Ordenanzas Municipales correspondientes y con la Ley Núm. 2 de 4 de enero de 2018, según enmendada, conocida como el Código Anticorrupción para el Nuevo Puerto Rico y con la legislación y reglamentación federal aplicable. Además, todo licitador deberá estar en cumplimiento (Good Standing) para proveer servicios con el Municipio, gobierno estatal y federal y deberá demostrar su registro en el "System for Award Management" en https://www.sam.gov.

En la Subasta que aplique, los licitadores deberán cumplir con todos los requisitos y regulaciones federales establecidos por la "Federal Emergency Management Agency" (FEMA, por sus siglas en inglés); "Community Development Block Grant for Disaster Recovery" (CDBG-DR, por sus siglas en inglés); "Coronavirus State and Local Fiscal Recovery Fund" aprobado bajo la Ley del Plan de Rescate Estadounidense (ARPA, por sus siglas en inglés); "Federal Transit Administration" (FTA, por sus siglas en inglés); "Community Services Block Grant" (CSBG), "Coronavirus Aid Relief and Economic Security Act" (CARES Act) y cualquier otro aplicable.

El Título VI del Acto de Restauración de los Derechos Civiles del 1987 y los estatutos relacionados que prohíben la discriminación en programas asistidos federalmente, requieren que ninguna persona en los Estados Unidos de América, ya sea por raza, color, origen, nacionalidad, sexo, edad o incapacidad sea excluida de participar en programa o actividad que reciba asistencia financiera federal en parte o en su totalidad, ni se le negará el goce de los beneficios o será sometido a la discriminación bajo el mismo. Se exhorta la participación de licitadores certificados como "Disadvantaged Business Enterprise" (DBE) o la subcontratación de dichas organizaciones y/o empresas.

El Municipio de San Juan es patrono con Igualdad de Oportunidades.

**Víctor A. Joglar Díaz**
Presidente de la Junta de Subastas

**SAN JUAN** ▶▶▶
AVANZA POR TI

**Exhibit E**



State of Florida                                              November 16, 2022
County of Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the
publisher's designated agent of the publication known as ***EL Nuevo Herald*** has full knowledge of the
facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A page 13A of EL Nuevo Herald for:

Tribunal De Los Estados Unidos Para El Distrito De Puerto Rico

| TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO | |
|---|---|
| En referencia a:<br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br>Deudores. | PROMESA<br>Título III<br>N° 17 BK 3283-LTS<br>(Administración conjunta) |

was distributed to Publishers full circulations (EL Nuevo Herald)

- On the 14th day of November 2022.

By: *Matthew Weisberg*

Subscribed and sworn to before me this 16th day of November, 2022

Miami Herald
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172  I *********@miamiherald.com  I  www.miamiherald.com  I  www.elnuevoherald.com

## VIENE DE LA 2A
# LATINOS

votos.

"Se necesitó una gran cantidad de dinero y esfuerzo para conseguir el tipo de estabilidad que se ve en un estado como Arizona. La lección que tenemos que ver es que el Partido Demócrata no puede dar por sentado el voto hispano", dijo Odio. "Florida es para los demócratas la historia de advertencia de lo que sucede cuando le quitas el pie del acelerador".

Aún así, el análisis de que los resultados de la Florida eran indicativos de un cambio nacional recibió un rápido rechazo por parte de algunos grupos políticos hispanos, quienes enfatizaron que Florida era la clara excepción al alcance demócrata. Organizaciones como UnidosUS, Mi Familia Vota y America's Voice dieron a conocer el jueves una amplia encuesta entre 5,400 electores hispanos en todo el país, que mostró que los hispanos se pusieron abrumadoramente del lado de los candidatos demócratas y los temas de políticas.

"Creo que donde nos encontramos con problemas es cuando las suposiciones sobre el electorado en conjunto se hacen en los valores atípicos en lugar de al revés", dijo Clarissa Martínez de Castro, vicepresidenta de Latino Vote Initiative en UnidosUS. "Estamos viendo un tipo similar de alcance en lugares como el sur de Texas, por lo que estamos hablando de una geografía muy pequeña y un número muy pequeño de electores hispanos en comparación con la población hispana votante en general en el resto del estado, pero muy alta intensidad y alcance allí".

Entre las conclusiones de su encuesta, que se realizó del 26 de octubre al 7 de noviembre, los hispanos de la Florida recibieron la puntuación más baja de los demócratas y la más alta de los republicanos de los 11 estados que desglosaron los encuestadores. Alrededor de 63% de los hispanos de la Florida dijeron que habían sido contactados por el Partido Demócrata y 59% dijeron que habían sido contactados por el Partido Republicano.

"Sabemos que el mensaje importa", dijo Gabe Sánchez, vicepresidente de Investigación de BSP Research, anteriormente conocido como Latino Decisions, que realizó encuestas para la campaña 2020 del presidente Joe Biden.

"Probablemente para los demócratas, Arizona es el estado que elegiría como un ejemplo de cómo ese mensaje sostenido a la comunidad hispana ha valido la pena para ellos. Entonces, en ambos ejemplos, la Florida para los republicanos y Arizona para los demócratas, sabemos que invertir en una comunidad hispana, al igual que cualquier otra comunidad, tiene beneficios", dijo.

Giancarlo Sopo, asesor nacional del Partido Republicano que fue director de respuesta rápida de la campaña de Trump para los medios en español, dijo que el argumento de que la Florida es un caso atípico socava el lento debilitamiento que los republicanos han hecho en áreas que históricamente se han inclinado por los demócratas.

"Nadie está aguantando que a los republicanos les va tan bien con los hispanos en Texas como en la Florida, pero hubo aumentos significativos entre los hispanos en todo el país", dijo Sopo, nacido en Miami y quien dirige la firma de asesoría política Visto Media. "La noción de que esto se limitó a la Florida o Georgia no está respaldada por los datos".

Como ejemplo, Sopo dijo que en algunos distritos congresuales de mayoría hispana en el sur de Texas, los hispanos conservadores se presentaron en carreras con márgenes de victoria históricamente ajustados. En el Distrito 34 del Congreso de Texas, donde la representante Mayra Flores perdió ante el demócrata Vicente González el martes, los demócratas han pasado de una ventaja de 25 puntos a un margen de victoria de 8 puntos, según el análisis de Sopo de los resultados históricos.

"Mayra Flores perdió 8 puntos en un distrito que Biden ganó por 16", dijo Sopo, quien asesoró a otras dos candidatas republicanas de Texas, Mónica de la Cruz y Cassy García, quien desafiaba al representante demócrata Henry Cuéllar.

De vuelta en la Florida, los demócratas hispanos están lidiando con la realidad de un estado que vio la desinversión sistémica de los comités políticos demócratas nacionales este ciclo intermedio. El Partido Demócrata de Florida dijo que mientras que los comités políticos gastaron cerca de $59 millones en 2018, los mismos grupos asignaron menos de $1.4 millones en 2022.

"Creo que el Partido Demócrata hizo las cosas habituales", dijo el profesor Eduardo Gamarra, profesor de Política en la Universidad Internacional de Florida. "Empezaron tarde. Dieron por sentada esta comunidad. Me has escuchado decir esto muchas veces, no hicieron la investigación necesaria".

*Los redactores de McClatchy DC Sheridan Wall, Ben Wieder y el redactor del Miami Herald Joey Flechas contribuyeron a esta información.*

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En referencia a:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | PROMESA
como representante del | Título III
ESTADO LIBRE ASOCIADO DE PUERTO RICO, y otros, | Nº 17 BK 3283-LTS
Deudores. | (Administración conjunta)

**AVISO A DEMANDANTES QUE PRESENTARON PRUEBAS DE RECLAMO DEFICIENTES CONTRA LOS DEUDORES SIN LA INFORMACIÓN DE CONTACTO NECESARIA**

A LOS DEMANDANTES ASOCIADOS CON LAS EVIDENCIAS DE RECLAMO QUE SE INDICAN A CONTINUACIÓN, TENGAN A BIEN TOMAR NOTA DE LO SIGUIENTE:

SI SU RECLAMO APARECE EN LA LISTA MÁS ABAJO SIGNIFICA QUE USTED PRESENTÓ UN RECLAMO DEFICIENTE CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO O LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO, Y SU RECLAMO NO INCLUYÓ LA INFORMACIÓN DE CONTACTO NECESARIA.

A LA FECHA, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO NO HA PODIDO CONTACTARLE EN RELACIÓN CON SU RECLAMO, PESE A HABER HECHO TODO LO QUE ESTUVO A SU ALCANCE PARA HACERLO.

SU USTED NO RESPONDE A ESTE AVISO Y NO PRESENTA LA DOCUMENTACIÓN QUE RESPALDA SU RECLAMO, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO PRESENTARÁ UNA OBJECIÓN PARA QUE SE DESESTIME SU RECLAMO POR DEFICIENTE.

VERIFIQUE SI SU(S) RECLAMO(S) ESTÁ(N) INCLUIDOS EN LA LISTA MÁS ABAJO.
DEBE LEER ESTA NOTIFICACIÓN DETENIDAMENTE Y ANALIZARLA CON SU ABOGADO. SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

| Demandante (apellido/nombre) | Reclamo: | Presentado contra |
|---|---|---|
| DRAGONI CEBOLLERO, INGRID | 29281 | ERS |
| TORRES, ISRAEL MERCADO | 56939 | Estado Libre Asociado |
| DEFENDINI RIVERA, MARIA D. | 72295 | Estado Libre Asociado |
| LUGO PAGAN, BETTY P. | 84780 | Estado Libre Asociado |
| PP NUÑEZ, MARIA L. | 114018 | Estado Libre Asociado |
| TORRES MARTINEZ, TERESA | 137811 | Estado Libre Asociado |
| GONZALEZ, JOSE | 155237 | Estado Libre Asociado |
| RIVERA MORALES, JUANA | 165277 | Estado Libre Asociado |
| LUIS VAZQUEZ, CARMEN | 166549 | Estado Libre Asociado |
| ACEVEDO, ELBA | 177573 | Estado Libre Asociado |
| NATALIA, GARCIA | 177600 | Estado Libre Asociado |
| FELIX JESUS, MANUEL ROSARIO | 177618 | Estado Libre Asociado |
| GARCIA, NATALIA | 177738 | Estado Libre Asociado |
| SERRANO, CARMEN | 177980 | Estado Libre Asociado |
| PEREZ, NERIDDA | 178318 | Estado Libre Asociado |
| MAGDA, RAMOS | 178726 | Estado Libre Asociado |
| REYES LEON, LUIS | 178890 | Estado Libre Asociado |
| RIVERA VAZQUEZ, MIRTA | 50408 | Estado Libre Asociado |
| SANCHEZ, NANCY | 86248 | Estado Libre Asociado |
| FIGUEROA COLON, HAYDEE | 143507 | Estado Libre Asociado |
| COLON, NELSON | 177983 | Estado Libre Asociado |
| CABRERA SANTOS, GUSTAVO L. | 44519 | PREPA |
| ALVARADO RODRIGUEZ, YOLANDA | 164832 | PREPA |
| BURZO ROMAN, SUSAN | 156690 | PREPA |

• **VERIFIQUE SI SU RECLAMO ESTÁ INCLUIDO EN LA LISTA ARRIBA.**
• **Si su reclamo N(I) está en la lista arriba, NO es necesario que haga nada.**
• Si su reclamo se incluye en la lista precedente, la Junta de Supervisión usted contactará con usted...

Si tiene preguntas, comuníquese con Kroll al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español).

**Información crítica para los Demandantes**

**Fecha límite para responder y presentar la información de respaldo.** Se considerará que ha respondido en tiempo solo si la respuesta se recibe antes de las 4:00 p.m. (Hora estándar del Atlántico) el 15 de diciembre de 2022.

La fecha límite para responder a esta notificación es el 15 de diciembre de 2022.

**Qué presentar en respuesta a esta notificación.** La respuesta debe contener la siguiente información:
a) **Información de Contacto.** La respuesta debe incluir un **nombre, dirección, número de teléfono y dirección de correo electrónico** de ya sea (1) del demandante que respondió; (2) del abogado o el representante designado del demandante a los cuales los abogados de los Deudores deben cursar una contestación a la respuesta, en su caso; o (3) a la parte facultada para conciliar, transigir o de cualquier otro modo resolver el reclamo en representación del demandante.
b) **Documentación de Respaldo.** En la medida en que no se haya incluido ya en la evidencia de reclamo, la respuesta debe incluir una copia de cualquier otra documentación o evidencia de reclamo, con base en la cual el demandante habrá de fundamentar su oposición a la Objeción Global, con la salvedad, sin embargo, de que el demandante no estará obligado a revelar en la respuesta información confidencial, propia o de otro modo protegida; y con la salvedad, asimismo, de que el demandante deberá revelar a los Deudores toda la información y proporcionarle copias de todos los documentos que el demandante considere confidenciales, propios o de otro modo protegidos, y en los cuales estos tengan intención de basarse para fundamentar su reclamo, con sujeción a las limitaciones de confidencialidad que sean pertinentes.

**Dónde y cómo presentar la respuesta.** Puede presentar una respuesta enviándola por correo a la Junta de Supervisión y/o al Comité de Acreedores a las siguientes direcciones:

Asesor de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Atención: Martin J. Bienenstock
Brian S. Rosen

Asesor del Comité de acreedores
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Atención: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

LA RESPUESTA debe enviarse por correo de modo tal que sea recibida por la Junta de Supervisión o el Comité de Acreedores antes del 15 de diciembre de 2022. Su respuesta debe estar firmada.

Si tiene alguna pregunta sobre el envío de una respuesta, comuníquese con la línea de ayuda de Kroll al (844) 822-9231.

**Recursos Adicionales y la Quién Contactar para formular Preguntas**



40 YEARS

OCEAN BANK

## Fortalezca Sus Ahorros

# 4.25%
## APY

### CD a 6 Meses

**Comience a ahorrar más hoy mismo.**
Abra su cuenta en una sucursal de Ocean Bank cerca de usted o escanee el código para abrirla en línea.



$2,500 monto mínimo de apertura. Debe ser dinero nuevo para Ocean Bank. Dinero nuevo son fondos que actualmente no están depositados en Ocean Bank. El porcentaje anual de rendimiento (APY) es efectivo a partir del 8 de noviembre de 2022. Se debe mantener el monto mínimo de apertura durante la totalidad del plazo para obtener el porcentaje de rendimiento anual (APY). Se pudiera imponer una penalidad por retiros efectuados antes del vencimiento. La oferta no aplica para Certificados de Depósito de Cuentas de Retiro Individual (IRA). La oferta está sujeta a cambios sin previo aviso a en cualquier momento.

©2022 Ocean Bank. Miembro FDIC.

**<u>Exhibit F</u>**



**AFIDAVIT**

**AVISO**

---

**AVISO A DEMANDANTES QUE PRESENTARON PRUEBAS DE RECLAMO DEFICIENTES CONTRA LOS DEUDORES SIN LA INFORMACIÓN DE CONTACTO NECESARIA**

**PROMESA Título III - N° 17 BK 3283-LTS**

Yo, Yahaira Rivera Rivera habiendo prestado el juramento debido, declaro lo siguiente:

Que soy Oficial de Crédito, Cobros y Facturación de Publi-Inversiones para el periódico El Vocero de Puerto Rico el cual se pública en San Juan Puerto Rico y que en las ediciones de este mismo diario correspondientes a los siguientes días:

**14 de noviembre de 2022**

---

Se dio publicidad al aviso expedido por el peticionario: **ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Sobre el asunto arriba mencionado, y copia del cual se une al presente affidavit para que forme parte del mismo.

San Juan, Puerto Rico, a _____ NOV 1 5 2022 _____

_____
Yahaira Rivera Rivera
Departamento de Finanzas

Affidavit Núm. _____ del Registro

Jurado y reconocido ante mí por Yahaira Rivera Rivera, mayor de edad, casada, vecina de Caguas y Oficial de Crédito, Cobros y Facturación del Departamento de Finanzas de Publi-Inversiones para el periódico El Vocero de Puerto Rico, de esta vecindad, a quien doy fe de conocer personalmente.

San Juan, Puerto Rico, a _____ NOV 1 5 2022 _____

Sello

RECIBO

9397
11/04/2022
$5.00

Sello de Asistencia Legal
80098-2022-1104-92106250



**elVocero** > LUNES, 14 DE NOVIEMBRE DE 2022 — ECONOMÍA >23

# RAM reafirma su compromiso con la agricultura de Puerto Rico

▶ La marca de autos realiza la octava edición de la iniciativa "la Fuerza del Trabajo" con sobre $80,000 en premios

@ **Kevin J. Rodríguez**
▸ krodriguez@elvocero.com

🐦 @kevinjoel



Para Ricardo García, presidente de la FCA Caribe, una de las áreas a destacar en esta octava edición es el sector agrario para subsanar -en parte- las pérdidas causadas por el huracán Fiona. ›Suministrada

Como parte de su compromiso social y con el propósito de ayudar a los trabajadores y al desarrollo de negocios nativos, la marca RAM lanzó la convocatoria La Fuerza del Trabajo AgroTech, la cual ofrece sobre $80,000 en premios a un emprendedor que se encuentre innovando en el área de la agricultura.

Entre los premios figuran: $15,000 en efectivo, dos acres de terreno para el desarrollo de su proyecto agrícola en la Finca Explora en Isabela, uso de maquinaria y equipo por un año, riego de tierra por un año, seminarios y entrenamiento empresarial, asesoría, y membresía anual del Centro Unido de Detallistas (CUD), entre otros.

El presidente de Fiat Chrysler Automobiles (FCA) Caribe, Ricardo García, explicó que en esta estrategia en la que se persigue subsanar parte de las pérdidas causadas por el paso del huracán Fiona por la Isla.

"Una de las áreas más importantes sigue siendo la agricultura. Precisamente este año fue en lo que decidimos enfocar nuestra campaña 'La Fuerza del Trabajo AgroTech', porque queríamos juntar lo que es la agricultura y la tecnología", manifestó García a EL VOCERO.

"El desarrollo de la agricultura local y de productos locales siempre ha sido muy importante para la marca RAM. Sabemos que el impacto del huracán por Puerto Rico fue un gran golpe para los agricultores locales, quienes perdieron sus cosechas y algunos de ellos apenas estaban obtenien-

> **Este programa nace desde el 2014 y nosotros lanzamos una estrategia con la que se persigue subsanar parte de las pérdidas causadas por el huracán Fiona por la Isla.**
>
> **Ivonne Martínez**
> Gerente de mercadeo de RAM

do sus primeras cosechas luego del huracán María. Es por esta razón, nos hemos unido con el Centro Unido de Detallistas (CUD) y el Corredor Tecnoeconómico de Puerto Rico en una alianza para ofrecer esta oportunidad a los agricultores locales para innovar en este sector", abundó.

Tras el impacto del fenómeno atmosférico, el Departamento de Agricultura aseguró que hubo más de $100 millones en pérdidas en el sector agrario de la Isla, principalmente en las plantaciones de plátanos, guineos y café.

El objetivo de la marca es que se haya aprovechado para que los emprendedores puedan alcanzar sus metas.

"Ciertamente, estas personas que están emprendiendo necesitan mucho más que el dinero, necesitan mentoría, necesitan un ecosistema empresarial que los apoye, necesitan también lo que es la publicidad para su producto. Así que, realmente, lo que le damos

es un paquete donde también será ganador a su ser parte de nuestra campaña de publicidad", indicó la gerente de mercadeo de la marca automotriz, Ivonne Martínez.

Al momento, este proyecto ya cuenta con más de 100 participantes interesados en ser el próximo ganador o ganadora.

García exhortó a todos a que accedan a www.lafuerzadeltrabajo.com para completar el formulario de inscripción.

La fecha límite para participar será hasta el 23 de noviembre. Luego, un panel de jueces evaluará las solicitudes y seleccionará al ganador en el mes de diciembre.

Además, como parte de este lanzamiento, la marca anunció la primera edición del videopodcast La Fuerza del Trabajo. Un podcast que celebra al trabajador local y promueve la creación de nuevos negocios.

En su primera temporada, presentarán conversaciones con emprendedores y figuras claves que impactan la industria de Agrotech, mejor conocida como Agro-Tecnología.

## Tributo al trabajador boricua

Entretanto, Martínez, explicó a este medio que este proyecto nació con el fin de rendirle tributo al trabajador puertorriqueño que labora en el sector agrario y

utilizar la marca RAM como "machete de trabajo".

"Este programa nace desde el 2014 y nosotros lanzamos una campaña inicialmente que se llamaba 'La Fuerza del Trabajo' que era un tributo al trabajador puertorriqueño donde empleaban la RAM como su vehículo de trabajo", explicó Martínez.

Dado al crecimiento del programa, la empresa lleva a cabo conversatorios en sus concesionarios y realiza diferentes convocatorias para aportar a la economía local.

"Realmente en esa convocatoria nosotros hemos tenido ganadores de diferentes industrias: librería, veterinarios, hemos tenido músicos, también hemos tenido agricultores que hoy día son emprendedores exitosos. Realmente eso es lo que nos llena y nos hace continuar con este proyecto, que es un proyecto bien noble, donde nosotros vemos el crecimiento de esos negocios, cómo van estableciéndose y aportando a la economía local", apuntó la ejecutiva.

Ver video en
el**Vocero**.com




TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En re:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del
ESTADO LIBRE ASOCIADO DE PUERTO RICO, y otros,
Deudores.

PROMESA
Título III
N° 17 BK 3283-LTS
(Administración conjunta)

**AVISO A DEMANDANTES QUE PRESENTARON PRUEBAS DE RECLAMO DEFICIENTES CONTRA LOS DEUDORES SIN LA INFORMACIÓN DE CONTACTO NECESARIA**

A LOS DEMANDANTES ASOCIADOS CON LAS EVIDENCIAS DE RECLAMO QUE SE INDICAN A CONTINUACIÓN, TENGAN A BIEN TOMAR NOTA DE LO SIGUIENTE:

SI SE RECLAMO APARECE EN LA LISTA MÁS ABAJO SIGNIFICA QUE USTED PRESENTÓ UNA EVIDENCIA DE RECLAMO DEFICIENTE CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO O LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO, Y SU RECLAMO NO INCLUYÓ LA INFORMACIÓN DE CONTACTO NECESARIA.

A LA FECHA, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO NO HA PODIDO CONTACTARLE EN RELACIÓN CON SU RECLAMO, PESE A HABER HECHO TODO LO QUE ESTUVO A SU ALCANCE PARA HACERLO.

SI USTED NO RESPONDE A ESTE AVISO Y NO PRESENTA LA DOCUMENTACIÓN QUE RESPALDA SU RECLAMO, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO PRESENTARÁ UNA OBJECIÓN PARA QUE SE DESESTIME SU RECLAMO POR DEFICIENTE.

VERIFIQUE SI SU(S) RECLAMO(S) ESTÁ(N) INCLUIDOS EN LA LISTA MÁS ABAJO.

DEBE LEER ESTA NOTIFICACIÓN DETENIDAMENTE Y ANALIZARLA CON SU ABOGADO. SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

| Demandante (apellido/nombre) | Reclamo: | Presentado contra |
|---|---|---|
| DRAGONI CEBOLLERO, INGRID | 29281 | ERS |
| TORRES, ISRAEL MERCADO | 56939 | Estado Libre Asociado |
| DEFENDINI RIVERA, MARIA D. | 72205 | Estado Libre Asociado |
| LUGO PAGAN, BETTY | 84780 | Estado Libre Asociado |
| PP NUNEZ, MARIA L. | 114018 | Estado Libre Asociado |
| TORRES MARTINEZ, TERESA | 137811 | Estado Libre Asociado |
| GONZALEZ, JOSE | 155227 | Estado Libre Asociado |
| RIVERA MORALES, JUAN A. | 165277 | Estado Libre Asociado |
| LUIS VAZQUEZ, CARMEN | 166549 | Estado Libre Asociado |
| ACEVEDO, ELBA | 177573 | Estado Libre Asociado |
| NATALIA, GARCIA | 177600 | Estado Libre Asociado |
| FELIX JESUS, MANUEL ROSARIO | 177618 | Estado Libre Asociado |
| GARCIA, NATALIA | 177738 | Estado Libre Asociado |
| SERRANO, CARMEN | 177980 | Estado Libre Asociado |
| PEREZ, NEREIDA | 178318 | Estado Libre Asociado |
| MAGDA, RAMOS | 178726 | Estado Libre Asociado |
| REYES LEON, LUIS I. | 178890 | Estado Libre Asociado |
| RIVERA VAZQUEZ, MIRTA | 504608 | Estado Libre Asociado |
| SANCHEZ, NANCY | 66248 | Estado Libre Asociado |
| FIGUEROA COLON, HAYDEE | 143507 | Estado Libre Asociado |
| COLON, NELSON | 177583 | Estado Libre Asociado |
| CABRERA SANTOS, GUSTAVO L. | 44519 | PREPA |
| ALVARADO RODRIGUEZ, YOLANDA | 164832 | PREPA |
| BURZO ROMAN, SUSAN | 156947 | PREPA |

• **VERIFIQUE SI SU RECLAMO ESTÁ INCLUIDO EN LA LISTA ARRIBA.**
• **Si su reclamo NO está en la lista arriba, NO es necesario que haga nada.**
• Si su reclamo se incluye en la lista precedente, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") ha estado tratando de contactarle en relación con su reclamo deficiente bien contra el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS"), o la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA," y junto con el Estado Libre Asociado y el ERS, los "Deudores") y hasta el momento no ha podido contactarlo porque usted omitió incluir información de contacto necesaria. Si no responde a este aviso y no presenta documentación en respaldo de su reclamo, la Junta de Supervisión presentará una objeción para que se desestime su reclamo por deficiente.

• DEBE LEER ESTA NOTIFICACIÓN DETENIDAMENTE Y ANALIZARLA A CON SU ABOGADO. SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

Si tiene preguntas, comuníquese con Kroll al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) al (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español)

**Información crítica para los Demandantes**

**Fecha límite para responder a la información de respaldo.** Se considerará que ha respondido en tiempo solo si la respuesta se recibe antes de las 4:00 p.m. (Hora estándar del Atlántico) del 15 de diciembre de 2022.

La fecha límite para responder a esta notificación es el 15 de diciembre de 2022.

**Qué presentar en respuesta a esta notificación.** La respuesta debe contener la siguiente información:

(a) **Información de Contacto.** La respuesta debe incluir un nombre, dirección, número de teléfono y dirección de correo electrónico de: ya sea (1) del demandante que responde; (2) del abogado o el representante designado del demandante a los cuales los abogados de los Deudores deben cursar una contestación a la respuesta, en su caso; o (3) a la parte facultada para conciliar, transigir o de cualquier otro modo resolver el reclamo en representación del demandante.

(b) **Documentación de Respaldo.** En la medida en que no se haya incluido ya en la evidencia de reclamo, la respuesta debe incluir una copia de cualquier otra documentación o evidencia de reclamo, con base en la cual el demandante habrá de fundamentar su oposición a la Objeción Global: con la salvedad, sin embargo, de que el demandante no estará obligado a revelar en la respuesta información confidencial, propia o de otro modo protegida: y con la salvedad, asimismo, de que el demandante deberá revelar a los Deudores toda la información y proporcionarle copias de todos los documentos que el demandante considere confidenciales, propios o de otro modo protegidos, y en los cuales estos tengan intención de basarse para fundamentar su reclamo, con sujeción a las limitaciones de confidencialidad que sean pertinentes.

**Dónde y cómo presentar la respuesta.** Puede presentar una respuesta enviándola por correo a la Junta de Supervisión y el Comité de Acreedores a las siguientes direcciones:

Asesor de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Atención: Martin J. Bienenstock
Brian S. Rosen

Asesor del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Atención: Luc A. Despins
James Bliss
Nicholas Bassett
G. Alexander Bongartz

SU RESPUESTA debe enviarse por correo de modo tal que sea recibida por la Junta de Supervisión o el Comité de Acreedores antes del 15 de diciembre de 2022. Su respuesta debe estar firmada.

Si tiene alguna pregunta sobre el envío de una respuesta, comuníquese con la línea de ayuda de Kroll al (844) 822-9231.

**Recursos Adicionales y a Quién Contactar para formular Preguntas**

Todos los documentos presentados en el caso del Título III, incluidas copias de los reclamos presentados utilizando CM/ECF, se encuentran disponibles de forma gratuita en línea, en https://cases.ra.kroll.com/puertorico. Este sitio web es mantenido por Kroll y contiene una base de datos que puede buscarse para agilizar la localización de documentos.

Si necesita obtener información adicional sobre la Objeción Global, el estado de su respuesta, su reclamo o este aviso, póngase en contacto con la línea de ayuda de Kroll llamando al (844) 822-9231 (sin cargo para EE.UU. y Puerto Rico), o al (646) 486-7944 para llamadas internacionales), disponible desde las 10:00 a.m. hasta las 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español). Las consultas también pueden enviarse por correo electrónico a puertoricoinfo@kroll.com.

**<u>Exhibit G</u>**

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**EN REFERENCIA A: LA JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO, COMO REPRESENTANTE DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS, DEUDORES**

**PROMESA TITULO III**
**#17 BK 3283-LTS**
**(ADMINISTRACION CONJUNTA)**

**AVISO A DEMANDANTES QUE REPRESENTARON PRUEBAS DE RECLAMO DEFICIENTES CONTRA LOS DEUDORES SIN LA INFORMACION DE CONTACTO NECESARIA.**

# AFIDAVIT

Yo, Dinaury Rivera Figueroa, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "PRIMERA HORA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**14 DE NOVIEMBRE DE 2022**

se dio publicidad al edicto expedido por

**LA JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA P.R**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. NOV 1 4 2022 20__.

Afidávit No. _____7937_____ del Registro.

Jurado y reconocido ante mi por Dinaury Rivera Figueroa, vecina de Toa Alta, mayor de edad, casada, Representante del periódico "PRIMERA HORA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. NOV 1 4 2022 20__.

NOTARIO



PRINTED FROM PRESSREADER

NOT FOR SALE

COMMERCIAL DISTRIBUTION IS STRICTLY PROHIBITED

PERSONAL COPY



**ORGANIZA TUS COMPRAS**

Visita shop.pr y crea listas basadas en tu presupuesto

**Sigue los siguientes pasos:**
- ✓ Oprime Mis Listas
- ✓ Regístrate
- ✓ Crea tu lista (aquí colocarás tu límite de presupuesto)
- ✓ Añade todos los productos que necesitas

shop.pr
shoppers 24/7

---

# avisos y subastas

---

## AVISO VISTA PÚBLICA

Para conocimiento del público en general y de conformidad con las disposiciones del Artículo 8.6 de la Ley 161-2009, según enmendada, conocida como "Ley para la Reforma del Proceso de Permisos de Puerto Rico", la Ley Núm. 38 -2017, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico", el Reglamento Conjunto para la Evaluación y Expedición de Permisos relacionados al Desarrollo, Uso de Terrenos y Operación de Negocios, en adelante Reglamento Conjunto y cualquier otra disposición de ley aplicable, se informa que la Oficina de Gerencia de Permisos ("OGPe") celebrará vista pública para el caso que se describe a continuación:

**Proyecto/Peticionario:**
Balance and Vestibular Rehab LLC

**Caso Núm.**
2022-433953-PU-144525

**Dueño de la Propiedad:**
Héctor Gómez Matos

**Calificación:**
Residencial Urbano (R-U)

**Cualquier interesado en acceder y participar en la Vista Pública Virtual puede a través de:**
www.ddec.pr.gov/vistaspublicas

**Fecha:** 2 de diciembre de 2022
**Hora:** 1:30 p.m.

**Dirección de la acción propuesta:**
Calle Larrinaga #636, Bo. Pueblo, Trujillo Alto, Puerto Rico 00976

En la vista del caso de referencia se interesa discutir, pero sin limitarse a: solicitud de permiso de uso vía variación en uso para una oficina de terapia física. La solicitud se evaluará a tenor, pero sin limitarse, a lo establecido en las Reglas 6.1.4 y 6.3.1 del Reglamento Conjunto y sus disposiciones sobre variación en uso. La parte proponente tendrá que justificar su solicitud para la concesión de la variación.

Se convoca e invita al público en general a comparecer y participar a la vista pública a celebrarse mediante el método alterno ("virtual"), con acceso al público general, además de las partes reconocidas. Los procedimientos para la celebración de la vista serán los establecidos en las secciones 2.1.10.7 a 2.1.10.15 del Reglamento Conjunto. Si una parte debidamente citada no participa o comparece a la conferencia con antelación a la vista, la vista pública o a cualquier otra etapa durante el procedimiento adjudicativo, el funcionario que presida la misma podrá declararla en rebeldía, multarla y continuar el procedimiento sin su participación, pero notificará por escrito a dicha parte su determinación según la Regla 2.1.7 (Notificaciones), los fundamentos para la misma, el recurso de revisión disponible y el plazo para ejercerlo

Se advierte que las partes, incluyendo corporaciones y sociedades, podrán, pero no están obligadas a, comparecer asistidas por abogado. Salvo justa causa, la vista no podrá ser transferida. Cualquier solicitud de transferencia de vista tendrá un cargo de $100.00, y deberá ser presentada con no menos de cinco (5) días de antelación a la fecha de la misma a través del Sistema Unificado de Información ("Single Business Portal") de la OGPe, expresando las razones que justifican la solicitud. Deberá, además, cubrir los costos que conlleve la notificación de la transferencia y anunciar el nuevo señalamiento mediante la publicación de un nuevo aviso de prensa. El peticionario de la transferencia de la vista notificará y enviará copia de la solicitud simultáneamente a las otras partes ya reconocidas en el proceso y certificará el cumplimiento con lo aquí expuesto en la propia solicitud de trasferencia. El Reglamento Conjunto faculta al Oficial Examinador a imponer una multa de $500.00 a toda persona que observe una conducta irrespetuosa durante la vista, o que intencionalmente interrumpa o dilate los procedimientos sin causa justificada;

Cualquier persona podrá requerir examinar el expediente o solicitar copia del mismo mediante solicitud (SCE) a través del Single Business Portal en la página https://sbp.ogpe.pr.gov/ o en cualquier oficina de la OGPe. Podrá, además, haciendo referencia al número de solicitud, presentar por escrito sus comentarios a través de notificaciones_ogpe@ddec.pr.gov o a PO Box 41179, San Juan, PR 00940-1179 en cualquier momento previo a la fecha de la vista. El Oficial Examinador, motu proprio o a solicitud de parte, podrá conceder un término adicional para someter comentarios, que en ningún caso excederá de diez (10) días desde que concluya la vista. Debido a la emergencia causada por la pandemia del Covid-19 el Servicio al Cliente de la OGPe tanto en su Oficina Central en San Juan como en las Oficinas Regionales, será limitado y mediante coordinación previa al respecto.

---

PRIMERA HORA Lunes, 14 de noviembre de 2022

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS EN EL DISTRITO DE PUERTO RICO

En referencia a
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante del
ESTADO LIBRE ASOCIADO DE PUERTO RICO, y otros,
Deudores

PROMESA
Título III
Nº 17 BK-3283-LTS
(Administración conjunta)

**AVISO A DEMANDANTES QUE PRESENTARON PRUEBAS DE RECLAMO DEFICIENTES CONTRA LOS DEUDORES QUE REQUIEREN DE LA INFORMACIÓN DE CONTACTO NECESARIA**

A LOS DEMANDANTES ASOCIADOS CON LAS EVIDENCIAS DE RECLAMO QUE SE INDICAN A CONTINUACIÓN, TENGAN A BIEN TOMAR NOTA DEL SIGUIENTE:

SI SU RECLAMO APARECE EN LA LISTA MÁS ABAJO (número de reclamo) PRESENTÓ UN RECLAMO DEFICIENTE CONTRA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO O LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO, Y SU RECLAMO NO INCLUYÓ LA INFORMACIÓN DE CONTACTO NECESARIA.

A LA FECHA, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO NO HA PODIDO CONTACTARLE EN RELACIÓN CON SU RECLAMO, PESE A HABER HECHO TODO LO QUE ESTUVO A SU ALCANCE PARA HACERLO.

SI USTED NO RESPONDE A ESTE AVISO Y NO PRESENTA LA DOCUMENTACIÓN QUE RESPALDA SU RECLAMO, LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO PRESENTARÁ UNA OBJECIÓN PARA QUE SE DESESTIME SU RECLAMO POR DEFICIENTE.

VERIFIQUE SI SU(S) RECLAMO(S) ESTÁ(N) INCLUIDOS EN LA LISTA MÁS ABAJO.

DEBE LEER ESTA NOTIFICACIÓN DETENIDAMENTE Y ANALIZARLA CON SU ABOGADO, SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

| Demandante (apellido/nombre) | Reclamo: | Presentado contra |
|---|---|---|
| DRAGONI CEBOLLERO, INGRID | 29281 | ERS |
| TORRES, ISRAEL MERCADO | 50939 | Estado Libre Asociado |
| DEFENDINI-PINEDA, MARIA D. | 72205 | Estado Libre Asociado |
| LUGO PAGAN, BETTY | 84780 | Estado Libre Asociado |
| PIMENTEZ, MARTA L. | 114018 | Estado Libre Asociado |
| TORRES MARTINEZ, TERESA | 137811 | Estado Libre Asociado |
| GONZALEZ, JOSE | 155227 | Estado Libre Asociado |
| RIVERA MORALES, JOMILA | 165577 | Estado Libre Asociado |
| LUIS VAZQUEZ, CARMEN | 166549 | Estado Libre Asociado |
| ACEVEDO, ELBA | 177573 | Estado Libre Asociado |
| NATALIA, GARCIA | 177600 | Estado Libre Asociado |
| FELIX JESUS, MANUEL ROSARIO | 177618 | Estado Libre Asociado |
| GARCIA, NATALIA | 177738 | Estado Libre Asociado |
| SERRANO, CARMEN | 177960 | Estado Libre Asociado |
| PEREZ, NEREIDA | 178318 | Estado Libre Asociado |
| MAGDA, RAMOS | 178726 | Estado Libre Asociado |
| REYES LEON, LUIS I. | 175860 | Estado Libre Asociado |
| RIVERA VAZQUEZ, MIRTA | 50408 | Estado Libre Asociado |
| SANCHEZ, NANCY | 68248 | Estado Libre Asociado |
| FIGUEROA COLON, HAYDEE | 143567 | Estado Libre Asociado |
| COLON, NELSON | 177983 | Estado Libre Asociado |
| CABRERA SANTOS, GUSTAVO L. | 44519 | PREPA |
| ALVARADO RODRIGUEZ, YOLANDA | 164832 | PREPA |
| BOSYO ROMAN, SUSAN | 156947 | PREPA |

- **VERIFIQUE SI SU RECLAMO ESTÁ INCLUIDO EN LA LISTA ARRIBA.**
- **Si su reclamo NO está en la lista arriba, NO es necesario que haga nada.**
- Si su reclamo se incluye en la lista precedente, la Junta de Supervisión y Administración Financiera para Puerto Rico de "Junta de Supervisión" ha estado tratando de contactarle en relación con su reclamo deficiente bien contra el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS"), o la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA", y junto con el Estado Libre Asociado y el ERS, los "Deudores") y hasta el momento no ha podido contactarlo porque usted omitió incluir información de contacto necesaria. Si no responde a este aviso y no provee documentación en respaldo de su reclamo, la Junta de Supervisión presentará una objeción para que se desestime su reclamo por deficiente.
- DEBE LEER ESTA NOTIFICACIÓN DETENIDAMENTE Y ANALIZARLA CON SU ABOGADO. SI NO TIENE UN ABOGADO, LE RECOMENDAMOS QUE CONSULTE A UNO.

Si tiene preguntas, comuníquese con Kroll al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (Disponible en español).

**Información crítica para los Demandantes**

**Fecha límite para responder y presentar la información de respaldo.** Se considerará que ha respondido en tiempo *solo si* la respuesta se recibe antes de las **4:00 p.m. (Hora estándar del Atlántico) del 15 de diciembre de 2022.**

La fecha límite para responder a esta notificación es el 15 de diciembre de 2022.

**Qué presentar en respuesta a esta notificación.** La respuesta debe contener la siguiente información.

- ■ **Información de Contacto.** La respuesta debe incluir un **nombre**, **dirección**, **número de teléfono y dirección de correo electrónico** de: ya sea (1) del demandante que responde; (2) del abogado o el representante autorizado del demandante si los cuales los abogados de los Deudores deben cursar una contestación a la respuesta, en su caso; o (3) a la parte facultada para contestar, transigir o de cualquier otro modo resolver el reclamo en representación del demandante.
- ■ **Documentación de Respaldo.** En la medida en que no se haya incluido ya en la evidencia de reclamo, la respuesta debe incluir una copia de cualquier otra documentación o evidencia de reclamo, con base en la cual el demandante habrá de fundamentar su oposición a la Objeción Global; con la salvedad, sin embargo, de que el demandante no estará obligado a remitir en su respuesta información confidencial, privada o de otra índole protegida; y con la salvedad, asimismo, de que el demandante deberá avisar a los Deudores, toda la Información y proporcionarle copias de todos los documentos que el demandante considere confidenciales, privados o de otra modo protegidos, y en los cuales estos fungen información de basarse para fundamentar su reclamo, con sujeción a las limitaciones de confidencialidad que sean pertinentes.

**Dónde y cómo presentar la respuesta.** Puede presentar una respuesta enviándola por correo a la Junta de Supervisión o al Comité de Acreedores a las siguientes direcciones:

| Asesor de la Junta de Supervisión | Asesor del Comité de acreedores |
|---|---|
| Proskauer Rose LLP | Paul Hastings LLP |
| Eleven Times Square | 200 Park Avenue |
| New York, New York 10036-8299 | New York, New York 10166 |
| Atención: Martin J. Bienenstock | Atención: Luc A. Despins |
| Brian S. Rosen | James Bliss |
| | James Worthington |
| | G. Alexander Bongartz |

SU RESPUESTA debe enviarse por correo de modo tal que sea recibida por la Junta de Supervisión o el Comité de Acreedores antes del **15 de diciembre de 2022**. Su respuesta debe estar firmada. Si tiene alguna pregunta sobre el envío de una respuesta, comuníquese con la línea de ayuda de Kroll al (844) 822-9231

**Recursos Adicionales y a Quién Contactar para formular Preguntas**

Todos los documentos presentados en los Casos incluidos al amparo del Título III, incluidas copias de los reclamos presentados utilizando CM/ECF, se encuentran disponibles de forma gratuita en línea, en https://cases.ra.kroll.com/puertorico/. Este sitio web es mantenido por Kroll y contiene una base de datos apta para búsquedas para ayudar a localizar documentos.

Si necesita obtener información adicional sobre la Objeción Global, el estado de su respuesta, su reclamo o este aviso, póngase en contacto con la línea de ayuda de Kroll llamando al (844) 822-9231 (sin cargo para EE.UU. y Puerto Rico), o al (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. Hora Estándar del Atlántico (Disponible en español). Las consultas también pueden enviarse por correo electrónico a puertoricoinfo@kroll.com

pressreader
PRINTED AND DISTRIBUTED BY PRESSREADER
PressReader.com +1 604 278 4604
COPYRIGHT AND PROTECTED BY APPLICABLE LAW

**Exhibit H**

The San Juan Star DAILY

PO Box 6537 Caguas PR 00726 (787)743-3346

In re:
**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
as representative of
**THE COMMONWEALTH OF PUERTO RICO, et al.,**
Debtors
**[17 BK 3283-LTS]**

\*\*\*\*\*

# A F F I D A V I T

I, *FEMARIE DISLA ROSARIO*, under the most formal oath I declare:

I am the *Advertising Control Clerk* of the **The San Juan Daily Star** newspaper which is published daily, and circulates island-wide and is printed in San Juan, Puerto Rico; and in the editions of this newspaper corresponding to the days:

## NOVEMBER 14, 2022

was published the public notice issued by:

## Kroll

55 East 52nd Street, 17th Floor
New York NY 10055

For the matters stated before and copy of that public notice is attached to this Affidavit.

*FEMARIE DISLA ROSARIO*
*Advertising Control Clerk*

Affidavit No. —3763—

Sworn and subscribed before me by *FEMARIE DISLA ROSARIO*, of legal age, single, Advertising Control Clerk of The San Juan Daily Star, and resident of *CAGUAS, PR*, and whom I know personally. In Caguas, Puerto Rico, this 18 th day of November, 2022.

Notary Public



The San Juan Daily Star                                                                      Monday, November 14, 2022 | **9** **MAINLAND**

# Embattled top border official resigns under pressure

By EILEEN SULLIVAN

The commissioner of Customs and Border Protection submitted his resignation Saturday after a daylong standoff with his boss, the Homeland Security secretary, who just days earlier had demanded that he either step down or be fired.

The White House issued a brief statement Saturday evening acknowledging that President Joe Biden had accepted the resignation of the commissioner, Chris Magnus, less than a year after appointing him to run one of the largest law enforcement agencies in the world. As commissioner, Magnus oversaw the United States' international borders, a role that encompassed border management as well as customs and trade.

The Homeland Security secretary, Alejandro Mayorkas, has not publicly explained why he insisted that Magnus step down so urgently, and there have been no allegations of wrongdoing.

The Biden administration has faced record-breaking illegal border crossings and struggled internally over how to deal with the challenge, which in the lead-up to the midterms was viewed as a political vulnerability with no quick solution.

Republicans have pledged to impeach Mayorkas for his management of the border if they regain control of the House.

In a statement Saturday evening, Magnus said, "I resigned because I believe this decision provides me with the best path



**Chris Magnus, the commissioner of U.S. Customs and Border Protection. On Friday, he said he had been asked to resign but had refused.**

for advancing my commitment to professional, innovative and community-engaged policing."

It was an abrupt end to a bizarre episode that began Friday morning when Magnus said he had no plans to resign — a response that senior leaders at the Homeland Security Department had not expected. Magnus said Mayorkas had asked him to resign or face being fired Wednesday, telling him that he had lost confidence in him.

When Biden appointed Magnus, a former police chief with a reputation for bringing reform, he was the first openly gay commissioner of the agency. Democrats hoped his decades of experience running police departments and changing long-standing law enforcement cultures would bring what many had considered to be much-needed reform to the U.S.

Border Patrol, an agency that is part of CBP.

The Border Patrol has long been criticized for its white male-dominated workforce and persistent problems with discrimination both inside the agency and in its treatment of migrants.

Magnus said that efforts he had made to address some of those issues were met with constant pushback from the Border Patrol, which, through its union, has harshly criticized the Biden administration for its border policies and also called for a Republican-led House to impeach Mayorkas. In the end, Magnus said, the secretary sided with the Border Patrol. The union said "good riddance" to Magnus in a Twitter post Friday.

"He was so busy chasing imaginary 'culture' problems in B.P., he forgot his primary job," the union wrote. The union president has said that Magnus should have been focused on finding solutions to the high number of illegal border crossings. "B.P. doesn't have a culture problem. It has a leadership problem, starting with Biden."

In a message to the CBP workforce, Mayorkas said, "Commissioner Chris Magnus has resigned and left the agency. We are thankful to Commissioner Magnus for his contributions over the past year and wish him well."

The deputy commissioner, Troy Miller, has returned to the role of acting commissioner, which he held before Magnus was confirmed by the Senate late last year.

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*,
                                                                                              Debtors.

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

**NOTICE TO CLAIMANTS WHO FILED DEFICIENT PROOFS OF CLAIM AGAINST THE DEBTORS WITHOUT NECESSARY CONTACT INFORMATION**

**TO THE CLAIMANTS ASSOCIATED WITH THE PROOFS OF CLAIM LISTED BELOW, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**IF YOUR CLAIM IS LISTED BELOW, YOU FILED A DEFICIENT CLAIM AGAINST EITHER THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, OR THE PUERTO RICO ELECTRIC POWER AUTHORITY, AND YOUR CLAIM DID NOT INCLUDE NECESSARY CONTACT INFORMATION.**

**TO DATE, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO HAS BEEN UNABLE TO REACH YOU REGARDING YOUR CLAIM, DESPITE EMPLOYING ITS BEST EFFORTS TO DO SO.**

**IF YOU DO NOT RESPOND TO THIS NOTICE AND PROVIDE DOCUMENTATION IN SUPPORT OF YOUR CLAIM, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO WILL FILE AN OBJECTION SEEKING TO DISALLOW YOUR CLAIM AS DEFICIENT.**

**PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED BELOW.**

**YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

| Claimant (Last/First) | Claim # | Asserted Against |
|---|---|---|
| DRAGONI CEBOLLERO, INGRID | 29281 | ERS |
| TORRES, ISRAEL MERCADO | 56939 | Commonwealth |
| DEFENDINI RIVERA, MARIA D. | 72205 | Commonwealth |
| LUGO PAGAN, BETTY | 84780 | Commonwealth |
| PP NUNEZ, MARIA L. | 114018 | Commonwealth |
| TORRES MARTINEZ, TERESA | 137811 | Commonwealth |
| GONZALEZ, JOSE | 155227 | Commonwealth |
| RIVERA MORALES, JUAN A | 165277 | Commonwealth |
| LUIS VAZQUEZ, CARMEN | 166549 | Commonwealth |
| ACEVEDO, ELBA | 177573 | Commonwealth |
| NATALIA, GARCIA | 177600 | Commonwealth |
| FELIX JESUS, MANUEL ROSARIO | 177618 | Commonwealth |
| GARCIA, NATALIA | 177738 | Commonwealth |
| SERRANO, CARMEN | 177980 | Commonwealth |
| PEREZ, NEREIDA | 178318 | Commonwealth |
| MAGDA, RAMOS | 178726 | Commonwealth |
| REYES LEON, LUIS I. | 178890 | Commonwealth |
| RIVERA VAZQUEZ, MIRTA | 50408 | Commonwealth |
| SANCHEZ, NANCY | 66248 | Commonwealth |
| FIGUEROA COLON, HAYDEE | 143507 | Commonwealth |
| COLON, NELSON | 177983 | Commonwealth |
| CABRERA SANTOS, GUSTAVO L. | 44519 | PREPA |
| ALVARADO RODRIGUEZ, YOLANDA | 164832 | PREPA |
| BURZO ROMAN, SUSAN | 156947 | PREPA |

• **PLEASE CHECK IF YOUR CLAIM IS LISTED ABOVE.**
• **If your claim is NOT listed above, you DO NOT have to do anything.**
• If your claim is listed above, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has been trying to contact you regarding your deficient claim against either the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Commonwealth of Puerto Rico ("ERS"), or the Puerto Rico Electric Power Authority ("PREPA") and together with the Commonwealth and ERS, the "Debtors") and, to date, has been unable to contact you due to your failure to provide necessary contact information. If you do not respond to this notice and provide documentation in support of your claim, the Oversight Board will file an objection seeking to disallow your claim as deficient.

• YOU SHOULD READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

**If you have questions, please contact Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Critical Information for Claimants**

**Deadline for Responding and Supplying Supporting Information.** Your response will be deemed timely **only if** it is received by **4:00 p.m. (Atlantic Standard Time) on December 15, 2022**.

**The deadline for responding to this notice is December 15, 2022.**

**What to Submit in Response to this Notice.** Your response **must** contain the following information.
(i)   **Contact Information.** The response must include a **name**, **address**, **telephone number**, and **email address** of: (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Debtors should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the claim on claimant's behalf.

(ii)   **Supporting Documentation.** To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; *provided, however,* that the claimant need not disclose confidential, proprietary, personal, or otherwise protected information in the response; and *provided, further,* that the claimant shall disclose to the Debtors all information and provide copies of all documents that the claimant believes to be confidential, proprietary, personal, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**Where and How to Submit a Response.** You may submit a response by mailing it to the Oversight Board and/or the Creditors' Committee at the following addresses:

| Counsel for the Oversight Board | Counsel for the Creditors' Committee |
|---|---|
| Proskauer Rose LLP | Paul Hastings LLP |
| Eleven Times Square | 200 Park Avenue |
| New York, New York | New York, New York 10166 |
| 10036-8299 | Attn:  Luc A. Despins |
| Attn:  Martin J. Bienenstock | James Bliss |
| Brian S. Rosen | James Worthington |
|  | G. Alexander Bongartz |

YOUR RESPONSE must be mailed so as to be received by the Oversight Board or the Creditors' Committee by **December 15, 2022.** Your response must be signed.

If you have any questions about submitting a response, please contact the Kroll hotline at **(844) 822-9231.**

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.ra.kroll.com/puertorico. This website is maintained by Kroll and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Kroll hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@kroll.com.