# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ADJOURNMENT OF OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT THE DECEMBER 14, 2022 OMNIBUS HEARING TO THE FEBRUARY 1, 2023 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

      1.      Pursuant to separate notice, various omnibus objections to claims were originally filed and scheduled for hearing on: (*a*) August 4, 2021, as set forth in Section A of Appendix 1 hereto (collectively, the "August 2021 Objections"); (*b*) October 6, 2021, as set forth in Section B of Appendix 1 hereto (collectively, the "October Objections"); (*c*) November 3, 2021, as set forth in Section C of Appendix 1 hereto (collectively, the "November Objections"); (*d*) February 2,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2022, as set forth in Section D of Appendix 1 hereto (the "February Objections"); (*e*) March 23, 2022, as set forth in Section E of Appendix 1 hereto (the "March Objections"); (*f*) May 26, 2022, as set forth in Section F of Appendix 1 hereto (the "May Objections"); (*g*) June 29, 2022, as set forth in Section G of Appendix 1 hereto (the "June Objections"); (*h*) August 17, 2022 as set forth in Section H of Appendix 1 hereto (the "August 2022 Objections"); (*i*) September 21, 2022 as set forth in Section I of Appendix 1 hereto (the "September Objections"), and (*j*) November 2, 2022 as set forth in Section J of Appendix 1 hereto (the "November 2022 Objections"). In light of certain responses received, pursuant to notices, the Debtors adjourned the August 2021 Objections, the October Objections, the November Objections, the February Objections, the March Objections, the May Objections, the June Objections, the August 2022 Objections, the September Objections, and the November 2022 Objections to the omnibus hearing scheduled for December 14, 2022 (the "December Hearing"). *See* ECF No. 22755.

2. In addition, pursuant to notice, various omnibus objections to claims were filed and scheduled for hearing at the December Hearing, as set forth in Section K of Appendix 1 hereto (collectively, the "December 2022 Objections," and together with the August 2021 Objections, the October Objections, the November Objections, the February Objections, the March Objections, the May Objections, the June Objections, the August 2022 Objections, the September Objections, and the November 2022 Objections, the "Adjourned Objections").

3. The Debtors understand that claimants who wish to appear and be heard at the hearing on the Adjourned Objections may be unable to participate in the December Hearing. In addition, the Debtors continue to evaluate certain of the Adjourned Objections in an effort to potentially resolve them without burdening the Court.

4. Accordingly, and in light of the various responses received, the Debtors hereby

2

adjourn to the February 1, 2023 omnibus hearing (the "February Hearing") the hearings on the Adjourned Objections listed in Appendix 1.

5. The Debtors shall serve copies of this notice upon (*i*) the claimants subject to the Adjourned Objections, and (*ii*) the Master Service List (as defined by the *Sixteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 20190-1]).

6. This notice is also available on the Debtors' case website at https://cases.ra.kroll.com/puertorico. The Debtors submit that, in light of the nature of this notice, no other or further notice need be given.

Dated: December 9, 2022
       San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Gabriel A. Miranda-Rivera
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Debtors*

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Debtors*

# Appendix I

A. **August 2021 Objections**

- *Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 17085], solely with respect to Claim No. 174301.

B. **October Objections**

- *Three Hundred Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable* [ECF No. 17929], solely with respect to Claim No. 10502; and

- *Three Hundred Eighty-Seventh Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Misclassified Claims* [ECF No. 17926], solely with respect to Claim No. 177404.

C. **November Objections**

- *Three Hundred Ninety-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims* [ECF No. 17974], solely with respect to Claim No. 20926.

D. **February Objections**

- *Three Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members* [ECF No. 19548], solely with respect to Claim Nos. 71072-1 and 175239-1;

- *Four Hundredth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [ECF No. 19549], solely with respect to Claim Nos. 160874 and 6009;

- *Four Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 19552], solely with respect to Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; 175538; and 173086;

- *Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 19553], solely with respect to Claim Nos. 177508; 178701; 177215; 176671; 178015; 179150; 177243; 177761; 177513; 177932; 177092; 177099; 178210; and 178025; and

- *Four Hundred Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims* [ECF No. 19555], solely with respect to Claim No. 16103.

E. **March Objections**

- *Four Hundred Twelfth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims* [ECF No. 19559], solely with respect to Claim Nos. 176447; 176498; 177629; and 176450; and

- *Four Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims* [ECF No. 20040], solely with respect to Claim Nos. 179649 and 179662; and

- *Four Hundred Twenty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Duplicate Litigation Claims* [ECF No. 20051], solely with respect to Claim No. 17048.

F. **May Objections**

- *Four Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* [ECF No. 20487], solely with respect to Claim Nos. 15774; 128175; and 162758;

- *Four Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 20495], solely with respect to Claim Nos. 140270; 135965; 136952; 140056; 140676; and 60624;

- *Four Hundred Thirty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Duplicate and No Liability Bond Claims* [ECF No. 20497], solely with respect to Claim Nos. 179635 and 31525;

2

- *Four Hundred Forty-First Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Cross-Debtor Duplicate Claims* [ECF No. 20499], solely with respect to Claim No. 134043;

- *Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico To Deficient ADR Claims* [ECF No. 20501], solely with respect to Claim Nos. 151713; 9891; 125306; 104914; 90011; and 80168; and

- *Four Hundred Forty-Eighth Omnibus Objection (Substantive) of the Puerto Rico Power Authority to Claims for Which It Is Not Liable* [ECF No. 20504], solely with respect to Claim No. 17433.

G. **June Objections**

- *Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 20784], solely with respect to Claim Nos. 31895 and 84345-1;

- *Four Hundred Fifty-Fourth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Satisfied Claims* [ECF No. 20785], solely with respect to Claim No. 44390;

- *Four Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Cross-Debtor Duplicate Claims* [ECF No. 20791], solely with respect to Claim No. 147357; and

- *Four Hundred Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for Which The Debtors Are Not Liable* [ECF No. 20796], solely with respect to Claim Nos. 17230 and 173831.

H. **August 2022 Objections**

- *Four Hundred Seventy-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 21426], solely with respect to Claim Nos. 122217-2 and 169996;

3

- *Four Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims* [ECF No. 21428], solely with respect to Claim No. 67535; and

- *Four Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Acevedo Sepulveda Litigation Claims* [ECF No. 21424]; solely with respect to Claim Nos. 20921; 37185; 42321; 24859; 33847; 27117; 18206; 34951; 29971; 17669; 92700; 34658; 29349; 34686; 19418; 23291; 34655; 24827; 47736; 34640; 13766; 24635; 48297; 20243; 26894; 42779; 29170; 58891; 31782; 42816; 18995; 51644; 17690; 35688; 34664; 44113; 53674; 25680; 39857; 32560; 19652; 36234; 17017; 20427; 31773; 34728; 27275; 37181; 26851; 37182; 41040; 35134; 28301; 34926; 26137; 61196; 29412; 40197; 28855; 37184; 20309; 33583; 35209; 20925; 39221; 42317; 32420; 36839; 30920; 14050; 42492; 44060; 37249; 19897; 20970; 34602; 30819; 26127; and 25273.

I. **September Objections**

- *Four Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended and Superseded Claims* [ECF No. 21733], solely with respect to Claim Nos. 128497 and 104126;

- *Four Hundred Eighty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Duplicate Claims* [ECF No. 21734], solely with respect to Claim Nos. 75326 and 84203; and

- *Four Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Deficient Claims* [ECF No. 21738], solely with respect to Claim Nos. 115471 and 17818.

J. **November 2022 Objections**

- *Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable* [ECF No. 22251],solely with respect to Claim Nos. 18312; 18345; 24826; 26149; 26848; 28933; 29276; and 5130;

4

- *Five Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, and the Puerto Rico Highways and Transportation Authority to Deficient Claims* [ECF No. 22254], solely with respect to Claim No. 70324; and

- *Five Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims* [ECF No. 22265], solely with respect to Claim No. 28744.

K. **December 2022 Objections**

- *Five Hundred Thirty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Duplicate and No Liability Bond Claims* [ECF No. 22740], solely with respect to Claim No. 7743; and

- *Five Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Incorrect Debtor Claims* [ECF No. 22741], solely with respect to Claim No. 16333.