# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF O'NEILL SECURITY & CONSULTANT SERVICES INC.'S INFORMATIVE MOTION APPEARANCE FOR THE DECEMBER 14–15, 2022, OMNIBUS HEARING (DOCKET NO. 23002)

**To the Honorable United States District Court Judge Laura Taylor Swain:**

**COMES NOW** O'Neill Security & Consultant Services, Inc. (henceforth O'Neill), and respectfully notifies and informs the Court and parties in interest that, because of Debtor request[2] to adjourn to the February 1, 2023 omnibus hearing several matters, among them the objection of O'Neill's Claim[3], O'Neill is withdrawing its Informative Motion Regarding Appearance for the December 14–15, 2022, Omnibus Hearing (Docket No. 23002).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] See Docket No. 23038.

[3] Claim Number 28744.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically send notification of such filing to all attorneys of record.

In Ponce, Puerto Rico, this 11th day of December 2022.

*ATTORNEY FOR CREDITOR, O'NEILL*
*s/Elías L. Fernández Pérez*
ELÍAS L. FERNÁNDEZ PÉREZ
USDC 227404
PO Box 7500
Ponce, P.R. 00732
Tel. (939) 250-0179
Cel. (787) 616-9374
Fax: 1(800) 325-7084
Email: eliaslaureano@gmail.com