In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventh - Fifteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 1-a | **O'Melveny & Myers [Dkt. No. 9332]** | 6/1 - 9/30/2019 | $ 5,369,124.54 | $ 95,431.25 | $ 183,905.55 | $ 11,930.41 | $ 5,273,693.29 | $ 171,975.14 |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 1-b | **O'Melveny & Myers [17-3567 Dkt. No. 657]** | 6/1 - 9/30/2019 | $ 58,957.87 | $ 1,047.92 | $ 2,178.58 | $ 141.33 | $ 57,909.95 | $ 2,037.25 |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 1-c | **O'Melveny & Myers [17-3566 Dkt. No. 724]** | 6/1 - 9/30/2019 | $ 512,322.11 | $ 9,106.05 | $ 56,015.15 | $ 3,633.84 | $ 503,216.06 | $ 52,381.31 |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 1-d | **O'Melveny & Myers [Dkt. No. 9354 and 17-4780 Dkt. No. 1786]** | 6/1 - 9/30/2019 | $ 3,574,768.47 | $ 63,538.22 | $ 126,501.00 | $ 8,206.44 | $ 3,511,230.25 | $ 118,294.56 |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 2-a | **O'Melveny & Myers [Dkt. No. 12907]** | 10/1/2019 - 1/31/2020 | $ 3,667,195.71 | $ 65,181.03 | $ 161,626.21 | $ 10,485.10 | $ 3,602,014.68 | $ 151,141.11 |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 2-b | **O'Melveny & Myers [17-3567 Dkt. No. 770]** | 10/1/2019 - 1/31/2020 | $ 193,824.05 | $ 3,445.04 | $ 3,277.17 | $ 212.60 | $ 190,379.01 | $ 3,064.57 |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 2-c | **O'Melveny & Myers [17-3566 Dkt. No. 873]** | 10/1/2019 - 1/31/2020 | $ 1,825,934.30 | $ 32,454.30 | $ 46,865.14 | $ 3,040.26 | $ 1,793,480.00 | $ 43,824.88 |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 2-d | **O'Melveny & Myers [17-4780 Dkt. No. 1970]** | 10/1/2019 - 1/31/2020 | $ 2,610,546.25 | $ 46,400.06 | $ 145,263.53 | $ 9,423.61 | $ 2,564,146.19 | $ 135,839.92 |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 3-a | **O'Melveny & Myers [Dkt. No. 14179]** | 2/1 - 5/31/2020 | $ 7,065,558.67 | $ 125,583.81 | $ 211,500.79 | $ 13,720.58 | $ 6,939,974.86 | $ 197,780.21 |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 3-b | **O'Melveny & Myers [17-3566 Dkt. No. 967]** | 2/1 - 5/31/2020 | $ 2,486,200.45 | $ 44,189.93 | $ 51,467.03 | $ 3,338.79 | $ 2,442,010.52 | $ 48,128.24 |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 3-c | **O'Melveny & Myers [17-3567 Dkt. No. 920]** | 2/1 - 5/31/2020 | $ 135,148.72 | $ 2,402.14 | $ 4,217.61 | $ 273.61 | $ 132,746.58 | $ 3,944.00 |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 3-d | **O'Melveny & Myers [17-4780 Dkt. No. 2175]** | 2/1 - 5/31/2020 | $ 1,036,139.40 | $ 18,416.42 | $ 129,247.99 | $ 8,384.64 | $ 1,017,722.98 | $ 120,863.35 |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 4-a | **O'Melveny & Myers LLP [Dkt. No. 15477]** | 6/1 - 9/30/2020 | $ 3,523,753.04 | $ 62,631.47 | $ 210,123.92 | $ 13,631.26 | $ 3,461,121.57 | $ 196,492.66 |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 4-b | **O'Melveny & Myers LLP [Dkt. No. 15481 and 17-3566 Dkt. No. 1048]** | 6/1 - 9/30/2020 | $ 1,426,389.95 | $ 25,352.77 | $ 74,371.80 | $ 4,824.68 | $ 1,401,037.18 | $ 69,547.12 |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 4-c | **O'Melveny & Myers LLP [Dkt. No. 15482 and 17-3567 Dkt. No. 952]** | 6/1 - 9/30/2020 | $ 88,672.00 | $ 1,576.06 | $ 2,182.88 | $ 141.61 | $ 87,095.94 | $ 2,041.27 |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 4-d | **O'Melveny & Myers LLP [17-4780 Dkt. No. 2487]** | 6/1 - 9/30/2020 | $ 795,045.59 | $ 14,131.20 | $ 129,247.99 | $ 8,384.64 | $ 780,914.39 | $ 120,863.35 |
| | *Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)* | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 5 | **Citigroup Global Markets Inc. [Dkt. No. 21457]** | 10/1/2020 - 1/31/2021 | $ 4,840,000.00 | $ - | $ 10,606.80 | $ 2,624.10 | $ 4,840,000.00 | $ 7,982.70 |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 6-a | **O'Melveny & Myers LLP [Dkt. No. 16768]** | 10/1/2020 - 1/31/2021 | $ 3,401,048.00 | $ 60,450.50 | $ 181,441.88 | $ 11,770.59 | $ 3,340,597.50 | $ 169,671.29 |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 6-b | **O'Melveny & Myers LLP [Dkt. No. 16769 and 17-3566 Dkt. No. 1156]** | 10/1/2020 - 1/31/2021 | $ 712,225.00 | $ 12,659.14 | $ 93,367.41 | $ 6,056.98 | $ 699,565.86 | $ 87,310.43 |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 6-c | **O'Melveny & Myers LLP [Dkt. No. 16770 and 17-3567 Dkt. No. 1018]** | 10/1/2020 - 1/31/2021 | $ 73,920.50 | $ 1,313.87 | $ 4,409.76 | $ 286.07 | $ 72,606.63 | $ 4,123.69 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventh - Fifteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 6-d | **O'Melveny & Myers LLP [17-4780 Dkt. No. 2488]** | 10/1/2020 - 1/31/2021 | $ 458,356.00 | $ 8,146.86 | $ 148,074.10 | $ 9,605.94 | $ 450,209.14 | $ 138,468.16 |
| | ***Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)*** | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 7 | **Citigroup Global Markets Inc. [Dkt. No. 21458]** | 2/1/2021 - 5/31/2021 | $ 4,840,000.00 | $ - | $ 6,660.90 | $ 643.80 | $ 4,840,000.00 | $ 6,017.10 |
| | ***Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)*** | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 8 | **Citigroup Global Markets Inc. [Dkt. No. 21727]** | 6/1/2021 - 9/30/2021 | $ 4,840,000.00 | $ - | $ 3,859.20 | $ 432.90 | $ 4,840,000.00 | $ 3,426.30 |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 9 | **Estrella, LLC [Dkt. No. 21343]** | 6/1/2021 - 9/30/2021 | $ 286,185.00 | $ 30,267.04 | $ 6,285.99 | $ - | $ 255,917.96 | $ 6,285.99 |
| | ***Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)*** | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 10 | **Citigroup Global Markets Inc. [Dkt. No. 21728]** | 10/1/2021 - 1/31/2022 | $ 4,840,000.00 | $ - | $ 6,099.30 | $ 1,006.80 | $ 4,840,000.00 | $ 5,092.50 |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 11 | **Estrella, LLC [Dkt. No. 21210]** | 10/1/2021 - 3/15/2022 | $ 211,550.50 | $ 22,373.66 | $ - | $ - | $ 189,176.84 | $ - |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | |
| 12 | **Norton Rose Fulbright US LLP [Dkt. No. 22576 and 17-4780 Dkt. No. 3037]** | 8/1/2021 - 1/31/2022 | $ 116,951.50 | $ 278.00 | $ - | $ - | $ 116,673.50 | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 13 | **Wolfe, Andrew [Dkt. No. 21446]** | 10/1/2021 - 1/31/2022 | $ 20,160.00 | $ - | $ 1,926.72 | $ - | $ 20,160.00 | $ 1,926.72 |
| | ***Fifteenth Interim Fee Period (February 1, 2022 - May 31, 2022)*** | | | | | | | |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | |
| 14 | **Bennazar, Garcia & Milan, C.S.P. [Dkt. No. 21829]** | 2/1/2022 - 5/31/2022 | $ 164,777.50 | $ 1,012.50 | $ 4,512.16 | $ - | $ 163,765.00 | $ 4,512.16 |
| | *Puerto Rico Conflicts Counsel to the FOMB - Commonwealth* | | | | | | | |
| 15-a | **Cardona Fernandez, Ileana C. [Dkt. No. 21404]** | 2/1/2022 - 3/15/2022 | $ 1,665.00 | $ 337.50 | $ - | $ - | $ 1,327.50 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB - PREPA* | | | | | | | |
| 15-b | **Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 2883]** | 2/1/2022 - 5/31/2022 | $ 11,970.00 | $ - | $ - | $ - | $ 11,970.00 | $ - |
| | *Puerto Rico Conflicts Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 16 | **Casillas, Santiago & Torres [Dkt. No. 21514]** | 2/1/2022 - 3/15/2022 | $ 280,727.00 | $ - | $ 7,354.74 | $ - | $ 280,727.00 | $ 7,354.74 |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 17 | **Citigroup Global Markets Inc. [Dkt. No. 21729]** | 2/1/2022 - 5/31/2022 | $ 4,840,000.00 | $ - | $ 4,380.00 | $ - | $ 4,840,000.00 | $ 4,380.00 |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | |
| 18 | **FTI Consulting, Inc. [Dkt. No. 21540]** | 2/1/2022 - 5/31/2022 | $ 219,899.50 | $ 17,352.50 | $ - | $ - | $ 202,547.00 | $ - |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 19 | **Jenner & Block LLP [Dkt. No. 21828]** | 2/1/2022 - 5/31/2022 | $ 474,525.68 | $ 41,020.58 | $ 18,072.35 | $ - | $ 433,505.10 | $ 18,072.35 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 20 | **Kroma Advertising, Inc. [Dkt. No. 21516]** | 1/16/2022 - 4/15/2022 | $ 15,000.00 | $ - | $ - | $ - | $ 15,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | |
| 21 | **Luskin, Stern & Eisler LLP [Dkt. No. 22466]** | 2/1/2022 - 3/15/2022 | $ 10,096.50 | $ - | $ - | $ - | $ 10,096.50 | $ - |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | |
| 22 | **Marchand ICS Group [Dkt. No. 21830]** | 2/1/2022 - 5/31/2022 | $ 52,068.00 | $ 38.00 | $ 1,358.02 | $ - | $ 52,030.00 | $ 1,358.02 |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | |
| 23 | **Wolfe, Andrew [Dkt. No. 21447]** | 2/1/2022 - 3/15/2022 | $ 4,410.00 | $ - | $ 535.00 | $ - | $ 4,410.00 | $ 535.00 |