In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Application Recommended:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Financial Advisor to FOMB* | | | | | | | |
| 1 | **Kroll, LLC, f/k/a Duff & Phelps LLC [Dkt. No. 21997]** | 11/1/2018 - 7/31/2019 | $ 2,159,097.53 | $ 36,619.00 | $ 57,400.36 | $ - | $ 2,122,478.53 | $ 57,400.36 |

28176251.1

as of 12/5/2022