# EXHIBIT A

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ACEVEDO CORTES, VIRGINIA | 37982 | a | Litigation Claims | AQ-16-0495 | Initial Transfer |
| ADAMES-GUERRERO, LUZ M | 139605 | a | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| ADAMES-GUERRERO, LUZ M. | 131667 | a | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| AGOSTO SANTIAGO, GIL | 15776 | f | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| AGUAYO PACHECO, ROSA MARIA | 101734 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| ALAMO SIERRA, LILLIAM | 97298 | c | Litigation Claims | 2011-10-0680; MUP2642-22 | Initial Transfer |
| ALONSO RIVERA, BRENDA | 51225 | a | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| ALVAREZ GALARZA, JOSE A | 34470 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| ANDÚJAR, ISAÍRA RODRÍGUEZ | 53070 | c | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| ANGEL MANUEL RODRIGUEZ GONZALEZ (SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ) | 89886 | a | Litigation Claims | 1092850-700; G2CI-2015-00258 | Initial Transfer |
| ARROYO PEREZ, ANTONIA | 97090 | c | Litigation Claims | JDP-2016-0011 | Initial Transfer |
| ARROYO ROSARIO, JAVIER | 6119 | a | Litigation Claims | 2014-ACT-039 | Initial Transfer |
| AYALA YAMBOT, NORMA | 64263 | c | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| AYALA, LAURA | 69615 | a | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| BAEZ MONTALVO, JESUS MANUEL | 143662 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| BALLESTER MELENDZ, JOHANA | 146368 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| BALLESTER RIVERA, EDUARDO | 145236 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| BATLLE TORRES, ELSIE | 77115 | c | Litigation Claims | Unknown | Initial Transfer |
| BERRIOS GARCIA, HÉCTOR LUIS | 103019 | c | Litigation Claims | JDP-2016-0011 | Initial Transfer |
| BERROCAL SANTIAGO, ELVIN | 46381 | c | Litigation Claims | 2012-05-2084; SJ-2019-CV-07914 | Initial Transfer |
| BETANCOURT CASTELLANO, JOSE A. | 39398 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| BLAS MEDINA, FRANCISCO | 23923 | c | Litigation Claims | PEREZ PEREZ v. GOB. MUN. DE LARES | Initial Transfer |
| CAMACHO HERNANDEZ, BEXAIDA | 125010 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| CANDELARIO PIZARRO, JOSEFINA | 23935 | c | Litigation Claims | AQ-16-0495; AQ-19-0331 | Initial Transfer |
| CASTRO PIERLUISSI, ZOE D. | 93588 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| CASTRO SANTIAGO, NOEMI | 7167 | a | Litigation Claims | 2015-0235 | Initial Transfer |
| CESAR GERARDO, ESCOBAR SANTIAGO | 124952 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| CINTRON ESPINELL, JULIO | 41847 | d | Litigation Claims | KAC-2013-0403; KPG-2007-4359 | Initial Transfer |
| COLON DELGADO, BRENDA | 120358 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| COLON GONZALEZ, IRIS M | 83711 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| COLON GONZALEZ, LUIS A. | 81888 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| COLÓN RIVERA, JUDITH E. | 56441 | b | Litigation Claims | Unknown | Initial Transfer |
| COLON RODRIGUEZ, CARLOS J. | 56790 | a | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| COLON VELEZ, JANICE VANESA | 22 | c | Litigation Claims | KPE-2017-0142 | Initial Transfer |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 99076 | c | Litigation Claims | GAC-2015-0011; GAC-2016-0011; GAC-2016-0015 | Initial Transfer |
| CORREA VELEZ, IRMA J. | 61725 | c | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| COTTO MORALES, NOEMI | 67395 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| CRESPO BERMUDEZ, PERFECTO | 132 | e | Litigation Claims | KPE-2017-0142 | Initial Transfer |

| Name | | | | | |
|---|---|---|---|---|---|
| CRUZ MORALES, JUAN MANUEL | 36398 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| CRUZ RODRIGUEZ, ABIGAIL | 7261 | f | Litigation Claims | 2017-1464 | Initial Transfer |
| CRUZ VAZQUEZ, JOSE IVAN | 117189 | c | Litigation Claims | 2002-05-1276 | Initial Transfer |
| CSCG, INC. | 22600 | f | Litigation Claims | KAC-2013-0007 | Initial Transfer |
| CUADRADO BERRIOS, MARIA M. | 45861 | a | Litigation Claims | 2015-06-3813 | Initial Transfer |
| DANIEL LEBRON ROMAN C/O JRAF LAW FIRM | 124227 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| DE LA CRUZ DE LA CRUZ, AMPARO | 100477 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| DELGADO DURAN, VILMARIE | 13193 | a | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| DELGADO VALENTIN, RAQUEL | 48038 | c | Litigation Claims | JDP-2011-0338; KDP-2011-1112 | Initial Transfer |
| DIAZ MATEO, ASTRID MARINA | 137071 | a | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| DOMINGUEZ RODRIGUEZ, LOIDIS | 3653 | c | Litigation Claims | ISCI-2016-00787 | Initial Transfer |
| DUPREY RIVERA, LUIS | 27281 | c | Litigation Claims | GPE-2012-0052 | Initial Transfer |
| ESTRADA GARCIA, FELIX A. | 151264 | a | Litigation Claims | AC-2000-5670 | Initial Transfer |
| EVARISTO LOPEZ GUZMAN, SUCESION | 125124 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| FANTAUZZI RAMOS, DOMINGO | 30222 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| FELICIANO HERNÁNDEZ, RAFAEL A. | 53836 | d | Litigation Claims | 2011-03-3193; CC-2016-0309; KLRA-2016-00317; PR-15-001 | Initial Transfer |
| FELICIANO PAGAN, ANA | 81994 | b | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| FIGUEROA CORREA, NAYDA | 99707 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| FIGUEROA ORTIZ, CARMEN | 80225 | a | Litigation Claims | DAC-2005-1791; KAC-2005-4536 | Initial Transfer |
| GARCIA PACHECO, LEONALDO | 34467 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| GARCIA SERRANO, LUIS A. | 29836 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| GARCIA, DORYSABEL AVILES | 6678 | a | Litigation Claims | 2017-04-1148 | Initial Transfer |
| GOMEZ JIMINEZ, MARIA | 8950 | b | Litigation Claims | FA2018CV00072; NACI200800007; NACI201400826 | Initial Transfer |
| GONZALEZ MILLAN, CARMEN L | 121497 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| HERNANDEZ, WALDEMAR | 21186 | c | Litigation Claims | PEREZ PEREZ v. GOB. MUN. DE LARES | Initial Transfer |
| HIDALGO POLANCO, LUIS F. | 14607 | c | Litigation Claims | FDP-2014-0176 | Initial Transfer |
| IRIZARRY CRUZ, SARAH D. | 115595 | a | Litigation Claims | 2016-01-0593 | Initial Transfer |
| JOHNSON LUGO, JAMES E. | 124292 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| JOVET ORTIZ, MAYRA E. | 59887 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| JULIA RIVERA, MIRTA | 81483 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| LOPEZ LIBOY, NELSON | 30208 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| LOPEZ MERCADO, ZULMA | 64545 | c | Litigation Claims | Unknown | Initial Transfer |
| LUGO CABAN, ROSA H | 8147 | a | Litigation Claims | 2015-04-3580 | Initial Transfer |
| LUNA DE JESUS, MIGUEL A | 1858 | c | Litigation Claims | 2009-05-0960 | Initial Transfer |
| MADERA SANTOS, LUIS | 16988 | a | Litigation Claims | 2016-0131 | Initial Transfer |
| MALDONADO RODRIGUEZ, NILDA | 145264 | a | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| MALDONADO SOTO, IVAN | 10749 | a | Litigation Claims | 2004-ACT-062 | Initial Transfer |
| MÁRQUEZ RIVERA, JUAN | 2452 | c | Litigation Claims | GDP-2016-0139 | Initial Transfer |
| MARRERO GONZALEZ, AWILDA | 125301 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |

| Name | Claim # | Class | Type | Case | Transfer |
|---|---|---|---|---|---|
| MARRERO RODRIGUEZ, NELIDA | 50970 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| MARTINEZ CRUZ, CARMEN L | 118857 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| MARTINEZ IRIZARRY, FRANCISCO | 10301 | c | Litigation Claims | 2015-0348 | Initial Transfer |
| MARTINEZ MARTINEZ, OTTMAN R. | 24833 | c | Litigation Claims | KPE-2016-0905 | Initial Transfer |
| MEDINA OLIVERAS, JOSE J | 8812 | c | Litigation Claims | CC-2014-0276; KLAN-2012-038; KPE-2001-1022 | Initial Transfer |
| MENDOZA RUIZ, OREALIS | 22215 | a | Litigation Claims | 2016-10-0554 | Initial Transfer |
| MERCADO BERRIOS, MARIA DELMA | 112323 | b | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| MERCADO, LARY | 72712 | c | Litigation Claims | LARY MERCADO MORALES V. ESTADO LIBRE ASOCIADO DE P.R.; ADMINISTRACION | Initial Transfer |
| MILLAN RIVERA, RAMONITA | 130262 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| MORALES PAGAN, BENJAMIN | 26996 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| MUNIZ TORRES, ALICIA I | 140832 | b | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| NAVARRO RODRIGUEZ, EVELIO | 118203 | d | Litigation Claims | NDP-2000-0046; NDP-2000-0070; NSCI-2001-00036; NSCI-2002-00935 | Initial Transfer |
| NIEVES BORRERO, ELIZABETH | 79697 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| NIEVES RAMOS, GLADYS | 101632 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| NUÑEZ GONZALEZ, CHARDLENIS | 34904 | c | Litigation Claims | KDP-2016-1354 | Initial Transfer |
| NUNEZ NIEVES, JOSE R. | 15706 | f | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| ORTA VAZQUEZ, HENRY | 31812 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| ORTIZ ALVARADO, ZULMA MILAGROS | 50033 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| ORTIZ DAVID, VICTOR M | 43382 | d | Litigation Claims | KAC-2013-0403; KPG-2007-4359 | Initial Transfer |
| ORTIZ MATEO, ARNALDO L | 27622 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| OSORIO CEPEDA, JAIME LUIS | 26995 | a | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| OTERO GARCIA, JOSE A. | 111305 | a | Litigation Claims | 2016-12-0682 | Initial Transfer |
| PACHECO RODRIGUEZ, FERDINAND | 157207 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| PALAU RIOS, GERMAN | 16661 | c | Litigation Claims | KAC-2010-07-0067 | Initial Transfer |
| PEREZ HERRERA, JOSE | 7104 | a | Litigation Claims | 2015-0221 | Initial Transfer |
| PEREZ MARTINEZ, EDUARDO A | 136550 | d | Litigation Claims | NDP-2000-0046; NDP-2000-0070; NSCI-2001-00036; NSCI-2002-00935 | Initial Transfer |
| PERUCHETT LEBRON, RUBEN | 1648 | d | Litigation Claims | GDP-2016-0155 | Initial Transfer |
| PONCE DE LEON GONZALEZ, PEDRO | 86027 | c | Litigation Claims | DDP-2015-0423; DDP-2015-0432 | Initial Transfer |
| QUINONES REYES, IHOMARA A | 47218 | c | Litigation Claims | SJ-2016-CV-00163 | Initial Transfer |
| RAMIREZ TORRES, NELLY | 109025 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| REYES COLON, FRANCISCO | 34471 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| RIVERA COLON, YEIDI V | 102258 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| RIVERA DIAZ, IDA | 52502 | b | Litigation Claims | SJ-2016-CV-00163 | Initial Transfer |
| RIVERA ELVIRA, ITSALIA | 108162 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| RIVERA RIVERA, SYLVIA I. | 105976 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| RIVERA ROMAN, JUAN P | 149579 | f | Litigation Claims | NDP-2000-0046; NDP-2000-0070; NSCI-2001-00036; NSCI-2002-00935 | Initial Transfer |
| RODRIGUEZ FELICIANO V ELA, JERRY | 2868 | d | Litigation Claims | JDP-2014-0323 | Initial Transfer |
| RODRIGUEZ FELIX, BELKYS | 54468 | b | Litigation Claims | SJ-2016-CV-00163 | Initial Transfer |
| RODRIGUEZ FERRA, MYRNA Y | 98501 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |

| Name | Claim # | Class | Type | Case Number(s) | Transfer |
|---|---|---|---|---|---|
| RODRIGUEZ JIMENEZ, SAMIA | 101891 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| RODRIGUEZ LAUREANO, WANDA | 60499 | a | Litigation Claims | KPE-2001-0693 | Initial Transfer |
| RODRIGUEZ QUINONES, MIGDALIA | 65330 | c | Litigation Claims | Unknown | Initial Transfer |
| RODRIGUEZ RODRIGUEZ, DAVID | 11382 | d | Litigation Claims | NDP-2000-0046; NDP-2000-0070; NSCI-2001-00036; NSCI-2002-00935 | Initial Transfer |
| RODRIGUEZ RODRIGUEZ, SELENIA | 87773 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| RODRIGUEZ VELAZQUEZ, JAMIE I. | 93194 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| RODRIQUEZ RODRIQUEZ, ROBERTO | 31807 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| ROLDAN HOYOS, CARLOS M | 26704 | e | Litigation Claims | 2015-03-3358 | Initial Transfer |
| ROSADO DE JESUS, MARIA ELENA | 131805 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| ROSADO RIVERA, WILLIAM | 48326 | a | Litigation Claims | 2014-09-0435 | Initial Transfer |
| RUIZ DELGADO, PEDRO | 28660 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| RUIZ SANTIAGO, MARGARITA | 146990 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| SALCEDO SANTIAGO, YOMARA G. | 57857 | c | Litigation Claims | Unknown | Initial Transfer |
| SANCHEZ ACOSTA, ERNESTO H | 38697 | c | Litigation Claims | Unknown | Initial Transfer |
| SANTANA BAEZ, ELIEZER | 81 | d | Litigation Claims | DDP-2014-0664 | Initial Transfer |
| SANTANA BAEZ, ELIEZER | 27884 | f | Litigation Claims | DDP-2016-0591 | Initial Transfer |
| SANTANA BAEZ, ELIEZER | 15392 | c | Litigation Claims | DDP-2015-0218; DDP-2016-0591 | Initial Transfer |
| SANTIAGO GONZALEZ, ANA F | 102943 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| SANTIAGO OTERO, CARMELO | 28904 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| SANTIAGO RODRIGUEZ, IRIS N. | 95360 | b | Litigation Claims | SJ-2019-CV-07914 | Initial Transfer |
| SANTIAGO VARGAS, ANTONIO | 29773 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| SANTOS ORTIZ, LOURDES | 149306 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| SANTOS ORTIZ, RITA A | 101870 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| SEIN FIGUERRA, BENJAMIN | 127900 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| SEPULVEDA PAGAN, NELLY J | 94777 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| SERRANO MERCADO, CARMEN R. | 128100 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| SOSA PENA, LUZ | 53960 | c | Litigation Claims | DCD-2012-3466; DCD-2013-0065 | Initial Transfer |
| SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ (ANGEL MANUEL RODRIGUEZ GONZALEZ CIVIL | 90335 | a | Litigation Claims | 1092850-700; G2CI-2015-00258 | Initial Transfer |
| TIRADO HERNANDEZ, LOURDES | 163592 | a | Litigation Claims | DAC-2005-1791; KAC-2005-4536 | Initial Transfer |
| TORO GOYCO, LUIS | 26065 | c | Litigation Claims | FBCI2012-00195; JPE2010-0403 | Initial Transfer |
| TORRES CORREA, YOLANDA | 62031 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| TORRES FIGUEROA , MYRTA  A. | 165876 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| TORRES FIGUEROA, LOURDES | 124472 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| TORRES RIVERA, JUAN RAMON | 10900 | a | Litigation Claims | AQ-10-2464; L-13-416; AQ-12-0609 | Initial Transfer |
| VALDERRAMA COLÓN, PEDRO | 47888 | c | Litigation Claims | GDP-2016-0096 | Initial Transfer |
| VARGAS ACOSTA, PABLO | 114294 | a | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| VARGAS GONZALEZ, CLARIBEL | 50534 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| VASQUEZ JUAN, RUTH J | 48712 | b | Litigation Claims | SJ-2016-CV-00163 | Initial Transfer |
| VAZQUEZ FONTAN, RAINIERO | 81555 | d | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |

| Name | Claim # | Claim Amount | Claim Type | Case Number(s) | Transfer Type |
|---|---|---|---|---|---|
| VAZQUEZ PEREZ, LUIS | 21167 | c | Litigation Claims | NSCI-2002-00935; NSCI-2001-00036; NDP-2000-0070; NDP-2000-0046 | Initial Transfer |
| VELAZQUEZ MORALES, DELFINA | 161987 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| VERA GARCIA, ZORAIDA | 59926 | a | Litigation Claims | KAC-2003-3304 | Initial Transfer |
| VILLEGAS ESTRADA, ALERIA M. | 41798 | a | Litigation Claims | 2016-ACT-005 | Initial Transfer |
| WANDA RODRÍGUEZ LAUREANO Y OTROS | 8005 | d | Litigation Claims | KPE-2001-0693 | Initial Transfer |
| ZAMBRANA, CARLOS M.; ZAMBRANA, SUCN. CARLOTA | 12252 | c | Litigation Claims | DJV-2014-1783; KAC-2017-0285 | Initial Transfer |
| ZARAGOZA FERNÁNDEZ, CARLOS J | 5429 | d | Litigation Claims | GDP-2009-0074 | Initial Transfer |
| ZAYAS SANTIAGO, JENNIFER | 152183 | b | Litigation Claims | 2014-027-MEA | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |