# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## AMENDED INFORMATIVE MOTION AND NOTICE OF REQUEST
## TO BE HEARD AT THE DECEMBER 14-15, 2022 OMNIBUS HEARING

The Ad Hoc Group of PREPA Bondholders (the "**Ad Hoc Group**") submits this amended informative motion in response to the Court's *Amended and Restated Order Regarding Procedures for Title VI Approval Hearing for the Puerto Rico Finance Corporation and December 14-15, 2022 Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the December 14-15, 2022 omnibus hearing (the "**Omnibus Hearing**").

　　　1.　　The Order requests that counsel who intend to speak at the Hearing file an informative motion identifying (a) the Party for which they intend to appear; (b) whether they intend to appear for the Qualified Modification Hearing, the Omnibus Hearing, or both; and (c)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

the name(s), email address(es), and method of appearance for those attorney(s) who wish to participate in or observe the Hearings.

2. Amy Caton and Matthew M. Madden of Kramer Levin Naftalis & Frankel LLP will appear on behalf of the Ad Hoc Group at the Omnibus Hearing.

3. Ms. Caton and Mr. Madden do not intend to speak on behalf of the Ad Hoc Group but reserve the right to be heard on any matter raised by any party at the Omnibus Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Ad Hoc Group.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today December 13, 2022.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Alice J. Byowitz*<br>AMY CATON\*<br>THOMAS MOERS MAYER\*<br>MATTHEW M. MADDEN\*<br>ALICE J. BYOWITZ\*<br>Email: acaton@kramerlevin.com<br>    tmayer@kramerlevin.com<br>    mmadden@kramerlevin.com<br>    abyowitz@kramerlevin.com<br><br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |

**EXHIBIT A**
<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | Zoom, Omnibus Hearing |
| | Name | Amy Caton |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | acaton@kramerlevin.com |
| | Phone Number | (212) 715-7772 |
| | Docket Entry No. of Notice of Appearance | 73 |
| | Zoom Username | PREPA Ad Hoc Group / Caton, Amy / Kramer Levin Naftalis & Frankel LLP |
| ATTORNEY 2 | Appearance Method | Zoom, Omnibus Hearing |
| | Name | Matthew M. Madden |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | mmadden@kramerlevin.com |
| | Phone Number | (202) 775-4529 |
| | Docket Entry No. of Notice of Appearance | 73 |
| | Zoom Username | PREPA Ad Hoc Group / Madden, Matthew / Kramer Levin Naftalis & Frankel LLP |
| Note: Pursuant to the Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party in interest shall be limited to 2 attorneys at any given time. | | |

**EXHIBIT B**
<u>PARTY WITNESS COVER SHEET</u>

| Name of Party | | | Ad Hoc Group |
|---|---|---|---|
| Does the Party Intend to offer a witness? | | | No |
| Total Number of Witnesses | | | N/A |
| Witness Name | Expert of Fact Witness | Is Interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|  |  |  |  |
|  |  |  |  |

\* The Court does not provide interpreters for witness testimony.

**EXHIBIT C**
<u>PARTY EXHIBIT COVER SHEET</u>

| Name of Party | | Ad Hoc Group |
|---|---|---|
| Does the Party intend to offer evidence? | | No |
| Docket Entry No. for Party Exhibit List | | N/A |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |