# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**AMENDED INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING APPEARANCE AT DECEMBER 14-15 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this amended informative motion in response to Court's *Amended and Restated Order Regarding Procedures for December 14-15, 2022, Omnibus Hearing (Dkt. No. 23015 in Case No. 17-3283* setting forth guidelines for parties wishing to be heard at the December 14-15, 2022 omnibus hearing (the "**Omnibus Hearing**").

1. The Order requests that counsel who intend to speak at the Omnibus Hearing file an informative motion identifying (a) the Party for which they intend to appear; (b) whether they intend to appear for the Qualified Modification Hearing, the Omnibus Hearing, or both; and (c) the name(s), email address(es), and method of appearance for those attorney(s) who wish to participate in or observe the Hearings.

2. Clark T. Whitmore (clark.whitmore@maslon.com) of Maslon LLP will appear on behalf of the Trustee by zoom.

3. Mr. Whitmore reserves the right to speak on behalf of the Trustee with respect to any other matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or any matter potentially impacting the interests of the Trustee at the Omnibus Hearing.

4. The Trustee's Party Appearance Sheet is attached hereto as **Exhibit A**.

2

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today December 13, 2022.

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| /s *Eric A. Tulla* | By: /s Clark T. Whitmore |
| Eric A. Tulla | Clark T. Whitmore (admitted *pro hac vice*) |
| USDC-DPR No. 118313 | Michael C. McCarthy (admitted *pro hac vice*) |
| Email: etulla@ riveratulla.com | John Duffey (admitted *pro hac vice*) |
| | Jason M. Reed (admitted *pro hac vice*) |
| Rivera Tulla & Ferrer Building | |
| 50 Quisqueya Street | 90 South Seventh Street, Suite 3300 |
| San Juan, PR 00917-1212 | Minneapolis, MN 55402 |
| Tel: (787)753-0438 | Telephone: 612-672-8200 |
| Fax: (787)767-5784 (787)766-0409 | Facsimile: 612-672-8397 |
| | E-Mail: clark.whitmore@maslon.com |
| | mike.mccarthy@maslon.com |
| | john.duffey@maslon.com |
| | jason.reed@maslon.com |
| | **ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |

3

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | Zoom, Omnibus Hearing |
| | Name | Clark Whitmore |
| | Law Firm | Maslon LLP |
| | Email | clark.whitmore@maslon.com |
| | Phone Number | 612-672-8335 |
| | Docket Entry No. of Notice of Appearance | 76 |
| | Zoom Username | U.S. Bank National Association, as PREPA Bond Trustee / Whitmore, Clark / Maslon LLP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Note: Pursuant to the Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party in interest shall be limited to 2 attorneys at any given time. | | |

4

_____

**EXHIBIT B**
PARTY WITNESS COVER SHEET

| Name of Party | | | U.S. Bank National Association, as PREPA Bond Trustee |
|---|---|---|---|
| Does the Party Intend to offer a witness? | | | No |
| Total Number of Witnesses | | | N/A |
| Witness Name | Expert of Fact Witness | Is Interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |

\* The Court does not provide interpreters for witness testimony.

5

**EXHIBIT C**
PARTY EXHIBIT COVER SHEET

| Name of Party | | U.S. Bank National Association, as PREPA Bond Trustee |
|---|---|---|
| Does the Party intend to offer evidence? | | No |
| Docket Entry No. for Party Exhibit List | | N/A |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

6