**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

PUERTO RICO PUBLIC FINANCE
CORPORATION,

     Applicant.

PROMESA
Title VI

No. 22-cv-1517 (LTS)

-------------------------------------------------------------x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR THE HEARINGS ON DECEMBER 14-15, 2022, AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, December 14, 2022**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., and continue, if necessary, **Thursday, December 15, 2022**, beginning at 9:30 a.m. **(Atlantic Standard Time)** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] A redline comparing this amended agenda to the original agenda filed at **Case No. 17-3283, ECF No. 23050** and **Case No. 22-1517, ECF No. 67** is attached hereto as **Exhibit B**.

Honorable Laura Taylor Swain, United States District Judge
Honorable Judith G. Dein, United States Magistrate Judge

**Location of Hearing:** <u>**The Hearing will be conducted virtually via videoconferencing and telephonic platforms.**</u>

<u>Attorney Participation</u>: Pursuant to the *Amended and Restated Order Regarding Procedures for Virtual Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022 Omnibus Hearing* [Case No. 17-3283, ECF No. 23015 and Case No. 22-cv-1517, ECF No. 56], attached to this Agenda as **<u>Exhibit A</u>** (the "<u>Procedures Order</u>"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraphs 3 and 4 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB and AAFAF are limited to four attorneys appearing in the Zoom session at any given time, and all other parties will be limited to two attorneys appearing in the Zoom session at any given time.

<u>Attorneys, Members of the Public and Press</u>: Attorneys and members of the public and press **may listen to (but not participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted.

**Copies of Documents:** Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. <u>STATUS REPORTS</u>

1. <u>**Report from the Oversight Board.**</u>

<u>Description</u>: Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "<u>FOMB</u>" or "<u>Oversight Board</u>") will file a written Status Report prior to the hearing. The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic; (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments; (iii) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters; and (iv) the anticipated timing and volume of objections to claims.

Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

Description: Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written Status Report prior to the hearing. AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II. FEE APPLICATIONS RELATED MATTERS[3]

1. **Tenth Interim Fee Application of Fee Examiner and Counsel to the Fee Examiner.**
Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2022 Through September 30, 2022 **[Case No. 17-3283, ECF No. 22847]**

Objection Deadline: December 13, 2022 at 5:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Related Documents:
   A. Certificate of No Objection Regarding Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2022 Through September 30, 2022 **[Case No. 17-3283, ECF No. 22984]**

   B. Order Concerning Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C. **[Case No. 17-3283, ECF No. 23026]**

   C. Supplemental Declaration of Katherine Stadler in Support of Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn**, S.C. [Case No. 17-3283, ECF No. 23035]**

---

[3] Mark W. Hancock and Brady C. Williamson will be available to respond to any questions regarding these matters; otherwise, Mark W. Hancock and Brady C. Williamson do not intend to speak on these matters.

D. Order Concerning Responses to the Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C. **[Case No. 17-3283, ECF No. 23052]**

Status:  This matter is going forward.

Estimated Time Required:  N/A.

### III.  **UNCONTESTED MATTERS**

1. **FOMB Motion to Amend ADR Procedures.**[4]  Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures **[Case No. 17-3283, ECF No. 22936]**

Description:  The Financial Oversight and Management Board for Puerto Rico's motion to for an order further amending the alternative dispute resolution procedures.

Objection Deadline: November 29, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  None.

Reply, Joinder & Statement Deadlines: December 6, 2022 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 7, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
A.  None.

Related Documents:
A.  Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 12576]**

B.  Order Setting Deadline for the Submission of Supplemental Documentation in Connection with the Financial Oversight and Management Board for Puerto Rico's Motion to Amend Alternative Dispute Resolution Procedures **[Case No. 17-3283, ECF No. 22951]**

C.  Notice of Filing of (A) Revised Proposed Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures and (B) Supplemental Documentation **[Case No. 17-3283, ECF No. 23009]**

D.  Order Setting Deadline for the Submission of Further Documentation and Supplemental Briefing in Connection with the Financial Oversight and

---

[4] Laura Stafford will be available to address questions, if any, related to this matter; otherwise, the Oversight Board does not intend to speak on this matter.

4

Management Board for Puerto Rico's Motion to Amend Alternative Dispute Resolution Procedures **[Case No. 17-3283, ECF No. 23031]**

E. Notice of Filing of (A) Further Documentation and (B) Supplemental Briefing in Connection with the Financial Oversight and Management Board for Puerto Rico's Motion to Amend Alternative Dispute Resolution Procedures **[Case No. 17-3283, ECF No. 23040]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

## IV.   <u>CONTESTED MATTERS</u>

1. **<u>Bonistas Del Patio Administrative Expense Claim Motion.</u>**  Motion of Bonistas Del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth **[Case No. 17-3283, ECF No. 22578]**

   Description:   Bonistas Del Patio, Inc.'s motion for an order allowing payment of its administrative expense claim.

   Objection Deadline:  November 29, 2022 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Response of Official Committee of Unsecured Creditors to Motion of Bonistas Del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth **[Case No. 17-3283, ECF No. 22929]**

   Reply, Joinder & Statement Deadlines:  December 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
   A. None.

   Related Documents:
   A. Fee Examiner's Statement Regarding Bonistas Del Patio Motion for Section 503(b) and Plan-Based Payments **[Case No. 17-3283, ECF No. 22933]** [5]

   B. Motion Submitting Exhibit List, filed by Bonistas Del Patio, Inc. **[Case No. 17-3283, ECF No. 23010]**

   Status: This matter is going forward.

   Estimated Time Required:  12 minutes.

---

[5] Mark W. Hancock and Brady C. Williamson will be available to respond to any questions regarding this matter; otherwise, Mark W. Hancock and Brady C. Williamson do not intend to speak on this matter.

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:

    A.  <u>Movants</u>:
        1.  **Bonistas Del Patio**: Donald S. Bernstein, 6 minutes
    B.  <u>Responding Parties</u>:
        1.  **UCC**: Luc Despins, 3 minutes
    C.  <u>Movants</u>:
        1.  **Bonistas Del Patio**: Donald S. Bernstein, 3 minutes

2.  **<u>Four Hundred Fifty-Third Omnibus Objection to Claims.</u>** Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20784]**

<u>Objection Deadline</u>:  June 13, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Motion to Inform, filed by Maria C. Figueroa Torres **[Case No. 17-3283, ECF No. 21310]**

<u>Reply, Joinder & Statement Deadlines</u>:  October 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  Response of Financial Oversight and Management Board for Puerto Rico to Motion to Inform Filed by Claimant Maria C. Figueroa Torres Concerning Proof of Claim Nos. 179281 and 179281-1 [Dkt No. 21310] Torres **[Case No. 17-3283, ECF No. 21449]**

    B.  Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by Maria C. Figueroa Torres [ECF No. 21310] to the Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 22666]**

<u>Related Documents</u>:
    A.  Order Adjourning the Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities

Owed by Entities That Are Not Title III Debtors as to Proof of Claim No. 179281-1 **[Case No. 17-3283, ECF No. 22798]**

B. Supplemental Brief of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority in Support of the Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 22928]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

Order and Number of Speakers:[6]  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
  A. Movants:
      1. **FOMB**: Libbie B. Osaben and/or Brian S. Rosen, 3 minutes
  B. Objecting Parties:
      1. **Maria C. Figueroa Torres**: Vanessa Hernández Rodríguez, 5 minutes
  C. Movants:
      1. **FOMB**: Libbie B. Osaben and/or Brian S. Rosen, 2 minutes

3. **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  November 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Opposition to Debtor's Omnibus Objection "Five Hundred Fourteenth" (Substantive), filed by ICPR Junior College **[Case No. 17-3283, ECF No. 22770]**

Reply, Joinder & Statement Deadlines Deadline:  November 21, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by the ICPR Junior College [ECF No. 22770] to the Five Hundred Fourteenth Omnibus Objection

---

[6] The Oversight Board reached out to Maria C. Figueroa Torres' counsel in advance of filing this agenda to confirm their speaker information and time allocation but did not receive a response.

(Substantive) to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22897]**

Related Documents:
    A.  Order Regarding Defective Pleading **[Case No. 17-3283, ECF No. 22648]**

Status:  This matter is going forward.

Estimated Time Required:  14 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
    A.  Movants:
        1.  **FOMB**: Javier F. Sosa, 4 minutes
    B.  Objecting Parties:
        1.  **ICPR Junior College**: Ramon Negron, 7 minutes
    C.  Movants:
        1.  **FOMB**: Javier F. Sosa, 3 minutes

## V.  QUALIFYING MODIFICATION APPROVAL HEARING

**Puerto Rico Public Finance Corporation Qualifying Modification.**  Application of the Puerto Rico Public Finance Corporation, by and through the Financial Oversight and Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case No. 22-cv-01517, ECF No. 1]**

Objection Deadline:  November 18, 2022 at 5:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Motion to Object the Approval of the Qual[i]fying Modification for the PR Public Finance Corp, filed by Yusif Mafuz Blanco **[Case No. 22-cv-01517, ECF No. 23]**

Reply, Joinder & Statement Deadlines:  December 6, 2022 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  Reply of Financial Oversight and Management Board for Puerto Rico to Objection of Yusif Mafuz Blanco to the Application of the Puerto Rico Public Finance Corporation, by and through the Financial Oversight and Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of PROMESA **[Case No. 22-cv-01517, ECF No.  46]**

Related Documents:
    A.  Declaration of Brian S. Rosen in Support of the Application of the Puerto Rico Public Finance Corporation, by and through the Financial Oversight and

Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case No. 22-cv-01517, ECF No. 2]**

B. Motion for Entry of an Order Approving Procedures and Establishing Schedule for Approval of Qualifying Modification for the Puerto Rico Public Finance Corporation **[Case No. 22-cv-01517, ECF No. 3]**

C. Order Granting Motion for Entry of an Order Approving Procedures and Establishing Schedule for Approval of Qualifying Modification for the Puerto Rico Public Finance Corporation **[Case No. 22-cv-01517, ECF No. 10]**

D. Supplemental Declaration of Brian S. Rosen in Support of the Application of the Puerto Rico Public Finance Corporation, by and through the Financial Oversight and Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case No. 22-cv-01517, ECF No. 21]**

E. Notice of Filing of Proposed Order Approving Qualifying Modification for Puerto Rico Public Finance Corporation **[Case No. 22-cv-01517, ECF No. 22]**

F. Urgent Motion for Approval of Joint Stipulation and Order Regarding (A) the Qualifying Modification Pursuant to PROMESA Title VI for the Puerto Rico Public Finance Corporation and (B) Briefing and Hearing with Respect to the Issuance of DRA Bonds **[Case No. 22-cv-01517, ECF No. 28]**

G. Supplement to Motion, filed by Yusif Mafuz Blanco **[Case No. 22-cv-01517, ECF No. 30]**

H. Urgent Motion for Approval of Joint Stipulation and Order Regarding (A) the Qualifying Modification Pursuant to PROMESA Title VI for the Puerto Rico Public Finance Corporation and (B) Briefing and Hearing with Respect to the Issuance of DRA Bonds **[Case No. 22-cv-01517, ECF No. 31]**

I. Order approving Joint Stipulation and Order Regarding (A) the Qualifying Modification Pursuant to PROMESA Title VI for the Puerto Rico Public Finance Corporation and (B) Briefing and Hearing with Respect to the Issuance of DRA Bonds **[Case No. 22-cv-01517, ECF No. 32]**

J. Declaration of Christina Pullo of Kroll Restructuring Administration LLC Regarding the Solicitation and Tabulation of Votes Cast on Qualifying Modification Pursuant to PROMESA Title VI for the Puerto Rico Public Finance Corporation **[Case No. 22-cv-01517, ECF No. 33]**

K. Second Supplemental Declaration of Brian S. Rosen in Support of the Application of the Puerto Rico Public Finance Corporation, by and through the Financial

9

Oversight and Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case No. 22-cv-01517, ECF No. 34]**

L.  Notice of Submission of Financial Oversight and Management Board's, as Administrative Supervisor, Exhibit List in Connection with the Hearing to Consider Approval of Qualifying Modification for the Puerto Rico Public Finance Corporation Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case No. 22-cv-01517, ECF No. 38]**

M.  Objection and Opening Brief of the DRA Parties Regarding the DRA Bond Issue **[Case No. 22-cv-01517, ECF No. 61]**

Status:  This matter is going forward.

Estimated Time Required:  52 minutes.

Order and Number of Speakers:[7]  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:

A.  Opening Statements/ Admission of Evidence:
  1.  **FOMB**: Brian S. Rosen, 25 minutes
  2.  **AAFAF**: Matthew P. Kremer, 5 minutes
  3.  **US Bank**: Ronald J. Silverman and/or Pieter van Tol, 4 minutes
B.  Objections :
  1.  **Yusif Mafuz Blanco (pro se)**: 5 minutes
C.  Replies/ Closing Statements:
  1.  **FOMB**: Brian S. Rosen, 5 minutes
  2.  **AAFAF**: Matthew P. Kremer, 3 minutes
  3.  **US Bank**: Ronald J. Silverman and/or Pieter van Tol, 5 minutes

## VI.  **ADJOURNED MATTERS**

1.  **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.**  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department

---

[7] The Oversight Board reached out to Mr. Yusif Mafuz Blanco in advance of filing this agenda to confirm their speaker information and time allocation but did not receive a response.

of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines:  December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

Related Documents:
    A.  Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

    B.  Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

    C.  Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

    D.  Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

    E.  Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

X.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21708; Case No. 17-3284, ECF No. 776]**

Y.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22088; Case No. 17-3284, ECF No. 778]**

Z.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22644; Case No. 17-3284, ECF No. 780]**

AA.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22923; Case No. 17-3284, ECF No. 784]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

2.  **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and

Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description: Hearing on the portion of PREPA's motion for an order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline: January 17, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: January 24, 2023 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 25, 2023 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

    B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

    C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

    D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

    E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F. Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G. Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I. Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J. Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K. Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L. Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M. Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

3. **Community Health Foundation's Administrative Claim Motion.**  Community Health
Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense
**[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing
payment of post-petition wraparound payments for services provided to residents of Puerto
Rico.

Objection Deadline:  May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Objection of the Financial Oversight and Management Board for Puerto Rico to the
Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment
of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

Reply, Joinder & Statement Deadlines:  September 28, 2022 at 4:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
    A. Reply to Objection of the Financial Oversight and Management Board for Puerto
Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance
and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22400]**

Related Documents:
    A. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
No. 19357]**

    B. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 19370]**

    C. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
No. 19722]**

    D. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 19733]**

    E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
No. 20064]**

    F. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 20066]**

    G. Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283,
ECF No. 20206]**

16

H. Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

I. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

J. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

K. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20556]**

L. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20568]**

M. Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 21006]**

N. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21110]**

O. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21116]**

P. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21456]**

Q. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21461]**

R. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21750]**

S. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21782]**

T. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22084]**

U. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22093]**

V. Urgent Motion for Extension of Deadline **[Case No. 17-3283, ECF No. 22347]**

W. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22357]**

X. Order Setting Deadline for a Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22682]**

Y. Joint Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22736]**

Z. Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22932]**

AA. Order Adjourning Hearing Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22952]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

4. **Ramhil Developers Inc.'s Objection to Cure Amount.**  Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:  Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply, Joinder & Statement Deadlines:  January 25, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. None.

Related Documents:
  A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

  B. Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

  C. Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

D.   Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

E.   Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

F.   Urgent Motion Submitting Eleven (11) Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

G.   Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

H.   Motion Submitting Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 20186]**

I.   Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J.   Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K.   Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L.   Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M.   Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N.   Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O.   Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P.   Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Q.   Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22172]**

    R.  Order Granting the Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22179]**

    S.  Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22681]**

    T.  Order Granting the Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22688]**

    U.  Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22958]**

    V.  Order Granting the Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22962]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

5.  **Evertec's Administrative Expense Claim Motion.**  Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 21187]**

Description:  Evertec Group, LLC's motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  January 11, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  January 18, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

    G.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

    H.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

    I.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

    J.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

    K.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

    L.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

    M.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

6.  **Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion.**  Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 **[Case No. 17-3283, ECF No. 21191]**

Description:  Ricoh Puerto Rico, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  January 11, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  January 18, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:

 A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

 B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

 C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

 D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

 E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

 F. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

 G. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

 H. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

 I. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

 J. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

 K. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

 L. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

 M. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

7. **COSEY's Administrative Expense Claim Motion.**  Cosey's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21209]**

Description:  Corporacion de Servicios Eductativos de Yabucoa, Inc.'s ("COSEY") motion for an order allowing payment of its administrative expense claim.

<u>Objection Deadline</u>: January 11, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. None.

<u>Reply, Joinder & Statement Deadlines</u>: January 18, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. None.

<u>Related Documents</u>:

A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

C.  COSEY's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21346]**

D.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

E.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

F.  COSEY's Motion for Extension of T[i]me to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21466]**

G.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21467]**

H.  COSEY's Motion Submitting Certified English Translation of Exhibits at Docket No. 21209 **[Case No. 17-3283, ECF No. 21480]**

I.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

J.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

K.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

L.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

M. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

N. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

O. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

P. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

Q. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

R. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

8. **Blanca Iris Marrero's Administrative Expense Claim Motion.**  Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21192]**

Description:  Blanca Iris Marrero's motion for an order allowing payment of her administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Debtors' Objection to Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21931]**

Reply, Joinder & Statement Deadlines: December 20, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. None.

Related Documents:
A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

F. Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22060]**

G. Order Granting Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22064]**

H. Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22289]**

I. Order Granting Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22307]**

J. Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22568]**

K. Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22573]**

L. Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22673]**

M. Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22679]**

N. Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22823]**

O. Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22832]**

25

P.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22900]**

Q.  Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22904]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

9.  **Four Hundred Eighty-Eighth Omnibus Objection to Claims.** Four Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Deficient Claims **[Case No. 17-3283, ECF No. 21738]**

Objection Deadline:  January 9, 2023.

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines:  January 23, 2023.

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  Urgent Consensual Motion for Extension of Deadline to Reply to Debtor's Objection to Claim and to Reschedule Hearing Date **[Case No. 17-3283, ECF No. 22055]**

   B.  Order Granting Urgent Consensual Motion for Extension of Deadline to Reply to Debtor's Objection to Claim and to Reschedule Hearing Date **[Case No. 17-3283, ECF No. 22072]**

   C.  Urgent Consensual Motion for a Second Extension to Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22411]**

   D.  Order Granting Urgent Consensual Motion for a Second Extension to Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22414]**

   E.  Urgent Consensual Motion for a Third Extension to Respond to Objection to Claim ECF No. 21738 **[Case No. 17-3283, ECF No. 22813]**

   F.  Order Granting Urgent Consensual Motion for Extension of Deadlines to Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22841]**

G. Urgent Consensual Motion for a Fourth Extension to Respond to Objection to Claim ECF No. 21738 **[Case No. 17-3283, ECF No. 22981]**

H. Order Granting Urgent Consensual Motion for Extension of Deadlines to Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22988]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

10. **Five Hundred Thirty-First Omnibus Objection to Claims.** Five Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims **[Case No. 17-3283, ECF No. 22265]**

Objection Deadline:  October 31, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Response in Opposition to PREPA's "Five Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims," filed by O'Neill Security & Consultant Services, Inc. **[Case No. 17-3283, ECF No. 22758]**

Reply, Joinder & Statement Deadlines:  January 23, 2023.

Replies, Joinders & Statements:
A. None.

Related Documents:
A. Urgent Consented Motion for Extension of Deadlines to File Response to Omnibus Objection  **[Case No. 17-3283, ECF No. 22613]**

B. Order Granting Urgent Consented Motion for Extension of Deadlines to File Response to Omnibus Objection **[Case No. 17-3283, ECF No. 22625]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

11. **Debtors' Omnibus Objections to Claims.**

Related Documents:
A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the December 14, 2022 Omnibus Hearing to the February 1, 2023 Omnibus Hearing **[Case No. 17-3283, ECF No. 23038]** (the "Notice of Adjournment")

The following omnibus objections to claims were scheduled for hearing at the December 14, 2022, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

27

Five Hundred Thirty-Sixth [ECF No. 22739]; Five Hundred Thirty-Ninth [ECF No. 22743]; Five Hundred Fortieth [ECF No. 22744]; Five Hundred Forty-First [ECF No. 22745]; Five Hundred Forty-Second [ECF No. 22746]; Five Hundred Forty-Third [ECF No. 22747]; Five Hundred Forty-Fourth [ECF No. 22748]; Five Hundred Forty-Fifth [ECF No. 22749]; Five Hundred Forty-Sixth [ECF No. 22750]; Five Hundred Forty-Seventh [ECF No. 22751]; Five Hundred Forty-Eighth [ECF No. 22752]; Five Hundred Forty-Ninth [ECF No. 22753]; Five Hundred Fiftieth [ECF No. 22737]; and Five Hundred Fifty-First [ECF No. 22738].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the December 14, 2022 omnibus hearing to the February 1, 2023, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three-Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 177404); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim Nos. 160874 and 6009); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; 175538; and 173086); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 177215; 176671; 178015; 179150; 177243; 177761; 177513; 177932; 177092; 177099; 178210; and 178025); Four Hundred Sixth [ECF No. 19555] (Claim No. 16103); Four Hundred Twelfth [ECF No. 19559] (Claim Nos. 176447; 176498; 177629; and 176450); Four Hundred Fourteenth [ECF No. 20040] (Claim Nos. 179649 and 179662); Four Hundred Twenty-Fifth [ECF No. 20051] (Claim No. 17048); Four Hundred Thirty-Second [ECF No. 20487] (Claim Nos. 15774; 128175; and 162758); Four Hundred Thirty-Seventh [ECF No. 20495] (Claim Nos. 140270; 135965; 136952; 140056; 140676; and 60624); Four Hundred Thirty-Ninth [ECF No. 20497] (Claim Nos. 179635 and 31525); Four Hundred Forty-First [ECF No. 20499] (Claim No. 134043); Four Hundred Forty-Third [ECF No. 20501] (Claim Nos. 151713; 9891; 125306; 104914; 90011; and 80168); Four Hundred Forty-Eighth [ECF No. 20504] (Claim No. 17433); Four Hundred Fifty-Third [ECF No. 20784] (Claim Nos. 31895 and 84345-1); Four Hundred Fifty-Fourth [ECF No. 20785] (Claim No. 44390); Four Hundred Sixtieth [ECF No. 20791] (Claim No. 147357);  Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and 173831); Four Hundred Seventy-Fifth [ECF No. 21426] (Claim Nos. 122217-2 and 169996); Four Hundred Seventy-Sixth [ECF No. 21428] (Claim No. 67535); Four Hundred Seventy-Seventh [ECF No. 21424] (Claim Nos. 20921; 42321; 24859; 33847; 27117; 18206; 34951; 29971; 17669; 92700; 34658; 29349; 34686; 19418; 23291; 34655; 24827; 47736; 34640; 13766; 24635; 48297; 20243; 26894; 42779; 29170; 58891; 31782; 42816; 18995; 51644; 17690; 35688; 34664; 44113; 53674; 25680; 39857; 32560; 19652; 36234; 17017; 20427; 31773; 34728; 27275; 37181; 26851; 37182; 41040; 35134; 28301; 34926; 26137; 61196; 29412; 40197; 28855;

28

37184; 20309; 33583; 35209; 20925; 39221; 42317; 32420; 36839; 30920; 14050; 42492; 44060; 37249; 19897; 20970; 34602; 30819; 26127; and 25273); Four Hundred Eighty-Fourth [ECF No. 21733] (Claim Nos. 128497 and 104126); Four Hundred Eighty-Fifth [ECF No. 21734] (Claim Nos. 75326 and 84203); Four Hundred Eighty-Eighth [ECF No. 21738] (Claim Nos. 115471 and 17818); Five Hundred Fourteenth [ECF No. 22251] (Claim Nos. 18312; 18345; 24826; 26149; 26848; 28933; 29276; and 5130); Five Hundred Nineteenth [ECF No. 22254] (Claim No. 70324); Five Hundred Thirty-First [ECF No. 22265] (Claim No. 28744); Five Hundred Thirty-Seventh [ECF No. 22740] (Claim No. 7743); and Five Hundred Thirty-Eighth [ECF No. 22741] (Claim No. 16333).

Estimated Time Required:  N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 13, 2022
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

30

**Exhibit A**

**Amended and Restated Order
Regarding Procedures for Virtual Title VI
Approval Hearing for the Puerto Rico Public Finance
Corporation and December 14-15, 2022 Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

        Debtors.[1]

---------------------------------------------------------------x

PUERTO RICO PUBLIC FINANCE
CORPORATION,

        Applicant.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title VI

Case No. 22-cv-1517 (LTS)

AMENDED AND RESTATED ORDER REGARDING PROCEDURES FOR **VIRTUAL** TITLE VI
APPROVAL HEARING FOR THE PUERTO RICO PUBLIC FINANCE
CORPORATION AND DECEMBER 14-15, 2022 OMNIBUS HEARING

Due to unforeseen circumstances, the *Order Regarding Procedures for Title VI*

*Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Omnibus Hearing* (Docket Entry No. 22907 in Case No. 17-3283 and Docket Entry No. 27 in

Case No. 22-cv-1517) is amended and restated to reflect that **the Court will conduct the**

**hearings scheduled to begin at 9:30 a.m. (Atlantic Standard Time) on December 14, 2022**

**virtually using videoconferencing and telephonic platforms as set forth herein**.

The Court will conduct an omnibus hearing on certain motions in the above-

captioned cases and related adversary proceedings (the "Omnibus Hearing") beginning at

**9:30 a.m. (Atlantic Standard Time)** on **December 14, 2022**.  Immediately upon the conclusion

of the Omnibus Hearing, the Court will receive evidence and hear argument in connection with

the request of the Financial Oversight and Management Board for Puerto Rico (the "Oversight

Board") for approval of the *Application of the Puerto Rico Public Finance Corporation, by and*

*Through the Financial Oversight and Management Board for Puerto Rico, as Administrative*

*Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D)*

*of the Puerto Rico Oversight, Management, and Economic Stability Act* (Docket Entry No. 1 in

Case No. 22-cv-1517) (the "Qualifying Modification Hearing" and, together with the Omnibus

Hearing, the "Hearings").  The Hearings will be conducted **virtually** on **December 14, 2022**,

from **9:30 a.m.** to **12:50 p.m. (Atlantic Standard Time)**, resume from **2:10 p.m.** to **5:00 p.m**

**(Atlantic Standard Time)**, and continue, if necessary, on **December 15, 2022**, beginning at

**9:30 a.m. (Atlantic Standard Time)**.  The Hearings shall be governed by the following

procedures.

## <u>Registration for Videoconference, and Listen-In Facilities for Attorneys, Members of the Public and Press</u>

1. **Videoconferencing via Zoom**.  The Court will conduct the Hearing using

the audio and video features of the Zoom platform as a virtual courtroom.  An invitation to

register will be sent by the Court to Hearing participants who have registered their appearance by

filing an Informative Motion in accordance with paragraph 3 below.  Parties must respond to the

invitation to register for Zoom access and will automatically receive the link and relevant login

information to join the virtual proceeding.  To optimize performance of the Zoom platform and

in the interest of avoiding excessive billing of fees, the Financial Oversight and Management

Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial

Advisory Authority ("AAFAF") shall each be limited to four attorneys appearing in the Zoom

session at any given time, and each other Party (as defined in paragraph 3(a) below) will be

limited to two attorneys appearing in the Zoom session at any given time.  **Only persons who

are identified in properly submitted Zoom registration documents, including a Party

Appearance Sheet, will be permitted to appear at the Hearing**.  Counsel who have already

filed a pretrial informative motion, including a Party Appearance Sheet are **not** required to refile

a new informative motion.  Recording and retransmission of the proceedings by any means are

prohibited.  All proceedings will be conducted in the English language as required by law.  48

U.S.C. § 864.  No interpretation services will be provided by the Court for the Hearing.

2.      **Listen-Only Public Access to the Hearings**.  Members of the public,

press, and attorneys may **listen to but not participate in** the Hearings by dialing (888) 363-

4749, and, when prompted, entering the access code (7214978) and security code (7533) for

listen-only access.  This telephonic access line for the press and the general public will be in

listen-only mode at all times.  Recording and retransmission of the proceedings by any means

are prohibited.

**Party Informative Motion and Exhibit List Procedures**

3.      Counsel for any party in interest (each, a "Party") and any individual Party not

represented by counsel that wishes to participate in the Hearings must file an informative motion

by **December 7, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. The informative motion shall
contain a completed Exhibit A, Exhibit B, and Exhibit C. Counsel who have not filed exhibits
and/or do not intend to examine a witness may write "N/A" on the Exhibit B and Exhibit C
cover sheets.

      a. <u>Party Appearance Sheet</u>. Counsel for any Party that has (a) timely filed an
objection to or statement in support of the *Application of the Puerto Rico Public Finance
Corporation, by and Through the Financial Oversight and Management Board for Puerto Rico,
as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to
Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act*
(Docket Entry No. 1 in Case No. 22-cv-1517), or (b) a motion or response in connection with a
matter noticed for the omnibus hearing (each, a "Party") and wishes to participate at the Hearings
must register an appearance by completing the Party Appearance Sheet. Counsel must identify:
(i) the Party for which they intend to appear; (ii) whether they intend to appear for the Qualified
Modification Hearing, the Omnibus Hearing, or both; and (iii) the name(s), email address(es) for
those attorney(s) who wish to participate in the Hearings.

      b. <u>Witness Cover Sheet</u>. If the Party wishes to cross-examine any declarant, the
Party shall complete the Witness Cover Sheet indicating: (a) the witness(es) to be examined;
(b) the factual issue(s) to which the proposed cross-examination or testimony relates; (c) the
subject matter of the testimony and its relevance to the factual issue(s); and (d) the time
requested for such examination or testimony.

      c. <u>Parties not represented by counsel</u>. Any individual Party who wishes to
participate in the Hearings must appear in person in the United States District Court for the
District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico

00918-1767 (the "San Juan Courtroom") to participate.   If the party wishes to appear virtually,

he or she must file a Pretrial Informative Motion with the Party Appearance Sheet, Witness

Cover Sheet, and Exhibit Cover Sheet as set forth in paragraph 3.

      d.   <u>Exhibit List Procedures and Exhibit Cover Sheet</u>.   Exhibit lists are due by

**December 7, 2022**, at **12:00 p.m. (Atlantic Standard Time)**.   Each Party must follow the

below instructions for filing the Exhibit List.

    i.   Each Party is directed to file an Exhibit List using the CM/ECF event
"Motion Submitting."

    ii.   Each Party must upload each exhibit as a separate attachment to the
Exhibit List.  Hyperlinks may not be used in lieu of uploading an exhibit.

    iii.   The Exhibit List is intended to be a single filing (with multiple exhibits).
If your Exhibit List and attachments exceed the upload capacity of
CM/ECF,[2] you may divide your submission into multiple filings.

        A.   **Large Exhibits**.  If a single exhibit is too large to file, Parties shall
divide the exhibit into separate attachments.  In this scenario, the
Party assigns each part of the exhibit **the same exhibit letter or
number**, and types in the text field "Part 1 of [Total Number]."
Parties **must** select the same exhibit letter or number to indicate to
the Court that an uploaded exhibit is continued in the next
attachment.  For example, if "Party ABC" needs to divide
Exhibit C into 3 attachments due to its size, "Party ABC" will
upload and designate the exhibit as follows: Exhibit C: "Part 1 of
3," the next attachment as Exhibit C "Part 2 of 3," and the final
attachment as Exhibit C "Part 3 of 3."  The next attachment will
then proceed to Exhibit D.

        B.   **Multiple Filings**.  If a group of exhibits reaches the 20MB
capacity for a single CM/ECF filing, parties must continue to file
their exhibits by starting a new filing.  Parties will again select the
"Motion Submitting" CM/ECF Activity when filing the next set of
exhibits.  The main document for a continued filing should be
titled "Continued Exhibits of [Party Name]" and may include a list
of the exhibits attached to that single filing.

---

[2]   The maximum capacity of the U.S. Bankruptcy Court for the District of Puerto Rico
CM/ECF System is 20 MB for a single filing.

iv. **Requests to Seal Certain Exhibits**. A Party who has included an exhibit on their Exhibit List that is subject to a sealing application **must file a placeholder for the exhibit, clearly marked as such**. The placeholder document can simply state "Exhibit Name, Exhibit Brief Description, Party [Name] will file a Motion to Seal regarding Exhibit [Letter]." The Party must still select the exhibit letter corresponding to the exhibit and type in the text field "SEALED Exhibit [Letter]."

    A. When a Party files a motion to seal, the Party must select the CM/ECF designation "MOTION TO SEAL" or "URGENT MOTION TO SEAL." This is the only CM/ECF Designation that allows the Clerk's Office to unseal the document at a later date. Failure to select the appropriate designation will result in a deficient filing notification and/or termination of the motion.

The Exhibit Cover Sheet, Exhibit C to the Pretrial Informative Motion, must include all docket entry numbers for each exhibit that was previously filed in connection with the Exhibit List. Thus, a Party is only able to complete the Exhibit Cover Sheet **after** the Party has filed their Exhibit List.

    4. **Remote Witness Testimony**. Rule 43(a) of the Federal Rules of Civil Procedure, made applicable by Rule 9017 of the Federal Rules of Bankruptcy Procedure, provides that for "good cause in compelling circumstances" a witness may be permitted to testify by contemporaneous transmission from a location other than the courtroom. Having found that good cause and compelling circumstances exist here due to the COVID-19 pandemic, any witness called to testify at the Hearings shall testify by contemporaneous transmission from a different location than the Court (the "Remote Witnesses").

    a. The original proponent of a witness will be responsible for (a) arranging virtual participation at the Qualifying Modification Hearing, (b) providing a certified interpreter

if the witness requires translation services,[3] and (c) confirming witness attendance by emailing

SwainDPRCorresp@nysd.uscourts.gov by **3:00 p.m. (Atlantic Standard Time)** the day before

the witness is scheduled to testify with the following information: the (1) name of the witness,

and (2) the name of the interpreter, if any.

      b.     The Party intending to examine a witness must have identified the witness

on the Party's witness list, due **December 7, 2022**, and included the declarant's name on the

Witness Cover Sheet attached to the Party's Pretrial Informative Motion.  Direct testimony will

be by declaration previously provided pursuant to the procedures prescribed for that purpose, and

cross-examination and redirect examination, if any, shall be as set forth herein.

      c.     The Court will review all declarations that have been submitted in support

of or opposition to the Qualifying Modification in advance of the Qualifying Modification

Hearing.  The deadline for all Parties to file witness declarations to be used at the Qualifying

Modification Hearing is **December 4, 2022**.  All such declarations are deemed submitted as

direct testimony.

      d.     All Remote Witnesses shall be sworn in over Zoom, and such testimony

will have the same effect and be binding upon the Remote Witness in the same manner as if such

Remote Witness was sworn in by the Court in person in open court at the courthouse.  The Party

intending to examine a Remote Witness must have identified the Remote Witness on the Party's

witness list, and included the person's name on the Witness Cover Sheet attached to the Party's

Pretrial Informative Motion.  Direct testimony will be by declaration previously provided

pursuant to the procedures prescribed for that purpose, and cross-examination and redirect

---

[3]     Information regarding interpreter services can be found on the website for the United
States District Court for the District of Puerto Rico
https://www.prd.uscourts.gov/interpreter-services.

examination, if any, shall be via Zoom as set forth herein.

e. Unless directed otherwise, a Remote Witness can appear at counsel's office, or a Remote Witness can appear by a separate location. Counsel and a Remote Witness are not permitted to share the same computer device if a Remote Witness appears at counsel's office. Note that placing two devices in close proximity may result in feedback and/or audio malfunctions, so headsets must be used if both counsel and the Remote Witness are in the same room. If there is an error or malfunction with Zoom, the testimony will proceed by dial-in by using the telephone number provided in the Zoom dial-in invitation or another number to be provided by the Court if that dial-in number also does not function properly. The Party intending to examine the Remote Witness must make arrangements with the original proponent of the Remote Witness for availability of the Remote Witness and the original proponent will be responsible for (a) providing a certified interpreter if the Remote Witness will not testify in English,[4] and (b) emailing SwainDPRCorresp@nysd.uscourts.gov by **3:00 p.m. (Atlantic Standard Time)** the day before the Remote Witness is scheduled to testify with the following information: the (1) name of the Remote Witness, (2) the name of the interpreter, if any, (3) email address of the Remote Witness, (4) email address of the interpreter, if any, and (5) whether the Remote Witness will share a computer device with counsel.

f. Additionally, the Party intending to examine the Remote Witness is responsible for supplying all previously-disclosed exhibits from all Parties to be used during the Remote Witness' testimony to the Remote Witness in hard copy, or where a hard copy is unfeasible, with an electronic version, by no later than the day before the Remote Witness is

---

[4]     Information regarding interpreter services can be found on the website for the United States District Court for the District of Puerto Rico https://www.prd.uscourts.gov/interpreter-services.

scheduled to testify.  To the extent that counsel in good faith finds it necessary to use exhibits not

previously disclosed, they must be provided to opposing counsel for objection by reliable means

and to the witness and the Court by reliable means, which may be electronic, prior to tender of

the exhibit. Any additional exhibits admitted under such circumstances must be filed on the ECF

system (with a Supplemental Exhibit Cover Sheet) by **10:00 p.m. (Atlantic Standard Time) on**

**the day the exhibit is used to examine the Remote Witness.**  No person other than counsel for

the Party offering or representing the Remote Witness may be present in the room from which

the Remote Witness will testify, with the exception of any person providing technical assistance

and/or interpretation to the Remote Witness.  While the Remote Witness is testifying, the

Remote Witness must not have in the room from which the Remote Witness will testify any

documents except the Remote Witness' declaration submitted as direct testimony (with exhibits,

if any) and all exhibits from all Parties that will have been provided as set forth herein.  When

called to testify, a Remote Witness must be situated in such a manner as to be able to view the

video screen and be seen by the Court.  Remote Witnesses testifying via Zoom shall utilize the

Zoom link only during the time they are testifying and shall disconnect from the Zoom

proceeding (using the "Leave Meeting" Zoom feature) upon the conclusion of the Remote

Witness' testimony, unless the Court authorizes otherwise.

g.      Parties must meet and confer in advance of the Qualifying Modification

Hearing to use their best efforts to agree on the admissibility of the proposed exhibits into

evidence.  By no later than **December 8, 2022**, at **2:00 p.m. (Atlantic Standard Time)**, the

Parties shall, through the Oversight Board's counsel, provide to **each** of the courthouses[5]: (a) a

---

[5]      The binders shall be addressed to the following locations: (i) United States District Court
for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan,

list of exhibits whose admissibility into evidence for purposes of the Qualifying Modification

Hearing is agreed; (b) a list of exhibits whose admissibility into evidence is not agreed; and

(c) hard copies of all witness direct testimony declarations.

**Notice of Omnibus Hearing Agenda and Order of Appearances for Oral Argument and Witness Examination in connection with the Qualifying Modification Hearing**

      5.      In anticipation of the Hearings, the Debtors shall file an agenda outlining

the matters to be addressed and the projected timetable for the Hearings by **December 12, 2022**,

in accordance with the Sixteenth Amended Case Management Procedures and *Order Granting*

*Motion for Entry of an Order Approving Procedures and Establishing Schedule for Approval of*

*Qualifying Modification for the Puerto Rico Public Finance Corporation*.  (See Docket Entry

No. 20190-1 § III.M; see also Docket Entry No. 10 in Case No. 22-cv-1517.)  Debtors' counsel

shall file a revised agenda on **December 13, 2022**, if circumstances have changed or if requested

to do so by the Court.  Debtors' counsel shall email a proposed agenda, including preliminary

time allocations, to the Court by **December 10, 2022**, at **12:00 p.m. (Atlantic Standard Time)**.

The Parties intending to present argument and examine witnesses in connection with the

Qualifying Modification Hearing shall meet and confer and jointly propose time allocations for

argument in connection with the Qualifying Modification Hearing.

      a.      Omnibus Hearing Agenda.  The agenda shall include: (a) the names of the

individuals who intend to appear and speak on behalf of each relevant Party in connection with

each motion or report; (b) the order in which the parties to the relevant motion shall present

argument; and (c) time allocations for each Party.

---

Puerto Rico 00918-1767, and (ii)  the United States District Court for the Southern
District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York,
New York 10007.

b.      Status Reports.  The Oversight Board and AAFAF shall file written status

reports by **5:00 p.m. (Atlantic Standard Time)** on **December 13, 2022**.  The Oversight Board's

report shall address: (a) the general status and activities of the Oversight Board, including

measures taken in response to the COVID-19 pandemic; (b) the general status of relations among

the Oversight Board and the Commonwealth and federal governments; (c) the general status of

the ADR and ACR processes, including the anticipated number of matters to be directed into the

ADR process and anticipated timetable for initiation of ADR procedures with respect to such

matters; and (d) the anticipated timing and volume of objections to claims.  AAFAF shall

provide a general status report on its status and activities, including an overview of the

Commonwealth's ongoing response to the COVID-19 pandemic.  At the Omni Hearing, the

Court will ask counsel to the Oversight Board and AAFAF to respond to questions and

comments, if any, related to their respective status reports.

c.      Qualifying Modification Hearing Agenda. The Agenda shall include the

order of appearances for oral argument and witness examination including: (a) the Parties

(including any persons appearing pro se) who intend to appear and present opening and closing

statements; (b) time allocations for each speaker providing an opening and closing statement;

(c) the names and anticipated order of the witnesses that will be cross-examined; (d) the names

and anticipated order of the Parties who will cross-examine the witnesses; and (e) the name of

any Party who anticipates conducting redirect examination of a witness.  The Court will allocate

up to two hours for the Qualifying Modification Hearing.  Parties are not required to exhaust the

entire 2 hours allotted.

6.      **Courtroom Procedures**. All persons granted remote access to the Hearings

are reminded of the general prohibition against photographing, recording, and rebroadcasting of

court proceedings.  Violation of this prohibition may result in sanctions, including removal of

court issued media credentials, restricted entry to future hearings, denial of entry to future

hearings, or any other sanctions deemed necessary by the Court.  The formalities of a courtroom

must be observed.  When appearing by Zoom, each counsel or pro se party must be situated in

such a manner as to be able to view the video screen and be seen by the Court.  Each Party is

strongly encouraged to utilize a headset to optimize audio quality and reduce background noise.

Each Party's camera must be turned on when addressing the Court or examining a Remote

Witness.  No Party is permitted to join the Zoom proceeding by phone.  Those appearing by

Zoom may be removed from the virtual courtroom if they do not comply with this Order.  During

the Hearings, individuals who are registered to participate via Zoom are directed to observe the

following rules:

    a.  The following naming conventions must be used by Zoom participants for
admission to the Zoom virtual courtroom.[6]  For example:

        i.  Attorney participants: [Party Represented (abbreviations may be
used)] / [Last Name of Attorney, First Name of Attorney] / [Law
Firm/Government Office].

            a.  PARTY A / Doe, John / ABC Law Firm, or

            b.  XYZ Agency/ Doe, Jane / Office of the ABC Government

        ii.  Pro se participants: Pro se / [Last Name, First Name].

            a.  For example: Pro se / Doe, Jane

        iii.  Remote Witnesses: Witness / [Last Name, First Name].

            a.  For example, Witness / Doe, John (PhD)

    b.  Identify yourself if asked to do so.

---

[6]    Parties must change their Zoom Screen Name **before** entering the waiting room.

c.  Identify yourself by name each time you speak.

d.  <u>Mute</u> yourself when you are not speaking to eliminate background noise.

e.  Turn off your video unless you are speaking or otherwise directly involved

in the argument or examination, unless the Court directs otherwise.

SO ORDERED.

Dated: December 7, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**EXHIBIT A**[1]

**PARTY APPEARANCE SHEET**

| Name of Party | | Zoom Username | |
|---|---|---|---|
| ATTORNEY 1 | Appearance Method | Omnibus Hearing, Title VI Hearing, **or** Both | |
| | Name | | |
| | Law Firm | | |
| | Email | | |
| | Phone Number | | |
| | Docket Entry No. of Notice of Appearance | | |
| ATTORNEY 2 | Appearance Method | Omnibus Hearing, Title VI Hearing, **or** Both | |
| | Name | | |
| | Law Firm | | |
| | Email | | |
| | Phone Number | | |
| | Docket Entry No. of Notice of Appearance | | |
| **Note:** Pursuant to the Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party in interest shall be limited to 2 attorneys at any given time. | | | |

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

**EXHIBIT B**[1]

PARTY WITNESS COVER SHEET

| Name of Party | |
|---|---|
| Does the Party intend to offer a witness? | |
| Total Number of Witnesses | |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*The Court does not provide interpreters for witness testimony.

---

[1] This Party Witness Cover Sheet must be attached to a party in interest's Informative Motion as **Exhibit B**.

EXHIBIT C[1]
PARTY EXHIBIT COVER SHEET

| Name of Party | |
| --- | --- |
| Does the Party intend to offer evidence? | |
| Docket Entry No. for Party Exhibit List | |

| Exhibit Identifier[2] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

---

[1]  This Party Exhibit Cover Sheet must be attached to a party in interest's Informative Motion as **Exhibit B**.

[2]  Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").

**Exhibit B**

**Agenda Redline**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

--------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

--------------------------------------------------------------x

In re:

PUERTO RICO PUBLIC FINANCE
CORPORATION,

     Applicant.

--------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title VI

No. 22-cv-1517 (LTS)

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARINGS ON DECEMBER 14-15, 2022, AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, December 14, 2022**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., and continue, if necessary, **Thursday, December 15, 2022**, beginning at 9:30 a.m. **(Atlantic Standard Time)** |

Honorable Laura Taylor Swain, United States District Judge
Honorable Judith G. Dein, United States Magistrate Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] A redline comparing this amended agenda to the original agenda filed at **Case No. 17-3283, ECF No. 23050 and Case No. 22-1517, ECF No. 67** is attached hereto as **Exhibit B.**

| | |
|---|---|
| **Location of Hearing:** | **<u>The Hearing will be conducted virtually via videoconferencing and telephonic platforms.</u>** |

<u>Attorney Participation</u>:  Pursuant to the *Amended and Restated Order Regarding Procedures for Virtual Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022 Omnibus Hearing* [Case No. 17-3283, ECF No. 23015 and Case No. 22-cv-1517, ECF No. 56], attached to this Agenda as **<u>Exhibit A</u>** (the "<u>Procedures Order</u>"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraphs 3 and 4 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB and AAFAF are limited to four attorneys appearing in the Zoom session at any given time, and all other parties will be limited to two attorneys appearing in the Zoom session at any given time.

<u>Attorneys, Members of the Public and Press</u>:  Attorneys and members of the public and press **may listen to (but not participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted.

| | |
|---|---|
| **Copies of Documents:** | Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. |

## I.  <u>STATUS REPORTS</u>

1. **<u>Report from the Oversight Board.</u>**

   <u>Description</u>:  Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "<u>FOMB</u>" or "<u>Oversight Board</u>") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic; (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments; (iii) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters; and (iv) the anticipated timing and volume of objections to claims.

   <u>Speakers</u>:  Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

   Description:   Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and
   Financial Advisory Authority ("AAFAF") will file a written Status Report prior to the
   hearing.   AAFAF will provide a general status report on its status and activities, including
   an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

   Speakers:   Should the Court have questions or comments regarding AAFAF's Status
   Report, the name of counsel who intends to speak on the Status Report are Luis C.
   Marini-Biaggi and/or Carolina Velaz Rivero.

   ## II.   FEE APPLICATIONS RELATED MATTERS[3]

1. **Tenth Interim Fee Application of Fee Examiner and Counsel to the Fee Examiner.**
   Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and
   Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for
   Services Rendered and Reimbursement of Expenses for the Period from April 1, 2022
   Through September 30, 2022 **[Case No. 17-3283, ECF No. 22847]**

   Objection Deadline: December 2,13, 2022 at 45:00 p.m. (Atlantic Standard Time).

   Responses:
         A.   None.

   Reply, Joinder & Statement Deadlines: December 6, 2022 at 4:00 p.m. (Atlantic Standard
   Time) for all parties other than the Debtors or Statutory Committees and December 7,
   2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

   Replies, Joinders & Statements:
         A.   None.

   Related Documents:
         A.   Certificate of No Objection Regarding Tenth Interim and Consolidated
              Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel
              to the Fee Examiner, for Allowance of Compensation for Services Rendered and
              Reimbursement of Expenses for the Period from April 1, 2022 Through
              September 30, 2022 **[Case No. 17-3283, ECF No. 22984]**

         B.   Order Concerning Tenth Interim and Consolidated Semiannual Application of the
              Fee Examiner and Godfrey & Kahn, S.C. **[Case No. 17-3283, ECF No. 23026]**

         C.   Supplemental Declaration of Katherine Stadler in Support of Tenth Interim and
              Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn**,**
              S.C. **[Case No. 17-3283, ECF No. 23035]**

   ---

   [3] Mark W. Hancock and Brady C. Williamson will be available to respond to any questions regarding these matters;
   otherwise, Mark W. Hancock and Brady C. Williamson do not intend to speak on these matters.

D.  Order Concerning Responses to the Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C. **[Case No. 17-3283, ECF No. 23052]**

Status:  This matter is going forward.

Estimated Time Required:  N/A.

### III.   UNCONTESTED MATTERS

1. **FOMB Motion to Amend ADR Procedures.**[4]  Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures **[Case No. 17-3283, ECF No. 22936]**

   Description:  The Financial Oversight and Management Board for Puerto Rico's motion to for an order further amending the alternative dispute resolution procedures.

   Objection Deadline: November 29, 2022 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A.  None.

   Reply, Joinder & Statement Deadlines: December 6, 2022 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 7, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

   Replies, Joinders & Statements:
   A.  None.

   Related Documents:
   A.  Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief **[Case No. 17-3283, ECF No. 12576]**

   B.  Order Setting Deadline for the Submission of Supplemental Documentation in Connection with the Financial Oversight and Management Board for Puerto Rico's Motion to Amend Alternative Dispute Resolution Procedures **[Case No. 17-3283, ECF No. 22951]**

   C.  Notice of Filing of (A) Revised Proposed Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures and (B) Supplemental Documentation **[Case No. 17-3283, ECF No. 23009]**

   D.  Order Setting Deadline for the Submission of Further Documentation and Supplemental Briefing in Connection with the Financial Oversight and

---

[4] Laura Stafford will be available to address questions, if any, related to this matter; otherwise, the Oversight Board does not intend to speak on this matter.

Management Board for Puerto Rico's Motion to Amend Alternative Dispute Resolution Procedures **[Case No. 17-3283, ECF No. 23031]**

E. Notice of Filing of (A) Further Documentation and (B) Supplemental Briefing in Connection with the Financial Oversight and Management Board for Puerto Rico's Motion to Amend Alternative Dispute Resolution Procedures **[Case No. 17-3283, ECF No. 23040]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

### IV.   CONTESTED MATTERS

1. **Bonistas Del Patio Administrative Expense Claim Motion.**  Motion of Bonistas Del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth **[Case No. 17-3283, ECF No. 22578]**

   Description:  Bonistas Del Patio, Inc.'s motion for an order allowing payment of its administrative expense claim.

   Objection Deadline:  November 29, 2022 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
       A. Response of Official Committee of Unsecured Creditors to Motion of Bonistas Del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth **[Case No. 17-3283, ECF No. 22929]**

   Reply, Joinder & Statement Deadlines:  December 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
       A. None.

   Related Documents:
       A. Fee Examiner's Statement Regarding Bonistas Del Patio Motion for Section 503(b) and Plan-Based Payments **[Case No. 17-3283, ECF No. 22933]** [5]

       B. Motion Submitting Exhibit List, filed by Bonistas Del Patio, Inc. **[Case No. 17-3283, ECF No. 23010]**

   Status: This matter is going forward.

   Estimated Time Required:  9 12 minutes.

---

[5] Mark W. Hancock and Brady C. Williamson will be available to respond to any questions regarding this matter; otherwise, Mark W. Hancock and Brady C. Williamson do not intend to speak on this matter.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:

    A.  Movants:
        1.  **Bonistas Del Patio**: Donald S. Bernstein, ~~3~~6 minutes
    B.  Responding Parties:
        1.  **UCC**: Luc Despins, 3 minutes
    C.  Movants:
        1.  **Bonistas Del Patio**: Donald S. Bernstein, 3 minutes

2.  **Four Hundred Fifty-Third Omnibus Objection to Claims.** Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20784]**

Objection Deadline:  June 13, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Motion to Inform, filed by Maria C. Figueroa Torres **[Case No. 17-3283, ECF No. 21310]**

Reply, Joinder & Statement Deadlines:  October 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  Response of Financial Oversight and Management Board for Puerto Rico to Motion to Inform Filed by Claimant Maria C. Figueroa Torres Concerning Proof of Claim Nos. 179281 and 179281-1 [Dkt No. 21310] Torres **[Case No. 17-3283, ECF No. 21449]**

    B.  Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by Maria C. Figueroa Torres [ECF No. 21310] to the Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 22666]**

Related Documents:
    A.  Order Adjourning the Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting

Liabilities Owed by Entities That Are Not Title III Debtors as to Proof of Claim No. 179281-1 **[Case No. 17-3283, ECF No. 22798]**

B. Supplemental Brief of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority in Support of the Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) to Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 22928]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

Order and Number of Speakers:[6]   The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
    A. Movants:
        1.  **FOMB**: Libbie B. Osaben and/or Brian S. Rosen, 3 minutes
    B. Objecting Parties:
        1.  **Maria C. Figueroa Torres**: Vanessa Hernández Rodríguez, 5 minutes
    C. Movants:
        1.  **FOMB**: Libbie B. Osaben and/or Brian S. Rosen, 2 minutes

3. **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  November 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Opposition to Debtor's Omnibus Objection "Five Hundred Fourteenth" (Substantive), filed by ICPR Junior College **[Case No. 17-3283, ECF No. 22770]**

Reply, Joinder & Statement Deadlines Deadline:  November 21, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by the ICPR Junior College [ECF No. 22770] to the Five Hundred Fourteenth Omnibus Objection

---

[6] The Oversight Board reached out to Maria C. Figueroa Torres' counsel in advance of filing this agenda to confirm their speaker information and time allocation but did not receive a response.

(Substantive) to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22897]**

Related Documents:
   A.  Order Regarding Defective Pleading **[Case No. 17-3283, ECF No. 22648]**

Status:  This matter is going forward.

Estimated Time Required:  14 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A.  Movants:
      1.  **FOMB**: Javier F. Sosa, 4 minutes
   B.  Objecting Parties:
      1.  **ICPR Junior College**: Ramon Negron, 7 minutes
   C.  Movants:
      1.  **FOMB**: Javier F. Sosa, 3 minutes

## V.   QUALIFYING MODIFICATION APPROVAL HEARING

**Puerto Rico Public Finance Corporation Qualifying Modification.**  Application of the Puerto Rico Public Finance Corporation, by and through the Financial Oversight and Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case No. 22-cv-01517, ECF No. 1]**

Objection Deadline:  November 18, 2022 at 5:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Motion to Object the Approval of the Qual[i]fying Modification for the PR Public Finance Corp, filed by Yusif Mafuz Blanco **[Case No. 22-cv-01517, ECF No. 23]**

Reply, Joinder & Statement Deadlines:  December 6, 2022 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  Reply of Financial Oversight and Management Board for Puerto Rico to Objection of Yusif Mafuz Blanco to the Application of the Puerto Rico Public Finance Corporation, by and through the Financial Oversight and Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of PROMESA **[Case No. 22-cv-01517, ECF No. 46]**

Related Documents:

A.  Declaration of Brian S. Rosen in Support of the Application of the Puerto Rico
    Public Finance Corporation, by and through the Financial Oversight and
    Management Board for Puerto Rico, as Administrative Supervisor, for Approval
    of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of the
    Puerto Rico Oversight, Management, and Economic Stability Act **[Case No.
    22-cv-01517, ECF No. 2]**

B.  Motion for Entry of an Order Approving Procedures and Establishing Schedule
    for Approval of Qualifying Modification for the Puerto Rico Public Finance
    Corporation **[Case No. 22-cv-01517, ECF No. 3]**

C.  Order Granting Motion for Entry of an Order Approving Procedures and
    Establishing Schedule for Approval of Qualifying Modification for the Puerto
    Rico Public Finance Corporation **[Case No. 22-cv-01517, ECF No. 10]**

D.  Supplemental Declaration of Brian S. Rosen in Support of the Application of the
    Puerto Rico Public Finance Corporation, by and through the Financial Oversight
    and Management Board for Puerto Rico, as Administrative Supervisor, for
    Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D)
    of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case
    No. 22-cv-01517, ECF No. 21]**

E.  Notice of Filing of Proposed Order Approving Qualifying Modification for Puerto
    Rico Public Finance Corporation **[Case No. 22-cv-01517, ECF No. 22]**

F.  Urgent Motion for Approval of Joint Stipulation and Order Regarding (A) the
    Qualifying Modification Pursuant to PROMESA Title VI for the Puerto Rico
    Public Finance Corporation and (B) Briefing and Hearing with Respect to the
    Issuance of DRA Bonds **[Case No. 22-cv-01517, ECF No. 28]**

G.  Supplement to Motion, filed by Yusif Mafuz Blanco **[Case No. 22-cv-01517,
    ECF No. 30]**

H.  Urgent Motion for Approval of Joint Stipulation and Order Regarding (A) the
    Qualifying Modification Pursuant to PROMESA Title VI for the Puerto Rico
    Public Finance Corporation and (B) Briefing and Hearing with Respect to the
    Issuance of DRA Bonds **[Case No. 22-cv-01517, ECF No. 31]**

I.  Order approving Joint Stipulation and Order Regarding (A) the Qualifying
    Modification Pursuant to PROMESA Title VI for the Puerto Rico Public Finance
    Corporation and (B) Briefing and Hearing with Respect to the Issuance of DRA
    Bonds **[Case No. 22-cv-01517, ECF No. 32]**

J.  Declaration of Christina Pullo of Kroll Restructuring Administration LLC
    Regarding the Solicitation and Tabulation of Votes Cast on Qualifying
    Modification Pursuant to PROMESA Title VI for the Puerto Rico Public Finance
    Corporation **[Case No. 22-cv-01517, ECF No. 33]**

9

K. Second Supplemental Declaration of Brian S. Rosen in Support of the Application of the Puerto Rico Public Finance Corporation, by and through the Financial Oversight and Management Board for Puerto Rico, as Administrative Supervisor, for Approval of Qualifying Modification for PFC Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case No. 22-cv-01517, ECF No. 34]**

L. Notice of Submission of Financial Oversight and Management Board's, as Administrative Supervisor, Exhibit List in Connection with the Hearing to Consider Approval of Qualifying Modification for the Puerto Rico Public Finance Corporation Pursuant to Section 601(m)(1)(D) of the Puerto Rico Oversight, Management, and Economic Stability Act **[Case No. 22-cv-01517, ECF No. 38]**

M. Objection and Opening Brief of the DRA Parties Regarding the DRA Bond Issue **[Case No. 22-cv-01517, ECF No. 61]**

Status:  This matter is going forward.

Estimated Time Required:  52 minutes.

Order and Number of Speakers:[7]  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:

    A. Opening Statements/ Admission of Evidence:
        1. **FOMB**: Brian S. Rosen, 25 minutes
        2. **AAFAF**: Matthew P. Kremer, 5 minutes
        3. **US Bank**: Ronald J. Silverman and/or Pieter van Tol, 4 minutes
    B. Objections :
        1. **Yusif Mafuz Blanco (pro se)**: 5 minutes
    C. Replies/ Closing Statements:
        1. **FOMB**: Brian S. Rosen, 5 minutes
        2. **AAFAF**: Matthew P. Kremer, 3 minutes
        3. **US Bank**: Ronald J. Silverman and/or Pieter van Tol, 5 minutes

## VI.   ADJOURNED MATTERS

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**.  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States

---

[7] The Oversight Board reached out to Mr. Yusif Mafuz Blanco in advance of filing this agenda to confirm their speaker information and time allocation but did not receive a response.

Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

Objection Deadline: October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

Related Documents:

    A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

    B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

    C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

    D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

    E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

11

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

X. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21708; Case No. 17-3284, ECF No. 776]**

Y. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22088; Case No. 17-3284, ECF No. 778]**

Z. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22644; Case No. 17-3284, ECF No. 780]**

AA. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22923; Case No. 17-3284, ECF No. 784]**

Status: This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required: N/A.

2. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and

Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description:  Hearing on the portion of PREPA's motion for an order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: January 24, 2023 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 25, 2023 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

    B.  Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

    C.  Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

    D.  Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

    E.  Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

14

F.  Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G.  Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H.  Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I.  Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J.  Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K.  Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L.  Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M.  Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

15

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

3. **Community Health Foundation's Administrative Claim Motion.**  Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

Objection Deadline:  May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

Reply, Joinder & Statement Deadlines:   September 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Reply to Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22400]**

Related Documents:
   A. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

   B. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

   C. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

   D. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

   E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

   F. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

   G. Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

H.   Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

I.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

J.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

K.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20556]**

L.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20568]**

M.   Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 21006]**

N.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21110]**

O.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21116]**

P.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21456]**

Q.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21461]**

R.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21750]**

S.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21782]**

T.   Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22084]**

U.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22093]**

V.   Urgent Motion for Extension of Deadline **[Case No. 17-3283, ECF No. 22347]**

W.   Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22357]**

X. Order Setting Deadline for a Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22682]**

Y. Joint Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22736]**

Z. Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22932]**

AA Order Adjourning Hearing Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22952]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

4. **Ramhil Developers Inc.'s Objection to Cure Amount.**  Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:  Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply, Joinder & Statement Deadlines:  January 25, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A. None.

Related Documents:
A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

B. Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

C. Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

18

D. Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

E. Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

F. Urgent Motion Submitting Eleven (11) Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

G. Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

H. Motion Submitting Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 20186]**

I. Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J. Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K. Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L. Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M. Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N. Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O. Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P. Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Q. Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22172]**

R.  Order Granting the Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22179]**

S.  Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22681]**

T.  Order Granting the Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22688]**

U.  Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22958]**

V.  Order Granting the Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22962]**

<u>Status</u>:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

<u>Estimated Time Required</u>:  N/A.

5.  **<u>Evertec's Administrative Expense Claim Motion.</u>**  Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 21187]**

<u>Description</u>:   Evertec Group, LLC's motion for an order allowing payment of its administrative expense claim.

<u>Objection Deadline</u>:  January 11, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
A.  None.

<u>Reply, Joinder & Statement Deadlines</u>:  January 18, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
A.  None.

<u>Related Documents</u>:
A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

20

E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

F.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

G.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

H.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

I.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

J.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

K.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

L.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

M. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

6.  **Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion.**  Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 **[Case No. 17-3283, ECF No. 21191]**

Description:  Ricoh Puerto Rico, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  January 11, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  None.

21

<u>Reply, Joinder & Statement Deadlines</u>:  January 18, 2023 at 4:00 p.m. (Atlantic Standard
Time).

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:

    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense
Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing
Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case
No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F.  Urgent Consensual Motion for Further Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

    G.  Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No.
21928]**

    H.  Urgent Consensual Motion for Further Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

    I.  Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No.
22549]**

    J.  Urgent Consensual Motion for Further Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

    K.  Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No.
22818]**

    L.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case
No. 17-3283, ECF No. 23021]**

M. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

7. **COSEY's Administrative Expense Claim Motion.**  Cosey's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21209]**

Description:  Corporacion de Servicios Eductativos de Yabucoa, Inc.'s ("COSEY") motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  January 11, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines:  January 18, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  None.

Related Documents:
   A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

   B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

   C.  COSEY's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21346]**

   D.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

   E.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

   F.  COSEY's Motion for Extension of T[i]me to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21466]**

   G.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21467]**

H. COSEY's Motion Submitting Certified English Translation of Exhibits at Docket No. 21209 **[Case No. 17-3283, ECF No. 21480]**

I. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

J. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

K. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

L. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

M. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

N. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

O. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

P. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

Q. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

R. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

8. **Blanca Iris Marrero's Administrative Expense Claim Motion.**  Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21192]**

Description:  Blanca Iris Marrero's motion for an order allowing payment of her administrative expense claim.

24

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Debtors' Objection to Plaintiff Blanca Iris Marrero's Motion for Allowance and
         Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21931]**

Reply, Joinder & Statement Deadlines: December 20, 2022 at 4:00 p.m. (Atlantic
Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense
         Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing
         Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and
         Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case
         No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response
         Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F.  Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File
         Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF
         No. 22060]**

    G.  Order Granting Plaintiff Blanca Iris Marrero's Consented Motion for Extension of
         Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No.
         17-3283, ECF No. 22064]**

    H.  Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to
         File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283,
         ECF No. 22289]**

    I.  Order Granting Plaintiff Blanca Iris Marrero's Second Consented Motion for
         Extension of Time to File Reply or Otherwise Inform Agreement with Debtors
         **[Case No. 17-3283, ECF No. 22307]**

    J.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to
         File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283,
         ECF No. 22568]**

K. Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22573]**

L. Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22673]**

M. Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22679]**

N. Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22823]**

O. Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22832]**

P. Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22900]**

Q. Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22904]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

9. **Four Hundred Eighty-Eighth Omnibus Objection to Claims.** Four Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Deficient Claims **[Case No. 17-3283, ECF No. 21738]**

Objection Deadline:  January 9, 2023.

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines:  January 23, 2023.

Replies, Joinders & Statements:
   A.  None.

26

Related Documents:

A.  Urgent Consensual Motion for Extension of Deadline to Reply to Debtor's
Objection to Claim and to Reschedule Hearing Date **[Case No. 17-3283, ECF
No. 22055]**

B.  Order Granting Urgent Consensual Motion for Extension of Deadline to Reply to
Debtor's Objection to Claim and to Reschedule Hearing Date **[Case No. 17-3283,
ECF No. 22072]**

C.  Urgent Consensual Motion for a Second Extension to Respond to Debtor's
Objection to Claim **[Case No. 17-3283, ECF No. 22411]**

D.  Order Granting Urgent Consensual Motion for a Second Extension to Respond to
Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22414]**

E.  Urgent Consensual Motion for a Third Extension to Respond to Objection to
Claim ECF No. 21738 **[Case No. 17-3283, ECF No. 22813]**

F.  Order Granting Urgent Consensual Motion for Extension of Deadlines to
Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22841]**

G.  Urgent Consensual Motion for a Fourth Extension to Respond to Objection to
Claim ECF No. 21738 **[Case No. 17-3283, ECF No. 22981]**

H.  Order Granting Urgent Consensual Motion for Extension of Deadlines to
Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22988]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

10. **Five Hundred Thirty-First Omnibus Objection to Claims.** Five Hundred Thirty-First
Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to
Deficient Claims **[Case No. 17-3283, ECF No. 22265]**

Objection Deadline:  October 31, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A.  Response in Opposition to PREPA's "Five Hundred Thirty-First Omnibus
Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to
Deficient Claims," filed by O'Neill Security & Consultant Services, Inc. **[Case No.
17-3283, ECF No. 22758]**

Reply, Joinder & Statement Deadlines:  January 23, 2023.

Replies, Joinders & Statements:

A.  None.

27

Related Documents:

    A.  Urgent Consented Motion for Extension of Deadlines to File Response to Omnibus Objection  **[Case No. 17-3283, ECF No. 22613]**

    B.  Order Granting Urgent Consented Motion for Extension of Deadlines to File Response to Omnibus Objection **[Case No. 17-3283, ECF No. 22625]**

Status:  This matter has been adjourned to the February 1, 2023 omnibus hearing.

Estimated Time Required:  N/A.

11. **Debtors' Omnibus Objections to Claims.**

Related Documents:

    A.  Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the December 14, 2022 Omnibus Hearing to the February 1, 2023 Omnibus Hearing **[Case No. 17-3283, ECF No. 23038]** (the "Notice of Adjournment")

The following omnibus objections to claims were scheduled for hearing at the December 14, 2022, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Five Hundred Thirty-Sixth [ECF No. 22739]; Five Hundred Thirty-Ninth [ECF No. 22743]; Five Hundred Fortieth [ECF No. 22744]; Five Hundred Forty-First [ECF No. 22745]; Five Hundred Forty-Second [ECF No. 22746]; Five Hundred Forty-Third [ECF No. 22747]; Five Hundred Forty-Fourth [ECF No. 22748]; Five Hundred Forty-Fifth [ECF No. 22749]; Five Hundred Forty-Sixth [ECF No. 22750]; Five Hundred Forty-Seventh [ECF No. 22751]; Five Hundred Forty-Eighth [ECF No. 22752]; Five Hundred Forty-Ninth [ECF No. 22753]; Five Hundred Fiftieth [ECF No. 22737]; and Five Hundred Fifty-First [ECF No. 22738].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the December 14, 2022 omnibus hearing to the February 1, 2023, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three-Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 177404); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim Nos. 160874 and 6009); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; 175538; and 173086); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 177215; 176671; 178015; 179150; 177243; 177761; 177513; 177932; 177092; 177099; 178210; and 178025); Four Hundred Sixth [ECF No. 19555] (Claim No. 16103);

Four Hundred Twelfth [ECF No. 19559] (Claim Nos. 176447; 176498; 177629; and 176450); Four Hundred Fourteenth [ECF No. 20040] (Claim Nos. 179649 and 179662); Four Hundred Twenty-Fifth [ECF No. 20051] (Claim No. 17048); Four Hundred Thirty-Second [ECF No. 20487] (Claim Nos. 15774; 128175; and 162758); Four Hundred Thirty-Seventh [ECF No. 20495] (Claim Nos. 140270; 135965; 136952; 140056; 140676; and 60624); Four Hundred Thirty-Ninth [ECF No. 20497] (Claim Nos. 179635 and 31525); Four Hundred Forty-First [ECF No. 20499] (Claim No. 134043); Four Hundred Forty-Third [ECF No. 20501] (Claim Nos. 151713; 9891; 125306; 104914; 90011; and 80168); Four Hundred Forty-Eighth [ECF No. 20504] (Claim No. 17433); Four Hundred Fifty-Third [ECF No. 20784] (Claim Nos. 31895 and 84345-1); Four Hundred Fifty-Fourth [ECF No. 20785] (Claim No. 44390); Four Hundred Sixtieth [ECF No. 20791] (Claim No. 147357); Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and 173831); Four Hundred Seventy-Fifth [ECF No. 21426] (Claim Nos. 122217-2 and 169996); Four Hundred Seventy-Sixth [ECF No. 21428] (Claim No. 67535); Four Hundred Seventy-Seventh [ECF No. 21424] (Claim Nos. 20921; 37185; 42321; 24859; 33847; 27117; 18206; 34951; 29971; 17669; 92700; 34658; 29349; 34686; 19418; 23291; 34655; 24827; 47736; 34640; 13766; 24635; 48297; 20243; 26894; 42779; 29170; 58891; 31782; 42816; 18995; 51644; 17690; 35688; 34664; 44113; 53674; 25680; 39857; 32560; 19652; 36234; 17017; 20427; 31773; 34728; 27275; 37181; 26851; 37182; 41040; 35134; 28301; 34926; 26137; 61196; 29412; 40197; 28855; 37184; 20309; 33583; 35209; 20925; 39221; 42317; 32420; 36839; 30920; 14050; 42492; 44060; 37249; 19897; 20970; 34602; 30819; 26127; and 25273); Four Hundred Eighty-Fourth [ECF No. 21733] (Claim Nos. 128497 and 104126); Four Hundred Eighty-Fifth [ECF No. 21734] (Claim Nos. 75326 and 84203); Four Hundred Eighty-Eighth [ECF No. 21738] (Claim Nos. 115471 and 17818); Five Hundred Fourteenth [ECF No. 22251] (Claim Nos. 18312; 18345; 24826; 26149; 26848; 28933; 29276; and 5130); Five Hundred Nineteenth [ECF No. 22254] (Claim No. 70324); Five Hundred Thirty-First [ECF No. 22265] (Claim No. 28744); Five Hundred Thirty-Seventh [ECF No. 22740] (Claim No. 7743); and Five Hundred Thirty-Eighth [ECF No. 22741] (Claim No. 16333).

Estimated Time Required:  N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 12,13, 2022
        San Juan, Puerto Rico                     Respectfully submitted,

                                                  */s/ Martin J. Bienenstock-*
                                                  Martin J. Bienenstock
                                                  Brian S. Rosen
                                                  Paul V. Possinger
                                                  Ehud Barak
                                                  (Admission *Pro Hac Vice*)
                                                  **PROSKAUER ROSE LLP**
                                                  Eleven Times Square
                                                  New York, NY 10036
                                                  Tel:  (212) 969-3000
                                                  Fax:  (212) 969-2900


                                                  *Attorneys for the Financial Oversight and
                                                  Management Board as representative for the
                                                  Debtors*

                                                  */s/  Hermann D. Bauer*
                                                  Hermann D. Bauer
                                                  USDC No. 215205
                                                  **O'NEILL & BORGES LLC**
                                                  250 Muñoz Rivera Ave., Suite 800
                                                  San Juan, PR 00918-1813
                                                  Tel:  (787) 764-8181
                                                  Fax:  (787) 753-8944


                                                  *Co-Attorneys for the Financial Oversight and
                                                  Management Board as representative for the
                                                  Debtors*

30

**<u>Exhibit A</u>**

**Amended and Restated Order
Regarding Procedures for Virtual Title VI
Approval Hearing for the Puerto Rico Public Finance
Corporation and December 14-15, 2022 Omnibus Hearing**

**Exhibit B**

**Agenda Redline**