# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                         Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**NOTICE OF FILING OF REVISED PROPOSED ORDER
REGARDING THE MOTION OF BONISTAS DEL PATIO FOR PAYMENT OF
CERTAIN PROFESSIONAL FEES AND EXPENSES BY THE COMMONWEALTH**

**PLEASE TAKE NOTICE** that, on October 11, 2022, Bonistas del Patio, Inc. ("Bonistas del Patio") filed the *Motion of Bonistas del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth* (the "Motion") [Docket No. 22578], together with a proposed form of order granting the relief requested in the Motion, which contemplated the submission by Davis Polk & Wardwell LLP ("Davis Polk") of a fee statement to the Fee Examiner appointed in these Title III cases and a review by the Fee Examiner of such fee statement for the reasonableness of the fees for which payment is requested by the Motion.

---

[1] The debtors in these Title III cases, along with each debtor's respective Title III case number and the last four digits of each debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

**PLEASE FURTHER TAKE NOTICE** that, on November 29, 2022, the Fee Examiner filed the *Fee Examiner's Statement Regarding Bonistas del Patio Motion for Section 503(b) and Plan-Based Payments* (the "Fee Examiner's Statement") [Dkt. No. 22933], which states that "[i]f one or both of the cited provisions [in the Motion] – one statutory and one plan-based – ultimately entitle Ducera and Davis Polk to payment by the Commonwealth, the Fee Examiner has concluded that the fees requested by Ducera and Davis Polk qualify as reasonable, actual, and necessary pursuant to the standards of PROMESA §316 and 317."

**PLEASE TAKE FURTHER NOTICE** that, in light of the completion of the Fee Examiner's review as set forth in the Fee Examiner's Statement, Bonistas del Patio hereby files this notice of a revised proposed order granting the Motion.

**PLEAS TAKE FURTHER NOTICE** that attached as Exhibit A hereto is the revised proposed order.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit B hereto is a blackline comparison between the revised proposed order and the proposed order attached to the Motion as filed on October 11, 2022.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Dated: December 13, 2022

Respectfully submitted,

/s/ José L. Ramírez-Coll
José L. Ramírez-Coll
USDC-PR Bar No. 221702
ANTONETTI, MONTALVO & RAMÍREZ-COLL
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Facsimile: (787) 977-0323
Email: jramirez@amrclaw.com

/s/ Brian M. Resnick
Donald S. Bernstein (*Pro Hac Vice*)
Benjamin S. Kaminetzky (*Pro Hac Vice*)
Brian M. Resnick (*Pro Hac Vice*)
Marc J. Tobak (*Pro Hac Vice*)
Stephanie Massman (*Pro Hac Vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: donald.bernstein@davispolk.com
ben.kaminetzky@davispolk.com
brian.resnick@davispolk.com
marc.tobak@davispolk.com
stephanie.massman@davispolk.com

*Counsel to Bonistas del Patio, Inc.*