## Tribunal de Distrito de los Estados Unidos

Hon. Juez Laura Taylor Swain
Distrito de Puerto Rico
150 Calle Carlos Chardon, Edif. Federal
San Juan, Puerto Rico 00918-1767
Ref. No. 17 BK – 3283 LYS

**Hon. Juez Taylor:**

Nuevamente recurro ante su bondad, humanismo, sensibilidad y generosidad ya que me es imposible por mi condición de salud trasladarme el día 14 de diciembre del 2022 y el 29 de diciembre del 2022 a las 9:30 a.m. ya que tendría que alquilar una ambulancia con enfermera para poder llegar al Tribunal de Distrito de los Estados Unidos aquí en Puerto Rico par poder recibir mi compensación por los daños obtenidos. Estoy postrado en cama sobre 20 horas diarias, pueden enviarme mi cheque a mi dirección postal mediante correo certificado.

Victor O. Henson Bousquets
P.O. Box 78
San Sebastián, Puerto Rico 00685
Tel.: (787) 609-6720

Tengo hasta el 15 de diciembre para enviar los costos del Trasplante del Pulmón y Riñón y el alquiler de una ambulancia aérea para viajar a Estados Unidos y poder sobrevivir a mi condición de las manos de Papito Dios su apoyo y cooperación ante mi condición.

**Dios les bendiga**
**Amen**
**Ayúdeme, Que Papito Dios les compensara con mucha salud y felicidad, Amén.**