Victor O. Henson Bousquet
P.O. Box 78
San Sebastián, PR 00685



SAN JUAN PR 009
9 DEC 2022 PM 2 L

Hon. Juez Laura Taylor Swain
Distrito de Puerto Rico
150 Calle Carlos Chardon, Edif. Federal
San Juan, Puerto Rico 00918-1767

00918-170399