# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### AMENDED INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. REGARDING THE DECEMBER 14-15, 2022, OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this Amended Informative Motion in compliance with the *Amended and Restated Order Regarding Procedures for Virtual Title VI Approval Hearing for the Puerto Rico Public Finance Corporation and December 14-15, 2022, Omnibus Hearing* (the "Hearing Procedures Order," ECF No. 23015)[2] and respectfully state as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

-2-

1. Mark C. Ellenberg (mark.ellenberg@cwt.com) of Cadwalader, Wickersham & Taft LLP will also appear live via Zoom or Court Solutions and reserves the right to be heard on behalf of Assured at the December 14-15, 2022, Omnibus Hearing.

2. Mr. Ellenberg reserves the right to be heard on any matter raised by any party at the December 14-15, 2022 Omnibus Hearing as concerns Assured related to the Title III Cases or the interests of Assured.

3. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

[*Remainder of Page Intentionally Omitted*]

Dated: December 13, 2022
New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR No. 204,809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR No. 203,114 <br> Diana Pérez-Seda <br> USDC–PR No. 232,014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Tel.: (787) 756-1400 <br> Fax: (787) 756-1401 <br> E-mail: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> Casey J. Servais* <br> William J. Natbony* <br> Thomas J. Curtin* <br> 200 Liberty Street <br> New York, New York 10281 <br> Tel.: (212) 504-6000 <br> Fax: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> casey.servais@cwt.com <br> bill.natbony@cwt.com <br> thomas.curtin@cwt.com <br><br> * Admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 13th day of December, 2022.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice