## **EXHIBIT A**

# EXHIBIT A

AMENDED PARTY APPEARANCE SHEET

| Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|
| Party Name Abbreviation (For use with Zoom[1]) | Assured |
| December 14-15, 2022, Omnibus Hearing Participant<br><br>Attorney(s) Representing Party<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Hearing Procedures Order, ¶ 8(a)) | **Mark C. Ellenberg**<br>mark.ellenberg@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(202) 862 2238<br>Notice of Appearance: ECF No. 138<br>Zoom Screen Name: Assured / Ellenberg, Mark / Cadwalader, Wickersham & Taft LLP |

---

[1] See Hearing Procedures Order ¶ 8(a).