IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>  Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered)<br><br>RE: ECF No. 3013 |

ORDER GRANTING SECOND URGENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REQUESTING EXTENSION OF FILING DEADLINE TO DECEMBER 16, 2022 AUTOMATICALLY EXTENDABLE THROUGHT DECEMBER 21, 2022 FOR SUBMISSION OF PREPA PLAN OF ADJUSTMENT, DISCLOSURE STATEMENT, & RELATED MOTIONS

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Second Urgent Motion of the Financial Oversight and Management Board for Puerto Rico Requesting Extension of Filing Deadline to December 16, 2022 for Submission of PREPA Plan of Adjustment, Disclosure Statement, & Related Motions* (Docket Entry No. 23064 in Case No. 17-3283 and Docket Entry No. 3108 in Case No. 17-4780) (the "Extension Motion");[2] and the Court having found that the relief requested in the Extension Motion is in the best interests of the Debtor; and the Court having found that the Debtor provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The requested relief in the Extension Motion is granted as set forth herein.

2. The December 13, 2022 deadline set forth in the *Order Granting Urgent Motion of the Financial Oversight and Management Board for Puerto Rico Requesting Extension of Filing Deadline to December 13, 2022, for Submission of PREPA Plan of Adjustment, Disclosure Statement & Related Motions* (Docket Entry No. 23034 in Case No. 17-3283 and Docket Entry No. 3106 in Case No. 17-4780) for the Oversight Board to file a proposed plan of adjustment for PREPA, corresponding disclosure statement, and related motions is extended through **December 16, 2022**, at **11:59 p.m. (AST)**, which, in turn, shall be automatically extended through **December 21, 2022**, at **11:59 p.m. (AST)** if the Oversight Board advises the Mediation Team and the Bondholders'

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

attorneys by **December 16, 2022**, at **11:59 p.m. (AST)** that it would make a material change in position.

3. The proposed confirmation schedule shall contemplate a confirmation hearing in July 2023. This Order does not amend any litigation deadlines.

4. This Order resolves Docket Entry No. 23064 in Case No. 17-3283 and Docket Entry No. 3108 in Case No. 17-4780.

Dated: December 14, 2022

                                              /s/ Laura Taylor Swain
                                              Laura Taylor Swain
                                              United States District Court Judge