UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>       Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING SUPPLEMENTATION OF MOTION OF BONISTAS DEL PATIO FOR
PAYMENT OF CERTAIN PROFESSIONAL FEES AND EXPENSES BY THE COMMONWEALTH

As stated on the record of the December 14, 2022 omnibus hearing (the
"Hearing"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight
Board") is directed to file a statement of its position concerning the *Motion of Bonistas del Patio
for Payment of Certain Professional Fees and Expenses by the Commonwealth* (Docket Entry
No. 22578 in Case No. 17-3283) (the "Motion") by **December 28, 2022**.  Bonistas del Patio, Inc.
(the "Movant") is directed to file its response, if any, to the Oversight Board's statement by
**January 4, 2023**.  Movant is further directed to file, by **December 28, 2022**, any supplemental
legal arguments, factual representations, or other materials that it wishes to tender in support of
the Motion in light of its colloquy with the Court at the Hearing.

The Court will thereafter take the Motion on submission, unless the Court
determines that a hearing is necessary

SO ORDERED.

Dated: December 14, 2022

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the
last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i)
Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal
Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No.
17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and
Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of
Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth
of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-
LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority
("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title
III case numbers are listed as Bankruptcy Case numbers due to software limitations).