# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:36 AM (AST)
Ended:  12:48 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**          DATE: December 14, 2022
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Marian Ramirez
COURT REPORTER (SDNY): Amy Walker

---

In re:

The Financial Oversight and Management Board for Puerto
Rico                                                              3:17-BK-3283 (LTS)

    as representative of                                   PROMESA Title III

The Commonwealth of Puerto Rico <u>et al.</u>,                    (Jointly Administered)

Debtors.

---

In re:                                                            PROMESA

Puerto Rico Public Finance Corporation                           TITLE VI

Applicant                                                         No. 22-cv-1517 (LTS)

---

**Omnibus Hearing held.**

Agenda filed at Case No. 17-3283, ECF No. 23055.

    I.    **STATUS REPORT**
        1.    Report from the Oversight Board. [Case No. 17-3283, ECF No. 23056]
        2.    Report from AFAAF. [Case No. 17-3283, ECF No. 23054]

3:17-BK-3283 (LTS) & 3:22-cv-1517 (LTS)

Omnibus Hearing & Qualifying Modification Approval Hearing – December 14, 2022

## II.   FEE APPLICATIONS RELATED MATTERS

1.   Tenth Interim Fee Application of Fee Examiner and Counsel to the Fee Examiner. [Case No. 17-3283, ECF No. 22847]
   - Order was filed prior to this Hearing granting in part and adjourning in part the application.

## III.   UNCONTESTED MATTERS

1.   FOMB Motion to Amend ADR Procedures. [Case No. 17-3283, ECF No. 22936]
   - Order will be issued with amendments and suggested language to be incorporated in revised ADR procedures.

## IV.   CONTESTED MATTERS

1.   Bonistas Del Patio Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 22578]
   - Matter taken under advisement.
   - Supplemental submissions due by December 28, 2022.  Responses to Oversight Board's statement due by January 4, 2023.

2.   Four Hundred Fifty-Third Omnibus Objection to Claims.  [Case No. 17-3283, ECF No. 20784]
   - Claim No. 17981-1 filed by Maria C. Figueroa Torres, is sustained.
   - The Oversight Board shall submit a proposed order.

3.   Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]
   - Due to ICPR's unavailability, FOMB requested to adjourn this matter to the next hearing.
   - The request was granted.

## V.   QUALIFYING MODIFICATION APPROVAL HEARING

1.   Puerto Rico Public Finance Corporation Qualifying Modification. [Case No. 22-cv-01517, ECF No. 1]
   - Exhibits submitted by FOMB in Case No. 22-cv-1517 at ECF No. 38 were admitted as exhibits 1-19.
   - Pro se Yusif Mafuz Blanco Heard. Objection filed at ECF No. 23 was overruled.
   - The Application for Approval of Qualifying Modification for PFC is approved. An Order will be issued after issues with paragraphs 35 and 51

3:17-BK-3283 (LTS) & 3:22-cv-1517 (LTS)
Omnibus Hearing & Qualifying Modification Approval Hearing – December 14, 2022

of the revised proposed order are resolved. The FOMB and DRA Parties shall meet and confer and file a revised order or joint status report by 6:00 p.m. (Atlantic Standard Time) on Monday, December 19, 2022.

## VI.   ADJOURNED MATTERS

1.  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. (Claim Nos. 168648 and 16885) [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]

2.  PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]

3.  Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]

4.  Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17- 3283, ECF No. 19807]

5.  Evertec's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21187]

6.  Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21191]

7.  COSEY's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21209]

8.  Blanca Iris Marrero's Administrative Expense Claim Motion.  [Case No. 17-3283, ECF No. 21192]

9.  Four Hundred Eighty-Eighth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 21738]

10. Five Hundred Thirty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22265]

11. Debtors' Omnibus Objections to Claims. [Case No. 17-3283, ECF No. 22625]

**The next Omnibus Hearing will be held on February 1, 2023, before Judge Laura Taylor Swain.**

s/Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Relief Courtroom Deputy