Appendix 1

**LIBRE ASOCIADO. SI INDICA AMBOS CONSENTIMIENTOS PARA ARBITRAJE VINCULANTE Y CONSENTIMIENTO PARA LIQUIDAR SU RECLAMO ANTES DE LOS TRIBUNALES DEL ESTADO LIBRE ASOCIADO, SERA DEMANDADO A HABER ELEGIDO EL ARBITRAJE VINCULANTE.**

Los detalles sobre la liquidación ante de los tribunales del Estado Libre Asociado se establecen en la Sección [__] de los Procedimientos de ADR.]

**Sección I: Oferta de Acuerdo.** [Deudor] le ofrece un reclamo [general no prioritario sin garantía/gasto administrativo] no garantizado permitido por la cantidad de [$__] contra [Deudor] en plena satisfacción de su(s) Reclamo(s) Designado(s), que deberá satisfacer de acuerdo con cualquier plan de ajuste de deudas confirmado e implementado en [Deudor] Caso del Título III.

Las únicas respuestas permitidas ("Respuestas Permitidas") a la Oferta de Acuerdo son (a) la aceptación de la Oferta de Acuerdo o (b) el rechazo de la Oferta de Acuerdo junto con una contraoferta (una "Contraoferta"). La información sobre las contraofertas está disponible en la Sección __ de los Procedimientos de ADR.

**Seleccione su Respuesta Permitida en el cuadro a continuación.** DEBE RESPONDER A LA OFERTA DE ACUERDO.

---

**RESPUESTA A LA OFERTA DE ACUERDO**

[X] Yo/nosotros aceptamos los términos de la Oferta de Acuerdo.

**O**

[__] Yo/nosotros rechazamos la Oferta de Acuerdo.

O

[__] Yo/nosotros rechazamos la Oferta de Acuerdo. Sin embargo, aceptaré/aceptaremos un reclamo [general no prioritario sin garantía/gasto administrativo] contra [Deudor] por una cantidad de $__ en total satisfacción del (de los) Reclamo(s) Designado(s), para ser satisfecho de acuerdo con cualquier plan de ajuste de deudas confirmado e implementado en el [Deudor] Caso del Título III.

---

LA SECCIÓN [__] DE LOS PROCEDIMIENTOS DE ADR ESTABLECE LAS RESTRICCIONES A LAS OFERTAS. SU CONTRAOFERTA NO PUEDE INCLUIR DESCONOCIDO, NO LIQUIDADO O SIMILAR CANTIDADES Y NO PUEDEN SUPERAR LA CANTIDAD O MEJORAR LA PRIORIDAD ESTABLECIDA EN SU MÁS RECIENTE PRESENTADO O ENMENDADA PRUEBA DE RECLAMO. NO PUEDE ENMENDAR SU PRUEBA DE RECLAMO SOLO AL PROPÓSITO DE PROPONER UNA CONTRA OFERTA

DE UNA MAYOR CANTIDAD O UNA MEJOR PRIORIDAD. SI DEVUELVE ESTE FORMULARIO CON UNA CONTRAOFERTA QUE NO CUMPLE CON LOS TÉRMINOS DE LOS PROCEDIMIENTOS DE ADR SERA CONSIDERADO QUE USTED HA RECHAZADO LA OFERTA DE ACUERDO Y LA LIQUIDACIÓN DE SUS RECLAMOS DESIGNADOS AVANZARA A LA EVALUACIÓN SEGÚN SE ESTABLECE EN LA SECCIÓN [__] DE LOS PROCEDIMIENTOS DE ADR.

**Sección II: Arbitraje Vinculante o Litigios en Tribunales del Estado Libre Asociado.**

### A. CONSENTIMIENTO A UN JUICIO ACELERADO

Indique a continuación si acepta un juicio acelerado con respecto a su(s) Reclamo(s) Designado(s):

_____ Yo/nosotros **CONSENTIMOS** a un Arbitraje Vinculante.

**O**

__X__ Yo/nosotros **NO CONSENTIMOS** a un Arbitraje Vinculante.
Reconozco que mi/nuestro consentimiento, una vez dado, no se puede retirar.

### B. CONSENTIMIENTO PARA LA LIQUIDACIÓN EN EL TRIBUNAL DEL ESTADO LIBRE ASOCIADO

Indique a continuación si acepta la liquidación ante los tribunales del Estado Libre Asociado con respecto al (los) Reclamo(s) Designado(s):

_____ Yo/nosotros **CONSENTIMOS** la liquidación ante los tribunales del Estado Libre Asociado.

**O**

__X__ Yo/nosotros **NO CONSENTIMOS** la liquidación ante los tribunales del Estado Libre Asociado.

[Firma del Designado Represéntate Autorizado del Reclamante]

Por: María A. Clemente Rosa
[Nombre impreso]

10

[Firma del Designado Representate Autorizado del Reclamante]

Por: <u>María A. Clemente Rosa</u>
[Nombre impreso]

11