Appendix 2

Case:17-03283-LTS Doc#:23074-2 Filed:12/13/22 Entered:12/15/22 15:25:00 Desc: Appendix 2 Page 2 of 2

# PAGAN A EDUCADORES QUE HICIERON MAESTRÍAS Y DOCTORADOS EN 2013

El incentivo, que benefició a **166 maestros**, había estado paralizado tras haberse firmado la Ley de Emergencia Fiscal

**FRANCES ROSARIO**
frances.rosario@gfrmedia.com

El gobernador Pedro Pierluisi anunció el pago de $4.3 millones a unos 166 maestros que para el 2013 demostraron que habían completado maestrías y doctorados, cumpliendo así con la Ley de Carrera Magisterial.

Señaló que algunos maestros pudieran recibir cheques de hasta $55,900.

"Siempre ha sido nuestro compromiso ayudar a nuestros maestros, por ello otorgamos un aumento sin precedentes de mil dólares, que recién entró en vigor. Y ahora estamos honrando nuestro compromiso de pagar la carrera magisterial a los docentes. He sido claro en que nuestros maestros son clave para lograr un sistema de educación pública del que todos nos sintamos orgullosos y que ayude a elevar el aprovechamiento académico de las próximas generaciones", manifestó Pierluisi en conferencia de prensa realizada ayer en La Fortaleza.

De este grupo de 166 maestros, hay 11 que culminaron doctorados. El resto culminó su grado de maestría.

Asimismo, el mandatario informó que otro grupo de educadores que solicitaron los fondos que les corresponde, para los años 2014 y 2015, son evaluados y están en proceso de revisión para emitirse el pago correspondiente.

El secretario de Educación, Eliezer Ramos Parés, aceptó que se trata de unas "6,000 solicitudes que quedaron pendientes" para los años 2014 y 2015, a los cuales no se ha pagado el incentivo correspondiente por culminar maestrías y doctorados.

El funcionario explicó que los maestros quedaron sin su paga tras haberse firmado la Ley de Emergencia Fiscal.

De paso, Ramos Parés informó que esperan durante este próximo semestre escolar culminar la evaluación de estos 6,000 maestros para entonces emitir los pagos. No especificó la fecha en que se reportaría el saldo.

Auguró que para el segundo semestre escolar abrirán convocatorias para reactivar el programa de carrera magisterial y reclutar más educadores que quieran proseguir estudios de maestría y doctorado.

No obstante, Ramos Parés alabó este primer paso que se da para cumplir con los primeros 166 maestros.

"Hoy es un día emblemático, no solo para los maestros que están aquí, sino a todos los maestros, para que puedan ver el magisterio como una carrera", sentenció.

Sally Rodríguez Martínez



El gobernador Pedro Pierluisi y el secretario del Departamento de Educación participaron de la entrega de cheques a los maestros. Suministrada

**PREMIAN SU ESFUERZO**

fue la primera maestra llamada por el gobernador para entregarle su cheque. Otros empleados también asistieron al evento para recibir su pago.

"Muchas gracias", se le escuchaba decir a los educadores cuando recibían su dinero.

La maestra Marisol García fue la que habló en representación de los beneficiados.

"Gracias por reconocer el esfuerzo. Gracias por reconocer las horas de estudio, el sacrificio a la familia, porque todos hacemos maestría en la casa. Cuando uno está haciendo un doctorado o una maestría, todos están involucrados en el proceso. Es hora de reconocer esto y de verdad que me llena de orgullo y no caben las palabras en mi corazón de decir lo agradecida que estoy", señaló García.

### Otro incentivo

Por otro lado, Pierluisi informó de un desembolso de $58 millones en fondos federales (ESSER) como "incentivo a los empleados de comedores escolares que siempre se han mantenido trabajando de forma presencial en esta pandemia".

Detalló que los empleados recibirán cheques de $1,500 cada tres meses por un periodo de nueve trimestre consecutivos. El primer pago, dijo Pierluisi, se emitirá en octubre próximo.

"Los empleados de comedores escolares han sido un ejército de trabajadores que han atendido a nuestros estudiantes, particularmente, en las zonas vulnerables, para garantizar que tengan sus alimentos diariamente. Su dedicación es incuestionable, por lo que hoy le hacemos justicia a ese compromiso y los exhortamos a que continúen dando el todo por el todo por nuestros estudiantes", precisó.