Appendix 3

# Gobierno reembolsa la carrera magisterial

> También hay un incentivo para los empleados de comedor


**Maricarmen Rivera Sánchez**
>mrivera@elvocero.com

@mriverasanchez

El gobernador Pedro Pierluisi anunció el desembolso de $4.3 millones de sobrantes en el presupuesto del Departamento de Educación que serán utilizados para pagar la carrera magisterial de 166 maestros que no habían recibido el dinero al que tenían derecho.

En la conferencia de prensa ayer en La Fortaleza, el gobernador y el secretario de Educación, Eliezer Ramos Parés, entregaron cheques a varias maestras que completaron grados universitarios bajo la promesa de que se les pagarían sus estudios.

El retraso en el pago se debió a que el gobierno no había cumplido con la Ley de Ajuste Salarial para los Maestros y Maestras Conforme a la Ley de Carrera Magisterial.

Una legislación posterior firmada por Pierluisi estableció el pago a los educadores que cumplieron con los requisitos de estudio en 2013 y ordena evaluar los casos de los maestros que solicitaron el beneficio entre 2014 y 2015.

"Es imperativo que cumplamos con el compromiso que hizo el gobierno de compensar por su esfuerzo a estos maestros, un compromiso que múltiples administraciones previas fallaron. Firmé la ley y estamos cumpliendo con los maestros y maestras que llevan pidiendo que se reactive el programa de carrera magisterial", expuso el mandatario.

Mediante este programa, los maestros y maestras que completen grados universitarios o se especialicen en las áreas de enseñanza podrían recibir un pago del gobierno para cubrir sus estudios.

Indicó que además de este primer desembolso de $4.3 millones para 166 maestros, habrá una segunda fase para otros educadores que lo solicitaron.

"Estos maestros adquirieron destrezas y conocimientos por estudios y certificaciones que han podido incorporar en su desempeño en el salón. Los casos de 2014 y 2015 están bajo evaluación para hacer los pagos que corresponden a todos los maestros", informó el primer ejecutivo.

Agregó que los maestros recibirán cheques de entre $1,925 hasta $55,930, dinero que les adeudaba el gobierno por su desarrollo profesional.

El titular de Educación agregó que una vez concluyan con el reembolso a los maestros con los que no se había cumplido, abrirán el programa a otros maestros que interesen continuar su educación y recibir este beneficio de gobierno.

"Quisimos hacer justicia para los maestros que quedaron en ese limbo en 2015, que presentaron esas solicitudes, y luego vamos a ofrecer instrucciones de cómo hacer esas nuevas solicitudes. Antes usábamos mucho papel, ahora queremos ahorrarnos el papel y vamos a anunciar la forma", expresó Ramos Parés.

"La invitación a los maestros es a utilizar este mecanismo para seguirse desarrollando, mantenerse al día en las nuevas estrategias. Que aprovechen este programa para el pago de matrícula y que eso les compense con remuneración adicional. Y que se queden para que Puerto Rico cuente con los mejores recursos que ha ido formando a través de la historia", señaló el secretario.

### Pago por trabajar durante pandemia

El gobernador anunció, además, un incentivo para los empleados de los comedores escolares, parte del personal que se mantuvo activo durante los meses iniciales de la pandemia de covid-19 sirviendo alimentos en los comedores de las escuelas públicas.

Se indicó que habrá un 'premium pay' adicional de $1,500 trimestrales para los empleados de comedores escolares que se mantengan trabajando de manera presencial mientras dure la pandemia, hasta un máximo de nueve trimestres. Para cubrir el pago, el gobierno destinó $58 millones que se distribuirán entre 3,500 empleados de comedores escolares.

"Los empleados de comedores escolares han sido un ejército de trabajadores que han atendido a nuestros estudiantes, particularmente en las zonas vulnerables, para garantizar que tengan su alimento diariamente", sostuvo el mandatario. "Su dedicación es incuestionable, por lo que hoy le hacemos justicia a ese compromiso y los exhortamos a que continúen dando el todo por el todo por nuestros estudiantes", agregó.

El primero de estos pagos se emitirá en octubre a los empleados de comedores escolares que estén adscritos y activos en la Autoridad Escolar de Alimentos. Los que estén en destaque o en licencia sin sueldo no están cualificados para el incentivo.

Otro de los requisitos para este beneficio es no tener más de tres ausencias o tardanzas injustificadas, lo que no aplica a los que tengan certificado médico o licencia por covid-19.


El gobernador indicó que es el primer desembolso de $4.3 millones para 166 maestros, y que habrá una segunda fase para otros educadores que lo solicitaron. >Suministrada

>> **Dato relevante**

Los maestros recibirán cheques de entre $1,925 hasta $55,930, pago que les adeudaba el gobierno por su desarrollo profesional.