


**PRIORITY MAIL**
**LEGAL FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL




- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**LEGAL FLAT RATE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000060

$10.20
Origin: 00936
12/12/22
4284660001-29

**PRIORITY MAIL®**

0 Lb 5.30 Oz
RDC 05

EXPECTED DELIVERY DAY: 12/13/22

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703



RECEIVED & FILED
CLERK'S OFFICE
DEC 13 2022
US DISTRICT COURT
SAN JUAN, PR

USPS TRACKING® #



9505 5162 0947 2346 8139 54



Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5



USPS.COM/PICKUP

FROM:




**PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979

TO:

Counsel to the Official Committee

United States District Court

District of Puerto Rico
150 Carlos Chardon Street
San Juan, PR  00918-1767

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE