① CLERK'S OFFICE

United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767
December 8 2022

Obe E. Johnson
 petitioner-movant

vs

Correction administration of San Juan and Correction Guayama 500 prison,

Motion requesting to be release from or out of illegal custody-prison
Motion for release out illegal custody

To the Honorable Court
Comes now petitioner-movant Obe E. Johnson and before this Honorable Court respectfully states alleges and prays as follows

Fact
----

I request this Honorable Court for the district of Puerto Rico, to kindly Order the Puerto Rico Correction administration of San Juan and the Guayama 500 prison to release me out or off illegal custody-prison.
Because habeas corpus has already been granted such relief was in connection with the first habeas corpus action and the second habeas action, the automatic stay is no longer in effect or injunction
Habeas corpus (habeas) an order issued by a court to release a prisoner from prison or jail

because the conviction was obtained in violation of the law, Habeas corpus has been Granted and why refuse to release me from illegal prison-custody,

Habeas writ has been sought in the Puerto Rico Federal court, they should order my release out illegal custody-prison, quickly-fast.

The core international Human Rights treaties

Reaffirming that torture and other cruel inhuman or degrading treatment or punishment are prohibited and constitute serious violation of Human rights I'm deprived of liberty

opitional protocol to the convention against Torture and other cruel Inhuman or degrading Treatment or punishment

Wherefore it is respectfully requested that the Puerto Rico district court, order the Puerto Rico administracion of correccion of San Juan to release me out illegal custody-prison Habeus corpus has been Granted, To the extent that the court hereby confirms that neither the automatic stay nor the plan injunction restricts litigation that's me of the Habeus action

Signature Obe E Johnson

dec - 8 2022

address Obe E Johnson
Institucion Guayama 500 BA-094
PO Box 1000-5
Guayama, PR 00785