Dye E Johnson
Institución Guayama 500
BA - 099
PO Box 1000-S
Guayama, PR 00785-0000

14 Diciembre 22

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, PR 00918-1767