(1)

CLERKS OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767
December-8-2022

| In re | |
|---|---|
| The Financial Oversight and management board for Puerto Rico | PROMESA Title III |
| as representative of the | No. 17 BK 3283-LTS |
| Commonwealth of Puerto Rico et al | Jointly Administered |
| debtor | |

Motion For a Jury Trial,
Habeas Corpus Action and the prepetition damage action.
This motion is under rule 38 of the Federal rule of civil procedure requesting for a Jury trial on all issue declared by the SEVENTH Amendment to the constitution of the United States

To The Honorable Court
Comes now petitioner-movant Obe E. Johnson and before this Honorable Court respectfully states alleges and prays as follows;

Facts

This motion is brought under Rule 38 of the Federal rule of civil procedure, declare by the SEVENTH Amendment to the Constitution

(2)

or as provided by a Federal statute

demand - request below

I demand that all issue should or to be hear and resolve by a Jury trial

the issue to be hear by Jury (i) this court has claim that they has already granted me such relief in connection with the First Habeas corpus Action and the Second Habeas corpus Action, and I'm stay illegal incarcerated.

(ii) the prepetition damage action for the lost of my company

I demand or request that all of these issue should be hear by a Jury Trial

Wherefore it is respectfully requested that I has demand a Jury trial, on all issue declared by the Seventh Amendment to the Constitution of the United States

Signature Obi E Johnson

December 8 2022

Address Obi E Johnson
Institucion Guayama 500
BA-099
PO Box 1000-5
Guayama PR 00785-

## Habeas Corpus

It should be noted that a grant of Habeas Corpus relief is not equivalent to an injunction to stay state court criminal proceeding in contravention of 28 USCS 2283

Writ: An order written by a judge that requires a specific act to be performed, or give someone the power to have the act performed. For example, when a court issues a writ of Habeas Corpus, it demands that the person who is detaining you release you from custody.

## Hearing Require

District court by authority to enforce compliance with its decisions by enjoining contrary action and power to enforce doctrines of collateral estoppel and res judicata may issue injunctions against repetitive litigation under 28 USCS 1651, and could properly enjoin petitioner in bankruptcy from making new collateral challenges to bankruptcy court's order authorizing sale of assets although entry of such injunction requires notice and hearing. Charlton v Estate of Charlton Charlton 1988, CA9 Ariz) 841 F 2d 988