Ose E Johnson
Institución Guayama 500
BA – 0991
PO Box 10005
Guayama, PR 00785-0000

14 Diciembre 22

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767