# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Fifty-Third Omnibus Objection**

Five Hundred Fifty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALMODÓVAR ANTONSANTI, LOURDES<br>127 VILLA TAÍNA<br>YAUCO, PR 00698 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58043 | $17,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case numbers KAC-2001-4051 & KPE-2000-2568 but the cases have since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ANTOMMARCHI BONILLA, LUZ E.<br>URB. COSTA SUR A16 CALLE B<br>YAUCO, PR 00698 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68257 | $17,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case numbers KAC-2001-4051 & KPE-2000-2568 but the cases have since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BERRIOS RODRIGUEZ, MARIA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19295 | $1,365.02 |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CASAS CRUZ, ANGEL M.<br>AVE. HOSTO CALLE 2 F-7 URB VALLE BELLO CHALETS<br>BAYAMON, PR 00956 | 02/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 496 | $23,040.00 |

Reason: Proof of Claim asserts liabilities related to cases AQ-10-2448 & L-12-245. However, according to the information provided by the government, they have already complied with the award issued by CASP. As such, there exists no remaining liability related for these cases.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COLLAZO PAGAN, CARMEN LUISA<br>EXT SANTA TERESITA 4221 STA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51701 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-4051 but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | COLLAZO PAGAN, CARMEN LUISA<br>EXT SANTA TERESITA 4221 STA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82232 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-4051, but the case has since been dismissed and there is no further basis for liability. | | | | | |
| 7 | COLLAZO PAGAN, CARMEN LUISA<br>EXT SANTA TERESITA 4221 STA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88304 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-4051, but the case has since been dismissed and there is no further basis for liability. | | | | | |
| 8 | COLLAZO PAGAN, CARMEN LUISA<br>EXT SANTA TERESITA<br>4221 SANTA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89232 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-4051, but the case has since been dismissed and there is no further basis for liability. | | | | | |
| 9 | COLLAZO PAGON, CARMEN LUISA<br>EXT.SANTA TERESITA<br>4221 STA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 89238 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-4051, but the case has since been dismissed and there is no further basis for liability.<br>Claim #89238 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | |
| 10 | COLON DIAZ, FABIAN<br>RAMONA COLON<br>HC02 BOX 15310<br>RIO GRANDE, PR 00745 | 04/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9032 | $7,400.00* |
| | Reason: Proof of claim purports to assert liability against the Commonwealth, but the supporting documentation indicates that to the extent any liabilities are owed to the claimant it is from a private institution and not the Commonwealth. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Five Hundred Fifty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23268 | $14,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2017-00374 and property that was seized by the Commonwealth. The books and records of the Commonwealth indicate, however, that the property was returned and there is no further liability. | | | | | |
| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24912 | $10,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KAC-2016-0796 but the case has since been dismissed and there is no further basis for liability. | | | | | |
| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25740 | $8,059.18 |
| | Reason: Proof of claim purports to assert liability on the basis of case number JAC-2016-0059 and property that was seized by the Commonwealth. The books and records of the Commonwealth indicate, however, that the property was returned and there is no further liability. | | | | | |
| 14 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27463 | $4,037.15 |
| | Reason: Proof of claim purports to assert liability on the basis of case number HSCI-2016-00217 and property that was seized by the Commonwealth. The books and records of the Commonwealth indicate, however, that the property was returned and there is no further liability. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Fifty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | CORDERO DELIZ, SIXTO<br>URB ROOSEVELT<br>474 CALLE ALVARADO<br>SAN JUAN, PR 00918-2832 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98334 | $3,150.00* |

Reason: Proof of Claim asserts liabilities related to cases AQ-16-0330; L-17-078. However, according to the information provided by the government, they have already complied with the award issued by CASP. As such, there exists no remaining liability related for these cases.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | CURBELO JARAMILLO, DAISY<br>COOP DE VIVIENDA<br>JARD DE SAN IGNACIO APTO 1002 B<br>SAN JUAN, PR 00927 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61313 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.
Claim #61313 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | FIGUEROA RIVERA, ANA R.<br>URB SANTA JUANITA<br>NN22 CALLE 33<br>BAYAMON, PR 00956 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49106 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | HERNANDEZ CASTRODAD, FIDECICOMISO<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/01/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 263 | $39,200.00 |

Reason: Invoice(s) totaling $14,700.00 were paid via EFT's 49569, 49568, 53426, 55514, 60648, 61022 on 08/24/2017, 08/24/2017, 10/25/2017, 11/21/2017, 01/12/2018 and 01/18/2018 respectively. Additionally proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $24,500 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Fifty-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|------------------------|
| 19 | HERNANNDEZ SERRANO, JUDITH<br>HACIENDA FLORIDA<br>104 CALLE CAOBA<br>SAN LORENZO, PR 00754-9679 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75014 | $3,150.00* |

Reason: Proof of Claim asserts liabilities related to cases AQ-16-0330; L-17-078. However, according to the information provided by the government, they have already complied with the award issued by CASP. As such, there exists no remaining liability related for these cases.

|    |   |   |   |   |   |   |
|----|---|---|---|---|---|---|
| 20 | JETSTREAM FEDERAL CREDIT UNION<br>OSWALDO TOLEDO MARTINEZ<br>PO BOX 190938<br>SAN JUAN, PR 00919-0938 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89767 | $36,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2016-1065, but the case has since been dismissed and there is no further basis for liability.

|    |   |   |   |   |   |   |
|----|---|---|---|---|---|---|
| 21 | LEON QUINONES , NANCY<br>PO BOX 800 176<br>COTO LAUREL, PR 00780 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58125 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

Claim #58125 also contained on Exhibit A to the 351st Omnibus Claims Objection and the 527th Omnibus Claims Objection for Claims to Be Partially Disallowed.

|    |   |   |   |   |   |   |
|----|---|---|---|---|---|---|
| 22 | LEON QUINONES, NANCY<br>P.O. BOX 800176<br>COTO LAUREL, PR 00780 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145225 | $75,000.00 |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

Claim #145225 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

Five Hundred Fifty-Third Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | LOZADA DIAZ, AURELIA<br>A 1 URB VEREDA DEL RIO<br>BAYAMON, PR 00959 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28213 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

Claim #28213 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed and the 362nd Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LOZADA DIAZ, AURELIA<br>VEREDA DEL RIO<br>1 CALLE A<br>BAYAMON, PR 00959-8904 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31963 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

Claim #31963 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | MEDINA REMIREZ, DORIS MABEL<br>CALLE DR ESTEBAN DE ROSA<br>BW 6<br>5 SECCION LEVITTOWN<br>TOA BAJA, PR 00949 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36012 | $194,400.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability.

Claim #36012 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Modified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MELENDEZ FERNANDEZ, JOSE DANIEL<br>PO BOX 3461<br>BAYAMON, PR 00958 | 02/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 493 | $24,530.40 |

Reason: Proof of Claim asserts liabilities related to cases AQ-10-2448 & L-12-245. However, according to the information provided by the government, they have already complied with the award issued by CASP. As such, there exists no remaining liability related for these cases.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Fifty-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | MILIÁN DELGADO, WANDA I.<br>PASEO SANTA BARBARA<br>7 CALLE AMATISTA<br>GURABO, PR 00778 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74794 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case numbers KAC-2001-4051 & KPE-2000-2568 but the cases have since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | MORALES MALDONADO, CARMEN S<br>COND JARD DE ALTAMESA<br>AVE SAN ALFONSO I APTO E 7<br>SAN JUAN, PR 00921-4652 | 05/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15746 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

Claim #15746 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | NORMANDIA RODRIGUEZ, MYRNA<br>URB TREASURE VALLEY<br>CALLE 5 M16<br>CIDRA, PR 00739 | 03/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2252 | $29,914.11* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

Claim #2252 also contained on Exhibit A to the 345th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | ORTIZ RODRIGUEZ, PABLO CESAR<br>PO BOX 801175<br>COTO LAUREL, PR 00780 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39854 | $812.50* |

Reason: Proof of claim purports to assert liability on the basis of case number BAC-2017-0027 but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Fifty-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | PEREZ SANTIAGO, EDITH M.<br>G-11 1<br>URB. LAS ALONDRAS<br>VILLALBA, PR 00766 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162688 | $25,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-4051 but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | RIVERA VILLEGAS, KARLA M.<br>URB. LOS DOMINICOS<br>CALLE SAN MATEO A-8<br>BAYAMON, PR 00957 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35509 | $194,400.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KLCE-2014-00045, but the case has since been dismissed and there is no further basis for liability.

Claim #35509 also contained on Exhibit A to the 347th Omnibus Claims Objection for Claims to Be Modified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | ROMERO CASTRO, IVELISSE<br>REPTO. SAN JOSE<br>375 CALLE BLANES<br>SAN JUAN, PR 00923 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95222 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

Claim #95222 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | SANCHEZ MATEO, JOSE L.<br>PMB 663<br>PO BOX 6017<br>CAROLINA, PR 00984-6017 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65849 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1991-0665, but the claimant does not appear as a named plaintiff in that litigation.

Claim #65849 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts

8

## Five Hundred Fifty-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | TROSSI OLIVERA, GERARDO<br>SANTA RITA<br>118 RAMON NONATO<br>BO COTO LAUREL<br>COTO LAUREL, PR 00780 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101284 | $3,150.00* |

Reason: Proof of Claim asserts liabilities related to cases AQ-16-0330; L-17-078. However, according to the information provided by the government, they have already complied with the award issued by CASP. As such, there exists no remaining liability related for these cases.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | TRUJILLO PLUMEY, ROSAMAR<br>TIERRA DEL<br>SOL CALLE 1 APT 122<br>HUMACAO, PR 00791 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25818 | $208,038.60* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-10-0546, but the claimant does not appear as a named plaintiff in that litigation.

Claim #25818 also contained on Exhibit A to the 337th Omnibus Claims Objection and the 347th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | VELEZ AGOSTO, MARIA DE LOS A<br>URB VALLE TOLIMA<br>H 16 CALLE JOSE I. QUINTON<br>CAGUAS, PR 00725 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115875 | $3,150.00* |

Reason: Proof of Claim asserts liabilities related to cases AQ-16-0330; L-17-078. However, according to the information provided by the government, they have already complied with the award issued by CASP. As such, there exists no remaining liability related for these cases.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | VIDAL RODRIGUEZ INC<br>I CAPITAL CENTER BLDG<br>SUITE 501 239 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1478 | 04/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4590 | $49,181.88 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $29,453.37 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. Additionally, invoice(s) totaling $18,280.50 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Government Development Bank, which is not part of the Title III proceedings.

Claim #4590 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Claims to Be Modified.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| | | | | TOTAL | $990,978.84* |

*Indicates claim contains unliquidated and/or undetermined amounts