# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima quincuagésima tercera objeción global**

Quingentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALMODÓVAR ANTONSANTI, LOURDES<br>127 VILLA TAÍNA<br>YAUCO, PR 00698 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58043 | $17,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en los números de casos KAC-201501-4051 y KPE-2000-2568, pero estos se desestimaron y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 2 | ANTOMMARCHI BONILLA, LUZ E.<br>URB. COSTA SUR A16 CALLE B<br>YAUCO, PR 00698 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68257 | $17,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en los números de casos KAC-201501-4051 y KPE-2000-2568, pero estos se desestimaron y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 3 | BERRIOS RODRIGUEZ, MARIA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19295 | $1,365.02 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio. | | | | | |
| 4 | CASAS CRUZ, ANGEL M.<br>AVE. HOSTO CALLE 2 F-7 URB VALLE BELLO CHALETS<br>BAYAMON, PR 00956 | 02/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 496 | $23,040.00 |
| | Base para: La Evidencia de Reclamo invoca obligaciones relacionadas con los casos AQ-10-2448 y L-12-245. Sin embargo, de acuerdo con la información que brindó el gobierno, ya se cumplió con el fallo dictado por la Comisión Apelativa del Servicio Público (CASP). Por lo tanto, no existe ninguna obligación pendiente vinculada a estos casos. | | | | | |
| 5 | COLLAZO PAGAN, CARMEN LUISA<br>EXT SANTA TERESITA 4221 STA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51701 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2001-4051, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | COLLAZO PAGAN, CARMEN LUISA<br>EXT SANTA TERESITA 4221 STA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82232 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2001-4051, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | COLLAZO PAGAN, CARMEN LUISA<br>EXT SANTA TERESITA 4221 STA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 88304 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2001-4051, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | COLLAZO PAGAN, CARMEN LUISA<br>EXT SANTA TERESITA<br>4221 SANTA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 89232 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2001-4051, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | COLLAZO PAGON, CARMEN LUISA<br>EXT.SANTA TERESITA<br>4221 STA MONICA<br>PONCE, PR 00730 | 06/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 89238 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2001-4051, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

Reclamo n.º 89238 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para ser Reclasificados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2

Quingentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | COLON DIAZ, FABIAN<br>RAMONA COLON<br>HC02 BOX 15310<br>RIO GRANDE, PR 00745 | 04/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9032 | $7,400.00* |

Base para: La evidencia de reclamo pretende reclamar una obligación contra el Estado Libre Asociado, pero la documentación de respaldo indica que cualquier obligación adeudada al demandante es de una institución privada y no del Estado Libre Asociado.

| 11 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23268 | $14,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2017-00374 y bienes que el Estado Libre Asociado confiscó. Sin embargo, según los libros y registros del Estado Libre Asociado, los bienes se devolvieron y no existe ninguna otra obligación.

| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24912 | $10,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2016-0796, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25740 | $8,059.18 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número JAC-2016-0059 y bienes que confiscó el Estado Libre Asociado. Sin embargo, según los libros y registros del Estado Libre Asociado, los bienes se devolvieron y no existe ninguna otra obligación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27463 | $4,037.15 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número HSCI-2016-00217, así como bienes que confiscó el Estado Libre Asociado. Sin embargo, según los libros y registros del Estado Libre Asociado, los bienes se devolvieron y no existe ninguna otra obligación. | | | | | |
| 15 | CORDERO DELIZ, SIXTO<br>URB ROOSEVELT<br>474 CALLE ALVARADO<br>SAN JUAN, PR 00918-2832 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 98334 | $3,150.00* |
| | Base para: La Evidencia de Reclamo invoca obligaciones vinculadas a los casos AQ-16-0330 y L-17-078. Sin embargo, de acuerdo con la información proporcionada por el gobierno, ya se cumplió con el fallo dictado por la CASP. Por tal razón, no existe ninguna obligación pendiente asociada a estos casos. | | | | | |
| 16 | CURBELO JARAMILLO, DAISY<br>COOP DE VIVIENDA<br>JARD DE SAN IGNACIO APTO 1002 B<br>SAN JUAN, PR 00927 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61313 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.<br><br>Reclamo n.º 61313 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados. | | | | | |
| 17 | FIGUEROA RIVERA, ANA R.<br>URB SANTA JUANITA<br>NN22 CALLE 33<br>BAYAMON, PR 00956 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49106 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Quincuagésima Tercera Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | HERNANDEZ CASTRODAD, FIDECICOMISO<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/01/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 263 | $39,200.00 |

Base para: El 24/8/2017, el 24/8/2017, el 25/8/2017, el 21/11/2017, el 12/1/2018 y el 18/1/2018 se pagaron, respectivamente, facturas por un total de $14,700.00 mediante las transferencias electrónicas identificadas con los números 49569, 49568, 53426, 55514, 60648 y 61022. Asimismo, la evidencia de reclamo pretende invocar obligaciones vinculadas al Estado Libre Asociado de Puerto Rico, pero las que ascienden a $24,500 no proporcionan documentación de respaldo suficiente como para invocar las obligaciones contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido de obligaciones contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | HERNANNDEZ SERRANO, JUDITH<br>HACIENDA FLORIDA<br>104 CALLE CAOBA<br>SAN LORENZO, PR 00754-9679 | 06/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 75014 | $3,150.00* |

Base para: La Evidencia de Reclamo invoca obligaciones vinculadas a los casos AQ-16-0330 y L-17-078. Sin embargo, de acuerdo con la información proporcionada por el gobierno, ya se cumplió con el fallo dictado por la CASP. Por tal razón, no existe ninguna obligación pendiente asociada a estos casos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | JETSTREAM FEDERAL CREDIT UNION<br>OSWALDO TOLEDO MARTINEZ<br>PO BOX 190938<br>SAN JUAN, PR 00919-0938 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 89767 | $36,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2016-1065, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | LEON QUINONES , NANCY<br>PO BOX 800 176<br>COTO LAUREL, PR 00780 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58125 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo n.º 58125 también incluido en el Anexo A de la Objeción Global 351 y la Objeción Global 527 por Reclamos para ser Parcialmente Desestimados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | LEON QUINONES, NANCY<br>P.O. BOX 800176<br>COTO LAUREL, PR 00780 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 145225 | $75,000.00 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo n.º 145225 también incluido en el Anexo A de la Objeción Global 337 por Reclamos para ser Reclasificados y la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | LOZADA DIAZ, AURELIA<br>A 1 URB VEREDA DEL RIO<br>BAYAMON, PR 00959 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28213 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo n.º 28213 también incluido en el Anexo A de la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados y la Objeción Global 362 por Reclamos para ser Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | LOZADA DIAZ, AURELIA<br>VEREDA DEL RIO<br>1 CALLE A<br>BAYAMON, PR 00959-8904 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31963 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo n.º 31963 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | MEDINA REMIREZ, DORIS MABEL<br>CALLE DR ESTEBAN DE ROSA<br>BW 6<br>5 SECCION LEVITTOWN<br>TOA BAJA, PR 00949 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36012 | $194,400.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

Reclamo n.º 36012 incluido también en el Anexo A de la Objeción Global 347 por Reclamos para ser Modificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MELENDEZ FERNANDEZ, JOSE DANIEL<br>PO BOX 3461<br>BAYAMON, PR 00958 | 02/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 493 | $24,530.40 |

Base para: La Evidencia de Reclamo invoca obligaciones relacionadas con los casos AQ-10-2448 y L-12-245. Sin embargo, de acuerdo con la información que brindó el gobierno, ya se cumplió con el fallo dictado por la Comisión Apelativa del Servicio Público (CASP). Por lo tanto, no existe ninguna obligación pendiente vinculada a estos casos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MILIÁN DELGADO, WANDA I.<br>PASEO SANTA BARBARA<br>7 CALLE AMATISTA<br>GURABO, PR 00778 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74794 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en los números de casos KAC-201501-4051 y KPE-2000-2568, pero estos se desestimaron y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | MORALES MALDONADO, CARMEN S<br>COND JARD DE ALTAMESA<br>AVE SAN ALFONSO I APTO E 7<br>SAN JUAN, PR 00921-4652 | 05/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15746 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo n.º 15746 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | NORMANDIA RODRIGUEZ, MYRNA<br>URB TREASURE VALLEY<br>CALLE 5 M16<br>CIDRA, PR 00739 | 03/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2252 | $29,914.11* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo n.º 2252 incluido también en el Anexo A de la Objeción Global 345 por Reclamos para ser Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | ORTIZ RODRIGUEZ, PABLO CESAR<br>PO BOX 801175<br>COTO LAUREL, PR 00780 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39854 | $812.50* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número BAC-2017-0027, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | PEREZ SANTIAGO, EDITH M.<br>G-11 1<br>URB. LAS ALONDRAS<br>VILLALBA, PR 00766 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162688 | $25,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2001-4051, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | RIVERA VILLEGAS, KARLA M.<br>URB. LOS DOMINICOS<br>CALLE SAN MATEO A-8<br>BAYAMON, PR 00957 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35509 | $194,400.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KLCE-2014-00045, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación.

Reclamo n.º 35509 incluido también en el Anexo A de la Objeción Global 347 por Reclamos para ser Modificados.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Quincuagésima Tercera Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 33 | ROMERO CASTRO, IVELISSE<br>REPTO. SAN JOSE<br>375 CALLE BLANES<br>SAN JUAN, PR 00923 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 95222 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo N.º 95222 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | SANCHEZ MATEO, JOSE L.<br>PMB 663<br>PO BOX 6017<br>CAROLINA, PR 00984-6017 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 65849 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-1991-0665, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo n.º 65849 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | TROSSI OLIVERA, GERARDO<br>SANTA RITA<br>118 RAMON NONATO<br>BO COTO LAUREL<br>COTO LAUREL, PR 00780 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101284 | $3,150.00* |

Base para: La Evidencia de Reclamo invoca obligaciones vinculadas a los casos AQ-16-0330 y L-17-078. Sin embargo, de acuerdo con la información proporcionada por el gobierno, ya se cumplió con el fallo dictado por la CASP. Por tal razón, no existe ninguna obligación pendiente asociada a estos casos.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 36 | TRUJILLO PLUMEY, ROSAMAR<br>TIERRA DEL<br>SOL CALLE 1 APT 122<br>HUMACAO, PR 00791 | 05/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25818 | $208,038.60* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-10-0546, pero el demandante no aparece mencionado como tal en dicho litigio.

Reclamo n.º 25818 también incluido en el Anexo A de la Objeción Global 337 y la Objeción Global 347 por Reclamos para ser Reclasificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | VELEZ AGOSTO, MARIA DE LOS A<br>URB VALLE TOLIMA<br>H 16 CALLE JOSE I. QUINTON<br>CAGUAS, PR 00725 | 06/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115875 | $3,150.00* |

Base para: La Evidencia de Reclamo invoca obligaciones vinculadas a los casos AQ-16-0330 y L-17-078. Sin embargo, de acuerdo con la información proporcionada por el gobierno, ya se cumplió con el fallo dictado por la CASP. Por tal razón, no existe ninguna obligación pendiente asociada a estos casos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | VIDAL RODRIGUEZ INC<br>I CAPITAL CENTER BLDG<br>SUITE 501 239 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1478 | 04/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4590 | $49,181.88 |

Base para: La evidencia de reclamo pretende invocar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero las que totalizan $29,453.37 no proporcionan documentación de respaldo suficiente como para invocar las obligaciones contra dicho Estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido de obligaciones contra dicho estado o cualquiera de los otros deudores al amparo del Título III. Por otro lado, la o las facturas que ascienden a $18,280.50 no proporcionan un fundamento para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Banco Gubernamental de Fomento, que no forma parte de los procedimientos iniciados al amparo del Título III.

Reclamo n.º 4590 incluido también en el Anexo A de la Objeción Global 372 por Reclamos para ser Modificados.

| | | | | | TOTAL | $990.978.84* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados