# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima quincuagésima quinta objeción global**

Quingentésima Quincuagésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COTTO CASTRO, PABLO J.<br>HC 2 BOX 6281<br>GUAYANILLA, PR 00656-9708 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 114498 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | CRUZ LAFONTAINE, JUAN M.<br>15 FIGERAS<br>JAYUYA, PR 00664 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30885 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | CRUZ NUNEZ, FRANCISCO<br>PO BOX 526<br>BAJADERO, PR 00616-0526 | 03/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2872 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Quincuagésima Quinta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | CRUZ SANCHEZ, RUBEN D.<br>PO BOX 346<br>ARROYO, PR 00714 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71402 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | FAS RAMIREZ, JOSUE<br>URB. MARTY BUZON #3<br>CABO ROJO, PR 00623 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46281 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a cualquiera de los litigios contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FIGUEROA ORTIZ, MARIA D<br>P O BOX 826<br>YABUCOA, PR 00767 | 05/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16121 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | GONZALEZ ZAYAL, RAFAEL URB. ESTANCIA DEL MAYORAL CALLE COUBERAL BUZON 12106 VILLALBA, PR 00766 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 165332 | $17,000.00* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | MONTALVO CASTRO, FERNANDO 1542 AVE MIRAMAR ARECIBO, PR 00612 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15477 | $40,000.00* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ORTIZ SANTIAGO, SAMUEL HC 1 BOX 4336 AIBONITO, PR 00705 | 04/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5390 | $1,072.00* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a cualquiera de los litigios contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Quincuagésima Quinta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | OTANO HERNANDEZ, ANGEL<br>HC 01 BOX 4146<br>LARES, PR 00669 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24439 | $30,000.00* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | PINTO GONZALEZ, ALFREDO<br>303 CALLE VEREDA DEL PRADO<br>URB. LOS ARBOLES<br>CAROLINA, PR 00987 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140364 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | QUINONES PINTO, ANGEL G<br>BO LAS DOLORES<br>263 CALLE COLOMBIA<br>RIO GRANDE, PR 00745 | 04/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5731 | $85,813.91* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, Caso n.º KAC-2007-4170 ("FUPO"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera efectivamente demandante en ese litigio, esa porción del reclamo sería duplicado del Reclamo n°. 161091, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado "FUPO".

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | RIVERA MARRERO, JOSE R<br>URB COUNTRY CLUB<br>877 CALLE HYPOLIAS<br>SAN JUAN, PR 00924 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41805 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 179140 y 93199, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Beltrán Cintrón.

Reclamo n.º 41805 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados.

| 14 | ROSARIO COLLAZO, SILVERIO J.<br>RES. FERNANDO LUIS GARCIA<br>EDI. 27 APT. 195<br>UTUADO, PR 00641 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33388 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. 152372, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado Maldonado Colón.

| 15 | VALENTIN TORRES, JULIO ANGEL<br>URB. RIO CRISTAL C/ ROBERTO COLE 520<br>MAYAGUEZ, PR 00680 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15400 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón") y Jeannette Abrams Díaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Díaz"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a cualquiera de los litigios contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, aun si el demandante fuera, en efecto, tal en cualquiera de ambos litigios, el reclamo constituiría un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios de Pérez Colón y Abrams Díaz.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Quincuagésima Quinta Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | VAZQUEZ MARTINEZ, MITCHELL CANA DD-1 CALLE 29 BAYAMON, PR 00957 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35228 | $223,200.00* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho.

| | | | | | TOTAL | $397.085.91* |
|---|---|---|---|---|---|---|