# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Fifty-Sixth Omnibus Objection**

Five Hundred Fifty-Sixth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FUNDACION BIBLIOTECA RAFAEL HERNANDEZ COLON, INC.<br>ALFREDO FERNANDEZ<br>P.O. BOX 11750<br>FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR 00910-1750 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23332 | $500,000.00* |

Reason: Claimants assert claims based on an entitlement to appropriations from the Commonwealth government. Such clams are classified, however, as appropriations claims under the Plan, which do not receive any recovery, and not as CW General Unsecured Claims.

Claim #23332 also contained on Exhibit A to the 345th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | FUNDACION LUIS A. FERRE, INC.<br>PO BOX 9027<br>PONCE, PR 00732-9027 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154178 | $2,346,199.00 |

Reason: Claimants assert claims based on an entitlement to appropriations from the Commonwealth government. Such clams are classified, however, as appropriations claims under the Plan, which do not receive any recovery, and not as CW General Unsecured Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FUNDACION SILA M. CALDERON<br>1012 CALLE GONZALEZ<br>RIO PIEDRAS, PR 00925 | 05/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9846 | $540,424.00 |

Reason: Claimants assert claims based on an entitlement to appropriations from the Commonwealth government. Such clams are classified, however, as appropriations claims under the Plan, which do not receive any recovery, and not as CW General Unsecured Claims.

| | | | | | TOTAL | $3,386,623.00* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts

1