# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima quincuagésima sexta objeción global**

## Quingentésima Quincuagésima Sexta Objeción Global
## Anexo A: Reclamos Satisfechos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | FUNDACION BIBLIOTECA RAFAEL HERNANDEZ COLON, INC.<br>ALFREDO FERNANDEZ<br>P.O. BOX 11750<br>FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR 00910-1750 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23332 | $500,000.00* |
| | Base para: Los demandantes invocan reclamos fundándose en un derecho a expropiaciones efectuadas por el gobierno del Estado Libre Asociado. Esos reclamos, sin embargo, están clasificados como reclamos de expropiaciones conforme al Plan, los cuales no reciben ninguna recuperación, y no como Reclamos Generales Sin Garantía CW.<br><br>Reclamo n.º 23332 incluido también en el Anexo A de la Objeción Global 345 por Reclamos para ser Reclasificados. | | | | | |
| 2 | FUNDACION LUIS A. FERRE, INC.<br>PO BOX 9027<br>PONCE, PR 00732-9027 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154178 | $2,346,199.00 |
| | Base para: Los demandantes invocan reclamos fundándose en un derecho a expropiaciones efectuadas por el gobierno del Estado Libre Asociado. Esos reclamos, sin embargo, están clasificados como reclamos de expropiaciones conforme al Plan, los cuales no reciben ninguna recuperación, y no como Reclamos Generales Sin Garantía CW. | | | | | |
| 3 | FUNDACION SILA M. CALDERON<br>1012 CALLE GONZALEZ<br>RIO PIEDRAS, PR 00925 | 05/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9846 | $540,424.00 |
| | Base para: Los demandantes invocan reclamos fundándose en un derecho a expropiaciones efectuadas por el gobierno del Estado Libre Asociado. Esos reclamos, sin embargo, están clasificados como reclamos de expropiaciones conforme al Plan, los cuales no reciben ninguna recuperación, y no como Reclamos Generales Sin Garantía CW. | | | | | |
| | | | | | TOTAL | $3,386,623.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados