# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima quincuagésima octava objeción global**

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACION REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BANKRUPTCY ESTATE OF PMC MARKETING CORP. BANK. CASE NO. 09-02048 NOREEN WISCOVITCH-RENTAS, CHAPTER 7 TRUSTEE PMB 136 400 CALLE JUAN CALAF SAN JUAN, PR 00918 | 5/2/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 10198 | $1,154,734.06 | PMC MARKETING CORP. ATTN: RAFAEL A. GONZALEZ VALIENTE GODREAU & GONZALEZ LAW P.O. BOX 9024176 SAN JUAN, PR 00902-4176 | 5/24/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 166452 | $1,154,734.06 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada | | | | | | | | | |
| 2 | BLUE BEETLE III, LLC C/O ELAM LLC C/O ISMAEL H. HERRERO III, ESQ. P.O. BOX 362159 SAN JUAN, PR 00936 | 8/31/2022 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 180510 | $160,121,820.08 | BLUUE BEETLE III, LLC C/O ELAM LLC C/O ISMAEL H. HERRERO III, ESQ. P.O. BOX 362159 SAN JUAN, PR 00936 | 8/31/2022 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 180509 | $160,121,820.08 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada | | | | | | | | | |
| 3 | RODRIGUEZ LABOY, ANDRES HC-65 BOX 6395 PATILLAS, PR 00723 | 5/11/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 10752 | $10,000.00 | LABOY, ANDRES RODRIGUEZ PO BOX 201 ARROYO, PR 00714 | 6/6/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 60575 | $10,000.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada | | | | | | | | | |
| 4 | YFN YABUCOA SOLAR LLC C/O ISMAEL H. HERRERO III, ESQ. P.O. BOX 362159 SAN JUAN, PR 00936 | 10/20/2021 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 179661 | $155,814,657.86 | YFN YABUCOA SOLAR LLC C/O ISMAEL H. HERRERO III, ESQ. P.O. BOX 362159 SAN JUAN, PR 00936 | 10/20/2021 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 179660 | $155,814,657.86 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados