# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Fifty-Fourth Omnibus Objection**

Five Hundred Fifty-Fourth Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 12404 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $72.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $72.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 2 | CEMEX CONCRETOS, INC. (AND/OR CEMEX DE PUERTO RICO, INC.) SUCCESSOR IN INTEREST OF READY MIX CONCRETE, INC.<br>GONZALEZ & ROIG<br>PO BOX 193077<br>SAN JUAN, PR 00919-3077 | 78288 | Commonwealth of Puerto Rico | Unsecured | $45,175.30* | Commonwealth of Puerto Rico | Unsecured | $45,175.30 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $45,175.30 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 3 | COLON QUIÑONES, CHRISTOPHER<br>DONALD MILÁN GUINDÍN<br>PO BOX 1565<br>LAJAS, PR 00667 | 6605 | Commonwealth of Puerto Rico | Unsecured | $35,000.00* | Commonwealth of Puerto Rico | Unsecured | $35,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $35,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Fifty-Fourth Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 21731 | Commonwealth of Puerto Rico | Unsecured | $12,209.10* | Commonwealth of Puerto Rico | Unsecured | $12,209.10 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $12,209.10 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 23193 | Commonwealth of Puerto Rico | Unsecured | $500.00* | Commonwealth of Puerto Rico | Unsecured | $500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $500.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 24253 | Commonwealth of Puerto Rico | Unsecured | $11,100.00* | Commonwealth of Puerto Rico | Unsecured | $11,100.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $11,100.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Fourth Omnibus Objection
Exhibit A - Claims to Be Liquidated and Allowed

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 24857 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD, SUITE 420<br>LAKE WORTH, FL 33467 | 25007 | Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $15,000.00 for the Claim, such amount fully liquidates the Claim.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 25073 | Commonwealth of Puerto Rico | Unsecured | $17,850.00* | Commonwealth of Puerto Rico | Unsecured | $17,850.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $17,850.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Fourth Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | ELEVEN ELEVEN CORP. VERÓNICA MALAVÉ PO BOX 305 CATAÑO, PR 00963-0305 | 9444 | Commonwealth of Puerto Rico | Unsecured | $7,504.20* | Commonwealth of Puerto Rico | Unsecured | $7,504.20 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,504.20 for the Claim, such amount fully liquidates the Claim.

|  | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | GARCIA TORRES, AWILDA MARTIN GONZÁLEZ VÁZQUEZ PO BOX 591 MERCEDITA, PR 00715-0591 | 46893 | Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $50,000.00 for the Claim, such amount fully liquidates the Claim.

|  | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | JARIDA GARCIA MELENDEZ AND FERNANDO BALMORI ALOMAR IN REPRESENTATION OF THE MINOR V.B.G. HARRY ANDUZE MONTAÑO, ESQ. 144 AVE. FERNÁNDEZ JUNCOS SAN JUAN, PR 00909 | 24610 | Commonwealth of Puerto Rico | Unsecured | $6,000.00* | Commonwealth of Puerto Rico | Unsecured | $6,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $6,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Fourth Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | KERCADO FUENTES, BELEN<br>300 AVE. BOX. 313<br>COND. ESTANCIAS DE METROPOLIS<br>CAROLINA, PR 00987 | 29606 | Commonwealth of Puerto Rico | Unsecured | $20,000.00* | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $20,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 | M.R.C.C. MINOR REPRESENTED BY MOTHER EILEEN CORREA ATTORNEY ANTONIO BONZA TORRA<br>602 A.M. RIVERA, 6NMS BLDG OF 406<br>HATO REY, PR 00918 | 31888 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | NATIONAL INSURANCE COMPANY EN LIQUIDACIN<br>PO BOX 270043<br>SAN JUAN, PR 00928 | 363 | Commonwealth of Puerto Rico | Unsecured | $11,053.36* | Commonwealth of Puerto Rico | Unsecured | $11,053.36 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $11,053.36 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Fourth Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

| | | | ASSERTED | | | MODIFIED AND/OR ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 16 | OSORIO IGLESIAS, EFRAÍN<br>LCDA. YESESNIA VARELA COLÓN<br>CALLE ESCORIAL 382 URB. CAPARRA HEIGHTS<br>SAN JUAN, PR 00920 | 8624 | Commonwealth of Puerto Rico | Unsecured | $25,000.00* | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/ or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $25,000.00 for the Claim, such amount fully liquidates the Claim.

| 17 | QBE SEGUROS<br>LCDO. FRANCISCO SAN MIGUEL-FUXENCH<br>PO BOX 190406<br>SAN JUAN, PR 00919 | 58855 | Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/ or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $15,000.00 for the Claim, such amount fully liquidates the Claim.

| 18 | SUNC. LUIS D. FERNANDEZ GLADYS TORRES SILVA<br>LCDA. ALICE HERNANDEZ AGOSTO<br>PMB 333 BOX 607071<br>BAYAMON, PR 00960-7071 | 147555 | Commonwealth of Puerto Rico | Unsecured | $10,091.00* | Commonwealth of Puerto Rico | Unsecured | $10,091.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/ or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,091.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts