## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Quingentésima quincuagésima cuarta objeción global**

Quingentésima Quincuagésima Cuarta Objeción Global

## Anexo A: Reclamos para Liquidar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | MODIFICADOS Y/O ADMITIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | CE & L FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR 00960 | 12404 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $72.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $72.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | CEMEX CONCRETOS, INC. (AND/OR CEMEX DE PUERTO RICO, INC.) SUCCESSOR IN INTEREST OF READY MIX CONCRETE, INC. GONZALEZ & ROIG PO BOX 193077 SAN JUAN, PR 00919-3077 | 78288 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,175.30* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,175.30 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $45,175.30 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | COLON QUIÑONES, CHRISTOPHER DONALD MILÁN GUINDÍN PO BOX 1565 LAJAS, PR 00667 | 6605 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $35,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Cuarta Objeción Global

Anexo A: Reclamos para Liquidar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADOS Y/O ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 21731 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,209.10* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,209.10 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $12,209.10 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 23193 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $500.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $500.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $500.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 24253 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,100.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,100.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $11,100.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Cuarta Objeción Global

Anexo A: Reclamos para Liquidar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS | | MODIFICADOS Y/O ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 24857 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $10,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD, SUITE 420 LAKE WORTH, FL 33467 | 25007 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $15,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 25073 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,850.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,850.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $17,850.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Cuarta Objeción Global

Anexo A: Reclamos para Liquidar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS | | MODIFICADOS Y/O ADMITIDOS | | |
| | | | | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | ELEVEN ELEVEN CORP. VERÓNICA MALAVÉ PO BOX 305 CATAÑO, PR 00963-0305 | 9444 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,504.20* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,504.20 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $7,504.20 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | GARCIA TORRES, AWILDA MARTIN GONZÁLEZ VÁZQUEZ PO BOX 591 MERCEDITA, PR 00715-0591 | 46893 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $50,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | JARIDA GARCIA MELENDEZ AND FERNANDO BALMORI ALOMAR IN REPRESENTATION OF THE MINOR V.B.G. HARRY ANDUZE MONTAÑO, ESQ. 144 AVE. FERNÁNDEZ JUNCOS SAN JUAN, PR 00909 | 24610 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $6,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Cuarta Objeción Global

## Anexo A: Reclamos para Liquidar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | MODIFICADOS Y/O ADMITIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | KERCADO FUENTES, BELEN 300 AVE. BOX. 313 COND. ESTANCIAS DE METROPOLIS CAROLINA, PR 00987 | 29606 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $20,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | M.R.C.C. MINOR REPRESENTED BY MOTHER EILEEN CORREA ATTORNEY ANTONIO BONZA TORRA 602 A.M. RIVERA, 6NMS BLDG OF 406 HATO REY, PR 00918 | 31888 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $10,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 15 | NATIONAL INSURANCE COMPANY EN LIQUIDACIN PO BOX 270043 SAN JUAN, PR 00928 | 363 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,053.36* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,053.36 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $11,053.36 para el Reclamo, monto que liquida por completo el Reclamo.

Quingentésima Quincuagésima Cuarta Objeción Global

Anexo A: Reclamos para Liquidar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| | | | ALEGADOS | | | MODIFICADOS Y/O ADMITIDOS | | |
| 16 | OSORIO IGLESIAS, EFRAÍN LCDA. YESESNIA VARELA COLÓN CALLE ESCORIAL 382 URB. CAPARRA HEIGHTS SAN JUAN, PR 00920 | 8624 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $25,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | QBE SEGUROS LCDO. FRANCISCO SAN MIGUEL-FUXENCH PO BOX 190406 SAN JUAN, PR 00919 | 58855 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $15,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | SUNC. LUIS D. FERNANDEZ GLADYS TORRES SILVA LCDA. ALICE HERNANDEZ AGOSTO PMB 333 BOX 607071 BAYAMON, PR 00960-7071 | 147555 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,091.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,091.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $10,091.00 para el Reclamo, monto que liquida por completo el Reclamo.