# **EXHIBIT A**

TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELEXTRIC POWER AUTHORITTY