## **EXHIBIT D**

LOAD FORECAST AND ILLUSTRATIVE CASH FLOW FOR NEW BONDS

Exhibit to be provided at a later time.