# **EXHIBIT I**

LIST OF PREPA'S BANK ACCOUNTS, BALANCES, AND PRELIMINARY RESTRICTION CATEGORIZATIONS AS OF SEPTEMBER 30, 2022 AND NOVEMBER 1, 2022

**PREPA:**

| Account Number | Financial Institution | 9/30/2022 Balance ($) | 11/01/2022 Balance ($)[1] | Categorization |
|---|---|---|---|---|
| 132/BSA-45-4468 | First Bank | $217,984,445.66 | $200,786,595.80 | **Restricted: Federal Funds** – funds provided by U.S. federal agencies, including FEMA and the U.S. Department of Housing and Urban Development, for the repair, replacement, restoration, improvement, resiliency, construction or hazard mitigation of the transmission and distribution ("T&D") system |
| 132/BSA-50-2350 | First Bank | $177,186,999.15 | $185,011,204.86 | **Restricted: Third Party Contract** – funds set aside for T&D expenditures relating to costs and expenses incurred in providing operating and maintenance services per Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement dated as of June 22, 2020, by and among PREPA, the Puerto Rico Public-Private Partnerships Authority, Luma Energy, LLC, and Luma Energy Servco, LLC (the "LUMA Contract") |
| 132/BCP-55-2348 | Banco Popular | $149,612,983.74 | $149,879,821.57 | **Restricted: Federal Funds** – funds provided by FEMA for working capital advances |

---

[1] Updated balances as of November 1, 2022 were obtained from PREPA but have not been independently verified with the relevant financial institutions. They also identified four additional bank accounts each with a $0 balance, but they are not included in this exhibit because they have been closed (as confirmed by the relevant financial institutions).

| Account Number | Financial Institution | 9/30/2022 Balance ($) | 11/01/2022 Balance ($)[1] | Categorization |
|---|---|---|---|---|
| 132/BCP-56-1678 | Banco Popular | $112,527,994.33 | $184,340,588.50 | **Restricted: Federal Funds** – funds provided by FEMA for reimbursement of costs of repairs from hurricane and earthquake damages |
| 132/ORI-03-2677 | Oriental Bank | $92,196,591.97 | $69,924,994.79 | Unrestricted |
| 132/BCP-17-4253 | Banco Popular | $71,409,622.92 | $26,144,003.06 | Unrestricted |
| 132/BSA-48-2383 | First Bank | $61,599,739.66 | $61,828,695.53 | **Restricted: Third Party Contract** – funds set aside for power generation expenditures relating to costs and expenses incurred in providing power and electricity per the LUMA Contract |
| 132/BSA-46-2405 | First Bank | $48,907,285.15 | $52,193,282.79 | **Restricted: Third Party Contract** – funds set aside for contingency reserve per the LUMA Contract |
| 132/BSA-49-2361 | First Bank | $46,585,174.70 | $29,644,578.79 | **Restricted: Third Party Contract** – funds set aside for capital improvements per the LUMA Contract |
| 132/FIR-58-2515 | First Bank | $41,016,997.41 | $41,072,522.06 | **Restricted: Third Party Contract** – funds set aside for costs and expenses incurred in power generation per the LUMA Contract |
| 132/CIT-03-5287 | Citibank | $36,795,793.35 | $12,014,660.34 | **Restricted: Court Order** – insurance proceeds funds set aside per court order (PREPA Title III Doc. 514) for repair, replacement, or reconstruction of damaged or destroyed property |
| 132/BSA-47-2394 | First Bank | $33,659,588.44 | $76,564,357.52 | **Restricted: Third Party Contract** – funds set aside for costs and expenses incurred in fuel supply arrangement per the LUMA Contract |

| Account Number | Financial Institution | 9/30/2022 Balance ($) | 11/01/2022 Balance ($)[1] | Categorization |
|---|---|---|---|---|
| 132/BSA-51-2372 | First Bank | $30,031,610.07 | $30,072,963.19 | **Restricted: Third Party Contract** – funds set aside for outage event reserve per the LUMA Contract |
| 132/BCP-47-2622 | Banco Popular | $22,780,656.14 | $22,780,656.14 | **Restricted: Federal Funds** – funds provided by FEMA for hazard mitigation grant program approved costs |
| 132/CIT-02-5015 | Citibank | $19,445,069.41 | $6,144,662.88 | Unrestricted |
| 132/FIR-39-5280 | First Bank | $16,918,452.46 | $16,940,006.10 | **Asserted to be Restricted: Third Party Contract** – subject to PREPA bondholder litigation[2] |
| 132/USB-01-8002 | US Bank | $16,878,288.09 | $16,878,429.13 | **Restricted: Bondholder Contract** – funds held by PREPA bond trustee pursuant to the Trust Agreement of 1974, as amended, between PREPA and bond trustee |
| 132/FIR-01-0527 | First Bank | $9,576,117.19 | $1,573,993.67 | Unrestricted |
| 132/BCP-11-3540 | Banco Popular | $7,196,157.80 | $10,347,137.13 | **Restricted: Federal Funds** – funds provided by FEMA for Hurricane Maria related costs |
| 132/BCP-19-5914 | Banco Popular | $3,826,644.93 | $6,702,886.81 | **Restricted: Federal Funds** – funds provided by FEMA for earthquake related costs |
| 132/FIR-40-5281 | First Bank | $3,343,323.16 | $3,347,582.46 | Unrestricted |
| 132/BCP-09-2689 | Banco Popular | $2,490,266.00 | $2,490,266.00 | Unrestricted |
| 132/BCP-02-3165 | Banco Popular | $2,161,060.93 | $2,164,915.30 | Unrestricted |

---

[2] This account relates to funds that are subject to litigation regarding the scope of PREPA bond trustee's security interest (Adv. Proc. No. 19-00391-LTS).

| Account Number | Financial Institution | 9/30/2022 Balance ($) | 11/01/2022 Balance ($)[1] | Categorization |
|---|---|---|---|---|
| x6855 | Banco Popular | $1,985,034.44 | $1,988,574.86 | Unreviewed[3] |
| x2592 | Banco Popular | $1,875,438.02 | $1,875,438.02 | Unreviewed |
| x4708 | Banco Popular | $1,578,886.00 | N/A[4] | Unreviewed |
| x5023 | Citibank | $1,548,651.02 | $1,551,558.13 | Unreviewed |
| x5282 | First Bank | $1,162,635.32 | $1,164,116.49 | Unreviewed |
| x8000 | US Bank | $966,889.87 | $969,856.41 | Unreviewed |
| x5201 | Citibank | $835,476.44 | $546,850.94 | Unreviewed |
| x0158 | Banco Popular | $631,531.83 | $900,325.42 | Unreviewed |
| x9652 | Banco Popular | $257,566.50 | $257,883.84 | Unreviewed |
| x7862 | Banco Popular | $162,119.41 | $162,119.41 | Unreviewed |
| x9317 | Banco Popular | $143,417.73 | $110,968.95 | Unreviewed |
| x8020 | US Bank | $126,549.06 | $126,550.12 | Unreviewed |
| x9000 | US Bank | $65,706.64 | $65,707.19 | Unreviewed |
| x5357 | Banco Popular | $60,591.73 | $297,892.49 | Unreviewed |
| x8004 | US Bank | $59,817.06 | $59,817.56 | Unreviewed |
| x8016 | US Bank | $36,895.93 | $36,896.24 | Unreviewed |
| x2835 | Banco Popular | $34,000.00 | $34,000.00 | Unreviewed |
| x3524 | Banco Popular | $31,835.82 | $76,235.35 | Unreviewed |
| x5317 | Citibank | $25,978.73 | $25,978.73 | Unreviewed |
| x9007 | Banco Popular | $2,043.88 | $624.17 | Unreviewed |
| x9823 | Banco Popular | $1,420.76 | N/A | Unreviewed |
| x8013 | US Bank | $944.67 | $944.67 | Unreviewed |
| x8018 | US Bank | $250.39 | $250.39 | Unreviewed |
| x9001 | US Bank | $152.61 | $152.61 | Unreviewed |
| x8017 | US Bank | $46.06 | $46.06 | Unreviewed |

[3] Accounts with balances lower than $2.0 million were not reviewed for restriction assessment. As of September 30, 2022, the accounts reviewed for restriction status represented approximately $1.224 billion of the total $1.236 billion, or 99.1% of funds held at the PREPA accounts. The accounts that have not been reviewed based on the amount threshold are presented in gray boxes.
[4] An updated balance for this account as of November 1, 2022 is not available as of preparation of this exhibit.

| Account Number | Financial Institution | 9/30/2022 Balance ($) | 11/01/2022 Balance ($)[1] | Categorization |
|---|---|---|---|---|
| x0001 | US Bank | $9.96 | $9.96 | Unreviewed |
| x1001 | US Bank | $9.32 | $9.32 | Unreviewed |
| x8015 | US Bank | $5.13 | $5.13 | Unreviewed |
| x8019 | US Bank | $5.03 | $5.03 | Unreviewed |
| x4048 | Banco Popular | $0.00 | $0.00 | Unreviewed |
| x5309 | Citibank | $0.00 | N/A | Unreviewed |
| x9000 | US Bank | $0.00 | N/A | Unreviewed |
| x8014 | US Bank | $0.00 | N/A | Unreviewed |
| x2000 | US Bank | $0.00 | N/A | Unreviewed |
| x0000 | US Bank | $0.00 | N/A | Unreviewed |
| x5365 | Banco Popular | $0.00 | $0.00 | Unreviewed |
| x3933 | Banco Popular | $0.00 | $0.00 | Unreviewed |
| x3941 | Banco Popular | $0.00 | $0.00 | Unreviewed |
| x0458 | Banco Popular | $0.00 | $0.00 | Unreviewed |
| x7870 | Banco Popular | $0.00 | $0.00 | Unreviewed |
| x6062 | Banco Popular | $0.00 | $0.00 | Unreviewed |
| x5295 | Citibank | $0.00 | $0.00 | Unreviewed |
| x5104 | Citibank | $0.00 | N/A | Unreviewed |
| x5112 | Citibank | $0.00 | N/A | Unreviewed |
| x5074 | Citibank | $0.00 | N/A | Unreviewed |
| x5279 | Citibank | $0.00 | $0.00 | Unreviewed |
| x5058 | Citibank | $0.00 | $0.00 | Unreviewed |
| x5139 | Citibank | $0.00 | $0.00 | Unreviewed |
| x5147 | Citibank | $0.00 | $0.00 | Unreviewed |
| x5155 | Citibank | $0.00 | $0.00 | Unreviewed |
| x5244 | Citibank | $0.00 | N/A | Unreviewed |
| x1414 | Oriental Bank | $0.00 | $0.00 | Unreviewed |
| x3073 | Oriental Bank | $0.00 | $0.00 | Unreviewed |
| x8003 | US Bank | $0.00 | N/A | Unreviewed |

| Account Number | Financial Institution | 9/30/2022 Balance ($) | 11/01/2022 Balance ($)[1] | Categorization |
|---|---|---:|---:|---|
| x8021 | US Bank | $0.00 | N/A | Unreviewed |
| x4099 | US Bank | $0.00 | N/A | Unreviewed |
| x3001 | US Bank | $0.00 | N/A | Unreviewed |
| x4001 | US Bank | $0.00 | N/A | Unreviewed |
| x5000 | US Bank | $0.00 | N/A | Unreviewed |
| **TOTAL** | | **$1,235,724,772.02** | **$1,219,101,621.91** | |