# **EXHIBIT K**

BEST INTERESTS TEST REPORTS

Exhibit to be provided at a later time.