# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-3283-LTS<br><br>**Court Filing Relates Only to PREPA** |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-4780-LTS<br><br>(Jointly Administered) |

**JOINDER OF SYNCORA GUARANTEE INC. TO THE OBJECTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS TO THE URGENT MOTION OF PUERTO RICO ELECTRIC POWER AUTHORITY FOR ORDER (I) SCHEDULING A HEARING TO CONSIDER THE ADEQUACY OF INFORMATION CONTAINED IN THE DISCLOSURE STATEMENT, (II) ESTABLISHING THE DEADLINE FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND REPLIES THERETO, (III) APPROVING FORM AND MANNER OF NOTICE THEREOF, (IV) ESTABLISHING DOCUMENT DEPOSITORY PROCEDURES IN CONNECTION THEREWITH, AND (V) GRANTING RELATED RELIEF**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Syncora Guarantee, Inc. ("**Syncora**") hereby respectfully submits this joinder to the *Objection of the Ad Hoc Group of PREPA Bondholders to the Urgent Motion of Puerto Rico Electric Power Authority for Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form and Manner of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief* [Case No. 17-4780-LTS, ECF No. 3116; Case No. 17-03283-LTS, ECF No. 23102] (the "**Ad Hoc Group Objection**").[2] Syncora joins and adopts the arguments raised in the Ad Hoc Group Objection, including the modified briefing schedule proposed therein. Syncora further reserves all rights with respect to the issues raised in the Urgent Motion, including the right to be heard at any hearing on the Urgent Motion.

[Remainder of Page Intentionally Left Blank]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Ad Hoc Group Objection.

DATED: December 18, 2022

Respectfully submitted,

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| **By :** */s/ Rafael Escalera* <br> **Rafael Escalera** <br> USDC No. 122609 <br> escalera@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice*) <br> susheelkirpalani@quinnemanuel.com |
| **Sylvia M. Arizmendi** <br> USDC-PR 210714 <br> arizmendis@reichardescalera.com | **Daniel Salinas** <br> USDC-PR 224006 <br> danielsalinas@quinnemanuel.com |
| **Carlos R. Rivera-Ortiz** <br> USDC-PR 303409 <br> riverac@reichardescalera.com | **Eric Kay** (*pro hac vice*) <br> erickay@quinnemanuel.com |
| 255 Ponce de León Avenue <br> MCS Plaza, 10th Floor <br> San Juan, Puerto Rico 00917-1913 | 51 Madison Avenue, 22nd Floor <br> New York, New York 10010-1603 |

*Co-Counsel for Syncora Guarantee, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

*/s/ Carlos R. Rivera Ortiz*
USDC-PR