UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER DENYING (I) MOTION REQUESTING TO BE RELEASED FROM OR OUT OF
ILLEGAL CUSTODY PRISON AND (II) MOTION FOR A JURY TRIAL FILED BY OBE JOHNSON

The Court has received and reviewed two pleadings filed by Obe E. Johnson (the "Movant"): (i) the *Motion Requesting to Be Released from or out of Illegal Custody Prison* (Docket Entry No. 23085 in Case No. 17-3283) (the "Release Motion") and (ii) the *Motion for a Jury Trial* (Docket Entry No. 23086 in Case No. 17-3283) (the "Jury Motion" and, together with the Release Motion, the "Motions").

The Release Motion asserts that "habeas corpus has already been granted . . . in connection with the First Habeas Corpus Action and the Second Habeas Corpus Action" and therefore requests an "order . . . to release me out of[] illegal custody." (Release Mot. at 1.) Based upon the Court's familiarity with the numerous pleadings that have been filed by Movant to date, the Court understands the references to the "First Habeas Corpus Action and the Second Habeas Corpus Action" to refer to the litigation captioned Johnson v. Morel, Case No. 09-cv-01172-CCC (D.P.R.) and Johnson v. Ocasio-Montañez, Case No. 20-cv-01222-JAG (D.P.R.), respectively. (See *Objection of the Commonwealth of Puerto Rico to Motion for Relief from Stay Filed by Obe E. Johnson* ¶¶ 8-22, Docket Entry No. 22797 in Case No. 17-3283 (describing

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

history of litigation filed by Movant).) The Jury Motion appears to request that Movant's habeas corpus actions and Movant's "prepetition damage[s] action"—which the Court understands to refer to the litigation captioned Johnson v. Porrate-Doria, Case No. 14-cv-1841-JAG (D.P.R.)—be tried before a jury. (Jury Mot. at 1-2.)

Each of the Motions therefore requests relief with respect to litigation overseen by other judges of the United States District Court for the District of Puerto Rico, and neither seeks relief with respect to matters pending before this Court. Accordingly, the Motions are each denied in their entirety.

This Order resolves Docket Entry Nos. 23085 and 23086 in Case No. 17-3283.

SO ORDERED.

Dated: December 19, 2022

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge