**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ALTERNATIVE DISPUTE RESOLUTION AND ADMINISTRATIVE CLAIMS RECONCILIATION**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

1. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"), authorizing the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve general unsecured claims using the procedures approved by the court in the ADR Order [ECF No. 12576-1] (the "ADR Procedures").

2. In accordance with the terms and conditions of the ADR Order, the Debtors have filed twenty-eight notices transferring claims into the ADR Procedures (as defined in the ADR Order), and have transferred over 1,200 claims into the ADR Procedures.

3. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Debtors to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes (the "ACR Procedures").

4. In accordance with the terms and conditions of the ACR Order, the Debtors have filed twenty-seven notices transferring claims into the ACR Procedures (as defined in the ACR Order), and have transferred approximately 44,866 claims (collectively, the "ACR Designated Claims"), into the ACR Procedures. The ACR Designated Claims will be resolved utilizing the

Pension/Retiree Procedures, the Tax Refund Procedures, the Public Employee Procedures, and/or the Grievance Procedures (each as defined in the ACR Order), as set forth in the ACR Transfer Notices.

5. In light of information received from the claimants following the transfer of claims, the Debtors have determined that certain ADR Designated Claims and ACR Designated Claims will be most efficiently resolved via omnibus objections. Accordingly, the Debtors hereby remove from the ADR Procedures the claims identified on **Exhibit A** hereto, and remove from the ACR Procedures the claims identified on **Exhibit B** hereto.

Dated: December 19, 2022
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

**EXHIBIT A**

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---:|
| 33898 | HERNANDEZ MENDOZA, ZORIDA | Commonwealth of Puerto Rico | $ 36,000.00 |
| 45412 | CRUZ MALDONADO, AMILCAR | Commonwealth of Puerto Rico | $ - |
| 49106 | FIGUEROA RIVERA, ANA R. | Commonwealth of Puerto Rico | $ - |
| 50673 | RIVERA AYALA, MARIA I. | Commonwealth of Puerto Rico | $ 46,636.26 |
| 51968 | PÉREZ SANTIAGO, ROSA H | Commonwealth of Puerto Rico | $ - |
| 57472 | RIVERA RIVERA, JUDITH | Commonwealth of Puerto Rico | $ - |
| 58114 | ROSSY, MILAGROS SANTIAGO | Commonwealth of Puerto Rico | $ - |
| 60869 | AYALA RODRIGUEZ, SANTA I. | Commonwealth of Puerto Rico | $ - |
| 61225 | COBIAN DE JESUS, DORIS LUZ | Commonwealth of Puerto Rico | $ - |
| 65058 | PABON MENDEZ, CARMEN M. | Commonwealth of Puerto Rico | $ - |
| 65323 | OCASIO TORO, NIDIA IRIS | Commonwealth of Puerto Rico | $ - |
| 66770 | MERCADO RUIZ, ISABEL | Commonwealth of Puerto Rico | $ - |
| 69808 | OLIVERA SEDA, GILBERTO | Commonwealth of Puerto Rico | $ - |
| 70934 | MENDEZ RODRIGUEZ, ARTURO | Commonwealth of Puerto Rico | $ - |
| 72100 | ALAINEDA DROS, AURA N | Commonwealth of Puerto Rico | $ - |
| 72104 | RAMOS VALLE, ISABEL | Commonwealth of Puerto Rico | $ - |
| 72241 | ORTIZ MILLAN, SARA | Commonwealth of Puerto Rico | $ - |
| 76177 | RAMOS CAMACHO, ISMAEL | Commonwealth of Puerto Rico | $ - |
| 77019 | OLMEDA ALMODOVAR, SAADI | Commonwealth of Puerto Rico | $ - |
| 77489 | VEGA TORO, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 78288 | CEMEX CONCRETOS, INC. (AND/OR CEMEX DE PUERTO RICO, INC.) SUCCESSOR IN INTEREST OF READY | Commonwealth of Puerto Rico | $ 45,175.30 |
| 79848 | PEREZ FONT, ROBERTO | Commonwealth of Puerto Rico | $ - |
| 80004 | COLON DIAZ, LIZBETH | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 80227 | MENDEZ HERNANDEZ, CARMEN M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 81005 | ACOSTA SAEZ, ANGEL LUIS | Commonwealth of Puerto Rico | $ - |
| 82300 | NIEVES CORCHADO, ERNESTO | Commonwealth of Puerto Rico | $ - |
| 86963 | NIEVES CORCHADO, NOEMI | Commonwealth of Puerto Rico | $ - |
| 88069 | GARCIA DE QUEVEDO LOPEZ, ANNIE | Commonwealth of Puerto Rico | $ - |
| 88961 | PAGAN PACHECO, BRENDA | Commonwealth of Puerto Rico | $ - |
| 89889 | COLBERG FLORES, SANTA M. | Commonwealth of Puerto Rico | $ - |
| 90969 | PADILLA CRUZ, NADINA | Commonwealth of Puerto Rico | $ - |
| 91340 | RIVERA RODRIGUEZ, ANDREA | Commonwealth of Puerto Rico | $ - |
| 92115 | AVILES SANTANA, LUZ D. | Commonwealth of Puerto Rico | $ - |
| 94188 | SEPULVEDA ALMODAVAR, ALBERTO | Commonwealth of Puerto Rico | $ - |
| 95551 | RAMIREZ LUGO, MARIA A | Commonwealth of Puerto Rico | $ - |
| 96465 | PABON FLORES , SATURNINA | Commonwealth of Puerto Rico | $ - |
| 96609 | RAMOS ROMAN, TOMASITA | Commonwealth of Puerto Rico | $ - |
| 98191 | RAMIREZ CRUZ, MIRIAM E. | Commonwealth of Puerto Rico | $ - |
| 99806 | RIVERA RODRIGUEZ, IRMA N | Commonwealth of Puerto Rico | $ - |
| 100736 | VAZQUEZ GALARZA, ROSA I. | Commonwealth of Puerto Rico | $ - |
| 101333 | MORALES GONZALEZ, FERMIN | Commonwealth of Puerto Rico | $ - |
| 102590 | QUILES GONZALES, MINERVA | Commonwealth of Puerto Rico | $ - |
| 104446 | PEREZ ORTEGA, CARMEN L. | Commonwealth of Puerto Rico | $ - |
| 104692 | QUINONES VAZQUEZ, AURORA | Commonwealth of Puerto Rico | $ - |
| 106101 | SERRANO SERRANO, OSVALDO | Commonwealth of Puerto Rico | $ - |
| 107538 | SERRANO GONZALEZ, VICTORIA | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 108762 | NAZARIO BARRERAS, MARIA DE LOS A. | Commonwealth of Puerto Rico | $ - |
| 110073 | NELSON AYALA, ORIETTA W. | Commonwealth of Puerto Rico | $ - |
| 111990 | TORRES TORRES, TOMAS ENRIQUE | Commonwealth of Puerto Rico | $ - |
| 112566 | PEREZ BAEZ, CARMEN SELENIA | Commonwealth of Puerto Rico | $ - |
| 112870 | ORTIZ RECIO, ADAN N. | Commonwealth of Puerto Rico | $ - |
| 112982 | PELLOT JIMENEZ, CLARIBEL | Commonwealth of Puerto Rico | $ - |
| 113293 | RUIZ LEBRON, CARMEN G | Commonwealth of Puerto Rico | $ - |
| 113958 | PEREZ GONZALEZ, ROMONITA | Commonwealth of Puerto Rico | $ - |
| 114990 | TORO BERRIOS, DAISY | Commonwealth of Puerto Rico | $ - |
| 115076 | PEREZ ORTIZ, CONFESOR | Commonwealth of Puerto Rico | $ - |
| 117022 | ORAMA MEDINA, MYRIAM | Commonwealth of Puerto Rico | $ - |
| 117720 | ASENCIO ZAPATA, MILDRED | Commonwealth of Puerto Rico | $ - |
| 118368 | OCASIO SANTIAGO, OLGA L. | Commonwealth of Puerto Rico | $ - |
| 119646 | BAEZ SAN MIGUEL, ANIBAL | Commonwealth of Puerto Rico | $ - |
| 119772 | MENDEZ PEREZ, WANDA ZOE | Commonwealth of Puerto Rico | $ - |
| 119904 | MERCADO LOPEZ, MAGDA I | Commonwealth of Puerto Rico | $ - |
| 120069 | RAMOS PEREZ, CARMEN D | Commonwealth of Puerto Rico | $ - |
| 120090 | MENDEZ PEREZ, WANDA ZOE | Commonwealth of Puerto Rico | $ - |
| 120630 | PRATTS CARLO, ROBERTO | Commonwealth of Puerto Rico | $ - |
| 121402 | CLASS HERNANDEZ, NADIA E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 122029 | PEREZ GONZALES, RAMONITA | Commonwealth of Puerto Rico | $ - |
| 122412 | NAZARIO BARRERA, MARIA DEL C | Commonwealth of Puerto Rico | $ - |
| 123273 | MONTES DE OCA LEBRON, GLADYS | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 124678 | TORRES PEREZ, LUZ D | Commonwealth of Puerto Rico | $ - |
| 125105 | LUCRE GUTIERREZ, ELBA I. | Commonwealth of Puerto Rico | $ - |
| 126567 | BARRIOS MAS, MIRIAM | Commonwealth of Puerto Rico | $ - |
| 126691 | VILLARRUBIA MORENO, CARLOS | Commonwealth of Puerto Rico | $ - |
| 131762 | RODRIGUEZ DELGADO, RAMILDA | Commonwealth of Puerto Rico | $ - |
| 135427 | SANTIAGO VALENTIN, LUIS B | Commonwealth of Puerto Rico | $ - |
| 135597 | ORTIZ LUGO, ARACELIS | Commonwealth of Puerto Rico | $ - |
| 136379 | TORRES SEDA, MARTA S. | Commonwealth of Puerto Rico | $ - |
| 137878 | PEREZ GONZALEZ, RAMONITA | Commonwealth of Puerto Rico | $ - |
| 140276 | TORRES SEDA, ZANIA I. | Commonwealth of Puerto Rico | $ - |
| 140869 | GUERRERO SABEDO, REINALDO | Commonwealth of Puerto Rico | $ - |
| 141809 | TORRES PEREZ, LUZ D. | Commonwealth of Puerto Rico | $ - |
| 142149 | REINAT MEDINA, SONIA | Commonwealth of Puerto Rico | $ - |
| 142177 | MORALES CRESPO, NORMA ESTHER | Commonwealth of Puerto Rico | $ - |
| 143518 | MORALES RAMIREZ, ROSA | Commonwealth of Puerto Rico | $ - |
| 145080 | PEREZ HERNANDEZ, CARMENCITA | Commonwealth of Puerto Rico | $ - |
| 145132 | LORENZO LORENZO, LUZ M. | Commonwealth of Puerto Rico | $ - |
| 146287 | RIVERA SALERNA, CARMEN M. | Commonwealth of Puerto Rico | $ - |
| 147160 | GONZALEZ FIGUEROA, BRUNILDA | Commonwealth of Puerto Rico | $ - |
| 147930 | MORALES CRESPO, NORMA E. | Commonwealth of Puerto Rico | $ - |
| 151738 | CAJIGAS BARRETO, MARIA G. | Commonwealth of Puerto Rico | $ - |
| 152539 | CAJIGAS BARRETO, ELENA | Commonwealth of Puerto Rico | $ - |
| 152642 | CRUZ MUNIZ, ILIA M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 152871 | RIVERA SALERNA, LILLIAM L. | Commonwealth of Puerto Rico | $ - |
| 157014 | PEREZ TORRES, NERY N | Commonwealth of Puerto Rico | $ - |
| 162411 | QUINONES FERRER, ILEANA | Commonwealth of Puerto Rico | $ - |
| 164031 | ORTIZ RECIO, LOURDES | Commonwealth of Puerto Rico | $ - |
| 164144 | RAMOS GONZALEZ, SANTA B | Commonwealth of Puerto Rico | $ - |

**EXHIBIT B**

**Exhibit B**

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 19939 | SOSTRE GONZALEZ, ANA | Puerto Rico Highways and Transportation Authority | $ - |