UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | ) | |
|---|---|---|
| In re | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| As a representative of | ) | (Jointly Administered) |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

ORDER AMENDING EXHIBIT A TO THE OMNIBUS ORDER AWARDING: (I.) INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FIFTEENTH INTERIM (FEBRUARY 1, 2022 – MAY 31, 2022) AND PRIOR COMPENSATION PERIODS; (II.) FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FINAL FEE PERIOD FOR CERTAIN PROFESSIONALS

The Court hereby gives notice that there is a typographical error in Exhibit A to

the *Omnibus Order Awarding: (I.) Interim Allowance of Compensation for Professional Services

Rendered and Reimbursement of Expenses for the Fifteenth Interim (February 1, 2022 – May 31,

2022) and Prior Compensation Periods; (II.) Final Allowance of Compensation for Professional

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Services Rendered and Reimbursement of Expenses for the Final Fee Period for Certain Professionals* (Docket Entry No. 23045 in Case No. 17-3283, Docket Entry No. 1390 in Case No. 17-3566, Docket Entry No. 1453 in Case No. 17-3567, and Docket Entry No. 3107 in Case No. 17-4780) (the "Omnibus Order").

Exhibit A to the Omnibus Order is hereby amended and restated, as set forth in the revised Exhibit A attached here, to reflect that the fee application of Casillas, Santiago & Torres for the Fifteenth Interim Fee Period (Docket Entry No. 21514 in Case No. 17-3283) is for the entire compensation period of February 1, 2022 to May 31, 2022.

SO ORDERED.

Dated: December 20, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge