# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 30999 | ALICEA VIROLA, VANESSA | Public Employee | $9,000.00 |
| 99585-1 | ALMODOVAR RODRIGUEZ, RICARDO | Public Employee | $2,000.00 |
| 180104 | AMERITRADE CLEARING, INC. | Tax Refund | $201,646.00 |
| 47314 | ARZOLA CARABALLO, LUIS E. | Public Employee | $0.00 |
| 77734 | BATIZ RODRIGUEZ, ANGEL M. | Public Employee | $0.00 |
| 132759 | BERDIEL LOPEZ, BLANCA I. | Public Employee | $0.00 |
| 69079 | BERROCALES MORENO, IVELISSE | Public Employee | $0.00 |
| 102209 | BRAVO ALONSO, GLADYS N | Public Employee & Pension/Retiree | $0.00 |
| 68261 | BRAVO ALONSO, GLADYS N. | Public Employee & Pension/Retiree | $0.00 |
| 141433 | BRAVO ALONSO, GLADYS N. | Public Employee & Pension/Retiree | $0.00 |
| 43192 | BURGOS CRUZ, HILDA M | Public Employee | $0.00 |
| 24753 | CACERES MORALES, JOSE A | Public Employee | $65,000.00 |
| 58761 | CALZADA MILLAN, ONESIMO | Public Employee | $50,000.00 |
| 180488 | CANDELARIO BAEZ, WANDA | Pension/Retiree | $81,639.50 |
| 9814 | CARDOZA MARTINEZ, JOSE | Public Employee | $0.00 |
| 84867-1 | CENTENO ALVARADO, RAFAEL | Public Employee | $18,000.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 26104 | CHAPARRO VILLANUE, SANDRA I | Public Employee | $0.00 |
| 129974 | COLON FONT, WANDA I. | Public Employee | $0.00 |
| 37316 | CORALES PAGAN, IVIS A. | Public Employee | $0.00 |
| 43253 | CRESPO PEREZ, EFRAIN | Public Employee | $0.00 |
| 132771-1 | CRUZ ARCE, EVELYN | Public Employee | $0.00 |
| 34994 | CRUZ RODRIGUEZ, LITZA M | Public Employee | $0.00 |
| 7913 | CRUZ RODRIGUEZ, SHEILA | Pension/Retiree | $60,000.00 |
| 124586 | DELBREY IGLESIAS, MYRNA E | Public Employee & Pension/Retiree | $0.00 |
| 32304 | DIAZ AVILES, ORLANDO | Public Employee | $0.00 |
| 31247 | DURAN CABAN, PALACIN | Public Employee | $0.00 |
| 71441 | FIGUEROA TORRES, ALEXIS | Public Employee | $15,000.00 |
| 154506 | FRANCIS DONGLES, BEVERLY | Public Employee | $0.00 |
| 2426 | FRANCISCO TORO DE OSUNA VIVIANA VELEZ PEREZ COMM PROP | Public Employee | $0.00 |
| 13320 | GARCIA MORALES, VICTOR R | Public Employee | $27,490.00 |
| 61437 | GARCIA NIEVES, CARMEN DELIA | Public Employee | $0.00 |
| 180157 | GARRIDO AMADEO, MARIA T | Tax Refund | $1,400.00 |

2

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 180178 | GOLDMAN, MARK | Tax Refund | $105,035.00 |
| 180099 | GOLDMAN, REBECCA | Tax Refund | $105,035.00 |
| 180179 | GOLDMAN, STUART J. | Tax Refund | $105,035.00 |
| 113021 | GONZALEZ GONZALEZ, NORBERTO | Public Employee | $0.00 |
| 91396 | GONZALEZ QUIRINDONGO, EFRAIN | Public Employee | $0.00 |
| 171069 | HERNANDEZ CRUZ, NELSON | Public Employee | $47,800.00 |
| 7323 | HUERTAS ACEVEDO, BRENDA L | Pension/Retiree | $22,161.00 |
| 65910 | JORGE PAGAN, GLENDA I | Public Employee | $1,552.35 |
| 69188 | JORGE PAGAN, GLENDA I | Public Employee | $0.00 |
| 71958 | JORGE PAGAN, GLENDA I | Public Employee | $0.00 |
| 73977 | JORGE PAGAN, GLENDA I | Public Employee | $0.00 |
| 180150 | JOSE L. GARRIDO TOBAJA AND IRAIDA AMADEO MURGA | Tax Refund | $3,490.00 |
| 24607-1 | LEBRON FLORES, AMANLYS | Public Employee | $0.00 |
| 136447-1 | LERA VEGA, LYDIA E | Public Employee | $0.00 |
| 164539-1 | LIRA VEGA, LYDIA ESTHER | Public Employee | $0.00 |
| 9987-1 | LOPEZ BAEZ, SONIA N | Pension/Retiree | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 122236-1 | LOPEZ LOPEZ, ARTURO | Public Employee | $0.00 |
| 30129 | LOZA RUIZ, SYLKIA | Public Employee | $0.00 |
| 31285 | MALDONADO MARQUEZ, VILMA R | Public Employee | $0.00 |
| 113044 | MALDONADO MARTINEZ, NESTOR C | Public Employee | $0.00 |
| 109884 | MALDONADO NEGRON, FELIX L | Public Employee | $0.00 |
| 180154 | MAPRIMAR FOOD CORP. | Tax Refund | $50,758.81 |
| 159486 | MARCHAND CASTRO, MARISOL | Pension/Retiree | $0.00 |
| 19734 | MARCIAL TORRES, MARITZA | Public Employee | $65,000.00 |
| 130770 | MARTINEZ RIVAS, ADA J | Public Employee | $30,000.00 |
| 93751 | MARTINEZ TORRES, JOSE MARTIN | Public Employee | $0.00 |
| 7442-1 | MARTY TROCHE, HIRAM L | Union Grievance | $0.00 |
| 130661 | MATIAS RUIZ, EVELYN | Public Employee | $400.00 |
| 88777 | MEDINA SANTIAGO, JOSE OGADEN | Public Employee | $0.00 |
| 164581 | MEDINA TORO, ANATILDE | Public Employee | $0.00 |
| 178511 | MENDEZ MOJICA, GLADYS | Public Employee | $0.00 |
| 26710 | MIRANDA ORTIZ , ANA DELIA | Public Employee | $0.00 |

4

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 46355 | MONTALVO DIAZ, RAUL | Public Employee | $0.00 |
| 70166 | MONTALVO VELEZ, DANILO | Public Employee | $0.00 |
| 81414 | MORALES CORDERO, ROBERTO | Public Employee | $0.00 |
| 3072 | MORALES IRIZARRY, JOSE | Public Employee | $60,000.00 |
| 162225 | MORALES RUIZ, MARIA DEL C | Public Employee | $21,600.00 |
| 71643-1 | MORLAES PEREZ, WANDA I. | Public Employee | $0.00 |
| 98524 | NAZARIO AVILES, LUIS | Public Employee | $0.00 |
| 83253 | NAZARIO TORRES, WILSON | Public Employee | $0.00 |
| 126945 | NEGRON DE JESUS, ANGEL L. | Public Employee | $0.00 |
| 11203 | NEGRON ROMAN, HECTOR | Public Employee | $13,300.00 |
| 31422 | OCASIO JIMENEZ, WALLACE R | Pension/Retiree | $0.00 |
| 32382 | PAGAN PACHECO, ANDERSON | Public Employee | $20,000.00 |
| 47951 | PAGAN RIOS, JUAN CARLOS | Public Employee | $0.00 |
| 77753 | PEREZ CRUZ, ALVIN F. | Public Employee | $0.00 |
| 120118 | PEREZ DE JESUS, GRISEL | Public Employee | $0.00 |
| 145635 | PEREZ JIMENEZ, LUIS DANIEL | Public Employee | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 128370-1 | PLAZA TOLEDO, OMARIS | Public Employee | $0.00 |
| 140849 | RAMIREZ-ALVAREZ, LYDIA C. | Public Employee | $0.00 |
| 1562-1 | RAMOS GUZMAN, DOMINGO | Pension/Retiree | $0.00 |
| 144085 | RENTAS VARGAS, EDGARDO | Public Employee | $0.00 |
| 148952 | RENTAS VARGAS, ORLANDO | Public Employee | $0.00 |
| 136023 | RIOS TEXEIRA, PAULA | Public Employee | $22,400.00 |
| 60320 | RIVAS FERNANDEZ, MARIA M. | Public Employee | $0.00 |
| 61154 | RIVAS FERNANDEZ, MARIA M. | Public Employee | $0.00 |
| 62094 | RIVERA CRUZ, GAMALIEL | Pension/Retiree | $30,832.91 |
| 149039 | RIVERA DOMINGUEZ, OSVALDO | Public Employee | $0.00 |
| 125934 | RIVERA ORTIZ, HAYBED | Public Employee | $90,000.00 |
| 20160 | RIVERA VALENTIN, EDDA J | Public Employee | $25,000.00 |
| 77871 | ROCHE RODRIGUEZ, LUIS F | Public Employee | $0.00 |
| 26107-1 | RODRIGUEZ CHAPARRO, MARIA | Public Employee | $0.00 |
| 35904 | RODRIGUEZ GALARZA, CARLOS M | Public Employee | $6,929.00 |
| 83696 | RODRIGUEZ MONTANEZ, LAURA I. | Public Employee & Pension/Retiree | $9,000.00 |

6

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 67776 | RODRIGUEZ MORALES , RIESNER GREGORIO | Public Employee | $0.00 |
| 19574 | RODRIGUEZ RIVERA, GIMARY | Public Employee | $0.00 |
| 64240 | ROMERO GARCIA, MERCEDES | Public Employee | $100,000.00 |
| 36875 | ROSARIO GOMEZ, DAMARYS | Public Employee | $0.00 |
| 18123 | RUIZ RIVERA, SHARON ENID | Public Employee | $19,837.45 |
| 173157 | SANCHEZ DE JESUS, ARMANDO | Public Employee | $0.00 |
| 78717 | SANCHEZ GONZALEZ, JOSE R | Public Employee | $0.00 |
| 68722 | SÁNCHEZ TORRES, LUZ M. | Public Employee | $0.00 |
| 148168 | SANTANA SANTANA, IRMA DORIS | Public Employee | $0.00 |
| 63939 | SANTANA VARGAS, JOHNNY | Public Employee | $0.00 |
| 97237 | SANTIAGO CAVONI, RAFAEL | Public Employee | $0.00 |
| 108234-1 | SANTIAGO HERNANDEZ, DELBA I | Public Employee | $0.00 |
| 130470-1 | SANTIAGO HERNANDEZ, MARIA DELOS A. | Public Employee | $0.00 |
| 47370-1 | SANTIAGO RODRIGUEZ, SERAFIN | Public Employee | $0.00 |
| 30093 | SANTIAGO SANCHEZ, YAJAIRA | Public Employee | $0.00 |
| 5594 | SANTIAGO SANTIAGO, EDGARDO L | Public Employee | $20,000.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 51351 | SANTOS RODRIGUEZ, JOSE A | Public Employee | $0.00 |
| 12500 | SANTOS RODRIGUEZ, MADELINE | Public Employee | $0.00 |
| 15457 | SANTOS RODRIGUEZ, YANIRA | Public Employee | $0.00 |
| 70744-1 | SILVA BERNIER, JOSE V. | Public Employee | $0.00 |
| 81539 | SOTOMAYOR TORRES, FRANK R L | Public Employee | $0.00 |
| 33663 | TORRES CASABLANCA, MAYRA | Public Employee | $0.00 |
| 38234 | TORRES CASABLANCA, MAYRA | Public Employee | $0.00 |
| 157737 | TORRES GUADALUPE, JOSE L. | Public Employee | $0.00 |
| 133136 | TORRES LABRY, MARIA M. | Public Employee | $16,000.00 |
| 95671 | TORRES VEGA, JOSE D | Public Employee | $15,000.00 |
| 40960 | VAZQUEZ DIAZ, RICARDO | Public Employee | $0.00 |
| 42923 | VAZQUEZ HERRERA, DANYA J. | Public Employee | $500.00 |
| 42835 | VEGA RIVERA, JESUS E | Public Employee | $0.00 |
| 43073 | VEGA RIVERA, JESUS E | Public Employee | $0.00 |
| 161810 | VEGA SERRANO, JOSE A | Public Employee | $15,067.00 |
| 161861 | VELEZ CRUZ, DAISY | Public Employee | $0.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 147739 | VELEZ GUZMAN, PEDRO LUIS | Public Employee | $0.00 |
| 131838 | VELEZ LUGO, IRIS M | Public Employee | $18,000.00 |
| 49468 | VELEZ RODRIGUEZ, JOHN | Public Employee | $138,000.00 |
| 141356 | VELEZ TORRES, AUREA E. | Public Employee | $14,400.00 |
| 180247 | WILLIAM J. MURRAY MARITAL TRUST | Tax Refund | $96,339.00 |