# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Zulma I. Fare Santiago

Dirección Postal: PO Box 81
Mercedita PR 00715-0081

Teléfono de contacto res. (787) 402-9685  cel. (787) 374-6855 (Esposo)
(787) 284-2004

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __16__ de __diciembre__ de __1987__ hasta el _____ de __Presente__ de _____. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Zulma I. Fare Santiago_
Nombre en letra de molde

_Zulma I. Fare [signature]_
Firma

PD: Por este medio expresar que no estoy de acuerdo en que se desestime mi reclamo, debido a que este está fundamentado en un dinero adeudado por concepto de aumento de unas leyes que se firmaron durante el periodo que PRT era dependencia del gobierno de PR, por lo tanto fue gobierno hasta 1999.

En mi plano personal cuando yo entré a trabajar en 1987 en PRT, yo fui recomendada por: Sra. Lila Mayoral esposa de Rafael Hernández Colón en aquel entonces, y que fungió como gobernador hasta el 1993, pues en Compañías privadas no se requería recomendación de esta especie.