

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### ZULMA FARE SANTIAGO
### XXX-XX-3505

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 12/25/1987.
- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a jueves, 23 de julio de 2020.

Víctor Morales Santos
Oficial de Compensación
Compensación y Récords

NOTA

INSTRUCCIONES PARA ENVIO POR CORREO

1. SACAR TRES SET DE COPIAS DE LOS DOCUMENTOS JUNTO A TU CARTA DE JUBILACION (DONDE SEÑALA FECHA DE INICIO Y TERMINACION)
2. ENVIAR EN SOBRE MANILA A ESTAS DIRECCIONES

   - Abogado de la Junta de Supervision (Counsel for the Oversight Board)
     Proskauer Rose LLP
     Eleven Times Square      Coun
     New York, NY 10036-8299
     A/A: Martin J Bienenstock
          Brain S. Rosen

   - Abogado del Comité de Acreedores (Councel for the Creditor's Committee)
     Paul Hasting LLP
     200 Park Avenue
     New York, NY 10166
     A/A: Luc A. Despins
          James Bliss
          James Worthington
          G. Alexander Bongartz

   - Secretaria (Clerk's Office)
     Tribunal de Distrito de los Estados Unidos
     Room 150 Federal Building
     San Juan, PR 00918-1767

*[handwritten notes:]*
Email
u gonzalez 3 @ claro pr. com
Carta de inicio y terminacion de empleo
# Emp)l.
# Tel.
ultimos 4dy SS
Dir Postal.