Zulma D. Pérez
P.O. Box 81
Mercedita PR 00715-0081

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767