

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**

## CONTRATO DE ARRENDAMIENTO

### COMPARECEN

**DE LA PRIMERA PARTE**: El **Departamento de Educación de Puerto Rico**, representado en este acto por su secretario, Lcdo. Eliezer Ramos Parés, mayor de edad, casado y vecino de San Juan, Puerto Rico, en adelante denominado "Arrendataria", el "Departamento" o "DE".

**DE LA SEGUNDA PARTE: Luis A. Rivera Siaca**, titular en pleno dominio del edificio objeto de este contrato de arrendamiento, mayor de edad, casado, comerciante y vecino de Guaynabo, Puerto Rico, en adelante denominado el "Arrendador".

### EXPONEN

Que el Departamento, en virtud de la autoridad que le ha sido conferida por la Ley 85 del 29 de marzo de 2018, según enmendada, conocida como "Ley de Reforma Educativa de Puerto Rico", por la Constitución del Estado Libre Asociado de Puerto Rico y por las leyes que el Departamento administra tiene la facultad de suscribir aquellos contratos que sean necesarios para cumplir con sus obligaciones en ley.

Expuesto lo anterior, las partes llevan a cabo este contrato de arrendamiento (el "Contrato") sujeto a los siguientes:

### CLÁUSULAS Y CONDICIONES

1. **Propiedad Arrendada:**

   a. **Descripción de la Propiedad Arrendada**: La Arrendadora por la presente le arrienda la propiedad localizada en la Calle Calaf número 33, San Juan, Puerto Rico, con espacios de estacionamiento para los empleados del DE, donde actualmente están localizadas las oficinas del Departamento (la "Propiedad Arrendada"). La Propiedad Arrendada tiene cabida de veintiocho mil cuatrocientos treinta y uno (28,431) pies cuadrados.

   b. **Estructura:** La estructura que contiene la Propiedad Arrendada consiste de lo siguiente:

   | Construcción | Edificio consiste de una estructura de un solo nivel con un área de estacionamiento | |
   |---|---|---|
   | Área | Del Solar | La página web de la Junta de Planificación de Puerto Rico establece que el edificio está construido en un solar de cinco mil quince punto treinta y ocho (5,015.38) metros cuadrados. |
   | | Del Local | El edificio posee una área total rentable de veintiocho mil cuatrocientos treinta y un (28,431) pies cuadrados. |
   | | Del Estacionamiento | El edificio cuenta con una área de estacionamiento con capacidad para unos 135 estacionamientos incluyendo, espacios uno detrás de otro. |
   | Localización y Certificación Registral del Inmueble | Esquina Ave. Teniente César González y Calle Juan Calaf Núm. 33 Urbanización Industrial Tres Monjitas, Hato Rey San Juan, Puerto Rico | |

   c. **Uso de la Propiedad Arrendada**: La Propiedad Arrendada será utilizada como sede de las oficinas del Departamento y actualmente se encuentran ubicadas las Oficinas Administrativas de Servicios Auxiliares, Transportación, Sistema Tal,

Oficina de Retiro, Autoridad de Alimentos y No Docente del DE, las Oficinas administrativas de la Región de San Juan, y las Oficinas de Sistemas de Información (OSIAT), entre otras. La Propiedad Arrendada también será utilizada para cualquier otro uso o propósito legal relacionado a las operaciones de la Arrendataria.

d. **Acceso:** La Arrendataria tendrá acceso durante horas laborales, y días laborales, durante el término del Contrato, a la Propiedad Arrendada, al área de estacionamiento, los pasillos, accesos y otras áreas comunes de la edificación y del terreno.

e. **Estacionamientos:** La Arrendadora proveerá ciento treinta y cinco (135) espacios de estacionamiento para empleados del Departamento en la Propiedad Arrendada y espacios adicionales libre de costo en el lote en la Calle Federico Costas.

2. **Aprobaciones Requeridas.** Las partes certifican que obtuvieron todas las aprobaciones requeridas en ley previo a la formalización de este Contrato, incluyendo la aprobación de la Oficina de Gerencia y Presupuesto, la Oficina del Gobernador y de la Junta Revisora de Propiedad Inmueble de conformidad con la Ley 235 de 2014 y la reglamentación y cartas circulares promulgadas en virtud de la misma.

3. **Término del Contrato:** Este Contrato tendrá vigencia desde la firma de las partes en el presente contrato hasta la fecha del treinta (30) de junio de 2026 y el mismo estará sujeto estrictamente a la petición y aprobación del presupuesto anual y a la salud y políticas fiscales del Gobierno Federal y del Gobierno de Puerto Rico.

4. **Renta Total:** La Arrendataria pagará por meses vencidos a la Arrendadora, sin que medie previo requerimiento y sin deducción, descuento o compensación de clase alguna las sumas que se indican en este artículo. Los pagos se enviarán a la dirección postal que a tales efectos provea la Arrendadora o se harán por depósito directo a la cuenta indicada por la Arrendadora, según puedan acordar las partes de tiempo en tiempo:



a. **Renta:** La renta total a ser pagada el primer año por pie cuadrado es de Diecinueve Dólares y Veintinueve centavos ($19.29) por veintiocho mil cuatrocientos treinta y un pies cuadrados (28,431), para un pago anual de renta de Quinientos Cuarenta y Ocho Mil Cuatrocientos Treinta y Tres Dólares con Noventa y Nueve Centavos ($548,433.99) y una renta mensual de Cuarenta y Cinco Mil Setecientos Dos Dólares y Ochenta y Tres Centavos (la "Renta"). Luego de la conclusión del año primero del pago de Renta por la Arrendataria, la Renta conllevará un aumento anual de tres por ciento (3%) hasta la expiración del Contrato, según expuesto en la tabla a continuación:

| PERIODO | TOTAL (12 MESES) | MENSUAL |
|---|---|---|
| 1 | $ 548,433.99 | $ 45,702.83 |
| 2 | $ 564,071.04 | $ 47,005.92 |
| 3 | $ 580,561.02 | $ 48,380.09 |
| 4 | $ 597,051.00 | $ 49,754.25 |
| 5 | $ 614,393.91 | $ 51,199.49 |

Los gastos operacionales incluyen las contribuciones sobre la propiedad (CRIM); patentes municipales; otras contribuciones sobre la Propiedad Arrendada existentes que puedan legislarse, primas de seguro; mantenimiento y reparación incluyendo empleomanía y supervisión de: (i) las áreas exteriores y jardines, (ii)

árboles; (iii) estacionamientos, (iv) verjas, (v) servicio de exterminación en áreas comunes; (vi) reposición e instalación de luminarias interiores (vii) pintura exterior del edificio; (viii) sistema de aire acondicionado (ix) y de las bombas de agua necesarias para su operación.

5. **Cancelación del Contrato:** La Arrendataria tendrá el derecho a dar por terminado el Contrato, por cualquier razón y en cualquier momento durante el Término, previa notificación por escrito a la Arrendadora con por lo menos de treinta (30) días de antelación a la fecha de cancelación y siempre y cuando, esté al día en el pago de los cánones de Renta y de cualquier otra obligación bajo el Contrato.

6. **Retención de la Posesión después del Término:** Concluido el término del Contrato, la Arrendataria podrá retener la posesión de la Propiedad Arrendada por dos meses, siempre y cuando notifique por escrito a la Arrendadora de su intención de extender el término del Contrato con por lo menos sesenta (60) días de antelación, sujeto a la firma de un acuerdo a tales efectos y a la aprobación de fondos.

7. **Servicios de Electricidad y Agua:** La electricidad y el agua serán costeados por el Arrendatario.

8. **Mantenimiento y Reparaciones:**

   A. **Obligaciones de Mantenimiento la Arrendadora:** La Arrendadora mantendrá en buenas condiciones:

      (a) Todas las partes estructurales de la Propiedad Arrendada, incluyendo, sin limitación, las fundaciones, paredes de carga, paredes exteriores, y todas las áreas comunes incluyendo piso y techo



      (b) Sistemas eléctricos, de plomería, piezas y alcantarillado.

      (c) Drenajes Pluviales de la Propiedad Arrendada.

      (d) Estacionamientos y todas las áreas comunes de la Propiedad Arrendada, incluyendo el Terreno.

      (e) Pintura exterior y áreas comunes de la Propiedad Arrendada.

      (f) Todos los servicios de emergencia y cualquiera otro relacionados con el mejor funcionamiento de la Propiedad Arrendada.

      (g) Aire acondicionado y sus componentes, incluye mantenimiento y reparación.

      (h) Sistemas eléctricos, incluye reparación y mantenimiento de subestaciones y cuartos eléctricos.

      (i) Iluminación: incluye lámparas y bombillas.

      (j) Mantenimiento y "Handyman" por un mínimo de seis (6) empleados con experiencia.

      (k) Fumigación en áreas comunes.

   B. **Reparaciones por la Arrendadora:** La Arrendadora será responsable, a su costo de las reparaciones de la Propiedad Arrendada en las siguientes circunstancias:

      (a) Daños a la Propiedad Arrendada causados por condiciones fuera del control de la Arrendataria, incluyendo, sin limitación, daños causados por fuegos, tornados, huracanes, terremotos, actos de fuerza mayor.

 (b) Daños que sean consecuencia de la acción, negligencia u omisión de las obligaciones de la Arrendadora, sus agentes, representantes, contratistas, subcontratistas y empleados.

 (c) Cualquier reparación que sea necesaria a las fundaciones paredes de carga, paredes exteriores y techo de la Propiedad Arrendada, de forma que se mantenga el techo y paredes de la Propiedad Arrendada debidamente impermeabilizadas y en buenas condiciones.

 (d) La Arrendadora se compromete a efectuar, por su cuenta y cargo cualquier cambio o mejora a la Propiedad Arrendada requerida para cumplir con las especificaciones y requisitos de seguridad establecidos o que se establezcan durante el Término por el Departamento de Bomberos, Departamento del Trabajo y Recursos Humanos (OSHA), Departamento de Salud, Calidad Ambiental o cualquier otra agencia concernida así como todos los trabajos de reparación o mantenimiento que sean de naturaleza estructural, impermeabilización del techo y/o relacionados con las subestaciones eléctricas instaladas en la Propiedad.

C. **No Incumplimiento:** No existirá incumplimiento por parte de la Arrendadora ni será responsable por los daños directos o indirectos causados por la instalación, uso o interrupción de uso de cualquier equipo o servicio y/o por cualquier demora en proveer o por no proveer cualesquiera de dichos servicios cuando la razón esté directamente relacionada a cualquier accidente, caso fortuito, desastres naturales o cualquier situación fuera del control de la Arrendadora; o por efectuar mejoras o reparaciones necesarias a los sistemas de agua, electricidad o cualquier otra forma de energía que provea servicio a la Propiedad Arrendada. La Arrendadora en forma diligente tendrá que remediar cualquier interrupción de dichos servicios. La Arrendadora no tendrá derecho a que se disminuya la Renta por las razones antes detalladas, siempre y cuando la Propiedad Arrendada pueda ser razonablemente utilizada durante la interrupción del servicio para las actividades normales de la Arrendataria y la interrupción del servicio no sea por un periodo de tiempo mayor de cuarenta y ocho (48) horas laborables.

D. **Mantenimiento por la Arrendataria**: Excepto como queda provisto en el Contrato, la Arrendataria, a su costo, mantendrá la totalidad del interior de la Propiedad Arrendada y hará las reparaciones necesarias para mantener la misma en buenas condiciones.

9. **Alteraciones y Equipos:**

A. **Alteraciones o mejoras:** La Arrendataria a su costo, durante el Término del Contrato, podrá efectuar aquellas alteraciones, mejoras, o adiciones a la Propiedad Arrendada que estime necesarias (denominadas de aquí en adelante las "Mejoras"), siempre y cuando obtenga el consentimiento previo por escrito de la Arrendadora, el cual no será demorado o denegado irrazonablemente. La Arrendataria queda obligado, a la terminación del Contrato, a remover las Mejoras.

B. **Equipo /Propiedad Mueble:** La Arrendataria podrá instalar en la Propiedad Arrendada todos aquellos equipos propios de su negocio, mobiliario y bienes muebles que considere necesarios y/o aconsejables para el mejor desempeño de su negocio. Todo el equipo o propiedad mueble instalada en la Propiedad Arrendada serán y permanecerán propiedad de la Arrendataria.

A la terminación del Contrato la Arrendataria vendrá obligada a remover todo el equipo y propiedad mueble instalados en la Propiedad Arrendada y a reparar a su costo el daño que tal remoción cause.

10. **Daños y/o Destrucción:**

A. **Reconstrucción por el Arrendador.** Si cualquier parte de la Propiedad Arrendada, fueran dañadas o destruidas total o parcialmente, por razón de fuego,

los elementos, o cualquier otra causa tales como un huracán, terremoto o algún tipo de desastre natural, (en adelante denominados "Evento") entonces la Arrendadora vendrá obligada por su propia cuenta y costo a reconstruir y restaurar lo antes posible la Propiedad Arrendada a la condición existente inmediatamente antes del siniestro Evento. El trabajo de reconstrucción será llevado a cabo dentro de un término de tiempo razonable tomando en consideración la naturaleza y la magnitud del daño ocurrido.

B. **Terminación del Contrato:** Si por cualquier razón la Propiedad Arrendada no se encuentra en buen estado para ser utilizada en operaciones normales de la Arrendataria o no pueden ser reconstruidos según requerido dentro de un término razonable de tiempo, que no excederá de 120 días luego de ocurrido el Evento, entonces la Arrendataria tendrá derecho a dar por terminado este Contrato sin sujeción al pago de lo estipulado en este Contrato sobre la cancelación o terminación del mismo. De igual manera la Arrendataria podrá ejercer lo estipulado en la Cláusula 5 de este Contrato.

11. **Indemnización de las Partes:** La Arrendadora y/o la Arrendataria, según fuera el caso, previo notificación indemnizará y salvará de responsabilidad a la otro parte, de cualquier demanda, reclamación, pérdida o daños que puedan surgir por accidentes ocurridos en o daños causados en la Propiedad Arrendada y/o el terreno de la Propiedad Arrendada, o la tierra donde se encuentra las mismas, por negligencia, o por acción u omisión de una de las partes y/o de sus agentes, empleados, contratistas o subcontratistas, excepto cuando los mismos hayan ocurrido como consecuencia directa de la negligencia o conducta impropia de la Arrendadora o de la Arrendataria, según fuera el caso.

En la eventualidad de que la Arrendadora y/o la Arrendataria fueran notificados de una reclamación, causa de acción o cualquier procedimiento que pueda resultar en una indemnización a ser pagada por la otra parte, según se provee en el párrafo anterior, entonces la Arrendadora o Arrendataria, según fuera el caso, darán pronta notificación por escrito a la otra parte informándole detalladamente de la situación de marras.

La Arrendadora y/o la Arrendataria, procederán inmediatamente a enviar al otro cualquier demanda, notificación o emplazamiento recibido por él o sus representantes.

La Arrendadora y/o la Arrendataria, según fuera el caso, tendrán la obligación y el derecho a defenderse de las alegaciones, acciones o procedimientos donde puedan tener derecho a ser indemnizados bajo las secciones de este Artículo. En cuyo caso, la Arrendadora y/o Arrendataria tendrán derecho a transigir la reclamación, causa de acción o procedimiento, previo el consentimiento escrito de la otra parte, el cual no será irrazonablemente denegado.

12. **Seguros:** La Arrendadora mantendrá durante todo el término del Contrato, que se detalla a continuación:

| Limits of Insurance | |
|---|---|
| General Aggregate | $1,000,000 |
| Products Completed Operations Aggregate | $1,000,000 |
| Personal Injury & Advertising Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |
| Fire Damage | $100,000 |
| Medical Expense | $5,000 |
| **Compañía Aseguradora** | **Número de Póliza** |
| Liberty Mutual | MPRO020190050-1 |

Case:17-03283-LTS Doc#:23143-1 Filed:12/22/22 Entered:12/22/22 12:23:02 Desc: Exhibit A Page 6 of 13

13. **Rótulos:** Todos los rótulos que puedan ser instalados por la Arrendadora y la Arrendataria, según sea el caso, tendrán que cumplir con todos los requisitos de ley y tendrán que ser instalados en una forma adecuada.

    La Arrendataria tendrá que obtener de la Arrendadora el previo consentimiento por escrito el cual no será negado, demorado o emitido bajo ciertas condiciones en una forma irrazonable.

    La Arrendataria no podrá instalar, colocar o permitir la instalación o colocación de rótulos o gráficas que afecten el carácter de la Propiedad Arrendada como una edificación comercial propia del área. Ningún rótulo de alquiler o banderines podrán ser localizados dentro de la Propiedad Arrendada sin que se obtenga el previo consentimiento del Arrendador.

14. **Incumplimiento:**

    A. **Incumplimiento de la Arrendataria:** La Arrendataria se encontrará en incumplimiento con los términos de este Contrato si no cumple con cualquier término o condición del Contrato y si dicho incumplimiento no es subsanado dentro del término de 60 días contados a partir de la fecha de la notificación por escrito por parte de la Arrendadora. Si el incumplimiento no puede ser razonablemente subsanado dentro del término antes estipulado, pero la Arrendataria ha comenzado a subsanar dentro de dicho término y continúa con los trabajos para subsanar el incumplimiento de una forma diligente, entonces la Arrendataria no se considerará que ha incumplido.

    Si la Arrendataria no subsana su incumplimiento, la Arrendadora, en adición a cualquier otro remedio provisto en ley y equidad, podrá subsanar el mismo por cuenta y cargo de la Arrendataria. Si la Arrendadora paga cualquier suma atribuible al incumplimiento de la Arrendataria esta suma tendrá que ser reembolsada a la Arrendadora. Adicionalmente, la Arrendadora podrá dar por terminado este Contrato.

    B. **Incumplimiento de la Arrendadora:** La Arrendadora se encontrará en incumplimiento con los términos de este Contrato si no cumple con cualquier término o condición del Contrato y si dicho incumplimiento no es subsanado dentro del término de 60 días contados a partir de la fecha de la notificación por escrito por parte de la Arrendataria. Si el incumplimiento no puede ser razonablemente subsanado dentro del término antes estipulado, pero la Arrendadora ha comenzado a subsanar dentro de dicho término y continúa con los trabajos para subsanar el incumplimiento de una forma diligente, entonces la Arrendadora no se considerará que ha incumplido.

    

    Si la Arrendadora no subsana su incumplimiento, la Arrendataria, en adición a cualquier otro remedio provisto en ley y equidad, podrá subsanar el mismo por cuenta y cargo de la Arrendadora. Si la Arrendataria paga cualquier suma atribuible al incumplimiento de la Arrendadora esta suma tendrá que ser reembolsada a la Arrendataria.

    C. **Notificación:** Toda notificación de incumplimiento bajo este artículo especificará la naturaleza del incumplimiento y las secciones del Contrato aplicables.

15. **Subordinación:** Este Contrato y todos los derechos que la Arrendataria tiene bajo el mismo podrán ser subordinados en cualquier momento a cualquier hipoteca que al presente exista o que en el futuro pueda existir sobre la Propiedad Arrendada.

    Esta cláusula será operativa automáticamente y sin necesidad de otorgar ningún otro documento de subordinación.

    Queda entendido y acordado que la posesión de la Propiedad Arrendada y el uso a que la Arrendataria la destina, no serán afectadas en forma alguna por la Arrendadora

y/o su acreedor hipotecario en tanto y en cuanto la Arrendataria no se encuentre en estado de incumplimiento de este Contrato.

16. **Devolución de Propiedad Arrendada:** A la terminación del Contrato la Arrendataria entregará a la Arrendadora la Propiedad Arrendada en buen estado de uso y conservación excepto por el deterioro causado por el transcurso del tiempo o por su uso normal o por daños causados por un Evento (según establecido en la cláusula sobre Daños y/o Destrucción de este Contrato).

17. **Representaciones y Garantías de la Arrendadora:** La Arrendadora representa y garantiza a la Arrendataria que es dueña en pleno dominio de la Propiedad Arrendada (tierra y edificio) y que tiene pleno derecho a entrar en este Contrato.

    Sujeto a los términos y definiciones detallados en este Contrato la Arrendataria tendrá derecho a la posesión de la Propiedad Arrendada para su uso total y exclusivo.

    La Arrendadora tiene la obligación de proteger a la Arrendataria de cualquier perturbación o interferencia de terceros que actúen en virtud de un derecho.

    En tanto y en cuanto la Arrendataria cumpla a cabalidad con los términos de este Contrato, tendrá derecho a ocupar la Propiedad Arrendada en forma pacífica e interrumpida y sin interferencia de parte alguna por parte de la Arrendadora y de cualquier personal que reclame a través de la Arrendadora.

    La Arrendadora habrá de cumplir con todos los términos y condiciones contenidos en este Contrato.

18. **Representaciones y Garantías de la Arrendataria**: Que la Arrendataria tiene la capacidad y la autorización necesaria en derecho para otorgar este Contrato de Arrendamiento y obligarse a los términos y condiciones pactados en dicho documento. La Arrendataria gestionó y obtuvo previo al otorgamiento de este Contrato todos los permisos gubernamentales requeridos.

    La Arrendataria habrá de cumplir con todos los términos y condiciones contenidos en este Contrato.

19. **Notificaciones:** Cualquier notificación, solicitud de consentimiento o cualquier otra misiva que una parte desee cursar a la otra bajo este Contrato deberá ser:

    (a) Entregada a mano, enviada por correo certificado con acuse de recibo, por correo electrónico, vía facsímil o por correo privado (DHL, Fedex, etc.) con acuse de recibo y será dirigida a la parte y a la dirección abajo estipuladas. Cualquier cambio de dirección será notificado por escrito a la otra parte.

    (b) Las notificaciones se considerarán entregadas 48 horas después de haber sido enviadas por correo certificado o correo privado; o inmediatamente si entregadas a mano, vía facsímil, o por correo electrónico.

    (c) Toda notificación, si cursada a la Arrendadora será dirigida a:

    Luis A. Rivera Siaca
    P.O. Box 190681
    San Juan, Puerto Rico 00919-0681
    Tel. (787) 620-1736 / Fax (787) 620-1739
    Email: pinsy@erspr.com
    milagros@erspr.com

    (c) Toda notificación, si cursada a la Arrendataria será dirigida a:

    Departamento de Educación
    Centro de Servicios de Educación Especial

P. O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. 787-723-9090 ext. 6123;
Email: malaveic@de.pr.gov

20. **Retención de Documentos y Auditorías:** El Arrendador conservará copias de todos los documentos que relacionados a sus obligaciones bajo este Contrato.

Los documentos antes descritos estarán disponibles para inspección y auditoría por parte de los oficiales de la Arrendataria, la Oficina del Contralor, o cualquier entidad oficial del Gobierno de Puerto Rico o del Gobierno de los Estados Unidos. El Departamento podrá solicitar por escrito toda información requerida para propósitos de auditoría y relacionada con este Contrato y con el desempeño de las obligaciones del Arrendador bajo el mismo.

El Arrendador retendrá los documentos generados en conexión con el presente Contrato por un período de seis (6) años, luego de expirado el mismo. En caso de que se hubiese iniciado una auditoría y un hallazgo permaneciera sin resolver al final de dicho período; los documentos se retendrán hasta la resolución de dicho hallazgo.

Si antes de los seis (6) años la Oficina del Contralor efectúa una auditoría o investigación sobre este Contrato emite el informe correspondiente, el Arrendador deberá retener los referidos informes y otros documentos por un mínimo de cinco (5) años adicionales.

21. **Facturación:** El Contratista facturará al finalizar los servicios rendidos. La factura será enviada en original y tres (3) copias debidamente certificadas, a tenor con la Ley de Contabilidad y siguiendo las normas establecidas por las agencias fiscalizadoras del Gobierno de Puerto Rico

La facturación se efectuará en los términos expresamente acordados en este Contrato y deberá ser específica y desglosada Es responsabilidad del Contratista garantizar la certeza y razonabilidad de cada factura presentada. El Departamento revisará cada factura presentada y considerará dicha factura como una certificación del Contratista de que los servicios ofrecidos y gastos incurridos son razonables para el tipo de asunto que esté contratado. El Departamento se reserva el derecho de ajustar u objetar cualquier factura o trabajo realizado notificado en la misma debido al incumplimiento con estas guías o basada en la contratación o por cualquier otra razón válida.

Según lo establece la OE-2001-73, el Contratista incluirá en cada factura que presente al Departamento la siguiente certificación:

*"Bajo pena de nulidad absoluta el Contratista certifica que ningún servidor público del Departamento de Educación es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el Secretario o su representante autorizado. El importe de esta factura es justo y correcto, y los servicios han sido prestados y no han sido pagados."*

Previo a su pago, las facturas deberán ser debidamente certificadas por el Secretario de Educación o su representante autorizado. El Departamento no realizará ningún pago en exceso de la cantidad dispuesta en este Contrato, independientemente de las razones que pueda tener para dicho exceso.

La factura será enviada a la oficina del Secretario Auxiliar de Servicios Auxiliares para su evaluación. La misma deberá estar acompañada de cualquier documentación o evidencia que la sustente. El Contratista cumplirá con los requisitos del Departamento de Hacienda, la Oficina de Gerencia y Presupuesto y la Junta de Supervisión Fiscal, deberá facturar los servicios utilizando el Sistema de Facturación

Luis A. Rivera Siaca
Página 9 de 13

En Línea ("E-settlement") del Departamento. El Departamento le proveerá al Contratista un Manual para el uso de E-settlement y el Contratista deberá coordinar con la Oficina de Finanzas del Departamento la orientación inicial para obtener el acceso a E-settlement.

22. **Cifra de Cuenta:** El pago de la Renta devengada bajo este Contrato se efectuará con cargo a la cifra de cuenta **E2632-111-02000000-3140-003-2021** o de cualesquiera otras cifras de cuentas que puedan ser identificadas en el futuro para dichos propósitos. Los desembolsos por Servicios prestados y facturados bajo este Contrato estarán sujetos en todo momento a la disponibilidad de los fondos asignados y debidamente certificados.

23. **Certificado de ASUME:** El Arrendador, como entidad jurídica certifica que, como patrono, está cumpliendo con las órdenes de retención de pensión alimentaria de sus empleados.

24. **Fondo del Seguro del Estado:** Durante todo el Término de este Contrato el Arrendador será responsable de mantener una póliza con el Fondo del Seguro del Estado que cubra a sus empleados y a todo el personal que preste servicios bajo este Contrato.

25. **Certificaciones bajo OE-1991-24 y OE 1992-52 (Radicación de planillas contributivas y Deudas por Desempleo y Otros):** El Arrendador certifica y garantiza que al momento de suscribir este Contrato ha rendido su planilla de contribuciones sobre ingresos durante los cinco (5) años previo a este Contrato y no adeuda contribuciones al Gobierno de Puerto Rico, o se encuentra acogida a un plan de pago, con cuyos términos y condiciones está cumpliendo. El Arrendador certifica y garantiza que al momento de suscribirse este Contrato ha pagado las contribuciones de seguro por desempleo, de incapacidad temporal y de seguro social para choferes (la que aplique) o se encuentra acogido a un plan de pago con cuyos términos y condiciones está cumpliendo.

El Arrendador certifica que no tiene deudas con el Gobierno de Puerto Rico o sus municipios, incluyendo sin limitación, deudas por concepto de impuestos municipales, contribuciones sobre la propiedad, licencias, impuestos sobre nómina, intereses, dividendos o por cualquier otro origen o materia, o que se encuentra acogido a un plan de pago, con cuyos términos y condiciones está cumpliendo.

Expresamente se reconoce que ésta es una condición esencial del presente Contrato, y de no ser correcta del todo o en parte la anterior certificación, esto será causa suficiente para que el Departamento pueda dejar sin efecto el mismo y el Arrendador tendrá que reintegrar al Departamento toda suma de dinero recibida bajo este Contrato.

26. **Certificación de no Convicción por Delito:** De conformidad con las disposiciones de la Ley 2 del 4 de enero de 2018 que crea el Código Anticorrupción del Gobierno de Puerto Rico y la Carta Circular Número 2009-01 del 9 de marzo de 2009 del Departamento de Justicia, el Arrendador certifica y garantiza que al momento de suscribirse este Contrato ni él/ella, ni, en el caso de corporaciones u otras entidades jurídicas, los oficiales, principales empleados, accionistas, miembros, o integrantes de la Junta de Directores de la corporación o entidad, ni sus afiliadas o subsidiarias o entidad matriz ha sido convicto, se ha encontrado causa probable para arresto, o se ha declarado culpable de cualquier delito incluido en la Sección 6.8 de la Ley Número 8 de 2017 (Ley para la Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico) o en el Código Anticorrupción, que atenten contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública en el ámbito federal o estatal u otra jurisdicción extranjera o con ninguna otra disposición de la Ley .

El Arrendador reconoce su deber de informar de manera continua, durante la vigencia del Contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de un delito contra el erario, la fe o la función pública;

contra el ejercicio gubernamental, que involucre fondos o propiedad pública en el ámbito federal o estatal. Esta obligación deberá ser de naturaleza continua durante todas las etapas de la contratación y ejecución del Contrato.

Este Contrato será cancelado por el Departamento en caso de que contra el Arrendador se determine causa probable para el arresto por la comisión de algún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.

27. **Certificaciones Contributivas y ASUME:** La Contratista ha presentado o ha autorizado al Departamento a gestionar o, al inscribirse en el Registro Único de Licitadores de la Administración de Servicios Generales presentó (y así lo evidencia) las que apliquen de las siguientes certificaciones, las cuales formarán parte de este Contrato:

   a- Copia del Certificado de Registro de Comerciantes (Modelo SC 2918)

   b- Certificación de cumplimiento de radicación de informes al Departamento de Estado ("Good Standing").

   c- Certificación de Radicación de Planillas de Impuesto sobre Ventas y Uso-IVU (Modelo SC 2942)

   d- Certificación de Deuda del Impuesto sobre Ventas y Uso-IVU (Modelo SC 2927). De existir deudas para las que la Contratista indique estar acogido a un plan de pago deberá presentar una certificación manual emitida por el Departamento de Hacienda que indique que está cumpliendo con sus términos.

   e- Certificación de existencia o autorización para hacer negocios en Puerto Rico del Departamento de Estado.

   f- Certificación de Deuda del Departamento de Hacienda (Modelo SC 6096). Si existen deudas para las que la Contratista indique estar acogido a un plan de pago, deberá presentar una certificación manual del Departamento de Hacienda que indique que está cumpliendo con sus términos.

   g- Certificación de haber rendido planillas de contribución sobre ingresos por los pasados cinco (5) años del Departamento de Hacienda. (Modelo SC 6088)

   e- Certificación de Deuda por todos los conceptos del Centro de Recaudaciones Municipales (CRIM).

   f- Certificación de haber rendido planillas de propiedad mueble por los pasados cinco (5) años del Centro de Recaudaciones Municipales (CRIM). Si la Contratista ofrece servicios profesionales o consultivos y no posee propiedad mueble y no figura radicando planilla en el CRIM deberá presentar declaración jurada de conformidad con los términos de la Carta Circular de Hacienda Número CC 1300-16-16 (o su sustituta).

   g- Declaración jurada en los casos que no figure radicando planillas de propiedad mueble en el Centro de Recaudaciones Municipales (CRIM) o que no posea propiedad mueble.

   h- Certificación de Registro como Patrono y de Deuda por Concepto de Seguro Social Choferil del Departamento del Trabajo y Recursos Humanos.

   i- Certificación de Registro como Patrono y de Deuda por Concepto de Seguro por Desempleo y Seguro por Incapacidad del Departamento del Trabajo y Recursos Humanos

   j- Certificación de Deuda del Fondo del Seguro del Estado.

Luis A. Rivera Siaca
Página 11 de 13

- k- Certificación de ASUME. Si la Contratista es un individuo deberá presentar certificación de que no está obligada/o a pagar pensión alimentaria o, si lo estuviera, que está cumpliendo con los pagos. En el caso de una entidad corporativa deberá presentar certificación de que, como patrono, está cumpliendo con las órdenes de retención de pensión alimentaria de sus empleados.

- l- Certificación de razones por las cuales el contribuyente no está obligado en ley a rendir la planilla de contribución sobre ingresos de individuos del Departamento de Hacienda (Modelo SC 2781) o, el Certificado de Incorporación o de Organización, que evidencie ausencia de personalidad jurídica durante el periodo en el que no se rindió planilla.

- m- Corrección Manual a la Certificación de Radicación de Planillas de Contribución sobre Ingresos del Departamento de Hacienda (Modelo SC 2888)

- n- En el caso que la Contratista sea una entidad organizada fuera de Puerto Rico y no estuviera haciendo negocios en Puerto Rico ni tuviera oficinas locales, presentará su sus artículos de incorporación u organización, certificado de existencia del lugar donde se organizó y una declaración jurada debidamente autenticada en la que conste su número de seguro social patronal (de tenerlo), que no tiene responsabilidad contributiva con el gobierno de Puerto Rico y que el cumplimiento con los términos del Contrato no resultan en que se convierta en una entidad que hace negocios en Puerto Rico. Además, deberá presentar la certificación de ASUME.

28. **Conflicto de Intereses:** El Arrendador garantiza que, a su mejor saber y entender, ningún oficial, empleado, asesor o consultor del Departamento, ni ningún miembro de su unidad familiar, tiene interés económico directo o indirecto en este Contrato y que ningún oficial, empleado, asesor o consultor de la Rama Ejecutiva del Gobierno de Puerto Rico, ni ningún miembro de su unidad familiar tiene un interés y/o participación en los beneficios económicos o ingresos relacionados con este Contrato.

El Arrendador certifica que ningún servidor público del Departamento le solicitó, ni aceptó, directa o indirectamente para él o ella o para otra persona, regalos, gratificaciones, favores, Servicios, donativos, préstamos o cualquier otra cosa de valor monetario. Certifica también que ningún servidor público del Departamento solicitó o aceptó bien alguno de valor económico, vinculados a esta transacción, de persona alguna del Arrendador como pago por realizar los deberes y responsabilidades de su empleo. Tampoco solicitó, directa o indirectamente, para ningún servidor público, para algún miembro de su unidad familiar, ni para cualquier otra persona, negocio o entidad, bien alguno de valor económico, incluyendo cualquier préstamo o Servicios a cambio de que la actuación de dicho servidor públicos esté influenciada a favor del Arrendador.



El Arrendador reconoce y certifica que, en el cumplimiento de sus obligaciones bajo este Contrato, le debe completa lealtad al Departamento, lo que incluye, entre otras cosas, no tener intereses adversos o en conflicto con el Departamento. Estos intereses en conflicto incluyen, pero no están limitados a litigios u otras reclamaciones en contra del Departamento. Esta obligación también incluye el deber continuo de informar al Departamento de todas las circunstancias relacionadas con la relación del Arrendador con clientes y terceras personas o de cualquier interés que pueda influenciar al Departamento en la ejecución de este Contrato o durante el término de duración del mismo.

En contratos con sociedades o entidades corporativas, constituirá una violación de esta prohibición el que alguno de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices incurra en la conducta aquí descrita. El Arrendador evitará aun la apariencia de la existencia de intereses encontrados.

29. **Código Anticorrupción:** El Arrendador se compromete a cumplir con las disposiciones del **Código Anticorrupción de Puerto Rico**, aprobado mediante la Ley Número 2 de 4 de enero de 2018. Cualquier infracción a las disposiciones de esta Ley podrá ser procesada civil y administrativamente, según sea el caso.

30. **No Discrimen:** El Arrendador se compromete a no discriminar en la prestación de estos servicios por razones de índole política, religiosa, de raza, condición social, edad, sexo, nacionalidad, condición, impedimento físico o mental o por ser víctima o ser percibida como víctima de violencia doméstica, agresión sexual o acecho, por ser militar, exmilitar, servir o haber servido en las Fuerzas Armadas de los Estados Unidos o por ostentar la condición de veterano, por orientación sexual, identidad de género o por cualquier otra causa discriminatoria. Igualmente se compromete a asegurar igual oportunidad en el empleo para personas con impedimentos de conformidad con las leyes aplicables.

31. **No Litigios Contra el Gobierno de Puerto Rico:** La Arrendadora certifica que no tiene litigios en proceso contra ninguna entidad o instrumentalidad gubernamental al momento del otorgamiento de este Contrato.

32. **Títulos y Sub-Títulos:** Los Títulos y Sub-Títulos de las distintas cláusulas del Contrato se incluyen para facilitar el manejo del documento y no afectaran la interpretación del mismo.

33. **Modificaciones:** Este Contrato contiene la totalidad de los acuerdos a que las partes han llegado y solo podrá ser modificado o enmendado por escrito y tendrá que ser suscrito por las partes aquí comparecientes.

34. **No Renuncia (Non-Waiver):** El mero hecho de que una de las partes no ejerza o exija algún derecho o prerrogativa bajo este Contrato o no exija el cumplimiento estricto con una de sus disposiciones no se entenderá como una renuncia a reclamar o exigir sus derechos o prerrogativas o el cumplimiento estricto de alguna disposición de este Contrato en ocasión futura.

35. **No Corredores de Bienes Raíces:** En la transacción que culmina con el otorgamiento de este Contrato no ha intervenido corredor de bienes raíces alguno.

36. **Ley Aplicable y Foro:** Este Contrato y todas las materias relacionadas con el mismo serán interpretadas de conformidad con las Leyes de Puerto Rico. Cualquier acción legal que se inicie en relación con este Contrato será radicada única y exclusivamente en el Tribunal de Primera Instancia, Sala de San Juan, a la cual el Arrendador se somete irrevocablemente.

37. **Separabilidad:** Se estipula que las cláusulas y condiciones de este Contrato son independientes y separadas entre sí, y que la nulidad declarada por un tribunal competente de una o más cláusulas no afecta la validez de las restantes, las cuales continuarán vigentes.

38. **Totalidad del Contrato:** Este Contrato constituye la totalidad del acuerdo entre las partes con relación a los servicios a ser prestados a tenor de éste. Cualquier enmienda a este Contrato tendrá que ser hecha mediante un escrito firmado por ambas partes durante la vigencia del Contrato, a tenor con las necesidades del Departamento y sujeto a la disponibilidad de fondos para la ejecución de la enmienda.

**EN VIRTUD DE LO CUAL,** las partes suscriben este Contrato en San Juan, Puerto Rico hoy día _21_ de mayo de 2021.

Lcdo. Eliezer Ramos Parés
Departamento de Educación de P.R.
SSP: 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

Luis A. Rivera Siaca
SS: 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

Luis A. Rivera Siaca
Página **13** de **13**

SOMETIDO POR:

Carlos M. Malavé Irizarry
Secretario Auxiliar
Servicios Auxiliares

REVISADO POR:

Lcdo. Irving E. Otero Narváez
DEPR