ING. LUIS A. RIVERA SIACA
Aged Receivables
As of Dec 20, 2022

Filter Criteria includes: 1) IDs: DEPT. EDUCACION; 2) Includes Drop Shipments. Report order is by ID. Repor

| Customer ID | Date | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| Contract Num.: | | 2021-000180 | | | ANEXO | | |
| DEPT. EDUCACION | 12/31/21 | ANX 09-156 | | | | 45,702.83 | 45,702.83 |
| DEPT. EDUCACION | 1/31/22 | ANX 09-157 | | | | 45,702.83 | 45,702.83 |
| DEPT. EDUCACION | 6/30/22 | ANX 09-162 | | | | 47,073.92 | 47,073.92 |
| DEPT. EDUCACION | 7/31/22 | ANX 09-163 | | | | 47,073.92 | 47,073.92 |
| DEPT. EDUCACION | 8/31/22 | ANX 09-164 | | | | 47,073.92 | 47,073.92 |
| DEPT. EDUCACION | 9/30/22 | ANX 09-165 | | | 47,073.92 | | 47,073.92 |
| DEPT. EDUCACION | 10/31/22 | ANX 09-166 | | 47,073.92 | | | 47,073.92 |
| DEPT. EDUCACION | 11/30/22 | ANX 09-167 | 47,073.92 | | | | 47,073.92 |
| Total ANEXO | | | 47,073.92 | 47,073.92 | 47,073.92 | 232,627.42 | 373,849.18 |
| Report Total - ANEXO | | | 47,073.92 | 47,073.92 | 47,073.92 | 232,627.42 | 373,849.18 |

12/20/2022 at 10:06 PM

Page: 1