## Datos del Contrato

| | | | |
|---|---|---|---|
| **Entidad** | **Número de Contrato** | **Enmienda** | **Número PCo** |
| 1201 | Departamento de Educación de Puerto Ric | 2021-000180 | | |

| | | | |
|---|---|---|---|
| **Registrado en** | **Otorgado en** | **Vigencia Desde** | **Vigencia Hasta** |
| 28 may. 2021 11:13 | 21 may. 2021 | 21 may. 2021 | 30 jun. 2026 |

| | |
|---|---|
| **Cuantía a Pagar *** | **Cuantía a Recibir** |
| $548,433.99 | $0.00 |

| | |
|---|---|
| **Categoría de Servicio** | **Tipo de Servicio** |
| COMPRA, VENTA, ALQUILER Y/O DESARROLLO D | EDIFICIOS |

| | |
|---|---|
| **Forma de Contratación** | **Fondos** |

### Contratista

**Nombre**

LUIS A. RIVERA SIACA

**Bienes o Servicios Privatizados**

Si   No

* En los Contratos registrados antes del 14 de julio de 2021, el campo de Cuantía a Pagar contiene tanto la Cuantía a Pagar(Desembolsos) como la Cuantía a Recibir(Ingresos).

Regresar

Oficina del Contralor de Puerto Rico
Consulta del Registro de Contratos
1/1