UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17-03283

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On December 14, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Claimants Service List attached hereto as **Exhibit A**:

- Notice of Amended Agenda of Matters Scheduled for the Hearings on December 14-15, 2022, at 9:30 a.m. (AST) [Docket No. 23055]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: December 21, 2022

/s/ Ishrat Khan
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 21, 2022, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**<u>Exhibit A</u>**

Exhibit A

Claimants Service List

Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Assured Guaranty Municipal Corp. | Attn: Terence Workman | 1633 Broadway | | | New York | NY | 10019 | tworkman@agltd.com | First Class Mail and Email |
| Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Ivan Loncar, Thomas J. Curtin, Casey Servais | 200 Liberty Street | | New York | NY | 10281 | ivan.loncar@cwt.com; thomas.curtin@cwt.com | First Class Mail and Email |
| GoldenTree Asset Management LP as Transferee of National Public Finance Guarantee Corporation | Attn: Karen Weber | 300 Park Avenue | 21st Floor | | New York | NY | 10022 | rtennenbaum@goldentree.com | First Class Mail and Email |
| Goldentree Asset Management LP as Transferee of National Public Finance Guarantee Corporation | Attn: Karen Weber & Robby Tennenbaum | 300 Park Avenue, 21st Floor | | | New York | NY | 10021 | GTAMClosers@gtam.net; rtennenbaum@goldentree.com | First Class Mail and Email |
| Goldentree Asset Management LP as Transferee of National Public Finance Guarantee Corporation | Toro Colon Mullet P.S.C. | Attn: Manuel Fernandez-Bared, | Linette Figueroa-Torres, & Nayda Perez-Roman | P.O. Box 195383 | San Juan | PR | 00919-5383 | lft@tcm.law; mfb@tcm.law | First Class Mail and Email |
| National Public Finance Guarantee Corporation | c/o Gary Saunders | Legal Department | 1 Manhattanville Road | | Purchase | NY | 10577 | gary.saunders@mbia.com | First Class Mail and Email |
| National Public Finance Guarantee Corporation | Weil, Gotshal & Manges LLP | Marcia L. Goldstein, Esq., Debora A. Hoehne, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | debora.hoehne@weil.com; marcia.goldstein@weil.com | First Class Mail and Email |
| Pabon Velazquez, Ana C. | P.O. Box 661 | | | | Arroyo | PR | 00714 | | First Class Mail |
| Rosario Gutierres, Vilma I. | Jenaro A. Medina Rosario, Esq. | PO Box 79366 | | | Carolina | PR | 00984-9366 | jmedinalaw@gmail.com | First Class Mail and Email |
| Taconic Capital Advisors LP as Transferee of National Public Finance Guarantee Corporation | Attn: Erin Rota | 280 Park Avenue, 5th Floor | | | New York | NY | 10017 | operations@taconiccap.com | First Class Mail and Email |
| Whitebox Advisors LLC as Transferee of National Public Finance Guarantee Corporation | Attn: Brent Bertsch | 3033 Excelsior Blvd #500 | | | Minneapolis | MN | 55416 | bbertsch@whiteboxadvisors.com; wbasettlements@whiteboxadvisors.com | First Class Mail and Email |