# Datos del Contrato

1/1

| Entidad | Número de Contrato | Enmienda | Número PCo |
|---|---|---|---|
| 1201 | Departamento de Educación de Puerto Ric | 2021-000180 | | |

| Registrado en | Otorgado en | Vigencia Desde | Vigencia Hasta |
|---|---|---|---|
| 28 may. 2021 11:13 | 21 may. 2021 | 21 may. 2021 | 30 jun. 2026 |

| Cuantía a Pagar * | Cuantía a Recibir |
|---|---|
| $548,433.99 | $0.00 |

| Categoría de Servicio | Tipo de Servicio |
|---|---|
| COMPRA, VENTA, ALQUILER Y/O DESARROLLO D | EDIFICIOS |

| Forma de Contratación | Fondos |
|---|---|
| | |

**Contratista**

**Nombre**

LUIS A. RIVERA SIACA

Bienes o Servicios Privatizados

Sí   No

\* En los Contratos registrados antes del 14 de julio de 2021, el campo de Cuantía a Pagar contiene tanto la Cuantía a Pagar(Desembolsos) como la Cuantía a Recibir(Ingresos).

Regresar