# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-03283 -LTS<br><br>(Jointly Administered) |

## ORDER

The Court having considered Luis A. Rivera Siaca's ("LARS") motion for the Department of Education for the Commonwealth of Puerto Rico (the "Department of Education") to pay the administrative rent due under its unexpired nonresidential post-petition lease contract with LARS, as provided for in 11 U.S.C. §503(b), and good cause appearing therefor, it is hereby directed that the Department of Education pay LARS all post-petition rent due under contract number 081-2021-0180 between the Department of Education and LARS, corresponding to a one level, 28,431 building with a parking area for 135 vehicles, where the offices of the Department of Education are located at the corner of Teniente Cesar González and Calle Juan Calaf Number 33, Urbanización Industrial Tres Monjitas, Hato Rey, San Juan, Puerto Rico..

Dated: _____, 2022

Honorable Laura Taylor Swain
United States District Judge