## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-03283 -LTS<br><br>(Jointly Administered) |

## MOTION FOR LEAVE TO FILE DOCUMENTS IN THE SPANISH LANGUAGE AND FOR THIRTY DAYS TO FILE CERTIFIED TRANSLATION THEREOF TO THE ENGLISH LANGUAGE

**TO THE HONORABLE COURT:**

COMES NOW, Luis A. Rivera Siaca ("LARS"), through its undersigned counsel, and respectfully states and requests:

1. Contemporaneously herewith, LARS is filing a Motion For The Payment Of Administrative Rent, which includes two exhibits in the Spanish language.

2. Local Rule of Civil Procedure 5(c) of the Local Rules of the United States District for the District of Puerto Rico, provides for translation of filed documents stating that:

> "All documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English prepared by:
>
> (1) Interpreter certified by the Administrative Office of the U.S. Courts, or
>
> (2) a translator who has approved Phase I (written legal translation) of the Federal Court Interpreters Certification Examination, or
>
> (3) a translator, certified by the American Translator Association, or who has a post-graduate degree from an accredited post-graduate education translation program.
>
> In lieu of the above, by stipulation of the parties."

See L. Cv. R. 5(g).

3. Therefore, LARS respectfully requests for the Court to take notice of the above, grant LARS leave to file Exhibits **A**, and **C** to the Motion for the Payment of Administrative Rent in the Spanish language and thirty (30) days to provide the Court with certified translations to the English language of said Exhibits.

**WHEREFORE,** it is respectfully requested that the Court grant LARS leave to file the aforesaid Exhibits in the Spanish language and thirty (30) days to provide the Court with certified translations thereof to the English language, in the form of the order attached hereto.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico, this 22nd day of December 2022

                                                         s/**CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices
**Counsel for Debtor**
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel: 787-977-0515
Fax: 787-977-0518
E-mail: cauprill@cuprill.com

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>    Debtor | PROMESA<br>Title III<br><br>No. 17-03283 -LTS<br><br>(Jointly Administered) |

## ORDER

Luis A. Rivera Siaca's ("LARS") motion for leave to file documents in the Spanish language and his request for thirty days to file certified translation thereof to the English language is hereby granted.

Dated: _____, 2022

                                                                        Honorable Laura Taylor Swain
                                                                        United States District Judge