IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**MOTION PURSUANT TO RULE 3018(A)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
FOR TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES**

**Movant must provide all of the information below in English.**

| Part 1: | Identify Yourself |
|---|---|
| | *Evyflor Espinosa Rosado*<br>Name |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Part 2: | Where Should Notices Be Sent? |
|---|---|

Name: Evyflor Espinosa Rosado

Number / Street: P.O. Box 3404

City: Lajas   State: P.R.   ZIP Code: 00667

Contact phone: 787-951-8561

Contact email: ladye3404@yahoo.com

| Part 3: | Identify the Claim |
|---|---|

Proof of Claim Number (if any): 1173

(You may search for your claim on https://cases.primeclerk.com/puertorico/Home-ClaimInfo)

Please describe the nature of your claim, including the amount of your claim: Damage and prejudices $1,400,000

| Part 4: | Explain Why You Should Be Permitted to Vote to Accept or Reject the Debtors' Plan of Adjustment |
|---|---|

By filing this motion, you are seeking a court determination pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure to temporarily allow your claim in an amount the court deems proper for purposes of voting to accept or reject the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*.

Please provide below (1) the amount of your claim that should be allowed for voting purposes, and (2) the reasons why you believe you should be entitled to vote on the Debtor's plan of adjustment (attach additional pages if necessary). Please also provide as much documentation as possible to support both the amount you are asserting and the reasons why you believe you should be entitled to vote:

I accept the Debtor's Plan of Adjustment

2

| Part 5: | Sign Below |
|---|---|

I respectfully request that this Court enter an order temporarily allowing my claim in the amount above for purposes of voting to accept or reject the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*.

Executed on date __12/16/2022__ (MM/DD/YYYY)

Signature __Euyflor Espinosa Rosado__

**Print the name of the person who is completing and signing this motion:**

__Euyflor__ _____ __Espinosa Rosado__
First name    Middle name    Last name

3