LIBRE ASOCIADO. SI INDICA AMBOS CONSENTIMIENTOS PARA ARBITRAJ
VINCULANTE Y CONSENTIMIENTO PARA LIQUIDAR SU RECLAMO ANTES I
LOS TRIBUNALES DEL ESTADO LIBRE ASOCIADO, SERA DEMANDADO A
HABER ELEGIDO EL ARBITRAJE VINCULANTE.

Los detalles sobre la liquidación ante de los tribunales del Estado Libre Asociado se establecen en la Sección [ ] de los Procedimientos de ADR.]

**Sección I: Oferta de Acuerdo.** [Deudor] le ofrece un reclamo [general no prioritario sin garantía/gasto administrativo] no garantizado permitido por la cantidad de [$ ] contra [Deu en plena satisfacción de su(s) Reclamo(s) Designado(s), que deberá satisfacer de acuerdo co cualquier plan de ajuste de deudas confirmado e implementado en [Deudor] Caso del Título

Las únicas respuestas permitidas ("Respuestas Permitidas") a la Oferta de Acuerdo s (a) la aceptación de la Oferta de Acuerdo o (b) el rechazo de la Oferta de Acuerdo junto con contraoferta (una "Contraoferta"). La información sobre las contraofertas está disponible er Sección __ de los Procedimientos de ADR.

**Seleccione su Respuesta Permitida en el cuadro a continuación.** DEBE RESPONDER A LA OFERTA DE ACUERDO.

| RESPUESTA A LA OFERTA DE ACUERDO |
|---|
| **X** Yo/nosotros aceptamos los términos de la Oferta de Acuerdo.<br><br>**O**<br><br>____ Yo/nosotros rechazamos la Oferta de Acuerdo.<br><br>**O**<br><br>____ Yo/nosotros rechazamos la Oferta de Acuerdo. Sin embargo, aceptaré/aceptaremos un reclamo [general no prioritario sin garantía/gasto administrativo] contra [Deudor] por una cantidad de $__ en total satisfacción del (de los) Reclamo(s) Designado(s), para ser satisfecho de acuerdo con cualquier plan de ajuste de deudas confirmado e implementado en el [Deudor] Caso del Título III. |

LA SECCIÓN [ ] DE LOS PROCEDIMIENTOS DE ADR ESTABLECE LAS RESTRICCIONES A LAS OFERTAS. SU CONTRAOFERTA NO PUEDE INCLUIR DESCONOCIDO, NO LIQUIDADO O SIMILAR CANTIDADES Y NO PUEDEN SUPE LA CANTIDAD O MEJORAR LA PRIORIDAD ESTABLECIDA EN SU MÁS RECIEN PRESENTADO O ENMENDADA PRUEBA DE RECLAMO. NO PUEDE ENMENDAF PRUEBA DE RECLAMO SOLO AL PROPÓSITO DE PROPONER UNA CONTRA OFI

9

DE UNA MAYOR CANTIDAD O UNA MEJOR PRIORIDAD. SI DEVUELVE ESTE FORMULARIO CON UNA CONTRAOFERTA QUE NO CUMPLE CON LOS TÉRMINOS DE LOS PROCEDIMIENTOS DE ADR SERA CONSIDERADO QUE USTED HA RECHAZADO LA OFERTA DE ACUERDO Y LA LIQUIDACIÓN DE SUS RECLAMOS DESIGNADOS AVANZARA A LA EVALUACIÓN SEGÚN SE ESTABLECE EN LA SECCIÓN [__] DE LOS PROCEDIMIENTOS DE ADR.

**Sección II: Arbitraje Vinculante o Litigios en Tribunales del Estado Libre Asociado.**

**A. CONSENTIMIENTO A UN JUICIO ACELERADO**

Indique a continuación si acepta un juicio acelerado con respecto a su(s) Reclamo(s) Designado(s):

\_\_\_\_\_ Yo/nosotros CONSENTIMOS a un Arbitraje Vinculante.

**O**

__X__ Yo/nosotros NO CONSENTIMOS a un Arbitraje Vinculante. Reconozco que mi/nuestro consentimiento, una vez dado, no se puede retirar.

**B. CONSENTIMIENTO PARA LA LIQUIDACIÓN EN EL TRIBUNAL DEL ESTADO LIBRE ASOCIADO**

Indique a continuación si acepta la liquidación ante los tribunales del Estado Libre Asociado con respecto al (los) Reclamo(s) Designado(s):

__X__ Yo/nosotros CONSENTIMOS la liquidación ante los tribunales del Estado Libre Asociado.

**O**

\_\_\_\_\_ Yo/nosotros NO CONSENTIMOS la liquidación ante los tribunales del Estado Libre Asociado.

_Evyflor Espinosa Rosado_
[Firma del Designado Represéntate Autorizado del Reclamante]

Por: _Evyflor Espinosa Rosado_
[Nombre impreso]

*Euyflor Espinosa Rosado*

[Firma del Designado Repr
Autorizado del Recl

Por: _Euy Flor Espinosa Rosado_
[Nombre i