P.O. Box 3404
Lajas, P.R. 00667




U.S. POSTAGE PAID
FCM LG ENV
LAJAS, PR
00667
DEC 16, 22
AMOUNT
$1.44
R2305K134671-02

RDC 99

00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767