UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING MOTION FOR LEAVE TO FILE DOCUMENTS IN THE SPANISH LANGUAGE
AND FOR THIRTY DAYS TO FILE CERTIFIED TRANSLATION THEREOF TO THE ENGLISH LANGUAGE

　　　　　　Upon the *Motion for Leave to File Documents in the Spanish Language and for Thirty Days to File Certified Translation Thereof to the English Language* (Docket Entry No. 23146 in Case No. 17-3283) (the "Motion") filed by the Luis A. Rivera Siaca, it is hereby ORDERED that certified English translations of the exhibits identified in the Motion must be filed by **January 23, 2023**, at **5:00 p.m. (Atlantic Standard Time)**.  This Order resolves Docket Entry No. 23146 in Case No. 17-3283.

　　　　SO ORDERED.

Dated: December 22, 2022

　　　　　　　　　　　　　　　　 /s/ Laura Taylor Swain　
　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　United States District Judge

---

[1]　　　The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).