IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Group Wage Creditors in the Litigation Captioned <u>Prudencio Acevedo Arocho et al. v. Puerto Rico Department of Treasury,</u> Case No. KAC-2005-5022<br><br>Claimants – Appellants<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>Appellees | PROMESA<br>Title III<br><br>Case No. 17-bk-03283<br>(Jointly Administered) |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that the Group Wage Creditors in the Litigation Captioned <u>Prudencio Acevedo Arocho et al. v. Puerto Rico Department of Treasury,</u> Case No. KAC-2005-5022, hereby appeals to the United States Court of Appeals for the First Circuit the **"*Order Denying Motion Requesting Allowance and Payment of Administrative Expense Claims Filed by Wage Claimants"*** (*See,* **Exhibit A**)entered in the above-captioned case on November 3, 2022 at Docket No. 22799 denying the *Application for Allowance of Payment of Postpetition Administrative*

1

*Expense Priority Claims, Filed by Group in the Litigation Captioned Acevedo Arocho et al. v. the Departamento Hacienda and Reservation of Rights* (Docket Entry No. 21230 in Case No. 17-3283).

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 22nd of December 2022.

**THE BATISTA LAW GROUP, PSC.**
S/ Jesus E. Batista Sánchez
Jesus E. Batista Sánchez, Esq.
Attorney for the Appellants
USDC-PR No. 227014
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail: jeb@batistasanchez.com