**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Group Wage Creditors in the Litigation Captioned <u>Madeline Acevedo-Camacho v Family Department</u>, ARV and AIJ, Case No. 2016-05-1340; | PROMESA Title III |
| Claimants – Appellants | |
| v. | Case No. 17-bk-03283 |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | |
| Appellees | |

## <u>NOTICE OF APPEAL</u>

**TO THE HONORABLE COURT:**

Notice is hereby given that the Group Wage Creditors in the Litigation Captioned <u>Madeline Acevedo-Camacho v Family Department</u>, ARV and AIJ, Case No. 2016-05-1340, hereby appeals to the United States Court of Appeals for the First Circuit the ***"Order Denying Motion Requesting Allowance and Payment of Administrative Expense Claims Filed by Wage Claimants"*** (See, **<u>Exhibit A</u>**) entered in the above-captioned case on November 3, 2022 at Docket No. 22799 denying the Application for Allowance and Payment of Administrative Expense Claims Filed by

Group Wage Creditors in the Litigation Captioned *Madeline Acevedo Camacho v. the Family Department*, ARV, and AIJ of the Commonwealth of Puerto Rico (Docket Entry No. 21194 in Case No. 17-3283).

CERTIFICATE OF SERVICE

 I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 22nd of December 2022.

**THE BATISTA LAW GROUP, PSC.**
S/ Jesus E. Batista Sánchez
Jesus E. Batista Sánchez, Esq.
Attorney for the Appellants
USDC-PR No. 227014
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail:  jeb@batistasanchez.com