# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Group Wage Creditors in the Litigation Captioned <u>Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works,</u> CASE No. 2021-05-0346<br><br>Claimants – Appellants<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>Appellees | PROMESA<br>Title III<br><br>Case No. 17-bk-03283 |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that the Group Wage Creditors in the Litigation Captioned <u>Abraham Gimenez et al. v. Puerto Rico Department of Transportation & Public Works,</u> CASE No. 2021-05-0346, hereby appeals to the United States Court of Appeals for the First Circuit the ***"Order Denying Motion Requesting Allowance and Payment of Administrative Expense Claims Filed by Wage Claimants"*** (See, **Exhibit A**) entered in the above-captioned case on November 3, 2022 at Docket No. 22799 denying the Application for Allowance of Administrative Expense Priority

1

Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights (Docket Entry No. 21227 in Case No. 17-3283)

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 22nd of December 2022.

**THE BATISTA LAW GROUP, PSC.**
S/ Jesus E. Batista Sánchez
Jesus E. Batista Sánchez, Esq.
Attorney for the Appellants
USDC-PR No. 227014
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail: jeb@batistasanchez.com