# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   : Title III
                                                    :
    as representative of                           : Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           : (Jointly Administered)
                                                    :
    Debtors.[1]                                    :
---------------------------------------------------------------------- x

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE RESPONSE OF THE AVOIDANCE ACTIONS TRUSTEE TO THE MOTION FOR RECONSIDERATION OF THE ERS BENEFICIARIES

The Official Committee of Unsecured Creditors (the "Committee")[2] submits this joinder (the "Joinder") to the *Response of the Avoidance Actions Trustee to the Motion For Reconsideration [DE 23058] of The ERS Beneficiaries* (the "Response") [D.E. 23165 at 17-bk-3283] filed by Drivetrain, LLC ("Trustee"), in its capacity as the trustee of the Commonwealth Avoidance Actions Trust (the "Avoidance Actions Trust").

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

1.  For the reasons set forth in the Response, the Committee respectfully agrees with the Trustee that the *Motion for Reconsideration Under Bankruptcy Rule 9023* [DE 23058] ("Reconsideration Motion") filed by the Estate of Pedro José Nazario Serrano, the Estate of Juanita Sosa Pérez, Joel Rivera Morales, María de Lourdes Gómez Pérez, Héctor Cruz Villanueva, Lourdes Rodríguez, and Luis M. Jordán Rivera (collectively, the "ERS Beneficiaries") should be denied. In general terms, the Reconsideration Motion has not articulated a basis under the applicable legal standards — including, *e.g.*, Rule 59(e) of the Federal Rules of Civil Procedure — to justify the Court's reconsideration of the *Memorandum Opinion and Order Granting the Motion to Enforce the Plan* [DE 22927].

WHEREFORE, the Committee respectfully requests the Court take notice of this Joinder and grant the relief requested in the Response consistent with this motion.

Dated: December 28, 2022

By: */s/ John Arrastia*
John Arrastia, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Angelo M. Castaldi, Esq. (*Pro Hac Vice*)
**CONTINENTAL PLLC**
255 Alhambra Cir, Suite 640,
Miami, FL 33134
Tel: (305) 677-2707
jarrastia@continentalpllc.com
jsuarez@continentalpllc.com
acastaldi@continentalpllc.com

*Counsel to the Committee*

/s/ *Juan J. Casillas Ayala*
Juan J. Casillas Ayala, Esq., (USDC-PR 218312)
Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)
Edna M. Tejeda Oyola, Esq. (USDC-PR 219803)
Juan C. Nieves González, Esq., (USDC-PR 231707
CASILLAS, SANTIAGO & TORRES LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901-2419
Tel.: (787) 523-3434

jcasillas@cstlawpr.com
lllach@cstlawpr.com
etejeda@cstlawpr.com
jnieves@cstlawpr.com

*Local Counsel to the Committee*