UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>     Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

## **MEDIATION TEAM'S NOTICE OF EXTENSION OF MEDIATION**

To the Honorable United States District Judge Laura Taylor Swain:

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

59997723.1

PLEASE TAKE NOTICE that, on April 8, 2022, the Court entered an order (the "Appointment Order")[2] appointing a Mediation Team comprising the Honorable Shelley C. Chapman as lead mediator, the Honorable Robert D. Drain, and the Honorable Brendan L. Shannon (collectively, the "Mediation Team") to facilitate confidential negotiations among the Mediation Parties (and any other Mediation Party added in the Mediation Team's discretion) regarding the Mediation Topics (the "Mediation").  On the same date, the Court entered its Order Establishing the Terms and Conditions of Mediation (the "Terms and Conditions Order").

PLEASE TAKE FURTHER NOTICE that the termination date of the Mediation (the "Termination Date") has been extended by the Court multiple times.  Pursuant to the Court's *Amendments to Order Establishing the Terms and Conditions of Mediation* (the "Amended Terms and Conditions Order"),[3] the Court established a revised Termination Date of December 31, 2022, and further stated that "the Mediation Team may extend the Termination Date based on its assessment of the material progress of the Mediation but in no event shall extend the Termination Date beyond January 31, 2023, at 11:59 p.m. (Atlantic Standard Time), without this Court's approval after notice of such proposed extension to parties in interest."[4]  The Amended Terms and Conditions Order also authorized the Mediation Team "to make periodic written status reports in its discretion."[5]  The Amended Terms and Conditions Order further provided that the Appointment Order and the Terms and Conditions Order (except as modified by the Amended Terms and Conditions Order) remain in full force and effect.

## STATEMENT OF MEDIATION TEAM

---

[2]    Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Appointment Order.

[3]    Case No. 17-3283, Docket No. 22409; Case No. 17-4780, Docket No. 3011.

[4]    Amended Terms and Conditions Order, ¶ 3.

[5]    Amended Terms and Conditions Order, ¶ 5.

2

59997723.1

1.      The Mediation Team respectfully submits this Notice in accordance with the applicable terms of the Amended Terms and Conditions Order.

2.      The Mediation Team hereby extends the Termination Date to January 31, 2023 at 11:59 p.m. (Atlantic Standard Time).  While there are no active negotiations taking place at the present time in which the Mediation Team is involved, the Mediation Team believes it is in the best interests of all stakeholders for the Mediation Team to remain available to assist should such negotiations resume.  The Mediation Team is of course available to answer any questions the Court may have.

Dated: December 28, 2022

/s/ Shelley C. Chapman
SHELLEY C. CHAPMAN
Willkie Farr & Gallagher LLP

/s/ Brendan L. Shannon
BRENDAN L. SHANNON
United States Bankruptcy Judge

/s/ Robert D. Drain
ROBERT D. DRAIN
United States Bankruptcy Judge