# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE: December 28, 2022**

BK Case: 17-3283 LTS (Jointly Administered) (PROMESA)

**APPEAL FEE PAID ($505):  YES  __X__   NO  _____      PENDING ___**

**CASE CAPTION:** In re: The Commonwealth of Puerto Rico.

**IN FORMA PAUPERIS:        YES  _____   NO  __X__**

**MOTIONS PENDING:          YES  _____   NO  __X__**

**NOTICE OF APPEAL FILED BY:**  Prudencio Acevedo Arocho

**APPEAL FROM:** Order Denying Motions Requesting Allowance and Payment of Administrative Expense Claims Filed by Wage Claimants entered on 11/3/2022.

**SPECIAL COMMENTS:**    Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries: 21194, 21195, 21224, 21227, 21230, 22799, 23152**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

Agnes Ferrer-Auffant, Esq.
Acting Clerk of Court
S/Idnar Diaz
Idnar Diaz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #:    _____  s/c:  CM/ECF Parties, Appeals Clerk