# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE: December 28, 2022**

BK Case: 17-3283 LTS (Jointly Administered) (PROMESA)

**APPEAL FEE PAID ($505):**   YES __X__   NO _____   PENDING ___

**CASE CAPTION:** In re: The Commonwealth of Puerto Rico.

**IN FORMA PAUPERIS:**     YES _____   NO __X__

**MOTIONS PENDING:**       YES _____   NO __X__

**NOTICE OF APPEAL FILED BY:**  Francisco Beltran Cintron

**APPEAL FROM:** Order Denying Motions Requesting Allowance and Payment of Administrative Expense Claims Filed by Wage Claimants entered on 11/3/2022.

**SPECIAL COMMENTS:**    Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries: 21194, 21195, 21224, 21227, 21230, 22799, 23158**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                        Agnes Ferrer-Auffant, Esq.
                        Acting Clerk of Court
                        S/Idnar Diaz
                        Idnar Diaz
                        Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c: CM/ECF Parties, Appeals Clerk