# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE: December 28, 2022**

BK Case: 17-3283 LTS (Jointly Administered) (PROMESA)

**APPEAL FEE PAID ($505):  YES  __X__   NO  _____    PENDING  ___**

**CASE CAPTION:** In re: The Commonwealth of Puerto Rico.

**IN FORMA PAUPERIS:       YES  ____    NO  _X_**

**MOTIONS PENDING:         YES  ____    NO  _X_**

**NOTICE OF APPEAL FILED BY:**  Abraham Gimenez

**APPEAL FROM:** Order Denying Motions Requesting Allowance and Payment of Administrative Expense Claims Filed by Wage Claimants entered on 11/3/2022.

**SPECIAL COMMENTS:**     **Copies of original documents.**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries: 21194, 21195, 21224, 21227, 21230, 22799, 23156**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

    Agnes Ferrer-Auffant, Esq.
    Acting Clerk of Court
    S/Idnar Diaz
    Idnar Diaz
    Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c: CM/ECF Parties, Appeals Clerk