IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>Jointly Administered<br><br>Adv. Proc. No 19-280-LTS |

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Vinu George Joseph (the "Applicant") and respectfully states:

1. Applicant is an attorney and a partner in the law firm of McGuireWoods LLP, with offices at:

> Address:
> 77 West Wacker Drive
> Suite 4100
> Chicago, IL 60601-1818
>
> Email:  VJoseph@mcguirewoods.com
>
> Telephone No.:  312-750-3511
>
> Fax No.:  312-698-4511

2. Applicant will sign all pleadings with the name Vinu George Joseph.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant has been retained personally or as a member of the above-named firm by Jefferies LLC and BMO Capital Markets GKST, Inc., to provide legal representation in connection with the captioned matter now pending before the United States District Court for the District of Puerto Rico.

4. Since July 9, 2013, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of Illinois, where applicant regularly practices law. Applicant's Illinois bar license number is 6311110.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Supreme Court of Illinois | July 9, 2013 |
| U.S. District Court for the Northern District of Illinois | October 4, 2019 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, the Applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico

10. Local counsel of record associated with the Applicant in this matter is:

| | |
|---|---|
| Name: | Nilda M. Navarro-Cabrer |
| USDC-PR Bar No.: | 201212 |
| Address: | Navarro-Cabrer Law Offices<br>El Centro I, Suite 206<br>500 Muñoz Rivera Ave. |

|  |  |
|---|---|
|  | San Juan, Puerto Rico 00918 |
| Email: | navarro@navarrolawpr.com |
| Telephone No.: | (787) 764-9595 / (787) 360-9584 |

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: December 29, 2021

    Vinu George Joseph
Printed Name of Applicant

 /s/ *Vinu George Joseph*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Dated: December 29, 2022
      San Juan, Puerto Rico

  Nilda M. Navarro-Cabrer
Printed Name of Local Counsel

/s/ *Nilda M. Navarro-Cabrer*
Signature of Local Counsel

I HEREBY CERTIFY that on this same date, we electronically filed the document with

- 3 -

the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

/s/ *Vinu George Joseph*
Signature of Applicant

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

HONORABLE LAURA TAYLOR SWAIN
UNITE STATES DISTRICT JUDGE