# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>(Jointly Administered)<br><br><br>**Ref. Docket No. 23088** |

## SUPPLEMENTAL
## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned chapter 11 cases.

2. On December 8, 2022, I caused to be served the:

    a. "Notice of (A) Entry of Order Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority Pursuant to Title III of Promesa and (B) Occurrence of the Effective Date," dated December 6, 2022 [Docket No. 22999] (the "Effective Date Notice in English), and

    b. "Notificación (A) del Dictado de Una Orden Confirmando la Quinta Enmienda al Plan de Ajuste del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico, de Conformidad con el Título III de la ley Promesa, y (B) del Acaecimiento de la Fecha de Entrada en Vigor," dated December 6, 2022, *related to Docket No. 22999*, a copy of which is annexed hereto as Exhibit A,

by causing true and correct copies to be delivered by next-day delivery to the brokerage firms, banks and agents (the "Nominees"), identified on the annexed Exhibit B, copies of the documents, with instructions for the Nominees to distribute the documents to the beneficial owners of the Debtors' public securities.

/s/ Diane Streany
Diane Streany

Sworn to before me this
4th day of January, 2023
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2026

# EXHIBIT A

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de la<br><br>AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,<br><br>Deudor. | PROMESA<br>Título III<br><br>Nº 17 BK 3567-LTS<br><br>(Administrado de manera conjunta) |

**NOTIFICACIÓN (A) DEL DICTADO DE UNA ORDEN CONFIRMANDO LA QUINTA ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, DE CONFORMIDAD CON EL TÍTULO III DE LA LEY PROMESA, Y (B) DEL ACAECIMIENTO DE LA FECHA DE ENTRADA EN VIGOR**

**A LOS ACREEDORES Y OTRAS PARTES INTERESADAS:**

SE NOTIFICA QUE, de conformidad con una orden dictada el 12 de Octubre de 2022 [ECF nº 1415] (la "Orden de confirmación"), la *Quinta enmienda modificada al Plan de Ajuste del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico*, de fecha 6 de septiembre de 2022 (tal y como pueda haber sido enmendado, modificado o complementado de cualquier otra forma, el "Plan"), fue confirmada por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). Salvo que en la presente Notificación se estipule una definición distinta, los términos en mayúsculas utilizados, pero no definidos aquí, tendrán los significados adscritos a los mismos en el Plan de la ACT y en la Orden de confirmación de la ACT.

ASIMISMO, SE NOTIFICA que la Fecha de entrada en vigor para la ACT del Plan y del Plan de la ACT tuvo lugar el 6 de Diciembre de 2022, y que el Plan de la ACT quedó sustancialmente consumado.

SE NOTIFICA TAMBIÉN que cualquier parte interesada que desee obtener copias de la Orden de confirmación, del Plan de la ACT y de la documentación afín debe ponerse en contacto con Kroll Restructuring Administration LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o bien por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Asimismo, podrá ver dichos documentos accediendo a https://cases.ra.kroll.com/puertorico/ o al sitio web del Tribunal, https://www.prd.uscourts.gov/. Tenga en cuenta que se requieren una contraseña y credenciales de inicio de sesión para para acceder a los documentos que figuran en el sitio web del Tribunal a

través del sistema de Acceso Público a los Registros Electrónicos del Tribunal ("PACER, por sus siglas en inglés") (http://www.pacer.psc.uscourts.gov).

ASIMISMO, SE NOTIFICA QUE, en virtud de la Sección 1.4 y del Artículo III del Plan de la ACT, y del apartado preliminar 31 de la Orden de confirmación, el plazo para la presentación de evidencias, o de peticiones, de pago de Reclamaciones de gastos administrativos (las "Peticiones de gastos administrativos") es el 6 de Marzo de 2023; aunque siempre en el bien entendido de que no se requerirá la presentación de evidencias de una Reclamación de gastos administrativos si dicha reclamación (a) se haya incurrido (i) de conformidad con una orden del Tribunal, o bien (ii) con el consentimiento escrito de las Partes gubernamentales correspondientes, aceptando expresamente dicha Reclamación de gastos administrativos, (b) si se trata de una Reclamación profesional (incluyendo una Reclamación de reembolso por un miembro del Comité de Acreedores exclusivamente en su calidad de tal), (c) sea una Reclamación intergubernamental, (d) sea una Reclamación de gastos administrativos del IRS en concepto del pago de los impuestos incurridos por el Deudor a partir de la fecha de petición de la ACT, (e) esté relacionada con transacciones que se hayan producido de manera ordinaria durante el período desde, y con posterioridad a, la fecha de petición de la ACT, hasta la Fecha de entrada en vigor incluida, (f) esté relacionada con una reclamación sujeta a las disposiciones de la Orden de conciliación administrativa, incluyendo, entre otras, las "reclamaciones de agravios" vinculadas con cualquier de los acuerdos de negociación colectiva del Deudor, o bien (g) esté sujeta a una moción pendiente solicitando la asignación de cualesquiera gastos administrativos de conformidad con la Sección 503(b) de la Ley de Quiebras a la fecha de dictado de la presente Orden; y además en el bien entendido de que dicha evidencia de una Reclamación de gastos administrativos por parte de una unidad gubernamental seguirá estando sujeta a los derechos e intereses del Deudor y del Deudor reorganizado, según proceda, y que cualquier otra parte interesada podrá interponer una objeción u otra defensa a la admisión o pago de la misma.

SE NOTIFICA TAMBIÉN que todas las Peticiones de gastos administrativos deberán enviarse de la siguiente forma:

(i) completando la Evidencia de reclamación electrónica en el sitio web del Agente de reclamaciones, en https://cases.primeclerk.com/puertorico/EPOC-Index, o bien

(ii) si se entrega en mano o se cursa por correo certificado o servicio de mensajería, a la siguiente dirección: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Las Peticiones de gastos administrativos se considerarán puntualmente presentadas solamente si **son efectivamente recibidas** por Kroll Restructuring Administration LLC (el Agente de reclamaciones del Deudor) como más tardar a las **5:00 p.m. (hora estándar del Atlántico)** del 6 de Marzo de 2023 (la "Fecha límite administrativa"). Las peticiones de Gastos administrativos **no** deberán enviarse por fax, telecopia o correo electrónico.

**TAMBIÉN SE NOTIFICA QUE, si se le solicita que presente una petición de Gastos administrativos de conformidad con la Sección 1.4 y el Artículo III del Plan, y del apartado preliminar 31 de la Orden de confirmación, y omite hacerlo hasta la Fecha límite**

**administrativa, quedará definitivamente impedido, excluido y prohibido de alegar dicha Reclamación de gastos administrativos (y de presentar una petición de Gastos administrativos con respecto a la citada Reclamación) contra el Deudor y sus bienes, y tanto el Deudor como el Deudor reorganizado quedarán exonerados de todo tipo de endeudamiento o responsabilidad con respecto a las citadas reclamaciones.**

IGUALMENTE, SE NOTIFICA que, a tenor de la Sección 27.6 del Plan de la ACT y del apartado preliminar 19 de la Orden de confirmación, si el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente por parte del Deudor conllevase daños para la(s) otra(s) parte(s) de dicho contrato o arrendamiento, toda reclamación de tales daños, si no se prueban mediante la presentación de evidencias de reclamación, quedará definitivamente excluido y prohibido de alegar contra el Deudor, sus bienes, agentes, sucesores o cesionarios, incluyendo, entre otros, el Deudor reorganizado, salvo que se presente una evidencia de Reclamación ante el Tribunal como más tardar treinta (30) días después de (i) la Fecha de confirmación, y (ii) la fecha de dictado de una orden del Tribunal autorizando el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente en particular, lo que más tarde se produzca.

| | |
|---|---|
| Fecha: 6 de Diciembre de 2022<br>San Juan, Puerto Rico | /s/ Brian Rosen<br><br>Martin J. Bienenstock (admitido *pro hac vice*)<br>Brian S. Rosen (admitido *pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>Nueva York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Abogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor*<br><br>/s/ Hermann D. Bauer<br><br>Hermann D. Bauer, Esq.<br>USDC Nº 215205<br>**O'NEILL & BORGES LLC**<br>250 Avenida Muñoz Rivera, Suite 800<br>San Juan, P.R. 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Coabogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor* |

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AMERIPRISE (0756) | ATT GREG WRAALSTAD/PROXY MGR 901 3RD AVE SOUTH MINNEAPOLIS MN 55474 |
| ASSETMARK TST CO (2827) | ATT VERONICA YOPLAC/PROXY MGR P.O. BOX 40018 LYNCHBURG VA 24506 |
| AXOS CLEARING (0052) | ATT CORPORATE ACTIONS DEPT 1200 LANDMARK CTR, STE. 800 OMAHA NE 68102-1916 |
| BARCLAYS CAPITAL INC. (0229) | ATT CORPORATE ACTIONS/REORG 745 7TH AV, 3RD FL NEW YORK NY 10019 |
| BNP PARIBAS (2147,2154,2787) | ATT PROXY DEPT 525 WASHINGTON BLVD 9TH FL JERSEY CITY NJ 07310 |
| BNP PARIBAS SECS CORP (0049) | CREIGHTON DOUGLASS/PROXY MGR 555 CROTON RD 4TH FL KING OF PRUSSIA PA 19406 |
| BNY MELLON (901,954,2023,8420) | ATT EVENT CREATION 500 GRANT ST ROOM 151-1700 PITTSBURGH PA 15258 |
| BOA/GWIM TST OPER (0955) | ATT CORPORATE ACTIONS MANAGER 901 MAIN ST 12TH FL DALLAS TX 75202 |
| BOFA SECS (0161,5198) | ATT EARL WEEKS OR PROXY DEPT C/O ML CORP ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| BROADRIDGE | JOBS: N78109, N78110, N78111 & N78113 51 MERCEDES WAY EDGEWOOD NY 11717 |
| BROWN BROS HARRIMAN (0010) | ATT CORPORATE ACTIONS / VAULT 140 BROADWAY NEW YORK NY 10005 |
| CANTOR FITZ/CLR SVCS (0197) | ATT ANTHONY ROYE OR PROXY DEPT CORPORATE ACTIONS 55 WATER ST, 28TH FL NEW YORK NY 10041 |
| CETERA (0701) | ATT ANGELA HANDELAND/PROXY MGR 400 1ST ST SOUTH STE 300 ST. CLOUD MN 56301 |
| CHARLES SCHWAB & CO. (0164) | ATT CHRISTINA YOUNG/PROXY MGR 2423 EAST LINCOLN DR PHOENIX AZ 85016-1215 |
| CITIBANK, N.A. (0908) | ATT SHERIDA SINANAN/PROXY DEPT 3801 CITIBANK CTR B/3RD FL/ZONE 12 TAMPA FL 33610 |
| CITIGROUP PRIVATE BANK (2032) | ATT STEPHANIE LUCKEY/PROXY MGR 111 WALL ST 6TH FL NEW YORK NY 10005 |
| COMERICA BANK (2108) | ATT LEWIS WISOTSKY/PROXY MGR 411 WEST LAFAYETTE MAIL CODE 3530 DETROIT MI 48226 |
| COMMERCE (2170) | ATT CINDY LAWRENCE/PROXY MGR INVESTMENT MGMT GROUP 922 WALNUT KANSAS CITY MO 64106 |
| CONCORD TRUST COMPANY | PROXY/NOTICING DEPARTMENT 3 EXECUTIVE PARK DRIVE SUITE 302 BEDFORD NH 03110 |
| CREDIT SUISSE (0355) | ATT EMILY CONNORS/PROXY DEPT C/O REORG DEPT 7033 LOUIS STEPHENS DR-4TH FL RESEARCH TRIANGLE PARK NC 27709 |
| D. A. DAVIDSON & CO. (0361) | ATT RITA LINSKEY OR PROXY MGR 8 THIRD ST NORTH GREAT FALLS MT 59401 |
| DAVENPORT & CO LLC (0715) | ATT KIM NIEDING OR PROXY MGR 901 EAST CARY ST 11TH FL RICHMOND VA 23219 |
| DEPOSITORY TST CO. | ROBERT GIORDANO 570 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| EDWARD JONES (0057) | ATT DEREK ADAMS OR PROXY DEPT CORPORATE ACTS & DISTRIBUTION 12555 MANCHESTER RD ST. LOUIS MO 63131 |
| ETRADE/APEX (0158/0385) | C/O BROADRIDGE SECS PROCESSING YASMINE CASSEUS, 2 GATEWAY CTR 283-299 MARKET ST – 16TH FL NEWARK NJ 07102 |
| FIFTH THIRD BANK THE (2116) | ATT CARRIE POTTER/PROXY DEPT 5001 KINGSLEY DR MAIL DROP 1M0B2D CINCINNATI OH 45227 |
| FMSBONDS, INC. (5217) | ATT MICHAEL SELIGSOHN/PROX MGR 301 YAMATO RD, STE 2100 BOCA RATON FL 33431 |
| GEORGE K. BAUM & CO (0129) | ATT DONETTA BOYKINS/PROXY MGR 4801 MAIN ST STE 500 KANSAS CITY MO 64112 |
| GLENMEDE TST CO (2139) | ATT LINDA BELLICINI/PROXY MGR ONE LIBERTY PL, STE 1200 1650 MARKET ST PHILADELPHIA PA 19103 |
| GOLDMAN SACHS (0005,2941) | ATT MEGHAN SULLIVAN/PROXY DEPT 30 HUDSON ST JERSEY CITY NJ 07302 |
| IND/COM BK OF CHINA (388,824) | ATT HENRY NAPIER OR PROXY MGR 1633 BROADWAY, 28TH FL NEW YORK NY 10019 |
| INT BROKERS (534,549,17) | ATT KARIN MCCARTHY/PROXY DEPT 2 PICKWICK PLAZA, 2ND FL GREENWICH CT 06830 |
| J.P. MORGAN (0352,2424) | ATT CORPORATE ACTIONS TEAM 500 STANTON CHRISTIANA RD. NCC5 FL3 NEWARK DE 19713 |
| JEFFERIES & CO, INC. (0019) | ATT ROBERT MARANZANO/PROXY MGR 34 EXCHANGE PL JERSEY CITY NJ 07311 |
| JP MORGAN INTL (2035) | ATT NORE SCARLETT/PROXY DEPT ADMINISTRATOR 4 NEW YORK PLAZA – 13TH FL NEW YORK NY 10004 |
| JPM (0902,0187) | ATT KENNY CHIU PROXY MGR NY1-C094 4 METROTECH CTR – 3RD FL BROOKLYN NY 11245 |
| KS BANK | PROXY/NOTICING DEPARTMENT 1031 N. BRIGHTLEAF BLVD. PO BOX 661 SMITHFIELD NC 27577 |
| KS STATE BANK | PROXY/NOTICING DEPARTMENT 101 WESTLOOP PLACE MANHATTAN KS 66502 |
| LPL FIN CORP (0075) | ATT CORPORATE ACTIONS 1055 LPL WAY FORT MILL SC 29715 |

| Claim Name | Address Information |
|---|---|
| M&I MARSHALL & ILSLEY BK(0992) | ATT CYNTHIA HAMMERELL/PROX MGR 1000 N. WATER ST -TR 14 MILWAUKEE WI 53202 |
| MANUFACTURERS & TRADERS (0990) | ATT DON SCHMIDT OR PROXY MGR ONE M&T PLAZA 8TH FL BUFFALO NY 14240 |
| MARSCO INVESTMENT CORP (0287) | ATT KAREN JACOBSEN/PROXY MGR 101 EISENHOWER PKWY ROSELAND NJ 07068 |
| MEDIANT COMMUNICATIONS | JOB: 1952172 STEPHANY HERNANDEZ 100 DEMAREST DR WAYNE NJ 07470 |
| MORGAN STANLEY (0015) | ATT MS PROXY DEPT 1300 THAMES ST WHARF BALTIMORE MD 21231 |
| NATL FIN SVCS. (0226) | ATT SEAN COLE OR PROXY DEPT NEWPORT OFFICE CTR III 499 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| NORTHERN TST CO, THE (2669) | ATT ANDREW LUSSEN OR PROXY MGR 801 S. CANAL ST ATT: CAPITAL STRUCTURES-C1N CHICAGO IL 60607 |
| OPPENHEIMER & CO. INC. (0571) | ATT COLIN SANDY OR PROXY MGR 85 BROAD ST, 4TH FL NEW YORK NY 10004 |
| PERSHING (0443) | ATT JOSEPH LAVARA/PROXY DEPT 1 PERSHING PLAZA JERSEY CITY NJ 07399 |
| RAYMOND JAMES ASSOC INC (0725) | ATT ROBERTA GREEN OR PROXY MGR 880 CARILION PKWY TOWER 2, 4TH FL ST. PETERSBURG FL 33716 |
| RBC CAPITAL MKTS CORP (0235) | ATT STEVE SCHAFER OR PROXY MGR 60 S 6TH ST - P09 MINNEAPOLIS MN 55402-1106 |
| RBC DOMINION /CDS (5002) | ATT PROXY MGR 2 BLOOR ST E # 2300 TORONTO ON M4W 1A8 CANADA |
| REGIONS BK/WEST VALLEY (2329) | ATT MANSELL GARRETT/PROXY MGR 250 RIVERCHASE PKWY BIRMINGHAM AL 35209 |
| RELIANCE TST (2042,2085,5962) | ATT TONIE MONTGOMERY 1100 ABERNATHY RD STE 400 ATLANTA GA 30328 |
| ROBERT W BAIRD & CO INC (0547) | ATT JAN SUDFELD OR PROXY MGR 777 E. WISCONSIN AV 19TH FL MILWAUKEE WI 53202 |
| SANFORD C. BERNSTEIN (0013) | ATT RYAN CONNORS OR PROXY MGR ONE NORTH LEXINGTON AV WHITE PLAINS NY 10601-1785 |
| SCOTTRADE, INC. (0705) | RHONDA KOTTEMAN OR PROXY MGR. 500 MARYVILLE UNIVERSITY DR ST. LOUIS MO 63141 |
| SEI PRIVATE TST CO (2039) | ATT ERIC GREENE OR PROXY MGR ONE FREEDOM VALLEY DR OAKS PA 19456 |
| STATE ST (0997,2132,2319) | ATT PROXY DEPT 1776 HERITAGE DR NORTH QUINCY MA 02171 |
| STEPHENS INC. (0419) | ATT LINDA THOMPSON/PROXY MGR 111 CTR ST LITTLE ROCK AR 72201-4402 |
| STIFEL NICOLAUS & CO. (0793) | ATT CHRIS WIEGAND/PROXY DEPT C/O MEDIANT COMMUNCATIONS 501 N. BROADWAY ST. LOUIS MO 63102 |
| STOCKCROSS FIN (0445) | ATT DIANE TOBEY OR PROXY MGR 77 SUMMER ST BOSTON MA 02210 |
| SUMITOMO TST & BANKING (2779) | ATT BETH MUELLER OR PROXY MGR 527 MADISON AV NEW YORK NY 10022 |
| SUNTST BANK (2971) | ATT JULIA COLANTUONO/PROXY MGR P. O. BOX 105504 CTR 3141 ATLANTA GA 30348-5504 |
| TD AMERITRADE CLEARING (0188) | ATT MANDI FOSTER OR PROXY MGR 200 S. 108TH AVE OMAHA NE 68154 |
| TRUIST/BB&T SECS (0702) | ATT JESSE W. SPROUSE/PROXY MGR 8006 DISCOVERY DR STE 200 RICHMOND VA 23229 |
| U.S. BANCORP INVEST (0280) | ATT KEVIN BROWN OR PROXY MGR 60 LIVINGSTON AVE ST. PAUL MN 55107-1419 |
| U.S. BANK N.A. (2803) | ATT PAUL KUXHAUS OR PROXY MGR 1555 N. RIVER CTR DR STE 302 MILWAUKEE WI 53212 |
| UBS FIN SVCS LLC (0221) | ATT PROXY DEPT - JANE FLOOD 1000 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UBS SECS LLC (0642) | ATT MICHAEL HALLET/PROXY MGR PROXY DEPT 315 DEADRICK ST NASHVILLE TN 37238 |
| UMB BANK, NATL ASSOC (2450) | ATT KAREN BOUCHARD/PROXY MGR 928 GRAND BLVD MAILSTOP 1010404 KANSAS CITY MO 64106 |
| VANGUARD MARKETING CORP (0062) | ATT BEN BEGUIN OR PROXY MGR 14321 N. NORTHSIGHT BLVD SCOTTSDALE AZ 85260 |
| WEDBUSH MORGAN (0103,8199) | ATT ALAN FERREIRA OR PROXY MGR 1000 WILSHIRE BLVD., STE #850 LOS ANGELES CA 90030 |
| WELLS FARGO BANK NA (2027) | ATT LORA DAHLE OR PROXY MGR 550 SOUTH 4TH ST MAC N9310-141 MINNEAPOLIS MN 55415 |
| WELLS FARGO BANK NA/SIG (2072) | ATT SCOTT NELLIS OR PROXY MGR 1525 W T HARRIS BLVD 1ST FL CHARLOTTE NC 28262-8522 |
| WELLS FARGO CLEARSVCS (0141) | ATT PROXY DEPT H0006-08N 2801 MARKET ST ST. LOUIS MO 63103 |

**Total Creditor count  75**