# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
|     as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
|         Debtors. | |

## SUMMARY SHEET

**FIFTEENTH INTERIM APPLICATION OF CITIGROUP GLOBAL MARKETS INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, FROM JUNE 2022-SEPTEMBER 2022**

| | |
|---|---|
| Applicant: | Citigroup Global Markets Inc. |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico |
| Date of Retention: | January 27, 2017 |
| Compensation Period: | June 1, 2022-September 30, 2022 |
| Compensation Requested: | $5,115,000 |
| Expense Reimbursement Requested: | $7,718.40 |
| Total Requested: | $5,122,718.40 |

This is a: _ monthly   <u>X</u> interim      _final  application

## SUMMARY OF TIME DETAIL FROM
## COMPENSATION PERIOD IN APPENDICES A-B

| Name | Title | | Hours |
|------|-------|---|-------|
| Core Team Serving FOMB | | | |
| Brownstein, David | Managing Director | 30+ | 579 |
| Gavin, John C. | Managing Director | 30+ | 573 |
| Castiglioni, James | Director | 10+ | 544 |
| Keca, Dashmir | Assoc. Vice President | 10 | 2 |
| Public Side/Specialist Employees | Various | -- | 400 |
| Subtotal: | | | 2,098 |
| PREPA Transformation Team | | | |
| Sen, Sandip | Managing Director | 30+ | 6 |
| Chapados, Frederic | Managing Director | 14 | 127.2 |
| Ault, Amber | Analyst | 2 | 173.4 |
| Subtotal: | | | 306.6 |

**Total:** 2,404.6

## EXPENSES FROM COMPENSATION PERIOD

| Category | Amount |
|----------|--------|
| Amini LLC | $7,718.40 |

## PRIOR FEE APPLICATIONS

| Period Covered | Date Filed (ECF #) | Fees Requested | Expenses Requested | Order Date ECF# | Fees Allowed | Expenses Allowed |
|----------------|-------------------|----------------|--------------------|-----------------|--------------|------------------|
| 5/3/17-1/31/18 | 4/23/18 ECF#2944 | $625,000.00 | $60,971.21 | 1/30/19 ECF#4998 | $625,000.00 | $28,780.19 |
| 2/1/18-5/31/18 | 10/5/18 ECF#4020 | $1,803,571.43 | $40,912.98 | 7/24/20 ECF#13824 | $1,803,571.43 | $30,513.96 |
| 6/1/18-9/30/18 | 1/25/19 ECF #4897 | $1,975,000.00 | $20,450.63 | 12/7/20 ECF #15355 | $1,975,000.00 | $10,433.40 |
| 5/5/17-2/12/19 Re: COFINA Success Fee | 6/10/19 ECF#7341 | $5,873,156.76 | -- | 7/24/20 ECF#13824 | $5,873,156.76 | -- |
| 10/1/18-1/31/19 | 10/9/20 ECF#14522 | $1,975,000.00 | $41,623.98 | 3/18/22 ECF#20412 | $1,940,488.72 | $41,623.98 |
| 2/1/19-5/31/19 | 10/9/20 ECF#14523 | $4,300,000.00 | $26,187.61 | 8/12/22 ECF#21826 | $4,300,000.00 | $9,827.90 |
| 6/1/19-9/30/19 | 3/22/21 ECF#16155 | $4,705,000.00 | $813,391.60 | 8/12/22 ECF#21826 | $4,705,000.00 | $811,563.30 |
| 10/1/19-1/31/20 | 3/22/21 ECF#16156 | $4,840,000.00 | $1,206.00 | 8/12/22 ECF#21826 | $4,840,000.00 | -- |
| 2/1/20-5/31/20 | 3/22/21 ECF#16157 | $4,840,000.00 | $9,354.30 | 8/12/22 ECF#21826 | $4,840,000.00 | $7,022.70 |
| 6/1/20-9/30/20 | 3/22/21 ECF#16158 | $4,840,000.00 | $7,115.40 | 8/12/22 ECF#21826 | $4,840,000.00 | $3,417.00 |
| 10/1/20-1/31/21 | 7/7/22 ECF #21457 | $4,840,000.00 | $10,606.80 | 12/12/22 ECF#23045 | $4,840,000.00 | $7,982.70 |

| Period Covered | Date Filed (ECF #) | Fees Requested | Expenses Requested | Order Date ECF# | Fees Allowed | Expenses Allowed |
|---|---|---|---|---|---|---|
| 2/1/21-5/31/21 | 7/7/22 ECF#21458 | $4,840,000.00 | $6,660.90 | 12/12/22 ECF#23045 | $4,840,000.00 | $6,017.10 |
| 6/1/21-9/30/21 | 8/4/22 ECF#21727 | $4,840,000.00 | $3,859.20 | 12/12/22 ECF#23045 | $4,840,000.00 | $3,426.30 |
| 10/1/21-1/31/22 | 8/4/22 ECF#21727 | $4,840,000.00 | $6,099.30 | 12/12/22 ECF#23045 | $4,840,000.00 | $5,092.50 |
| 2/1/22-5/31/22 | 8/4/22 ECF#21729 | $4,840,000.00 | $4,380.00 | 12/12/22 ECF#23045 | $4,840,000.00 | $4,380.00 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors.[1] | |

**FIFTEENTH INTERIM APPLICATION OF CITIGROUP GLOBAL**
**MARKETS INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT**
**BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT**
**AND MANAGEMENT BOARD, FROM JUNE 2022-SEPTEMBER 2022**

Citigroup Global Markets Inc. ("Citi"), investment banker and financial advisor to The

Financial Oversight and Management Board for Puerto Rico ("FOMB"), as representative of the

Debtors pursuant to PROMESA section 315(b), submits its fifteenth  interim application for

allowance of compensation for services rendered from June 1, 2022-September 30, 2022

("Compensation Period") in the amount of $5,115,000 and reimbursement of actual, necessary

expenses incurred during such period in the amount of $7,718.40, pursuant to PROMESA sections

316-17, Rule 2016 and P.R. LBR 2016-1, and states:

---

[1] The Debtors in these Title III Cases, along with the last four digits of their respective Federal
Tax ID numbers, are: (i) Commonwealth of Puerto Rico ("Commonwealth") (3481); (ii) Puerto
Rico Sales Tax Financing Corporation ("COFINA") (8474); (iii) Puerto Rico Highways and
Transportation Authority ("HTA") (3808); (iv) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (3747).

## JURISDICTION

1.     The Court has subject matter jurisdiction to consider this application, pursuant to PROMESA section 306(a).  Venue is proper in this district, pursuant to PROMESA section 307(a).

## BACKGROUND

2.     Pursuant to PROMESA section 315(b), the FOMB is the representative of each Debtor in its respective Title III case.

3.     Citi is employed as investment banker and financial advisor to the FOMB, pursuant to an engagement letter, dated January 27, 2017, that was amended and restated four times, on February 13, 2018, February 16, 2019, October 7, 2020 and October 12, 2021.  The engagement terms, as amended, provide for Citi to receive a fixed monthly retainer and transaction fee.[2] The scope of Citi's engagement was enlarged effective September 1, 2022, to provide additional strategic advisory services for HTA, on terms that include a $275,000/month fee.

4.     Hours expended by members of Citi's core team (estimated by each of them) in providing in providing services to the FOMB during the Compensation Period are included in Appendix A.  Appendix B lists hours expended by members of Citi's PREPA transformation team (estimated by each of them) during the Compensation Period.

5.     Monthly invoices for services rendered on behalf of the Title III Debtors during the Compensation Period are annexed hereto as Appendix C.

---

[2] Copies of the respective engagement letters are available at https://oversightboard.pr.gov/fomb-contracts.

6.     Citi performed inter alia the following services during the Compensation Period, as

is summarized below:[3]

**JUNE 2022**

- Review documents and prepare materials/exhibits in support of the HTA/CCDA plan of adjustment.

- Prepare for, analyze various items and participate in PREPA mediation.

- Multiple PREPA debt related strategy discussions, analysis and presentations to FOMB and its staff.

- Review and comment on various fiscal plan drafts that would be certified by FOMB.

- Participate in discussions regarding PRIDCO.

- Participate in, prepare for and review materials related to multiple strategy sessions, public meetings and various updates for FOMB staff and board members.

- Aid FOMB advisors on numerous requests regarding debt and historical information.

- Aid FOMB's claims reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various FOMB advisors with debt related questions on GO, GO Guaranteed, PREPA, HTA, etc.

**JULY 2022**

- Prepare for, analyze various items and participate in PREPA mediation.

- Multiple PREPA mediation-related meetings, calls and discussions.

- Multiple PREPA debt related strategy discussions, analysis and presentations to FOMB and its staff.

---

[3] The summary provided herein and in the appendices to this application do not fully capture the many daily discussions Citi team members routinely have with the FOMB's executive director, in-house counsel, board members and other advisors concerning restructuring strategy, related litigation and other related aspects of Citi's PROMESA work.

- Participate in, prepare for and review materials related to multiple strategy sessions, public meetings and various updates for FOMB staff and board members.

- Prepare for and analyze requests from U.S. Trustee related to disclosures.

- Review and comment on drafts of fiscal plans for Commonwealth entities.

- Review and comment on FOMB's annual report related to debt.

- Participate and comment on PRIDCO-related meetings and documents.

- Review documents related to HTA / CCDA plan of adjustment and underlying bond documents.

- Aid FOMB advisors on numerous requests regarding debt and historical information.

- Aid FOMB's claims reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various FOMB advisors with debt related questions on GO, GO Guaranteed, PREPA, HTA, etc.

## AUGUST 2022

- Prepare for, analyze various items and participate in PREPA mediation.

- Multiple PREPA mediation-related meetings, calls and discussions.

- Multiple PREPA debt related strategy discussions, analysis and presentations to FOMB and its staff.

- Participate in, prepare for and review materials related to multiple strategy sessions, public meetings and various updates for FOMB staff and board members.

- Review documents related to HTA fiscal plans.

- Aid FOMB advisors on numerous requests regarding debt and historical information.

- Aid FOMB's claims reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various FOMB advisors with debt related questions on GO, GO Guaranteed, PREPA, HTA, etc.

4

**SEPTEMBER 2022**

- Prepare for, analyze various items and participate in PREPA mediation.

- Multiple PREPA mediation-related meetings, calls and discussions.

- Multiple PREPA debt related strategy discussions, analysis and presentations to FOMB and its staff.

- Participate in, prepare for and review materials related to multiple strategy sessions, public meetings and various updates for FOMB staff and board members.

- Review documents related to HTA / CCDA plan of adjustment and underlying bond documents.

- Review and comment on COFINA-related documents.

- Aid FOMB advisors on numerous requests regarding debt and historical information.

- Aid FOMB's claims reconciliation team with numerous problem CUSIPs.

- Aid FOMB staff on various press releases and talking points related to the debt restructuring.

- Aid various FOMB advisors with debt related questions on GO, GO Guaranteed, PREPA, HTA, etc.

## BASIS FOR RELIEF REQUESTED

7.  PROMESA section 316(a) provides that the Court "may award to a professional person employed by … the [FOMB] (in [its] sole discretion) … (1) reasonable compensation for actual, necessary services rendered by the professional, or attorney and by any paraprofessional employed by any such person; and (2) reimbursement for actual, necessary expenses."

8.  Pursuant to subdivision (c):

> In determining the amount of reasonable compensation to be awarded to a professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;

(3) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;

(4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(5) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the restructuring field; and

(6) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title or title 11, United States Code.

9.      PROMESA section 317 and the interim compensation order permit professionals to apply for allowance of compensation and reimbursement of expenses on an interim basis.

10.      Each factor set forth in section 316(c) supports the allowance of the compensation sought herein on an interim basis.

(a)      _Time spent on services rendered_. Citi devoted considerable time to services provided on behalf of the FOMB during the Compensation Period, as is summarized on the prefixed Summary Sheet.  Significantly, there has been virtually no turnover among the Citi senior executives leading this engagement; and so, relatively little of that time has been devoted to bringing professionals up to speed on this complex engagement.

(b)      _Fees charged_. As set forth in the Gavin Certification (defined below), the fees charged for this engagement are consistent with those customarily employed by Citi in other municipal restructuring engagements.

(c)      _Whether Services were necessary or beneficial_.  The services rendered were necessary to the administration of these Title III cases, and beneficial when rendered.  The FOMB engaged Citi for the express purpose of providing these services.

6

(d)     <u>Timeliness of services rendered</u>.  No issue has been raised concerning the timeliness of services rendered by Citi.

(e)     <u>Restructuring Experience</u>.  Citi has a wealth of municipal restructuring experience. Citi is one of the largest municipal securities dealers in the United States, and has played an active role nearly in most major municipal restructurings in the United States for at least the past two decades.  It was extremely well versed with complex issues facing the Debtors long before commencing this engagement.

11.     The certification required by Rule 2016 and P.R. LBR 2016-1(a)(4) is annexed hereto as <u>Appendix D</u> ("<u>Gavin Certification</u>").

12.     Citi previously submitted a monthly fee statement covering the Compensation Period, as to which no timely objection was interposed.

<u>**NO PRIOR REQUEST**</u>

13.     No prior request for the relief sought herein has been made to the Court or to any other court.

WHEREFORE, Citi requests an order allowing interim compensation for services rendered during the Compensation Period in the amount of $5,115,000 and reimbursement of expenses incurred during such period in the amount of $7,718.40 and granting such other and further relief as the Court deems just and proper.

Dated: December 30, 2022                    Respectfully submitted,

                                            /s/ John Gavin
                                            John Gavin
                                            Managing Director
                                            *Citigroup Global Markets Inc.*

                                            Prepared by:

/s/ Jeffrey Chubak
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Attorneys for Citigroup Global Markets Inc.*

# **APPENDIX A**

## **Time, Core Team**

**Citi Estimates for Hours Between January 2022 - June 2022**

| Name<br>Title<br>Years Experience<br>Location | Agg. | D. Brownstein<br>Managing Director<br>30+<br>New York, NY | J. Gavin<br>Managing Director<br>30+<br>San Juan, PR | J. Castiglioni<br>Director<br>10+<br>New York, NY | D. Keca<br>Vice President<br>10+<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|
| January 2022 | 476 | 87 | 101 | 84 | 4 | 200 |
| February 2022 | 567 | 117 | 126 | 119 | 5 | 200 |
| March 2022 | 570 | 127 | 126 | 114 | 3 | 200 |
| April 2022 | 549 | 104 | 129 | 132 | 9 | 175 |
| May 2022 | 564 | 86 | 161 | 166 | 1 | 150 |
| June 2022 | 430 | 111 | 126 | 91 | 2 | 100 |
| | | | | | | |
| **January 2022** | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | |
| Title III (May 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling & Review of debt and alternatives | 7 | 1 | 1 | 5 | - | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 45 | 15 | 15 | 15 | - | - |
| Review various documents and materials for CW POA | 30 | 10 | 10 | 10 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 7 | - | - | 5 | 2 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 167 | 15 | 20 | 5 | 2 | 100 - 150 |
| PREPA | | | | | | |
| Title III (July 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling of PREPA debt alternatives | 13 | 2 | 1 | 10 | - | - |
| Multiple debt related discussions strategy discussions / calls | 60 | 20 | 25 | 15 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 105 | 10 | 15 | 5 | - | 50-100 |
| HTA/CCDA | | | | | | |
| Title III (May 2017) | | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA PSA | 30 | 10 | 10 | 10 | - | - |
| **February 2022** | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | |
| Title III (May 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling & Review of debt and alternatives | 12 | 1 | 1 | 10 | - | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 75 | 25 | 25 | 25 | - | - |
| Review various documents and materials for CW POA | 45 | 15 | 15 | 15 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 10 | - | - | 5 | 5 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 170 | 20 | 20 | 5 | - | 100 - 150 |
| PREPA | | | | | | |
| Title III (July 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling of PREPA debt alternatives | 18 | 2 | 1 | 15 | - | - |
| Multiple debt related discussions strategy discussions / calls | 75 | 25 | 30 | 20 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 120 | 15 | 20 | 10 | - | 50-100 |
| HTA/CCDA | | | | | | |
| Title III (May 2017) | | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA PSA | 30 | 10 | 10 | 10 | - | - |
| **March 2022** | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | |
| Title III (May 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling & Review of debt and alternatives | 12 | 1 | 1 | 10 | - | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 60 | 25 | 20 | 15 | - | - |
| Review various documents and materials for CW POA | 45 | 15 | 15 | 15 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 8 | - | - | 5 | 3 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 170 | 20 | 20 | 5 | - | 100 - 150 |
| PREPA | | | | | | |
| Title III (July 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling of PREPA debt alternatives | 23 | 2 | 1 | 20 | - | - |
| Multiple debt related discussions strategy discussions / calls | 90 | 35 | 35 | 20 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 120 | 15 | 20 | 10 | - | 50-100 |
| HTA/CCDA | | | | | | |
| Title III (May 2017) | | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA PSA | 30 | 10 | 10 | 10 | - | - |
| **April 2022** | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | |
| Title III (May 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |

**Citi Estimates for Hours Between January 2022 - June 2022**

| Name<br>Title<br>Years Experience<br>Location | Agg. | D. Brownstein<br>Managing Director<br>30+<br>New York, NY | J. Gavin<br>Managing Director<br>30+<br>San Juan, PR | J. Castiglioni<br>Director<br>10+<br>New York, NY | D. Keca<br>Vice President<br>10+<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 40 | 15 | 10 | 15 | - | - |
| Review various documents and materials for CW POA | 15 | 5 | 5 | 5 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 6 | - | - | 3 | 3 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 110 | 10 | 15 | 10 | - | 50 - 100 |
| **PREPA** | | | | | | |
| Title III (July 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling of PREPA debt alternatives | 53 | 10 | 10 | 30 | 3 | - |
| Multiple debt related discussions strategy discussions / calls | 108 | 35 | 40 | 30 | 3 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 160 | 10 | 30 | 20 | - | 75-125 |
| **UPR** | | | | | | |
| Not in Title III | | | | | | |
| Review and analyze materials related to UPR debt and history | 9 | 3 | 3 | 3 | - | - |
| **PRIDCO** | | | | | | |
| Not in Title III | | | | | | |
| Review and analyze materials related to PRIDCO Debt Discussions | 6 | 2 | 2 | 2 | - | - |
| **HTA/CCDA** | | | | | | |
| Title III (May 2017) | | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA PSA | 30 | 10 | 10 | 10 | - | - |
| **May 2022** | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | |
| Title III (May 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 40 | 10 | 15 | 15 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 6 | - | - | 5 | 1 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 85 | 5 | 15 | 15 | - | 25 - 75 |
| **PREPA** | | | | | | |
| Title III (July 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling of PREPA debt alternatives | 75 | 15 | 20 | 40 | - | - |
| Multiple debt related discussions strategy discussions / calls | 140 | 30 | 60 | 50 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 175 | 15 | 35 | 25 | - | 75-125 |
| **PRIDCO** | | | | | | |
| Not in Title III | | | | | | |
| Review and analyze materials related to PRIDCO Debt Discussions | 6 | 2 | 2 | 2 | - | - |
| **HTA/CCDA** | | | | | | |
| Title III (May 2017) | | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA PSA | 25 | 5 | 10 | 10 | - | - |
| **June 2022** | | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | | |
| Title III (May 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 30 | 10 | 10 | 10 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 7 | - | - | 5 | 2 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 15 | 5 | 5 | 5 | - | - |
| **PREPA** | | | | | | |
| Title III (July 2017) | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - | - |
| Modeling of PREPA debt alternatives | 30 | 5 | 5 | 20 | - | - |
| Multiple debt related discussions strategy discussions / calls | 140 | 55 | 55 | 30 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 160 | 20 | 35 | 5 | - | 75-125 |
| **PRIDCO** | | | | | | |
| Not in Title III | | | | | | |
| Review and analyze materials related to PRIDCO Debt Discussions | 6 | 2 | 2 | 2 | - | - |
| **HTA/CCDA** | | | | | | |
| Title III (May 2017) | | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA PSA | 30 | 10 | 10 | 10 | - | - |

*As noted previously, Citi only submitted hours for certain members of its core team, as a result, this schedule does not fully reflect the totality of Citi personnel time committed to the firm's PROMESA FOMB assignments. To assist the Fee Examiner's review, we have added a column for the various industry specialists and "public side" employees who also devoted substantial time and expertise to the firm's FOMB assignments.

**Due to the fact that the specific individual specialists varied frequently depending on the specific PROMESA topics involved, we have labelled the "industry specialists and public side employees" column by job function and not by individual personnel name.

***For calculation purposes, the specialists and public side employees are estimated to have contributed approximately mid-point of the range of hours per month for Citi's work for the FOMB, with Citi estimating that the hours dedicated by these non-core team members that have a range depending on the month. Once the various COFINA and Commonwealth and PREPA restructuring proposals, "blow out" notices, plan support agreements (PSAs and RSAs) and proposed plans of adjustment began to become public starting in early calendar year 2018, the involvement of Citi's public side employees, in-house counsel and industry specialists increased materially and that higher level of involvement has continued into 2020.

**Citi Estimates for Hours Between July 2022 - November 2022**

| Name | Agg. | D. Brownstein | J. Gavin | J. Castiglioni | Various |
|---|---|---|---|---|---|
| Title | | Managing Director | Managing Director | Director | Public Side |
| Years Experience | | 30+ | 30+ | 10+ | or Specialist |
| Location | | New York, NY | San Juan, PR | New York, NY | Employees** |
| July 2022 | 546 | 150 | 150 | 146 | 100 |
| August 2022 | 581 | 168 | 152 | 161 | 100 |
| September 2022 | 541 | 150 | 145 | 146 | 100 |
| October 2022 | 414 | 105 | 103 | 106 | 100 |
| November 2022 | 739 | 213 | 207 | 219 | 100 |
| | | | | | |
| **July 2022** | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | |
| Title III (May 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 30 | 10 | 10 | 10 | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 4 | 1 | 1 | 2 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 15 | 5 | 5 | 5 | - |
| PREPA | | | | | |
| Title III (July 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| PREPA Mediation and related discussions / materials / sessions | 330 | 110 | 110 | 110 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 140 | 15 | 15 | 10 | 75-125 |
| PRIDCO | | | | | |
| Not in Title III | | | | | |
| Review and analyze materials related to PRIDCO Debt Discussions | 6 | 2 | 2 | 2 | - |
| HTA/CCDA | | | | | |
| Title III (May 2017) | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA POA | 9 | 3 | 3 | 3 | - |
| **August 2022** | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | |
| Title III (May 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 45 | 15 | 15 | 15 | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 4 | 1 | 1 | 2 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 15 | 5 | 5 | 5 | - |
| PREPA | | | | | |
| Title III (July 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| PREPA Mediation and related discussions / materials / sessions | 335 | 115 | 105 | 115 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 150 | 20 | 15 | 15 | 75-125 |
| PRIDCO | | | | | |
| Not in Title III | | | | | |
| Review and analyze materials related to PRIDCO Debt Discussions | 11 | 5 | 4 | 2 | - |
| HTA/CCDA | | | | | |
| Title III (May 2017) | | | | | |
| Review, analyze materials and prepare analysis related to HTA Fiscal Plan | 9 | 3 | 3 | 3 | - |
| September 2022 | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | |
| Title III (May 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 30 | 10 | 10 | 10 | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 4 | 1 | 1 | 2 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 15 | 5 | 5 | 5 | - |
| PREPA | | | | | |
| Title III (July 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| PREPA Mediation and related discussions / materials / sessions | 325 | 115 | 105 | 105 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 140 | 10 | 15 | 15 | 75-125 |
| COFINA | | | | | |
| Not in Title III | | | | | |
| Review and comment on COFINA related documents | 6 | 2 | 2 | 2 | - |
| HTA/CCDA | | | | | |

**Citi Estimates for Hours Between July 2022 - November 2022**

| Name<br>Title<br>Years Experience<br>Location | Agg. | D. Brownstein<br>Managing Director<br>30+<br>New York, NY | J. Gavin<br>Managing Director<br>30+<br>San Juan, PR | J. Castiglioni<br>Director<br>10+<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|
| Title III (May 2017) | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA POA | 9 | 3 | 3 | 3 | - |
| **October 2022** | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | |
| Title III (May 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 60 | 20 | 20 | 20 | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 4 | 1 | 1 | 2 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 15 | 5 | 5 | 5 | - |
| **PREPA** | | | | | |
| Title III (July 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| PREPA Mediation and related discussions / materials / sessions | 180 | 60 | 60 | 60 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 130 | 10 | 10 | 10 | 75-125 |
| **PRIDCO** | | | | | |
| Not in Title III | | | | | |
| Review and analyze materials related to PRIDCO Debt Discussions | 6 | 2 | 2 | 2 | - |
| **HTA/CCDA** | | | | | |
| Title III (May 2017) | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA POA | 7 | 3 | 1 | 3 | - |
| **November 2022** | | | | | |
| **Commonwealth (GO & GO Guar.)** | | | | | |
| Title III (May 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 30 | 10 | 10 | 10 | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 4 | 1 | 1 | 2 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 15 | 5 | 5 | 5 | - |
| **PREPA** | | | | | |
| Title III (July 2017) | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | 2 | - |
| PREPA Mediation and related discussions / materials / sessions | 510 | 170 | 170 | 170 | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 150 | 15 | 10 | 25 | 75-125 |
| **PRIDCO** | | | | | |
| Not in Title III | | | | | |
| Review and analyze materials related to PRIDCO Debt Discussions | 11 | 5 | 4 | 2 | - |
| **HTA/CCDA** | | | | | |
| Title III (May 2017) | | | | | |
| Review, analyze materials and prepare analysis related to HTA/CCDA POA | 7 | 3 | 3 | 1 | - |

*As noted previously, Citi only submitted hours for certain members of its core team, as a result, this schedule does not fully reflect the totality of Citi personnel time committed to the firm's PROMESA FOMB assignments. To assist the Fee Examiner we have added a column for the various industry specialists and "public side" employees who also devoted substantial time and expertise to the firm's FOMB assignments.

**Due to the fact that the specific individual specialists varied frequently depending on the specific PROMESA topics involved, we have labelled the "industry specialists and public side employees" column by job function and not by individual personnel.

***For calculation purposes, the specialists and public side employees are estimated to have contributed approximately mid-point of the range of hours per month to Citi's work for the FOMB, with Citi estimating that the hours dedicated by these non-members had a range depending on the month. Once the various COFINA and Commonwealth and PREPA restructuring proposals, "blow out" notices, plan support agreements (PSAs and RSAs) and proposed plans of adjustment began to become public starting in early calendar year 2018, the involvement of Citi's public side employees, in-house counsel and industry specialists increased materially and that higher level of involvement has continued into 2020.

## **APPENDIX B**

**Time, PREPA Transformation Team**

**Citi Estimates for Hours Between January 2022 - June 2022**

| Name | Agg. | Sen, Sandip | Chapados, Frederic | Iriarte, Joe | Ault, Amber |
| Title | | Managing Director | Managing Director | Vice President | Analyst |
| Location | | New York, NY | New York, NY | New York, NY | New York, NY |
|---|---|---|---|---|---|
| January 2022 | 254.17 | 14.50 | 94.00 | 51.83 | 93.83 |
| February 2022 | 93.83 | 7.83 | 39.42 | - | 46.58 |
| March 2022 | 100.50 | 8.67 | 43.50 | - | 48.33 |
| April 2022 | 100.58 | 3.75 | 46.25 | - | 50.58 |
| May 2022 | 116.58 | 5.50 | 42.83 | - | 68.25 |
| June 2022 | 85.58 | 1.00 | 40.42 | - | 44.17 |

**Citi Estimates for Hours Between July 2022 - November 2022**

| Name<br>Title<br>Location | Agg. | Sen, Sandip<br>Managing Director<br>New York, NY | Chapados, Frederic<br>Managing Director<br>New York, NY | Ault, Amber<br>Analyst<br>New York, NY |
|---|---|---|---|---|
| July 2022 | 112.42 | 3.00 | 45.42 | 64.00 |
| August 2022 | 47.33 | 1.00 | 22.83 | 23.50 |
| September 2022 | 37.17 | 1.00 | 18.50 | 17.67 |
| October 2022 | 54.00 | 1.50 | 24.17 | 28.33 |
| November 2022 | 42.67 | 1.00 | 12.92 | 28.75 |

# APPENDIX C

## Invoices



Public Finance Department
Municipal Securities Division

| To: | Natalie Juresko | Invoice #: 1028_233 |
| | Executive Director | |
| | PR Financial Oversight and Management Board (PROMESA) | |

| Date | July 14, 2022 |

## Fee Invoice

**Client Name:** PR Financial Oversight and Management Board (PROMESA)

**Project Description:** Financial Oversight Board of Puerto Rico

**Engagement Letter Date:** January 27, 2017

**Description of Services:** Strategic Advisory Services

| Amount Due: | | |
|---|---|---|
| June 2022 (Title III - GO - Mainland) | $ | 96,800.00 |
| June 2022 (Title III - GO - Puerto Rico) | $ | 24,200.00 |
| June 2022 (Title III - PREPA - Mainland) | $ | 774,400.00 |
| June 2022 (Title III - PREPA - Puerto Rico) | $ | 193,600.00 |
| June 2022 (Title III - HTA & Other - Mainland) | $ | 96,800.00 |
| June 2022 (Title III - HTA & Other - Puerto Rico) | $ | 24,200.00 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| Bank: | Citibank,  N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:** Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

| To: | Natalie Juresko | Invoice #: 1028_243 |
|---|---|---|
| | Executive Director | |
| | PR Financial Oversight and Management Board (PROMESA) | |

| Date | December 6, 2022 |
|---|---|

### Fee Invoice

| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
|---|---|

| **Project Description:** | Financial Oversight Board of Puerto Rico |
|---|---|

| **Engagement Letter Date:** | January 27, 2017 |
|---|---|

| **Description of Services:** | Strategic Advisory Services |
|---|---|

| **Amount Due:** | July 2022 (Title III - GO - Mainland) | $ | 80,828.00 |
|---|---|---|---|
| | July 2022 (Title III - GO - Puerto Rico) | $ | 20,207.00 |
| | July 2022 (Title III - PREPA - Mainland) | $ | 865,101.60 |
| | July 2022 (Title III - PREPA - Puerto Rico) | $ | 216,275.40 |
| | July 2022 (Title III - HTA & Other - Mainland) | $ | 22,070.40 |
| | July 2022 (Title III - HTA & Other - Puerto Rico) | $ | 5,517.60 |
| | **Total** | **$** | **1,210,000.00** |

| **Payment Terms:** | Please remit the Amount Due to **Citigroup Global Markets Inc** (tax ID #11-2418191) by wire transfer of funds, as follows: |
|---|---|

| Bank: | Citibank,  N.A. |
|---|---|
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

| cc: | Michael Tong, Assistant Vice President |
|---|---|
| | John C Gavin, Managing Director |
| | Mike Leffler, Managing Director |
| | James Castiglioni, Director |



Public Finance Department
Municipal Securities Division

| To: | Natalie Juresko | Invoice #:  1028_244 |
|---|---|---|
| | Executive Director | |
| | PR Financial Oversight and Management Board (PROMESA) | |

| Date | December 6, 2022 |
|---|---|

## Fee Invoice

| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
|---|---|

| **Project Description:** | Financial Oversight Board of Puerto Rico |
|---|---|

| **Engagement Letter Date:** | January 27, 2017 |
|---|---|

| **Description of Services:** | Strategic Advisory Services |
|---|---|

| **Amount Due:** | August 2022 (Title III - GO - Mainland) | $ | 107,835.20 |
|---|---|---|---|
| | August 2022 (Title III - GO - Puerto Rico) | $ | 26,958.80 |
| | August 2022 (Title III - PREPA - Mainland) | $ | 829,382.40 |
| | August 2022 (Title III - PREPA - Puerto Rico) | $ | 207,345.60 |
| | August 2022 (Title III - HTA & Other - Mainland) | $ | 30,782.40 |
| | August 2022 (Title III - HTA & Other - Puerto Rico) | $ | 7,695.60 |
| | **Total** | **$** | **1,210,000.00** |

| **Payment Terms:** | Please remit the Amount Due to **Citigroup Global Markets Inc** |
|---|---|
| | (tax ID #11-2418191) by wire transfer of funds, as follows: |

| | Bank: | Citibank,  N.A. |
|---|---|---|
| | ABA #: | 021-000089 |
| | A/C Name: | Citigroup Global Markets Inc. |
| | Account #: | 309-50592 |
| | Credit to: | # 029-32007-13 (Must be included) |
| | Reference: | Financial Oversight Board |
| | | of Puerto Rico (Dafi: |
| | | 47PC1046) |
| | Attention: | Michael Tong (212-723-2987) |

| cc: | Michael Tong, Assistant Vice President |
|---|---|
| | John C Gavin, Managing Director |
| | Mike Leffler, Managing Director |
| | James Castiglioni, Director |



Public Finance Department
Municipal Securities Division

| To: | PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_245 |
|---|---|---|

| Date | December 6, 2022 |
|---|---|

---

### Fee Invoice

| Client Name: | PR Financial Oversight and Management Board (PROMESA) |
|---|---|

| Project Description: | Financial Oversight Board of Puerto Rico |
|---|---|

| Engagement Letter Date: | January 27, 2017 |
|---|---|

| Description of Services: | Strategic Advisory Services |
|---|---|

| Amount Due: | | |
|---|---|---|
| | September 2022 (Title III - GO - Mainland) | $ 93,024.80 |
| | September 2022 (Title III - GO - Puerto Rico) | $ 23,256.20 |
| | September 2022 (Title III - PREPA - Mainland) | $ 859,680.80 |
| | September 2022 (Title III - PREPA - Puerto Rico) | $ 214,920.20 |
| | September 2022 (Title III - HTA & Other - Mainland) | $ 15,318.60 |
| | September 2022 (Title III - HTA & Other - Puerto Rico) | $ 3,799.40 |
| | **Total** | **$ 1,210,000.00** |

| Payment Terms: | Please remit the Amount Due to **Citigroup Global Markets Inc** (tax ID #11-2418191) by wire transfer of funds, as follows: |
|---|---|

|  | Bank: | Citibank, N.A. |
|---|---|---|
|  | ABA #: | 021-000089 |
|  | A/C Name: | Citigroup Global Markets Inc. |
|  | Account #: | 309-50592 |
|  | Credit to: | # 029-32007-13 (Must be included) |
|  | Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
|  | Attention: | Michael Tong (212-723-2987) |

| cc: | Michael Tong, Assistant Vice President |
|---|---|
|  | John C Gavin, Managing Director |
|  | Mike Leffler, Managing Director |
|  | James Castiglioni, Director |

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

**To:**  PR Financial Oversight and Management Board (PROMESA)          Invoice #:  1028_248

**Date**  December 19, 2022

---

### Fee Invoice

**Client Name:**  PR Financial Oversight and Management Board (PROMESA)

**Project Description:**  Puerto Rico P3 Highway Authority

**Engagement Letter Date:**  January 27, 2017

**Description of Services:**  Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---:|
| September 2022 (Mainland) | $ | 220,000.00 |
| September 2022 (Puerto Rico) | $ | 55,000.00 |
| **Total** | **$** | **275,000.00** |

**Payment Terms:**  Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank,  N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Puerto Rico P3 Highway Authority (Dafi: 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:**  Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director

# **APPENDIX D**

**Certification of John Gavin**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

**<u>CERTIFICATION OF JOHN GAVIN</u>**

I, John Gavin, hereby certify:

1.      I am a Managing Director at Citigroup Global Markets Inc. ("Citi"), investment banker and financial advisor to the Financial Oversight and Management Board for Puerto Rico, and submit this certification in support of Citi's fifteenth interim fee application.

2.      I have read the application.

3.      To the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and expenses sought therein conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines and the Puerto Rico Local Bankruptcy Rules.

4.      The compensation and expenses requested are consistent with those customarily employed by Citi in other municipal restructuring engagements.

5.      No agreement or understanding exists between Citi and any other person for sharing compensation received or to be received in connection with this engagement, except as authorized by the Bankruptcy Code or Rules.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on December 30, 2022.

/s/ John Gavin