### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

             Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATE OF PUBLICATOIN

    I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    This Certificate of Publication includes verification that the *Notice of (A) Entry of Order Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date to Creditors and other Parties in Interest*, as conformed for publication, was published as an online display banner advertisement with a link to the full notice on Caribbeanbusiness.com from December 14, 2022 through December 27, 2022 as described on **Exhibit A**. As stated in **Exhibit A**, *Caribbean Business* did not publish a print edition of its newspaper during the December 14, 2022 through December 27, 2022 period, due to the impact of Hurricane Fiona.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

This Certificate of Publication includes sworn statements verifying that the *Notice of (A) Entry of Order Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date to Creditors and other Parties in Interest*, as conformed for publication, was published (1) on December 14, 2022, in the national editions of *The Bond Buyer*, as described in the sworn statement attached hereto as **Exhibit B**, (2) on December 14, 2022, in *El Diario*, as described in the sworn statement attached hereto as **Exhibit C,** (3) on December 14, 2022, in *El Nuevo Día,* as described in the sworn statement attached hereto as **Exhibit D**, (4) on December 14, 2022, in *El Nuevo Herald*, as described in the sworn statement attached hereto as **Exhibit E**, (5) on December 14, 2022, in *El Vocero*, as described in the sworn statement attached hereto as **Exhibit F**, (6) on December 15, 2022, in *The New York Times*, as described in the sworn statement attached hereto as **Exhibit G**,  (7) on December 14, 2022, in *Primera Hora*, as described in the sworn statement attached hereto as **Exhibit H**, (8) on December 15, 2022, in *The San Juan Daily Star*, as described in the sworn statement attached hereto as **Exhibit I**.

Dated: January 4, 2023

*/s/ Nicholas Vass*
Nicholas Vass

SRF 66033

**<u>Exhibit A</u>**



PO BOX 11472
San Juan, PR 00922-1472

# AFFIDAVIT OF PUBLICATION

In the city of San Juan, Puerto Rico, on January 3, 2023, Mariecruz Ortiz representing Latin Media House, LLC., hereby certify that the banner ad appeared on *caribbeanbusiness.com* from December 14, 2022 through December 27, 2022. The reason that Caribbean Business did not publish a printed newspaper in December of the present year was due to operational difficulties in the aftermath of Hurricane Fiona.

Signed: _____

Mariecruz Ortiz
**Manager**




WEDNESDAY, DECEMBER 14, 2022 | LOGIN | BOL EPAPER | SUBSCRIBE | NEWSLETTER

 Search site



# CARIBBEAN BUSINESS

GRUPO LMH

LATEST NEWS | REGIONAL | ECONOMY | POLITICS | OPINION | ESPAÑOL | EPAPER | SPECIAL PUBLICATIONS | CB VIDS

**NOTICE TO CREDITORS OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY**
Click Here for the Notice to Claimants Regarding HTA's Title III Plan of Adjustment



GLOBAL MARKET SQUARE

Dow Jones, S&P 500, Nasdaq & Birling Puerto Rico Stock Index,YTD Returns 11/11/22

### Inflation Heading Down, What Happens Now?
The Four Benchmarks to review that confirm inflation may be trending down As the Consumer Price...

• • •

## EDITOR'S PICK

## LATEST NEWS

### Being Vigilant Of The 7 Benchmarks To End 2022
We are just about to end the fourth quarter of...
November 22, 2022

### Inflation Heading Down, What Happens Now?
The Four Benchmarks to review that confirm inflation may be...
November 14, 2022

### The Six Factors To Expect During The End Of 4Q22
We are deep within the fourth quarter we thought it...
November 10, 2022

### Puerto Rico Banks Deliver Strong Earnings, Beating Most Banks
Puerto Rico Banks Transformed their operational model The Puerto Rico...
November 9, 2022


allbirds

Pensando en Grande


World's Most Comfortable Shoes
Allbirds



gleadservices.com/pagead/aclk?sa=L&ai=C-5JPvcyZY-fQLtzj18cPqL6a4Aixxrv4bZDi9P_oELaQHxABIOr_-iFgybaHiPCj7BKgAfnBob4DyAEJ4AIAqAMByAPLBKoEsgJP0DccRIH3sgHt1JJomtykR2M2IGp7sUK4gJ8nQuJa1CSIee8Y-SLH9evr7r3ESapSAnr_3-fUdbBLW0G21rHSsYaPy4-A32Zoq0RoS6aDKwlu4jPHZtYbwOJl9VYx4c_9F4_E83rYh_z

**<u>Exhibit B</u>**

**Copy Of
Advertisement
Of**

**Certificate of Publication**

Yohanna Beato, is the Billing Coordinator of the
BOND BUYER, a daily newspaper printed and published at One State
Street Plaza, in the City of New York, County of New York, State of
New York; and the notice, of which the annexed is a printed copy, was
regularly published in said BOND BUYER on December 14, 2022.

X  *Yohanna Beato*

*Billing Coordinator*
*December 14, 2022*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>        as representative of<br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br>        Debtor. | PROMESA<br>Title III<br>No. 17 BK 3567-LTS<br>(Jointly Administered) |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING MODIFIED FIFTH AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY PURSUANT TO TITLE III OF PROMESA AND (B) OCCURRENCE OF THE EFFECTIVE DATE**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to an order, dated October 12, 2022 [ECF No. 1415] (the "Confirmation Order"), the *Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*, dated September 6, 2022 (as amended, supplemented, or modified, the "Plan"), was confirmed by the United States District Court for the District of Puerto Rico (the "Court"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the HTA Plan and the HTA Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the HTA Effective Date of the HTA Plan occurred on December 6, 2022 and the HTA Plan was substantially consummated.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain copies of the Confirmation Order, the HTA Plan, and related documents should contact Kroll Restructuring Administration LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoballots@primeclerk.com, or may view such documents by accessing either https://cases.ra.kroll.com/puertorico/ or the Court's website, https://www.prd.uscourts.gov/. Please note that a Public Access to Court Electronic Records ("PACER") (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1.4 and Article III of the HTA Plan and decretal paragraph 31 of the Confirmation Order, the deadline for filing proofs of or requests for payment of Administrative Expense Claims ("Administrative Expense Requests") is March 6, 2023; provided, however, that no proof of Administrative Expense Claim shall be required to be filed if such Administrative Expense Claim (a) shall have been incurred (i) in accordance with an order of the Court or (ii) with the written consent of the applicable Government Parties expressly granting such Administrative Expense Claim, (b) is a Professional Claim (including a Claim for reimbursement by a member of the Creditors' Committee solely in its capacity as such member), (c) is an intergovernmental Claim, (d) is an Administrative Expense Claim of the IRS for the payment of taxes incurred by the Debtor during the period from and after the HTA Petition Date, (e) relates to transactions occurring in the ordinary course during the period from and after the HTA Petition Date up to and including the HTA Effective Date, (f) relates to a Claim that is subject to the provisions of the ACR Order, including, without limitation, "grievance claims" relating to any of the Debtor's collective bargaining agreements, or (g) is the subject of a pending motion seeking allowance of an administrative expense pursuant to Bankruptcy Code section 503(b) as of the entry of this Order; and, provided, further, that any such proof of Administrative Expense Claim by a governmental unit shall remain subject to the rights and interests of the Debtor and Reorganized Debtor, as the case may be, and any other party in interest to interpose an objection or other defense to the allowance or payment thereof.

PLEASE TAKE FURTHER NOTICE that, all Administrative Expense Requests should be sent as follows: (i) by completing the electronic Proof of Claim on the Claims Agent's website at https://cases.ra.kroll.com/puertorico/EPOC-Index, or (ii) if delivered by first class mail, hand delivery, or overnight courier, at the following address: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Administrative Expense Requests will be deemed timely filed only if **actually received** by Kroll Restructuring Administration LLC (the Debtor's Claims Agent) by **5:00 p.m. (prevailing Atlantic Time)** on March 6, 2023 (the "Administrative Deadline"). The Administrative Expense Requests may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**PLEASE TAKE FURTHER NOTICE that, if you are required to file an Administrative Expense Request pursuant to Section 1.4 and Article III of the HTA Plan and decretal paragraph 31 of the Confirmation Order and fail to do so by the Administrative Deadline, you will be forever barred, estopped, and enjoined from asserting such Administrative Expense Claim (and from filing an Administrative Expense Request with respect to such Administrative Expense Claim) against the Debtor and their property, and the Debtor and Reorganized Debtor will be forever discharged from any and all indebtedness or liability with respect to such Administrative Expense Claim.**

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 27.6 of the HTA Plan and decretal paragraph 19 of the Confirmation Order, if the rejection of an Executory Contract and Unexpired Lease by the Debtor results in damages to the other party or parties to such contract or lease, any claim for such damages, if not heretofore evidenced by a filed proof of Claim, shall be forever barred and shall not be enforceable against the Debtor, or their properties or agents, successors, or assigns, including, without limitation, the Reorganized Debtor, unless a proof of Claim is filed with the Court on or before thirty (30) days after the later to occur of (i) the Confirmation Date, and (ii) the date of entry of an order by the Court authorizing rejection of a particular Executory Contract and Unexpired Lease.

Dated: December 6, 2022, San Juan, Puerto Rico, */s/ Brian Rosen* , Martin J. Bienenstock (*pro hac vice*), Brian S. Rosen (*pro hac vice*), **PROSKAUER ROSE LLP**, Eleven Times Square, New York, NY 10036, Tel: (212) 969-3000, Fax: (212) 969-2900, *Attorneys for the Financial Oversight and Management Board as representative for the Debtor* -and- */s/ Hermann D. Bauer* , Hermann D. Bauer, USDC No. 215205, **O'NEILL & BORGES LLC,** 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Tel: (787) 764-8181, Fax: (787) 753-8944, *Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>　　as representative of<br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br>　　Debtor. | PROMESA<br>Title III<br>No. 17 BK 3567-LTS<br>(Jointly Administered) |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING MODIFIED FIFTH AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY PURSUANT TO TITLE III OF PROMESA AND (B) OCCURRENCE OF THE EFFECTIVE DATE TO CREDITORS AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that, pursuant to an order, dated October 12, 2022 [ECF No. 1415] (the "Confirmation Order"), the *Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*, dated September 6, 2022 (as amended, supplemented, or modified, the "Plan"), was confirmed by the United States District Court for the District of Puerto Rico (the "Court"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the HTA Plan and the HTA Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the HTA Effective Date on December 6, 2022 and the HTA Plan was substantially consummated.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain copies of the Confirmation Order, the HTA Plan, and related documents should contact Kroll Restructuring Administration LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoballots@primeclerk.com, or may view such documents by accessing either https://cases.ra.kroll.com/puertorico/ or the Court's website, https://www.prd.uscourts.gov/. Please note that a Public Access to Court Electronic Records ("PACER") (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1.4 and Article III of the HTA Plan and decretal paragraph 31 of the Confirmation Order, the deadline for filing proofs of or requests for payment of Administrative Expense Claims ("Administrative Expense Requests") is March 6, 2023; provided, however, that no proof of Administrative Expense Claim shall be required to be filed if such Administrative Expense Claim (a) shall have been incurred (i) in accordance with an order of the Court or (ii) with the written consent of the applicable Government Parties expressly granting such Administrative Expense Claim, (b) is a Professional Claim (including a Claim for reimbursement by a member of the Creditors' Committee solely in its capacity as such member), (c) is an intergovernmental Claim, (d) is an Administrative Expense Claim of the IRS for the payment of taxes incurred by the Debtor during the period from and after the HTA Petition Date, (e) relates to transactions occurring in the ordinary course during the period from and after the HTA Petition Date up to and including the HTA Effective Date, (f) relates to a Claim that is subject to the provisions of the ACR Order, including, without limitation, "grievance claims" relating to any of the Debtor's collective bargaining agreements, or (g) is the subject of a pending motion seeking allowance of an administrative expense pursuant to Bankruptcy Code section 503(b) as of the entry of this Order; and, provided, further, that any such proof of Administrative Expense Claim by a governmental unit shall remain subject to the rights and interests of the Debtor and Reorganized Debtor, as the case may be, and any other party in interest to interpose an objection or other defense to the allowance or payment thereof.

PLEASE TAKE FURTHER NOTICE that, all Administrative Expense Requests should be sent as follows: (i) by completing the electronic Proof of Claim on the Claims Agent's website at https://cases.ra.kroll.com/puertorico/EPOC-Index, or (ii) if delivered by first class mail, hand delivery, or overnight courier, at the following address: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Administrative Expense Requests will be deemed timely filed only if **actually received** by Kroll Restructuring Administration LLC (the Debtor's Claims Agent) by **5:00 p.m. (prevailing Atlantic Time)** on March 6, 2023 (the "Administrative Deadline"). The Administrative Expense Requests may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**PLEASE TAKE FURTHER NOTICE that, if you are required to file an Administrative Expense Request pursuant to Section 1.4 and Article III of the HTA Plan and decretal paragraph 31 of the Confirmation Order and fail to do so by the Administrative Deadline, you will be forever barred, estopped, and enjoined from asserting such Administrative Expense Claim (and from filing an Administrative Expense Request with respect to such Administrative Expense Claim) against the Debtor and their property, and the Debtor and Reorganized Debtor will be forever discharged from any and all indebtedness or liability with respect to such Administrative Expense Claim.**

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 27.6 of the HTA Plan and decretal paragraph 19 of the Confirmation Order, if the rejection of an Executory Contract and Unexpired Lease by the Debtor results in damages to the other party or parties to such contract or lease, any claim for such damages, if not heretofore evidenced by a filed proof of Claim, shall be forever barred and shall not be enforceable against the Debtor, or their properties or agents, successors, or assigns, including, without limitation, the Reorganized Debtor, unless a proof of Claim is filed with the Court on or before thirty (30) days after the later to occur of (i) the Confirmation Date, and (ii) the date of entry of an order by the Court authorizing rejection of a particular Executory Contract and Unexpired Lease.

Dated: December 6, 2022, San Juan, Puerto Rico, */s/ Brian Rosen* , Martin J. Bienenstock (*pro hac vice*), Brian S. Rosen (*pro hac vice*), **PROSKAUER ROSE LLP,** Eleven Times Square, New York, NY 10036, Tel: (212) 969-3000, Fax: (212) 969-2900, *Attorneys for the Financial Oversight and Management Board as representative for the Debtor* -and- */s/ Hermann D. Bauer* , Hermann D. Bauer, USDC No.215205, **O'NEILL & BORGES LLC,** 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Tel: (787) 764-8181, Fax: (787) 753-8944, *Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

## To put a Request for Proposals in *The Bond Buyer* for a bond counsel, contact

### Wei-Ke (Victor) Kuo at 1-212-803-8612 or at wei-ke.kuo@arizent.com



# Grow your municipal finance workforce.

- Analyst
- Associate
- Bond counsel
- Municipal advisor
- Managing director

- Municipal trader
- Broker-dealer
- Investment banker
- Trustee
- Among others....

**Leverage *The Bond Buyer*'s extensive municipal bond market reach.**

**To place a job posting, contact Wei-Ke (Victor) Kuo at** 1-212-803-8612 or wei-ke.kuo@arizent.com

**<u>Exhibit C</u>**



EL CAMPEON DE LOS HISPANOS

**EL DIARIO**

LA PRENSA                          WWW.ELDIARIONY.COM

an impreMedia company

**Affidavit of Publication State of New York County of New York, ss:
The undersigned, <u>Esperanza Ruiz,</u> is an Account Executive of
EL DIARIO/LA PRENSA a company of Impremedia, located at
41Flatbush Avenue, 1 Fl., Brooklyn, NY 11217**

This is a daily newspaper published in **<u>New York State</u>.** The legal notice of
**<u>The Commonwealth of Puerto Rico – TRIBUNAL DE DISTRITO DE LOS
ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO</u>** was published in
said newspaper as set forth below or in the annexed exhibit.

This newspaper has been
designated by the Clerk of New York County for this purpose.

**Said Notice was published on:**

**Wednesday, December 14, 2022**

Subscribed and sworn to before me this

day <u>16</u> of <u>December</u> <u>2022</u>

Esperanza Ruiz
Account Executive

_____
**Notary Public, New York County, N.Y.**

Jenny Alexandra Vera
Notary Public, State of New York
No. 01VE6346942
Qualified in Queens County
Commission Expires August 22, 20 24

New York Queens

41 Flatbush Avenue, 1Fl. Brooklyn, NY 11217  Phone: (212) 807-4763

**1320** Avisos Legales      **1320** Avisos Legales      **1320** Avisos Legales

---

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
como representante de la
AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO,
Deudor.

PROMESA
Título III
Nº 17 BK 3567-LTS
(Administrado de manera conjunta)

**NOTIFICACIÓN (A) DEL DICTADO DE UNA ORDEN CONFIRMANDO LA QUINTA ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, DE CONFORMIDAD CON EL TÍTULO III DE LA LEY PROMESA, Y (B) DEL ACAECIMIENTO DE LA FECHA DE ENTRADA EN VIGOR**

A LOS ACREEDORES Y OTRAS PARTES INTERESADAS:

SE NOTIFICA QUE, de conformidad con una orden dictada el 12 de Octubre de 2022 [ECF nº 1415] (la "Orden de confirmación"), la *Quinta enmienda modificada al Plan de Ajuste del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico*, de fecha 6 de septiembre de 2022 (tal y como pueda haber sido enmendada, modificada o complementada de cualquier otra forma, el "Plan"), fue confirmada por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). Salvo que en la presente Notificación se estipule una definición distinta, los términos en mayúsculas utilizados, pero no definidos aquí, tendrán los significados adscritos a los mismos en el Plan de la ACT y en la Orden de confirmación de la ACT.

ASIMISMO, SE NOTIFICA que la Fecha de entrada en vigor para la ACT del Plan y del Plan de la ACT tuvo lugar el 6 de Diciembre de 2022, y que el Plan de la ACT quedó sustancialmente consumado.

SE NOTIFICA TAMBIÉN que cualquier parte interesada que desee obtener copias de la Orden de confirmación, del Plan de la ACT y de la documentación afín debe ponerse en contacto con Kroll Restructuring Administration LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o bien por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Asimismo, podrá ver dichos documentos accediendo a https://cases.ra.kroll.com/puertorico/ o al sitio web del Tribunal, https://www.prd.uscourts.gov/. Tenga en cuenta que se requieren una contraseña y credenciales de inicio de sesión para para acceder a los documentos que figuran en el sitio web del Tribunal a través del sistema de Acceso Público a los Registros Electrónicos del Tribunal ("PACER, por sus siglas en inglés") (http://www.pacer.psc.uscourts.gov).

ASIMISMO, SE NOTIFICA QUE, en virtud de la Sección 1.4 y del Artículo III del Plan de la ACT, y el apartado preliminar 31 de la Orden de confirmación, el plazo para la presentación de evidencias, o de peticiones, de pago de Peticiones de gastos administrativos (las "Peticiones de gastos administrativos") es el 6 de Marzo de 2023; aunque siempre en el bien entendido de que no se requerirá la presentación de evidencias de una Reclamación de gastos administrativos si dicha reclamación (i) se haya incurrido (i) de conformidad con una orden del Tribunal, o bien (ii) con el consentimiento escrito de las Partes gubernamentales correspondientes, aceptando expresamente dicha Reclamación de gastos administrativos, (b) si se trata de una Reclamación profesional (incluyendo una Reclamación de reembolso por un miembro del Comité de Acreedores exclusivamente en su calidad de tal), (c) sea una Reclamación intergubernamental, (d) sea una Reclamación de gastos administrativos del IRS en concepto del pago de los impuestos incurridos por el Deudor a partir de la fecha de petición de la ACT, esté relacionada con transacciones que se hayan producido de manera ordinaria durante el período desde, y con posterioridad a, la fecha de petición de la ACT, hasta la Fecha de entrada en vigor incluida, (f) esté relacionada con una reclamación sujeta a las disposiciones de la Orden de conciliación salarial, incluyendo, entre otras, las "reclamaciones de agravios" vinculadas con cualquier de los acuerdos de negociación colectiva del Deudor, y bien (g) esté sujeta a una moción pendiente solicitando la asignación de cualesquiera gastos administrativos de conformidad con la Sección 503(b) de la Ley de Quiebras a la fecha de dictado de la presente Orden; y además en el bien entendido de que dicha evidencia de una Reclamación de gastos administrativos por parte de una unidad gubernamental seguirá estando sujeta a los derechos e intereses del Deudor y del Deudor reorganizado, según proceda, y que cualquier otra parte interesada podrá interponer una objeción u otra defensa a la admisión o pago de la misma.

SE NOTIFICA TAMBIÉN que todas las Peticiones de gastos administrativos deberán enviarse de la siguiente forma: (i) completando la Evidencia de reclamación electrónica en el sitio web del Agente de reclamaciones, en https://cases.primeclerk.com/puertorico/EPOC-Index, o bien (ii) se entrega en mano o se cursa por correo certificado o servicio de mensajería, a la siguiente dirección: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Las Peticiones de gastos administrativos se considerarán puntualmente presentadas solamente si **son efectivamente recibidas** por Kroll Restructuring Administration LLC (el Agente de reclamaciones del Deudor) como más tardar a las **5:00 p.m. (hora estándar del Atlántico)** el 6 de Marzo de 2023 (la "**Fecha límite administrativa**"). Las Peticiones de Gastos administrativos **no** deberán enviarse por fax, telecopia o correo electrónico.

TAMBIÉN SE NOTIFICA QUE, si se le solicita que presente una petición de Gastos administrativos de conformidad con la Sección 1.4 y el Artículo III del Plan, y dicha petición preliminar 31 de la Orden de confirmación, y omite hacerlo hasta la Fecha límite administrativa, quedará definitivamente impedido, excluido y prohibido de alegar dicha Reclamación de gastos administrativo (y de presentar una petición de Gastos administrativos con respecto a la citada Reclamación) contra el Deudor y sus bienes, y tanto el Deudor como el Deudor reorganizado quedarán exonerados de todo tipo de endeudamiento o responsabilidad con respecto a las citadas reclamaciones.

IGUALMENTE, SE NOTIFICA que, a tenor de la Sección 27.6 del Plan de la ACT y del apartado preliminar 19 de la Orden de confirmación, si el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente por parte del Deudor conllevase daños para la(s) otra(s) parte(s) de dicho contrato o arrendamiento, tal reclamación de tales daños, si no se pruebas mediante la presentación de evidencias de reclamación, quedará definitivamente excluido y prohibido de alegar contra el Deudor, sus bienes, agentes, cesionarios o sucesores, incluyendo, entre otros, el Deudor reorganizado, a no ser que se presente una evidencia de Reclamación ante el Tribunal como más tardar treinta (30) días después de (i) la Fecha de confirmación, y (ii) la fecha de dictado de una orden del Tribunal autorizando el rechazo de un Contrato en vías de ejecución o de un Arrendamiento vigente en particular, lo que más tarde se produzca.

Fecha: 6 de Diciembre de 2022, San Juan, Puerto Rico. */s/ Brian Rosen .* Martin J. Bienenstock (admitido *pro hac vice*), Brian S. Rosen (admitido *pro hac vice*), **PROSKAUER ROSE LLP,** Eleven Times Square, Nueva York, NY 10036, Tel: (212) 969-3000, Fax: (212) 969-2900, Abogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor -y- */s/ Hermann D. Bauer .* Hermann D. Bauer, Esq., USDC Nº 215205, **O'NEILL & BORGES LLC,** 250 Avenida Muñoz Rivera, Suite 800, San Juan, P.R. 00918-1813, Tel: (787) 764-8181, Fax: (787) 753-8944, Coabogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor

971-115684-1

# #Ciencias
# #MedioAmbiente

# Avances en el diálogo para sellar un pacto sobre biodiversidad



Se realiza en Montreal la cumbre COP15 sobre biodiversidad./GETTY IMAGES

## Una de las metas es preservar el 30% de la superficie del planeta para 2030

**EFE**
**TORONTO**

Los delegados de la ONU en la Conferencia sobre Biodiversidad, COP15, afirmaron que empiezan a ver progresos en las negociaciones para lograr un acuerdo, a cuatro días de la reunión de los ministros en Montreal (Canadá).

El checo Ladislav Miko, representante de la Unión Europea (UE) en las conversaciones, expresó en una rueda de prensa su satisfacción "por el claro progreso que se ha hecho" desde el inicio de la conferencia el pasado 7 de diciembre.

Aun así, el aquí el 15 de diciembre, cuando está previsto que los ministros, muchos de ellos de Medio Ambiente, de 196 países inicien sus reuniones, las delegaciones tienen que resolver todavía una gran cantidad de aspectos técnicos que lograr en el encuentro ministerial "solo queden por discutir los problemas políticos más importantes", dijo Miko, quien insistió en que hay avances.

El representante europeo no es el único que se expresó el lunes de forma positiva por primera vez desde que se iniciaron las negociaciones.

La ONG World Wildlife Fund (WWF) apuntó que la situación se está empezando a "animar" en los salones del Palacio de Congresos de Montreal donde se desarrollan las negociaciones.

Marco Lambertini, director general de WWF International, declaró a los medios de comunicación que, aunque todavía falta mucho para llegar a un acuerdo, se empiezan a ver "destellos de luz" y que se ha pasado del bloqueo inicial a "una implicación más constructiva" de las delegaciones.

Desde el inicio de las negociaciones, los delegados han señalado el lento progreso para alcanzar compromisos y han advertido de que el borrador del acuerdo todavía cuenta con numerosos párrafos entre corchetes, lo que significa que no hay consenso sobre su contenido y que el diálogo sobre esos puntos prosigue.

En las últimas horas de la financiación de recursos para que los países en desarrollo puedan proteger la biodiversidad en sus territorios y el objetivo de preservar el 30 por ciento de la superficie del planeta para 2030 se han convertido en algunos de los principales puntos de desacuerdo.

Organizaciones como WWF y la propia UE consideran que además de preservar el 30% de la superficie terrestre, se tiene que garantizar que en el 70% restante se mantenga y restaure la biodiversidad.

Sobre el tema de la financiación, Florika Fink-Hooijer, directora general para el Medio Ambiente de la Comisión Europea, explicó hoy que los países del sur están solicitando más fondos para proteger la diversidad biológica, algo en lo que la UE está de acuerdo. La cuestión es el origen de ese dinero.

"Sí, necesitamos más dinero. Por supuesto, la biodiversidad ha sido olvidada en el pasado. Creo que esta petición de más financiación, especialmente por parte de los países en desarrollo, es legítima. Pero ahora tenemos que ver cómo lograrlo", remarcó.

Fink-Hooijer reafirmó el compromiso de la UE de seguir siendo un donante "fiable" y recordó que los países europeos son los que más contribuyen a los fondos para preservar la biodiversidad en los países en desarrollo.

Pero añadió que ahora son necesarias nuevas fuentes adicionales, como financiación doméstica, bancos multilaterales y el sector privado.

"El sector privado tiene un gran potencial en invertir en biodiversidad. La mitad del Producto Interior Bruto (PIB) mundial depende de la naturaleza. Así que es un argumento empresarial hacer inversiones (en biodiversidad). La cuestión es cómo incrementarlo", continuó.

Fink-Hooijer terminó señalando que la UE está abierta a estudiar diferentes fórmulas para liberar la financiación necesaria".●

### Fink-Hooijer

«La mitad del Producto Interior Bruto (PIB) mundial depende de la naturaleza. Así que es un argumento empresarial hacer inversiones (en biodiversidad). La cuestión es cómo incrementarlo».

**<u>Exhibit D</u>**

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO
COMO REPRESENTANTE DE LA AUTORIDAD DE CARRETERAS Y
TRANSPORTACION DE PUERTO RICO
PROMESA TITULO III
No 17 BK 3567-LTS (ADMINISTRADO DE MANERA CONJUNTA)

# AFIDAVIT

Yo, Miriam del Carmen Hernández Martí, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DIA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

### 14 DE DICIEMBRE DE 2022

se dio publicidad al edicto expedido por

### PROSKAUER ROSE LLP

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. _16 diciembre_ 20 _22_

_____

Afidávit No. _97745_ del Registro.

Jurado y reconocido ante mi por Miriam del Carmen Hernández Martí, vecina de San Juan, mayor de edad, casada, Representante del periódico "EL NUEVO DIA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. _16 diciembre_ 20 _22_.

_____
NOTARIO



**EL NUEVO DÍA** Miércoles, 14 de diciembre de 2022 **44**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante de la AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, Deudor.

PROMESA
Título III
Nº 17 BK 3567-LTS
(Administrado de manera conjunta)

**NOTIFICACIÓN (A) DEL DICTADO DE UNA ORDEN CONFIRMANDO LA QUINTA ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, DE CONFORMIDAD CON EL TÍTULO III DE LA LEY PROMESA, Y (B) DEL ACAECIMIENTO DE LA FECHA DE ENTRADA EN VIGOR**

A LOS ACREEDORES Y OTRAS PARTES INTERESADAS:

SE NOTIFICA QUE, de conformidad con una orden dictada el 12 de Octubre de 2022 [ECF nº 1415] (la "Orden de confirmación"), la *Quinta enmienda modificada al Plan de Ajuste del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico*, de fecha 6 de septiembre de 2022 (tal y como pueda haber sido enmendado, modificado o complementado de cualquier otra forma, el "Plan"), fue confirmada por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). Salvo que en la presente Notificación se estipule una definición distinta, los términos en mayúsculas utilizados, pero no definidos aquí, tendrán los significados adscritos a los mismos en el Plan de la ACT y en la Orden de confirmación de la ACT.

ASIMISMO, SE NOTIFICA que la Fecha de entrada en vigor para la ACT del Plan y del Plan de la ACT tuvo lugar el 6 de Diciembre de 2022, y que el Plan de la ACT quedó sustancialmente consumado.

SE NOTIFICA TAMBIÉN que cualquier parte interesada que desee obtener copias de la Orden de confirmación, del Plan de la ACT y de la documentación allí debe ponerse en contacto con Kroll Restructuring Administration LLC, por teléfono (llamando al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o bien por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Asimismo, podrá ver dichos documentos accediendo a https://cases.ra.kroll.com/puertorico/ o al sitio web del Tribunal, https://www.prd.uscourts.gov/. Tenga en cuenta que se requieren una contraseña y credenciales de inicio de sesión para para acceder a los documentos que figuran en el sitio web del Tribunal a través del sistema de Acceso Público a los Registros Electrónicos del Tribunal ("PACER, por sus siglas en inglés") (http://www.pacer.psc.uscourts.gov).

ASIMISMO, SE NOTIFICA que, en virtud de la Sección 1.4 y del Artículo III del Plan de la ACT, y del apartado preliminar 31 de la Orden de confirmación, el plazo para la presentación de evidencias, o de peticiones, de pago de Reclamaciones de gastos administrativos (las "Peticiones de gastos administrativos") es el 6 de Marzo de 2023; aunque siempre en el bien entendido de que no se requerirá la presentación de evidencias de una Reclamación de gastos administrativos si dicha reclamación (a) se haya incurrido (i) de conformidad con una orden del Tribunal, o bien (ii) con el consentimiento escrito de las Partes gubernamentales correspondientes, aceptando expresamente dicha Reclamación de gastos administrativos, (b) si se trata de una Reclamación profesional (incluyendo una Reclamación de reembolso por un miembro del Comité de Acreedores exclusivamente en su calidad de tal), (c) sea una Reclamación intergubernamental, (d) sea una Reclamación de gastos administrativos del IRS en concepto del pago de los impuestos incurridos por el Deudor a partir de la fecha de petición de la ACT, (e) esté relacionada con transacciones que se hayan producido de manera ordinaria durante el periodo desde, y con posterioridad a, la fecha de petición de la ACT, hasta la Fecha de entrada en vigor incluida, (f) esté relacionada con una reclamación sujeta a las disposiciones de la Orden de conciliación administrativa, incluyendo, entre otras, las "reclamaciones de agravios" vinculadas con cualquier de los acuerdos de negociación colectiva del Deudor, o bien (g) esté sujeta a una moción pendiente solicitando la asignación de cualesquiera gastos administrativos de conformidad con la Sección 503(b) de la Ley de Quiebras a la fecha de dictado de la presente Orden; y además en el bien entendido de que dicha evidencia de una Reclamación de gastos administrativos por parte de una unidad gubernamental seguirá estando sujeta a los derechos e intereses del Deudor y del Deudor reorganizado, según proceda, y que cualquier otra parte interesada podrá interponer una objeción u otra defensa a la admisión o pago de la misma.

SE NOTIFICA TAMBIÉN que todas las Peticiones de gastos administrativos deberán enviarse de la siguiente forma: (i) completando la Evidencia de reclamación electrónica en el sitio web del Agente de reclamaciones, en https://cases.primeclerk.com/puertorico/EPOC-Index, o bien (ii) si se entrega en mano o se cursa por correo certificado o servicio de mensajería, a la siguiente dirección: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Las Peticiones de gastos administrativos se considerarán puntualmente presentadas solamente si **son efectivamente recibidas** por Kroll Restructuring Administration LLC (el Agente de reclamaciones del Deudor) como más tardar a las **5:00 p.m.** (hora estándar del Atlántico) del **6 de Marzo de 2023** (la "Fecha límite administrativa"). Las peticiones de Gastos administrativos **no** deberán enviarse por fax, telecopia o correo electrónico.

TAMBIÉN SE NOTIFICA QUE, si se solicita que presente una petición de Gastos administrativos de conformidad con la Sección 1.4 y el Artículo III del Plan, y del apartado preliminar 31 de la Orden de confirmación, y omite hacerlo hasta la Fecha límite administrativa, quedará definitivamente impedido, excluido y prohibido de alegar dicha Reclamación de gastos administrativos (y de presentar una petición de Gastos administrativos con respecto a la citada Reclamación) contra el Deudor y sus bienes, y tanto el Deudor como el Deudor reorganizado quedarán exonerados de todo tipo de endeudamiento o responsabilidad con respecto a las citadas reclamaciones.

IGUALMENTE, SE NOTIFICA que, a tenor de la Sección 27.6 del Plan de la ACT y del apartado preliminar 19 de la Orden de confirmación, si el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente por parte del Deudor conllevase daños para la(s) otra(s) parte(s) de dicho contrato o arrendamiento, toda reclamación de tales daños, si no se prueban mediante la presentación de evidencias de reclamación, quedará definitivamente excluido y prohibido de alegar contra el Deudor, sus bienes, agentes, sucesores o cesionarios, incluyendo, entre otros, el Deudor reorganizado, salvo que se presente una evidencia de Reclamación ante el Tribunal como más tardar treinta (30) días después de (i) la Fecha de confirmación, y (ii) la fecha de dictado de una orden del Tribunal autorizando el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente en particular, lo que más tarde se produzca.

Fecha: 6 de Diciembre de 2022, San Juan, Puerto Rico, */s/ Brian Rosen_*, Martin J. Bienenstock (admitido *pro hac vice*), Brian S. Rosen (admitido *pro hac vice*), PROSKAUER ROSE LLP, Eleven Times Square, Nueva York, NY 10036, Tel: (212) 969-3000, Fax: (212) 969-2900, *Abogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor* -y- */s/ Hermann D. Bauer_*, Hermann D. Bauer, Esq., USDC Nº 215205, O'NEILL & BORGES LLC, 250 Avenida Muñoz Rivera, Suite 800, San Juan, P.R. 00918-1813, Tel: (787) 764-8181, Fax: (787) 753-8944, *Coabogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor*





**Exhibit E**



State of Florida                                        December 14, 2022
County of Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as **EL Nuevo Herald** has full knowledge of the facts herein stated as follows:

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
### PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>        como representante de la<br>AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,<br>        Deudor. | PROMESA<br>Título III<br>Nº 17 BK 3567-LTS<br>(Administrado de manera conjunta) |

**NOTIFICACIÓN (A) DEL DICTADO DE UNA ORDEN CONFIRMANDO LA QUINTA ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, DE CONFORMIDAD CON EL TÍTULO III DE LA LEY PROMESA, Y (B) DEL ACAECIMIENTO DE LA FECHA DE ENTRADA EN VIGOR**

was distributed to Publishers full circulations (EL Nuevo Herald) On the 14th day of December 2022.

By: *Matthew Weisberg*

Subscribed and sworn to before me this 14st day of December, 2022

**Miami Herald**
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172   I   ********@miamiherald.com   I   www.miamiherald.com   I   www.elnuevoherald.com

## *Estados Unidos*

# Ex enfermera de Chávez es declarada culpable de corrupción en corte de Florida

POR ANTONIO MARIA DELGADO Y JAY WEAVER
adelgado@elnuevoherald.com
jweaver@miamiherald.com

La ex enfermera del fallecido presidente Hugo Chávez, Claudia Díaz, y su esposo Adrián Velásquez, fueron declarados culpables el martes por una corte del sur de la Florida de haber recibido millones de dólares en sobornos para brindar acceso al sistema cambiario venezolano. El jurado se tomó menos de tres horas para tomar la decisión.

Díaz fue acusada de recibir más de $100 millones en sobornos para beneficiar al controversial empresario venezolano Raúl Gorrín en las licitaciones de bonos del estado, en operaciones cambiarias altamente rentables que ella controlaba cuando se desempeñaba como tesorera de la nación.

Díaz, una ex oficial naval de 49 años, se desempeñó como tesorera nacional de Venezuela de 2011 a 2013, tras haber

sido la enfermera de Chávez. Velásquez, de 43 años, fue un ex guardia de seguridad presidencial. Ambos fueron extraditados desde España para ser juzgados en el sur de la Florida y están recluidos sin derecho a fianza en el Centro Federal de Detención de Miami.

Díaz y Velásquez fueron condenados poco más de dos horas después que el jurado federal de 12 personas en Fort Lauderdale pasara a deliberar sobre las acusaciones de que participaron en una conspiración para lavar más de $100 millones en dinero de soborno que la ex enfermera recibió cuando se desempeñaba como Tesorera de la Nación.

Díaz fue declarada culpable de dos de los tres cargos que habían sido presentados en su contra, mientras que su esposo fue declarado culpable de la totalidad de los tres cargos. La pareja enfrenta 20 años o más de prisión en sentencia programada para el 21 de febrero ante el juez federal de distrito William Dimitrou-

leas.

Díaz se desempeñó como tesorera nacional de Venezuela entre el 2011 y el 2013, en remplazo de su antecesor Alejandro Andrade, quien lo ocupaba desde el 2007.

Díaz y su esposo fueron acusados de aceptar sobornos de Gorrín, según una acusación presentada por el fiscal federal adjunto Kurt Lunkenheimer y el abogado litigante del De-

partamento de Justicia, Paul Hayden.

En la acusación, la fiscalía argumentó que los pagos de Gorrín, por un total de más de $100 millones, se transfirieron a través de empresas en el extranjero, cuentas bancarias del sur de la Florida, una empresa de yates en Miami y una empresa fantasma de moda.

Díaz subió al estrado como testigo en su propia



EN ESTA foto de archivo del lunes 24 de septiembre de 2018, Claudia Patricia Díaz Guillén, quien fuera enfermera del fallecido presidente de Venezuela Hugo Chávez, sale de la Audiencia Nacional de España en Madrid.   PAUL WHITE AP/Archivo

defensa durante el juicio de dos semanas y media, pero no pudo superar el testimonio dañino de su predecesor como tesorero nacional, Andrade.

A finales de 2017, Andrade se declaró culpable de una conspiración de lavado de dinero de $1,000 millones, cumplió tres años de prisión y luego testificó que un rico magnate de la televisión de Caracas, Raúl Gorrín, le pagó a él y a Díaz para obtener acceso al altamente rentable régimen cambiario venezolano.

Andrade testificó que reclutó a Díaz en el esquema de corrupción cuando ella se convirtió en tesorera de Venezuela una década, y los fiscales dijeron que la pareja recibió más de $100 millones en sobornos.

El testimonio de Andrade marcó la primera vez que habló públicamente sobre su complejo esquema de corrupción, que sacaba provecho de los vastos ingresos petroleros de Venezuela mientras el país iniciaba el rumbo hacia el colapso económi-

co.

Al hablar desde el estrado de los testigos, Andrade detalló cómo Chávez le dio el control total del tesoro nacional en 2007 y cómo cultivó lucrativas relaciones con tres empresarios con casas de bolsa que cambiaban bolívares por dólares, a los que les brindó acceso favorable a la lucrativas operaciones con moneda extranjera a cambio de inmensos sobornos.

Andrade testificó que uno de los tres empresarios, Gorrín, pagó sobornos no masivos no solo a él sino también a su sucesor, Díaz, y a su esposo, Velásquez, quien actuó como su intermediario con Gorrín.

Andrade dijo que Gorrín le pidió que se acercara a Díaz para continuar con el esquema de soborno que le permitiera cambiar bolívares por dólares para el gobierno venezolano cuando ella se convirtió en tesorera nacional en 2011.

*Antonio Maria Delgado:
305-376-2180,
@DelgadoAntonioM*

# La fusión nuclear sería un gran avance energético

POR DOUG GLASS Y MICHAEL PHILLIS
Associated Press

El avance en la investigación de la fusión nuclear anunciado el martes en Washington ha tardado décadas en llegar, y por primera vez los científicos han sido capaces de generar una reacción que produjo más energía de la que se utilizó para iniciarla.

Utilizando potentes láseres para concentrar una enorme cantidad de energía en una cápsula del tamaño de la mitad de un balín, los científicos del Laboratorio Nacional Lawrence Livermore, en California, iniciaron una reacción que produjo 1.5 veces la energía contenida en la luz utilizada para producirla.

Aún faltan décadas para que la fusión pueda ser usada para producir electricidad en el mundo real. Pero la promesa de la fusión es tentadora. Si se aprovecha, puede producir energía casi ilimitada y libre de carbono para abastecer las necesidades eléctricas de la humanidad sin elevar la temperatura global y agravar el cambio climático.

Durante la conferencia de prensa en Washington, los científicos celebraron.

"Esto es hazaña genial", comentó Marvin Adams, el administrador adjunto de la Administración Nacional de Seguridad Nuclear para los programas de defensa.

"El combustible de fusión en la cápsula se comprimió y empezaron las reacciones de fusión. Todo esto había sucedido antes, como 100 veces antes, pero la semana pasada por primera vez diseñaron este experimento para que el combustible de fusión permaneciera lo

suficientemente caliente, denso y redondo durante el tiempo necesario para que se encendiera", explicó Adams. "Y produjo más energía de la que las láseres habían depositado".

Este es un vistazo a qué es la fusión nuclear, y a algunos de los problemas que hay para volverla en la fuente de energía económica y libre de carbono que los científicos esperan que puede llegar a ser.

## ¿QUÉ ES LA FUSIÓN NUCLEAR?

Mire hacia el cielo, está ocurriendo justo arriba de usted; las reacciones de fusión nuclear potencia el Sol y otras estrellas.

La reacción sucede cuando dos núcleos ligeros se fusionan para formar un único núcleo más pesado. Como la masa total de este nuevo núcleo es menor que la masa de los dos núcleos originales, la masa sobrante en energía que se libera en el proceso, según el Departamento de Energía.

En el caso del Sol, las inmensas, millones de grados Celsius, y la presión ejercida por su gravedad permiten que se fusionen átomos que, en otras circunstancias, se repelerían.

Los científicos han entendido cómo funciona la fusión nuclear desde hace tiempo, y han tratado de duplicar el proceso en la Tierra desde la década de 1930. Los intentos actuales se enfocan en fusionar un par de isotopos de hidrógeno —deuterio y tritio—, de acuerdo con el Departamento de Energía, que señaló que esa combinación en particular libera "mucha más energía que la mayoría de las reacciones de fusión" y requiere menos calor para hacerlo.

en la Universidad de California, campus Berkeley, dijo que la fusión nuclear ofrece la posibilidad de un combustible "básicamente ilimitado" si la tecnología puede ser viable desde el punto de vista comercial. Los elementos necesarios están disponibles en el agua de mar.

También es un proceso que no produce residuos radioactivos como los de la fisión nuclear, señaló Kammen.

Cruzar la línea de ganancia neta de energía supone un gran logro, afirmó Carolyn Kuranz, profesora de la Universidad de Michigan y física experimental de plasma.

"Por supuesto, ahora la gente está pensando: '¿cómo hacemos que sean 10 veces más o 100 veces más?' Siempre hay un siguiente paso", señaló Kuranz. "Pero creo que es una línea clara de: 'Sí, hemos logrado ignición en el laboratorio'".

## ¿CÓMO ESTÁN TRATANDO DE CONSEGUIRLO?

Una forma que los científicos han probado para recrear la fusión nuclear involucra lo que se conoce como un tokamak, una cámara de vacío con forma de dona que utiliza potentes imanes para convertir el combustible en un plasma supercaliente (de entre 150 millones y 300 millones de grados Celsius) donde podría ocurrir la fusión.

El laboratorio Livermore utiliza una técnica distinta. Los investigadores utilizan un láser de 192 haces para apuntar a una pequeña cápsula llena con combustible de deuterio-tritio. El laboratorio reportó que una prueba realizada en agosto de 2021 produjo 1.35 megajoules de energía de fusión, alrededor del 70% de la energía disparada al objetivo. El laboratorio dijo que varios experimentos posteriores mostraron malos resultados, pero los investigadores creían que habían identificado formas para mejorar la calidad de la cápsula de combustible y la simetría de los láseres.

## ¿POR QUÉ ES TAN DIFÍCIL LOGRAR LA FUSIÓN NUCLEAR?

Se necesita más que un calor extremo y presión. También requiere de precisión. La energía de los láseres debe ser aplicada de manera precisa para

contrarrestar la fuerza de empuje del combustible de fusión, de acuerdo con Stephanie Diem, profesora de ingeniería física en la Universidad de Wisconsin, campus Madison.

Y eso es sólo para demostrar que se puede lograr una ganancia de energía. Es aún más difícil producir electricidad en una planta generadora.

Por ejemplo, los láseres del laboratorio sólo pueden activarse unas cuantas veces al día. Para producir energía de manera viable, necesitarían activarse rápidamente y se deberían insertar cápsulas varias veces por minuto, o todo el día, señaló Kuranz.

Otro desafío es aumentar la efectividad, comentó

Jeremy Chittenden, profesor del Imperial College de Londres que se especializa en física del plasma. Los láseres utilizados en el laboratorio de Livermore necesitan mucha energía eléctrica, y los investigadores deben encontrar sus resultados en una manera de reproducir sus resultados en una manera mucho más rentable, añadió.

## ¿QUÉ TAN IMPORTANTE PODRÍA SER?

Daniel Kammen, profesor de energía y sociedad



LA SECRETARIA de Energía, Jennifer Granholm, anuncia un importante avance científico en la fusión nuclear.   J. SCOTT APPLEWHITE AP

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

En el asunto de:
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante de la
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,
Deudor.

PROMESA
Título III
Nº 17 BK 3567-LTS
(Administrado de manera conjunta)

**NOTIFICACIÓN (A) DEL DICTADO DE UNA ORDEN CONFIRMANDO LA QUINTA ENMIENDA DEL PLAN DE AJUSTE DEL TÍTULO III DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, DE CONFORMIDAD CON EL TÍTULO III DE LA LEY PRMESA, Y (B) DEL ACAECIMIENTO DE LA FECHA DE ENTRADA EN VIGOR**

A LOS ACREEDORES Y OTRAS PARTES INTERESADAS:
[small print continues]

**<u>Exhibit F</u>**





**PUBLI-Inversiones** | Publicador del periódico y medios digitales
El Vocero de Puerto Rico

**AFIDAVIT**

**AVISO LEGAL**

**NOTIFICACIÓN (A) DEL DICTADO DE UNA ORDEN CONFIRMANDO
LA QUINTA ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,
DE CONFORMIDAD CON EL TÍTULO III DE LA LEY PROMESA, Y (B) DEL
ACAECIMIENTO DE LA FECHA DE ENTRADA EN VIGOR**

**PROMESA Título III - Nº 17 BK 3567-LTS**

Yo, Yahaira Rivera Rivera habiendo prestado el juramento debido, declaro lo siguiente:
Que soy Oficial de Crédito, Cobros y Facturación de Publi-Inversiones para el periódico El Vocero
de Puerto Rico el cual se publica en San Juan Puerto Rico y que en las ediciones de este mismo
diario correspondientes a los siguientes días:

**14 de diciembre de 2022**

Se dio publicidad al aviso expedido por el peticionario: **AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO**

Sobre el asunto arriba mencionado, y copia del cual se une al presente affidavit para que forme
parte del mismo.

San Juan, Puerto Rico, a _____ DEC 1 6 2022 _____

_____
Yahaira Rivera Rivera
Departamento de Finanzas

Affidavit Núm. _____ del Registro

Jurado y reconocido ante mí por Yahaira Rivera Rivera, mayor de edad, casada, vecina de Caguas
y Oficial de Crédito, Cobros y Facturación del Departamento de Finanzas de Publi-Inversiones
para el periódico El Vocero de Puerto Rico, de esta vecindad, a quien doy fe de conocer
personalmente.

San Juan, Puerto Rico, a_____ DEC 1 6 2022 _____

**elVocero** > MIÉRCOLES, 14 DE DICIEMBRE DE 2022                    ECONOMÍA >23

# Cierre positivo en Invest Puerto Rico

▶ Avalado por el lanzamiento de campañas nacionales y herramientas tecnológicas




Ileanexis Vera Rosado

@iverarosado

Más de 5,000 empleos comprometidos y altamente remunerados, sobre $350 millones en inversión de capital comprometida y 700 negocios de nueva creación son los principales logros de Invest Puerto Rico en el año fiscal 2022.

Estos resultados en parte responden al lanzamiento de campañas por sector para industria, tecnología y para Impeller —nueva herramienta implementada por InvestPR, que conecta los proyectos con inversionistas. También suman el lanzamiento del nuevo sitio web corporativo, diseñado para alentar los prospectos a profundizar en lo que necesitan saber sobre cómo hacer negocios en Puerto Rico.

Otro elemento es el incremento en pautas en medios como The Wall Street Journal, Bloomberg, Fast Company, The New York Times y la revista Forbes, entre otros, y el alza en la publicidad en aeropuertos como JFK (Nueva York), EWR (Newark Liberty International), BOS (Boston Logan International) y SFO (San Francisco International), según expuso Ella Woger, principal oficial ejecutiva de InvestPR.

Woger indicó, que la campaña de reconocimiento fue financiada con una subvención federal del programa Community Development Block Grant - Disaster Recovery (Cdbg-dr). Con esta estrategia lograron más de 673 millones de impresiones, 886,000 visitas al sitio web y 1,799 formularios de contacto completados.

Estos resultados también son adjudicados a la participación en un número récord de conferencias, eventos y seminarios web, centrados en la generación de oportunidades de negocio. Estos es-



El secretario del DDEC, Manuel Cidre y la principal oficial ejecutiva de Invest, Ella Woger, presentan los resultados para el año fiscal 2022. > Suministrada

fuerzos generaron más de 6,000 clientes potenciales —'leads'— y 2,000 oportunidades de negocio.

"El desarrollo económico es algo que toma mucha colaboración, mucha determinación, mucha persistencia, por lo que no place poder contar con el Departamento de Desarrollo Económico y Comercio (DDEC) y el sector público y privado para poder lograrlo", afirmó Woger.

La ejecutiva subrayó que durante el año fiscal 2022, InvestPR se ha centrado en impulsar el reconocimiento de Puerto Rico como destino empresarial de clase mundial, facilitar la atracción de negocios, crecer y maximizar alianzas con asociaciones y entidades prioritarias para adelantar la misión, y apalancar las fortalezas competitivas de Puerto Rico para robustecer el posicionamiento de la Isla para nuevas inversiones.

"Con el apoyo de nuestra junta directiva, DDEC



Con el apoyo de nuestra junta directiva, DDEC y entes claves dentro del ambiente de negocio, InvestPR logró mucho en el año fiscal 2022, pero aún queda mucho por hacer. Confiamos que juntos seguiremos elevando el perfil de Puerto Rico como mercado competitivo de inversión para fomentar el desarrollo económico en la Isla.

**Ella Woger-Nieves**
principal oficial ejecutiva de Invest Puerto Rico

y entes claves dentro del ambiente de negocio, InvestPR logró mucho en el año fiscal 2022, pero aún queda mucho por hacer. Confiamos que juntos seguiremos elevando el perfil de Puerto Rico como mercado competitivo de inversión para fomentar el desarrollo económico en la Isla", indicó Woger.

Por su parte, Manuel Cidre, secretario del DDEC, sostuvo que las relaciones en la vida necesitan tiempo para que maduren, y señaló que no puede dejar de mencionar los esfuerzos de las administraciones pasadas y de las juntas pasadas para llevar a InvestPR a lo que es hoy día.

"De ser un sueño, una idea pragmática, se convierte en un jugador importante para el desarrollo económico de Puerto Rico. Originalmente, se habla de que se crea para promover a Puerto Rico. Probablemente otras administraciones se hubiesen conformado con pro-

mover a Puerto Rico, pero Invest y esta nueva cepa no se conforma con promover a Puerto Rico, sino con buscar por qué Puerto Rico es competitivo, y que tenemos que hacer para ser más competitivo. Elemento de inteligencia de mercado, de 'research', que hoy cobra relevancia porque no estamos solos. Ya no es Singapur o Irlanda, tenemos competencia a 48 millas de aquí y bien agresiva. Tenemos que identificar en qué Puerto Rico es diferente y cómo poder ser más innovador, más relevante", sostuvo el funcionario.

Planteó, además, que el DDEC ha puesto en InvestPR la misión de que se conviertan en facilitadores para que las empresas puedan recibir mejor atención, permisos a tiempo, instalaciones disponibles para ubicarse, y "hacerles un aterrizaje en la Isla más suave", acotó.

# CONVOCATORIA
## Asamblea Ordinaria de Nominaciones

Según dispone nuestro reglamento en su artículo XI, Sección 1; se convoca a toda nuestra matrícula a la Asamblea de Nominaciones a los puestos electivos de la Junta de Directores de la Unión General de Trabajadores que se efectuará en la siguiente

Fecha: domingo, 18 de diciembre de 2022
Hora: 9:00 am (primera llamada)
Será: Digitalmente Vía ZOOM y se habilitarán espacios en UGT y SPT

-Se manejarán los trabajos desde el Salón Principal de la UGT en Río Piedras
-Para pre-registrarse favor de entrar al siguiente enlace o escanear el código QR con su celular o tableta.
-Abre la aplicación de cámara del dispositivo. En tu teléfono o tableta Android si no abre con la aplicación de la cámara baje del Play Store la aplicación de Google Lens (gratuita).
-Enfoca al código QR: verás que aparece el contenido guardado o una pequeña tarjeta (zona superior de la pantalla).
-Pulsa sobre esa tarjeta y iOS o Chrome te abrirá el contenido que se esconde en el código QR.
-Una vez reciba la confirmación del pre-registro se estará verificando que es miembro activo de la Unión. Tiene que estar registrado para participar.
-LAS PERSONAS YA REGISTRADAS NO TENDRÁN QUE HACERLO NUEVAMENTE.
-El viernes, 16 de diciembre de 2022 se estará enviando por correo electrónico el enlace para poder entrar a la reunión. (este enlace será exclusivo para el registrante y no podrá ser compartido.)

65 **UGT** LOCAL 1199

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:                                   PROMESA
JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN      Título III
FINANCIERA PARA PUERTO RICO,               N° 17 BK 3567-LTS
como representante de la                 (Administrado de manera conjunta)
AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO,
Deudor.

**NOTIFICACIÓN (A) DEL DICTADO DE UNA ORDEN CONFIRMANDO
LA QUINTA ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,
DE CONFORMIDAD CON EL TÍTULO III DE LA LEY PROMESA, Y (B) DEL
ACAECIMIENTO DE LA FECHA DE ENTRADA EN VIGOR**

A LOS ACREEDORES Y OTRAS PARTES INTERESADAS:

SE NOTIFICA QUE, de conformidad con una orden dictada el 12 de Octubre de 2022 [ECF n° 1415] (la "Orden de confirmación"), la Quinta enmienda modificada al Plan de Ajuste del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico, de fecha 6 de septiembre de 2022 (tal y como pueda haber sido enmendado, modificado o complementado de cualquier otra forma, el "Plan"), fue confirmada por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). Salvo que en la presente Notificación se estipule una definición distinta, los términos en mayúsculas utilizados, pero no definidos aquí, tendrán los significados adscritos a los mismos en el Plan o la Orden de confirmación de la ACT.

ASIMISMO, SE NOTIFICA que la Fecha de entrada en vigor para la ACT del Plan y del Plan de la ACT tuvo lugar el 6 de Diciembre de 2022, y que el Plan de la ACT quedó sustancialmente consumado.

SE NOTIFICA TAMBIÉN que cualquier parte interesada que desee obtener copias de la Orden de confirmación, del Plan de la ACT y de la documentación antes de ponerse en contacto con Kroll Restructuring Administration LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o bien por correo electrónico escribiendo a puertoricoinfo@ primeclerk.com. Asimismo, podrá ver dichos documentos accediendo a https://cases.ra.kroll.com/puertorico/ o al sitio web del Tribunal, https://www.prd.uscourts.gov/. Tenga en cuenta que se requiere una contraseña y credenciales de inicio de sesión para para acceder a los documentos que figuran en el sitio web del Tribunal a través del sistema de Acceso Público a los Registros Electrónicos del Tribunal ("PACER, por sus siglas en inglés") (http://www.pacer.psc.uscourts.gov).

ASIMISMO, SE NOTIFICA QUE, en virtud de la Sección 1.4 y el Artículo III del Plan de la ACT, y del apartado preliminar 31 de la Orden de confirmación, el plazo para la presentación de evidencias, o de peticiones, de pago de Reclamaciones de gastos administrativos (las "Peticiones de gastos administrativos") es el 6 de Marzo de 2023; aunque siempre en el bien entendido de que no se requerirá la presentación de evidencias de una Reclamación de gastos administrativos si dicha reclamación (a) se haya incurrido (i) de conformidad con una orden del Tribunal, o bien (ii) con el consentimiento escrito de las Partes gubernamentales correspondientes, aceptando expresamente dicha Reclamación de gastos administrativos, (b) si se trate de una Reclamación profesional (incluyendo una Reclamación de reembolso por un miembro del Comité de Acreedores exclusivamente en su calidad de tal), (c) sea una Reclamación intergubernamental, (d) sea una Reclamación de gastos administrativos del IRS en concepto del pago de los impuestos incurridos por el Deudor a partir de la fecha de petición de la ACT, (e) esté relacionada con transacciones que se hayan producido de manera ordinaria durante el período desde, y con posterioridad a, la fecha de petición de la ACT, hasta la Fecha de entrada en vigor incluida, (f) esté relacionado con una reclamación sujeta a las disposiciones de la Orden de conciliación administrativa, incluyendo, entre otras, las "reclamaciones de agravios" vinculadas con cualquier de los acuerdos de negociación colectiva del Deudor, o bien (g) esté sujeta a una moción pendiente solicitando la asignación de cualesquiera gastos administrativos de conformidad con la Sección 503(b) de la Ley de Quiebras a la fecha de dictado de la presente Orden; y además en el bien entendido de que dicha evidencia de una Reclamación de gastos administrativos por parte de una unidad gubernamental seguirá estando sujeta a las directivas e intereses del Deudor y del Deudor reorganizado, según proceda, y que cualquier otra parte interesada podrá interponer una objeción u otra defensa a la admisión o pago de la misma.

SE NOTIFICA TAMBIÉN que todas las Peticiones de gastos administrativos deberán enviarse de la siguiente forma: (i) completando la Evidencia de reclamación electrónica en el sitio web del Agente de reclamaciones, en https://cases.primeclerk.com/puertorico/EPOC-Index, o bien (ii) se entrega en mano o se cursa por correo certificado o servicio de mensajería, a la siguiente dirección: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Las Peticiones de gastos administrativos se considerarán puntualmente presentados solamente si son efectivamente recibidas por Kroll Restructuring Administration LLC (el Agente de reclamaciones del Deudor) como más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 6 de Marzo de 2023 (la "Fecha límite administrativa"). Las peticiones de Gastos administrativos no deberán enviarse por fax, telecopia o correo electrónico.

TAMBIÉN SE NOTIFICA QUE, si se le solicita que presente una petición de Gastos administrativos de conformidad con la Sección 1.4 y el Artículo III del Plan, y del apartado preliminar 31 de la Orden de confirmación, y omite hacerlo hasta la Fecha límite administrativa, quedará definitivamente impedido, excluido y prohibido de alegar dicha Reclamación de gastos administrativos (y de presentar una petición de Gastos administrativos con respecto a la citada Reclamación) contra el Deudor y sus bienes, y tanto el Deudor como el Deudor reorganizado quedarán exonerados de todo tipo de endeudamiento o responsabilidad con respecto a las citadas reclamaciones.

IGUALMENTE, SE NOTIFICA que, a tenor de la Sección 27.6 del Plan de la ACT y del apartado preliminar 19 de la Orden de confirmación, si el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente por parte del Deudor conllevase daños para la(s) otra(s) parte(s) de dicho contrato o arrendamiento, toda reclamación de tales daños, si no se produjesen mediante la presentación de evidencias de reclamación, quedará definitivamente excluido y prohibido de alegar contra el Deudor, sus bienes, agentes, sucesores o cesionarios, incluyendo, entre otros, el Deudor reorganizado, salvo que se presente una evidencia de Reclamación ante el Tribunal como más tardar treinta (30) días después de (i) la Fecha de confirmación, y (ii) la fecha de dictado de una orden del Tribunal autorizando el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente en particular, lo que más tarde se produzca.

Fecha: 6 de Diciembre de 2022 /s/ Brian Rosen _ Martin J. Bienenstock (admitido pro hac vice), Brian S. Rosen (admitido pro hac vice), PROSKAUER ROSE LLP, Eleven Times Square, Nueva York, NY 10036, Tel: (212) 969-3000, Fax: (212) 969-2900, Abogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor -y- /s/ Hermann D. Bauer _ Hermann D. Bauer, Esq., USDC N° 215205, O'NEILL & BORGES LLC, 250 Avenida Muñoz Rivera, Suite 800, San Juan, P.R. 00918-1813, Tel: (787) 764-8181, Fax: (787) 753-8944, Coabogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor




## Exhibit G



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

## PROOF OF PUBLICATION

December 14, 2022

Sworn to me this 14th day of December, 2022

*Ellen Herb*

Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

12/14/2022, NYT, pg B3

*Larnyce Tabron*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,
Debtor.

PROMESA
Title III

No. 17 BK 3567-LTS
(Jointly Administered)

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING MODIFIED FIFTH AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY PURSUANT TO TITLE III OF PROMESA AND (B) OCCURRENCE OF THE EFFECTIVE DATE**

**TO CREDITORS AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that, pursuant to an order, dated October 12, 2022 [ECF No. 1415] (the "Confirmation Order"), the Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority, dated September 6, 2022 (as amended, supplemented, or modified, the "Plan"), was confirmed by the United States District Court for the District of Puerto Rico (the "Court"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the HTA Plan and the HTA Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the HTA Effective Date of the HTA Plan occurred on December 6, 2022 and the HTA Plan was substantially consummated.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain copies of the Confirmation Order, the HTA Plan, and related documents should contact Kroll Restructuring Administration LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoballots@primeclerk.com, or may view such documents by accessing either https://cases.ra.kroll.com/puertorico/ or the Court's website, https://www.prd.uscourts.gov/. Please note that a Public Access to Court Electronic Records ("PACER") (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1.4 and Article III of the HTA Plan and decretal paragraph 31 of the Confirmation Order, the deadline for filing proofs of or requests for payment of Administrative Expense Claims ("Administrative Expense Requests") is March 6, 2023; provided, however, that no proof of Administrative Expense Claims shall be required to be filed if such Administrative Expense Claim (a) shall have been incurred (i) in accordance with an order of the Court or (ii) with the written consent of the applicable Government Parties expressly granting such Administrative Expense Claim, (b) is a Professional Claim (including a Claim for reimbursement by a member of the Creditors' Committee solely in its capacity as such member), (c) is an intergovernmental Claim, (d) is an Administrative Expense Claim of the IRS for the payment of taxes incurred by the Debtor during the period from and after the HTA Petition Date, (e) relates to transactions occurring in the ordinary course during the period from and after the HTA Petition Date up to and including the HTA

Effective Date, (f) relates to a Claim that is subject to the provisions of the ACR Order, including, without limitation, "grievance claims" relating to any of the Debtor's collective bargaining agreements, or (g) is the subject of a pending motion seeking allowance of an administrative expense pursuant to Bankruptcy Code section 503(b) as of the entry of this Order; and, provided, further, that any such proof of Administrative Expense Claim by a governmental unit shall remain subject to the rights and interests of the Debtor and Reorganized Debtor, as the case may be, and any other party in interest to interpose an objection or other defense to the allowance or payment thereof.

PLEASE TAKE FURTHER NOTICE that, all Administrative Expense Requests should be sent as follows: (i) by completing the electronic Proof of Claim on the Claims Agent's website at https://cases.ra.kroll.com/puertorico/EPOC-Index, or (ii) if delivered by first class mail, hand delivery, or overnight courier, at the following address: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Administrative Expense Requests will be deemed timely filed only if actually received by Kroll Restructuring Administration LLC (the Debtor's Claims Agent) by 5:00 p.m. (prevailing Atlantic Time) on March 6, 2023 (the "Administrative Deadline"). The Administrative Expense Requests may not be delivered by facsimile, telecopy, or electronic mail transmission.

PLEASE TAKE FURTHER NOTICE that, if you are required to file an Administrative Expense Request pursuant to Section 1.4 and Article III of the HTA Plan and decretal paragraph 31 of the Confirmation Order and fail to do so by the Administrative Deadline, you will be forever barred, estopped, and enjoined from asserting such Administrative Expense Claim (and from filing an Administrative Expense Request with respect to such Administrative Expense Claim) against the Debtor and their property, and the Debtor and Reorganized Debtor will be forever discharged from any and all indebtedness or liability with respect to such Administrative Expense Claim.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 27.6 of the HTA Plan and decretal paragraph 19 of the Confirmation Order, if the rejection of an Executory Contract and Unexpired Lease by the Debtor results in damages to the other party or parties to such contract or lease, any claim for such damages, if not heretofore evidenced by a filed proof of Claim, shall be forever barred and shall not be enforceable against the Debtor, or their properties or agents, successors, or assigns, including, without limitation, the Reorganized Debtor, unless a proof of Claim is filed with the Court on or before thirty (30) days after the later to occur of (i) the Confirmation Date, and (ii) the date of entry of an order by the Court authorizing rejection of a particular Executory Contract and Unexpired Lease.

Dated: December 6, 2022, San Juan, Puerto Rico. /s/ Brian Rosen , Martin J. Bienenstock (pro hac vice), Brian S. Rosen (pro hac vice), **PROSKAUER ROSE LLP,** Eleven Times Square, New York, NY 10036, Tel: (212) 969-3000, Fax: (212) 969-2900, Attorneys for the Financial Oversight and Management Board as representative for the Debtor -and- /s/ Hermann D. Bauer , Hermann D. Bauer, USDC No. 215205, **O'NEILL & BORGES LLC,** 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Tel: (787) 764-8181, Fax: (787) 753-8944, Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor

# Musk Shakes Up Legal Team and Shows Signs of Preparing for Battle

FROM FIRST BUSINESS PAGE

Mr. Baker had served as general counsel at the F.B.I. until May 2018 — advising the agency on politically fraught investigations into Hillary Clinton's private email server and Donald J. Trump's campaign — and joined Twitter in 2020.

Last week, Mr. Musk said he terminated Mr. Baker after he learned that the lawyer had been responsible for reviewing internal communications about the company's decision to suppress a 2020

*A flurry of cost-cutting measures has shaken Twitter employees.*

New York Post story about Hunter Biden's laptop. Mr. Musk had ordered that those communications, which he has called the "Twitter Files," be given to a group of journalists to release and discredit the decision-making of the company's past executives.

With Twitter drained of legal talent from layoffs and departures, Mr. Musk has sought lawyers from his other companies, including rocket maker SpaceX, to fill the void. More than half a dozen lawyers from the space exploration company have been given access to Twitter's internal systems, according to two people and documents seen by The Times. SpaceX employees who have been brought in to Twitter include Chris Cardaci, the company's vice president of legal, and Tim Hughes, its senior vice president, global business and government affairs.

A SpaceX spokesman did not return a request for comment.

Among its legal challenges, Twitter is facing more questions from the Federal Trade Commission, which is investigating whether the company is still adhering to a consent decree. In 2011, the company signed a consent decree with the F.T.C. after two data breaches and said it would not mislead users about pri-



Alex Spiro, Elon Musk's personal lawyer, is no longer working at Twitter. Mr. Musk was reportedly unhappy with some of Mr. Spiro's personnel decisions. APU GOMES/AGENCE FRANCE-PRESSE — GETTY IMAGES

vacy protection. In May, the company paid $150 million to the F.T.C. and Justice Department to settle allegations that it had violated the terms of that consent decree, which was expanded.

The F.T.C. has sent Twitter letters asking whether it still has the resources and staff to adhere to the consent decree, two people with knowledge of the matter said. An F.T.C. spokeswoman declined to comment.

On Friday, as Mr. Musk encouraged the release of internal information through the continuation of his Twitter Files, he also sent an email to employees noting "many detailed leaks of confidential Twitter information" showed that some were violating their nondisclosure agreements.

"If you clearly and deliberately violate the NDA that you signed when joining Twitter, you accept liability to the full extent of the law and Twitter will immediately seek damages," he wrote. The email was first reported by the Platformer newsletter.

Mr. Musk's team has also deliberated the merits of not paying severance to the thousands of people who have left the company since he took over, when there were about 7,500 full-time employees. While Mr. Musk and his advisers had previously considered forgoing any severance when discussing cuts in late October, the company ultimately decided that U.S.-based employees would be given at least two months of pay and one month of severance pay so that the company would be compliant with federal and state labor laws.

Mr. Musk's team is now reconsidering whether it should pay some of those months, according to two people familiar with the discussions, or just face lawsuits from disgruntled former employees. Many former employees still have not received any paperwork formalizing their separation from Twitter, five people said. Mr. Musk has already refused to pay millions of dollars in exit packages to executives he claims were terminated "for cause."

As Twitter has downsized, Mr. Musk's team has been hoping to renegotiate the terms of lease

agreements, two people familiar with the discussion said. The company has received complaints from real estate investment and management firms including Shorenstein, which owns the San Francisco buildings that Twitter occupies.

A spokesman for Shorenstein declined to comment.

In other money-saving moves, Twitter has laid off its kitchen staff and begun to list office supplies, industrial-grade kitchen equipment and electronics from its San Francisco office for auction.

Mr. Musk also continues to cut staff and leaders, including Nelson Abramson, Twitter's global head of infrastructure, and Alan Rosa, the global information technology head and vice president of information security, according to four people familiar with the moves.

On Sunday night, Mr. Musk sent two emails to Twitter's staff with advice about how to work for him that he had previously shared with SpaceX and Tesla employees. One message focused on first principles thinking, a worldview based on the teachings of Aristotle to reduce assumptions to basic axioms, which Mr. Musk credited with helping him make difficult decisions. The other advocated against workplace hierarchies.

On Monday, Twitter notified members of its trust and safety council, an advisory group formed in 2016, that it would dissolve immediately. The council was created to guide Twitter through challenging safety problems and content moderation issues, and was made up of organizations focused on civil rights and child safety.

"Safety online can mean survival offline," said Jodie Ginsberg, the president of the Committee to Protect Journalists, one of the organizations involved in the council. "As a platform that has become a critical tool in both open and repressive countries, Twitter must play a constructive role in ensuring that journalists and the public at large are able to receive and impart information without fear of reprisals."

---

## United Airlines Orders 100 Wide-Body Boeing 787 Jets

**By NIRAJ CHOKSHI**

United Airlines plans to buy at least 100 Boeing 787 Dreamliner jets by 2032 as it replaces aging planes with newer, more fuel-efficient models and pursues international growth, the airline announced on Tuesday.

The order, worth tens of billions of dollars at list prices, comes a little more than a year after United said it planned to buy 270 single-aisle planes — the largest purchase of U.S. aircraft in a decade. The airline added a few dozen jets to that order on Tuesday and said it now expected to receive 700 new planes in all by the end of 2032, including an average of two planes per week next year and three planes per week in 2024.

In addition to its firm order for 100 Dreamliners, with deliveries scheduled to begin in 2024, United has the option to buy 100 more.

The airline's decision is important for Boeing, which only recently resumed deliveries of the twin-aisle Dreamliner after a more than yearlong delay because of quality concerns, including filling paper-thin gaps in the plane's body. Boeing has also been hindered by supply chain disruptions, inflation and other economic challenges.

United said it chose Boeing over the rival plane maker Airbus because the airline is eager to grow and already has several dozen 787s as well as the pilots trained to fly them. The airline still has an order on the books to receive dozens of Airbus A350s, a 787 competitor, in 2030.

"They're both great airplanes," United's chief executive, Scott Kirby, said on a call with reporters. "But we already have a large installed base of 787s. And in this world where we're trying to bring on 2,500 pilots a year and grow the



A 787 Dreamliner at Boeing's plant in South Carolina. United's order is important for Boeing, which suffered delays and supply chain disruptions. RANDALL HILL/REUTERS

airline, introducing a new fleet type slows that down dramatically."

Single-aisle, or narrow-body, planes are typically used for flights within the United States or to nearby international destinations. The larger twin-aisle, or wide-body, planes best serve heavily trafficked or long-distance routes. The narrow-body 737 Max can carry 170 to 230 passengers, depending on the configuration. The wide-body 787 Dreamliner can carry about 250 to more than 330 passengers.

New planes provide many benefits. They can offer an improved customer experience, with cleaner, more streamlined and sometimes more spacious interiors. (United said the 787 is a customer favorite among the aircraft in its fleet.) They can also save airlines money because their designs are more fuel efficient and require less maintenance.

That is the case for the order an-

nounced Tuesday. United said it planned to drop 100 Boeing 767 and 777 wide-body planes from its fleet by 2030, resulting in what it said would be a 25 percent decrease in carbon emissions per seat.

"The Boeing team is honored by United's trust in our family of airplanes to connect people and transport cargo around the world for decades to come," said Stanley A. Deal, president and chief executive of Boeing's commercial plane unit.

In the past two years, United has added more than a dozen new international cities to its network. The airline said it now serves 78 international destinations out of

Newark Liberty International Airport, more than at any of its other hub airports.

The airline industry was among the first and hardest-hit by the pandemic, with air travel plummeting more than 95 percent in the spring of 2020. Travel has since recovered, led by domestic

*Replacing an aging fleet with more fuel-efficient models.*

trips for which narrow-body planes are particularly well suited. Airlines have started to place big aircraft orders to take advantage of that demand and longer-term growth.

In addition to United's order, Southwest Airlines last year announced plans to buy 100 Boeing 737 Max planes. Delta Air Lines this summer said it planned to buy 100 Max planes, too. In October, Alaska Airlines, the fifth-largest passenger airline in the United States, announced plans to buy 52 Max jets.

United said its order would result in more jobs, too. This year, the airline has hired 15,000 new employees, including flight attendants, maintenance workers, pilots and others. United said it planned to hire a similar number next year, with more than 2,000 new jobs at each of its hub airports in Chicago, San Francisco and Newark.

---



Hanno Berger was found guilty of three counts of tax evasion in a growing scandal that the authorities said spread across four continents. KAI PFAFFENBACH/REUTERS

## Tax Scheme Mastermind Gets 8 Years in Germany

**By DAVID SEGAL**

A lawyer described by the authorities as the brains behind a sprawling tax scheme that cost European treasuries some $60 billion was sentenced to eight years in prison on Tuesday in a courtroom in Bonn, Germany.

The lawyer, Hanno Berger, 72, was involved in a fraction of the overall losses — a part that German officials say cost the government roughly $300 million. But he is considered a key figure in a scandal that has been described as "the biggest tax theft in the history of Europe."

Mr. Berger and others earned fortunes, for themselves and wealthy clients, through so-called cum-ex trades, a staggeringly complicated financial maneuver that produced huge sums in the form of bogus tax refunds.

Mr. Berger was found guilty of three counts of tax evasion, the highest-profile conviction to date in what European authorities say is a developing investigation that spans four continents, dozens of banks and as many as 1,500 suspects.

Cum-ex trades were an obscure but hugely profitable niche product for a number of banks and law firms, many of them based in London. The trades rose in popularity after the Great Recession, when much of the financial industry was reeling, in part because, as one participant put it, national treasuries never ran out of money.

Many countries in Europe were targeted by cum-ex traders, with much of the activity starting the early 2000s. The trades cost Germany $10.5 billion, the authorities said. France, Denmark, Italy, Belgium, Norway, Spain, Finland and other countries also suffered immense losses. One by one, the

countries closed the loophole that allowed cum-ex trades — Germany passed a law prohibiting it in 2012 — but often failed to notify the tax authorities of their neighbors.

Mr. Berger did not invent cum-ex trading, but he was described as its most formidable intellect and one of its most active proponents. He was convicted of acts that occurred in Germany between 2007 and 2013. He and others have long maintained that the trades were legal, and pointed to a number of law firms that had provided opinions to that effect. He said during the trial that he had a duty to present clients with the full range of possibilities, and cum-ex was among them.

"We have to think of the clients," he said. "That was my credo."

Mr. Berger once worked for the German government and had earned a reputation as one of the country's most fearsome tax inspectors. He later went into private practice and, according to a former colleague, was initially incredulous when he heard about cum-ex trading. He soon came around.

The former colleague, testifying anonymously under German law, was a witness on behalf of the government during the 2019 trial of two London bankers. Describing a meeting at the Frankfurt law firm that Mr. Berger started in 2010, the former colleague testified that Mr. Berger said, "Whoever has a problem with the fact that because of our work there are fewer kindergartens being built, here's the door."

In 2012, German authorities raided Mr. Berger's office and his home. He immediately fled to Switzerland, where he lived until his extradition in February.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    Chapter 11
Vesta Holdings, LLC, et al.,[1]           Case No. 22-11019 (LSS)
                                          (Jointly Administered)
Debtors.

NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM
THE GENERAL BAR DATE IS JANUARY 17, 2023 AT
4:00 P.M. PREVAILING EASTERN TIME.
PLEASE TAKE NOTICE OF THE FOLLOWING:

Entry of the Bar Date Order. On December 7, 2022, the United States Bankruptcy Court for the District of Delaware entered an order (Docket No. 160) (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). The order EXCEPT AS TO CERTAIN EXCEPTIONS EXPLICITLY SET FORTH IN THE BAR DATE ORDER ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE GENERAL BAR DATE OR GOVERNMENTAL BAR DATE MAY NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING OR DISTRIBUTION.
...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE FINANCIAL OVERSIGHT AND         PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   Title III

as representative of                No. 17 BK 3567-LTS

THE PUERTO RICO HIGHWAYS AND        (Jointly Administered)
TRANSPORTATION AUTHORITY,

Debtor.

NOTICE OF (A) ENTRY OF ORDER CONFIRMING MODIFIED
FIFTH AMENDED TITLE III PLAN OF ADJUSTMENT OF
THE PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY PURSUANT TO TITLE III OF PROMESA AND
(B) OCCURRENCE OF THE EFFECTIVE DATE
TO CREDITORS AND OTHER PARTIES IN INTEREST:
...

**Exhibit H**

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PARA PUERTO RICO
COMO REPRESENTANTE DE LA AUTORIDAD DE CARRETERAS Y
TRANSPORTACION DE PUERTO RICO
PROMESA TITULO III
No 17 BK 3567-LTS (ADMINISTRADO DE MANERA CONJUNTA)

# AFIDAVIT

Yo, Miriam del Carmen Hernández Martí, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "PRIMERA HORA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

### 14 DE DICIEMBRE DE 2022

se dio publicidad al edicto expedido por

### PROSKAUER ROSE LLP

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. _16 diciembre_ 20 _22_.

_____

Afidávit No. _____97744_____ del Registro.

Jurado y reconocido ante mi por Miriam del Carmen Hernández Martí, vecina de San Juan, mayor de edad, casada, Representante del periódico "PRIMERA HORA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. _16 diciembre_ 20 _22_.

_____
NOTARIO

FERNANDO RABELL ECHEGARAY
ABOGADO-NOTARIO

RECIBO
Sello

4U22-02257589

9397
11/21/2022
$5.00
Sello de Asistencia Legal
80004-2022-1121-78241165



**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
    como representante de la
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN
DE PUERTO RICO,
    Deudor.

PROMESA
Título III
Nº 17 BK 3567-LTS
(Administrado de manera conjunta)

**NOTIFICACIÓN (A) DEL DICTADO DE UNA ORDEN CONFIRMANDO LA QUINTA ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, DE CONFORMIDAD CON EL TÍTULO III DE LA LEY PROMESA, Y (B) DEL ACAECIMIENTO DE LA FECHA DE ENTRADA EN VIGOR**

**A LOS ACREEDORES Y OTRAS PARTES INTERESADAS:**

SE NOTIFICA QUE, de conformidad con una orden dictada el 12 de Octubre de 2022 [ECF nº 1415] (la "Orden de confirmación"), la *Quinta enmienda modificada  al Plan de Ajuste del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico*, de fecha 6 de septiembre de 2022 (tal y como pueda haber sido enmendado, modificado o complementado de cualquier otra forma, el "Plan"), fue confirmada por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). Salvo que en la presente Notificación se estipule una definición distinta, los términos en mayúsculas utilizados, pero no definidos aquí, tendrán los significados adscritos a los mismos en el Plan de la ACT y en la Orden de confirmación de la ACT.

ASIMISMO, SE NOTIFICA que la Fecha de entrada en vigor para la ACT del Plan y del Plan de la ACT tuvo lugar el 6 de Diciembre de 2022, y que el Plan de la ACT quedó sustancialmente consumado.

SE NOTIFICA TAMBIÉN que cualquier parte interesada que desee obtener copias de la Orden de confirmación, del Plan de la ACT y de la documentación afín debe ponerse en contacto con Kroll Restructuring Administration LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o bien por correo electrónico escribiendo a puertoricoinfo@primeclerk.com. Asimismo, podrá ver dichos documentos accediendo a https://cases.ra.kroll.com/puertorico/ o al sitio web del Tribunal, https://www.prd.uscourts.gov/. Tenga en cuenta que se requieren una contraseña y credenciales de inicio de sesión para acceder a los documentos que figuran en el sitio web del Tribunal a través del sistema de Acceso Público a los Registros Electrónicos del Tribunal ("PACER, por sus siglas en inglés") (http://www.pacer.psc.uscourts.gov).

ASIMISMO, SE NOTIFICA QUE, en virtud de la Sección 1.4 y del Artículo III del Plan de la ACT, y del apartado preliminar 31 de la Orden de confirmación, el plazo para la presentación de evidencias, o de peticiones, de pago de Reclamaciones de gastos administrativos (las "Peticiones de gastos administrativos") en el caso de la ACT vence el 6 de Marzo de 2023; aunque siempre en el bien entendido de que no se requiera la presentación de evidencias de una Reclamación de gastos administrativos si dicha reclamación (a) se haya incurrido (i) de conformidad con una orden del Tribunal, o bien (ii) con el consentimiento escrito de las Partes gubernamentales correspondientes, aceptando expresamente dicha Reclamación de gastos administrativos, (b) si se trata de una Reclamación profesional (incluyendo una Reclamación de reembolso por un miembro del Comité de Acreedores adicionalmente su calidad de tal), (c) sea una Reclamación intergubernamental, (d) sea una Reclamación de gastos administrativos del IRS en concepto del pago de los impuestos incurridos por el Deudor a partir de la fecha de petición de la ACT, (e) esté relacionada con transacciones que se hayan producido de manera ordinaria durante el período desde, y con posterioridad a, la fecha de petición de la ACT, hasta la Fecha de entrada en vigor inclusive, (f) esté relacionada con una reclamación sujeta a las disposiciones de la Orden de conciliación administrativa, incluyendo, entre otras, las "reclamaciones de agravios" vinculadas con cualquier de los acuerdos de negociación colectiva del Deudor, o bien (g) esté sujeta a una moción pendiente solicitando la asignación de cualesquiera gastos administrativos de conformidad con la Sección 503(b) de la Ley de Quiebras a la fecha de dictado de la presente Orden; y además en el bien entendido de que dicha evidencia de una Reclamación de gastos administrativos por parte de una unidad gubernamental seguirá estando sujeta a los derechos e intereses del Deudor y del Deudor reorganizado, según proceda, y que cualquier parte interesada podrá interponer una objeción u otra defensa a la admisión o pago de la misma.

SE NOTIFICA TAMBIÉN que todas las Peticiones de gastos administrativos deberán enviarse de la siguiente forma: (i) completando la Evidencia de reclamación electrónica en el sitio web del Agente de reclamaciones, en https://cases.primeclerk.com/puertorico/EPOC-Index, o bien (ii) si se entrega en mano o se cursa por correo certificado o servicio de mensajería, a la siguiente dirección: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Las Peticiones de gastos administrativos se considerarán puntualmente presentadas solamente si **son efectivamente recibidas** por Kroll Restructuring Administration LLC (el Agente de reclamaciones del Deudor) como más tardar a las **5:00 p.m. (hora estándar del Atlántico)** del 6 de Marzo de 2023 (la "Fecha límite administrativa"). Las peticiones de Gastos administrativos **no** deberán enviarse por fax, telecopia o correo electrónico.

**TAMBIÉN SE NOTIFICA QUE, si se le solicita que presente una petición de Gastos administrativos de conformidad con la Sección 1.4 y el Artículo III del Plan, y del apartado preliminar 31 de la Orden de confirmación, y omite hacerlo hasta la Fecha límite administrativa, quedará definitivamente impedido, excluido y prohibido de alegar dicha Reclamación de gastos administrativos (y de presentar una petición de Gastos administrativos con respecto a la citada Reclamación) contra el Deudor y sus bienes, y tanto el Deudor como el Deudor reorganizado quedarán exonerados de todo tipo de endeudamiento o responsabilidad con respecto a las citadas reclamaciones.**

IGUALMENTE, SE NOTIFICA que, a tenor de la Sección 27.6 del Plan de la ACT y del apartado preliminar 19 de la Orden de confirmación, si el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente por parte del Deudor conllevase daños para la(s) otra(s) parte(s) de dicho contrato o arrendamiento, toda reclamación de tales daños, si no se prueban mediante la presentación de evidencias de reclamación, quedará definitivamente excluido y prohibido de alegar contra el Deudor, sus bienes, agentes, sucesores o cesionarios, incluyendo, entre otros, el Deudor reorganizado, salvo que se presente una evidencia de Reclamación ante el Tribunal como más tardar treinta (30) días después de (i) la Fecha de reclamación y el Tribunal como más tardar el dictado de una orden del Tribunal autorizando el rechazo de un Contrato en vías de ejecución y de un Arrendamiento vigente en particular, lo que más tarde se produzca.

Fecha: 6 de Diciembre de 2022, San Juan, Puerto Rico, */s/ Brian Rosen* , Martín J. Bienenstock (admitido *pro hac vice*), Brian S. Rosen (admitido *pro hac vice*), **PROSKAUER ROSE LLP,** Eleven Times Square, Nueva York, NY 10036, Tel: (212) 969-3000, Fax: (212) 969-2900, *Abogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor -y- /s/ Hermann D. Bauer* , Hermann D. Bauer, Esq., USDC Nº 215205, **O'NEILL & BORGES LLC,** 250 Avenida Muñoz Rivera, Suite 800, San Juan, P.R. 00918-1813, Tel: (787) 764-8181, Fax: (787) 753-8944, *Coabogados de la Junta de Supervisión y Administración Financiera como representantes del Deudor*

---

PRIMERA HORA | HORA    Miércoles, 14 de diciembre de 2022    **23**



**Commonwealth of PUERTO RICO**
**MUnicipality of Mayaguez**
**DEPARTment of housing and federal programs**
**Community Development Block Grant – DISASTER RECOVERY**

**CITY REVITALIZATION PROGRAM**

REQUEST FOR PROPOSALS FOR DESIGN PROFESSIONAL SERVICES

The autonomous Municipality of Mayaguez is issuing this Request for Proposal for studies and designs from interested and qualified firms or individuals that have the expertise and the ability to provide one or more of the following services:

Request #1: **Proposal for studies and designs of improvements to Calle Luis Llorens Torres and Trastalleres Recreational Area.** These should include: 1. Improvements and widening of sidewalks from Luis Llorens Torres street to the UPRM gate, 2. Resurfacing of Luis Llorens Torres street, 3. Traffic signals and identification of street area, 4. Street and sidewalk lighting improvements, 5. Intersection and crosswalk improvements, 6. Tree planting and inclusion of green areas, 7. Location of waste containers, 8. Repairs and painting of the basketball court and facilities, 9. Improvements to the landscaping around the recreational area, 10. Conditioning and improvements to the children's play area.

Request #2: **Proposal for studies and designs of Improvements of PR-108 and Accessible Pedestrian Connectors to the Mayaguez Campus.** These should include: 1. Construction of sidewalk areas, ramps, and pedestrian crossings for the safety of students and pedestrians on PR-108, 2. Asphalt resurfacing in the sector to be improved, 3. Improvements to the stormwater management system, 4. Improvements in signaling for traffic, intersections and crosswalks on PR-108, 5. Improvements to the delineation and marking of pavement for vehicular traffic, 6. Improvements to the lighting system to increase users' safety.

Request #3: **Proposal for studies and design of the Installation of Resilient System of Solar Panels, Energy Storage, and Emergency Area for Recharging Electronic Devices in the Central American Stadium, José Antonio Figueroa Freyre.** This project will be design and build. These should include: 1. Construction of scaffolding and roof in solar panels over the area of the aluminum stands that are located to the northeast of the facility, 2. Installation of energy transmission and storage systems for solar panels, 3. Conditioning of an area designated for public recharging of electronic devices in cases of emergency and interruptions in electric power services.

The interested and qualified firms or individuals must submit their proposal separately for each project or request for proposals in which they wish to participate. Proposals that include two or more projects together will not be accepted.

The interested and qualified firms or individuals can obtain the Proposal Instructions and Specification Documents from Thursday December 15, 2022 during service hours between 8:30 a.m. to 3:30 p.m. at: Secretaria Municipal, Calle de Diego #56 Este, Edificio Albizu, segundo piso, Mayagüez Pueblo; or by email to Mr. Javier O. Roman Ruiz at jaroman@mayaguezpr.gov, Department of Housing and Federal Affairs of the Municipality of Mayagüez.

The mandatory pre-proposal meeting will be on Thursday December 22, 2022 at 9:30 am at Calle de la Candelaria, Centro Cultural de Mayaguez, Baudilio Vega Rios Conference Room. Only qualified firms or individuals who have requested and received the Proposal Instructions and Specification Documents prior to the meeting may participate. A link will be provided for virtual participation in the meeting only to bidders who appear registered with an email address in the request for specifications.

Proposals must be submitted on or before Thursday January 19, 2023 during service hours between 8:30 a.m. to 3:30 p.m. in: Secretaria Municipal, Calle de Diego #56 Este, Edificio Albizu, segundo piso, Mayagüez Pueblo. The proposer must submit one (1) original, two (2) copies, and a digital copy. All proposals must contain the required information the Municipality will provide, signed on all pages by the proposer or an authorized representative. Any Proposal received after the deadline will not be considered and shall be returned unopened to the addressee.

The Municipality of Mayaguez reserves the right to reject any or all proposals, and/or, award these projects to the offers of whose proposal provides the best value, according to the evaluation factors established in the specification's documents. Each proposal meeting all submission requirements will be independently evaluated and assigned a score for each evaluation up to the maximum points as contained in the specification documents. The points may be weighted by their importance to the Municipality needs.

The interested proposers should comply with the required federal regulations applicable to this RFP, including but not limited to registering in SAM.gov and provide a UEI (Unique Entity Identifier). Failure to comply will result in the disqualification of the proposer.

The Municipality of Mayaguez, as Public Policy, complies with and promotes compliance with the regulation contained in Section 3 of the Federal Economic Opportunities Acts, promoting the provision of contracting opportunities to Minority Business Companies (MBE) and Minority Business Companies controlled by Woman (WMBE).

Additional information and mandatory requirements for interested proposers are disclosed in greater detail as part of the Proposal Instruction and Specification Documents.

Jorge Luis Ramos Ruiz
Acting Mayor
Autonomous Municipality of Mayaguez

PO Box # 658 Mayagüez, Puerto Rico 00681-0658 787-833-2071

PRINTED AND DISTRIBUTED BY PRESSREADER
PressReader.com +1 604 278 4604
COPYRIGHT AND PROTECTED BY APPLICABLE LAW

**<u>Exhibit I</u>**

**The San Juan Star DAILY**

PO Box 6537 Caguas PR 00726   (787)743-3346

*In re:*
**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
*as representative of*
**THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,**
*Debtor.*
**[PROMESA Title III**
***No. 17 BK 3567-LTS***
**(Jointly Administered)]**

\* \* \* \* \*

# A F F I D A V I T

I, *FEMARIE DISLA ROSARIO*, under the most formal oath I declare:

I am the *Advertising Control Clerk* of the **The San Juan Daily Star** newspaper which is published daily, and circulates island-wide and is printed in San Juan, Puerto Rico; and in the editions of this newspaper corresponding to the days:

<u>**DECEMBER 15, 2022**</u>

was published the public notice issued by:

## <u>Kroll</u>

*Contact:* **Pete Egloff**
*55 East 52nd Street, 17th Floor*
*New York NY  10055*
Phone: 773.388.3024 • <u>pegloff@milleraa.com</u>

For the matters stated before and copy of that public notice is attached to this Affidavit.

*FEMARIE DISLA ROSARIO*
*Advertising Control Clerk*

Affidavit No. —33,542—

Sworn and subscribed before me by *FEMARIE DISLA ROSARIO*, of legal age, single, Advertising Control Clerk of The San Juan Daily Star, and resident of *CAGUAS, PR*, and whom I know personally. In Caguas, Puerto Rico, this 16 th day of Dec., 2022.



Notary Public

# Hawaii volcanoes Mauna Loa and Kilauea stop erupting

By APRIL RUBIN

Mauna Loa in Hawaii, the world's largest active volcano, which began erupting recently for the first time in nearly four decades to the delight of residents and tourists alike, has ceased doing so, scientists announced earlier this week.

Situated on the Big Island, Mauna Loa stopped erupting Saturday, the day after Kilauea, another volcano on the Big Island, stopped erupting, according to the U.S. Geological Survey.

Scientists were not sure whether the timing was coincidental. The two volcanoes share the same magma source.

"The volcanoes are not directly connected, but might 'feel' one another via stress effects," the U.S. Geological Survey said on Twitter. "Mauna Loa's eruption could have allowed Kilauea to 'relax.' That said, Kilauea's eruption was already pretty tenuous, occurring at very low rates."

Lava flow from Mauna Loa's eruption, which began Nov. 27, posed little danger to the surrounding communities, stalling about 1.7 miles from Daniel K. Inouye Highway. As such, it became an attraction for both locals and visitors to the Big Island.

Raymond Naeyaert, who moved to the Big Island about a year ago, said in an interview Tuesday that the eruption was a once-in-a-lifetime experience. He and his wife drove 60 miles to witness it closely on Nov. 28, the day after it began.

"It was really, truly one of the most remarkable things I've ever seen," he said. "There was a presence about it that is kind of hard to put in words, but witnessing it with my wife, I was just kind of awe-struck."

Not everyone had the same luck. David Dorn, who has lived on the island of Maui for 30 years, traveled to the Big Island to see the volcanic action. He and his wife were supposed to take a helicopter tour to see the top of Mauna Loa on Sunday, but they canceled when they got word that the eruption had stopped.

Next time, he said Tuesday, they will travel as soon as they learn about an eruption rather than wait.

"You have to respect nature," he said. "Sometimes it reveals itself to you and sometimes it doesn't. If it does, it's a blessing."

For many Native Hawaiians, who account for about 13% of the Big Island's residents, Mauna Loa's eruption represented a cycle of destruction and rebirth.

The volcano's eruptions aren't expected to resume soon, scientists said, but the lava may remain incandescent as it cools.

Kilauea could potentially start erupting again, scientists said. They warned that significant hazards remain in the area closed to the public because of crater wall instability, rockfalls and the potential for earthquakes.

Kilauea, smaller than Mauna Loa, erupted almost continuously from 1983 to 2018, when it set off the most destructive eruption of its recorded history. The eruption that just ceased began in September 2021, according to the Geological Survey.

Most of Mauna Loa's eruptions occurred before 1950, according to scientists. The 38 years between the last eruption and this year's was the longest quiet period on record.



The Mauna Loa volcano as seen from the air near Kailua-Kona, Hawaii, last weekend.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,
Debtor.

PROMESA
Title III
No. 17 BK 3567-LTS
(Jointly Administered)

NOTICE OF (A) ENTRY OF ORDER CONFIRMING MODIFIED FIFTH AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY PURSUANT TO TITLE III OF PROMESA AND (B) OCCURRENCE OF THE EFFECTIVE DATE

TO CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to an order, dated October 12, 2022 [ECF No. 1415] (the "Confirmation Order"), the Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority, dated September 6, 2022 (as amended, supplemented, or modified, the "Plan"), was confirmed by the United States District Court for the District of Puerto Rico (the "Court"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the HTA Plan and the HTA Confirmation Order.

PLEASE TAKE FURTHER NOTICE that the HTA Effective Date of the HTA Plan occurred on December 6, 2022 and the HTA Plan was substantially consummated.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain copies of the Confirmation Order, the HTA Plan, and related documents should contact Kroll Restructuring Administration LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoballots@primeclerk.com, or may view such documents by accessing either https://cases.ra.kroll.com/puertorico/ or the Court's website, https://www.prd.uscourts.gov/. Please note that a Public Access to Court Electronic Records ("PACER") (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1.4 and Article III of the HTA Plan and decretal paragraph 31 of the Confirmation Order, the deadline for filing proofs of or requests for payment of Administrative Expense Claims ("Administrative Expense Requests") is March 6, 2023; provided, however, that no proof of Administrative Expense Claim shall be required to be filed if such Administrative Expense Claim (a) shall have been incurred (i) in accordance with an order of the Court or (ii) with the written consent of the applicable Government Parties expressly granting such Administrative Expense Claim, (b) is a Professional Claim (including a Claim for reimbursement by a member of the Creditors' Committee solely in its capacity as such member), (c) is an intergovernmental Claim, (d) is an Administrative Expense Claim of the IRS for the payment of taxes incurred by the Debtor during the period from and after the HTA Petition Date, (e) relates to transactions occurring in the ordinary course during the period from and after the HTA Petition Date up to and including the HTA Effective Date, (f) relates to a Claim that is subject to the provisions of the ACR Order, including, without limitation, "grievance claims" relating to any of the Debtor's collective bargaining agreements, or (g) is the subject of a pending motion seeking allowance of an administrative expense pursuant to Bankruptcy Code section 503(b) as of the entry of this Order; and, provided, further, that any such proof of Administrative Expense Claim by a governmental unit shall remain subject to the rights and interests of the Debtor and Reorganized Debtor, as the case may be, and any other party in interest to interpose an objection or other defense to the allowance or payment thereof.

PLEASE TAKE FURTHER NOTICE that, all Administrative Expense Requests should be sent as follows: (i) by completing the electronic Proof of Claim on the Claims Agent's website at https://cases.ra.kroll.com/puertorico/EPOC-Index, or (ii) if delivered by first class mail, hand delivery, or overnight courier, at the following address: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

Administrative Expense Requests will be deemed timely filed only if actually received by Kroll Restructuring Administration LLC (the Debtor's Claims Agent) by 5:00 p.m. (prevailing Atlantic Time) on March 6, 2023 (the "Administrative Deadline"). The Administrative Expense Requests may not be delivered by facsimile, telecopy, or electronic mail transmission.

PLEASE TAKE FURTHER NOTICE that, if you are required to file an Administrative Expense Request pursuant to Section 1.4 and Article III of the HTA Plan and decretal paragraph 31 of the Confirmation Order and fail to do so by the Administrative Deadline, you will be forever barred, estopped, and enjoined from asserting such Administrative Expense Claim (and from filing an Administrative Expense Request with respect to such Administrative Expense Claim) against the Debtor and their property, and the Debtor and Reorganized Debtor will be forever discharged from any and all indebtedness or liability with respect to such Administrative Expense Claim.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 27.6 of the HTA Plan and decretal paragraph 19 of the Confirmation Order, if the rejection of an Executory Contract and Unexpired Lease by the Debtor results in damages to the other party or parties to such contract or lease, any claim for such damages, if not heretofore evidenced by a filed proof of Claim, shall be forever barred and shall not be enforceable against the Debtor, or their properties or agents, successors, or assigns, including, without limitation, the Reorganized Debtor, unless a proof of Claim is filed with the Court on or before thirty (30) days after the later to occur of (i) the Confirmation Date, and (ii) the date of entry of an order by the Court authorizing rejection of a particular Executory Contract and Unexpired Lease.

Dated: December 6, 2022,  San Juan, Puerto Rico,    /s/  Brian Rosen    Martin J. Bienenstock (pro hac vice), Brian S. Rosen (pro hac vice), PROSKAUER ROSE LLP, Eleven Times Square, New York, NY 10036, Tel: (212) 969-3000, Fax: (212) 969-2900,  Attorneys for the Financial Oversight and Management Board as representative for the Debtor -and-  /s/ Hermann D. Bauer , Hermann D. Bauer, USDC No. 215205, O'NEILL & BORGES LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813, Tel: (787) 764-8181, Fax:  (787) 753-8944, Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor

R. FIGUEROA CARRASQUILLO LAW OFFICE, P.S.C.

Roberto Figueroa Carrasquillo
USDC#203614

Attorney-At-Law

CASOS DE QUIEBRA
Casos Capítulo 7 y 13

American Board Certified
Consumer Bankruptcy

"We are a debt relief agency"

(787) 963-7699

rfc@rfigueroalaw.com

Calle Acosta #16 Caguas P.R

(Frente al Centro Gubernamental)