# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br>　　　　as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et. al.*, <br><br>　　　　Debtor | PROMESA Title III <br><br> No. 17-03283 -LTS <br><br> (Jointly Administered) <br><br> **Re: ECF No. 23145** |

## MOTION SUBMITTING CERTIFIED TRANSLATIONS

**TO THE HONORABLE COURT:**

COMES NOW, Luis A. Rivera Siaca ("LARS"), through his undersigned counsel, and respectfully states and requests:

1. On December 22, 2022, LARS filed a motion for payment of administrative rent (**ECF No. 23145**). Contemporaneously therewith, LARS filed a motion for leave to file documents in the Spanish language and for thirty (30) days to file certified translations thereof to the English language (**ECF No. 23146**).

2. On December 22, 2022, the Court entered an order granting LARS until January 23, 2023, at 5:00 p.m. (Atlantic Standard Time) to file certified translations to the English language of Exhibits A and C to the motion for payment of administrative rent (**ECF No. 23151**).

3. LARS is filing herewith Exhibits A and C to his motion for the payment of administrative rent in the Spanish language together with their certified translation to the English language.

**WHEREFORE**, it is respectfully requested that the Court take notice of the above deeming LARS in compliance with the order of December 22, 2022.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

San Juan, Puerto Rico this 9th day of January 2023

*s*/**Charles A. Cuprill-Hernández**
USDC-PR 114312
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street - Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: cauprill@cuprill.com
