# Datos del Contrato

| Entidad | Número de Contrato | Enmienda | Número PCo |
|---|---|---|---|
| 1201 | Departamento de Educación de Puerto Ric | 2021-000180 | | |

| Registrado en | Otorgado en | Vigencia Desde | Vigencia Hasta |
|---|---|---|---|
| 28 may. 2021 11:13 | 21 may. 2021 | 21 may. 2021 | 30 jun. 2026 |

| Cuantía a Pagar * | Cuantía a Recibir |
|---|---|
| $548,433.99 | $0.00 |

| Categoría de Servicio | Tipo de Servicio |
|---|---|
| COMPRA, VENTA, ALQUILER Y/O DESARROLLO D | EDIFICIOS |

| Forma de Contratación | Fondos |
|---|---|
| | |

**Contratista**

**Nombre**

LUIS A. RIVERA SIACA

Bienes o Servicios Privatizados

Sí    No

\* En los Contratos registrados antes del 14 de julio de 2021, el campo de Cuantía a Pagar contiene tanto la Cuantía a Pagar(Desembolsos) como la Cuantía a Recibir(Ingresos).

Regresar

Oficina del Contralor de Puerto Rico
Consulta del Registro de Contratos
1/1

Certified Translation MC-2023-004
Page 1 of 2

# Contract Data

| | | | |
|---|---|---|---|
| **Entity** | **Contract Number** | **Amendment** | **PCo Number** |
| 1201 \| Puerto Rico Department of Education | 2021-000180 | | |

| | | | |
|---|---|---|---|
| **Registered on** | **Executed on** | **Effective Date From** | **Effective Until** |
| May 28, 2021 11:13 a.m. | May 21, 2021 | May 21, 2021 | June 30, 2026 |

| | |
|---|---|
| **Amount Payable*** | **Amount Receivable** |
| $548,433.99 | $0.00 |

**Category of Service**          **Type of Service**

PURCHASE, SALE, LEASE AND/OR DEVELOPMENT OF BUILDINGS

**Form of Contract**             **Funds**

**Contractor**                   **Privatized Goods or Services**
                                 Yes   No
**Name**

LUIS A. RIVERA SIACA

*\* For Contracts registered before July 14, 2021, the Amount Payable field contains both the Amount Payable(Disbursements) and the Amount Receivable (Revenues).*

Back

No. 2023-004 TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Two (2) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Saturday, January 7, 2023.

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com