ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE PONCE

| | |
|---|---|
| **SUCESIÓN SALVADOR EDUARDO MANDRY DONES Y OTROS** | CIVIL NÚM. **J AC2008-0853 (605)** |
| DEMANDANTES | SOBRE: |
| VS. | |
| **ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS** | EXPROPIACIÓN A LA INVERSA |
| DEMANDADOS | |

# RESOLUCIÓN
## SOBRE MEMORANDO DE COSTAS

El 14 de agosto de 2019, la parte demandante presentó un **Memorando de Costas** juramentado. Expuso que las partidas allí reclamadas constituyen el desembolso de gastos necesarios para tramitar el presente pleito.

El 21 de agosto de 2019, notificado el 22 de agosto de 2019, por voz del Hon. Francisco J. Rosado Colomer, Juez Superior que presidía, dispuso: "El Tribunal se reserva su dictamen hasta que advenga final y firme la Sentencia."

La Sentencia original se dictó el 6 de agosto de 2019, notificada el 8 de agosto de 2019. Posteriormente, se enmendó el 19 de diciembre de 2019, a los únicos fines de ordenar su registro y se notificó a las partes el 23 de diciembre de 2019. Agotados los recursos de apelación, el Honorable Tribunal de Apelaciones expidió la Carta sobre el Trámite de Mandato el 12 de julio de 2022, recibida en la Secretaría el 15 de julio de 2022. La Sentencia dictada por este Tribunal resultó confirmada.

El 13 de julio de 2022, la parte demandante presentó la **Moción Solicitando la Aprobación del Memorando de Costas** y el 24 de agosto de 2022, comparece nuevamente en la **Moción Solicitando se dé por Sometida la Moción Solicitando Aprobación del Memorando de Costas.**

Suscrito el 6 de septiembre de 2022, compareció el codemandado, Estado Libre Asociado de Puerto Rico y su Agencia, Departamento de Recursos Naturales, en la **Moción sobre Memorando de Costas.** Allí expone su posición sobre las costas reclamadas y advierte que el cómputo asciende a la cantidad de $20,522.24 y no a $20,482.24 como solicitó la parte demandante.

Número Identificador RES2022000

RESOLUCIÓN
J AC2008-0853

El 17 de diciembre de 2019, se había presentado ante este Tribunal por la parte demandante la Moción Informativa sobre Orden de Modificación de Relevo de Paralización Automática bajo el Capítulo III de la Ley PROMESA. Luego el 26 de diciembre de 2019, el Estado también sometió la estipulación relacionada solamente al Gobierno de Puerto Rico, que dio lugar a la continuación de los procedimientos y al registro de la Sentencia Enmendada.

La Regla 44.1 de las de Procedimiento Civil vigentes, T. 32 Ap. V, R. 44.1, en su inciso (a) regula que las costas le serán concedidas a la parte a cuyo favor se resuelva el pleito o se dicte sentencia en apelación o revisión, excepto en aquellos casos en que se disponga lo contrario por ley o por estas Reglas. Las costas que podrá conceder el Tribunal son los gastos incurridos necesariamente en la tramitación de un pleito o procedimiento que la ley ordena o que el Tribunal, en su discreción, estima que una parte litigante debe reembolsar a otra. Cónsono con el inciso (b), cualquier parte que no esté conforme con las costas reclamadas podrá impugnarlas en todo o en parte, dentro del término de diez (10) días contados a partir de aquel en que se le notifique el memorándum de costas. El inciso (c) de la Regla 44.1 establece el reclamo de costas por la etapa apelativa.

Sobre el Memorando de Costas que presentó la parte demandante el 14 de agosto de 2019, el mismo quedó pendiente de adjudicar hasta que la Sentencia adviniese final y firme. Sobre el término dispuesto para que las demás partes comparecieran a oponerse, contamos con la comparecencia del codemandado, Estado Libre Asociado de Puerto Rico y su Agencia, Departamento de Recursos Naturales, sin objeción a las costas reclamadas.

Por todo lo anterior, este Tribunal declara **Ha Lugar** a las costas que reclama la parte demandante, a cuyo favor se resolvió el pleito, por la cantidad de **$20,522.24**, confirmada por el codemandado, Estado Libre Asociado de Puerto Rico y su Agencia, Departamento de Recursos Naturales.

NOTIFÍQUESE.

Dada en Ponce, Puerto Rico, a 14 de diciembre de 2022.

**LYNETTE ORTIZ MARTÍNEZ**
JUEZA SUPERIOR

Case:17-03283-LTS Doc#:23213-1 Filed:01/09/23 Entered:01/09/23 12:13:15 Desc: Exhibit Resolution Approving Costs Page 3 of 5

Certified Translation MC-2023-002
Page 1 of 3

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
SUPERIOR PART OF PONCE

| | |
|---|---|
| **ESTATE OF SALVADOR EDUARDO MANDRY DONES AND OTHERS** <br><br> PLAINTIFFS <br><br> VS. <br><br> **COMMONWEALTH OF PUERTO RICO AND OTHERS** <br><br> DEFENDANTS | CIVIL NO.    J AC2008-0853 (605) <br><br> RE: <br><br> EMINENT DOMAIN |

**RESOLUTION
ON MEMORANDUM OF COSTS**

On August 14, 2019, plaintiffs filed a sworn ***Memorandum of Costs***. They stated that the items claimed therein constitute the disbursement of expenses necessary to pursue this lawsuit.

On August 21, 2019, served on August 22, 2019, by voice of Hon. Francisco J. Rosado Colomer, Superior Judge presiding, provided, "The Court reserves its opinion until the Judgment becomes final and binding."

The original Judgment was entered on August 6, 2019, notified on August 8, 2019. It was subsequently amended on December 19, 2019, for the sole purpose of ordering its entry and the parties were notified on December 23, 2019. Having exhausted all appeals, the Honorable Court of Appeals issued the Letter on the Writ of Mandate on July 12, 2022, received by the Clerk's Office on July 15, 2022. The Judgment entered by this Court was affirmed.

On July 13, 2022, plaintiffs filed the ***Motion Requesting Approval of the Memorandum of Costs*** and on August 24, 2022, they appeared again by ***Motion Requesting that the Motion Requesting Approval of the Memorandum of Costs be Deemed Submitted***.

Subscribed on September 6, 2022, co-defendant, Commonwealth of Puerto Rico and its Agency, Department of Natural Resources, appeared by ***Motion on the Memorandum of Costs***. Therein, they state their position as to the costs claimed and advise that the computation amounts to the sum of $20,522.24 and not $20,482.24 as requested by the plaintiff.

Identifier Number RES202222000 _____

Certified Translation MC-2023-002
Page 2 of 3

RESOLUTION
JAC2008-0853

On December 17, 2019, plaintiffs had filed before this Court the Informative Motion for Order Modifying Relief from Automatic Stay under PROMESA Chapter III. Then on December 26, 2019, the State also submitted the related stipulation only to the Government of Puerto Rico, which resulted in the continuation of the proceedings and the entry of the Amended Judgment.

Rule 44.1 of the current Rules of Civil Procedure, T. 32 App. V, R. 44.1, in its subsection (a) regulates that costs shall be awarded to the party in whose favor the lawsuit is decided or judgment entered on appeal or review, except in such cases, otherwise provided by law or by these Rules. Costs that may be awarded by the Court are expenses necessarily incurred in the prosecution of a suit or proceeding that the Court, in its discretion, deems that one litigant party should reimburse another. In accordance with subsection (b), any party who does not agree with the costs claimed may challenge them in whole or in part, within ten (10) days from the date of notification of the memorandum of costs. Subsection (c) of Rule 44.1 establishes the claim of costs for the appellate stage.

Regarding the Memorandum of Costs filed by the plaintiff on August 14, 2019, it remained pending adjudication until the Judgment became final and binding. Regarding the term provided for the other parties to appear to oppose, we have the appearance of the co-defendant, Commonwealth of Puerto Rico and its Agency, Department of Natural Resources, without objection to the claimed costs.

In view of the foregoing, this Court **Grants** the costs claimed by the plaintiff, in whose favor the lawsuit was decided, in the amount of **$20,522.24**, confirmed by co-defendant, Commonwealth of Puerto Rico and its Agency, Department of Natural Resources.

BE NOTIFIED.

Issued in Ponce, Puerto Rico, this 14th day of December, 2022.

[Signature]
**LYNETTE ORTIZ MARTINEZ**
SUPERIOR JUDGE

Case:17-03283-LTS Doc#:23213-1 Filed:01/09/23 Entered:01/09/23 12:13:15 Desc:
Exhibit Resolution Approving Costs Page 5 of 5

Certified Translation MC-2023-002
Page 3 of 3

No. <u>2023-002</u>  TRANSLATOR'S CERTIFICATE OF ACCURACY

  I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and correct rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Three (3) Pages, including this certification page, and does not contain changes or erasures.

  In Guaynabo, Puerto Rico today, Thursday, January 5, 2023.

*[signature]*

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com