**Exhibit 1 – Schedule of Resolved Claims**

### Exhibit 1 – Schedule of Resolved Claims

| Claimant | Claim Number | Debtor(s) | Asserted Claim Amount | Settled Amount | Stipulation Ex. No. |
|---|---|---|---|---|---|
| Mercado Guzmán, Carlos Miguel | 73421 | Puerto Rico Electric Power Authority | $250,000.00 | $16,000.00 | 1-A |
| N.L.M., UN MENOR (BARBARA MALDONADO, MADRE, HCO2 BOX 5023, PR 00669) | 9516 | Puerto Rico Electric Power Authority | $118,750.00 | $59,375.00. | 1-B |
| Y.L.M., in menor (Barbara Maldonado, madre) | 8864 | Puerto Rico Electric Power Authority | $118,750.00 | $59,375.00 | 1-C |
| GUTIERREZ ARROYO, JEAN CARLOS | 167862 | Puerto Rico Electric Power Authority | $700,000.00 | $40,000.00 | 1-D |