CLERKS OFFICE

(1)

United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767
December-23-2022

| In re: | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico, | PROMESA Title III |
| | No. 17-BK-3283-LTS |
| as representative of | Jointly Administered |
| The Commonwealth of Puerto Rico et al debtors | RE ECF Nos 22849-22936 |

Mediation Statement
Motion Requesting to participate in a settlement conference called the mediator

The Honorable Laura Taylor Swain United States District Judge,

Comes now movant Ose E. John for and before this Honorable Court respectfully states alleges and prays as follow,

I am requesting a settlement conference called the mediators such conference may take place in person or telephonically to specify or mention the settlement amount which shall constitute the liquidated amount of the designated claim.

Wherefore it is respectfully requested that I movant Obe E Johnson participate in a settlement conference may take place in person or telephonically to reach a specified settlement amount.

Date december 23 of 2022

Signature Obe E Johnson

Address
Obe E Johnson
AB-033
Institution Guayama 500
P.O. Box 1000-5
Guayama, PR 00785-