Abe E Johnson
Institución Guayama 500
BA-099
P.Box 1000-S
Guayama PR 00785-0000

Clerk Office
United States District Court
Room 150 Federal Bldg
San Juan PR 00918-1767

RECEIVED
2023 JAN -9 PM 5:07
CLERK'S OFFICE
SAN JUAN

SAN JUAN PR 009
3 JAN 2023 PM 1 L