UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | | Promesa RECEIVED & FILED |
| | | Title III |
| The Financial oversight and | | 2023 JAN -9 PM 5: 09 |
| Management Board for Puerto Rico, | | NO. 17 BK 3283-LTS |
| as representative of | | (Jointly Administered) |
| The Commonwealth of Puerto Rico et al..... | | |
| Debtors | | |

Motion under the Promise Law; on Request for Authorization for the continuation of Claim Procedures against the debtors of the Case in question.

To the Honorable Court:

Appear Mr. Josue Torres Santiago, hereinafter, The Petitioner, in his own right, pauperis and very respectfully Exposes, Alleges and Requests:

1.) That against the debtors in the case in question, the Petitioner sustains a claim for violation of his Civil Rights before the Court of the United States of America, District of Puerto Rico, Case Number **2016 CV 3189 PAD**, this was paralyzed due to the Promise Law or Bankruptcy Law of the debtors to the epigraph case.

2.) That at the beginning of the year 2022, through the news media, The Petitioner learned that in the case under the heading the debtors, the Commonwealth of Puerto Rico entered into a stage of agreements to begin paying its creditors.

3.) That in accordance with the Promise Law, the Petitioner filed a motion before this Honorable Court, in the case of epigraph; to beg Her Honor, the Honorable Judge Taylor Swain, for authorization to continue the Claim procedures against the debtors in Case No. **2016 CV 3189 PAD**. Said motion was dismissed without prejudice for not being presented in the english language, in accordance with Rule -5 of Federal Civil Procedure. See in the epigraph case, Docket Entry No. **21440 and 21441**. That the Petitioner in confinement is subject to the resources available or not in the Correctional Institution; therefore, in the absence of a translator resource, he had not been able to prepare the motion in the english language. (Doc#: **21459**)

4.) That the claim against the debtors of the epigraph case is a violation of civil rights and that it has the merits of law and justice; that at the time of the suspension of the case, talks were under way for a possible negotiation with the debtors through the lawyers assigned by the Court.

1-2

Therefore, THE Petitioner very respectfully Requests and Requests, that his honor conclude the authorization of Case No ___2016 CV 3189 PAD___ to the reparation of damages by the debtors.

For all of which, the Honorable Tribunal is very respectfully requested and begged, that after the rigorous procedures, conclude this motion with admissibility with any other pronouncement that is appropriate in law and justice.

Today __19__ of the month of __December diciembre (12)__, 202_2_. In Ponce, Puerto Rico.

_____
Josué Torres Santiago
PetitionerP
Ponce 1000 Correctional Institution
Las Cucharas 3699
Ponce, Puerto Rico 00728-1504

2-2