SAN JUAN PR 009
5 JAN 2023 PM 1 L

CLERK's OFFICE
UNITED STATES DISTRIT COURT
Room 150 Federal BLDG
San Juan, P.R. 00918-1767

Josué Torres Santiago
Inst. Corr. Ponce - 1000
3-L-212
3699 Ponce by Pass
Ponce, P.R. 00728-1500