Victoria C. Bellamy, Esq.
Corporate Counsel
185 Oakland Ave., Ste. 150
Birmingham, MI 48009-3433

Phone: 248.502.2412
Fax: 248.594.0464
Email: victoria.bellamy@us.belfor.com

November 18, 2022

**VIA EMAIL DELIVERY**
Héctor Reichard
Reichard & Escalera LLC
Po Box 364148
San Juan, PR 00936-4148
reichard@reichardescalera.com

**Re: Puerto Rico Department of Family – Outstanding Balance of $71,760.95**

To whom this may concern:

As of November 18, 2022, BELFOR USA Group, Inc. d/b/a BELFOR Property Restoration ("BELFOR") has not received from the Puerto Rico Department of Family or the Puerto Rico Fiscal Control board or anyone associated with such, any notice regarding the outstanding balance owed by debtor in the amount of Seventy-One Thousand Seven Hundred and Sixty Dollars and Ninety-Five Cents ($71,760.95).

Sincerely,

*Victoria Bellamy*

Victoria C. Bellamy