**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR** ⊙
PROPERTY RESTORATION

| | |
|---|---|
| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE  11750 1885 |
| LINE #   INITIALS | |
| START DATE  1-14-18   CIRCLE DAY  M T W TH  SA SU | JOB NAME  Family Services |
| STOP DATE  1-14-18   CIRCLE DAY  M T W TH  SA SU | JOB ADDRESS  3060 ave Donbosch |
| CREW SHEET#  LAST 3 DIGITS OF JOB & DIGITS DATE (ADMIN ONLY) | SAFETY TOPIC   TOOL BOX TRAINING COMPLETED? ☐ Y ☐ N |

PTS DOC #  RS10973791

**LOSS CAUSE** ☐ FIRE ☐ WATER/FLOOD ☐ WIND ☐ HOLD ☐ EARTHQUAKE

**CODE** L00 L01 L02 L03 L04 L05 L06

**LOCATION** RESIDENTIAL ALL  Roof 15-

**WEATHER** ☐ HUMID ☐ TEMP ☐ SNOW ☐ RAIN ☐ WINDY

**RATE CLASS EXAMPLES**
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
GL GENERAL LABOR
LF LABOR FOREMAN
DL DAY/TEMP LABOR

**CODE / VEHICLE NAME (TABLE)**
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 3/4 TON PICKUP
527 TRUCK, 1 TON 4X4 W/LIFTGATE
453 TRUCK, EXTRACTION
N/A NO VEHICLE
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-AT TEST | PPP-HAND | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1625 | 1025 | Willie Vesmin | PM | 8:00 | 12:00 1:00 | 17:00 | 8 | | L01 | Roca | 8 | Y | Y | Y | Y | C | 04P4 | 201 | Y | 528 RENTAL☐ | _____ VERIFIER |
| 02 A4 | 8791 | Israel Rivera | RS | 8:00 | 12:00 1:00 | 17:00 | 8 | | L01 | Roca | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ | _____ VERIFIER |
| 03 A4 | 28798 | Edgar Albino | GL | 8:00 | 12:00 1:00 | 17:00 | 8 | | L01 | Roca | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ | Edgar Albino  VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME  Willie Vesmin

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM  ☐Y ☐N

THESE TWO TOTALS MUST MATCH  24  ⟵⟶  24

STEP 5 - DOES THE PTS COVER:
WHO ☐ WHEN ☐ WHERE ☐
WORK DESC. ☐WHAT☐ ☐WHERE☐ ☐WHY☐ ☐HOW☐

STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Met with Leo. Walked bwidg to go over New phase.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

PAGE 1

V091514

Scanned with CamScanner

## PERSONNEL TRACKING
### SERVICE TYPE (CONTENTS DOCUMENTS)

**BELFOR**
PROPERTY RESTORATION

| | |
|---|---|
| PTS DOC # **CN340371** | |

**FORM VERIFIER IS ON**
LINE # _____ INITIALS _____

**START DATE** 1-15-19 ← CIRCLE DAY M W TH F SA SU

**STOP DATE** 1-15-A ← CIRCLE DAY M W TH F SA SU

**CREW SHEET #**
LAST 3 DIGITS OF JOB 4 DIGIT DATE (ADMIN ONLY)

**SHIFT**

**JOB NUMBER-COMPLETE** 117501585.

**JOB NAME** Ferry Series

**JOB ADDRESS** 306 ave BARBOSA
Sergeu Pr.

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED** ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | L01 | Unit 5 |
| ☐ WIND | L02 | |
| ☐ MOLD | L03 | |
| ☐ EARTHQUAKE | L04 | |
| ☐ | L05 | |
| ☐ | L06 | |

**WEATHER**
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

**RATE CLASS EXAMPLES**
| | |
|---|---|
| TN | TECHNICIAN |
| TS | TECHNICAL SPECIALIST |
| TL | TEAM LEADER |
| TSE | TECHNICAL SUPPORT ENG. |
| LF | LABOR FOREMAN |
| GL | GENERAL/SKILLED BELFOR TRAINED |
| DL | DAY/TEMP LABOR |

**CODE / VEHICLE NAME (TABLE)**
| CODE | VEHICLE NAME |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**FOR RENTAL CARS:**
FILL IN VEHICLE CODE AND CHECK BOX

**PHASE CODE EXAMPLES:** APP-APPLIANCES /BOX-CLEANING OF BOXES /CEL-CONTENT CLNG /CGN-GENERAL CONTENTS /CHF-CONTENT CLNG-HARD FURNITURE /CIN-CARTAGE IN /COL-CLEAN ON LOCATION /CON-CONTENT MANIPULATION /COU-CARTAGE OUT /CPS-CONTENT PACK-HAND-STORAGE /CUP-CLEANING UPHOLSTERY /DCL-DRY CLEANING /DCR-DOCUMENTS /HFC-HARD FURNITURE /JBC-JOB CHECK-PHOTOS /JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION /OZO-OZONE /SAL-SALES /SBT-STAND BY TIME /SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | MILITARY START TIME | LUNCH START/STOP TIME | MILITARY STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE | HOURS BY PHASE | PPE | PPF-FIT TEST | PPF-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 1114un | Willie Pann | PM | 8:00 | 12:00 13:00 | 18:00 | 9 | L01 | Dec | 9 | Y | Y | Y | Y | 0 404 | 20ft | Y | 528 RENTAL☐ | (sig) VERIFIER |
| 02 At | 2808 | Edgar Lopez | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L04 | Dcc | | Y | Y | Y | Y | | | Y | RENTAL☐ | Edgar albi VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 11 | | | | | | | | | | | | | | | | | | | |

**RESPONSIBILITY OF MANAGER:** PLEASE COMPLETE ALL REQUESTS BELOW

Wilhks

**STEP 1-PRINT MANAGER NAME**

**STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION?** ☐Y ☐N
IF "N", YOU MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

**STEP 3-TOTAL HRS** ( )

**STEP 4-PROOF HRS** ( )

THESE TWO TOTALS SHOULD MATCH

**VERIFICATION OF PTS DATA**
WHO☐ WHEN☐ WHERE☐
WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐

**STEP 5-DOES THE PTS COVER:**

**STEP 6-MANAGER SIGNATURE** (sig)

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

_Courbd to set up Clean station for phke 2_

☐ PAGE 4- # OF PAGES  ☐ PAGE 5- # OF PAGES  ☐ # OF RECEIPT FORMS

**Scanned with CamScanner**

**PERSONNEL TRACKING**
SERVICE TYPE (CONTENTS DOCUMENTS)

**BELFOR** ●

| | |
|---|---|
| FORM VERIFIER IS ON | |
| PTS DOC # CN347082 | |
| LINE # | INITIALS |
| START DATE 1-16-18 | ←CIRCLE DAY M T W TH F SA SU |
| STOP DATE 1-16-19 | ←CIRCLE DAY M T W TH F SA SU |
| CREW SHEET# (LAST 3 DIGITS OF JOB 6 DIGIT DATE-CADMIR ONLY) | |

JOB NUMBER-COMPLETE: 17501585
JOB NAME: Family Services.
JOB ADDRESS: 306 Ave Barbosa
SAN Juan Pr.
SAFETY TOPIC:

TOOL BOX TRAINING COMPLETED? □Y □N

| LOSS CAUSE | CODE | LOCATION | WEATHER | |
|---|---|---|---|---|
| □ FIRE | L00 RESIDENTIAL ALL | | □ HUMID | |
| □ WATER/FLOOD | L01 Part | | □ TEMP | |
| □ WIND | L02 | | □ SNOW | |
| □ MOLD | L03 | | □ RAIN | |
| □ EARTHQUAKE | L04 | | □ WINDY | |
| | L05 | | | |
| | L06 | | □ | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| TN TECHNICIAN | 529 | PICKUP, SUV OR CAR |
| TS TECHNICAL SPECIALIST | 530 | VAN, PASSENGER/CARGO |
| TL TEAM LEADER | 518 | TRUCK-MOVING/BOX/BOARD UP |
| TSE TECHNICAL SUPPORT ENG. | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON PICKUP |
| GL GENERAL/SKILLED BELFOR TRAINED | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| DL DAY/TEMP LABOR | 453 | TRUCK, EXTRACTION |
| | N/A | NO VEHICLE |

FOR RENTAL CARS:
FILL IN VEHICLE CODE AND CHECK BOX

SHIFT

PHASE CODE EXAMPLES: APP-APPLIANCES /BOX-CLEANING OF BOXES /CEL-CONTENT CLNG /CGN-GENERAL CONTENTS /CHF-CONTENT CLNG-HARD FURNITURE /CJN-CARTAGE IN /COL-CLEAN ON LOCATION /CON-CONTENT MANIPULATION /COU-CARTAGE OUT /CPS-CONTENT PACK-HAND-STORAGE /CUP-CLEANING UPHOLSTERY /DCL-DRY CLEANING /DCR-DOCUMENTS /HFC-HARD FURNITURE /JBG-JOB CHECK-PHOTOS /JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION /OZO-OZONE /SAL-SALES /SBT-STAND BY TIME /SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | MILITARY START TIME | LUNCH START TIME / STOP TIME | MILITARY STOP TIME | TOTAL HOURS CONFIRM HOURS BY PERSON BY MANAGER | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-FIT TEST | PPP-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 7025 | 111447 | Willie Posins | PM | 8:00 | 1200 1200 | 17:00 | 8 | L01 | Dem | 8 | Y | Y | Y | Y | ✓ KPW | 201 | Y | 525 RENTAL□ | VERIFIER |
| 02 A* | 8791 | Isaac Riva | RS | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dem | 8 | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL□ | VERIFIER |

RESPONSIBILITY OF MANAGER: PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT MANAGER NAME: Willie Deou

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? □Y □N IF "N", YOU MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

STEP 3-TOTAL HRS: 16    THESE TWO TOTALS SHOULD MATCH    VERIFY TOTAL HRS: 16

STEP 4-PHASE HRS: 16

STEP 5-DOES THE PTS COVER: WHO□WHEN□WHERE□ WORK DESC: WHAT□WHERE□WHO□WHEN□

STEP 6-MANAGER SIGNATURE

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continue to Pull Supplies for New phase of Clean. Went to From Mont.
to pick up 3 Air scrubs for Clean Room.

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

**FORM VERIFIER IS ON**

PTS DOC # RS10973821

LINE # — INITIALS

**JOB NUMBER-COMPLETE:** 117501585

**START DATE:** 1-17-11 ←CIRCLE DAY M T W TH F SA SU

**STOP DATE:** 1-17-11 ←CIRCLE DAY M T W TH F SA SU

**CREW SHEET#** — LAST 3 DIGITS OF JOB # DIGIT DATE (ADMIN ONLY)

**JOB NAME:** Family Services.

**JOB ADDRESS:** 301 ave Barbosa, San Juan Pr.

**SAFETY TOPIC:** / **TOOL BOX TRAINING COMPLETED?** □Y □N

**LOSS CAUSE** — **CODE** — **LOCATION**
| □ FIRE | L00 RESIDENTIAL ALL |
| □ WATER/FLOOD | L01 Apt 15 |
| □ WIND | L02 |
| □ MOLD | L03 |
| □ EARTHQUAKE | L04 |
| | L05 |
| | L06 |

**WEATHER**
□ HUMID
□ TEMP
□ SNOW
□ RAIN
□ WINDY

**RATE CLASS EXAMPLES** — **CODE** — **VEHICLE NAME (TABLE)**
| APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

**SHIFT:** — PHASE CODE EXAMPLES: J&C-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/SYSTEM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MOR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN /STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST *THEN* LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME / STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRF-FIT TEST | PPF-AWARE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Posma | AM | 8:00 | 12:00 1:00 | 18:00 | 8 | cor | Bca | 9 | Y | Y | Y | Y | HPK | COI | SCB | _____ VERIFIER |
| 02 At | 8791 | Israel Rivua | QS | 8:00 | 12:00 1:00 | 17:00 | 8 | cor | Bca | 8 | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |
| 03 At | 2805 | Edgar albino | 6L | 8:00 | 12:00 1:00 | 17:00 | 8 | cor | Bca | 8 | Y | Y | Y | Y | | RENTAL □ | | Edgardo albino _____ VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

**STEP 1-PRINT APPROVER NAME:** Willie Posma

**STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM** □Y □N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

**STEP 3-TOTAL HRS:** 25

**THESE TWO TOTALS MUST MATCH**

**STEP 4-PHASE HRS:** 25.

**STEP 5 – DOES THE PTS COVER:** WHO □ WHEN □ WHERE □ WORK DESC: WHAT □ WHERE □ WHY □ HOW □

**STEP 6-APPROVER SIGNATURE**

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continual to Setup ofice and Met with Jes. dego over phone

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-** — NONE — #OF PAGE 3 — # OF PAGE 4 — # OF PAGE 5 — RECEIPT TRACKING FORMS

Scanned with CamScanner

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR** (•)

PROPERTY RESTORATION

PTS DOC # RS10973805

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE |
|---|---|---|
| LINE # | INITIALS | 117501585 |

| START DATE | e-CIRCLE DAY | JOB NAME |
|---|---|---|
| 1-18-19 | M T W Th F Sa Su | Ferry Services |

| STOP DATE | e-CIRCLE DAY | JOB ADDRESS |
|---|---|---|
| 1-18-19 | M T W Th F Sa Su | 306 ave Arbozos |

CREW SHEET #

SAFETY TOPIC

San Juan PR

**LOSS CAUSE** — FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

**CODE / LOCATION** — L00 RESIDENTIAL ALL, L01 Oct 15, L02, L03, L04, L05, L06

**WEATHER** — HUMID, TEMP, SNOW, RAIN, WINDY

**RATE CLASS EXAMPLES:** APM ASSISTANT PROJECT MGR, TN TECHNICIAN (DRIVING), RS RESTORATION SUPERVISOR, RT RESTORATION TECHNICIAN, LF LABOR FOREMAN, GL GENERAL LABOR, DL DAY/TEMP LABOR

**VEHICLE NAME (TABLE):** 529 PICKUP, SUV OR CAR; 530 VAN, PASSENGER/CARGO; 518 TRUCK-MOVING/BOX/BOARD UP; 528 TRUCK, 3/4 TON PICKUP; 527 TRUCK, 1 TON 4X4 W/LIFTGATE; 453 TRUCK, EXTRACTION; N/A NO VEHICLE; "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START/STOP | STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-KIT TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Perina | PM | 8:00 | 1200 1300 | 18:00 | 9 | | L01 | Dem | 9 | Y | Y | Y | Y | Y | CHPH | 201 | | 529 | ____ VERIFIER |
| 02 At | 8791 | ISReuc Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | PCA | 8 | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |
| 03 At | 2808 | edgardo albino | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCA | 8 | Y | Y | Y | Y | Y | | | RENTAL ☐ | | Edgardo albino ____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL ☐ | | ____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4 PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Perm | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | 25 | | 25 | WORK DESC: WHAT☐ WHERE☐ WHEN☐ HOW☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Met with Leo to go over floor plans corrd to set up change trans.

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET—** NONE  #OF PAGE 3  # OF PAGE 4  # OF PAGE 5  RECEIPT TRACKING FORMS

V091514

PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

BELFOR (●)
PROPERTY RESTORATION

PTS DOC # RS10973806

**FORM VERIFIER IS ON**

| LINE # | INITIALS |
|---|---|
| **START DATE** 1-19-79 | **◄CIRCLE DAY** M T W Th F Sa Su |
| **STOP DATE** 1-19-19 | **◄CIRCLE DAY** M T W Th F Sa Su |

**CREW SHEET#**
LAST 3 DIGITS OF VIN & (LAST DATE (ADMIN ONLY))

**JOB NUMBER-COMPLETE** 117501 585

**JOB NAME** Family Services

**JOB ADDRESS** 306 Ave barbosa, San Juan Pr

**SAFETY TOPIC**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Port 15. | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

SHIFT-   **PHASE CODE EXAMPLES:** 3NC-3DE CHECK & PHOTOS / 3SS-3OB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/O2O-O2ONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET/TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/STN-STAIN /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME / STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-HAZMAT | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 11/1447 | Willie Pasmon | JW | | | | | | | | | Y | Y | Y | Y | (Y) | HPH | 201 | 528 RENTAL☐ | _____VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |

**RESPONSIBILITY OF APPROVER :**PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER Wolfe Pam | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3 TOTAL HRS 0 ↑VERIFY TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4 PHASE HRS 0 ↑VERIFY TOTAL HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC.: WHAT☐WHERE☐WHY☐HOW☐ VERIFICATION OF PTS DATA | STEP 6-APPROVER SIGNATURE APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION** : BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Pedicum

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-**   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

PTS DOC #
RS10973807

**FORM VERIFIER IS ON**

**START DATE** ←CIRCLE DAY
LINE #   INITIALS   M  T  W
1-20-19                    S  SA  S

**STOP DATE** ←CIRCLE DAY
M  T  W  TH
1-20-19              F  SA  S

**CREW SHEET#**
LAST 3 DIGITS OF SOW 6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE**
117501585

**JOB NAME**
Family Services.

**JOB ADDRESS**
306 av barbosa.
San Juan Pr.

**SAFETY TOPIC** ☐          **TOOL BOX TRAINING COMPLETED?** ☐Y☐N

| LOSS CAUSE | | CODE | LOCATION | WEATHER | |
|---|---|---|---|---|---|
| ☐ | FIRE | L00 | RESIDENTIAL ALL | ☐ | HUMID |
| ☐ | WATER/FLOOD | L01 | Point 15 | ☐ | TEMP |
| ☐ | WIND | L02 | | ☐ | SNOW |
| ☐ | MOLD | L03 | | ☐ | RAIN |
| ☐ | EARTHQUAKE | L04 | | ☐ | WINDY |
| ☐ | | L05 | | ☐ | |
| ☐ | | L06 | | ☐ | |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**
YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY YOUR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

**SHIFT-** **PHASE CODE EXAMPLES:** 3BC-3OB CHECK & PHOTOS / 3SS-3OB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DMU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL / ELE-ELECTRICAL / EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP TAKE DOWN) /FMC-FINISH CARPENTRY/FTR-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LFT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME / STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-HAND/N | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7025 | 111447 | Willie Perona | PM | | | | | | | HH | Y | Y | Y | Y | Y | 201 | | Y | 529 RENTAL☐ | _____ VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)    ↑VERIFY TOTAL HRS   ↑VERIFY TOTAL HRS   VERIFICATION OF PTS DATA    APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED

**STEP 1-PRINT APPROVER NAME**    **STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM** ☐Y ☐N    **STEP 3-TOTAL HRS**    **THESE TWO TOTALS MUST MATCH**    **STEP 4-PHASE HRS**    **STEP 5 - DOES THE PTS COVER:**    **STEP 6-APPROVER SIGNATURE**

Willie Perona    FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.    0    →    0    WHO ☐  WHEN ☐  WHERE ☐

WORK DESC._WHAT☐_WHERE☐_WHY☐_HOW☐

**WORK DESCRIPTION**: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hole r perdun -

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-**    NONE    # OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

V091514    PAGE 1

Scanned by CamScanner

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

**BELFOR** (o)
PROPERTY RESTORATION

PTS DOC # RS10973808

| FORM VERIFIER IS ON | | | JOB NUMBER-COMPLETE |
|---|---|---|---|
| LINE # | | INITIALS | 11750158S |
| START DATE 1-27-19 | CIRCLE DAY M T W TH F SA SU | | JOB NAME Family Services. |
| STOP DATE 1-21-19 | CIRCLE DAY M T W TH F SA SU | | JOB ADDRESS 306 ave barbosa San Juan Pr. |
| CREW SHEET# | | | SAFETY TOPIC |

TOOL BOX TRAINING COMPLETED? □Y □N

**LOSS CAUSE** — CODE — LOCATION — WEATHER

| | LOSS CAUSE | CODE | LOCATION | | WEATHER |
|---|---|---|---|---|---|
| □ | FIRE | L00 | RESIDENTIAL ALL | □ | HUMID |
| □ | WATER/FLOOD | L01 | Port 15 | □ | TEMP |
| □ | WIND | L02 | | □ | SNOW |
| □ | MOLD | L03 | | □ | RAIN |
| □ | EARTHQUAKE | L04 | | □ | WINDY |
| | | L05 | | □ | |
| | | L06 | | □ | |

**RATE CLASS EXAMPLES**

| CODE | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

SHIFT—  PHASE CODE EXAMPLES: INC-XXX CHECK & PHOTOS /3SS-30B SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET/TRH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PRE | PPP-FIT TEST | PPP-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | START TIME | STOP TIME | | BY PERSON | BY OTHER | | | | | | | | | | | | |
| 01 1025 | 111147 | Wille Pesman | PM | 8:00 | 12:00 13:00 | 18:00 | 5 | | L01 | Dec | 8 | Y | Y | Y | Y | (X) | 4PM | 201 | 521 | _____ VERIFIER |
| 02 At | 8791 | Israel Rivera | RS | 9:00 | 12:00 13:00 | 17:00 | 7 | | L01 | dec | 7 | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL □ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Wille Pom | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. □Y □N | STEP 3 - TOTAL HRS 15 | THESE TWO TOTALS MUST MATCH → | STEP 4 PHASE HRS 15 | STEP 5 - DOES THE PTS COVER: WHO □ WHEN □ WHERE □ WORK DESC: WHAT □ WHERE □ WHO □ HOW □ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Went to Home Dep office Depo + Print our floor plans, speek the dy joy our plans platty and marking the cabnits on all floors

| FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET— | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514                    PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTYRESTORATION

FORM VERIFIER IS ON

| PTS DOC # RS10973851 | | | |
|---|---|---|---|
| **START DATE** 1-23-19 | | **JOB NUMBER-COMPLETE** 11750155 | |
| **STOP DATE** 1-23-19 | | **JOB NAME** Family Servos | |
| **CREW SHEET#** | | **JOB ADDRESS** 306 Ave Bonbosa. San Llar Pr. | |
| | | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? □Y □N |

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| □ FIRE | L00 | RESIDENTIAL ALL | □ HUMID |
| □ WATER/FLOOD | L01 | Rout 15 | □ TEMP |
| □ WIND | L02 | | □ SNOW |
| □ MOLD | L03 | | □ RAIN |
| □ EARTHQUAKE | L04 | | □ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X"  AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-PPE/HSE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SHARE ROOM | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 1111447 | Willie Pom | Pm | 8:00 | 1200 300 | 18:00 | 9 | | C01 | Jhs | 9 | Y | Y | | MP# | 201 | Y | 528 RENTAL□ | | ✓ |
| 02 AT | 2808 | Edgar alb.ry | 6L | 8:00 | 1200 300 | 17:00 | 8 | | L01 | Jor | Y | Y | Y | Y | Y | | Y | RENTAL□ | | Egnalhm |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL□ | | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Pom | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: □ WHO □ WHEN □ WHERE □ WORK DESC "WHAT" □ WHERE □ WHO □ HOW □ | STEP 6-APPROVER SIGNATURE ✓ |
|---|---|---|---|---|---|---|
| | | 17 | | 17 | | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

over at Buidg of famiy sorn goy on floor plm floor by floor.
with leo and staff

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET:**   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|
| LINE # | INITIALS | 17501 585 | FIRE | L00 RESIDENTIAL ALL | | HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE  4-CIRCLE DAY | JOB NAME | WATER/FLOOD | L01 | Port 15 | TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| 1-24-19  M T W TH F SA SU | family Services - | WIND | L02 | | SNOW | RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| STOP DATE  4-CIRCLE DAY | JOB ADDRESS | MOLD | L03 | | RAIN | RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| 1-24-19  M T W TH F SA SU | 306 ave Barbasa. | EARTHQUAKE | L04 | | WINDY | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| CREW SHEET# | Sanjuan PC - | | L05 | | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | SAFETY TOPIC | TOOL BOX TRAINING | L06 | | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |
| | | COMPLETED? □Y□N | | | | | | "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY |

SHIFT-  PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DDR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/FRM-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS. /WTR-WATER REMOVAL

FOR RENTAL CARS:

| | | PERSONNEL NAME | RATE CLASS | 24 HOUR CLOCK | | 24 HOUR | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-PHYSICAL | PER DIEM | SEE GUIDE SHEET | | SEE TABLE | PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE | ID# | PRINT FIRST *THEN* LAST NAME | | START TIME | STOP TIME | STOP TIME | BY PERSON | BY OTHER | | | | | | | | | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
| 01 | 1085 1|1447 | Willie Yesma | AM | 8:00 | 1200 1300 | 1800 | 9 | | C4 | 135 | 9 | Y | Y | Y | Y | 404 | 201 | 525 RENTAL☑ | VERIFIER ___ |
| 02 | 442606 2808 | Edgardo albino | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | 585 | 8 | Y | Y | Y | Y | | | RENTAL□ Edgardo albi | VERIFIER ___ |
| 03 | | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | 585 | 8 | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL□ | VERIFIER ___ |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

↑VERIFY TOTAL HRS    ↑VERIFY TOTAL HRS    VERIFICATION OF PTS DATA    APPROVER SIGNATURE TO VERIFY WHEN IS COMPLETED

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Yesma | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | 25 | | 25 | WHO □ WHEN □ WHERE □ WORK DESC. WHAT□WHERE□WHY□HOW□ | ___ |

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Contad at family serves busty with video calls and lobely file cabnets.

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET. | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514                                                                    PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR**

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|

PTS DOC # RS10973823

START DATE: 1-25-19
STOP DATE: 1-25-19

JOB NUMBER-COMPLETE: 117501585

JOB NAME: Family Services
JOB ADDRESS: 306 ave Barbosa.
San Juan PR

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 1111447 | Willie Pesona | AM | 8:00 | 12:00 13:00 | 18:00 | 9 | L01 | JBC | 9 | |
| 02 | 8791 | Israel Rivera | RS | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | JBC | 8 | |
| 03 | 2808 | Edgardo Albino | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L09 | JBC | 8 | |

RESPONSIBILITY OF APPROVER

Willie Pesona

THESE TWO TOTALS MUST MATCH: 25  →  25

WORK DESCRIPTION: Went to building at 306 ave Barbosa to facetime with Leo and Staff to go through areas and mark whats being cleaned and whats just being packed out. Worked on floor 4.

V091514

PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

BELFOR (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | | |
|---|---|---|---|---|
| LINE # | INITIALS | 1175015585 | LOSS CAUSE | CODE | LOCATION | WEATHER |

PTS DOC # RS10973824

START DATE: 1-26-19
←CIRCLE DAY M T W TH F SA SU

STOP DATE: 1-26-19
←CIRCLE DAY M T W TH F SA SU

CREW SHEET#
LAST 3 DIGITS OF JOB 4 DIGIT DATE (ADMIN ONLY)

JOB NAME: Family Service

JOB ADDRESS: 308 Ave Barbosa. San Juan Pr.

SAFETY TOPIC:

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

**LOSS CAUSE**
- ☐ FIRE — L00 RESIDENTIAL ALL — ☐ HUMID
- ☐ WATER/FLOOD — L01 — ☐ TEMP
- ☐ WIND — L02 — ☐ SNOW
- ☐ MOLD — L03 — ☐ RAIN
- ☐ EARTHQUAKE — L04 — ☐ WINDY
- L05 — ☐
- L06 — ☐

**RATE CLASS EXAMPLES**

| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

SHIFT-

PHASE CODE EXAMPLES: 24C-24H CHECK & PHOTOS / 355-JOB SUPPORT SUPERVISION / OFF-OFFICE ADMINISTRATION / OZO-OZONE / SAL-SALES / SBT-STAND BY TIME / SCC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL / CAB-CABINETRY / CON-CONTENT MANIPULATION / CLN-CLEANING / DEO-DEODORIZATION / DHU-DEHUMIDIFICATION / DMO-GENERAL DEMOLITION / DOR-DOORS / DRY-DRYWALL / ELE-ELECTRICAL / EME-EMERGENCY / EST-ESTIMATING / EQP-EQUIPMENT (SET UP-TAKE DOWN) / FNC-FINISH CARPENTRY/STEM / FNH-FINISH HARDWARE / FRM-FRAMING / HAU-HAULING / LDS-LANDSCAPING / LLT-LIGHT FIXTURES / MDR-MOLD REMEDIATION / PLM-PLUMBING / PNT-PAINTING / PWA-POWERWASH / SEC-SECURITY / SEW-SEWER CLEAN UP / STK-STAIN KILL / TMP-TEMPORARY REPAIRS / WTR-WATER REMOVAL

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PP/IVT TEST | PPP-WASTE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM DL | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME / SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME / STOP TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | | | | | | | | | | | | | |
| 01 | 1025 | 111/447 | Willie Pesina | AM | | | | | | | | | Y | Y | Y | Y | Y | HPK | 201 | Y | SER RENTAL# ___ | _____ VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL# | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Pesina

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

STEP 3-TOTAL HRS: 0

THESE TWO TOTALS MUST MATCH

STEP 4-PHASE HRS: 0

VERIFICATION OF PTS DATA
STEP 5 - DOES THE PTS COVER:
WHO ☐ WHEN ☐ WHERE ☐

APPROVER SIGNATURE IF STEP 5 IS COMPLETE
STEP 6-APPROVER SIGNATURE

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

WORK DESC - WHAT ☐ WHERE ☐ WITH ☐ HOW ☐

Hotel Perdieum

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-

NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514

PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR ●**
PROPERTY RESTORATION

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | | RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE # | ☐INITIALR | 117501585 | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE | ←CIRCLE DAY M T W TH | JOB NAME | ☐ WATER/FLOOD | L01 | | ☐ TEMP | | TN | TECHNICIAN (DRYING) | S30 | VAN, PASSENGER/CARGO |
| 1-27-19 | | Family Services. | ☐ WIND | L02 | | ☐ SNOW | | RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| STOP DATE | ←CIRCLE DAY M T W TH | JOB ADDRESS | ☐ MOLD | L03 | | ☐ RAIN | | RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| 1-27-19 | F SA SU | 308 Ave Barbosa. | ☐ EARTHQUAKE | L04 | | ☐ WINDY | | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| CREW SHEET# LAST 5 DIGITS OF JOB-4 DIGIT DATE (ADMIN ONLY) | | San Juan Pr. | | L05 | | | | GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | | SAFETY TOPIC | | L06 | | | | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

SHIFT-
PHASE CODE EXAMPLES: 3BC-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNG-FINISH CARPENTRY/FRM-FINISH HARDWARE /FRM-FRAMING /HAD-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME<br>CLEARLY PRINT YOUR NAME HELPS ENSURE THE CORRECT PERSON IS BEING PAID FOR HOURS WORKED. AN ILLEGIBLE NAME MAY RESULT IN UNTIMELY OR NO PAY<br>PRINT FIRST *THEN* LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | PPP-TRAINING | PER DIEM | SEE GUIDE SHEET | | SEE TABLE | PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | | | | | | | | | HOTEL NAME CODE | HOTEL ROOM | VEHICLE CODE | YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY FOR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY<br>SIGNATURE-END OF SHIFT |
| 01 025 | 111447 | Willie Pesina | PWI | | | | | | | | | Y | Y | Y | Y | Y | WDH | 201 | Y SEE RENTAL☐ | *[signature]* ——VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y RENTAL☐ | ——VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ | APPROVER SIGNATURE TO VERIFY FORM 2 COMPLETED |
|---|---|---|---|---|---|---|
| Willie Perina — | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | 0 | | 0 | WORK DESC.: WHAT☐ WHERE☐ WHY☐ HOW☐ | STEP 6-APPROVER SIGNATURE *[signature]* |

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel + Pardium.

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-** | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514 | PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ●
PROPERTY RESTORATION

PTS DOC # RS10973827

| FORM VERIFIER IS ON | LINE # | INITIALS |
|---|---|---|

**START DATE** 1-28-19. CIRCLE DAY T W TH F SA SU

**STOP DATE** 1-28-19 CIRCLE DAY T W TH F SA SU

**CREW SHEET#** LAST 3 DIGITS OF JOB 4 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 117501585·

**JOB NAME** Family Services.

**JOB ADDRESS** 306 9v. Bombase San Juan P.

**SAFETY TOPIC**

**TOOL BOX TRAINING** COMPLETED? ☐Y☐N

| LOSS CAUSE | CODE | LOCATION | | WEATHER |
|---|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Port 15 · | | ☐ TEMP |
| ☐ WIND | L02 | | | ☐ SNOW |
| ☐ MOLD | L03 | | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | | ☐ WINDY |
| | L05 | | | |
| | L06 | | | |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

SHIFT- PHASE CODE EXAMPLES: 3BC- JOB CHECK & PHOTOS / JSB-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DMO-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DGR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/BITUM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MOR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-HARNESS | POR OEM | SEE GUIDE SHEET | | SEE TABLE | PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | | | | | | | | | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
| 01 1025 | 1111447 | Willie Pesma | PW | 8:00 | 1200 1300 | 1800 | 9 | | L01 | JBC | 9 | Y | Y | Y | | | WPH | 201 | 529 RENTAL | _____ VERIFIER |
| 02 At | 2808 | Edgar albino | 65 | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | JBC | 8 | Y | Y | Y | Y | | | | Y RENTAL | Edgar albino _____ VERIFIER |
| 03 At | 8791 | Israel Rivera. | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | JBC | 8 | Y | Y | Y | Y | | | | Y RENTAL | signed _____ VERIFIER |
| 04 Wf | 5965 | Edwin Rosas. | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | JBC | 8 | Y | Y | Y | Y | | | | Y RENTAL | Edwin Rosa Campo _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y RENTAL | _____ VERIFIER |
| 06 | | | | | | | | | | | | | | | | | | | RENTAL | _____ VERIFIER |
| 07 | | | | | | | | | | | | | | | | | | | RENTAL | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y RENTAL | _____ VERIFIER |
| 09 | | | | | | | | | | | | | | | | | | | RENTAL | _____ VERIFIER |
| 10 | | | | | | | | | | | | | | | | | | | RENTAL | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y RENTAL | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|
| Willie Pesma. | FOR COMPLETION IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | 8X 33 | 8X 33 | WHO ☐ WHEN ☐ WHERE ☐ | signed |
| | | | THESE TWO TOTALS MUST MATCH | WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continue to label the cabin and conference calls with Leo and Staff. Move the cabent as well.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ●
PROPERTY RESTORATION

PTS DOC # RS10973809

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | | |
|---|---|---|---|---|
| LINE # | INITIALS | 1175 01585 | | |
| START DATE | ←CIRCLE DAY M T W TH F SA SU | JOB NAME | | |
| 1-30-19 | | Family Services. | | |
| STOP DATE | ←CIRCLE DAY M T W TH F SA SU | JOB ADDRESS | | |
| 1-30-19 | | 306 am bargo. | | |

CREW SHEET# _ LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

**LOSS CAUSE / CODE / LOCATION / WEATHER**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Part st | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

SAFETY TOPIC _____  TOOL BOX TRAINING COMPLETED? ☐Y ☐N

**RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)**

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

SHIFT-   PHASE CODE EXAMPLES: 3BC-JOB CHECK & PHOTOS / 3SS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/O3O-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL/CAB-CABINETRY /CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DMO-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNG-FINISH CARPENTRY/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SRV-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL.

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP+FTEST | PPP+TEST | FER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 025 | 111447 | Willie Pasma | PM | 8:00 | 12:00 13:00 | 18:00 | 9 | | L01 | 3BS | 9 | Y | Y | Y | Y | Ⓝ | HPH | 201 | Y | 529 RENTAL☐ | ___ VERIFIER |
| 02 AT | 8791 | Isidar Miller | RS | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | 3BS | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 03 AT | 2808 | Edgardo albino | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | 3BS | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ | Edgardo albino ___ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL☐ | ___ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL☐ | ___ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL☐ | ___ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL☐ | ___ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL☐ | ___ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL☐ | ___ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL☐ | ___ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL☐ | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. ☐Y ☐N | STEP 3-TOTAL HRS MUST MATCH | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 – DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT☐ WHERE☐ WHO☐ HOW☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Pasma | | 25 | | 25 | | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Bricks 308 are Bases took phase 2 estate and video continued
3rd floor to see what is to be cleaned and what is just packout.

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EAC PAGES INCLUDED WITH THIS SHEET-**   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

PTS DOC # RS10973830

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|
| LINE # ___ INITIALS | 117501 585. | | FIRE | | L00 RESIDENTIAL ALL | HUMID | APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| START DATE 2-1-18 ←CIRCLE DAY M T W TH SA SU | JOB NAME tamily Serues. | | WATER/FLOOD | L01 Pak Robete | TEMP | TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| STOP DATE 2-1-19 ←CIRCLE DAY M T W TH SA SU | JOB ADDRESS 308 ave Rsplat. | | WIND | L02 | SNOW | RS RESTORATION SUPERVISO | 518 TRUCK-MOVING/BOX/BOARD UP |
| | San Juan Pr. | | MOLD | L03 | RAIN | RT RESTORATION TECHNICIA | 528 TRUCK, 3/4 TON PICKUP |
| CREW SHEET# LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY) | | | EARTHQUAKE | L04 | WINDY | LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| | | | | L05 | | GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? Y☐ N☐ | | L06 | | DL DAY/TEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

SHIFT- PHASE CODE EXAMPLES: J&C-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TRH-TRASH / TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/FRM /FMH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LGT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | POP-FIT TEST | PPP-PANNED | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 10:15 | 1111447 | Willie Posma | PM | 8:00 | 12:00 13:00 | 18:00 | 9 | L01 | 5b5 | 9 | | Y | Y Y Y | | HPH | 201 | 529 RENTAL☐ | _____ VERIFIER |
| 02 At | 8791 | ISRael Rivera | RS | 8:00 | 12:00 12:00 | 17:00 | 8 | L01 | 5b5 | 8 | Y | Y | Y Y | | | | Y RENTAL☐ | _____ VERIFIER |
| 03 At | 2808 | Edgardo Albino | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | 5b5 | 8 | Y | Y | Y Y | | | | Y RENTAL☐ | Edgardo Albino _____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y Y Y | | | | Y RENTAL☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y Y Y | | | | Y RENTAL☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y Y Y | | | | Y RENTAL☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y Y Y | | | | Y RENTAL☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y Y Y | | | | Y RENTAL☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y Y Y | | | | Y RENTAL☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y Y Y | | | | Y RENTAL☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y Y Y | | | | Y RENTAL☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER :PLEASE COMPLETE ALL REQUESTS BELOW**

| STEP 1-PRINT APPROVER NAME Willie Posma | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM Y☐ N☐ FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 25 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 25. | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to work on floor plans of Titulo 4.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3 ___   # OF PAGE 4 ___   # OF PAGE 5 ___   RECEIPT TRACKING FORMS ___

V091514   PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR ( )**
PROPERTY RESTORATION

PTS DOC # RS10973831

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | | WEATHER | RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|---|---|

FORM VERIFIER IS ON    LINE #_____ INITIAL ←CIRCLE DAY→ M T W TH F SA SU

JOB NUMBER-COMPLETE: 117501585

START DATE: 2·2·19
STOP DATE: 2·2·19
CREW SHEET#
LAST 3 DIGITS OF JOB # DIGIT DATE (ADMIN ONLY)

JOB NAME: Family Services
JOB ADDRESS: 308 Ave Barbosa
San Juan PR.

SAFETY TOPIC

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X"  AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

SHIFT-    PHASE CODE EXAMPLES: 36C-JOB CHECK & PHOTOS /3SS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /FSH-TRASH /TVL-TRAVEL/CAB-CABINETRY /CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/FRM-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME STOP TIME | 24 HOUR LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM CODE | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1025 111447 | Willie Pacma | PM | | | | | | | | Y | Y | Y | Y | Y | HPH | 201 | Y | 529 RENTAL☐ | ___VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | - | | | Y | RENTAL☐ | ___VERIFIER |

✓VERIFY TOTAL HRS    ✓VERIFY PHASE HRS    VERIFICATION OF PTS DATA    APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)
STEP 1-PRINT APPROVER NAME: Willie Pacma
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.
STEP 3-TOTAL HRS
THESE TWO TOTALS MUST MATCH
STEP 4-PHASE HRS
STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐   WORK DESC. WHAT☐ WHERE☐ WHY☐ HOW☐
STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION**: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

for Hotel + Perdivum.

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET:   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514    PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** PROPERTY RESTORATION

PTS DOC # RS10973832

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|

LINE #: ___   INITIALS: ___
JOB NUMBER-COMPLETE: 117501585

START DATE  ←CIRCLE DAY→ : 2-3-19   M T W TH F SA
STOP DATE  ←CIRCLE DAY→ : 2-3-19   M T W TH F SA
CREW SHEET#
LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

JOB NAME: Family Services
JOB ADDRESS: 308 4VC Barbosa. San Juan Pr.

SAFETY TOPIC: ___
TOOL BOX TRAINING COMPLETED? □Y □N

**LOSS CAUSE / CODE / LOCATION**
- □ FIRE — L00 RESIDENTIAL ALL
- □ WATER/FLOOD — L01
- □ WIND — L02
- □ MOLD — L03
- □ EARTHQUAKE — L04
- □ — L05
- □ — L06

**WEATHER**
- □ HUMID
- □ TEMP
- □ SNOW
- □ RAIN
- □ WINDY

**RATE CLASS EXAMPLES**
- APM ASSISTANT PROJECT MGR
- TN TECHNICIAN (DRYING)
- RS RESTORATION SUPERVISOR
- RT RESTORATION TECHNICIAN
- LF LABOR FOREMAN
- GL GENERAL LABOR
- DL DAY/TEMP LABOR

**VEHICLE NAME (TABLE)**
- 529 PICKUP, SUV OR CAR
- 530 VAN, PASSENGER/CARGO
- 518 TRUCK-MOVING/BOX/BOARD UP
- 528 TRUCK, 3/4 TON PICKUP
- 527 TRUCK, 1 TON 4X4 W/LIFTGATE
- 453 TRUCK, EXTRACTION
- N/A NO VEHICLE
- "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
- **FOR RENTAL CARS:** YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY YOUR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

SHIFT-

PHASE CODE EXAMPLES: JBC=JOB CHECK & PHOTOS / JSS=JOB SUPPORT SUPERVISION/OFF=OFFICE ADMINISTRATION/OZO=OZONE/SAL=SALES/SBT=STAND BY TIME/SCC=STEAM CLEAN CARPET/TSH=TRASH/TVL=TRAVEL/CAB=CABINETRY/CON=CONTENT MANIPULATION/CLN=CLEANING/DEO=DEODORIZATION/DHU=DEHUMIDIFICATION/DMO=GENERAL DEMOLITION/DOR=DOORS/DRY=DRYWALL/ELE=ELECTRICAL/EME=EMERGENCY/EST=ESTIMATING/EQP=EQUIPMENT (SET UP-TAKE DOWN)/FNC=FINISH CARPENTRY/TRIM/FNH=FINISH HARDWARE/FRM=FRAMING/HAU=HAULING/LDS=LANDSCAPING/LLT=LIGHT FIXTURES/MDR=MOLD REMEDIATION/PLM=PLUMBING/PNT=PAINTING/PWA=POWERWASH/SEC=SECURITY/SEW=SEWER CLEAN UP/STK=STAIN KILL/TMP=TEMPORARY REPAIRS/WTR=WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST *THEN* LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | 24 HOUR CLOCK STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | PFT-AWARE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1025 | 711447 | Willie Rena | DM | | | | | | Y | Y | Y | ⊙ | Y | MPH | 201 | Y | 528 □RENTAL | ~~Wc~~ VERIFIER |
| 02 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 03 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 04 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 05 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 06 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 07 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 08 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 09 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 10 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |
| 11 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □RENTAL | VERIFIER |

VERIFY TOTAL HRS ↑    VERIFY TOTAL HRS ↑    VERIFICATION OF PTS DATA    APPROVER SIGNATURE (WORK IS COMPLETED)

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N | STEP 3-TOTAL HRS | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|
| Willie Rosma | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | THESE TWO TOTALS MUST MATCH ←→ | | WHO □ WHEN □ WHERE □ / WORK DESC: WHAT □ WHERE □ WHY □ HOW □ | ~~Wc~~ |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel & Perdienm.

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET.** | NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514

PAGE 1

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

**BELFOR** ● PROPERTY RESTORATION

**FORM VERIFIER IS ON** □

| | | |
|---|---|---|
| PTS DOC # RS110973833 | LINE # __ INITIALS __ | JOB NUMBER-COMPLETE 11750l585 . |
| START DATE 2-4-19 | ←CIRCLE DAY M T W TH F SA SU | JOB NAME Family Services . |
| STOP DATE 2-4-19 | ←CIRCLE DAY M T W TH F SA SU | JOB ADDRESS 308 ave Domenech. San Juan P.R. |
| CREW SHEET# LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY) | | SAFETY TOPIC |

**LOSS CAUSE / CODE / LOCATION / WEATHER**

| | | |
|---|---|---|
| □ FIRE | L00 RESIDENTIAL ALL | □ HUMID |
| □ WATER/FLOOD | L01 | □ TEMP |
| □ WIND | L02 | □ SNOW |
| □ MOLD | L03 | □ RAIN |
| □ EARTHQUAKE | L04 | □ WINDY |
| | L05 | □ |
| | L06 | □ |

**TOOL BOX TRAINING COMPLETED?** □Y □N

**RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)**

| | | | | |
|---|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 526 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 4053 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

**PHASE CODE EXAMPLES:** JBC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET/TRH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DMU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FWC-FINISH CARPENTRY/EXTM /FNH-FINISH HARDWARE /FRM-FRAMING /HAD-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-WORKED | PER DIEM | HOTEL NAME CODE # | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 1111447 | Willie Posma | PM | 8:30 | 1200 1300 | 18:00 | 8.5 | | LO1 | 565 | 8.5 | Y | Y | Y | Y | | OHAI | 201 | Y | 528 RENTAL□ | _____ VERIFIER |
| 03 A+ | 8741 | Israel Rivera . | RS | 8:30 | 1200 1300 | 17:00 | 7.5 | | LO1 | 565 | 7.5 | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |
| 04 A+ | 2808 | Edgardo Albino | GL | 8:30 | 1200 1300 | 17:00 | 7.5 | | LO0 | 565 | 7.5 | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL□ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 23.5 | THESE TWO TOTALS MUST MATCH → 23.5 | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO □ WHEN □ WHERE □ WORK DESC: WHAT□ WHERE□ WHY□ HOW□ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Posma . | | | | | | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Confued to finish up with floor plans, file cabinets Placements.

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-** | NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514 | PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973816

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|

LINE # ___ INITIALS ___
**START DATE** 2-7-19  ← CIRCLE DAY M T W ⓉⒽ F SA SU
**STOP DATE** 2-7-19  ← CIRCLE DAY M T W ⓉⒽ F SA SU
CREW SHEET# ___ LAST 3 DIGITS OF JOB-6 DIGIT DATE-(ADMIN ONLY)

JOB NUMBER-COMPLETE: 17501585
JOB NAME: Fanny Serrus
JOB ADDRESS: 305 que Borbosa.
Sancisar Pr.
SAFETY TOPIC ___

LOSS CAUSE: ☐ FIRE / ☐ WATER/FLOOD / ☐ WIND / ☐ MOLD / ☐ EARTHQUAKE / ☐ / ☐
CODE: L00 / L01 / L02 / L03 / L04 / L05 / L06
LOCATION: RESIDENTIAL ALL
WEATHER: ☐ HUMID / ☐ TEMP / ☐ SNOW / ☐ RAIN / ☐ WINDY / ☐ / ☐

RATE CLASS EXAMPLES:
APM ASSISTANT PROJECT MGR — 529 PICKUP, SUV OR CAR
TN TECHNICIAN (DRYING) — 530 VAN, PASSENGER/CARGO
RS RESTORATION SUPERVISO — 518 TRUCK-MOVING/BOX/BOARD UP
RT RESTORATION TECHNICIA — 528 TRUCK, 3/4 TON PICKUP
LF LABOR FOREMAN — 527 TRUCK, 1 TON 4X4 W/LIFTGATE
GL GENERAL LABOR — 453 TRUCK, EXTRACTION
DL DAY/TEMP LABOR — N/A NO VEHICLE

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

SHIFT- ___
PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION / OFF-OFFICE ADMINISTRATION / O2O-OZONE / SAL-SALES / SBT-STAND BY TIME / SCC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL / CAB-CABINETRY / CON-CONTENT MANIPULATION / CLN-CLEANING / DEO-DEODORIZATION / DMU-DEHUMIDIFICATION / DMO-GENERAL DEMOLITION / DOR-DOORS / DRY-DRYWALL / ELE-ELECTRICAL / EME-EMERGENCY / EST-ESTIMATING / EQP-EQUIPMENT (SET UP-TAKE DOWN) / FNC-FINISH CARPENTRY/TRIM / FNH-FINISH HARDWARE / FRM-FRAMING / HAU-HAULING / LDS-LANDSCAPING / LIT-LIGHT FIXTURES / MDR-MOLD REMEDIATION / PLM-PLUMBING / PNT-PAINTING / PPR-POWERWASH / SEC-SECURITY / SEW-SEWER CLEAN UP / STK-STAIN KILL / TMP-TEMPORARY REPAIRS / WTR-WATER REMOVAL.

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START / STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPR-RESP | DER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | SEE TABLE VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111443 | Will Perom | PM | 8:00 | 1200 1300 | 18:00 | 9 | | C01 | DCn | 9 | Y | Y | Y | Y | X | HP4 | 294 | | S24 RENTAL: | (sig) VERIFIER |
| 02 A4 | 8781 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | DCn | 8 | Y | Y | Y | Y | | | | | Y RENTAL: | (sig) VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL: | ___VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)
STEP 1-PRINT APPROVER NAME: Will Perom
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. ☐Y ☐N
STEP 3-TOTAL HRS: 16
THESE TWO TOTALS MUST MATCH
STEP 4-PHASE HRS: 16
STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC. ☐WHAT ☐WHERE ☐WHY ☐HOW ☐
STEP 6-APPROVER SIGNATURE: (sig)

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Worked on cleaning trailers and Cleary stations.

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3 ___   # OF PAGE 4 ___   # OF PAGE 5 ___   RECEIPT TRACKING FORMS ___

V091514   PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE |
|---|---|
| | 17501585 |

PTS DOC # RS1097381A

**START DATE** 2-8-19
**STOP DATE** 2-8-19
**CREW SHEET#**

**JOB NAME** Family Serves
**JOB ADDRESS** 305 ave Barbosa
San Juan Pr
**SAFETY TOPIC**

| LOSS CAUSE | CODE | LOCATION | | WEATHER |
|---|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | | HUMID |
| WATER/FLOOD | L01 | | | TEMP |
| WIND | L02 | | | SNOW |
| MOLD | L03 | | | RAIN |
| EARTHQUAKE | L04 | | | WINDY |
| | L05 | | | |
| | L06 | | | |

**RATE CLASS EXAMPLES**
| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

TOOL BOX TRAINING COMPLETED? ☐Y☐N

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST *THEN* LAST NAME | RATE CLASS | START TIME | STOP TIME | STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-FIT TEST | PPP-ANNUAL | PPR DEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Pisma | PM | 8:00 | 12:00 1:00 | 18:00 | 9 | | C01 | ocn | 9 | Y | Y | | Y | Y | APM | 201 | Y | 528 | VERIFIER |
| 02 At | 8741 | Israel Rivera | RS | 8:00 | 12:00 1:00 | 17:00 | 8 | | C01 | ocn | 8 | Y | Y | Y | Y | Y | | RENTAL☐ | Y | | VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | | | VERIFIER |

**RESPONSIBILITY OF APPROVER** [PLEASE COMPLETE ALL REQUESTS BELOW]

STEP 1-PRINT APPROVER NAME: Wilk Ponc
STEP 3-TOTAL HRS: 16
STEP 4 PHASE HRS: 16

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT THE CREW PERFORMED
Worked on clong stations chege Pdeau onvery of sppres

V091514                                          PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973813

| FORM VERIFIER IS ON | | |
|---|---|---|
| LINE # | | INITIALS |
| START DATE 2-9-19 | ←CIRCLE DAY M T W TH F SA SU | |
| STOP DATE 2-9-19 | ←CIRCLE DAY M T W TH F SA SU | |

CREW SHEET#
LAST 3 DIGITS OF JOB & DIGIT DATE (ADMIN ONLY)

JOB NUMBER-COMPLETE  117501585
JOB NAME  Family Services
JOB ADDRESS  308 ave barbosa  San Juan Pr.
SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? □ Y □ N

**LOSS CAUSE**
- □ FIRE
- □ WATER/FLOOD
- □ WIND
- □ MOLD
- □ EARTHQUAKE

**CODE / LOCATION**
- L00 RESIDENTIAL ALL
- L01 Dark
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- □ HUMID
- □ TEMP
- □ SNOW
- □ RAIN
- □ WINDY

**RATE CLASS EXAMPLES**
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISOR |
| RT | RESTORATION TECHNICIAN |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

**CODE / VEHICLE NAME (TABLE)**
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

SHIFT-  PHASE CODE EXAMPLES: 3BC- JOB CHECK & PHOTOS / 3SS-JOB SUPPORT SUPERVISION/ OFF-OFFICE ADMINISTRATION/ OZO-OZONE/ SAL-SALES/ SBT-STAND BY TIME/ SGC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL/ CAB-CABINETRY/ CON-CONTENT MANIPULATION/ CLN-CLEANING / DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS / DRY-DRYWALL/ ELE-ELECTRICAL /EME-EMERGENCY / EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FHC-FINISH CARPENTRY/FRM-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LFT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | 24 HOUR CLOCK STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PXP-FIT TEST | PPP-various | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 141147 | Willie Pesina | DN | | | | | | | Y | Y | Y | Y | Y | HPK | 201 | Y | 526 | _____ VERIFIER |
| 02 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 03 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 04 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 05 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 06 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 07 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 08 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 09 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 10 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |
| 11 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | □ RENTAL | _____ VERIFIER |

RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME  Willie Pesina

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. □ Y □ N

STEP 3-TOTAL HRS  ↑VERIFY TOTAL HRS  THESE TWO TOTALS MUST MATCH →  ↑VERIFY TOTAL HRS

STEP 4-PHASE HRS

STEP 5 - DOES THE PTS COVER: VERIFICATION OF PTS DATA
WHO □   WHEN □   WHERE □
WORK DESC.: WHAT □ WHERE? □ WHY □ HOW? □

STEP 6-APPROVER SIGNATURE  APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdue

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3 ___ # OF PAGE 4 ___ # OF PAGE 5 ___   RECEIPT TRACKING FORMS

V091514   PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

BELFOR (●)
PROPERTY RESTORATION

PTS DOC # RS10973812

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|---|---|
| START DATE 2-10-19 ←CIRCLE DAY M T W TH F SA SU INITIALS | 117501585 | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| STOP DATE 2-10-19 ←CIRCLE DAY M T W TH F SA SU | JOB NAME Family Services | ☐ WATER/FLOOD | L01 | | ☐ TEMP |
| | | ☐ WIND | L02 | | ☐ SNOW |
| | JOB ADDRESS 308 ave aseuba. | ☐ MOLD | L03 | | ☐ RAIN |
| CREW SHEET# LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY) | San Juan Pr. | ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | SAFETY TOPIC | | L05 | | |
| | TOOL BOX TRAINING COMPLETED? ☐Y ☐N | | L06 | | |

RATE CLASS EXAMPLES:

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

SHIFT-   PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION /OZO-OZONE /SAL-SALES /SBT-STAND BY TIME /SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL /CAB-CABINETRY /CON-CONTENT MANIPULATION /CLN-CLEANING /DED-DEODORIZATION /DMU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/KITCHEN /FNH-FINISH HARDWARE /FRM-FRAMING /HAD-HAULING /LDS-LANDSCAPING /LGT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME / STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | PPFI-NAMED | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111/447 | Willie Pasma | PM | | | | | | | | Y | Y | Y | Y | HPK | 201 | S28 RENTAL☐ | _____VERIFIER |
| 02 | | | | | . | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | _____VERIFIER |

RESPONSIBILITY OF APPROVER :PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER NAME Willie Pasma | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | ↑VERIFY TOTAL HRS STEP 3-TOTAL HRS | ↑VERIFY TOTAL HRS THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC.- WHAT☐ WHERE☐ WHY☐ HOW☐ | VERIFICATION OF PIS DATA APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdieum.

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

PAGE 1

V091514

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

BELFOR (●)
PROPERTY RESTORATION

PTS DOC # RS10973820

**FORM VERIFIER IS ON**

LINE # ___

**START DATE** 2-16-19
←CIRCLE DAY  M  T  W  TH  F  SA  SU

INITIALS

**STOP DATE** 2-16-19
←CIRCLE DAY  M  T  W  TH  F  SA  SU

**CREW SHEET#**
LAST 3 DIGITS OF JOB & DIGIT DATE (ADMIN ONLY)

SHIFT-

**JOB NUMBER-COMPLETE** 117501585

**JOB NAME** Family Services

**JOB ADDRESS** 308 Ave Barbosa San Juan Pr -

**SAFETY TOPIC** | **TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

| | LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|---|
| ☐ | FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ | WATER/FLOOD | L01 | Port US | ☐ TEMP |
| ☐ | WIND | L02 | | ☐ SNOW |
| ☐ | MOLD | L03 | | ☐ RAIN |
| ☐ | EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | | L05 | | |
| ☐ | | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

**PHASE CODE EXAMPLES: 39C-**JOB CHECK & PHOTOS **/3SS-**JOB SUPPORT SUPERVISION **/OFF-**OFFICE ADMINISTRATION **/OZO-**OZONE**/SAL-**SALES**/SBT-**STAND BY TIME**/SCC-**STEAM CLEAN CARPET **/TSH-**TRASH **/TVL-**TRAVEL**/CAB-**CABINETRY**/CON-**CONTENT MANIPULATION**/CLN-**CLEANING **/DEO-**DEODORIZATION **/DMU-**DEHUMIDIFICATION **/DMO-**GENERAL DEMOLITION **/DOR-**DOORS **/DRY-**DRYWALL **/ELE-**ELECTRICAL **/EME-**EMERGENCY **/EST-**ESTIMATING **/EQP-**EQUIPMENT (SET UP-TAKE DOWN) **/FNC-**FINISH CARPENTRY**/FNH-**FINISH HARDWARE **/FRM-**FRAMING **/HAU-**HAULING **/LDS-**LANDSCAPING **/LIT-**LIGHT FIXTURES **/MDR-**MOLD REMEDIATION **/PLM-**PLUMBING **/PNT-**PAINTING **/PWA-**POWERWASH **/SEC-**SECURITY **/SEW-**SEWER CLEAN UP**/STK-**STAIN KILL**/TMP-**TEMPORARY REPAIRS **/WTR-**WATER REMOVAL.

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-FIT TEST | PPP-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SHARE ROOM | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1625 | 711149 | Willie Pesina | PM | | | | | | | | | Y | Y | Y | Y | HP4 | 201 | 525 RENTAL☐ | Y | _____VERIFIER |
| 02 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL☐ | Y | _____VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

**STEP 1-**PRINT APPROVER NAME  Willie Pesina

**STEP 2-**DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

**STEP 3-**TOTAL HRS

**THESE TWO TOTALS MUST MATCH**

**STEP 4-**PHASE HRS

**STEP 5 -** DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐

**STEP 6-**APPROVER SIGNATURE

**WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED**

Hotel Perdien

**FORM VERIFIER-**PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-    NONE    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    **RECEIPT TRACKING FORMS**

V091514    PAGE 1

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR** (●)

PROPERTY RESTORATION

| PTS DOC # RS10973819 | FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | | WEATHER | | RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LINE # | INITIALS | 11750585 | | ☐ FIRE | L00 | RESIDENTIAL ALL | | ☐ HUMID | | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| | START DATE | ←CIRCLE DAY | JOB NAME | | ☐ WATER/FLOOD | L01 | Art | | ☐ TEMP | | TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| | 2-17-19 | M T W TH | Family Service | | ☐ WIND | L02 | | | ☐ SNOW | | RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| | | F SA SU | JOB ADDRESS | | ☐ MOLD | L03 | | | ☐ RAIN | | RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| | STOP DATE | ←CIRCLE DAY | 308 Ave Barbosa | | ☐ EARTHQUAKE | L04 | | | ☐ WINDY | | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | 2-17-19 | M T W TH | San Juan, P | | | L05 | | | ☐ | | GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | CREW SHEET# | F SA SU | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y ☐N | | L06 | | | ☐ | | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |
| | LAST 3 DIGITS OF JOB-6 DIGIT DATE (ADMIN ONLY) | | | | | | | | | | | | "X" | AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY |

| SHIFT- | PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET/TSH-TRASH/TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEARING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /NDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL |
|---|---|

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-RESPIRATOR | PER DIEM | | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | | | | | | | | | | SEE GUIDE SHEET | | SEE TABLE | | |
| 01 1025 | 11/14's | Willie Pasme | Pin | | | | | | | | | Y | Y | Y | Y | 4/4 | 20/ | | 828 | | We | _____ VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | S | | | | RENTAL ☐ | | _____ VERIFIER |

| RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW | | ↑VERIFY TOTAL HRS | | ↑VERIFY TOTAL HRS | | VERIFICATION OF PPE DATA | APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED |
|---|---|---|---|---|---|---|---|
| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ | STEP 6-APPROVER SIGNATURE |
| Willie Pam | FOR COMPLETION IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | | | | WORK DESC - WHAT☐ WHERE☐ WHY☐ HOW☐ | |

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdiem

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514                                   PAGE 1

**BELFOR** PROPERTY RESTORATION

**PERSONNEL TRACKING**

FORM VERIFIER IS ON

PTS DOC #

RS10973856

**SERVICE TYPE (RESTORATION)**

| LOSS CAUSE | | CODE | LOCATION |
|---|---|---|---|
| FIRE | | L00 | RESIDENTIAL ALL |
| WATER/FLOOD | | L01 | |
| WIND | | L02 | |
| MOLD | | L03 | |
| EARTHQUAKE | | L04 | |
| | | L05 | |
| | | L06 | |

| WEATHER | |
|---|---|
| HUMID | |
| TEMP | |
| SNOW | |
| RAIN | |
| WINDY | |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOND, UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**FOR RENTAL CARS:**
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

JOB NUMBER-COMPLETE

JOB NAME: 1250LSES

JOB ADDRESS: Camuy Series

Job ave Series.

SAFETY TOPIC

TOOL BOX TRAINING
COMPLETED? ☐Y ☐N

**CREW SHEET #**

LINE # 1

| START DATE | STOP DATE | INITIALS |
|---|---|---|
| 2-23-19 | 2-23-19 | |

ID #: 111/1147

PRINT FIRST THEN LAST NAME

Will Jams — Will Jams

| PERSONNEL NAME | RATE CLASS |
|---|---|
| Will Jams | |

**24 HOUR CLOCK**

| START TIME | LUNCH START/STOP | STOP TIME |
|---|---|---|

**TOTAL HOURS**

| BY PERSON | BY OTHER |
|---|---|

LOCATION CODE

PHASE CODE "WHAT"

| HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM |
|---|---|---|---|---|---|
| 4 | X | X | X | X | X |

HOTEL NAME CODE: 44PV

HOTEL ROOM #: 201

SHARE ROOM: X

VEHICLE CODE: 528 RENTAL☐

**PERSONNEL NAME**
SIGNATURE-END OF SHIFT

[signature]

**RESPONSIBILITY OF APPROVER**: PLEASE COMPLETE ALL REQUESTS BELOW

FORM VERIFIER-PLEASE ENTER QUANTITY of "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-

NONE

#OF PAGE 3     PAGE 1     # OF PAGE 4     # OF PAGE 5

RECEIPT TRACKING FORMS

V091514

**BELFOR** RESTORATION
PROPERTY RESTORATION

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

PTS DOC #
RS10973857

FORM VERIFIER IS ON

| LINE # | START DATE | STOP DATE | CREW SHEET # |
| --- | --- | --- | --- |
| | 2-24-19 | 2-24-16 | |

JOB NUMBER-COMPLETE: 1175 01585

JOB NAME: Family Services

JOB ADDRESS: 306 are Alghesia.

SAFETY TOPIC: San Juan Pr

**LOSS CAUSE**
- FIRE — L00 RESIDENTIAL ALL
- WATER/FLOOD — L01
- WIND — L02
- MOLD — L03
- EARTHQUAKE — L04
- L05
- L06

**WEATHER**
- HUMID — APM
- TEMP — TN
- SNOW — RS
- RAIN — RT
- WINDY — LF

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
| --- | --- |
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**PERSONNEL NAME**

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS |
| --- | --- | --- |
| 1112 | Willie Posma | DM |

PRINT / SIGNATURE fields

STEP 1-PRINT APPROVER NAME

RESPONSIBILITY OF APPROVER

Willie Posma ... Hotel Reduce

SIGNATURE-END OF SHIFT

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Reduce

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET-

NONE ___ #OF PAGE 3 ___ # OF PAGE 4 ___ # OF PAGE 5 ___ RECEIPT TRACKING FORMS ___

PAGE 1

V091514

PTS DOC #

RS10973867

**PERSONNEL TRACKING**

**BELFOR** PROPERTY RESTORATION

V091514

FORM VERIFIER–PLEASE ENTER QUANTITY OF "0" FOR ALL B&C PAGES INCLUDED WITH THIS SHEET–

NONE

# OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5

PAGE 1

RECEIPT TRACKING FORMS

| CREW SHEET# | | | |
|---|---|---|---|
| LAST 3 DIGITS OF JOB# (ADMIN ONLY) | | | |

FORM VERIFIER IS ON: _____

| LINE # | START DATE | STOP DATE |
|---|---|---|
| | 3-2-19 | 3-2-19 |

JOB NUMBER–COMPLETE
1132 15 85

JOB NAME: Family Services
JOB ADDRESS: 305 Ave. Barbosa
SAFETY TOPIC: Sen Wen P.R.

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

SERVICE TYPE (RESTORATION)

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL, ALL |
| WATER/FLOOD | L01 | |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

WEATHER: HUMID, TEMP, SNOW, RAIN, WINDY

ID#: Ville Pesin

PRINT FIRST *THEN* LAST NAME

PERSONNEL NAME: Ville Pesin

RATE CLASS

**24 HOUR CLOCK**

| START TIME | STOP TIME | BY PERSON | BY OTHER |
|---|---|---|---|

TOTAL HOURS

LOCATION CODE

PHASE CODE "WHAT"

HOURS BY PHASE

| | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM |
|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ |
| | ✓ | ✓ | ✓ | ✓ | ✓ 84H |

HOTEL NAME / ROOM #: 201

SHARE ROOM: ☑ X89

VEHICLE CODE

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRIVING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| DL | DAY/TEMP LABOR | N/A | TRUCK, EXTRACTION |
| | | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**
PERSONNEL NAME

SIGNATURE–END OF SHIFT

| _____ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |
| RENTAL ☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1–PRINT APPROVER NAME: Ville Pesin

STEP 2–ADD THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N

STEP 3–TOTAL HRS | STEP 4–MINUS HRS | STEP 5–DOES THE PTS COVER | STEP 6–APPROVER SIGNATURE

PRINT APPROVER NAME

PTS DOC #

RS10973866

V091514

**FORM VERIFIER** - PLEASE ENTER QUANTITY "0" OF "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET -

**FORM VERIFIER** IS ON

**CREW SHEET#**
LAST 5 DIGITS OF 206-6 DIGIT DATE (ADMIN ONLY)

RS5

# PERSONNEL TRACKING

**BELFOR** (●)
PROPERTY RESTORATION

**JOB NUMBER - COMPLETE**
11250 15 85

**JOB NAME**
family Service

**JOB ADDRESS**
90 0 Ave . Barbosa

San Juan P.R.

**SAFETY TOPIC**

**TOOL BOX TRAINING**
COMPLETED? ☐ IN ☐ IN

## SERVICE TYPE (RESTORATION)

| LOSS CAUSE | | CODE | LOCATION |
|---|---|---|---|
| ☐ FIRE | | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | | L01 | |
| ☐ WIND | | L02 | |
| ☐ MOLD | | L03 | |
| ☐ EARTHQUAKE | | L04 | |
| | | L05 | |
| | | L06 | |

**WEATHER**
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

**FORM VERIFIER** IS ON

**LINE #**

**START DATE**
3-3-14

**STOP DATE**
3-3-14

**ID #**
Willa Resus

**← CIRCLE DAY** INITIALS
M  T  W  TH
F  SA  SU

**← CIRCLE DAY**
M  T  W  TH
F  SA  SU

**PERSONNEL NAME**
CLEARLY PRINT YOUR NAME HELPS ENSURE THE CORRECT PERSON IS BEING PAID FOR HOURS WORKED. AN ILLEGIBLE NAME MAY RESULT IN INTEREST OR NO PAY

**PRINT** FIRST THEN LAST NAME

San Juan

**PHASE CODE EXAMPLES:** / RATE CLASS examples...

**RATE CLASS**
ppm

**24 HOUR START TIME**

**24 HOUR LUNCH**
START TIME    STOP TIME

**24 HOUR CLOCK**
STOP TIME

| TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|
| BY PERSON | BY OTHER | | | |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| | | | | | |
|---|---|---|---|---|---|
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISOR |
| RT | RESTORATION TECHNICIAN |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

SEE GUIDE SHEET

| HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE |
|---|---|---|---|
| | | | |

SEE TABLE

## PERSONNEL NAME

| SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✗ | ✗ | ✗ | ✗ | ✗ | HPH | 201 | ✗ | 894 | RENTAL ☐ VERIFIER |
| ✗ | ✗ | ✗ | ✗ | ✗ | | | ✗ | | RENTAL ☐ VERIFIER |
| ✗ | ✗ | ✗ | ✗ | ✗ | | | ✗ | | RENTAL ☐ VERIFIER |
| ✗ | ✗ | ✗ | ✗ | ✗ | | | ✗ | | RENTAL ☐ VERIFIER |
| ✗ | ✗ | ✗ | ✗ | ✗ | | | ✗ | | RENTAL ☐ VERIFIER |
| ✗ | ✗ | ✗ | ✗ | ✗ | | | ✗ | | RENTAL ☐ VERIFIER |
| ✗ | ✗ | ✗ | ✗ | ✗ | | | ✗ | | RENTAL ☐ VERIFIER |
| ✗ | ✗ | ✗ | ✗ | ✗ | | | ✗ | | RENTAL ☐ VERIFIER |
| ✗ | ✗ | ✗ | ✗ | ✗ | | | ✗ | | RENTAL ☐ VERIFIER |

**SIGNATURE - END OF SHIFT**
YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY YOUR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

Hotel Perlman

## RESPONSIBILITY OF APPROVER PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1** - PRINT APPROVER NAME
FOR COMPLETION? IF "Y", **YOU AS APPROVER** MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

**STEP 2** - DID THE FORM VERIFIER REVIEW THIS FORM   ☐ IY   ☐ IN

**STEP 3** = TOTAL HRS.

**← VERIFY TOTAL HRS**
**THESE TWO TOTALS**
**MUST MATCH**
**STEP 4** = PHASE HRS.

**← VERIFY TOTAL HRS**
**STEP 5** = DOES THE PTS COVER:
WHO ☐   WHEN ☐   WHERE ☐
**WORK DESC.** WHAT ☐ WHERE ☐ WHY ☐ HOW ☐

YOUR POSITION OF PTS DATA

**STEP 6** - APPROVER SIGNATURE
APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED

Hotel Perlman

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

**NONE**    **#OF PAGE 3**    **# OF PAGE 4**    **# OF PAGE 5**

**PAGE 1**

**RECEIPT TRACKING FORMS**

PTS DOC #

RS10973863

**BELFOR** PROPERTY RESTORATION

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

**FORM VERIFIER IS ON**

**CREW SHEET #**
LAST 3 DIGITS OF OR-6 DCET DATE (MM/YY ONLY)

**FORM VERIFIER**—PLEASE ENTER QUANTITY OF "0" FOR ALL B&C PAGES INCLUDED WITH THIS SHEET—

| | START DATE | STOP DATE | JOB NUMBER-COMPLETE |
|---|---|---|---|
| LINE # | 3-4-19 | 3-4-19 | 1730585 |

**JOB NAME:** Family Scales

**JOB ADDRESS:** 30 6 ave La la la

**SAFETY TOPIC:** Smuss 10'

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

| LOSS CAUSE CODE | LOCATION | WEATHER |
|---|---|---|
| FIRE | L00 RESIDENTIAL ALL | HUMID |
| WATER/FLOOD | L01 | TEMP |
| WIND | L02 | SNOW |
| MOLD | L03 | RAIN |
| EARTHQUAKE | L04 | WINDY |
| | L05 | |
| | L06 | |

| ID# | PRINT FIRST / LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/END | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE WHAT | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|
| 1111447 | Willie Perns | PM | 8:30 | 12:00 / 12:30 | 17:00 | 75 | L01 | 04t | 75 |
| 8751 | Isreal Rivera | RS | 8:30 | 12:00 / 12:30 | 17:00 | 75 | L01 | 04t | 75 |

**WORK DESCRIPTION:** Willie based / cooled ty lead tool

**RATE CLASS EXAMPLES**

**PERSONNEL NAME**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**FOR RENTAL CARS:**
"X" INDICATE FOR TRANSPORTATION ONLY

**RESPONSIBILITY OF APPROVER**

**STEP 6-APPROVER SIGNATURE**

VERIFIER / VERIFIER / VERIFIER

**NONE**    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5

**PAGE 1**

**RECEIPT TRACKING FORMS**

**BELFOR** — PROPERTY RESTORATION

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

PTS DOC #: RS10973864

**FORM VERIFIER IS ON**

| FORM VERIFIER IS ON | | |
|---|---|---|
| CREW SHEET # | RS10973864 | |
| LINE # | | |
| START DATE | 3-5-14 | |
| STOP DATE | 3-5-14 | |

JOB NUMBER-COMPLETE: 11250 15 85

JOB NAME: Family Services

JOB ADDRESS: 806 Ave. Barbosa, San Juan P.R.

SAFETY TOPIC: ___

TOOL BOX TRAINING COMPLETED? ☐ Y ☐ N

**LOSS CAUSE / LOCATION**

| CODE | LOSS CAUSE | | LOCATION |
|---|---|---|---|
| L00 | FIRE | RESIDENTIAL, ALL | |
| L01 | WATER/FLOOD | | POA+ |
| L02 | WIND | | |
| L03 | MOLD | | |
| L04 | EARTHQUAKE | | |
| L05 | | | |
| L06 | | | |

**WEATHER:** HUMID / TEMP / SNOW / RAIN / WINDY

**PERSONNEL**

| ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | LUNCH STOP TIME | 24 HOUR CLOCK STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118142 | Willie Resins | PM | 8:30 | 100 | 100 | 17:00 | 7.5 | | L01 | e & f | 7.5 | √ | √ | √ | √ | √ | 4HPH | 201 | √ | 524 | |
| 8791 | Israel Rivera | RS | 8:30 | 100 | 100 | 17:00 | 7.5 | | L01 | e & f | 7.5 | √ | √ | √ | √ | √ | 4HPH | 201 | √ | | |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM | ASSISTANT PROJECT MGR |
| 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) |
| 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN |
| 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR |
| 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS: PERSONNEL NAME

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Entree to clean out water tank...

**RESPONSIBILITY OF APPROVER** - PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM | ☐ Y ☐ N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-# PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|---|

Willie Resins

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET -

NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V0915I4   PAGE 1

**BELFOR** PROPERTY RESTORATION

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | L01 | Apt-R |
| ☐ WIND | L02 | |
| ☐ MOLD | L03 | |
| ☐ EARTHQUAKE | L04 | |
| ☐ | L05 | |
| ☐ | L06 | |

| WEATHER |
|---|
| ☐ HUMID |
| ☐ TEMP |
| ☐ SNOW |
| ☐ RAIN |
| ☐ WINDY |

### RATE CLASS EXAMPLES
| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISOR |
| RT | RESTORATION TECHNICIAN |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"XT" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

FORM VERIFIER IS ON
LINE # _____
START DATE 3-6-19
STOP DATE 3-6-19

JOB NUMBER-COMPLETE: 1150 1565.
JOB NAME: Family Services
JOB ADDRESS: 306 Ave Magellan...

CREW SHEET#
LAST 5 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)
RS1097388 6
PTS DOC # 

SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? ☐ Y ☐ N

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | PPE | SMALL TOOLS | PPE-FIT TEST | PPE-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1035 1111947 | Willie Pérez | AM 8:30 | 12:00 1200 | 17:30 | 12:30 | 75 | | L01 | eat | 7.5 | Y | Y | Y | Y | Y | 404 | 201 | Y | 529 RENTAL ☐ | Jose |
| 148-8791 | JSRojer Rivera | RS 8:30 | 1100 1300 | 17:00 | | 7.5 | | L01 | eat | 7.5 | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |

PERSONNEL NAME
SIGNATURE-END OF SHIFT

RESPONSIBILITY OF APPROVER -PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Pérez

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Met W/A leo to drew place would confined to load freezers.

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐ DY ☐ DN
STEP 3-TOTAL HRS: 15
STEP 4-PHASE HRS: 15
STEP 5-DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC-WHAT ☐ WHY ☐ HOW ☐
STEP 6-APPROVER SIGNATURE

PAGE 1

FORM VERIFIER-PLEASE ENTER QUANTITY of "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-
NONE _____ # OF PAGE 3 _____ # OF PAGE 4 _____ # OF PAGE 5 _____ RECEIPT TRACKING FORMS _____

V091514

BELFOR
PROPERTY RESTORATION

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**VEHICLE NAME (TABLE)**

| CODE | VEHICLE NAME |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**LOSS CAUSE**
- FIRE
- WATER/FLOOD
- WIND
- MOLD
- EARTHQUAKE

**CODE / LOCATION**
- L00 RESIDENTIAL ALL
- L01
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- HUMID
- TEMP
- SNOW
- RAIN
- WINDY

**RATE CLASS EXAMPLES**

| CODE | |
|---|---|
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISOR |
| RT | RESTORATION TECHNICIAN |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

**FORM VERIFIER IS ON**

LINE #

START DATE: 3 - 7 - 19
STOP DATE: 3 - 7 - 19

JOB NUMBER-COMPLETE: 11750155
JOB NAME: Family Services
JOB ADDRESS: 306 ave. Barbosa

PTS DOC #: RS1097386

CREW SHEET#

SAFETY TOPIC: TOOL BOX TRAINING COMPLETED

**PERSONNEL NAME**

SIGNATURE-END OF SHIFT

| OFFICE | ID# | PRINT FIRST THEN LAST NAME | RATE | CLASS | 24 HOUR CLOCK START | LUNCH START | STOP | 24 HOUR STOP | TOTAL HOURS BY PERSON | HOURS BY PHASE | SHARE ROOM | HOTEL ROOM # | VEHICLE CODE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICS | 111497 | Willie Rosine | PM | 8.36 | 1800 | 1200 | 7.5 | 2.2 | | Y | 981 | HPA | 529 RENTAL | del C. |
| AT | 8941 | Israel Rivera | RS | 5.30 | 1300 | 1200 | 7.5 | 7.5 | | Y | | | | del C. |

**RESPONSIBILITY OF APPROVER**

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

#OF PAGE 3 / # OF PAGE 4 / # OF PAGE 5

THESE TWO TOTALS MUST MATCH

STEP 6-APPROVER SIGNATURE

RECEIPT TRACKING FORMS

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-     NONE

PAGE 1

V091514

**BELFOR** ⦿
PROPERTY RESTORATION

## PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE 1175015 85 | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| | | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |

PTS DOC # RS10973870

**FORM VERIFIER IS ON**

LINE # ____ INITIALS ____

START DATE M T W TH ←CIRCLE DAY
3-8-19 (F) SA SU

STOP DATE M T W TH ←CIRCLE DAY
3-8-19 (F) SA SU

CREW SHEET#
LAST 3 DIGITS OF JOB 6 DIGIT DATE-(ADMIN ONLY)

**JOB NUMBER-COMPLETE** 1175015 85

**JOB NAME** Family Services

**JOB ADDRESS** 306 Ave. Barbosa

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | L01 | Part 15 |
| ☐ WIND | L02 | |
| ☐ MOLD | L03 | |
| ☐ EARTHQUAKE | L04 | |
| ☐ | L05 | |
| ☐ | L06 | |

| WEATHER |
|---|
| ☐ HUMID |
| ☐ TEMP |
| ☐ SNOW |
| ☐ RAIN |
| ☐ WINDY |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |
| | "X" | AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY |

**FOR RENTAL CARS:**

PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLN-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME / PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME / STOP TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-ACCESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME / SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1075 | 111 447 | Willie Pesina | PM | 8:30 / 1300 1700 | | 17:00 | 7.5 | CGI | eal | 7.5 | Y | Y | Y | Y | Ⓨ | HPM | 101 | Y | 529 RENTAL☑ | _(signature)_ VERIFIER |
| 02 HT | 8791 | Israel Rivera | BS | 6:30 / 1300 1800 | | 17:00 | 7.5 | CGI | est | 7.5 | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _(signature)_ VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |

VERIFY TOTAL HRS — VERIFY TOTAL HRS — VERIFICATION OF PTS DATA — APPROVER SIGNATURE: TO VERIFY FORM IS COMPLETED

**RESPONSIBILITY OF APPROVER :** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME
Willie Vega

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

STEP 3-TOTAL HRS 15

THESE TWO TOTALS MUST MATCH

STEP 4 PHASE HRS 15

STEP 5 - DOES THE PTS COVER:
WHO ☐ WHEN ☐ WHERE ☐
WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐

STEP 6-APPROVER SIGNATURE
_(signature)_

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Cabled to load Samples.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET: NONE #OF PAGE 3 ____ # OF PAGE 4 ____ # OF PAGE 5 ____ RECEIPT TRACKING FORMS

PAGE 1

V091514

**BELFOR** PROPERTY (RESTORATION)

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

PTS DOC # RS1097387L

FORM VERIFIER IS ON

JOB NUMBER-COMPLETE: 1R2015 95

START DATE: 3-9-19

STOP DATE: 3-9-19

JOB NAME: Family Service

JOB ADDRESS: 306 Ave. Bayar

**LOSS CAUSE**
- ☐ FIRE
- ☐ WATER/FLOOD
- ☐ WIND
- ☐ MOLD
- ☐ EARTHQUAKE

**CODE LOCATION**
- L00 RESIDENTIAL ALL
- L01
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- ☐ HUMID
- ☐ TEMP
- ☐ SNOW
- ☐ RAIN
- ☐ WINDY

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRIVING) | 530 VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY. FOR RENTAL CARS:

PERSONNEL: Willie Pesina

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | | | VEHICLE CODE |
|---|---|---|---|---|---|---|
| 1015 | 1111 947 | Willie Pesina | SA | | RENTAL ☐ | 529 |
| 02 | | | | | RENTAL ☐ | |
| 03 | | | | | RENTAL ☐ | |
| 04 | | | | | RENTAL ☐ | |
| 05 | | | | | RENTAL ☐ | |
| 06 | | | | | RENTAL ☐ | |
| 07 | | | | | RENTAL ☐ | |
| 08 | | | | | RENTAL ☐ | |
| 09 | | | | | RENTAL ☐ | |
| 10 | | | | | RENTAL ☐ | |
| 11 | | | | | RENTAL ☐ | |

STEP 5 - DOES THE PTS COVER: HOTEL NAME CODE: HA HOTEL ROOM #: 761

STEP 6-APPROVER SIGNATURE

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL B&C PAGES INCLUDED WITH THIS SHEET- NONE

PAGE 1

RECEIPT TRACKING FORMS

V091514

**BELFOR** PROPERTY RESTORATION

**PERSONNEL TRACKING**

## SERVICE TYPE (RESTORATION)

**LOSS CAUSE** | **CODE LOCATION**

| | LOSS CAUSE | | CODE | LOCATION |
|---|---|---|---|---|
| ☐ | FIRE | | L00 | RESIDENTIAL ALL |
| ☐ | WATER/FLOOD | | L01 | |
| ☐ | WIND | | L02 | |
| ☐ | MOLD | | L03 | |
| ☐ | EARTHQUAKE | | L04 | |
| ☐ | | | L05 | |
| ☐ | | | L06 | |

**WEATHER**

| | |
|---|---|
| ☐ | HUMID |
| ☐ | TEMP |
| ☐ | SNOW |
| ☐ | RAIN |
| ☐ | WINDY |

**RATE CLASS EXAMPLES**

| CODE | | VEHICLE NAME (TABLE) |
|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISE | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

**PERSONNEL NAME**

YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY FOR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

**SIGNATURE-END OF SHIFT**

FORM VERIFIER IS ON

LINE #
START DATE 3-10-19
STOP DATE 3-10-19

JOB NUMBER-COMPLETE 11750 15 85
JOB NAME Familie Service
JOB ADDRESS 506 Ave. Barbosa

CREW SHEET#
PTS DOC # RS10973872

SAFETY TOPIC

| OFFICE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | PPP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 105 | 111447 | Willie Reyes | RN | | | | | | | Y | Y | Y | Y | 4/H | 201 | Y | 529 RENTAL☐ | Lee |
| 02 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 03 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 04 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 05 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 06 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 07 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL☐ | |

**RESPONSIBILITY OF APPROVER**-PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME

STEP 2-ADD THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION) IF "Y", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

**WORK DESCRIPTION**-BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hot Water

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-    NONE    #OF PAGE 3    #OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

PAGE 1

V091514

PTS DOC #

RS11066164

# PERSONNEL TRACKING

**BELFOR** ® PROPERTY RESTORATION

FORM VERIFIER IS ON

**JOB NUMBER-COMPLETE** 1175N585

SERVICE TYPE (RESTORATION)

| LINE # | START DATE | STOP DATE |
|---|---|---|
| | 3-11-19 | 3-11-19 |

JOB NAME: termiry Services

JOB ADDRESS: 308 eve Barbosa

SAFETY TOPIC: San Juan Pr.

TOOL BOX TRAINING COMPLETED? ☐ ON ☐ N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 RESIDENTIAL ALL | | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

## PERSONNEL NAME

PRINT FIRST THEN LAST NAME

| ID# | PERSONNEL NAME | RATE CLASS | START TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111047 | Willie Pesona | OM | 8:30 | 12:00 12:30 1:00 | 7.5 | 601 | eat | 7.5 | ✓ | ✓ | ✓ | ✓ | ✓ | 1404 | 201 | ✓ | 526 | VERIFIER |
| 8791 | Esdeal Rivera | RS | 8:30 | 12:00 12:30 1:00 | 7.5 | 601 | eat | 7.5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |

RATE CLASS EXAMPLES

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

FOR RENTAL CARS:
INDICATE FOR TRANSPORTATION ONLY

SIGNATURE of APPROVER: SIGMA LUKE

RESPONSIBILITY OF APPROVER - PLEASE COMPLETE ALL REQUESTS BELOW

RECEIPT TRACKING FORMS

WORK DESCRIPTION: Continued to peel trafic and orgeny Work house.

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 38 of 220

**BELFOR** ●) PROPERTY RESTORATION

**PERSONNEL TRACKING**

PTS DOC #
RS11066165

FORM VERIFIER IS ON ___

JOB NUMBER-COMPLETE
11250158F

SERVICE TYPE (RESTORATION)

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL, ALL |
| WATER/FLOOD | L01 | |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

WEATHER: HUMID / TEMP / SNOW / RAIN / WINDY

RATE CLASS EXAMPLES

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:
SIGNATURE=END OF SHIFT

CREW SHEET #
LAST 3 DIGITS OF JOB & DIGITS DATE (ADDED ONLY)

| LINE # | START DATE | STOP DATE | ID # | JOB NAME / JOB ADDRESS / TOOL BOX TRAINING | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | DAY/TEMP LABOR / VEHICLE CODE | SIGNATURE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3-12-14 | 3-12-14 | 8791 | Willie Regins | 84 | 7:30 / 12:06 | | 12:06 | 7.5 | L01 | 24 | 7.5 | x | x | x | x | 244 | | 20/ | | x | JFF | dll.6. | VERIFIER |
| 2 | | | 84947 | Israel A. Rivera | 85 | 8:30 / 13:02 | | 17:00 | 7.5 | L01 | 24 | 7.5 | x | x | x | x | 244 | | 20/ | | x | JFF | | VERIFIER |
| 3 | | | | | | | | | | | | | x | x | x | x | x | | | | x | RENTAL ☐ | | VERIFIER |
| 4 | | | | | | | | | | | | | x | x | x | x | x | | | | x | RENTAL ☐ | | VERIFIER |
| 5 | | | | | | | | | | | | | x | x | x | x | x | | | | x | RENTAL ☐ | | VERIFIER |
| 6 | | | | | | | | | | | | | x | x | x | x | x | | | | x | RENTAL ☐ | | VERIFIER |
| 7 | | | | | | | | | | | | | x | x | x | x | x | | | | x | RENTAL ☐ | | VERIFIER |
| 8 | | | | | | | | | | | | | x | x | x | x | x | | | | x | RENTAL ☐ | | VERIFIER |
| 9 | | | | | | | | | | | | | x | x | x | x | x | | | | x | RENTAL ☐ | | VERIFIER |
| 10 | | | | | | | | | | | | | x | x | x | x | x | | | | x | RENTAL ☐ | | VERIFIER |

RESPONSIBILITY OF APPROVER -PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Jose Will Leo

WORK DESCRIPTION- BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:
de Seand documento mark Wet bere to wonders to cofeso

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐ Y ☐ N

STEP 3-TOTAL HRS / THESE TWO TOTALS / STEP 4-PHASE HRS / STEP 5 – DOES THE PTS COVER: WHO ☐, WHEN ☐, WHERE ☐ / STEP 6-APPROVER SIGNATURE

FORM VERIFIER-PLEASE ENTER QUANTITY OF "0" FOR ALL ERC PAGES INCLUDED WITH THIS SHEET"

NONE / # OF PAGE 3 / # OF PAGE 4 / # OF PAGE 5 / RECEIPT TRACKING FORMS

PAGE 1

V0915/14

Case:17-03583-JTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 39 of 220

**PTS DOC #**

RS11066166

**BELFOR**

PROPERTY RESTORATION

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**FORM VERIFIER IS ON**

| LINE # | START DATE | STOP DATE |
|---|---|---|
| | 2-13-19 | 3-13-19 |

**CREW SHEET #**
LAST 3 DIGITS OF JOB & DIGIT DATE (ADMIN. ONLY)

**JOB NUMBER—COMPLETE**
112-01585

**JOB NAME**
Family

**JOB ADDRESS**
306 Ate.

**SAFETY TOPIC**
567 Juan P.A.

TOOL BOX TRAINING
COMPLETED? ☐ON

**LOSS CAUSE**
- ☐ FIRE
- ☐ WATER/FLOOD
- ☐ WIND
- ☐ MOLD
- ☐ EARTHQUAKE

**CODE LOCATION**
- L00 RESIDENTIAL, ALL
- L01
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- ☐ HUMID
- ☐ TEMP
- ☐ SNOW
- ☐ RAIN
- ☐ WINDY

### RATE CLASS EXAMPLES

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM | 529 | PICKUP, SUV OR CAR |
| TN | 530 | VAN, PASSENGER/CARGO |
| RS | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | 528 | TRUCK, 3/4 TON PICKUP |
| LF | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | 453 | TRUCK, EXTRACTION |
| DL | N/A | NO VEHICLE |

APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

**"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY**
FOR RENTAL CARS:

### PERSONNEL NAME

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE—END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114447 | Willie Pastine | PM | 8:30 | 12:06 13:00 | 17:30 | 7.5 | L01 | 22t | 7.5 | < | < | < | < | HA | 201 | < | 526 | | |
| 8741 | Israel A. Rios | RS | 8:30 | 12:00 13:00 | 17:00 | 7.5 | L01 | 22t | 7.5 | < | < | < | < | HA | 201 | < | | | |

FORM VERIFIER-PLEASE ENTER QUANTITY, or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET— NONE    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS    PAGE 1

Case:17-03283 RTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 40 of 220

PTS DOC #

RS11066167

**BELFOR**
RESTORATION

# PERSONNEL TRACKING

**FORM VERIFIER IS ON**

JOB NUMBER-COMPLETE: 11750135 55

JOB NAME: Family Service

JOB ADDRESS: 306 Hor. Bssse

SAFETY TOPIC: Jon Jeca 0.8

## SERVICE TYPE (RESTORATION)

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL, ALL |
| WATER/FLOOD | L01 | |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

**WEATHER**
HUMID
TEMP
SNOW
RAIN
WINDY

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

RATE CLASS EXAMPLES
APM  ASSISTANT PROJECT MGR
TN   TECHNICIAN (DRYING)
RS   RESTORATION SUPERVISO
RT   RESTORATION TECHNICIA
LF   LABOR FOREMAN
GL   GENERAL LABOR
DL   DAY/TEMP LABOR

**FOR RENTAL CARS:**
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

| LINE # | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | 24 HOUR CLOCK STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-14-19 | 11447 | Willie Psin | LN | 5:30 | 12:00 12:30 | 17:06 | 25 | | Lor | P1 | 25 | X | X | X | X | X | HHH | 351 | X | Rental | 351 | |
| 3-14-19 | 8761 | Israel A. Oliver | MS | 8:30 | 13:00 13:30 | 17.0 | 25 | | Lor | Rer | 25 | X | X | X | X | X | B/ | | X | Rental | R.P.C. | |

START DATE: 3-14-19
STOP DATE: 3-14-19

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

**FORM VERIFIER**-PLEASE ENTER QUANTITY "0" OR "0" FOR ALL EMC PAGES INCLUDED WITH THIS SHEET-

NONE / # OF PAGE 3 / # OF PAGE 4 / # OF PAGE 5

PAGE 1

RECEIPT TRACKING FORMS

V091514

RS11066168

**PERSONNEL TRACKING**

**BELFOR**

FORM VERIFIER IS ON

**SERVICE TYPE (RESTORATION)**

| FORM VERIFIER | LINE # | START DATE | STOP DATE | CREW SHEET # |
|---|---|---|---|---|
| | | 3-15-19 | 3-15-19 | |

JOB NUMBER-COMPLETE: 117 50 13 85

JOB NAME: Family Services

JOB ADDRESS: 800 Ave. Borres

SAFETY TOPIC: San Juan P.R.

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

**LOSS CAUSE / CODE / LOCATION**

| CODE | LOCATION | WEATHER |
|---|---|---|
| L00 RESIDENTIAL, ALL | FIRE | ☐ HUMID |
| L01 | WATER/FLOOD | ☐ TEMP |
| L02 | WIND | ☐ SNOW |
| L03 | MOLD | ☐ RAIN |
| L04 | EARTHQUAKE | ☐ WINDY |
| L05 | | |
| L06 | | |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

APM — ASSISTANT PROJECT MGR
TN — TECHNICIAN (DRYING)
RS — RESTORATION SUPERVISO
RT — RESTORATION TECHNICIA
LF — LABOR FOREMAN
GL — GENERAL LABOR
DL — DAY/TEMP LABOR

**"X" AFTER ANY VEHICLE CODE TO INDICATE FOR RENTAL CARS:**

FOR PERSONNEL NAME

| ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SHARE ROOM | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11147 | Willie Reyes | M | 8:30 | 12:00 | 17:00 | 9.5 | LC1 | 461 | 7.5 | ✓ | ✓ | ✓ | ✓ | ✓ | HH | 20 | ✓ | rental ☐ | |
| 11147 | Israel Rivera | RS | 5:30 | 11:00 13:00 | 17:00 | 25 | LC1 | 461 | 2.5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | rental ☐ | JRC |

Responsibility of approver / Please complete all requests below.

Step 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N

Step 3 TOTAL HRS

Step 3 THESE TWO TOTALS MUST MATCH: 15 / 15

WORK DESCRIPTION: Based on locations worked and phase code(s), please describe what work the crew performed: Family Services, Control to Operations. Clean to operate workers.

Case:17-03383 Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 42 of 220

PTS DOC #

RS11066169

**BELFOR**

PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

PROPERTY/RESTORATION

| | |
|---|---|
| FORM VERIFIER IS ON | |
| JOB NUMBER-COMPLETE | 1170 / 3 8 5 |
| JOB NAME | |
| JOB ADDRESS | 306 Ave Banbsr |
| SAFETY TOPIC | Sensura Dr |

LAST 3 DIGITS OF JOB-4 DIGIT DATE (ADMIN ONLY)

LOSS CAUSE / CODE / LOCATION

FIRE / L00 RESIDENTIAL, ALL
WATER/FLOOD / L01
WIND / L02
MOLD / L03
EARTHQUAKE / L04
L05
L06

WEATHER: HUMID, TEMP, SNOW, RAIN, WINDY

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 3-16-19 | 2-16-19 | 4447 | Willie Reins | 04 | | | |
| 2 | | | | Hotel Perdiem | | | | |

Location Code

Phase Code "WHAT"

Hours by Phase: SMALL TOOLS, PPE, PRP-FIT TEST, PPE-HARNESS, PER DIEM

SEE GUIDE SHEET: HOTEL NAME CODE, HOTEL ROOM #, SHARE ROOM, DAY/TEMP LABOR, VEHICLE CODE, SIGNATURE-END OF SHIFT

RATE CLASS EXAMPLES:
| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/ROAD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

PERSONNEL NAME

STEP 1-PRINT APPROVER NAME
RESPONSIBILITY OF APPROVER: PLEASE COMPLETE ALL REQUESTS BELOW

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

V09/15/4

FORM VERIFIER—PLEASE ENTER QUANTITY OR "0" FOR ALL B&C PAGES INCLUDED WITH THIS SHEET

NONE    PAGE 1    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

PTS DOC #
RS11066171

**PERSONNEL TRACKING**

**BELFOR** PROPERTY RESTORATION

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

JOB NUMBER-COMPLETE: 1120 15 85

JOB NAME

JOB ADDRESS: 306 Ave Barbosa

SAFETY TOPIC: SG William Pr.

| LINE # | START DATE | STOP DATE | CREW SHEET # |
|---|---|---|---|
| 9-17-19 | 3-17-19 | | |

INITIALS — C=CIRCLE DAY: M T W TH F SA SU

PRINT FIRST / THEN LAST NAME: Willie Reins

LOSS CAUSE:
- FIRE
- WATER/FLOOD
- WIND
- MOLD
- EARTHQUAKE

LOCATION / CODE:
- L00 RESIDENTIAL, ALL
- L01
- L02
- L03
- L04
- L05
- L06

WEATHER:
- HUMID
- TEMP
- SNOW
- RAIN
- WINDY

| | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM |
|---|---|---|---|---|---|
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |
| | X | X | X | X | X |

RATE CLASS EXAMPLES / FOR RENTAL CARS:

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

CODE: APM ASSISTANT PROJECT MGR; TN TECHNICIAN (DRYING); RS RESTORATION SUPERVISOR; RT RESTORATION TECHNICIAN; LF LABOR FOREMAN; GL GENERAL LABOR; DL DAY/TEMP LABOR

VEHICLE CODE: 554

SIGNATURE-END OF SHIFT

STEP 4 - PRINT APPROVER NAME: Hotel Pedicum

RESPONSIBILITY OF APPROVER
STEP 2 - DID THE FORM VERIFIER REVIEW THIS FORM? □ Y □ N
STEP 3 - 3 TOTAL HRS. THESE TWO TOTALS MUST MATCH

VERIFIER — PLEASE ENTER QUANTITY OF "0" FOR ALL EXC PAGES INCLUDED WITH THIS SHEET

NONE ___  #OF PAGE 3 ___  # OF PAGE 4 ___  # OF PAGE 5 ___

PAGE 1

RECEIPT TRACKING FORMS

V09151A

**BELFOR**

PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

PROPERTY RESTORATION

PTS DOC #  RS10973881

FORM VERIFIER IS ON

JOB NUMBER-COMPLETE: 1750185

JOB NAME: Domily Services

JOB ADDRESS: 301 Ave. Border

SAFETY TOPIC: San Juan P.R.

CREW SHEET #

START DATE: 3-20-19

STOP DATE: 3-20-19

LINE #

ID #: 8751 / 111447

PRINT FIRST THEN LAST NAME: Willie Pam

| ID# | PERSONNEL NAME | RATE CLASS | START TIME | STOP TIME | STOP TIME | BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE=END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Willie Pam | RS 8.30 | 8:30 | 19:00 | 17:00 | 25 | L01 | eat | 7.5 | Y | Y | Y | Y | Y | HP4 201 | Y | 525 | eul C. |
| | J5 Pam Pam | AM 8:30 | 7:00 | 17:00 | 25 | L01 | eat | 7.5 | Y | Y | Y | Y | Y | | Y | | |

WORK DESCRIPTION: Chapter to load sprite end clean what hust

Chapter to load sprite end clean what hust

**PERSONNEL TRACKING**

BELFOR (●)
PROPERTY RESTORATION

PTS DOC #
RS10973882

FORM VERIFIER IS ON

**FORM VERIFIER**

JOB NUMBER-COMPLETE

SERVICE TYPE (RESTORATION)

| | CODE | LOCATION |
|---|---|---|
| LOSS CAUSE | | |
| FIRE | L00 | RESIDENTIAL ALL |
| WATER/FLOOD | L01 | |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

**WEATHER**
APM / HUMID / TEMP / SNOW / RAIN / WINDY

CREW SHEET #

LINE #

START DATE: 3-21-19
STOP DATE: 3-21-19

CREW SHEET#

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | LUNCH | 24 HOUR | BY PERSON | BY OTHER | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|
| 114147 | Willie Reyna | PM | 7:30 | 12:00 13:00 | 17:00 | 25 | | L01 ee? | ee? | 25 |
| 8741 | Israel A. Rivera | RS | 7:30 | 12:00 13:00 17:00 | | 25 | | L01 ee? | 2.5 | |

STEP 2-3rd THE FORM VERIFIER WRITES THIS FORM
STEP 3-TOTAL HRS: 15
THESE TWO TOTALS MUST MATCH
STEP 4-PHASE HRS: 15

JOB NAME
JOB ADDRESS: 306 Ave. Debris
SAFETY TOPIC

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**PERSONNEL NAME**

| SIGNATURE-END OF SHIFT |
|---|
| VERIFIER |
| VERIFIER |
| VERIFIER |

**RESPONSIBILITY OF APPROVER** - PLEASE COMPLETE ALL REQUESTS BELOW

APPROVER NAME: William Payne

WORK DESCRIPTION: Met with Leo to cover plans agency confirmed to tool help

VO91514   FORM   NONE   PAGE 1   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc: Exhibit Supporting Documents 1 Page 46 of 220

# BELFOR

PROPERTY RESTORATION

**PERSONNEL TRACKING**

PTS DOC #

RS10973883

**FORM VERIFIER IS ON**

SERVICE TYPE (RESTORATION)

| LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| WATER/FLOOD | L01 | Dorr 15. | TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| WIND | L02 | | SNOW | RS RESTORATION (DRYING) | 518 | TRUCK-MOVING/BOX/BOARD UP |
| MOLD | L03 | | RAIN | RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| EARTHQUAKE | L04 | | WINDY | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | L05 | | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | L06 | | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |

**JOB NUMBER-COMPLETE**

1150 6585

**JOB NAME** Family Services

**JOB ADDRESS** 306 Ave. Barbosa
San Juan P.R.

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED?** ☐ Y ☐ N

## CREW SHEET

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-2-19 | 3-22-19 | 44447 | Willie Rosha | PM | 7:30 | 12:00 12:30 | 17:00 | 2.5 | | L01 | CCF | 9.5 | ✓ | ✓ | ✓ | ✓ | ✓ | WH | 201 | ✓ | RENTAL ☐ SCB | _VERIFIER |
| | | | 8791 | Israel A. Rivers | AS | 8:30 | 12:00 13:30 | 17:00 | 2.5 | | L01 | CCF | 9.5 | ✓ | ✓ | ✓ | ✓ | ✓ | WHH | 201 | ✓ | RENTAL ☐ | _VERIFIER |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Wents to ASS deplopulent for people work, conduct to load trucks

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Rosha

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐ Y ☐ N

STEP 3-TOTAL HRS: THESE TWO TOTALS MUST MATCH ▶ STEP 4-PHASE HRS:

STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT ☐ WHERE ☐ WHY ☐ HOW ☐

STEP 6-APPROVER SIGNATURE: ___

FORM VERIFIER-PLEASE ENTER QUANTITY of "✓" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET: NONE ___

V091514     PAGE 1     #OF PAGE 3     # OF PAGE 4     # OF PAGE 5     RECEIPT TRACKING FORMS

PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

BELFOR

**BELFOR PROPERTY RESTORATION**

FORM VERIFIER IS ON

JOB NUMBER—COMPLETE

PTS DOC #

RS10973884

| | | | | | |
|---|---|---|---|---|---|
| START DATE | JOB NAME | | | JOB NUMBER | |
| 3-23-19 | family service | | | 11730 1755 | |
| STOP DATE | JOB ADDRESS | | | | |
| 3-23-19 | 306 Aor- Bader | | | | |
| CREW SHEET # | SAFETY TOPIC | | | | |
| | San Jan | P.t | | | |
| | TOOL BOX TRAINING COMPLETED? | ☐ Y ☐ N | | | |

**LOSS CAUSE**

| CODE | LOCATION |
|---|---|
| L00 | RESIDENTIAL ALL |
| L01 | Part b. |
| L02 | |
| L03 | |
| L04 | |
| L05 | |
| L06 | |

FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

**WEATHER:** HUMID, TEMP, SNOW, RAIN, WINDY

**RATE CLASS EXAMPLES**

| | |
|---|---|
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISC |
| RT | RESTORATION TECHNICIA |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

**PERSONNEL TRACKING**

| ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | LUNCH START TIME | LUNCH STOP TIME | BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPE-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE—END OF SHIFT PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 897 | Willie Perins | La | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | HP#201 | ✓ | ✓ | 508 RENTAL ☐ | |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Perins

STEP 2-OLD THE FORM VERIFIER REVIEW THIS FORM ☐ Y ☐ N

RR DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

STEP 6-APPROVER SIGNATURE

PAGE 1    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

V091514

**BELFOR**

PERSONNEL TRACKING

PTS DOC #
RS10973885

FORM VERIFIER IS ON

**SERVICE TYPE (RESTORATION)**

| LOSS CAUSE | CODE | LOCATION | | WEATHER | |
|---|---|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | APM | HUMID | |
| WATER/FLOOD | L01 | | TN | TEMP | |
| WIND | L02 | | | SNOW | |
| MOLD | L03 | | | RAIN | |
| EARTHQUAKE | L04 | | | WINDY | |
| | L05 | | | | |
| | L06 | | | | |

JOB NUMBER-COMPLETE
1/1 30 51 85

JOB NAME
Family Services

JOB ADDRESS
30G · Ave. Barbosa
San Juan P.R.

SAFETY TOPIC

TOOL BOX TRAINING
COMPLETED? □ Y □ N

CREW SHEET #

LINE # _____
START DATE  3-24-19
STOP DATE  3-24-19

ID#  114447

| PERSONNEL NAME | | |
|---|---|---|
| PRINT FIRST THEN LAST NAME | RATE CLASS | |
| willie Peiros | Mn | |

**24 HOUR CLOCK**

| LUNCH | 24 HOUR START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP | PER DIEM | HOTEL NAME CODE # | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | 1844 201 | ✓ | 565 | | VERIFIER |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/(ROAD) LIFT |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**FOR RENTAL CARS:**
INDICATE "X" AFTER ANY VEHICLE CODE TO FOR TRANSPORTATION ONLY

RESPONSIBILITY OF APPROVER - PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME
Willie Peiros

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Hotel Problem

FORM VERIFIER-PLEASE ENTER QUANTITY OF "0" FOR ALL EXC PAGES INCLUDED WITH THIS SHEET-

FORM VO9I5I4

#OF PAGE 3 _____     # OF PAGE 4 _____     # OF PAGE 5 _____     RECEIPT TRACKING FORMS

PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (⦿)
PROPERTY RESTORATION

PTS DOC #
RS11066173

**FORM VERIFIER IS ON**
LINE #
START DATE 3-25-19
STOP DATE 3-25-19
CREW SHEET#
LAST 3 DIGITS OF JOB-6 DIGIT DATE (ADMIN ONLY)

CIRCLE DAY  M  T  W  TH  F  SA  SU
CIRCLE DAY  M  T  W  TH  F  SA  SU
INITIALS

**JOB NUMBER-COMPLETE**
11750158S

**JOB NAME**
Family Services

**JOB ADDRESS**
306 ave Darbosa
Sanguen Dr

SAFETY TOPIC

TOOL BOX TRAINING
COMPLETED? ☐Y ☐N

| LOSS CAUSE | | CODE | LOCATION | WEATHER | |
|---|---|---|---|---|---|
| ☐ | FIRE | L00 | RESIDENTIAL ALL | ☐ | HUMID |
| ☐ | WATER/FLOOD | L01 | Abr + 15 | ☐ | TEMP |
| ☐ | WIND | L02 | | ☐ | SNOW |
| ☐ | MOLD | L03 | | ☐ | RAIN |
| ☐ | EARTHQUAKE | L04 | | ☐ | WINDY |
| ☐ | | L05 | | ☐ | |
| ☐ | | L06 | | ☐ | |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

SHIFT-   PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DOD-DEODORIZATION /DMO-DEHUMIDIFICATION /DMG-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY&TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT-TEST | PPP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | BY PERSON | | | | | | | | | | | | | | | |
| 01 | 1025 | 1114D | Willo. Perane | PM | 8:30 | 1200 1200 | 7:00 | 7.5 | | L01 | e0L | 7.5 | Y | Y | Y | Y | | | OHPH201 | | Y | 529 | | VERIFIER |
| 02 | A+ | 8791 | Israel A. Rivera | RS | 8:30 | 12:00 13:00 | 7:00 | 9.5 | | L01 | e0.1 | 9.5 | Y | Y | Y | Y | | | | | Y | RENTAL☐ | Saul Q. | VERIFIER |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | | | Y | RENTAL☐ | | VERIFIER |

**RESPONSIBILITY OF APPROVER** [PLEASE COMPLETE ALL REQUESTS BELOW]

VERIFICATION OF PTS DATA

| STEP 1-PRINT APPROVER NAME Willo. Perane | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | ↑VERIFY TOTAL HRS STEP 3-TOTAL HRS 15' | STEP 4-PHASE HRS THESE TWO TOTALS MUST MATCH | ↑VERIFY TOTAL HRS 15: | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC. WHAT☐ WHERE☐ WHEN☐ HOW☐ | APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Met with Jon to go over Scope of Work again and go over paper work
Confirmed to Clean ware house and load truck.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-     NONE     #OF PAGE 3     # OF PAGE 4     # OF PAGE 5     RECEIPT TRACKING FORMS

V091514                                                    PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| | | |
|---|---|---|
| PTS DOC # RS11066174 | FORM VERIFIER IS ON | JOB NUMBER-COMPLETE 117301595 |
| | START DATE 3-26-19 | JOB NAME Public Service |
| | STOP DATE 3-26-19 | JOB ADDRESS 300 Ave. Iceberg San Juan P.R. |
| | CREW SHEET# | SAFETY TOPIC |

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | HUMID |
| WATER/FLOOD | L01 | Dpt. US. | TEMP |
| WIND | L02 | | SNOW |
| MOLD | L03 | | RAIN |
| EARTHQUAKE | L04 | | WINDY |
| | L05 | | |
| | L06 | | |

**RATE CLASS EXAMPLES**

| CODE | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-NPSES | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1025 114440 | Willie Pasino | PM | 8:30 | 12:00 1:00 | 7:00 | 2.5 | | L01 | e6t | 2.5 | Y | Y | Y | Y | Off Off | 201 | | 529 | ___ VERIFIER |
| 02 | At 8791 | Israel A. Bruer | RS | 8:30 | 12:00 1:00 | 7:00 | 2.5 | | L01 | e6t | 2.5 | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME Willie Pesina

THESE TWO TOTALS MUST MATCH   15   ←→   15

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continue to work on warehouse and trucks.

PAGE 1

V091514

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR** (o)
PROPERTYRESTORATION

| FORM VERIFIER IS ON | | | |
|---|---|---|---|
| PTS DOC # RS11066175 | START DATE 3-27-19 | STOP DATE 3-27-19 | JOB NUMBER-COMPLETE 172301505 |
| | | | JOB NAME Familia Service |
| | | | JOB ADDRESS 326 Ave. Barbosa San Juan P.R. |
| CREW SHEET# | | | SAFETY TOPIC |

**LOSS CAUSE**

| | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 RESIDENTIAL ALL | | ☐ HUMID |
| ☐ WATER/FLOOD | L01 Port 15 | | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

**RATE CLASS EXAMPLES** / **CODE** / **VEHICLE NAME (TABLE)**

| | | CODE | VEHICLE NAME |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST *THEN* LAST NAME | RATE CLASS | START TIME | LUNCH STOP TIME | STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PFP-FIT TEST | PFP-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 114440 | Willie Pasine | Pm | 8:30 | 12:00 1:00 | 7:00 | 7.5 | | L01 | E06 | 7.5 | | Y | | Y | Y | 04PH | 201 | | 525 | _____ VERIFIER |
| 02 04 | 5791 | Israel A. River | AS | 8:30 | 12:00 1:00 | 7:00 | 7.5 | | L01 | R06 | 7.5 | Y | Y | Y | Y | Y | | | | RENTAL ☐ | Isael C. _____ VERIFIER |
| 03 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |
| 04 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |
| 05 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |
| 06 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |
| 07 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |
| 08 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |
| 09 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |
| 10 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |
| 11 | | | | | / | | | | | | | Y | Y | Y | Y | | | | | Y RENTAL ☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Pan | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐ Y ☐ N | STEP 3-TOTAL HRS | STEP 4-PHASE HRS | STEP 5 – DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|
| | THESE TWO TOTALS MUST MATCH 15 / 15 | | | WHO ☐ WHEN ☐ WHERE ☐ WORK DESC.☐ WHAT ☐ WHERE☐ WHY☐ HOW☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Met with leo to go over. missing paperwork and go over change of plans. Worked on ...

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ●
PROPERTY RESTORATION

| | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|
| | FIRE | L00 | RESIDENTIAL ALL | HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| | WATER/FLOOD | L01 | Apt 15 | TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| | WIND | L02 | | SNOW | RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| | MOLD | L03 | | RAIN | RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| | EARTHQUAKE | L04 | | WINDY | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | | L05 | | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | | L06 | | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |

PTS DOC #
RS110066176

FORM VERIFIER IS ON
LINE #     INITIALS

JOB NUMBER-COMPLETE
11280185.5

START DATE  ←CIRCLE DAY→ M T W
3-28-19     F SA SU

JOB NAME
Family Service

STOP DATE  ←CIRCLE DAY→ M T W
3-28-19     F SA SU

JOB ADDRESS
306 Ave. Barbosa
San Juan P.R

CREW SHEET#
LAST 3 DIGITS OF JOB 6 DIGIT DATE-(ADMIN ONLY)

SAFETY TOPIC

TOOL BOX TRAINING
COMPLETED? ☐Y ☐N

SHIFT-  PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH / TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME CLEARLY PRINT YOUR NAME HELPS ENSURE THE CORRECT PERSON IS BEING PAID FOR HOURS WORKED. AN ILLEGIBLE NAME MAY RESULT IN UNTIMELY OR NO PAY PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT-TEST | PRP-HAND | PER DIEM | SEE GUIDE SHEET HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | SEE TABLE VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 114447 | Willie Palma | RM | 8:30 | 1700 1800 | 7:00 | 7.5 | 101 | eqt | 2.5 | Y | Y | Y | Y | APH | 901 | | 505 RENTAL ☐ | _____VERIFIER |
| 02 | 8791 | Israel A. Rivera | RS | 8:30 | 1700 1800 | 2:00 | 23 | 101 | eqt | 2.5 | Y | Y | Y | Y | | | | RENTAL ☐ | Isl. C. _____VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____VERIFIER |

"X"  AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:
YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY YOUR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME
Willie Palma

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL
OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

↑VERIFY TOTAL HRS
STEP 3-TOTAL HRS  THESE TWO TOTALS MUST MATCH  15

↑VERIFY TOTAL HRS
STEP 4-PHASE HRS

VERIFICATION OF PTS DATA
STEP 5 – DOES THE PTS COVER:
WHO ☐  WHEN ☐  WHERE ☐

APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED
STEP 6-APPROVER SIGNATURE

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
WORK DESC.  WHAT ☐  WHERE ☐  WHY ☐  HOW ☐

Worked on today on weather and would up out in today # 2

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514

PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

PTS DOC #
RS11066177

| FORM VERIFIER IS ON | | | | |
|---|---|---|---|---|
| LINE # | | INITIALS | JOB NUMBER-COMPLETE 1125015ES | |
| START DATE 3-29-19 | ←CIRCLE DAY M T W TH F SA SU | JOB NAME Family Services | |
| STOP DATE 3-29-19 | ←CIRCLE DAY M T W TH F SA SU | JOB ADDRESS 306 Ave. Barbes | |
| CREW SHEET# LAST 3 DIGITS OF JOB-6 DIGIT DATE (ADMIN ONLY) | | San Juan P.R | |
| | | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y☐N | |

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Part II | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | ☐ |
| | L06 | | ☐ |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

SHIFT-   PHASE CODE EXAMPLES: 3BC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION / OFF-OFFICE ADMINISTRATION / OZO-OZONE / SAL-SALES / SBT-STAND BY TIME / SCC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL / CAB-CABINETRY / CON-CONTENT MANIPULATION / CLN-CLEANING / DEO-DEODORIZATION / DHU-DEHUMIDIFICATION / DMO-GENERAL DEMOLITION / DOR-DOORS / DRY-DRYWALL / ELE-ELECTRICAL / EME-EMERGENCY / EST-ESTIMATING / EQP-EQUIPMENT (SET UP-TAKE DOWN) / FNC-FINISH CARPENTRY / TRM-FRAMING / FNH-FINISH HARDWARE / FRM-FRAMING / HAU-HAULING / LDS-LANDSCAPING / LLT-LIGHT FIXTURES / MDR-MOLD REMEDIATION / PLM-PLUMBING / PNT-PAINTING / PWA-POWERWASH / SEC-SECURITY / SEW-SEWER CLEAN UP / STK-STAIN KILL / TMP-TEMPORARY REPAIRS / WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-FIT TEST | PPP-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 P91 | 04447 | Willie Pesina | PA | 8:30 | 1200 1300 | 7:00 | | 25 | | LCI | eqt | 25 | Y | Y | Y | Y | Y | APM | 201 | Y | 529 RENTAL☐ | _____VERIFIER |
| 02 A7 | 5791 | Israel A. Rivera | PS | 8:30 | 1000 1300 | 7:00 | | 25 | | LCI | eqt | 7.5 | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | Ind C _____VERIFIER |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | _____VERIFIER |

**RESPONSIBILITY OF APPROVER** [PLEASE COMPLETE ALL REQUESTS BELOW]

| STEP 1-PRINT APPROVER NAME Willie Pesina | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. ☐Y ☐N | STEP 3-TOTAL HRS 15 | THESE TWO TOTALS MUST MATCH | ↑VERIFY TOTAL HRS ↑VERIFY TOTAL HRS 15 | STEP 4-PHASE HRS | VERIFICATION OF PTS DATA STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC- WHAT☐ WWHERE☐ WHY☐ HOW☐ | APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Meet with ess to file new estimate on leaving all 12,000 boxes. and would in warehouse.

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514                                          PAGE 1

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

**BELFOR** (●●)
PROPERTY RESTORATION

**PTS DOC # RS11066178**

**FORM VERIFIER IS ON** LINE #

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|
| LINE # | 112501585 | FIRE | L00 RESIDENTIAL ALL | | HUMID | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE INITIALS | JOB NAME | WATER/FLOOD | L01 Port 15 | | TEMP | TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| 3-30-19 | Family Services | WIND | L02 | | SNOW | RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| STOP DATE | JOB ADDRESS | MOLD | L03 | | RAIN | RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| 3-30-19 | 306 Ave. Barbosa | EARTHQUAKE | L04 | | WINDY | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| CREW SHEET# | San Juan P.R. | | L05 | | | GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | SAFETY TOPIC | | L06 | | | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PRP-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | RENTAL | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1085 | 114443 | Willie Peine | RM | | | | | | | | Y | Y | Y | Y | Ⓧ | HPH | 201 | | 529 | | ___ VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | RENTAL ☐ | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER :PLEASE COMPLETE ALL REQUESTS BELOW**

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|---|
| Willie Peine | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | | | | WHO ☐ WHEN ☐ WHERE ☐ | | |

**WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED**

Hotel Perdiem

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-**   NONE ___   #OF PAGE 3 ___   # OF PAGE 4 ___   # OF PAGE 5 ___   RECEIPT TRACKING FORMS

V091514   PAGE 1

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

**PTS DOC #** RS11061179

**FORM VERIFIER IS ON**

LINE #

START DATE ← CIRCLE DAY M T W TH
3-31-19   F SA (SU) INITIALS

STOP DATE ← CIRCLE DAY M T W TH
3-31-19   F SA (SU)

**CREW SHEET#**
LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 17501585

**JOB NAME** Family Services

**JOB ADDRESS** 366 Ave. Barbosa
San Juan P.R.

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Def LS | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | ☐ |
| | L06 | | ☐ |

**RATE CLASS EXAMPLES**
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

**CODE VEHICLE NAME (TABLE)**
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 3/4 TON PICKUP
527 TRUCK, 1 TON 4X4 W/LIFTGATE
453 TRUCK, EXTRACTION
N/A NO VEHICLE
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

SHIFT-

PHASE CODE EXAMPLES: 3BC-JOB CHECK & PHOTOS /3SS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH / TVL-TRAVEL/CAB-CABINETRY /CON-CONTENT MANIPULATION/CLN-CLEANING / DEO-DEODORIZATION /DMU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL / ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/RTM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | 24 HOUR CLOCK STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PIT TEST | PIT FRAMING | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 44497 | Willie Perez | APM | | | | | | | | Y | Y | Y | Y | 9 | HPH | 801 | Y | 529 RENTAL ☐ | _____ VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** ↑PLEASE COMPLETE ALL REQUESTS BELOW

**VERIFICATION OF PTS DATA**

**APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED**

| STEP 1-PRINT APPROVER NAME Willie Perez | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING YOUR SECTION OF FORM. | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC. WHAT ☐ WHERF ☐ WHY ☐ HOW ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Per diem -

**FORM VERIFIER-**PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

BELFOR (●)
PROPERTY RESTORATION

| | | | |
|---|---|---|---|
| **FORM VERIFIER IS ON** | | **JOB NUMBER-COMPLETE** 11750 585 | |
| **START DATE** 12-5-18 | | **JOB NAME** Family Services. | |
| **STOP DATE** 12-5-18 | | **JOB ADDRESS** 306 Ave Borbosa + Sanjuan Pr. | |
| **CREW SHEET #** | | **SAFETY TOPIC** | **TOOL BOX TRAINING COMPLETED?** ☐Y ☐N |

PTS DOC # RS11211501

**LOSS CAUSE**
- ☐ FIRE
- ☐ WATER/FLOOD
- ☐ WIND
- ☐ MOLD
- ☐ EARTHQUAKE

**CODE LOCATION**
- L00 RESIDENTIAL ALL
- L01 Artis
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- ☐ HUMID
- ☐ TEMP
- ☐ SNOW
- ☐ RAIN
- ☐ WINDY

**RATE CLASS EXAMPLES**
| CODE | |
|---|---|
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISOR |
| RT | RESTORATION TECHNICIAN |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

**VEHICLE NAME (TABLE)**
| CODE | |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP FIT TEST | PPP WAIVER | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 7025 | 1/1447 | Willie Pasina. | APM | 8:00 | 1200 1300 | 1800 | 9 | L01 | aon | 9 | Y | Y | Y | Y | 141 | 20 | | 529 | |
| 02 At | 8791 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | L01 | 0n | 8 | | Y | Y | Y | | | RENTAL ☐ | | |
| 03 At | 1947 | Christopher Rosado | GL | 8:00 | 1300 1330 | 17:00 | 8 | L01 | 0n | 8 | Y | Y | Y | Y | | | RENTAL ☐ | Christopher rosaro | |
| 04 At | 5503 | Mitchel Burmdz | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | 0n | 8 | Y | Y | Y | Y | | | RENTAL ☐ | Mitchell Bermidez | |
| 05 At | 9008 | Kenneth Navdd | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | 0n | 8 | Y | Y | Y | Y | | | RENTAL ☐ | Kineth Nada | |
| 06 At | X71 | Christian Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | 0n | 8 | Y | Y | Y | Y | | | RENTAL ☐ | C. ririo | |
| 07 At | 2808 | Edgar albino | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | 0n | 8 | Y | Y | Y | Y | | | RENTAL ☐ | Eqnd Albn | |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Pasm | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS 57 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 57 | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Conduct to Palstze · boyes. Ready for Delivery

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514                    PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (CONTENTS DOCUMENTS)

**BELFOR** ●
PROPERTY RESTORATION

PTS DOC # CN340389

**FORM VERIFIER IS ON**

LINE #_____ INITIALS_____
**START DATE** ← CIRCLE DAY M T W TH F SA SU
*11-6-18*
**STOP DATE** ← CIRCLE DAY M T W TH F SA SU
*12-6-18*

**CREW SHEET #**
LAST 3 DIGITS OF JOB-6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** *11750585*
**JOB NAME** *Family Services*
**JOB ADDRESS** *Job ave Barbosa. San Juan Pr.*
**SAFETY TOPIC** | **TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

| LOSS CAUSE | | CODE | LOCATION | | WEATHER | | RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | FIRE | L00 | RESIDENTIAL ALL | ☐ | HUMID | TN | TECHNICIAN | 529 | PICKUP, SUV OR CAR |
| ☐ | WATER/FLOOD | L01 *Port 15* | ☐ | TEMP | TS | TECHNICAL SPECIALIST | 530 | VAN, PASSENGER/CARGO |
| ☐ | WIND | L02 | ☐ | SNOW | TL | TEAM LEADER | 518 | TRUCK-MOVING/BOX/BOARD UP |
| ☐ | MOLD | L03 | ☐ | RAIN | TSE | TECHNICAL SUPPORT ENG. | 528 | TRUCK, 3/4 TON PICKUP |
| ☐ | EARTHQUAKE | L04 | ☐ | WINDY | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| ☐ | | L05 | ☐ | | GL | GENERAL/SKILLED BELFOR TRAINED | 453 | TRUCK, EXTRACTION |
| ☐ | | L06 | ☐ | | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**FOR RENTAL CARS:** FILL IN VEHICLE CODE AND CHECK BOX

PHASE CODE EXAMPLES: APP=APPLIANCES /BOX=CLEANING OF BOXES /CEL=CONTENT CLNG /CGN=GENERAL CONTENTS /CHF=CONTENT CLNG-HARD FURNITURE /CIN=CARTAGE IN /COL=CLEAN ON LOCATION /CON=CONTENT MANIPULATION /COU=CARTAGE OUT /CPS=CONTENT PACK-HAND STORAGE /CUP=CLEANING UPHOLSTERY /DCL=DRY CLEANING /DCR=DOCUMENTS /HFC=HARD FURNITURE /JBC=JOB CHECK-PHOTOS /JSS=JOB SUPPORT SUPERVISION /OFF=OFFICE
ADMINISTRATION /OZO=OZONE /SAL=SALES /SBT=STAND BY TIME /SCC=STEAM CLEAN CARPET /TSH=TRASH /TVL=TRAVEL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START/STOP TIME | STOP TIME | TOTAL HOURS BY MANAGER | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PPE-FIT TEST | PPE-ANNUAL | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 *1025* | 111447 | Willie Posma | PM | 8:00 | 12:00/1:00 | 18:00 | 9 | C01 | OCR | 9 | Y | Y | Y | Y | O | HPR | 201 | Y | 529 RENTAL☐ | *(signature)* VERIFIER |
| 02 A+ | 2808 | Eduard Albino | GC | 8:00 | 12:00/1:00 | 17:00 | 8 | C01 | OCR | 8 | O | O | Y | Y | Y | | | Y | RENTAL☐ | *Edw Albino* VERIFIER |
| 03 A+ | 9008 | Kenneth Oquedo | GC | 8:00 | 12:00/1:30 | 17:00 | 8 | C01 | OCR | 8 | O | O | Y | Y | | | | Y | RENTAL☐ | *Kenneth Oquedo* VERIFIER |
| 04 A+ | 5503 | Mitchell Bermudez | GC | 8:00 | 12:00/1:30 | 17:00 | 8 | C01 | OCR | 8 | O | O | Y | Y | | | | Y | RENTAL☐ | *Mitchell Bermudez* VERIFIER |
| 05 A+ | 8791 | Israel A. Rivera Negron | RS | 8:00 | 12:00/1:30 | 17:00 | 8 | C01 | OCR | 8 | O | O | Y | Y | | | | Y | RENTAL☐ | *Isel A.* VERIFIER |
| 06 A+ | 1947 | Christopher Rosado | GC | 8:00 | 12:00/1:30 | 17:00 | 8 | C01 | OCR | 8 | O | O | Y | Y | | | | Y | RENTAL☐ | *christopher rosario* VERIFIER |
| 07 A+ | 7671 | Christian Rosario | GC | 8:00 | 12:00/1:30 | 17:00 | 8 | C01 | OCR | 8 | O | O | Y | Y | | | | Y | RENTAL☐ | *Chr rosario* VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |

**RESPONSIBILITY OF MANAGER:** PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1-**PRINT MANAGER NAME *Willie Posma*

**STEP 2-**DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? ☐Y ☐N IF "N", YOU MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

**STEP 3-**TOTAL HRS *57*
THESE TWO TOTALS SHOULD MATCH

**STEP 4-**PHASE HRS *57*

**STEP 5-**DOES THE PTS COVER: WHO☐ WHAT☐ WHERE☐
WORK DESC WHAT☐ WHERE☐ WIN☐ HOW☐

**STEP 6-**MANAGER SIGNATURE *(signature)*

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

*Continue to Move clean boxes on to Pallets. and Stretch wrap.*

**FORM VERIFIER-**PLEASE CHECK BOX AND ENTER QUANTITY FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- ☐NONE ☐PAGE 3- # OF PAGES____ ☐PAGE 4- # OF PAGES____ ☐PAGE 5- # OF PAGES____ ☐ # OF RECEIPT FORMS____
V033114.A
PAGE 1

**Scanned with CamScanner**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR ⬤**
PROPERTY RESTORATION

PTS DOC # RS10973431

FORM VERIFIER IS ON

LINE # ___ ←INITIAL

START DATE 12-7-18  ←CIRCLE DAY M T W TH F SA SU

STOP DATE 12-7-18  ←CIRCLE DAY M T W TH F SA SU

CREW SHEET# (LAST 3 DIGITS OF JOB-6 DIGIT DATE-ADMIN ONLY)

JOB NUMBER-COMPLETE: 117501585

JOB NAME: Family Services

JOB ADDRESS: 306 Ave Barbosa

SAFETY TOPIC: ___

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

**LOSS CAUSE**
☐ FIRE
☐ WATER/FLOOD
☐ WIND
☐ MOLD
☐ EARTHQUAKE

**CODE / LOCATION**
L00 RESIDENTIAL ALL
L01 Port 15.
L02
L03
L04
L05
L06

**WEATHER**
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

**RATE CLASS EXAMPLES**
APM  ASSISTANT PROJECT MGR
TN   TECHNICIAN (DRYING)
RS   RESTORATION SUPERVISOR
RT   RESTORATION TECHNICIAN
LF   LABOR FOREMAN
GL   GENERAL LABOR
DL   DAY/TEMP LABOR

**CODE / VEHICLE NAME (TABLE)**
529  PICKUP, SUV OR CAR
530  VAN, PASSENGER/CARGO
518  TRUCK-MOVING/BOX/BOARD UP
528  TRUCK, 3/4 TON PICKUP
527  TRUCK, 1 TON 4X4 W/LIFTGATE
453  TRUCK, EXTRACTION
N/A  NO VEHICLE
"X"  AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PER FIT TEST | PPP HANDED | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Posina | PM | 8:00 | 12:00 13:00 | 18:00 | 9 | L01 | Den | 9 | Y | Y | Y | Y | ⊘ | APM | 201 | | 528 RENTAL☐ | _sig_ |
| 02 1947 | | Christobal Posadas | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | den | 8 | ⊘ | Y | Y | | | | | | RENTAL☐ | Christobal Posadas |
| 03 8791 | | J Space Rivera | RS | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | den | 8 | ⊘ | Y | Y | Y | | | | | RENTAL☐ | J... rivera |
| 04 7171 | | Christian Castillo | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | den | 8 | ⊘ | Y | Y | | | | | | RENTAL☐ | _sig_ |
| 05 2808 | | Edgardo Albino | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | den | 8 | ⊘ | Y | Y | | | | | | RENTAL☐ | _sig_ |
| 06 5503 | | Mitchell Bermudez | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | den | 8 | ⊘ | Y | Y | | | | | | RENTAL☐ | Mitchell Bermudez |
| 07 9008 | | Kenneth Valrado | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | den | 8 | ⊘ | Y | Y | | | | | | RENTAL☐ | Valle Ray |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Posina

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. ☐Y ☐N

STEP 3-TOTAL HRS: 57

THESE TWO TOTALS MUST MATCH

STEP 4 PHASE HRS: 57

STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐

STEP 6-APPROVER SIGNATURE: _sig_

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Moved partial Boxes to location set by leo.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-

NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514

PAGE 1

Scanned with CamScanner

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

**FORM VERIFIER IS ON**

PTS DOC # RS10973432

**START DATE** 12-8-18
**STOP DATE** 12818
**CREW SHEET #**

**JOB NUMBER-COMPLETE** HP 117501585
**JOB NAME** Family Servies
**JOB ADDRESS** 306 Ave Barbosa SA.
Santurce Pr.
**SAFETY TOPIC**

### LOSS CAUSE

| | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | HUMID |
| WATER/FLOOD | L01 | Pure 15 | TEMP |
| WIND | L02 | | SNOW |
| MOLD | L03 | | RAIN |
| EARTHQUAKE | L04 | | WINDY |
| | L05 | | |
| | L06 | | |

### RATE CLASS EXAMPLES

| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | | | | | | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 02 | 1111447 | Willie Farina | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 03 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 04 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 05 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 06 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 07 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 08 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 09 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 10 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 11 | | | | | | | | | | Y | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Jaime Peña

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N

STEP 3-TOTAL HRS: 0    THESE TWO TOTALS MUST MATCH: 0    STEP 4-PHASE HRS

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Dorado

V091514    PAGE 1

**Scanned with CamScanner**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973433

**FORM VERIFIER IS ON**

| | |
|---|---|
| LINE # | INITIALS |
| START DATE | ●CIRCLE DAY M T W TH |
| 12-9-18 | |
| STOP DATE | ●CIRCLE DAY M T W TH SA SU |
| 12-9-18 | |
| CREW SHEET# | |

JOB NUMBER-COMPLETE: 117501585

JOB NAME: Family Services

JOB ADDRESS: 306 Ott Borbosa

San Juan Pr.

SAFETY TOPIC:

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

**LOSS CAUSE / CODE / LOCATION**

| | CODE | LOCATION |
|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | L01 | |
| ☐ WIND | L02 | |
| ☐ MOLD | L03 | |
| ☐ EARTHQUAKE | L04 | |
| ☐ | L05 | |
| ☐ | L06 | |

**WEATHER**

☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY
☐

**RATE CLASS EXAMPLES**

| CODE | |
|---|---|
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISOR |
| RT | RESTORATION TECHNICIAN |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

**VEHICLE NAME (TABLE)**

| CODE | |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

SHIFT— PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JSB-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION /CLO-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/TRIM /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LFT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP /BTK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRF-FIT TEST | PPP-WWHR | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SHARE ROOM | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1028 | 1111105 | Willie Perin | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Perin | ☐Y ☐N | 0 | | 0 | WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT☐ WHERE☐ WHEN☐ HOW☐ | |

**WORK DESCRIPTION**: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdrun

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514                                                      PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

| | | |
|---|---|---|
| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE  117501585- | |
| PTS DOC # RS1097I454 | START DATE  12-1-18 | JOB NAME  Family Serves |
| | STOP DATE  12-1H8 | JOB ADDRESS  306 Box e-se  S Orguan Pr |
| CREW SHEET # | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? □Y □N |

**LOSS CAUSE / CODE / LOCATION / WEATHER**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| □ FIRE | L00 RESIDENTIAL ALL | | □ HUMID |
| □ WATER/FLOOD | L01 Apt 15 | | □ TEMP |
| □ WIND | L02 | | □ SNOW |
| □ MOLD | L03 | | □ RAIN |
| □ EARTHQUAKE | L04 | | □ WINDY |
| | L05 | | |
| | L06 | | |

**RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)**

| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:
YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY YOUR DOCUMENTED HOURS WORKED A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

| OFFICE | ID # | PERSONNEL NAME  PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH STOP TIME | STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP awarded | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1075 | 111447 | Willie Kima | PM | 800 | 1200 1300 | 18:01 | 9 | L01 | RCR | 9 | Y | Y | Y | Y | CHR | 201 | Y | 521 | | |
| At | 2053 | Edgar Abino | GL | 800 | 1200 1500 | 18:00 | 8 | CO1 | RCR | 8 | O | O | Y | Y | | | | Y | rental□ | Edgar Abino |
| At | 1947 | Christopher Rosario | AL | 800 | 1200 1300 | 17:10 | 8 | CO1 | RCR | 8 | O | O | Y | Y | | | | Y | rental□ | chistopher Rosario |
| At | 5503 | Mitchell Brunell | LL | 8:00 | 1200 1300 | 17:10 | 8 | CO1 | RCR | 8 | O | O | Y | Y | | | | Y | rental□ | Mitchell Brunell |
| At | 9008 | Russell Navedo | GL | 8:00 | 1200 1300 | 17:10 | 8 | CO1 | RCR | 8 | O | O | Y | Y | | | | Y | rental□ | Russell Nead |
| At | 7671 | Christian Piston | GL | 8:00 | 1200 1300 | 17:10 | 8 | CO1 | RCR | 8 | O | O | Y | Y | | | | Y | rental□ | Christian |
| At | 5741 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:10 | 8 | CO1 | RCR | 8 | O | | Y | Y | | | | Y | rental□ | |
| | | | | | | | | | | | Y | Y | Y | Y | | | | Y | rental□ | |
| | | | | | | | | | | | Y | Y | Y | Y | | | | Y | rental□ | |
| | | | | | | | | | | | Y | Y | Y | Y | | | | Y | rental□ | |

| | | | | |
|---|---|---|---|---|
| RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW) | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N | STEP 3-TOTAL HRS  57 | THESE TWO TOTALS MUST MATCH  57 | STEP 4-PHASE HRS  57 |
| STEP 1-PRINT APPROVERS NAME  Walter Pan | | | | STEP 5- DOES THE PTS COVER:  WHO □ WHERE □ |
| | | | | STEP 6-APPROVER SIGNATURE |

WORK DESCRIPTION (BASED ON LOCATION(S) WORKED AND PHASE CODES), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Move Goods to new location and Squeezed by Floor and Room.

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | # OF PAGE 3 | # OF PAGE 6 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514    PAGE 1

**Scanned with CamScanner**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973660

**FORM VERIFIER IS ON**

**JOB NUMBER-COMPLETE:** 117501 585

**JOB NAME:** Family Services

**JOB ADDRESS:** 306 AV. BARBOSA
San Juan Pr.

START DATE: 12-11-18
STOP DATE: 12-11-18

CREW SHEET#

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Dock 15 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

**RATE CLASS EXAMPLES**

| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**PERSONNEL TRACKING TABLE**

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-MASKS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1035 | 1111447 | Willie Lesme | Pm | 7:00 | 1200 1300 | 18:00 | XX | 10 | L01 | DCR | 10 | Y | Y | Y | Y | HR | 201 | | 525 RENTAL | |
| 02 | At | 9008 | Kenneth Navada | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | | | | | RENTAL | |
| 03 | At | 8791 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | | | | | RENTAL | |
| 04 | At | 2808 | Edgardo Albino | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | | | | | RENTAL | |
| 05 | At | 1947 | Christopher Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | | | | | RENTAL | |
| 06 | At | 5503 | Mitchell Bermudez | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | | | | | RENTAL | |
| 07 | At | 7671 | Christian Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | | | | | RENTAL | |
| 08 | | | | | | | | | | | | | Y Y | Y | Y | | | | | RENTAL | |
| 09 | | | | | | | | | | | | | Y Y | Y | Y | | | | | RENTAL | |
| 10 | | | | | | | | | | | | | Y Y | Y | Y | | | | | RENTAL | |
| 11 | | | | | | | | | | | | | Y Y | Y | Y | | | | | RENTAL | |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Asma

STEP 3-TOTAL HRS: XX58   THESE TWO TOTALS MUST MATCH   STEP 4-PHASE HRS: XX58

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Paper Moved Pallets with boxes from Port to 185 Roosevelt And Moved onto 4th Floor

| | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514   PAGE 1

**Scanned with CamScanner**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

FORM VERIFIER IS ON

PTS DOC # RS10973453

START DATE 12-12-18
STOP DATE 12-12-18

JOB NUMBER-COMPLETE 117501585
JOB NAME family services.
JOB ADDRESS 306 Barbosa
San Juan Pr
SAFETY TOPIC

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Porg 15 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | L05 | | ☐ |
| ☐ | L06 | | ☐ |

RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | TOUCH STOP TIME | 24 HOUR | TOTAL HOURS | PHASE CODE "WHAT" | HOURS BY PHASE | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 1111447 | Willie Poem | Pm | 8:00 | 1200 1300 | 18:00 | 9 | co1 | oca | 9 | | | 529 |
| At | 5503 | Michael Burney | 6c | 8:00 | 1200 1300 | 17:00 | 8 | co1 | oca | 8 | | | |
| At | 1947 | Christopher Restrepo | 6c | 8:00 | 1200 1300 | 17:00 | 8 | co1 | oca | 8 | | | |
| At | 9008 | Kenneth navado | 6c | 8:00 | 1200 1300 | 17:00 | 8 | co1 | oca | 8 | | | |
| At | 8741 | Israel Rivera | 6RS | 8:00 | 1200 1300 | 17:00 | 8 | co1 | oca | 8 | | | |
| At | 7671 | Christian Lusano | 6c | 8:00 | 1200 1300 | 17:00 | 8 | co1 | oca | 8 | | | |
| At | 2808 | Edgar albino | 6c | 8:00 | 1200 1300 | 15:00 | 8 | co1 | oca | 8 | | | |

RESPONSIBILITY OF APPROVER
STEP 1 PRINT APPROVER NAME Willie Moran

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Corltel to move boxes to New location.

STEP 3 TOTAL HRS 57
THESE TWO TOTALS MUST MATCH 57

PAGE 1

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EAC PAGES INCLUDED WITH THIS SHEET.   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V001514

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTYRESTORATION

| | FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|---|---|

PTS DOC # RS10973435

LINE #

START DATE 12-13-18   ←CIRCLE DAY M T W TH F SA SU

STOP DATE 12-13-18   ←CIRCLE DAY M T W TH F SA SU

CREW SHEET# LAST 3 DIGITS OF JOB-6 DIGIT DATE-(ADMIN ONLY)

JOB NUMBER-COMPLETE: 117501585

JOB NAME: Family Services

JOB ADDRESS: 308 ave Borbox
SanJuan Pr

SAFETY TOPIC: TOOL BOX TRAINING COMPLETED ☐Y ☐N

LOSS CAUSE: ☐ FIRE ☐ WATER/FLOOD ☐ WIND ☐ MOLD ☐ EARTHQUAKE

CODE / LOCATION: L00 RESIDENTIAL ALL, L01 Port-15, L02, L03, L04, L05, L06

WEATHER: ☐ HUMID ☐ TEMP ☐ SNOW ☐ RAIN ☐ WINDY

RATE CLASS EXAMPLES:
APM ASSISTANT PROJECT MGR — 529 PICKUP, SUV OR CAR
TN TECHNICIAN (DRYING) — 530 VAN, PASSENGER/CARGO
RS RESTORATION SUPERVISOR — 518 TRUCK-MOVING/BOX/BOARD UP
RT RESTORATION TECHNICIAN — 528 TRUCK, 3/4 TON PICKUP
LF LABOR FOREMAN — 527 TRUCK, 1 TON 4X4 W/LIFTGATE
GL GENERAL LABOR — 453 TRUCK, EXTRACTION
DL DAY/TEMP LABOR — N/A NO VEHICLE

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

SHIFT:

| OFFICE | ID# | PERSONNEL NAME<br>PRINT FIRST *THEN* LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-PFT TEST | PPP-AWARE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME<br>YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY YOUR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY<br>SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | BY PERSON / BY OTHER | | | | | | | | | | | | | |
| 01 | 1625 | 1111487 | Wille Perm | PM | 7:00 | 12:00 13:00 | 18:00 | 10 | L01 | Dca | 10 | Y | Y | Y | 0 | HPH | 201 | | 529 RENTAL ☐ | ___ VERIFIER |
| 02 | At | 8791 | Israel Rivera | RS | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 03 | At | 9008 | Kenneth Navardo | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 04 | At | 5503 | Mitchel Bermudy | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 05 | At | 2808 | Edson Albano | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 06 | At | 1947 | Christopher Rosario | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 07 | At | 7671 | Christian Rosano | GL | 8:00 | 12:00 13:00 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER** [PLEASE COMPLETE ALL REQUESTS BELOW]

STEP 1-PRINT APPROVER NAME: Willie Perm

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N — FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

STEP 3-TOTAL HRS.

THESE TWO TOTALS MUST MATCH: 58 / 58

STEP 4-PHASE HRS.

STEP 5 – DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC. WHAT☐ WHERE☐ WHO☐ NO☐

STEP 6-APPROVER SIGNATURE

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Central to take bus to 185 roosevelt and pickup 6078 from Builde ASuma to
redice bus to 185. Roosevelt

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-    NONE    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

V091514    PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR**

PTS DOC # RS10973436

FORM VERIFIER IS ON

START DATE 12-14-18
STOP DATE 12-14-18

JOB NUMBER-COMPLETE 11750/585
JOB NAME Family Services
JOB ADDRESS 306 de Barbosa.
Sanjuan Pr.

SAFETY TOPIC

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | 1 of 15 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAYTEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH STOP TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PDF KIT/1 | FIRST AID/IVY | SHOWER | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 111147 | Willie Pomu | Dm | 8.00 | 1200 300 | 18.00 | 9 | L01 | Dcu | 9 | Y | Y | Y | Y | | 0 | HAN | 201 | | 529 | |
| AT | 1947 | Christopher Rosario | GL | 8.00 | 1200 300 | 17.00 | 8 | L01 | Dcu | 8 | Y | Y | Y | Y | | | | | | rental ☐ | Christopher Rosario |
| AT | 8791 | Israel Rivera | RS | 8.00 | 1200 300 | 17.00 | 8 | L01 | Dcu | 8 | Y | Y | Y | Y | | | | | | rental ☐ | |
| AT | 7671 | Christian Dacano | GL | 8.00 | 1200 300 | 17.00 | 8 | L9 | Dcu | 8 | Y | Y | Y | Y | | | | | | rental ☐ | |
| AT | 9008 | Kenneth Navado | GL | 8.00 | 1200 300 | 17.00 | 8 | L3 | Dcu | 8 | Y | Y | Y | Y | | | | | | rental ☐ | Kenneth Navado |
| AT | 2008 | Edson Albino | GL | 8.00 | 1200 300 | 17.00 | 8 | L01 | Dcu | 8 | Y | Y | Y | Y | | | | | | rental ☐ | Edson Albino |
| AT | 8582 | Mitchell Barnes | GL | 8.00 | 1200 300 | 17.00 | 8 | L01 | Dcu | 8 | Y | Y | Y | Y | | | | | | rental ☐ | Mitchell Barnes |
| | | | | | | | | | | | Y | Y | Y | Y | | | | | | rental ☐ | |
| | | | | | | | | | | | Y | Y | Y | Y | | | | | | rental ☐ | |
| | | | | | | | | | | | Y | Y | Y | Y | | | | | | rental ☐ | |

RESPONSIBILITY OF APPROVER

William Pam

STEP 3-TOTAL HRS: 57
THESE TWO TOTALS MUST MATCH: 57

WORK DESCRIPTION: Took more boys out to building LBS. place in rooms and put in order.

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

| | | | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|
| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | ☐ FIRE | L00 RESIDENTIAL ALL | ☐ HUMID | APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |

FORM VERIFIER IS ON
LINE #                    INITIALS
START DATE    ←CIRCLE DAY
12-15-18     M T W TH F SA SU
STOP DATE    ←CIRCLE DAY
12-15-18     M T W TH F SA SU
CREW SHEET #
LAST 3 DIGITS OF JOB # DIGIT DATE (ADMIN ONLY)

PTS DOC #  RS10973437

JOB NUMBER-COMPLETE  117501585
JOB NAME  Family Service
JOB ADDRESS  306 Ave Coubose.
SA Juan Pl.
SAFETY TOPIC                 TOOL BOX TRAINING COMPLETED? ☐Y ☐N

LOSS CAUSE:
☐ FIRE           L00 RESIDENTIAL ALL    ☐ HUMID
☐ WATER/FLOOD    L01                    ☐ TEMP
☐ WIND           L02                    ☐ SNOW
☐ MOLD           L03                    ☐ RAIN
☐ EARTHQUAKE     L04                    ☐ WINDY
                 L05
                 L06

RATE CLASS EXAMPLES:
APM  ASSISTANT PROJECT MGR   529  PICKUP, SUV OR CAR
TN   TECHNICIAN (DRYING)     530  VAN, PASSENGER/CARGO
RS   RESTORATION SUPERVISOR  518  TRUCK-MOVING/BOX/BOARD UP
RT   RESTORATION TECHNICIAN  528  TRUCK, 3/4 TON PICKUP
LF   LABOR FOREMAN           527  TRUCK, 1 TON 4X4 W/LIFTGATE
GL   GENERAL LABOR           453  TRUCK, EXTRACTION
DL   DAY/TEMP LABOR          N/A  NO VEHICLE
                             "X"  AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

SHIFT-  PHASE CODE EXAMPLES: JBC- JOB CHECK & PHOTOS /JSB-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET/TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/STUM /FNH-FINISH HARDWARE /FRM-FRAMING /HAD-HAULING /LDS-LANDSCAPING /LGT-LIGHT FIXTURES /MOR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN /STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTB-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME/STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HANCE | PER OLEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME / SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 11/1447 | Willie Person | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 0 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 0 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Vsm | | | | | | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel  peridueux

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514                                                                  PAGE 1

Scanned with CamScanner

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

**FORM VERIFIER IS ON**

| | |
|---|---|
| PTS DOC # RS10973438 | |

**JOB NUMBER—COMPLETE**
U7501 585.

**START DATE** 12-16-18
**STOP DATE** 12-16-18

**JOB NAME** Family Services.
**JOB ADDRESS** 306 ave Barbosa
San Juan Pr.

**SAFETY TOPIC**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | L05 | | ☐ |
| ☐ | L06 | | ☐ |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-FIT TEST | PPP-OTHER | PPP DEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 1111147 | Wille Pesina | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | | VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

**STEP 1-PRINT APPROVER NAME** Wille Pena
**STEP 2-**DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
**STEP 3** TOTAL HRS 0
**THESE TWO TOTALS MUST MATCH**
**STEP 4** PHASE HRS 0
**STEP 5 - DOES THE PTS COVER:** WHO ☐ WHEN ☐ WHAT ☐
**STEP 6-APPROVER SIGNATURE**

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdiem -

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-**
NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514
PAGE 1

**Scanned with CamScanner**

12/17/18

**BELFOR** (●)
PROPERTY RESTORATION

## PERSONNEL TRACKING

**SERVICE TYPE (RESTORATION)**

PTS DOC # RS11211503

FORM VERIFIER IS ON

LINE #_____ INITIALS_____

START DATE: 12-7-18   CIRCLE DAY: S M T W Th F Sa Su

STOP DATE: 12-7-18   CIRCLE DAY: S M T W Th F Sa Su

LAST 3 DIGITS OF JOB & DIGIT DATE (ADMIN ONLY)

CREW SHEET#_____

JOB NUMBER-COMPLETE: 117501585

JOB NAME: Family Service

JOB ADDRESS: 306 ave Borinba. San Juan Pr

SAFETY TOPIC: _____   TOOL BOX TRAINING COMPLETED? ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Park 15 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | L05 | | |
| ☐ | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PROFIT/FIT | PROFIT/FIT | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 111447 | Willie Rosario | DM | 8:00 | 1200 1300 | 18:00 | 9 | L01 | Dca | 9 | Y | Y | Y | Y | Y | HPH | 201 | Y | 529 | _____ VERIFIER |
| 02 | 1947 | Christopher Rosario | GL | 8:00 | 1200 1300 | 17:30 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | Y | | | Y | RENTAL☐ Christopher Rosario | _____ VERIFIER |
| 03 | 2808 | Edgar Albino | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | Y | | | | RENTAL☐ Edgar Albino | _____ VERIFIER |
| 04 | 9008 | Kenneth Varvela | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | Y | | | | RENTAL☐ Kenneth Varvela | _____ VERIFIER |
| 05 | 7671 | Christian Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | Y | | | | RENTAL☐ Christian Rosario | _____ VERIFIER |
| 06 | 5507 | Mitchell Bermudy | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | Y | | | | RENTAL☐ Mitchell Bermudy | _____ VERIFIER |
| 07 | 8591 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | Y | Y | Y | Y | Y | | | | RENTAL☐ I Rivera | _____ VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Rosario

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE. ☐Y ☐N

STEP 3-TOTAL HRS _____   THESE TWO TOTALS MUST MATCH: 57   STEP 4-PHASE HRS _____ : 57

STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐   WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐

STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Moved pallets with boxes to Building 185. and organize by Box # and Room #

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET   NONE   #OF PAGE 3 _____   # OF PAGE 4 _____   # OF PAGE 5 _____   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

12/18/18

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY·RESTORATION

PTS DOC # RS11211502

**FORM VERIFIER IS ON**

JOB NUMBER-COMPLETE: 117501585

LINE #   INITIALS

START DATE: 12-18-18   CIRCLE DAY M T W TH F SA SU

STOP DATE: 12-18-18   CIRCLE DAY M T W TH F SA SU

CREW SHEET# — LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

JOB NAME: Family Services

JOB ADDRESS: 306 Barbosa Sanjuan Pr.

SAFETY TOPIC:

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

**LOSS CAUSE**
- ☐ FIRE — CODE L00 — RESIDENTIAL ALL
- ☐ WATER/FLOOD — L01 — Flori-13
- ☐ WIND — L02
- ☐ MOLD — L03
- ☐ EARTHQUAKE — L04
- — L05
- — L06

**WEATHER**
- ☐ HUMID
- ☐ TEMP
- ☐ SNOW
- ☐ RAIN
- ☐ WINDY

**RATE CLASS EXAMPLES**
| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

SHIFT-

PHASE CODE EXAMPLES: /96C-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /SSR-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DMU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET-UP-TAKE DOWN) /FNC-FINISH CARPENTRY/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SSR-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /FNR-FINISH REMOVAL /RNR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-SFT-TEST | PPP-ANNUAL | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Fosina | PM | 8 | 1200 1300 | 1800 | 9 | L01 | Dem | 9 | Y | Y | Y | Y | Ⓧ | 444 | 281 | | RENTAL☐ SEE VERIFIER | |
| 02 A+ | 8791 | Israel Rivera | RS | 8 | 1200 1300 | 1800 | 8 | L01 | Dem | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | Steve |
| 03 A+ | 7171 | Christian Aspros | GL | 8 | 1200 1300 | 1800 | 8 | L01 | Dem | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | Ber rojas |
| 04 A+ | 9008 | Kenneth Nanda | GL | 8 | 1200 1300 | 17:01 | 8 | L01 | Dem | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | Nond and |
| 05 A+ | 1947 | Christopher Rosano | GL | 8 | 1200 1300 | 17:00 | 8 | L01 | Dem | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | christoh Rosano |
| 06 A+ | 3803 | Mitchell Bermudez | GL | 8 | 1200 1301 | 17:01 | 8 | L01 | Dem | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | Mirch Bermudez |
| 07 A+ | 2808 | Edgar Albino | GL | 8 | 1200 1300 | 17:01 | 8 | L01 | Dem | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | Edgar Albino |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ VERIFIER | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Pen

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

VERIFY TOTAL HRS — STEP 3-TOTAL HRS: 57

THESE TWO TOTALS MUST MATCH

VERIFY TOTAL HRS — STEP 4-PHASE HRS: 57

STEP 5 - DOES THE PTS COVER:
WHO ☐ WHEN ☐
WORK SPEC: WHAT☐ WHERE☐ WHY☐ HOW☐

STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Moved pallets of bove to 18S and organized by Box and floor Number.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

**12/19/18**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| | | |
|---|---|---|
| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE |
| LINE # / INITIALS | 17250/585 | ☐ FIRE |
| START DATE 12-19-18 | JOB NAME Family Services | ☐ WATER/FLOOD |
| STOP DATE 12-19-18 | JOB ADDRESS 706 Barbosa San Juan PR | ☐ WIND |
| CREW SHEET | SAFETY TOPIC | ☐ MOLD ☐ EARTHQUAKE |

PTS DOC # RS11211504

| LOSS CAUSE | LOCATION | WEATHER |
|---|---|---|
| L00 RESIDENTIAL ALL | | ☐ HUMID |
| L01 Port-15 | | ☐ TEMP |
| L02 | | ☐ SNOW |
| L03 | | ☐ RAIN |
| L04 | | ☐ WINDY |
| L05 | | |
| L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPY (TEST) | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 161447 | Willis Person | PM | 8:00 | 12:00 13:00 | 18:00 | 9 | Cu | an | 9 | Y | Y | Y | ⊕ | 8P4 | 204 | | 520 | _____ |
| 04 | 7671 | Christian Riseno | 6C | 8:01 | 12:00 13:00 | 1700 | 8 | Cu | Oy | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 04 | 9008 | Kenneth Naude | 6C | 8:00 | 12:00 13:00 | 1700 | 8 | Cu | an | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 04 | 1947 | Christopher Roson | 6C | 8:00 | 12:00 13:00 | 1700 | 8 | Cu | DC | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 04 | 5007 | Mikel Brandy | 6C | 8:00 | 12:00 13:00 | 1700 | 8 | Cu | aC | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 04 | 9781 | Israel Rijko | 6C | 8:00 | 12:00 13:00 | 1700 | 8 | Cu | Ren | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 04 | 2808 | Edgar Albino | 67 | 8:00 | 12:00 13:00 | 1700 | 8 | Cu | Ren | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ |

**RESPONSIBILITY OF APPROVER** - PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER NAME Wilexer | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS 57 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 57 | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Crew to organ loses at Family 185 Roosevelt.

**FORM VERIFIER**-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**

**SERVICE TYPE (RESTORATION)**

**BELFOR** PROPERTY RESTORATION

FORM VERIFIER IS ON

PTS DOC # RS10973448

START DATE: 12-20 18
STOP DATE: 12-20 18

CREW SHEET #

JOB NUMBER-COMPLETE: 117S 01585

JOB NAME: Family Services
JOB ADDRESS: 306 Ave. dan San
SanJuan Pr

| LOSS CAUSE | CODE | LOCATION | WEATHER | | RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | | HUMID | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| WATER/FLOOD | L01 | Ans LS | | TEMP | TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| WIND | L02 | | | SNOW | RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| MOLD | L03 | | | RAIN | RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| EARTHQUAKE | L04 | | | WINDY | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | L05 | | | | GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | L06 | | | | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**Work Description:** Carried to Organ Ways by # and Person

Scanned with CamScanner

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**BELFOR** (o)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE |
|---|---|---|
| LINE # | INITIALS | 11780/585 |

| START DATE | ⬡CIRCLE DAY M T W TH SA SU |
|---|---|
| 12-21-18 | |

| STOP DATE | M T W TH SA SU |
|---|---|
| 12-21-18 | |

**JOB NAME** famili souxces

**JOB ADDRESS**

PTS DOC # RS10973449

CREW SHEET#
LAST 3 DIGITS OF RIN & DIGIT DATE (ADMIN ONLY)

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

*"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY*

**FOR RENTAL CARS:**
PERSONNEL NAME

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRINT TEST | DRUG TEST | FIT FORM | EQP PERM | SEE TABLE VEHICLE CODE | SEE TABLE HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7325 | 111447 | Willie Posima | RM | 8:00 | 12:00 1:00 | 18:00 | 9 | | LW | DCA | 9 | Y | Y | Y | Y | | | HPF | 201 | 549 RENTAL ☐ | | VERIFIER |
| AT | 2808 | Elgin Allen | RS | 8:00 | 12:00 3:30 | 17:00 | 8 | | L01 | DCA | 8 | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| AT | 8791 | Israel A.Rivera | RS | 8:00 | 12:00 1:00 | 17:00 | 8 | | L01 | DCA | 8 | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| AT | 7871 | Christian Rosano | RS | 8:00 | 12:00 1:00 | 17:00 | 8 | | L01 | DCA | 8 | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| AT | 1947 | Christobel Rosano | RS | 8:01 | 1:00 1:00 | 17:00 | 8 | | L01 | DCA | 8 | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL ☐ | | VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Pos— | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | 41 | | 41 | WORK DESC. WHAT ☐ WHERE ☐ WHY ☐ HOW ☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Finished doing days to modify 1st. floor out

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET:**   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   **PAGE 1**

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

**FORM VERIFIER IS ON**

LINE # _____ INITIALS _____

PTS DOC # RS10973450

**START DATE** 12-22-18   ←CIRCLE DAY→ M T W TH (SA) SU
**STOP DATE** 12-22-18   ←CIRCLE DAY→ M T W TH (SA) SU
**CREW SHEET#**
LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 9  175501525

**JOB NAME** Tony Sovles

**JOB ADDRESS** 306 av barbosa - Sanguan pr

**SAFETY TOPIC**

**LOSS CAUSE**
- ☐ FIRE
- ☐ WATER/FLOOD
- ☐ WIND
- ☐ MOLD
- ☐ EARTHQUAKE

**CODE**
- L00 RESIDENTIAL ALL
- L01
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- ☐ HUMID
- ☐ TEMP
- ☐ SNOW
- ☐ RAIN
- ☐ WINDY

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

**RATE CLASS EXAMPLES**
| CODE | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**
YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY YOUR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

**SHIFT-** PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET/STH-TRASH/TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/FRM-FRAMING /HAD-HARDWARE /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | 24 HOUR CLOCK STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | STEP PHASING | STEP OEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 102 | 1111497 | Willie Dejan | | | | | | | | | Y | Y | Y | Y | Y | HP4 | 201 | Y | 519 RENTAL ☐ | _____ VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Dejan | STEP 2-(DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 0 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 0 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC - WHAT ☐ WHERE☐ WHY☐ HOW☐ | STEP 6-APPROVER SIGNATURE |

**WORK DESCRIPTION** (BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED)

Perdurn Hotel.

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-**   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   **PAGE 1**

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| | 11750,585 | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| | JOB NAME | ☐ WATER/FLOOD | L01 | | ☐ TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| | Family Services | ☐ WIND | L02 | | ☐ SNOW | RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| | JOB ADDRESS | ☐ MOLD | L03 | | ☐ RAIN | RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| | 366 ak Barbosa | ☐ EARTHQUAKE | L04 | | ☐ WINDY | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | SanJuan Pr. | | L05 | | ☐ | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | SAFETY TOPIC | | L06 | | ☐ | DL DAY/TEMP LABOR | N/A | NO VEHICLE |

PTS DOC # RS10973455

START DATE 12-23-18   6-CIRCLE DAY M T W TH
STOP DATE 12-23-18   6-CIRCLE DAY M T W TH
CREW SHEET# (LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY))

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

SHIFT-   PHASE CODE EXAMPLES: 3BC-X JB CHECK & PHOTOS /3NS-X JB SUPPORT SUPERVISION/DIF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DECORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL/ELR-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FMC-FINISH CARPENTER/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /FLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL.

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START-STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-ANNUAL | PR 200M | HOTEL ROOM CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111148 | Willie Person | | | | | | | | | Y Y Y Y Y | | | | | | HPM 301 | | Y | SCS RENTAL ☐ | _____ VERIFIER |
| 02 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 03 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 04 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | Y Y Y Y Y | | | | | | | | Y | RENTAL ☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** [PLEASE COMPLETE ALL REQUESTS BELOW]

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Penn | FOR COMPLETION OF 'N', YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | 0 | | 0 | WHO ☐ WHEN ☐ WHERE ☐ WORK DESC - WHAT☐ WHERE☐ WHY☐ HOW☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdam

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

**Scanned with CamScanner**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|

PTS DOC # RS10973661

LINE # _____ INITIALS
START DATE 12-24-18  CIRCLE DAY T W TH
STOP DATE 12-24-18  CIRCLE DAY T W TH
CREW SHEET#
LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

JOB NUMBER: 1175017865
JOB NAME: Family Services
JOB ADDRESS: 300 ave Barbosa - San Juan PR -

SAFETY TOPIC _____
TOOL BOX TRAINING COMPLETED? □Y □N

LOSS CAUSE:
- □ FIRE — L00 RESIDENTIAL ALL — □ HUMID
- □ WATER/FLOOD — L01. 161715 — □ TEMP
- □ WIND — L02 — □ SNOW
- □ MOLD — L03 — □ RAIN
- □ EARTHQUAKE — L04 — □ WINDY
- □ — L05
- □ — L06

RATE CLASS EXAMPLES:
- APM ASSISTANT PROJECT MGR — 529 PICKUP, SUV OR CAR
- TN TECHNICIAN (DRYING) — 530 VAN, PASSENGER/CARGO
- RS RESTORATION SUPERVISO — 526 TRUCK-MOVING/BOX/BOARD UP
- RT RESTORATION TECHNICIA — 528 TRUCK, 3/4 TON PICKUP
- LF LABOR FOREMAN — 527 TRUCK, 1 TON 4X4 W/LIFTGATE
- GL GENERAL LABOR — 453 TRUCK, EXTRACTION
- DL DAY/TEMP LABOR — N/A NO VEHICLE
- "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
- FOR RENTAL CARS:

SHIFT- PHASE CODE EXAMPLES: 3BC-JOB CHECK & PHOTOS / 3SS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET / TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY /CON-CONTENT MANIPULATION/CLN-CLEANING /DED-DEODORIZATION /DMU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/FRM /FMH-FINISH HARDWARE /FRM-FRAMING /HAH-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME — PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME (TABLE) SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1025 | 111447 | Willie Poem | | | | | | | | | | Y | Y | Y | Y | HPH | 201 | Y | 514 | _____ VERIFIER |
| 02 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL □ _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS DATA | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Wilbe As | FOR COMPLETION? (IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | 0 | | 0 | WHO □ WHEN □ WHERE □ — WORK DESC: WHAT □ WHERE □ WHY □ HOW □ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hard/ Deerclean.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-  NONE  #OF PAGE 3  # OF PAGE 4  # OF PAGE 5  RECEIPT TRACKING FORMS

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTYRESTORATION

PTS DOC # RS10973662

FORM VERIFIER IS ON

| | |
|---|---|
| START DATE | 122548 |
| STOP DATE | 122548 |

CREW SHEET#
LAST 3 DIGITS OF JOB # DIGIT DATE (ADMIN ONLY)

SHIFT-

JOB NUMBER-COMPLETE: 1150 1585

JOB NAME: Family Services

JOB ADDRESS: 306 ave Ambrose
Sanjuan PR

SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? □Y □N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Portu | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:
YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY YOUR DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PRE | PO-PT TEST | PPP-4HRS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Person | | | | | | | | | | Y | Y | Y | Y | Y | HPH | 201 | Y | 521 RENTAL ☐ | _____ VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |

RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS 0 | STEP 4-PHASE HRS 0 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|
| Willie Hz | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | THESE TWO TOTALS MUST MATCH | | WORK DESC: WHAT ☐ WHERE ☐ WHY ☐ HOW ☐ | |

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Pick-up - V.Mas.

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-    NONE    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

V091514    PAGE 1

Scanned with CamScanner

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

FORM VERIFIER IS DA

PTS DOC #: RS41211505

LINE #

START DATE: 12-D18
STOP DATE: 12-27-8

CREW SHEET #

JOB NUMBER-COMPLETE: 11731585
JOB NAME: Family Services
JOB ADDRESS: 306 C BerdSA

SAFETY TOPIC:

TOOL BOX TRAINING COMPLETED? □Y □N

### LOSS CAUSE

| | LOSS CAUSE | CODE | LOCATION |
|---|---|---|---|
| □ | FIRE | L00 | RESIDENTIAL ALL |
| □ | WATER/FLOOD | L01 | Artis |
| □ | WIND | L02 | |
| □ | MOLD | L03 | |
| □ | EARTHQUAKE | L04 | |
| □ | | L05 | |
| □ | | L06 | |

### WEATHER

| | |
|---|---|
| □ | HUMID |
| □ | TEMP |
| □ | SNOW |
| □ | RAIN |
| □ | WINDY |

### RATE CLASS EXAMPLES / VEHICLE NAME (TABLE)

| CODE | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | TOTAL HOURS IF 1 PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP FIT TEST | PRP OTHER | WORK ORDER | SEE GUIDE SHEET HOTEL NAME CODE | HOTEL ROOM # | SEE TABLE VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | VnV49 | Willie Aaron | A | 8:00 | 1800 | 9 | L01 | AR | 9 | | | | Y | Y | Y | | 85 | _signature_ |
| RS | 9781 | Israel RNva | RS | 8:00 1200/1300 | 1730 | 8 | L01 | AR | 8 | Y | Y | Y | Y | | Y | | 3 crew 2 |
| A | 2808 | Edgar Alamo | α | 8:00 1200/1300 | 1730 | 8 | L01 | AR | 8 | Y | Y | Y | Y | | Y | | Efan allin |
| 04 | | | | | | | | | | Y | Y | Y | Y | | Y | | |
| 05 | | | | | | | | | | Y | Y | Y | Y | | Y | | |
| 06 | | | | | | | | | | Y | Y | Y | Y | | Y | | |
| 07 | | | | | | | | | | Y | Y | Y | Y | | Y | | |
| 08 | | | | | | | | | | Y | Y | Y | Y | | Y | | |
| 09 | | | | | | | | | | Y | Y | Y | Y | | Y | | |
| 10 | | | | | | | | | | Y | Y | Y | Y | | Y | | |
| 11 | | | | | | | | | | Y | Y | Y | Y | | Y | | |

### RESPONSIBILITY OF APPROVER

| STEP 1-PRINT APPROVER NAME | STEP 2-CID THE FORM VERIFIER REVIEW THIS FORM □Y □N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Wilk Pon | FOR COMPLETION IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | 25 | | 25 | WHO □ WHEN □ WHERE □ WORK DESC. WHAT □ WHERE □ DAYS □ HOW □ | _signature_ |

**WORK DESCRIPTION** - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT THE CREW PERFORMED

Nwest to buds to Roosevelt to meet with Department heads to go over books and Mand them into these crews they worked in.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V591514

PAGE 1

Scanned with CamScanner

**BELFOR** ●
PROPERTY RESTORATION

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

| | | |
|---|---|---|
| **FORM VERIFIER** IS ON | | |

PTS DOC # RS10973408

LINE # ___ INITIALS ___
START DATE 12-28-18  ← CIRCLE DAY M T W TH (F) SA SU
STOP DATE 12-28-18  ← CIRCLE DAY M T W TH (F) SA SU
CREW SHEET# ___
LAST 3 DIGITS OF JOB, 6 DIGIT DATE (ADMIN ONLY)

JOB NUMBER-COMPLETE: 117501585
JOB NAME: Family Servicies
JOB ADDRESS: 306 ave Barbosa
Santum Pr.
SAFETY TOPIC ___
TOOL BOX TRAINING COMPLETED? □Y □N

**LOSS CAUSE** — **CODE** — **LOCATION**
- □ FIRE — L00 RESIDENTIAL ALL
- □ WATER/FLOOD — L01 Apt 15
- □ WIND — L02
- □ MOLD — L03
- □ EARTHQUAKE — L04
- □ — L05
- □ — L06

**WEATHER**
- □ HUMID
- □ TEMP
- □ SNOW
- □ RAIN
- □ WINDY
- □

**RATE CLASS EXAMPLES** / **CODE** / **VEHICLE NAME (TABLE)**

| CODE | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

SHIFT- ___ PHASE CODE EXAMPLES: 3BC-JOB CHECK & PHOTOS /3SS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY /CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET,UP-TAKE DOWN) /FNC-FINISH CARPENTRY/FNH-FINISH HARDWARE /FNH-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STR-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-KIT TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1025 1111447 | Willie Parma | PM | 8:00 | 1200 1300 | 18:00 | 9 | | L01 | Den | 9 | Y | Y | Y | Y | Y | APM | 201 | | 529 RENTAL □ | VERIFIER |
| 02 | 8751 | ISRael Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DEN | 8 | Y | Y | Y | Y | | | | Y | RENTAL □ | VERIFIER |
| 03 | 2808 | Edgardo Albino | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DEN | 8 | Y | Y | Y | Y | | | | Y | RENTAL □ | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL □ | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL □ | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL □ | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL □ | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL □ | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL □ | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL □ | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL □ | VERIFIER |

**RESPONSIBILITY OF APPROVER** :PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Parra
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.
STEP 3-TOTAL HRS: 25
THESE TWO TOTALS MUST MATCH →
STEP 4-PHASE HRS: 25
STEP 5 - DOES THE PTS COVER: WHO □ WHEN □ WHERE □
WORK DESC: WHAT □ WHERE □ WHY □ HOW □
STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

went to buildg 306 ave Barbosa to floor 4. to inspect and set boy cont.
of Room 4-24 Titulo 4.. emergecy adoptian files.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL ENC PAGES INCLUDED WITH THIS SHEET- | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514

PAGE 1

**BELFOR** ●
PROPERTY RESTORATION

## PERSONNEL TRACKING
SERVICE TYPE (RESTORATION)

| PTS DOC # RS10973407 | FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | WEATHER | | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LINE # | INITIALS | 11750 1585 | | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| | START DATE ←CIRCLE DAY | | JOB NAME | | ☐ WATER/FLOOD | L01 | Ports-15 | ☐ TEMP | TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| | 12-25-18 M T W TH F SA SU | | Family Servicos. | | ☐ WIND | L02 | | ☐ SNOW | RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| | STOP DATE ←CIRCLE DAY | | JOB ADDRESS | | ☐ MOLD | L03 | | ☐ RAIN | RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| | 12-29-18 M T W TH F SA SU | | 306 Ave Barbosa. | | ☐ EARTHQUAKE | L04 | | ☐ WINDY | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | CREW SHEET# | | San Juan Pr | | ☐ | L05 | | ☐ | GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | - | | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y☐N | ☐ | L06 | | ☐ | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

SHIFT- | PHASE CODE EXAMPLES: 3BC-JOB CHECK & PHOTOS /3SS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION /OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CONDITION /CON-CONTENT MANIPULATION /CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/TRIM /FRH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START TIME / STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT-TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1111447 | Willie Pesina. | 1025 | | | | | | | | Y | Y | Y | Y | Y | 404 | 201 | Y | 529 RENTAL☐ | VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER :PLEASE COMPLETE ALL REQUESTS BELOW**

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 0 | THESE TWO TOTALS MUST MATCH → | STEP 4-PHASE HRS 0 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT☐ WHERE☐ WHY☐HOW☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Pesina | | | | | | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Purdeum -

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514

PAGE 1

**BELFOR** PROPERTY RESTORATION

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | | WEATHER | | RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE # | INITIALS | 117501585 | | ☐ FIRE | L00 | RESIDENTIAL ALL | | ☐ HUMID | | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE ←CIRCLE DAY M T W TH | | JOB NAME | | ☐ WATER/FLOOD | L01 | Port 15 . | | ☐ TEMP | | TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| 12-30-18 F SA SU | | Family Services. | | ☐ WIND | L02 | | | ☐ SNOW | | RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| STOP DATE ←CIRCLE DAY M T W TH | | JOB ADDRESS | | ☐ MOLD | L03 | | | ☐ RAIN | | RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| 12-30-18 F SA SU | | 306 eve Barbosa. | | ☐ EARTHQUAKE | L04 | | | ☐ WINDY | | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| CREW SHEET# | | Sonsum pr. | | ☐ | L05 | | | ☐ | | GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY) - | | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y ☐N | ☐ | L06 | | | ☐ | | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

SHIFT-

PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION /OZO-OZONE /SAL-SALES /SBT-STAND BY TIME /SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL /CAB-CABINETRY /CON-CONTENT MANIPULATION /CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME — CLEARLY PRINT YOUR NAME HELPS ENSURE THE CORRECT PERSON IS BEING PAID FOR HOURS WORKED. AN ILLEGIBLE NAME MAY RESULT IN UNTIMELY OR NO PAY. PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME — SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 025 | 1111447 | Willie Pasion | | | | | | | | Y | Y | Y | Y | (Y) | 525 | 201 | Y | SEC RENTAL☐ | VERIFIER |
| 02 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 03 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 04 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 05 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 06 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 07 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 08 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 09 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 10 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 11 | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER :** PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3- TOTAL HRS 0 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 0 | STEP 5 – DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Pasion | | | | | WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdiem

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- NONE ___ #OF PAGE 3 ___ # OF PAGE 4 ___ # OF PAGE 5 ___ RECEIPT TRACKING FORMS ___

V091514

PAGE 1

**BELFOR**
PROPERTY RESTORATION

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|
| LINE #  INITIALS | | 11250/585 | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | APM  ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE ⬥CIRCLE DAY | JOB NAME | | ☐ WATER/FLOOD | L01 | Port 15 | ☐ TEMP | TN  TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| 12-31-18 | Family Services | | ☐ WIND | L02 | | ☐ SNOW | RS  RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| STOP DATE ⬥CIRCLE DAY | JOB ADDRESS | | ☐ MOLD | L03 | | ☐ RAIN | RT  RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| 12-31-18 | 306 que Barbosa | | ☐ EARTHQUAKE | L04 | | ☐ WINDY | LF  LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| CREW SHEET# | San Juan Pr. | | ☐ | L05 | | ☐ | GL  GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y☐N | ☐ | L06 | | ☐ | DL  DAY/TEMP LABOR | N/A | NO VEHICLE |

RS10973405   PTS DOC #

"X"  AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

SHIFT-  PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION /OZO-OZONE /SAL-SALES /SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL /CAB-CABINETRY /CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP TAKE DOWN) /FNH-FINISH CARPENTRY/FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SRM-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH STOP/START | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PER-DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1225 | 111447 | Willie Posima | | | | | | | HP4 | Y | Y | Y | Y | 201 | Y | 54 RENTAL☐ | | VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | Y | RENTAL☐ | | VERIFIER |

**RESPONSIBILITY OF APPROVER** :PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM REVIEW THIS FORM  ☐Y ☐N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-TOTAL HRS | STEP 5 - DOES THE PTS COVER: |  |  | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| Willie Posima | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | 0 | → | 0 | WHO ☐ WHEN ☐ WHERE ☐ | | | |

**WORK DESCRIPTION**: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdiem

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

V0391514

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET

NONE

#OF PAGE 3   # OF PAGE 4   # OF PAGE 5

PAGE 1

RECEIPT TRACKING FORMS

**PTS DOC #**
RS10973645

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ( )
PROPERTY RESTORATION

JOB NUMBER-COMPLETE: 1175 01 585

JOB NAME: Tommy Service

JOB ADDRESS: 306 Borders

SAFETY TOPIC

TOOL BOX TRAINING
COMPLETED? ☐ Y ☐ N

FORM VERIFIER IS ON

| LINE # | FORM VERIFIER | PERSONNEL NAME PRINT FIRST THEN LAST NAME | JOB CLASS | RATE CLASS | START TIME | LUNCH START TIME | STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7511 | | Christian Respaldo 's | RS | 800 | 1300 | 1300 | 1700 | | 8 | CO1 | out | 8 |

LOSS CAUSE
☐ FIRE
☐ WATER/FLOOD
☐ WIND
☐ MOLD
☐ EARTHQUAKE

LOCATION CODE
L00 RESIDENTIAL ALL
L01 Porters
L02
L03
L04
L05
L06

WEATHER
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☑ WINDY

RESPONSIBILITY OF APPROVER PLEASE COMPLETE ALL REQUESTS BELOW

Worked on clean Up for the 4th floor

SIGNATURE-END OF SHIFT
PERSONNEL NAME

Chris Rom

PTS DOC #

RS10973655

FORM VERIFIER IS ON

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

BELFOR

PROPERTY RESTORATION

JOB NUMBER-COMPLETE: 1175 01585

JOB NAME: Family Services

JOB ADDRESS: 306 Ave Barbosa St

SAFETY TOPIC: Stretch

TOOL BOX TRAINING COMPLETED?

| LINE # | START DATE | STOP DATE | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START / STOP | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|--------|-----------|-----------|------|---------------------------|-----------|-----------|-------------------|-----------|-------------|---------------|-------------------|----------------|
| | 11-12-18 | 11-12-18 | 2005 | Pedro Orabo | RT | 6.00 | 12.00 / 12.00 | 17.00 | 8 | 601 | Rev | 8 |
| | | | 7671 | Christian Rosario | B5 | 8.00 | 12.00 / 13.00 | 17.00 | 8 | 602 | Rev | 8 |

STEP 1—PRINT APPROVER NAME: William Perez

STEP 2—ADD THE FORM VERIFIER REVIEW THIS FORM

RESPONSIBILITY OF APPROVER

STEP 6—APPROVER SIGNATURE

WORK DESCRIPTION: Schedule clean up, boxes, form, 3rd floor and relocating damaged (boxes)

**BELFOR**

PERSONNEL TRACKING

PTS DOC #
RS10973654

SERVICE TYPE (RESTORATION)

JOB NUMBER - COMPLETE
1175 01 585

JOB NAME
Family Service s

JOB ADDRESS
306 Ave Barbosa

| LINE # | START DATE | STOP DATE | ID # | PRINT FIRST LAST NAME / PERSONNEL NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | 24 HOUR CLOCK TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SEE TABLE VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-12-18 | 11-12-18 | 11/1947 | Willie Rosas | OM | 8:00 | 19:30 | 10-5 | L01 | DCR | 10.5 | 542 | VERIFIER |
| | | | 1947 | Christopher Rosas | | 8:00 | 17:00 | 8 | L01 | DCR | 8 | | VERIFIER |
| | | | 9008 | Kenneth Maldo | | 8:00 | 17:00 | 8 | L01 | DCR | 8 | | VERIFIER |
| | | | 5503 | Mitchell Bermudez | | 8:00 | 17:00 | 8 | L01 | DCR | 8 | | VERIFIER |
| | | | 8791 | Ismael A. Rivers | RS | 8:00 | 17:00 | 8 | L01 | DCR | 8 | | VERIFIER |
| | | | 2122 | Kenan J. Medina | R+ | 8:00 | 17:00 | 8 | L01 | DCR | 8 | | VERIFIER |
| | | | 6228 | Jonathan Crespo | 62 | 8:00 | 17:30 | 8 | L01 | DCR | 8 | | VERIFIER |
| | | | 8146 | Jose J. Ruiz | GL | 8:00 | 17:00 | 8 | L01 | DCR | 8 | | VERIFIER |
| | | | 8275 | Xaimara Troche | R+ | 8:00 | 17:30 | 9 | L01 | DCR | 8 | | VERIFIER |
| | | | 6515 | Griseida Cruz | R+ | 8:00 | 17:30 | 8 | L01 | DCR | 8 | | VERIFIER |
| | | | 6423 | Monisha Felicia | R+ | 8:00 | 17:30 | 8 | L01 | DCR | 8 | | VERIFIER |

WORK DESCRIPTION: Clean boxes from 3rd floor and rebuilding damaged boxes.

STEP 3 TOTAL HRS: 90.5
THESE TWO TOTALS MUST MATCH: 90.5

RATE CLASS EXAMPLES

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**BELFOR**

PTS DOC #

RS10973657

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

JOB NUMBER—COMPLETE: 1115 01565

JOB NAME: Family Services

JOB ADDRESS: 306 Calebra

| LINE # | START DATE | STOP DATE | ID # | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | BY PHASE | HOURS | SMALL TOOLS | PPE | PRF-FIT TEST | PPE-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE—END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11-13-18 | 11-13-18 | 111947 | Willie Poshns | 8W | 7.00 | 12.00 | 18.00 | 9 | | 101 | DCR | 9 | APN | ✓ | ✓ | ✓ | ✓ | ✓ | 801 | | ✓ | 5W | VERIFIER |
| 2 | | | 2122 | Kenyon Medina | 8.90 | 7.00 | 12.00 | 17.00 | 6 | | 101 | DCR | 9 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 3 | | | 6923 | Felicia | 8.90 | 7.00 | 12.00 | 17.00 | 8 | | 101 | DCR | 9 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 4 | | | 6515 | Griselda Cruz | 8.90 | 7.00 | 12.00 | 17.00 | 8 | | 101 | DCR | 9 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 5 | | | 9275 | X aimimi ... | 8.00 | 7.00 | 12.00 | 17.00 | 8 | | 101 | DCR | 9 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 6 | | | 5391 | Israel Rivera | 8.00 | 7.00 | 12.00 | 17.00 | 8 | | 101 | DCR | 9 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 7 | | | 6368 | Jonathan Crespo | 8.00 | 7.00 | 12.00 | 17.00 | 8 | | 101 | DCR | 9 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 8 | | | 5503 | Mitchell Bermudez | 8.00 | 7.00 | 12.00 | 17.00 | 8 | | 101 | DCR | 8 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 9 | | | 8646 | Jose ... Ruiz | 8.30 | 7.00 | 12.00 | 17.00 | 8 | | 101 | DCR | 8 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 10 | | | 1547 | Christopher Master | 8.00 | 13.00 | | 11.00 | 8 | | 101 | DCR | 8 | ⊘ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

RESPONSIBILITY OF APPROVER NAME

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Construction

STEP 1—PRINT APPROVER NAME: Christopher Rosado

STEP 2—PRINT VERIFIER NAME: (handwritten)

STEP 3—TOTAL HRS: 89

THESE TWO TOTALS MUST MATCH — 89

STEP 5—WHO: (handwritten)

STEP 6—APPROVER SIGNATURE: Christopher Rosado

**BELFOR** ⦿

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

**FORM VERIFIER IS ON**

PTS DOC #

RS10973558

**JOB NUMBER-COMPLETE:** 1175015B5

**JOB NAME:** Family Services

**JOB ADDRESS:** 306 DAABASA

**SAFETY TOPIC:** 306 Daabasa Dr.

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL |
| WATER/FLOOD | L01 | Parts 15 |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

**WEATHER:** HUMID / APM / TEMP / SNOW / RAIN / WINDY

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| ASSISTANT PROJECT MGR | 529 | |
| TECHNICIAN (DRYING) | 530 | PICKUP, SUV OR CAR |
| RESTORATION SUPERVISOR | 518 | VAN, PASSENGER/CARGO |
| RESTORATION TECHNICIAN | 528 | TRUCK-MOVING/BOX/BOXED UP |
| LABOR FOREMAN | 527 | TRUCK, 3/4 TON PICKUP |
| GENERAL LABOR | 453 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| DAY/TEMP LABOR | N/A | TRUCK, EXTRACTION |
| | | NO VEHICLE |

**FOR RENTAL CARS:** "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH STOP TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT?" | HOURS BY PHASE | SMALL TOOLS/PPE | PRE-FIT TEST | PPP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111147 | Willie Posner | DA | 8:00 | 1200 | 18:00 | 9 | L01 | PK | 9 | | ✓ | ✓ | ✓ | HM 24 | | ✓ | 526 | VERIFIER |
| 84123 | Benisha Palicar | DA | 8:00 | 1200 | 18:00 | 9 | L01 | PK | 9 | | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 925 | Kaimana Tooke | DA | 8:00 | 1200 | 17:00 | 8 | L01 | PK | 8 | | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 6515 | Crisida Cruz | DL | 8:00 | 1230 | 17:30 | 8 | L01 | PK | 8 | | ✓ | ✓ | ✓ | | | ✓ | | VERIFIER |
| 55503 | Mitchell Bermudez | DL | 8:00 | 1200 | 17:00 | 8 | L01 | PK | 8 | | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| 2122 | Keilani Watkins | DL | 8:00 | 1230 | 17:00 | 8 | L01 | PK | 8 | | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| 8646 | Jose J. Ruiz | DL | 8:00 | 1230 | 17:30 | 8 | L01 | PK | 8 | | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| 5771 | Israel Arizieros | RS | 8:00 | 1230 | 17:30 | 8 | L01 | PK | 8 | | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| 9008 | Kenneth W. Nowalek | RS | 8:00 | 1200 | 17:00 | 8 | L01 | PK | 8 | | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| 147 | Smith Crespo | DL | 8:00 | 1300 | 17:00 | 8 | L01 | PK | 8 | | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| | Chris tulles 20306 64 | DL | 8:00 | 1200 | 17:30 | 9 | L01 | PK | 9 | | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |

** NC DESCRIPTION:** Contracted to clean farm 3rd Block.

PAGE 1     #OF PAGE 3     # OF PAGE 4     # OF PAGE 5     RECEIPT TRACKING FORMS

NONE

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 87 of 220

**BELFOR**

PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

**BELFOR** PROPERTY: RESTORATION

PTS DOC #

RS10973559

FORM VERIFIER IS ON

| JOB NUMBER-COMPLETE |
|---|
| 1175 01585 |

JOB NAME: Favorly Service

JOB ADDRESS: 306 Barbosa

SAFETY TOPIC: San Juan Pr.

TOOL BOX TRAINING COMPLETED ☑ Y ☐ N

**LOSS CAUSE**

| CODE | LOCATION |
|---|---|
| FIRE | L00 RESIDENTIAL ALL |
| WATER/FLOOD | L01 Port 15 |
| WIND | L02 |
| MOLD | L03 |
| EARTHQUAKE | L04 |
| | L05 |
| | L06 |

**WEATHER:** HUMID, TEMP, SNOW, RAIN, WINDY

**RATE CLASS EXAMPLES / PERSONNEL NAME**

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON |
|---|---|---|---|---|---|---|
| 7671 | Christian Rosado | PS-800 | 1200 1300 | 17:00 | 8 |

Location code: L01 Port

Phase code "WHAT": 5

Hours by phase: 5

SMALL TOOLS ☑ / PPE ☑ / SHARE ROOM ✓

SIGNATURE-END OF SHIFT: MEG ROSA

**FOR RENTAL CARS:**
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**PERSONNEL NAME**

| | VERIFIER |
|---|---|

RESPONSIBILITY OF APPROVER - PLEASE COMPLETE ALL REQUESTS BELOW:

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Work: Clean up, sampling, 3rd floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET-

NONE   PAGE 1   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 88 of 220

**BELFOR**

PTS DOC #

RS10973561

PROPERTY RESTORATION

# PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

**FORM VERIFIER IS ON**

| JOB NUMBER-COMPLETE | 117501565 |
|---|---|
| JOB NAME | County Services - |
| JOB ADDRESS | 306 Ath Barbosa. |
| | Santurce Pr. |

SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

## LOSS CAUSE

| CODE | LOCATION |
|---|---|
| L00 RESIDENTIAL, ALL | ☐ |
| L01 | Dot 1-15 |
| L02 | Dot 1-15 |
| L03 | ☐ |
| L04 | ☐ |
| L05 | ☐ |
| L06 | ☐ |

FIRE ☐ WATER/FLOOD ☐ WIND ☐ MOLD ☐ EARTHQUAKE ☐

## WEATHER

| HUMID | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
|---|---|---|---|---|
| TEMP | APM | | 530 | VAN, PASSENGER/CARGO |
| SNOW | TN | TECHNICIAN (DRYING) | 518 | TRUCK-MOVING/BOX/BOXED UP |
| RAIN | RS | RESTORATION SUPERVISOR | 528 | TRUCK, 3/4 TON PICKUP |
| WINDY | RT | RESTORATION TECHNICIAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | LF | LABOR FOREMAN | 453 | TRUCK, EXTRACTION |
| | GL | GENERAL LABOR | N/A | NO VEHICLE |
| | DL | DAY/TEMP LABOR | | |

## RATE CLASS EXAMPLES

CODE | VEHICLE NAME (TABLE)

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

## PERSONNEL NAME

| ID # | PRINT FIRST | PRINT LAST | RATE CLASS | 24 HOUR START TIME | 24 HOUR LUNCH | 24 HOUR STOP TIME | 24 HOUR CLOCK START | STOP | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7671 | Christian | Rosario | RS | 8:00 | 12:00 | 13:00 | 1800 | 17:00 | 8 | | L01 | 02e | 8 | X | X | X | X | X | X | | | X | RENTAL ☐ | Chris Rosario RS |

**RESPONSIBILITY OF APPROVER** - PLEASE COMPLETE ALL REQUESTS BELOW.

WORK DESCRIPTION: Complete PS clean bag Sun 3rd floor

RESPONSIBILITY OF APPROVER: Wilk Perez

Complete PS clean bag Sun 3rd floor

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EAC PAGES INCLUDED WITH THIS SHEET-

NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5

PAGE 1

V091514

RECEIPT TRACKING FORMS

# PERSONNEL TRACKING

**SERVICE TYPE: (RESTORATION)**

**BELFOR** PROPERTY RESTORATION

PTS DOC # RS10973560

FORM VERIFIER IS ON

JOB NUMBER - COMPLETE: 173015885

JOB NAME: Family Services -

JOB ADDRESS: 306 Av 60A005A

SAFETY TOPIC: San Juan Dr

| LINE # | START DATE | STOP DATE | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111149 | 11-15-18 | 11-15-18 | | Willie Ramos | M | 8:00 | 1200 | 18:00 | 9 | L01 | Don't 15- | 9 | 4AM | 201 | SER RENTAL | |
| 1547 | | | | Christo Oher Rosado | 8:00 | 1200 | 17:00 | 8 | L01 | Don't | 8 | | | | |
| 2295 | | | | Danna Velde | 8:00 | 1200 | 17:00 | 8 | L01 | Don't | 8 | | | christophe Rosario | |
| 6923 | | | | Keshisha Feliciano | 8:00 | 1200 | 17:00 | 8 | L01 | Don't | 8 | | | | |
| 9135 | | | | Yaimara Irusta | 8:00 | 1200 | 17:00 | 8 | L01 | Don't | 8 | | | | |
| 6515 | | | | Giseida Cruz | 8:00 | 1300 | 17:00 | 8 | L01 | Don't | 8 | | | | |
| 8791 | | | | Israel A Rivera | 8:00 | 1200 | 17:00 | 8 | L01 | Don't | 8 | | | Joe C. | |
| 2172 | | | | Keynaldo Melchroit | 8:00 | 1300 | 17:00 | 8 | L01 | Don't | 8 | | | | |
| 9001 | | | | Kenneth Navedo | 8:00 | 1300 | 17:00 | 8 | L01 | Don't | 8 | | | | |
| 5503 | | | | Mitchell Bermudez | 8:30 | 1230 | 17:30 | 8 | L01 | Don't | 8 | | | Michael Bermudez | |
| 8646 | | | | Jose T. Ruiz | 8:00 | 1200 | 17:00 | 8 | L01 | Don't | 8 | | | | |

WORK DESCRIPTION: Control to clean and remove damaged boxes from 3rd floor.

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 90 of 220

**BELFOR** PROPERTY RESTORATION

PTS DOC #

RS10973563

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

| FORM VERIFIER | JOB NUMBER-COMPLETE | | |
|---|---|---|---|
| LINE # | 1175015B5 | | |
| START DATE | 11-16-18 | | |
| STOP DATE | 11-16-18 | | |

JOB NAME: Fanny Serves
JOB ADDRESS: 306 Borenaia Sav Juan pr

PRINT FIRST THEN LAST NAME: Christian Rosan

RATE CLASS: RS
24 HOUR START TIME: 8:01
24 HOUR STOP TIME: 17:00

**LOSS CAUSE**
- FIRE
- WATER/FLOOD
- WIND
- MOLD
- EARTHQUAKE

**CODE / LOCATION**
- L00 RESIDENTIAL ALL
- L01 Parts
- L02
- L03
- L04
- L05
- L06

LOCATION CODE: Cw
PHASE CODE/WHAT: due
HOURS BY PHASE: 5

**WEATHER:** WINDY

CREW DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:
Carried to clean boys from 3rd floor.

RESPONSIBILITY OF APPROVER PLEASE COMPLETE ALL REQUESTS BELOW

STEP 6-APPROVER'S SIGNATURE

# PERSONNEL TRACKING

**BELFOR**

FORM VERIFIER IS ON

PTS DOC #
RS10973562

**SERVICE TYPE (RESTORATION)**

CREW SHEET #
LAST 3 DIGITS OF JOB # (POST DATE / ADMIN ONLY)

| Field | Value |
|---|---|
| LINE # | |
| START DATE | 1-1-16-18 |
| STOP DATE | 1-16-18 |
| JOB NUMBER-COMPLETE | 1175U585 |
| JOB NAME | Frens Barrios |
| JOB ADDRESS | 306 Ave Barios |

**LOSS CAUSE:** FIRE / WATER/FLOOD / WIND / MOLD / EARTHQUAKE

**CODE / LOCATION:** L00 RESIDENTIAL ALL / L01 / L02 / L03 / L04 / L05 / L06

**WEATHER:** HUMID / TEMP / SNOW / RAIN / WINDY

**RATE CLASS EXAMPLES**

| CODE | PERSONNEL NAME |
|---|---|
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISOR |
| RT | RESTORATION TECHNICIAN |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

**PROPERTY VEHICLE**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |

**"X" FOR RENTAL CARS:** N/A = NO VEHICLE. INDICATE FOR TRANSPORTATION ONLY

| ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | 24 HOUR | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE (WHAT) | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 511447 | Willie Barrios | PM | 8:00 | 18:00 | 8:00 | 18:00 | 9 | L01 | 0Pa | 9 | | ✓ | ✓ | ✓ | ✓ | HPM | 201 | ✓ | 524 | RENTAL ☐ |
| 2095 | Brenda Orejela | 8:00 | 8:00 | 1800 | 1300 | 17:00 | 8 | L01 | 0Pa | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| 54123 | Bronislaw Feliciano | Pt | 8:00 | 8:00 | 1300 | 1200 | 17:00 | 8 | L01 | 0Pa | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| 9275 | Casimira Trocke | Pt | 8:00 | 9:00 | 1200 | 1300 | 17:00 | 8 | L01 | 0Pa | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| 6515 | Griselda Cruz | Pt | 8:00 | 9:00 | 1300 | 1200 | 17:00 | 8 | L01 | 0Pa | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| 9008 | Kenneth Abaelo | 8:00 | 8:00 | 1300 | 1200 | 17:00 | 8 | L01 | 0Pa | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| 8141 | Israel Barrios | 85 | 8:00 | 8:00 | 1300 | 1200 | 17:00 | 8 | L01 | 0Pa | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| 2122 | Ramon J Medina | Pt | 8:00 | 8:00 | 1200 | 1200 | 17:00 | 8 | L01 | 0Pa | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| 8644 | Jose J. Aviles | Pt | 8:00 | 8:00 | 1300 | 1200 | 17:00 | 8 | L01 | 0Pa | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| 5503 | Mitchell Bermudez | 64 | 8:00 | 8:00 | 1200 | 12:00 | 17:00 | 8 | L01 | 404 | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | Mitchell Bermudez |
| 1547 | Christopher Rosario | 64 | 8:00 | 8:00 | 1200 | 1200 | 17:00 | 8 | L01 | Dec | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | Christopher Rosario |

**RESPONSIBILITY OF APPROVER:** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐ LY ☐ ON

STEP 3 > TOTALS: THESE TWO TOTALS MUST MATCH

STEP 4 > MINOR HRS

**JOB DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Willie Rosario – cleaning days form 3rd floor

STEP 1-PRINT APPROVER NAME: Christopher Rosario

STEP 6-APPROVER SIGNATURE: Christopher Rosario

FORM VERIFIER-PLEASE ENTER QUANTITY OF "0" FOR ALL B&C PAGES INCLUDED WITH THIS SHEET:

#OF PAGE 3 ___  # OF PAGE 4 ___  # OF PAGE 5 ___

PAGE 1     NONE     RECEIPT TRACKING FORMS

V0915I4

**FORM VERIFIER IS ON**

**PTS DOC #**
RS10973565

**PERSONNEL TRACKING**

**BELFOR** PROPERTY RESTORATION

JOB NUMBER–COMPLETE: 117501585

JOB NAME: family Services

JOB ADDRESS: 306 Av Barbosa

SAFETY TOPIC: Sanjuan Pr.

SERVICE TYPE (RESTORATION)

LOSS CAUSE: FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

LOSS CODE: L00 RESIDENTIAL-ALL, L01, L02, L03, L04, L05, L06

WEATHER: APM ASSISTANT PROJECT MGR, HUMID, TEMP, SNOW, RAIN, WINDY

RATE CLASS EXAMPLES:
| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

| LINE # | START DATE | STOP DATE | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START STOP | STOP TIME | 24 HOUR CLOCK | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE–END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11-19-18 | 11-19-18 | 11117417 | Willie Pacheco | PM | 8:00 | 1200 1300 | 18:00 | | 9 | 601 | DCR | 9 | ✓ | ✓ | ✓ | ✓ | ✓ | HDM | 201 | ✓ | RENTAL □ | |
| 2 | | | 82.75 | Raimon Iroola | Qt | 8:00 | 1200 1300 | 17:00 | | 8 | 601 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |
| 3 | | | 2295 | Premo Oyela | Dt | 8:00 | 1200 1300 | 17:00 | | 8 | 601 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |
| 4 | | | 8751 | Jose Ruiz | LL | 8:00 | 1200 1300 | 17:00 | | 8 | 601 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |
| 5 | | | 8844 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | | 8 | 601 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |
| 6 | | | 9008 | Kenneth Nevado | Ld | 8:00 | 1200 1300 | 17:00 | | 8 | 601 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |
| 7 | | | 2192 | Kevin Medina | Dt | 8:00 | 1200 1230 | 17:00 | | 9 | 601 | DCR | 9 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |
| 8 | | | 5503 | Mitchell Bernindez | LL | 8:00 | 1200 1300 | 17:00 | | 9 | 601 | DCR | 9 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |
| 9 | | | 1747 | Christopher Rosario | bL | 8:00 | 1200 1300 | 17:00 | | 9 | 601 | DCR | 9 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |
| 10 | | | 7671 | Christian Rosario | Dt | 8:00 | 1200 1300 | 17:00 | | 8 | 601 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL □ | |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

DESCRIPTION: Special bogged by Adams do be split to start to return to designated area.

STEP 3 TOTALS HRS — THESE TWO TOTALS MUST MATCH — STEP 4 PHASE HRS

VERIFICATION OF PTS DATA: STEP 5 DOES THE PTS COVER?

**BELFOR** PROPERTY RESTORATION

PTS DOC #

RS10973568

# PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

**JOB NUMBER-COMPLETE:** 1175015B5

**JOB NAME:** Family Services

**JOB ADDRESS:** 306 Av Barbosa, San Juan Pr.

**LOSS CAUSE:** FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

**CODE LOCATION:** L00 RESIDENTIAL ALL, L01 Dock 15, L02, L03, L04, L05, L06

**WEATHER:** HUMID, TEMP, SNOW, RAIN, WINDY

| LINE # | ID# | START DATE | STOP DATE | PERSONNEL NAME (PRINT FIRST THEN LAST) | RATE CLASS | 24 HOUR START TIME | LUNCH START | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE WHAT | HOURS BY PHASE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1111947 | 11-20-14 | 11-20-18 | Willie Resuna | PM | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 9.5 | HPA 201 | 525 | |
| | 1947 | | | Christopher Rosario | 6C | 8:00 | 13:00 12:00 | 17:00 | 8 | col | QU | 8 | | | |
| | 5503 | | | Michell Barnudez | 6C | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 8 | | Christopher Rosario | |
| | 8791 | | | Iskrek Rivera | RS | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 8 | | | |
| | 6609 | | | Kenneth DURurbo | 6C | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 8 | | | |
| | 7671 | | | Christian Bispauo | RS | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 8 | | | |
| | 2122 | | | Kaylan J. Medina | 2+ | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 8 | | | |
| | 8896 | | | Jose Ruiz | 2L | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 8 | | | |
| | 6423 | | | Kensisha Feliciano | 2+ | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 8 | | | |
| | 6515 | | | Griselda Cruz | 2+ | 8:00 | 12:00 13:00 | 17:00 | 8 | col | QU | 8 | | | |
| | 1975 | | | Xavier Mara Rocha | 2+ | 8:00 | 12:00 13:00 | 17:00 | 6 | col | QU | 8 | | | |

**RESPONSIBILITY OF APPROVER:** Willie Rosa

**JOB DESCRIPTION:** Conduct to Clean bars from 3rd floor, and clean bars out bars or Pallets Ready for delivery.

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc: Exhibit Supporting Documents 1 Page 94 of 220

**BELFOR**
PROPERTY RESTORATION

**PERSONNEL TRACKING**

PTS DOC #
RS10973569

FORM VERIFIER IS ON

JOB NUMBER-COMPLETE: 1175 01 585

JOB NAME

JOB ADDRESS: 30C Av Barbosa

SAFETY TOPIC: P Hejmd

TOOL BOX TRAINING COMPLETED? ☐N

| LINE # | START DATE | STOP DATE | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPE HARNESS | PER DIEM | HOTEL NAME CODE # | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 11-11-47 | 11-21-18 | 111147 | Willie Pegoms | RM | 6:30 | 1800 | 7 | 601 | DOC | 7 | | ⊘ | < | < | < | < | PM | 201 | < | 525 | |
| | | 11-21-18 | 1947 | Christopher Rosario | 6L | 8:30 | 1800 | 8 | 601 | DOC | 7 | | ⊘ | < | < | < | < | | | < | | |
| | | | 7671 | Christian Rosario | R5 | 8:00 | 1700 | 9 | 601 | DOC | 9 | | ⊘ | < | < | < | < | | | < | Cristobe Rosario |
| | | | 8571 | Esther L Rivera | 6L | 8:00 | 1700 | 8 | 601 | DOC | 9 | | ⊘ | < | < | < | < | | | < | |
| | | | 2193 | Keylan Mechira | R+ | 8:00 | 1700 | 8 | 601 | DOC | 9 | | ⊘ | < | < | < | < | | | < | |
| | | | 5508 | Mitchell Bermudez | 6L | 8:00 | 1700 | 8 | 601 | DOC | 9 | | ⊘ | < | < | < | < | | | < | |
| | | | 8676 | Jose Ruiz | 6C | 8:00 | 1700 | 8 | 601 | DOC | 9 | | ⊘ | < | < | < | < | | | < | |
| | | | 900€ | Kenneth Nonadello | L | 8:00 | 1700 | 8 | 601 | DOC | 9 | | ⊘ | < | < | < | < | | | < | |
| | | | 6515 | Griselle Cruz | R+ | 8:00 | 1720 | 8 | 601 | DOC | 8 | | ⊘ | < | < | < | < | | | < | |
| | | | 6413 | Kenhish Feliciano | R+ | 8:00 | 1720 | 9 | 601 | DOC | 9 | | ⊘ | < | < | < | < | | | < | |
| | | | 9325 | Xavier | 12:00 | 1200 | 1210 | | 601 | DOC | | | ⊘ | < | < | < | < | | | < | |

SERVICE TYPE (RESTORATION)

| LOSS CAUSE | | LOCATION | | WEATHER | |
|---|---|---|---|---|---|
| FIRE ☐ | L00 RESIDENTIAL ALL | HUMID ☐ APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| WATER/FLOOD ☐ | L01 Oct 15 | TEMP ☐ TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| WIND ☐ | L02 | SNOW ☐ RS | RESTORATION SUPERVISE | 518 | TRUCK-MOVING/BOX/BOARD UP |
| MOLD ☐ | L03 | RAIN ☐ RT | RESTORATION TECHNICA | 528 | TRUCK, 3/4 TON PICKUP |
| EARTHQUAKE ☐ | L04 | WINDY ☐ LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | L05 | GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | L06 | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

FORM VERIFIER=PLEASE ENTER QUANTITY or "0" FOR ALL ERC PAGES INCLUDED WITH THIS SHEET—

NONE          # OF PAGE 3          # OF PAGE 4          # OF PAGE 5

PAGE 1

RECEIPT TRACKING FORMS

**PTS DOC #**

RS10973570

**BELFOR** (●)

PROPERTY RESTORATION

## PERSONNEL TRACKING

**FORM VERIFIER IS ON**

**JOB NUMBER - COMPLETE** 1175015585

**SERVICE TYPE (RESTORATION)**

| LINE # | START DATE | STOP DATE | | | |
|---|---|---|---|---|---|
| | 11-21-18 | 11-24-18 | | | |

**JOB NAME** Family Services.

**JOB ADDRESS** 306 av Barbosa.

San Juan Pr.

**SAFETY TOPIC**

**TOOL BOX TRAINING** COMPLETED? ☐ Y ☐ N

| LOSS CAUSE CODE | LOCATION |
|---|---|
| FIRE | L00 RESIDENTIAL ALL |
| WATER/FLOOD | L01 Apt + 15. |
| WIND | L02 |
| MOLD | L03 |
| EARTHQUAKE | L04 |
| | L05 |
| | L06 |

**WEATHER**: HUMID ☐ TEMP ☐ SNOW ☐ RAIN ☐ WINDY ☐

**RATE CLASS EXAMPLES**
- APM ASSISTANT PROJECT MGR
- TN TECHNICIAN (DRYING)
- RS RESTORATION SUPERVISOR
- RT RESTORATION TECHNICIAN
- LF LABOR FOREMAN
- GL GENERAL LABOR
- DL DAY/TEMP LABOR

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION

**FOR RENTAL CARS: INDICATE ANY VEHICLE CODE WITH "X" ONLY**

**SHARE ROOM** / **VEHICLE CODE**

**SIGNATURE - END OF SHIFT**

### PERSONNEL NAME

**PRINT FIRST** _THEN_ **LAST NAME**

| ID# | PERSONNEL NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR LUNCH STOP TIME | 24 HOUR CLOCK | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT | PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2295 | Brenda Ojeda. | RT | 8:00 | 12:00 12:30 | 17:00 17:30 | 8 | Cer | Water | 8 | X | X | X | X | X | | | X | RENTAL ☐ | Burton | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |
| | | | | | | | | | | X | X | X | X | X | | | X | RENTAL ☐ | | VERIFIER |

**RESPONSIBILITY OF APPROVER**

**STEP 1 - PRINT APPROVER NAME** Will Payne

**STEP 2 -** VOID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", **YOU AS APPROVER** MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

**JOB DESCRIPTION** - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED.

Conduct the clean looks from 3rd floor

**STEP 3 - TOTAL HRS**

**THESE TWO TOTALS MUST MATCH**

**STEP 4 - EACH HRS**

**STEP 5 -** DOES THE PTS COVER:

**STEP 6 - APPROVER SIGNATURE**

Burton

**FORM VERIFIER** NONE

**# OF PAGE 3** # OF PAGE 4 # OF PAGE 5

PAGE 1.

**RECEIPT TRACKING FORMS**

# BELFOR

**PERSONNEL TRACKING**

PTS DOC #
RS10973573

FORM VERIFIER IS ON

**SERVICE TYPE (RESTORATION)**

JOB NUMBER–COMPLETE: 1175015585
JOB NAME: Family Service
JOB ADDRESS: 306 Ave. Borinoso San Juan PR.

LOSS CAUSE / CODE / LOCATION:
- FIRE
- WATER/FLOOD — L01 — Poat 15
- WIND — L02
- MOLD — L03
- EARTHQUAKE — L04
- L05
- L06 — L00 RESIDENTIAL ALL

WEATHER: HUMID, TEMP, SNOW, RT, RAIN, WINDY

| LINE # | START DATE | STOP DATE | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | 24 HOUR CLOCK START | STOP | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SET TABLE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-28-18 | 11-23-18 | 6515 | Crisside Cruz | Rt | 8:00 | 1200 1300 | 17:00 | | | 6 | | Lo 1 | Oat | 8 | X | X | X | X | X | | | X | RENTAL | | VERIFIER |
| | | | 4275 | Xaimara Riccla | Rt | 8:00 | 1200 1300 | 1:00 | | | 8 | | Lo 1 | Mt | 8 | X | X | X | X | X | | | X | RENTAL | | VERIFIER |
| | | | 2102 | Kaylan Medina | Rt | 8:00 | 1200 1300 | 17:00 | | | 8 | | Lo 1 | Oa2 | 8 | X | X | X | X | X | | | X | RENTAL | | VERIFIER |

**RESPONSIBILITY OF APPROVER**
STEP 1-PRINT APPROVER NAME: Utilice Osuna
WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Clean up from 3rd floor

THESE TWO TOTALS MUST MATCH: 24 / 24

RATE CLASS EXAMPLES / VEHICLE NAME (TABLE)

| CODE | VEHICLE NAME |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

**BELFOR (●)**
PROPERTY RESTORATION

**PERSONNEL TRACKING**

PTS DOC #
RS10973572

**SERVICE TYPE (RESTORATION)**

| LOSS CAUSE | | CODE | LOCATION |
|---|---|---|---|
| FIRE | | L00 | RESIDENTIAL, ALL |
| WATER/FLOOD | | L01 | |
| WIND | | L02 | |
| MOLD | | L03 | |
| EARTHQUAKE | | L04 | |
| | | L05 | |
| | | L06 | |

**WEATHER**: HUMID, TEMP, SNOW, RAIN, WINDY

**JOB NUMBER-COMPLETE**: 117501 565

**JOB NAME**: family Services -

**JOB ADDRESS**: 306 av. domenech
3ra guim fr.

**SAFETY TOPIC**

TOOL BOX TRAINING COMPLETED? □Y □N

| LINE # | START DATE / STOP DATE | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-28-18 | 111147 | Willie Rosme | DM | 8:00 | 1200 / 1230 | 18:00 | 9 | | L01 | R4 | 9 |
| | | 7983 | Jose Sancia | 61 | 8:30 | 1300 / 1330 | 17:00 | 8 | | L01 | R4 | 8 |
| | | 1947 | Christopher Rosario | 61 | 8:30 | 1200 / 1230 | 17:00 | 8 | | L01 | R4 | 8 |
| | 11-28-18 | 12963 | Rey Castro | 62 | 8:30 | 1300 / 1330 | 17:30 | 8 | | L01 | R4 | 8 |
| | | 8671 | Israel Rivera | RS | 8:30 | 1300 / 1330 | 17:30 | 8 | | L01 | R4 | 8 |
| | | 7871 | Christian Rosario | RS | 8:30 | 1300 / 1330 | 17:00 | 8 | | L01 | R4 | 8 |
| | | 5503 | Mitchell Bermudez | 61 | 8:00 | 1200 / 1230 | 17:00 | 8 | | L01 | R4 | 8 |
| | | 9008 | Kenneth Noble | 61 | 8:00 | 1200 / 1230 | 17:00 | 8 | | L01 | R4 | 8 |
| | | 8646 | Jose Ruiz | 62 | 8:00 | 1200 / 1230 | 17:30 | 8 | | L01 | R4 | 8 |
| | 11-14-23 | 14423 | Kevin Felicano | R4 | 8:30 | 1200 / 1230 | 17:00 | 8 | | L01 | R4 | 8 |
| | | 2745 | Brenda Ayala | R4 | 8:30 | 1305 | 17:30 | 8 | | L01 | R4 | 8 |

**PERSONNEL NAME** — SIGNATURE-END OF SHIFT

FOR RENTAL CARS:
**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**RATE CLASS EXAMPLES**:
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

WORK DESCRIPTION — BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:
Cleaned to clean boss area 3rd floor and all staged clean boxes on pallots

FORM VERIFIER-PLEASE ENTER QUANTITY OF "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET

NONE   PAGE 1   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR**
PROPERTY RESTORATION

PTS DOC #
RS10973576

V0915714

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST *THEN* LAST NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT PERSONAL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-26-18 | 11-26-18 | 11447 | Willie Payne | PM | 8:00 | 1200 | 9 | L01 | A02 | 4 | ✓ | ✓ | ✓ | ✓ | ✓ | 4PM | 201 | ✓ | 526 RENTAL ☐ | Willie D. Payne |
| | | | 8123 | Kenisha Feliciano | Pt | 8:00 | 1200 | 9 | L01 | A02 | 4 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| | | | 6915 | Griselda Cruz | P4 | 8:00 | 1200 | 9 | L01 | A02 | 4 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | Griselda Cruz |
| | | | 9075 | Kar Mishobe | Pt | 8:00 | 1300 | 8 | L01 | A04 | 6 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| | | | 9008 | Kenneth Newco | 67 | 8:00 | 17:00 | 8 | L01 | A04 | 5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| | | | 871 | Israel Rivera | 25 | 8:00 | 17:00 | 8 | L01 | A04 | 5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| | | | 8040 | Josph J Ruiz | 6C | 8:00 | 17:00 | 8 | L61 | A04 | 5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| | | | 1987 | Christopher Rosario | 6L | 8:00 | 17:00 | 8 | L61 | A04 | 5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | Christopher Rosario |
| | | | 5503 | Mitchell Bernardez | 6L | 8:00 | 17:30 | 8 | L61 | A04 | 5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| | | | 2808 | Edgardo Albino | 6L | 8:00 | 17:30 | 8 | L61 | A04 | 5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |
| | | | 2671 | Christian Rosario | RS | 8:00 | 17:30 | 8 | L61 | A04 | 5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | |

**JOB NUMBER-COMPLETE**

JOB NAME: Family Services.
JOB ADDRESS: 1886st.

**SERVICE TYPE (RESTORATION)**

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL |
| WATER/FLOOD | L01 | Door +15 |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

**WEATHER:** ☐ HUMID ☐ TEMP ☐ SNOW ☐ RAIN ☐ WINDY

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

FOR RENTAL CARS:
"X", AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

CREW SHEET #
LAST 3 DIGITS OF JOB#, DIGIT DATE (ADMIN ONLY)

TOOL BOX TRAINING
COMPLETED? ☐Y ☐N
SAFETY TOPIC

**TEP 1-PRINT APPROVER NAME**
Contract do chem

**RESPONSIBILITY OF APPROVER**

**WORK DESCRIPTION**– BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
param 3rd floor

FORM VERIFIER—PLEASE ENTER QUANTITY of "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET:-

**BELFOR** PROPERTY RESTORATION

CN340367

## PERSONNEL TRACKING

### SERVICE TYPE (CONTENTS DOCUMENTS)

**FORM VERIFIER IS ON**

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST *THEN* LAST NAME | RATE CLASS | MILITARY START TIME | LUNCH START/STOP | MILITARY STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-27-18 | 11-27-18 | 1/1/1947 | Willie Pesina | DM | 8:00 | 1200/1300 | 8:00 | 4 | L01 | Dce | 9 | ◯ | ◯ | Y | ◯ | ◯ | DM4N | D01 | Y | SPE RENTAL | VERIFIER |
| | | | 2295 | Brenda Okeda | Dt | 8:00 | 1200/1300 | 17:00 | 8 | L01 | Dcr | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 6423 | Kenkisha Telciano | Dt | 8:00 | 12:00/1300 | 17:00 | 8 | L01 | Dce | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 6515 | Griselda Cruz | Dt | 8:00 | 1200/1300 | 17:00 | 8 | L01 | Dca | 9 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 925 | Kirinitra Traple | R+ | 8:00 | 1200/1900 | 17:00 | 8 | L01 | Dce | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 1947 | Christopher Rosario | 6L | 8:00 | 1200/1300 | 17:00 | 8 | L01 | Dce | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 1671 | Christian Rosario | R5 | 8:00 | 1200/1300 | 17:00 | 8 | L01 | Dce | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 5503 | Mitchell Bermudez | 6L | 8:00 | 1200/1300 | 17:00 | 8 | L01 | Dce | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 9008 | Kenneth Abrede | 6L | 8:00 | 1200/1300 | 17:00 | 8 | L01 | Dce | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 8471 | Isbecc Pillon | R5 | 8:00 | 1200/1300 | 17:00 | 8 | L01 | Dce | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |
| | | | 8474 | Jose Ruiz | 6L | 8:00 | 1200/1300 | 17:00 | 8 | L01 | Dce | 8 | ◯ | ◯ | Y | ◯ | ◯ | | | Y | RENTAL | VERIFIER |

**JOB NUMBER-COMPLETE:** 11250/585

**JOB NAME:** Family Services

**JOB ADDRESS:** 308 me Barbosa

**SAFETY TOPIC:**

**TOOL BOX TRAINING COMPLETED** ☐YES ☐NO

### 24 HOUR CLOCK

**LOSS CAUSE**
- FIRE
- WATER/FLOOD
- WIND
- MOLD
- EARTHQUAKE

**CODE / LOCATION**
- L00 RESIDENTIAL ALL
- L01 Parts
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- HUMID
- TEMP
- SNOW
- RAIN
- WINDY

### RATE CLASS EXAMPLES

| CODE | | | PERSONNEL NAME |
|---|---|---|---|
| TN | TECHNICIAN | | |
| TS | TECHNICAL SPECIALIST | | |
| TL | TEAM LEADER | | |
| TSE | TECHNICAL SUPPORT ENG. | | |
| LF | LABOR FOREMAN | | |
| GL | GENERAL/SKILLED BEFOR TRAINED | | |
| DL | DAY/TEMP LABOR | | |

### VEHICLE NAME (TABLE)

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD up |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**FOR RENTAL CARS:** FILL IN VEHICLE CODE AND CHECK BOX

**RESPONSIBILITY OF MANAGER** — PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1** PRINT MANAGER NAME: Willie Peso

**STEP 2** ADD THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION ☐ ☐

**STEP 3** TOTAL HRS: 85

**STEP 4** TOTAL HRS: 89

**STEP 5** DOES THE FT'S COVER: WHO ☐WHERE ☐WHERE ☐ WORK DESC: WHAT ☐WHERE ☐WHEN ☐WHY ☐HOW ☐

**STEP 6** MANAGER SIGNATURE: Christah Rosario

**MANAGER DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Conduct the clean bup's ferra 3rd floor

FORM VERIFIER: PLEASE CHECK EACH BOX AND ENTER QUANTITY FOR ALL R&C PAGES INCLUDED WITH THIS SHEET: ☐NONE ☐PAGE 3 # OF PAGES ☐PAGE 4 # OF PAGES ☐PAGE 5 # OF PAGES ☐ OF RECEIPT FORMS

V033114.A   PAGE 1

**BELFOR**
PROPERTY RESTORATION

CN340385

**FORM VERIFIER IS ON**

**PERSONNEL TRACKING**

SERVICE TYPE (CONTENTS DOCUMENTS)

JOB NUMBER-COMPLETE: 1175 01 SF5
JOB NAME: Penny Servics.
JOB ADDRESS: Joe ooc Sabbara
SAFETY TOPIC: Shyina for o

| LINE # | START DATE | STOP DATE | PRINT FIRST / LAST NAME | RATE CLASS | START TIME | Firse time | STOP TIME | LOSS CAUSE | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111147 | 11-25-18 | 11-26-18 | Lidille Jesina | PM | 8:00 | 12:00 1330 | 1800 | | 61 | Pex | 9 | | ✓ | ✓ | ✓ | ✓ | 4PM | 201 | ✓ | 525 | |
| 6923 | | | Benkshna Ilicica | R+ | 8:00 | 12:00 1300 | 17:00 | | 69 | pex | 9 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 2005 | | | Brenda Oñeda | R+ | 6:00 | 1200 1300 | 17:00 | | 61 | Qu | 9 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 9275 | | | Laimara Vrock | R+ | 8:00 | 1200 1300 | 17:00 | | 61 | Qu | 9 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 6515 | | | GriSeida Cruz | D+ | 8:00 | 1200 1300 | 17:00 | | 61 | Qca | 9 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 5503 | | | Mitchel Bermudez | 6L | 8:00 | 1200 1300 | 17:00 | | 601 | Qca | 9 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 2808 | | | Edoardo Albino | 6L | 5:00 | 1200 1300 | 17:00 | | 601 | Qca | 9 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 8791 | | | Joetel A. Rivera | RS | 8:00 | 1200 1300 | 17:00 | | 601 | Qca | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 3008 | | | Kenneth Ubinas | 6C | 8:00 | 1200 1300 | 17:00 | | 60 | Pca | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 1647 | | | Christopher Roshmar | 6C | 8:00 | 1200 1300 | 17:00 | | 60 | Pca | 8 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 2571 | | | Christian Resuma | RS | 8:00 | 1200 1300 | 17:00 | | 60 | Qca | 9 | | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |

WORK DESCRIPTION: Continued to clean books from 3rd floor.

**BELFOR (●)**
PROPERTY RESTORATION

CN340388

## PERSONNEL TRACKING
### SERVICE TYPE (CONTENTS DOCUMENTS)

**FORM VERIFIER IS ON**

**JOB NUMBER - COMPLETE:** 1125615825

**JOB NAME:** Tommy Services

**JOB ADDRESS:** 306 av Bonbos

| CODE | LOCATION |
|------|----------|
| L00 | RESIDENTIAL, ALL |
| L01 | Por-15 |
| L02 | |
| L03 | |
| L04 | |
| L05 | |
| L06 | |

**LOSS CAUSE:** FIRE / WATER/FLOOD / WIND / MOLD / EARTHQUAKE

**WEATHER:** HUMID / TEMP / SNOW / RAIN / WINDY

**START DATE:** 11-25-18
**STOP DATE:** 11-25-18

**LINE #:** 0515

### PERSONNEL NAME
PRINT FIRST THEN LAST NAME

| ID# | PRINT FIRST _THEN_ LAST NAME | RATE CLASS | MILITARY 24 HOUR CLOCK START TIME | LUNCH START/STOP | MILITARY STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE - END OF SHIFT |
|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | Cristobal Cruz | PT | 8:00 | 12/1:00 | 17:00 | 8 | 601 | 002 | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |

### RATE CLASS EXAMPLES
| CODE | VEHICLE NAME (TABLE) |
|------|------|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOXED UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

TN - TECHNICIAN
TS - TECHNICAL SPECIALIST
TL - TEAM LEADER
TSE - TECHNICAL SUPPORT ENG.
LF - LABOR FOREMAN
GL - GENERAL/SKILLED BELFOR
DL - DAY/TEMP LABOR

**WORK DESCRIPTION:** Conduct W.O. work is on cleaning copies

**JOB DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:**

**STEP 1** - PRINT MANAGER NAME: William Perez
**STEP 2** - DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? ☐ Y ☐ N
**STEP 3** - VERIFY TOTAL HRS
**STEP 4** - VERIFY TOTAL HRS
**STEP 5** - DOES THE PTS COVER: WIND☐WHEN☐WHERE☐ WHY☐NOW☐
**STEP 6** - MANAGER SIGNATURE TO VERIFY FORM IS COMPLETED

FORM V023114.A

FORM VERIFIER - PLEASE CHECK, BOX, AND ENTER, QUANTITY FOR ALL E&C PAGES INCLUDED WITH THIS SHEET - ☐NONE ☐PAGE 2 - # OF PAGES ___ ☐PAGE 4 - # OF PAGES ___ ☐PAGE 5 - # OF PAGES ___ ☐# OF RECEIPT FORMS ___

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 102 of 220

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**BELFOR**
PROPERTY|RESTORATION

FORM VERIFIER IS ON

FORM VERIFIER=PLEASE ENTER QUANTITY or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET-

V091514

JOB NUMBER—COMPLETE: 11750585

JOB NAME: Family Services-

JOB ADDRESS: 306 Ave BARBOSA

SAFETY TOPIC: San Juan PR.

| LINE # | START DATE | STOP DATE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | JOB CLASS | RATE CLASS | 24 HOUR CLOCK START TIME | STOP TIME | 24 HOUR TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SHARE ROOM | VEHICLE CODE | SIGNATURE—END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 11-1-18 | 11-1-18 | 1111447 | Willie Pesina | PM | | 8:00 | 1200 1300 | 1800 | 9 | | 101 | DCR | 9 | Y | 599 | |
| | | | 8646 | Jose Ruiz | GL | | 8:00 | 1200 1300 | 17:00 | 8 | | 101 | DCR | 8 | Y | 801 | |
| | | | 1946 | Christopher Rosariol | GL | | 8:00 | 1200 1300 | 17:00 | 8 | | 101 | DCR | 8 | Y | | Christopher Rosario |
| | | | 8791 | ISRael Rivera | RS | | 8:00 | 1200 1300 | 17:00 | 8 | | 101 | DCR | 8 | Y | RENTAL | |
| | | | 5503 | Mitchell Dominquez | GL | | 8:00 | 1200 1300 | 17:00 | 8 | | 101 | DCR | 8 | Y | RENTAL | Mitchell Dominguez |
| | | | 7671 | Christian Rosario | RS | | 8:00 | 1200 1300 | 17:00 | 8 | | 101 | DCR | 8 | Y | RENTAL | meerro |
| | | | 9008 | Kenneth Naredo | GL | | 8:00 | 1200 1300 | 17:30 | 8 | | 101 | DCR | 8 | Y | RENTAL | |
| | | | 2133 | Keyllan Medina | FI | | 8:00 | 1200 1300 | 17:00 | 8 | | 101 | DCR | 8 | Y | RENTAL | |

Continued to move boxes from 3rd floor do ant for cleaning.

THESE TWO TOTALS MUST MATCH: 6.5 / 6.5

STEP 6—APPROVER SIGNATURE

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 103 of 220

**BELFOR**
PROPERTY RESTORATION

**PTS DOC #**
RS10973642

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

| FORM VERIFIER IS ON | | | | | | | |
|---|---|---|---|---|---|---|---|

JOB NUMBER-COMPLETE: 1175 01 585

JOB NAME: Family Services

JOB ADDRESS: 306 Barbosa

SAFETY TOPIC: San Juan PR.

TOOL BOX TRAINING
COMPLETED? □N □N

**LOSS CAUSE / CODE / LOCATION**

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL, ALL |
| WATER/FLOOD | L01 | OOR-15 |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

**WEATHER:** HUMID / TEMP / SNOW / RAIN / WINDY

**CREW SHEET #**

| LINE # | START DATE | STOP DATE |
|---|---|---|
| | 1-1-18 | 1-1-18 |

PHASE CODE EXAMPLES...

PERSONNEL NAME

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | START TIME | LUNCH START | 24 HOUR STOP TIME | BY PERSON | BY OTHER | | | | |
| 111447 | Willie Pesina | IM | | | | | | | | | |
| 2895 | Brenda Ojeda | R7 8:00 | 1200 1300 | 17:00 | 8 | | 6.01 | OOR | 8 | | |
| 6814 | Wanda Millan | 6L 8:00 | 1200 1300 | 17:00 | 8 | | 6.01 | OOR | 8 | | |
| 6515 | Griselda Cruz | R7 8:00 | 1200 1300 | 17:00 | 8 | | 6.01 | OOR | 8 | | |
| 9275 | Kai Mcau Troche | R7 8:00 | 1200 1300 | 17:00 | 8 | | 6.01 | OOR | 8 | | |
| 6433 | Kenisha Feliciano | 6L 8:00 | 1200 1300 | 17:00 | 8 | | 6.01 | OOR | 8 | | |
| 9843 | Juan Rica | 6L 8:00 | 1200 1300 | 17:00 | 8 | | 6.01 | OOR | 8 | | |

**RESPONSIBILITY OF APPROVER**

STEP 1 – PRINT APPROVER NAME: Willie Pesina

ORR DESCRIPTION: Con finned 70 clean boxes from the 4th + 100R. over at the OOR, 15.

THESE TWO TOTALS MUST MATCH: 40 / 40

| | SMALL TOOLS | PPE | PRF-FIT TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | RENTAL □ | | Willie Pesina | VERIFIER |
| | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | RENTAL □ | | | VERIFIER |
| | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | RENTAL □ | | | VERIFIER |
| | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | RENTAL □ | | | VERIFIER |
| | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | RENTAL □ | | | VERIFIER |
| | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | RENTAL □ | | Juan Rica | VERIFIER |
| | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | RENTAL □ | | | VERIFIER |

**RATE CLASS EXAMPLES** — RENTAL CARS:

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FORM VERIFIER-PLEA...
TER QUANTITY or "0" FOR ALL BRC PAGES INCLUDED WITH THIS SHEET

NONE

PAG... of...

GE 3   # OF PAGE 4   # OF PAGE 5

RECEIPT TRACKING FORMS

V091514

# PERSONNEL TRACKING

**BELFOR**

SERVICE TYPE (RESTORATION)

PTS DOC #

RS11211418

FORM VERIFIER IS ON

**JOB NUMBER-COMPLETE:** 117501585

**JOB NAME:** Family Services

**JOB ADDRESS:** 301 Ave Mendez

**SAFETY TOPIC:** Safe Use of...

| LINE # | PERSONNEL NAME — PRINT FIRST THEN LAST NAME | ID# | RATE CLASS | START TIME | STOP TIME | TOTAL HOURS (24 HOUR CLOCK) | | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | LUNCH | STOP | |
| 1 | Kenisha Feliciano | 6421 | RT | 8:00 | 12:00 17:00 | 6 | | |
| 2 | Kamaria Tibeke | 8075 | RT | 8:00 | 13:00 17:00 | 8 | | |
| 3 | Griselda Cruz | 6515 | RT | 8:00 | 13:00 17:00 | 8 | Griselda Cruz |
| 4 | Jonathan Crespo | 63608 | RT | 8:00 | 12:00 17:00 | 8 | Jonathan Crespo |
| 5 | | 550? | N15 | | | | | |

**RESPONSIBILITY OF APPROVER:** PLEASE COMPLETE ALL REQUESTS BELOW

**WORK DESCRIPTION:** control to clean bags but port from 4th floor

**FORM VERIFIER:** Leslie Perez

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**BELFOR**

FORM VERIFIER IS ON

PTS DOC # RS11211417

JOB NUMBER—COMPLETE: 1175 01 585

JOB NAME: Family Services

JOB ADDRESS: 306 Ave Barbosa

SAFETY TOPIC: San Juan Pr.

| LINE # | ID # | PERSONNEL NAME — PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | 24 HOUR CLOCK LUNCH | 24 HOUR CLOCK STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | PER DIEM | SIGNATURE—END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 111447 | Willie Resme | DM | 8:00 | 1200 1300 | 19:00 | 10 | L01 | DCR | 10 | Y | |
| | 8416 | Jose Ruiz | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 1546 | Christopher Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 8751 | Israel Rivera | RS | 8:00 | 1200 1340 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 5503 | Mitchell Bermudez | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 7171 | Christian Rosario | RS | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 9085 | Kenneth Maldonado | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 2122 | Keyvan Modivia | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 2245 | Brenda Ojeda | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 6814 | Wanda Millan | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |
| | 6515 | Griselda Cruz | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | Y | |

STEP 3 - TOTAL HRS: 90

WORK DESCRIPTION: Continual to clean days from Piso 4 over at the Port

RECEIPT TRACKING FORMS

PAGE 1

NONE

**BELFOR** PROPERTY RESTORATION

PTS DOC #

RS10973555

## PERSONNEL TRACKING

FORM VERIFIER IS ON

SERVICE TYPE (RESTORATION)

JOB NUMBER—COMPLETE: 11750585

| LINE # | START DATE | STOP DATE |
|---|---|---|
| | 11-6-18 | 11-6-18 |

JOB NAME: Tommy Services

JOB ADDRESS: 30L air bobasa

SAFETY TOPIC: Slow Down Br.

TOOL BOX TRAINING COMPLETED: ☐ N ☐ N

| LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES |
|---|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | APM | ASSISTANT PROJECT MGR |
| WATER/FLOOD | L01 | Dock 15 | TN | TECHNICIAN (DRYING) |
| WIND | L02 | | RS | RESTORATION SUPERVISOR |
| MOLD | L03 | | RT | RESTORATION TECHNICIAN |
| EARTHQUAKE | L04 | | LF | LABOR FOREMAN |
| | L05 | | GL | GENERAL LABOR |
| | L06 | | DL | DAY/TEMP LABOR |

| ID# | PRINT FIRST LAST NAME | RATE CLASS | START TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|
| 8751 | Israel Rivera. | RS | 8:30 | 12:00 1:00 1:00 | | L01 | Doc. | 8 |
| 7671 | Christian Ilssome | RT | 8:00 | 12:00 1:00 5:00 | | L01 | Doc. | 4 |
| 0814 | Wanda Millan | GL | 8:00 | 1200 | 1200 | L01 | Doc. | 4 |

**RESPONSIBILITY OF APPROVER** - PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1—PRINT APPROVER NAME: Comprel

BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED: Comprel Ju Clear Docs Jam 4 Aft Floor-

THESE TWO TOTALS MUST MATCH

| # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 |
|---|---|---|
| | | |

PAGE 1

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 107 of 220

**BELFOR** ⟨●⟩ PROPERTY RESTORATION

# PERSONNEL TRACKING

**SERVICE TYPE (RESTORATION)**

PTS DOC # RS10973554

FORM VERIFIER IS ON

JOB NUMBER—COMPLETE: 11501585

JOB NAME: Family Service

JOB ADDRESS: 306 Reebosa Av / Sn Juan PR

SAFETY TOPIC: ___

TOOL BOX TRAINING COMPLETED: ☐ N

| LINE # | START DATE | STOP DATE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST) | RATE CLASS | 24 HOUR START TIME | LUNCH | STOP TIME | 24 HOUR STOP | TOTAL HOURS BY PERSON/OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SIGNATURE—END OF SHIFT |
|--------|-----------|-----------|-----|----------------------------------------|-----------|--------------------|-------|-----------|--------------|------------------------------|---------------|-------------------|----------------|------------------------|
| 1 | 11-6-18 | 11-6-18 | 111147 | Willie Fisher | DM | 8:00 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 9 | Willie Fisher |
| 2 | 11-6-18 | 11-6-18 | 6423 | Pedrito Feliciano | DM | 8:00 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 9 | |
| 3 | | | 8775 | Reynaldo Valle | DT | 8:00 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 9 | |
| 4 | | | 6515 | Crisaldo Cruz | DT- | 8:00 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 9 | |
| 5 | | | 5761 | Israel Rivera | DS | 8:00 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 9 | |
| 6 | | | 5503 | Mitchell Bermudez | DT- | 8:00 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 9 | |
| 7 | | | 8008 | Kenneth Navlas | DT- | 8:00 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 9 | Kenneth Navlas |
| 8 | | | 6368 | Jonathan Crespo | DT- | 8:00 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 9 | Jonathan Crespo |
| 9 | 2/22 | | 8440 | Jose J. Ortiz | DT- | 8:30 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 8 | Jose J. Ortiz |
| 10 | 1946 | | | Kevlon Medina | DT- | 8:30 | 12:00 1:00 | 5:00 | 8 | 9 | L01 | 04+ | 8 | Kevlon Medina |
| 11 | | | | Christopher Rosario | BC | 8:00 | 1:00 | 5:30 | 8 | 9 | L01 | 04+ | 8 | Christopher Rosario |

LOSS CAUSE / CODE / LOCATION:
- FIRE — L00 RESIDENTIAL ALL
- WATER/FLOOD — L01 Part 15
- WIND — L02 Part 15
- MOLD — L03
- EARTHQUAKE — L04
- — L05
- — L06

WEATHER: HUMID / APM / TEMP / SNOW / RAIN / WINDY

RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)

FOR RENTAL CARS:

**STEP 1** PRINT APPROVER NAME
**STEP 2** ADD THE REQUESTS BELOW
**STEP 3** TOTAL HRS
**STEP 4** MAJOR HRS
**STEP 5** WHO / WHEN / WHERE
**STEP 6**—APPROVE SIGNATURE

RESPONSIBILITY OF APPROVER

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:
Continued to Clean Water Damage 4th Floor.

FORM VERIFIER—PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET—

NONE    # OF PAGE 3    # OF PAGE 4    # OF PAGE 5

PAGE 1    RECEIPT TRACKING FORMS

V091514

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-

V091514

**BELFOR** ●
PROPERTY RESTORATION

**PTS DOC #**
RS10973556

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

| LINE # | ID # | PRINT FIRST _THEN_ LAST NAME | RATE CLASS | START TIME | LUNCH | STOP TIME | 24 HOUR | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11147 | Willo Pan | DW | 8:00 | 12:00 / 13:00 | 16:00 | | 9 | L6 | ACT | 9 | | 201 | RENTAL | |
| 2 | 9008 | Kenneth Navedo | G1 | 8:00 | 12:00 / 13:00 | 17:00 | | 8 | L61 | Pan | 8 | | | RENTAL | Kenneth Navedo Pan |
| 3 | 5503 | Mitchell Bernivdez | 8:00 | 12:00 / 13:00 | 17:00 | | 8 | L61 | Pan | 8 | | | RENTAL | Mitchell Bernivdez |
| 4 | 8791 | Fred A. Priers | RS | 8:00 | 12:00 / 13:00 | 17:00 | | 8 | L61 | Pan | 8 | | | RENTAL | Fred C. |
| 5 | 8646 | Jose J. Priez | L61 | 8:00 | 12:00 / 13:00 | 17:00 | | 8 | L61 | Pan | 8 | | | RENTAL | Jose J. ing |
| 6 | 10348 | Jonathon Crispo | L61 | 8:00 | 12:00 / 13:00 | 17:00 | | 8 | L61 | Pan | 8 | | | RENTAL | Jonathon Crispo |
| 7 | 1947 | Christopher Rosado | L61 | 8:00 | 12:00 / 13:00 | 17:00 | | 8 | L61 | Pan | 8 | | | RENTAL | Christopher Rosado |
| 8 | 7671 | Christian Rosado | RS | 8:00 | 12:00 / 13:00 | 17:00 | | 8 | L61 | Pan | 8 | | | RENTAL | christian rosado |
| 9 | 3122 | Keylan Medina | DF | 8:20 | 12:00 / 13:00 | 17:00 | | 8 | L61 | Pan | 8 | | | RENTAL | |

PTS DOC #

RS10973652

**BELFOR** PROPERTY RESTORATION

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

| | | |
|---|---|---|
| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | |
| | 117501585 | |

LOSS CAUSE / CODE / LOCATION | LOCATION

| | |
|---|---|
| FIRE | L00 RESIDENTIAL, ALL |
| WATER/FLOOD | L01 |
| WIND | L02 |
| MOLD | L03 |
| EARTHQUAKE | L04 |
| | L05 |
| | L06 |

WEATHER
- HUMID | APN
- TEMP | TN
- SNOW | RS
- RAIN | RT
- WINDY | LF
- GL
- DL

RATE CLASS EXAMPLES

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP* |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| LINE # | START DATE | STOP DATE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | JOB ADDRESS | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRF-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT / PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-5-18 | 11-8-18 | 7671 | Christian Rosario | 306 Bonbost. Dr | 65 | 8:00 | 12:00 | 1:00 | 17:00 | 8 | | 101 | aa | 8 | ✓✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | 11-5-18 | 11-8-18 | 2295 | Brenda Oyola | 27 8:30 | 8:00 | 12:00 | 1:00 | 17:00 | 8 | | 101 | aa | 8 | ✓✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | 11-5-18 | 11-8-18 | 6814 | Wanda Miller | 61 | 8:00 | 12:00 | 1:00 | | 8 | | 101 | aa | 8 | ✓✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | | | | ✓✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | | | | ✓✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | | | | ✓✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | | | | ✓✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | RENTAL ☐ | VERIFIER |

STEP 3 TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4 PHASE HRS

24 | 4/H | 24

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to re bag and clean boys from floor.

STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC. WHAT ☐ WHERE ☐ WHEN ☐ HOW ☐

STEP 6-APPROVE SIGNATURE

RESPONSIBILITY OF APPROVER - PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME

STEP 2-SIGN THE FORM VERIFIER - REVIEW THIS FORM

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET-

NONE | PAGE 1 | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514

**BELFOR** ●
PROPERTY RESTORATION

PTS DOC #

RS10973651

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

JOB NUMBER-COMPLETE: 17501585

JOB NAME: Sanjuan PS

JOB ADDRESS: 306 ave Boreoua

TOOL BOX TRAINING COMPLETED: ☐YES ☐NO

SAFETY TOPIC

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH STOP TIME | 24 HOUR CLOCK | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-8-18 | 11-8-18 | 111467 | Willie Jones | DM | 8:00 | 1200 1300 | 18:00 | 7 | | LO1 | DCA | 9 | ⊘ | X | X | X | | HPH | 201 | Y | P4 RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 6515 | Griselda Cruz | PT | 8:00 | 1200 1300 | 17:00 | 8 | | LO1 | DCA | 8 | ⊘ | X | X | X | | 20 | | Y | RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 9275 | Ximara Trevi | DA | 8:00 | 1200 1300 | 17:00 | 8 | | LO1 | DCA | 8 | ⊘ | X | X | X | | | | Y | RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 8423 | Yeshiska Peliciona | DA | 8:00 | 1200 1300 | 17:00 | 8 | | LO1 | DCA | 8 | ⊘ | X | X | X | | | | Y | RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 2177 | Zaulivn J. Medric | Rt | 8:00 | 1200 1300 | 17:00 | 8 | | LO1 | DCA | 8 | ⊘ | X | X | X | | | | Y | RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 5503 | Mitchell Bermudez | 6L | 8:00 | 1230 1330 | 17:00 | 8 | | LO1 | DCA | 8 | ⊘ | X | X | X | | | | Y | RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 8646 | Jose J. Munic | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | LO1 | DCA | 8 | ⊘ | X | X | X | | | | Y | RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 4368 | Jonathan Ospia | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | LO1 | DCA | 8 | ⊘ | X | X | X | | | | Y | RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 0008 | Kenneth Nalde | RS | 8:00 | 1200 1300 | 17:30 | 9 | | LO1 | DCA | 9 | ⊘ | X | X | X | | | | Y | RENTAL☐ | VERIFIER |
| | 11-8-18 | 11-8-18 | 3791 | Israel Abrieva | 6L | 8:00 | 1200 1300 | 17:30 | 9 | | LO1 | DCA | 9 | ⊘ | X | X | X | | | | Y | RENTAL☐ | VERIFIER |

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc: Exhibit Supporting Documents 1 Page 111 of 220

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

PTS DOC #
RS10973653

FORM VERIFIER IS ON

JOB NUMBER—COMPLETE: 1175015885

JOB NAME: Family Services

JOB ADDRESS: 306 Bellaus

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST / LAST NAME | RATE CLASS | START TIME | LUNCH | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-5-18 | 11-9-18 | 111N7 | Willie Rosura | AM | 8:00 | 1700 | 1800 | 9 | L01 | 9va | 9 |
| | | | 1295 | Donald Vega | 6t | 8:00 | 1220 | 1710 | 6 | L01 | 9va | 8 |
| | | | 6515 | Griselda Cruz | AM | 8:00 | 1220 | 1710 | 6 | L01 | 9va | 8 |
| | | | 6423 | Yadisha Feliciano | Ot | 8:00 | 1300 | 1700 | 6 | L01 | 9va | 6 |
| | | | 9008 | Jonathan Doetch | CL | 8:00 | 1200 | 1700 | | L01 | 9va | 6 |
| | | | 6308 | Kenneth Crespo | CL | 8:00 | 1200 | 1700 | | L01 | 9va | |
| | | | 5503 | Mitchell Bermudez | CL | 8:00 | 1200 | 1700 | | L01 | 9va | |
| | | | 8646 | Lenmar J. Medina | CL | 8:00 | 1200 | 1700 | | L01 | 9va | |
| | | | 8791 | Israel A. Rivera | RS | 8:00 | 1200 | 1700 | | L01 | 9va | |
| | | | 1547 | Christopher Rosario | CL | 8:00 | 1200 | 1700 | | L01 | 9va | |

APPROVER NAME: Chang Boyes

**BELFOR**
PROPERTY RESTORATION

PTS DOC #

RS10973564

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

| | |
|---|---|
| LINE # | |
| START DATE | 11-9-18 |
| STOP DATE | 11-9-18 |

CREW SHEET #

LAST 3 DIGITS OF DOB & DIGIT DATE (ADMIN ONLY)

DUTY:

| PHASE CODE | ID # |
|---|---|
| | 111147 |

JOB NUMBER-COMPLETE

1175 01565

JOB NAME: Tenny Service

JOB ADDRESS: Doc 1000015C.

TOOL BOX TRAINING COMPLETED?

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL |
| WATER/FLOOD | L01 | Ports |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

WEATHER: HUMID, TEMP, SNOW, RAIN — WINDY

PERSONNEL NAME

PRINT FIRST THEN LAST NAME

| | |
|---|---|
| Wille Downn | Kaimana Teck Pt |

RATE CLASS: PM

| 24 HOUR START TIME | 24 HOUR LUNCH START TIME | 24 HOUR STOP TIME |
|---|---|---|
| 8:00 | 12:00 / 12:30 | 17:00 |

TOTAL HOURS BY PERSON: 8

LOCATION CODE: Le1

PHASE CODE "WHAT": am

HOURS BY PHASE: 8

| SMALL TOOLS | PPE | PRP-FIT TEST | PFP HARNESS | PER DIEM |
|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ |

HOTEL NAME CODE / HOTEL ROOM # / SHARE ROOM: ✓

VEHICLE CODE: RENTAL

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

SIGNATURE-END OF SHIFT

PERSONNEL NAME

**RESPONSIBILITY OF APPROVER** - PLEASE COMPLETE ALL REQUESTS BELOW

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Kaimana was left off the same shet for 11-9-18 friely

| FORM VERIFIER-PLEASE ENTER QUANTITY 1 or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET- | NONE |
|---|---|

# OF PAGE 3

# OF PAGE 4

# OF PAGE 5

RECEIPT TRACKING FORMS

PAGE 1

V091514

CN340387

**BELFOR** PROPERTY RESTORATION

## PERSONNEL TRACKING
### SERVICE TYPE (CONTENTS / DOCUMENTS)

JOB NUMBER-COMPLETE: 11750 1585

JOB NAME: Family Services.

JOB ADDRESS: 306 av Overdose+

SAFETY TOPIC: Sanitar Pr

| LINE # | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | MILITARY | LOCATION CODE | PHASE CODE | HOURS BY PHASE | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1111947 | Leigh Jasena | AM | 8:00 | (8:00) | 18:00 | 101 | JCa | 9 | HPK | 201 | 529 | RENTAL | |
| 2 | 1547 | Christoph Rosano | GL | 8:30 | 12:300 | 17:00 | 101 | JCa | 6 | | | | RENTAL | Christoph Rosano VERIFIER |
| 3 | 2171 | Christ Rosano | RS | 8:00 | 13:00 | 17:00 | 101 | JCa | 9 | | | | RENTAL | Chris Rosano VERIFIER |
| 4 | 8146 | Jose Ramir | GL | 8:00 | 12:300 | 17:00 | 101 | JCa | 8 | | | | RENTAL | Jose Ramir VERIFIER |
| 5 | 8471 | JSRcel Ramirez | RS | 8:00 | 12:100 | 17:00 | 101 | JCa | 8 | | | | RENTAL | VERIFIER |
| 6 | 5503 | Mitchell Bermudez | GL | 8:00 | 12:300 | 17:00 | 101 | JCa | 8 | | | | RENTAL | Mitchell Bermudez VERIFIER |
| 7 | 4808 | Kenneth Maronde | GL | 8:00 | 12:300 | 17:00 | 101 | JCa | 8 | | | | RENTAL | VERIFIER |
| 8 | 2295 | Brenda Becker | GU | 8:00 | 12:300 | 17:00 | 101 | JCa | 8 | | | | RENTAL | VERIFIER |
| 9 | 6123 | Konisha Feliciano | GU | 8:20 | 12:300 | 17:00 | 101 | JCa | 8 | | | | RENTAL | VERIFIER |
| 10 | 9225 | Veiman Rocha | GU | 8:00 | 12:300 | 17:00 | 101 | JCa | 8 | | | | RENTAL | VERIFIER |
| 11 | 2808 | Edson Almo | GU | 8:20 | 12:300 | 17:00 | 101 | JCa | 8 | | | | RENTAL | VERIFIER |

WORK DESCRIPTION: Conted to clean bays down 3rd floor And put in pallets

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ()
PROPERTY RESTORATION

PTS DOC #
RS11211499

FORM VERIFIER IS ON

| CREW SHEET # | |
|---|---|
| LINE # | |
| START DATE | 11-30-18 |
| STOP DATE | 11-30-18 |

JOB NUMBER—COMPLETE: 1175 01 585

JOB NAME: family service

JOB ADDRESS: 306 ave Borbosa San Juan Pr

TOOL BOX TRAINING COMPLETED?: Y / N

SAFETY TOPIC

**LOSS CAUSE / LOCATION**

L00 RESIDENTIAL ALL — CODE/LOCATION

Part 15 - ... L06

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | STOP TIME | TOTAL HOURS | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|
| 11/1497 | Willie Pesina | PM | 6:00 | 1200/1300 | 18:00 | | |
| 1947 | Christopher Pesina | 6C | 8:00 | 12:00/13:00 | 17:00 | | |
| 8791 | Jose Ruiz Rivera | RS | 8:00 | 12:00/13:00 | 17:00 | | Christopher Pesina |
| 7871 | Christian Rosario | RS | 8:00 | 12:00/13:00 | 17:00 | | |
| 2985 | Bonifacio Badillo | DE | 8:00 | 12:00/13:00 | 17:00 | | Bonifacio Badillo |
| 7006 | Kenneth Belmudez | 6C | 8:00 | 12:00/13:00 | 17:00 | | Kenneth Belmudez |
| 5503 | Mitchell Mercado | 6C | 8:00 | 12:00/13:00 | 17:00 | | |
| 6437 | Kenishe Feliciano | DE | 8:00 | 13:00/13:30 | 17:00 | | |
| 2808 | Edgardo Albino | DE | 8:00 | 12:00/13:00 | 17:00 | | |
| 6565 | Grisselle Cruz | DE | 8:00 | 12:00/13:00 | 17:00 | | |
| 9275 | Keimar Irock | DE | 8:00 | 12:00/13:00 | 17:00 | | |

WORK DESCRIPTION: Clean boys from Barbosa St.

FORM VERIFIER=PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET.

NONE

# OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

PAGE 1

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 115 of 220

PTS DOC #

RS10973658

**BELFOR** (●)
PROPERTY RESTORATION

FORM VERIFIER IS ON

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

| JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION |
|---|---|---|---|
| 1175 0565 | FIRE | L00 | RESIDENTIAL. ALL |
| | WATER/FLOOD | L01 | Bardies . |
| JOB ADDRESS | WIND | L02 | |
| 306 Bamboss | MOLD | L03 | |
| | EARTHQUAKE | L04 | |
| SAFETY TOPIC | | L05 | |
| Employer. | | L06 | |

**24 HOUR CLOCK**

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START | LUNCH STOP | STOP TIME | BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1111142 | Willie Pasin | PM | 8:00 | 1200 | 1300 | 1600 | 9 | | 01 | 00 | 7 |
| 1647 | Christophe Rehmo | 6C | 8:00 | 1200 | 1300 | 17:00 | 9 | | 01 | 00 | 7 |
| 8291 | JJ Real Rilla | RS | 8:30 | 1200 | 1230 | 17:00 | 9 | | 01 | 00 | 7 |
| 7671 | christian Rosario | NS | 8:30 | 1200 | 1300 | 17:00 | 8 | | 01 | 00 | 8 |
| 42008 | Kennedy Moulota | 6C | 8:30 | 1200 | 1300 | 17:00 | 8 | | 01 | 00 | 8 |
| 3503 | Michel Bermodez | 6L | 8:30 | 1300 | 1300 | 17:00 | 8 | | 01 | 00 | 8 |
| 2808 | Edson Alonso | 6L | 5:00 | 1200 | 13:00 | 17:00 | 9 | | 01 | 000 | 8 |

| | SMALL TOOLS | PPE | PRP-FIT TEST | PFP/HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE |
|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | HP4 | 201 | X | X85 |
| | X | X | X | X | X | | | X | |
| | X | X | X | X | X | | | X | |
| | X | X | X | X | X | | | X | |
| | X | X | X | X | X | | | X | |
| | X | X | X | X | X | | | X | |
| | X | X | X | X | X | | | X | |

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Willie Pasin — Dress on Pallets and Wrapp) with shrunk wrap.

RESPONSIBILITY OF APPROVER — PLEASE COMPLETE ALL REQUESTS BELOW:

NONE    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5

PAGE 1

V091514

Case:17-03283-LTS   Doc#:23222-4   Filed:01/10/23   Entered:01/10/23 11:07:16   Desc:
Exhibit Supporting Documents 11   Page 116 of 220

# PERSONNEL TRACKING

**SERVICE TYPE (RESTORATION)**

PTS DOC #
RS10973659

**BELFOR**
PROPERTY RESTORATION

FORM VERIFIER IS ON

JOB NUMBER-COMPLETE: 11 Sol SES

JOB NAME: Beverly Sands

JOB ADDRESS: Bev. Mc Clodess

SAFETY TOPIC / TOOL BOX TRAINING COMPLETED? ☐ N ☐ N

START DATE 12-4-18
STOP DATE 12-4-18

| LINE # | ID # | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HR START TIME | LUNCH | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 111447 | Willie Payne | DM | 1700 | | 18:00 | 9 | L07 | APR | x | x | x | x | x | HPR | 201 | x | 525 | | |
| | 8741 | ISaac Valdes | MS | 1200 | | 17:00 | 5 | L01 | APR | 5 | x | x | x | x | x | | x | x | | |
| | 1547 | Christopher Rosario | BC | 1200 | | 17:00 | 5 | L01 | APR | 5 | x | x | x | x | x | | x | x | | |
| | 9000 | Roniyel Morales | BC | 1200 | | 17:00 | 5 | L01 | APR | 5 | x | x | x | x | x | | x | x | | |
| | 2608 | Edgar Albino | BC | 1200 | 12:20 | 17:10 | 5 | L01 | APR | 5 | x | x | x | x | x | | x | x | | |
| | 7671 | Christian Rosario | RS | 1200 | 12:20 | 17:10 | 5 | L01 | APR | 5 | x | x | x | x | x | | x | x | | |
| | 5503 | Mitchell Bermudez | LL | 1300 | 12:20 | 17:10 | 5 | L01 | APR | 5 | x | x | x | x | x | | x | 525 | | |

STEP 6-APPROVER SIGNATURE
Mitchell Bermudez

FORM VERIFIER—PLEASE ENTER QUANTITY or "0" FOR ALL ERIC PAGES INCLUDED WITH THIS SHEET: _____ NONE

#OF PAGE 3 _____  # OF PAGE 4 _____  # OF PAGE 5 _____   RECEIPT TRACKING FORMS _____

PAGE 1

V091514

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

**FORM VERIFIER IS ON**

**PTS DOC #** RS11211501

**JOB NUMBER–COMPLETE** 1175018S

**JOB NAME** family Services

**JOB ADDRESS** 306 Ave Dorados 4.

**SAFETY TOPIC** Sanwan Pr.

| LINE # | START DATE | INITIALS | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH | STOP TIME | BY PERSON | LOCATION CODE | PHASE CODE WHAT | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE–END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/1/1947 | | 11947 | Willie Forme | DM | 8:00 | 1200 1610 | 1610 | 9 | L01 | Den | 9 | Y | Y | Y | Y | HM | 209 | | Y | SES | |
| | | | 8791 | Israel Rivera | RS | 8:01 | 1200 1700 | 1700 | 8 | L01 | Den | 8 | Y | Y | Y | Y | | | | Y | DAS | |
| | 12-5-18 | | 1947 | christopher rosano | GL | 8:00 | 1200 1700 | 1700 | 8 | L01 | Den | 8 | Y | Y | Y | Y | | | | Y | | christopher rosano |
| | | | SS03 | Mitchel Brunely | GL | 8:00 | 1200 1700 | 1700 | 8 | L01 | 02.0 | 8 | Y | Y | Y | Y | | | | Y | | Mitchell Brunely |
| | | | 9008 | Kenneth Wood | GL | 8:00 | 1200 1700 | 1700 | 8 | L01 | 02.0 | 8 | Y | Y | Y | Y | | | | Y | | Wood |
| | | | 7671 | Christian rosano | RS | 8:00 | 1200 1700 | 1700 | 8 | L01 | 02.0 | 8 | Y | Y | Y | Y | | | | Y | OB | |
| | | | 2808 | edgar alvaro | GL | 8:00 | 1200 1700 | 1700 | 8 | C01 | 02.0 | 8 | Y | Y | Y | Y | | | | Y | | |

**WORK DESCRIPTION** Contal du Palatze boxes, Reay for Delivery

STEP 3–TOTAL HRS 57

STEP 4–PHASE HRS 57

THESE TWO TOTALS MUST MATCH

| CODE | LOCATION |
|---|---|
| L00 | RESIDENTIAL-ALL |
| L01 | Dorados |
| L02 | |
| L03 | |
| L04 | |
| L05 | |
| L06 | |

**LOSS CAUSE:** FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

**WEATHER:** HUMID, TEMP, SNOW, RAIN, WINDY

| CODE | RATE CLASS EXAMPLES | VEHICLE NAME (TABLE) |
|---|---|---|
| 529 | ASSISTANT PROJECT MGR | PICKUP, SUV OR CAR |
| 530 | TECHNICIAN (DRYING) | VAN, PASSENGER/CARGO |
| 518 | RESTORATION SUPERVISOR | TRUCK-MOVING/BOX/BOARD UP |
| 528 | RESTORATION TECHNICIAN | TRUCK, 3/4 TON PICKUP |
| 527 | LABOR FOREMAN | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | GENERAL LABOR | TRUCK, EXTRACTION |
| N/A | DAY/TEMP LABOR | NO VEHICLE |

**BELFOR** ®

**PERSONNEL TRACKING**

SERVICE TYPE (CONTENTS DOCUMENTS)

CN340389

FORM VERIFIER IS ON

| ID # | PERSONNEL NAME — PRINT FIRST THEN LAST NAME | RATE CLASS | MILITARY START TIME | LUNCH | MILITARY STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOURS BY PHASE | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE—END OF SHIFT PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111747 | William Resmos | AM | 8:00 | 1200 2200 | 18:00 | 9 | 601 | OCR | 9 | HPK | 201 | Y | 505 | VERIFIER |
| 8808 | Edward Albino | GC | 8:00 | 1200 1200 | 17:00 | 8 | 601 | OCR | 8 | Y | Y | Y | RENTAL | VERIFIER |
| 9008 | Kenneth Dévado | GC | 8:00 | 1200 1200 | 17:00 | 8 | 601 | OCR | 8 | Y | Y | Y | RENTAL | Chistopher radona VERIFIER |
| 5503 | Mitchell Bermúdez | GC | 8:00 | 1200 1200 | 17:00 | 8 | 601 | OCR | 8 | Y | Y | Y | RENTAL | Mitchell Bermúdez VERIFIER |
| 3791 | Israel A. Rivera Reyes | PS | 8:00 | 1200 1200 | 17:00 | 8 | 601 | OCR | 8 | Y | Y | Y | RENTAL | VERIFIER |
| 1947 | Christopher Rosado | GC | 8:00 | 1200 1200 | 17:00 | 8 | 601 | OCR | 8 | Y | Y | Y | RENTAL | VERIFIER |
| 7671 | Christian Pascua | PS | 8:00 | 1200 8:00 | 17:00 | 8 | 601 | OCR | 8 | Y | Y | Y | RENTAL | VERIFIER |

CREW SHEET #

START DATE: 12-6-18

STOP DATE: 12-6-18

JOB NUMBER—COMPLETE: 117501585

JOB NAME: Family Services

JOB ADDRESS: Job ave Barbosa

SAFETY TOPIC: Sampson Dr.

**RESPONSIBILITY OF MANAGER** — PLEASE COMPLETE ALL REQUESTS BELOW

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continue to move clean wipes on to pallets. and Shrink wrap.

MANAGER NAME: William Pérez

MANAGER SIGNATURE

# PERSONNEL TRACKING

## SERVICE TYPE: (RESTORATION)

**FORM VERIFIER IS ON** — PTS DOC #: RS10973431

**BELFOR** — PROPERTY RESTORATION

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST *THEN* LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE - END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12-7-18 | 12-7-18 | 11147 | Willie Perina | PM | 8:00 | 1200 | 1300 8:00 | 9 | | L01 | Pen | 9 | ✓ | ✓ | ✓ | ✓ | ✓ | HM 201 | | ✓ | REMTL | |
| | | | 1847 | Chris Tobb Reserved | bc | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Pen | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | REMTL | |
| | | | 691 | Isaac Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Pen | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | REMTL | |
| | | | 7171 | Christian Cabello | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Pen | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | REMTL | christopher cabello |
| | | | 2808 | Eduardo Albino | bc | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Pen | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | REMTL | |
| | | | 3553 | Mitchell Bermudez | bc | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Pen | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | REMTL | Mitchell Bermudez |
| | | | 9005 | Kenneth Valentin | bc | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Pen | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | REMTL | Nailed Roy |

**JOB NUMBER - COMPLETE:** 11501585

**JOB NAME:** Family Services

**JOB ADDRESS:** 306 Mc Candless a

**WORK DESCRIPTION:** Demo

### RATE CLASS EXAMPLES
- APM  ASSISTANT PROJECT MGR
- TN  TECHNICIAN (DRYING)
- RS  RESTORATION SUPERVISOR
- RT  RESTORATION TECHNICIAN
- LF  LABOR FOREMAN
- GL  GENERAL LABOR
- DL  DAY/TEMP LABOR

### VEHICLE NAME (TABLE)
| CODE | VEHICLE NAME |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**FOR RENTAL CARS:** INDICATE "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY.

V091514

# PERSONNEL TRACKING (RESTORATION)

**BELFOR**

PTS DOC #
RS10973546

FORM VERIFIER IS ON

**SERVICE TYPE (RESTORATION)**

LOSS CAUSE: FIRE, WATER/FLOOD, MOLD, EARTHQUAKE, WIND

CODE / LOCATION:
- L00 RESIDENTIAL ALL
- L01 — P300 3
- L02
- L03
- L04
- L05
- L06

WEATHER: HUMID, TEMP, SNOW, RAIN, WINDY

JOB NUMBER-COMPLETE: 11750 565

JOB NAME: Canny Sausas

JOB ADDRESS: 306 ave barbosa

SAFETY TOPIC: Sausas PR.

TOOL BOX TRAINING COMPLETED ☐

| LINE # | START DATE | STOP DATE | ID # | PRINT FIRST THEN LAST NAME | | JOB NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111147 | 10-26-18 | 10-26-18 | | Willia | Pesquera | 306 ave barbosa | WM | 8:00 | 12:00 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 8646 | | | | SOSe | Ruiz | | GL | 8:00 | 12:00 1230 | 17:30 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 7843 | | | | Juan | Pica | | GL | 8:00 | 12:00 1230 | 17:30 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 6368 | | | | Jonathan | Crespo | | GL | 8:00 | 12:00 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 1691 | | | | Luis | Torres | | GL | 8:00 | 12:30 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 8791 | | | | ISRael | Rivera | RS | 8:00 | 12:00 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 7611 | | | | Marlon | Rosas | RS | 8:00 | 12:00 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 2122 | | | | Kevan | Medina | RT | 8:00 | 12:00 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 3245 | | | | Frank | Ojeda | RT | 8:00 | 12:00 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 6614 | | | | Wanda | Millan | GL | 8:00 | 12:00 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |
| 6515 | | | | Sandra | Cruz | RT | 8:00 | 12:00 1230 | 17:00 | 8.5 | L01 | P2 | 8.5 | VERIFIER |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

FOR RENTAL CARS: "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

PERSONNEL NAME

SIGNATURE-END OF SHIFT

STEP 1-PRINT APPROVER NAME

RESPONSIBILITY OF APPROVER

WORK DESCRIPTION: Based on location(s) worked and phase code(s), please describe what work the crew performed

BELFOR
PROPERTY RESTORATION

PTS DOC #

RS10973548

FORM VERIFIER IS ON

PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

**JOB NUMBER—COMPLETE**
1875015585

**JOB NAME**
BMW Saviles

**JOB ADDRESS**
306 Barbosa
San Juan Dr.

| LOSS CAUSE CODE | LOCATION |
| --- | --- |
| FIRE | L00 RESIDENTIAL ALL |
| WATER/FLOOD | L01 |
| WIND | L02 |
| MOLD | L03 |
| EARTHQUAKE | L04 |
| | L05 |
| | L06 |

| WEATHER | |
| --- | --- |
| HUMID | |
| TEMP | |
| SNOW | |
| RAIN | |
| WINDY | |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
| --- | --- |
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**
SIGNATURE—END OF SHIFT

| LINE # | START DATE | STOP DATE | PERSONNEL NAME | | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 10-27-18 | 10-27-18 | Willie Reyna | | PM | | | | | | | < | < | < | < | < | < | HP4 | 201 | < | 524 | |

TOOL BOX TRAINING
COMPLETED? ☐Y ☐N

SAFETY TOPIC

VERIFIER PLEASE ENTER QUANTITY "0" OR "0" FOR ALL ENG PAGES INCLUDED WITH THIS SHEET

NONE

#OF PAGE 3       # OF PAGE 4       # OF PAGE 5

RECEIPT TRACKING FORMS

PAGE 1

V091514

**BELFOR**

PROPERTY

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

PTS DOC #

RS10973549

| FORM VERIFIER IS ON | | |
|---|---|---|
| LINE # | JOB NUMBER—COMPLETE | |
| START DATE | JOB NAME | |
| 10-26-18 | Town, Survos | |
| STOP DATE | JOB ADDRESS | |
| 10-28-18 | 306 ave Barbosa | |
| CREW SHEET # | Sob, ince VP | |

SHIFT — CIRCLE DAY / CIRCLE N/T

ID# 1111147 Willie Pesina

PRINT FIRST / LAST NAME: Willie Pesina

**LOSS CAUSE**
- FIRE
- WATER/FLOOD
- WIND
- MOLD
- EARTHQUAKE

**CODE / LOCATION**
- L00 RESIDENTIAL ALL
- L01
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- HUMID
- TEMP
- SNOW
- RAIN
- WINDY

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/BOX/CARGO |
| RS RESTORATION SUPERVISOR | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A NO VEHICLE |

**FOR RENTAL CARS:**

SIGNATURE—END OF SHIFT

| PERSONNEL NAME | | VERIFIER |
|---|---|---|
| | | VERIFIER |
| | | VERIFIER |
| | | VERIFIER |
| | | VERIFIER |
| | | VERIFIER |
| | | VERIFIER |
| | | VERIFIER |

**RESPONSIBILITY OF APPROVER:** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1 SPRINT APPROVER NAME: Willie Pesina

Hotel Rollers

STEP 2: DID THE FORM VERIFIER REVIEW THIS FORM [ ] Y [ ] N

FORM VERIFIER—PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET —

V091514    NONE    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    PAGE 1    RECEIPT TRACKING FORMS

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 123 of 220

# PERSONNEL TRACKING (RESTORATION)

**BELFOR**

PTS DOC #
RS10973545

FORM VERIFIER IS ON

CREW SHEET #  10-29-18

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST THEN LAST NAME | JOB NAME / JOB ADDRESS | RATE CLASS | 24 HOUR START TIME | LUNCH START/END | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SERVICE TYPE (RESTORATION)

LOSS CAUSE CODE: FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

LOCATION CODE: L00 RESIDENTIAL ALL, L01, L02, L03, L04, L05, L06

WEATHER: APM, HUMID, TEMP, SNOW, RAIN, WINDY

RATE CLASS EXAMPLES: ASSISTANT PROJECT MGR, TECHNICIAN (DRYING), RESTORATION SUPERVISOR, RESTORATION TECHNICIAN, LABOR FOREMAN, GENERAL LABOR, DAY/TEMP LABOR, SHARE ROOM

V091514   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS
PAGE 1

CODE / VEHICLE NAME (TABLE):
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 3/4 TON PICKUP
527 TRUCK, 1 TON 4X4 W/LIFTGATE
453 TRUCK, EXTRACTION
N/A NO VEHICLE

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:
PERSONNEL NAME

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 124 of 220

**BELFOR** PROPERTY RESTORATION

# PERSONNEL TRACKING

**PTS DOC #** RS11211403

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

**START DATE:** 10-20-14
**STOP DATE:** 10-20-14

CREW SHEET (LAST 3 DIGITS OF JOB # FIND DATE)

**JOB NUMBER - COMPLETE:** 1150585

**JOB NAME:** Family Services

**JOB ADDRESS:** 306 Boxaler

**SAFETY TOPIC:** San Lucas PR

| ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1111907 | Willie Lou | WI | 8:00 | 12:00 12:30 | 13:00 | 8.5 | L01 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | 201 | ✓ | 527 | | |
| 4843 | Juan Rios | WI | 8:00 | 1230 1300 | 17:00 | 8.5 | L01 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | 201 | ✓ | 527 | Juan Rios |
| 3996 | Jirardela Miranda | WI | 8:00 | 1230 1300 | 17:00 | 8.5 | L01 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | | |
| 8814 | Wanda Millante | WI | 8:00 | 1230 1300 | 17:00 | 8.5 | L01 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | | |
| 5075 | Griselda Cruz | WI | 8:00 | 1230 1300 | 17:00 | 8.5 | L02 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | | |
| 9275 | Keymari Rodriguez | WI | 8:00 | 1230 1300 | 17:00 85 | 8.5 | L02 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | | Christopher Zugaro |
| 6423 | Manisha Feliciano | RT | 8:00 | 1230 1300 | 17:00 85 | 8.5 | L02 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | 800 | |
| 8791 | Israel Rivera | RS | 8:00 | 1230 1230 | 17:30 85 | 8.5 | L01 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | | |
| 1946 | Christopher Zugaro | RT | 8:00 | 12:00 12:30 | 17:30 85 | 8.5 | L01 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | | |
| 2122 | Kelvin Medina | RT | 12:00 | 12:30 1230 | 17:30 85 | | L01 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | | |
| 7671 | Christian Pisono | RS | 8:30 | 1230 12:50 | 17:30 85 | | L02 | DCH | 8.5 | ⟨ | ✓ | | | ✓ | | ✓ | | Christian Pisono |

Continued to the back up... the 3rd the look took clean boxes of the part

**RESPONSIBILITY OF APPROVER:** PLEASE COMPLETE ALL REQUESTS BELOW

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

**THESE TWO TOTALS MUST MATCH:** 94.5 / 94.5

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET**

# OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5: NONE

PAGE 1

RECEIPT TRACKING FORMS

V091514

RATE CLASS EXAMPLES:
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 3/4 TON PICKUP
527 TRUCK, 1 TON 4X4 W/LIFTGATE
453 TRUCK, EXTRACTION
N/A NO VEHICLE
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

**BELFOR** PROPERTY RESTORATION

**FORM VERIFIER IS ON**

PTS DOC #
RS11211410

PERSONNEL TRACKING
SERVICE TYPE (RESTORATION)

**CREW SHEET #**

| ID # | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START/END | STOP TIME |
|------|------|------|------|------|------|
| 8646 | Jose Ruiz | LT | 8:00 | 12:20 / 12:30 | 17:00 |
| 6368 | Jonathan Crespo | LT | 8:00 | 12:20 / 12:30 | 17:00 |
| 9008 | Kenneth Nevado | LT | 8:30 | 12:20 / 12:30 | 17:00 |
| 1637 | Cruis tofler | LT | 8:00 | 12:30 / 1:00 | 17:00 |
| 5503 | Mitchell Bermudez | LT | 8:00 | 12:30 / 1:00 | 17:00 |
| 8422 | Keivan J. Mechira | LT | 8:00 | 12:30 / 1:00 | 17:00 |
| 8646 | Jose Jr. | | | | |

JOB NUMBER-COMPLETE: 117501565
JOB NAME: Frann's Services
JOB ADDRESS: 306 Borelocas

START DATE: 10-30-18
STOP DATE: 10-30-18

LOSS CAUSE: FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

LOCATION CODE: L00 RESIDENTIAL ALL, L01, L02, L03, L04, L05, L06

WEATHER: HUMID, TEMP, SNOW, RAIN, WINDY

SIGNATURE-END OF SHIFT

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Confirmed to clean boxes and pack up and pack up #4 3rd floor

V09151(4)  PAGE 1  #OF PAGE 3  # OF PAGE 4  # OF PAGE 5  RECEIPT TRACKING FORMS

**BELFOR**
PROPERTY RESTORATION

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

PTS DOC #
RS11211416

| FORM VERIFIER IS ON | | |
|---|---|---|
| JOB NUMBER—COMPLETE | | 11501585 |

JOB NAME: Family Services
JOB ADDRESS: 306 Lopa Bosa San Juan PR.
SAFETY TOPIC:
TOOL BOX TRAINING
COMPLETED ☐N ☐N

| ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jville Pov | WM | 8:00 | 12:00 | 1:00 | 7:00 | 8 | | 01 | OR | 8 |
| 6935 | Keuman Tracy | B1 | 8:00 | 12:00 | 1:00 | 7:00 | 8 | | 01 | OR | 8 |
| 2195 | Brenda Oledo | B1 | 8:00 | 12:00 | 1:00 | 7:00 | 8 | | 01 | OR | 8 |
| 6314 | Wandoll Hay | B1 | 8:00 | 12:00 | 1:00 | 7:00 | 8 | | 01 | OR | 8 |
| 9343 | Juan Rica | GL | 8:00 | 12:00 | 1:30 | 7:30 | 9 | | 61 | OR | 9 |

START DATE: 10-31-18
STOP DATE: 10-31-18

Continued Cleaning boxes from the 4th floor over at Family Services

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR** PROPERTY RESTORATION

PTS DOC # RS11211415

FORM VERIFIER IS ON

| LINE # | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | START TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP HARNESS | PER DIEM | HOTEL NAME CODE # | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 111147 | Willie Pesina | PM | 800 | 1200 | 1300 | 1800 | 9 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | 201 | VERIFIER |
| | 8646 | Jose Ruiz | ✓ | 800 | 1200 | 1300 | 1700 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| | 1657 | Luis Torres | GL | 800 | 1200 | 1300 | 1700 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| | 5553 | Mitchell Bermudez | GL | 800 | 1200 | 1300 | 1700 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| | 8751 | Israel Rivera | RS | 800 | 1200 | 1300 | 1700 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| | 6348 | Jonathan Crespo | GL | 800 | 1200 | 1300 | 1700 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | Jonathan Crespo VERIFIER |
| | 7006 | Kenneth Maldo Rivera | ✓ | 800 | 1200 | 1300 | 1700 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| | 7571 | Christian Rosario | ✓ | 800 | 1200 | 1300 | 1700 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | Christian Crespo VERIFIER |
| | 2122 | Keyan Medina | PT | 800 | 1200 | 1300 | 1700 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | VERIFIER |
| | 1941 | Christopher Bosarsu | GL | 800 | 1300 | 1300 | 17:00 | 8 | LO7 | DCR | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL | Christopher Rosario VERIFIER |

**START DATE** 10-31-18
**STOP DATE** 10-31-18

**JOB NUMBER-COMPLETE** 1150 1585

**JOB NAME** Family Services
**JOB ADDRESS** 306 Barbosa
**SAFETY TOPIC** San Juan Pr.

**PHASE CODE EXAMPLES**

**LOSS CAUSE**
- FIRE
- WATER/FLOOD
- WIND
- MOLD
- EARTHQUAKE

**LOCATION CODE**
- L00 RESIDENTIAL ALL
- L01
- L02
- L03
- L04
- L05
- L06

LOCATION: L01503

**WEATHER**
- HUMID
- TEMP
- SNOW
- RAIN
- WINDY

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRIVING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON 4X4 PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"N" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**WORK DESCRIPTION:** BASED ON LOCATIONS WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continue to backup files from 306 Barbosa PR. - Tear - Human Resources

STEP 6-APPROVER SIGNATURE

PAGE 1

V091514 NONE # OF PAGE 3 # OF PAGE 4 # OF PAGE 5 RECEIPT TRACKING FORMS

**BELFOR** PROPERTY RESTORATION

PTS DOC #  RS10973534

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**FORM VERIFIER IS ON:** Willie Resm

| STEP 1 | START DATE | STOP DATE | CREW SHEET # |
| --- | --- | --- | --- |
| LINE # | 10-22-18 | 10-22-18 | |

JOB NUMBER-COMPLETE: SOL585

JOB NAME: Tammy Sevulet

JOB ADDRESS: 366 Baraloca

SAFETY TOPIC: Work Expectation

TOOL BOX TRAINING COMPLETED? ☑ ON

LOSS CAUSE: FIRE ☐ WATER/FLOOD ☐ WIND ☐ MOLD ☐ EARTHQUAKE ☐

LOCATION CODE: LOO RESIDENTIAL, ALL — L01 floor 4, L02, L03, L04, L05, L06

WEATHER: HUMID ☐ TEMP ☐ SNOW ☐ RAIN ☐ WINDY ☐

| ID # | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START TIME | LUNCH STOP TIME | STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE WHAT | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP+HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE/END OF SHIFT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11147 | Willie Resm | Dn | 8:00 | 12:00 1230 | 8:00 | 115 | | L01 | DcR | 115 | | | ⊙ | X | X | X | NPH | 201 | X | 525 RENTAL☐ | [signature] VP VERIFIER |
| 8743 | Juan Picz | G4 | 6:00 | 1200 1230 | 6:00 | 9-5 | | L01 | DcR | | ⊙ | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 8791 | Israel River | RS | 6:00 | 1200 1230 | 6:00 | 5.5 | | L01 | Dca | 55 | | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 8814 | Wonda Millan | G4 | 8:30 | 1200 1230 | 6:00 | | | L01 | Dca | | ⊙ | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 4123 | Benh isia Feliciano | R7 | 8:30 | 1200 1230 | 6:00 | | | L01 | Dca | | ⊙ | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 8295 | Brenda Ocb | R7 | 3:30 | 1200 1230 | 6:00 | | | L01 | Dc.R | | ⊙ | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 6575 | Griselda Rive | R7 | 8:30 | 1200 1230 | 6:00 | | | L01 | Dca | | ⊙ | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 9275 | Yairmara Trode | R7 | 8:30 | 1200 1230 | 6:00 | | | L01 | Dce | 55 | | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 9037 | Cristopher malaue | G4 | 8:30 | 1200 1230 | 6:00 | | | L01 | Dce | | ⊙ | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 2172 | Manual J. Medina | R7 | 8:30 | 1200 1230 | 6:00 | | | L01 | Dce | | ⊙ | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |
| 6368 | Jonathan Crespo | 4L | 8:30 | 1200 1230 | 6:00 | | | L01 | Dca | | ⊙ | | ⊙ | X | X | X | | | X | RENTAL☐ | [signature] VP VERIFIER |

**WORK DESCRIPTION** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:
Started boxing the finacial documet on the 4th floor. 290 boxes. Total.
Went and picked up boxes Depentmet on the downclepot.

| THESE TWO TOTALS MUST MATCH | STEP 4 # PHASE HRS | STEP 5 – DOES THE PTS COVER: |
| --- | --- | --- |
| 86.5 | 86.5 | 4-7A – 4-12A |

RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)

| CODE | RATE CLASS | CODE | VEHICLE NAME |
| --- | --- | --- | --- |
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (UNYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE ANY VEHICLE CODE TO FOR TRANSPORTATION ONLY. FOR RENTAL CARS:

FORM VERIFIER-PLEASE ENTER QUANTITY "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET

| # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 |
| --- | --- | --- |

PAGE 1

RECEIPT TRACKING FORMS

**BELFOR** (●)
PROPERTY RESTORATION

PTS DOC #

RS10973535

# PERSONNEL TRACKING

**FORM VERIFIER IS ON** / CIRCLE DAY: M T W TH F SA SU

**JOB NUMBER-COMPLETE:** 1175 0/585

**JOB NAME:** Femiy Services

**JOB ADDRESS/ SAFETY TOPIC:** 306 Isabelossa.
Sanivea Pr.

**SERVICE TYPE (RESTORATION)**

| LOSS CAUSE | CODE | LOCATION | WEATHER | | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | HUMID | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| WATER/FLOOD | L01 | 306 lodo. | TEMP | TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| WIND | L02 | | SNOW | RS | RESTORATION SUPERVISI | 518 | TRUCK-MOVING/BOX/BOARD UP |
| MOLD | L03 | | RAIN | RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| EARTHQUAKE | L04 | | WINDY | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | L05 | | | GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | L06 | | | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY**

**FORM SHEET#**

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | 24 HOUR CLOCK BY PERSON | BY OTHER | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRF-FIT TEST | PFP HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SET TABLE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10-22-18 | 10-22-18 | 1697 | Luis A. Torres Couvertier | GL | 8:30 | 12:00 12:30 | 11:00 | | | | 306 | | 2 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | RENTAL ☐ | Luis A. Torres Couvertier |
| | | | 8644 | Jose J. Bruic | CL | 8:30 | 12:00 12:30 | 11:00 | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | RENTAL ☐ | Jose J. M. Bruic |
| | | | 7671 | Christian Roson. Toro | RS | 8:30 | 12:00 12:30 | 16:0 | | 7 | | | | 2 | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | RENTAL ☐ | Cris Roson Toro |

**STEP 1-PRINT, APPROVER NAME:** Willie Reyna

**STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM:** ☐ Y ☐ N

**STEP 3-TOTALS**

**STEP 4-PHASE HRS**

**STEP 5-DOES THE PTS COVER:** WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT ☐ WHERE ☐ HOW ☐

**STEP 6-APPROVER SIGNATURE**

**RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW)**

**WORK DESCRIPTION BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED**

started laying up fourth floor finsze Remove met

FORM VERIFIER—PLEASE ENTER QUANTITY or "0" FOR ALL EXC PAGES INCLUDED WITH THIS SHEET: _____ #OF PAGE 3 _____ # OF PAGE 4 _____ # OF PAGE 5 _____

NONE PAGE 1

RECEIPT TRACKING FORMS

V091514

**PERSONNEL TRACKING**

**BELFOR** PROPERTY RESTORATION

PTS DOC #
RS10973540

| FORM VERIFIER IS ON | | JOB NUMBER—COMPLETE | SERVICE TYPE (RESTORATION) | | | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| | | 117 501 635 | LOSS CAUSE | CODE | LOCATION | WEATHER | | |
| LINE # | INITIALS | JOB NAME | FIRE | L00 | RESIDENTIAL, ALL | HUMID | APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE | CIRCLE DAY M T W TH F SA SU | family Savios | WATER/FLOOD | L01 | | TEMP | TN | TECHNICIAN (DRIVING) | 530 | VAN, PASSENGER/CARGO |
| STOP DATE | CIRCLE DAY M T W TH F SA SU | JOB ADDRESS 306 BARBOSA | WIND | L02 | | SNOW | RS | RESTORATION SUPERVIS | 518 | TRUCK-MOVING/BOX/BOARD UP |
| | | | HOLD | L03 | | RAIN | RT | RESTORATION TECHNICA | 528 | TRUCK, 3/4 TON PICKUP |
| | | SAFETY TOPIC | EARTHQUAKE | L04 | | WINDY | LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | | | | L05 | | | GL | GENERAL, LABOR | 453 | TRUCK, EXTRACTION |
| | | TOOL BOX TRAINING | | L06 | | | DL | DAY/TEMP LABOR | N/A | NO VEHICLE |
| | | COMPLETED? □Y □N | | | | | | |



| FORM VERIFIER | PHASE CODE EXAMPLES | PERSONNEL NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR LUNCH | 24 HOUR STOP TIME | BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | Yus Miller Tacologt | RS | 8:30 | 1300 1330 | 17:00 | 8 | | Col | DER | 8 | | × | × | × | × | × | × | × | RENTAL □ | |
| | | Christian Barrios Tido | RS | 8:30 | 1300 1330 | 17:00 | 8 | | Cn | DER | 8 | × | × | × | × | × | × | × | RENTAL □ | |

PRINT FIRST THEN LAST NAME

PRINT FIRST THEN LAST NAME — SIGNATURE-END OF SHIFT

---

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1 - PRINT APPROVER NAME
Willie Barrios

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM

**WORK DESCRIPTION**: BASED ON LOCATIONS(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

control to check out 4th floor.

**BELFOR** (●)
PROPERTY RESTORATION

PERSONNEL TRACKING

PTS DOC #
RS10973539

FORM VERIFIER IS ON
CREW SHEET #

| ID # | JOB NUMBER-COMPLETE: 11750189 6 |
|---|---|
| START DATE 10-23-18 | JOB NAME: famil Servios |
| STOP DATE 10-23-18 | JOB ADDRESS: 308 BAR bola |

SERVICE TYPE (RESTORATION)

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL, ALL |
| WATER/FLOOD | L01 | Pijo 4" |
| WIND | L02 | |
| SNOW | L03 | |
| MOLD | L04 | |
| EARTHQUAKE | L05 | |
| | L06 | |

WEATHER: HUMID / TEMP / SNOW / RAIN / WINDY

| PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | START TIME | LUNCH START/STOP | STOP TIME | BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | PERSONNEL NAME / SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 1114114 | Wello Pesn - | PR | 6:00 | 1250 | 12:50 | 18:00 | 11:5 | Lol | DGR | 11:5 | |
| 2122 | Levein J. Martinez | RT | 8:30 | 1200 1350 | 17:00 | | Lol | DGR | 9 | |
| 405 | Cristo Checon | | 8:30 | 1200 1350 | 17:00 | | Lol | DGR | 8 | |
| 6368 | Jonathan Cespo | GL | 8:80 | 1200 1390 | 17:00 | | Lol | DGR | 8 | |
| 4846 | Jose T. Muiz | GL | 7:30 | 1200 1390 | 17:00 | | Lol | DGR | 8 | |
| 6515 | Criseida Cruz | RT | 7:30 | 1200 1390 | 17:00 | | Lol | DGR | 9 | |
| 2095 | Randall Villalongo | RT | 8:30 | 1200 1390 | 17:00 | | Lol | DCh | 9 | |
| 6814 | Juan Rios | GL | 8:00 | 1200 1390 | 18:30 | | Lol | DCR | 11:5 | |
| 9893 | Juan Rios | RS | 6:00 | 1200 1390 | 11:5 | | Lol | DGR | 11:5 | |
| 9791 | Grace M.Rider | RT | 6:30 | 1200 1290 | 11:30 | | Lol | DCR | 9 | |
| 6423 | Henrike Felician | RT | 9:30 | 1290 | 11:30 | | Lol | DCR | | |

WORK DESCRIPTION: controll to pick out 4 ft flore

**BELFOR** PROPERTY RESTORATION

**PERSONNEL TRACKING**

PTS DOC #: RS10973541

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | | |
|---|---|---|---|---|
| | 117501585 | | | |

JOB NAME: Family Services
JOB ADDRESS: 306 Ave Barbosa, San Juan PR.
SERVICE TYPE (RESTORATION)
SAFETY TOPIC: _____

LOSS CAUSE / LOCATION: L00 RESIDENTIAL ALL — L01 P304

| LINE # | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START / STOP | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOURS BY PHASE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE—END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 111447 | Willie Pesina | DM | 6:00 | 12:00 / 12:30 | 18:00 | 11:5 | L01 | 0CA | 11:5 | 201 | SHARE 4 | |
| 2 | 7671 | Christian Rosario Tor. | .05 | 8:30 | 12:30 / 1:00 | 18:00 | 9 | L01 | 0CA | 9 | | | |
| 3 | 3132 | Kevin Medina | RT | 6:30 | 12:00 / 12:30 | 8:00 | 9 | L01 | 0CU | 9 | | | |
| 4 | 6368 | Jonathan Crespo | RT | 6:30 | 12:30 / 1:00 | 8:00 | 9 | L01 | 0CA | 9 | | | |
| 5 | 8243 | Juan Rico | RT | 6:00 | 12:00 / 12:30 | 18:00 | 11:5 | L01 | 0CA | 11:5 | | | |
| 6 | 6814 | Wanda L. McMillan | BL | 8:30 | 12:00 / 12:30 | 300 | 4:5 | L01 | 0CA | 4:5 | | RENTAL | |
| 7 | 9215 | Marisol Feliciano | RT | 8:30 | / | 300 | 4:5 | L01 | 0CH | 4:5 | | RENTAL | |
| 8 | 6423 | Marina Trade | RT | 8:30 | 12:30 / 1:00 | 300 | 4:5 | L01 | 0CH | 4:5 | | RENTAL | |
| 9 | 6515 | Griselda Cruz | RT | 6:30 | 12:00 / | 300 | 4:5 | L01 | 0CA | 4:5 | | RENTAL | |
| 10 | 2203 | Brenda Ocra | RT | 8:30 | 12:00 / 12:30 | 18:00 | 11:5 | L01 | 0CA | 11:5 | | RENTAL | |
| 11 | 1697 | Luis A Torres Cover | L | 8:30 | 12:00 / 12:30 | 8:00 | 9 | L01 | 0CA | 9 | | | |

WORK DESCRIPTION: Contend to box documents from 4th floor.

STEP 3 - TOTAL HRS: 76
THESE TWO TOTALS MUST MATCH: 76
STEP 4 - PHASE HRS: 76

FORM VERIFIER: V091514   NONE   PAGE 1   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

PTS DOC #

RS10973542

**PERSONNEL TRACKING**

**BELFOR**
PROPERTY RESTORATION

**FORM VERIFIER IS ON**

SERVICE TYPE (RESTORATION)

| JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|---|

JOB NUMBER-COMPLETE: 1175015 85

LOSS CAUSE: FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

CODE/LOCATION:
- L00 RESIDENTIAL, ALL
- L01 P 5 0 4
- L02
- L03
- L04
- L05
- L06

WEATHER: HUMID, TEMP, SNOW, RAIN, WINDY

JOB NAME: Family Services.

JOB ADDRESS: 306 Barbosa.

SAFETY TOPIC: Sal Juan PR

TOOL BOX TRAINING COMPLETED? ☐ON ☐IN

RATE CLASS EXAMPLES:

| CODE | RATE CLASS | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | | N/A | NO VEHICLE |

**PERSONNEL NAME**

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BY PERSON | BY OTHER | | | | | | | | | | | | | |
| 8646 | Jose J. Ruiz | GL | 830 | 1200 / 330 | 16.00 | q | | la1 | Da | q | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ☐ RENTAL | ppe, p. Ruiz |
| 7683 | Esperel Cuber | RS | 600 | 1200 / 1230 | 8:30 / 11.5 | | | le1 | le2 | 115 | 80 | ✓ | ✓ | ✓ | ✓ | | ✓ | ☐ RENTAL | |
| 7593 | Jose c Jracic | GL | 5.00 | | 6.00 | 1 | | le1 | De | q | 80 | ✓ | ✓ | ✓ | ✓ | | ✓ | 5oc specier | |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ☐ RENTAL | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ☐ RENTAL | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ☐ RENTAL | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ☐ RENTAL | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ☐ RENTAL | VERIFIER |

THESE TWO TOTALS MUST MATCH: 20.15

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

**WORK DESCRIPTION** BASED ON LOCATIONS WORKED AND PHASE(S) PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Control Bords INC Floor

NONE #OF PAGE 3 # OF PAGE 4 # OF PAGE 5

PAGE 1

RECEIPT TRACKING FORMS

V091514

**BELFOR**
PROPERTY RESTORATION

PTS DOC #
RS10973543

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

| LINE # | START DATE | STOP DATE | FORM VERIFIER IS ON |
|---|---|---|---|
| | 10-25-18 | 10-25-18 | |

CREW SHEET # 
LAST 5 DIGITS & SON-6 COUNT DATE (ADMIN ONLY)

SAFETY TOPIC: Sidewalk pr-

JOB NUMBER-COMPLETE: 11750 15 85
JOB NAME: Family Services
JOB ADDRESS: 306 ave barbosa

| ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START TIME | STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SEE GUIDE SHEET | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114715 X | Willie Perins | PW | 7:00 | 12:00 12:30 | 10:00 | 11.5 | Co1 | OCR | 11.5 | HH | 201 | | X | 525 | |
| 2122 X | Keyan Medina | R1 | 8:30 | 1:30 2:00 | 17:00 | 8 | 01 | OCR | 8 | 00 | | | X | RENTAL | |
| 9843 X | Juen Pico | C1 | 8:30 | 12:00 12:30 | 17:00 | 8 | 01 | OCR | 8 | 00 | | | X | RENTAL | |
| 2295 X | Brenda Ojeda | R1 | 8:30 | 12:00 12:30 | 17:00 | 8 | 01 | OCR | 8 | 00 | | | X | RENTAL | |
| 7671 X | Christian Rosario | R5 | 8:30 | 11:30 12:00 | 17:00 | 8 | 01 | DCR | 8 | 00 | | | X | RENTAL | |
| 63685 X | Jonathan Crespo | R1 | 8:30 | 12:30 1:00 | 17:00 | 8 | 01 | DCR | 8 | 00 | | | X | RENTAL | |
| 8641 X | Jose Ruiz | R1 | 830 | 12:00 12:30 | 17:00 | 8 | 01 | OCR | 8 | 00 | | | X | RENTAL | |
| 68145 X | W Pacle Millan | R1 | 8:30 | 12:30 1:00 | 17:00 | 8 | 01 | DCR | 9 | 00 | | | X | RENTAL | |
| 8751 X | ISReel Rivera | R5 | 8:30 | 12:30 1:00 | 17:00 | 8 | 01 | DCR | 8 | 00 | | | X | RENTAL | |
| 6515 X | Griseida Cruz | R1 | 8:30 | 12:30 1:00 | 17:00 | 8 | 01 | DCR | 8 | 00 | | | X | RENTAL | |
| 6423 X | Von Msha Feliciano | R1 | 8:30 | 12:30 1:00 | 17:00 | 8 | 01 | DCR | 8 | 00 | | | X | 525 | |

WORK DESCRIPTION: finished with 4th floor, standed Mary boys do cleans stage.

STEP 1-PRINT APPROVER NAME: Willie Perm

STEP 4-THESE TWO TOTALS MUST MATCH: 91.5 / 91.5

STEP 5-WHO DOES THE PPS COVER

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

FOR RENTAL CARS:
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**BELFOR** (●)
PROPERTY RESTORATION

PERSONNEL TRACKING

PTS DOC #
RS10973544

FORM VERIFIER IS ON _____

SERVICE TYPE (RESTORATION)

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM  ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN  TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS  RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT  RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF  LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL  GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL  DAY/TEMP LABOR | N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

**LOSS CAUSE**
| CODE | LOCATION |
|---|---|
| L00 | RESIDENTIAL ALL |
| L01 | |
| L02 | |
| L03 | |
| L04 | |
| L05 | |
| L06 | |

FIRE ☐  WATER/FLOOD ☐  WIND ☐  MOLD ☐  EARTHQUAKE ☐

**WEATHER**
HUMID ☐  TEMP ☐  SNOW ☐  RAIN ☐  WINDY ☐

JOB NUMBER-COMPLETE
11250158S

JOB NAME
Family Services

JOB ADDRESS
306 Barbosa
Som Juan Pr

SAFETY TOPIC

TOOL BOX TRAINING
COMPLETED? ☐N ☐N

| | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | 24 HOUR CLOCK STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9273 | Fairthaw Traple | RT | 830 | 1200 | 1730 | 17:00 | 8 | | LO1 | P/L | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | 1467 | Luis A-torres | GL | 830 | 1200 | 230 | 1:00 | 8 | | LO1 | P/L | 8 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |
| | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | RENTAL ☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER**
IN PHASE, COMPLETE ALL REQUESTS BELOW

**STEP 1**-PRINT APPROVER NAME
Willie Pagan

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM
☐Y ☐N

**WORK DESCRIPTION** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
finished with pack out on 4th floor and sorted many boxes to clean shelves

**STEP 3**-TOTAL LINES
16

THESE TWO TOTALS MUST MATCH →
**STEP 4**-PHASE HRS
16

STEP 5 - DOES THE PTS COVER:
WHO ☐  WHEN ☐  WHERE ☐
WORK DESC.  WHAT ☐  WHERE ☐  WHY ☐  HOW ☐

**STEP 6**-APPROVER SIGNATURE

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET →

NONE | PAGE 1 | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514

PTS DOC #

RS10973547

**PERSONNEL TRACKING**

**BELFOR**
PROPERTY RESTORATION

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

| JOB NUMBER-complete | | |
|---|---|---|
| 1175015585 | | |

JOB NAME: Penny / Services

JOB ADDRESS: 300 Beerbox

TOOL BOX TRAINING COMPLETED? ☐ N ☐ N

| LINE # | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | 24 HOUR CLOCK | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6433 | Kenhsla Feliciano | DT | 8:00 | 12:00 | 17:30 | 85 | | 601 | D66 | 85 |
| | 9275 | Yajmbria Nicole | DT | 8:00 | 12:30 13:30 | 17:00 | 85 | | 602 | D66 | 85 |

STEP 3 TOTAL HRS. | THESE TWO TOTALS MUST MATCH → | STEP 4 PHASE HRS.

LOSS CAUSE CODE / LOCATION:
- FIRE — L00 RESIDENTIAL, ALL
- WATER/FLOOD — L01 3rd floor
- WIND — L02
- MOLD — L03
- EARTHQUAKE — L04
- — L05
- — L06

WEATHER: HUMID / TEMP / SNOW / RAIN / WINDY

SMALL TOOLS / PFE / PRP-FIT TEST / PFP-HARNESS / PER DIEM

RATE CLASS EXAMPLES:
| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| S18 | TRUCK-MOVING/BOX/BOARD UP |
| S28 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**FOR RENTAL CARS:**
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

HOTEL NAME CODE / HOTEL ROOM # / SHARE ROOM / VEHICLE CODE / RENTAL / VERIFIER

SIGNATURE-END OF SHIFT

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐ Y ☐ N
STEP 3 ☐ Y ☐ N

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Cost sheet #4 Moved
bagging up 3rd floor from 4th floor to Dot for clean

Will Biles

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET

NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5

V091514 | PAGE 1 | RECEIPT TRACKING FORMS

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ●
PROPERTIES RESTORATION

PTS DOC # RS10973552

**FORM VERIFIER IS ON**

**JOB NUMBER-COMPLETE** 11750585

**START DATE** 10-5-18  CIRCLE DAY

**STOP DATE** 10-5-18  CIRCLE DAY

**JOB NAME** Family Services

**JOB ADDRESS** 306 Av Larbosa
San Juan Pr

**CREW SHEET #**

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 RESIDENTIAL ALL | | HUMID |
| WATER/FLOOD | L01 PORT 15 | | TEMP |
| WIND | L02 | | SNOW |
| MOLD | L03 | | RAIN |
| EARTHQUAKE | L04 | | WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to clean boxes from the 4th floor

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START/STOP | STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01025 | 111447 | Willie Posive | DM | 8:00 | 1200 1300 | 19:00 | 10 | | L01 | DCR | 10 | HPH | 201 | 529 RENTAL | |
| 02 A+ | 9275 | Lucinza Thode | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | |
| 03 A+ | 6515 | Griselda Cruz | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | |
| 04 A+ | 1295 | Brenda Colon | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | |
| 05 A+ | 6864 | Wanda Bele | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | |
| 06 A+ | 6368 | Jonathan Crespo | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | Jonathan Crespo |
| 07 A+ | 5503 | Mitchell Bermudez | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | Mitchell Bermudez |
| 08 A+ | 6923 | Thenisha Feliciano | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | |
| 09 A+ | 9008 | Kenneth Maceda | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | |
| 10 A+ | 8644 | José J. Ruiz | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | |
| A+ | 2122 | Keyvan J. Medina | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | | | RENTAL | |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1**-PRINT APPROVER NAME Willie Posina

**THESE TWO TOTALS MUST MATCH** 90 = 90

V091514    PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (⦿)**
PROPERTY RESTORATION

PTS DOC # RS10973553

**FORM VERIFIER IS ON**
LINE #___ INITIALS___
START DATE 10-5-18   CIRCLE DAY  T  W  TH  F  SA  SU
STOP DATE 10-5-18   CIRCLE DAY  T  W  TH  F  SA  SU
CREW SHEET# ___
LAST 3 DIGITS OF JOB & CREW DATE (ADMIN ONLY)

JOB NUMBER-COMPLETE: 117501585
JOB NAME: Family Services
JOB ADDRESS: 306 Av Barbosa   San Juan Pr
SAFETY TOPIC: ___   TOOL BOX TRAINING COMPLETED? ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 RESIDENTIAL ALL | | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Apt 15 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | L05 | | ☐ |
| ☐ | L06 | | ☐ |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |
| | "X" | AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY |
| | | FOR RENTAL CARS: |

SHIFT- PHASE CODE EXAMPLES: 3BC- JOB CHECK & PHOTOS / 3SS-JOB SUPPORT SUPERVISOR/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET/TSH-TRASH/TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING/DEO-DEODORIZATION/DMU-DEHUMIDIFICATION/DMO-GENERAL DEMOLITION/DOR-DOORS /DRY-DRYWALL/ELE-ELECTRICAL/EME-EMERGENCY/EST-ESTIMATING/EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/FIX/HW/FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MIR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTB-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME — PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-PTS TEST | PPP-PHASE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A+ | 1946 | Christopher Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | ✓ ✓ | Y | Y | Y | | | | | ☐ RENTAL | Christopher Rosario |
| A+ | 8791 | Israel Rivia | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | ✓ ✓ | Y | Y | Y | | | | | ☐ RENTAL | Israel Rivia |
| A+ | 7671 | Christian Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | ✓ ✓ | Y | Y | Y | | | | | ☐ RENTAL | Christian Rivia |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | | ☐ RENTAL | |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | | ☐ RENTAL | |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | | ☐ RENTAL | |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | | ☐ RENTAL | |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | | ☐ RENTAL | |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | | ☐ RENTAL | |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | | ☐ RENTAL | |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | | ☐ RENTAL | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Pesina
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.
STEP 3-TOTAL HRS: 24
THESE TWO TOTALS MUST MATCH
STEP 4-PHASE HRS: 24
STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐   WORK DONE - WHAT ☐ WHERE ☐ WHO ☐ HOW ☐
STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION** - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to Clean Boxes from the 4th floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**BELFOR**

PROPERTY RESTORATION

PTS DOC #

RS10973485

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

JOB NUMBER—COMPLETE: 1175 01 585

JOB NAME: Family Services

JOB ADDRESS: 306 ave Barbosa, San Juan PR.

SAFETY TOPIC

| | | |
|---|---|---|
| LOSS CAUSE | LOCATION CODE | LOCATION |
| FIRE | L00 | RESIDENTIAL ALL |
| WATER/FLOOD | L01 | Building 301 |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

WEATHER: APM, TEMP, HUMID, SNOW, RAIN, WINDY

**STEP 1—PRINT APPROVER NAME:** Willie Perna

**RESPONSIBILITY OF APPROVER**

**WORK DESCRIPTION** — BASED ON LOCATIONS WORKED AND PHASE CODES, PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:

Met with Jee and cleaned out hoods the went to building located at 306 ave Barbosa. all is Involved. went to building the so over slope of work and what do a inspection.

| LINE # | START DATE | STOP DATE | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH | STOP TIME | TOTAL HOURS | | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | BY PERSON | BY OTHER | | |
| 111147 | 10-12-18 | 10-12-18 | Willie Perna | PM | 8:00 | 12:00 / 1230 | 7:00 | 8.5 | | 0.5 | 8.5 |

**24 HOUR CLOCK**

LOCATION CODE | 1.01

SMALL TOOLS: x x x x x x x x x x x x x
PPE: x x x x x x x x x x x x x
PRP-FIT TEST: x x x x x x x x x x x x x
PPP: x x x x x x x x x x x x x
PER DIEM: x x x x x x x x x x x x x

HOTEL NAME CODE: (4th)
HOTEL ROOM #: 201
SHARE ROOM
VEHICLE CODE: 524

SIGNATURE—END OF SHIFT

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 516 | TRUCK-MOVING/BOX/BOARD, UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

**PERSONNEL NAME**

STEP 6—APPROVER SIGNATURE

PTS DOC #
RS10973486

**BELFOR**
PROPERTY RESTORATION

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

JOB NUMBER-COMPLETE: 11750 1585

FORM VERIFIER IS ON

| LINE # | START DATE | STOP DATE |
|---|---|---|
| | 10-13-18 | 10-13-18 |

JOB NAME: Family Services
JOB ADDRESS: 304 Ave. Barbosa. PR.

Handwritten: Willie Perez
4041 + per diem.

**LOSS CAUSE**
- FIRE
- WATER/FLOOD
- WIND
- MOLD
- EARTHQUAKE

**CODE / LOCATION**
- L00 RESIDENTIAL ALL
- L01 Building Job
- L02
- L03
- L04
- L05
- L06

**WEATHER**
- HUMID
- TEMP
- SNOW
- RAIN
- WINDY

**RATE CLASS EXAMPLES**
- APM ASSISTANT PROJECT MGR
- TN TECHNICIAN (DRYING)
- RS RESTORATION SUPERVISOR
- RET RESTORATION TECHNICIAN
- LF LABOR FOREMAN
- GL GENERAL LABOR
- DL DAY/TEMP LABOR

**RATE CLASS EXAMPLES (CODE / VEHICLE NAME (TABLE))**
- 529 PICKUP, SUV OR CAR
- 530 VAN, PASSENGER/CARGO
- 518 TRUCK-MOVING/BOX/BOARD UP
- 528 TRUCK, 3/4 TON PICKUP
- 527 TRUCK, 1 TON 4X4 W/LIFTGATE
- 453 TRUCK, EXTRACTION
- N/A NO VEHICLE

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY.

FOR RENTAL CARS:

**PERSONNEL NAME**
PRINT FIRST THEN LAST NAME

SIGNATURE-END OF SHIFT

SHARE ROOM
VEHICLE CODE: 521

STEP 6-APPROVER'S SIGNATURE

**BELFOR**

PTS DOC #
RS10973487

## PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

**FORM VERIFIER IS ON**

FORM VERIFIER #: _Willie Pesma_

JOB NUMBER-COMPLETE: 117501585

JOB NAME: Family Services

JOB ADDRESS: 306 Ave. Barbosa 4

SAFETY TOPIC: Sanjuan PR.

**CREW SHEET #**

| LINE # | START DATE | STOP DATE |
|---|---|---|
| ID# | 10-14-18 | 10-14-18 |

LOSS CAUSE / LOCATION CODE:
- FIRE — L00 RESIDENTIAL ALL
- WATER/FLOOD — L01
- WIND — L02
- MOLD — L03
- EARTHQUAKE — L04
- L05
- L06

WEATHER: HUMID / TEMP / SNOW / RAIN / WINDY

PERSONNEL NAME: Willie Pesma

| PRINT FIRST THEN LAST NAME | RATE CLASS | SMALL TOOLS | PPE | PRP-FIT TEST | PFP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Willie Pesma | | ✓ | ✓ | ✓ | ✓ | ✓ | HHW | 201 | ✓ 529 | ✓ | ✓ |

**WORK DESCRIPTION** BASED ON LOCATIONS WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel + Packages

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**BELFOR**
PROPERTY RESTORATION

PTS DOC #
RS10973488

**JOB NUMBER—COMPLETE:** 17501585

**JOB NAME:** Family Services

**JOB ADDRESS:** 306 Ave Barbosa San Juan Pr.

**SAFETY TOPIC:**

| LOSS CAUSE | | LOCATION | | WEATHER | |
|---|---|---|---|---|---|
| FIRE | L00 RESIDENTIAL ALL | | APR | ASSISTANT PROJECT MGR |
| WATER/FLOOD | L01 Building 306 | HUMID | TN | TECHNICIAN (DRYING) |
| WIND | L02 | TEMP | RS | RESTORATION SUPERVISOR |
| MOLD | L03 | SNOW | RT | RESTORATION TECHNICIAN |
| EARTHQUAKE | L04 | RAIN | LF | LABOR FOREMAN |
| | L05 | WINDY | GL | GENERAL LABOR |
| | L06 | | DL | DAY/TEMP LABOR |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/FLOORED UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/ULT'GATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

| LINE # | OFFICE | ID # | PERSONNEL NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR LUNCH | 24 HOUR STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT-TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT | PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/15/18 | 111147 | Willie Pesina | PM | 8:00 | 1200 1230 | 17:00 | 85 | L01 | 30C | 85 | X | X | X | X | CD | 4H4H | 201 | X | 525 | | Willie Pesina |
| | 6/15/18 | 9843 | Juan Pica | GL | 8:00 1200 1230 | | 17:00 | 85 | L01 | 36C | 85 | X | X | X | X | CD | | X | | LEF | | Juan Pica |

**WORK DESCRIPTION:** Walked all 5 floors taking pictures and Curtis scope of work. Met with Jeo to discuss the process they need.

FORM VERIFIER=PLEASE ENTER QUANTITY or "D" FOR ALL EXC PAGES INCLUDED WITH THIS SHEET=

V091514

PAGE 1 # OF PAGE 3 # OF PAGE 4 # OF PAGE 5 RECEIPT TRACKING FORMS

PTS DOC #
RS10973489

BELFOR

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**JOB NUMBER-COMPLETE:** 1175 01585
**JOB NAME:** Family Services.
**JOB ADDRESS:** 306 Barbosa
San Juan PR.
**SAFETY TOPIC:** San Juan PR.

**LINE #** / **START DATE** 10-1-6-18 / **STOP DATE** 10-16-18

| ID # | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | 24 HOUR CLOCK | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|
| 1111497 | Willie Pesona | 6L | PM 8:00 | 1800 / 1230 | 17:00 | 8.5 | 601 | 30c | 8.5 |
| 98543 | Juan Pica. | 6L | 8:00 | 1230 / 1730 | 17:00 | 8.5 | 601 | 30c | 8.5 |

**THESE TWO TOTALS MUST MATCH** — 17

**WORK DESCRIPTION:** Went back today to continue taking pics and county Asap.
Left for to start taking what boxes are needed Asap.

**RESPONSIBILITY OF APPROVER:** Willie Pesona

Approver signature: Juan Pica

**STEP 9-APPROVER SIGNATURE**

PAGE 1  # OF PAGE 3  # OF PAGE 4  # OF PAGE 5  RECEIPT TRACKING FORMS

NONE

V09151/4

**BELFOR**

PROPERTY RESTORATION

**PERSONNEL TRACKING**

PTS DOC #
RS10973533

SERVICE TYPE (RESTORATION)

**JOB NUMBER—COMPLETE:** 1175 01 585

**JOB NAME:** Family Services.

**JOB ADDRESS:** 301 Barbosa

San Juan PR.

| LINE # | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | | |
|--------|-----|-------------------------------------------|------------|------------|-----------|--|--|
| 025 | WJWJ | Willie Yasin | PM | 8 | 1205 | | |

START DATE: 10-17-18
STOP DATE: 10-17-18

24 HOUR CLOCK: 1200 / 3500 ... 1700

LOCATION CODE: 601 TBC

**WORK DESCRIPTION:** Based on locations worked and phase codes, please describe what work the crew performed.

Will form
Shovled on pit
Mainly we con pull from Special
Thom Megan were all fik Cabinti or act Sd on
from Special Area.

FORM VERIFIER IS ON

PAGE 1    # OF PAGES 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

**BELFOR** PROPERTY RESTORATION

PTS DOC #

RS10973532

FORM VERIFIER IS ON

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

JOB NUMBER–COMPLETE: 1130158S

| LINE # | START DATE | STOP DATE | TID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR LUNCH | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RS | 10-8-18 | 10-8-18 | 9843 | Willie / Juan Dias | PW / GL | 8:00 | 12:00 / 17:30 / 13:00 | 17:00 | 8.5 | Co1 / Co1 | 36c / 36c | 8S / 8S |

JOB NAME: family Sevices

JOB ADDRESS: 306 Barbosa

SAFETY TOPIC: San Juan Pr.

**LOSS CAUSE / LOCATION**
- FIRE — L00 RESIDENTIAL ALL
- WATER/FLOOD — L01 301 Barbosa.
- WIND — L02
- MOLD — L03
- EARTHQUAKE — L04
- L05
- L06

**WEATHER**
- HUMID
- TEMP
- SNOW
- RAIN
- WINDY

**RESPONSIBILITY OF APPROVER**

Willie Rosario — continued to top out flows S and 4/

**PERSONNEL NAME**
Juan Dias (signature)

SIGNATURE–END OF SHIFT

FORM VERIFIER–PLEASE ENTER QUANTITY OF "0" FOR ALL EXC PAGES INCLUDED WITH THIS SHEET—    NONE    # OF PAGE 1    # OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

V091514    PAGE 1

**BELFOR**

PTS DOC #

RS10973536

**PERSONNEL TRACKING**

**SERVICE TYPE (RESTORATION)**

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | 117501585 |
|---|---|---|---|

| LINE # | START DATE | STOP DATE |
|---|---|---|
| 1625 | 10-19-18 | 10-19-18 |
| 111147 | 7813 | |

JOB NAME: Family Services
JOB ADDRESS: 306 ave barbass
SAFETY TOPIC: Services Dr.

**PERSONNEL NAME**

| PRINT FIRST THEIR LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|
| Willie Jayne | PM | 8:00 | 1300 | 11:00 | 8 | LOI | SEC | P |
| Swan Pica | GF | 8:00 | 1300 | 11:00 | 8 | LOI | SEC | P |

Contract to M-W Out 1 Hours - 1-5

STEP 4 TOTALS: 6 / THESE TWO TOTALS MUST MATCH / 16

SIGNATURE-END OF SHIFT: Queen Her

BELFOR ®
PROPERTY RESTORATION

PTS DOC #
RS10973537

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

JOB NUMBER-COMPLETE
1175 01585

JOB NAME
Family Services

JOB ADDRESS
306 Barbosa ave.
San Juan, PR

SAFETY TOPIC
TOOL BOX TRAINING
COMPLETED? ☐ Y ☐ N

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | L01 | |
| ☐ WIND | L02 | |
| ☐ MOLD | L03 | |
| ☐ EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

WEATHER
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

RATE CLASS EXAMPLES
| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRIVING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 51B | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |
| SHARE ROOM | |

SIGNATURE-END OF SHIFT

STEP 1 - PRINT APPROVER NAME
Willie Pedorn

STEP 2 - APPROVER MUST VERIFY & COMPLETE ALL

PRINT FIRST THEN LAST NAME
Willie Pain

| ID# | PERSONNEL NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-HARNESS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | 44H | Col | ✓ | ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | Col | ✓ | ☐ | VERIFIER |
| | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ☐ | VERIFIER |

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Pedorn

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET

NONE

# OF PAGE 3   # OF PAGE 4   # OF PAGE 5

RECEIPT TRACKING FORMS

PAGE 1

V081514

**BELFOR**
PROPERTY RESTORATION

FORM VERIFIER IS ON

PTS DOC #

RS10973538

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

JOB NUMBER—COMPLETE: 1175 01585

JOB NAME: Family Services.

JOB ADDRESS: 30G ave Roebook
San Juan, Pr

LINE #: 1
START DATE: 10-21-18
STOP DATE: 10-21-18

CREW SHEET #

ID #: 1111447

PRINT FIRST THEN LAST NAME: Willie Pesina

| | RATE CLASS | 24 HOUR LUNCH | 24 HOUR START | 24 HOUR STOP | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|---|---|
| Willie Pesina | (M) | | | | | | | |

LOSS CAUSE:
- L00 RESIDENTIAL ALL
- L01 FIRE
- L02 WATER/FLOOD
- L03 WIND
- L04 MOLD
- L05 EARTHQUAKE
- L06

WEATHER:
- HUMID
- TEMP
- SNOW
- RAIN
- WINDY

RATE CLASS EXAMPLES:
- APM ASSISTANT PROJECT MGR
- TN TECHNICIAN (DRIVING)
- RS RESTORATION SUPERVISOR
- RT RESTORATION TECHNICIAN
- LF LABOR FOREMAN
- GL GENERAL LABOR
- DL DAY/TEMP LABOR

CODE — VEHICLE NAME (TABLE):
- 529 PICKUP, SUV OR CAR
- 530 VAN, PASSENGER/CARGO
- 518 TRUCK-MOVING/BOX/ROAD UP
- 528 TRUCK, 3/4 TON PICKUP
- 527 TRUCK, 1 TON 4X4 W/LIFTGATE
- 453 TRUCK, EXTRACTION
- N/A NO VEHICLE

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:
PERSONNEL NAME

| | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-wireless | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE—END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|
| | x | x | x | x | x | 4H4 | 201 | x | 529 | (signature) |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |
| | x | x | x | x | x | | | x | RENTAL | VERIFIER |

SAFETY TOPIC:
TOOL BOX TRAINING: COMPLETED?
24 HOUR TRAINING: COMPLETED?

RESPONSIBILITY OF APPROVER: PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1—PRINT APPROVAL NAME: Willie Pesina

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel prelum

V091514

NONE

#OF PAGE 3

PAGE 1

# OF PAGE 4

# OF PAGE 5

RECEIPT TRACKING FORMS

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents I Page 149 of 220

**BELFOR**

PTS DOC #
RS10973534

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

FORM VERIFIER IS: CM

JOB NUMBER - COMPLETE: 117501585.

JOB NAME: Family Souvise

JOB ADDRESS: 366 Brokoss.

SAFETY TOPIC: Heat Exhaustion

TOOL BOX TRAINING COMPLETED

CREW SHEET#

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PFP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 10-22-18 | 10-22-18 | 11197 | Willie Pasm | Dh | 600 | 16:00 | 115 | L01 | DCR | 115 | 0 | X | X | X | AM | 201 | X | 529 | |
| | | | 8443 | Shawn Pick | 64 | 6:00 | 16:00 | 9.5 | L01 | DCR | 9.5 | 0 | X | X | X | | | X | | |
| | | | 8791 | ISRael Oliver | 85 | 6:00 | 16:00 | 9.5 | L01 | DCR | 9.5 | 0 | X | X | X | | | X | | |
| | | | 8814 | WandaMillan | 64 | 8:30 | 16:00 | 7 | L01 | DCR | 7 | 0 | X | X | X | | | X | | |
| | | | 6923 | Benh-sha Feliciano | 64 | 8:30 | 16:00 | 7 | L01 | DCR | 7 | 0 | X | X | X | | | X | | |
| | | | 2095 | Brenda Ojeda | 64 | 8:30 | 16:00 | 7 | L01 | DCR | 7 | 0 | X | X | X | | | X | | |
| | | | 6515 | Griselda Cruz | 64 | 8:30 | 16:00 | 7 | L01 | DCR | 7 | 0 | X | X | X | | | X | | |
| | | | 9225 | Karimara Trade | 64 | 8:30 | 16:00 | 7 | L01 | DCR | 7 | 0 | X | X | X | | | X | | |
| | | | 9057 | Cristopher Malaveb | 64 | 8:30 | 16:00 | 7 | L01 | DCR | 7 | 0 | X | X | X | | | X | | |
| | | | 2172 | Kaland J. Nexino | 64 | 8:30 | 16:00 | 7 | L01 | DCR | 7 | 0 | X | X | X | | | X | | |
| | | | 6368 | Jonathan Crespo | 64 | 12:00 | 16:00 | 7 | L01 | DCR | 7 | 0 | X | X | X | | | X | | |

WORK DESCRIPTION: Went and boxing the financial department on the 4th floor. 290 rooms total. Started boxing picked up 80lbs books. 86.5

**LOSS CAUSE:** FIRE · WATER/FLOOD · WIND · HOLD · EARTHQUAKE

**WEATHER:** HUMID · TEMP · SNOW · RAIN · WINDY

**LOCATION:** L00 RESIDENTIAL ALL · L01 FLOOR 4 · L02 · L03 · L04 · L05 · L06

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/16/4X4 UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 |
| 453 | RV VEHICLE |
| N/A | RV VEHICLE |

APPROVER SIGNATURE 4-7A – 4/2A

**PTS DOC #**

**RS10973535**

**BELFOR ®**
PROPERTY RESTORATION

**FORM VERIFIER IS ON**

**PERSONNEL TRACKING**
**SERVICE TYPE (RESTORATION)**

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1697 | 10-22-18 | 10-22-18 | | Luis A. Torres Couvertier | 62 | 8:30 | 12:00 1230 | 1L:00 | | Report + Weld | 21 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | Luis A. Torres Couvertier |
| 8644 | | | | Jose J. Pruic | 62 | 8:30 | 1230 | 16:00 | | Report + Weld | 21 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | Jose J. Mf Jose |
| 7671 | | | | Christian Roldan-Toro | 62 | 8:30 | 12:00 1230 | 16:0 | | Report + Weld | 21 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | Christian Roldan-Toro |

**SHEET:** LAST 3 DIGITS OF JOB #, 2 DIGIT DATE (MMDD) 001-01

**CREW SHEET #**

**JOB NUMBER-COMPLETE** 1175 0 1585

**JOB NAME** Family Services

**JOB ADDRESS** 306 Barbosa.

**SAFETY TOPIC** San Juan Pr.

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1 PRINT APPROVER NAME** Willie Reverna

**STEP 2 APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM**

**WORK DESCRIPTION** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Stanley bering up fourth floor fianze Report+ weld

**LOSS CAUSE / CODE / LOCATION**
- FIRE — L00 RESIDENTIAL ALL
- WATER/FLOOD — L01 306 Barbosa
- WIND — L02
- MOLD — L03
- EARTHQUAKE — L04
- L05
- L06

**WEATHER:** HUMID / TEMP / SNOW / RAIN / WINDY

**RATE CLASS EXAMPLES**

**PERSONNEL NAME**

**VEHICLE NAME (TABLE)**

| CODE | VEHICLE NAME |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/ROADED UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**THESE TWO TOTALS MUST MATCH** 21

**STEP 5 — COMPLETE PTS DOC#**

**STEP 6 — APPROVER SIGNATURE**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

| LOSS CAUSE | CODE | LOCATION | | WEATHER |
|---|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ | HUMID |
| ☐ WATER/FLOOD | L01 | Piso 4 | ☐ | TEMP |
| ☐ WIND | L02 | | ☐ | SNOW |
| ☐ MOLD | L03 | | ☐ | RAIN |
| ☐ EARTHQUAK | L04 | | ☐ | WINDY |
| | L05 | | | |
| | L06 | | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X"   AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

FORM VERIFIER IS ON

PTS DOC # RS10973539

| JOB NUMBER-COMPLETE | 117501585 |
|---|---|
| START DATE 10-23-18 | INITIALS |
| STOP DATE 10-23-18 | |
| CREW SHEET# | |

JOB NAME: family servios
JOB ADDRESS: 306 Barbosa
Samjuan Pr.
SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? ☐X☐N

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPE-FIT TEST | PPE-HOURS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-25 | 111447 | Willie Pesin | | 6:00 | 1200 1250 | 18:00 | 11.5 | Lol | DcR | 11.5 | ☐ | Y | | | Y | 4P H | 201 | | 528 Y | ~ |
| AT | 2122 | Keymin J Medina | | 8:30 | 1200 1230 | 17:00 | 8 | Lol | DcR | 8 | ☐ | Y | Y | Y | | | | RENTAL☐ | |
| AT | 4057 | Cristo phernolore | | 8:30 | 1200 1230 | 17:00 | 8 | Lol | DcR | 8 | ☐ | Y | V | Y | | | | RENTAL☐ | |
| AT | 6368 | Jonathan Crespo | | 8:30 | 1200 1230 | 17:00 | 8 | Lol | DcR | 8 | ☐ | Y | Y | Y | | | | RENTAL☐ | |
| AT | 8646 | Jose J. Ruiz | | 9:30 | 1200 1230 | 17:00 | 8 | Lol | DcR | 8 | ☐ | Y | Y | Y | | | | RENTAL☐ | |
| AT | 6515 | Griselda Cruz | | 9:30 | 1200 1230 | 17:00 | 8 | Lol | DcR | 8 | ☐ | Y | Y | Y | | | | RENTAL☐ | |
| AT | 2295 | Brenda Vega | | 8:30 | 1200 1230 | 17:00 | 8 | Lol | DcR | 8 | ☐ | Y | Y | Y | | | | RENTAL☐ | |
| AT | 6814 | Wandaly Millan | | 8:30 | 1200 1230 | 17:00 | 8 | Lol | DcR | 8 | ☐ | Y | Y | Y | | | | RENTAL☐ | |
| AT | 9843 | Juan Rica | | 6:00 | 1200 1230 | 18:00 | 11.5 | Lol | DcR | 11.5 | ☐ | Y | Y | Y | | | | RENTAL☐ | |
| AT | 8791 | Israel A. Rivera | | 6:00 | 1200 1230 | 18:00 | 11.5 | Lol | DcR | 11.5 | ☐ | Y | Y | Y | | | | RENTAL☐ | |
| AT | 6423 | Keishisha Feliciano | | 8:30 | 1200 1230 | 17:00 | 8 | Lol | DcR | 8 | ☐ | Y | Y | Y | | | | RENTAL☐ | |

RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1–PRINT APPROVER NAME: Wille Pg

STEP 2–DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
STEP 3–TOTAL HRS: 98.5
STEP 4–PHASE HRS: THESE TWO TOTALS MUST MATCH: 985
STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐
STEP 6–APPROVER SIGNATURE

WORK DESCRIPTION: (BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED)

continued to pick out 4th floor

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE ____   #OF PAGE 3 ____   # OF PAGE 4 ____   # OF PAGE 5 ____   RECEIPT TRACKING FORMS

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

BELFOR (●)
PROPERTY RESTORATION

FORM VERIFIER IS ON

PTS DOC # RS10973540

LINE #

START DATE  10-23-18  ← CIRCLE DAY  M ( T ) W TH  F SA SU
STOP DATE  10-23-18  ← CIRCLE DAY  M ( T ) W TH  F SA SU

CREW SHEET#

SHIFT-

JOB NUMBER-COMPLETE  117501585
JOB NAME  Family Savios
JOB ADDRESS  306 Barbosa
Sanjuan Pr
SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? □H □N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| □ FIRE | L00 | RESIDENTIAL ALL | □ HUMID |
| □ WATER/FLOOD | L01 | 4yo H | □ TEMP |
| □ WIND | L02 | | □ SNOW |
| □ MOLD | L03 | | □ RAIN |
| □ EARTHQUAKE | L04 | | □ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVIS | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | PPE PPE 1ST TEST PPE PER HOUR PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AX | 9295 | Ximena Tracto | | 8:30 | 1200 1230 | 17:00 | 8 | | C01 | DeK | 8 | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |
| AL | 7671 | Christa Rosario Toro | | 8:30 | 1200 1230 | 17:00 | 8 | | L01 | DER | 8 | Y Y Y Y | | | Y | □ RENTAL  Ok Rosa Toro | VERIFIER |
| 04 | | | | | | | | | | | | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |
| 05 | | | | | | | | | | | | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |
| 06 | | | | | | | | | | | | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |
| 07 | | | | | | | | | | | | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |
| 08 | | | | | | | | | | | | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |
| 09 | | | | | | | | | | | | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |
| 10 | | | | | | | | | | | | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |
| 11 | | | | | | | | | | | | Y Y Y Y | | | Y | □ RENTAL | VERIFIER |

RESPONSIBILITY OF APPROVER

STEP 1-PRINT APPROVER NAME  Willie Perez
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM  □Y □N
STEP 3 TOTAL HRS
STEP 4 PHASE HRS  16
STEP 5 - DOES THE PTS COVER:  WHO □ WHEN □ WHERE □
STEP 6-APPROVER SIGNATURE

WORK DESCRIPTION  Continued to deck out 4th Floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET  NONE  #OF PAGE 3  # OF PAGE 4  # OF PAGE 5  RECEIPT TRACKING FORMS

V091514  PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973541

FORM VERIFIER IS ON

LINE # ___ INITIALS ___

START DATE: 10-24-18

STOP DATE: 10-24-18

CREW SHEET #

**JOB NUMBER-COMPLETE:** 11750/585

**JOB NAME:** Family Services

**JOB ADDRESS:** 306 Ave Barbosa, San Juan PR.

**SAFETY TOPIC:** ___ TOOL BOX TRAINING COMPLETED □ Y □ N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| □ FIRE | L00 RESIDENTIAL ALL | | □ HUMID |
| □ WATER/FLOOD | L01 | 1504 | □ TEMP |
| □ WIND | L02 | | □ SNOW |
| □ MOLD | L03 | | □ RAIN |
| □ EARTHQUAKE | L04 | | □ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVSG | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

| OFFICE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HRS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 111447 | Willie Pesina | PM | 6:00 | 1200/1230 | 1800 | 11.5 | | LO1 | DCR | 11.5 | O | Y | Y | HPH | 201 | | 529 | |
| At | 7671 | Christian Rosario | 6L | 8:30 | 1200/1230 | 1800 | 9 | | LO1 | DCR | 9 | O | Y | Y | Y | | | RENTAL | |
| At | 2122 | Keyan Medina | GL | 8:30 | 1200/1230 | 1800 | 9 | | LO1 | DCR | 9 | O | Y | Y | Y | | | RENTAL | |
| At | 6368 | Jonathan Crespo | 6L | 8:30 | 1200/1230 | 1800 | 9 | | LO1 | DCR | 9 | O | Y | Y | Y | | | RENTAL | |
| At | 9843 | Juan Pica | 6L | 6:00 | 1200/1230 | 1800 | 11.5 | | LO1 | DCR | 11.5 | O | Y | Y | Y | | | RENTAL | |
| At | 6814 | Wanda L Millan | 6L | 8:30 | XXX | 1300 | 4.5 | | LO1 | DCR | 4.5 | O | Y | Y | Y | | | RENTAL | |
| At | 6423 | Mahisha Feliciano | 6L | 8:30 | XXX | 1300 | 4.5 | | LO1 | DCR | 4.5 | O | Y | Y | Y | | | RENTAL | |
| At | 9275 | Ximena Troche | 6L | 8:30 | XXX | 1300 | 4.5 | | LO1 | DCR | 4.5 | O | Y | Y | Y | | | RENTAL | |
| At | 6515 | Griseida Cruz | 6L | 8:30 | XXX | 1300 | 4.5 | | LO1 | DCR | 4.5 | O | Y | Y | Y | | | RENTAL | |
| At | 2295 | Brenda Oreda | 6L | 8:30 | XXX | 1300 | 4.5 | | LO1 | DCR | 4.5 | O | Y | Y | Y | | | RENTAL | |
| At | 1697 | Luisa Torres Couvertie | 6L | 8:30 | 1200/1230 | 1800 | 9 | | LO1 | DCR | 9 | O | Y | Y | Y | | | RENTAL | |

**RESPONSIBILITY OF APPROVER:** PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1**-PRINT APPROVER NAME: Willie Pesina

**STEP 2**-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N

**STEP 3**-TOTAL HRS: 76

THESE TWO TOTALS MUST MATCH

**STEP 4** PHASE HRS: 76

**STEP 5** - DOES THE PTS COVER: WHO □ WHEN □ WHERE □

**STEP 6**-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT THE CREW PERFORMED

Continue to box documents from 4th floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- NONE ___ #OF PAGE 3 ___ # OF PAGE 4 ___ # OF PAGE 5 ___ RECEIPT TRACKING FORMS ___

V091514

PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| | | |
|---|---|---|
| PTS DOC #  RS109735542 | **FORM VERIFIER IS ON** | **JOB NUMBER-COMPLETE** 117501585 |
| | LINE #          INITIALS | |
| | **START DATE** 10-24-18   M T (W) TH  F SA SU | **JOB NAME** Family Services. |
| | **STOP DATE** 10-24-18   M T (W) TH  F SA SU | **JOB ADDRESS** 306 Barbosa San Juan PR |
| | **CREW SHEET #** LAST 3 DIGITS OF AM & DIGITS DATE (ADMIN ONLY) | **SAFETY TOPIC**     **TOOL BOX TRAINING COMPLETED** ☐Y☐N |

**LOSS CAUSE / CODE / LOCATION / WEATHER**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Piso 4 | ☐ TEMP. |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | L05 | | ☐ |
| ☐ | L06 | | ☐ |

**RATE CLASS EXAMPLES**

| CODE | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X"  AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-RIT TEST | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE=END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 At | 8646 | Jose J. Ruiz | GL | 8:30 | 1200 1230 | 18:00 | 9 | | L01 | Dem | 9 | ● | ● | Y | Y | | | | Y ☐RENTAL | Jose J. Ruiz mg ___VERIFIER |
| 02 At | 7983 | Israel Rivera | RS | 6:00 | 1200 1230 | 18:00 | 11.5 | | L01 | Dem | 11.5 | ● | ● | Y | Y | | | | Y ☐RENTAL | I. Rivera ___VERIFIER |
| 03 At | 7993 | Jose C garcia | GL | 5:00 | XXX | 6:00 | 1 | | L01 | | ● | ● | Y | Y | Y | Y | | | Y ☐RENTAL | Jose garcia ___VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y ☐RENTAL | ___VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y ☐RENTAL | ___VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y ☐RENTAL | ___VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y ☐RENTAL | ___VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y ☐RENTAL | ___VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y ☐RENTAL | ___VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y ☐RENTAL | ___VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y ☐RENTAL | ___VERIFIER |

**RESPONSIBILITY OF APPROVER :**PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER NAME Willeson | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N   FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3 TOTAL HRS 20.5 | THESE TWO TOTALS MUST MATCH  20.5 | STEP 4 PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC_WHAT☐WHERE☐WHY☐HOW☐ | STEP 6-APPROVER SIGNATURE |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT THE CREW PERFORMED

Continued Demo 4th floor -

**FORM VERIFIER-**PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET.    **NONE**    **#OF PAGE 3**    **# OF PAGE 4**    **# OF PAGE 5**    **RECEIPT TRACKING FORMS**

V091514                                                PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON ☐ | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| LINE # | 1750 1585 | ☐ FIRE | L00 RESIDENTIAL ALL | | ☐ HUMID | APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR | |
| START DATE ← CIRCLE DAY INITIALS | JOB NAME | ☐ WATER/FLOOD | L01 P350 4 | | ☐ TEMP | TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO | |
| 10-25-18 | Family Services | ☐ WIND | L02 | | ☐ SNOW | RS RESTORATION SUPERVISE | 518 TRUCK-MOVING/BOX/BOARD UP | |
| STOP DATE ← CIRCLE DAY | JOB ADDRESS | ☐ MOLD | L03 | | ☐ RAIN | RT RESTORATION TECHNICIA | 528 TRUCK, 3/4 TON PICKUP | |
| 10-25-16 | 306 Ave Barbosa | ☐ EARTHQUAKE | L04 | | ☐ WINDY | LF LABOR FOREMAN | 517 TRUCK, 1 TON 4X4 W/LIFTGATE | |
| CREW SHEET# | San Juan Pr | | L05 | | | GL GENERAL LABOR | 453 TRUCK, EXTRACTION | |
| | SAFETY TOPIC   TOOL BOX TRAINING COMPLETED? ☐Y☐N | | L06 | | | DL DAY/TEMP LABOR | N/A NO VEHICLE | |

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME / STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PROP-FIT TEST | PPR-HAND | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 V085 | 111447 | Willie Pesina | PM | 7:00 | 1200/1230 | 19:00 | 11:5 | Co1 | OCR | 11:5 | 〇 | 〇 | | Y | 〇 | HPH | 201 | Y | 528 RENTAL☐ | |
| 02 A+ | 2122 | Keyan J Medina | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 03 A+ | 9843 | Juan Pica | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 04 A+ | 2295 | Branda Ojeda | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 05 A+ | 7671 | Christian Rosario | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 06 A+ | 6368 | Jonathan Crespo | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 07 A+ | 8641 | Jose Ruiz | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 08 A+ | 6814 | Wanda Millan | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 09 A+ | 8751 | ISRael Rivera | RS | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 10 A+ | 6515 | Griselda Cruz | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |
| 11 A+ | 6423 | Konhista Feliciano | GL | 8:30 | 1200/1230 | 17:00 | 8 | Lo1 | OCR | 8 | 〇 | 〇 | Y | Y | Y | | | Y | RENTAL☐ | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)
Willie Pesina.

THESE TWO TOTALS MUST MATCH   91:5   91:5

**WORK DESCRIPTION** BASED ON LOCATION'S WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Finished with 4th floor, Started Moving boxes to Clean Station.

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|
| LINE # ____ INITIALS ____ | 11750I585 | | ☐ FIRE | L00 RESIDENTIAL ALL | ☐ HUMID | APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| START DATE 10-25-18 ●CIRCLE DAY M T W TH F SA SU | JOB NAME Family Services | | ☐ WATER/FLOOD | L01 PL04 | ☐ TEMP | TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| STOP DATE 10-25-14 ●CIRCLE DAY M T W TH F SA SU | JOB ADDRESS 300 Barbosa San Juan Pr | | ☐ WIND | L02 | ☐ SNOW | RS RESTORATION SUPERVISC | 518 TRUCK-MOVING/BOX/BOARD UP |
| | | | ☐ MOLD | L03 | ☐ RAIN | RT RESTORATION TECHNICIA | 528 TRUCK, 3/4 TON PICKUP |
| CREW SHEET# ____ LAST 3 DIGITS OF JOB-6 DIGIT DATE (ADMIN ONLY) | | | ☐ EARTHQUAKE | L04 | ☐ WINDY | LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| | | | | L05 | | GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y☐N | | L06 | | DL DAYTEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START TIME | STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-VEHICLE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A+ | 9275 | Naimara Trade | 6L | 830 | 1200 1230 | 17.00 | 8 | | L01 | PL04 | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| A+ | 1617 | Luis A torris | 6L | 830 | 1200 1230 | 17.00 | 8 | | L01 | PL04 | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ Luis A Tores | VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | VERIFIER |

| RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW | STEP 1-PRINT APPROVER NAME Willie Prone | STEP 2-GID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS 16 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 16 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|---|

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Finised with packout on 44 floor and Stored Many boxes to clean station

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514

PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|

PTS DOC # RS10973546

**START DATE** 10-26-18
**STOP DATE** 10-27-18
**CREW SHEET#**

JOB NUMBER-COMPLETE: 11750158S
JOB NAME: Family Services
JOB ADDRESS: 306 ave Barbosa · San Juan PR.
SAFETY TOPIC: Lifting

LOSS CAUSE:
- ☐ FIRE — L00 RESIDENTIAL ALL
- ☐ WATER/FLOOD — L01 — Piso 3
- ☐ WIND — L02
- ☐ MOLD — L03
- ☐ EARTHQUAKE — L04
- ☐ — L05
- ☐ — L06

WEATHER:
- ☐ HUMID
- ☐ TEMP
- ☐ SNOW
- ☐ RAIN
- ☐ WINDY

RATE CLASS EXAMPLES:
APM ASSISTANT PROJECT MGR — 529 PICKUP, SUV OR CAR
TN TECHNICIAN (DRYING) — 530 VAN, PASSENGER/CARGO
RS RESTORATION SUPERVISOR — 518 TRUCK-MOVING/BOX/BOARD UP
RT RESTORATION TECHNICIAN — 528 TRUCK, 3/4 TON PICKUP
LF LABOR FOREMAN — 527 TRUCK, 1 TON 4X4 W/LIFTGATE
GL GENERAL LABOR — 453 TRUCK, EXTRACTION
DL DAY/TEMP LABOR — N/A NO VEHICLE

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | LUNCH START/STOP | STOP TIME | TOTAL HRS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | FIRST TEST | PER HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 111447 | Willia Pesven | APM | 8:00 | 1200/1230 | 18:000 | 9.5 | | L01 | Dem | 9.5 | ☑ | Y | Y | EPH | 201 | Y | 529 | | ☐ RENTAL | | |
| At | 8846 | Jose Ruiz | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 9843 | Juan Pica | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 6368 | Jonathan Crespo | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 1691 | Luis Torres | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 8791 | Israel Rivera | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 7671 | Charles Rosa | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 2122 | Kevin Medina | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 3295 | Brenda Ojeda | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 6814 | Wanda Million | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |
| At | 6515 | Grisalda Cruz | GL | 8:00 | 1200/1230 | 17:00 | 8.5 | | L01 | DCR | 8.5 | ☑ | Y | Y | | | Y | | ☐ RENTAL | | |

**RESPONSIBILITY OF APPROVER** - PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1—PRINT APPROVER NAME: Willie Penn
STEP 3-TOTAL HRS: 95
THESE TWO TOTALS MUST MATCH
STEP 4-PHASE HRS: 95

**WORK DESCRIPTION** - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:
Started Moving More boxes from 4th floor to Dock for Clearing. Started Packing 3rd Floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET
NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973547

**FORM VERIFIER IS ON**

| LINE # | INITIALS |
|---|---|

**START DATE** 10-26-18  ←CIRCLE DAY M T W TH F SA SU

**STOP DATE** 10-26-18  ←CIRCLE DAY M T W TH F SA SU

**CREW SHEET#** LAST 3 DIGITS OF JOB 4 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 117501585

**JOB NAME** Family Services

**JOB ADDRESS** 306 Barbosa San Juan Pr

**SAFETY TOPIC** Wake

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

**LOSS CAUSE**
☐ FIRE
☐ WATER/FLOOD
☐ WIND
☐ MOLD
☐ EARTHQUAKE

**CODE   LOCATION**
L00 RESIDENTIAL ALL
L01 3rd floor
L02
L03
L04
L05
L06

**WEATHER**
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

**RATE CLASS EXAMPLES   CODE   VEHICLE NAME (TABLE)**
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPE-FIT TEST | PPE-PHONE | PPE-OTHER | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 At | 6423 | Kenhista Feliciano | GL | 8:00 | 1200 1230 | 17:00 | | 8.5 | | L01 | Dec | 8.5 | S | Y | Y | Y | | | Y | RENTAL☐ | | ____ VERIFIER |
| 02 At | 9275 | Yaimoin Therke | GL | 8:00 | 1200 1230 | 17:00 | | 8.5 | | L01 | Dec | 8.5 | S | Y | Y | Y | | | Y | RENTAL☐ | | ____ VERIFIER |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL☐ | | ____ VERIFIER |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1-PRINT APPROVER NAME** Will Pres

**STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM** ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

**STEP 3-TOTAL HRS** 17  **THESE TWO TOTALS MUST MATCH** **STEP 4-PHASE HRS** 17

**STEP 5- DOES THE PTS COVER:** WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT ☐ VERIFIED ☐ WHY ☐ HOW ☐

**STEP 6-APPROVER SIGNATURE**

**WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED**

Continued to Move copier from 4th floor to first for change Strated copying on 3rd floor

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET-** NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR** (●)

PROPERTY RESTORATION

| | | | |
|---|---|---|---|
| **FORM VERIFIER IS ON** | **JOB NUMBER-COMPLETE** 107501585 | **LOSS CAUSE** | **CODE** | **LOCATION** | **WEATHER** |
| LINE # | INITIALS | JOB NAME | ☐ FIRE | L00 RESIDENTIAL ALL | ☐ HUMID |
| START DATE 10-27-18 | ●CIRCLE DAY M T W TH ⊙ SU | Tainy Services. | ☐ WATER/FLOOD | L01 | ☐ TEMP |
| STOP DATE 10-27-18 | ●CIRCLE DAY M T W TH ⊙ SU | JOB ADDRESS 306 Borinsa Sanjuan Pr. | ☐ WIND | L02 | ☐ SNOW |
| CREW SHEET# | | | ☐ MOLD | L03 | ☐ RAIN |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | 24 HOUR CLOCK | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPE-FIT TEST | PPP-VOUCHER | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 1111047 | Willie Pesima | PM | | | | | | | | | Y | Y | Y | Y | HPM | 201 | Y | 521 | ~~~~ VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | S | | | Y | RENTAL ☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME    *Walk Peron*

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N

STEP 3-TOTAL HRS

STEP 4-PHASE HRS

STEP 5 - DOES THE PTS COVER

STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION** - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

*Hotel Perdeum*

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   **RECEIPT TRACKING FORMS**

V091514                                          PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

| | |
|---|---|
| PTS DOC # RS10973549 | FORM VERIFIER IS ON |
| | START DATE 10-26-18 |
| | STOP DATE 10-28-18 |

JOB NUMBER-COMPLETE: 11756585

JOB NAME: Tawry Suives

JOB ADDRESS: 306 ave Barbosa, San Juan PR

SAFETY TOPIC: 

TOOL BOX TRAINING COMPLETED □N □N

**LOSS CAUSE / CODE / LOCATION / WEATHER**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| □ FIRE | L00 | RESIDENTIAL ALL | □ HUMID |
| □ WATER/FLOOD | L01 | | □ TEMP |
| □ WIND | L02 | | □ SNOW |
| □ MOLD | L03 | | □ RAIN |
| □ EARTHQUAKE | L04 | | □ WINDY |
| | L05 | | |
| | L06 | | |

**RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)**

| CODE | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | S29 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | S30 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | S18 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | S28 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | S27 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRO-FIT-TEST | PPE-HANDE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 111147 | Willie Pesina | RM | | | | | | | | | Y | Y | Y | Y | Y | HPM | 2ol | S28 □ | | VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL □ | | VERIFIER |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N | STEP 3-TOTAL HRS | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|
| Willie Pena | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | THESE TWO TOTALS MUST MATCH | | WHO □ WHEN □ WHERE □ WORK DESC WHAT □ WHERE □ WHY □ HOW □ | |

**WORK DESCRIPTION** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Reden

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET** | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V341514 | PAGE 1

Scanned by CamScanner

**BELFOR** (●)

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

PTS DOC #: RS10973545

FORM VERIFIER IS ON

JOB NUMBER-COMPLETE: 1175 01585

JOB NAME: Lowry Solvices

JOB ADDRESS: 306 Borelosa

CREW SHEET #

| LINE # | START DATE | STOP DATE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/11/97 | 10-29-18 | | Willie Poe- | (III) | 6:00 | 2:00 | 17:00 | 9.5 | 101 | 8r2 | 9.5 | ✓ | HRN | 2or | ✓ | Willie Poe |
| | 1571 | | | Christina Rosario | GL | 8:00 | 2:30 | 17:00 | 8.5 | 101 | 8r2 | 9.5 | ✓ | | | ✓ | Christina Rosario |
| | 1944 | | | Christopher Rosario | GL | 8:00 | 12:00 | 17:00 | 8.5 | 101 | 8r2 | 8.5 | ✓ | | | ✓ | Christopher Rosario |
| | 8646 | | | Jose Ruiz | GL | 8:00 | 1:30 | 7:00 | 8.5 | 101 | 8r2 | 8.5 | ✓ | | | ✓ | Jose Ruiz |
| | 6369 | | | Jonathan Crespo | GL | 8:00 | 2:30 | 17:00 | 8.5 | 101 | 8r2 | 8.5 | ✓ | | | ✓ | Jonathan Crespo |
| | 9008 | | | Kenneth W. Laverde | GL | 8:00 | 1:30 | 17:00 | 8.5 | 101 | 8r2 | 8.5 | ✓ | | | ✓ | |
| | 1697 | | | Luis M Torres Connector | GL | 8:00 | 12:00 | 17:00 | 8.5 | 101 | 8r2 | 8.5 | ✓ | | | ✓ | Luis M Torres Connector |
| | 5503 | | | Mitchell Bermudez | GL | 6:00 | 12:00 | 17:00 | 8.5 | 101 | 8r2 | 8.5 | ✓ | | | ✓ | Mitchell Bermudez |
| | 2122 | | | Kevin Nestron | GL | 8:00 | 1:30 | 17:00 | 8.5 | 101 | 8r2 | 8.5 | ✓ | | | ✓ | |
| | 9643 | | | Juan Pica | GL | 8:00 | 1:30 | 7:10 | 8.5 | 101 | 8r2 | 8.5 | ✓ | | | ✓ | Juan Pica |

RESPONSIBILITY OF APPROVER: Rein

WORK DESCRIPTION: Continued

**CODE — VEHICLE NAME (TABLE)**
529 — PICKUP, SUV OR CAR
530 — VAN, PASSENGER/CARGO
518 — TRUCK-(NO)RBOX/BOX/BOX/BOX40 UP
528 — TRUCK, 3/4 TON PICKUP
527 — TRUCK, 1 TON 4X4 W/LIFTGATE
453 — TRUCK, EXTRACTION
N/A — NO VEHICLE

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:
PERSONNEL NAME

NONE    RGF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

PAGE 1

# PERSONNEL TRACKING

**BELFOR**

SERVICE TYPE (RESTORATION)

PTS DOC #
RS10973550

JOB NUMBER-COMPLETE: 117501585

FORM VERIFIER IS ON

| ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | STOP TIME | BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE WHAT | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|------|---------------------------|-----------|--------------------------|-----------|-----------|----------|---------------|-----------------|---------------|-------------|-----|--------------|-----|----------|-----------------|--------------|------------|--------------|------------------------|
| 6814 | Waseb J. Mullin. CC | | 8:00 | 12:00 17:00 | 8.5 | | Lot | DCA | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | Wased J Muq |
| 6575 | Griseila Cruz CC | | 8:00 | 12:00 7:00 | 8.5 | | 4:2 | DCA | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 8735 | Airmona Trabuf | | 8:00 | 12:30 17:00 | 8.5 | | Lo2 | DCA | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |
| 6423 | Benisha Falciano | | 8:00 | 12:30 17:00 | 8.5 | | L+ | DCA | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | |

**CREW SHEET #**

START DATE: 10-24-16
STOP DATE: 10-24-16

**JOB NAME:** Family Services
**JOB ADDRESS:** 306 Barbosa Dr

TOOL BOX TRAINING COMPLETED? ☐ EN

LOSS CAUSE:
☐ FIRE
☐ WATER/FLOOD
☐ WIND
☐ HOLD
☐ EARTHQUAKE

CODE LOCATION:
L00 RESIDENTIAL-ALL
L01 
L02 
L03 
L04 
L05 
L06 

WEATHER:
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

RATE CLASS EXAMPLES:
| CODE | VEHICLE NAME (TABLE) |
|------|---------------------|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 516 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

WORK DESCRIPTION: Willie Rosano to Clean boxes teak

RESPONSIBILITY OF APPROVER: BY LAST COMPLETE ALL REQUESTS BELOW

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL BBC PAGES INCLUDED WITH THIS SHEET

VDB1514

# OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

PAGE 1

**BELFOR**

PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

RS11211403

JOB NUMBER-COMPLETE: 1801 SBS
JOB NAME: Family Services
JOB ADDRESS: 806 Borinson

| PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPF | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| William Cox | WI | 8:00 | 1200/1230 | 13:00 | 9.5 | L01 | DCR | 9.5 | √ | √ | √ | √ | 4.5FH | 201 | √ | 52R | |
| Juan Rico | GC | 8:00 | 1200/1230 | 17:00 | 8.5 | L02 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | Juan Rico | |
| Abrenydopeba | GC | 8:00 | 1200/1230 | 17:00 | 8.5 | L02 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | | |
| Wanda Arllonde | GC | 8:00 | 1830/1200 | 17:00 | 8.5 | L02 | DUA | 8.5 | √ | √ | √ | √ | √ | √ | | | |
| Giselda ovn | GC | 8:00 | 1230 | 17:00 | 8.5 | L02 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | | |
| Klaumna Jadobb | WI | 8:00 | 1230/1200 | 17:00 | 8.5 | L02 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | | |
| Zahisha Feicionabl | GC | 8:00 | 1230/1200 | 17:00 | 8.5 | L02 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | | |
| Israel Rivera | GC | 8:00 | 1230/1200 | 17:00 | 8.5 | L02 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | | |
| Christophe Rosario | GC | 8:00 | 1230/1200 | 17:20 | 8.5 | L01 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | | Christopher Rosario |
| Kelvin Molina | GC | 8:00 | 12:00 | 17:00 | 8.5 | L01 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | | |
| back up | the | 8:00 | 1730/1700 | 17:00 | 8.5 | L01 | DCR | 8.5 | √ | √ | √ | √ | √ | √ | | | |

THESE TWO TOTALS MUST MATCH: 44.5 / 44.5

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/OWNED |
| 518 | TRUCK-MOVING/2RD/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**FOR RENTAL CARS:**
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

WEATHER: HUMID / TEMP / SNOW / RAIN / WINDY

LOSS CAUSE: FIRE / WATER/FLOOD / WIND / MOLD / EARTHQUAKE

CODE LOCATION:
L00 RESIDENTIAL ALL
L01 PSO4
L02 mvbu 15
L03
L04
L05
L06

PTS DOC #
RS11211410

**PERSONNEL TRACKING**

**BELFOR** ●

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

JOB NUMBER–COMPLETE
1175015S5

JOB NAME
Franny Services

JOB ADDRESS
306 Barclose
Somuran Dr.

SAFETY TOPIC
Took Box Training

| ID # | PERSONNEL NAME | | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE *"WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP–FIT TEST | PPP | PER DIEM | HOTEL ROOM # | VEHICLE CODE | SIGNATURE–END OF SHIFT PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRINT FIRST | THEN LAST NAME | | START TIME | LUNCH | STOP TIME | BY PERSON | BY OTHER | | | | | | | | | | | |
| 8446 | DSe | Ruiz | C8 | 8:00 | 11:00 / 11:30 | 11:00 | 8.5 | | Lo1 | X:A | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | □ | Jorge M Br |
| 6368 | Jonathan | Ospino | C4 | 6:00 | 12:30 / 1:30 | 1:700 | 8.5 | | Lo1 | Den | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | □ | Jonathon Ospino |
| 9808 | Kenneth | Nevedo | C4 | 6:00 | 12:00 / 12:30 | 17:00 | 8.5 | | Lo1 | Ora | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | □ | Kenneth Nevedo |
| 1637 | Cruz | telle | C4 | 6:00 | 12:00 / 12:30 | 17:00 | 8.5 | | Lo1 | Den | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | □ | Luis Torres Carvante |
| 5550 | Michell | Bermudez | C4 | 8:00 | 12:30 / 1:30 | 17:00 | 8.5 | | Lo1 | Den | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | □ | Michell Bermudez |
| 8422 | Kevion J. | Medina | C4 | 8:00 | 12:30 | 8.5 | | | Lo1 | Den | 8.5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | □ | |
| 8444 | Jose | J. | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | □ | |

**LOSS CAUSE**

| L00 RESIDENTIAL ALL | L01 | L02 | L03 | L04 | L05 | L06 |
|---|---|---|---|---|---|---|
| FIRE □ | WATER/FLOOD □ | WIND □ | MOLD □ | EARTHQUAKE □ | | |

**WEATHER**
HUMID □  TEMP □  TH □  SNOW □  RAIN □  WINDY □

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

**STEP 1–PLEASE APPROVE NAME**

**STEP 2–FIND THE FORM VERIFIER NINETH THIS FORM**

**STEP 3–**  THESE TWO TOTALS MUST MATCH  42.5 / 42.5

**STEP 4–**  3rd floor

**STEP 6–APPROVER SIGNATURE**

**RESPONSIBILITY OF APPROVER**
Confirmed to clean hours and floor

WORK DESCRIPTION
W Ella Marne

FORM VERIFIER
V091514

FOR PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR ⦿**
PROPERTY RESTORATION

FORM VERIFIER IS ON
PTS DOC # PS11211415

JOB NUMBER-COMPLETE: 11750|585

START DATE: 10-31-18
STOP DATE: 10-31-18

JOB NAME: Family Services
JOB ADDRESS: 306 Barbosa
San Juan PR.

LOSS CAUSE:
☐ FIRE  L00 RESIDENTIAL ALL
☐ WATER/FLOOD  L01 Piso3
☐ WIND  L02
☐ MOLD  L03
☐ EARTHQUAKE  L04
  L05
  L06

WEATHER:
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

RATE CLASS EXAMPLES:
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

| OFFICE | ID# | PERSONNEL NAME<br>PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-PTE TEST | PPP-WAGES | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME<br>SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1035 | 1111447 | Willie Pesina | AM | 8:00 | 1200 1300 | 18:00 | 9 | | L01 | DCR | 9 | Y | Y | | Y | 24PM | 201 | Y | 525 | 
| AT | 8646 | Jose Ruiz | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L02 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Jose J. Ruiz |
| AT | 1697 | Luis Torres | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L02 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Luis Torres |
| AT | 5503 | Mitchell Bermudez | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L02 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Mitchell Bermudez |
| AT | 8191 | Israel Rivera | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L02 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Israel Rivera |
| AT | 6368 | Jonathan Crespo | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L02 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Jonathan Crespo |
| AT | 9008 | Kenneth Naredo Rios | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L02 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Kenneth Naredo |
| AT | 7671 | Christian Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Adan Rios |
| AT | 2122 | Keyan Medina | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L02 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Keyan Medina |
| AT | 1941 | Christopher Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L02 | DCR | 8 | Y | Y | Y | | | | Y | RENTAL ☐ | Christopher Rosario |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | | RENTAL ☐ | |

RESPONSIBILITY OF APPROVER :PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
STEP 3-TOTAL HRS: 81
THESE TWO TOTALS MUST MATCH
STEP 4-PHASE HRS: 81

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to packup files from the 3rd floor. Human Resources.

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR ●** PROPERTYRESTORATION

**FORM VERIFIER IS ON**

PTS DOC # RS11211416

| | |
|---|---|
| LINE # | INITIALS |
| START DATE | 10-31-18 |
| STOP DATE | 10-31-18 |

**CREW SHEET#**

**JOB NUMBER-COMPLETE:** 117501585

**JOB NAME:** Family Services.

**JOB ADDRESS:** 306 BARBOSA San Juan PR.

**SAFETY TOPIC:** Trip Hazard

**TOOL BOX TRAINING COMPLETED** □×□n

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Ford 15° | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | L05 | | ☐ |
| ☐ | L06 | | ☐ |

**RATE CLASS EXAMPLES**

| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| PM | PROJECT MANAGER | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**"X"** AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

| OFFICE | ID # | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-PRTEST | PPP-MOVER | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 1111467 | Ligle Peon | M | 800 | 1200 1230 | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| A+ | 9275 | Laurman Trinidad | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| A+ | 2295 | Brenda Vide | 6L | 800 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| A+ | 6814 | Wanda Millan | 6L | 800 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| A+ | 4843 | Juan Rica | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | DCR | 8 | Y Y | Y | Y | Y | | | Y | RENTAL ☐ | Juan Rica |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL ☐ | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

**STEP 1-PRINT APPROVER NAME:** Willie Pesina

**STEP 2-**DID THE FORM VERIFIER REVIEW THIS FORM □Y □N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

**STEP 3-**TOTAL HRS **THESE TWO TOTALS MUST MATCH** 37

**STEP 4-**PHASE HRS 37

**STEP 5 - DOES THE PTS COVER** WHO ☐ WHEN ☐ WHERE ☐ WORK DESC. WHAT ☐ WHERE ☐ WHY ☐ HOW ☐

**STEP 6-**APPROVER SIGNATURE APPROVER SIGNATURE TO VERIFY FORM IS COMPLETE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Continued Charg boxes from the 4th floor abr at family Services

**FORM VERIFIER-**PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-  NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc:
Exhibit Supporting Documents 1 Page 167 of 220
RS10973641

# BELFOR

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

FORM VERIFIER IS ON

| LINE # | START DATE | STOP DATE |
|---|---|---|
| | 11-1-18 | 11-1-18 |

JOB NUMBER - COMPLETE: 1175015585

JOB NAME: Family Services

JOB ADDRESS: 306 Ave Barbosa, San Juan PR.

SAFETY TOPIC: ___

| LINE # | PRINT FIRST, THEN LAST NAME | RATE CLASS | START TIME | LUNCH START / STOP | STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SIGNATURE - END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|
| 111147 | Willie Pesina | PW | 8:00 | 1200 / 1300 | 17:00 | 9 | L01 | DCR | 9 | |
| 8646 | Jose Ruiz | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | DCR | 8 | Jose Ruiz |
| 19146 | Christopher Rosario | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | DCR | 8 | Christopher Rosario |
| 8791 | ISRael Rivera | RS | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | DCR | 8 | |
| 5503 | Mitchell Darmuk | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | DCR | 8 | Mitchell Darmuk |
| 7671 | Kenneth Navedo | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | DCR | 8 | |
| 9008 | Christian Rosario | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | DCR | 8 | |
| 2132 | Keylian Medina | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | DCR | 8 | |

**WORK DESCRIPTION:** Continued to mold bores from 3rd floor to apt B-1 Cleaning.

THESE TWO TOTALS MUST MATCH: 65   65

APPROVER SIGNATURE

VØ091514   FORM VERIFIER

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc: Exhibit Supporting Documents 1 Page 168 of 220

**BELFOR** ◉
PROPERTY RESTORATION

**PTS DOC #** RS10973642

# PERSONNEL TRACKING

**JOB NUMBER-COMPLETE:** 1175 01 585

**JOB NAME:** Family Services

**JOB ADDRESS:** 306 Doctoso San Juan PR.

**FORM VERIFIER IS ON:** Willie Pesina

| LINE # | START DATE | STOP DATE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 11-1-16 | 1-1-18 | 11447 | Willie Pesina | M | 8:00 | 1220 | 17:00 | 8 | 101 | DCR 8 | | |
|  |  |  | 10395 | Brenda Oyeda | C2 | 8:00 | 1230 | 17:00 | 8 | 101 | DCR 8 | | |
|  |  |  | 16814 | Wanda Millal | C2 | 8:00 | 1200 | 17:00 | 8 | 101 | DCR 8 | | |
|  |  |  | 6515 | Griselda Cruz | C2 | 8:00 | 1300 | 17:00 | 8 | 101 | DCR 8 | | |
|  |  |  | 9275 | Kaimcan Jacob | C2 | 8:00 | 1300 | 17:00 | 8 | 101 | DCR 8 | | |
|  |  |  | 6433 | Kenisha Feliciano | C2 | 8:00 | 1200 | 17:00 | 8 | 101 | DCR 8 | | |
|  |  |  | 9843 | Swan Rios | C2 | 8:00 | 13:00 | 17:00 | 8 | 101 | DCR 8 | | |

**WORK DESCRIPTION:** Based on locations worked and phase codes. Con Filtered to clean boxes from the 4th floor. Over at the top. 15.

**RESPONSIBILITY OF APPROVER** OR LESS, COMPLETE ALL REQUESTS BELOW

**STEP 1 PRINT APPROVER NAME:** Willie Pesina
**STEP 2 APPROVER MUST REVIEW THIS FORM:** LDV ☐ DN ☐
**STEP 3 TOTAL HRS:** 40
**STEP 4 PHASE HRS:** 40

**FORM VERIFIER—PLEASE ENTER QUANTITY "1" OR "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET:**

V091514

**NONE** | **# OF PAGE 3** | **# OF PAGE 4** | **# OF PAGE 5** | **RECEIPT TRACKING FORMS**

**PAGE 1**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ( ● )
PROPERTY RESTORATION

PTS DOC # RS11211417

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|

FORM VERIFIER IS ON
LINE # _____ INITIALS
START DATE  ←CIRCLE DAY
1/2/18   M T W
STOP DATE  ←CIRCLE DAY
1/2/18   M T W
CREW SHEET#

JOB NUMBER-COMPLETE: 117501585
JOB NAME: family Services
JOB ADDRESS: 306 Ave Barbosa
San Juan Pr.
TOOL BOX TRAINING COMPLETED? ☐Y☐N
SAFETY TOPIC

LOSS CAUSE:
☐ FIRE
☐ WATER/FLOOD
☐ WIND
☐ MOLD
☐ EARTHQUAKE

CODE / LOCATION:
L00 RESIDENTIAL ALL
L01  Port 15
L02
L03
L04
L05
L06

WEATHER:
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

RATE CLASS EXAMPLES:
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISO
RT RESTORATION TECHNICIA
GL GENERAL LABOR
LF LABOR FOREMAN
DL DAY/TEMP LABOR

CODE / VEHICLE NAME (TABLE):
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 3/4 TON PICKUP
527 TRUCK, 1 TON 4X4 W/LIFTGATE
453 TRUCK, EXTRACTION
NA NO VEHICLE

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

| OFFICE | ID # | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PRP-PHYS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1625 | 111447 | Willie Pesina | PM | 8:00 | 1200 1300 | 19:00 | 10 | L01 | DCR | 10 | ⊘ | ⊘ | Y | | Y | 4PH | 201 | | SE1 | _____ VERIFIER |
| At | 8646 | Jose Ruiz | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | _____ VERIFIER |
| At | 1946 | Christopher Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | Christopher Rosario _____ VERIFIER |
| At | 8751 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | _____ VERIFIER |
| At | 5503 | Mitchell Bermudez | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | Mitchell Bermudez _____ VERIFIER |
| At | 7671 | Christian Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | Christian Rosario _____ VERIFIER |
| At | 9008 | Kenneth Naveda | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | Kenneth Naveda _____ VERIFIER |
| At | 2122 | Keyvan Medina | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | _____ VERIFIER |
| At | 2295 | Brenda Ojeda | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | _____ VERIFIER |
| At | 6814 | Wanda Millon | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | _____ VERIFIER |
| At | 8515 | Griselda Cruz | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DCR | 8 | ⊘ | ⊘ | Y | Y | | | | | RENTAL ☐ | _____ VERIFIER |

RESPONSIBILITY OF APPROVER :PLEASE COMPLETE ALL REQUESTS BELOW
STEP 1-PRINT APPROVER NAME: Willie Pesina
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
STEP 3-TOTAL HRS.
THESE TWO TOTALS MUST MATCH: 90
STEP 4-PHASE HRS.: 90
STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHY ☐
WORK INC: WHAT☐ WHERE☐ WHY☐ HOW☐
STEP 6-APPROVER SIGNATURE

WORK DESCRIPTION: Continued to clean bays floor Piso 4 over at the Port

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514

PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR**
PROPERTY RESTORATION

| | | |
|---|---|---|
| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | |
| LINE # / INITIALS | 117501585 | |
| START DATE  ←CIRCLE DAY | JOB NAME | |
| 11/2/18 | Family Services | |
| STOP DATE  ←CIRCLE DAY | JOB ADDRESS | |
| 11/2/18 | 300 ave Ahambra | |
| CREW SHEET# | San Juan Pr | |
| | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED □Y □N |

PTS DOC # RS11211418

**LOSS CAUSE**
- □ FIRE
- □ WATER/FLOOD L01  Port
- □ WIND L02
- □ MOLD L03
- □ EARTHQUAKE L04
- L05
- L06

**WEATHER**
- □ HUMID
- □ TEMP
- □ SNOW
- □ RAIN
- □ WINDY

**RATE CLASS EXAMPLES**
| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A NO VEHICLE |

"X"  AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

| OFFICE | ID# | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PROP HIT TEST | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 At | 6427 | Kenisha feliciano | CL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | 0CH | 8 | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 02 At | 9275 | Xaimara Tirado | CL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | 0CH | 8 | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 03 At | 6515 | Griselda Cruz | CL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | 0CH | 8 | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 04 At | 6368 | Jonathan Crespo | CL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | 0CH | 8 | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 05 | 550? | Nii | | | | | | | | | | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 06 | | | | | | | | | | | | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 07 | | | | | | | | | | | | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 08 | | | | | | | | | | | | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 09 | | | | | | | | | | | | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 10 | | | | | | | | | | | | Y Y | Y | Y | | | RENTAL □ | Y | | |
| 11 | | | | | | | | | | | | Y Y | Y | Y | | | RENTAL □ | Y | | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Wesley Perez | | 32 | | 32 | WHO □ WHEN □ WHERE □ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to clean bags at Port from 4th floor

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514                                    PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

FORM VERIFIER IS ON

PTS DOC #: PS11211419

START DATE: 11/3/18   # CIRCLE DAY: 0
STOP DATE: 11/3/18   # CIRCLE DAY: 0

CREW SHEET #

JOB NUMBER-COMPLETE: 117501585
JOB NAME: Family Services
JOB ADDRESS: 306 Borbose
San Juan PR.
SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? □Y □N

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| □ FIRE | L00 | RESIDENTIAL ALL |
| □ WATER/FLOOD | L01 | |
| □ WIND | L02 | |
| □ MOLD | L03 | |
| □ EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

WEATHER: □ HUMID □ TEMP □ SNOW □ RAIN □ WINDY

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | | | | HOTEL NAME CODE | HOTEL ROOM # | | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 1111447 | Willie Pauma | | | | | | | | | | Y | Y | Y | 0 | KPH | 201 | Y | 521 RENTAL □ | _____VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL □ | _____VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL □ | _____VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL □ | _____VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL □ | _____VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL □ | _____VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL □ | _____VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL □ | _____VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL □ | _____VERIFIER |

RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N
STEP 3-TOTAL HRS
THESE TWO TOTALS MUST MATCH
STEP 4-PHASE HRS
STEP 5 - DOES THE PTS COVER WHO □ WHEN □ WHERE □
STEP 6-APPROVER SIGNATURE
WORK DESC - WHAT□ WHERE□ WHY□ HOW□

WORK DESCRIPTION - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdcum

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

**BELFOR** (●)
PROPERTY RESTORATION

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

PTS DOC #
RS11211420

**FORM VERIFIER IS ON**

LINE #          INITIALS

**START DATE**  ←CIRCLE DAY
M  T  W
11.04.18  F  SA  SU

**STOP DATE**  ←CIRCLE DAY
M  T  W
11.04.18  F  SA  SU

**CREW SHEET#**
LAST 7 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE**
117501585

**JOB NAME**
Family Services-

**JOB ADDRESS**
306 Av. Barbosa.
San Juan PR

**SAFETY TOPIC**

**TOOL BOX TRAINING**
COMPLETED? ☐Y☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

SHIFT-

PHASE CODE EXAMPLES: 3BC=JOB CHECK & PHOTOS /7SS=JOB SUPPORT SUPERVISION/OFF=VEHICLE ADMINISTRATION/OZO=OZONE /SAL=SALES/SBT=STAND BY TIME/SCC=STEAM CLEAN CARPET /TSH=TRASH /TVL=TRAVEL/CAB=CABINETRY/CON=CONTENT MANIPULATION /CLN=CLEANING /DEO=DEODORIZATION /DHU=DEHUMIDIFICATION /DMO=GENERAL DEMOLITION /DOR=DOORS /DRY=DRYWALL /ELE=ELECTRICAL /EME=EMERGENCY /EST=ESTIMATING /EQP=EQUIPMENT /SET-UP=TAKE DOWN/ FNC=FINISH CARPENTRY/FEN=FINISH HARDWARE /FRM=FRAMING /HAU=HAULING /LDS=LANDSCAPING /LGT=LIGHT FIXTURES /MDR=MOLD REMEDIATION /PLM=PLUMBING /PNT=PAINTING /PWA=POWERWASH /SEC=SECURITY /SEW=SEWER CLEAN UP/STK=STAIN KILL /TMP=TEMPORARY REPAIRS /WTR=WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HRS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPE JKT TEST | PPR GLOVES | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7025 | 1111447 | Willy Pesnn | | | | | | | | | | Y | Y | Y | Y | 0PM | 201 | Y | 528 | _____ VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER :**PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1=PRINT APPROVER NAME
Willy Pmn

STEP 2=DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

STEP 3=TOTAL HRS
THESE TWO TOTALS
MUST MATCH

STEP 4=PHASE HRS

STEP 5 - DOES THE PTS COVER:
WHO ☐ WHEN ☐ WHERE ☐
WORK DESC: WHAT ☐ WHERE ☐ WHY ☐ HOW ☐

STEP 6=APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel/ Perdiem

**FORM VERIFIER=**PLEASE ENTER QUANTITY OR "0" FOR ALL B&C PAGES INCLUDED WITH THIS SHEET-    NONE    # OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

V091514    PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY•RESTORATION

FORM VERIFIER IS ON

PTS DOC # RS10973554

JOB NUMBER-COMPLETE: 117501585

START DATE: 11-6-18
STOP DATE: 11-6-18

JOB NAME: Family Services.
JOB ADDRESS: 306 Barbosa Av San Juan PR

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | HUMID |
| WATER/FLOOD | L01 | Oct 15 | TEMP |
| WIND | L02 | | SNOW |
| MOLD | L03 | | RAIN |
| EARTHQUAKE | L04 | | WINDY |
| | L05 | | |
| | L06 | | |

**RATE CLASS EXAMPLES**
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

**CODE VEHICLE NAME (TABLE)**
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 3/4 TON PICKUP
527 TRUCK, 1 TON 4X4 W/LIFTGATE
453 TRUCK, EXTRACTION
N/A NO VEHICLE
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PROP-FIT TEST | PPP-HANGER | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1111447 | Willie Pasma | DM | 8:00 | 12:00 12:00 | 18:00 | 9 | | L01 | DCA | 9 | | Y | HPM | 201 | | 524 | |
| At | 6423 | Marizha Feliciana | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| 01 At | 9075 | Yamara Indelin | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| 04 At | 6515 | Griselda Corchi | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| At | 8791 | Isreal A. Bivens | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| At | 5503 | Mitchell Bermudez | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| At | 9008 | Kenneth Navado | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| 09 At | 6368 | Jonathan Crespo | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| 09 At | 8646 | Jose J. Ruiz | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| 10 At | 2122 | Kaylan Medina | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |
| 11 At | 1446 | Christopher Rosano | 6L | 8:00 | 12:00 13:00 | 17:00 | 8 | | L01 | DCA | 8 | Y Y Y | | | | RENTAL | | |

RESPONSIBILITY OF APPROVER PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Pasma

STEP 3 TOTAL HRS: 89
THESE TWO TOTALS MUST MATCH
STEP 4 PHASE HRS: 89

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to Clean floors from the 4th floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET: NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|
| LINE # | | 117501585 | FIRE | L00 | RESIDENTIAL ALL | HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE 11-6-18 | CIRCLE DAY | JOB NAME Family Services | WATER/FLOOD | L01 Port 15 | | TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| STOP DATE 11-6-18 | CIRCLE DAY | JOB ADDRESS JDL GUe borbosa San Juan Pr. | WIND | L02 | | SNOW | RS RESTORATION SUPERVISOR | 518 | TRUCK, MOVING/BOX/BOARD UP |
| | | | MOLD | L03 | | RAIN | RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| CREW SHEET# | | | EARTHQUAKE | L04 | | WINDY | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? | | L05 | | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | | | | L06 | | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PP-AT-TEST | PP-PARKING | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 8791 | Israel Adler | RS | 8:00 | 1200 1200 | 1800 | 8 | | 01 | Aca | 8 | Y | Y | | | Y | | | Y | RENTAL | |
| 02 | 7671 | Christian Rosario | GC | 8:00 | 1200 1200 | 1800 | 8 | | 01 | Aca | 8 | Y | Y | | | Y | | | Y | RENTAL | |
| 03 | 6614 | Wanda Millan | GL | 8:00 | | 1200 | 4 | | 01 | Aca | 4 | Y | Y | | | Y | | | Y | RENTAL | |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL | |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL | |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL | |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL | |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL | |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL | |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL | |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Will Ham | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS 20 | THESE TWO TOTALS MUST MATCH 20 | STEP 4-PHASE HRS 20 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC WHAT☐WHY☐☐HOW☐ | STEP 6-APPROVER SIGNATURE |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continual to Clean Doors from 4th floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ●
PROPERTY RESTORATION

FORM VERIFIER IS ON

PTS DOC # RS10973556

LINE #
START DATE: 11-7-18
STOP DATE: 11-7-18
CREW SHEET #

JOB NUMBER-COMPLETE: 11750/585
JOB NAME: Family Services
JOB ADDRESS: 306 Av Barbosa, San Juan Pr.
SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

LOSS CAUSE: ☐ FIRE ☐ WATER/FLOOD ☐ WIND ☐ MOLD ☐ EARTHQUAKE
CODE: L00 L01 L02 L03 L04 L05 L06
LOCATION: Port 15
WEATHER: ☐ HUMID ☐ TEMP ☐ SNOW ☐ RAIN ☐ WINDY

| OFFICE | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START/STOP | STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 111147 | Willie Pon | PM | 8:00 | 1200 1200 | 16:00 | 9 | | L01 | ACR | 9 | |
| A+ | 9008 | Kenneth Navedo | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ACR | 8 | Kenneth Navedo Rizer |
| A+ | 5503 | Mitchell Bernúdez | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ACR | 8 | Mitchell Bernúdez |
| A+ | 8791 | Israel A. River | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ACR | 8 | |
| A+ | 8646 | Jose J. Ariz | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ACR | 8 | Jose J. Ariz |
| A+ | 6348 | Jonathan Crespo | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ACR | 8 | Jonathan Crespo |
| A+ | 1947 | Christopher Rosario | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ACR | 8 | Christopher Rosario |
| A+ | 7671 | Christian Rosario | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ACR | 8 | Christian Rosario |
| A+ | 2122 | Keylan Medina | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ACR | 8 | Keylan Medina |

**RESPONSIBILITY OF APPROVER**

STEP 1-PRINT APPROVER NAME: Willie Pon
STEP 3-TOTAL HRS: 73
THESE TWO TOTALS MUST MATCH: 73
STEP 4-PHASE HRS.: 73

**WORK DESCRIPTION**: Contact to clean - buros from the 4th floor Depart of finanza.

V091514

PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR**
PROPERTYRESTORATION

FORM VERIFIER IS ON

PTS DOC # RS10973651

LINE #
START DATE 11-8-18
STOP DATE 11-8-18
CREW SHEET #

JOB NUMBER-COMPLETE 11750158S
JOB NAME family Services.
JOB ADDRESS 306 ave Barbara.
San Juan Pr -
SAFETY TOPIC
TOOL BOX TRAINING COMPLETED

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 RESIDENTIAL ALL | | HUMID |
| WATER/FLOOD | L01 Port-75 | | TEMP |
| WIND | L02 | | SNOW |
| MOLD | L03 | | RAIN |
| EARTHQUAKE | L04 | | WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | | CODE | PERSONNEL NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |
| "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY | | | |
| FOR RENTAL CARS: | | | |

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START / STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-FIT TEST | PPP-FIT TEST | PPP-CHANGE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111497 | Willie form | DM | 8:00 | 1200/1300 | 18:00 | 9 | L01 | DCR | 9 | | Y | | | | | HPR | 201 | | 529 RENTAL | Willie form |
| At | 6515 | Griselda Cruz | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | GCO |
| 03 At | 9275 | Xiomara Troche | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | |
| 04 At | 6423 | Menhisha Feliciano | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | |
| 05 At | 2177 | Keyvon J. McGill | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | Keyvon M |
| 06 At | 5503 | Mitchell Bermúdez | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | Mitchell Bermúdez |
| 07 At | 8646 | José J. Princi | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | José J Princi |
| 08 At | 6368 | Jonathan Crespo | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | Jonathan Crespo |
| 09 At | 9008 | Kenneth Naudie | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | Kenneth Naudie |
| 10 At | 8791 | Israel A. Rivera | RS | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | Ira A. |
| 11 At | 1946 | Christopher Rosario | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | | Y | Y | Y | | | | | | RENTAL | christopher Rosario |

RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Parker
STEP 3-TOTAL HRS: 89
THESE TWO TOTALS MUST MATCH: 89
STEP 4-PHASE HRS: 89
STEP 6-APPROVER SIGNATURE

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Continued to Clean boxs from 4th floor and re wap. damaged boxes

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

**PTS DOC # RS110973652**

| FORM VERIFIER IS ON | | | |
|---|---|---|---|
| LINE # | INITIALS | | |
| START DATE 11-6-18 | ←CIRCLE DAY→ M T W Th F SA SU | JOB NUMBER-COMPLETE 117501585 | |
| | | JOB NAME Henry Sewer . | |
| STOP DATE 11-8-18 | ←CIRCLE DAY→ M T W Th F SA SU | JOB ADDRESS 306 Barbosa | |
| CREW SHEET# LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY) | | Sancier Pr – | |
| | | SAFETY TOPIC | |

**LOSS CAUSE**
☐ FIRE
☐ WATER/FLOOD  L01
☐ WIND  L02
☐ MOLD  L03
☐ EARTHQUAKE  L04

**CODE LOCATION**
L00 RESIDENTIAL ALL
Oct 15

**WEATHER**
☐ HUMID
☐ TEMP
☐ SNOW
☐ RAIN
☐ WINDY

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

**PHASE CODE EXAMPLES:** J&C-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION/OZO-OZONE /SAL-SALES/BST-STAND BY TIME/SCC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL /CAB-CABINETRY/COM-CONTENT MANIPULATION/CLN-CLEANING / DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL / ELE-ELECTRICAL / EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FRC-FINISH CARPENTRY/FLR-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STR-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | PPF-PASSED | PER-DZ/FR | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | At 7671 | Christian Rosorio | 6G | 8:00 | 1200 1300 | 17:00 | 8 | C01 | DEA | 8 | ◯◯ | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 02 | At 2295 | Brenda Ojeda . | 6G | 8:00 | 1200 1300 | 17:00 | 8 | L01 | DEA | 8 | ◯◯ | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 03 | At 6814 | Wanda Millan | 6L | 8:00 | 1200 | 17:00 | 4 | C01 | DEA | 4◯ | ◯◯ | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL ☐ | | | _____VERIFIER |

| RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW) | | | | | | |
|---|---|---|---|---|---|---|
| STEP 1-PRINT APPROVER NAME Willie Rom | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | STEP 3-TOTAL HRS 24 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 24 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK HOW: WHAT ☐ WHY ☐ HOW ☐ | STEP 6-APPROVER SIGNATURE |

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to rebox and clean boxes from 4th floor .

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|
| V091514 | | PAGE 1 | | | |

**Scanned by CamScanner**

# PERSONNEL TRACKING

**PTS DOC #** RS10973653

**SERVICE TYPE (RESTORATION)**

**JOB NUMBER - COMPLETE:** V1501585
**JOB NAME:** Tammy Services
**JOB ADDRESS:** 306 Declos...

| LINE # | START DATE | STOP DATE | PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | 24 HOUR STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11-5-18 | 11-6-18 | Willie Pagan | PM | 8:00 | 18:00 | 9 | LO1 | Apt-15 | | | |
| 2 | | | Donald Yoga | GL | 8:00 | | | LO1 | | | | |
| 3 | | | Griselda Cruz | GL | 8:00 | | | LO1 | | | | |
| 4 | | | Krishna Feliciano | GL | 8:00 | | | LO1 | | | | |
| 5 | | | Kenneth Wroth | GL | 8:00 | | | LO1 | | | | |
| 6 | | | Jonathan Crespo | GL | 8:00 | | | LO1 | | | | |
| 7 | | | Mitchell Bermudez | GL | 8:00 | | | LO1 | | 201 | | |
| 8 | | | Jose A. Rivera | GL | 8:00 | | | LO1 | | | | |
| 9 | | | Christopher Rosario | GL | 8:00 | | | LO1 | | | | |

**CREW DESCRIPTION:** Control Clean Boyet form 4ft deep

**BELFOR**
PROPERTY RESTORATION

**PERSONNEL TRACKING**

PTS DOC #
RS10973645

**FORM VERIFIER IS ON**

| JOB NUMBER—COMPLETE | | |
|---|---|---|
| 11750 1585 | | |

SERVICE TYPE (RESTORATION)

**JOB NAME:** Tommy Sevilas

**JOB ADDRESS:** 306 Portola

LINE #: 7671

START DATE: 11-9-18
STOP DATE: 11-9-18

**PERSONNEL NAME**
PRINT FIRST THEN LAST NAME

1. Christopher Rosario's

| RATE CLASS | START TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE |
|---|---|---|---|---|---|---|
| 61 | 800 | 1500 | 7.00 | L01 | Out | 8 |

SAFETY TOPIC:

WORK DESCRIPTION: worked on cleaning up form for all floors

SIGNATURE-END OF SHIFT

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973564

FORM VERIFIER IS ON

**START DATE** 11-9-18
**STOP DATE** 11-9-18

CREW SHEET#

JOB NUMBER-COMPLETE 117501585
JOB NAME: Family Services
JOB ADDRESS: Doc Bob1sc.
SBS wen Pr.

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | HUMID |
| WATER/FLOOD | L01 | Portic | TEMP |
| WIND | L02 | | SNOW |
| MOLD | L03 | | RAIN |
| EARTHQUAKE | L04 | | WINDY |
| | L05 | | |
| | L06 | | |

RATE CLASS EXAMPLES
| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO
INDICATE FOR TRANSPORTATION
ONLY
FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 1111447 | Wille Pasun | PM | | | | | | | | | |
| 02 At #575 | | Xaimwa Troch | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | ocn | 8 | |

RESPONSIBILITY OF APPROVER :PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Wille PBu

STEP 3-TOTAL HRS: 8   THESE TWO TOTALS MUST MATCH: 8   STEP 4-PHASE HRS

WORK DESCRIPTION: (BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT THE CREW PERFORMED

Xaimwa was left off the some shet for 11-9-18 friday

V091514   PAGE 1

Scanned by CamScanner

Case:17-03283-LTS  Doc#:23222-4  Filed:01/10/23  Entered:01/10/23 11:07:16  Desc:
Exhibit Supporting Documents 1  Page 181 of 220

**BELFOR** (●)

PROPERTY

PERSONNEL TRACKING

PTS DOC #
RS10973646

**SERVICE TYPE (RESTORATION)**

JOB NUMBER—COMPLETE: 1975 or 585

JOB NAME: Family Services

JOB ADDRESS: 306 Recluse
Stmfeu Dr.

FORM VERIFIER IS ON

| LINE # | START DATE | STOP DATE |
| --- | --- | --- |
| 11/WN7 | 11-10-18 | 11-10-18 |

| LOSS CAUSE | CODE | LOCATION |
| --- | --- | --- |
| FIRE | L00 | RESIDENTIAL, ALL |
| WATER/FLOOD | L01 | |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

| WEATHER |
| --- |
| HUMID |
| TEMP |
| SNOW |
| RAIN |
| WINDY |

RATE CLASS EXAMPLES — VEHICLE NAME (TABLE)

| CODE | VEHICLE NAME (TABLE) |
| --- | --- |
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION

FOR RENTAL CARS: ONLY

PERSONNEL NAME

PRINT FIRST, THEN LAST NAME: Willie Penn

| PERSONNEL NAME | RATE CLASS | | | SIGNATURE—END OF SHIFT |
| --- | --- | --- | --- | --- |
| Willie Penn | PM | | | |

WORK DESCRIPTION — BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:
Hotel Poolroom

RESPONSIBILITY OF APPROVER
STEP 1-PRINT APPROVER NAME: Willie Penn
STEP 2-ADD THE FORM VERIFIER REVIEW THIS FORM: [ ] DY [ ] DN

TOOL BOX TRAINING COMPLETED? [ ] DY [X] DN

PAGE 1   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5

RECEIPT TRACKING FORMS

**BELFOR**

PROPERTY RESTORATION

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

PTS DOC #
RS10973647

FORM VERIFIER IS ON

CREW SHEET #   525

JOB NUMBER—COMPLETE:   1175015B5

JOB NAME:   Family Service

JOB ADDRESS:   305 Ambrosio
                Santurce Pr

SAFETY TOPIC:

| LINE # | START DATE | STOP DATE |
|---|---|---|
| | 1-1-18 | 1-1-18 |

PERSONNEL NAME
PRINT FIRST THEN LAST NAME

Willie Pane

RATE CLASS: PM

SIGNATURE—END OF SHIFT

V091614        NONE        PAGE 1        # OF PAGE 3        # OF PAGE 4        # OF PAGE 5        RECEIPT TRACKING FORMS

Hotel Atelum

# PERSONNEL TRACKING

**BELFOR** (●)

PROPERTY

FORM VERIFIER IS ON

PTS DOC #
RS10973654

CREW SHEET # ___ OF ___

SERVICE TYPE (RESTORATION)

LINE # / START DATE / STOP DATE

START DATE: 11-12-18
STOP DATE: 11-12-18

JOB NUMBER-COMPLETE: 11750 585

JOB NAME: family services

JOB ADDRESS: 306 Ave Barbosa

SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? Y / N

| ID# | PRINT FIRST and LAST NAME | RATE CLASS | START TIME | STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRF-KIT TEST | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1967 | Christopher Roscario | 62 | 8:00 | 1207 | 1930 | 105 | L01 | Pint 15 | 085 | 09 | | | | | | | Christopher Rosario |
| 9008 | Kenneth Naveco | 62 | 8:00 | 1303 | 17:00 | 8 | L01 | 0ca | 8 | x | x | x | | | | | Kenneth Naveco |
| 5503 | Mitchell Bermudez | 62 | 8:00 | 1300 | 17:00 | 8 | L01 | 0ca | 8 | x | x | x | | | | x | Mitchell Bermudez |
| 8791 | Ismael A. Rivers | RS | 8:00 | 1301 | 17:00 | 8 | L01 | 0ca | 8 | x | x | x | | | | x | |
| 2122 | Kenia J. Medina | GL | 8:00 | 12.0 | 17:00 | 8 | L01 | 0ca | 8 | x | x | x | | | | x | |
| 6268 | Jonathan Crespo | 62 | 8:00 | 1200 | 17:00 | 8 | L01 | 0ca | 8 | x | x | x | | | | x | |
| 8146 | Jose J. Ruiz | GL | 8:00 | 1201 | 17:00 | 8 | L01 | 0ca | 8 | x | x | x | | | | x | |
| 9175 | Xaimara Troche | GL | 8:00 | 1300 | 17:00 | 8 | L01 | 0ca | 8 | x | x | x | | | | x | |
| 6515 | Griselda Cruz | GL | 8:00 | 1301 | 17:30 | 8 | L01 | 0ca | 8 | x | x | x | | | | x | |
| 6423 | Neshisha Feliciano | GL | 8:00 | 1330 | 17:30 | 8 | L01 | 0ca | 8 | x | x | x | 201 | | x | 325 | |

WEATHER: HUMID / TEMP / SNOW / RAIN / WINDY

LOSS CAUSE: FIRE / WATER/FLOOD / MOLD / WIND / EARTHQUAKE

LOCATION CODE: L00 RESIDENTIAL ALL / L01 / L02 / L03 / L04 / L05 / L06

RATE CLASS EXAMPLES:
| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD LIFT |
| 526 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |

WORK DESCRIPTION BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED:
Will be Dry out job from 3rd floor and cleaning boxes from clogged boxes.

STEP 3 - TOTAL HRS: 90.5

THESE TWO TOTALS MUST MATCH

STEP 4 - DOES THE PTS COVER: 90.5

BOF PAGE 3 | # OF PAGE 4 | # OF PAGE 5

RECEIPT TRACKING FORMS

V091514

PAGE 1

NONE

Case:17-03283-LTS Doc#:23222-4 Filed:01/10/23 Entered:01/10/23 11:07:16 Desc: Exhibit Supporting Documents 1 Page 185 of 220

**BELFOR**
PROPERTY RESTORATION

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

PTS DOC #

RS10973657

FORM VERIFIER IS ON

JOB NUMBER—COMPLETE

| LINE # | ID # | PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH | STOP TIME | 24 HOUR CLOCK STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | PER DIEM | SIGNATURE—END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3172 | Willie Posma | W | 8:00 | 1:00 | 17:00 | 18:00 | 9 | L01 | DCR | 9 | ✓ | |
| 2 | 6923 | Keyon Marchena | CL | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |
| 3 | 6575 | Grisdea Cron | CL | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |
| 4 | 4275 | | CL | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |
| 5 | 6791 | | RS | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |
| 6 | 4348 | Jonathan Crespo | CL | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |
| 7 | 5503 | Michell Bermudez | CL | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |
| 8 | 8646 | Jose | CL | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |
| 9 | 1547 | Christopher | CL | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |
| 10 | 2671 | Chris | CL | 8:00 | 1:00 | 17:00 | 17:00 | 8 | L01 | DCR | 8 | ✓ | |

LOSS CAUSE: FIRE, WATER/FLOOD, WIND, MOLD, EARTHQUAKE

CODE / LOCATION: L00 RESIDENTIAL ALL, L01, L02, L03, L04, L05, L06

WEATHER: HUMID, TEMP, SNOW, RAIN, WINDY

RATE CLASS EXAMPLES — CODE / VEHICLE NAME (TABLE)
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 1 TON PICKUP
527 TRUCK, 3/4 TON PICKUP
453 TRUCK, EXTRACTION

FOR RENTAL CARS:
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

STEP 6 – APPROVER SIGNATURE

V091514

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| | 117501585 | FIRE | L00 RESIDENTIAL ALL | HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE 11-14-15 | Family Services | WATER/FLOOD | L01 Apr 15 | TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| STOP DATE 11-14-15 | JOB ADDRESS JOE DARBOSA | WIND | L02 | SNOW | RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| | San Juan Pr. | HOLD | L03 | RAIN | RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICK UP |
| CREW SHEET# | | EARTHQUAKE | L04 | WINDY | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | | | L05 | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | | | L06 | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | LUNCH START TIME / STOP TIME | STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPE-AT TEST | PPE-FF | PPE-HOOD | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 1111447 | Willie Pasma | AM | 8:00 | 1800 / 1300 | 18:00 | 9 | L01 | Dca | 9 | 8 | Y | Y | | H04 | 24 | | 525 RENTAL | |
| At | 6423 | Kenisha Feliciano | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | | | | RENTAL | |
| At | 9235 | Xaimara Troche | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | Y | | | RENTAL | |
| At | 6515 | Griseida Cruz | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | Y | | | RENTAL | |
| At | 5503 | Mitchell Bermúdez | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | Y | | | RENTAL | |
| At | 2122 | Keyson J Medina | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | Y | | | RENTAL | |
| At | 8646 | Jose J. Ruiz | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | Y | | | RENTAL | |
| At | 8711 | Israel A. Rivera | RS | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | | | | RENTAL | |
| At | 9008 | Kenneth D. Nevado | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | | | | | RENTAL | |
| At | | Jonathe Crespo | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | | | | RENTAL | |
| At | 1447 | Christopher Pasma | GL | 8:00 | 1200 / 1300 | 17:00 | 8 | L01 | Dca | 8 | 9 | Y | Y | | | | RENTAL | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Pasma

STEP 3-TOTAL HRS: 89

THESE TWO TOTALS MUST MATCH: 89

STEP 4-PHASE HRS: 89

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to clean bugs' farm 3rd flour.

FORM VERIFIER-PLEASE: ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-    NONE    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

V091514                                          PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (o)**
PROPERTY RESTORATION

| | |
|---|---|
| PTS DOC # RS10973559 | FORM VERIFIER IS ON |

**FORM VERIFIER IS ON**

LINE # ___   e-CIRCLE DAY   INITIALS

START DATE  11-14-18

STOP DATE  11-14-18

CREW SHEET#

JOB NUMBER-COMPLETE  1175015585

JOB NAME  Family Services

JOB ADDRESS  306 Barbosa   San Juan Pr.

SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

**LOSS CAUSE** / CODE / LOCATION / WEATHER
- ☐ FIRE — L00 RESIDENTIAL ALL — ☐ HUMID
- ☐ WATER/FLOOD — L01 Apt 15 — ☐ TEMP
- ☐ WIND — L02 — ☐ SNOW
- ☐ MOLD — L03 — ☐ RAIN
- ☐ EARTHQUAKE — L04 — ☐ WINDY
- — L05 —
- — L06 —

**RATE CLASS EXAMPLES**
| APM | ASSISTANT PROJECT MGR |
| TN | TECHNICIAN (DRYING) |
| RS | RESTORATION SUPERVISOR |
| RT | RESTORATION TECHNICIAN |
| LF | LABOR FOREMAN |
| GL | GENERAL LABOR |
| DL | DAY/TEMP LABOR |

**VEHICLE NAME (TABLE)**
| CODE | |
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 518 | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME / STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPE-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME / SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 7671 | christian Rosario | GL | 8:00 | 1200 1200 | 17:00 | 8 | | L01 | Plu | 8 | Y Y | Y | Y | | | | | Y | RENTAL ☐ | Chris Rosa — VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL ☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3- TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ | APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED |
|---|---|---|---|---|---|---|
| Willie Arana | FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | 8 | | 8 | WORK DESC: WHAT ☐ WHERE ☐ WHY ☐ HOW ☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Contrl to Clean layer from 3rd floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTYRESTORATION

**FORM VERIFIER IS ON**

**PTS DOC #** RS10973560

**START DATE** 11-15-18
**STOP DATE** 11-15-18
**CREW SHEET#**
LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 117501585
**JOB NAME** Family Services -
**JOB ADDRESS** 306 AV Barbosa SanJuan Pr
**SAFETY TOPIC**
**TOOL BOX TRAINING** COMPLETED? ☐ N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Port 15 - | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

**RATE CLASS EXAMPLES**
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

**CODE  VEHICLE NAME (TABLE)**
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 3/4 TON PICKUP
527 TRUCK, 1 TON 4X4 W/LIFTGATE
453 TRUCK, EXTRACTION
N/A NO VEHICLE
"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE/POST TEST | PPP.HANDB | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1035 | 111149 | Willie Poman | Am | 8:00 | 1200 1200 | 18:00 | 9 | | L01 | Dea | 9 | | Y | Y | X | HM | 201 | | 529 | |
| A+ | 1947 | Christopher Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | Christopher Rosario |
| A+ | 2295 | Brenda Oyola | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | |
| A+ | 6923 | Xenisha Feliciano | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | |
| A+ | 9275 | Xaimara Troche | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | |
| A+ | 6515 | Griselda Cruz | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | Gco |
| A+ | 8791 | Ianelth Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | Jel G. |
| A+ | 2122 | Keyvan J. Medina | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | |
| A+ | 9008 | Kenneth Nardio | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | |
| A+ | 5503 | Mitchell Bermudez | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | Mitchell Bermudez |
| A+ | 8646 | Jose J. Muiz | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Dea | 8 | | Y | Y | Y | | | | RENTAL ☐ | moz P. |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)
**STEP 1-PRINT APPROVER NAME** Willie Poom
**STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM** ☐ Y ☐ N
**STEP 3** TOTAL HRS 89
**THESE TWO TOTALS MUST MATCH** 89
**STEP 4** PHASE HRS
**STEP 5 - DOES THE PTS COVER** WHO ☐ WHEN ☐ WHERE ☐
**STEP 6-APPROVER SIGNATURE**

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to clean and debry Damaged Boxes from 3rd FlooR.

V091514                                   PAGE 1

Scanned by CamScanner

# PERSONNEL TRACKING

## SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

**JOB NUMBER-COMPLETE:** 117501585

**JOB NAME:** Family Services.

**JOB ADDRESS:** 306 Ak Barbara. San Juan Pr.

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 RESIDENTIAL ALL | | HUMID |
| WATER/FLOOD | L01 Dot-15 | | TEMP |
| WIND | L02 | | SNOW |
| MOLD | L03 | | RAIN |
| EARTHQUAKE | L04 | | WINDY |
| | L05 | | |
| | L06 | | |

**START DATE:** 11-15-18
**STOP DATE:** 11-15-18

**PTS DOC #:** RS10973561

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP/FIT TEST | PPP/MANUAL | PER DIEM | HOTEL NAME CODE # | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 7671 | Christion Rosario | GL | 8:00 | 12:00 / 13:00 | 17:00 | 8 | | C01 | Wer | 8 | | Y | Y | Y | | | | Y RENTAL | Rosa Roso |
| 02 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y RENTAL | |

**RESPONSIBILITY OF APPROVER**

STEP 1-PRINT APPROVER NAME: Willie Ham

STEP 3-TOTAL HRS: 8   THESE TWO TOTALS MUST MATCH   STEP 4-PHASE HRS: 8

**WORK DESCRIPTION:** Continue to clean Box from 3rd floor.

V091514   PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR ( )**
PROPERTY RESTORATION

PTS DOC # RS10973562

FORM VERIFIER IS ON
LINE #
START DATE: 11-16-18
STOP DATE: 11-16-18
CREW SHEET#

JOB NUMBER-COMPLETE: 11750|585
JOB NAME: Harris Service
JOB ADDRESS: 306 Ave Barbosa, San Juan PR
SAFETY TOPIC:
TOOL BOX TRAINING COMPLETED:

**LOSS CAUSE / CODE / LOCATION / WEATHER**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL | HUMID |
| WATER/FLOOD | L01 | ADIT-15 | TEMP |
| WIND | L02 | | SNOW |
| MOLD | L03 | | RAIN |
| EARTHQUAKE | L04 | | WINDY |
| | L05 | | |
| | L06 | | |

**RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)**

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | FIT TEST | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 11144V | Willie Pisma | PM | 8:00 | 12:00/13:00 | 18:00 | 9 | | L01 | Dea | 9 | | | | | | HPH | 201 | Y | 526 | |
| 02 AT | 2095 | Randa Crede | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 03 AT | 6423 | Kenisha Feliciano | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 04 AT | 9275 | Kaimana Trade | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 05 AT | 6575 | Griseldo Cruz | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 06 AT | 9008 | Kenneth Novado | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 07 AT | 8791 | Israel A. Rivera | RS | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 08 AT | 2122 | Kenon J Medina | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 09 AT | 8646 | José J. Ruiz | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 10 AT | 5503 | Mitchell Bermidez | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |
| 11 AT | 1947 | Christopher Rosado | 6L | 8:00 | 12:00/13:00 | 17:00 | 8 | | L01 | Dea | 8 | Y | Y | Y | | | | | RENTAL | | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Pisma
THESE TWO TOTALS MUST MATCH: 85 → 85

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
canpul to clean boys town 3rd floor.

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET:   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| | |
|---|---|
| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE |
| | 117501585 |

**LOSS CAUSE**

| | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Part-15 | ☐ TEMP |
| ☐ WIND | L02 | ☐ SNOW |
| ☐ MOLD | L03 | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | ☐ WINDY |
| | L05 | |
| | L06 | |

**RATE CLASS EXAMPLES**

| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |
| | | "X" | AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY |

PTS DOC # RS10973563

| START DATE | ◆CIRCLE DAY M T W TH | INITIALS |
|---|---|---|
| 11-96-18 | SA SU | |
| STOP DATE | ◆CIRCLE DAY M T W TH | |
| 11-16-18 | SA SU | |

JOB NAME
Family Services

JOB ADDRESS
306 Rosebosch
Sanjua Pr

CREW SHEET#
LAST 3 DIGITS OF JOB & DIGIT DATE (ADMIN ONLY)

SAFETY TOPIC

TOOL BOX TRAINING
COMPLETED? ☐Y ☐N

**FOR RENTAL CARS:**

SHIFT- | PHASE CODE EXAMPLES: 3BC=JOB CHECK & PHOTOS / 3BB=JOB SUPPORT SUPERVISION/OFF=OFFICE ADMINISTRATION/O3O=OZONE/KAL=SALES/G6T=STAND BY TIME/SCC=STEAM CLEAN CARPET / TSH=TRASH /TVL=TRAVEL/CAB=CABINETRY/CON=CONTENT MANIPULATION/CLR=CLEANING /DEO=DEODORIZATION /DHO=DEHUMIDIFICATION /DMO=GENERAL DEMOLITION /DOR=DOORS /DRY=DRYWALL /ELE=ELECTRICAL /EME=EMERGENCY /EST=ESTIMATING /EQP=EQUIPMENT (SET UP-TAKE DOWN) /FNC=FINISH CARPENTRY/RTR=FINISH /FMH=FINISH HARDWARE /FRM=FRAMING /HAH=HAULING /LDB=LANDSCAPING /LLT=LIGHT FIXTURES /MR=MOLD REMEDIATION /PLM=PLUMBING /PMT=PAINTING /PWA=POWERWASH /SEC=SECURITY /SEW=SEWER CLEAN UP/STK=STAIN KILL /TMP=TEMPORARY REPAIRS /WTR=WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | FIT-VEHICLE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM CODE | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 7671 | christian Rosan | 4 | 8:00 | 12:00 13:00 | 17:00 | 8 | | 241 | Den | 8 | X | Y | Y | | Y | | | Y | RENTAL ☐ | christian Rosan VERIFIER |
| 02 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER** [PLEASE COMPLETE ALL REQUESTS BELOW]

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Welle Pom | FOR COMPLETION IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | | | | WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT☐ WHY☐ HOW☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Carful to Clean boxs from 3rd floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514 | PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY•RESTORATION

PTS DOC #
RS10973567

**FORM VERIFIER IS ON**
LINE # ___ INITIALS ___
**START DATE** 11-17-18  4-CIRCLE DAY M T W TH F SA SU
**STOP DATE** 11-17-18  4-CIRCLE DAY M T W TH F SA SU
**CREW SHEET#**
LAST 3 DIGITS OF JOB 4 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 117501585
**JOB NAME** Family Services
**JOB ADDRESS** 306 ave Barbosa
Sansum Pr –
**SAFETY TOPIC**
TOOL BOX TRAINING COMPLETED? ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL ☐ | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) | CODE |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

**SHIFT-**  **PHASE CODE EXAMPLES:** JBC- JOB CHECK & PHOTOS /JSB-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION/OZO-OZONE /SAL-SALES/SBY-STAND BY TIME /SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL /CAB-CABINETRY /CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNG-FINISH CARPENTRY/STRUM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LGT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME — PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | START TIME | STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPE/PPT TEST | PPE·REVIEW | PPE FORM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111/447 | Willie Yesma | | | | | | | | | | Y | Y | Y | Y | Y | HPV | 201 | Y | 521 | ___ VERIFIER |
| 02 | | | | | | | | | | | | | | | | | | RENTAL ☐ | | | ___ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | ___ VERIFIER |
| 04 | | | | | | | | | | | | | | | | | | RENTAL ☐ | | | ___ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | ___ VERIFIER |
| 06 | | | | | | | | | | | | | | | | | | RENTAL ☐ | | | ___ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | ___ VERIFIER |
| 08 | | | | | | | | | | | | | | | | | | RENTAL ☐ | | | ___ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | ___ VERIFIER |
| 10 | | | | | | | | | | | | | | | | | | RENTAL ☐ | | | ___ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | | ___ VERIFIER |
| | | | | | | | | | | | | | | | | | | RENTAL ☐ | | | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER** :PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME   Willie Paine
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF 'N', YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.
VERIFY TOTAL HRS
STEP 3-TOTAL HRS
THESE TWO TOTALS MUST MATCH
VERIFY TOTAL HRS
STEP 4-PHASE HRS
VERIFICATION OF PTS DATA
STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐
WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐
STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perform

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-**
V091514
| NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|

PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

BELFOR (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE 11750158 | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| LINE # | | FIRE | L00 | RESIDENTIAL ALL | HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE 11-18-18 | JOB NAME Family Services | WATER/FLOOD | L01 | | TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| STOP DATE 11-18-18 | JOB ADDRESS 306 Av Barbosa | WIND | L02 | | SNOW | RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| CREW SHEET# | | MOLD | L03 | | RAIN | RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| | | EARTHQUAKE | L04 | | WINDY | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? □Y □N | | L05 | | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | | | L06 | | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |

PTS DOC # RS10973566

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH | STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PER-FIT TEST | PPF | PER DIEM | HOTEL NAME CODE | HOTEL ROOM CODE | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 1025 | W11447 | Willie Rosom | | | | | | | | Y | Y | Y | Y | Y | PDM | 201 | Y | 528 | VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | RENTAL □ | | Y | | VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Rosom | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM □Y □N | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO □ WHEN □ WHERE □ WORK DONE? WHAT □ WHERE □ WHY □ HOW □ | STEP 6-APPROVER SIGNATURE |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Jordeum

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET:   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE 11750/585 | | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|

PTS DOC # RS10973565

START DATE 11-19-18  LINE #  INITIALS  CIRCLE DAY

STOP DATE 11-19-18

CREW SHEET#

JOB NAME Family Services-
JOB ADDRESS 306 Av Barbosa San Juan Pr.
SAFETY TOPIC

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| FIRE | L00 | RESIDENTIAL ALL |
| WATER/FLOOD | L01 | Port 15 |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

WEATHER: HUMID / TEMP / SNOW / RAIN / WINDY

RATE CLASS EXAMPLES: APM ASSISTANT PROJECT MGR 529 PICKUP, SUV OR CAR / TN TECHNICIAN (DRYING) 530 VAN, PASSENGER/CARGO / RS RESTORATION SUPERVISOR 518 TRUCK-MOVING/BOX/BOARD UP / RT RESTORATION TECHNICIAN 528 TRUCK, 3/4 TON PICKUP / LF LABOR FOREMAN 527 TRUCK, 1 TON 4X4 W/LIFTGATE / GL GENERAL LABOR 453 TRUCK, EXTRACTION / DL DAY/TEMP LABOR N/A NO VEHICLE / "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | START TIME | STOP TIME | LUNCH START | LUNCH STOP | STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PSP/FIT TEST | PPP VEHICLE | PED DSM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 025 | 111447 | Willie Pacin. | AM | 8:00 | 18:00 | 1200 1300 | | | 9 | | L01 | DCR | 9 | ● ● | Y | | Y | | HRM | 201 | 529 | |
| 02 At | 9275 | Naimara Trade | GL | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | |
| 03 At | 2295 | Bernda Oyeda | GL | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | Bernda |
| 04 At | 8641 | Jose Ruiz. | GL | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | Jose Ruiz |
| 05 At | 8791 | Israel River. | RS | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | Israel |
| 06 At | 9008 | Kenneth Naxedo | GL | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | Kenneth Noxe. |
| 07 At | 2182 | Keyven Medina. | GL | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | |
| 08 At | 5503 | Mitchell Bernd. | GL | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | Mitchell Bernd. |
| 09 At | 1947 | Christopher Rosario | GL | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | Class order |
| 10 At | 7671 | Christian Rosario | GL | 8:00 | 17:00 | 1200 1300 | | | 8 | | L01 | DCR | 8 | ● ● | Y | Y | Y | | | | RENTAL | Christian Rosario |
| 11 | | | | | | | | | | | | | | | | Y | Y | Y | | | | RENTAL | |

**RESPONSIBILITY OF APPROVER** :PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME Willie Pacin
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
STEP 3-TOTAL HRS
THESE TWO TOTALS MUST MATCH 85 / 85
STEP 4-PHASE HRS
STEP 5 - DOES THE PTS COVER:
STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Separted boxes by Deprtr to be able to start to return boxes to designated area's

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

BELFOR

FORM VERIFIER IS ON

PTS DOC # RS10973568

JOB NUMBER-COMPLETE: 11750585

START DATE: 11-2018
STOP DATE: 11-2018

JOB NAME: family Services
JOB ADDRESS: 306 Av Barbosa San Juan Pr.

SAFETY TOPIC: listing
TOOL BOX TRAINING

**LOSS CAUSE:** FIRE / WATER/FLOOD / WIND / MOLD / EARTHQUAKE

**CODE LOCATION:** L00 RESIDENTIAL ALL / L01 Don't 15 / L02 / L03 / L04 / L05 / L06

**WEATHER:** HUMID / TEMP / SNOW / RAIN / WINDY

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR CLOCK START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPP-FIT TEST | PPP-NAMES | PER DIEM | HOTEL NAME CODE | HOTEL ROOM | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111487 | Willie Pesina | PM | 8:00 | 18:50 | 9:5 | | col | Dca | 9.5 | O | | Y | Y | Y | HPH | 201 | | 525 RENTAL | |
| A 02 | 1947 | Christopher Rosario | 6L | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | Christopher Rosario |
| D 03 | 5503 | Mitchell Bermudez | RS | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | Mitchell Bermudez |
| A 04 | 8791 | Israel Rivera | RS | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | |
| A 05 | 6785 | Kenneth Naboto | 6L | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | |
| A 06 | 7671 | Christian Rosario | 6L | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | |
| A 07 | 2122 | Keyvan J. Medina | 6L | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | |
| A 08 | 8646 | Jose Ruiz | 6L | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | Jose J. R |
| A 09 | 6423 | Kenisha Feliciano | 6L | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | |
| A 10 | 6515 | Griseida Cruz | 6L | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | |
| A 11 | 9275 | Ximara Troche | 6L | 8:00 | 17:00 | 8 | | col | Dca | 8 | O | | Y | Y | Y | | | | RENTAL | |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Pesina

STEP 3-TOTAL HRS: 89.5   THESE TWO TOTALS MUST MATCH   STEP 4-PHASE HRS: 89.5

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continue to Clean boxs from 3rd floor. and Put clean boxs on Pallets Ready. For delivery.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned by CamScanner

**BELFOR (●)**
PROPERTY·RESTORATION

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

PTS DOC # RS10973569

| FORM VERIFIER IS ON | | |
|---|---|---|
| LINE # | INITIALS | |
| START DATE | 11-21-18 | ←CIRCLE DAY M T W TH F SA SU |
| STOP DATE | 11-21-18 | ←CIRCLE DAY M T W TH F SA SU |
| CREW SHEET# | | |

JOB NUMBER-COMPLETE: 117501585

JOB NAME: Family Services.

JOB ADDRESS: 306 Av Barbosa - San Juan Pr -

SAFETY TOPIC: Trip Hazard -

TOOL BOX TRAINING COMPLETED ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 RESIDENTIAL ALL | | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Dort 15 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |
| | "X" | AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY |

FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PROP-FIT TEST | PPP-HANDS | PPE DISIN | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | SEE TABLE VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | START TIME | LUNCH START TIME / STOP TIME | STOP TIME | BY PERSON | BY OTHER | | | | | | | | | | | | | |
| 1625 | 111447 | Willie Posma | DM | 6:30 | 1200 1300 | 18:00 | 9 | | L01 | Dca | 9 | | ◯ | Y | Y | HPW | 201 | Y | 529 RENTAL☐ | |
| At | 1947 | Christopher Rosario | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | Christopher Rosario |
| At | 7671 | Christian Rosario | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | 89 rosa |
| At | 8971 | Israel Rivera | RS | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | R22 |
| At | 5508 | Mitchell Bermudez | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | Mitchell Bermdez |
| At | 2182 | Keylan Medina | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | Keylan M |
| At | 8646 | Jose Ruiz | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | Jose R. |
| At | 9008 | Kenneth Novoa | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | Joe g. P |
| At | 6515 | Griscick Cruz | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | JCO |
| At | 6423 | Kenhisha Feliciano | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | |
| At | 9275 | Xaimara Trocke | 6L | 8:00 | 1200 | 17:00 | 8 | | L01 | Dca | 8 | | ◯ | Y | Y | Y | | Y | RENTAL☐ | |

| RESPONSIBILITY OF APPROVER (PLEASE COMPLETE ALL REQUESTS BELOW) | | | |
|---|---|---|---|
| STEP 1-PRINT APPROVER NAME Willie Posma | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH 88 |

WORK DESCRIPTION: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Conduct to clean boxes from the 3rd floor

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

PAGE 1

V091514

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** ●
PROPERTY RESTORATION

PTS DOC # RS10973570

FORM VERIFIER IS ON

**JOB NUMBER-COMPLETE** 117501585

START DATE 11-21-18

STOP DATE 11-21-18

JOB NAME Family Services

JOB ADDRESS 306 Av Barbosa - San Juan Pr.

SAFETY TOPIC

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Apt 15. | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | ☐ |
| | L06 | | ☐ |

RATE CLASS EXAMPLES
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| 529 | PICKUP, SUV OR CAR |
| 530 | VAN, PASSENGER/CARGO |
| 51B | TRUCK-MOVING/BOX/BOARD UP |
| 528 | TRUCK, 3/4 TON PICKUP |
| 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 453 | TRUCK, EXTRACTION |
| N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PKP-FIT TEXT | PPP-HANDS | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SHARE ROOM | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 At | 2295 | Brenda Ojeda. | GL | 8:00 | 1200 1300 | 1700 | 8 | | cor | Wu | 8 | Y | Y | Y | Y | | | | | Y RENTAL ☐ | Brandon _____ VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | Y RENTAL ☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME Willie Perone

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

STEP 3-TOTAL HRS. 8

THESE TWO TOTALS MUST MATCH

STEP 4-PHASE HRS. 8

STEP 5 - DOES THE PTS COVER:
WHO ☐ WHEN ☐ WHERE ☐

STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Contract to clean boxes from 3rd floor.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514

PAGE 1

**Scanned with CamScanner**

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR** (●) PROPERTY RESTORATION

| | | |
|---|---|---|
| **FORM VERIFIER IS ON** | | |
| **PTS DOC #** RS10973571 | LINE #         INITIALS | |
| **START DATE** 1/22-18  ←CIRCLE DAY→ M T W TH F SA SU | **JOB NUMBER-COMPLETE** 11750 1585 | |
| **STOP DATE** 1/22-18  ←CIRCLE DAY→ M T W TH F SA SU | **JOB NAME** Family Services | |
| **CREW SHEET#** LAST 3 DIGITS OF JOB 4 DIGIT DATE (ADMIN ONLY) | **JOB ADDRESS** 306 Barbosa San Juan Pr | |
| | **SAFETY TOPIC** | **TOOL BOX TRAINING COMPLETED?** ☐Y ☐N |

**LOSS CAUSE / CODE / LOCATION**

| | CODE | LOCATION |
|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | L01 | |
| ☐ WIND | L02 | |
| ☐ MOLD | L03 | |
| ☐ EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

**WEATHER**

| | |
|---|---|
| ☐ HUMID | |
| ☐ TEMP | |
| ☐ SNOW | |
| ☐ RAIN | |
| ☐ WINDY | |

**RATE CLASS EXAMPLES**

| CODE | VEHICLE NAME (TABLE) |
|---|---|
| APM ASSISTANT PROJECT MGR | 529 PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

**PHASE CODE EXAMPLES:** /36C-JOB CHECK & PHOTOS /36S-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION/O2O-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET / TRH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LST-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

**SHIFT-**

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRE-FIT TEST | FFP-JANSEN | FCR D/DEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 1111447 | Willie Posim | RM | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 02 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | RENTAL ☐ | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Posim | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N  FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: WHO ☐  WHEN ☐  WHERE ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
WORK DESC- WHAT ☐ WHERE ☐ WHO ☐ HOW ☐

Holiday Hotel Perduam

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-** | NONE | # OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514                                                      PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| | 11750/ 585 | ☐ FIRE | L00 RESIDENTIAL ALL | ☐ HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE 11-5-18 | JOB NAME Family Services- | ☐ WATER/FLOOD | L01 Apt 15 | ☐ TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| STOP DATE 11-22-18 | JOB ADDRESS 306 AV. BARBOSA SAN Juan PR | ☐ WIND ☐ MOLD ☐ EARTHQUAKE | L02 L03 L04 L05 L06 | ☐ SNOW ☐ RAIN ☐ WINDY | RS RESTORATION SUPERVISOR RT RESTORATION TECHNICIAN LF LABOR FOREMAN GL GENERAL LABOR DL DAY/TEMP LABOR | 518 528 527 453 N/A | TRUCK-MOVING/BOX/BOARD UP TRUCK, 3/4 TON PICKUP TRUCK, 1 TON 4X4 W/LIFTGATE TRUCK, EXTRACTION NO VEHICLE |
| CREW SHEET# | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y☐N | | | | | | |

PTS DOC # RS10973572

**PERSONNEL NAME** / SIGNATURE-END OF SHIFT

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | START TIME | STOP TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME BY OTHER | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PROP-FIT TEST | PPP-CHANGE | WATER DRINK | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Posme | PM | 8:00 | 18:00 | 1200 1300 | | 9 | L01 | DCR | 9 | Y | Y | Y | Y | HPH | 801 | ☐ RENTAL 525 | | verifier |
| 02 A+ | 7153 | Jose Garcia | 6L | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | DCR | 8 | 6 0 | Y | Y | Y | | | ☐ RENTAL | | Jose garcia verifier |
| 03 A+ | 1947 | Christopher Rosario | 6L | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | NCR | 8 | 6 0 | Y | Y | Y | | | ☐ RENTAL | | Christopher Rosario verifier |
| 04 1025 | 129676 | Rey Casro | 6L | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | DCR | 8 | 6 0 | Y | Y | Y | | | ☐ RENTAL | | verifier |
| 05 A+ | 8571 | Israel Rivera | RS | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | PCR | 8 | 0 | Y | Y | Y | | | ☐ RENTAL | | verifier |
| 06 A+ | 7671 | Christen Rosario | 6L | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | DCR | 8 | 0 0 | Y | Y | Y | | | ☐ RENTAL | | verifier |
| 07 A+ | 5503 | Mitchell Bermudez | 6L | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | DCR | 8 | 0 0 | Y | Y | Y | | | ☐ RENTAL | | Mitchell Bermudez verifier |
| 08 A+ | 9008 | Kenneth Nazario | 6L | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | DCR | 8 | 0 0 | Y | Y | Y | | | ☐ RENTAL | | verifier |
| 09 A+ | 8646 | Jose Ruiz | K | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | DCR | 8 | 0 0 | Y | Y | Y | | | ☐ RENTAL | | Jose Ruiz verifier |
| 10 A+ | 6423 | Kenick Felciano | 6L | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | DCR | 8 | 0 0 | Y | Y | Y | | | ☐ RENTAL | | verifier |
| 11 A+ | 2255 | Brenda Ayala | 6L | 8:00 | 17:00 | 1200 1300 | | 8 | L01 | DCR | 8 | 0 0 | Y | Y | Y | | | ☐ RENTAL | | verifier |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Posme | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH 89 ← 89 | STEP 4-PHASE HRS | STEP 5- DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC - WHAT☐ WHERE☐ WHO☐ HOW☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION** - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to clear boys from 3rd floor and St. Gerard and staged clean boxes on pallots

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY▪RESTORATION

PTS DOC # RS10973573

**FORM VERIFIER IS ON** ☐

**START DATE** 11-23-18
**STOP DATE** 11-23-18

**CREW SHEET#**
LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 117501 585

**JOB NAME** Family Services.

**JOB ADDRESS** 306 Ave Barbosa
San Juan Pr.

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED?** ☐Y☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER | | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|
| ☐ FIRE | L00 RESIDENTIAL ALL | | ☐ HUMID | | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| ☐ WATER/FLOOD | L01 Float 15 | | ☐ TEMP | | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| ☐ WIND | L02 | | ☐ SNOW | | RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| ☐ MOLD | L03 | | ☐ RAIN | | RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY | | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| | L05 | | ☐ | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| | L06 | | ☐ | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

SHIFT-   PHASE CODE EXAMPLES: JBC=JOB CHECK & PHOTOS / JSS=JOB SUPPORT SUPERVISION/OFF=OFFICE ADMINISTRATION/OZO=OZONE/SAL=SALES/SBT=STAND BY TIME/SCC=STEAM CLEAN CARPET/TSH=TRASH/TVL=TRAVEL/CAB=CABINETRY/CON=CONTENT MANIPULATION/CLN=CLEANING/DEO=DEODORIZATION/DMO=DEHUMIDIFICATION/DMO=GENERAL DEMOLITION/DOR=DOORS/DRY=DRYWALL/ELE=ELECTRICAL/EME=EMERGENCY/EST=ESTIMATING/EQP=EQUIPMENT (SET UP-TAKE DOWN)/FNC=FINISH CARPENTRY/TRIM/FNH=FINISH HARDWARE/FRM=FRAMING/MAD=HAULING/LDS=LANDSCAPING/FLT=LIGHT FIXTURES/MDR=MOLD REMEDIATION/PLM=PLUMBING/PNT=PAINTING/PWA=POWERWASH/SEC=SECURITY/SEW=SEWER CLEAN UP/STK=STAIN KILL/TMP=TEMPORARY REPAIRS/WTR=WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPE-FIT TEST | PPE-FIT TEST | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 6515 | Griseida Cruz | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L-1 | Dcl | 8 | ✓✓ | Y | Y | Y | | | | | Y | ☐RENTAL | VERIFIER |
| 02 | 4275 | Yaimara Troche | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L-1 | Dr2 | 8 | ✓✓ | Y | Y | Y | | | | | Y | ☐RENTAL | VERIFIER |
| 03 | 2122 | Kaylan Medina | GL | 8:00 | 1200 1300 | 17:00 | 8 | | L-1 | Dcr | 8 | ✓✓ | Y | Y | Y | | | | | Y | ☐RENTAL | VERIFIER |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐RENTAL | VERIFIER |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐RENTAL | VERIFIER |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐RENTAL | VERIFIER |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐RENTAL | VERIFIER |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐RENTAL | VERIFIER |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐RENTAL | VERIFIER |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐RENTAL | VERIFIER |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐RENTAL | VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Posner | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 24 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 24 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC_ WHAT☐ WHERE☐ WHY☐ HOW☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION**: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Contract to clean boxes from 3rd floor

**FORM VERIFIER**-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET.   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514                                                                                          PAGE 1

Scanned with CamScanner

# PERSONNEL TRACKING
## SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

**PTS DOC #** RS10973574

**FORM VERIFIER IS ON**
LINE # ___ INITIALS ___

**START DATE** 11-24-18  ←CIRCLE DAY M T W TH F SA SU
**STOP DATE** 11-24-18  ←CIRCLE DAY M T W TH F SA SU

**CREW SHEET #**
LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 117501585
**JOB NAME** Family Services
**JOB ADDRESS** 306 Av Barbosa
San Juan Pr.

**SAFETY TOPIC** ___  **TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

**SHIFT-**

### LOSS CAUSE
| | CODE |
|---|---|
| ☐ FIRE | L00 |
| ☐ WATER/FLOOD | L01 |
| ☐ WIND | L02 |
| ☐ MOLD | L03 |
| ☐ EARTHQUAKE | L04 |
| | L05 |
| | L06 |

**LOCATION** RESIDENTIAL ALL

### WEATHER
☐ HUMID ☐ TEMP ☐ SNOW ☐ RAIN ☐ WINDY

### RATE CLASS EXAMPLES
| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

**PHASE CODE EXAMPLES:** JBC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION / OFF-OFFICE ADMINISTRATION / OZO-OZONE / BAL-SALES / SBT-STAND BY TIME / SCC-STEAM CLEAN CARPET / TSH-TRASH / TVL-TRAVEL / CAB-CABINETRY / CON-CONTENT MANIPULATION / CLN-CLEANING / DEO-DEODORIZATION / DMO-DEHUMIDIFICATION / DMO-GENERAL DEMOLITION / DOR-DOORS / DRY-DRYWALL / ELE-ELECTRICAL / EME-EMERGENCY / EST-ESTIMATING / EQP-EQUIPMENT (SET UP-TAKE DOWN) / FNC-FINISH CARPENTRY/TRIM / FNH-FINISH HARDWARE / FRM-FRAMING / HAD-HAULING / LDS-LANDSCAPING /LLT-LIGHT FIXTURES / MDR-MOLD REMEDIATION / PLM-PLUMBING / PNT-PAINTING / PWA-POWERWASH / SEC-SECURITY / SEW-SEWER CLEAN UP/STK-STAIN KILL / TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID # | PERSONNEL NAME — PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-WASHER | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1025 | 1111445 | Willie Pesina | PM | | | | | | | | | Y | Y | Y | Y | (6) | HPH | 201 | Y | 525 | ___ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER** :PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1-PRINT APPROVER NAME** Willie Pesina

**STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM** FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. ☐Y ☐N

**STEP 3** TOTAL HRS ↑ VERIFY TOTAL HRS

**THESE TWO TOTALS MUST MATCH**

**STEP 4** PHASE HRS ↑ VERIFY TOTAL HRS

**STEP 5 - DOES THE PTS COVER:** WHO ☐ WHEN ☐ WHERE ☐ VERIFICATION OF PTS DATA

WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐

**APPROVER SIGNATURE TO VERIFY FORM IS COMPLETED**
**STEP 6-APPROVER SIGNATURE**

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Hotel Per diem

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-**   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | LOSS CAUSE | CODE | LOCATION | WEATHER | | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 117501585 | | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| LINE # INITIALS | | | ☐ WATER/FLOOD | L01 | | ☐ TEMP | | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| START DATE ←CIRCLE DAY M T W TH | JOB NAME | | ☐ WIND | L02 | | ☐ SNOW | | RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| 11-25-18 F SA SU | Family Services | | ☐ MOLD | L03 | | ☐ RAIN | | RT RESTORATION TECHNICAL | 528 | TRUCK, 3/4 TON PICKUP |
| STOP DATE ←CIRCLE DAY M T W TH | JOB ADDRESS | | ☐ EARTHQUAKE | L04 | | ☐ WINDY | | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| 11-25-18 F SA SU | 306 ave Barbosa | | | L05 | | | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| CREW SHEET# | Bonsun Dr. | | | L06 | | | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |
| LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY) | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y☐N | | | | | | | | "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY FOR RENTAL CARS: |

SHIFT-   PHASE CODE EXAMPLES: 2BC-JOB CHECK & PHOTOS / 3SB-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/6AL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET / TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL/ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FNC-FINISH CARPENTRY/STUP /FNH-FINISH HARDWARE /FRM-FRAMING / HAU-HAULING /LDS-LANDSCAPING /FLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPP-CHANGE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM CODE | SHARED ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 1111447 | Willie Posmu | PM | | | | | | | | | Y | Y | Y | Y | HPk | 801 | | See | _____ VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | ☐ RENTAL | _____ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 – DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT ☐ WHERE ☐ WHY ☐ HOW ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Posmu | | | | | | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdam

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**

SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTYRESTORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| PTS DOC # RS10973576 | **FORM VERIFIER IS ON** | **JOB NUMBER-COMPLETE** 117501585 | | | | |

**LOSS CAUSE / CODE / LOCATION / WEATHER**
- ☐ FIRE / LDO RESIDENTIAL ALL / ☐ HUMID
- ☐ WATER/FLOOD / L01 Pon + 15· / ☐ TEMP
- ☐ WIND / L02 / ☐ SNOW
- ☐ MOLD / L03 / ☐ RAIN
- ☐ EARTHQUAKE / L04 / ☐ WINDY
- / L05
- / L06

**START DATE** 11-26-18
**STOP DATE** 11-26-18

**JOB NAME** Family Services.
**JOB ADDRESS** Joc ave DAABSC

**SAFETY TOPIC** / **TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

**RATE CLASS EXAMPLES**
- APM ASSISTANT PROJECT MGR
- TN TECHNICIAN (DRYING)
- RS RESTORATION SUPERVISOR
- RT RESTORATION TECHNICIAN
- LF LABOR FOREMAN
- GL GENERAL LABOR
- DL DAY/TEMP LABOR

**CODE / VEHICLE NAME (TABLE)**
- 529 PICKUP, SUV OR CAR
- 530 VAN, PASSENGER/CARGO
- 51B TRUCK-MOVING/BOX/BOARD UP
- 528 TRUCK, 3/4 TON PICKUP
- 527 TRUCK, 1 TON 4X4 W/LIFTGATE
- 453 TRUCK, EXTRACTION
- N/A NO VEHICLE
- "X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**
YOUR SIGNATURE REPRESENTS THE APPROVAL TO PAY ANY DOCUMENTED HOURS WORKED. A LACK OF SIGNATURE MAY RESULT IN UNTIMELY OR NO PAY

| OFFICE | ID# | PERSONNEL NAME<br>PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HR START TIME | LUNCH START/STOP | 24 HR STOP TIME | TOTAL HRS BY PERSON | TOTAL BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | EXP-MASK | WORK DKN | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Pasm | PM | 8:00 | 1200 1300 | 1800 | 8 | | C01 | Dcr | 9 | Y | Y | Y | | MPH | 201 | | 528 |
| 02 AK | 6423 | Kenisha Feliciano | GL | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 03 AK | 6515 | Griselda Cruz | GL | 8:00 | 1200 1300 | 17.00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 04 AK | 9215 | Xai Manirche | GL | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 05 AK | 9008 | Kenneth Nevedo | GL | 8:00 | 1200 1300 | 17.00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 06 AK | 8871 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 07 AK | 8646 | Jose J Ruiz | GL | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 08 AK | 1987 | Christopher Rosario | GL | 8:00 | 1200 1230 | 17:00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 09 AK | 5503 | Mitchell Bermúdez | GL | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 10 AK | 2803 | Edward Albino | GL | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | Dcn | 8 | Y | Y | Y | Y | | | RENTAL ☐ | |
| 11 AK | 7671 | Christian Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | Dcn | 8 | | | | Y | | | RENTAL ☐ | |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

**STEP 1-PRINT APPROVER NAME** Willie Pasm
**STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM** ☐Y ☐N
**STEP 3** TOTAL HRS 89
**THESE TWO TOTALS MUST MATCH** 89
**STEP 4** PHASE HRS

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED
Continued to clean bays from 3rd floor.

V091514   **PAGE 1**

**Scanned with CamScanner**

# PERSONNEL TRACKING
## SERVICE TYPE (CONTENTS DOCUMENTS)

**BELFOR** PROPERTY RESTORATION

**PTS DOC #** CN340385

**FORM VERIFIER IS ON** ☐

LINE #

**START DATE** 11-28-18

**STOP DATE** 11-28-18

**CREW SHEET #**

**JOB NUMBER-COMPLETE** 1175 01 585

**JOB NAME** Family Service.

**JOB ADDRESS** Joe for Sebase San Juan Pr 0

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

**LOSS CAUSE**
- ☐ FIRE
- ☐ WATER/FLOOD — L01
- ☐ WIND — L02
- ☐ MOLD — L03
- ☐ EARTHQUAKE — L04

**CODE LOCATION**
L00 RESIDENTIAL ALL
L05
L06

**WEATHER**
- ☐ HUMID
- ☐ TEMP
- ☐ SNOW
- ☐ RAIN
- ☐ WINDY

**RATE CLASS EXAMPLES / CODE / VEHICLE NAME (TABLE)**
- TN TECHNICIAN — 529 PICKUP, SUV OR CAR
- TS TECHNICAL SPECIALIST — 530 VAN, PASSENGER/CARGO
- TL TEAM LEADER — 518 TRUCK-MOVING/BOX/BOARD UP
- TSE TECHNICAL SUPPORT ENG. — 528 TRUCK, 3/4 TON PICKUP
- LF LABOR FOREMAN — 527 TRUCK, 1 TON 4X4 W/LIFTGATE
- GL GENERAL/SKILLED BELFOR TRAINED — 453 TRUCK, EXTRACTION
- DL DAY/TEMP LABOR — N/A NO VEHICLE

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST & LAST NAME) | RATE CLASS | 24 HOUR CLOCK START TIME | STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PRP FIT TEST | PPP-MASK | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 635 | 111147 | Willie Pesran | PM | 8:00 12:00/13:00 1800 | | 9 | L01 | 4cd | 9 | C | 0 | | | 0 | 4PM | 201 | Y | 529 | VERIFIER |
| A | 6923 | Zenilisha Feliciao | 6L | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | | 0 | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| A | 2095 | Donna Ojeda | 6L | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| A | 9275 | Xaimara Iroche | 6L | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| A | 6515 | Griselda Cruz | 6L | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| A | 5503 | Mitchell Bermidez | 6L | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | Mitchell Bermidez VERIFIER |
| A | 2808 | Edoardo Albino | 6L | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| A | 8791 | Ixeel A. Ricere | RS | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | Ixeel A. VERIFIER |
| A | 7008 | Kanneth Nuvad | 6C | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| A | 1947 | Christopher Rosmi | 6L | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | Christopher Rosmi VERIFIER |
| A | 7571 | Christian Rosmo | 6C | 8:00 12:00/13:00 17:00 | | 8 | L01 | Dca | 8 | V | 0 | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |

**RESPONSIBILITY OF MANAGER:** PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1** PRINT MANAGER NAME

**STEP 2** DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? ☐Y ☐N IF "N", YOU MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

**VERIFY TOTAL HRS**

**STEP 3 TOTAL HRS** 89

THESE TWO TOTALS SHOULD MATCH

**STEP 4 PHASE HRS** 89

**STEP 5** DOES THE PTS COVER: WHO☐ WHEN☐ WHERE☐ WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐

**VERIFICATION OF PTS DATA**

**STEP 6 MANAGER SIGNATURE**

**WORK DESCRIPTION** - BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continued to clean boxes from 3rd floor.

**FORM VERIFIER** PLEASE CHECK BOX AND ENTER QUANTITY FOR ALL E&C PAGES INCLUDED WITH THIS SHEET: ☐ NONE   ☐ PAGE 3- # OF PAGES____   ☐ PAGE 4- # OF PAGES____   ☐ PAGE 5- # OF PAGES____   ☐ # OF RECEIPT FORMS____

V033114.A   **PAGE 1**

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (CONTENTS DOCUMENTS)

**BELFOR** ⦿
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| | 11750 1585 | ☐ FIRE | L00 RESIDENTIAL ALL | ☐ HUMID | TN TECHNICIAN | 529 PICKUP, SUV OR CAR |
| START DATE 11-28-H | JOB NAME family servks- | ☐ WATER/FLOOD | L01 Apt 15 | ☐ TEMP | TS TECHNICAL SPECIALIST | 530 VAN, PASSENGER/CARGO |
| STOP DATE 11-28-18 | JOB ADDRESS 306 Av Borinos | ☐ WIND | L02 | ☐ SNOW | TL TEAM LEADER | 518 TRUCK-MOVING/BOX/BOARD UP |
| | San Juan Pr | ☐ MOLD | L03 | ☐ RAIN | TSE TECHNICAL SUPPORT ENG. | 528 TRUCK, 3/4 TON PICKUP |
| CREW SHEET# | | ☐ EARTHQUAKE | L04 | ☐ WINDY | LF LABOR FOREMAN | 527 TRUCK, 1 TON 4X4 W/LIFTGATE |
| | | | L05 | | GL GENERAL/SKILLED BELFOR TRAINING | 453 TRUCK, EXTRACTION |
| SHIFT | SAFETY TOPIC | TOOL BOX TRAINING COMPLETED ☐Y ☐N | | L06 | | DL DAY/TEMP LABOR | N/A NO VEHICLE |

PHASE CODE EXAMPLES: APP-APPLIANCES /BOX-CLEANING OF BOXES /CEL-CONTENT CLNG /CGN-GENERAL CONTENTS /CHP-CONTENT CLNG-HARD FURNITURE /CIN-CARTAGE IN /COL-CLEAN ON LOCATION /CON-CONTENT MANIPULATION /CDU-CARTAGE OUT /CPS-CONTENT PACK HAND STORAGE /CUP-CLEANING UPHOLSTERY /DCL-DRY CLEANING /DCR-DOCUMENTS /HFC-HARD FURNITURE /JBC-JOB CHECK-PHOTOS /JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE
ADMINISTRATION /OZO-OZONE /SAL-SALES /SBT-STAND BY TIME /SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL

FOR RENTAL CARS:
FILL IN VEHICLE CODE AND CHECK BOX

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | MILITARY START TIME | LUNCH | MILITARY STOP TIME | TOTAL HOURS BY MANAGER | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PPP | PPP | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 AtGer | | Jose Ruiz | TECH | 8:00 | 12:00/13:00 | 17:00 | 8 | L01 | BOX | 8 | | Y | Y | Y | Y | | | Y RENTAL☐ | | Jose R Ruiz VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y RENTAL☐ | | VERIFIER |

**RESPONSIBILITY OF MANAGER:** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1 PRINT MANAGER NAME
Willie Pz

STEP 2 DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? ☐Y ☐N
IF "N", YOU MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

STEP 3-TOTAL HRS
THESE TWO TOTALS SHOULD MATCH

STEP 4-VERIFY HRS
VERIFICATION OF PTS DATA

STEP 5 DOES THE PTS COVER
WHO☐ WHERE☐ WHEN☐
WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐

STEP 6-MANAGER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Contined to clean boxs from 3rd floor

**Scanned with CamScanner**

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** PROPERTY RESTORATION

PTS DOC # RS11211499

**FORM VERIFIER IS ON**

LINE # ___

START DATE: 1-30-18   ←CIRCLE DAY  M T W TH  ←INITIALS: ___
STOP DATE: 11-30-18   ←CIRCLE DAY  M T W TH  SA SU

CREW SHEET#
LAST 3 DIGITS OF JOB # (ADMIN ONLY)

JOB NUMBER-COMPLETE: 11750/585
JOB NAME: Family Services
JOB ADDRESS: 306 ave Barbosa
SAN Juan PR.
SAFETY TOPIC: ___
TOOL BOX TRAINING COMPLETED □Y □N

**LOSS CAUSE**

| | CODE | LOCATION | WEATHER |
|---|---|---|---|
| □ FIRE | L00 | RESIDENTIAL ALL | □ HUMID |
| □ WATER/FLOOD | L01 | Port 15 - | □ TEMP |
| □ WIND | L02 | | □ SNOW |
| □ MOLD | L03 | | □ RAIN |
| □ EARTHQUAKE | L04 | | □ WINDY |
| □ | L05 | | |
| □ | L06 | | |

**RATE CLASS EXAMPLES**

| CODE | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON TON |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |
| | | "X" | AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY |

FOR RENTAL CARS:

SHIFT- PHASE CODE EXAMPLES

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START TIME | LUNCH STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-PIT-TEST | PRP-OTHR | PRP-VEHICLES | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7025 | 111/447 | Willie Pesina | PM | 8:00 | 1200 1300 | | 18:00 | 9 | | L01 | Dem | 9 | ○ | Y | | 4P4 | 201 | Y | SUS | RENTAL | ___ |
| A+ | 1547 | Christopher Rosario | 6L | 8:00 | 1200 1300 | | 17:10 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | Christopher Rosario |
| A+ | 8591 | Israel Rivera | RS | 8:00 | 1200 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | ___ |
| A+ | 7671 | Christian Rosario | 6L | 8:00 | 1200 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | ___ |
| A+ | 2995 | Brandy Ojeda | 6L | 8:00 | 1200 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | Brandy Ojeda |
| A+ | 7008 | Kenneth Vivarde | 6L | 8:00 | 1200 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | ___ |
| A+ | 5503 | Mitchell Bermudez | 6L | 8:00 | 1200 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | Mitchell Bermudez |
| A+ | 6477 | Konisha Feliciano | 6L | 8:00 | 1200 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | ___ |
| A+ | 2808 | Edgardo Albino | 6L | 8:00 | 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | Edgardo Albino |
| A+ | 6515 | Griselda Cruz | 6L | 8:00 | 1200 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | ___ |
| A+ | 9275 | Xaimar Truck | 6L | 8:00 | 1200 1300 | | 17:00 | 8 | | L01 | Dem | 8 | ○ | Y | Y | Y | | Y | RENTAL | ___ |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Pesina
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM? □Y □N
STEP 3-TOTAL HRS: 89
THESE TWO TOTALS MUST MATCH
STEP 4 PHASE HRS: 89
STEP 5 – DOES THE PTS COVER: WHO □ WHEN □ WHERE □
STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Clean boys from 2nd floor

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3 ___ # OF PAGE 4 ___ # OF PAGE 5 ___   RECEIPT TRACKING FORMS ___

V091514   PAGE 1

Scanned with CamScanner

# PERSONNEL TRACKING
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS11211500

**FORM VERIFIER IS ON**

LINE # _____  INITIALS ____

**START DATE** 11-30-18  ●CIRCLE DAY  M T W TH (F) SA SU

**STOP DATE** 11-30-18  ●CIRCLE DAY  M T W TH (F) SA SU

**CREW SHEET** LAST 3 DIGITS OF JOB & DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 117501585

**JOB NAME** Family Seven

**JOB ADDRESS** Job AV. Bardosh  SMlen Pr-

**SAFETY TOPIC**

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Part 15 · | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | L05 | | ☐ |
| ☐ | L06 | | ☐ |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LJFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
**FOR RENTAL CARS:**

**TOOL BOX TRAINING COMPLETED** ☐Y ☐N

SHIFT- PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/BBT-STAND BY TIME/SCC-STEAM CLEAN CARPET/TSH-TRASH/TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING/DEO-DEODORIZATION/DMO-DEHUMIDIFICATION/DMG-GENERAL DEMOLITION/DOR-DOORS/DRY-DRYWALL/ELE-ELECTRICAL/EME-EMERGENCY/EST-ESTIMATING/EQP-EQUIPMENT/SBT-UP-TAKE DOWN/FMC-FINISH CARPENTRY/FTRM/FNH-FINISH HARDWARE/FRM-FRAMING/HAU-HAULING/LDS-LANDSCAPING/LLT-LIGHT FIXTURES/MDR-MOLD REMEDIATION/PLM-PLUMBING/PNT-PAINTING/PWA-POWERWASH/SEC-SECURITY/SEW-SEWER CLEAN UP/STK-STAIN KILL/TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID # | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PFP-FIT TEST | PFP-ANNUAL | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SHARE ROOM | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 AJ | | Jose Ruiz | GL | 800 | 1200 1300 | 17:00 | 8 | | C-1 | DCC | 8 | Y | Y | Y | Y | | | | Y | RENTAL☐ | Joze R___ VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | RENTAL☐ | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME  Welle Par

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

STEP 3-VERIFY TOTAL HRS

THESE TWO TOTALS MUST MATCH

STEP 4-PHASE HRS  8

STEP 5 - DOES THE PTS COVER: WHO ☐  WHEN ☐  WHERE ☐  WORK DESC: WHAT☐ WHHRF☐ WHY☐ HOW☐

STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

FORM VERIFIER-PLEASE ENTER QUANTITY OR "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-  NONE  #OF PAGE 3  # OF PAGE 4  # OF PAGE 5  RECEIPT TRACKING FORMS

V091514  PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

BELFOR (●)
PROPERTY RESTORATION

| | LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|---|
| | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| | ☐ WATER/FLOOD | L01 | Pordis | ☐ TEMP |
| | ☐ WIND | L02 | | ☐ SNOW |
| | ☐ MOLD | L03 | | ☐ RAIN |
| | ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | | L05 | | |
| | | L06 | | |

RATE CLASS EXAMPLES
APM ASSISTANT PROJECT MGR
TN TECHNICIAN (DRYING)
RS RESTORATION SUPERVISOR
RT RESTORATION TECHNICIAN
LF LABOR FOREMAN
GL GENERAL LABOR
DL DAY/TEMP LABOR

CODE VEHICLE NAME (TABLE)
529 PICKUP, SUV OR CAR
530 VAN, PASSENGER/CARGO
518 TRUCK-MOVING/BOX/BOARD UP
528 TRUCK, 3/4 TON PICKUP
527 TRUCK, 1 TON 4X4 W/LIFTGATE
453 TRUCK, EXTRACTION
N/A NO VEHICLE

FORM VERIFIER IS ON
PTS DOC # RS10973658
START DATE 12-3-18
STOP DATE 12-3-18
JOB NUMBER-COMPLETE 11750585
JOB ADDRESS 306 Barbosa Sanjuan pr.

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH START STOP | 24 HOUR STOP TIME | TOTAL HOURS | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | | | | | | HOTEL NAME CODE | HOTEL ROOM # | | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 025 | 111147 | Willie Rosina | PM | 8:00 | 1200 1300 | 18:00 | 9 | L01 | Dca | 6 | | | Y | Y | | 404 | 201 | Y | 529 | |
| 02 A+ | 1547 | Christopher Ruano | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | | | Y | Y | | | | | | Christopher Ruano |
| 03 A+ | 8791 | JJ Real Rilla | RS | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | | | Y | Y | | | | | | |
| 04 A+ | 7671 | Christian Rosario | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | | | Y | Y | | | | | | |
| 05 A+ | 9008 | Kenneth Narvaez | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | | | Y | Y | | | | | | Kenneth Narvaez |
| 06 A+ | 3503 | Mitchell Bermudez | GL | 8:00 | 1200 1300 | 17:00 | 8 | L01 | Dca | 8 | | | Y | Y | | | | | | Mitchell Bermudez |
| 07 A+ | 2808 | Edgar Albino | DL | 8:00 | 1300 | 17:00 | 8 | L01 | Dca | 8 | | | Y | Y | | | | | | |
| 08 | | | | | | | | | | | | | Y | Y | | | | | | |
| 09 | | | | | | | | | | | | | Y | Y | | | | | | |
| 10 | | | | | | | | | | | | | Y | Y | | | | | | |
| 11 | | | | | | | | | | | | | Y | Y | | | | | | |

**RESPONSIBILITY OF APPROVER** PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willie Rosina

VERIFY TOTAL HRS 57

THESE TWO TOTALS MUST MATCH 57

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Started Putti boys on Panels and Wrapp with sheetrs Wrapp-

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973659

**FORM VERIFIER IS ON**

**JOB NUMBER-COMPLETE:** 11750/585

**JOB NAME:** Family Services

**JOB ADDRESS:** 206 Ave Barbosa

START DATE: 12-4-18
STOP DATE: 12-4-18

CREW SHEET #

| SERVICE TYPE (RESTORATION) | | |
|---|---|---|
| LOSS CAUSE | CODE | LOCATION |
| FIRE | L00 | RESIDENTIAL ALL |
| WATER/FLOOD | L01 | Apr 4-18 |
| WIND | L02 | |
| MOLD | L03 | |
| EARTHQUAKE | L04 | |
| | L05 | |
| | L06 | |

WEATHER: HUMID, TEMP, SNOW, RAIN, WINDY

**RATE CLASS EXAMPLES:** APM ASSISTANT PROJECT MGR, TN TECHNICIAN (DRYING), RS RESTORATION SUPERVISOR, RT RESTORATION TECHNICIAN, LF LABOR FOREMAN, GL GENERAL LABOR, DL DAY/TEMP LABOR

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | 24 HOUR START | LUNCH | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PPF-FIT TEST | PPF WARNING | PPE DENM | HOTEL NAME CODE | HOTEL ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 025 | 111447 | Willie Pasma | JM | 8 | 1200 1200 | 18:00 | 9 | L01 | Acm | 9 | C | Y | Y | Y | HPH | 201 | 521 | |
| A+ | 8591 | Israel Rivera | RS | 8 | 1200 1300 | 17:00 | 8 | L01 | Acm | 8 | ∅ | Y | Y | Y | | | RENTAL | del G. |
| A+ | 1647 | Christoph Rosan | GL | 8 | 1200 1300 | 17:00 | 8 | L01 | Acm | 8 | ∅ | Y | Y | Y | | | RENTAL | christoph Rosan |
| A+ | 9008 | Kenneth Wards | GL | 8 | 1200 1300 | 17:00 | 8 | L01 | Acm | 8 | ∅ | Y | Y | Y | | | RENTAL | |
| A+ | 2808 | Edgar Albino | GL | 8 | 1200 1300 | 17:00 | 8 | L01 | Acm | 8 | ∅ | Y | Y | Y | | | RENTAL | Edgar Albino |
| A+ | 7671 | Christian Rosano | GL | 8 | 1200 1300 | 17:00 | 8 | L01 | Acm | 8 | ∅ | Y | Y | Y | | | RENTAL | Cris Rosa |
| A+ | 5503 | Mitchel Bermudez | GL | 8 | 1200 1300 | 17:00 | 8 | L01 | Acm | 8 | ∅ | Y | Y | Y | | | RENTAL | Mitchel Bermudez |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | |

**RESPONSIBILITY OF APPROVER**

STEP 1-PRINT APPROVER NAME: Wilke Pan

STEP 3 - TOTAL HRS: 57

THESE TWO TOTALS MUST MATCH

STEP 4 PHASE HRS: 57

**WORK DESCRIPTION:** Loaded Boxes on Pallets and started wapped Prepare for Delivery

V091514

PAGE 1

Scanned with CamScanner

**BELFOR** (•) PROPERTY RESTORATION

## PERSONNEL TRACKING

SERVICE TYPE (RESTORATION)

| FORM VERIFIER IS ON | | JOB NUMBER-COMPLETE |
|---|---|---|
| LINE # | INITIALS | 117501585 |
| START DATE | ← CIRCLE DAY M T W TH | JOB NAME |
| 01-01-19 | F SA SU | Family Services |
| STOP DATE | ← CIRCLE DAY M T W TH | JOB ADDRESS |
| 01-01-19 | F SA SU | 30C ave Borbosa |
| CREW SHEET# | | Sanjuan Pr |
| LAST 5 DIGITS OF JOB & DIGIT DATE (ADMIN ONLY) | | SAFETY TOPIC |
| - | - | |

PTS DOC # RS10973409

| LOSS CAUSE | CODE | LOCATION |
|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | L01 | Apt 15 |
| ☐ WIND | L02 | |
| ☐ MOLD | L03 | |
| ☐ EARTHQUAKE | L04 | |
| ☐ | L05 | |
| ☐ | L06 | |

TOOL BOX TRAINING COMPLETED? ☐Y ☐N

| WEATHER |
|---|
| ☐ HUMID |
| ☐ TEMP |
| ☐ SNOW |
| ☐ RAIN |
| ☐ WINDY |
| ☐ |
| ☐ |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

FOR RENTAL CARS:

SHIFT- PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JSS-JOB SUPPORT SUPERVISION /OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY /CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP/TAKEDOWN) /FNC-FINISH CARPENTRY/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LIT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLH-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SIO-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-ATT-TEST | PPE-GLOVES | PER CREW | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | | | | | | | | | | | | | |
| 01 1025 | 111447 | Wille Posma | | | | | | | | | | Y | Y | Y | Y | N04201 | Y | scr RENTAL ☐ | | VERIFIER |
| 02 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | Y | RENTAL ☐ | | VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 0 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 0 | STEP 5 - DOES THE PTS COVER WHO ☐ WHEN ☐ WHERE ☐ WORK DESC- WHAT☐ WHERE☐ WHY☐ HOW☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Willie Posma | | | | | | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdieum

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET- | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR**
PROPERTY RESTORATION

**FORM VERIFIER IS ON**

LINE #

**START DATE**  1-2-18

**STOP DATE**  1-2-18

**CREW SHEET#**

PTS DOC # RS10973761

**JOB NUMBER-COMPLETE**  11750l585

**JOB NAME**  Family Services

**JOB ADDRESS**  300 que Barbose

**SAFETY TOPIC**  Sanjuan Pr.

**TOOL BOX TRAINING COMPLETED?** ☐ Y ☐ N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Port-15 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | ☐ |
| | L06 | | ☐ |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | TOTAL HOURS BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PER DT/ST | PER DT/ST | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | 111447 | Willie Payne | PM | 800 | 1200 1300 | 1810 | 9 | | | col | aa | 9 | Y | Y | | Y | 0 | 4PM | 201 | Y | 529 |  |
| 02 At | 8791 | FSDear River | RS | 800 | 1200 1301 | 700 | 8 | | | col | aa | 8 | Y | Y | Y | Y | | | | Y | |  |
| 04 At | 2808 | Edgar albino | GL | 800 | 1200 300 | 700 | 8 | | | col | aa | 8 | Y | Y | Y | Y | | | | Y | Edgar albino |  |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | |  |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | |  |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | |  |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | |  |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | |  |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | |  |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | | Y | |  |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

**STEP 1-PRINT APPROVER NAME**  Willie Payne

**STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.** ☐ Y ☐ N

**STEP 3 TOTAL HRS** 25

**THESE TWO TOTALS MUST MATCH** ≥ 25

**STEP 5 – DOES THE PTS COVER:** WORK DESC: WHAT ☐ WHEN ☐ WHERE ☐

**STEP 6-APPROVER SIGNATURE**

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Went to Dept. of family Servis to dawnta box count, Wet Vac Supplies and set Clean room -

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL EBC PAGES INCLUDED WITH THIS SHEET-**   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR ●** PROPERTY RESTORATION

PTS DOC # RS10973762

| FORM VERIFIER IS ON | | |
|---|---|---|
| LINE # | INITIALS | |
| START DATE 1-3-18 | ← CIRCLE DAY M T W (TH) F SA SU | |
| STOP DATE 1-3-18 | ← CIRCLE DAY M T W (TH) F SA SU | |

CREW SHEET# _____ (LAST 3 DIGITS OF JOB & DIGIT DATE (ADMIN ONLY))

JOB NUMBER-COMPLETE: 11750 / 585 -
JOB NAME: Family Services -
JOB ADDRESS: 306 Ave Barbosa -

SAFETY TOPIC: _____
TOOL BOX TRAINING COMPLETED? ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | | WEATHER |
|---|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | |
| ☐ WATER/FLOOD | L01 | Rint B | ☐ TEMP | |
| ☐ WIND | L02 | | ☐ SNOW | |
| ☐ MOLD | L03 | | ☐ RAIN | |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY | |
| | L05 | | ☐ | |
| | L06 | | ☐ | |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

SHIFT- PHASE CODE EXAMPLES: /BC- JOB CHECK & PHOTOS //BSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZG-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TRH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON- CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FMG-FINISH CARPENTRY/RTM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LGT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTR-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST *THEN* LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-PLT TEST | PPF-HANGAR | PER DIEM | SET GUIDE SHEET | | SEE TABLE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME STOP TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | | | | | | | | | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | |
| 01 1025 | 1111447 | Willie Rosea | PM | 8:00 | 1200 1300 | 17:00 | 8 | | C01 | Rea | 8 | Y | | | | Y | 404 | 201 | SE Y | (signature) VERIFIER |
| 02 AT | 8791 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | | L01 | Pca | 8 | Y | Y | Y | Y | | | | RENTAL☐ | (signature) VERIFIER |
| 03 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | Y | | | RENTAL☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER** [PLEASE COMPLETE ALL REQUESTS BELOW]

| STEP 1-PRINT APPROVER NAME Willie Pom | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 16 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 16 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC-WHAT ☐ WHERE ☐ WHY ☐ HOW ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION**: BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Stated to empty truck 3, to reorganize before unfound front this is leakage

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   # OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

| | | | |
|---|---|---|---|
| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER |

PTS DOC # RS10973765

**START DATE** 1-5-19
**STOP DATE** 1-5-19

JOB NUMBER-COMPLETE: 117501585
JOB NAME: Family Services
JOB ADDRESS: 2cc ba Renbue Scn ... Pl.
SAFETY TOPIC:

TOOL BOX TRAINING COMPLETED? ☐Y☐N

| LOSS CAUSE | | CODE | LOCATION |
|---|---|---|---|
| ☐ FIRE | | L00 | RESIDENTIAL ALL |
| ☐ WATER/FLOOD | | L01 | |
| ☐ WIND | | L02 | |
| ☐ MOLD | | L03 | |
| ☐ EARTHQUAKE | | L04 | |
| | | L05 | |
| | | L06 | |

| WEATHER |
|---|
| ☐ HUMID |
| ☐ TEMP |
| ☐ SNOW |
| ☐ RAIN |
| ☐ WINDY |
| ☐ |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY
FOR RENTAL CARS:

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST *THEN* LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | P&P-FIT TEST | PFP-ANALYSIS | PER DIEM | SEE GUIDE SHEET | | SEE TABLE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 HOUR START TIME | LUNCH START TIME | 24 HOUR STOP TIME | BY PERSON | BY OTHER | | | | | | | | | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | |
| 01 | 1625 | 111447 | Willi Pen | Pm | | | | | | | | Y | Y | Y | N/A | Lo1 | | 526 | | VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | | RENTAL ☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER** 2) PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME: Willa Pen
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N
STEP 3-TOTAL HRS: 0    THESE TWO TOTALS MUST MATCH    STEP 4-PHASE HRS: 0
STEP 5 - DOES THE PTS FORM: WHO ☐ WHEN ☐ WHERE ☐
APPROVER SIGNATURE TO VERIFY STEP 3-5 COMPLETED

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT THE CREW PERFORMED

Hotel Perdeum—

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-    NONE    #OF PAGE 3    # OF PAGE 4    # OF PAGE 5    RECEIPT TRACKING FORMS

V091514    PAGE 1

Scanned with CamScanner

## PERSONNEL TRACKING
### SERVICE TYPE (RESTORATION)

**BELFOR** ⬤
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|
| | 117501 585 | ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| START DATE 1-6-19 | JOB NAME Family Servos. | ☐ WATER/FLOOD | L01 | | ☐ TEMP | TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| | | ☐ WIND | L02 | | ☐ SNOW | RS RESTORATION SUPERVISO | 518 | TRUCK-MOVING/BOX/BOARD UP |
| STOP DATE 1-6-19 | JOB ADDRESS 306 ave Barbosa. | ☐ MOLD | L03 | | ☐ RAIN | RT RESTORATION TECHNICIA | 528 | TRUCK, 3/4 TON PICKUP |
| | | ☐ EARTHQUAKE | L04 | | ☐ WINDY | LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| CREW SHEET# | | | L05 | | | GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| SAFETY TOPIC | TOOL BOX TRAINING COMPLETED? ☐Y☐N | | L06 | | | DL DAY/TEMP LABOR | N/A | NO VEHICLE |

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PRE | PRE-PIT TEST | PPE DUEM | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1025 | N11447 | Wille Perme | AM | | | | | | | | Y | Y | Y | Y | Y | HM | 201 | Y | 529 RENTAL☐ | VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME wsm Pam | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 0 | THESE TWO TOTALS MUST MATCH → | STEP 4-PHASE HRS 0 | STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT ☐ WHERE ☐ WHY ☐ HOW ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Pederm

| FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS |
|---|---|---|---|---|---|

V091514

PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

PTS DOC # RS10973763

| FORM VERIFIER IS ON | | |
|---|---|---|
| LINE # | | |
| START DATE 1-7-19 | CIRCLE DAY M T W TH F SA SU | INITIALS |
| STOP DATE 1-7-19 | CIRCLE DAY M T W TH F SA SU | |
| CREW SHEET# | | |

JOB NUMBER-COMPLETE: 11501585
JOB NAME: Family Service
JOB ADDRESS: 206 cu ssw
San Juan Pr

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Apt 5 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | ☐ |
| | L06 | | ☐ |

| RATE CLASS EXAMPLES | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |
| | | "X" | AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY. FOR RENTAL CARS: |

SHIFT- | PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS / JSS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SGC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DEO-DEODORIZATION /DMO-DEHUMIDIFICATION /DMG-GENERAL DEMOLITION /DOR-ODORS /DRY-DRYWALL /ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP-TAKE DOWN) /FIN-FINISH CARPENTRY/HTR/FHW-FINISH HARDWARE /FRM-FRAMING /HAM-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /TRM-TRIM REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PRE | PRI-FIT TEST | PRI-FIT TEST | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 015 | 111147 | Willie Pason | PM | 6:00 | 12:00/12:00 | 18:00 | 9 | | L01 | WCR | 9 | Y | Y | Y | Y | PHA | 524 | | Y | S21 | ____VERIFIER |
| 02 AT | 8751 | FS Pogue Alten | RS | 8:00 | 12:00/12:30 | 17:30 | 8 | | L01 | WCR | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |
| 03 AT | 2805 | Edgar albino | GL | 6:00 | 12:00/13:00 | 17:00 | 8 | | L01 | DCR | 8 | Y | Y | Y | Y | | | | RENTAL ☐ | | Edgar albino ____VERIFIER |
| 04 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |
| 05 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |
| 06 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |
| 07 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |
| 08 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |
| 09 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |
| 10 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |
| 11 | | | | | | | | | | | | Y | Y | Y | Y | | | | RENTAL ☐ | | ____VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME Willie Pason | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM. | STEP 3-TOTAL HRS 05 | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS 25 | STEP 5 – DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC. WHAT ☐WHERE? ☐WHY ☐HOW ☐ | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Continue to unload trailer.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- | NONE | #OF PAGE 3 | # OF PAGE 4 | # OF PAGE 5 | RECEIPT TRACKING FORMS

V091514 | PAGE 1

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC #: RS10973673

| FORM VERIFIER IS ON | |
|---|---|
| LINE # | |
| START DATE | 1-8-19 |
| STOP DATE | 1-8-19 |
| CREW SHEET# | |

JOB NUMBER-COMPLETE: 11501585
JOB NAME: Family Services
JOB ADDRESS: 306 ave Lovelace
San Juan Pr.

SAFETY TOPIC: ___  TOOL BOX TRAINING COMPLETED ☐Y☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Profis. | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | |
| | L06 | | |

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CARGO |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME — PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR START | START TIME | 24 HOUR STOP | STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-FIT TEST | PPR-FRANCE | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | VEHICLE CODE | SHARE ROOM | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 025 | 1111447 | Willie Pesoa | PM | 8:00 | 12:00 1300 | 18:00 | 9 | | | L01 | Occ | 9 | Y | Y | Y | Y | DMH | 201 | 526 | Y | _____ |
| 0A | 8791 | F. Sacc Riwa | RS | 8:00 | 12:00 1300 | 17:20 | 8 | | | L01 | DEM | 8 | Y | Y | Y | Y | | | RENTAL | Y | _____ |
| 0A | 2808 | Edgard Albino | 6L | 8:00 | 1200 1300 | 17:00 | 8 | | | L01 | DU | 8 | Y | Y | Y | Y | | | RENTAL | Y | Eg albino |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | Y | _____ |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | Y | _____ |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | Y | _____ |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | Y | _____ |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | Y | _____ |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | Y | _____ |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | Y | _____ |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | RENTAL | Y | _____ |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

| STEP 1-PRINT APPROVER NAME | STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM | STEP 3-TOTAL HRS | THESE TWO TOTALS MUST MATCH | STEP 4-PHASE HRS | STEP 5 - DOES THE PTS COVER: | STEP 6-APPROVER SIGNATURE |
|---|---|---|---|---|---|---|
| Wilbr Pesoa | ☐Y ☐N | 25 | | 35 | WHO ☐ WHEN ☐ WHERE ☐ | |

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Cortinued to empty truck and pour to other truck.

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-   NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

Scanned with CamScanner

# PERSONNEL TRACKING
## SERVICE TYPE (CONTENTS DOCUMENTS)

**BELFOR ((●))**
PROPERTY RESTORATION

**FORM VERIFIER IS ON**

PTS DOC # CN340370

LINE #

START DATE
1-10-19

← CIRCLE DAY →
M T W

INITIAL

F SA SU

STOP DATE
4-0-19

← CIRCLE DAY →
M T W

F SA SU

**CREW SHEET#**
LAST 3 DIGITS OF JOB-4 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE**
117501585·

**JOB NAME**
Family Services'

**JOB ADDRESS**
Job at Rambest.

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED?** ☐ Y ☐ N

| LOSS CAUSE | CODE | LOCATION | WEATHER | | |
|---|---|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID | | |
| ☐ WATER/FLOOD | L01 | Robb | ☐ TEMP | | |
| ☐ WIND | L02 | | ☐ SNOW | | |
| ☐ MOLD | L03 | | ☐ RAIN | | |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY | | |
| | L05 | | ☐ | | |
| | L06 | | ☐ | | |

**RATE CLASS EXAMPLES**

| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| TN | TECHNICIAN | 529 | PICKUP, SUV OR CAR |
| TS | TECHNICAL SPECIALIST | 530 | VAN, PASSENGER/CARGO |
| TL | TEAM LEADER | 518 | TRUCK-MOVING/BOX/BOARD UP |
| TSE | TECHNICAL SUPPORT ENG. | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL/SKILLED BELFOR TRAINED | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

**FOR RENTAL CARS:**
FILL IN VEHICLE CODE AND CHECK BOX

**SHIFT**

**PHASE CODE EXAMPLES: APP**-APPLIANCES /**BOX**-CLEANING OF BOXES /**CEL**-CONTENT CLNG /**CGN**-GENERAL CONTENTS /**CHF**-CONTENT CLNG-HARD FURNITURE /**CIN**-CARTAGE IN /**CLN**-CLEAN ON LOCATION /**CON**-CONTENT MANIPULATION /**COU**-CARTAGE OUT /**CPS**-CONTENT PACK-HAND-STORAGE /**CUP**-CLEANING UPHOLSTERY /**DCL**-DRY CLEANING /**DCR**-DOCUMENTS /**HFC**-HARD FURNITURE /**JBC**-JOB CHECK-PHOTOS /**JSS**-JOB SUPORT SUPERVISION /**OFF**-OFFICE ADMINISTRATION /**OZO**-OZONE /**SAL**-SALES /**SBT**-STAND BY TIME /**SCC**-STEAM CLEAN CARPET /**TSH**-TRASH /**TVL**-TRAVEL

| OFFICE | ID# | PERSONNEL NAME<br>PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK | | | TOTAL HOURS | LOCATION CODE | PHASE CODE | HOURS BY PHASE | SMALL TOOLS | PPE | PRP-PT TEST | PPP-INHALED | PER OSHA | SEE GUIDE SHEET | | SHARE ROOM | SEE TABLE VEHICLE CODE | PERSONNEL NAME<br>SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MILITARY START TIME | LUNCH START TIME / STOP TIME | MILITARY STOP TIME | CONFIRM HOURS BY PERSON / BY MANAGER | | | | | | | | | HOTEL NAME CODE # | HOTEL ROOM # | | | |
| 01 025 | 111447 | Willie Pan | AM | 8:00 | 1200/1300 | 18:00 | 9 | L01 | DCR | 9 | Y | Y | Y | Y | | HDH | 201 | | 529 ☐ RENTAL | ~~signature~~ VERIFIER |
| 02 A+ | 2808 | Edgar albino | GL | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | Y | Y | Y | Y | | | | Y | ☐ RENTAL | Edgar albino VERIFIER |
| 03 A+ | 8791 | Isreal Rivera | US | 8:00 | 1200/1300 | 17:00 | 8 | L01 | DCR | 8 | Y | Y | Y | Y | | | | Y | ☐ RENTAL | ~~signature~~ VERIFIER |
| 04 | | | | | | | | | | | | | | | | | | | ☐ RENTAL | VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐ RENTAL | VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐ RENTAL | VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐ RENTAL | VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐ RENTAL | VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐ RENTAL | VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐ RENTAL | VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | | | | Y | ☐ RENTAL | VERIFIER |

**RESPONSIBILITY OF MANAGER:** PLEASE COMPLETE ALL REQUESTS BELOW

**STEP 1**-PRINT MANAGER NAME
Willie Pan

**STEP 2**-DID THE FORM VERIFIER REVIEW THIS FORM FOR COMPLETION? ☐ Y ☐ N
IF "N", YOU MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM

**STEP 3**-TOTAL HRS ↑ VERIFY TOTAL HRS
25

THESE TWO TOTALS SHOULD MATCH

**STEP 4**-PHASE HRS ↑ VERIFY TOTAL HRS
25

**STEP 5**-DOES THE PTS COVER:
WHO☐ WHEN☐ WHERE☐
WORK DESC: WHAT☐ WHERE☐ WHY☐ HOW☐

**STEP 6**-MANAGER SIGNATURE
~~signature~~

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Finish loading some Simple box into truck 3.

**FORM VERIFIER**-PLEASE CHECK BOX AND ENTER QUANTITY FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-  ☐ NONE  ☐ PAGE 3- # OF PAGES _____  ☐ PAGE 4- # OF PAGES _____  ☐ PAGE 5- # OF PAGES _____  ☐ E OF RECEIPT FORMS _____

V033114.A

**PAGE 1**

Scanned with CamScanner

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | | | | |
|---|---|---|---|---|---|
| | 117501585 | | | | |

PTS DOC # RS10973795

START DATE 1-11-19
STOP DATE 1-1-19

JOB NAME: Famiy services
JOB ADDRESS: Job on babui. Sonueu pr.

LOSS CAUSE: FIRE, WATER/FLOOD L01, WIND L02, MOLD L03, EARTHQUAKE L04, L05, L06

CODE / LOCATION: RESIDENTIAL ALL
Port 15

WEATHER: HUMID, TEMP, SNOW, RAIN, WINDY

| OFFICE | ID# | PERSONNEL NAME (PRINT FIRST THEN LAST NAME) | RATE CLASS | START TIME | LUNCH START/STOP | STOP TIME | BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | | | | | | HOTEL NAME CODE | HOTEL ROOM | VEHICLE CODE | SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B35 | 1111447 | Wilk farni | JN | 8:00 | 1200 1300 | 1800 | 9 | LO1 | Port | 9 | Y | Y | Y | Y | Y | 424 | 201 | Y 529 | |
| At | 2808 | Edgar albino | 6L | 8:00 | 1200 1300 | 1700 | 8 | CO1 | dw | 8 | Y | Y | Y | Y | | | | RENTAL | Edgar albino |
| At | 8391 | Israel Rivera | RS | 8:00 | 1200 1300 | 17:00 | 8 | CO1 | dw | 8 | Y | Y | Y | Y | | | | RENTAL | Israel |

**RESPONSIBILITY OF APPROVER**

STEP 1-PRINT APPROVER NAME
STEP 3 TOTAL HRS: 25
STEP 4 PHASE HRS: 25

**WORK DESCRIPTION:** Went to Pao's office. Turned in change of conumed papers. changed new labor. Went back to Art to set up trailer. Air supplies keys backpack and work supplies for new phase of buyers.

V091514
PAGE 1

**PERSONNEL TRACKING**
SERVICE TYPE (RESTORATION)

**BELFOR** (●)
PROPERTY RESTORATION

| FORM VERIFIER IS ON | JOB NUMBER-COMPLETE | LOSS CAUSE | CODE | LOCATION | WEATHER | RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|---|---|---|---|---|

**PTS DOC #** RS10973794

LINE # ___ INITIALS ___
START DATE 1-12-18 ←CIRCLE DAY M T W TH F S SU
STOP DATE 1-12-18 ←CIRCLE DAY M T W TH F S SU
CREW SHEET# LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

JOB NUMBER-COMPLETE: 117501585
JOB NAME: Family Servios
JOB ADDRESS: 306 ave Ponduson
Scriym Pr. o
SAFETY TOPIC

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| | L05 | | ☐ |
| | L06 | | ☐ |

TOOL BOX TRAINING COMPLETED? ☐ Y ☐ N

| RATE CLASS EXAMPLES | CODE | VEHICLE NAME (TABLE) |
|---|---|---|
| APM ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

SHIFT-
PHASE CODE EXAMPLES: JBC-JOB CHECK & PHOTOS /JBS-JOB SUPPORT SUPERVISION/OFF-OFFICE ADMINISTRATION/OZO-OZONE/SAL-SALES/SBT-STAND BY TIME/SCC-STEAM CLEAN CARPET /TSH-TRASH /TVL-TRAVEL/CAB-CABINETRY/CON-CONTENT MANIPULATION/CLN-CLEANING /DED-DEODORIZATION /DHU-DEHUMIDIFICATION /DMO-GENERAL DEMOLITION /DOR-DOORS /DRY-DRYWALL/ELE-ELECTRICAL /EME-EMERGENCY /EST-ESTIMATING /EQP-EQUIPMENT (SET UP CARE DOWN) /FNC-FINISH CARPENTER/TRIM /FNH-FINISH HARDWARE /FRM-FRAMING /HAU-HAULING /LDS-LANDSCAPING /LLT-LIGHT FIXTURES /MDR-MOLD REMEDIATION /PLM-PLUMBING /PNT-PAINTING /PWA-POWERWASH /SEC-SECURITY /SEW-SEWER CLEAN UP/STK-STAIN KILL /TMP-TEMPORARY REPAIRS /WTB-WATER REMOVAL

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST LAST NAME | RATE CLASS | 24 HOUR START TIME | LUNCH START/STOP TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON / BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PRO-FIT TEST | PPP-AWAGR | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 625 | 1111447 | Willie Louima | PM | | | | | | | | Y | Y | Y | Y | Y | HPH | 201 | Y | 528 RENTAL☐ | ___ VERIFIER |
| 02 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 03 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 04 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 05 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 06 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 07 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 08 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 09 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 10 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |
| 11 | | | | | | | | | | | Y | Y | Y | Y | Y | | | Y | RENTAL☐ | ___ VERIFIER |

**RESPONSIBILITY OF APPROVER** (PLEASE COMPLETE ALL REQUESTS BELOW)

STEP 1-PRINT APPROVER NAME: Willie Louima
STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.
STEP 3-TOTAL HRS: 0 ← THESE TWO TOTALS MUST MATCH → STEP 4-PHASE HRS: 0
STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐ WORK DESC: WHAT ☐ WHERE ☐ WHY ☐ HOW ☐
STEP 6-APPROVER SIGNATURE: ___

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Pucheu

FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET- NONE #OF PAGE 3 # OF PAGE 4 # OF PAGE 5 RECEIPT TRACKING FORMS

V091514    PAGE 1

Scanned with CamScanner

## PERSONNEL TRACKING
SERVICE TYPE (RESTORATION)

**BELFOR (●)**
PROPERTY RESTORATION

PTS DOC # RS10973793

**FORM VERIFIER IS ON**

| FORM VERIFIER | |
|---|---|
| LINE # | INITIALS |
| START DATE 1-13-18 | ←CIRCLE DAY M T W TH F SA SU |
| STOP DATE 1-13-18 | ←CIRCLE DAY M T W TH F SA SU |

**CREW SHEET#**
LAST 3 DIGITS OF JOB 6 DIGIT DATE (ADMIN ONLY)

**JOB NUMBER-COMPLETE** 117501585

**JOB NAME** family servis

**JOB ADDRESS** 306 ave. barbose.

**SAFETY TOPIC**

**TOOL BOX TRAINING COMPLETED?** ☐Y ☐N

| LOSS CAUSE | CODE | LOCATION | WEATHER |
|---|---|---|---|
| ☐ FIRE | L00 | RESIDENTIAL ALL | ☐ HUMID |
| ☐ WATER/FLOOD | L01 | Port15 | ☐ TEMP |
| ☐ WIND | L02 | | ☐ SNOW |
| ☐ MOLD | L03 | | ☐ RAIN |
| ☐ EARTHQUAKE | L04 | | ☐ WINDY |
| ☐ | L05 | | ☐ |
| ☐ | L06 | | ☐ |

**RATE CLASS EXAMPLES**

| | | CODE | VEHICLE NAME (TABLE) |
|---|---|---|---|
| APM | ASSISTANT PROJECT MGR | 529 | PICKUP, SUV OR CAR |
| TN | TECHNICIAN (DRYING) | 530 | VAN, PASSENGER/CARGO |
| RS | RESTORATION SUPERVISOR | 518 | TRUCK-MOVING/BOX/BOARD UP |
| RT | RESTORATION TECHNICIAN | 528 | TRUCK, 3/4 TON PICKUP |
| LF | LABOR FOREMAN | 527 | TRUCK, 1 TON 4X4 W/LIFTGATE |
| GL | GENERAL LABOR | 453 | TRUCK, EXTRACTION |
| DL | DAY/TEMP LABOR | N/A | NO VEHICLE |

"X" AFTER ANY VEHICLE CODE TO INDICATE FOR TRANSPORTATION ONLY

**FOR RENTAL CARS:**

| OFFICE | ID# | PERSONNEL NAME PRINT FIRST THEN LAST NAME | RATE CLASS | 24 HOUR CLOCK START TIME | LUNCH STOP TIME START TIME | 24 HOUR STOP TIME | TOTAL HOURS BY PERSON | BY OTHER | LOCATION CODE | PHASE CODE "WHAT" | HOURS BY PHASE | SMALL TOOLS | PPE | PDP-FIT TEST | PPP-Analysis | PER DIEM | HOTEL NAME CODE | HOTEL ROOM # | SHARE ROOM | VEHICLE CODE | PERSONNEL NAME SIGNATURE-END OF SHIFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 1525 | 1111487 | Willie Posen | | | | | | | | | | | Y | Y | Y | Y | HPH | 201 | Y | | see _____ VERIFIER RENTAL☐ |
| 02 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 03 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 04 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 05 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 06 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 07 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 08 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 09 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 10 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |
| 11 | | | | | | | | | | | | | Y | Y | Y | Y | | | Y | | _____ VERIFIER RENTAL☐ |

**RESPONSIBILITY OF APPROVER** :PLEASE COMPLETE ALL REQUESTS BELOW

STEP 1-PRINT APPROVER NAME Willie Pita

STEP 2-DID THE FORM VERIFIER REVIEW THIS FORM ☐Y ☐N FOR COMPLETION? IF "N", YOU AS APPROVER MUST VERIFY & COMPLETE ALL OUTSTANDING ISSUES INCLUDING TOP SECTION OF FORM.

STEP 3-TOTAL HRS 0

THESE TWO TOTALS MUST MATCH

STEP 4-PHASE HRS 0

STEP 5 - DOES THE PTS COVER: WHO ☐ WHEN ☐ WHERE ☐

STEP 6-APPROVER SIGNATURE

**WORK DESCRIPTION:** BASED ON LOCATION(S) WORKED AND PHASE CODE(S), PLEASE DESCRIBE WHAT WORK THE CREW PERFORMED

Hotel Perdiem

**FORM VERIFIER-PLEASE ENTER QUANTITY or "0" FOR ALL E&C PAGES INCLUDED WITH THIS SHEET-** NONE   #OF PAGE 3   # OF PAGE 4   # OF PAGE 5   RECEIPT TRACKING FORMS

V091514   PAGE 1

**Scanned with CamScanner**