Appendix 1

The only permitted responses ("Permitted Responses") to the Settlement Offer are (a) acceptance of the Settlement Offer, (b) rejection of the Settlement Offer, or (c) rejection of the Settlement Offer coupled with a counteroffer (a "Counteroffer"). Information regarding Counteroffers is available in Section __ of the ADR Procedures.

**Please select your Permitted Response in the box below.** YOU MUST RESPOND TO THE SETTLEMENT OFFER.

---

### RESPONSE TO SETTLEMENT OFFER

\_\_\_\_\_   I/we agree to and accept the terms of the Settlement Offer.

**OR**

\_\_\_\_\_   I/we reject the Settlement Offer.

**OR**

**X**   I/we reject the Settlement Offer. However, I/we will accept an allowed [general unsecured nonpriority/administrative expense] claim against [Debtor] in the amount of $\_\_\_ in full satisfaction of the Designated Claim(s), to be satisfied in accordance with any plan of adjustment of debts confirmed and implemented in the [Debtor's] Title III case.

---

SECTION [__] OF THE ADR PROCEDURES SETS FORTH THE RESTRICTIONS ON COUNTEROFFERS. YOUR COUNTEROFFER MAY NOT INCLUDE UNKNOWN, UNLIQUIDATED OR SIMILAR AMOUNTS AND MAY NOT EXCEED THE AMOUNT OR IMPROVE THE PRIORITY SET FORTH IN YOUR MOST RECENT TIMELY FILED OR AMENDED PROOF OF CLAIM. YOU MAY NOT AMEND YOUR PROOF OF CLAIM SOLELY FOR THE PURPOSE OF PROPOSING A COUNTEROFFER OF A HIGHER AMOUNT OR A BETTER PRIORITY. IF YOU RETURN THIS FORM WITH A COUNTEROFFER THAT DOES NOT COMPLY WITH THE TERMS OF THE ADR PROCEDURES YOU WILL BE DEEMED TO HAVE REJECTED THE SETTLEMENT OFFER AND THE LIQUIDATION OF YOUR DESIGNATED CLAIMS WILL ADVANCE TO EVALUATIVE MEDIATION AS SET FORTH IN SECTION [__] OF THE ADR PROCEDURES.

**Section II: Binding Arbitration or Commonwealth Court Liquidation.**

---

### A. CONSENT TO BINDING ARBITRATION

Please indicate below whether you consent to binding arbitration with respect to the Designated Claim(s):

---

_____   I/we **CONSENT** to Binding Arbitration.

**OR**

_____   I/we **DO NOT CONSENT** to Binding Arbitration.
**I acknowledge that my/our consent, once given, cannot be withdrawn.**

---

### B. CONSENT TO COMMONWEALTH COURT LIQUIDATION

Please indicate below whether you consent to liquidation before the Commonwealth's courts with respect to the Designated Claim(s):

_____   I/we **CONSENT** to liquidation before the Commonwealth's courts.

**OR**

_____   I/we **DO NOT CONSENT** to liquidation before the Commonwealth's courts.

[Signature of the Designated
Claimant's Authorized Representative]

By: _Maria M. Clemente Rosa_
[Printed Name]

**[N.B. – Additional Signature Lines
as Needed.]**

[Signature of the Designated
Claimant's Authorized Representative]
By: _____
[Printed Name]

Appendix 2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

**11 DE DICIEMBRE 2022**

**María A. Clemente Rosa**

**PETITIONER**

> v.

|  |  |
|---|---|
| **THE FINANCIAL OVERSIGHT** | **PROMESA TITLE III** |
| **AND MANAGEMENT BOARD** | **No. 17BK 3283- LTS** |
| **FOR PUERTO RICO** | **(Jointly Administered)** |

**As representative of**
**THE COMMONWEALTH OF**
**PUERTO RICO, et al,**

> **Debtor.**

**TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors:**

**HONORABLE JUDGE: HON. LAURA TAYLOR SWAIN.**

**UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/**

**COURT OF THE UNITED STATES DISTRICT FOR THE DISTRICT OF PUERTO RICO**

**REPETUOUSLY REQUEST**

María A. Clemente Rosa appears, PETITIONER, respectfully addresses, exposes, alleges and requests:

1. **MOTION NO. 1: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO AND HON. JUDGE LAURA TAYLOR SWAIN, I RESPECTFULLY REQUEST THE OPPORTUNITY TO PRESENT THE INFORMATION MOTION AND MY POSITION ON THE RESOLUTION PROCEDURES PROPOSED BY THE P.R. FISCAL FINANCING BOARD, FOR THE CREDITORS.**

2. **MOTION NO. 2: TO BE DECREED THE PAYMENT APPLIED BY THE RESPONSIBLE AGENCIES OF THE GOVERNMENT OF PUERTO RICO, UNDER THE ALTERNATIVE PROCEDURES FOR THE RESOLUTION OF DISPUTES ABOUT THE GOVERNMENTAL AGENCIES OF PUERTO RICO, REPRESENTED BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR ME PERSON AS A CLAIMANT BEFORE THE GOVERNMENT OF PUERTO RICO AND REQUEST FOR RESOLUTION UNDER THE ACR PROCEDURES IN ITS FUND:**

3. **THE CLAIM AGENCIES FOR MY DIFFERENT CASES OF CLAIMS ARE:**

   a. 1. DEPARTMENT OF EDUCATION (Common Wealth of P.R.) Claim Number: 92159 - $20,000.00. DATE OF TRANSFER TO ACR 7/13/2021. RESOLUTION STATUS NO. 17-3283 ECF NO: 21350. FORUN/CASE NUMBER: AQ-14-0730

   b. 2. SISTEMA DE RETIRO DE MAESTROS GOVERNMENT OF PUERTO RICO, AND PUBLIC EMPLOYEE (Teachers Retirement System, and Employees Retirement System of the Government of the Common Wealth of Puerto Rico.), Claim Number: 133537 – $90,000.00 – DATE OF TRANSFER TO ACR 7/13/2021. RESOLUTION STATUS NO. 17-3283 ECF NO: 17320]3.

   c. 3. GOVERNMENT OF PUERTO RICO (Common Wealth of P.R.) Claim Number: 139834 - $50,400.00. RESOLUTION STATUS NO. 17-3283 ECF NO: 12657

   d. 4. GOVERNMENT OF PUERTO RICO (Common Wealth of P.R.) Claim Number: 150849 - RESOLUTION STATUS NO. 17-3283 ECF NO: 12657.

   e. 5. GOVERNMENT OF PUERTO RICO (Common Wealth of P.R.) Claim Number: 133778 - RESOLUTION STATUS NO. 17-3283 ECF NO: 17927

**LIST OF FACTS:**

1. Honorable Judge Laura Taylor Swain, I respectfully write to you explaining how the PROMESA Act defines "Government of Puerto Rico" as the Commonwealth of Puerto Rico, including all its instrumentalities. Sec. 5 subsection (11) of the PROMESA Act.

2. Hon. Judge Laura Taylor Swain, as of today, December 9, 2022, the Government of Puerto Rico, has not paid the claims of the teachers referred to the Ley de Carrera Magisterial Law 9 of 2022.

3. In accordance with the previous point, the Government of Puerto Rico has not expressed itself on when or how said payment will be made in accordance with Law 9 of 2022. Law of the Teaching Career, as amended. Since the Senate has recognized that the Teaching

Career Law is not a benefit of teachers. According to the Secretary of the Senate of Puerto Rico, Mr. Yamil Rivera Vélez stated and I quote:

a. "Currently, the OGP needs an additional request from the Department of Education to be able to implement the Teaching Career, after the stoppage imposed by Law 66-2014, supra. This, in order to request, in conjunction with the Puerto Rico Fiscal Agency and Financial Advisory Authority, the reprogramming of funds necessary to comply with the Teaching Career, without violating the fundamentals of the Fiscal Plan and the PROMESA Law."

4. Hon. Judge Laura Taylor Swain, respectfully present, that in accordance with the foregoing, the payment of the Ley de Carrera Magisterial, is the recognition of the teacher for his effort, to comply with the Ley de Carrera Magisterial, which was promulgated by the Department of Education and the Government of Puerto Rico, and then they violated the Law, which they themselves promulgated and did not compensate the teachers, with the salary increase and the increase of $600, per month to all teachers, who already met all the requirements demanded by their Professional Improvement Plans.

5. Hon. Judge Taylor – Swain, non-compliance on the part of the P.R. Government Agencies. Not paying the Teacher Career Law not only affected the teacher's salary, it also affected his pension and retirement, because he was not paid, according to the Teacher Career Law, his monthly salary and teacher pension.

6. Hon. Judge Taylor - Swain, currently (2022) the Government Agencies of the Government of Puerto Rico such as the Department of Education and the Agency: Honorable Appeals Commission of the Public Service, of the Commonwealth, are apparently not seeing the Claim cases de Carrera Magisterial, understanding that said agencies are acting under automatic stays, (automatic Stays), which arise under the provisions of Section 301 of the PROMESA LAW, under the Bankruptcy Code of the United States. See case of January 18, 2022, and I quote:

A. "On January 18, 2022, the Hon. Laura Taylor Swain, issued the Confirmation Order in the case In re Commonwealth of Puerto Rico, no. 17 BK3283-LTS31, in which it stated that in accordance with the Plan of Adjustment, (Case:17-03283-LTS Doc#:19784 Filed:01/14/22 Entered:01/14/22 22:16:10 Desc: Main Document Page 193 of 304), the permanent injunction is presented upon approval of an adjustment plan with the restructuring of the debt, however, the case based on the PROMESA Law has not concluded, and the federal forum maintains the one related to these matters ".

7. Hon. Judge Taylor-Swain, I respectfully submit that in light of the foregoing regarding the effects of the Automatic Stay Process on Puerto Rico government agencies, which continues throughout the entire bankruptcy proceeding, from the beginning of the bankruptcy application to the final sentence, (Marrero Rosado v. Marrero Rosado 178 DPR 476, 491 (2010), of the resolution, and in light of the Motion: NOTICE OF MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO AMEND ALTERNATIVE DISPUTE RESOLUTION PROCEDURES:, I RESPOND: I ACCEPT THE SETTLEMENT OFFER. (SEE APPENDIX 1). Under the Protection of the Hon. Judge Laura Taylor Swain and under the Protection of the Federal Court of the United States. Since I understand that my claims are Fair, Adequate and reasonable and that they do not undermine or exceed the Coffers of the Government Agencies of Puerto Rico, because they are minimal claims.

8. Hon. Judge Taylor – Swain, I understand that applying the automatic stay process or (Automatic Stay) to my claims would be violating my rights to claim the Teacher Career Law, and it would be unfair and heartbreaking, that the debtors (Government of Puerto Rico, and the Department of Education, will not pay me the Retroactive of what I would have earned, the Total Amount owed, to the income that I was going to earn with the increase of $600.00 per month, since the year 2014, from the time I achieved when I met the Professional Improvement Plan, in accordance with the requirements of the Teaching Career Law, an amount that would rise from the year 2014 to approximately $90,000.00

9. Hon. Judge Laura Taylor – Swain, respectfully inform that on July 8, 2022, the Governor of Puerto Rico, Hon. Pedro Pierluisis and the Secretary of the Department of Education, Hon. Eliezer Ramos Parés, (SEE APPENDIX 2 ), delivered checks to 166 teachers who had completed their Ley de Carrera Magisterial process for the year 2013. (SEE APPENDIX 3). Teachers who received checks for amounts of $55,900.00, money that covered the entire payment process for their unearned monthly payments, because the Teacher Career Law was suspended due to the approval of Law 66-2014, supra. This Law declared a state of fiscal emergency for Puerto Rico, and prohibited increases in economic benefits and extraordinary monetary compensations to the employees of the Executive Branch agencies, for which reason the Teacher Career Program was suspended. See Law 9, 2022.

10. Hon. Judge Laura Taylor Swain, I respectfully inform you that in order to comply with the Teacher Career Law and Professional Improvement Plans, we sacrifice our nights, family, weekends studying, vacations, leaving to share with our parents and children, spouses. We had to pay our own money for our academic courses to complete our master's degrees, doctorates and continuing education and deliver the documentation on time to comply with the Professional Improvement Plan, of the Teaching Career and to this date

December 11, 2022, I eat Appellant of my claims, I have not received recognition for my effort, nor the corresponding salary increase.

11. Hon. Judge Taylor-Swain, keeping my claims until the end of the PROMESA Law closure, due to the automatic stay Processing process, would be very unfair, because some teachers have already been paid for their Teaching Career, and they did not have to go through and wait for the Automatic Stay Process. What I want to express is that there is a precedent for payment of the Teaching Career with this group of teachers. While the Bankruptcy Adjustment Process for P.R. is under the PROMESA Act. (Appendix 2 and 3).

12. In view of the foregoing, and for the aforementioned reasons, I respectfully request the Hon. Judge Laura Taylor Swain, and the Hon. Federal Court of the United States to accept Motion 1 and 2 presented here and the response of acceptance of the Settlement Offer. Considering that my claims should not be seen with the provisions established, the automatic stay process or (Automatic Stay), since apparently my rights to claim the Magisterial Career Law, a Law promulgated by the Government Agencies of Puerto Rico, and the Department of Education, urging the teacher to prepare himself academically to receive better salaries and pensions. Studies that teachers pay with our own money and it would be unfair and heartbreaking for debtors to refuse to comply with the payment of the Ley de Carrera Magisterial. The debtors would be violating my constitutional rights to "equal protection of the laws and equal pay for equal work."

HON.LAURA TAYLOR SWAIN, UNITED STATES DISTRICT COURT AND THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al, . Debtors: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO, I RESPONSE RESPECTFULLY TO THE MOTION:(NOTICE OF MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO AMEND ALTERNATIVE DISPUTE RESOLUTION PROCEDURES).

I respectfully request that these Information Motions and the RESPONSE TO THE SETTLEMENT OFFER AND THE ACCEPTANCE OF THE SETTLEMENT OFFER be considered", according to the right you have.
RESPECTFULLY REQUESTED.

I CERTIFY that on this same date I have sent by CERTIFIED mail a true and exact copy of this TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors:

In Carolina, Puerto Rico today December 11, 2022

Dra. Maria A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979

**LIBRE ASOCIADO. SI INDICA AMBOS CONSENTIMIENTOS PARA ARBITRAJE VINCULANTE Y CONSENTIMIENTO PARA LIQUIDAR SU RECLAMO ANTES DE LOS TRIBUNALES DEL ESTADO LIBRE ASOCIADO, SERA DEMANDADO A HABER ELEGIDO EL ARBITRAJE VINCULANTE.**

Los detalles sobre la liquidación ante de los tribunales del Estado Libre Asociado se establecen en la Sección [___] de los Procedimientos de ADR.]

**Sección I: Oferta de Acuerdo.** [Deudor] le ofrece un reclamo [general no prioritario sin garantía/gasto administrativo] no garantizado permitido por la cantidad de [$___] contra [Deudor] en plena satisfacción de su(s) Reclamo(s) Designado(s), que deberá satisfacer de acuerdo con cualquier plan de ajuste de deudas confirmado e implementado en [Deudor] Caso del Título III.

Las únicas respuestas permitidas ("<u>Respuestas Permitidas</u>") a la Oferta de Acuerdo son (a) la aceptación de la Oferta de Acuerdo o (b) el rechazo de la Oferta de Acuerdo junto con una contraoferta (una "<u>Contraoferta</u>"). La información sobre las contraofertas está disponible en la Sección ___ de los Procedimientos de ADR.

**Seleccione su Respuesta Permitida en el cuadro a continuación.** DEBE RESPONDER A LA OFERTA DE ACUERDO.

---

<u>**RESPUESTA A LA OFERTA DE ACUERDO**</u>

X   **Yo/nosotros aceptamos los términos de la Oferta de Acuerdo.**

**O**

_____ **Yo/nosotros rechazamos la Oferta de Acuerdo.**

**O**

_____ **Yo/nosotros rechazamos la Oferta de Acuerdo. Sin embargo, aceptaré/aceptaremos un reclamo [general no prioritario sin garantía/gasto administrativo] contra [Deudor] por una cantidad de $___ en total satisfacción del (de los) Reclamo(s) Designado(s), para ser satisfecho de acuerdo con cualquier plan de ajuste de deudas confirmado e implementado en el [Deudor] Caso del Título III.**

---

LA SECCIÓN [___] DE LOS PROCEDIMIENTOS DE ADR ESTABLECE LAS RESTRICCIONES A LAS OFERTAS. SU CONTRAOFERTA NO PUEDE INCLUIR DESCONOCIDO, NO LIQUIDADO O SIMILAR CANTIDADES Y NO PUEDEN SUPERAR LA CANTIDAD O MEJORAR LA PRIORIDAD ESTABLECIDA EN SU MÁS RECIENTE PRESENTADO O ENMENDADA PRUEBA DE RECLAMO. NO PUEDE ENMENDAR SU PRUEBA DE RECLAMO SOLO AL PROPÓSITO DE PROPONER UNA CONTRA OFERTA

DE UNA MAYOR CANTIDAD O UNA MEJOR PRIORIDAD. SI DEVUELVE ESTE
FORMULARIO CON UNA CONTRAOFERTA QUE NO CUMPLE CON LOS TÉRMINOS
DE LOS PROCEDIMIENTOS DE ADR SERA CONSIDERADO QUE USTED HA
RECHAZADO LA OFERTA DE ACUERDO Y LA LIQUIDACIÓN DE SUS RECLAMOS
DESIGNADOS AVANZARA A LA EVALUACIÓN SEGÚN SE ESTABLECE EN LA
SECCIÓN [__] DE LOS PROCEDIMIENTOS DE ADR.

**Sección II: Arbitraje Vinculante o Litigios en Tribunales del Estado Libre Asociado.**

---

**A. CONSENTIMIENTO A UN JUICIO ACELERADO**

**Indique a continuación si acepta un juicio acelerado con respecto a su(s) Reclamo(s) Designado(s):**

_____ Yo/nosotros **CONSENTIMOS** a un Arbitraje Vinculante.

**O**

__X__ Yo/nosotros **NO CONSENTIMOS** a un Arbitraje Vinculante.
**Reconozco que mi/nuestro consentimiento, una vez dado, no se puede retirar.**

---

**B. CONSENTIMIENTO PARA LA LIQUIDACIÓN EN EL TRIBUNAL DEL ESTADO LIBRE ASOCIADO**

**Indique a continuación si acepta la liquidación ante los tribunales del Estado Libre Asociado con respecto al (los) Reclamo(s) Designado(s):**

_____ Yo/nosotros **CONSENTIMOS** la liquidación ante los tribunales del Estado Libre Asociado.

**O**

__X__ Yo/nosotros **NO CONSENTIMOS** la liquidación ante los tribunales del Estado Libre Asociado.

---

[Firma del Designado Representate
Autorizado del Reclamante]

Por: María A. Clemente Ros=a
[Nombre impreso]

10

[Firma del Designado Representante
Autorizado del Reclamante]

Por: <u>María A. Clemente Rosa</u>
[Nombre impreso]

11

8  TUS NOTICIAS

# PAGAN A EDUCADORES QUE HICIERON MAESTRÍAS Y DOCTORADOS EN 2013

**FRANCES ROSARIO**
frances.rosario@gfrmedia.com

El incentivo, que benefició a **166 maestros,** había estado paralizado tras haberse firmado la Ley de Emergencia Fiscal



**PREMIAN SU ESFUERZO**

El gobernador Pedro Pierluisi y el secretario del Departamento de Educación participaron de la entrega de cheques a los maestros. *Suministrada*

El gobernador Pedro Pierluisi anunció el pago de $4.3 millones a unos 166 maestros que para el 2013 demostraron que habían completado maestrías y doctorados, cumpliéndose así con la Ley de Carrera Magisterial.

Señaló que algunos maestros pudieran recibir cheques de hasta $55,900.

"Siempre ha sido nuestro compromiso ayudar a nuestros maestros, por ello otorgamos un aumento sin precedentes de mil dólares, que recién entró en vigor, y ahora estamos honrando nuestro compromiso de pagar la carrera magisterial a los docentes. He sido claro en que nuestros maestros son clave para lograr un sistema de educación pública del que todos nos sintamos orgullosos y que ayude a elevar el aprovechamiento académico de las próximas generaciones", manifestó Pierluisi en conferencia de prensa realizada ayer en La Fortaleza.

De este grupo de 166 maestros, hay 11 que culminaron doctorados. El resto culminó su grado de maestría.

Asimismo, el mandatario informó que otro grupo de educadores que solicitaron los fondos que les corresponde, para los años 2014 y 2015, son evaluados y están en proceso de revisión para emitirse el pago correspondiente.

El secretario de Educación, Eliezer Ramos Parés, aceptó que se trata de unas "6,000 solicitudes que quedaron pendientes" para los años 2014 y 2015, a los cuales no se les ha pagado el incentivo correspondiente por culminar maestrías y doctorados.

El funcionario explicó que los pagos quedaron sin su paga tras haberse firmado la Ley de Emergencia Fiscal.

De paso, Ramos Parés infor-

mó que esperan durante este próximo semestre escolar culminar la evaluación de estos 6,000 maestros para entonces emitir los pagos. No especificó la fecha en que se reportaría el saldo.

Auguró que para el segundo semestre escolar abrirán convocatorias para reactivar el programa de carrera magisterial y reclutar más educadores que quieran proseguir estudios de maestría y doctorado.

No obstante, Ramos Parés alabó este primer paso que se dará para cumplir con los primeros 166 maestros.

"Hoy es un día emblemático, no solo para los maestros que están aquí, sino a todos los maestros, para que puedan ver el magisterio como una carrera", sentenció.

Sally Rodríguez Martínez

fue la primera maestra llamada por el gobernador para entregarle su cheque. Otros empleados también asistieron al evento para recibir su pago.

"Muchas gracias", se le escuchaba decir a los educadores cuando recibían su dinero.

La maestra Marisol García fue la que habló en representación de los beneficiados.

"Gracias por reconocer el esfuerzo. Gracias por reconocer las horas de estudio, el sacrificio a la familia, porque todos hacemos maestría en la casa. Cuando uno está haciendo un doctorado o una maestría, todos están involucrados

en el proceso. Es hora de reconocer esto y de verdad que me llena de orgullo y no caben las palabras en mi corazón de decirle lo agradecida que estoy", señaló García.

**Otro incentivo**

Por otro lado, Pierluisi informó de un desembolso de $58 millones en fondos federales (ESSER) como "incentivo a los empleados de comedores escolares que siempre se han mantenido trabajando de forma presencial en esta pandemia".

Detalló que los empleados recibirán cheques de $1,500 cada tres meses por un perio-

do de nueve trimestres consecutivos. El primer pago, dijo Pierluisi, se emitirá en octubre próximo.

"Los empleados de comedores escolares han sido un ejército de trabajadores que han atendido a nuestros estudiantes, particularmente, en las zonas vulnerables, para garantizar que tengan sus alimentos diariamente. Su dedicación es incuestionable, por lo que hoy le hacemos justicia a ese compromiso y los exhortamos a que continúen dando el todo por el todo por nuestros estudiantes", precisó.

8. NOTICIAS AHORA

> VIERNES, 8 DE JULIO DE 2022    elVocero

# Gobierno reembolsa la carrera magisterial

> **También hay un incentivo para los empleados de comedor**



**Maricarmen Rivera Sánchez**
>mrivera@elvocero.com
@mriverasanchez

El gobernador Pedro Pierluisi anunció el desembolso de $4.3 millones de sobrantes en el presupuesto del Departamento de Educación que serán utilizados para pagar la carrera magisterial de 166 maestros que no habían recibido el dinero al que tenían derecho.

En la conferencia de prensa ayer en La Fortaleza, el gobernador y el secretario de Educación, Eliezer Ramos Parés, entregaron cheques a varias maestras que completaron grados universitarios bajo la promesa de que se les pagarían sus estudios.

El retraso en el pago se debió a que el gobierno no había cumplido con la Ley de Ajuste Salarial para los Maestros y Maestras Conforme a la Ley de Carrera Magisterial.

Una legislación posterior firmada por Pierluisi estableció el pago a los educadores que cumplieron con los requisitos de estudio en 2013 y ordena evaluar los casos de los maestros que solicitaron el beneficio entre 2014 y 2015.

"Es imperativo que cumplamos con el compromiso que hizo el gobierno de compensar por su esfuerzo a estos maestros, un compromiso que múltiples administraciones previas fallaron. Firmé la

> **Dato relevante**

Los maestros recibirán cheques de entre $1,925 hasta $55,930, pago que les adeudaba el gobierno por su desarrollo profesional.

ley y estamos cumpliendo con los maestros y maestras que llevan pidiendo que se reactive el programa de carrera magisterial", expuso el mandatario.

Mediante este programa, los maestros y maestras que completen grados universitarios o se especialicen en las áreas de enseñanza podrían recibir un pago del gobierno para cubrir sus estudios.

Indicó que además de este primer desembolso de $4.3 millones para 166 maestros, habrá una segunda fase para otros educadores que lo solicitaron.

"Estos maestros adquieren destrezas y conocimientos que han podido incorporar en su desempeño en el salón. Los casos de 2014 y 2015 están bajo evaluación para hacer los pagos



El gobernador indicó que es el primer desembolso de $4.3 millones para 166 maestros, y que habrá una segunda fase para otros educadores que lo soliciten. >Suministrada

que corresponden a todos los maestros", informó el primer ejecutivo.

Agregó que los maestros recibirán cheques de entre $1,925 hasta $55,930, dinero que les adeudaba el gobierno por su desarrollo profesional.

El titular de Educación agregó que una vez concluyan con el reembolso a los maestros con los que no se había cumplido, abrirán el programa a otros maestros que interesen continuar su educación y recibir este beneficio de gobierno.

"Quisimos hacer justicia para los maestros que quedaron en ese limbo en 2015, que presentaron esas solicitudes, y luego vamos a ofrecer instrucciones de cómo hacer esas nuevas solicitudes. Antes usábamos mucho papel, ahora queremos ahorrarnos el papel y vamos a anunciar la forma", expresó Ramos Parés.

"La invitación a los maestros es a utilizar

este mecanismo para seguirse desarrollando, mantenerse al día en las nuevas estrategias. Que aprovechen este programa para el pago de matrícula y que eso les compense con remuneración adicional. Y que se queden para que Puerto Rico cuente con los mejores recursos que ha ido formando a través de la historia", señaló el secretario.

**Pago por trabajar durante pandemia**

El gobernador anunció, además, un incentivo para los empleados de los comedores escolares, parte del personal que se mantuvo activo durante los meses iniciales de la pandemia de covid-19 sirviendo alimentos en los comedores de las escuelas públicas.

Se indicó que habrá un 'premium pay' adicional de $1,500 trimestrales para los empleados de comedores escolares que se mantengan trabajando de manera presencial mientras dure la pandemia, hasta un máximo de nueve trimestres. Para cubrir el pago, el gobierno destinó $58 millones que se distribuirán entre 3,500 empleados de comedores escolares.

"Los empleados de comedores escolares han sido un ejército de trabajadores que han atendido a nuestros estudiantes, particularmente en las zonas vulnerables, para garantizar que tengan su alimento diariamente", sostuvo el mandatario. "Su dedicación es incuestionable, por lo que hoy le hacemos justicia a ese compromiso y los exhortamos a que continúen dando el todo por el todo por nuestros estudiantes", agregó.

El primero de estos pagos se emitirá en octubre a los empleados de comedores escolares que estén adscritos y activos en la Autoridad Escolar de Alimentos. Los que estén en destaque o en licencia sin sueldo no están cualificados para el incentivo.

Otro de los requisitos para este beneficio es no tener más de tres ausencias o tardanzas injustificadas, lo que no aplica a los que tengan certificado médico o licencia por covid-19.

2/3
about:blank

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors. [1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING OF MOTION FILED BY MARÍA A. CLEMENTE ROSA

     The Court has received and reviewed the motion (Docket Entry No. 23074 in
Case No. 17-3283) (the "Motion") filed by María A. Clemente Rosa (the "Movant"). Opposition
papers to the Motion must be filed by **December 30, 2022**. Movant's reply papers must be filed
by **January 6, 2023**. The Court will thereafter take the Motion on submission, unless the Court
determines that a hearing is necessary.

     SO ORDERED.

Dated: December 16, 2022

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    United States District Judge

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits
of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA")
(Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto
Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-
LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID:
3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-
5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

221216 SCH ORD RE CLEMENTE ROSA MOT.DOCX     VERSION DECEMBER 16, 2022      1

APPENDIX 3

2022 Laws of Puerto Rico 2022

Law No. 9 of the year 2022

(P. del S. 573); 2022, law 9

Law to amend several laws and order the payments owed from Fiscal Year 2014-2015 in accordance with the Teaching Career Law, as amended.

Law No. 9 of March 7, 2022

To add subparagraph (vi) to subparagraph (d) of Section 11, and amend Section 31 of Act No. 66 of June 17, 2014, as amended, known as the "Special Law for Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico"; amend Section 2.08 of Act No. 26 of April 29, 2017, as amended, known as the "Fiscal Plan Compliance Act"; order the Department of Education and the Office of Management and Budget to identify the amount of four million three hundred and sixty-seven thousand seven hundred and thirty-six dollars ($4,367,736), in the budget of the agency, to cover on or before the end of the Year Fiscal 2022-2023 payments owed corresponding to the period preceding Fiscal Year 2014-2015 in accordance with Act No. 158 of July 18, 1999, as amended, known as the "Teaching Career Act"; order the Department of Education and the Office of Management and Budget to make salary adjustments and to identify the amount of money owed corresponding to said adjustments from Fiscal Year 2014-2015 onwards in accordance with the application of Law 158-1999, supra, in order to include the item in the budget of the Department of Education on or before the end of Fiscal Year 2023-2024; order the Department of Education, the Office of Management and Budget, and the Puerto Rico Fiscal Agency and Financial Advisory Authority to identify the recurrent funds necessary to reactivate compliance with Act 158-1999, supra; in order to achieve reactivation and compliance with Law 158-1999, supra, after the stoppages caused by Law 66-2014, supra, and by Law 26-2017, supra, in the process of complying with the Professional Improvement Plans, Classifications and Teaching Levels of teachers who availed themselves of the Teaching Career Law; and for other related purposes.

## STATEMENT OF MOTIVES

Law 158-1999, as amended, known as the "Teaching Career Law", was adopted to provide for the system of teaching ranks, establish procedures for promotions and salary review, and

provide for the Individual Professional Improvement Plan and the continuing education programs. It was established recognizing the need to continually renew the knowledge of teachers, to improve their skills through studies and teaching practice, and to maintain the best teachers in the classroom of the Department of Education of Puerto Rico ( the Department). For this, it established salary increases for teachers who, in search of their professional improvement, complete new academic degrees, among other requirements.

In Article 1.03 of said Law, it is indicated that the teachers of the classroom, librarian teachers, school counselors, school social workers, teachers will be members of the Teaching Career. specialists in instructional technology, industrial coordinators, and coordinators of vocational programs, as long as they hold regular teacher certificates in the category in which they work, have permanence, and perform the functions inherent in the category of position for which the regular certificate was issued. The Law establishes that these classifications will exist at levels I to IV.

For several years, the Department carried out this procedure in compliance with the terms established by the legislation, the Teaching Career Regulations 6761 (the regulations), and the Secretary's memorandums. However, Law 7-2009, known as the "Special Law Declaring a State of Fiscal Emergency and Establishing a Comprehensive Fiscal Stabilization Plan to Save Puerto Rico's Credit," paralyzed salary increases for the first time, and caused significant delays in the process. review of applications, level recognition, the corresponding salary increase and, above all, the payment of said increase.

For the year 2012, the Department was behind in complying with the review and adjudication of the documentation provided by teachers under the Teaching Career Law. This caused a lot of confusion, duplicate applications, teacher frustration, and payment arrears. Already in 2014, the teachers submitted their application at the beginning of the year, but after the approval of Law 66-2014, as amended, known as the "Special Law on Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico", the Department paralyzed all procedures for the Teaching Career, so it did not review or adjudicate the applications, not even to recognize the academic degrees received by the teachers. Neither issued payments for 2014, nor pending payments from previous years. Furthermore, teachers whose payments for 2013 were pending were informed that they were on a list for payment and many,

even to date, have not received it. This caused dozens of cases pending adjudication before the Public Service Appeals Commission, due to controversies about the Teaching Career.

According to the Department of Education itself, it informed the Committee on Education, Tourism and Culture of the Senate of Puerto Rico, by virtue of Senate Resolution 166, the Teaching Career Program is paid for with funds from the general budget assigned to the Department of Education. However, it has not been able to continue due to the approval of Law 66-2014, supra. This Law declared a state of fiscal emergency and prohibited increases in economic benefits and extraordinary monetary compensation to the employees of the agencies of the Executive Branch, for which the Teaching Career Program was suspended. Under the aforementioned law, an increase in the economic benefits of participating teachers or extraordinary monetary compensation is considered, among others, salary increases for years of service, meritorious service, additional compensation for skills or competence, general increases, and plans of training, education and development in excess of six hundred dollars ($600) per employee. Therefore, they suggested the need to amend Law 66-2014, supra, in order to reactivate and comply with the Teaching Career Law.

The Department continued by stating that, after said Law was approved, there were 166 teachers who were unable to complete the salary review corresponding to Fiscal Year 2013. The employees who submitted salary review in Fiscal Year 2014 amounted to 3,855 teachers. ) and in Fiscal Year 2015 the number of teachers amounted to 3,800. Then, they suggested that, in order to reactivate the Teaching Career, the Department would need approximately eight million dollars ($8,000,000) annually for recurring expenses, according to data provided by the Office of the Teaching Career, if pending plans for review and activation of the Teaching Career at the time of the suspension of payments in compliance with Law 66-2014, supra. They even established that the amount of the debt corresponding to the Teaching Career for the years preceding the stoppage from 2013 to 2021 amounts to approximately four million three hundred and sixty-seven thousand seven hundred and thirty-six dollars ($4,367,736).

In turn, they stated that Law 26-2017, as amended, known as the "Fiscal Plan Compliance Law", prohibits the payment of bonuses, with the exception of the Christmas bonus. Therefore, this Law must be amended so that compliance with the Teaching Career Law is not considered a bonus. Said action must be accompanied by an allocation of funds to meet the fiscal impact that the reactivation of economic benefits for teachers would have.

For its part, the Office of Management and Budget (OGP) established that the consolidated budget of the Department of Education for Fiscal Year 2021-2022 amounts to two thousand three hundred fifty-six million one hundred seventy-three thousand fifty-five dollars ($2,356,173,055.00). ), which is broken down as follows:

General Fund: $2,342,589,000.00

Special Funds: $12,718,000.00

Federal Funds: $866,055.00.

Currently, the OGP needs an additional allocation request from the Department of Education to be able to implement the Teaching Career, after the paralysis imposed by Law 66-2014, supra. This, in order to, together with the Financial Advisory Authority and Fiscal Agency of Puerto Rico, request the reprogramming of funds necessary to comply with the Teaching Career, without violating the foundations of the Fiscal Plan and the PROMESA Law.

Despite the fact that thousands of teachers complied with all the requirements demanded by their Professional Improvement Plans, they sacrificed their nights, weekends, vacations, paid for academic and continuing education courses out of their own pocket, and submitted their documentation on time, they have not received recognition for their efforts, nor the corresponding salary increase. The teachers acted in compliance with the purposes of the Teaching Career Law, but the Government failed to comply with the law that it enacted and did not compensate these teachers with the increases to which they are entitled.

It is known by all that the teacher's salary in Puerto Rico is very low. The Teaching Career provided a method for teachers to improve their knowledge and in turn receive better compensation for their work. The salary increase under the Magisterial Career is based on academic work, continuing education, satisfactory evaluations and, in some cases, on carrying out special projects in the school community. It is an increase rooted in the effort of teachers, beyond their classes, but with the fundamental purpose of being better educators in order to improve the quality of teaching in Puerto Rico. For this reason, this Legislative Assembly considers it meritorious that justice be done to the teaching class, and that the necessary public policy obstacles that allow full compliance with the Teaching Career Law be eliminated.

BE IT ENACTED BY THE LEGISLATURE OF PUERTO RICO:

Section 1.- A subsection (vi) is added to subsection (d) of Section 11 of Act 66-2014, as amended, known as the "Special Act for Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico", so that it reads as follows:

"Article 11.– Concession of Increases in Economic Benefits or Extraordinary Monetary Compensation.

(a) From and during the effectiveness of this Law, no increases in economic benefits or extraordinary monetary compensation will be granted to the employees of the Entities of the Executive Branch, with the exception of what is established in subsection (d) of this Article.

(b) ...

(c) ...

(d) The following will not be considered an increase in economic benefits or extraordinary monetary compensation:

(Yo)    ...

(ii) ...

(iii) ...

(iv) ...

(v) ...

(vi) Salary adjustments and monetary compensation to public employees of the Department of Education for compliance with Law 158-1999, as amended, known as the "Teaching Career Law" .

Notwithstanding the foregoing, with the exception of the employee assistance programs and the training provided by the Office of Human Resources Administration and Transformation of the Government of Puerto Rico (OATRH), the appointing authority or its authorized representative must consider that the situations provided above constitute an increase in economic benefits or extraordinary monetary compensation when it is necessary to temper the expenses of the Entity of the Executive Branch to the approved budget or to exceed an operating deficit projection.


(h)..."

Section 2.- Article 31 of Act 66-2014, as amended, known as the "Special Act for Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico," is hereby amended to read as follows:

"Article 31. – Prohibition of retroactive claims at the end of the validity of this Law.

With the exception of the provisions of Article 11(c), on cash settlements for excess vacation or sick leave, and with the exception of any disbursement of money or payment of debt that the Department of Education has pending with the (as) public employees for compliance with Law No. 158-1999, as amended, known as the "Teaching Career Law", any commitment or obligation that has been temporarily suspended while it is in force This Law cannot be claimed retroactively, nor will it configure any credit, once it loses its validity."

Section 3.- Article 2.08 of Act 26-2017, as amended, known as the "Fiscal Plan Compliance Act," is hereby amended to read as follows:

"Article 2.08. – Bonuses

As of the entry into force of this Law, the only economic bonus that will be granted to public employees of the Central Government and its public corporations will be for the Christmas bonus. The amount that the employees shall be entitled to receive shall be six hundred dollars ($600.00) in each year in which they have rendered services to the Commonwealth of Puerto Rico for at least six (6) months. Provided that the retroactive payments owed, as well as the changes in the remuneration of the public employees of the Department of Education, made by the Department of Education in compliance with Act 158-1999, as amended, known as the "Law of the Teaching Career", they will not be considered as bonuses for the purposes of this Law."


Section 4.- The Department of Education and the Office of Management and Budget are hereby ordered to identify and reprogram approximately four million three hundred and sixty-seven thousand seven hundred and thirty-six dollars ($4,367,736) from the General Fund items assigned to cover in or before the end of Fiscal Year 2022-2023, the payments due corresponding to the period preceding Fiscal Year 2014-2015 in accordance with Law 158-1999, as amended, known as the "Teaching Career Law".

Section 5. - The Department of Education is ordered to carry out, within a period of 270 days from the entry into force of this Law, all procedures, calculations and analyzes required to identify and qualify the professionals of the Department of Education to whom which did not complete the salary adjustment process under the Teaching Career Law despite meeting the qualification requirements for it. Said procedure will allow those professionals of the Department of Education who have complied with their Teaching Career Professional Improvement Plan by completing some stage of a Level or culminating a Level, to be allowed retroactive salary review

and payment to the years that the Program of Teaching Career of the Department of Education did not request the Professional Improvement Plan.

Section 6.– The Department of Education is directed to identify the amount of money owed corresponding to Fiscal Years 2014-2015, 2015-2016, 2016-2017, 2017-2018, 2018-2019, 2019-2020, 2020-2021 and 2021-2022 in accordance with the application of Law 158-1999, supra.

Section 7.– Once the provisions of Sections 5 and 6 of this Act are complied with, the Department of Education, in collaboration with the Office of Management and Budget, and with the Financial Advisory Authority and Fiscal Agency of Puerto Rico, to identify those budgetary efficiencies that provide the amount of funds necessary to cover the payments due for Fiscal Years 2014-2015, 2015-2016, 2016-2017, 2017-2018, 2018-2019, 2019-2020, 2020-2021, and 2021-2022 in accordance with the application of Law 158-1999, supra, in the budget of the Department of Education on or before the end of Fiscal Year 2023-2024, under the projected expenses to be covered with the allocated item of the General Fund.

Section 8.–Once the provisions of Sections 4, 5, 6, and 7 of this Act are complied with, the Department of Education, the Office of Management and Budget, and the Financial Advisory Authority and Fiscal Agency of Puerto Rico to calculate and identify the recurrent funds necessary to reactivate compliance with Act 158-1999, supra, on or before the end of Fiscal Year 2024-2025.

Section 9.- Separability Clause.

If any clause, paragraph, subparagraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, subheading or part of this Law is annulled or declared unconstitutional, the resolution, opinion or sentence to that effect issued will not affect, harm, or invalidate the remainder of this Law. The effect of said sentence will be limited to the clause, paragraph, subparagraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, subheading or part of it that has thus been annulled or declared unconstitutional. If the application to a person or a circumstance of any clause, paragraph, subparagraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, subheading or part of this Law is invalidated or declared unconstitutional, the resolution, opinion or sentence issued to that effect will not affect or invalidate the application of the remainder of this Law to those persons or circumstances in which it can be validly applied.

It is the express and unequivocal will of this Legislative Assembly that the courts enforce the provisions and application of this Law to the greatest extent possible, even if any of its parts are left without effect, annulled, invalidated, damaged or declared unconstitutional, or, even if it is left without effect, invalidates or declares its application to any person or circumstance unconstitutional.

Section 10.- Validity.

This Law will enter into force immediately after its approval. The Department of Education, the Office of Management and Budget, and the Financial Advisory Authority and Fiscal Agency of Puerto Rico, must submit a partial report to the Legislative Assembly, 180 days after the entry into force of this Act, to present the progress made in the achievement of Section 4 of this Law, a second partial report after one year of entry into force of this Law, to present the progress made in the achievement of Sections 5, 6 and 7 of this Law, and a final report on June 1, 2024 to present the progress made in achieving Section 8 of this Act.


CAVEAT

-This document is a copy of the original Law of Puerto Rico when it was approved, it does not include subsequent amendments. It is subject to subsequent amendments and to the integration of the amendments to the main law of the Laws of Puerto Rico. Its electronic distribution is done as a public service to the community. Always look for subsequent laws for possible amendments to this law and/or the parent law, as amended and updated .

APPENDIX 3 A



### GOBIERNO DE PUERTO RICO
#### DEPARTAMENTO DE EDUCACIÓN
#### Secretaria Auxiliar de Recursos Humanos

*OCM-11A*

*Programa de Carrera Magisterial*

### RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL

*Certifico que se ha revisado y analizado la "**Certificación de Radicación y Aprobación del Plan de Mejoramiento Profesional" (OCMO6)** de:*

| | | |
|---|---|---|
| Nombre | : | María A. Clemente Rosa |
| Seguro Social | : | 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 |
| Escuela | : | Intermedia Sana Llana |
| Distrito Escolar | : | San Juan II |
| Región Educativa | : | San Juan |

*La misma cumple con las disposiciones de Ley establecidas en los artículos 2.02 "**Miembros de la Carrera Magisterial**", 2.06 "**Activación a la Carrera Magisterial**" y 2.07 "**Formularios**", por lo cual se recomienda que se le otorgue el **Nivel I** con un aumento salarial de **$122.50** por concepto de haber completado exitosamente con éstos. La vigencia de su plan es desde abril 2012 hasta abril 2017.*

*Certifico Correcto:*

_____
Milagros Rohena Rivera, Ed. D.
Directora

_____
Fecha

**Nota: Este formato es para uso oficial.**

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos · oportunidades de empleo.

## ESCUELA DE LA COMUNIDAD INTERMEDIA SABANA LLANA
## PROGRAMA DE EDUCACIÓN TECNOLÓGICA

Martes 21 de agosto de 2012

Dr. Luis A. Orengo Morales
Superintendente de Escuelas
Distrito Escolar San Juan II

Estimado Superintendente:

¡Saludos Cordiales!

Se dirige a ustedes muy respetuosamente la Srta. María A. Clemente Rosa, maestra de la Escuela Intermedia Sabana Llana, por este medio deseo informar que como parte del requisito que establece la Carrera Magisterial, para los maestros participantes, estaré desarrollando el Proyecto titulado: **Desarrollando Tecnología Innovadora e Integrando la Estrategia, Comprensión Lectora**[1]. El mismo se implementará durante los meses de agosto de 2012 a octubre de 2012, de lunes a viernes, en horario de 3:00 p.m. a 5:00 p.m. en el salón número 19, de Educación Tecnológica. Esperando su acostumbrada cooperación. Queda de ustedes.

Cordialmente

María A. Clemente Rosa
Maestra
Programa de Educación Tecnológica
Escuela de la Comunidad Intermedia Sabana Llana

VO. BO.

Dr. Luis A. Orengo Morales
Superintendente de Escuelas
Distrito Escolar San Juan II

1. Planificación del plan del proyecto, horario pueden estar sujetos a cambios.



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O

DEPARTAMENTO DE EDUCACIÓN

**OFICINA DE CARRERA MAGISTERIAL**

25  de septiembre de 2014

| | | | |
|---|---|---|---|
| Nombre | : Maria A. Clemente Rosa | Especialidad: | Educación Tecnológica |
| Escuela | : Int. Sabana Llana | Región: | San Juan |
| Distrito | : San Juan II | | |

Estimada profesora:

De acuerdo a la evaluación realizada a su trascripción de créditos de estudios graduados y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios:

Educación General: 18 créditos
- HIST   1417  (Centro Estudios Avanzados de P.R.)
- HIST   1307  (Centro Estudios Avanzados de P.R.)
- HIST   1305  (Centro Estudios Avanzados de P.R.)
- HIST   1310  (Centro Estudios Avanzados de P.R.)
- LITE   1704  (Centro Estudios Avanzados de P.R.)

**Créditos reconocidos (18)**

Especialidad: 27 créditos

**Créditos reconocidos (0)**

Usted deberá aprobar seis (6) créditos universitarios graduados en cursos relacionados a la categoría docente donde posee su nombramiento permanente (**Educación Tecnológica**). o Currículo y Enseñanza o Tecnología Educativa

Además, deberá presentar esta carta en cada proceso que realice en la Carrera Magisterial, incluyendo los procesos de revisión de salario y nivel, para evitar confusiones con el técnico que evalúe su caso.

Cordialmente,

Edgardo Feliciano Sánchez
Especialista de Recursos Humanos

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2448



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Student No: I00030534                    Date of Birth:                    Date Issued: 29-SEP-2014
                                                                                              STUM

    Record of: MARIA A CLEMENTE ROSA                                              Page:   1
Current Name: MARIA A CLEMENTE ROSA
              *** WARNING ***
              --No Address--

  Issued To: MARIA CLEMENTE ROSA
             COND;ASTRALIS 9546
             CALLE DIAS WAY
             APT; 311
             CAROLINA, PR 00979

Course Level: GRADUATE (MASTERS)
Student Type: Special
  Only Admit: SUMMER JUNE 1992

Current Program
        College : Metropolitan
        Major : EDUC: ADMINISTRATION & SUPERVI

SUBJ  NO.  C          COURSE TITLE          CRED GRD      PTS R
_____

INSTITUTION CREDIT:

SUMMER JUNE 1992
EDUC 692E  M   FOUNDATIONS OCCUPATIONAL EDUC   3.00 A      12.00
EDUC 693E  M   VOCATION EDUC SPECIAL STUDENTS  3.00 A      12.00
        Ehrs:  6.00 GPA-Hrs: 6.00   QPts:   24.00 GPA:  4.00
Good Standing
********************* TRANSCRIPT TOTALS **********************
               Earned Hrs  GPA Hrs   Points    GPA
TOTAL INSTITUTION   6.00      6.00     24.00    4.00

TOTAL TRANSFER      0.00      0.00      0.00    0.00

OVERALL             6.00      6.00     24.00    4.00
********************* END OF TRANSCRIPT **********************

                                                    Lisette Rivera Ortiz
                                                         Register

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

# INTER AMERICAN UNIVERSITY OF PUERTO RICO
## GUIDE TO TRANSCRIPT EVALUATION

## ACCREDITATION
Inter American University of Puerto Rico has maintained its accreditation by the Middle States Association of Colleges and Schools since 1944. Accreditation of individual programs is indicated in other University publications.

## GRADING SYSTEM
All credits are based on semester hours. The following letter grades are used to designate the quality of student achievement. These grades are used for undergraduate and graduate courses; the grade "D" is not used in graduate level programs.

## GRADES WITH CORRESPONDING HONOR POINTS

| Grades | | Honor Points Per Credit |
|---|---|---|
| A | Superior Attainment | 4 |
| B | Above Average Attainment | 3 |
| C | Average Attainment | 2 |
| D | Lowest Passing Grade | 1 |
| F | Failure | 0 |

## GRADE POINT AVERAGE (GPA)
The grade point average is calculated by dividing the total number of honor points by the total number of credits completed with the above grades. Provisional grades are not considered for the GPA.

## GRADES WITH NO CORRESPONDING HONOR POINTS
AD   Administrative Drop
AU   Audit
DP   Disssertion in Progress
I ( )   Incomplete (a provisional grade is assigned together with the "I". If the unfinished work is not completed within a specified time the provisional grade will become the final grade)

NP   Non Passing
P   Passing
R   Repeated Course
T   Transfer Credits
TP   Thesis in Progress
UW   Unauthorized Withdrawal
W   Withdrawal
WM   Military Service Withdrawal

## UNIT OF INSTRUCTION
One credit hour is awarded for every fifteen class hours per academic session and in the laboratory one credit hour is awarded for thirty to fourty-five hours per session.

## TRANSCRIPT FORMAT AND ISSUANCE
Questions concerning the issuance or authenticity of this transcript should be directed to the issuing campus. The University issues separate transcripts for undergraduate, graduate and professional school degree work.

## COURSE NUMBERING SYSTEM
Effective as of academic year 1987-88 courses levels are identified by a four-digit numbering system. The first digit indicates the level of complexity of the course. Numbers one to four, undergraduate courses; numbers five and six, Master's level courses and numbers seven and eight, Doctoral level courses.

## TRANSCRIPTS FROM OTHER INSTITUTIONS
Inter American University of Puerto Rico does not issue copies of transcripts or documents from other institutions.

## PRIVACY RIGHT
The Family Educational Rights and Privacy Act of 1974. (Buckley Amendment) prohibits the issuance of this record to third parties unless previously authorized by the student.

**TO TEST FOR AUTHENTICITY:** The face of this document has a green background and the name of the institution appears in small print.
INTER AMERICAN UNIVERSITY OF PUERTO RICO · INTER AMERICAN UNIVERSITY OF PUERTO RICO · INTER AMERICAN UNIVERSITY OF PUERTO RICO · INTER AMERICAN UNIVERSITY OF PUERTO RICO · INTER AMERICAN UNIVERSITY OF PUERTO

**SECURITY FEATURES:** The border on the front of document is microprint with the name of the institution and can only be seen when magnified. Thermo Chromatic Heat Sensitive Ink Seal on back (When rubbed, logo disappears and comes back to full color). True Watermark may be seen by holding document to the light and when placed at an angle. Paper contains visible and invisible fibers.

**ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE CRIMINAL OFFENSE!** A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the written consent of the student.

**VALID ONLY WITH REGISTRAR'S SIGNATURE IN RED INK**

# Departamento de Educación
### Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos
### Oficina de la Carrera Magisterial

*ocm-14*

| | | |
|---|---|---|
| Fecha | : | 18 de octubre de 2001 |
| Sr.(a) | : | María A. Clemente Rosa |
| Seguro Social | : | 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 |
| Escuela | : | Int. Sabana Llana |
| Distrito Escolar | : | San Juan III |
| Región Educativa | : | San Juan |

## AUTORIZACIÓN PARA TOMAR CURSOS ACADÉMICOS EN ÁREAS RELACIONADAS CON LA ESPECIALIDAD DE ACUERDO AL ARTÍCULO 6.11 DEL REGLAMENTO DE LA CARRERA MAGISTERIAL

Consignamos haber recibido su solicitud para tomar cursos relacionados con la especialidad donde tiene status permanente y la misma ha sido:

_✓_ Aprobada

_____ Denegada por la(s) siguiente(s) razón(es):

_ ____ No incluyó programa de estudios

_____ Radicación tardía

_____ Programa de estudios incompleto

_____ Programa de estudios no guarda relación con la especialidad

_Marí J. Batt_
Secretario de Educación
o su representante autorizado

Fecha de aprobación: _23 octubre 2001_

RECIBIDO
82- 0 3 2012
OFICINA DE
CARRERA MAGISTERIAL

TO       : Sra. Carmen I. Esteva
           Directora
           Esc. De La Comunidad Sabana Llana Int.

FROM:    : María A.Clemente Rosa
           Maestra Asociada
           Artes Industriales

SUBJECT:

DATE:        30 de Abril de 2001

1.   Entrega Plan De Mejoramiento para solicitar el Rango de Maestro

2.   Carta de Revisión y solicitud de evaluación (Para los 15 de enero de

3.   cada año escolar)

4.   Copia carta al Secretario

*Martha R. Figueroa Medina*
30/04/2001

COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

22 de mayo, 2001

Sr. Cesar Rey Hernández
    Secretario de Educación
    Departamento De Educación


*Se dirige a usted muy respetuosamente la Srta. María A. Clemente Rosa, Prof.*

*de Artes Industriales de la Esc. De La Comunidad Int. Sabana Llana, por este*

*medio deseo recabar su autorización para realizar mis estudios doctorales en el*

*área de Administración y Supervisión, para aspirar al rango de* **Maestro.**

*Mi solicitud se debe a que en las universidades de Puerto Rico, no ofrecen el*

*doctorado en Currículo y Enseñanza en el área de Artes Industriales ni Vocacional*

*y tampoco ofrecen las maestrías en esas áreas ya mencionadas. Por tal razón tuve*

*que hacer una maestría en el área de Administración y Supervisión y por consi-*

*guiente solicito la oportunidad para realizar estudios doctorales en esa área.*

*Actualmente tengo todos los pre- requisitos para iniciar mis estudios doctorales en*

*el área de Administración y Supervisión. Por el contrario en el Doctorado de*

*Currículo y Enseñanza, tengo que hacer nuevamente 18 créditos a nivel graduado*

*como pre- requisito en el área de Artes Industriales y en Puerto Rico no los ofrecen*

*o 18 creditos graduados en cualquier otra área de enseñanza y ese requisito conlle-*

*va realizar otra maestría en Currículo y Enseñanza. Lo cual no es justo ni razonable*

*para mi, además no cuento con el recurso económico para costearme otra maestría.*



*Según la Ley Núm. 158 del 18 de julio de 1999, conocida como la Ley de la*

*Carrera Magisterial, reconoció y aceptó que los maestros de Artes Industriales que*

*tuviesen una maestría en el áre de Administración y supervisión o cualquier otra*

*maestría y trece (13) años de servicio obtenían el rango de* **_Maestro Asociado._**

*Por que en Puerto Rico no se ofrece la maestría ni doctorado en el área de Artes*

*Industriales.*

*Sr. Hernández, ante esta situación que me surge de tener un Bachillerato en Artes*

*Industriales y una Maestría en Administración y Supervisión, (la cual me da los pre-*

*requisitos para realizar un doctorado en esa área) es que me dirijo hacia usted ,*

*para que evalue mi caso y me pueda conceder la autorización para realizar mis*

*estudios doctorales en el área de Administración y Supervisión en agosto de 2001.*

*Adjunto le envio copia del currículo del Programa doctoral en el área de Currículo*

*y Enseñanza. Espero su acostumbrada cooperación, queda de usted.*


*Cordialmente,*

*María A. Clemente Rosá*
*Prof. Artes Industriales*
*P.O . Box 7103*
*San Juan, P.R. 00916*
*Tel. y Fax 768 - 8185*


RECIBIDO

OFICINA DE
CARRERA MAGISTERIAL

TO          :  Sra. Carmen I. Esteva
               Directora
               Esc. De La Comunidad Sabana Llana Int.

FROM:       : María A.Clemente Rosa
               Maestra Asociada
               Artes Industriales

SUBJECT:    ENVIO DE DOCUMENTOS SOBRE:

DATE:          30 de Abril de 2001

CC:

1.    **Entrega Plan De Mejoramiento para solicitar el Rango de Maestro**

2.    **Carta de Revisión y solicitud de evaluación (Para los 15 de enero de**

3.    **cada año escolar)**

4.    **Copia carta al Secretario**

*Martha R. Figueroa Medina*
30/04/2001

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

MESSAGE CONFIRMATION REPORT

| | | |
|---|---|---|
| REMOTE ID. | : | 7541155 |
| PAGES | : | 03 |
| MODE | : | 9600/STANDARD |
| RESULTS | : | OK |

*Enviado el 31/mayo/07 Alma*

Certifico que  María A. Clemente Rosa  Seguro Social: ████████ de la
Escuela de la Comunidad Sabana Llana Intermedia del Distrito Escolar de San
Juan III radicó  su Plan de Mejoramiento Profesional de acuerdo a lo estipulado
en el  Artículo 2.03 del Reglamento de la Carrera Magisterial para el periodo del
1ro de mayo 2001 al  1ro de mayo 2006 certifico, además que el Comité de
Evaluación analizó dicho Plan a la luz del artículo 6.04 del mismo reglamento y
éste fue aprobado hoy   23 mayo      de   2001    .

## COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| *Carmen Jez Esteva* | *Carmen J. Esteva* | *Directora* |
| *Luz María Torres (Ríta)* | *Luz María Torres, Rita* | *maestra - ciencia* |
| *JOSÉ A. Rodríguez Moanés* | *A. Rodríguez Morales* | *Agte. de Escuela* |

Fecha:    23 de mayo de 2001

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 24 2012

Maria A. Clemente Rosa
Condominio Astralis 9546
Calle Diaz Way Apt. 311 Torre # 6
Carolina, P.R. 00979
787 597-6267

# Hoja de Tramite

**A:**  Sr. Eric Pérez
Director Ejecutivo
Oficina De La Carrera Magisterial
Departamento De Educación

**De:**  María Clemente Rosa            **Date:**  2/11/2014
Maestra de Educación Tecnológica
Esc. Intermedia Sabana Llana
Tel. (787) 597-6276, (787) 257-7921

☐ **Urgent**      X **For Review**      ☐ **Please Comment**      ☐ **Please Reply**      ☐ **Please Recycle**

1.  Copia de la carta de los  elementos # 2 Desarrollo Profesional, que faltaba.

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

# PLAN DE MEJORAMIENTO
# PROFESIONAL

María A. Clemente Rosa

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

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte II Introducción**

Nombre: <u>María A. Clemente Rosa</u>          Pagina # <u> 1 </u>

Seguro Social: ~~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~~          Fecha de radicación: <u>15 de febrero de 2012</u>

INFORMACIÓN PROFESIONAL

A.  Preparación académica y experiencia docente
    Bachillerato en Educación en Tecnología (Artes Industriales).
    Maestría en Administración y Supervisión Vocacional Escolar.
    Maestría en Gerontología.
    Experiencia docente: 25 años de experiencia en Escuela Secundaria.

    Durante los pasados 3 años he tomado los siguientes cursos con crèdito universitario:

- 1 Er. semestre: 2010 – Centro de Estudios Avanzados y del Caribe- 9 Créditos.
  Historia de P. R. I, Historia Gen Del Caribe, Historia De P. R. II.

- Verano 2010- Centro de Estudios Avanzados y del Caribe – 3 Créditos.
  Aportación Africana al Caribe.

- 2 do semestre: 2010 – Centro de Estudios Avanzados y del Caribe- 6 Créditos
  Teorías y Metodología de la Investigación en la Historia, La mujer en la Historia
  de Hispanoamérica.

- 1 Er. Semestre: 2011– Centro de Estudios Avanzados y del Caribe- 3 Créditos
  Historia de Puerto Rico y El Caribe Contemporáneo.

- 2 do semestre: 2011 – Centro de Estudios Avanzados y del Caribe- 6 Créditos
  Historiografía Europea- Americana, Cine documental e historiografía.

- 1 Er. Semestre: 2012 - Centro de Estudios Avanzados y del Caribe- 6 Créditos
  Problemas Contemporáneos de Latinoamérica, Hispanoamérica: de la conquista
  a la independencia. En progresó.

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

Certificaciones
- Certificado de Maestro en Educación en Tecnología.
- Certificado de Maestro de Español.
- Certificado de Maestro de Historia.
- Certificado de Director de Escuela Secundaria.
- Certificado de Director Vocacional Escuela Secundaria.

B. Adiestramientos:

1. Taller sobre: Estrategias de Prevención de VIH/SIDA en Adolescentes.

2. Orientación sobre los procesos a seguir para convertir la Escuela intermedia Sabana Llana, en una Escuela Especializada.

3. Orientación sobre Escuela No Seguras y Salón Manejo de Conflicto.

4. Taller de Desarrollo Profesional en "Pawer Point", "Tutorial", Uso y Manejo de la Cámara de Fotos", Uso y manejo de la cámara de Películas".

5. Conferencia sobre el,  Desarrollo de propuestas Innovadoras. Programa Learn and  Serve America, Departamento de Educación.

6. Taller para la preparación de propuestas educativas, a maestros participantes del programa Learn and  Serve America de Puerto Rico, del Departamento de Educación.

C. Logros y reconocimientos profesionales obtenidos

1. Maestro de Excelencia Región de San Juan, Fondo de Excelencia de Puerto Rico. Junio 1992.



COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN

## SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte II Introducción**

Nombre: <u>María A. Clemente Rosa</u>                           Pagina # __2__

Seguro Social:<span style="background:blue">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</span>

D.  Actividades Académicas y No Académicas de servicio a la comunidad
    escolar realizadas en los últimos dos años.

1. Participante Comité de Planificación, Escuela Intermedia Sabana Llana.
2. Recurso, para la preparación del Plan Multirriesgo de la Escuela
   Intermedia Sabana Llana.
3. Recurso para la preparación del Plan Bienestar Escolar, integrado a la
   Escuela Intermedia Sabana Llana.
4. Recurso del comité de premiación de la Escuela Intermedia Sabana
   Llana.
5. Recurso como coordinadora de los Programas suplementarios de la
   Compañía Brainstrong, en Horario Extendido del Departamento De
   Educación.
6. Recurso para buscar becas de Arte en el Municipio de San Juan, a
   estudiante de la Escuela Intermedia Sabana Llana.
7. Desarrollo de actividades deportivas (torneos de baloncesto) en horario
   del ½ día, para los estudiantes.
8. Desarrollo del club de deportes.
9. Desarrollo de las Actividades de Baloncesto del Club de Deportes con LA
   Organización Sin Fines de Lucro: Rescatando A través del Deporte Inc.
   (RAD). En la misma integramos los valores positivos y fomentamos el
   deporte. Ver apéndice.
10. Recurso como ayudante al maestro de educación física de la escuela en
    las practicas a los estudiantes masculinos, participantes en las
    competencias de deportes que celebra el distrito de San Juan II.
11. Colaborar con los padres de la comunidad escolar, en asignaciones de
    ex estudiantes de la Escuela Int. Sabana Llana.
12. Recurso para ofrecer las cartas de recomendación a estudiantes que
    inician sus estudios en la escuela superior.
13. Fungir como maestra de apoyo, en horario de 8:00 a 9:00 a.m. cuando no
    se encuentra los /las maestros @ de salón hogar.
14. Realizar ferias vocacionales entre los grupos del Programa de Educación
    en Tecnología. Exhibición y lanzamientos de cohetes.
15. Desarrollo de estrategias innovadoras de enseñanza y aprendizaje. Las
    cuales se aplican en los estudiantes, que por condiciones de salud no
    pueden asistir regularmente a clases.
16. Informo a los padres sobre el aprovechamiento de sus hijos.

COTEJADO POR:
CARRERA MAGISTERIAL
COTEJO
JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte II Introducción**

Nombre: María A. Clemente Rosa                    Pagina # 3
Seguro social: 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

E. Resumen del entorno, social, cultural, económico y académico de la escuela y la comunidad a la cual sirve.

1. **Datos Generales sobre la escuela**

La Escuela de la Comunidad Intermedia Sabana Llana pertenece al Distrito Escolar San Juan II. La escuela està ubicada en la calle Juan Peña Reyes, esq. Ave. De Diego en Rio Piedras. La matrícula de nuestra escuela es de 301 estudiantes, del nivel intermedio. La misma cuenta con 101 estudiantes en séptimo, 115 estudiantes en octavo grado y 85 estudiantes de noveno grado. De la matrícula total tenemos 55 estudiantes del Programa de Educación Especial.

El currículo de la escuela está contemplado a los Estándares educativo, del Departamento de Educación. Actualmente la escuela se encuentra en Plan de mejoramiento y está trabajando como estrategia reformadora, Comprensión Lectora y El Modelo Instruccional Rigor, Relevancia y Relaciones, para la enseñaza y aprendizaje. La escuela en su currículo, ofrece los créditos para que el estudiante pueda obtener el 9no grado. Incluyendo los Programas Vocacionales Educación en Tecnología, (Artes Industriales) y El programa de Vida en Familia (Economía Doméstica) y como cursos electivos se ofrece Teatro y Salud. La escuela también cuenta con su Plan de Trabajo, Plan Multiriesgo, el Plan de Estudio de necesidades y el Plan Innovador de Bienestar Escolar.

- **Aprovechamiento Académico general de la Escuela**

  De la matrícula total, aproximàdamente 257 estudiantes obtuvieron calificaciones de a, b, y c. Durante el primer semestre del año 2012.

- **Programas para estudiantes con necesidades especiales.**
  La escuela cuenta con el Programa de Educación Especial, para el cual cuenta con dos maestras que atienden a los estudiantes participantes. Actualmente la escuela en horario extendido ofrece Tutorías Suplementarias, de la compañía Yees, Inc., y del programa ASPIRA.

RECIBIDO POR:
CARRERA MAGISTERIAL
SECRETARÍA DE COTEJO

JUL 2 4 2012

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte II Introducción**

Nombre: María A. Clemente Rosa            Pagina # __4__

Seguro Social: ███████

- **Organizaciones Estudiantiles**
  La Escuela de la Comunidad Intermedia Sabana Llana, cuenta en
  la actualidad con 15  Organizaciones Estudiantiles.  Entre ellas
  Club de Deportes, Club de Jardinería, Club de Refinamiento, Club
  de Futuros abogados, Club de Manualidades, Consejo Escolar,
  Club de Biblioteca, Teatro, Pesas, Música, Juego de mesa, Redes
  Sociales, Imagen, Orientadores, Mejoramiento Social, Yo y mi
  mundo e Historias en fotografía a través de la tecnología entre
  otros.

**2. De la comunidad**

La mayoria de los estudiantes de la Escuela Intermedia Sabana Llana reside en
vivienda Pùblica y en parcelas.  El estado socioeconòmico de las familias de
nuestros estudiantes es en su mayoria bajo el nivel de pobreza y privación cultural y
social.  Los estudiantes provienen en su mayoria de hogares formados por un solo
componente este puede ser la madre sola, tío, tía, abuela. Y en pocos casos el
padre es el encargado del estudiante. En cuanto al nivel de estudios de los padres
de la comunidad escolar este es de nivel intermedio.

COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN
## SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte III Objetivo general**

Nombre: <u>María A. Clemente Rosa</u>                    Pagina # __5__

Seguro Social: 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               Fecha de radicación <u>15 de febrero de 2012</u>

### Objetivo General del Plan

__Al_finalizar_las_cinco_etapas_de_desarrollo_del_Plan_de_Mejoramiento_Profesional
espero_alcanzar_el_rango_magisterial_de_Maestro_y_solicitar_las_____ revisiones
de salario correspondientes_en cada etapa.

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN
## SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte V Anejos**

Nombre: <u>María A. Clemente Rosa</u>                    Pagina # <u> 6 </u>

Seguro Social: ~~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~~             Fecha de radicación  <u>15 de febrero de 2012</u>

COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

ANEJO 1

OCM-07 ENMENDADA

### GOBIERNO DE PUERTO RICO
#### DEPARTAMENTO DE EDUCACIÓN
#### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
#### OFICINA DEL DESARROLLO DEL CAPITAL HUMANO

PROGRAMA DE CARRERA MAGISTERIAL

## SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL

Honorable   Secretario Sr. Edward Moreno Alonso, Ed. D.

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito Revisión de Salario de las etapas: _x_ 1, ___ 2, ___ 3, ___ 4, ___ 5 del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: _x_ II, ___ III, _x_ IV.

Nombre del Solicitante:   María A. Clemente Rosa

Seguro Social:   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

Categoría de la Permanencia:   Educación en Tecnología R 16045

Escuela:   Intermedia Sabana Llana

Municipio:   San Juan

Distrito Escolar:   San JuaN II

Región Educativa:   San Juan

_____
Firma del Solicitante

15 de febrero de 2012
_____
Fecha

Recibido por: _____

```
COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012
```

ANEJO 2

OCM-09 ENMENDADA

### GOBIERNO DE PUERTO RICO
### DEPARTAMENTO DE EDUCACIÓN
### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DEL DESARROLLO DEL CAPITAL HUMANO

PROGRAMA DE CARRERA MAGISTERIAL

## RECOMENDACIÓN DE REVISIÓN DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificamos que hemos considerado la solicitud de Revisión de Salario y Recomendación de Nivel de:

Nombre: __María A. Clemente Rosa__

Seguro Social: __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__

Escuela: __Intermedia Sabana Llana__

Distrito Escolar: __San Juan II__

Municipio: __San Juan__

Región Educativa: __San Juan__

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas: __✓__ 1, ____2, ____3, ____4, ____5 del Plan de Mejoramiento Profesional. Recomendamos favorablemente se le otorgue el Nivel Magisterial: __✓__II, ____III, ____IV.

### COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | PUESTO QUE OCUPA |
|---|---|---|
| Noemí Cruzdrado Pastran | *[firma]* | Directora |
| Héctor A. Pérez Ambiou | *[firma]* | Presidente Consejo Escolar |
|  |  |  |
|  |  | COTEJADO POR: CARRERA MAGISTERIAL FECHA DE COTEJO JUL 2 4 2012 |

Fecha de Aprobación del Plan: __6 - marzo de 2012__

ANEJO 3

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

## CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN ___2012___

Escuela: __Intermedia Sabana Llana__

Director: __Sra. Noemí Cuadrado Pastrana__

Distrito Escolar: __San Juan II__

Municipio: __San Juan__

Región Educativa: __San Juan__

Hoy, __6__ de marzo de 2012, hice entrega de las solicitudes analizadas y cotejadas de Reclamación de Nivel y Revisión de Salario del siguiente personal activo en la Carrera Magisterial:

| NOMBRE | PUESTO |
|--------|--------|
| 1. María A. Clemente Rosa | Maestra |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

Certifico correcto,

_Noemí Cuadrado Pastrana_
Nombre del Director

_(firma)_
Firma del Director

_____
Nombre del Enlace Regional

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

Firma del Enlace Regional

ANEJO 3

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

## CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN __2012__

Escuela: Intermedia Sabana Llana

Director: Sra. Noemí Cuadrado Pastrana

Distrito Escolar: San Juan II

Municipio: San Juan

Región Educativa: San Juan

Hoy, __6__ de marzo de 2012, hice entrega de las solicitudes analizadas y cotejadas de Reclamación de Nivel y Revisión de Salario del siguiente personal activo en la Carrera Magisterial:

| NOMBRE | PUESTO |
|--------|--------|
| 1. María A. Clemente Rosa | Maestra |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

Certifico correcto,

*Noemí Cuadrado Pastrana*
Nombre del Director

*[firma]*
Firma del Director

_____
Nombre del Enlace Regional

_____
Firma del Enlace Regional

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

ANEJO 4

### GOBIERNO DE PUERTO RICO
### DEPARTAMENTO DE EDUCACIÓN
### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DEL DESARROLLO DEL CAPITAL HUMANO

PROGRAMA DE CARRERA MAGISTERIAL

Fecha __17 de febrero de 2012__

## CERTIFICACIÓN DE COPIA FIEL Y EXACTA

Certifico que los documentos sometidos para la Revisión de 20_12_, son copia fiel y exacta de los originales presentados al Comité de Evaluación de Carrera Magisterial de la Escuela __Intermedia Sabana Llana__ del Distrito Escolar de __San Juan II__ por __María A. Clemente Rosa__

**Nombre Miembro Activo de Carrera Magisterial**

Nombre del Director                    Firma del Director

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

ANEJO 5

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

**HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER
LAS SOLICITUDES DE RECLAMACIÓN DE NIVEL O DE REVISIÓN DE SALARIO**

Fecha: **15 de febrero de 2012**

Nombre: **María A. Clemente Rosa**  Puesto: **Maestra**

Escuela: **Intermedia Sabana Llana**  Distrito Escolar: **San Juan II**

Municipio: **San Juan**  Región Educativa: **San Juan**

| CRITERIOS | SUMINISTRADO | No SUMINISTRADO | COMENTARIO EVALUATIVO |
|---|---|---|---|
| 1. Ha completado los siguientes documentos: | | | |
|  • OCM-07 enmendada - Solicitud de Revisión de Salario y Reclamación (**en original**) | ✓ | | |
|  • OCM-09 enmendada - Recomendación de Revisión de Salario y Reconocimiento de Nivel (**en original**) | ✓ | | |
| 2. Carta del director de la escuela, *en original*, certificando que los documentos son copias fieles y exactas de los originales sometidos por el reclamante. | ✓ | | |
| 3. Copia fiel y exacta del Plan de Mejoramiento Profesional del reclamante, oficialmente certificado por el director. | ✓ | | |
| 4. Una copia de la trascripción de créditos del estudiante que documente el grado obtenido y su preparación académica. *Además, una transcripción oficial de créditos, la cual se enviará a la Oficina de Reclutamiento Docente del Departamento de Educación.* | ✓ | | |
| 5. Certificaciones oficiales que acrediten las horas (no menos de tres (3) horas de duración) de participación en actividades de educación continua ofrecidas por universidades y entidades acreditadas por el Consejo de Educación Superior. | ✓ | | |
| 6. Copia de los informes de evaluación del desempeño docente (una por semestre escolar) del reclamante durante el período de vigencia del Plan de Mejoramiento Profesional. | ✓ | | |

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 24 2012

HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER LAS SOLICITUDES DE RECLAMACIÓN DE NIVEL O DE REVISIÓN DE SALARIO
Página 2

Nombre:  **María A. Clemente Rosa**

| CRITERIOS | SUMINISTRADO | NO SUMINISTRADO | COMENTARIO EVALUATIVO |
|---|---|---|---|
| 7.  *Los maestros activos que tienen un Plan dirigido al Nivel IV (doctoral)* deberán presentar la siguiente documentación para evidenciar el cumplimiento del Elemento Núm. 3 de su Plan:<br><br>• Proyecto especial que realizó en beneficio del Sistema. |  |  | N/A |
| • Carta del Superintendente de Escuelas a cargo de los Distrito Escolares y del director de la escuela, apoyando los talleres y demás ofrecimientos del Proyecto Especial. |  |  | N/A |
| • Hoja de asistencia de las personas que participaron en los talleres, tutorías y otras actividades educativas ofrecidos en el proyecto especial. |  |  | N/A |
| • Las hojas de asistencia deben contener:<br><br>✓ nombre de los talleres, fecha y horario |  |  | N/A |
| ✓ firma de los participantes |  |  |  |
| ✓ firma del director de la escuela |  |  |  |
| ✓ nombre de la persona que ofreció los talleres |  |  | N/A |
| • Evaluación sumativa de los logros obtenidos certificado por el director de la escuela. |  |  | N/A |
| 8.  El plan está presentado en el siguiente orden: |  |  |  |
| ✓ OCM-07 enmendado | ✓ |  |  |
| ✓ OCM-09 enmendado | ✓ |  |  |
| ✓ Certificación copia fiel y exacta | ✓ |  |  |

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER LAS SOLICITUDES DE RECLAMACIÓN DE NIVEL O
DE REVISIÓN DE SALARIO
Página 3

Nombre:   **María A. Clemente Rosa**

| CRITERIOS | SUMINISTRADO | No SUMINISTRADO | COMENTARIO EVALUATIVO |
|---|---|---|---|
| ✓ Objetivo general<br>Elemento 1<br>Evidencias | ✔ | | |
| Elemento 2<br>Evidencias | ✔ | | |
| Elemento 3<br>Evidencias | ✔ | | |
| Elemento 4<br>Evidencias | ✔ | | |
| 9. Todos los documentos están firmados en tinta azul. | ✔ | | |

Certificamos que __María A. Clemente__ sometió todos los documentos requeridos para iniciar el proceso de Reclamación de Nivel y Revisión de Salario para el año 20__12__.

_Noemi Cuadrado Pastrana_
Nombre del Director

_Noemi Cuadrado Pastrana_
Firma del Director

Representante del Consejo Escolar

Nota Importante:   *Debe utilizar como guía para los procesos a seguir, el Memorando del 25 de enero de 2012 para cerciorarse de que ha seguido el debido proceso establecido en el Reglamento de Carrera Magisterial. NO enmarque los documentos.*

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 24 2012

6 de marzo de 2012

Entrega de documentos solicitados por la Sra. Cuadrado, directora, pertenecientes a la
maestra Maria Clemente Rosa.

### Escuela Intermedia Sabana Llana

Asunto: Documentos que evidencian participación de Carrera magisterial del año 2001 y
sometidos nuevamente en año 2007.

1. Solicitud de Activación a la Carrera magisterial
2. Hoja de Tramite firmada por Martha Figueroa.
3. Hoja donde firmo el comité de Evaluación en el 2001.
4. Primeras tres hojas de Plan de mejoramiento Profesional 2001. Donde solicite
   evaluación para el **Rango de Maestro**.
5. Copia de que evidencia la Guía a utilizarse en el cotejo de la Redacción del Plan
   de Mejoramiento Profesional.
6. Copia de la Evaluación de labor realizada.
7. Copia de carta aprobada sobre: "Autorización para tomar cursos académicos ..."
   como evidencia de solicitud de estudio, sometida al Sr. Secretario, en ese año 2001
   y a la Oficina de Carrera Magisterial.


_____
Firma de la maestra

_____
Fecha


_____
Firma de la directora
Recibo de documentos

_____
Fecha


COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

UNIVERSITY OF PUERTO RICO
Office of the Registrar
Rio Piedras, Puerto Rico 00931

CLEMENTE ROSA, MARIA A
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   01/17/67
BIRTH

| TITLE | GRADE | CREDIT HOURS | QUALITY POINTS |
| --- | --- | --- | --- |

| COURSE | TITLE | GRADE | CREDIT HOURS | QUALITY POINTS |
| --- | --- | --- | --- | --- |

----------- SECOND SEMESTER 1991-92 -----------

Program Changed To:
EDUCATION
MASTER OF EDUCATION
Major: SECONDARY EDUCATION-SPANISH

PRINC OF BEHAVIOR MODIFI  B   3.00   9.00
PRACTICUM IN ADMIN.SUPER  A   3.00   12.00

|  | AHRS | EHRS | QHRS | QPTS | GPA |
| --- | --- | --- | --- | --- | --- |
| Current | 6.00 | 6.00 | 6.00 | 21.00 | 3.500 |
| Cumulative | 30.00 | 30.00 | 30.00 | 99.00 | 3.300 |

----------- FIRST SEMESTER 1992-93 -----------

Program Changed To:
EDUCATION
MASTER OF EDUCATION
Major: CURRICULUM TEACHING/SPANISH

ED INNOV STRATG FOR IMPL  A   3.00   12.00

COMPREHENSIVE EXAMINATION PASSED-DEC. 1993

|  | AHRS | EHRS | QHRS | QPTS | GPA |
| --- | --- | --- | --- | --- | --- |
| Current | 3.00 | 3.00 | 3.00 | 12.00 | 4.000 |
| Cumulative | 33.00 | 33.00 | 33.00 | 111.00 | 3.364 |

***** No Further Entries This Column *****

----------- SECOND SEMESTER 1993-94 -----------

Program Changed To:
EDUCATION
MASTER OF EDUCATION
Major: EDUC ADMINIST AND

EDUC-6561 SEM.READ.RESEARCH EDUC   P   0.00   0.00

|  | AHRS | EHRS | QHRS | QPTS | GPA |
| --- | --- | --- | --- | --- | --- |
| Current | 6.00 | 6.00 | 0.00 | 0.00 | 0.000 |
| Cumulative | 39.00 | 39.00 | 33.00 | 111.00 | 3.364 |

Degree Requirements Completed for
MASTER OF EDUCATION

----------- FIRST SEMESTER 1994-95 -----------

EDUC-6562 SEMINAR   NG   (0.00)   0.00

THESIS:  "ANALISIS DEL EFECTO DE LOS CAMBIOS SOCIALES
Y TECNOLOGICOS EN EL CURRICULO DE LOS PROGRAMAS DE
ARTES INDUSTRIALES DURANTE LA DECADA DE 1984-94"

|  | AHRS | EHRS | QHRS | QPTS | GPA |
| --- | --- | --- | --- | --- | --- |
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| Cumulative | 39.00 | 39.00 | 33.00 | 111.00 | 3.364 |

**End of MASTER 1 - SE Record **

COPIA DE ESTUDIANTE

SURE IS WHITE WITH A BURGUNDY BACKGROUND.   REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

Registrar

SA MARIA CLEMENTE ROSA
80 OBRERO STATION
P.O. BOX 7103
SAN JUAN        PR
                00918-7103

PAGE   02/09F/95

Academic Record

INTER AMERICAN UNIVERSITY OF PUERTO RICO
FOUNDED AS POLYTECHNIC INSTITUTE OF PUERTO RICO
OFFICIAL ACADEMIC RECORD
METROPOLITAN CAMPUS
P.O. BOX 1293
HATO REY    PR 00919
(809) 250-1912

| | | |
|---|---|---|
| CLEMENTE | MARIA | A |
| FATHER'S SURNAME | MOTHER'S SURNAME | NAME | I |

ID NUMBER: 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

BIRTH DATE: 01/17/62

ADMITTED FROM:

SCORES: ☐ LSAT  ☐ PAEG

**GRADUATE TRANSCRIPT**

PAGE 1 OF 1

| COURSE | TITLE | CRS | GR | HP | COURSE | TITLE | CRS | GR | HP |
|---|---|---|---|---|---|---|---|---|---|
| SUMMER I | JUNE - JUNE | 92' | S-9 | IAU-CREDITS | | | | | |
| EDUC 6920 | FOUNDATIONS OCCUPATIONAL EDUC | 3.0 | A | 12.0 | | | | | |
| EDUC 6930 | VOCATION EDUC SPECIAL STUDENTS | 3.0 | A | 12.0 | | | | | |
| ********** | NO COURSES BELOW THIS LINE | ********** | | | | | | | |

| TERM/SEMESTER | CREDITS | HONOR PTS | INDEX | TOTAL CRDS. EARNED | CUMULATIVE GPA |
|---|---|---|---|---|---|
| SUMMER 9192 | 6.00 | 24.00 | 4.00 | 6.00 | 4.00 |
| END TRANSCRIPT | | | | | |

INFORMATION FOR GRADUATION: GPA 4.00  CRDS 6.00

"THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974
(BUCKLEY AMENDMENT) PROHIBITS THE AVAILABILITY OF THIS RECORD
TO THIRD PARTIES UNLESS PREVIOUSLY AUTHORIZED BY STUDENT."

VALID ONLY WITH REGISTRAR'S SIGNATURE IN BLUE

A BLACK AND WHITE TRANSCRIPT IS NOT AN ORIGINAL

_____
REGISTRAR'S SIGNATURE

NOV 27 1996
DATE ISSUED

RECINTO METROPOLITANO    APARTADO 191293    SAN JUAN, P.R. 00919-1293

WHITE ROSA, MARIA A
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   01/17/62

UNIVERSITY OF PUERTO RICO
Office of the Registrar
Río Piedras, Puerto Rico 00931

BIRTH

| TITLE | GRADE | CREDIT HOURS | QUALITY POINTS | COURSE | TITLE | GRADE | CREDIT HOURS | QUALITY POINTS |
|---|---|---|---|---|---|---|---|---|

---------- SECOND SEMESTER 1991-92 ----------

Program Changed To:
EDUCATION
  MASTER OF EDUCATION
    Major: SECONDARY EDUCATION-SPANISH

| | | | | |
|---|---|---|---|---|
| 7 PRINC OF BEHAVIOR MODIFI | B | 3.00 | 9.00 |
| 0 PRACTICUM IN ADMIN,SUPER | A | 3.00 | 12.00 |

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| rrent | 6.00 | 6.00 | 6.00 | 21.00 | 3.500 |
| mulative | 30.00 | 30.00 | 30.00 | 99.00 | 3.300 |

---------- FIRST SEMESTER 1992-93 ----------

Program Changed To:
EDUCATION
  MASTER OF EDUCATION
    Major: CURRICULUM TEACHING/SPANISH

| | | | | |
|---|---|---|---|---|
| 9 ED INNOV STRATG FOR IMPL | A | 3.00 | 12.00 |

COMPREHENSIVE EXAMINATION PASSED-DEC 1993

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| rrent | 3.00 | 3.00 | 3.00 | 12.00 | 4.000 |
| mulative | 33.00 | 33.00 | 33.00 | 111.00 | 3.364 |

***** No Further Entries This Column *****

---------- SECOND SEMESTER 1993-94 ----------

Program Changed To:
EDUCATION
  MASTER OF EDUCATION
    Major: EDUC ADMIN AND SUPERVISION

| | | | | |
|---|---|---|---|---|
| EDUC-6561 SEM:READ,RESEARCH |  |  | 3.00 | 9.00 |

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 6.00 | 6.00 | 0.00 | 0.00 | 0.000 |
| Cumulative | 39.00 | 39.00 | 33.00 | 111.00 | 3.364 |

Degree Requirements Completed
MASTER OF EDUCATION

---------- FIRST SEMESTER 1994-95 ----------

| | | | | |
|---|---|---|---|---|
| EDUC-6552 SEMINAR | WG | (0.00) | 0.00 |

THESIS: "ANALISIS DEL EFECO DE LOS CAMBIOS SOCIALES
Y TECNOLOGICOS EN EL CURRICULO DE LOS PROGRAMAS DE
ARTES INDUSTRIALES DURANTE LA DECADA DE 1984-94"

|  | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| Cumulative | 39.00 | 39.00 | 33.00 | 111.00 | 3.364 |

**End of MASTER 1 - SE Record **

COPIA DE ESTUDIANTE

TURE IS WHITE WITH A BURGUNDY BACKGROUND   REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED



Registrar

igned transcript is printed on burgundy SCRIP-SAFE security paper with the name of the college printed in small burgundy type across the face of the docu-
required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED! Transcript guide
Patent #3,171,040

SA MARIA CLEMENTE ROSA
BO OBRERO STATION
PO BOX 7105
SAN JUAN        PR
00916-7105

PAGE    2    02/09/95

Academic Record

Anejo 3



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
DEPARTAMENTO DE EDUCACIÓN
Oficina de Carrera Magisterial

## CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN _____

**Escuela**   : Intermedia Sabana Llana

**Director**  : Sra. Noemí Cuadrado Pastrana

**Distrito**  : San Juan II

**Región**    : San Juan

Hoy, *20* de *MARZO* de 2015, hice entrega de las solicitudes analizadas y cotejadas de Revisión Salarial y Reclamación de Nivel del siguiente personal activo en la Carrera Magisterial:

| Nombre | Puesto |
|---|---|
| 1. Sra. Noemí Cuadrado Pastrana | Directora |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

Certifico correcto,

*Noemí Cuadrado Pastrana*
Nombre del director

Firma del director

_____
Nombre enlace regional

_____
Firma del enlace regional

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel.: 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Anejo 4



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

Oficina de Carrera Magisterial

Fecha: *20 Marzo 2015*

# CERTIFICACIÓN DE COPIA FIEL Y EXACTA

Certifico que los documentos sometidos para la Revisión de 20_16_ son copia

fiel y exacta de los originales presentados al Comité de Evaluación de Carrera

Magisterial de la escuela   Intermedia Sabana Llana

del distrito escolar de              San Juan II

por   María A. Clemente Rosa                                   .

(Nombre miembro activo de Carrera Magisterial)


*Nemí Cuadrado Pastran*
Nombre director

*Nemí Cuadrado Past*
Firma


P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel.: 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de
veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o
impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Anejo 5

ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACION

Oficina de Carrera Magisterial

### HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER LAS SOLICITUDES DE RECONOCIMIENTO DE NIVEL O DE REVISIÓN DE SALARIO

Nombre: __María A. Clemente__ Puesto: __Maestra__   Fecha: __20 de marzo__ 2015

Escuela: __Int. Sabana Llana__ Distrito: __San Juan II__   Región: __San Juan__

| Criterios | Cumple | No cumple | Comentario evaluativo |
|---|---|---|---|
| 1. Contiene los siguientes documentos:<br><br>**OCM-07**-Solicitud de Revisión de Salario y Reclamación (original y en tinta azul)<br>**OCM-09**- Recomendación de Revisión de Salario y Reconocimiento de Nivel (original y en tinta azul) | ✓ | | |
| 2. Carta del director de la escuela, en original, certificando que los documentos son copias fieles y exactas de los sometidos por el reclamante (Anejo 4 en tinta azul). | ✓ | | |
| 3. Copia fiel y exacta del Plan de Mejoramiento Profesional del reclamante y certificado por el director. El director deberá verificar que el plan esté vigente antes de tramitarlo (**Artículo 6.06 "Vencimiento del Plan"**). | ✓ | | |
| 4. Una copia de la trascripción de créditos de estudiante que documente el grado obtenido y la preparación académica. Además, se enviará una **transcripción de créditos oficial** a la Oficina de Reclutamiento Docente del Departamento de Educación. No se consideran informes de notas, documentos de solicitud de transcripción de créditos, ni copia de Internet para sustituir el cumplimiento con el Elemento I. | ✓ | | |
| 5. Certificados oficiales que acrediten las horas de participación en actividades de educación continua ofrecidas por universidades y entidades aprobadas por el Departamento de Educación. Las mismas deben ser de no menos de 3 horas de duración y deben presentarse en orden de fechas. El documento original se entregará al maestro y el director conservará una copia certificada. | ✓ | | |
| 6. Copia de los informes de evaluación del desempeño docente del reclamante. (mínimo 2 y recientes) | ✓ | | |
| 7. Los maestros activos que tienen un plan dirigido al Nivel IV (doctoral) deberán presentar la siguiente documentación para evidenciar el cumplimiento del Elemento 3 de su plan: | ✓ | | |
| • Proyecto especial (propuesta) que realizó en beneficio del sistema. | ✓ | | |

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel.: 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Anejo 5 (cont.)

| | | | |
|---|---|---|---|
| • Carta del director y del superintendente de escuelas en que apruebe los talleres y demás ofrecimientos del proyecto especial. | ✓ | | |
| • Hoja de asistencia de los participantes a las actividades educativas ofrecidas como parte del proyecto especial. | ✓ | | |
| • Las hojas de asistencia indican : <br><br> -- título de los talleres, adiestramientos o tutorías, fecha y horario en que se ofrecieron los servicios <br> -- firma de los participantes <br> -- firma del director de la escuela para certificar correcto <br> -- nombre de la persona que ofreció los talleres | ✓ | | |
| • Evaluación sumativa de los logros obtenidos certificado por el director de la escuela. | ✓ | | |
| 8. El plan está presentado en el siguiente orden: <br><br> 1. OCM-07 <br> 2. OCM-09 <br> 3. Certificación copia fiel y exacta <br> 4. Objetivo general <br> 5. Plan de Mejoramiento Profesional <br>   Elemento 1   Estudios formales <br>     Evidencias <br>   Elemento 2   Educación continua <br>     Evidencias <br>   Elemento 3   Proyecto especial (si aplica) <br>     Evidencias <br>   Elemento 4   Evaluaciones de desempeño <br>     Evidencias | ✓ | | |
| 9. Todos los documentos están firmados en *tinta azul*. | ✓ | | |

Certificamos que  María A. Clemente Rosa  sometió  todos los documentos requeridos para iniciar el proceso de reclamación de nivel  y revisión de salario  para el año 20 15 .

_____
Director

_____
Representante de la docencia

_____
Representante del consejo escolar



Anejo 6

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACION

Oficina de Carrera Magisterial

**Fecha**      : 20 de marzo de 2015

**Nombre**   : María A. Clemente Rosa
**Escuela**   : Intermedia Sabana Llana
**Distrito**    : San Juan II
**Región**    : San Juan

Estimado señor(a):

Su solicitud de Revisión de Salario o Reconocimiento de Nivel fue revisada según el procedimiento establecido en el reglamento. La misma fue denegada por la(s) siguiente(s) razón(es):

_____ No está activo en la Carrera Magisterial.

_____ No sometió las evidencias que demuestran que cumplió satisfactoriamente con el Plan de Mejoramiento Profesional.

_____ Los documentos fueron sometidos con posterioridad a la fecha establecida.

_____ Los estudios formales no son en la especialidad.

_____ Otras: _____

_____

_____
Director

_____
Representante del consejo escolar

_____
Representante de la docencia

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel.. 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

ANEJO 1

OCM-06

### GOBIERNO DE PUERTO RICO
### DEPARTAMENTO DE EDUCACIÓN
### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DEL DESARROLLO DEL CAPITAL HUMANO

PROGRAMA DE CARRERA MAGISTERIAL

CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL
PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el(la) Profesor(a) __María A. Clemente Rosa__ , seguro social __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__ , de la Escuela __Intermedia Sabana Llana__ , Municipio de __San Juan__ del Distrito Escolar de __San Juan II__ radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el periodo del __1 de abril de 2012 al 1 de abril de 2017__ (5 años).

Certificamos, además, que el Comité de Evaluación analizó y evaluó dicho Plan utilizando como referencia el Capítulo VI del mismo Reglamento y que fue aprobado hoy, _____ de _____ de 20___.

(mayo o junio)

COMITÉ DE EVALUACIÓN

| Nombre | Firma | Posición |
|--------|-------|----------|
|  |  | Director(a) |
|  |  | Facilitador Docente / Representante de la Docencia |
|  |  | Miembro del Consejo Escolar |
|  |  | Enlace Regional (si aplica) |

Fecha en que el solicitante radicó el Plan: _____ de abril de 20

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

Maria A. Clemente Rosa
Condominio Astralis 9546
Calle Diaz Way Apt. 311 Torre # 6
Carolina, P.R. 00979
787 597-6267

# Hoja de Tramite

**A:**   Sr. Eric Pérez
Director Ejecutivo
Oficina De La Carrera Magisterial
Departamento De Educación

**ATN.** Sr. Ángel Sánchez
Analista
Programa de Carrera Magisterial
Fax. (787) 756-8028

**De:**   María Clemente Rosa          **Date:** 20 de Mayo de 2014

Tel. (787) 597-6276, (787) 257-7921

☐ Urgent      X For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

1. Entrega de la Alieación de los cursos de Hist. con

   los Cursos del Programa de Artes Industriales.
2. Entrega Referencias.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Región Educativa de San Juan

## HOJA DE ENVIO

Fecha    : 23 de abril de 2015

A        : Sr. Edgardo Feliciano
           Especialista en Recursos Humanos
           División Carrera Magisterial
           Departamento de Educación

DE       : Sr. Jesús M. Souffront Fonseca
           Ayudante Especial
           Región Educativa de San Juan

ASUNTO : Documentos de Carrera Magisterial de la
          Sabana Llana
          **DISTRITO ESCOLAR SAN JUAN II.**

1. **María Clemente**   o k

Región Educativa de San Juan
P. Escolar P.O. Box 190759
San Juan ,Puerto Rico 00019-0759
Tel. (787) 777-8100 Fax: (787) 296-2109



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social,
ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

**A:**   Sr. Eric Pérez Torres
**Director Interino**
**Oficina de Carrera Magisterial**
Departamento De Educación
Oficina de Carrera Magisterial

Tel. **787- 773-2448**

**De:**   María A. Clemente Rosa
**Maestra Participante**
**Carrera Magisterial**
Esc. Intermedia Sabana Llana

**Date:**  7/26/2016

**Fax y Tel. :** 939 – 216-3308 Tel:  787- 257-7921,  Cel. (787) 226-7882
**Re:** ENVIO DE DOCUMENTOS

---

1. Entrega  del Documento: Solicitud de Evaluación de Créditos Graduados para "Opción 45".

2. Carta dirigida al Sr. Eric Pérez Torres, Director Interino.

3. Copia Carta de la Oficina de Carrera Magisterial , certificando Créditos Reconocidos de 18 créditos Generales. Carta enviada Sr. Edgardo Feliciano Sánchez, Especialista de Recursos Humanos.

4. Copia Transcripción de Crédito de la Universidad.

5. Copia de Transcripción de Crédito del Examen Doctoral PHD Aprobado.

6. El Artículo 3.06. – Sustitución de Horas de Educación Continua con Créditos Académicos.

7. Copia de 11 Certificados  para un Total de 84 Horas de participación en  programas de educación continua, para sustituirse con créditos académicos en cursos relacionados en la disciplina de  Educación en Tecnología. Según Ley de Carrera Magisterial de Puerto rico 1999, (Ley 158, 1999). El Artículo 3.06. – Sustitución de Horas de Educación Continua con Créditos Académicos. 84 horas = 6 créditos de Educación en Tecnología.



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

**OFICINA DE CARRERA MAGISTERIAL**

25  de septiembre de 2014

Nombre     : María A. Clemente Rosa     Especialidad: Educación Tecnológica
Escuela    : Int. Sabana Llana           Región:      San Juan
Distrito   : San Juan II

Estimada profesora:

De acuerdo a la evaluación realizada a su trascripción de créditos de estudios graduados y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios:

Educación General: 18 créditos
- HIST    1417  (Centro Estudios Avanzados de P.R.)
- HIST    1307  (Centro Estudios Avanzados de P.R.)
- HIST    1305  (Centro Estudios Avanzados de P.R.)
- HIST    1310  (Centro Estudios Avanzados de P.R.)
- LITE    1704  (Centro Estudios Avanzados de P.R.)

**Créditos reconocidos (18)**

Especialidad: 27 créditos

**Créditos reconocidos (0)**

Usted deberá aprobar seis (6) créditos universitarios graduados en cursos relacionados a la categoría docente donde posee su nombramiento permanente **(Educación Tecnológica)**, o Currículo y Enseñanza o Tecnología Educativa.

Además, deberá presentar esta carta en cada proceso que realice en la Carrera Magisterial, incluyendo los procesos de revisión de salario y nivel, para evitar confusiones con el técnico que evalúe su caso.

Cordialmente,

Edgardo Feliciano Sánchez
Especialista de Recursos Humanos

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2118



Nombre del maestro: *María G. Clemente Rosa*

Escuela: *Sabana Llana*                    Distrito: *San Juan II*

| B. Área: Dominio del contenido de la materia El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Demuestra conocimiento de los estándares de excelencia académica, competencias y destrezas de la materia y grado que enseña. | ✓ | | | | | | |
| 2. Demuestra conocimiento del Marco Curricular del área programática que enseña. | ✓ | | | | | | |
| 3. Demuestra evidencia de que se mantiene al tanto de nuevos adelantos e ideas de la materia que enseña. | ✓ | | | | | | |
| 4. Ofrece ejemplos variados y concretos de la vida real relacionados con los conceptos de la materia que enseña. | ✓ | | | | | | |
| 5. Comunica las ideas de la materia que enseña con claridad. | ✓ | | | | | | |
| Totales | 25 | | | | | | |

Nombre del maestro: *María A. Clemente Rosa*

Escuela: *Sabana Llana*　　　　　　　Distrito: *San Juan II*

| C. Área: Evaluación del aprendizaje<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Prepara y utiliza técnicas e instrumentos de evaluación variados que promueven el aprendizaje y la construcción de conocimiento. | ✓ | | | | | | |
| 2. Provee diferentes medios para que los estudiantes puedan demostrar lo que pueden hacer con lo que saben y han aprendido. | ✓ | | | | | | |
| 3. Discute con los estudiantes los criterios de evaluación que les serán aplicados. | ✓ | | | | | | *Entrega Prontua* |
| 4. Ofrece oportunidad al estudiante para rehacer y mejorar los trabajos por los cuales será evaluado (cuando lo entienda necesario). | ✓ | | | | | | *Especial atención a los est. de Educación Especial* |
| 5. Analiza los resultados de pruebas ofrecidas para mejorar las técnicas, estrategias y métodos de enseñanza, de manera que los alumnos aumenten el aprovechamiento escolar. | ✓ | | | | | | *Analiza los PPAA* |
| 6. Demuestra ser objetivo y justo al evaluar al estudiante. | ✓ | | | | | | |
| 7. Corrige las pruebas y trabajos y discute los resultados con los estudiantes. | ✓ | | | | | | |
| 8. Mantiene comunicación con los padres en torno al progreso de sus hijos y puede evidenciarlo. | ✓ | | | | | | |
| Totales | 40 | | | | | | |

Formulario EM-2003 (Revisado 2004)
Página 5

Nombre del maestro: _María A. Clemente Rosa_

Escuela: _Sistema Llane_ _____ Distrito: _San Juan II_ _____

| D.  Área:  Organización y ambiente de la sala de clase<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1.  Establece con los estudiantes normas que propician un funcionamiento adecuado en el salón de clases. | ✓ | | | | | | Le da continuidad a la misma |
| 2.  Es consistente en la aplicación de las normas establecidas. | ✓ | | | | | | |
| 3.  Promueve y da seguimiento al buen uso de materiales y equipo a su cargo, mientras está bajo su control. | ✓ | | | | | | |
| 4.  Hace uso efectivo del tiempo lectivo. | ✓ | | | | | | |
| 5.  Es asertivo en el uso del período de capacitación profesional | ✓ | | | | | | |
| 6.  Planifica y coordina las actividades del período institucional (si aplica). | | | | | | | N/A |
| 7.  Asiste a la escuela a la hora señalada en la organización escolar y se mantiene en la misma durante el horario regular de trabajo. | ✓ | | | | | | |
| 8.  Participa en reuniones convocadas durante el horario lectivo. | ✓ | | | | | | |
| Totales | 35 | | | | | | |

5



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN

*Oficina de Desarrollo de Capital Humano y Carrera Magisterial*

## HOJA DE VISITA

**Nombre del solicitante:** María A Clemente Rosa

**Puesto de permanencia:** Maestra

**Escuela:** Int Sabana Llana

**Distrito:** San Juan

**Región Educativa:** San Juan

**Propósito de la visita:** Deja copia de la carta
de los cursos aprobados
y acreditados en Historia

**Firma:** María L El... **Fecha:** 23 Sept 2014

PARA USO DE LA OFICINA

*Tipo de Trámite:*   Activación:_____ Revisión:_____   Reclamación:_____

Opción 45:_____   Extensión de Vigencia:_____   Fecha del Plan:_____

Orientación:_____

Obdervaciones: Se oriente sobre Opción 45, presento
**Recibido por:**   documentos.

~~Programa de Carrera Magisterial:~~  Revisión:

Fecha Recibido

23/sept./14.

Atendido por:   Fecha:

Rev: mirm/



GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

OCM-11A

*Programa de Carrera Magisterial*

### RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL

*Certifico que se ha revisado y analizado la "**Certificación de Radicación y Aprobación del***

***Plan de Mejoramiento Profesional**" (OCMO6) de:*

| | | |
|---|---|---|
| Nombre | : | María A. Clemente Rosa |
| Seguro Social | : | 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 |
| Escuela | : | Intermedia Sana Llana |
| Distrito Escolar | : | San Juan II |
| Región Educativa | : | San Juan |

*La misma cumple con  las disposiciones de Ley establecidas en los artículos 2.02 "**Miembros***

***de la Carrera Magisterial**", 2.06 "**Activación a la Carrera Magisterial**"  2.07 "**Formularios**",*

*por lo cual se recomienda que se le otorgue el **Nivel I** con  un aumento salarial de **$122.50**  por*

*concepto de haber completado exitosamente con éstos.  La  vigencia de su plan es desde abril*

*2012 hasta abril 2017.*

*Certifico Correcto:*

_____
Milagros Rohena Rivera, Ed. D.
Directora

_____
Fecha

*Nota: Este formato es para uso oficial.*

# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

ATT: SRM

11 de enero de 2018

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MARIA A. CLEMENTE ROSA |
| Seguro Social | : | 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 |
| Categoría | : | M. PRINCIPIOS EDUC. EN TECNOLOGIA (ARTES IND.) |
| Distrito Escolar | : | SAN JUAN III_ |
| Sueldo Mensual | : | $3,045.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 7 de agosto de 1985 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un período de 31 años, 5 meses, 2 semanas y 2 días.. |

Candida R. Chieo
Supervisora
Archivo Docente

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
División de Certificaciones Docentes

# CERTIFICACIÓN

Certifico que la profesora MARIA A. CLEMENTE ROSA, s.s. xxx-xx-7909 posee el siguiente certificado vitalicio:

- **MAESTRA DE ARTES INDUSTRIALES,** núm. 1662, expedido el 26 de octubre de 1992.

Al momento de esta comunicación, el certificado en cuestión no ha sido cancelado ni anulado por el personal de esta División.

Para que así conste se expide esta certificación hoy 21 de febrero de 2018, en San Juan, Puerto Rico.

Briseida Sánchez
Auxiliar Administrativo

P.O. Box 190759, San Juan, PR  00919-0759   Tel.  (787)773-2465/6286/6285
El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho

DE  DEPARTAMENTO DE EDUCACIÓN GOBIERNO DE PUERTO RICO



JCH-2

### Departamento de Educación
### Secretaria de Recursos Humanos
### Oficina de Desarrollo del Capital Humano
### Fax- 787-756-8028

*Programa de Carrera Magisterial*

### Solicitud de Evaluación de Créditos Graduados para Opció 45

Nombre María A. Clemente Rosa  Puesto/Categoria Maestra d Educación en Tecnol
Escuela Int. Sabana Llana  Distrito San Juan II  (Artes Industriales,
Región San Juan  Fecha  R16045

Estimada Sra _____

Solicito autorización para acogerme a la alternativa "Opción 45" (Artículo 5.04, Reglamento de Carrera Magisterial, Num.6761).
Seleccione una de las dos alternativas y marque con una (X)

       A.
Estoy activo(a) en Carrera Magisterial  ( X )
Mi (maestría /doctorado):
       No es en mi especialidad  ( )
       No se ofrece en Puerto Rico  ( X )
       B.
Me activo por primera vez  ( )
Mi (maestría /doctorado):
       No es en mi especialidad  ( )

Someto transcripción copia de estudiante del grado de (o cursos graduados doctorado de la Universidad de Centro de en Hist. PR y(Especialidad) para evaluac ón. y del Caribe. Estudios Avanzados de PR y del Caribe
Mi correo electrónico es___ ___ . ___ ___ — — ___
Mi dirección postal es ___ ___ ___
  Condominio Astralis 9546 Calle Díaz Way Apt. 311 Torre 6 Norte
   Carolina, P.R. 00979
Atentamente,

_____

Firma

**Nota:** Asegúrese que la copia de la transcripción está legible.

Anejo 3

ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O

DEPARTAMENTO DE EDUCACION

Oficina de Carrera Magisterial

## CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN _____

Escuela    : <u>Intermedia Sabana Llana</u>

Director   : <u>Sra. Noemí Cuadrado Pastrana</u>

Distrito   : <u>San Juan II</u>

Región     : <u>San Juan</u>

Hoy, <u>20</u> de <u>MARZO</u> de 2015, hice entrega de las solicitudes
analizadas y cotejadas de Revisión Salarial y Reclamación de Nivel del siguiente
personal activo en la Carrera Magisterial:

| Nombre | Puesto |
|---|---|
| 1. Sra. Noemí Cuadrado Pastrana | Directora |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

Certifico correcto,

<u>Noemí Cuadrado Pastrana</u>
Nombre del director


Firma del director

_____
Nombre enlace regional

_____
Firma del enlace regional

P O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel . 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de
veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o
impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.



Anejo 4

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Oficina de Carrera Magisterial

Fecha: *20 Marzo 2015*

# CERTIFICACIÓN DE COPIA FIEL Y EXACTA

Certifico que los documentos sometidos para la Revisión de 20 16 son copia
fiel y exacta de los originales presentados al Comité de Evaluación de Carrera
Magisterial de la escuela   Intermedia Sabana Llana
del distrito escolar de          San Juan II
por   María A. Clemente Rosa                                    .
      (Nombre miembro activo de Carrera Magisterial)


Nombre director

Firma

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel  787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de
veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o
impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho



Anejo 5

Estado Libre Asociado de
**PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

Oficina de Carrera Magisterial

**HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER LAS SOLICITUDES DE RECONOCIMIENTO DE NIVEL O DE REVISIÓN DE SALARIO**

Nombre: __María A. Clemente__ Puesto __Maestra__  Fecha: __20 de marzo 2015__

Escuela:__Int. Sabana Llana__ Distrito: __San Juan II__  Región: __San Juan__

| Criterios | Cumple | No cumple | Comentario evaluativo |
|---|---|---|---|
| 1 Contiene los siguientes documentos:<br><br>**OCM-07**-Solicitud de Revisión de Salario y Reclamación (original y en tinta azul)<br>**OCM-09**- Recomendación de Revisión de Salario y Reconocimiento de Nivel (original y en tinta azul) | ✓ | | |
| 2 Carta del director de la escuela, en original certificando que los documentos son copias fieles y exactas de los sometidos por el reclamante (Anejo 4 en tinta azul) | ✓ | | |
| 3 Copia fiel y exacta del Plan de Mejoramiento Profesional del reclamante y certificado por el director. El director deberá verificar que el plan esté vigente antes de tramitarlo (Artículo 6.06 "Vencimiento del Plan") | ✓ | | |
| 4 Una copia de la trascripción de créditos de estudiante que documente el grado obtenido y la preparación académica. Además se enviará una __transcripción de créditos oficial__ a la Oficina de Reclutamiento Docente del Departamento de Educación. No se consideran informes de notas, documentos de solicitud de transcripción de créditos, ni copia de Internet para sustituir el cumplimiento con el Elemento I | ✓ | | |
| 5 Certificados oficiales que acrediten las horas de participación en actividades de educación continua ofrecidas por universidades y entidades aprobadas por el Departamento de Educación. Las mismas deben ser de no menos de 3 horas de duración y deben presentarse en orden de fechas. El documento original se entregará al maestro y el director conservará una copia certificada | ✓ | | |
| 6 Copia de los informes de evaluación del desempeño docente del reclamante (mínimo 2 y recientes) | ✓ | | |
| 7 Los maestros activos que tienen un plan dirigido al Nivel IV (doctoral) deberán presentar la siguiente documentación para evidenciar el cumplimiento del Elemento 3 de su plan. | ✓ | | |
| • Proyecto especial (propuesta) que realizó en beneficio del sistema. | ✓ | | |

P.O Box 190759
San Juan Puerto Rico 00919-0759
Tel. 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Anejo 5 (cont.)

| | | | | |
|---|---|---|---|---|
| • Carta del director y del superintendente de escuelas en que apruebe los talleres y demás ofrecimientos del proyecto especial. | ✓ | | | |
| • Hoja de asistencia de los participantes a las actividades educativas ofrecidas como parte del proyecto especial. | ✓ | | | |
| • Las hojas de asistencia indican : <br> -- título de los talleres, adiestramientos o tutorías, fecha y horario en que se ofrecieron los servicios <br> -- firma de los participantes <br> -- firma del director de la escuela para certificar correcto <br> -- nombre de la persona que ofreció los talleres | ✓ | | | |
| • Evaluación sumativa de los logros obtenidos certificado por el director de la escuela. | ✓ | | | |
| 8. El plan está presentado en el siguiente orden: <br><br> 1. OCM-07 <br> 2. OCM-09 <br> 3 Certificación copia fiel y exacta <br> 4. Objetivo general <br> 5 Plan de Mejoramiento Profesional <br>   Elemento 1     Estudios formales <br>       Evidencias <br>   Elemento 2     Educación continua <br>       Evidencias <br>   Elemento 3     Proyecto especial (si aplica) <br>       Evidencias <br>   Elemento 4     Evaluaciones de desempeño <br>       Evidencias | ✓ | | | |
| 9. Todos los documentos están firmados en *tinta azul.* | ✓ | | | |

Certificamos que   María A. Clemente Rosa   sometió  todos los documentos requeridos para iniciar el proceso de reclamación de nivel  y revisión de salario  para el año 20 15 .

_____
Director

_____
Representante de la docencia

_____
Representante del consejo escolar

Anejo 6

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

Oficina de Carrera Magisterial

Fecha          : 20 de marzo de 2015

Nombre        : María A. Clemente Rosa

Escuela       : Intermedia Sabana Llana

Distrito      : San Juan II

Región        : San Juan

Estimado señor(a):

Su solicitud de Revisión de Salario o Reconocimiento de Nivel fue revisada según el procedimiento establecido en el reglamento. La misma fue denegada por la(s) siguiente(s) razón(es):

_____ No está activo en la Carrera Magisterial.

_____ No sometió las evidencias que demuestran que cumplió satisfactoriamente con el Plan de Mejoramiento Profesional.

_____ Los documentos fueron sometidos con posterioridad a la fecha establecida.

_____ Los estudios formales no son en la especialidad.

_____ Otras: _____

_____



Director

Representante del consejo escolar

Representante de la docencia

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.



ANEJO 1

OCM-06

## GOBIERNO DE PUERTO RICO
### DEPARTAMENTO DE EDUCACIÓN
#### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
#### OFICINA DEL DESARROLLO DEL CAPITAL HUMANO

PROGRAMA DE CARRERA MAGISTERIAL

CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL
PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el(la) Profesor(a) María A. Clemente Rosa  seguro social 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 , de la Escuela Intermedia Sabana Llana. Municipio de  San Juan  del Distrito Escolar de  San Juan II  radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial Artículo 2.06, para el periodo del 1 de abril de 2012 al 1 de abril de 2017 (5 años)

Certificamos, además, que el Comité de Evaluación analizó y evaluó dicho Plan utilizando como referencia el Capítulo VI del mismo Reglamento y que fue aprobado hoy, _____ de _____ de 20___.

(mayo o junio)

COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| | | Director(a) |
| | | Facilitador Docente / Representante de la Docencia |
| | | Miembro del Consejo Escolar |
| | | Enlace Regional (si aplica) |

Fecha en que el solicitante radicó el Plan. _____ de abril de 20__

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012



PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Región Educativa de San Juan

## HOJA DE ENVIO

Fecha     : 23 de abril de 2015

A         : Sr. Edgardo Feliciano
            Especialista en Recursos Humanos
            División Carrera Magisterial
            Departamento de Educación

DE        : Sr. Jesús M. Souffront Fonseca
            Ayudante Especial
            Región Educativa de San Juan

ASUNTO :  Documentos de Carrera Magisterial de la
          Sabana Llana
          **DISTRITO ESCOLAR SAN JUAN II.**

1. **María Clemente**    ok



El Departamento de Educación no discrimina por razón de raza, color...

**A:**   Sr. Eric Pérez Torres
**Director Interino**
**Oficina de Carrera Magisterial**
Departamento De Educación
Oficina de Carrera Magisterial

Tel. **787- 773-2448**

**De:**   María A. Clemente Rosa
**Maestra Participante**
**Carrera Magisterial**
Esc. Intermedia Sabana Llana

**Date:** 7/26'2016

**Fax y Tel. :** 939 – 216-3308 Tel: 787- 257-7921.  Cel. (787) 226-7882
**Re:** ENVIO DE DOCUMENTOS

---

1 Entrega del Documento: Solicitud de Evaluación de Créditos Graduados para "Opción 45"

2. Carta dirigida al Sr Eric Pérez Torres. Director Interino.

3 Copia Carta de la Oficina de Carrera Magisterial , certificando Créditos Reconocidos de 18 créditos Generales Carta enviada Sr Edgardo Feliciano Sánchez. Especialista de Recursos Humanos.

4. Copia Transcripción de Crédito de la Universidad

5. Copia de Transcripción de Crédito del Examen Doctoral PHD Aprobado.

6 El Artículo 3.06 – Sustitución de Horas de Educación Continua con Créditos Académicos.

7 Copia de 11 Certificados para un Total de 84 Horas de participación en programas de educación continua. para sustituirse con créditos académicos en cursos relacionados en la disciplina de Educación en Tecnología Según Ley de Carrera Magisterial de Puerto rico 1999. (Ley 158. 1999). El Artículo 3.06 – Sustitución de Horas de Educación Continua con Créditos Académicos 84 horas = 6 créditos de Educación en Tecnología.

Formulario: EM-2003 (Revisado 2004)
Página 3

Nombre del maestro: *Maria G. Clemente Rosa*

Escuela: *Sabra Llana*                    Distrito: *San Juan II*

| B. Área: Dominio del contenido de la materia El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Demuestra conocimiento de los estándares de excelencia académica, competencias y destrezas de la materia y grado que enseña. | ✓ | | | | | | |
| 2. Demuestra conocimiento del Marco Curricular del área programática que enseña. | ✓ | | | | | | |
| 3. Demuestra evidencia de que se mantiene al tanto de nuevos adelantos e ideas de la materia que enseña. | ✓ | | | | | | |
| 4. Ofrece ejemplos variados y concretos de la vida real relacionados con los conceptos de la materia que enseña. | ✓ | | | | | | |
| 5. Comunica las ideas de la materia que enseña con claridad. | ✓ | | | | | | |
| Totales | 25 | | | | | | |

Página 4

Nombre del maestro: *María A. Clemente Losa*

Escuela: *Sabana Llana*                          Distrito: *San Juan II*

| C. Área: Evaluación del aprendizaje<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Prepara y utiliza técnicas e instrumentos de evaluación variados que promueven el aprendizaje y la construcción de conocimiento. | ✓ | | | | | | |
| 2. Provee diferentes medios para que los estudiantes puedan demostrar lo que pueden hacer con lo que saben y han aprendido. | ✓ | | | | | | |
| 3. Discute con los estudiantes los criterios de evaluación que les serán aplicados. | ✓ | | | | | | Entrega Pronta |
| 4. Ofrece oportunidad al estudiante para rehacer y mejorar los trabajos por los cuales será evaluado (cuando lo entienda necesario). | ✓ | | | | | | Especial atención a los est. de Educación Especial |
| 5. Analiza los resultados de pruebas ofrecidas para mejorar las técnicas, estrategias y métodos de enseñanza, de manera que los alumnos aumenten el aprovechamiento escolar. | ✓ | | | | | | Analiza los PPAA |
| 6. Demuestra ser objetivo y justo al evaluar al estudiante. | ✓ | | | | | | |
| 7. Corrige las pruebas y trabajos y discute los resultados con los estudiantes. | ✓ | | | | | | |
| 8. Mantiene comunicación con los padres en torno al progreso de sus hijos y puede evidenciarlo. | ✓ | | | | | | |
| Totales | 40 | | | | | | |

Formulario. EM-2005 (Revisado 2004)
Página 5

Nombre del maestro: *María A. Clemente Rosa*

Escuela: _____   Distrito: _____

| D.  Área:  Organización y ambiente de la sala de clase<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Establece con los estudiantes normas que propician un funcionamiento adecuado en el salón de clases. | ✓ | | | | | | *Le da Continuidad a la misma* |
| 2. Es consistente en la aplicación de las normas establecidas. | ✓ | | | | | | |
| 3. Promueve y da seguimiento al buen uso de materiales y equipo a su cargo, mientras está bajo su control. | ✓ | | | | | | |
| 4. Hace uso efectivo del tiempo lectivo. | ✓ | | | | | | |
| 5. Es asertivo en el uso del período de capacitación profesional. | ✓ | | | | | | |
| 6. Planifica y coordina las actividades del período institucional. (si aplica). | | | | | | N/A | |
| 7. Asiste a la escuela a la hora señalada en la organización escolar y se mantiene en la misma durante el horario regular de trabajo. | ✓ | | | | | | |
| 8. Participa en reuniones convocadas durante el horario lectivo | ✓ | | | | | | |
| Totales | 35 | | | | | | |



5

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
_____
DEPARTAMENTO DE EDUCACIÓN

Oficina de Desarrollo de Capital Humano y Carrera Magisterial

## HOJA DE VISITA

Nombre del solicitante: _María A. Clemente Rossi_

Puesto de permanencia: _Maestra_

Escuela: _Int. Sabana Llana_

Distrito: _San Juan_

Región Educativa: _San Juan_

Propósito de la visita: _Sacar copia de la carta_
_de los cursos aprobados_
_y acreditados en Historia_

Firma: _María L. Clem._   Fecha: _23 Sept 2014_

PARA USO DE LA OFICINA

Tipo de Trámite:   Activación:_____   Revisión:_____   Reclamación:_____

Opción 45:_____   Extensión de Vigencia:_____   Fecha del Plan:_____

Orientación:_____

Obdervaciones: _Se orienta sobre Opción 45, presentó_
Recibido por:
_varios documentos._
Programa de Carrera Magisterial:

Fecha Recibido:

_23/sept./14._

Atendido por:                                    Fecha:

# DEPARTAMENTO DE EDUCACIÓN

### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: <u>Maria A. Clemente Rosa</u>

Seguro Social: ███████

Página # ___1___

Fecha de radicación: <u>25 de enero de 2014</u>

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| **Elemento # 1**<br><br>Estudios Formales a nivel graduado con créditos universitarios conducente a completar el grado de DOCTORADO en Historia del Caribe y Puerto Rico, del Centro De Estudios Avanzados De Puerto Rico y El Caribe. | Completar 55 créditos académicos en un doctorado en Historia del Caribe y Puerto Rico. | Matricularme en:<br>HIST  505- 3 crds.<br>HIST  518- 3 crds.<br>HIST  506 - 3 crds. | X<br>A | PRO | BA | DO | |
| | | Matricularme en:<br>HIST  1417 - 3 crds.<br>HIST  602 - 3 crds.<br>HIST  1307 - 3 crds. | X<br>A | PRO | BA | DO | |
| | | Matricularme en:<br>HIST  1212 - 3 crds.<br>HIST  1401 - 3 crds.<br>HIST  1416 - 3 crds. | A | PRO | BA | DO | |
| | | Matricularme en:<br>HIST 1313 - 3 crds.<br>HIST 1305 - 3 crds.<br>HIST 1310 - 3 crds<br>HIST 1141 - 3 crds<br>Port 1950 - 3 crds<br>LITE 1704 - 3 crds | A | PRO | X<br>BA | DO | X |
| | | Matricularme en:<br>HIST 1142 - 3 crds.<br>HIST 1405 - 3 crds.<br>HIST1402 - 3 crds. | | | | X | |
| | | Matricularme en:: Examen de Grado | | | | | X |

## DEPARTAMENTO DE EDUCACIÓN
### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Maria A. Clemente Rosa

Seguro Social: 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

Página # __2__

Fecha de radicación: 25 de enero  2014

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento #2 Educación Continuada | Acumular 36 horas contacto de adiestramientos de Educación Continua, al finalizar las etapas. | Solicitar el Itinerario de adiestramientos de Educación Continua. Solicitar los adiestramientos pertinentes de acuerdo a mis necesidades profesionales. | x  A | PRO  x | BA | DO | |
| Temas de desarrollo | | | | | | | |
| 1. Planificación | Participar en talleres capacitación de  6 horas. | 1. Taller Planificación efectiva basada en resultados.  6 hrs. | A | PRO | BA | DO | |
| 2. Desarrollo de lectores | Participar en talleres     6 hrs. | 2. Talleres Desarrollando 6 hrs .lectores y escritores eficientes. | A | PRO | BA | DO | |
| 3. Maestro exitoso. | Participar en taller de 6 hrs. | 3.Las 7 claves del maestro exitoso. 6 hrs. | A | PRO | BA | DO | |
| 4. Inteligencias Múltiples. | Participar en taller de 6 hrs. | 4.Taller Canto, bailo y actuó. 6 hrs. . | A | PRO | BA | DO | |

**DEPARTAMENTO DE EDUCACIÓN**
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: María A. Clemente Rosa

Seguro Social: _____

Página # __4__ de ____

Fecha de radicación: 25 de enero de 2014

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| **CONTINIACION ELEMENTO # 2**<br><br>**Temas de desarrollo** | Acumular 36 horas contacto de adiestramientos de Educación Continua, al finalizar las etapas. | | | | | | |
| **5. Redactar propuestas.** | Participar en talleres capacitación de 3 horas. | Taller: Redacción de propuestas de la A a la Z. 3 hrs | A | PRO | BA | DO | |
| **6. Trabajo en equipo.** | Participar en talleres 3 hrs. | Taller: Equipos de trabajo para el éxito. 3 hrs. | A | PRO | BA | DO | |
| **7. Inteligencias Múltiples parte II 6 hrs.** | Participar en talleres 6 hrs. | Taller # 2: Canto, bailo y actuó. | A | PRO | BA | DO | |
| **8. Servicios Educativos.** | Participar en programas suplementarios educativos. | Tutor de la clase de español. | A | PRO | BA | DO | |
| **9. Desarrollo Pensamiento Ético.** | Leer las con éticas de Ética 20 horas de lecturas | Lectura; la formación de política pública. | A | PRO | BA | DO | |
| | | Lectura: Estudio Comparativo del Articulo 3.7 (A) Núm. III. | A | PRO | BA | DO | |

# DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Maria A. Clemente Rosa
Seguro Social ~~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~~

Página # __2__
Fecha de radicación __25 de enero 2014__

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| **Elemento # 3**<br><br>**Experiencia Docente** | Al finalizar cada semestre escolar  obtendré una evaluación satisfactoria de mi desempeño como maestra. | Solicitar  a la director a de la escuela que realice una evaluación por semestre en el mes de octubre de 2011,  y febrero 2013. | A | PRO | BA | DO | |
| | | | | x | | | |
| | | Presentaré evidencia de mi trabajo, como parte del proceso de evaluación. | A | PRO | x BA | DO | |
| | | | | | x | | |



Departamento de Educación
Secretaria de Recursos Humanos
Oficina de Desarrollo del Capital Humano
Fax- 787-756-8028

*Programa de Carrera Magisterial*

Solicitud de Evaluación de Créditos Graduados para Opción 45

Maria  A· Clemente Rosh        Maestria Educ· Tecnologia
Nombre con dos apellidos                     Puesto/Categoría que ocupa

Int· Silabana Llena 62919      SanJuen II    San Juen
Escuela              Código                 Distrito           Región

30 Enero 2014'                  581 - 27 - 7904
Fecha                                       Seguro Social

Estimada Sra. Eric Pérez

Solicito autorización para acogerme a la alternativa "Opción 45" (Artículo 5.04, Reglamento de Carrera Magisterial,
Num.6761).

Seleccione una de las dos alternativas y marque con una (X)

A.
Estoy activo(a) en Carrera Magisterial        ( X )
Mi (maestría/doctorado):
        No es en mi especialidad              (   )
        No se ofrece en Puerto Rico           ( X )
B.
Me activo por primera vez                     (   )
Mi (maestría/doctorado):
        No es en mi especialidad              (   )

Someto transcripción copia de estudiante del grado de (o cursos graduados) en (maestría, doctoral) tomados en la
Universidad de C·E·A·PC en Historia, para ser evaluados.
                              Especialidad
Mi dirección postal es  Cond· Astralis  9546
                        C/A Diaz Way Apt 311 Torre #6
                        Carolina, P·R· 00979·
Mi correo electrónico es  clero_62 @ yahoo·com

Atentamente,

Maria C. Clemente    Nota: Asegúrese de que la copia de la transcripción esta legible.

R E C I B I D O
JAN 3 0 2014
OFICINA DE
CARRERA MAGISTERIAL

Anejo 1
**OCM-07 Enmendada**
(Este documento debe completarse en
tinta azul en todas sus partes)



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**

**Programa de Carrera Magisterial**

*SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL*

Honorable Rafael Román Meléndez
Secretario de Educación Designado

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito Revisión de Salario de las etapas: ___1, ___2, ___3, ___4, ___5 del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: ___II, ___III, ___IV.

Nombre del Solicitante          : María A. Clemente Rosa

Seguro Social                   : 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

Categoría de la Permanencia     : Educación Tecnológica

Escuela                         : Int. Sabana Llana

Distrito Escolar                : San Juan II

Región Educativa                : San Juan

_____          4 febrero 2014
Firma del Solicitante                    Fecha

Recibido Por: _____

Director(a)



ANEJO 1
OCM-06

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DEL DESARROLLO DEL CAPITAL HUMANO

PROGRAMA DE CARRERA MAGISTERIAL

### CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el(la) Profesor(a) <u>María A. Clemente Rosa</u>, seguro social <u>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</u>, de la Escuela <u>Intermedia Sabana Llana</u>, Municipio de <u>San Juan</u> del Distrito Escolar de <u>San Juan II</u> radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el periodo del <u>1 de abril de 2012 al 1 de abril de 2017 (vence)</u>

Certificamos, además, que el Comité de Evaluación analizó y evalúo dicho Plan utilizando como referencia el Capítulo VI del mismo Reglamento y que fue aprobado hoy, <u>15</u> de <u>junio</u> de 20<u>12</u>.
(mayo o junio)

### COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| Noeal Cuadrado Pastrana | | Director(a) |
| Mercedes Ramos | Mercedes Ramos | Facilitador Docente / Representante de la Docencia |
| Héctor R. Pérez Zambrana | | Miembro del Consejo Escolar |
| | | Enlace Regional (si aplica) |
| | | |

Fecha en que el solicitante radicó el Plan: <u>15</u> de <u>Febrero</u> de abril de 20<u>12</u>



Formulario: EM-2003 (Revisado 2004)

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## DEPARTAMENTO DE EDUCACIÓN
### Hato Rey, Puerto Rico

### GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Nombre del maestro: *María Clemente*

Categoría del puesto: *Maestra Permanente*     Distrito: *San Juan II*

Materia(s): *Educación Tecnológica*     Grado(s: *8*

Periodo que comprende esta evaluación: *enero a mayo 2013*

| Área | Puntuación Máxima | Puntuación obtenida | % |
|------|-------------------|---------------------|---|
| A. Proceso de enseñanza aprendizaje | 40 | 40 | 100 % |
| B. Dominio del contenido de la materia | 25 | 25 | 100 % |
| C. Evaluación del aprendizaje del estudiante | 40 | 40 | 100 % |
| D. Organización y ambiente en la sala de clases | 35 | 34 | 99 % |
| Totales | 140 | 139 | 100 % |

**Escala:**

| | | |
|---|---|---|
| X 95- 100% | (5) | Ejecución profesional excelente |
| 94-85% | (4) | Ejecución profesional superior |
| 84- 70% | (3) | Ejecución profesional promedio |
| 69-60% | (2) | Ejecución profesional bajo promedio |
| 59 o menos | (1) | Ejecución profesional deficiente |

*María C. Clemente*

**Firma del maestro**

*Rosen Carmen Castrem Nieves*

**Nombre del director**     **Firma del director**

Fecha: *27 - febrero 2013*

Formulario: EM-2003 (Revisado 2004)
Página 2

Nombre del maestro _María Clemente_

Escuela: _Sabana Llana_                    Distrito:_____

## GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Este documento incluye 4 áreas de evaluación de la labor del maestro, las cuales se desglosan en criterios específicos.

Complete la guía haciendo una marca de cotejo (X)

| A. Área: Proceso de enseñanza y aprendizaje El maestro: | Escala | | | | | | |
|---|---|---|---|---|---|---|---|
| | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
| 1.  Presenta evidencia de su planificación. | ✓ | | | | | | |
| 2.  Desarrolla actividades de enseñanzas variadas y pertinentes a los objetivos, a las necesidades, intereses y habilidades de los estudiantes y al tema bajo estudio. | ✓ | | | | | | |
| 3.  Promueve la articulación entre las materias en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | articulación en ciencia y matemática |
| 4.  Utiliza materiales de enseñanza variados y adecuados al tema bajo estudio y al nivel del desarrollo de los estudiantes (cuando están disponibles en la escuela). | ✓ | | | | | | |
| 5.  Utiliza estrategias y actividades que promueven la construcción activa de conocimiento y que facilitan el desarrollo de conceptos. | | | | | | | |
| ✱ 6.  Promueve el desarrollo de la creatividad en los procesos de enseñanza y aprendizaje. | — | | | | | | ¡Excelente! promueve entre los estudiantes |
| 7.  Desarrolla actividades que promueven destrezas de pensamiento crítico y desarrollo de valores. | ✓ | | | | | | |
| 8.  Integra la tecnología (disponible en la escuela) a la enseñanza de la materia conforme a su desarrollo en el uso y manejo de la misma. | ✓ | | | | | | |
| Totales | | | | | | | |

*6. Se le recomienda q. le explique a los estudiantes el término de creatividad

Formulario: EM-2003 (Revisado 2004
Página 3

Nombre del maestro: _*Maria Clemente*_____        Distrito: _*San Juan II*_

Escuela: _*Sabana Llana*_____

| B. Área: Dominio del contenido de la materia El maestro: | Escala | | | | | | |
|---|---|---|---|---|---|---|---|
| | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
| 1. Demuestra conocimiento de los estándares de excelencia académica, competencias y destrezas de la materia y grado que enseña. | ✓ | | | | | | *Excelente!* |
| 2. Demuestra conocimiento del Marco Curricular del área programática que enseña. | ✓ | | | | | | |
| 3. Demuestra evidencia de que se mantiene al tanto de nuevos adelantos e ideas de la materia que enseña. | ✓ | | | | | | *Continua estudios* |
| 4. Ofrece ejemplos variados y concretos de la vida real relacionados con los conceptos de la materia que enseña. | ✓ | | | | | | |
| 5. Comunica las ideas de la materia que enseña con claridad. | ✓ | | | | | | |
| Totales | | | | | | | |

Formulario: EM-2003 (Revisado 2004)
Página 4

Nombre del maestro: _María Clemente_     Distrito: _San Juan II_

Escuela: _Sabana Llana_

| C. Área: Evaluación del aprendizaje El maestro: | Escala | | | | | | |
|---|---|---|---|---|---|---|---|
| | **(5)** | **(4)** | **(3)** | **(2)** | **(1)** | **N/A** | **Observaciones** |
| 1. Prepara y utiliza técnicas e instrumentos de evaluación variados que promueven el aprendizaje y la construcción de conocimiento. | ✔ | | | | | | Su más específica |
| 2. Provee diferentes medios para que los estudiantes puedan demostrar lo que pueden hacer con lo que saben y han aprendido. | ✔ | | | | | | |
| 3. Discute con los estudiantes los criterios de evaluación que les serán aplicados. | ✔ | | | | | | |
| 4. Ofrece oportunidad al estudiante para rehacer y mejorar sus trabajos por los cuales será evaluado (cuando lo entienda necesario). | ✔ | | | | | | |
| 5. Analiza los resultados de pruebas ofrecidas para mejorar las técnicas, estrategias y métodos de enseñanza, de manera que los alumnos aumenten el aprovechamiento escolar. | ✔ | | | | | | |
| 6. Demuestra ser objetivo y justo al evaluar al estudiante. | ✔ | | | | | | Entrega criterios de evaluación |
| 7. Corrige las pruebas y trabajos y discute los resultados con los estudiantes. | ✔ | | | | | | |
| 8. Mantiene comunicación con los padres en torno al progreso de sus hijos y puede evidenciarlo. | ✔ | | | | | | |
| Totales | | | | | | | |

Formulario: EM-2003 (Revisado 2004)
Página 5

Nombre del maestro: _María Clemente_

Escuela: _Sabana Llana_   Distrito: _San Juan II_

| D.   Área:   Organización y ambiente de la sala de clase<br>El maestro: | Escala | | | | | | |
|---|---|---|---|---|---|---|---|
| | **(5)** | **(4)** | **(3)** | **(2)** | **(1)** | **N/A** | **Observaciones** |
| 1.   Establece con los estudiantes normas que propician un funcionamiento adecuado en el salón de clases. | ✓ | | | | | | Se estableció desde agosto. Se recomienda repase la norma |
| 2.   Es consistente en la aplicación de las normas establecidas. | ✓ | | | | | | |
| 3.   Promueve y da seguimiento al buen uso de materiales y equipo a su cargo, mientras esta bajo su control. | ✓ | | | | | | |
| 4.   Hace uso efectivo del tiempo lectivo. | ✓ | | | | | | |
| 5.   Es asertivo en el uso del periodo de capacitación profesional. | ✓ | | | | | | |
| 6.   Planifica y coordina las actividades del periodo institucional (si aplica). | N | /A | | | | | |
| 7.   Asiste a la escuela a la hora señalada en la organización escolar y se mantiene en la misma durante el horario regular de trabajo. | | ✓ | | | | | |
| 8.   Participa en reuniones convocadas durante el horario lectivo. | ✓ | | | | | | |
| **Totales** | | | | | | | |

Formulario: EM-2003 (Revisado 2004)

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### DEPARTAMENTO DE EDUCACIÓN
Hato Rey, Puerto Rico

### GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Nombre del maestro: *María G. Clemente Rosa*  S.S. ▓▓▓

Categoría del puesto: *Maestra – Permanente – Educación Tecnológica*

Escuela: *Sabana Llana*  Distrito: *San Juan II*

Materia(s): *Educación Tecnológica*  Grado(s): *8vo*

Período que comprende esta evaluación: *Agosto 2011 – mayo 2012*

| Área | Puntuación máxima | Puntuación obtenida | % |
|---|---|---|---|
| A. Proceso de enseñanza aprendizaje | 40 | 40 | 100% |
| B. Dominio del contenido de la materia | 25 | 25 | 100% |
| C. Evaluación del aprendizaje del estudiante | 40 | 40 | 100% |
| D. Organización y ambiente de la sala de clases | 40 35 | 35 | 100% |
| Totales | 145 | 140 | 100% |

Escala:
- ☑ 95 - 100%   (5) Ejecución profesional excelente
- ☐ 94 - 85%   (4) Ejecución profesional superior
- ☐ 84 - 70%   (3) Ejecución profesional promedio
- ☐ 69 - 60%   (2) Ejecución profesional bajo promedio
- ☐ 59 o menos   (1) Ejecución profesional deficiente

_____
Firma del maestro

_____
Nombre del director

_____
Firma del director

Fecha  *20/10/2011*

Página 2

Nombre del maestro: *María A. Clemente Rosa*

Escuela: *Sabana Llana*          Distrito: *San Juan II*

## GUÍA PARA LA EVALUACIÓN DE LA LABOR DEL MAESTRO

Este documento incluye 4 áreas de evaluación de la labor del maestro, las cuales se desglosan en criterios específicos.

Complete la guía haciendo una marca de cotejo (✓)

| A.   Área: Proceso de enseñanza y aprendizaje<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1.   Presenta evidencia de su planificación. | ✓ | | | | | | |
| 2.   Desarrolla actividades de enseñanza variadas y pertinentes a los objetivos, a las necesidades, intereses y habilidades de los estudiantes y al tema bajo estudio. | ✓ | | | | | | |
| 3.   Promueve la articulación entre las materias en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | |
| 4.   Utiliza materiales de enseñanza variados y adecuados al tema bajo estudio y al nivel de desarrollo de los estudiantes (cuando están disponibles en la escuela). | ✓ | | | | | | |
| 5.   Utiliza estrategias y actividades que promueven la construcción activa de conocimiento y que facilitan el desarrollo de conceptos. | ✓ | | | | | | |
| 6.   Promueve el desarrollo de la creatividad en los procesos de enseñanza y aprendizaje. | ✓ | | | | | | |
| 7.   Desarrolla actividades que promueven destrezas de pensamiento crítico y desarrollo de valores. | ✓ | | | | | | |
| 8.   Integra la tecnología (disponible en la escuela) a la enseñanza de la materia conforme a su desarrollo en el uso y manejo de la misma. | ✓ | | | | | | ¡Excelente trabajo! |
| Totales | 40 | | | | | | |

(Escala)

Página 3

Nombre del maestro: _María A. Clemente Rosa_

Escuela: _Sabra Llana_      Distrito: _San Juan II_

| B. Área: Dominio del contenido de la materia El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Demuestra conocimiento de los estándares de excelencia académica, competencias y destrezas de la materia y grado que enseña. | ✓ | | | | | | |
| 2. Demuestra conocimiento del Marco Curricular del área programática que enseña. | ✓ | | | | | | |
| 3. Demuestra evidencia de que se mantiene al tanto de nuevos adelantos e ideas de la materia que enseña. | ✓ | | | | | | |
| 4. Ofrece ejemplos variados y concretos de la vida real relacionados con los conceptos de la materia que enseña. | ✓ | | | | | | |
| 5. Comunica las ideas de la materia que enseña con claridad. | ✓ | | | | | | |
| Totales | 25 | | | | | | |

Nombre del maestro: _María A. Clemente Casa_

Escuela: _Sabena 2/ana_       Distrito: _San Juan II_

| C. Área: Evaluación del aprendizaje<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Prepara y utiliza técnicas e instrumentos de evaluación variados que promueven el aprendizaje y la construcción de conocimiento. | ✓ | | | | | | |
| 2. Provee diferentes medios para que los estudiantes puedan demostrar lo que pueden hacer con lo que saben y han aprendido. | ✓ | | | | | | |
| 3. Discute con los estudiantes los criterios de evaluación que les serán aplicados. | ✓ | | | | | | Entrega Prontua |
| 4. Ofrece oportunidad al estudiante para rehacer y mejorar los trabajos por los cuales será evaluado (cuando lo entienda necesario). | ✓ | | | | | | Especial atención a los est. de Educación Especial |
| 5. Analiza los resultados de pruebas ofrecidas para mejorar las técnicas, estrategias y métodos de enseñanza, de manera que los alumnos aumenten el aprovechamiento escolar. | ✓ | | | | | | Analiza los PPAA |
| 6. Demuestra ser objetivo y justo al evaluar al estudiante. | ✓ | | | | | | |
| 7. Corrige las pruebas y trabajos y discute los resultados con los estudiantes. | ✓ | | | | | | |
| 8. Mantiene comunicación con los padres en torno al progreso de sus hijos y puede evidenciarlo. | ✓ | | | | | | |
| Totales | 40 | | | | | | |

Página 5

Nombre del maestro: _María A. Clemente Rosa_

Escuela: _Saturno Llorens_          Distrito: _San Juan II_

| D.  Área:  Organización y ambiente de la sala de clase<br>El maestro: | (5) | (4) | (3) | (2) | (1) | N/A | Observaciones |
|---|---|---|---|---|---|---|---|
| 1. Establece con los estudiantes normas que propician un funcionamiento adecuado en el salón de clases. | ✓ | | | | | | Le da continuidad a la misma |
| 2. Es consistente en la aplicación de las normas establecidas. | ✓ | | | | | | |
| 3. Promueve y da seguimiento al buen uso de materiales y equipo a su cargo, mientras está bajo su control. | ✓ | | | | | | |
| 4. Hace uso efectivo del tiempo lectivo. | ✓ | | | | | | |
| 5. Es asertivo en el uso del período de capacitación profesional | ✓ | | | | | | |
| 6. Planifica y coordina las actividades del período institucional (si aplica). | | | | | | | N/A |
| 7. Asiste a la escuela a la hora señalada en la organización escolar y se mantiene en la misma durante el horario regular de trabajo. | ✓ | | | | | | |
| 8. Participa en reuniones convocadas durante el horario lectivo. | ✓ | | | | | | |
| Totales | 35 | | | | | | |



*Pensamiento Ético*

Urb. El Paraíso
108 Calle Ganges
San Juan, P.R. 00926-2906
Tel. (787) 999-0246 / Fax (787) 999-7904
E-mail: registro@oeg.gobierno.pr

*Honrando la Confianza del Pueblo*
*Estado Libre Asociado de Puerto Rico*

## CERTIFICACIÓN DE LECTURA

Yo, _MArÍA   A.   Clemente  Rosa_ de
(Nombre del servidor público o servidora pública)

_Escuela   Intermedia   Sabana   Llana_
(Nombre de la agencia o municipio para el que trabaja)

Certifico haber leído con detenimiento y comprendido el siguiente documento:

- ☐ Conética Año _____ Vol. _____ Título_____
- ☐ Carta Circular Núm. _____
- ☒ Artículo de Ethos Núm. _III_ Título _La Formación de política pública_
- ☐ Folleto del Contralor Título_____
- ☐ Ley de Ética Gubernamental
- ☐ Reglamento Título _____
- ☐ Otro _____

Entiendo que con la lectura del documento mencionado se acreditarán horas, como parte de mi educación continua y de las 10 horas de cursos que debo tomar cada dos años, según dispone el Artículo 2.7 de la Ley de Ética Gubernamental.

_____          _2 de   Marzo 2012_
Firma del servidor(a) público(a)                    Fecha

_Maestra de Educación en Tecnología 4 VU_
Puesto que ocupa y área

_7909_
Últimos cuatro dígitos del Número de Seguro Social
(**En cumplimiento con la Ley Núm. 243 de 10 de noviembre de 2006 sobre el Uso y Manejo del Número de Seguro Social y su confidencialidad**, el mismo se utiliza en el CDPE como número de identificación para fines de la acreditación)



**CENTRO DE ESTUDIOS AVANZADOS
DE PUERTO RICO Y EL CARIBE**

Calle Cristo Núm. 52, Viejo San Juan
Apartado 9023970
San Juan, PR 00902-3970
Tel. 787-723-4481
Fax 787-723-1023

INFORME DE NOTAS
Academic Period.:AUG/13-DEC/13

2009/1-DHP
**CLEMENTE ROSA          , MARIA**
COND. ASTRALIS 9546
C/A DIAZ WAY APT. 311
CAROLINA        , PR   00979

| Course | Description | Credits | Grade | Honor Points |
|--------|-------------|---------|-------|--------------|
| HIST1405 | SEM DE INVEST AVANZADA | 3 | P | |

Period Information                Accumulative Information

Credits....:   3               Credits....:   51
Honor Pnts.:   0               Honor Pnts.:   177
Grade Index: 0.00               Grade Index: 3.69

Leyenda:
------------------------------------------------------------
A   Excelente     F   Fracasado      P   Aprobado
B   Bueno         W   Baja Oficial   NP  No Aprobado
C   Regular       I   Incompleto     NR  Nota no informada
D   Deficiente    AU  Oyente         IP  En Progreso
NA  No Asistió                       WF  Baja con penalidad

* CUMPLE con Progreso Académico *

RECORDATORIO: LA FECHA LIMITE PARA LA REMOCION DE INCOMPLETOS ES EL

14 DE MARZO DE 2014

SELLO OFICIAL

# TRANSCRIPCIÓN DE CRÉDITOS

CENTRO DE ESTUDIOS AVANZADOS
DE PUERTO RICO Y EL CARIBE

2009/1-DHP-D0901-0011

Apartado 9023970
San Juan, Puerto Rico
00902-3970

PÁG. ___01___ DE ___01___

CLEMENTE ROSA , MARIA

F

PO BOX 7103

, SAN JUAN

UPR RIO PIEDRAS                        PH.D. HISTORIA DE P.R. Y EL CARIBE

01/17/1962 SANTURCE  PR

2009/1

## AUG/09-DEC/09
| | | | |
|---|---|---|---|
| HIST 505 | HISTORIA DE PUERTO RICO I | 3 | A | 12 |
| HIST 518 | HISTORIA GEN DEL CARIBE | 3 | B | 9 |
| << Accum.. 6 3.50   Period. 6   3.50 >> | | | |

## JAN/10-MAY/10
| | | | |
|---|---|---|---|
| HIST 506 | HISTORIA DE PUERTO RICO II | 3 | A | 12 |
| << Accum.. 9 3.67   Period. 3   4.00 >> | | | |

## JUN/10-JUN/10
| | | | |
|---|---|---|---|
| HIST1417 | :APORTA AFRO PUERT A LAS | 3 | A | 12 |
| << Accum.. 12 3.75   Period. 3   4.00 >> | | | |

## AUG/10-DEC/10
| | | | |
|---|---|---|---|
| HIST 652 | TEORIAS Y MET INVE HIST I | 3 | A | 12 |
| HIST1307 | LA MUJER EN LA HIST HISP | 3 | A | 12 |
| << Accum.. 18 3.83   Period. 6   4.00 >> | | | |

## JAN/11-MAY/11
| | | | |
|---|---|---|---|
| HIST1212 | HIST PR Y EL CARIB CONTEM | 3 | A | 12 |
| << Accum.. 21 3.86   Period. 3   4.00 >> | | | |

## AUG/11-DEC/11
| | | | |
|---|---|---|---|
| HIST1401 | HISTO EUROPEO AMERICANA I | 3 | B | 9 |
| HIST1416 | CINE DOC E HISTORIOGRAFIC | 3 | A | 12 |
| << Accum.. 27 3.78   Period. 6   3.50 >> | | | |

## JAN/12-MAY/12
| | | | |
|---|---|---|---|
| HIST1305 | PROB. CONTEMP. DE AME. LA | 3 | B | 9 |
| HIST1313 | HIST HISPANOAME D LA CONQ | 3 | A | 12 |
| << Accum.. 33 3.73   Period. 6   3.50 >> | | | |

## JUN/12-JUN/12
| | | | |
|---|---|---|---|
| HIST1310 | INT. PALEOGRAFIA I | 3 | A | 12 |
| << Accum.. 36 3.75   Period. 3   4.00 >> | | | |

## AUG/12-DEC/12
| | | | |
|---|---|---|---|
| HIST1141 | HIST PUERT I:S.XVI AL XIX | 3 | A | 12 |
| LITE1704 | ACTUALI DE CIEN ANOS SOLE | 3 | B | 9 |
| PORT1950 | PORTUGUES | 0 | P | 0 |
| << Accum.. 42 3.71   Period. 6   3.50 >> | | | |

## JAN/13-MAY/13
| | | | |
|---|---|---|---|
| HIST1142 | HISTORIOGRAFIA PUERT II | 3 | A | 12 |
| HIST1402 | HISTORI EUROPEO-AMERIC II | 3 | B | 9 |
| << Accum.. 48 3.69   Period. 6   3.50 >> | | | |

## EN PROGRESO
| | | | |
|---|---|---|---|
| HIST1405 | SEM DE INVEST AVANZADA | 3 | IP | 0 |
| << Accum.. 48 3.69   Period. 0   0.00 >> | | | |

*************************************
********** NO CURSOS DEBAJO DE ESTA LINEA ************

TESIS:

COPIA
OFICIAL

CERTIFICO CORRECTO:                              FECHA

APPENDIX 3-B

# APPENDIX 3-C

Maria A. Clemente Rosa
Condominio Astralis 9546
Calle Diaz Way Apt. 311 Torre # 6
Carolina, P.R. 00979
787 597-6267

# Hoja de Tramite

**A:**      Sr. Eric Pérez
           Director Ejecutivo
           Oficina De La Carrera Magisterial
           Departamento De Educación

           **ATN.** Sr. Ángel Sánchez
           Analista
           Programa de Carrera Magisterial
           Fax. (787) 756-8028

**De:**     María Clemente Rosa          **Date:** 20 de Mayo de 2014

           Tel. (787) 597-6276, (787) 257-7921

☐ Urgent      X For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

1. Entrega de la Alieación de los cursos de Hist. con
   los Cursos del Programa de Artes Industriales.
2. Entrega Referencias.

20. mayo - 14

APÉNDICE LL

EVIDENCIA DEL PLAN DE ALINEACIÓN CURRICULAR

CON LOS CURSOS DE HISTORIA

ALINEACION DEL PROGRAMA DE EDUCACIÓN TECNOLÓGICA
**AL PROGRAMA DE HISTORIA**
**Año 2014-2015**

Meta: La Prof. María A. Clemente Rosa, participante de la Carrera Magisterial con este Proyecto de Alineación de Cursos de Historia al Programa De Artes Industriales, pretende establecer como los cursos a nivel doctoral de Historia se alinean a los estándares del Programa de Artes Industriales. El proyecto surge a la luz de que el currículo de Artes Industriales, no se ofrece en las Universidades en Puerto Rico. Por medio de este alineamiento curricular se podrá justificar que los maestros que deseen capacitarse para participar en la Carrera Magisterial, tendrán otra alternativa de estudios, que lo capacitaran del origen de las Artes Industriales y como estas están directamente relacionadas con la Historia.

**Objetivo:** Identificar 6 cursos (18cr) de Historia que estén en alineación curricular con el Programa de Artes Industriales a nivel intermedio, que ofrece el Departamento De Educación. Con un 100 % de adecuacidad.

AREA: TECNOLOGIA DE LA MANUFACTURA

| Estándar | Curso de Historia | Conceptos | Destreza Cognitivas y Alineación con el Curso de Artes Industriales | Destrezas Sicomotoras | Valores y Actitudes | |
|---|---|---|---|---|---|---|
| Competencias, destrezas y conocimientos en los estándares.<br><br>**ESTANDAR. Identifica los diferentes tipos de industria de la manufactura.**<br>- Estudia (nociones generales) las aéreas industriales relacionadas con la manufactura en Puerto Rico y en el Mundo.<br>- Evalúa la ventaja y desventaja de vivir en una comunidad industrial. Ver guía pág. 54<br>**ESTANDAR. Identifica los diversos métodos utilizados para el procesamiento de materiales.**<br>- Estudia el concepto de materia prima.<br>- Explica los aspectos técnicos que conllevan los diferentes procesos.<br>- Define los distintos procesos de refinamiento de la materia prima. | **HIST 1212- Historia de Puerto Rico y el Caribe Contemporáneos. 3 Cr.**<br>La historia puertorriqueña del Caribe Contemporáneos nos presenta a través de los libros de texto de historiadores, que la población puertorriqueña (el criollo) y del Caribe tuvieron su desarrollo del comercio y la educación para el año 1765. El desarrollo social –cultural y económico se inicia en el siglo XVII, donde su principal actividad fue el tráfico mercantil con los indios. Y en siglo XVIII surgen las compañías comerciales españolas. De esta manera los criollos intercambiaban sus frutas, azúcar, reses vacunas y madera con los barcos que venían a la Isla. **De esta manera inicia el Proceso de manufactura en ese Intercambio.** | Manufactura de un producto<br><br>Seguridad<br><br>Equipos y Herramientas<br><br>Investigación y Desarrollo | Explica como la oferta y demanda afectan la comercialización. Pág. 43<br><br>Distingue entre materiales naturales y sintéticos. Explica como los procesos de separación y esquilas, retiro de viruta, y otros procesos, se utilizan en la manufactura. Ver guía pág. 41.<br>Está íntimamente relacionado con el **Curso de Manufactura**, Comercio, Trabajo en madera<br><br><br>Ver guía pág. 41 | Aplica las reglas de seguridad.<br><br>Aplica los pasos básicos del proceso de diseño, en la fabricación de un producto.<br><br>Fabrica un proyecto en el laboratorio de tecnología. | Evalúa las consecuencias para el medio ambiente de la aplicación de las distintas tecnologías.<br><br>Demuestra interés por la seguridad de las personas que comparten su lugar de trabajo.<br><br>Se interesa en los campos ocupacionales relacionados con la manufactura. | |

| | | | | | |
|---|---|---|---|---|---|
| **ESTANDAR. Confecciona dibujos** utilizando correctamente los instrumentos de dibujo.<br>- **Describe las técnicas de: dibujo isométrico, vistas ortográficas, perspectiva, vista seccionales.**<br>- **Identifica los diferentes instrumentos utilizados en el dibujo técnico.**<br>- **Selecciona los instrumentos adecuados para cada tarea.**<br><br>**ESTANDAR. Desarrollar la comprensión de las cualidades y atributos del diseño.**<br><br>**ESTANDAR. Desarrollar la comprensión del diseño de la ingeniería.**<br><br>**ESTANDAR. Desarrollar la capacidad de aplicar el proceso de diseñar.**<br><br>**ESTANDAR. Desarrollar la comprensión y capacidad de seleccionar y utilizar la tecnología.** | **HIST. 1417- Aportación Afro- Puertorriqueña a las Artes. 3CR.**<br><br>Este curso es la historia del arte. Está directamente relacionado con el área de Dibujo Técnico y sus apreciaciones. Escala de colores. | Investigación y Desarrollo<br><br>Sistema de diseñar<br><br>Introducción de nuevas Técnicas. | Curso de Artes Ind. – **Apreciación del Dibujo.** Permite que el estudiante desarrolle su apreciación al arte y la cultura visual de las nuevas tecnologías. | Aplica nuevas técnica en sus trabajos.<br><br>Identifica diferentes usos de los instrumentos. | -Se interesa en los campos ocupacionales en el área del diseño.<br><br>-Demuestra la técnica apropiada para producir varios tipos de dibujos.<br><br>-Utiliza varias técnicas de dibujos para obtener varios resultados. |
| **ESTANDAR. Confecciona dibujos** utilizando correctamente los instrumentos de dibujo.<br>- **Describe las técnicas de: dibujo isométrico, vistas ortográficas, perspectiva, vista seccionales.**<br>- **Identifica los diferentes instrumentos utilizados en el dibujo técnico.**<br>- **Selecciona los instrumentos adecuados para cada tarea.**<br><br>**ESTANDAR. Desarrollar la comprensión de las cualidades y atributos del diseño.** | **HIST. 1310 – Introducción a la Paleografía. 3CR.**<br><br>En el curso de Introducción a la Paleografía se trabaja directamente con el Alfabeto de Líneas y Símbolos, que se desarrollan en el curso de Artes Industriales de Dibujo Técnico. | Investigación y Desarrollo<br><br>Sistema de diseñar<br><br>Introducción de nuevas Técnicas. | Curso de Artes Ind. – **Dibujo Técnico ,, Curso Apreciación del Dibujo**<br><br>Permite que el estudiante se relacione con el Alfabeto de líneas y otro vocabulario gótico, que se usa como medio de expresión. | Aplica nuevas técnica en sus trabajos.<br><br>Identifica diferentes usos de los instrumentos.<br><br>Aplicar las reglas | -Se interesa en los campos ocupacionales en el área del diseño.<br><br>-Demuestra la técnica apropiada para producir varios tipos de dibujos.<br><br>-Utiliza varias técnicas de dibujos para obtener varios resultados. |

| | | | | |
|---|---|---|---|---|
| **ESTANDAR. Describe el origen de la Artesanía y su aportación al desarrollo cultural de los pueblos.**<br><br>-Explica el origen de la artesanía.<br><br>- Define los términos asociados con el Trabajo artesanal.<br><br>-Menciona distintos ejemplos de trabajos artesanales de Puerto Rico y de otros países.<br><br>-Discute como la artesanía contribuye al desarrollo cultural. | **HIST. 1307- La Mujer en la Historia Hispanoamericana. 3CR.**<br><br>Uno de los problemas que se plantea los estudiosos de la historia puertorriqueña, es como entra la participación de la mujer a los programas de Artes Industriales y al mundo del trabajo, en el siglo pasado XX, que estaba diseñado para el hombre. La Historia ha evidenciado que la participación de la mujer inicia con su aportación en el cultivo de café y el tabaco y se reafirma con la industria de la aguja y el bordado. Dando esta fase la aportación económica de la mujer al ingreso del hogar.<br><br>Precisamente este curso tiene el propósito de presentar el enfoque disciplinario que tuvieron las mujeres en los Programas de Artes Industriales. Este Programa comenzó en el 1899 de acuerdo al historiador Knowlton Mixer en su obra Porto Rico History and Condition, publicada en 1926. Mixer presento en su obra que las Artes Industriales inician en el 1899, en un hogar de beneficencia conocido como " House of Beneficence" el cual estaba dirigido a niños y niñas de caridad o huérfanos. Eran dos escuelas  una para niños donde habían 400 y la otra escuela para niñas la cual tenia 300 niñas. La instrucción que recibían eran  académica y vocacional. [1] | Investigación y desarrollo de las mujeres dentro del Programa De Artes Industriales.<br><br>Materiales y Procesos<br><br>Sistema de Producción.<br><br>Manufactura de un Producto.<br><br>Mercadeo de un Producto. | Está íntimamente relacionado con los Cursos de Manufactura, Imprenta y el curso de Encuadernación.<br><br>Explica como los procesos de maquinas simples aplican a las herramientas eléctricas.<br><br>Explica el uso de las herramientas eléctricas, transportables y fijas son usadas en la manufactura.<br><br><br>Ver la Guía. Pág. 41 | de seguridad para el uso apropiado de herramientas y de equipo.<br><br>Aplica los pasos básicos del proceso de diseño, en la fabricación de un producto.<br><br>Calcula el tiempo de producción para un producto hecho en una fábrica.<br><br>Las niñas en octavo grado participaban dos años en cursos de: Encuadernación, Maquinilla, cursos comerciales y en la tarde completaban un curso de tareas domesticas Bordados.<br><br>Las niñas participaban en los cursos de agricultura. |

_____

1. 1.Knowlton  Mixer Porto Rico History and condition. 243-245

2.  AREA: TECNOLOGIA DE LA MANUFACTURA

| Estándar | Curso de Historia | Conceptos | Destreza Cognitivas y Alineación con el Curso de Artes Industriales | Destrezas Sicomotoras | Valores y Actitudes |
|---|---|---|---|---|---|
| Competencias, destrezas y conocimientos en los estándares.<br><br>ESTANDAR 7. Desarrollar la comprensión de la influencia de la tecnología en la **HISTORIA.**<br><br>ESTANDAR 8. Desarrollar la comprensión de las cualidades y atributos del diseño.<br><br>ESTANDAR 11. Desarrollar la capacidad de aplicar el proceso de diseñar.<br><br>ESTANDAR 8. Desarrollar la comprensión de las cualidades y atributos del diseño. | **HIST. 1142- Historiografía Puertorriqueña II. 3CR.**<br>El curso 1142, Historiografía puertorriqueña, permite ver cuál ha sido el desarrollo de la mujer en la historia y como esta se capacito en las aéreas vocacionales fuera del hogar para contribuir al ingreso de su esposo al hogar. A pesar de que la historiografía se ha empeñado en dejar ver que la mujer esta invisible, esto debido a que los temas de historia no giran alrededor de  la mujer; la verdad es que si ha trabajado y ha contribuido a nuestra sociedad.<br><br>    Para la década del 1920 a 1938 la mujer puertorriqueña trabajo a domicilio para las compañías americanas, y devengando un salario establecido por la orden de Salarios para las Industrias de la Aguja en Puerto Rico, de 121/2 centavo a 20Centavos la hora por diversas clases de costura a mano. [2]<br><br>_____<br>2. Formulario *Bajo La ley De Norma Razonables De Trabajo d*e 1938 y la Orden de Salarios para el Trabajo de aguja en Puerto Rico. | Investigación y Desarrollo<br><br>Según la historiadora Yamila Azize, en su obra La Mujer en la Lucha Señala que el desarrollo de la industria de la Aguja data desde el 1915 y con un mayor auge entre 1918 a 1919 luego de que se diera el programa Escolar los "ensayos" en las escuelas de Ponce, Mayagüez y Caguas. [3]<br><br>_____<br>3.Yamila  Azize. *La Mujer en la lucha*. Puerto Rico: Editorial Cultural. 2006. 41 p. | Está íntimamente relacionado con el **Curso de Manufactura**, **Curso** de Costura Industrial, Curso organización de Taller.<br><br>Se relaciona además con los cursos Artesanales | Costura, Organización de Taller<br><br>Se aprecia la División Técnica que requería el trabajo y  la labor artesanal del bordado que se trabajaba en la Isla, | |

| | | | | |
|---|---|---|---|---|
| | **HIST. 1405- Seminario De Investigación Avanzada. 3CR.**<br><br>El curso Seminario De Investigación Avanzada le brinda la oportunidad al lector, al maestro @ para que investigue y conozca el marco teórico y la metodología que envuelve el programa de Artes Industriales. De esta manera nos acercamos a conocer el origen y desarrollo del Programa de Artes Industriales.<br><br>El enfoque y la metodología que utilizada en el Programa de Artes Industriales en el siglo XX no se desvían de los modelos de la historiografía tradicional. | Investigación y Desarrollo<br><br>De acuerdo a la investigación que hiciera Knowlton Mixer, en su obra Porto Rico History and Condición, publicada en el 1926, presenta el origen y desarrollo del Programa de Artes Industriales.<br>El presenta que las Artes Industriales comenzando con la construcción de una escuela construida en 1898, bajo el nombre de Miss Alice Roosevelt en Honor a la hija del presidente Roosevelt<br>El edificio desde 1898 a 1916 fue utilizado como escuela para ofrecer enseñanza a niños de séptimo, octavo y noveno en los cursos de:<br><br>Trabajo en madera para los varones, ofrecían Dibujo Mecánico, Construcción de Gabinetes, Plomería, reparación de maquinas, Dibujo y electricidad. | El curso 1405 esta directamente con el currículo de las artes Industriales. Entre ellos podemos mencionar: Trabajo en madera, Acabado en Madera, Dibujo Mecánico, Plomería. | Entre las destrezas que desarrollaban los estudiantes de 8 vo grado estaban:<br><br>Trabajo en madera para los varones, ofrecían Dibujo Mecánico, Construcción de Gabinetes, Plomería, reparación de maquinas, Dibujo y electricidad. | |

3.  AREA DE LA TECNOLOGÍA DE LA COMUNICACIÓN

| Estándar | Curso de Historia | Conceptos | Destreza Cognitivas y Alineación con el Curso de Artes Industriales | Destrezas Sicomotoras | Valores y Actitudes | |
|---|---|---|---|---|---|---|
| Competencias, destrezas y conocimientos en los estándares.<br><br>ESTANDAR 7. Desarrollar la comprensión de la influencia de la tecnología en la HISTORIA.<br><br>ESTANDAR 8. Desarrollar la comprensión de las cualidades y atributos del diseño.<br><br>ESTANDAR 11. Desarrollar la capacidad de aplicar el proceso de diseñar.<br><br>ESTANDAR . Observa en todo momento las reglas de seguridad, y aplica los primeros auxilios cuando es necesario. | HIST. 1401- Historia Europea Americana I . 3CR.<br><br>El curso 1401obre la Historia Europea Americana I, muestra el desarrollo del Siglo de la Ilustración, siglo XVIII, que se caracteriza por los adelantos tecnológicos, los adelantos en las artes, la participación del hombre y sus inventos. | 1.FOTOGRAFIA<br>2. COMUNICACIÓN GRAFICA.<br>3.TELECOMUNICA CIONES<br>4. APLICACIONES DE COMPUTADORAS.<br>5. DIBUJO Y DISEÑO.<br>El siglo XVIII, Siglo de la Ilustración fue el siglo de la Iluminación, de la Invención Humana. Donde los Grandes Científicos hicieron sus aportaciones. Entre ellos podemos mencionar :<br>Harold Eugene Edgerton- fue el primer científico que supo aprovechar la electricidad para  congelar el tiempo en un instante, creo El Flash Electrónico<br><br>Se desarrolla el conocimiento sobre las aportaciones de los científico.<br><br>Harold Eugene Edgerton- fue el primer científico que supo aprovechar la electricidad para  congelar el tiempo en un instante, creo El Flash Electrónico. | Está íntimamente relacionado con el Curso de la Tecnología,<br>-Discute la importancia fotográfica y su impacto en la economía.<br>- Explica los criterios de selección apropiados para el equipo fotográfico.<br>- Discute la importancia del campo del dibujo y diseño y su impacto en la economía.<br>- Explica los criterios de elección de entre los varios tipos de dibujos (ortográficos, de sección, auxiliar, ect.).<br>Se relaciona además con los cursos Principios de Electricidad.<br><br>Se relaciona además con los cursos Principios de Electricidad, Electrónica | - Utiliza técnicas fotográficas para obtener varios resultados.<br>- Experimenta con varios procesos fotográficos para desarrollar impresiones y crear varios efectos.<br>-Demuestra el uso correcto de la cámara fotográfica digital.[5]<br><br>Se aprecia la División Técnica que requería el trabajo. Uso del Flash, la Electricidad.<br><br>──────────<br>5. Instituto Nacional para el Desarrollo Curricular. Marco Curricular Del programa De Educación Tecnológica. Estado Libre Asociado De Puerto Rico. Departamento De Educación. Subsecretaria para Asuntos Académicos. Secretaria Auxiliar de Educacion Vocacional y Técnica. P. 49 | VALORES Y ACTITUDES<br><br>Desarrolla hábitos seguros de trabajo, necesarios para la participación activa en un laboratorio de comunicaciones.<br><br>-Muestra interés en aprender a operar diferentes equipos de comunicación. | |

| | | | | |
|---|---|---|---|---|
| | **HIST. 1402-Historia Europea Americana II . 3CR.**<br><br>El curso 1401 Sobre la Historia Europea Americana I, muestra el desarrollo del Siglo de la Ilustración, siglo XVIII, que se caracteriza por los adelantos tecnológicos, los adelantos en las artes, la participación del hombre y sus inventos. | **1.FOTOGRAFIA**<br>**2. COMUNICACIÓN GRAFICA.**<br>**3.TELECOMUNICACIONES**<br>**4. APLICACIONES DE COMPUTADORAS.**<br>**5. DIBUJO Y DISEÑO.**<br>El siglo XVIII, Siglo de la Ilustración fue el siglo de la Iluminación, de la Invención Humana. Donde los Grandes Científicos hicieron sus aportaciones. Entre ellos podemos mencionar :<br>Harold Eugene Edgerton-fue el primer científico que supo aprovechar la electricidad para  congelar el tiempo en un instante, creo El Flash Electrónico<br><br>Se desarrolla el conocimiento sobre las aportaciones de los científico.<br><br>Harold Eugene Edgerton-fue el primer científico que supo aprovechar la electricidad para  congelar el tiempo en un instante, creo El Flash Electrónico. | Está íntimamente relacionado con el **Curso de la Tecnología,**<br>-Discute la importancia fotográfica y su impacto en la economía.<br>- Explica los criterios de selección apropiados para el equipo fotográfico.<br>- Discute la importancia del campo del dibujo y diseño y su impacto en la economía.<br>- Explica los criterios de elección de entre los varios tipos de dibujos (ortográficos, de sección, auxiliar, ect.). | - Utiliza técnicas fotográficas para obtener varios resultados.<br><br>- Experimenta con varios procesos  · fotográficos para desarrollar impresiones y crear varios efectos.<br><br>-Demuestra el uso correcto de la cámara fotográfica digital.[5]<br><br>Se aprecia la División Técnica que requería el trabajo. Uso del Flash, la Electricidad.<br><br>―――――――<br>5. Instituto Nacional para el Desarrollo Curricular. Marco Curricular Del programa De Educación Tecnológica. Estado Libre Asociado De Puerto Rico. Departamento De Educación. Subsecretaria para Asuntos Académicos. Secretaria Auxiliar de Educación Vocacional y Técnica.. P. 49 |

El propósito era ofrecerle una experiencia completa en las áreas de oficios.

Durante la noche la escuela funcionaba para capacitar los adultos en las áreas vocacionales. El currículo de los adultos comprendía: Mecánica, Dibujo de Arquitectura, Matemática, electricidad e inglés.

---

4. Knowlton Mixer. Porto Rico History and condition. 243 p.

2009/1-DHP-D0901-0011

CENTRO DE ESTUDIOS AVANZADOS
DE PUERTO RICO Y EL CARIBE

PÁG.  01  DE  01

**GRADO CONFERIDO**

ÍNDICE
GRADUACIÓN

CLEMENTE ROSA          , MARIA                    F

PO BOX 7103                              , SAN JUAN

UPR RIO PIEDRAS              Ph.D. HISTORIA DE P. R. Y EL CARIBE        **FECHA GRADUACIÓN**
                                                                          -

01/17/1962 SANTURCE  PR                      2009/1

```
============== AUG/09-DEC/09 ==============      ============== JAN/12-MAY/12 ==============
HIST 505  HISTORIA DE PUERTO RICO I    3    A    12    HIST1305  PROB. CONTEMP. DE AME. LA    3    B    9
HIST 518  HISTORIA GEN DEL CARIBE      3    B    9     HIST1313  HIST HISPANOAME D LA CONQ    3    A    12
<< Accum..  6  3.50   Period.  6  3.50 >>              << Accum..  33  3.73   Period.  6  3.50 >>

============== JAN/10-MAY/10 ==============      ============== JUN/12-JUN/12 ==============
HIST 506  HISTORIA DE PUERTO RICOII    3    A    12    HIST1310  INT. PALEOGRAFIA I    3    A    12
<< Accum..  9  3.67   Period.  3  4.00 >>              << Accum..  36  3.75   Period.  3  4.00 >>

============== JUN/10-JUN/10 ==============      ============== AUG/12-DEC/12 ==============
HIST1417  :APORTA AFRO PUERT A LAS    3    A    12     HIST1141  HIST PUERT I:S.XVI AL XIX    3    A    12
<< Accum..  12  3.75   Period.  3  4.00 >>             LITE1704  ACTUALI DE CIEN ANOS SOLE    3    B    9
                                                      PORT1950  PORTUGUES    0    P    0
============== AUG/10-DEC/10 ==============            << Accum..  42  3.71   Period.  6  3.50 >>
HIST 652  TEORIAS Y MET INVE HIST I    3    A    12
HIST1307  LA MUJER EN LA HIST HISP     3    A    12    ============== JAN/13-MAY/13 ==============
<< Accum..  18  3.83   Period.  6  4.00 >>             HIST1142  HISTORIOGRAFIA PUERT II    3    A    12
                                                      HIST1402  HISTORI EUROPEO-AMERIC II    3    B    9
============== JAN/11-MAY/11 ==============            << Accum..  48  3.69   Period.  6  3.50 >>
HIST1212  HIST PR Y EL CARIB CONTEM    3    A    12
<< Accum..  21  3.86   Period.  3  4.00 >>             ============== EN PROGRESO ==============
                                                      HIST1405  SEM DE INVEST AVANZADA    3    IP    0
============== AUG/11-DEC/11 ==============            << Accum..  48  3.69   Period.  0  0.00 >>
HIST1401  HISTO EUROPEO AMERICANA I    3    B    9
HIST1416  CINE DOC E HISTORIOGRAFIC    3    A    12
<< Accum..  27  3.78   Period.  6  3.50 >>     ********************************************
                                              ********************************************
                                              ** NO CURSOS DEBAJO DE ESTA LINEA
```

TESIS:

COPIA OFICIAL
COPIA ESTUDIANTIL

16 0913

**53**

**DEPARTAMENTO DE EDUCACIÓN**
*SECRETARIA DE RECURSOS HUMANOS*
*OFICINA DE DESARROLLO DEL CAPITAL HUMANO*
*FAX 787-756-8028*

*PROGRAMA DE CARRERA MAGISTERIAL*

## HOJA DE VISITA

Nombre del solicitante    *María A Clemente Rosa*

Puesto de permanencia    *Maestra Educación Tecnología*

Escuela    *Int. Sabana Llana*

Distrito    *San Juan II*

Región    *San Juan*

Propósito de la visita: *Solicitar información para
acogerme a la alternativa "Opción 45"
artículo 5.04, Reglamento Carrera Magisterial*

FIRMA: *[firma]*    FECHA: *22 Enero 2013*

| PARA USO DE LA OFICINA: | |
|---|---|

Tipo de trámite:    Activación _____    Revisión: _____    Reclamación_____

Opción 45 _____    Extensión de Vigencia _____    Fecha del plan: _____

Orientación _____

Observaciones: _____

_____

Atendido por

RECIBIDO
JAN 13 2013
OFICINA DE
CARRERA MAGISTERIAL

Fecha



DCH-2

**Departamento de Educación**
**Secretaria de Recursos Humanos**
**Oficina de Desarrollo del Capital Humano**
Fax- 787-756-8028

*Programa de Carrera Magisterial*

Solicitud de Evaluación de Créditos Graduados para Opción 45

Nombre María A. Clemente Rosa   Puesto/Categoria Maestra de Educación en Tecnología
Escuela Int. Sabana Llana        Distrito San Juan II                 (Artes Industriales)
Región San Juan                  Fecha 22 enero 2013                  R16045

Estimada Sra. Dra. Milagros Rohena

Solicito autorización para acogerme a la alternativa "Opción 45" (Artículo 5.04, Reglamento de Carrera Magisterial. Num.6761).

Seleccione una de las dos alternativas y marque con una (X)

A.
Estoy activo(a) en Carrera Magisterial        ( X )
Mi (maestría /doctorado):
      No es en mi especialidad       (   )
      No se ofrece en Puerto Rico    ( X )

B.
Me activo por primera vez                     (   )
Mi (maestría /doctorado:
      No es en mi especialidad       (   )

Someto transcripción copia de estudiante del grado de (o cursos graduados doctorado de la Universidad de Centro de en Hist. PR y (Especialidad) para evaluación. y del Caribe.
    Estudios Avanzados de PR y del Caribe
Mi correo electrónico es _____
Mi dirección postal es __ P.O. Box 7103 San Juan , P.R. 00916 __
_____

Atentamente,

_____
Firma

**Nota:** Asegúrese que la copia de la transcripción está legible.

RECIBIDO
FEB 7 2013
OFICINA DE
CARRERA MAGISTERIAL



**Departamento de Educación**
**Secretaria de Recursos Humanos**
**Oficina de Desarrollo del Capital Humano**
**Fax- 787-756-8028**

*Programa de Carrera Magisterial*

Solicitud de Evaluación de Créditos Graduados para Opción 45

_María A. Clemente Rosa_    _Maestria Educ. Tecnologica_
Nombre con dos apellidos                Puesto/Categoría que ocupa

_Int. Sabana Llana 62919_    _San Juan II    San Juan_
Escuela            Código        Distrito            Región

_30 Enero 2014_    _581- 27-7905_
Fecha                    Seguro Social

Estimada Sra. _Eric Perez_

Solicito autorización para acogerme a la alternativa "Opción 45" (Artículo 5.04, Reglamento de Carrera Magisterial, Núm.6761).

Seleccione una de las dos alternativas y marque con una (X)

A.
Estoy activo(a) en Carrera Magisterial        ( **X** )
Mi (maestría/doctorado):
     No es en mi especialidad        (      )
     No se ofrece en Puerto Rico        ( **X** )

B.
Me activo por primera vez            (      )
Mi (maestría/doctorado):
     No es en mi especialidad        (      )

Someto transcripción copia de estudiante del grado de (o cursos graduados) en (maestría, doctoral) tomados en la Universidad de _C.E.A.PC_ en _Historia_, para ser evaluados.
                                                      Especialidad

Mi dirección postal es _Cond. Astralis 9546_
_C14 Diaz Way Apt 311 torre #6_
_Carolina, P.R. 00979_

Mi correo electrónico es _clero_62@yahoo.com_

Atentamente,
_María A Clemente_    Nota: Asegúrese de que la copia de la transcripción esta legible.

**RECIBIDO**
JAN 30 2014
OFICINA DE
CARRERA MAGISTERIAL



*Estado Libre Asociado de Puerto Rico*
*Secretaría Auxiliar de Recursos Humanos*
*Oficina de Desarrollo del Capital Humano*

*Programa de Carrera Magisterial*

Alternativa para estudios graduados: Opción 45 créditos

El Reglamento de Carrera Magisterial en el Artículo 5.04 "Requisitos para alcanzar los niveles" ofrece la alternativa de la Opción de 45 créditos de estudios graduados para los niveles III y V a aquellos miembros activos que:

1. Tengan un grado de maestría o doctoral en áreas diferentes a su especialidad, donde esta certificado y es permanente
2. La maestría o doctorado en su especialidad no se ofrece en Puerto Rico

Los 45 créditos se distribuyen de la siguiente manera (Artículo 6.08 "Distribución de créditos"):

| 18 créditos (40%) en educación general | 27 créditos (60%) en la especialidad |
|---|---|
| Requisitos Opción 45 créditos Nivel III | Requisitos Opción 45 créditos Nivel IV |
| Aprobar no menos de 45 créditos académicos a nivel graduado en áreas de estudio relacionadas con la categoría en la que se desempeña | Aprobar no menos de 45 créditos académicos conducentes al grado de doctor en áreas de estudio relacionadas con la categoría en la que se desempeña |
| Cumplir con no menos de 100 horas contacto en actividades de educación continua desde que se le reconoce el nivel que ocupa al momento de solicitar ascenso | Cumplir con no menos de 100 horas contacto en actividades de educación continua desde que se le reconoce el nivel que ocupa al momento de solicitar ascenso |
| Siete (7) años de experiencia docente en el Sistema de Educación Publica | Invertido 100 horas en un Proyecto especial |
| Evaluaciones de desempeño docente satisfactorias (mínimo 2) | Diez (10) años de experiencia docente en el Sistema de Educación Pública |
| | Evaluaciones de desempeño docente satisfactorias (mínimo 2) |

*Si decide optar por la alternativa de **Opción 45 créditos** tiene que solicitar autorización y someter una copia de transcripción de créditos (clara y legible) del grado obtenido o cursos graduados para ser evaluada en la Oficina de Desarrollo de Capital Humano. Utilice el formulario DCH-2 diseñado para tales efectos.*



**Estado Libre Asociado de Puerto Rico**
**Secretaría Auxiliar de Recursos Humanos**
**Oficina de Desarrollo del Capital Humano**

*Programa de Carrera Magisterial*

**Alternativa para estudios graduados: Opción 45 créditos**

El Reglamento de Carrera Magisterial en el Artículo 5.04 "Requisitos para alcanzar los niveles" ofrece la alternativa de la Opción de 45 créditos de estudios graduados para los niveles III y IV a aquellos miembros activos que:

1. Tengan un grado de maestría o doctoral en áreas diferentes a su especialidad, donde esta certificado y es permanente
2. La maestría o doctorado en su especialidad no se ofrece en Puerto Rico

Los 45 créditos se distribuyen de la siguiente manera (Articulo 6.08 "Distribución de créditos"):

| 18 créditos (40%) en educación general | 27 créditos (60%) en la especialidad |
|---|---|
| Requisitos Opción 45 créditos Nivel III | Requisitos Opción 45 créditos Nivel IV |
| Aprobar no menos de 45 créditos académicos a nivel graduado en áreas de estudio relacionadas con la categoría en la que se desempeña | Aprobar no menos de 45 créditos académicos conducentes al grado de doctor en áreas de estudio relacionadas con la categoría en la que se desempeña |
| Cumplir con no menos de 100 horas contacto en actividades de educación continua desde que se le reconoce el nivel que ocupa al momento de solicitar ascenso | Cumplir con no menos de 300 horas contacto en actividades de educación continua desde que se le reconoce el nivel que ocupa al momento de solicitar ascenso |
| Siete ( 7) años de experiencia docente en el Sistema de Educación Publica | Invertido 100 horas en un Proyecto especial |
| Evaluaciones de desempeño docente satisfactorias (mínimo 2) | Diez(10 )años de experiencia docente en el Sistema de Educación Pública |
| | Evaluaciones de desempeño docente satisfactorias (mínimo 2) |

*Si decide optar por la alternativa de **Opción 45 créditos** tiene que solicitar autorización y someter una copia de transcripción de créditos (clara y legible) del grado obtenido o cursos graduados para ser evaluada en la Oficina de Desarrollo de Capital Humano. Utilice el formulario DOH-2 diseñado para tales efectos.*

APPENDIX 4

## *Ley de Ajuste Salarial para los Maestros y Maestras Conforme a la Ley de la Carrera Magisterial*

Ley Núm. 9 de 7 de marzo de 2022

Para añadir un subinciso (vi) al inciso (d) del Artículo 11, y enmendar el Artículo 31 de la Ley Núm. 66 del 17 de junio de 2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico"; enmendar el Artículo 2.08 de la Ley Núm. 26 del 29 de abril de 2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal"; ordenar al Departamento de Educación y a la Oficina de Gerencia y Presupuesto a identificar la cantidad de cuatro millones trescientos sesenta y siete mil setecientos treinta y seis dólares ($4,367,736), en el presupuesto de la agencia, para cubrir en o antes de que culmine el Año Fiscal 2022-2023 los pagos adeudados correspondientes al periodo que precede al Año Fiscal 2014-2015 conforme a la Ley Núm. 158 del 18 de julio de 1999, según enmendada, conocida como "Ley de la Carrera Magisterial"; ordenar al Departamento de Educación y a la Oficina de Gerencia y Presupuesto a realizar los ajustes salariales y a identificar la cantidad de dinero adeudado correspondiente a dichos ajustes desde el Año Fiscal 2014-2015 en adelante conforme a la aplicación de la Ley 158-1999, supra, con el fin de incluir la partida en el presupuesto del Departamento de Educación en o antes de que culmine el Año Fiscal 2023-2024; ordenar al Departamento de Educación, a la Oficina de Gerencia y Presupuesto y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico a que realicen la identificación de los fondos recurrentes necesarios para la reactivación del cumplimiento con la Ley 158-1999, supra; con el fin de lograr la reactivación y el cumplimiento con la Ley 158-1999, supra, luego de las paralizaciones provocadas por la Ley 66-2014, supra, y por la Ley 26-2017, supra, en el proceso de cumplir con los Planes de Mejoramiento Profesional, las Clasificaciones y los Niveles Magisteriales de maestros(as) que se acogieron a la Ley de la Carrera Magisterial; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

La Ley 158-1999, según enmendada, conocida como "Ley de la Carrera Magisterial", fue adoptada para disponer sobre el sistema de rangos magisteriales, establecer procedimientos para ascensos y revisión de salarios, y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua. Se estableció reconociendo la necesidad de renovar continuamente el conocimiento de los(as) docentes, de perfeccionar sus destrezas a través de estudios y práctica docente, y de mantener los mejores maestros y maestras en el salón de clases del Departamento de Educación de Puerto Rico (el Departamento). Para ello, estableció aumentos salariales a maestros(as) que, en búsqueda de su mejoramiento profesional, van completando nuevos grados académicos, entre otros requisitos.

En el Artículo 1.03 de dicha Ley, se indica que serán integrantes de la Carrera Magisterial los maestros(as) del salón de clases, maestros(as) bibliotecarios(as), orientadores escolares,

Ley de Ajuste Salarial par a los Maestros y Maestras Conforme a la Ley de la Carrera Magisterial [Ley 9-2022]

trabajadores(as) sociales escolares, maestros(as) especialistas en tecnología instruccional, coordinadores(as) industriales y coordinadores(as) de programas vocacionales, siempre y cuando posean certificados regulares de maestro(a) en la categoría en que se desempeñan, posean permanencia, y realicen las funciones inherentes en la categoría de puesto para el que se les expidió el certificado regular. En la Ley se establece que estas clasificaciones existirán en los niveles del I al IV.

Durante varios años, el Departamento realizó este trámite en cumplimiento con los términos que establece la legislación, el Reglamento de la Carrera Magisterial 6761 (el reglamento), y los memorandos del Secretario. Sin embargo, la Ley 7-2009, conocida como "Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para Salvar el Crédito de Puerto Rico", paralizó por primera vez los aumentos salariales, y provocó atrasos significativos en el proceso de revisión de las solicitudes, reconocimiento de nivel, el correspondiente aumento salarial y sobre todo el pago de dicho aumento.

Para el año 2012, el Departamento estaba atrasado en cumplir con la revisión y adjudicación de la documentación provista por maestros(as) bajo la Ley de la Carrera Magisterial. Esto provocó mucha confusión, duplicación de solicitudes, frustración en los docentes y atrasos en los pagos. Ya en el 2014, los maestros(as) entregaron su solicitud a inicio de año, pero tras la aprobación de la Ley 66-2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico", el Departamento paralizó todo trámite de Carrera Magisterial, por lo que no revisó, ni adjudicó las solicitudes, ni siquiera para reconocer los grados académicos recibidos por los maestros(as). Tampoco emitió pagos para el 2014, ni pagos pendientes de años anteriores. Más aún, maestros(as) cuyos pagos del 2013 quedaron pendientes, se les informó que se encontraban en una lista para el pago y muchos, aún al presente, no han recibido el mismo. Esto provocó decenas de casos pendientes de adjudicar ante la Comisión Apelativa del Servicio Público, por controversias sobre la Carrera Magisterial.

Según el propio Departamento de Educación informó a la Comisión de Educación, Turismo y Cultura del Senado de Puerto Rico, en virtud de la Resolución del Senado 166, el Programa de Carrera Magisterial se sufraga con los fondos del presupuesto general asignados al Departamento de Educación. Sin embargo, no ha podido continuar debido a la aprobación de la Ley 66-2014, supra. Esta Ley declaró un estado de emergencia fiscal y prohibió los aumentos en beneficios económicos y compensaciones monetarias extraordinarias a los empleados(as) de las agencias de la Rama Ejecutiva, por lo que el Programa de Carrera Magisterial quedó suspendido. Bajo la referida ley, se considera un aumento en los beneficios económicos de docentes participantes o compensación monetaria extraordinaria, entre otros, los aumentos de sueldo por años de servicio, servicio meritorio, retribución adicional por habilidades o competencia, los aumentos generales, y los planes de adiestramiento, capacitación y desarrollo en exceso de seiscientos dólares ($600) por empleado(a). Por lo tanto, sugirieron la necesidad de enmendar la Ley 66-2014, supra, a los fines de lograr la reactivación y el cumplimiento con la Ley de Carrera Magisterial.

Continuó el Departamento exponiendo que, luego de aprobada dicha Ley, hubo 166 docentes que no pudieron completar la revisión de salario correspondiente al Año Fiscal 2013. Los empleados(as) que sometieron revisión de salario en el Año Fiscal 2014 ascendían a 3,855 maestros(as) y en el Año Fiscal 2015 la cantidad de maestros(as) ascendía a 3,800. Entonces, sugirieron que, para volver a activar la Carrera Magisterial, el Departamento necesitaría aproximadamente ocho millones de dólares ($8,000,000) anuales para gastos recurrentes, según

Ley de Ajuste Salarial par a los Maestros y Maestras Conforme a la Ley de la Carrera Magisterial [Ley 9-2022]

datos provistos por la Oficina de Carrera Magisterial, si se utiliza como base los planes pendientes para revisión y activación de Carrera Magisterial al momento de la paralización de los pagos en cumplimiento con la Ley 66-2014, supra. Incluso, establecieron que la cantidad de la deuda correspondiente a la Carrera Magisterial de los años que preceden a la paralización de los años 2013 al 2021, asciende a unos cuatro millones trescientos sesenta y siete mil setecientos treinta y seis dólares ($4,367,736) aproximadamente.

A su vez, expresaron que la Ley 26-2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal", prohíbe el pago de bonificaciones, a excepción del bono de Navidad. Por lo tanto, que esta Ley debe ser enmendada para que el cumplimiento con la Ley de Carrera Magisterial no se considere una bonificación. Dicha acción debe ir acompañada de una asignación de fondos para cumplir con el impacto fiscal que tendría la reactivación de los beneficios económicos a maestros(as).

Por su parte, la Oficina de Gerencia y Presupuesto (OGP) estableció que el presupuesto consolidado del Departamento de Educación para el Año Fiscal 2021-2022 asciende a, dos mil trescientos cincuenta y seis millones ciento setenta y tres mil cincuenta y cinco dólares ($2,356,173,055.00), el cual se desglosa de la siguiente manera:

| | |
|---|---|
| Fondo General: | $2,342,589,000.00 |
| Fondos Especiales: | $12,718,000.00 |
| Fondos Federales: | $866,055.00. |

Actualmente, la OGP necesita una petición de asignación adicional por parte del Departamento de Educación para poder implantar la Carrera Magisterial, tras la paralización impuesta por la Ley 66-2014, supra. Esto, con el fin de, junto a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, solicitar la reprogramación de fondos necesarios para cumplir con la Carrera Magisterial, sin violar los fundamentos del Plan Fiscal y de la Ley PROMESA.

A pesar de que miles de maestros(as) cumplieron con todos los requisitos exigidos por sus Planes de Mejoramiento Profesional, sacrificaron sus noches, fines de semana, vacaciones, pagaron de su propio pecunio los cursos académicos y de educación continua, y entregaron su documentación a tiempo, no han recibido el reconocimiento a su esfuerzo, ni el aumento salarial correspondiente. Los maestros(as) actuaron en cumplimiento con los propósitos de la Ley de Carrera Magisterial, pero el Gobierno incumplió con la ley que promulgó y no compensó a estos maestros(as) con los aumentos a los que tienen derecho.

Es por todos conocido que el salario del maestro en Puerto Rico es muy bajo. La Carrera Magisterial proveía un método al docente para mejorar sus conocimientos y a su vez recibir una mejor compensación por su trabajo. El aumento salarial bajo Carrera Magisterial está fundamentado en el trabajo académico, educación continua, evaluaciones satisfactorias y, en algunos casos, en la realización de proyectos especiales en la comunidad escolar. Es un aumento enraizado en el esfuerzo del docente, más allá de sus clases, pero con el propósito fundamental de ser mejores educadores(as) para así mejorar la calidad de la enseñanza en Puerto Rico. Por tal motivo, esta Asamblea Legislativa entiende meritorio que se le haga justicia a la clase magisterial, y que se eliminen los obstáculos de política pública necesarios que permitan el cumplimiento con la Ley de Carrera Magisterial de manera cabal.

Ley de Ajuste Salarial par a los Maestros y Maestras Conforme a la Ley de la Carrera Magisterial [Ley 9-2022]

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

**Sección 1. — Omitida** [Se añade un subinciso (vi) al inciso (d) del Artículo 11 de la <u>Ley 66-2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico"</u>]

**Sección 2. — Omitida** [Se enmienda el Artículo 31 de la <u>Ley 66-2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico"</u>]

**Sección 3. — Omitida** [Se enmienda el Artículo 2.08 de la <u>Ley 26-2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal"</u>]

**Sección 4. —**

Se le ordena al Departamento de Educación y a la Oficina de Gerencia y Presupuesto la identificación y reprogramación de unos cuatro millones trescientos sesenta y siete mil setecientos treinta y seis dólares ($4,367,736) provenientes de las partidas del Fondo General asignados para cubrir en o antes de que culmine el Año Fiscal 2022-2023 los pagos adeudados correspondientes al periodo que precede al Año Fiscal 2014-2015 conforme a la <u>Ley 158-1999, según enmendada, conocida como "Ley de la Carrera Magisterial"</u>.

**Sección 5. —**

Se le ordena al Departamento de Educación a que realice, en un periodo de 270 días desde la entrada en vigor de esta Ley, todo trámite, cálculo y análisis requerido para identificar y cualificar a los profesionales del Departamento de Educación a los cuales no se les completó el proceso de ajuste salarial bajo la <u>Ley de Carrera Magisterial</u> a pesar de reunir los requisitos de cualificación para el mismo. Dicho trámite permitirá que aquellos profesionales del Departamento de Educación que hayan cumplido con su Plan de Mejoramiento Profesional de Carrera Magisterial al completar alguna etapa de un Nivel o culminado un Nivel, se le permita revisión y pago de salario retroactivo a los años que el Programa de Carrera Magisterial del Departamento de Educación no solicitó el Plan de Mejoramiento Profesional.

**Sección 6. —**

Se le ordena al Departamento de Educación a identificar la cantidad de dinero adeudado correspondiente a los Años Fiscales 2014-2015, 2015-2016, 2016-2017, 2017-2018, 2018-2019, 2019-2020, 2020-2021 y 2021-2022 conforme a la aplicación de la <u>Ley 158-1999</u>, supra.

Ley de Ajuste Salarial par a los Maestros y Maestras Conforme a la Ley de la Carrera Magisterial [Ley 9-2022]

**Sección 7. —**

Una vez se cumpla con lo establecido en las Secciones 5 y 6 de esta Ley, se le ordena al Departamento de Educación, en colaboración con la Oficina de Gerencia y Presupuesto, y con la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, a identificar aquellas eficiencias presupuestarias que provean la cantidad de fondos necesarios, para cubrir los pagos adeudados correspondiente a los Años Fiscales 2014-2015, 2015-2016, 2016-2017, 2017-2018, 2018-2019, 2019-2020, 2020-2021, y 2021-2022 conforme a la aplicación de la Ley 158-1999, supra, en el presupuesto del Departamento de Educación en o antes de que culmine el Año Fiscal 2023-2024, bajo los gastos proyectados a ser cubiertos con la partida asignada del Fondo General.

**Sección 8. —**

Una vez se cumpla con lo establecido en las Secciones 4, 5, 6 y 7 de esta Ley, se le ordena al Departamento de Educación, a la Oficina de Gerencia y Presupuesto y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico a que realicen el cálculo y la identificación de los fondos recurrentes necesarios para la reactivación del cumplimiento con la Ley 158-1999, supra, en o antes de que culmine el Año Fiscal 2024-2025.

**Sección 9. — Cláusula de Separabilidad.**

Si cualquier cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta Ley fuera anulada o declarada inconstitucional, la resolución, dictamen o sentencia a tal efecto dictada no afectará, perjudicará, ni invalidará el remanente de esta Ley. El efecto de dicha sentencia quedará limitado a la cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta que así hubiere sido anulada o declarada inconstitucional. Si la aplicación a una persona o a una circunstancia de cualquier cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta Ley fuera invalidada o declarada inconstitucional, la resolución, dictamen o sentencia a tal efecto dictada no afectará ni invalidará la aplicación del remanente de esta Ley a aquellas personas o circunstancias en que se pueda aplicar válidamente. Es la voluntad expresa e inequívoca de esta Asamblea Legislativa que los tribunales hagan cumplir las disposiciones y la aplicación de esta Ley en la mayor medida posible, aunque se deje sin efecto, anule, invalide, perjudique o declare inconstitucional alguna de sus partes, o, aunque se deje sin efecto, invalide o declare inconstitucional su aplicación a alguna persona o circunstancia.

**Sección 10. — Vigencia.**

Esta Ley entrará en vigor inmediatamente después de su aprobación. El Departamento de Educación, la Oficina de Gerencia y Presupuesto y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, deberán remitir a la Asamblea Legislativa un informe parcial, a los 180 días de entrada en vigor de esta Ley, para exponer los avances realizados en la consecución de la Sección 4 de esta Ley, un segundo informe parcial al cabo de un año de entrada en vigor de esta

Ley de Ajuste Salarial par a los Maestros y Maestras Conforme a la Ley de la Carrera Magisterial [Ley 9-2022]

Ley, para exponer los avances realizados en la consecución de la Secciones 5, 6 y 7 de esta Ley, y un informe final el 1 de junio de 2024 para exponer los avances realizados en la consecución de la Sección 8 de esta Ley.

---

**Nota.** Este documento fue compilado por personal de la **Oficina de Gerencia y Presupuesto** del Gobierno de Puerto Rico, como un medio de alertar a los usuarios de nuestra Biblioteca de las últimas enmiendas aprobadas para esta Ley. Aunque hemos puesto todo nuestro esfuerzo en la preparación del mismo, este no es una compilación oficial y podría no estar completamente libre de errores inadvertidos; los cuales al ser tomados en conocimiento son corregidos de inmediato (**email: biblioteca OGP**). En el mismo se han incorporado todas las enmiendas hechas a la Ley a fin de facilitar su consulta. Para exactitud y precisión, refiérase a los textos originales de dicha ley y a la colección de Leyes de Puerto Rico Anotadas L.P.R.A.. Las anotaciones en letra cursiva y entre corchetes añadidas al texto, no forman parte de la Ley; las mismas solo se incluyen para el caso en que alguna ley fue derogada y ha sido sustituida por otra que está vigente. Los enlaces al Internet solo se dirigen a fuentes gubernamentales. Los enlaces a las leyes enmendatorias pertenecen a la página web de la **Oficina de Servicios Legislativos** de la Asamblea Legislativa de Puerto Rico. Los enlaces a las leyes federales pertenecen a la página web de la **US Government Publishing Office GPO** de los Estados Unidos de Norteamérica. Los enlaces a los Reglamentos y Ordenes Ejecutivas del Gobernador, pertenecen a la página web del **Departamento de Estado** del Gobierno de Puerto Rico. Compilado por la Biblioteca de la Oficina de Gerencia y Presupuesto.

---

Véase además la **Ley 10-2022, "Ley Especial de Salario Base para los Maestros y Maestras del Sistema de Educación Pública de Puerto Rico".**

---

Véase además la **Versión Original de esta Ley**, tal como fue aprobada por la Legislatura de Puerto Rico.

---

⇒ ⇒ ⇒ Verifique en la Biblioteca Virtual de OGP la **Última Copia Revisada** (Rev.) para esta compilación.

Ir a: **www.ogp.pr.gov** ⇒ Biblioteca Virtual ⇒ Leyes de Referencia—MAESTROS Y MAESTRAS.

# DEPARTAMENTO DE EDUCACION

## Estado Libre Asociado de Puerto Rico

### Secretaría Auxiliar de Recursos Humanos

**ATT: SRM**

11 de enero de 2018

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MARIA A. CLEMENTE ROSA |
| Seguro Social | : | 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 |
| Categoría | : | M. PRINCIPIOS EDUC. EN TECNOLOGIA (ARTES IND.) |
| Distrito Escolar | : | SAN JUAN III_ |
| Sueldo Mensual | : | $3,045.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | Desde el 7 de agosto de 1985 hasta el presente. |
| Cesó | : | N/A |
| Renunció | : | N/A |
| Otros | : | Ha prestado servicios para este Departamento por un período de 31 años, 5 meses, 2 semanas y 2 días.. |

Candida R. Chico
Supervisora
Archivo Docente

El Departamento de Educación no discrima por razón de raza, color, sexo, nacimiento, origen nacional, condición social,

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
DIVISION DE PERSONAL - HATO REY, PUERTO RICO

INFORME DE CAMBIO - PERSONAL DOCENTE

CLAVE ALFA: CLE
---

CLEMENTE ROSA, MARIA A
-----------------------------------------
NOMBRE

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
-----------------
SEGURO SOCIAL

SAN JUAN III
-----------------------------------------
DISTRITO

21 - MA
-----------------
PREPARACION

02919-SABANA LLANA
-----------------------------------------
UBICACION/ESCUELA

810043
-----------------
NUMERO DE PUESTO

REGULAR
-----------------------------------------
STATUS

ESTATAL
-----------------
FONDO

MAESTRO ARTES INDUSTRIALES
-----------------------------------------
CATEGORIA - CLASE

10 DE ENERO 2000
-----------------
FECHA DE EFECTIVIDAD

81110-11100-0810000-1000-00100-2000-
-----------------------------------------
CIFRA DE CUENTA

$ 1,020.00
-----------------------
ANTES DEL CAMBIO

$ 1,120.00
-----------------------
DESPUES DEL CAMBIO

OBSERVACIONES:

AUMENTO EN SUELDO CONFORME A LA LEY NUM. 160 DE 29 DE JULIO DE 1999.

7/feb/2001          Personal Docente
                    759-2000
Hume
Diana               X 2175

APROBADO POR EL SECRETARIO DE EDUCACION.

_____
FIRMA

Ivonne Alemán              759- 2000
Aime De León - Transaciones    759 - 2000
              X 4291    Naty
Lic. Camila                X 2169

dit  View  Go  Favorites  Inquire  Help

ck Earnings | Paycheck Taxes | Paycheck Deductions | Paycheck Garnishments | Paycheck Special Accums | Paycheck Distributions |

| | | | | | | |
|---|---|---|---|---|---|---|
| ompany: | 080 | Page: | 1515 | Line: | 4 | ☐ Off Cycle ? |
| y Group: | SM | ID: | 581277909 | Empl Rcd#: | 0 | Ben Rcd#: 0 |
| d Date: | 06/15/2018 | Name: | CLEMENTE ROSA,MARIA A | | | |

| nfirmed | Advice | | | | | Separate Check #: |
|---|---|---|---|---|---|---|
| eck # | Issue Date | | Earnings | Taxes | Deductions | Net Pay |
| 89498 | 06/15/2018 | | 1,522.50 | 14.92 | 535.22 | 972.36 |

| eduction | | | | Amount | Amt Not Taken/ | Payback Amt/ |
|---|---|---|---|---|---|---|
| Plan | Code | Class | Type | | Calculated Base | Refund Amt |
| E-Asoc Emp ELA-Prest Regular | | | | 257.64 | | |
| | 57-000 | After-Tax | General | | | |
| M-First Medical Health Plan | | | | 40.20 | | |
| | 60-027 | After-Tax | General | | | |
| )-COOP MAESTRO PR | | | | 5.00 | | |
| | 64-030 | After-Tax | General | | | |
| )-COOP DE SEGUROS DE VIDA | | | | 22.00 | | |
| | 70-002 | After-Tax | General | | | |

SHR_INOM_SRM

**SISTEMA DE RETIRO PARA MAESTROS**
Sistema de Aportaciones y Beneficios Integrados
**PAGO DE PENSION INGRESO A NOMINA**

30-08-2019
01:53:01 PM
Página:   1

| | | | NUMERO CASO | 877 |
|---|---|---|---|---|
| SEGURO SOCIAL | 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 | | NUMERO SOLICITUD | 969395 |
| NOMBRE | MARIA CLEMENTE ROSA | | FECHA RADICACION | 26-08-2019 |
| DIRECCIÓN | COND ASTRALIS TORRE 6 | | PENSION AÑOS DE SERVICIO 230 | |
| | 9546 C/A DIAZ WAY APT 311 | | FECHA NACIMIENTO 17-01-1962   EDAD  57.54   SEXO F | |
| | SAN JUAN, PR   00979 | | | |

| | | | PAGO GLOBAL | MENSUAL | ANUAL |
|---|---|---|---|---|---|
| INGRESO A NOMINA: | 30-09-2019 | | $3,472.11 | $2,314.74 | |
| FECHA EFECTIVIDAD: | 01-08-2019 | | | $0.00 | |
| SERVICIOS ACREDITADOS: | 33    5    2   3.5 | | | | |
| | Años Meses Sem  Días | | | | |
| COSTO ANUALIDAD: | $97,348.06 | | | | |
| SALARIO PROMEDIO: | $3,086.32 | AUMENTO POR LEY: | | $2,314.74 | |
| RETROACTIVO: | 01-08-2019  AL   15-09-2019 | | | | |
| IMPORTE TOTAL (BRUTO) | | | $3,472.11 | | $27,776.88 |

| CONCEPTO | CLAVE | | DESCUENTO | DESCUENTO |
|---|---|---|---|---|
| PENSION PAGADA | | | $0.00 | $0.00 |
| PRÉSTAMOS: PERSONAL (PP ) | 47-000 | | $0.00 | $0.00 |
| CULTURAL (PC ) | 45-000 | | $0.00 | $0.00 |
| HIPOTECARIO (PH ) | 36-000 | | $0.00 | $0.00 |
| FINANZAS | 67-059 | | $0.00 | $0.00 |
| INSUFICIENCIA EN APORTACION | | | $0.00 | $0.00 |
| APORT. IND. 9%  Cese:_____ | 26-001 | | $0.00 | $0.00 |
| OTROS | | | $0.00 | $0.00 |
| TOTAL DESCUENTO | | | $0.00 | $0.00 |
| NETO | | | $3,472.11 | $2,314.74 |

BONOS    NAVIDAD (BNP): $0.00          VERANO (PBV): $0.00          MEDICAMENTO (PBM): $0.00

| COMPUTADO POR: | | FECHA: | 8/30/19 |
|---|---|---|---|
| INTERVENIDO POR: | | FECHA: | |
| SUPERVISOR (PENSIONES) | | FECHA: | 3/sept/19 |
| DIRECTOR : | | FECHA: | |
| INGRESADO A NOMINA POR: | | FECHA: | 11/4/19 |
| Mes: | ☐ 1ra  ☑ 2da | FECHA: | 11/4/19 |
| PAGO GLOBAL POR: | | | |
| Mes: | ☐ 1ra  ☑ 2da   ☐ Off Cycle  ☑ Pay Line | | SEP 0 3 2019 |
| SUPERVISOR (NOMINA): | | FECHA: | 26-9-19 |



### DEPARTAMENTO DE EDUCACIÓN
### DISTRITO ESCOLAR SAN JUAN II
### ESCUELA SABANA LLANA INTERMEDIA
### TELÉFONO Y FAX (787) 767-2438

## HISTORIAL DEL PERSONAL

Nombre del Empleado: __María A. Clemente Rosa__          # De Kronos: __10 6 2 6__

Dirección Residencial: __Urb. Country Club Calle 420 MM 16 4Ta. Ext.__

__Carolina, P.R. 00982__

Dirección Postal: _____

_____

Tel. Res. __787- 276-0113__          Tel. Cel. __787- 597-6276__

Correo Electrónico: _____

Categoría del puesto: __Educacion Tecnológica__ Número de puesto: __R 16045__

Tipo de Nombramiento: Permanente __X__ Transitorio _____ Probatorio _____ HQT _____

Años de servicio __27__          Años de servicio en el Sistema de Educación __27__

Años de experiencia en la categoría: __27__

Habilidades Especiales: _____

_____

_____

En caso de emergencia, nombre de persona a contactar:
__Sra. Ramonita Vázquez -__

Relación de parentesco: __Hermana__

Teléfono y/o celular: __(787) 226-7882__

Dirección: __La misma.__

_____

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

DE-16
Aprobado 28/8/2001

Departamento de Educación
P.O. Box 190759 San Juan, Puerto Rico 00919-0759

## DESCRIPCIÓN DEL PUESTO (DE-16)

NO ESCRIBA EN ESTE ESPACIO

| 1. DEPARTAMENTO | 4. APELLIDO PATERNO, | MATERNO O DEL ESPOSO, | NOMBRE |
|---|---|---|---|
| **EDUCACION** | Clemente | Rosa | María |
| 2. PROGRAMA | 5. NÚMERO DE SEGURO SOCIAL | | 5a. NÚMERO DE PUESTO |
| Educación Tecnológica | 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 | | R 16045 |
| 3. ESCUELA | 6. TÍTULO DE CLASIFICACIÓN DEL PUESTO | | |
| Intermedia Sabana LLana | MAESTRO DE LA SALA DE CLASES | | |
| 3a. DISTRITO ESCOLAR | 7. TÍTULO FUNCIONAL DEL PUESTO | | |
| San Juan II | Maestra de Educación Tecnológica | | |

TAREAS DEL PUESTO
EL EMPLEADO ARRIBA INDICADO REALIZA LAS SIGUIENTES FUNCIONES:

1. Planificar el proceso de enseñanza y aprendizaje en la sala de clases partiendo de la idea de que cada estudiante es una persona con necesidades, aspiraciones y aptitudes singulares.
   a. Conocer al estudiante y la comunidad para entender sus necesidades e intereses particulares y determinar sus necesidades educativas
   b. Analizar y enriquecer las variables que influyen sobre las necesidades educativas identificadas en los estudiantes.
   c. Planificar su labor de enseñanza tomando en consideración las necesidades socio cultural y geográficas de sus estudiantes.
   d. Adaptar el currículo de acuerdo a las necesidades e intereses de los estudiantes con el fin de desarrollar una noción dinámica del tiempo histórico y el espacio geográfico en que viven
   e. Proveer para el desarrollo de las destrezas básicas y complejas del pensamiento crítico y de comunicación de los estudiantes con el propósito de mejorar su entendimiento, análisis y reflexión y la expresión de ideas con precisión y corrección.
   f. Utilizar los materiales, equipo y otros recursos que sean apropiados para desarrollar su labor diaria en forma eficiente de acuerdo a la disponibilidad.
   g. Relacionar sus clases con el contenido de otras asignaturas y la experiencia de vida de la comunidad de los estudiantes.
   h. Aplicar las nuevas tendencias y prácticas educativas pertinentes a las asignaturas que enseña.
   i. Proveer a los estudiantes con rezago académico ayuda individualizada.
   j. Proveer alternativas curriculares para estudiantes de alto rendimiento académico o con habilidades especiales.
   k. Fomentar y adiestrar a los estudiantes en la búsqueda y utilización de información a través de medios tradicionales y electrónicos.
   l. Integrar al currículo actividades para el desarrollo actitudes positivas hacia la vida.
   m. Desarrollar estudios y proyectos especiales de iniciativa propia del maestro o los estudiantes relacionados con el curso, que promuevan que los estudiantes descubran sus capacidades, aviven su imaginación y despierten su curiosidad.

2. Organizar y llevar a cabo todas las actividades diarias de su programa en la sala de clases.
   a. Cumplir con las normas y reglamentos que rigen el funcionamiento de la escuela
   b. Preparar y mantener al día el plan de trabajo.
   c. Preparar y mantener al día el registro de notas y asistencia de sus estudiantes de su salón hogar.
   d. Identificar y solicitar los materiales y equipo que necesita para la enseñanza en su sala de clases.
   e. Organizar los materiales, equipo y otros recursos de su labor diaria y seleccionar aquellos que responden a las actividades que se desarrollen
   f. Conocer y utilizar los servicios que se ofrecen en su escuela y hacer sugerencias para su mejoramiento.
   g. Custodiar y conservar los materiales, libros y equipo que le sean asignados para sus clases.
   h. Preparar los informes relacionados con el proceso de enseñanza y aprendizaje que le solicite el Director de Escuela.

3. Establecer y mantener un sistema objetivo para evaluar la labor del estudiante.
   a. Desarrollar un proceso para evaluar y calificar el trabajo de sus estudiantes:
      • Utilizando criterios objetivos y confiables
      • Usando diferentes técnicas para evaluación
      • Relacionando los logros con los objetivos del curso
      • Considerando la fase diagnóstica, formativa y sumativa
   b. Analizar con los estudiantes sus evaluaciones individuales y ayudarlos al progreso de su aprovechamiento escolar

8 NOMBRE Y TÍTULO DE CLASIFICACIÓN DEL SUPERVISOR INMEDIATO Sra. Noemí Cuadrado - Directora

DG-16
Aprobado 20/0/2001

| Departamento de Educación<br>P.O. Box 190759 San Juan, Puerto Rico 00919-0759<br>**DESCRIPCIÓN DEL PUESTO (DE-16)** | NO ESCRIBA EN ESTE ESPACIO | |
|---|---|---|

| 1. DEPARTAMENTO<br>**EDUCACION** | 4 APELLIDO PATERNO, **Clemente** | MATERNO O DEL ESPOSO, **Rosa** | NOMBRE **María** |
|---|---|---|---|

| 5. PROGRAMA   Educación Tecnológica | 5. NÚMERO DE SEGURO SOCIAL **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** | 6a. NÚMERO DE PUESTO **R 16045** |
|---|---|---|

| 6. ESCUELA   Intermedia Sabana Llana | 8. TÍTULO DE CLASIFICACIÓN DEL PUESTO **MAESTRO DE LA SALA DE CLASES** |
|---|---|

| 3a. DISTRITO ESCOLAR   San Juan II | 7. TÍTULO FUNCIONAL DEL PUESTO   Educación en Tecnología |
|---|---|

### TAREAS DEL PUESTO

c. Mantener evidencia de las evaluaciones y progresos de los estudiantes y tenerlas disponibles para cuando se le requieran.

d. Utilizar los resultados de los instrumentos evaluativos administrados como medio para la planificación de estrategias conducentes a mejorar el aprovechamiento de los estudiantes.

4. Establecer relaciones efectivas de trabajo.

a. Establecer y mantener relaciones cordiales con todos los componentes de la comunidad escolar, con sus estudiantes, compañeros de trabajo, dirección de la escuela, padres y la comunidad en general.

b. Participar en las reuniones convocadas y aportar ideas que redunden en beneficio de la educación.

c. Mantener en su sala de clases un ambiente seguro, de orden y un clima de trabajo adecuado.

d. Mantener comunicación con los padres en torno al progreso educativo de sus hijos y evidenciarla.

e. Propiciar y participar en actividades de padres, maestros, estudiantes y de la comunidad

8. NOMBRE Y TÍTULO DE CLASIFICACIÓN DEL SUPERVISOR INMEDIATO   Sra. Noemí Cuadrado - Directora

DS-10
Aprobado 28/9/2001

**10. INDIQUE EN QUE FORMA RECIBE USTED INSTRUCCIONES RESPECTO A SU TRABAJO, MARCANDO EL ENCASILLADO CORRESPONDIENTE.**

Recibo Instrucciones Generales ☐

Recibo Instrucciones Detalladas ☐

Puedo Usar Mi Propio Criterio, Sujeto A Revisión ☒

**11. INDIQUE EN QUE FORMA ES REVISADO SU TRABAJO, MARCANDO EL ENCASILLADO CORRESPONDIENTE.**

La Revisión Es Superficial ☐

La Revisión Es Minuciosa ☐

La Revisión Se Limita A Unos Aspectos ☒   Indique Cuales **Logros obtenidos**

CERTIFICACIÓN: CERTIFICO QUE LAS CONTESTACIONES PRECEDENTES SON CIERTAS Y EXACTAS.

**1 de agosto 2014**
_____
FECHA                                              FIRMA DEL EMPLEADO

INFORMACIÓN DEL SUPERVISOR INMEDIATO

**12. LA INFORMACIÓN DEL EMPLEADO ES CIERTA Y EXACTA, CON LAS SIGUIENTES EXCEPCIONES O ADICIONES: (DÉLE ATENCIÓN ESPECIAL A LOS APARTADOS 10 Y 11)**

CIERTA Y EXACTA

**13 ¿CUALES CONSIDERA USTED LOS DEBERES MÁS IMPORTANTES DE ÉSTE PUESTO?**

TODOS

**14. INDIQUE LOS REQUISITOS PARA EL CERTIFICADO QUE DEBE POSEER LA PERSONA QUE OCUPE ESTE PUESTO.**

REQUISITOS PARA EL CERTIFICADO DE MAESTRO

| REQUISITOS GENERALES | ESTABLECIDO EN EL ARTICULO 5 DEL REGLAMENTO DE CERTIFICACION DE MAESTROS DE PUERTO RICO DEL 1997 |
|---|---|
| REQUISITOS ESPECIFICOS | BACHILLERATO EN EDUCACION CON ESPECIALIDAD EN NIVEL PREESCOLAR, ELEMENTAL, O SECUNDARIA DE LA MATERIA ACADEMICA CORRESPONDIENTE CONFORME AL REGLAMENTO DE CERTIFICACIONES DE MAESTROS DE PUERTO RICO |

_____
FECHA                                              FIRMA DEL SUPERVISOR INMEDIATO

INFORMACION DEL JEFE DE LA OFICINA

**16. LA INFORMACIÓN DEL EMPLEADO Y DEL JEFE INMEDIATO ES CIERTA Y EXACTA, CON LAS SIGUIENTES EXCEPCIONES O ADICIONES.**

CERTIFICACIÓN: CERTIFICO QUE HE LEIDO LA INFORMACIÓN CONTENIDA EN ESTE IMPRESO Y QUE A MI MEJOR ENTENDER ES CIERTA Y EXACTA.

_____
FECHA

Secretaria Auxiliar
Área de Recursos Humanos



# CERTIFICADO

# VITALICIO

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION
SAN JUAN DE PUERTO RICO

## LA SECRETARIA DE EDUCACION

POR LA PRESENTE CONFIERE A:

MARIA A. CLEMENTE ROSA

EL PRESENTE CERTIFICADO DE MAESTRO QUE LO FACULTA PARA EJERCER COMO

MAESTRA DE ARTES INDUSTRIALES

EN LAS ESCUELAS PUBLICAS O PRIVADAS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

EXPEDIDO DESDE 26 de octubre DE 19 92

DADO EN SAN JUAN DE PUERTO RICO EL 27 de octubre DE 19 92

SECRETARIA DE EDUCACION

Número 1062

**080 DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez          , Esquina Calaf
HATO REY, PR  00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | 5184036 |
|---|---|---|---|
| Desde: | 10/24/2013 | Fecha Aviso: | 11/15/2013 |
| Hasta: | 11/06/2013 | | |

| MARIA A CLEMENTE ROSA | | # Empleado: | XXXXX7909 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|---|
| BO OBRERO STA | | Dept: | 8006107-San Juan San Juan III | Estado Civil: | | Head of Household |
| PO BOX 7103 | | Lugar: | Sabana Llana | Concesiones: | 0 | 6 |
| SAN JUAN, PR  00916-7103 | | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS:   XXX-XX-7909 | | Sueldo: | $3,045.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS / IMPUESTOS

| | | Corriente | | Acumulado | | | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,522.50 | 1,284.00 | 31,962.35 | PR Withholding | 14.92 | 312.67 |
| **Total:** | | 1,522.50 | 1,284.00 | 31,962.35 | | **Total:** | 14.92 | 312.67 |

### DEDUCCIONES / DEDUCCIONES GENERALES / BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro de Maestro | 137.03 | 2,876.71 | SM-First Medical Health Plan | 40.50 | 804.50 | GPR Plan de Retiro de Maestro | 129.41 | 2,716.75 |
| | | | SC-AMER FAM LIFE ASS CO | 33.80 | 574.60 | FSED Disability Plan | 25.88 | 543.31 |
| | | | SC-MULTINATIONAL LIFE INS. | 14.30 | 300.30 | SM-First Medical Health Plan | 0.00 | 1,200.00 |
| | | | Ahorros-AEELA | 45.68 | 958.97 | | | |
| **Total:** | 137.03 | 2,876.71 | **Total:** | 134.28 | 2,638.37 | * Total: | | |

| | TOTAL BRUTO | BRUTO TRIBUTABLE | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,522.50 | 0.00 | 14.92 | 271.31 | 1,236.27 |
| Acumulado: | 31,962.35 | 0.00 | 312.67 | 5,515.08 | 26,134.60 |

| PTO HORAS | ACUM | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|
| Balance Inicial: | 0.0 | | Aviso #5184036 | 1,236.27 |
| + Ganada: | | | | |
| + Compra: | | | | |
| - Usada: | | | | |
| - Donada: | | | | |
| + Ajustes: | | | **Total:** | 1,236.27 |
| Balance Final: | 0.0 | | | |

MENSAJE:

---

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez          "
Esquina Calaf
HATO REY, PR  00919

Fecha
**11/15/2013**

Aviso No.
**5184036**

**Cant. Deposito:**   $1,236.27

A la
Cuenta(s) De

**MARIA A CLEMENTE ROSA**
BO OBRERO STA
PO BOX 7103
SAN JUAN, PR  00916-7103
Localizacion: Sabana Llana

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | XXXXXXXXXXXXXXX | 1,236.27 |
| **Total:** | | 1,236.27 |

## NO-NEGOCIABLE

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez        . Esquina Calaf
HATO REY, PR  00919

| Grupo de Pago: | SM -Quincenal | Aviso #: | **4199722** |
|---|---|---|---|
| Desde: | 10/11/2010 | Fecha Aviso: | 10/29/2010 |
| Hasta: | 10/22/2010 | | |

| **MARIA A CLEMENTE ROSA** | # Empleado: | 581277909 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| BO OBRERO STA | Dept: | 8006107-San Juan San Juan III | Estado Civil: | | Head of Household |
| PO BOX 7103 | Lugar: | Sabana Llana | Concesiones: | 0 | 6 |
| SAN JUAN, PR  00916-7103 | Titulo: | DEPARTAMENTO DE EDUCACION | Pct. Adcl.: | | |
| SS:   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 | Sueldo: | $3,045.00 Monthly | Cant. Adcl.: | | |

| HORAS E INGRESOS | | | | | | IMPUESTOS | | |
|---|---|---|---|---|---|---|---|---|
| | | Corriente | | Acumulado | | | | |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
| Pago de Salarios Regulares | | | 1,522.50 | 1,200.00 | 30,419.00 | PR Withholding | 36.58 | 775.57 |
| Licencia  Enfermedad en Exceso | | | 0.00 | | 576.84 | | | |
| **Total:** | | | **1,522.50** | **1,200.00** | **30,995.84** | **Total:** | **36.58** | **775.57** |

| DEDUCCIONES | | | DEDUCCIONES GENERALES | | | BENEFICIOS PATRONALES PAGADOS | | |
|---|---|---|---|---|---|---|---|---|
| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
| GPR Plan de Retiro de Maestro | 137.03 | 2,737.80 | SM-First Medical Health Plan | 16.00 | 304.00 | SM-First Medical Health Plan | 120.00 | 1,200.00 |
| | | | SC-NATIONAL LIFE INS | 14.30 | 277.00 | GPR Plan de Retiro de Maestro | 129.41 | 2,585.58 |
| | | | AS-FED MAESTROS DE PR | 8.00 | 160.00 | FSED Disability Plan | 25.88 | 526.89 |
| | | | Ahorros-AEELA | 45.68 | 912.66 | | | |
| **Total:** | **137.03** | **2,737.80** | **Total:** | **83.98** | **1,653.66** | * Tributable | | |

| TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 1,522.50 | 0.00 | 36.58 | 221.01 | 1,264.91 |
| Acumulado: | 30,995.84 | 0.00 | 775.57 | 4,391.46 | 25,828.81 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

| DISTRIBUCION PAGA NETA | | |
|---|---|---|
| Aviso #4199722 | | 1,264.91 |
| **Total:** | | **1,264.91** |

MENSAJE:

**DEPT DE EDUCACION-MAESTROS**
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR  00919

| Fecha | Aviso No. |
|---|---|
| 10/29/2010 | 4199722 |

Cant. Deposito:    **$1,264.91**

A la
Cuenta(s) De

**MARIA A CLEMENTE ROSA**
BO OBRERO STA
PO BOX 7103
SAN JUAN, PR  00916-7103
Localizacion: Sabana Llana

| DISTRIBUCION DE DEPOSITO DIRECTO | | |
|---|---|---|
| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| Checking | 0600083646 | $1,264.91 |
| **Total:** | | **$1,264.91** |

## NO-NEGOCIABLE

APPENDIX 4- A

# GOBIERNO DE PUERTO RICO

**Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico**

8 de junio de 2018

Directores(as) Ejecutivos(as) - Corporaciones Públicas del Gobierno de Puerto Rico, Alcaldes y Alcaldesas de los Municipios de Puerto Rico

**Alejandro Camporreale Mundo**
Sub Director Ejecutivo

**Carta Circular 2018-2:** *Presentación de evidencias de reclamación (proofs of claim) en los procedimientos al amparo del Título III de PROMESA*

Como es de su conocimiento, Puerto Rico atraviesa por la mayor crisis fiscal y económica en su historia moderna. Como resultado de ello, el Congreso de los Estados Unidos promulgó la *"Puerto Rico Oversight, Management, and Economic Stability Act"* ("PROMESA"), Pub. L. 114-187. Mediante la referida ley federal se creó una Junta de Supervisión y Administración Financiera para Puerto Rico ("Junta de Supervisión Fiscal"), a la cual se le delegaron determinados poderes.

En virtud de PROMESA, la Junta de Supervisión Fiscal presentó cinco (5) solicitudes de reestructuración de deuda ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico ("Tribunal de Distrito") para las siguientes entidades: (1) el Gobierno Central;[1] (2) la Corporación del Fondo de Interés Apremiante (COFINA); (3) el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico; (4) la Autoridad de Carreteras y Transportación (ACT), y (5) la Autoridad de Energía Eléctrica (AEE) (en conjunto, "entidades deudoras"). De ese modo, se iniciaron procedimientos de reestructuración al amparo del Título III de PROMESA para estas entidades deudoras. Sin embargo, los casos de estas entidades se consolidaron para fines administrativos y, actualmente, se tramitan de forma conjunta.

---

[1] Para una lista de las entidades que constituyen el Gobierno Central, véase *Informative Motion Regarding Entities Constituting the Central Government of the Commonwealth*, Docket No. 2828, disponible en https://cases.primeclerk.com/puertorico/Home-DocketInfo#.

Como parte de los procedimientos a tenor con el Título III de PROMESA, el 15 de febrero de 2018, el Tribunal de Distrito emitió la *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* ("Orden") (*Véase Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof,* Docket No. 2521, disponible en https://cases.primeclerk.com/puertorico/Home-DocketInfo#). Mediante la referida Orden se establecieron los términos y procedimientos para la presentación de evidencias de reclamación (*proofs of claim*) en los procedimientos en virtud del Título III de PROMESA. Particularmente, se dispuso que toda persona o entidad que tenga alguna reclamación monetaria contra las entidades deudoras, que haya surgido previo al inicio de los casos de reestructuración de estas entidades, deberá presentar una evidencia de reclamación en o antes del 29 de mayo de 2018. No obstante, el pasado 25 de mayo de 2018, el Tribunal de Distrito emitió una Orden mediante la cual extendió el término para presentar las evidencias de reclamación hasta el 29 de junio de 2018, a las 4:00 p.m. (*Véase Order (A) Extending Deadlines for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof,* Docket No. 3160, disponible en https://cases.primeclerk.com/puertorico/Home-DocketInfo#.).

Asimismo, cabe señalar que la Orden enumera las personas o entidades que están eximidas de presentar una evidencia de reclamación, por lo cual no vendrán obligadas a presentarla aun cuando tengan una posible reclamación contra alguna de las entidades deudoras. En lo aquí pertinente, la Orden dispone en el párrafo 6(*l*) que:

> **CUALQUIER MUNICIPIO, DEPARTAMENTO O AGENCIA DEL GOBIERNO DE PUERTO RICO, QUE NO SEA UNA ENTIDAD DEUDORA O "INSTRUMENTALIDAD TERRITORIAL CUBIERTA" (SEGÚN DEFINIDA EN PROMESA), QUE TENGA UNA RECLAMACIÓN CONTRA UNA ENTIDAD DEUDORA POR UNA CANTIDAD MENOR DE $200 MILLONES, O CUALQUIER ENTIDAD DEUDORA O "INSTRUMENTALIDAD TERRITORIAL CUBIERTA", *ESTARÁN EXIMIDAS* DE PRESENTAR UNA EVIDENCIA DE RECLAMACIÓN.**

No obstante, en la Orden se establece que cualquier entidad descrita anteriormente que tenga una reclamación contra una entidad deudora por una cantidad igual o mayor de **$200 millones, deberá presentar una evidencia de reclamación** en o antes del 29 de junio de 2018, a las 4:00 p.m., en caso de que lo determinen necesario de conformidad con lo dispuesto en la Orden emitida por el Tribunal de Distrito.

Por consiguiente, en el descargo de sus funciones como Agente Fiscal, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF"), le instruye a las Corporaciones Públicas y a los Municipios que tengan reclamaciones monetarias contra las entidades deudoras por una cantidad igual o mayor de $200 millones, a que revisen



la Orden y presenten una evidencia de reclamación dentro del término provisto para ello, según corresponda.

Se recomienda consultar con sus asesores legales. Para obtener información adicional sobre la presentación de las evidencias de reclamación, pueden contactar al agente de reclamación Prime Clerk al (844) 822-9231, entre 10:00 a.m. y 7:00 p.m., o enviar un correo electrónico a puertoricoinfo@primeclerk.com.



APPENDIX 4-B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO

     Debtor.

PROMESA
Title III

No. 17 BK 3283-LTS

**This Motion relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS.**

---------------------------------------------------------------x

**INFORMATIVE MOTION REGARDING ENTITIES CONSTITUTING**
**THE CENTRAL GOVERNMENT OF THE COMMONWEALTH**

To the Honorable United States District Judge Laura Taylor Swain:

     The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as the entity

authorized to act on behalf of the Commonwealth of Puerto Rico (the "Commonwealth"), pursuant

to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Authority,* Act 2-2017, respectfully submits this informative motion (the "Motion") to identify the governmental entities that constitute the central government of the Commonwealth (the "Central Government") to assist parties required to file proofs of claim against the Commonwealth pursuant to the Bar Date Order (as defined below). The list of entities that constitute the Central Government is attached to this Motion as Exhibit B (the "Central Government Entities List").[2] The method by which the Central Government Entities List was compiled is explained in the *Declaration of Scott Rinaldi in Support of the Informative Motion Regarding Entities Constituting the Commonwealth* attached hereto as Exhibit A (the "Rinaldi Declaration"). In further support of this Motion, AAFAF respectfully represents as follows:[3]

## I.   BACKGROUND

1. On January 16, 2018, the Debtors filed the *Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2255], which set certain deadlines for creditors to file proofs of claim against the Debtors, including the entities comprising the Commonwealth.

2. On February 15, 2018, the Court entered an order establishing May 29, 2018 at 4:00 p.m. (AST) as the deadline to file proofs of claim against the Commonwealth and the other Title III Debtors in each of their respective Title III cases [ECF No. 2521] (the "Bar Date Order").

3. The Central Government provides basic services to the people of Puerto Rico in the areas of education, health, public housing, welfare, public safety, economic development, and payment of debt. In carrying out these operations and activities, the Central Government acts

---

[2]   The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act,* has reviewed and approved the Central Government Entities List and authorized AAFAF to file this Motion on behalf of the Commonwealth.

[3]   AAFAF reserves its right to amend or supplement the Central Government Entities List, including AAFAF's right to add or subtract entities from the list.

through certain agencies and entities. In order to avoid confusion and provide further clarity, the Central Government Entities List has been compiled to alert creditors doing business with such entities of their entitlement to prepare and file proofs of claim in compliance with the Bar Date Order. Pursuant to the Bar Date Order, the Central Government Entities List will be published on the Debtors' case website at https://cases.primeclerk.com/puertorico/. Further, the Central Government Entities List will be attached to the reminder notice of the Bar Date, which will be published on or before April 27, 2018 in (a) *El Nuevo Día* in Spanish (primary circulation is in Puerto Rico), (b) *Caribbean Business* in English (primary circulation is in Puerto Rico), (c) *El Diario* and *El Nuevo Herald*, both in Spanish (primary circulation is in New York and Miami, respectively), and (d) *The Bond Buyer*.

## II.   STRUCTURE OF THE CENTRAL GOVERNMENT

4.      The Constitution of the Commonwealth of Puerto Rico (the "Commonwealth Constitution") provides for a republican form of government comprised of the executive, legislative, and judicial branches. The executive power is vested in the Governor, who is elected by direct vote in each general election. Pursuant to the Commonwealth Constitution, for the purpose of exercising the executive power, the Governor is assisted by Secretaries, which are appointed by the Governor with the advice and consent of the Senate. Such Secretaries head the executive departments created under the Commonwealth Constitution and the laws of the Commonwealth. The Commonwealth's executive departments perform a wide range of governmental functions. Existing departments include the Agriculture, Family, Economic Development and Commerce, Transportation, and State Departments. The executive branch also includes numerous agencies and offices, which, along with the executive departments, form part of the Central Government.

3

5.      The executive branch has multiple independent public corporations and instrumentalities, which constitute legal entities separate from the Commonwealth pursuant to their enabling legislation and are not considered part of the Central Government. Historically, independent public corporations and instrumentalities were created to manage discreet government assets or to carry out commercial activities. For instance, the Puerto Rico Highways and Transportation Authority was originally created to assume responsibility for the construction of roads, highways, and related transportation facilities in the Commonwealth. Furthermore, the Puerto Rico Electric Power Authority owns all transmission and distribution facilities and most of the generating facilities that constitute the Commonwealth's electric power system, and supplies all of the electricity consumed in the Commonwealth. The role of public corporations, however, has expanded throughout the years and certain public corporations now perform more traditional government functions. Public corporations may obtain revenues from rates charged for services or products, but some also receive sizable subsidies from the Central Government. Most public corporations are governed by boards whose members are appointed by the Governor with the advice and consent of the Senate.

## III.    PREPARATION OF THE CENTRAL GOVERNMENT ENTITIES LIST

6.      To determine which governmental entities constitute the Commonwealth, AAFAF, worked with various entities, including the Puerto Rico Department of Justice (the "PRDOJ"), Ankura, and outside counsel to AAFAF. As a preliminarily matter, Ankura began its review by including all governmental agencies and departments, excluding public corporations, in the initial proposed list of entities that constitute the Central Government. To formulate the initial entity list, Ankura reviewed, among other things, (i) both Spanish and English text versions of the Functional Structure of the Government of Puerto Rico, dated March 2, 2017; (ii) the Utility Provider List

(Schedule 1) attached to the *Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* [ECF No. 1016]; (iii) the Central Government List prepared by the PRDOJ (the "PRDOJ Government List"); and (iv) the Financial Oversight and Management Board for Puerto Rico's Covered Entities List.

  7.  After Ankura prepared the initial list of Central Government entities, Ankura relied on certain representations made by AAFAF and its outside counsel with respect to the review of each individual entity's enabling act to determine if the legislative language described such entity as "independent," a "legally separate entity," or a "public entity." If the enabling act included any of these characterizations, generally, such entity was removed from the Central Government Entities List, unless other considerations, such as the entity's close nexus to the Central Government, suggested that it should be considered part of the Commonwealth regardless. If the legislative language in the respective enabling act did not allow for conclusive relationship to be drawn, individual sources of Commonwealth funding were reviewed to determine the entity's relationship with the Commonwealth. Based on this review, Ankura, along with AAFAF and its other advisors, determined that entities without general fund appropriations should usually be considered separate from the Commonwealth. Additional documentation was also reviewed to determine which entities are entitled to file for relief under Title III of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), and therefore should not be included in the Central Government Entities List, and which agencies had a close enough nexus to the Central Government to constitute an entity of the Commonwealth.

  8.  Based on this diligence and review, along with discussions with AAFAF and its advisors, the entities set forth on the Central Government Entities List are to be considered part of

5

the Commonwealth and its Title III case, subject to the automatic stay set forth in Bankruptcy Code sections 362 and 922, made applicable by PROMESA section 301(a), and the Bar Date Order. The Central Government Entities List has been carefully prepared and reasonably calculated to provide creditors with all necessary information to assist them in identifying which entities to file proofs of claim against. Parties asserting claims should not assume they do not have to file proofs of claim solely because such claim is not being asserted directly against the Commonwealth. All parties asserting claims against an entity identified in the Central Government Entities List should carefully review the Bar Date Order to determine whether they need to file a proof of claim against the Commonwealth for such claims.

*Remainder of Page Intentionally Left Blank*

Dated:        March 29, 2018
              San Juan, Puerto Rico


*s/ Luis C. Marini-Biaggi*          */s/ John Rapisardi*
Luis C. Marini-Biaggi               John Rapisardi
USDC No. 222301                     Suzzanne Uhland
Email: lmarini@mpmlawpr.com         (Admitted *Pro Hac Vice*)
                                    O'MELVENY & MYERS LLP
*s/ Carolina Velaz-Rivero*          7 Times Square
Carolina Velaz-Rivero               New York, New York 10036
USDC No. 300913                     Tel: (212) 326-2000
E:mail: cvelaz@mpmlawpr.com         Fax: (212) 326-2061

                                           -and-
MARINI PIETRANTONI MUÑIZ LLC
MCS Plaza, Suite 500                Peter Friedman
255 Ponce de León Ave.              (Admitted *Pro Hac Vice*)
San Juan, Puerto Rico 00917         1625 Eye Street, NW
Tel: (787) 705-2171                 Washington, D.C. 20006
Fax: (787) 936-7494                 Tel: (202) 383-5300
                                    Fax: (202) 383-5414


*Attorneys for the Puerto Rico*     *Attorneys for the Puerto Rico*
*Fiscal Agency and Financial*       *Fiscal Agency and Financial*
*Advisory Authority*                *Advisory Authority*


7



GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

SRM-SB-024
Rev. marzo 2017

## CERTIFICACIÓN DE PENSIÓN

CLEMENTE ROSA,MARIA A
COND ASTRALIS TORRE 6
9546 C/A DIAZ WAY APT 311
SAN JUAN PR 00979

Certifico que CLEMENTE ROSA,MARIA A recibe de una pensión vitalicia del Sistema de Retiro para Maestros. La pensión mensual es de $2,314.74 equivalente a $27,776.88 anual. Luego de las deducciones recibe la cantidad de $2,245.30 mensual, equivalente a $26,943.60 anual.

Esta certificación se expide hoy 25 de marzo de 2022.



Número de Certificación: SRM03P2201839

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Estado Libre Asociado de Puerto Rico: http://www.pr.gov o en nuestro Portal en http://www.srm.pr.gov

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



℡ 787.777.1414      ⊟ 787.759.2883      www.srm.pr.gov