DECEMBER 30, 2022.



I RESPECTFULLY INFORM:

**1. HONORABLE JUDGE: HON. LAURA TAYLOR SWAIN.**
**UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/**
**COURT OF THE UNITED STATES DISTRICT FOR THE DISTRICT OF**
**PUERTO RICO.**

**2. REPRESENTATIVES OF THE DEBTORS**

**3. REPRESENTATIVES OF CREDITORS**

SUBJECT: SECOND PART OF THE DOCUMENTS REQUIRED
BY THE REPRESENTATIVES OF THE DEBTORS: RE:
DECEMBER 30, 2022. (Case: 17-3283) (The Motion)
Presented by María A. Clemente Rosa, the Petitioner.

APPENDIX 6



ESTADO LIBRE ASOCIADO DE PUERTO RICO

**OFICINA DEL PROCURADOR DE LAS PERSONAS CON IMPEDIMENTOS**
Edificio Caribbean Office Plaza • Ave. Ponce de León 670 • Miramar, Puerto Rico
**"LOGRANDO UN PUERTO RICO SIN BARRERAS"**

*OFICINA CENTRAL*

8 de octubre de 2003

CARMEN I. ESTEVA
DIRECTORA
ESC INTERMEDIA SABANA LLANA
CALLE JUAN PEÑA REYES ESQ AVE DE DIEGO
RÍO PIEDRAS PR 00924

**MARÍA CLEMENETE ROSA**
**PAIR SJ-2002-08-0502**

Estimada señora Esteva:

La Oficina del Procurador de las Personas con Impedimentos (OPPI), administra el Programa de Protección y Defensa de los Derechos de las Personas con Impedimentos (PAIR). En nuestra oficina estamos trabajando el caso número **SJ-2002-08-0502**, radicado por María Clemente Rosa. El mismo expresa que solicitó un acomodo razonable al Departamento de Educación que consiste en quipo de asistencia y el mismo no ha sido concedido.

En consecuencia, le estamos citando a una Reunión de Mediación a efectuarse el día 23 de octubre de 2003, a las 9:30 AM en nuestra Oficina Central, localizada en el Edificio Caribbean Office Plaza, en la avenida Ponce de León, 670, en Miramar.

Debo recordarle que su asistencia a la reunión es compulsoria, ya que, la Sección 532h(e) de la Ley número 2 de 27 de septiembre de 1985, según enmendada, indica que "ninguna persona natural o jurídica podrá negarse a cumplir con una citación expedida por el Procurador o representante autorizado, no podrá negarse a reproducir la evidencia que le hubiere sido requerida, ni podrá rehusarse a contestar cualquier pregunta en relación con algún asunto bajo la investigación del Procurador" por lo que esperamos su asistencia a la misma.

Deberá traer la evidencia o documentación relacionada al asunto antes referido. Cualquier duda o pregunta puede comunicarse con nuestra oficina al teléfono número 787-725-3333, al número libre de cargos 1-800-981-4125, extensiones: 2106 y 2112, al correo electrónico brivera1@oppi.gobierno.pr.

Cordialmente,

Braulio Rivera Ruiz
Intercesor I PAIR

Madelisa Monroig López
Coordinadora PAIR

Apartado 41309 • San Juan, Puerto Rico 00940-1309
Tels. (787) 725-2333 cuadro • TDD (787) 725-4014 • 1 (800) 981-4125 (libre de costo) • Fax (787) 721-2455
www.oppi.gobierno.pr

DEPARTAMENTO DE EDUCACION
PROGRAMA DESARROLLO INTEGRAL
SECRETARIA AUXILIAR RECURSOS HUMANOS
TEL. 759-9688

REV. 2-98

ACOMODO RAZONABLE LEY ADA          FECHA **24/05/2001**
(SUPERVISOR)                       LUGAR **San Juan III**

REFERIDO POR: _____

Nombre del Empleado: **María A. Clemente Rosa**

Puesto que ocupa: **Maestra de Artes Industriales**

Funciones esenciales del puesto que ocupa el empleado: **Docente**

_____

_____

Identifique el tipo de impedimento y diagnóstico alegado por el solicitante: **Sinositis y**

**Faringitis Crónica**

_____

¿Cuál fue la evidencia médica presentada? (Incluya las mismas con este informe)

**Carta** de médico del CFSE certificando condición.

**Copia** de los formularios CFSE-395

Tipo de limitación funcional observada: Marque la categoría que corresponda:

**X** Dificultad para hablar          _____ Escritura
**X** Pérdida parcial de voz          _____ Lectura
_____ Pérdida total de voz          _____ Pérdida de memoria
_____ Pérdida parcial de la visión  _____ Aprendizaje
_____ Pérdida total de la visión    _____ Ambulación
_____ Audición                      _____ Otros (cual (es))

Comentarios Adicionales (Alternativas de Acomodo) **Suplir de los equipos necesarios**

**y mejorar las condiciones del salón**

_____

Firma del Supervisor _____

Nombre en letra de molde **Carmen Iris Esteva**



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaría Auxiliar de Recursos Humanos

29 de mayo de 2007

CLEMENTE ROSA, MARÍA A.

PO BOX 7103
BO OBRERO STA
SAN JUAN PR 009167103

REGIÓN:      SAN JUAN
DISTRITO:    SAN JUAN III
UBICACIÓN:   SABANA LLANA

Estimado(a) Sr.(Sra.)  : CLEMENTE

El Departamento de Educación establecerá nuevos registros para los puestos directivos, técnicos y de supervisión docente.

Los registros de elegibles vigentes para estos puestos, se cancelarán con el establecimiento de los nuevos registros.

La prueba escrita se eliminó como requisito de elegibilidad. Los turnos en los registros de elegibles se asignarán en consideración a los siguientes criterios: preparación académica, índice académico, experiencia en años de servicio, lugar de residencia, estatus de veterano y puntuación por impedimento calificado.

De usted interesar competir en los nuevos registros, deberá reunir los requisitos establecidos para ascenso para los puestos mencionados y cumplimentar la Solicitud de Empleo. La solicitud estará disponible en nuestra página de Internet cuya dirección electrónica es http://media.de.gobierno.pr/ascenso y en la División de Estudios para Ascensos de la Secretaría Auxiliar de Recursos Humanos, Nivel Central. Todas las solicitudes deberán ser radicadas a través de la página de Internet, la cual generará un recibo y le asignará un número de control.

Cordialmente,

Lcda. Ángela Mojica Meléndez
Secretaria Auxiliar Interina
Recursos Humanos

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ... edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

APPENDIX 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Maria A. Clemente Rosa<br>PETICIONARIA<br><br>V.<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et a.,   Debtor. | 15 de abril  DE 2022<br><br>PROMESA TITLE III<br><br>No. 17 BK 3283- LTS<br><br>CLAIM. NÚM. 133537 |

TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors:

HONORABLE JUDGE: Of THE UNITED STATES DISTRICT COURT HON. LAURA TAYLOR SWAIN.

UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/ COURT OF THE UNITED STATES DISTRICT FOR THE DISTRICT OF PUERTO RICO.

REPETUOUSLY REQUEST:

MOTION TO GUARANTEE ME PAYMENT FOR DAMAGES CREATED BY THE DEBTOR: THE COMMONWEALTH OF PUERTO RICO AND THE DEPARTMENT OF EDUCATION, IN ITS ENTIRETY. ACCORDING TO THE CLAIMS SUBMITTED TO THE PROMESA III LAW ON JUNE 29, 2018, CLAIM NO. 133537. CASE NUMBER: 17BK 03283-LTS - FOR THE AMOUNT OF THE CLAIM OF $250,000.00: WHEN THE TIME COMES FOR THE JUDGMENT DECLARED BY THE HON. JUDGE. OF THE UNITED STATES DISTRICT COURT HON. LAURA TAYLOR SWAIN AND THE APPROVAL OF THE DEBT JUSTICE PLAN (PAD).

Maria A. Clemente Rosa appears, PETITIONER, CLAIM NO. 133537 CASE NUMBER: 17BK 03283-LTS respectfully addresses, exposes, alleges, and requests:

ACTS

AFFIRMATIVE DATA

1. For the year 1985, I signed a contract as a teacher with the Puerto Rico Public Education System, in the Industrial Arts Category, currently a Technology Teacher. Certificate No. 1662 and Position No. R 16045. That I have worked for more than 34 years of teaching.

2. During 34 years of public service, I have served as a teacher of excellence and have acquired a Doctoral degree in the area of education. I have participated in different technology competitions, leading students to obtain prizes.

3. As part of my pension, I have contributed to the Teachers' Retirement System.

4. That during 34 years of public service, my rights to receive benefits have been violated by Law 96, which establishes increases not granted for professional training, "Master" level.

5. Violation of Law 96, increase not granted by former Governor Hon. Sila Maria Calderón.

6. Violation of the payment of Law No. 9 signed on March 7, 2022. (P. del S. 573); 2022, Law 9. Law to amend several laws and order the payments owed from Fiscal Year 2014-2015 in accordance with the Law of the Teaching Career, as amended.

7. That as of today, April 15, 2022, the Department of Education continues to violate the rights of teachers who comply with the Teaching Career Law. Since they are now violating Law No. 9 signed on March 7, 2022, by the Hon. Pedro Pierluisi, to comply with the payments of the Teaching Career for the years 2014-2015. And the Department of Education has apparently created a PDF, to pay their select group. Without having made any disclosure of the Payment of Law No. 9. On the contrary, it is not accepting that the Master appears at his Budget Offices to be noted and that the Amount owed be accounted for. As established by the Hon. Governor of Puerto Rico, Pedro Pierluisi.

8. This apparent action on the part of the Office of Human Resources of the Department of Education, to create a PDF Document, with the name of people with the tabulation of the Payment of the Teaching Career without having mediated any Disclosure for the teachers of all the Regions of Puerto Rico and send it to the Budget Office of the Federal Offices of the Department of Education, to Mr. Cruz Hernández. It is an action that does not reveal any transparency between

the agreements between the Government of Puerto Rico and the Fiscal Control Board , to comply with the Debt Adjustment Plan, by the Promise Law.

9. Violation of Law 89, steps not granted to teachers of the Public Education System.

10. Violation of Law 96, Violation of not paying acquired rights, by the Bankruptcy Law. Violation of the Constitution of Puerto Rico.

11. Violation of Law 164, improper discounts, by the Retirement System for Teachers and public employees.

12. Violation of Law 158, increase not granted by the Teaching Career Law, violation of Law 158, the Constitution and deception, to the teacher. Amended by Law No. 9 of March 7, 2022, signed by Hon. Pedro Pierluisi.

13. RESPECTFULLY HONORABLE JUDGE, Laura Taylor Swain, I FIND MY REQUEST FOR A CLAIM PAYMENT MADE ON JUNE 29, 2018, TO BE FAIR, ADEQUATE AND REASONABLE.

I come to you. Hon. Hon. Laura Taylor Swain, Judge, United States District Court and TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO because I understand that they have the principal basis of the primary jurisdiction of my claim.

14. Acknowledging said act, I request this honorable forum to impose a legal remedy aimed at compensating damages caused by the DEBTOR, THE Commonwealth of Puerto Rico, the Government of Puerto Rico and the Department of Education, and its Dependencies and that I am awarded damages and payment of interest in the amount of $250,000.00 as stipulated in the claim and the payment of costs and attorneys' fees.

FOR ALL WHICH, the petitioning party very respectfully requests the Hon. Laura Taylor Swain, Judge, Of the United States District Court and TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors: who is aware of the foregoing, hereby declares the motion of: (SO THAT I BE GUARANTEED TO PAY FOR DAMAGES CREATED BY THE DEBTOR THE COMMONWEALTH OF PUERTO RICO IN ITS ENTIRETY, ACCORDING TO THE CLAIMS SUBMITTED TO THE PROMESA III LAW ON JUNE 29, 2018, CLAIM NO. 133537, CASE NUMBER:

17BK 03283-LTS - FOR THE AMOUNT OF THE CLAIM OF $250,000.00, IN ITS ENTIRETY, WHEN THE

TIME COMES FOR THE JUDGMENT DECLARED BY THE HONORABLE JUDGE Laura Taylor Swain.

CLAIM: CLAIM NUM.: 133537.


RESPECTFULLY REQUESTED.


I CERTIFY that on this same date I have sent by CERTIFIED mail a true and exact copy of this TO

THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO

RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors:


In Carolina, Puerto Rico today April 15, 2022

Maria A. Clemente Rosa
Astralis Condominium 0546
Calle Diaz Way, Apt 311
Tower # 6 Carolina, P.R. 00979
Phone (787)385-2906

Date Filed: 6/29/2018
Case Number: 17 BK 03283-LTS
DEBTOR: Commonwealth of Puerto Rico
CLAIM: NO.: 133537
ASSERTED CLAIM AMOUNT: 250,000.00

# APPENDIX B

COPY DOCUMENT: ORDER CONCERNING MOTION FILED BY MARIA A. CLEMENTE ROSA (DOCKET

ENTRY NO. 20619 IN CASE NO, 17-3283, the "Motion").

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et<br>al., | |
| Debtors.[1] | |

ORDER CONCERNING MOTION FILED BY MARÍA A. CLEMENTE ROSA (DOCKET ENTRY NO. 20619)

      The Court has received and reviewed the motion dated April 15, 2022, filed by María A. Clemente Rosa (Docket Entry No. 20619 in Case No. 17-3283, the "Motion"). The Motion appears to request that the Court issue an order compelling payment of the obligations documented in proof of claim no. 133537, filed by Ms. Clemente Rosa.

      The Motion is written in the Spanish language, and no English language translation was provided. The United States Code provides that all proceedings in the United States District Court for the District of Puerto Rico must be conducted in English. See 48 U.S.C. § 864; see also L.Cv.R. 5(c) ("All documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English . . . ."). The Motion is therefore denied without prejudice to renewal in English.

      SO ORDERED.

Dated: April 27, 2022

                               /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                               United States District Judge

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CM/ECF - U.S. Bankruptcy Court:prb

### U.S. Bankruptcy Court

### District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from Ramirez, Marian entered on 4/27/2022 at 1:25 PM AST and filed on 4/27/2022

| | |
|---|---|
| **Case Name:** | COMMONWEALTH OF PUERTO RICO and Puerto Rico Public Buildings Authority (PBA) |
| **Case Number:** | 17-03283-LTS9 |
| **Document Number:** | 20626 |

**Docket Text:**
ORDER CONCERNING [20619] MOTION FILED BY MARIA A. CLEMENTE ROSA. The Motion is denied without prejudice. Signed by Judge Laura Taylor Swain on 4/27/2022. (mr) s/c sent to Clemente Rosa.

APPENDIX

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

JUN 2 9 REC'D

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Maria A. Clemente Rosa

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor

| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>    Sí. ¿De quién? _____ |
|---|---|

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>María A. Clemente Rosa<br>Name / Nombre<br><br>Number / Número    Street / Calle<br><br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Name / Nombre<br><br>Number / Número    Street / Calle<br><br>City / Ciudad    State / Estado    ZIP Code / Código pos<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
|---|---|---|

| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>    Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>    Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) |
|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>    Sí. ¿Quién hizo la reclamación anterior? _____ |
|---|---|

## Part 2 / Parte 2:  Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes.  Identify the agency or department and contact name  (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>    Sí.  Identifique el organismo o departamento y nombre del representante  (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de Educación |
|---|---|

| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí  Proporcionar la información adicional establecida a continuación<br><br>Vendor / Contract Number | Número de proveedor / contrato _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |
|---|---|

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$ *Monto Interes*
*termios' 6*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Si. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, prestamo de dinero, arrendamiento, prestacion de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*El aumento de salaui : Ley de Cauera Mfojis teui*
*los aumentos de Sila Maui - Ojreuo*

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Si. La reclamación está garantizada por un derecho de retención sobre un bien

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehiculos

☐ Other. Describe
Otro. Describir. _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención

Value of property / Valor del bien: $ _____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ _____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7 )
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7 )

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %.
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Si. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410

12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Si. Identifique el bien: _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Si. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

$ *Monto Indeterminado*

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente*

☒ I am the creditor. / Soy el acreedor
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto

Executed on date / Ejecutado el _06/28/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _[signature]_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Maria_ _Antonia_ _Clemente Rosa_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _Maestra de Artes Industriales_

Company / Compañía

Identify the corporate servicer as the company if the authorized agent is a servicer
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador

Address / Dirección

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto    Email / Correo electrónico

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | | |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

JUN 2 9 REC'D

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redact copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada con prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   *María  H- Clemente Rosa*

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

MAría A Clemente Rosia
Name / Nombre

Number / Número      Street / Calle

City / Ciudad      State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número      Street / Calle

City / Ciudad      State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departa mento de Educación

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero ante del 30 de junio de 2017  $ _____

Modified Official Form 410

Proof of Claim

**8.  How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *Monto Interdeterminado*

¿Does this amount include interest or other charges?

¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

**9.  What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*El aumento de salario: Ley de Carrera Magisterial*
*Los aumentos de Sila María · Greiró*

---

**10.  Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:**   $_____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $_____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

**Annual Interest Rate** (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

---

**11.  Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property / Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

$ *Monto Indeterminado*

---

**Part 3 / Parte 3:**     Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _06/28/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _María_____ _Antonia_____ _Clemente Rosa_____
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _Maestra de Artes Industriales_____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número     Street / Calle

_____
City / Ciudad                    State / Estado        ZIP Code / Código postal

Contact phone / Teléfono de contacto_____  Email / Correo electrónico_____

---

Modified Official Form 410                    Proof of Claim

APPENDIX 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

11 DE JULIO 2022

María A. Clemente Rosa
PETITIONER
v.

THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD
FOR PUERTO RICO

As representative of

PROMESA TITLE III
No. 17BK 3283- LTS

(Jointly Administered)

THE COMMONWEALTH OF
PUERTO RICO, et a.,   Debtor.
THE PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY,
Debtor.

PROMESA TITLE III
No. 17 BK 3567-LTS

CLAIM. NUM. 133778

TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, as representative of
THE COMMONWEALTH OF PUERTO RICO, et al., Debtors:

HONORABLE JUDGE: HON. LAURA TAYLOR SWAIN.
UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO
RICO/ COURT OF THE UNITED STATES DISTRICT FOR THE DISTRICT
OF PUERTO RICO

REPETUOUSLY REQUEST

MOTION

HONORABLE UNITED STATES DITRIT COURT FOR THE
DISTRICT OF PUERTO RICO/ UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO AND HON. JUDGE LAURA TAYLOR
SWAIN, TO RESPECTFULLY COLLECT AND REQUEST, SO THAT THE
ARGUMENTS PRESENTED HERE HUMBLY BE CONSIDERED AND
THAT I MAY BE GIVEN THE OPPORTUNITY TO FILE SUCH MOTION, IF
APPROPRIATE BY LAW.

Maria A. Clemente Rosa appears, PETITIONER, CLAIM NO. 133778.
respectfully addresses, exposes, alleges and requests:

**MOTION:**

Dr. María A. Clemente Rosa addresses you very respectfully, by this means I request LA HON. JUDGE LAURA TAYLOR SWAIN, and the Hon. The Financial Oversight And Management Board For Puerto Rico, as representative of The Commonwealth Of Puerto Rico, et al. As debtor, and representative of The Puerto Rico Highways And Transportation Authority, as debtor as well, to allow me to file the motion, to Rule 3018(a) to make my claim to the debtor represented by the Puerto Rico Highways and Transportation Authority Rich.

LIST OF FACTS:

1. Honorable Judge Laura Taylor Swain, I respectfully address you hereby presenting how our system of highways and urban public roads is designed and configured, because for towns in rural areas, it has not been possible to achieve 100% optimal design of highways and transportation routes, accessible to the entire population, because the entire population has the same right. Urban highways and thoroughfares have links that cause crashes. They join the Sedas with the main roads, the roads are full of holes, the holes are year after year, and when the election year arrives they begin to fix the roads and build without planning, to obtain votes from the population. Unfortunately, the needs of the people are not being met.

The bridges built on the expressway that leads to the Teodoro Moscoso Bridge, at the exit for Trujillo Alto, are not identified to where each bridge and exit leads, when you kill the mimes you are turning back to Rio Piedras. This is a problem for the community, due to the poor configuration of planning, identification and construction of bridges and public roads, which we currently have in Puerto Rico.

2. Our transportation system is obsolete, it does not present an effective service for the population that does not have private transportation and lives in rural and urban areas, where the public transportation service does not reach.

3. To indicate what corresponds to me in said Motion, I respectfully present the Hon. Judge Laura Taylor Swain, the following: on Campo Rico Avenue, in Carolina, there is a Seda that totally merges with the left lane. In that same silk, on June 25, 2018, my vehicle was hit, which cost me $6,000.00 to repair it. And the vertebral column, the neck, the knees, the cervical spinal cord reflected Lordosis, the bones C4-C5, C5-C6 resulted in minimal neural foraminal stenosis bilaterally. To this day I continue with the problem of the spine, the back, the neck and the knees. See appendix 1.

4. On the other hand, the express car service presents a failure to charge for service, or when it is intervened incorrectly, it immediately produces incorrect tickets and sends them to the driver improperly. I had to pay $1,015.00 for unjustified fines. Fines that are sent with the same dates, times and repeated on the same day as if the driver passed, and passed again. And when it is not, they send you a list indicating innumerable dates of use of the express car. When one is going to claim those tickets with those fines. They tell you to ask for a meeting, to (review). evaluate the fines. Which leads you to pay those unfair fines because if not, interest will continue to rise, as happened to me. See appendix 2.

5. From my analysis, Puerto Rico needs to restructure our Transportation and Road system, to meet the needs of 100% of the people of Puerto Rico, to emerge with a Longitudinal Infrastructure Plan and to be implemented with transparency from the start. Startup phase. And to achieve this, it must begin with meeting the responsibility of paying creditors.

To this factor of lack of accessibility of transportation to some neighborhoods and sectors of the towns of the Island, we have to add to the existing collective transportation system (public buses), the deterioration in the availability and quality of service, the loss of users and their inefficient operation. In summary, we could conclude that the deterioration in the availability, quality of services and the loss of users in our Public Collective Transportation System is undermining our capacity for economic development.

It is for these reasons that I request that I be given the opportunity to file my motion under Rule 3018(a).

Hon. JUDGE LAURA TAYLORSWAIN, OF THE UNITED STATES DISTRICT COURT AND TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al, . Debtors: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO, I respectfully request that this Motion be considered, in accordance with the right you have, to be able to participate and vote according to Rule 3018 (a) in the Federal Bankruptcy procedure and that it be considered in accordance with the law, the humbly requested remedy of $25,000.00 for damages caused by the debtor The Puerto Rico Highway and Transportation Authority.

RESPECTFULLY REQUESTED.

I CERTIFY that on this same date I have sent by CERTIFIED mail a true and exact copy of this TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors:

In Carolina, Puerto Rico, Today July 11, 2022

Dr. María A. Clemente Rosa
Condominio Astralis 9546
Calle Diaz Way, Apt 311
Tower # 6 Carolina, P.R. 00979
Phone (787)385-2906

Date Filed: 6/29/2018
DEBTOR: Commonwealth of Puerto Rico/
THE PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY
CLAIM: NO. 133778

OTHER FILES WITH OTHER CLAIMS
139834, 92159 and 150849. 133537

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3567-LTS |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Debtor. | |

MOTION PURSUANT TO RULE 3018(A)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
**FOR TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES**

**Movant must provide all of the information below in English.**

| Part I: | Identify Yourself |
|---|---|
| | María A. Cleemnte Rosa |
| | Name |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Party

Where should notices be sent?

Maria A. Clemente Rosa
Name

Condominio Astralis 9546 Calle Díaz Way Apt 311 Torre 6
Number          Street

Carolina        Puerto Rico
City            State                                    00979
                                                         ZIP Code

787- 385-2906
Contact phone

clero_62ayahoo.com
Contact email

| Part 3: | Identify the Claim |
|---|---|

**Proof of Claim Number (if any)**              Claim: 133778,
                                      133537, 139838, 92159 and 150849
(You may search for your claim on https://cases.primeclerk.com/puertorico/Home-ClaimInfo)

Is improper charging of express car and confluent lanes, wich create confusion for drivers, causing accidents. In June 25,2018. The amount of my claim makes $25,000.00

**Please describe the nature of your claim, including the amount of your claim**

| Part 4: | Explain Why You Should Be Permitted to Vote to Accept or Reject the Debtors' Plan of Adjustment |
|---|---|

By filing this motion, you are seeking an order directing that parts and to rule 3018(a) of the Federal Rules of Bankruptcy Procedure to temporarily allow your claim in an amount the court deems proper for purposes of voting to accept or reject the *Final Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*.

Please provide below (1) the amount of your claim that should be allowed for voting purposes, and (2) the reasons why you believe you should be entitled to vote on the Debtor's plan of adjustment (attach additional pages if necessary)  Please also provide as much documentation as possible to support both the amount you are asserting and the reasons why you believe you should be entitled to vote:

Dra. Maria A. Clemente Rosa respectfully addresses you, I hereby request the Hon. the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico et al. As debtor, and representative of the Puerto Rico Highway and Transportation Authority, as debtor as well, to allow me to file the motion, to Rule 3018(a) to make my claim to the debtor represented by the Puerto Rico Highway and Transportation Authority Rich, the same is due to the fact that our transportation system is obsolete, it does not present an effective service for the population that does not have private transportation and that lives in rural and urban areas, where the public transportation service does not reach.

Cont. Parte 4. Explain why Should Be Permitted to Vote to Accept or

Reject  the Debtors' Plan of Adjustment

On the other hand, public roads have links that cause crashes. To point to what

corresponds to me on Campo Rico Avenue, in Carolina, there is a Seda that totally

merges with the left lane. In that same silk, my vehicle was hit, which cost me

$6,000.00. And my spine, neck, knees, cervical spinal Lordosis reflex, bones C4-C5-

C5-C6 were affected, resulting in minimal neural foraminal stenosis bilaterally. To

this day I continue with the problem of the spine, the back, the neck and the knees.

On the other hand, the express car service presents a failure to charge for

service, or when it is intervened incorrectly, it immediately produces incorrect

tickets and sends them to the driver improperly. I had to pay $1,015.00 for

unjustified fines. Fines they send  with the same dates, times and repeated on the

same day as if the driver passed, and passed again. When one is going to claim

those tickets with those fines. They tell you to ask for a meeting, to evaluate their

flaws. Which leads you to pay those unfair fines because if not, interest will

continue to rise, as happened to me.

From my analysis, Puerto Rico needs to restructure our Transportation and

Highway system, to meet the needs of 90% of the people of Puerto Rico, to emerge

with a Longitudinal Infrastructure Plan and to be implemented with transparency

from the first phase of beginning. And to achieve this, it must begin with meeting the responsibility of paying creditors.

To this factor of lack of accessibility of transportation to some neighborhoods and sectors of the towns of the Island, we have to add to the existing collective transportation system (public buses), the deterioration in the availability and quality of service, the loss of users and their inefficient operation. In summary, we could conclude that the deterioration in the availability, quality of services and the loss of users in our Public Collective Transportation System is undermining our capacity for economic development.

It is for these reasons that I request that I be given the opportunity to file my motion under Rule 3018(a).

Dra. María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way Apt. 311 Torre # 6
Carolina, Puerto Rico 00979

| Part 5: | Sign Below |
|---------|------------|

I respectfully request that this Court enter an order temporarily allowing my claim in the amount above for purposes of voting to accept or reject the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*.

Executed on date ___07 / 11 / 2022_____ (MM/DD/YYYY)

Signature _____

**Print the name of the person who is completing and signing this motion:**

María                          A.                   Clemente
First name                Middle name              Last name

APENDICE 1

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Administración de Compensaciones por
Accidentes de Automóviles

## INFORME DE EVALUACIÓN Y TRATAMIENTO / MEDICAL EVALUATION

| Núm. de Reclamación/Claim Number: 10-279406-01 | Fecha Accidente/Accident Date: 06/25/2018 |
|---|---|
| Nombre/Name: MARIA A CLEMENTE ROSA | Edad/Age: 56 |

**Lugar de Servicio/Place of Services:** ☐ ER   ☐ OFIC   ☐ HOSP

**Queja Principal/Main Complaint:** *[handwritten] ... at L B P but ... c much CID pain, stiffness + LOM*

**Physical Exam:** BP ___ P ___ R ___ T ___ Weight ___ Allergies ___

| Gen. | CV: |
|---|---|
| Distress: ☐ none ☐ mild ☐ moderate ☐ severe | ☐regular rate, rhythm ☐heart sound nl, no murmur |
| Nutrition: ☐ nl ☐ mainourished ☐obese | ☐distal pulses strong and symmetric |
| Hydration: ☐ nl ☐dehydrated | |

| Head: | Resp. |
|---|---|
| ☐no evidence of trauma ☐no raccoon eyes ☐ no battle's sign | ☐no resp. distress ☐breath sounds clear and equal ☐chest nontender |

| Eyes: | Abd: |
|---|---|
| ☐PERRL ☐ EOMI ☐ lids, sclera nl | ☐Soft, nontender ☐no organomegaly ☐rectal nl, heme negative |

| ENT: | GU: |
|---|---|
| ☐external facial exam nl ☐no hemotympanum | Male: ☐inspection nl ☐testicular exam ☐prostate nl |
| ☐nasal exam nl ☐no dental injury, no malocclusion | Female: ☐inspection nl ☐bimanual exam nontender |

| Neck: | Neuro: |
|---|---|
| ☐nontender ☐painless ROM ☐trachea midline | ☐alert and oriented x3 ☐craniar nerves intact ☐speech nl |
| | ☐no motor deficit ☐sensation intact to light touch ☐gait nl |

**Psych:** ☐affect, mood nl   ☐judgement nl

**Skin:** ☐warm, dry   ☐no cyanosis

**Musculoeskeletal:** ☐no thoracic, lumbar, or sacral vertebral tenderness

*[handwritten notes in body diagram area]*
Spasm + TLS at CID
ROM ↓
MMT/S No acute
DTR/S ___
+ Ray Noted
X - Ray Noted

**Diagnósticos/Diagnosis (code)**
1. CID Sp R/O Rad SDR-Nerve
2. LS Sp Improved
3.
4.

**Tratamiento/Treatment:**
(1) EDX - EMG + NCS of UES c F wave
(2) Neurontin 300mg HS
(3) F/U

**Paciente dado de alta/Discharged** ☐si ☐no       **Fecha de seguimiento/ Follow up** ___

☐Certifico que he examinado a este paciente y que las lesiones descritas fueron ocasionadas por el accidente de automovil / I certify that the patient has been examined, and the described injuries were caused by the car accident

| Grupo Fisiatrico Caruso | *[signature]* | 8-29-18 | 10403 |
|---|---|---|---|
| Nombre del Médico/Doctor's name | Firma/Signature | Fecha/Date | #licencia/ license # |

Forma ACAA 300-70
Rev. Octubrel-2015

**ACAA**
te protege



**GOBIERNO DE PUERTO RICO**
Administración de Compensación por Accidentes de Automóviles

Nombre del Lesionado: MARÍA A CLEMENTE ROSA          Fecha Accidente. 06/25/2018

Núm. de Reclamación: 10-279406-01

### DIAGRAMA DEL CUERPO HUMANO
### PARA IDENTIFICAR LAS ÁREAS QUE FUERON IMPACTADAS EN EL ACCIDENTE DE AUTOMÓVIL





¿Fue a Sala de Emergencia? Si ___  No ___  ¿Dónde? _____
¿Fue hospitalizado? Si ___  No ___  ¿Dónde? _____
Firma del Lesionado _____
Firma del familiar / encargado _____
Relación con el lesionado _____
Fecha _____

**ACAA**
ADMINISTRACIÓN DE COMPENSACIONES POR ACCIDENTES DE AUTOMÓVILES
te protege

Nombre del Lesionado: _María Hilares_   Fecha Accidente: _____   Edad: _5 6_

Ocupación: _Vendedor_   Núm. de Reclamación: _____ Médico Primario y/o IPA: ____

## Datos médicos que pueden ayudar al manejo adecuado del lesionado

**Recibe o ha estado en tratamiento _antes_ del accidente para las siguientes condiciones:**

|  | Sí | No |
|---|---|---|
| 1. Alta presión (Hipertensión Arterial) | ☐ | ☑ |
| 2. Marcapaso | ☐ | ☑ |
| 3. Diabetes | ☐ | ☑ |
| 4. Enfermedades Tiroides | ☐ | ☑ |
| 5. Convulsiones / Epilepsia | ☐ | ☑ |
| 6. Enfermedad de Salud Mental (Nervios) | ☐ | ☑ |
| 7. Alzheimers Disease | ☐ | ☑ |
| 8. Dolor de cabeza / Migraña | ☐ | ☑ |
| 9. Problemas visuales | ☑ | ☐ |

☑ Espejuelos  ☐ Cataratas  ☐ Glaucoma

|  | Sí | No |
|---|---|---|
| 10. Desbalances | ☐ | ☑ |
| 11. Pérdida de audición | ☐ | ☑ |

☐ Utiliza audífonos

|  | Sí | No |
|---|---|---|
| 12. ¿Tiene dientes postizos? | ☑ | ☐ |
| 13. Trauma a la mandíbula | ☐ | ☑ |

| 14. Dolor de huesos | Izq. | Der. |  |  |
|---|---|---|---|---|
| a. Dolor en el cuello | ☐ | ☐ | ☐ | ☑ |
| b. Dolor en los hombros | ☐ | ☐ | ☐ | ☑ |
| c. Dolor en las manos / Muñecas | ☐ | ☐ | ☐ | ☑ |
| d. Dolor en la espalda | ☑ | | ☐ | ☑ |
| ☐ Alta | | | ☐ | ☑ |
| ☐ Media | | | ☐ | ☑ |
| ☑ Baja | | | ☑ | ☐ |
| e. Dolor en las caderas | ☐ | | ☐ | ☑ |
| f. Dolor en las rodillas | ☐ | ☑ | ☑ | ☐ |
| g. Dolor tobillo / Pie | ☐ | ☑ | ☑ | ☐ |
| 16. Brazos o piernas artificiales | ☐ | ☐ | ☐ | ☑ |

¿Cuántos? _____

|  | Sí | No |
|---|---|---|
| 17. Quistes o masas en los senos | ☐ | ☑ |
| 18. Problemas respiratorios | ☑ | ☐ |

☑ Asma bronquial  ☐ Copd
☐ Sinusitis  ☐ Bronquitis, Enfisema

|  | Sí | No |
|---|---|---|
| 20. Dolor abdominal, estómago, intestino | ☐ | ☑ |
| 21. Discos herniados | ☐ | ☑ |
| a. Cervical (cuello) | ☐ | ☑ |
| b. Lumbar (espalda) | ☐ | ☑ |
| 22. Manejo del dolor / Bloqueo | ☐ | ☑ |
| 23. Vejiga caída / Se le sale la orina | ☐ | ☑ |
| 24. Historial de fractura o caídas | ☐ | ☑ |
| 25. Historial de: | ☐ | ☑ |

☐ Artritis  ☐ Artritis Reumatoidea
☐ Osteoporosis  ☐ Lupus

|  | Sí | No |
|---|---|---|
| 26. Mala Circulación | ☐ | ☑ |
| 27. Hábitos | ☐ | ☑ |

☐ Fuma  ☐ Alcohol  ☐ Drogas

|  | Sí | No |
|---|---|---|
| 28. Embarazada | ☐ | ☑ |

Semanas de embarazo _____

ACAA 300-53 A Rev. 06/2014

### Está tomando medicamentos para:

|  | Sí | No |  | Sí | No |
|---|---|---|---|---|---|
| Presión / Corazón | ☐ | ☑ | Azúcar | ☐ | ☑ |
| Epilepsia / Nervios | ☐ | ☑ | Circulación | ☐ | ☑ |
| Anticoagulantes | ☐ | ☑ | | | |
| Para dolores de cuello, espalda | | | | ☐ | ☑ |

Para otra condición ¿Cuál? _____
Medicamento _____

### Alergias a medicamentos o alimentos:

|  | Sí | No |  | Sí | No |
|---|---|---|---|---|---|
| Aspirina | ☐ | ☑ | Penicilina | ☐ | ☑ |
| Sulfas | ☐ | ☑ | Otros ____ | | |

### Ha tenido operaciones de:

|  | Sí | No |  |
|---|---|---|---|
| Cataratas | ☐ | ☑ | ¿Cuándo? ____ |
| Cirugía de cuello / Espalda | ☐ | ☑ | ¿Cuándo? ____ |
| Corazón | ☐ | ☑ | ¿Cuándo? ____ |
| Discos herniados | ☐ | ☑ | ¿Cuándo? ____ |
| a. Cervical (cuello) | ☐ | ☑ | |
| b. Lumbar (espalda) | ☐ | ☑ | |
| Fracturas con metales de fijación | ☐ | ☑ | ¿Cuándo? ____ |
| ☐ Trauma  ☐ Artritis | | | |
| Reemplazo articulación | ☐ | ☑ | ¿Cuándo? ____ |
| ¿Cuál? _____ | | | |
| Cirugías abdominales / Pélvicas | ☐ | ☑ | |
| Otros: Específique _____ | | | |
| Hernias abdominales o inguinales | ☑ | ☐ | ¿Cuándo? ____ |
| Artroscopia | ☐ | ☑ | ¿Cuándo? ____ |

### Estudios realizados durante los últimos dos años:

| | Sí | No | Fecha | | Sí | No | Área anatómica |
|---|---|---|---|---|---|---|---|
| Rayos X | ☑ | ☐ | ____ | Sonograma | ☐ | ☑ | ____ |
| Bone Scan | ☐ | ☑ | ____ | MRI | ☐ | ☑ | ____ |
| EEG | ☐ | ☑ | ____ | EMG / NVC | ☐ | ☑ | ____ |
| Mamografías | ☐ | ☑ | ____ | CT Scan | ☐ | ☑ | ____ |
| Doppler | | | | | | | |
| Arterial | ☐ | ☑ | | Venoso | ☐ | ☑ | ____ |

¿De qué área anatómica? _____

|  | Sí | No |
|---|---|---|
| Casos en el Fondo del Seguro del Estado | ☑ | ☐ |
| Casos previos en ACAA | ☑ | ☐ |
| ¿Ha estado hospitalizado? | ☐ | ☑ |

¿Cuándo? _____

Firma del lesionado _____
Firma del familiar / encargado _____
Relación con el lesionado _____
Fecha _____

*Este documento debe ser completado en su totalidad

Estado Libre Asociado de Puerto Rico
ADMINISTRACIÓN DE COMPENSACIONES POR ACCIDENTES DE AUTOMOVILES

**ACAA**

Identificación del Lesionado

Clemente          Rosa          Nang A.
Apellido Paterno    Apellido Materno    Nombre

D-2794406-01                    6/25/18
Núm. Reclamaciones              Fecha Accidente

139105 60                       6/24/20
Núm. Lic. Conducir y/o ID Foto  Fecha Expiración

☑ A. 2 Años   ☐ B. Extendida          _____
Clave Cubierta                        Firma

ACAA 300.111  Rev. 12-2007

### Autorización de Servicios Médico Hospitalario

| | | | |
|---|---|---|---|
| **Número Reclamación**<br>10-279406-01 | **Fecha Autorización**<br>06/28/2018 | **Nombre del Reclamante**<br>MARIA A CLEMENTE ROSA | **Número Autorización**<br>20180628-0-1 |

**Fecha Expiración**  08/27/2018                     **Firma del Lesionado:** _____

### Información del Proveedor

**Nombre:**
MANUEL A. FELICIANO MERCADO                  **Teléfono:**  7877578585

**Especialidad:**  GENERALISTA                 **Dirección:**  CAROLINA SHOPPING COURT SUITE 206 URB. VILLA
                                            CAROLINA CAROLINA PR 00985

### Servicio Autorizado

EVALUACION INICIAL. Favor enviar a oficina regional la forma ACAA - 300-70 Completada.

| | | |
|---|---|---|
| **Nombre Oficial que Autoriza**<br>OMARA MARTÍNEZ | **Autorizaciones Asignadas**  **Desde:**0-1<br>**Total Servicios:**           1 | **Hasta:**0-1 |

Enviar Factura con Autorización a: División de Factura Médica ACAA, Apartado 70197 San Juan, P.R. 00936-0197
ACAA 200-14 rev 05/Abril/2000



**CENTRO DE IMAGENES**
435 Ponce de Leon Avenue
P.O. BOX 190828
Hato Rey. P.R. 00919-0828
Tel: (787) 641-2323 Ext. 1532, 1617
Fax: (787) 754-6876

| MARIA  CLEMENTE ROSA | 0000157035 |
|---|---|
| 06/25/2018 | 56Years, female |
| ER | 2100130514 |

**LUMBOSACRAL SPINE - AP AND LATERAL STANDING VIEWS ON 06/25/2018 AT 1948 HOURS**

Clinical history:  Trauma

Findings: Lumbar dextroposition.  Normal vertebral bodies, disc spaces, posterior elements and prevertebral soft tissues.  No gross fracture or dislocation present.

Opinion:
1.  Findings compatible with muscle spasm.
2.  Lumbar dextroposition.

Recommendations:  If further characterization needed consider MRI.

**Dictating Radiologist:**
**Transcribed by:**
**Electronic Signature on file:**
**Electronic Signature on file:**    ALEXIS VILLALOBOS, MD        06/25/2018 08:44 PM

RX □ CT □ SONOGRAFIA □ ECHO □ ESTEREOTACTICA □ MAMOGRAFIA □ MEDICINA NUCLEAR □ MRI

APENDICE 1

**Name:** CLEMENTE ROSA, MARIA A
**Dob/Age:** ▓▓▓▓▓ - 56 Yrs
**Date:** JULY 12, 2018
**Referring MD:** SOTO LOPEZ, LUIS
**ID/AN:** 010527 / 1080700304

**ACC/STUDY:**
1080700303 - 72050 - CERVICAL SPINE FOUR VIEWS
1080700304 - 72074 - THORACIC SPINE COMPLETE STUDY

**CERVICAL SPINE AP, OBLIQUE AND LATERAL VIEWS:**

CLINICAL history: Neck pain.

COMPARISON: None.

**FINDINGS/IMPRESSION:**

AP, oblique and lateral views of the cervical spine were
obtained. There is straightening and mild reversal of the
cervical spine lordosis. Cervicothoracic junction not
included in the exam.  If symptoms to this area consider
further imaging.  Vertebral body heights are preserved.
The disc spaces appear within normal limits.  There is
very minimal degenerative facet joint arthrosis present.
Degenerative changes of the atlantoaxial articulation are
seen.  Oblique views showed minimal uncovertebral joint
arthrosis at C4-C5 and C5-C6 resulting in very minimal
neural foraminal stenosis bilaterally. Lateral view showed
no findings to suggest significant spinal canal stenosis.
Prevertebral soft tissues appear normal. Airways appear
patent.  Images of the lung apices appear grossly normal.

If clinical symptoms of neck pain persist recommend
further characterization with cervical spine MRI.

**THORACIC SPINE AP, OBLIQUE AND LATERAL VIEWS:**

**FINDINGS/IMPRESSION:**

Electronically Signed by: Gonzalez, Pedro, MD   07-12-2018

Dr. Francisco Arraiza

Dr. Pedro E. Diaz Ortiz

Dr. Ricardo De Jesus Gomez

Dr. Nelson F. Matos

Dr. Carlos R. Mendez Buso

Dr. Kenneth Badillo Cecilia

Servicios Radiologicos:



**Name:** CLEMENTE ROSA, MARIA A
**Dob/Age:** ░░░░░░ 56 Yrs
**Date:** JULY 12, 2018
**Referring MD:** SOTO LOPEZ, LUIS
**ID/AN:** 010527 / 1080700304

ACC/STUDY:
1080700303 - 72050 - CERVICAL SPINE FOUR VIEWS
1080700304 - 72074 - THORACIC SPINE COMPLETE STUDY

Vertebral body heights are preserved.  There is minimal
anterior osteophytes through the entire thoracic spine.
No large osteophytes are present.  AP view is slightly
limited due to motion.  Imaged portions of the chest
appear grossly normal.  If clinical symptoms persist
recommend MRI.

Dr. Francisco Arraiza

Dr. Pedro E. Diaz Ortiz

Dr. Ricardo De Jesus Gomez

Dr. Nelson F. Matos

Dr. Carlos R. Mendez Buso

Dr. Kenneth Badillo Cecilia

Servicios Radiologicos:



Electronically Signed by: Gonzalez, Pedro, MD   07-12-2018

**FISIATRAS**
TERAPIA FISICA • LASER • NEUROPROLOTERAPIA

Ave. Hostos #243
Esquina Rodrigo de Triana
Hato Rey, PR 00918
**787.762.1319 • 787.276.4620**

Paciente: _Maria A. Clemente_

Dirección: _____

Edad: _____   Fecha: _7-11-18_

**Rx**

Neurontin 300
#30
Sig + PO HS

_____, MD.
DEA: BR5377086 • DM 12283-6
LIC. 12562
Lizze a Rodriguez Navarro, MD.
NPI-1861477275

_____, MD.
DEA: BS5377076 • DM 09268-1
LIC. 10403
Dr. Luis Angel Soto López, Md.
NPI-1487639808

**FISIATRAS**
TERAPIA FISICA • LASER • NEURO PROGRAMADA

Ave. Hostos #240
Esquina Rodrigo de Triana
Hato Rey PR 00918
787.762.1319 • 787.278.1620

Paciente: _Maria A. Clemente_

Direccion: _____

Edad: _____   Fecha: 7-11th/8

Rx

X-Ray

CID S

AP lat +obliques

M54.2   m54.6

## Autorización de Servicios Médico Hospitalario

**Número Reclamación**
10-279406-01

**Fecha Autorización**
07/12/2018

**Nombre del Reclamante**
MARIA A CLEMENTE ROSA

**Número Autorizació**
20180712-3-1

**Fecha Expiración** 09/10/2018

**Firma del Lesionado:**

### Información del Proveedor

**Nombre:**
DEMADI PSC

**Especialidad:** RAYOSX

**Teléfono:** 7877011180

**Dirección:** ARTERIAL HOSTOS 249 ESQUINA CHARDON HATO
REY PR 00917

### Servicio Autorizado

CUELLO, ESPALDA ALTA (CERVICAL), ESPALDA MEDIA (TORACICA)
RAYOS X INTERPRETACION Y PRODUCCION

**Nombre Oficial que Autoriza**
OMARA MARTÍNEZ

**Autorizaciones Asignadas** **Desde:**3-1    **Hasta:**3-1
**Total Servicios:** 1

Enviar Factura con Autorización a: División de Factura Médica ACAA, Apartado 70197 San Juan, P.R. 00936-0197
ACAA 200-14 rev 05/Abril/2000

**Autorización de Servicios Médico Hospitalario**

| | | | |
|---|---|---|---|
| **Número Reclamación** | **Fecha Autorización** | **Nombre del Reclamante** | **Número Autorización** |
| 10-279406-01 | 07/12/2018 | MARIA A CLEMENTE ROSA | 20180712-4-6 |

**Fecha Expiración** 09/10/2018                  **Firma del Lesionado:** _____

**Información del Proveedor**

**Nombre:**
GRUPO FISIATRICO CAROLINA PSC                **Teléfono:** 7877621319
**Especialidad:** FISIATRA                     **Dirección:** AVE. HOSTOS 243 ESQ. RODRIGO DE TRIANA HATO REY PR 00918

**Servicio Autorizado**

CUELLO, ESPALDA ALTA (CERVICAL), ESPALDA BAJA (LUMBO SACRAL), ESPALDA MEDIA (TORACICA)
SESIONES DE TERAPIA FISICA FISIATRA

**Nombre Oficial que Autoriza**              **Autorizaciones Asignadas  Desde:**4-6        **Hasta:**4-10
OMARA MARTÍNEZ                               **Total Servicios:**           1

Enviar Factura con Autorización a: División de Factura Médica ACAA, Apartado 70197 San Juan, P.R. 00936-0197
ACAA 200-14 rev 05/Abril/2000

---

**Autorización de Servicios Médico Hospitalario**

| | | | |
|---|---|---|---|
| **Número Reclamación** | **Fecha Autorización** | **Nombre del Reclamante** | **Número Autorización** |
| 10-279406-01 | 07/12/2018 | MARIA A CLEMENTE ROSA | 20180712-4-7 |

**Fecha Expiración** 09/10/2018                  **Firma del Lesionado:** _____

**Información del Proveedor**

**Nombre:**
GRUPO FISIATRICO CAROLINA PSC                **Teléfono:** 7877621319
**Especialidad:** FISIATRA                     **Dirección:** AVE. HOSTOS 243 ESQ. RODRIGO DE TRIANA HATO REY PR 00918

**Servicio Autorizado**

CUELLO, ESPALDA ALTA (CERVICAL), ESPALDA BAJA (LUMBO SACRAL), ESPALDA MEDIA (TORACICA)
SESIONES DE TERAPIA FISICA FISIATRA

**Nombre Oficial que Autoriza**              **Autorizaciones Asignadas  Desde:**4-7        **Hasta:**4-10
OMARA MARTÍNEZ                               **Total Servicios:**           1

Enviar Factura con Autorización a: División de Factura Médica ACAA, Apartado 70197 San Juan, P.R. 00936-0197
ACAA 200-14 rev 05/Abril/2000

---

**Autorización de Servicios Médico Hospitalario**

| | | | |
|---|---|---|---|
| **Número Reclamación** | **Fecha Autorización** | **Nombre del Reclamante** | **Número Autorización** |
| 10-279406-01 | 07/12/2018 | MARIA A CLEMENTE ROSA | 20180712-4-8 |

**Fecha Expiración** 09/10/2018                  **Firma del Lesionado:** _____

**Información del Proveedor**

**Nombre:**
GRUPO FISIATRICO CAROLINA PSC                **Teléfono:** 7877621319
**Especialidad:** FISIATRA                     **Dirección:** AVE. HOSTOS 243 ESQ. RODRIGO DE TRIANA HATO REY PR 00918

**Servicio Autorizado**

CUELLO, ESPALDA ALTA (CERVICAL), ESPALDA BAJA (LUMBO SACRAL), ESPALDA MEDIA (TORACICA)
SESIONES DE TERAPIA FISICA FISIATRA

**Nombre Oficial que Autoriza**              **Autorizaciones Asignadas  Desde:**4-8        **Hasta:**4-10
OMARA MARTÍNEZ                               **Total Servicios:**           1

Enviar Factura con Autorización a: División de Factura Médica ACAA, Apartado 70197 San Juan, P.R. 00936-0197
ACAA 200-14 rev 05/Abril/2000



**ESTADO LIBRE ASOCIADO DE**
**PUERTO RICO**
Administración de Compensaciones por
Accidentes de Automóviles

## INFORME DE EVALUACIÓN Y TRATAMIENTO / MEDICAL EVALUATION

| Núm. de Reclamación/Claim Number: 10-279406-01 | Fecha Accidente/Accident Date: 06/25/2018 |
|---|---|
| Nombre/Name: MARIA A CLEMENTE ROSA | Edad/Age: 56 |

Lugar de Servicio/Place of Services: ☐ ER  ☑ OFIC.  ☐ HOSP.

Queja Principal/Main Complaint: _Dolor cervical y dorsal_  _Chofer de auto impactada por parte por tras - visita hospital urg. Muy limitada en cuello rígida a traves, [illegible] de alta [illegible]_

**Physical Exam:** BP 115/77  P 25  R 18  T ___  Weight ___  Allergies ✓ no

**Gen.**
Distress: ☐ none ☐ mild ☑ moderate ☐ severe
Nutrition: ☑ nl ☐ mainourished ☐ obese
Hydratation: ☐ nl ☐ dehydrated

**CV:**
☑ regular rate, rhythm ☑ heart sound nl, no murmur
☑ distal pulses strong and symmetric

**Head:**
☑ no evidence of trauma ☐ no raccoon eyes ☐ no battle's sign

**Resp.**
☐ no resp. distress ☑ breath sounds clear and equal ☐ chest nontender

**Eyes:**
☑ PERRL ☐ EOMI ☑ lids, sclera nl ·

**Abd:**
☐ Soft, nontender ☐ no organomegaly ☐ rectal nl, heme negative

**ENT:**
☑ extern al facial exam nl ☐ no hemotympanum
☐ nasal exam nl ☐ no dental injury, no malocclusion

**GU.**
Male: ☐ inspection nl ☐ testicular exam ☐ prostate nl
Female: ☐ inspection nl ☐ bimanual exam nontender

**Neck:** _Crisis del cervical con rigidez_
☐ nontender ☐ painless ROM ☐ trachea midline
_Limitada de flexion y extension_

**Neuro:**
☑ alert and oriented x3 ☐ cranial nerves intact ☐ speech nl
☐ no motor deficit ☐ sensation intact to light touch ☐ gait nl

**Psych:**
☑ affect, mood nl ☐ judgement nl

**Skin:**
☐ warm, dry ☐ no cyanosis

**Musculoeskeletal:**
☐ no thoracic, lumbar, or sacral vertebral tenderness
_Dolor dorsal a [illegible]_
_y [illegible]_

**Diagnósticos/Diagnosis (code):**
1. _Esguince cervical_
2. _Esguince toracico_
3. _Esguince lumbosacral_
4.

**Tratamiento/Treatment:** _C. Relikula Fisical — terapia — fuego frio, [illegible]_ _la [illegible] continua C. [illegible] de [illegible]_

Paciente dado de alta/Discharged: ☐ si  ☐ no  Fecha de seguimiento/ Follow up _[illegible]_

☐ Certifico que he examinado a este paciente y que las lesiones descritas fueron ocasionadas por el accidente de automóvil / I certify that the patient has been examined, and the described injuries were caused by the car accident.

_DR. Manuel Feliciano_ / Firma/Signature ___ / 7-5-18 / 1626-

Nombre del Médico/Doctor's name  _Generalista_  |  Firma/Signature  |  Fecha/Date  |  #licencia/ license #

Forma ACAA 300-70
Rev. Octubre-2015



APENDICE 1

xray-print PAPER
Escorial MRI & CT Imaging Center
1400 One Ave. Sur, Escorial Office Building, Suite 170, Carolina, PR 00987
787-710-7385



www.dicom-paper-print.com

Not for diagnostic or therapeutic purposes

xray-print PAPER
Escorial MRI & CT Imaging Center
1400 Orie Ave. Sur, Escorial Office Building, Suite 170, Carolina, PR 00987
787-710-7385





xray-print PAPER
Escorial MRI & CT Imaging Center
1400 One Ave. Sur, Escorial Office Building, Suite 170, Carolina, PR 00987
787-710-7385



## Autorización de Servicios Médico Hospitalario

| Número Reclamación | Fecha Autorización | Nombre del Reclamante | Número Autorización |
|---|---|---|---|
| 19-129657-01 | 02/08/2018 | MARIA A CLEMENTE ROSA | 20180207-2-1 |

Fecha Expiración   04/09/2018

Firma del Lesionado:

### Información del Proveedor

Nombre:   D'ANN MEDICAL & ESTHETIQUE

Especialidad:   GENERALISTA

Teléfono:   7877575100

Dirección:   AVE. ROBERTO CLEMENTE 129-28 VILLA CAROLINA CAROLINA PR 00985

### Servicio Autorizado

ESPALDA BAJA (LUMBO SACRAL)
VISITA DE SEGUIMIENTO GENERALISTA

Nombre Oficial que Autoriza
JANEZA CARRION COLON

Autorizaciones Asignadas   Desde:2-1      Hasta:2-1
Total Servicios:

Enviar Factura con Autorización a: División de Factura Médica ACAA, Apartado 70197 San Juan, P.R 00936-8197
ACAA 200-14 rev 05/Abril/2000

xray-print PAPER
Escorial MRI & CT Imaging Center
1400 One Ave. Sur, Escorial Office Building, Suite 170, Carolina, PR 00987
787-710-7385





**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN**
**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

De conformidad con lo dispuesto en el Artículo XIV del Reglamento Núm. 6759, una vez la autoridad reciba la solicitud de revisión, evaluará a través del Centro de Procesamiento de Violaciones (CPV) las razones del usuario para objetar las multas. En caso de que se determine que procede el recurso del usuario, la Autoridad dejará sin efecto la imposición de la multa y le notificará por escrito al usuario dicha determinación. Si la Autoridad determina en esta etapa que no procede la objeción, notificará al usuario la fecha de la vista administrativa.

**Sección A:  Certificación de No-Responsabilidad**

El aquí firmante certifica que a las fechas de ocurridas las ya mencionadas infracciones, el vehículo de la(s) tablilla(s) indicada(s) estaba (marque una solamente):

☐ Robado;
**Someter copia del Informe de la Policía.**

_____
Indique Número de Querella y Fecha del Robo

☐ Vendido (nuevo dueño):
**Someter copia del Certificado de Título de Propiedad debidamente formalizado.**

_____
Fecha de Venta

☐ Otro: (Explique, añada más hojas de ser necesario)

*Sr. dueño a certico hoy respetuosamente la Sra. Maria Clemente Rosa. Por este medio quiso explicar que a la hora del cobro de Auto Expreso el CENTRO con el sticker 66-305-35 tenía BALANCE y lo que había era que leía el SELLO PANTERIA que no se revocó el correo*

**Sección B: Certificación de Usuario Bonafide de AUTOEXPRESO**

Por la presente certifico que al momento de las infracciones poseía una cuenta de AutoExpreso con balance suficiente para el pago del peaje y que el Sello Electrónico de dicha cuenta estaba instalado en el parabrisas del vehículo, según las instrucciones del Manual de Usuario. De resultar favorable mi solicitud de revisión y los peajes no haber sido cobrados, entiendo que adeudo la cantidad de los peajes correspondientes. Autorizo a AutoExpreso a realizar el cobro de los peajes correspondientes a mi cuenta AutoExpreso aquí indicada. Reafirmo además que es mi responsabilidad mantener balance suficiente en mi cuenta de AutoExpreso para satisfacer los cargos a la misma.

*Maria M Clemente Rosa*
Nombre del Dueño de la Cuenta de AutoExpreso

*66 30 335*
Número del Sello Electrónico (localizado luego de PRHT en su sello)

*539(97 2*
Número de Cuenta AutoExpreso (15 dígitos)

JPS256   (MVN 1548443)

**Certificación:**  (Requisito firmar y completar esta sección)

JPS256   (MVN 1548443)

Yo, *Maria M Clemente Rosa* certifico que lo anteriormente expuesto es cierto y correcto a mi mejor entendimiento. Reconozco que al proveer información falsa o intencionalmente incorrecta quedo sujeto a las leyes y penalidades aplicables bajo el Estado Libre Asociado de Puerto Rico.

_____
Firma

*20 Septiembre 2021*
Fecha

*(787) 365-9766*
Número de Teléfono

## Pago de Multas

JPS256   (MVN 1548443)

**Evasión Peaje Electrónico – Cifra de Ingreso 2191**
Autoridad de Carreteras y Transportación
Centro de Procesamiento de Violaciones de AutoExpreso
P.O. Box 11889
San Juan PR 00922-1889
NO ENVÍE CASH O CHEQUES PERSONALES

ANGEL MANUEL BERMUDEZ CAPELL

| | |
|---|---|
| Fecha de Emisión: | 20/09/2021 |
| TABLILLA: | JPS256 |
| Peajes Adeudados | $14.90 |
| Multas a Pagar | $375.00 |
| **Cantidad Total a Pagar** | **$389.90** |

Usted puede pagar su(s) boleto(s) en www.autoexpreso.com visitando el área de Boletos en la parte superior de la página.
PARA PAGAR CON:
☐ GIRO  ☐ CHEQUE DE GERENTE
Hacer pago a: Centro de Procesamiento de Violaciones de AutoExpreso

**Incluya en el sobre esta hoja y anote los Números de Boletos o su Tablilla en el Giro o Cheque de Gerente**

Por este medio autorizo a realizar el pago por la **Cantidad Total a Pagar** aquí indicada

_____
Nombre (en letra de Molde)

_____
Firma

_____
Fecha

(     )
Número de Teléfono



**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**REPORTE DE BOLETOS POR FALTA ADMINISTRATIVA**

Evasión Peaje Electrónico -- Cifra de Ingreso 2191

PO BOX 7103
SAN JUAN, PR 00916

| | |
|---|---|
| Fecha de Reporte: | **20/09/2021** |
| Tablilla: | **JPS256** |
| Cantidad Total a Pagar: | **$776.65** |

El vehículo registrado a su nombre y cuyas señas aparecen en esta notificación ha evadido el pago de peajes en los carriles de AutoExpreso, Sistema Electrónico de Peaje, cuando transitaba por las Autopistas indicadas. Esto representa una violación al Artículo 23.02 de Ley Número 22 del 7 de enero de 2000, según enmendada, conocida como Ley de Vehículos y Tránsito de Puerto Rico. Por disposición del Artículo 24.05 (f) de la Ley Núm. 22, supra, el dueño registral del vehículo es responsable de las violaciones aquí documentadas.

| Boleto | Fecha | Hora | Plaza | Carril | Peaje a pagar | Multa a Pagar si paga en 20/09/2021 | Total a Pagar si paga en 20/09/2021 |
|---|---|---|---|---|---|---|---|
| 107819019 | 27/08/2021 | 20:33:22 | BuchananWB | 1 | $0.75 | $15.00 | $15.75 |
| 107573701 | 26/08/2021 | 16:57:51 | TEODORO MOSCOSO | 7 | $3.65 | $15.00 | $18.65 |
| 107503736 | 25/08/2021 | 23:37:00 | TEODORO MOSCOSO | 4 | $3.65 | $15.00 | $18.65 |
| 107503735 | 25/08/2021 | 10:45:00 | BuchananEB | 2 | $0.75 | $15.00 | $15.75 |
| 107503734 | 25/08/2021 | 10:39:40 | Bayamon NB | 2 | $0.40 | $15.00 | $15.40 |
| 107503733 | 25/08/2021 | 08:04:42 | Bayamon SB | 2 | $0.40 | $15.00 | $15.40 |
| 107503732 | 25/08/2021 | 07:58:33 | BuchananWB | 2 | $0.75 | $15.00 | $15.75 |
| 107380996 | 24/08/2021 | 19:53:35 | BuchananEB | 1 | $0.75 | $15.00 | $15.75 |
| 107380995 | 24/08/2021 | 19:46:41 | Toa BajaEB | 3 | $0.75 | $15.00 | $15.75 |
| 107380994 | 24/08/2021 | 19:39:52 | VegaAltaEB | 2 | $0.75 | $15.00 | $15.75 |
| 107380993 | 24/08/2021 | 18:52:21 | VegaAltaWB | 1 | $0.75 | $15.00 | $15.75 |
| 107380992 | 24/08/2021 | 18:46:05 | Toa BajaWB | 3 | $0.75 | $15.00 | $15.75 |
| 107380991 | 23/08/2021 | 18:48:25 | BuchananEB | 2 | $0.75 | $15.00 | $15.75 |
| 107380990 | 23/08/2021 | 18:41:39 | Toa BajaEB | 2 | $0.75 | $15.00 | $15.75 |
| 107380989 | 23/08/2021 | 18:34:49 | VegaAltaEB | 1 | $0.75 | $15.00 | $15.75 |
| 107380988 | 23/08/2021 | 13:52:29 | VegaAltaWB | 1 | $0.75 | $15.00 | $15.75 |
| 107380987 | 23/08/2021 | 13:45:57 | Toa BajaWB | 2 | $0.75 | $15.00 | $15.75 |
| 107380986 | 23/08/2021 | 13:11:17 | BuchananWB | 4 | $0.75 | $15.00 | $15.75 |
| 107380985 | 21/08/2021 | 21:14:38 | TEODORO MOSCOSO | 5 | $3.65 | $15.00 | $18.65 |
| 107380984 | 21/08/2021 | 18:45:26 | BuchananEB | 1 | $0.75 | $15.00 | $15.75 |
| 107380983 | 21/08/2021 | 13:04:05 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |
| 107162823 | 20/08/2021 | 12:08:53 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |
| 107162822 | 19/08/2021 | 21:52:14 | Bayamon SB | 1 | $0.40 | $15.00 | $15.40 |
| 107162821 | 19/08/2021 | 21:24:51 | Bayamon NB | 1 | $0.40 | $15.00 | $15.40 |
| 107162820 | 19/08/2021 | 20:09:58 | BuchananWB | 1 | $0.75 | $15.00 | $15.75 |
| 107162819 | 19/08/2021 | 10:12:17 | Bayamon NB | 1 | $0.40 | $15.00 | $15.40 |
| 107162818 | 19/08/2021 | 09:02:38 | Bayamon SB | 2 | $0.40 | $15.00 | $15.40 |
| 107162817 | 19/08/2021 | 08:57:22 | BuchananWB | 4 | $0.75 | $15.00 | $15.75 |
| 107042393 | 18/08/2021 | 16:03:22 | BuchananEB | 3 | $0.75 | $15.00 | $15.75 |
| 107042392 | 18/08/2021 | 15:57:38 | Bayamon NB | 1 | $0.40 | $15.00 | $15.40 |
| 107042391 | 18/08/2021 | 11:30:04 | Bayamon SB | 2 | $0.40 | $15.00 | $15.40 |
| 107042390 | 18/08/2021 | 11:24:42 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |
| 107042389 | 17/08/2021 | 20:49:52 | Bayamon NB | 2 | $0.40 | $15.00 | $15.40 |
| 107042388 | 17/08/2021 | 20:35:33 | Bayamon SB | 2 | $0.40 | $15.00 | $15.40 |
| 107042387 | 17/08/2021 | 20:30:18 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |



**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

| Boleto | Fecha | Hora | Plaza | Carril | Peaje a pagar | Multa a Pagar si paga en 20/09/2021 | Total a Pagar si paga en 20/09/2021 |
|---|---|---|---|---|---|---|---|
| 107042386 | 17/08/2021 | 17:26:35 | BuchananEB | 2 | $0.75 | $15.00 | $15.75 |
| 107042385 | 17/08/2021 | 17:19:43 | Toa BajaEB | 3 | $0.75 | $15.00 | $15.75 |
| 107042384 | 17/08/2021 | 15:57:33 | Toa BajaWB | 3 | $0.75 | $15.00 | $15.75 |
| 107042383 | 17/08/2021 | 15:49:34 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |
| 107042382 | 16/08/2021 | 23:53:19 | BuchananEB | 1 | $0.75 | $15.00 | $15.75 |
| 107162816 | 16/08/2021 | 23:49:39 | Bayamon NB | 1 | $0.40 | $15.00 | $15.40 |
| 107042381 | 16/08/2021 | 20:30:27 | Bayamon SB | 2 | $0.40 | $15.00 | $15.40 |
| 107042380 | 16/08/2021 | 20:25:21 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |
| 107042379 | 15/08/2021 | 22:32:28 | BuchananEB | 2 | $0.75 | $15.00 | $15.75 |
| 107042378 | 15/08/2021 | 18:50:24 | Bayamon SB | 1 | $0.40 | $15.00 | $15.40 |
| 107042377 | 15/08/2021 | 18:45:37 | BuchananWB | 1 | $0.75 | $15.00 | $15.75 |
| 104990977 | 18/07/2021 | 13:59:11 | PR-66 | 16 | $1.50 | $15.00 | $16.50 |
| 104990976 | 17/07/2021 | 15:36:15 | BuchananEB | 2 | $0.75 | $15.00 | $15.75 |
| 104631168 | 15/07/2021 | 00:32:15 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |
| **TOTALES:** | | | | | **$41.65** | **$735.00** | **$776.65** |

Para poder acogerse a estos totales, deberá pagar en los centros autorizados de AutoExpreso.  De usted optar por pagar en la Colecturía de Rentas Internas más cercana, deberá pagar la totalidad de la multa. La cantidad a pagar indicada es válida solamente el día en que se emite este reporte.

## Pago de Multas

**Evasión Peaje Electrónico – Cifra de Ingreso 2191**
**Autoridad de Carreteras y Transportación**
**Centro de Procesamiento de Violaciones de AutoExpreso**
**P.O. Box 11889**
**San Juan PR 00922-1889**
**NO ENVÍE CASH O CHEQUES PERSONALES**

| | |
|---|---|
| **Fecha de Reporte:** | **20/09/2021** |
| **TABLILLA:** | **JPS256** |
| Peajes Adeudados | **$41.65** |
| Multas a Pagar | **$735.00** |
| **Cantidad Total a Pagar** | **$776.65** |

Usted puede pagar su(s) boleto(s) en www.autoexpreso.com visitando el área de Boletos en la parte superior de la página.
**PARA PAGAR CON:**
☐ GIRO   ☐ CHEQUE DE GERENTE
Hacer pago a: Centro de Procesamiento de Violaciones de AutoExpreso

**Incluya en el sobre esta hoja y anote los Números de Boletos o su Tablilla en el Giro o Cheque de Gerente**

Por este medio autorizo a realizar el pago por la **Cantidad Total a Pagar** aquí indicada.

_____   _____   _____   ( )_____
Nombre (en letra de Molde)          Firma                              Fecha              Número de Teléfono

APENDICE 2



**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

$168 15

## REPORTE DE BOLETOS POR FALTA ADMINISTRATIVA

### Evasión Peaje Electrónico -- Cifra de Ingreso 2191

MARIA A CLEMENTE ROSA
PO BOX 7103
SAN JUAN, PR 00916-7103

| | |
|---|---|
| Fecha de Reporte: | **28/07/2021** |
| Tablilla: | **JPS256** |
| Cantidad Total a Pagar: | **$2.50** |

El vehículo registrado a su nombre y cuyas señas aparecen en esta notificación ha evadido el pago de peajes en los carriles de AutoExpreso, Sistema Electrónico de Peaje, cuando transitaba por las Autopistas indicadas. Esto representa una violación al Artículo 23.02 de Ley Número 22 del 7 de enero de 2000, según enmendada, conocida como Ley de Vehículos y Tránsito de Puerto Rico. Por disposición del Artículo 24.05 (f) de la Ley Núm. 22, supra, el dueño registral del vehículo es responsable de las violaciones aquí documentadas.

| Boleto | Fecha | Hora | Plaza | Carril | Peaje a pagar | Multa a Pagar si paga en 28/07/2021 | Total a Pagar si paga en 28/07/2021 |
|---|---|---|---|---|---|---|---|
| 91618817 | 24/02/2021 | 11:31:54 | CAGUAS NORTE | 16 | $1.50 | $0.00 | $1.50 |
| 91618816 | 24/02/2021 | 07:49:41 | HUMACAO SUR | 3 | $1.00 | $0.00 | $1.00 |
| **TOTALES:** | | | | | **$2.50** | **$0.00** | **$2.50** |

Para poder acogerse a estos totales, deberá pagar en los centros autorizados de AutoExpreso.  De usted optar por pagar en la Colecturía de Rentas Internas más cercana, deberá pagar la totalidad de la multa. La cantidad a pagar indicada es válida solamente el día en que se emite este reporte.

## Pago de Multas

**Evasión Peaje Electrónico – Cifra de Ingreso 2191**

Autoridad de Carreteras y Transportación
Centro de Procesamiento de Violaciones de AutoExpreso
P.O. Box 11889
San Juan PR 00922-1889
**NO ENVIE CASH O CHEQUES PERSONALES**

MARIA A CLEMENTE ROSA

| | |
|---|---|
| Fecha de Reporte: | **28/07/2021** |
| TABLILLA: | **JPS256** |
| Peajes Adeudados | $2.50 |
| Multas a Pagar | $0.00 |
| **Cantidad Total a Pagar** | **$2.50** |

Usted puede pagar su(s) boleto(s) en www.autoexpreso.com visitando el área de Boletos en la parte superior de la página.
**PARA PAGAR CON:**
☐ GIRO  ☐ CHEQUE DE GERENTE
Hacer pago a: Centro de Procesamiento de Violaciones de AutoExpreso

**Incluya en el sobre esta hoja y anote los Números de Boletos o su Tablilla en el Giro o Cheque de Gerente**

Por este medio autorizo a realizar el pago por la **Cantidad Total a Pagar** aquí indicada.

_____     _____     _____     ( ___ ) _____
Nombre (en letra de Molde)          Firma                            Fecha              Número de Teléfono



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS

FECHA EMISION:  07/28/2021
HORA EMISION:   11:55:23

## RECIBO DE PAGO

FECHA:                          07/28/2021  11:55:16
MONTO DE PAGO:                  $163.15
TIPO DE PAGO:                   EFECTIVO
TARJETA DE CREDITO:                                        EXP
TIPO TARJETA DE CREDITO:
CHEQUE:

ID EMPLEADO:                    504

| FECHA NOTIFICACION | NOTIFICACION NO | TABLILLA | TIPO TABLILLA | ESTADO | BALANCE ANTES DE PAGO | MONTO PAGO | BALANCE DESPUES DE PAGO |
|---|---|---|---|---|---|---|---|
| 05/25/2021 | 98548347 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 05/26/2021 | 98548348 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 06/05/2021 | 100156299 | JPS256 | STDR | PR | $ 0.75 | $ 0.75 | $ 0.00 |
| 06/05/2021 | 100156300 | JPS256 | STDR | PR | $ 0.75 | $ 0.75 | $ 0.00 |
| 06/05/2021 | 100156301 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 06/09/2021 | 100395163 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 06/15/2021 | 100820800 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 06/15/2021 | 100820801 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 06/22/2021 | 101448367 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 06/22/2021 | 101448368 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 06/23/2021 | 101448369 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 06/23/2021 | 101448370 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 06/28/2021 | 101956218 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 06/29/2021 | 101956219 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 06/29/2021 | 101956220 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 07/01/2021 | 102175363 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 07/01/2021 | 102175364 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 07/01/2021 | 102175365 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 07/06/2021 | 102670985 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 07/06/2021 | 102670986 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 07/06/2021 | 102670987 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 07/08/2021 | 102670988 | JPS256 | STDR | PR | $ 1.00 | $ 1.00 | $ 0.00 |
| 07/08/2021 | 102670989 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 07/09/2021 | 102850602 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 07/09/2021 | 102850603 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 07/19/2021 | 103576908 | JPS256 | STDR | PR | $ 1.50 | $ 1.50 | $ 0.00 |
| 07/26/2021 | 103576909 | JPS256 | STDR | PR | $ 3.65 | $ 3.65 | $ 0.00 |
| 08/03/2021 | 104062117 | JPS256 | STDR | PR | $ 16.50 | $ 16.50 | $ 0.00 |
| 08/03/2021 | 104062118 | JPS256 | STDR | PR | $ 15.75 | $ 15.75 | $ 0.00 |
| 08/03/2021 | 104062119 | JPS256 | STDR | PR | $ 15.75 | $ 15.75 | $ 0.00 |
| 08/03/2021 | 104344946 | JPS256 | STDR | PR | $ 15.75 | $ 15.75 | $ 0.00 |
| 08/03/2021 | 104344947 | JPS256 | STDR | PR | $ 15.75 | $ 15.75 | $ 0.00 |
| 08/03/2021 | 104344948 | JPS256 | STDR | PR | $ 15.75 | $ 15.75 | $ 0.00 |
| 08/03/2021 | 104344949 | JPS256 | STDR | PR | $ 15.75 | $ 15.75 | $ 0.00 |
| 08/04/2021 | 103576910 | JPS256 | STDR | PR | $ 16.00 | $ 16.00 | $ 0.00 |



| | ESTADO LIBRE ASOCIADO DE PUERTO RICO | FECHA EMISION: 07/28/2021 |
|---|---|---|
| | DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS | HORA EMISION: 11:55:23 |

# RECIBO DE PAGO

| | |
|---|---|
| FECHA: | 07/28/2021  11:55:16 |
| MONTO DE PAGO: | $163.15 |
| TIPO DE PAGO: | EFECTIVO |
| TARJETA DE CREDITO: | EXP |
| TIPO TARJETA DE CREDITO: | |
| CHEQUE: | |
| ID EMPLEADO: | 504 |

| FECHA NOTIFICACION | NOTIFICACION NO | TABLILLA | TIPO TABLILLA | ESTADO | BALANCE ANTES DE PAGO | MONTO PAGO | BALANCE DESPUES DE PAGO |
|---|---|---|---|---|---|---|---|
| | | | | | $        163.15 | $      163.15 | $        .00 |

APENDICE 2



**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

### REPORTE DE BOLETOS POR FALTA ADMINISTRATIVA

**Evasión Peaje Electrónico -- Cifra de Ingreso 2191**

PO BOX 7103
SAN JUAN, PR 00916

| | |
|---|---|
| Fecha de Reporte: | 28/07/2021 |
| Tablilla: | JPS256 |
| Cantidad Total a Pagar: | $172.15 |

El vehículo registrado a su nombre y cuyas señas aparecen en esta notificación ha evadido el pago de peajes en los carriles de AutoExpreso, Sistema Electrónico de Peaje, cuando transitaba por las Autopistas indicadas. Esto representa una violación al Artículo 23.02 de Ley Número 22 del 7 de enero de 2000, según enmendada, conocida como Ley de Vehículos y Tránsito de Puerto Rico. Por disposición del Artículo 24.05 (f) de la Ley Núm. 22, supra, el dueño registral del vehículo es responsable de las violaciones aquí documentadas.

| Boleto | Fecha | Hora | Plaza | Carril | Peaje a pagar | Multa a Pagar si paga en 28/07/2021 | Total a Pagar si paga en 28/07/2021 |
|---|---|---|---|---|---|---|---|
| 104344949 | 11/07/2021 | 08:33:01 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |
| 104344948 | 09/07/2021 | 15:56:31 | BuchananEB | 1 | $0.75 | $15.00 | $15.75 |
| 104344947 | 09/07/2021 | 02:02:04 | BuchananWB | 1 | $0.75 | $15.00 | $15.75 |
| 104344946 | 08/07/2021 | 23:52:01 | BuchananWB | 2 | $0.75 | $15.00 | $15.75 |
| 104062119 | 06/07/2021 | 21:18:21 | BuchananEB | 1 | $0.75 | $15.00 | $15.75 |
| 104062118 | 06/07/2021 | 11:38:36 | BuchananWB | 3 | $0.75 | $15.00 | $15.75 |
| 104062117 | 04/07/2021 | 20:53:06 | PR-66 | 15 | $1.50 | $15.00 | $16.50 |
| 103576910 | 02/07/2021 | 06:29:48 | CEIBA | 2 | $1.00 | $15.00 | $16.00 |
| 103576909 | 24/06/2021 | 08:26:12 | TEODORO MOSCOSO | 7 | $3.65 | $0.00 | $3.65 |
| 103576908 | 17/06/2021 | 23:49:55 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 102850603 | 16/06/2021 | 21:59:15 | CAGUAS NORTE | 18 | $1.50 | $0.00 | $1.50 |
| 102850602 | 15/06/2021 | 19:42:46 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 102670989 | 15/06/2021 | 08:35:33 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 102670988 | 13/06/2021 | 12:03:52 | HUMACAO SUR | 2 | $1.00 | $0.00 | $1.00 |
| 102670987 | 12/06/2021 | 16:43:47 | CAGUAS NORTE | 18 | $1.50 | $0.00 | $1.50 |
| 102670986 | 11/06/2021 | 22:33:28 | HUMACAO SUR | 3 | $1.00 | $0.00 | $1.00 |
| 102670985 | 11/06/2021 | 15:01:42 | CAGUAS NORTE | 16 | $1.50 | $0.00 | $1.50 |
| 102175365 | 08/06/2021 | 13:44:57 | CAGUAS NORTE | 16 | $1.50 | $0.00 | $1.50 |
| 102175364 | 07/06/2021 | 21:09:34 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 102175363 | 07/06/2021 | 13:56:33 | HUMACAO SUR | 3 | $1.00 | $0.00 | $1.00 |
| 101956220 | 05/06/2021 | 18:38:47 | HUMACAO NORTE | 12 | $1.00 | $0.00 | $1.00 |
| 101956219 | 04/06/2021 | 21:43:40 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 101956218 | 02/06/2021 | 20:26:01 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 101448370 | 30/05/2021 | 13:45:55 | CAGUAS SUR | 6 | $1.00 | $0.00 | $1.00 |
| 101448369 | 29/05/2021 | 18:23:07 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 101448368 | 28/05/2021 | 15:03:38 | CAGUAS NORTE | 16 | $1.50 | $0.00 | $1.50 |
| 101448367 | 28/05/2021 | 09:59:58 | HUMACAO SUR | 3 | $1.00 | $0.00 | $1.00 |
| 100820801 | 22/05/2021 | 06:37:54 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 100820800 | 21/05/2021 | 15:36:34 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 100395163 | 20/05/2021 | 14:01:03 | HUMACAO NORTE | 12 | $1.00 | $0.00 | $1.00 |
| 100156301 | 17/05/2021 | 18:34:47 | HUMACAO NORTE | 12 | $1.00 | $0.00 | $1.00 |
| 100156300 | 16/05/2021 | 01:18:43 | BuchananEB | 2 | $0.75 | $0.00 | $0.75 |
| 100156299 | 16/05/2021 | 00:00:15 | BuchananWB | 2 | $0.75 | $0.00 | $0.75 |
| 98548348 | 02/05/2021 | 14:58:53 | HUMACAO NORTE | 12 | $1.00 | $0.00 | $1.00 |
| 98548347 | 30/04/2021 | 13:46:41 | HUMACAO NORTE | 12 | $1.00 | $0.00 | $1.00 |



**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
**ESTADO LIBRE ASOCIADO DE PUERTO RICO**



| Boleto | Fecha | Hora | Plaza | Carril | Peaje a pagar | Multa a Pagar si paga en 28/07/2021 | Total a Pagar si paga en 28/07/2021 |
|---|---|---|---|---|---|---|---|
| 96598390 | 14/04/2021 | 09:20:14 | CAGUAS NORTE | 16 | $1.50 | $0.00 | $1.50 |
| 96227987 | 10/04/2021 | 19:09:25 | CAGUAS NORTE | 16 | $1.50 | $0.00 | $1.50 |
| 95898408 | 06/04/2021 | 20:46:41 | CAGUAS NORTE | 17 | $1.50 | $0.00 | $1.50 |
| 95898407 | 05/04/2021 | 18:32:29 | CAGUAS NORTE | 11 | $1.50 | $0.00 | $1.50 |
| 95898406 | 05/04/2021 | 12:25:59 | HUMACAO NORTE | 12 | $1.00 | $0.00 | $1.00 |
| 95898405 | 05/04/2021 | 10:20:40 | HUMACAO SUR | 2 | $1.00 | $0.00 | $1.00 |
| 95898404 | 05/04/2021 | 08:57:02 | HUMACAO SUR | 2 | $1.00 | $0.00 | $1.00 |
| **TOTALES:** | | | | | **$52.15** | **$120.00** | **$172.15** |

Para poder acogerse a estos totales, deberá pagar en los centros autorizados de AutoExpreso.  De usted optar por pagar en la Colecturía de Rentas Internas más cercana, deberá pagar la totalidad de la multa. La cantidad a pagar indicada es válida solamente el día en que se emite este reporte.

### Pago de Multas

**Evasión Peaje Electrónico – Cifra de Ingreso 2191**
**Autoridad de Carreteras y Transportación**
**Centro de Procesamiento de Violaciones de AutoExpreso**
**P.O. Box 11889**
**San Juan PR 00922-1889**
**NO ENVÍE CASH O CHEQUES PERSONALES**

| | |
|---|---|
| **Fecha de Reporte:** | **28/07/2021** |
| **TABLILLA:** | **JPS256** |
| Peajes Adeudados | $52.15 |
| Multas a Pagar | $120.00 |
| **Cantidad Total a Pagar** | **$172.15** |

Usted puede pagar su(s) boleto(s) en www.autoexpreso.com visitando el área de Boletos en la parte superior de la página.
**PARA PAGAR CON:**
☐ GIRO  ☐ CHEQUE DE GERENTE
Hacer pago a: Centro de Procesamiento de Violaciones de AutoExpreso

**Incluya en el sobre esta hoja y anote los Números de Boletos o su Tablilla en el Giro o Cheque de Gerente**

Por este medio autorizo a realizar el pago por la **Cantidad Total a Pagar** aquí indicada.

_____     _____     _____     ( )_____
Nombre (en letra de Molde)          Firma                                  Fecha              Número de Teléfono

APENDICE 2



**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**



**BOLETOS POR FALTA ADMINISTRATIVA**

**Evasión Peaje Electrónico -- Cifra de Ingreso 2191**



PO BOX 7103
SAN JUAN, PR 00916

| | |
|---|---|
| **Tablilla:** | **JPS256** |
| **Cantidad Total a Pagar:** | **$389.90** |

El vehículo registrado a su nombre y cuyas señas aparecen en esta notificación ha evadido el pago de peajes en los carriles de AutoExpreso, Sistema Electrónico de Peaje, cuando transitaba por las Autopistas indicadas. Esto representa una violación al Artículo 23.02 de Ley Número 22 del 7 de enero de 2000, según enmendada, conocida como Ley de Vehículos y Tránsito de Puerto Rico. Por disposición del Artículo 24.05 (f) de la Ley Núm. 22, supra, el dueño registral del vehículo es responsable de las violaciones aquí documentadas.

| Boleto | Fecha | Hora | Plaza | Carril | Peaje a pagar | Multa a pagar | Pagos/ ajustes/ otros | Cantidad a pagar | Apelar en o antes de | Pagar en o antes de |
|---|---|---|---|---|---|---|---|---|---|---|
| 107162823 | 20/08/2021 | 12:08:53 | BuchananWB | 3 | $0.75 | $15.00 | $0.00 | $15.75 | 06/10/2021 | 06/10/2021 |
| 107162822 | 19/08/2021 | 21:52:14 | Bayamon SB | 1 | $0.40 | $15.00 | $0.00 | $15.40 | 06/10/2021 | 06/10/2021 |
| 107162821 | 19/08/2021 | 21:24:51 | Bayamon NB | 1 | $0.40 | $15.00 | $0.00 | $15.40 | 06/10/2021 | 06/10/2021 |
| 107162820 | 19/08/2021 | 20:09:58 | BuchananWB | 1 | $0.75 | $15.00 | $0.00 | $15.75 | 06/10/2021 | 06/10/2021 |
| 107162819 | 19/08/2021 | 10:12:17 | Bayamon NB | 1 | $0.40 | $15.00 | $0.00 | $15.40 | 06/10/2021 | 06/10/2021 |
| 107162818 | 19/08/2021 | 09:02:38 | Bayamon SB | 2 | $0.40 | $15.00 | $0.00 | $15.40 | 06/10/2021 | 06/10/2021 |
| 107162817 | 19/08/2021 | 08:57:22 | BuchananWB | 4 | $0.75 | $15.00 | $0.00 | $15.75 | 06/10/2021 | 06/10/2021 |
| 107042393 | 18/08/2021 | 16:03:22 | BuchananEB | 3 | $0.75 | $15.00 | $0.00 | $15.75 | 03/10/2021 | 03/10/2021 |
| 107042392 | 18/08/2021 | 15:57:38 | Bayamon NB | 1 | $0.40 | $15.00 | $0.00 | $15.40 | 01/10/2021 | 01/10/2021 |
| 107042391 | 18/08/2021 | 11:30:04 | Bayamon SB | 2 | $0.40 | $15.00 | $0.00 | $15.40 | 01/10/2021 | 01/10/2021 |
| 107042390 | 18/08/2021 | 11:24:42 | BuchananWB | 3 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107042389 | 17/08/2021 | 20:49:52 | Bayamon NB | 2 | $0.40 | $15.00 | $0.00 | $15.40 | 01/10/2021 | 01/10/2021 |
| 107042388 | 17/08/2021 | 20:35:33 | Bayamon SB | 2 | $0.40 | $15.00 | $0.00 | $15.40 | 01/10/2021 | 01/10/2021 |
| 107042387 | 17/08/2021 | 20:30:18 | BuchananWB | 3 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107042386 | 17/08/2021 | 17:26:35 | BuchananEB | 2 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107042385 | 17/08/2021 | 17:19:43 | Toa BajaEB | 3 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107042384 | 17/08/2021 | 15:57:33 | Toa BajaWB | 3 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107042383 | 17/08/2021 | 15:49:34 | BuchananWB | 3 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107042382 | 16/08/2021 | 23:53:19 | BuchananEB | 1 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107162816 | 16/08/2021 | 23:49:39 | Bayamon NB | 1 | $0.40 | $15.00 | $0.00 | $15.40 | 06/10/2021 | 06/10/2021 |
| 107042381 | 16/08/2021 | 20:30:27 | Bayamon SB | 2 | $0.40 | $15.00 | $0.00 | $15.40 | 01/10/2021 | 01/10/2021 |
| 107042380 | 16/08/2021 | 20:25:21 | BuchananWB | 3 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107042379 | 15/08/2021 | 22:32:28 | BuchananEB | 2 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |
| 107042378 | 15/08/2021 | 18:50:24 | Bayamon SB | 1 | $0.40 | $15.00 | $0.00 | $15.40 | 01/10/2021 | 01/10/2021 |
| 107042377 | 15/08/2021 | 18:45:37 | BuchananWB | 1 | $0.75 | $15.00 | $0.00 | $15.75 | 01/10/2021 | 01/10/2021 |

**Total peajes a pagar $14.90**     **Total multas a pagar $375.00**     **Total a pagar $389.90**





**AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN**
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**INSTRUCCIONES PARA EL PAGO DE MULTAS**

Para liquidar estos gravámenes, usted puede pagar en o antes del día indicado en el desglose de las multas. Puede hacer su pago a través de la página Web www.autoexpreso.com o con Cheque de Gerente o giro, enviando el pago correspondiente junto al talonario de pago incluido a la dirección: Autoridad de Carreteras y Transportación de Puerto Rico, Centro de Procesamiento de Multas de AutoExpreso, PO Box 11889, San Juan, PR 00922-1889. También puede realizar el pago de las multas en la Colecturía de Rentas Internas más cercana. Para más información o si desea ser un cliente de AutoExpreso, llame al Centro de Servicio al Cliente al 1-888-688-1010 o visite nuestra página de Web www.autoexpreso.com.

**RECURSO DE REVISIÓN   (Reglamento Núm 6759)**

Si el dueño del vehículo afectado por las notificaciones de multas administrativas considera que no se ha cometido las violaciones que se imputan, éste podrá solicitar un Recurso de Revisión ante el Secretario de Transportación y Obras Públicas, dentro del término de treinta (30) días siguientes a la notificación de la multa o, de lo contrario la misma advendrá final y firme. El usuario podrá someter su reclamo de revisión a través de esta misma notificación. De no optar por utilizar este formulario, podrá presentar una solicitud de revisión  ante el Secretario en el mismo término de los treinta (30) días desde la notificación de la multa. La parte que impugne las multas tendrá el peso de la prueba para demostrar que las violaciones imputadas no se cometieron.

**De no recibirse pago o someter una revisión, el récord será referido a la Directora de Servicios al Conductor (DISCO) donde la multa y peaje adeudado deberán liquidarse antes de renovar la licencia del vehículo.**

---

## Revisión de Multas

JPS256   (MVN 1548443)

Para que su solicitud de revisión sea considerada, usted debe completar estas secciones dentro de treinta (30) días de recibir la notificación de infracción:

- Debe firmar e incluir la fecha en la Certificación incluida al final de esta hoja.
- Complete la Sección A o Sección B según sea el caso
- Enviar este formulario por fax al 787-620-7438 o por correo a la siguiente dirección:

**Autoridad de Carreteras y Transportación**
**Centro de Procesamiento de Violaciones de AutoExpreso**
**P.O. Box 11889**
**San Juan PR 00922-1889**

Si necesita más información puede comunicarse al 1-888-688-1010 o visite la página Web en www.autoexpreso.com

**APPENDIX 9**

8  **TUS NOTICIAS**   facebook.com/primerahora   @primerahora                    Viernes, 8 de julio de 2022   **PRIMERA HORA**

# PAGAN A EDUCADORES QUE HICIERON MAESTRÍAS Y DOCTORADOS EN 2013

**FRANCES ROSARIO**
frances.rosario@gfrmedia.com

El incentivo, que benefició a **166 maestros,** había estado paralizado tras haberse firmado la Ley de Emergencia Fiscal



**PREMIAN SU ESFUERZO**

El gobernador Pedro Pierluisi y el secretario del Departamento de Educación participaron en la entrega de cheques a maestros. Suministrada

El gobernador Pedro Pierluisi anunció el pago de $4.3 millones a unos 166 maestros que para el 2013 demostraron que habían completado maestrías y doctorados, cumpliendo así con la Ley de Carrera Magisterial.

Señaló que algunos maestros pudieran recibir cheques de hasta $55,900.

"Siempre ha sido nuestro compromiso ayudar a nuestros maestros, por ello otorgamos un aumento sin precedentes de mil dólares, que recién entró en vigor, y ahora estamos honrando nuestro compromiso de pagar la carrera magisterial a los docentes. He sido claro en que nuestros maestros son clave para lograr un sistema de educación pública del que todos nos sintamos orgullosos y que ayude a elevar el aprovechamiento académico de las próximas generaciones", manifestó Pierluisi en conferencia de prensa realizada ayer en La Fortaleza.

De este grupo de 166 maestros, hay 11 que culminaron doctorados. El resto culminó su grado de maestría.

Asimismo, el mandatario informó que otro grupo de educadores que solicitaron los fondos que les corresponde, para los años 2014 y 2015, son evaluados y están en proceso de revisión para emitirse el pago correspondiente.

El secretario de Educación, Eliezer Ramos Parés, aceptó que se trata de unas "6,000 solicitudes que quedaron pendientes" para los años 2014 y 2015, a los cuales no se les ha pagado el incentivo correspondiente por culminar maestrías y doctorados.

El funcionario explicó que los maestros quedaron sin su paga tras haberse firmado la Ley de Emergencia Fiscal.

De paso, Ramos Parés informó que esperan durante este próximo semestre escolar culminar la evaluación de estos 6,000 maestros para entonces emitir los pagos. No especificó la fecha en que se reportaría el saldo.

Auguró que para el segundo semestre escolar abrirán convocatorias para reactivar el programa de carrera magisterial y reclutar más educadores que quieran proseguir estudios de maestría y doctorado.

No obstante, Ramos Parés alabó este primer paso que se da para cumplir con los primeros 166 maestros.

"Hoy es un día emblemático, no solo para los maestros que están aquí, sino a todos los maestros, para que puedan ver al magisterio como una carrera", sentenció.

Sally Rodríguez Martínez fue la primera maestra llamada por el gobernador para entregarle su cheque. Otros empleados también asistieron al evento para recibir su pago.

"Muchas gracias", se le escuchaba decir a los educadores cuando recibían su dinero.

La maestra Marisol García fue la que habló en representación de los beneficiados.

"Gracias por reconocer el esfuerzo. Gracias por reconocer las horas de estudio, el sacrificio a la familia, porque todos hacemos maestría en la casa. Cuando uno está haciendo un doctorado o una maestría, todos están involucrados en el proceso. Es hora de reconocer esto y de verdad que me llena de orgullo y no caben las palabras en mi corazón de decirle lo agradecida que estoy", señaló García.

**Otro incentivo**

Por otro lado, Pierluisi informó un desembolso de $58 millones en fondos federales (ESSER) como "incentivo a los empleados de comedores escolares que siempre se han mantenido trabajando de forma presencial en esta pandemia".

Detalló que los empleados recibirán cheques de $1,500 cada tres meses por un periodo de nueve trimestres consecutivos. El primer pago, dijo Pierluisi, se emitirá en octubre próximo.

"Los empleados de comedores escolares han sido un ejército de trabajadores que han atendido a nuestros estudiantes, particularmente, en las zonas vulnerables, para garantizar que tengan sus alimentos diariamente. Su dedicación es incuestionable, por lo que hoy le hacemos justicia a ese compromiso y los exhortamos a que continúen dando el todo por el todo por nuestros estudiantes", precisó.

8< NOTICIAS AHORA                                                                > VIERNES, 8 DE JULIO DE 2022   el Vocero

# Gobierno reembolsa la carrera magisterial

➤ **También hay un incentivo para los empleados de comedor**


**Maricarmen Rivera Sánchez**
>mrivera@elvocero.com

@mriverasanchez

El gobernador Pedro Pierluisi anunció el desembolso de $4.3 millones de sobrantes en el presupuesto del Departamento de Educación que serán utilizados para pagar la carrera magisterial de 166 maestros que no habían recibido el dinero al que tenían derecho.

En la conferencia de prensa ayer en La Fortaleza, el gobernador y el secretario de Educación, Eliezer Ramos Parés, entregaron cheques a varias maestras que completaron grados universitarios bajo la promesa de que se les pagarían sus estudios.

El retraso en el pago se debió a que el gobierno no había cumplido con la Ley de Ajuste Salarial para los Maestros y Maestras Conforme a la Ley de Carrera Magisterial.

Una legislación posterior firmada por Pierluisi estableció el pago a los educadores que cumplieron con los requisitos de estudio en 2013 y ordena evaluar los casos de los maestros que solicitaron el beneficio entre 2014 y 2015.

"Es imperativo que cumplamos con el compromiso que hizo el gobierno de compensar por su esfuerzo a estos maestros, un compromiso que múltiples administraciones previas fallaron. Firmé la

➤ **Dato relevante**

Los maestros recibirán cheques de entre $1,925 hasta $55,930, pago que les adeudaba el gobierno por su desarrollo profesional.

ley y estamos cumpliendo con los maestros y maestras que llevan pidiendo que se reactive el programa de carrera magisterial", expuso el mandatario.

Mediante este programa, los maestros y maestras que completen grados universitarios o se especialicen en las áreas de enseñanza podrían recibir un pago del gobierno para cubrir sus estudios.

Indicó que además de este primer desembolso de $4.3 millones para 166 maestros, habrá una segunda fase para otros educadores que lo solicitaron.

"Estos maestros adquirieron destrezas y conocimientos por estudios y certificaciones que han podido incorporar en su desempeño en el salón. Los casos de 2014 y 2015 están bajo evaluación para hacer los pagos


El gobernador indicó que es el primer desembolso de $4.3 millones para 166 maestros, y que habrá una segunda fase para otros educadores que lo solicitaron. >Suministrada

que corresponden a todos los maestros", informó el primer ejecutivo.

Agregó que los maestros recibirán cheques de entre $1,925 hasta $55,930, dinero que les adeudaba el gobierno por su desarrollo profesional.

El titular de Educación agregó que una vez concluyan con el reembolso a los maestros con los que no se había cumplido, abrirán el programa a otros maestros que interesen continuar su educación y recibir este beneficio de gobierno.

"Quisimos hacer justicia para los maestros que quedaron en ese limbo en 2015, que presentaron esas solicitudes, y luego vamos a ofrecer instrucciones de cómo hacer esas nuevas solicitudes. Antes usábamos mucho papel, ahora queremos ahorrarnos el papel y vamos a anunciar la forma", expresó Ramos Parés.

"La invitación a los maestros es a utilizar

este mecanismo para seguirse desarrollando, mantenerse al día con las nuevas estrategias. Que aprovechen este programa para el pago de matrícula y que eso les compense con remuneración adicional. Y que se queden para que Puerto Rico cuente con los mejores recursos que ha ido formando a través de la historia", señaló el secretario.

**Pago por trabajar durante pandemia**

El gobernador anunció, además, un incentivo para los empleados de los comedores escolares, parte del personal que se mantuvo activo durante los meses iniciales de la pandemia de covid-19 sirviendo alimentos en los comedores de las escuelas públicas.

Se indicó que habrá un 'premium pay' adicional de $1,500 trimestrales para los empleados de comedores escolares que se mantengan trabajando de manera presencial mientras dure la pandemia, hasta un máximo de nueve trimestres. Para cubrir el pago, el gobierno destinó $58 millones que se distribuirán entre 3,500 empleados de comedores escolares.

"Los empleados de comedores escolares han sido un ejército de trabajadores que han atendido a nuestros estudiantes, particularmente en las zonas vulnerables, para garantizar que tengan su alimento diariamente", sostuvo el mandatario. "Su dedicación es incuestionable, por lo que hoy le hacemos justicia a ese compromiso y los exhortamos a que continúen dando el todo por el todo por nuestros estudiantes", agregó.

El primero de estos pagos se emitirá en octubre a los empleados de comedores escolares que estén adscritos y activos en la Autoridad Escolar de Alimentos. Los que estén en destaque o en licencia sin sueldo no están cualificados para el incentivo.

Otro de los requisitos para este beneficio es no tener más de tres ausencias o tardanzas injustificadas, lo que no aplica a los que tengan certificado médico o licencia por covid-19.