






**FROM:**
María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt. 311 Torre #6
Carolina, P.R. 00979

**TO:**
Clerk's Office
Federico Degetau Federal Bldg. Room 150
150 Carlos Chardón St.
Hato Rey, Puerto Rico 00918

USPS Priority Mail — US POSTAGE PAID $17.05
Origin: 00918, 01/04/23, 4284790018-21
3 Lb 14.00 Oz, RDC 05
EXPECTED DELIVERY DAY: 01/05/23
SHIP TO: 150 AVE CARLOS CHARDON, SAN JUAN PR 00918-1703
C018
USPS TRACKING #: 9505 5111 1471 3004 3016 96

RECEIVED/FILED JAN 09 2023 U.S. DISTRICT COURT SAN JUAN, PR

B/C 1/5