**<u>Exhibit A</u>**
**Affirmative Consent**

Real Property Leases Under Affirmative Consent- PREPA

| CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | ENM | CONTRACTOR (LANDLORD) RESIDENT AGENT | PROPERTY ADDRESS | CONTRACTOR (LANDLORD) TELEPHONE | INQUIRY CONTACT NAME (1) | STATUS OF CONSENT | INQUIRY CONTACT COMMENTS (1) | INQUIRY CONTACT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| M. Otero y CIA, S.E. | | 2017-P00042 | | PREPA | Plaza Puerto del Sol, Carr. #2 KM 49.7, Manatí | (787) 854-2064 | Rafael Ondina Otero | Yes | | 12/23/22 |