**<u>Exhibit B</u>**
**Deemed Consent**

Real Property Leases Under Deemed Consent- PREPA

| CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | ENM | CONTRACTOR (LANDLORD) RESIDENT AGENT | PROPERTY ADDRESS | CONTRACTOR (LANDLORD) TELEPHONE | INQUIRY CONTACT NAME (1) | STATUS OF CONSENT | INQUIRY CONTACT COMMENTS (1) | INQUIRY CONTACT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| Administracion de Terrenos | | | | PREPA | Ave. Juan Hernández Ortiz, Isabela | | | | Was greeted by automated phone system but then when re-directed, no answer | 12/21/22 |
| Administracion de Terrenos | | | | PREPA | Bo, San Antón, Ponce | | | | Was greeted by automated phone system but then when re-directed, no answer | 12/21/22 |
| AEP | | | | PREPA | Centro Gubernamental de Guayanilla | | | | | |
| AEP | | | | PREPA | Centro Gubernamental de Juncos, Calle Muñoz, Rivera, Juncos | | | | | |
| Centro del Sur Mall, LLC. | | 2020-P00041 | | PREPA | Centro del Sur Mall, Ave.Miguel Pou, Ponce | (787) 622-9600 (ext.116) | Maria Fernandez Velez, Esq. | | Director of Lease Department was unavailable to take the call. Said they would call back. | 12/21/22 |
| Fomento Industrial | | | | PREPA | Parque Industrial, Cabo Rojo | | | | | |
| Fomento Industrial | | | | PREPA | Calle San Idelfonso, Coamo | | | | | |
| Fomento Industrial | | | | PREPA | Operaciones Técnicas Juana Díaz | | | | | |
| Fomento Industrial | | | | PREPA | Bo, Islote, Manatí | | | | | |
| Fomento Industrial | | | | PREPA | PR-102 San Germán | | | | | |
| Fomento Industrial | | | | PREPA | Area Industrial Caín Alto, PR-362 San Germán | | | | | |
| Fomento Industrial | | | | PREPA | PR-181 San Lorenzo | | | | | |
| Fomento Industrial | | | | PREPA | Bo. Martino, Vieques | | | | | |
| Municipio de Culebra | | | | PREPA | Calle Pedro Márquez, Culebra | (787) 742-3521 | | | Was greeted by auomated phone system, communicated with Finances Department, and was later re-directed to Office of Secretary, but no answer. Attempted to call again, but did not receive a response | 12-23-2022 - 12/28/2022 |
| R.I.V., LLC | | | | PREPA | Consolidated Mall, Caguas | (787) 725-1000 | | | Latest number appearing in corporate records is from their Accounting Office, an outsource. Talked to Normarie Casanova, said she was going to communicate directly with R.I.V., LLC and would call back. | 12/22/22 |