UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER CONCERNING MOTIONS FILED BY JOSUE TORRES SANTIAGO

The Court has received and reviewed two pleadings filed by Josue Torres Santiago (the "Movant"), appearing pro se. (Docket Entry Nos. 23219 and 23220 in Case No. 17-3283) (the "Motions"). The Motions appear to seek information concerning the status of Movant's claims against the Title III Debtors arising out of the proceedings captioned Josue Torres-Santiago v. Administracion de Correcion y Rehabilitacion, et al., Civ. No. 16-cv-3189 (D.P.R.) and Josue Torres-Santiago v. Departamento de Correccion de Puerto Rico, et al., Civ. No. 15-cv-1840 (D.P.R.) (together, the "Torres-Santiago Civil Cases").

The Financial Oversight and Management Board for Puerto Rico is hereby directed to provide Movant and the Court with a status report, concerning any claim(s) that Movant has filed in the above-captioned Title III cases in connection with the liabilities asserted in the Torres-Santiago Civil Cases on or before **February 21, 2023**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry Nos. 23219 and 23220 in Case No. 17-3283.

SO ORDERED.

Dated: January 11, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge