UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>,<br><br>    Debtors.[1]</td><td>PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)</td></tr>
</table>

ORDER CONCERNING UNRESOLVED RESPONSES
TO CERTAIN OMNIBUS OBJECTIONS TO CLAIMS

The Court has received and reviewed the *Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* (Docket Entry No. 16021 in Case No. 17-3283), the *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highway and Transportation Authority, Employment Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Building Authority to Late-Filed Claims* (Docket Entry No. 17923 in Case No. 17-3283), the *Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* (Docket Entry No. 17917 in Case No. 17-3283), the *Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors* (Docket Entry No. 17920 in Case No. 17-3283), the *Three Hundred Eighty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors* (Docket Entry No. 17922 in Case No. 17-3283), the *Three Hundred Ninetieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability Claims* (Docket Entry No. 17973 in Case No. 17-3283), and the *Three Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims* (Docket Entry No. 18961 in Case No. 17-3283) (together, the "Omnibus Claim Objections").

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed notices of presentment with respect to the Omnibus Claim Objections, requesting that the Court enter orders sustaining each of the Omnibus Claim Objections. However, the Court's review of the docket reveals that there remains at least one pending unresolved response to each of the Omnibus Claim Objections (together, the "Unresolved Responses"). Each Unresolved Response was filed after the response deadline for the corresponding Omnibus Claim Objection.

Accordingly, the Oversight Board is hereby directed to file replies, on or before **February 2, 2023**, at **5:00 p.m. (Atlantic Standard Time)**, to (i) any Unresolved Response that is dated on or before the applicable response deadline and was filed within thirty (30) days of the applicable response deadline, and (ii) any Unresolved Response that proffers any reason for being filed after the applicable response deadline. The Oversight Board is directed to file a certification with respect to each Omnibus Claim Objection that does not have any Unresolved Responses that meet the foregoing conditions. The Oversight Board is directed to file contemporaneously a certified English translation of any Spanish-language Unresolved Response to which it files a reply.

SO ORDERED.

Dated: January 11, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge