UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

ORDER DENYING MOTION REQUESTING TO PARTICIPATE IN A SETTLEMENT
CONFERENCE CALLED THE MEDIATOR FILED BY OBE E. JOHNSON

       The Court has received and reviewed the *Motion Requesting to Participate in a Settlement Conference Called the Mediator* (Docket Entry No. 23218 in Case No. 17-3283) (the "Motion"), filed by Obe E. Johnson ("Movant"), appearing pro se.

       The Court has approved alternative dispute resolution ("ADR") procedures that permit, among other things, the exchange of settlement offers concerning proofs of claim and evaluative mediation with respect to claims against the Title III Debtors. (See Docket Entry No. 23113-1 in Case No. 17-3283) (the "ADR Procedures"). Under the ADR Procedures, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") is permitted to select proofs of claim for transfer into the ADR process. Accordingly, the Court understands the Motion to request that Movant's proofs of claim against the Title III Debtors be transferred into the ADR process so that Movant and the Oversight Board can seek a negotiated resolution of Movant's claims.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Oversight Board is hereby directed to take notice of Movant's request. To the extent that the Motion requests that the Court order the Oversight Board to transfer Movant's proofs of claim into the ADR process, the Motion provides no reasoned basis for the Court to do so, and the Motion is therefore denied.

This Order resolves Docket Entry No. 23218 in Case No. 17-3283.

SO ORDERED.

Dated: January 11, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge