**Exhibit I**

ING. LUIS A. RIVERA SIACA

Aged Receivables

As of Jan 9, 2023

Filter Criteria includes: 1) IDs: DEPT. EDUCACION; 2) Includes Drop Shipments. Report order is by ID. Report

| Customer ID | Date | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| Contract Num.: | | 2021-00048 | | | Floors 1 to 5 | | |
| DEPT. EDUCATION | 6/30/21 | DE 21-06 | | | | 7,641.74 | 7,641.74 |
| DEPT. EDUCATION | 7/31/21 | DE 21-07 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCATION | 8/31/21 | DE 21-08 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCATION | 9/30/21 | DE 21-09 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCATION | 10/31/21 | DE 21-10 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCATION | 11/30/21 | DE 21-11 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCATION | 12/31/21 | DE 21-12 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCATION | 1/31/22 | DE 21-13 | | | | 205,521.91 | 205,521.91 |
| DEPT. EDUCATION | 2/28/22 | DE 21-14 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCATION | 3/31/22 | DE 21-15 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCATION | 4/30/22 | DE 21-16 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCATION | 5/31/22 | DE 21-17 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCATION | 6/30/22 | DE 21-18 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCATION | 7/31/22 | DE 21-19 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCATION | 8/31/22 | DE 21-20 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCATION | 9/30/22 | DE 21-21 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCATION | 10/31/22 | DE 21-22 | | | 208,255.25 | | 208,255.25 |
| DEPT. EDUCATION | 11/30/22 | DE 21-23 | | 208,255.25 | | | 208,255.25 |
| DEPT. EDUCATION | 12/31/22 | DE 21-24 | 208,255.25 | | | | 208,255.25 |
| Total Floors 1 to 5 | | | 208,255.25 | 208,255.25 | 208,255.25 | 3,092,420.71 | 3,717,186.46 |
| | | | | | | | |
| WATER | | | | | | | |
| DEPT. EDUCATION | 7/1/18 | DE-AAA-97 | | | | 2,330.60 | 2,330.60 |
| DEPT. EDUCATION | 12/17/21 | DE-AAA-139 | | | | 9,287.51 | 9,287.51 |
| DEPT. EDUCATION | 11/23/22 | DE-AAA-150 | | 5,890.69 | | | 5,890.69 |
| DEPT. EDUCATION | 12/28/22 | DE-AAA-151 | 7,060.01 | | | | 7,060.01 |
| Total Water Floors 1 to 5 | | | 7,060.01 | 5,890.69 | - | 11,618.11 | 24,568.81 |
| Report Total - Floors 1 to 5 | | | 215,315.26 | 214,145.94 | 208,255.25 | 3,104,038.82 | 3,741,755.27 |