# Exhibit II

**First floor:**

1. Employee Assistance Program

2. Distribution of time

3. State Agency for Approval of Post-Secondary Occupational and Technical Education Programs and Public Institutions

4. Teacher Career Office

5. Office of Controlled Substances

6. Undersecretary of Payroll Administration

**Second floor:**

1. Office of Collective Agreements

2. Recruitment Office

3. Teaching File

4. Assistant Secretary for Human resources

5. Office for Teachers' Certifications

6. Rock Solid

7. Classification and Redistribution

**Third floor:**

1.Rock Solid

2. Office of the Comptroller

3. Accountability and Assessment Program Reginal Office

4. Special Education Programs

5. School Management

6. School Transportation

7. Psychology

8. Social Worker

9. School Counseling

10. Unit Exams

11. Adult Program

12. Division of Metrics Execution

**Fourth floor:**

1. True North Office

2. Computer Center

3. OSIATD Office for the Information System and Teaching Technological Support

4. Inova Learning Center

5. Contracts Unit

6. Classified Files

7. Personnel Transactions

**Fifth floor:**

1. Regional Superintendent

2. Administrative offices

3. Post Office

4. Finance Office

5. School Transportation Office

6. School Canteens Office

7. Adult Education Office

8. Human Resources Office

9. Legal Division

10. Office for Federal Affairs

11. Office for Provisional Remedies