UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | No. 17 BK 4780-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO POWER ELECTRIC AUTHORITY,<br><br>    Plaintiff/Counterclaim-Defendant, | Adv. Proc. No. 19-00391-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| |
|---|
| PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTICA,<br><br>      Intervenor-Plaintiffs,<br><br>-v-<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>      Defendant/Counterclaim-Plaintiff,<br><br>THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,<br><br>      Intervenor-Defendants/Counterclaim-Plaintiffs. |

ORDER REGARDING ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT

      The Court will hear oral argument on the *Notice of Motion and Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, for Summary Judgment Pursuant to Bankruptcy Rule 7056* (Docket Entry No. 62 in Adv. Proc. No. 19-00391) and the *Memorandum in Support of Defendant/Counterclaim-Plaintiff's and Intervenor-Defendants/Counterclaim-Plaintiffs' Motion for Summary Judgment Against Plaintiffs/Counterclaim-Defendants* (Docket Entry No. 67 in Adv. Proc. No. 19-00391)[2] (together, the "Motions") at the omnibus hearing scheduled to begin at **9:30 a.m. (Atlantic Standard Time) (8:30 a.m. Eastern Standard Time)** on **February 1, 2023**.

      The Court will allot no more than three hours to oral argument concerning the Motions. The parties are directed to meet and confer prior to the January 27, 2023, deadline in paragraph 7 of the *Order Regarding Procedures for Hearing on February 1-2, 2023, Omnibus Hearing* (Docket Entry No. 23253 in Case No. 17-3283) to determine preliminary time allocations and the order of speakers for oral argument on the Motions for inclusion in the

---

[2]    The pleading is comprised of the functional motion for summary judgment in addition to the memorandum of law in support thereof.

proposed agenda to be sent to the Court.

    SO ORDERED.

Dated: January 13, 2023

                                                   /s/ Laura Taylor Swain  
                                                   LAURA TAYLOR SWAIN  
                                                   United States District Judge