# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------- x
                                                         :
In re                                                    :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :
                                                         :    Title III
      as representative of                               :
                                                         :    Case No. 17-BK-3283-LTS
THE COMMONWEALTH OF PUERTO RICO,                         :
et al.,                                                  :    (Jointly Administered)
                                                         :
           Debtors.*                                     :    Court Filing Relates Only to PREPA
                                                         :
-------------------------------------------------------- x
                                                         :
In re                                                    :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :
                                                         :    Title III
      as representative of                               :
                                                         :    Case No. 17-4780-LTS
PUERTO RICO ELECTRIC POWER                               :
AUTHORITY (PREPA),                                       :
                                                         :
           Debtor.                                       :
                                                         :
-------------------------------------------------------- x
                                                         :
THE FINANCIAL OVERSIGHT AND                              :
MANAGEMENT BOARD FOR PUERTO RICO,                        :    Adv. Proc. No. 19-391-LTS
                                                         :
      Plaintiff/Counterclaim-Defendant,                   :
                                                         :
--------------------------------------------------------
```

---

\* The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA, | : : : : : : : : : : : : |
| Intervenor-Plaintiffs, | : : |
| -v- | : : |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, | : : : |
| Defendant/Counterclaim-Plaintiff, | : : |
| THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC., | : : : : : : |
| Intervenor-Defendants/Counterclaim-Plaintiffs. | : : : |

## NOTICE OF WITHDRAWAL OF LEGAL COUNSEL
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTE that **Joseph C. Celentino, Esq**., having previously filed his respective *Application for Admission Pro Hac Vice* (Docket No. 2372 as supplemented at Docket No. 2373 of Case No. 17-03283 (LTS)), hereby withdraws his appearance on behalf of Cortland

2

Capital Market Services LLC ("Cortland") and requests his removal from the CM/ECF electronic notification service and official service list.

PLEASE TAKE FURTHER NOTE that the law firms of WACHTELL, LIPTON, ROSEN & KATZ and MCCONNELL VALDÉS LLC (local counsel), along with their corresponding attorneys of record, Richard G. Mason, Amy R. Wolf, Emil A. Kleinhaus, Angela Herring, Michael H. Cassel, Nayuan Zouairabani (local counsel), and Antonio A. Arias (local counsel), continue to represent Cortland and hereby request that all notices required in the above referenced case continue to be served to such attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of January 2023.

**CERTIFICATE OF SERVICE:** We hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties in accordance with the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 20190-1) (the "CMP Order").

| | |
|---|---|
| */s/ Nayuan Zouairabani* | */s/ Angela K. Herring* |
| Nayuan Zouairabani | Richard G. Mason (admitted *pro hac vice*) |
| USDC-PR No. 226411 | Amy R. Wolf (admitted *pro hac vice*) |
| MCCONNELL VALDÉS LLC | Emil A. Kleinhaus (admitted *pro hac vice*) |
| 270 Muñoz Rivera Avenue, Suite 7 | Angela K. Herring (admitted *pro hac vice*) |
| Hato Rey, Puerto Rico 00918 | Michael H. Cassel (admitted *pro hac vice*) |
| P.O. Box 364225 | WACHTELL, LIPTON, ROSEN & KATZ |
| San Juan, Puerto Rico 00936-4225 | 51 West 52nd Street |
| Telephone: (787) 250-5604 | New York, New York 10019 |
| Facsimile: (787) 759-9225 | Telephone: (212) 403-1000 |
| Email: nzt@mcvpr.com | Facsimile: (212) 403-2000 |
| | Email: rgmason@wlrk.com |
| | arwolf@wlrk.com |
| | eakleinhaus@wlrk.com |
| | akherring@wlrk.com |
| | mhcassel@wlrk.com |
| *Attorneys for Cortland Capital Market Services LLC, as Administrative Agent* | *Attorneys for Cortland Capital Market Services LLC, as Administrative Agent* |

3