# EXHIBIT 1

Case:17-03283-LTS Doc#:23261-1 Filed:01/17/23 Entered:01/17/23 09:05:53 Desc:
Exhibit Exhibit 1 - Statement of Account Page 2 of 2

Case 17-03283-LTS   Claim 17471-1 Part 2   Filed 11/01/17   Desc Exhibit STATEMENT OF ACCOUNT   Page 2 of 2

# FIDECICOMISO HERNANDEZ CASTRODAD
# STATEMENT OF ACCOUNT

**DEBTOR:** COMMONWEALTH OF PUERTO RICO           **ACCT#:** F121 – DF Almacen Caguas

**BANKRUPTCY CASE:** 17-03283                                **FILING DATE:** 05/03/2017

| | |
|---|---:|
| Balance Due @ 05/03/2017 | $ 24,500.00 |
| Plus Post-Petition Rent Due | $ 14,700.00 |
| **TOTAL DUE =** | **$ 39,200.00** |

**PRE-PETITION AMOUNT INCURRED AS OF MAY 03, 2017**
Balance Due @ 05/03/2017                                                                                     $24,500.00

**I = TOTAL PRE-PETITION AMOUNT      =      $ 24,500.00**

**POST-PETITION AMOUNTS ACCRUING AFTER MAY 3, 2017*                                    $14,700.00

Total Monthly Rent Accruing after May 03, 2017 = $2,450.00

POST-PETITION BALANCE DUE AS OF NOVEMBER 1, 2017                                    $14,700.00

(*)Lease on a month to month basis

**II = TOTAL POST- PETITION AMOUNT DUE     =     $14,700.00**

**I + II  = SUBTOTAL AMOUNT OF CLAIM   =     $39,200.00**

**CLAIM FOR FUTURE DAMAGES RESULTING FROM LEASE REJECTION***

| Remaining Lease Term | Rent per Year | Rent Next 3 Years | 15% Cap | Amount Allowed |
|---|---|---|---|---|

(**) – Unsecured claim for damages regarding termination on March 30, 2017, as capped by 11 USCA §502(b)(6)(A) to the rent reserved for the greater of one year or 15% of the remaining term, not to exceed 3 years.

**III = TOTAL CLAIM FOR DAMAGES RESULTING FROM LEASE REJECTION =     $0.00**

**I + II + III = TOTAL AMOUNT OF CLAIM        =      $39,200.00**