Case:17-03283-LTS Claim#:147-1 Part 5 Filed:11/01/17 Desc:Exhibit LEASE CONTRACT
DOCUMENTS Page 1 of 22

**EXHIBIT 2**

| Modelo SC 854<br>16 mar 05<br>CC 1300-16-05 | **Estado Libre Asociado de Puerto Rico**<br>**Departamento de la Familia**<br>Agencia<br>**PO Box 11398, San Juan  Puerto Rico, 00910-1398**<br>Dirección | 2012-000229 |
| --- | --- | --- |
| | | Núm. de Contrato de la Agencia<br>122-2012-000229 |
| | | Núm. de Contrato de la Oficina<br>del Contralor |

## CONTRATO DE ARRENDAMIENTO DE LOCALES POR CINCO AÑOS O MENOS O HASTA 10 AÑOS EN LOCALES EN EL EXTERIOR

El ESTADO LIBRE ASOCIADO DE PUERTO RICO, representado por la Honorable Lcda. Yanitsia Irizarry Méndez, en calidad de quien en adelante se denominará el Arrendatario; y el Sr. Rafael Hernández Barreras y la Sra. Ludovigia Castrodad Menéndez, quienes en adelante se denominarán Arrendadores, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato entregó las siguientes certificaciones: ☒Certificación Registral de la propiedad incluyendo cargas y gravámenes ☒Certificación de deuda y Certificación de Radicación de Planilla expedida por el Departamento de Hacienda ☒Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.
2. Que el arrendador certifica que realizó el Informe de Valoración y el mismo está firmado por el tasador y aprobado por el tasador revisor.
3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato.
4. Que el arrendatario certifica que realizó una inspección del bien inmueble objeto de arrendamiento y el mismo cumple con las expectativas, necesidades y especificaciones necesarias y que rindió un informe escrito de dicha inspección.
5. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe a continuación:
   a. Construcción: **Hormigón armado** ---------------------------------------------------------------------------------
   b. Área:  (1) Del Solar -----------N/A------------------------------------------------------------------------Metros Cuadrados.
              (2) Del Local ---------**4,368**----------------------------------------------------------------------Pies Cuadrados.
              (3) Del Estacionamiento ------ **10**----------------------------------------------------------------Pies Cuadrados.
   c. Localización y Certificación Registral del Inmueble (incluyendo cargas y gravámenes)
      **Angora Industrial Park, Sector Bairoa, Caguas, Puerto Rico**--------------------------------
6. Que la propiedad será usada por el arrendatario como **Almacén Regional Caguas**
7. Este contrato entrará en vigor el día **1 de junio de 2012**, sujeto a la aprobación de la **Oficina de Gerencia y Presupuesto (OGP) y de la Junta de Reestructuración y Estabilización Fiscal (JREF)**. Según la orden Ejecutiva OE-035 del 23 de septiembre de 2009. Regirá hasta el **31 de mayo de 2017_**. El arrendador podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.
8. Que el arrendador posee la propiedad descrita en calidad de dueño, la cual es propiedad de **N/A** y fue construida en **N/A** de **N/A** de **N/A**.
9. Que luego de haber efectuado un estudio de mercadeo para determinar la tarifa vigente, el canon mensual de arrendamiento fijado por las partes contratantes es de **DOS MIL CUATROCIENTOS CINCUENTA DÓLARES CON CERO CENTAVOS** mensuales **($2,450.00)** equivalente a **$6.73** el costo por pie cuadrado, pagaderos por el arrendador de la siguiente forma: **MENSUALIDADES VENCIDAS**. El arrendador no podrá aumentar el canon de arrendamiento o modificarlo en un período menor de doce meses.
10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos los servicios, equipo y accesorios dentro de las normas de seguridad establecidas y que se establezcan.
11. Se hace constar que ningún funcionario o empleado del Departamento de la Familia tiene directa o indirectamente interés pecuniario en este contrato.
12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:
    Estacionamiento- Núm. espacios **10**  x☐ Agua  ☒Aire Acondicionado  ☒Instalación Eléctrica x☐ Vigilancia ☐Luz ☐Limpieza  ☒Facilidades Telefónicas Ascensor ☒Otros Mantenimiento Áreas Comunes.
13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDADOR, estableciéndose que el seguro de responsabilidad pública y cualquiera otra necesaria será no menos de UN MILLON DE DOLARES ($1,000,000.00).
    Compañía Aseguradora___Triple S  Núm.___**CP81041647**_____
14. Otras estipulaciones (utilice el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este contrato):
15. Este contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

EN TESTIMONIO DE LO CUAL, y para que así conste, suscriben este documento las partes contratantes en San Juan, PR, hoy _____ de _____ de 2012.

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Departamento de la Familia
Nombre y Firma del Jefe de la Agencia
o su representante autorizado

**Rafael Hernández Barreras &**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 PMB 265, Caguas, PR 00726
Seg. Soc. 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 & 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

Case:17-03283-LTS Doc#:12361-1 Filed:09/17/21 LEASE CONTRACT
DOCUMENTS Page 3 of Page

## CERTIFICACION

Certifico que la información arriba indicada es correcta; que disponemos de la suma de $_____$ para arrendamiento solicitado, los cuales están consignados en el Presupuesto Ejecutivo Núm. _____: que la cifra de cuenta contra la cual se cargará este gasto será _____: y que llevamos a cabo negociaciones para conseguir el canon de arrendamiento más razonable.

Esta certificación se realiza sujeto a la información vertida en las certificaciones emitidas por la Oficina de Contratación de Locales y de la Oficina de Presupuesto.

_____María del C. Molina Ferrer_____
Nombre y Firma Jefe de Finanzas, Agencia

____Angel M. Figueroa Medina_____
Nombre y Firma, Jefe de Agencia o su
Repte. Autorizado

---

## PARA USO DE LA OFICINA DEL GOBERNADOR, CUANDO APLIQUE

☐ APROBADO                    ☐ NO APROBADO

RAZONES: _____

_____

_____

_____

| _____ | _____ | _____ |
| Fecha | Título | Nombre y Firma |

## PARA USO DE LA ADMINISTRACION DE SERVICIOS GENERALES

☐ APROBADO                    ☐ NO APROBADO

RAZONES: _____

_____

_____

_____

| _____ | _____ | _____ |
| Fecha | Título | Nombre y Firma, Administrador de Servicios Generales o su Repte. Autorizado |

Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
|---|
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

APENDICE "A" HOJA DE CONTINUACION

Contrato: **Contrato de Arrendamiento Almacén CAGUAS**

**COMPARECEN**

-----**DE LA PRIMERA PARTE: EL DEPARTAMENTO DE LA FAMILIA**, con seguro social patronal número 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, representado en este acto por su Secretaria, Lcda. Yanitsia Irizarry Méndez, mayor de edad, abogada, soltera y vecina de Aguadilla, Puerto Rico, mediante la autoridad que le confiere la Ley Número 171, del 30 de junio de 1968, según enmendada y el Plan de Reorganización Núm. 1 del 28 de julio de 1995, en adelante denominada **"EL ARRENDATARIO"**:

-----**DE LA SEGUNDA PARTE:** Rafael Hernández Barreras, seguro social 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, mayor de edad, casado con Doña Ludovigia Castrodad Menéndez, seguro social 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, vecinos de Caguas Puerto Rico, en adelante denominados **"LOS ARRENDADORES"**.-

-------------------------------------------------------**EXPONEN**-------------------------------------------------------

-----**PRIMERA:** No obstante a que este contrato entre en vigor el 1 de junio de 2012, el canon a pagarse de DOS MIL CUATROCIENTOS DOLARES CON CERO **($2,450.00)** mensuales, para un total de CIENTO CUARENTA Y SIETE MIL DÓLARES CON CERO CENTAVOS **($147,000.00)** por la vigencia del contrato, será efectivo a partir de la fecha de ocupación del edificio por personal de la Agencia, aceptando de conformidad a los servicios y facilidades solicitadas al arrendador, previa certificación escrita de ambas partes y la entrega de llaves entendiéndose que dicho canon se pagara con carácter prospectivo y se hallan realizado las mejoras según el plano presentado por la Agencia en un termino no mayor de 60 días. El Arrendador se compromete a entregar el Permiso

**Hon. Yanitsia Irizarry Méndez**

Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

__X__ Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

de Uso, Bomberos y endoso del Departamento de Salud a nombre de la agencia al momento de entregar las llaves.--------------------------------------------------------------------------------------------

-----**SEGUNDA:** El canon mensual de **$2,450.00** por los 4,368 P/C lo que equivale a seis dólares con setenta y tres centavos **($6.73).**------------------------------------------------------------------------------

------**TERCERA:** Ambas partes muestran que tienen la capacidad necesaria para este acto, y a tal efecto libre y voluntariamente otorgan el presente contrato sujeto a las siguientes: ----------------

--------------------------------**CLAUSULAS Y CONDICIONES ADICIONALES**--------------------------------

-----**DECIMASEXTA: EL ARRENDADOR** se compromete a proveer los siguientes servicios, mantenimiento y reparaciones a su costo al local objeto de este contrato: -----------------------------------

1. **MANTENIMIENTO PREVENTIVO Y CORRECTIVO:** Proveerá los servicios de mantenimiento preventivo y correctivo del inmueble y sus facilidades, equipo y servicios, incluyendo plomería, baños, puertas, cerraduras, rejas, plafón, filtraciones, paredes en concreto y fuente de agua, pintura, así como las reparaciones relacionadas con dichas facilidades y servicios. Cuando las actividades de realizar mantenimiento al local y a sus facilidades pueda ocasionar daños a la salud o afecte los servicios, deberá coordinar el mismo con el arrendatario para que éste se efectué fuera de horas laborables.--------------------------------------------------------------------------------

2. **CUMPLIMIENTO CON LAS LEYES DE SALUD Y SEGURIDAD:** Será responsable de que el local y sus facilidades cumplan con todos los requisitos de salud y seguridad que exigen el Cuerpo de Bomberos, La Administración de Reglamentos y Permisos y el Departamento del Trabajo, así como cualquier otra Agencia del Estado Libre Asociado de Puerto Rico, del

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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 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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ____

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
|---|
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

Gobierno Municipal o Gobierno Federal y así lo certificarán dichas agencias, presentando a su vez los documentos entre otros con el Departamento de Salud y con el "American with Disabilities Act" (ADA), según sus siglas en inglés. De establecerse que la Segunda Parte no realizó ni mantuvo el local y sus facilidades para que cumplieran con los requisitos de las agencias reguladoras descritas anteriormente, LOS ARRENDADORES serán responsables del pago de multas o las penalidades que impongan por dichas agencias.-----------------------------------

3. **RÓTULOS DE SALIDA:** Rotulará, instalará y mantendrá en buen estado y visible los rótulos de salida(s) iluminados y colgados en cada salida de emergencia en cumplimiento con los requerimientos de O.S.H.O. y demás agencias de seguridad. Estos rótulos deben funcionar en caso de que el servicio de energía eléctrica colapse.-------------------------------------------------

4. **AIRE ACONDICIONADO:** Proveerá y mantendrá en buen funcionamiento todas las unidades de acondicionadores de aire, conductos y rejillas que sean necesarias para mantener una temperatura adecuada en todas las áreas de trabajo y áreas de espera según regulaciones del Departamento del Trabajo. (ASHRAE standard 55-1992, Thermal Environmental Conditions of Human Occupancy). El Arrendador se obliga y compromete a entregar al Arrendatario una copia del contrato de mantenimiento para las unidades y / o sistema de Aire Acondicionado del local. A su vez, se realizarán los trabajos de higienización de los conductos, rejillas y difusores de así ser recomendado por la Oficina de Salud y Seguridad en el Trabajo "OSHA".-----------------

Hon. Idalia Irizarry Méndez
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
|---|
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

5. **PROTECCIÓN RAYOS SOLARES:** Proveerá los "Venetian Blinds", cortinas y/o cualquier otro material reflectivo o equipo para la protección contra los rayos solares en las áreas de trabajo que así lo requieran.--------------------------------------------------------------------------------------

6. **ILUMINACIÓN:** Proveerá las lámparas fluorescentes y /o tubos y bombillas que sean necesarias para suplir la iluminación y claridad adecuada de acuerdo con las especificaciones de las normas del Departamento del Trabajo y Recursos Humanos (O.S.H.O.). Las lámparas serán de 2' de ancho por 4' de largo con cuatro (4) tubos "Day Light" cada una. La Segunda Parte será responsable de reemplazar los tubos y las bombillas fundidas durante la vigencia de este contrato, según le sean requeridas por el Director(a) de la Oficina.--------------------------------

7. **RECEPTÁCULOS:** Instalará receptáculos dobles en aquellas áreas según surja la necesidad y sean requeridos por el arrendatario durante la vigencia de este contrato. (Oficina Guarda Almacén)-----------------------------------------------------------------------------------------------------

8. **BAÑOS:** Proveerá y mantendrá los baños existentes en el área del público, con los aditamentos necesarios y / o dimensiones requeridos por ley en cumplimiento de la Ley ADA "American With Dissability Act" y sus especificaciones. Mantendrá o reemplazará, todos los accesorios de los baños tales como dispensadores de jabón líquido, portapapeles sanitarios y papel toalla, e iluminación en todos los servicios sanitarios del edificio.-------------------------------------------------------

9. **ROTULACIÓN BAÑOS:** La rotulación de los baños será en atención a la rotulación internacional en cumplimiento con la Ley ADA. Dichos rótulos estarán en inglés y español. Además, contarán con texto tipo "Braille" para personas con impedimentos visuales. Si los

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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   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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

| 2012-000229 |
|---|
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

baños tienen más de un cubículo, el que esté destinado para el uso de personas impedidas, deberá contar con la misma rotulación.--------------------------------------------------------------------------

10. **REJAS:** Proveerá rejas en todas las áreas de fachada, en las áreas de ventanas de cristal y todas las puertas exteriores y ventanas que así sean requeridas para asegurar la propiedad del Departamento.-----------------------------------------------------------------------------------------------

11. **INSTALACIÓN TELEFÓNICA**: Proveerá al edificio de las facilidades de entrada y tuberías necesarias que sean requeridas para las instalaciones telefónicas y de los sistemas computarizados.-----------------------------------------------------------------------------------------------

12. **MODIFICACIONES ESTRUCTURALES PARA CUMPLIMIENTO CON AGENCIAS REGULADORAS:** Será responsable de realizar las modificaciones a la estructura que sean requeridas por las Agencias Reguladoras y necesarias en cumplimiento con la Ley sobre Eliminación de Barreras Arquitectónicas "Ley ADA". Estas modificaciones no se limitan a la instalación y el mantenimiento de barandas en áreas de escalones, construcción y el mantenimiento de rampas de acceso a la entrada del edificio y/o todas aquellas áreas del interior y/o exterior del edificio donde sean necesarias.----------------------------------------------------

13. **PINTURA DEL LOCAL:** Pintará el local en su interior como en su exterior y realizará esta misma labor por lo menos de ser necesario cada dieciocho (18) meses, o a solicitud del Arrendatario en aquellas áreas en las cuales se le solicite. Pintará el local con los colores escogidos por el Departamento de la Familia tanto interior como en el exterior. Los colores serán similares a los siguientes que son de la marca Glidden, colores "Thundercloud 1930,

Hon. Félix Matos Menéndez
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
|---|
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

"Souvenir #10GG 53/030 y Pepper Tree #10GG 38/038. El patrón de aplicación de estos se coordinará con el personal del Departamento en la Oficina de Contratación de Locales.--------

14. **INTERRUPTORES ELÉCTRICOS**: Proveerá interruptores de energía eléctrica independientes para cada área de trabajo, tales como: almacén, oficinas privadas, baños y otras dependencias según surja la necesidad y sean requeridos por el arrendatario durante la vigencia de este contrato.-----------------------------------------------------------------------------------------

15. **SISTEMAS DE COMPUTADORAS, INSTALACIÓN:** Proveerá las facilidades necesarias según surja la necesidad y sean requeridos por el Arrendatario durante la vigencia de este contrato para la instalación adicional de sistemas de computadoras, para cada empleado lo cual incluirá entre otras: energía eléctrica independiente con sus interruptores (breaker), receptáculos dobles (anaranjado) en una línea exclusiva y la instalación de postes o conductos para las líneas eléctricas independientes.-------------------------------------------------------------------------

17. **SERVICIO DE FUMIGACIÓN:** El Arrendador se hará responsable de los servicios de fumigación en el exterior del local y terreno circundante. ----------------------------------------------

18. **INSPECCIÓN DE EXTINTORES:** El Arrendador proveerá la cantidad de extintores que se requieran en las facilidades y será responsable de inspeccionar los mismos a la fecha de su vencimiento, según requerido por el Departamento de Bomberos.--------------------

19. **TORMENTERAS:** El Arrendador proveerá e instalará tormenteras en las puertas y vitrinas de la fachada, necesarias para proteger la estructura y la propiedad del Departamento en caso de aviso de huracán.-----------------------------------------------------------------------------------

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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   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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

| |
|---|
| 2012-000229 |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

20. **LUCES DE EMERGENCIA:** El Arrendador proveerá luces de emergencia en el local y extractores en los baños que así lo requieran.----------------------------------------------------------

21. **FUENTES DE AGUA**: Proveerá e instalará una fuente de agua en el local.------------------------

22. **MANTENIMIENTO DE AREAS VERDES Y ALREDEDORES**: Proveerá limpieza a las áreas verdes, alrededores del local y áreas comunes. ------------------------------------------------------------

-----**DECIMASÉPTIMA: PAGO DE UTILIDADES**: El pago de los servicios de energía eléctrica serán por cuenta del arrendatario siempre y cuando el arrendador provea contadores exclusivos para el área arrendada y ocupada por nuestra oficina. Solo a los efectos del pago de la energía eléctrica y agua consumida por el Departamento, cualquier otra situación no relacionada con esto será responsabilidad de la Segunda Parte. El pago de los servicios de agua serán por cuenta del arrendador.---------------------------------------------------------------------------------------------------------------

----**DECIMAOCTAVA: PÓLIZAS DE RESPONSABILIDAD**: ------------------------------------------------

-----A. Será responsabilidad del Arrendador mantener y pagar una (o varias) pólizas de seguro que protejan la propiedad en caso de daños o pérdida por motivo de fuego, terremoto, huracán o inundaciones, así como las mejoras que se le efectúen a la propiedad. Será también responsabilidad del arrendador gestionar, obtener y mantener durante la vigencia de este contrato un seguro de responsabilidad pública no menor de un millón de dólares ($1, 000,000.00) que cubra la propiedad arrendada, sus anexos y dependencias, si alguna, así como también las aceras que rodean la propiedad para la eventualidad de daños o muerte de cualquier persona, o grupos de personas y deberá cubrir a este seguro para la eventualidad de daños a la propiedad ajena. Tal

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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   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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ____de ____

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
|---|
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

seguro específicamente asegurará al Arrendatario contra cualquier responsabilidad que surja por este contrato, por la ley y tendrá a los arrendatarios como "asegurados adicionales" ("additional insured"). El Arrendador proveerá copia del seguro de responsabilidad pública al Arrendatario.-------

-----B. A la expiración de cualquier póliza vigente el Arrendador viene obligado a renovarla y someter copia al Arrendatario en un período no mayor de treinta (30) días a partir de la renovación de la misma.------------------------------------------------------------------------------

-----C. El Arrendatario quedará relevado de toda responsabilidad de no adquirir el Arrendador la póliza arriba mencionada en La Segunda Parte.------------------------------------------------

-----**DECIMANOVENA: DESTRUCCIÓN TOTAL O PARCIAL DEL LOCAL:** En caso de afectarse los servicios en el local por destrucción total o parcial de éste o por cualquier otra causa: terremoto, huracán, fuego, tornado, tromba, ciclón, inundación o cualquier otro desastre; o situaciones por orden de desalojo, o por condiciones que afecten la salud y/o seguridad de empleados y clientes, el Arrendatario podrá resolver este contrato inmediatamente.-----------------------------------------------

-----**VIGÉSIMA: CAMBIOS O MEJORAS AL LOCAL:** El Arrendador se compromete a realizar cualquier cambio o mejora al local objeto de este contrato, que sean requeridas y de acuerdo con las especificaciones y requisitos de seguridad establecidos o que se establezcan por el Cuerpo de Bomberos de Puerto Rico, Departamento de Salud, Departamento del Trabajo y Recursos Humanos, Oficina de Seguridad y Salud en el Trabajo (OSHA), Junta de Calidad Ambiental y por los derechos que se estipulan en el "American With Disabilities Act" (ADA), o cualquier otra Agencia del Estado Libre Asociado de Puerto Rico, del Gobierno Municipal o Gobierno Federal. De igual

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___ de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
| --- |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

forma, el Arrendador deberá cumplir con aquellos requerimientos u órdenes, solicitados o emitidos por las agencias reguladoras, mediante orden administrativa o memorando y con las órdenes que emitan los tribunales del Estado Libre Asociado de Puerto Rico.-------------------------------------------

-----**VIGESIMAPRIMERA: REPARACIONES:** El Arrendador será responsable por todas las reparaciones que requiera el local objeto de este contrato, durante la vigencia del contrato, el cual procederá a atender y/o corregir la falla o fallas dentro de un plazo razonable, siempre que el mismo no sea mayor de quince (15) días después de la notificación del Arrendatario. Las deficiencias en el sistema de acondicionadores de aire, en la plomería, sistema sanitario y en el sistema eléctrico deberán ser atendidas y /o corregidas en un término de cuarenta y ocho (48) horas luego de ser notificado el Arrendador al respecto. En aquellos casos en que la reparación conlleve un período mayor de cuarenta y ocho (48) horas, el Arrendador deberá notificarnos por escrito y proveer el equipo provisional o lo que sea necesario para que los servicios no se vean afectados.-------------------------------------------------------------------------------------------

-----**VIGESIMASEGUNDA: DERECHO A REALIZAR REPARACIONES:** Si el Arrendador no cumpliera con lo establecido en la cláusula VIGESIMAPRIMERA, el Arrendatario se reserva el derecho de contratar para que se efectúen las reparaciones necesarias con cargo al Arrendador y/o mediante el ajuste correspondiente a la renta. Podrá además el Arrendatario establecer una prórroga mediante común acuerdo con el Arrendador o proceder a resolver el contrato de arrendamiento en protección de sus intereses y el servicio público.-------------------------------------------

**Hon. Yanitsia Irizarry Méndez**

Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
|---|
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

-----**VIGESIMATERCERA: SUBARRENDAMIENTO:** El Arrendatario podrá subarrendar al mismo costo por pie cuadrado parte o en su totalidad el espacio arrendado bajo este contrato mediante previa solicitud y autorización por escrito del Arrendador según recomendado en la Carta Circular 74-04, Guía 12 de la Oficina de Gerencia y Presupuesto.--------------------------------------------------------

-----**VIGESIMACUARTA: ENTREGA PARCIAL ESPACIO CONTRATADO:** En caso de eliminación o reducción de los fondos estatales o federales para sostener los programas ubicados en el local, reducción del personal asignado a la Oficina o en la clientela de los programas el arrendatario se reserva el derecho de entregar al Arrendador, todo el espacio contratado, en cualquier momento con treinta (30) días de notificación previa, por escrito a éste. ------------------------------------------------

-----**VIGESIMAQUINTA: CUIDO DEL LOCAL:** El Arrendatario entregará el local en las mismas condiciones que se encuentre al momento de la entrega. De surgir alguna reclamación por parte del Arrendador sobre daños extraordinarios y /o mayores, a causa de negligencia por parte del Arrendatario, si la hubiere, el Departamento procederá a la reparación y/o compensación conforme a las leyes y reglamentos del Estado Libre Asociado de Puerto Rico. No se pagará renta adicional alguna por ningún motivo después de la fecha de resolución del contrato. El Arrendatario procederá a la reparación y / o compensación de los daños dentro de un término de treinta (30) días laborables a partir de la fecha de la reclamación del Arrendador al Arrendatario sobre este particular.-----------------------------------------------------------------------------------------------

-----**VIGESIMASEXTA: LICENCIAS Y PERMISOS:** El Arrendador presentó evidencia las cuales se hacen formar parte de este contrato, que demuestran que el edificio objeto de contratación es de su

**Hon. Yanitsis Irizarry Méndez**

Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

| |
|---|
| 2012-000229 |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

propiedad así como también el Permiso de Uso para el fin pactado, emitido por la Administración de Reglamentos y Permisos y cualquier otra Agencia concernida tal como Departamento de Bomberos, Departamento de Salud, entre otros.-------------------------------------------------------------------

-----**VIGESIMASÉPTIMA:** **ENTREGA DE LLAVES:** Al resolverse el contrato, la entrega de llaves del local objeto del mismo, se efectuará en o antes de la fecha informada por el Arrendatario. Disponiéndose que el Arrendatario informará al Arrendador la fecha, hora y sitio para la entrega de llaves. El Arrendador vendrá obligado a la aceptación de llaves del local, según lo anterior expresado y de así no hacerlo, el arrendatario procederá a depositar las llaves en el Tribunal de Justicia correspondiente.------------------------------------------------------------------------------------------------

-----**II.CERTIFICACIONES:**----------------------------------------------------------------------------------------------------

-----**VIGESIMAOCTAVA:** El Arrendador certifica que no es empleado o funcionario de ninguna dependencia de la Rama Ejecutiva, o de ninguna Corporación Pública o Municipio del Estado Libre Asociado de Puerto Rico; y que ningún funcionario de la Arrendataria o algún miembro de la unidad familiar de cualquiera de estos tienen algún interés económico, directo o indirecto, en este contrato.-

-----**VIGESIMANOVENA:** **CERTIFICACIONES Y DOCUMENTOS REQUERIDOS:** --------------------

___La Segunda Parte certifica y garantiza que al momento de suscribir este contrato ha rendido su planilla contributiva durante los últimos cinco (5) años previos. Se hace formar parte del contrato la Certificación de Radicación de Planilla.-------------------------------------------------------------------------

___Certifica además, que no tiene al presente deuda alguna con el Departamento de Hacienda. Se hace formar parte del contrato la Certificación Negativa de Deuda.-----------------------------------------

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ____ de ____

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

___Certifica que no adeuda contribuciones sobre la propiedad mueble o inmueble o de arbitrios al Estado Libre Asociado de Puerto Rico. Se hace formar parte del contrato las certificaciones de referencia.---------------------------------------------------------------------------------

___Certifica que al presente tiene una deuda contributiva por concepto de _____ y que está pagando de acuerdo con los términos y condiciones del plan de pagos que le fue autorizado por el Departamento de Hacienda. ----------------------------------

___Certifica que al momento de suscribirse este contrato ha pagado las contribuciones de seguro por desempleo, de incapacidad temporal y de seguro social para chóferes (la que aplique). Se hacen formar parte del contrato las certificaciones de referencia--------

___Certifica que al presente tiene deuda contributiva por concepto de_____ (la que aplique) o se encuentra acogido a un plan de pago, con cuyos términos está cumpliendo.---------------------------------------------------------------

-----Expresamente se reconoce que ésta es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la Primera Parte pueda dejar sin efecto el mismo y la parte contratada tendrá que reintegrar a la parte contratante toda suma de dinero recibida bajo este contrato.---------------------------------------------

-----**TRIGÉSIMA: CERTIFICACIÓN ASUME:** La Segunda Parte certifica y garantiza que al momento de suscribir este contrato: ------------------------------------------------------------------------

___No tiene obligación de efectuar pagos de pensión alimentaria.------------------------------------------

___Está obligado a pagar una pensión alimentaria y está cumpliendo con los pagos.--------------------

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___ de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
| --- |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

___Certifica, además, que tiene al presente deuda por dicho concepto y está cumpliendo con un plan de pago.--------------------------------------------------------------------------------------------------

-----Expresamente se reconoce que ésta es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esta será causa suficiente para que la Primera Parte pueda dejar sin efecto el mismo y la parte contratada tendrá que reintegrar a la parte contratante toda la suma de dinero recibida bajo este contrato.----------------------------------------

-----**TRIGESIMAPRIMERA: DEPARTAMENTO DE JUSTICIA:** Conforme requiere la Carta Circular 2009-01 del Departamento de Justicia, LA SEGUNDA PARTE certifica lo siguiente por lo cual estampa sus iniciales en cada uno de los incisos: ------------------------------------------------------------

1. **LA SEGUNDA PARTE** certifica que no ha sido convicta ni se ha encontrado causa probable para su arresto por ningún delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública; ----------------------------------------------------

2. **LA SEGUNDA PARTE** certifica que ni ella ni ninguno de sus accionistas, socios u oficiales ha sido convicto ni se ha encontrado causa probable para su arresto por ningún delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública; ----------------------------------------------------------------------------------------------

3. **LA SEGUNDA PARTE ACEPTA Y RECONOCE** que se resolverá el contrato, en caso de que contra el contratista se encuentre causa probable para su arresto por la comisión de un delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública, en el ámbito federal o estatal. ------------------------------------------------

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| Página Núm. ___de ____ |
| --- |
| 2012-000229 |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

4. **LA SEGUNDA PARTE** acepta y reconoce su deber de informar de manera continua, durante la vigencia del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de un delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública, en el ámbito federal o estatal. Se establece que esta obligación es de naturaleza continua durante todas las etapas de la contratación y ejecución del contrato. --------------------------------------------------------------

5. **LA SEGUNDA PARTE** certifica que durante los 10 años previos a la formalización del contrato no ha cometido un delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública, en el ámbito federal o estatal. En los casos donde no se haya determinado la causa probable para arresto, alegación de culpabilidad ni acusación contra el contratista pero se hayan realizado expresiones o admisiones de delito, el jefe de agencia tendrá que remitir el asunto al Secretario de Justicia quien realizará las determinaciones y recomendaciones pertinentes en cuanto a dicho contratista.-------------------------------------------------

-----**TRIGESIMASEGUNDA:** <u>**COSTO DEL CONTRATO:**</u> El canon de arrendamiento por los sesenta (60) meses de duración de este contrato es de **$147,000.00** sujeto a la disponibilidad de fondos públicos, mediante el trámite establecido por el Departamento de Hacienda y previa presentación de la factura en original y tres (3) copias debidamente certificadas y aceptación por un representante autorizado de LA PRIMERA PARTE. El primer año fiscal será sufragado de la cifra de cuenta: (2632/2610)111-1220000-0001-003-2012,(2632/2610)111-1220000-4029-003-2012, (2632/2610)234-1220000-0000-081-2010, 111-1270000-1083-003-2012 (2632), 222-

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ___de ___

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| 2012-000229 |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

1270000-03F-2012-PANADM2012(2632),111-1270000-1585-003-2012(2632),272-1270000-03F-2012TAD2012PR(2632), 111-1270000-1086-003-2012(2632), E-2632-111-1230000-1078-081-2012, E2610-111-1240000-1087-003-2012, E2632-111-1240000-1087-003-2012 Y E2632-272-1240000-03F-2012-G1024PR4004.----------------------------------------------------------------

-----**TRIGESIMATERCERA: CERTIFICACIÓN DE FACTURAS:** La Orden Ejecutiva OE-2001-73, establece que todas las facturas que el Arrendador someta por servicios prestados debe incluir una certificación sobre la ausencia de interés por parte de los funcionarios y empleados de la Agencia en las ganancias o beneficios producto de este contrato: -------------------------------------------------

*"Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de la Familia es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios han sido prestados y no han sido pagados".* --------------

-----**TRIGESIMACUARTA: VENTA DEL LOCAL:** El Arrendador tiene la responsabilidad de notificar al Arrendatario la intención de vender la propiedad con treinta (30) días con antelación a dicha compra a los fines de proceder a tomar las medidas correspondientes para enmendar el contrato cuando dicha venta se culmine, compareciendo el nuevo Arrendador, teniendo éste que cumplir todos los requisitos exigibles a esa condición y deberá someter al Departamento toda la documentación requerida por Ley y asumirá las obligaciones acordadas en este contrato.--------------

-----**TRIGESIMAQUINTA: CODIGO DE ÉTICA DE CONTRATISTAS:** El Arrendador se compromete a cumplir con las disposiciones de la Ley Núm. 84 del 18 de junio de 2002, mediante

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

**Modelo SC 854.2**
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Página Núm. ____ de ____

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

| |
|---|
| 2012-000229 |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

la cual se establece el Código de Ética para Contratistas, Suplidores y Solicitantes de Incentivos Económicos de las Agencias Ejecutivas del Estado Libre Asociado de Puerto Rico.--------------------

-----**TRIGESIMASEXTA: OFICINA DEL CONTRALOR:** Ninguna prestación o contraprestación objeto de este contrato podrá exigirse hasta tanto el mismo se haya presentado para registro en la Oficina del Contralor a tenor con lo dispuesto en la Ley Núm. 18 de 30 de octubre de 1975, según enmendada.----------------------------------------------------------------------------------------

-----**TRIGESIMASÉPTIMA: CANCELACIÓN DE CONTRATO:** La negligencia o incumplimiento de las disposiciones de este contrato por el Arrendador, constituirá causa suficiente para dar por terminado el mismo inmediatamente.--------------------------------------------------------------------

-----**TRIGESIMAOCTAVA: RESOLUCIÓN:** Este contrato podrá darse por terminado por cualquiera de las partes mediante notificación por escrito a la otra parte por lo menos treinta (30) días antes de la fecha de resolución del contrato. Se establece además, que el Arrendatario podrá terminar o cancelar este contrato mediante notificación hecha por escrito al Arrendador, cuando ello a juicio del Arrendatario responda al mejor interés público. --------------------------------------------------

-----**TRIGESIMANOVENA: OFICINA DE GERENCIA Y PRESUPUESTO:** El Arrendatario obtuvo la autorización de la Oficina de Gerencia y Presupuesto (OGP) y de la Junta de Reestructuración Fiscal (JREF), según la Orden Ejecutiva OE-035 del 23 de septiembre de 2009 para otorgar el presente contrato--------------------------------------------------------------------------------------

-----**CUADRAGÉSIMA: SEPARABILIDAD:** Las Partes estipulan que las cláusulas y condiciones de este Contrato son independientes y separadas entre sí y que la nulidad de una o más de las

**Hon. Yanitsia Irizarry Méndez**
Secretaria
Jefe, Departamento o Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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 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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

Modelo SC 854.2
(Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico

Departamento de la Familia
Agencia

San Juan, Puerto Rico
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACIÓN)

Página Núm. ___ de ___

| 2012-000229 |
| Núm. De Contrato De la Agencia |
| 122-2012-000229 |
| Núm. De Contrato de la Oficina del Contralor |

**X** Hasta Cinco (5) Años o Menos o ☐ Hasta Diez (10) Años en el Exterior ☐ Hasta Treinta (30) Años

OTRAS ESTIPULACIONES:

cláusulas no afectará la validez de las demás cláusulas y condiciones aquí establecidas las cuales se obligan a cumplir.------------------------------------------------------------------------------------------------------

-----**CUADRAGESIMAPRIMERA: JURISDICCIÓN Y COSTAS LEGALES:** Las leyes del Estado Libre Asociado de Puerto Rico, así como las leyes y reglamentos federales aplicables son las que gobiernan este Contrato. De tener que acudir a un Tribunal de Justicia cualquiera de las partes, de antemano pactan que se someterán a la jurisdicción del Tribunal General de Justicia de Puerto Rico, Sala Superior de San Juan y en cuanto a las costas legales, éstas serán determinadas y pagadas de acuerdo a lo que el Tribunal estipule.------------------------------------------------------------------

-----**CUADRAGESIMASEGUNDA: VIGENCIA:** Este contrato estará vigente a partir del 1 de junio de 2012 hasta el 31 de mayo de 2017, sujeto a la disponibilidad de fondos.-------------------

-------------------------------------------------------**ACEPTACIÓN**-------------------------------------------------------
-----Las partes acuerdan firmar el presente contrato en todas sus páginas por encontrarlo conforme a lo convenido y en tal virtud se comprometen a su fiel cumplimiento.------------------------------------------

------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------------------------------------

**Hon. Yanitsia Irizarry Menéndez**
Secretaria
Jefe, Departamento y Dependencia o
su Representante Autorizado

**Rafael Hernández Barreras**
**Ludovigia Castrodad Menéndez**
Arrendadores
Box 4985 Caguas P.R. 00726
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  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
Tel. (787) 509-3260

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DEL CONTRALOR

Búsquedas|Estadísticas|Oficina del Contralor|Ayuda

## Datos del Contrato

Entidad:

2250 - Departamento de la Familia

Número de Contrato:

2012-000229

Enmienda:

Recibido en:

4 de junio de 2012 09:43:19 a.m.

Otorgado en:

1 de junio de 2012

Vigencia Desde:

1 de junio de 2012

Vigencia Hasta Contrato:

31 de mayo de 2017

Vigencia Hasta Renovación:

No tiene Renovación Automática

Categoría de Servicio:

2 - COMPRA, VENTA Y/O ALQUILER DE INMUEBLES

Tipo de Servicio:

2.0002 - OBTENER INMUEBLES

Tipo de Exento:

0 - No Exento

Cuantía:

$147,000.00

Partidas Presupuestarias:

| Número de Cuenta |
| --- |
| 2632-2610-111-1220000-0001-003-2012 |
| 2632-2610-111-1220000-4029-003-2012 |
| 2632-2610-234-1220000-0000-081-2010 |
| 111-1270000-1083-003-2012 |
| 2632-222-1270000-03F-2012-PANAMDM2012 |
| 111-1270000-1585-003-2012-2632 |

| 272-1270000-037-2012-TAD2012PR-2632 |
| --- |
| 111-1270000-1086-003-2012-2632 |
| E-2632-111-1230000-1078-081-2012 |
| E-2610-111-1240000-1087-003-2012 |
| E-2632-111-1240000-1087-003-2012 |
| E-2632-272-1240000-03F-2012-G1024PR4004 |

Dispensa:
**Sí No**

Privatización:
**Sí No**

Tiene Documento:
**Sí No**

Contratistas:

| Nombre |
| --- |
| RAFAEL A. HERNANDEZ BARRERAS |
| LUDOVIGIA CASTRODAD MENENDEZ |