# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---

**MOTION TO INFORM THAT VERIFIED STATEMENT OF CANCIO, NADAL & RIVERA L.L.C. PURSUANT TO 48 U.S.C. § 2178 AND BANKRUPTCY RULE 2014(a) AS FORMER COUNSEL TO THE PUERTO RICO ELECTRIC POWER AUTHORITY WAS SUBMITTED ON OCTOBER 12, 2022, BUT BY OMISSION NOT RELATED TO ORDER TO SHOW CAUSE DOCKET NO. 22062**

In accordance with the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82, 48 U.S.C. § 2178(c) ("PRRADA"), the Court's related Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosure Act [Docket No. 20467] and the Court's Order *Concerning Non-Compliance with the Puerto Rico Recovery Accuracy in Disclosure Act and the Court's Order Related Thereto* [Docket No. 22062] (the "Order"), the Cancio, Nadal & Rivera L.L.C. Firm as former counsel to the Puerto Rico Electric Power Authority (the "PREPA"), submitted on October 12, 2022 a Verified Statement pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (See

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No.17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Docket No. 22583). By mistake or omission on the filing of the Motion through CM/EECF the filing was not related to the Order to Show Cause (Docket No. 22062), but instead was related to the Order Approving List of Material Interested Parties to the Puerto Rico Recovery Accuracy in Disclosures Act at Docket No. 20467.

Therefore, we submit again the filed Verified Statement pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (Docket No. 22583) as an attachment correctly relating the same to the Order to Show Cause.

Dated: January 17, 2023
In San Juan, Puerto Rico.

*/s/ José Luis Barrios Ramos*
Jośe Luis Barrios-Ramos, ESQ.
USDC No. 223611
278 Ave. César González
San Juan, Puerto Rico 00918
Telephone: (787) 593-6641
jbarrios@prestigelegalpr.com

2