Modelo SC 744
1 JUL 99

Original: Suplidor o ASG
1ra Copia: ACC
2da Copia: Agencia
3ra Copia: ACC-Inf. Rec. e Insp.
4ta Copia: Agencia-Inf. Rec. e Insp.
5a Copia: ASG Inf. Rec. e Insp.
PRIFAS

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
Administración de Servicios Generales
Agencia

PO Box 195568 San Juan PR 00919-5568
Dirección

## OBLIGACION Y ORDEN DE COMPRA

Núm. Solicitud
20-193-DSP-PPR

☑ Compra y Suministros
☐ Area de Transportación
☐ Imprenta
☐ Arte
☐ Almacén

### IDENTIFICACION DEL DOCUMENTO:

| Agen | Número de Orden de Compra | Fecha | Importe Total | Código del Suplidor | Cifra de Dependencia de Inventario |
|---|---|---|---|---|---|
| 0400000 | 2130440307 | 28-Oct-20 | $1,347,500.00 | 660395496 | Agencia Suplidora: SE  IG: FONDO  AGEN |

Opciones de Procesamiento de Despacho: ☐ Fax ☐ Teléfono ☐ Correo   Fecha de Entrega: 2 a 4 semanas

**SUPLIDOR**
Nombre del Suplidor: **NORTH SIGHT COMMUNICATIONS, INC.**
Dirección: PO BOX 51148
Toa Baja PR 00950

**FACTURARSE A:**
Agencia: Negociado de la Policia de Puerto Rico
Dirección: PO Box 70166
San Juan, PR00936-8166
Término de Embarque:

**ENTREGARSE A:**
Agencia: Negociado de la Policía de Puerto Rico
Dirección: División de Comunicacines
Ave F.D. Roosevelt 601, Cuartel General
Hato Rey, PR 00936-8166
Método de Envío:

### ARTICULOS (de necesitar más espacio, utilice otra hoja)

| LN | Cta. | Fondo | Org. | Prog. | Asig | Año Pres. | Aport. Federal | Descripción | Núm. de Catálogo | Núm. de Contrato | Unidades | Precio por Unidad | Precio Total | Propiedad Clase de Propiedad | Núm. de Unidad | Cantidad Despachada |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E5250 | 252 | 040000 | | 782 | 2019 | | Radios portatiles Dual-Band antena, dos baterias, microfono cargador soporte (Belt Clip) con Marca: Motorola Modelo: APX700/800 Model / 2.5 Garantia de 3 años | | | 500 | $2,695.00 | $1,347,500.00 | | | |
| | | | | | | | | En cumplimieto con las Especificaciones UEA-20-099 | | | | | | | | |

Subtotal: $1,347,500.00

Para uso de la Agencia o ASG

Solicito el despacho de los articulos o servicios indicados y certifico que esta orden ha sido emitida de acuerdo con las leyes y reglamentos aplicables.

28-Oct-20 _____ 759-7676
Fecha    Juan P. Figueroa Colón         Teléfono
         Delegado Comprador u Oficial Cert.

Departamento de Hacienda o ASG

Certifico que existen los fondos para el pago de la Orden de Compra solicitada.

Aprobado por: _____
Firma
10/28/2020 _____
Fecha    Firma    Teléfono

20-193-DSP-PPR

Para Uso de ASG

Despachado por: _____
Evelyn Melia Muñiz
Directora del Programa de Adquisiciones
Título            759-7676
                  Teléfono

_____ _____ _____
Fecha           Título          Firma
                                Teléfono

Conservación: Seis años o una intervención del Contralor, lo que ocurra primero.