# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| as representative of <br> THE COMMONWEALTH OF PUERTO RICO, et al. | (Jointly Administered) |
| Debtors[1] | |

**MOTION FOR LEAVE TO FILE DOCUMENTS IN THE SPANISH LANGUAGE AND FOR TIME TO FILE CERTIFIED TRANSLATIONS TO THE ENGLISH LANGUAGE**

TO THE HONORABLE COURT:

COMES NOW, North Sight Communications, Inc. ("NSCI"), through its undersigned counsel, and very respectfully states and requests:

1. On this date, NSCI is filing a motion for allowance of post-petition administrative expense claim (the "Motion"), which includes two (2) exhibits in the Spanish language.

2. Pursuant to Local Rule 5(c) of Civil Procedure,

    "All documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English which meets one of the following criteria:

    (1) Is prepared by an interpreter certified by the Administrative Office of the U.S. Courts, or

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

    (2) Is prepared by a translator who has approved Phase I (written legal translation) of the Federal Court Interpreters Certification Examination, or

    (3) Is prepared by a translator who is certified by the American Translator Association, or who has a post-graduate degree from an accredited postgraduate education translation program; or

    (4) Is otherwise stipulated as accurate by all parties."

3. Due to time constraints, NSCI has not been able to obtain certified English translations of the exhibits to its Motion.

4. Therefore, NSCI respectfully requests leave from the Honorable Court to file the exhibits to its Motion in the Spanish language and twenty (20) days, to wit, until February 7, 2023, to provide the Court with certified translations of said documents to the English language.

**WHEREFORE**, NSCI respectfully requests that the Honorable Court grant NSCI leave to file the exhibits to its Motion in the Spanish language and twenty (20) days, to wit, until February 7, 2023, to provide the Court with certified translations of said documents to the English language.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notice of said filing to all ECF participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on January 18, 2023.

CORRETJER, L.L.C.
625 Ponce de León Ave.
San Juan, PR 00917
Tel. (787) 751-4618
Fax (787) 759-6503

*s/ Rafael H. Ramírez Polanco*
Rafael H. Ramírez Polanco
USDC-PR #301114
rhr@corretjerlaw.com