# EO D

## First Letter

**Empresas Omajede Inc.**

| | |
|---|---|
| From: | Lcdo. Pedro R. Vázquez Pesquera <pvazquez@vplawpr.com> |
| Sent: | Tuesday, June 13, 2017 10:46 AM |
| To: | eoinc@zellius.net |
| Cc: | Luis D. García Fraga; cgvazquez@csp.pr.gov |
| Subject: | Comunicación sobre entrega de llaves |
| Attachments: | Carta OMAJEDE entrega de llaves.pdf; ReportSpam.html |

Saludos,

Adjunto document de referencia, el que se explica por sí mismo.

Cordialmente,

*Lcdo. Pedro R. Vázquez Pesquera*

**AVISO DE CONFIDENCIALIDAD**
Esta transmisión electrónica es privilegiada y confidencial, y sólo podrá ser revisada por la persona o personas a quien está dirigida, sin importar el destinatario. Si ha recibido esta transmisión erróneamente, deberá así notificarlo de inmediato al remitente y destruir toda copia de la transmisión. Cualquier error en la transmisión no constituye una renuncia al privilegio abogado-cliente o a cualquier otro privilegio.

**CONFIDENTIALITY NOTICE **
This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is intended, without regards to the addressee. If you have received this transmission in error, please immediately notify the sender, and destroy any copies of the electronic mail transmission. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

 Virus-free. www.avg.com

1

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger and other docs. Page 4 of 4

**Empresas Omajede Inc.**

| | |
|---|---|
| **From:** | Mr. Pedro R. Vázquez Pesquera <pvazquez@vplawpr.com> |
| **Sent:** | Tuesday, June 13, 2017 10:46 AM |
| **To:** | eoinc@zellius.net |
| **Cc:** | Luis D. García Fraga; cgvazquez@csp.pr.gov |
| **Subject:** | Key delivery communication |
| **Attachments:** | Carta OMAJEDE entrega de llaves.pdf; ReportSpam.html |

Greetings,

Attached is the above-referenced document, which is self-explanatory.

Cordially,

Mr. Pedro R. Vázquez Pesquera, Esq.


**CONFIDENTIALITY NOTICE **
This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is intended, without regards to the addressee. If you have received this transmission in error, please immediately notify the sender, and destroy any copies of the electronic mail transmission. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

[icon] Virus-free. www.avg.com 

1



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.



VAZQUEZ PESQUERA
LAW OFFICE

13 de junio de 2017

Lcdo. Antonio Betancourt Capó
Edificio La Electrónica
1608 Calle Bori, Suite 218
San Juan, Puerto Rico 00927-6112
eoinc@zellius.net

**VÍA EMAIL**

*RE: ENTREGA DE LLAVES DEL LOCAL
ANTERIORMENTE OCUPADO POR LA
COMISIÓN DE SERVICIO PÚBLICO*

Estimado licenciado Betancourt,

Reciba un cordial saludo. Como sabe, la Comisión de Servicio Público desocupó hace ya varios meses el local anteriormente arrendado en el Edificio La Electrónica, propiedad de Empresas Omajede. Sin embargo, no se había coordinado la entrega de las llaves del local.

A esos efectos, le agradeceremos nos deje saber dónde desea que se le haga entrega de las mencionadas llaves, para realizar dicha entrega a la brevedad posible.

Como siempre, nos reiteramos a su disposición para cualquier duda o información adicional.

Cordialmente,

Lcdo. Pedro R. Vázquez Pesquera

C: Lcdo. Luis D. García
Presidente de la Comisión de Servicio Público

Ing. Carlos Vázquez
Administrador de la Comisión de Servicio Público

CERTIFIED TRANSLATION

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A - Ledger and other docs. Page 3 of 4

P | VAZQUEZ PESQUERA LAW OFFICE

June 13, 2017

Mr. Antonio Betancourt Capó, Esq.
La Electrónica Building
1608 Bori Street, Suite 218
San Juan, Puerto Rico 00927-6112
eoinc@zellius.net

VIA EMAIL

**RE: DELIVERY OF KEYS TO PREMISES PREVIOUSLY OCCUPIED BY THE PUBLIC SERVICE COMMISSION**

Dear Mr. Betancourt,

Greetings. As you know, several months ago the Public Service Commission vacated the premises previously leased in La Electrónica Building, owned by Empresas Omajede. However, delivery of the keys to the premises has not been arranged.

In this regard, please let us know where you would like to receive said keys, in order to carry out said delivery as soon as possible.

Please contact us should you have any questions or need further information.

Cordially,
[signature]
Mr. Pedro R. Vázquez Pesquera, Esq.

C:  Mr. Luis D. García
    Public Service Commission President

    Mr. Carlos Vázquez
    Public Service Commission Administrator

112 URUGUAY STREET, HATO REY, PUERTO RICO 00917
TEL. (787) 946-9400
FAX. (787) 946-9401
PVAZQUEZ@VPLAWPR.COM



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.