# EO F

# LEDGER

Case:17-03283-LTS Doc#:23272-6 Filed:01/18/23 Entered:01/18/23 15:27:18 Desc:
Exhibit EO F Customer Ledger Page 2 of 2

Case 17-03283-LTS9 Claim 1539-2 Part 2 Filed 06/25/18 Desc Exhibit A Ledger and other docs. Page 1 of 4

Page: 1
5/14/18 at 12:12:23.48

# EMPRESAS OMAJEDE, INC.
## Customer Ledgers
### For the Period From Jan 1, 2017 to May 14, 2018

Filter Criteria includes: 1) IDs: Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| Comision-CSP | | | | | | 94,388.04 |
| Comisión de Servicio Público | 1/1/17 | Balance Fwd | | | | 161,054.70 |
| | 1/1/17 | CSP JAN17 | SJ | 66,666.66 | | 167,107.10 |
| | 1/23/17 | CSP AEE-JAN17 | SJ | 6,052.40 | | 160,240.90 |
| | 1/23/17 | 17-010 | CRJ | | 6,866.20 | 226,907.56 |
| | 2/1/17 | CSP FEB17 | SJ | 66,666.66 | | 220,855.16 |
| | 2/9/17 | 17-018 | CRJ | | 6,052.40 | 174,855.16 |
| | 2/13/17 | 17-019 | CRJ | | 46,000.00 | 181,581.97 |
| | 2/21/17 | CSP AEE-FEB17 | SJ | 6,726.81 | | 135,581.97 |
| | 2/22/17 | 17-022 | CRJ | | 46,000.00 | 202,248.63 |
| | 3/1/17 | CSP MAR17 | SJ | 66,666.66 | | 202,220.63 |
| | 3/10/17 | CM CSP-Lights | SJ | | 28.00 | 202,198.43 |
| | 3/10/17 | CM CSP-Lights1 | SJ | | 22.20 | 195,471.62 |
| | 3/15/17 | 17-031 | CRJ | | 6,726.81 | 201,448.64 |
| | 3/23/17 | CSP AEE-MAR17 | SJ | 5,977.02 | | 268,115.30 |
| | 4/1/17 | CSP APR17 | SJ | 66,666.66 | | 271,836.71 |
| | 4/25/17 | CSP AEE-APR17 | SJ | 3,721.41 | | 338,503.37 |
| | 5/1/17 | CSP MAY17 | SJ | 66,666.66 | | 328,804.94 |
| | 5/12/17 | 17-048 | CRJ | | 9,698.43 | 395,471.60 |
| | 6/1/17 | CSP JUNE17 | SJ | 66,666.66 | | |
| **Report Total** | | | | 422,477.60 | 121,394.04 | 395,471.60 |

---

**BALANCE AS OF MAY 3, 2017** ----------------------------------------------------------------- 338,503.37

MAY 12, 2017 --- PAYMENT OF ELECTRICITY FOR MARCH & APRIL 2017 ------------ 9,698.43

JUNE 1, 2017 --- INVOICE FOR RENT OF JUNE 2017 --------------------------------------- 66,666.66

BALANCE AS OF JUNE 1, 2017 ----------------------------------------------------------------- 395,471.60

JUNE 13, 2017 --- CSP DELIVERED POSSESSION OF THE PREMISES TO OMAJEDE