# EO G

## STATEMENT OF ACCOUNT AND INVOICES

CC 1300-42-17
12-may-17

Anejo

## GOBIERNO DE PUERTO RICO
### Departamento de Hacienda

Estado de Cuenta para el Mes de: __JULIO 2017__

Nombre del Proveedor:..... **EMPRESAS OMAJEDE, INC.**   Fecha: 7 de agosto de 2017

Número de Seguro Social Patronal : ☒☒☒0044

Agencia: ......................**Comisión de Servicio Público**

| Numero de Factura | Fecha de Factura | | | Importe | | Fecha de Entrega* | | |
|---|---|---|---|---|---|---|---|---|
| | Día | Mes | Año | | | Día | Mes | Año |
| CSP SEP16-ADJ | 1 | 9 | 2016 | $ | 20,666.66 | 20 | 10 | 2016 |
| CSP OCT16-ADJ | 1 | 10 | 2016 | $ | 20,666.66 | 20 | 10 | 2016 |
| CSP NOV16 | 1 | 11 | 2016 | $ | 20,666.66 | 20 | 10 | 2016 |
| CSP 20161129 | 29 | 11 | 2016 | $ | 4,805.00 | 29 | 11 | 2016 |
| CSP DEC16 | 1 | 12 | 2016 | $ | 20,666.66 | 16 | 11 | 2016 |
| CSP JAN17 | 1 | 1 | 2017 | $ | 20,666.66 | 20 | 12 | 2016 |
| CSP FEB17 | 1 | 2 | 2017 | $ | 20,666.66 | 17 | 1 | 2017 |
| CSP MAR17 | 1 | 3 | 2017 | $ | 66,666.66 | 14 | 2 | 2017 |
| CSP APR17 | 1 | 4 | 2017 | $ | 66,666.66 | 15 | 3 | 2017 |
| CSP MAY17** | 1 | 5 | 2017 | $ | 66,666.66 | 18 | 4 | 17 |
| CSP JUNE17** | 1 | 6 | 2017 | $ | 66,666.66 | 16 | 5 | 2017 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | **Importe Total** | $ | 395,471.60 | | | |

\* Fecha de entrega de factura en la agencia.

Balances pendientes de facturas originales de $66,666.66   **Enviadas via correo electrónico a:   cqvazquez@csp.pr.com;
CZZambrana@csp.pr.gov

# EMPRESAS OMAJEDE, INC.

1608 Calle Bori - Ofic. 218
Edif. La Electrónica
San Juan, PR  00927-6112

Voice:  (787) 766-0872
Fax:    (787) 765-2668

# INVOICE

| | |
|---|---|
| Invoice Number: | CSP JUNE17 |
| Invoice Date: | Jun 1, 2017 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | None | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 6/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009<br>...Nueva renta ($25.00 el pie cuadrado) luego del vencimiento del contrato el 31 de agosto 2016. (referirse al 2ndo parrafo de la tercera pagina del contrato):<br><br>"Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza." | | 66,666.66 |

| | |
|---|---|
| Subtotal | 66,666.66 |
| Sales Tax | |
| Total Invoice Amount | 66,666.66 |
| Payment/Credit Applied | |
| **TOTAL** | **66,666.66** |

Lcdo. Antonio Betancourt
Presidente

**Empresas Omajede Inc.**

| | |
|---|---|
| **From:** | Empresas Omajede Inc. <eoinc@zellius.net> |
| **Sent:** | Tuesday, May 16, 2017 3:54 PM |
| **To:** | cgvazquez@csp.pr.gov; Cyntia Z. Zambrana Crespo (CZZambrana@csp.pr.gov) |
| **Subject:** | FACTURA |
| **Attachments:** | CSP_JUNE17.pdf |

Buenas tardes:

Adjunto factura del mes de Junio 2017, por la renta del local en el 1er piso del Edificio La Electrónica en Rio Piedras.

Atentamente,

*Lucy Ortíz*

Oficina de Administración
Empresas Omajede, Inc.
Edificio La Electrónica
1608 Calle Bori – Ofic. 218
San Juan, PR  00927
Tels.: (787) 753-8792, 766-0872
Fax: (787) 765-2668
e-mail:  eoinc@zellius.net

**Empresas Omajede Inc.**

| | |
|---|---|
| **From:** | Carlos G. Vázquez Órtiz <cgvazquez@csppr.onmicrosoft.com> |
| **To:** | Empresas Omajede Inc. |
| **Sent:** | Tuesday, May 23, 2017 9:52 AM |
| **Subject:** | Read: FACTURA |

Your message

  To: Carlos G. Vázquez Órtiz
  Subject: FACTURA
  Sent: Tuesday, May 16, 2017 4:54:18 PM (UTC-04:00) Atlantic Time (Canada)

 was read on Tuesday, May 23, 2017 10:51:51 AM (UTC-04:00) Atlantic Time (Canada).

AVG logo    This email has been checked for viruses by AVG antivirus software.
www.avg.com

1

# EMPRESAS OMAJEDE, INC.

1608 Calle Bori - Ofic. 218
Edif. La Electrónica
San Juan, PR  00927-6112

**INVOICE**

| | |
|---|---|
| Invoice Number: | CSP MAY17 |
| Invoice Date: | May 1, 2017 |
| Page: | 1 |

Voice: (787) 766-0872
Fax: (787) 765-2668

| **Bill To:** | **Ship to:** |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | None | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 5/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009<br>...Nueva renta ($25.00 el pie cuadrado) luego del vencimiento del contrato el 31 de agosto 2016. (referirse al 2ndo parrafo de la tercera pagina del contrato):<br><br>"Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza." | | 66,666.66 |

| | |
|---|---|
| Subtotal | 66,666.66 |
| Sales Tax | |
| Total Invoice Amount | 66,666.66 |
| Payment/Credit Applied | |
| **TOTAL** | **66,666.66** |

Lcdo. Antonio Betancourt
Presidente

**Empresas Omajede Inc.**

| | |
|---|---|
| **From:** | Empresas Omajede Inc. <eoinc@zellius.net> |
| **Sent:** | Tuesday, May 16, 2017 3:54 PM |
| **To:** | cgvazquez@csp.pr.gov; Cyntia Z. Zambrana Crespo (CZZambrana@csp.pr.gov) |
| **Subject:** | FACTURA |
| **Attachments:** | CSP_JUNE17.pdf |

Buenas tardes:

Adjunto factura del mes de Junio 2017, por la renta del local en el 1er piso del Edificio La Electrónica en Rio Piedras.

Atentamente,

*Lucy Ortíz*

Oficina de Administración
Empresas Omajede, Inc.
Edificio La Electrónica
1608 Calle Bori – Ofic. 218
San Juan, PR  00927
Tels.: (787) 753-8792, 766-0872
Fax: (787) 765-2668
e-mail:  eoinc@zellius.net

**Empresas Omajede Inc.**

---

**From:**      Carlos G. Vázquez Órtiz <cgvazquez@csppr.onmicrosoft.com>
**To:**         Empresas Omajede Inc.
**Sent:**      Friday, April 21, 2017 2:20 PM
**Subject:**   Read: FACTURA RENTA DE MAYO 2017

Your message

   To: Carlos G. Vázquez Órtiz
   Subject: FACTURA RENTA DE MAYO 2017
   Sent: Tuesday, April 18, 2017 6:35:11 PM (UTC-04:00) Atlantic Time (Canada)

 was read on Friday, April 21, 2017 3:19:25 PM (UTC-04:00) Atlantic Time (Canada).

**Empresas Omajede Inc.**

| | |
|---|---|
| **From:** | Empresas Omajede Inc. <eoinc@zellius.net> |
| **Sent:** | Tuesday, April 18, 2017 5:35 PM |
| **To:** | 'cgvazquez@csp.pr.gov'; Cyntia Z. Zambrana Crespo (CZZambrana@csp.pr.gov) |
| **Subject:** | FACTURA RENTA DE MAYO 2017 |
| **Attachments:** | INVOICE_CSP MAY17.pdf |

Buenas tardes:

Por instrucciones del Lcdo. Antonio Betancourt adjunto factura por la renta del mes de mayo 2017, del local en el Edif. La Electrónica.

*Lucy Ortíz*

Oficina de Administración
Empresas Omajede, Inc.
Edificio La Electrónica
1608 Calle Bori – Ofic. 218
San Juan, PR  00927
Tels.: (787) 753–8792, 766–0872
Fax: (787) 765–2668
e-mail:  eoinc@zellius.net

# EMPRESAS OMAJEDE, INC.

1608 Calle Bori - Ofic. 218
Edif. La Electrónica
San Juan, PR  00927-6112

Voice:   (787) 766-0872
Fax:      (787) 765-2668

## INVOICE

| | |
|---|---|
| Invoice Number: | CSP APR17 |
| Invoice Date: | Apr 1, 2017 |
| Page: | 1 |

**Bill To:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

**Ship to:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | None | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 4/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009 ...Nueva renta ($25.00 el pie cuadrado) luego del vencimiento del contrato el 31 de agosto 2016. (referirse al 2ndo parrafo de la tercera pagina del contrato):<br><br>"Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza." | | 66,666.66 |

| | |
|---|---|
| Subtotal | 66,666.66 |
| Sales Tax | |
| Total Invoice Amount | 66,666.66 |
| Payment/Credit Applied | |
| **TOTAL** | **66,666.66** |

Lcdo. Antonio Betancourt
Presidente

# EMPRESAS OMAJEDE, INC.

1608 Calle Bori - Ofic. 218
Edif. La Electrónica
San Juan, PR 00927-6112

# INVOICE

| | |
|---|---|
| Invoice Number: | CSP MAR17 |
| Invoice Date: | Mar 1, 2017 |
| Page: | 1 |

Voice: (787) 766-0872
Fax: (787) 765-2668

| Bill To: | Ship to: |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 3/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009<br>...Nueva renta ($25.00 el pie cuadrado) luego del vencimiento del contrato el 31 de agosto 2016. (referirse al 2ndo parrafo de la tercera pagina del contrato):<br><br>"Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza." | | 66,666.66 |
| | | Subtotal | | 66,666.66 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 66,666.66 |
| | | Payment/Credit Applied | | |
| | | **TOTAL** | | **66,666.66** |

Lcdo. Antonio Betancourt
Presidente

IC9 14/FE8/2017

-DIRECT DEPOSIT (EFT) PAYMENT STUB-
Accounts Payable

Page:1.00
Run :2017-02-21
Time:17.32.00



Report ID:      Payment Stub
Model Num:
Payment Cycle: EFT

**DEPARTAMENTO DE HACIENDA**

| Bank Account: BPPR   98 | Swift Code: 021502011 | EFT Number:00021211 |

**EMPRESAS OMAJEDE INC**
Vendor ID: ☒☒☒9044

Payment Date: 2017-02-21          Payment Amount:      $46,000.00

Remit Bank: Banco Popular de Puerto Rico      Code: BPPR
Account Type: 03                              Remit Account:☒☒☒☒5313

| Agency | Voucher # | Invoice # | Invoice Dt | -Description- | *Discount* | *Charges* | *Amount.* |
|--------|-----------|-----------|------------|---------------|-----------|-----------|-----------|
| 00065  | 17010667  | FEBRERO 2017 | 2017-02-02 | ARRENDAMIENTO LOCAL | 0.00 | 0.00 | 46,000.00 |
| Totals on these Vouchers | | | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $0.00 | $0.00 | $46,000.00 |

**Total Requirements for Bank Account**  . . . . . . . .          $0.00      $0.00      $46,000.00

------------------------------------------------------------------------------------

*C S P*          *17-022*
                 *4187*

--------This document is not negotiable--------

# EMPRESAS OMAJEDE, INC.

1608 Calle Bori - Ofic. 218
Edif. La Electrónica
San Juan, PR  00927-6112

Voice:  (787) 766-0872
Fax:    (787) 765-2668

**INVOICE**

| | |
|---|---|
| Invoice Number: | CSP FEB17 |
| Invoice Date: | Feb 1, 2017 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 2/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009<br>...Nueva renta ($25.00 el pie cuadrado)<br>luego del vencimiento del contrato el 31 de<br>agosto 2016. (referirse al 2ndo parrafo de la<br>tercera pagina del contrato): | | 66,666.66 |

| | |
|---|---|
| Subtotal | 66,666.66 |
| Sales Tax | |
| Total Invoice Amount | 66,666.66 |
| Payment/Credit Applied | |
| **TOTAL** | **66,666.66** |

Lcdo. Antonio Betancourt
Presidente

-DIRECT DEPOSIT (EFT) PAYMENT STUB-
Accounts Payable

Page:1.00
Run :2017-02-13
Time:11.25.14



Report ID:      Payment Stub
Model Num:
Payment Cycle: EFT

DEPARTAMENTO DE HACIENDA

| Bank Account: BPPR    98 | Swift Code: 021502011 | EFT Number:00019693 |
|---|---|---|

EMPRESAS OMAJEDE INC
Vendor ID:    XXX9044

Payment Date: 2017-02-13          Payment Amount:      $46,000.00

Remit Bank: Banco Popular de Puerto Rico       Code: BPPR
Account Type: 03                  Remit Account XXX5313

| Agency | Voucher # | Invoice # | Invoice Dt | -Description- | *Discount* | *Charges* | *Amount.* |
|---|---|---|---|---|---|---|---|
| 00065 | 17010596 | ENERO 2017 | 2017-01-10 | ARRENDAMIENTO LOCAL | 0.00 | 0.00 | 46,000.00 |
| Totals on these Vouchers | | ................................... | | | $0.00 | $0.00 | $46,000.00 |

Total Requirements for Bank Account  ........

| $0.00 | $0.00 | $46,000.00 |
|---|---|---|

----------------------------------------------------------------------------------

*C S P*

*2/13/17*

*17-019*
*4169*

--------This document is not negotiable--------

# EMPRESAS OMAJEDE, INC.

1608 Calle Bori - Ofic. 218
Edif. La Electrónica
San Juan, PR  00927-6112

Voice:   (787) 766-0872
Fax:      (787) 765-2668

# INVOICE

| | |
|---|---|
| Invoice Number: | CSP JAN17 |
| Invoice Date: | Jan 1, 2017 |
| Page: | 1 |

**Bill To:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

**Ship to:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Comision-CSP | | | | | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 1/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009 - TOTAL DE RENTA $66,000.00 (CONTRATO VENCIDO) | | 66,666.66 |

| | |
|---|---|
| Subtotal | 66,666.66 |
| Sales Tax | |
| Total Invoice Amount | 66,666.66 |
| Payment/Credit Applied | |
| **TOTAL** | **66,666.66** |

Lcdo. Antonio Betancourt
Presidente

ICa
20/Dic/16

-DIRECT DEPOSIT (EFT) PAYMENT STUB-
Accounts Payable

Page:1.00
Run :2016-12-19
Time:11.49.50

Report ID:      Payment Stub
Model Num:
Payment Cycle: EFT

**DEPARTAMENTO DE HACIENDA**

| Bank Account: BPPR    98 | Swift Code: 021502011 | EFT Number:00014515 |
|---|---|---|

EMPRESAS OMAJEDE INC
Vendor ID:  ☒☒☒9044

Payment Date: 2016-12-19          Payment Amount:      $46,000.00

Remit Bank: Banco Popular de Puerto Rico      Code: BPPR
Account Type: 03                              Remit Account☒☒☒5313

| Agency | Voucher # | Invoice # | Invoice Dt | -Description- | *Discount* | *Charges* | *Amount.* |
|---|---|---|---|---|---|---|---|
| 00065 | 17010490 | DICIEMBRE 201 | 2016-12-01 | ARRENDAMIENTO LOCAL | 0.00 | 0.00 | 46,000.00 |
| Totals on these Vouchers | | ........................................ | | | $0.00 | $0.00 | $46,000.00 |
| Total Requirements for Bank Account  ....... | | | | | $0.00 | $0.00 | $46,000.00 |

CSP    16-146
4069

--------This document is not negotiable--------

# EMPRESAS OMAJEDE, INC.

1608 Calle Bori - Ofic. 218
Edif. La Electrónica
San Juan, PR  00927-6112

# ¡NVOICE

| | |
|---|---|
| Invoice Number: | CSP DEC16 |
| Invoice Date: | Dec 1, 2016 |
| Page: | 1 |

Voice:   (787) 766-0872
Fax:     (787) 765-2668

| Bill To: | Ship to: |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 12/1/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009 | | 66,666.66 |
| | | ...Nueva renta ($25.00 el pie cuadrado) | | |
| | | luego del vencimiento del contrato el 31 de | | |
| | | agosto 2016. (referirse al 2ndo parrafo de la | | |
| | | tercera pagina del contrato): | | |

| | | |
|---|---|---|
| Subtotal | | 66,666.66 |
| Sales Tax | | |
| Total Invoice Amount | | 66,666.66 |
| Payment/Credit Applied | | |
| **TOTAL** | | **66,666.66** |

Lcdo. Antonio Betancourt
Presidente

# EMPRESAS OMAJEDE, INC.

**COPY**

# INVOICE

1608 Calle Bori - Ofic. 218
Edif. La Electrónica
San Juan, PR 00927-6112

| | |
|---|---|
| Invoice Number: | CSP 20161129 |
| Invoice Date: | Nov 29, 2016 |
| Page: | 1 |

Voice:   (787) 766-0872
Fax:     (787) 765-2668

| Bill To: | Ship to: |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | Due on Receipt | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 11/29/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | Reparaciones menores de $350 segun<br>Contrato 2011-000009 (ver anejos) | | 4,805.00 |

| SUPLIDOR | FECHA FACTURA | FACTURA | FECHA DE PAGO | CANTIDAD |
|---|---|---|---|---|
| JM ELECTRICAL (VELEZ) | 9/11/2011 | 2011-89 | | 125.00 |
| | 10/11/2011 | 2011-88 | 11/23/2011 | 225.00 |
| MEDIAVILLA ELECTRIC | 4/13/2015 | 6524 | 4/23/2015 | 300.00 |
| WILFREDO PIZARRO | 8/20/2012 | 73177 | 8/28/2012 | 125.00 |
| | 8/20/2012 | 73178 | 8/28/2012 | 185.00 |
| | 9/7/2012 | 728558 | 9/7/2012 | 145.00 |
| | 3/8/2013 | 73192 | 4/4/2013 | 245.00 |
| | 9/9/2013 | 73199 | 9/26/2013 | 145.00 |
| | 10/15/2013 | 52685 | 10/31/2013 | 145.00 |
| | 10/15/2013 | 52686 | 10/31/2013 | 265.00 |
| | 2/19/2014 | 728570 | 3/6/2014 | 265.00 |
| | 4/10/2014 | 728573 | 4/10/2014 | 195.00 |
| | 8/27/2014 | 52692 | 9/12/2014 | 290.00 |
| | 10/6/2014 | 728581 | 10/17/2014 | 145.00 |
| | 12/16/2014 | 728590 | 12/29/2014 | 195.00 |
| | 5/14/2015 | 344855 | 6/12/2015 | 185.00 |
| | 5/19/2015 | 344856 | 6/12/2015 | 225.00 |
| | 5/20/2015 | 344857 | 6/20/2015 | 245.00 |
| | 6/20/2015 | 344862 | 6/20/2015 | 165.00 |
| | 6/23/2015 | 344864 | 6/23/2015 | 195.00 |
| | 9/14/2015 | 344869 | 9/14/2015 | 285.00 |
| | 9/30/2015 | 344871 | 9/30/2015 | 265.00 |
| | 1/15/2016 | 344877 | 2/5/2016 | 245.00 |

| TOTAL | | | | $4,805.00 |
|---|---|---|---|---|

Lcdo. Antonio Betancourt
Presidente

| | |
|---|---|
| Subtotal | 4,805.00 |
| Sales Tax | |
| Total Invoice Amount | 4,805.00 |
| Payment/Credit Applied | |
| **TOTAL** | **4,805.00** |

**-DIRECT DEPOSIT (EFT) PAYMENT STUB-**
Accounts Payable

Page:1.00
Run :2016-12-09
Time:08.09.35



Report ID:       Payment Stub
Model Num:
Payment Cycle: EFT

**DEPARTAMENTO DE HACIENDA**

| Bank Account: BPPR    98 | Swift Code: 021502011 | EFT Number:00012867 |
|---|---|---|

EMPRESAS OMAJEDE INC
Vendor ID:   XXX9044

Payment Date: 2016-12-09          Payment Amount:     $46,000.00

Remit Bank: Banco Popular de Puerto Rico        Code: BPPR
Account Type: 03                          Remit Account XXX5313

| Agency | Voucher # | Invoice # | Invoice Dt | -Description- | *Discount* | *Charges* | *Amount.* |
|---|---|---|---|---|---|---|---|
| 00065 | 17010418 | NOV./2016 | 2016-11-17 | ARRENDAMIENTO LOCAL | 0.00 | 0.00 | 46,000.00 |
| Totals on these Vouchers | | | .......................................... | | $0.00 | $0.00 | $46,000.00 |
| Total Requirements for Bank Account ........ | | | | | $0.00 | $0.00 | $46,000.00 |

-------------------------------------------------------------------------------------------------------------

*C S P*

*16-142*
*4058*

--------This document is not negotiable--------

# EMPRESAS OMAJEDE, INC.

1608 CALLE BORI - OFIC 218
EDIF LA LELECTRONICA
RIO PIEDRAS, PR  00927-6112

Voice:   (787) 766-0872
Fax:     (787) 765-2668

# INVOICE

| | |
|---|---|
| Invoice Number: | CSP NOV16 |
| Invoice Date: | Nov 1, 2016 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 11/11/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009<br>...Nueva renta ($25.00 el pie cuadrado) luego del vencimiento del contrato el 31 de agosto 2016. (referirse al 2ndo parrafo de la tercera pagina del contrato):<br><br>"Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza." | | 66,666.66 |

*Handwritten note: 9/1 10/14/16 — JUAN SANTIAGO de FINANZAS*

| | |
|---|---|
| Subtotal | 66,666.66 |
| Sales Tax | |
| Total Invoice Amount | 66,666.66 |
| Payment/Credit Applied | |
| **TOTAL** | **66,666.66** |

Lcdo. Antonio Betancourt
Presidente

**-DIRECT DEPOSIT (EFT) PAYMENT STUB-**
Accounts Payable

Page:1.00
Run :2016-12-02
Time:08.34.43

Report ID:      Payment Stub
Model Num:
Payment Cycle: EFT

**DEPARTAMENTO DE HACIENDA**

| Bank Account: BPPR    98 | Swift Code: 021502011 | EFT Number:00012761 |
|---|---|---|

| EMPRESAS OMAJEDE INC | Payment Date: 2016-12-02 | Payment Amount:      $46,000.00 |
|---|---|---|
| Vendor ID:    XXX9044 | | |
| | Remit Bank: Banco Popular de Puerto Rico      Code: BPPR | |
| | Account Type: 03 | Remit Account XXX5313 |

| Agency | Voucher # | Invoice # | Invoice Dt | -Description- | *Discount* | *Charges* | *Amount.* |
|---|---|---|---|---|---|---|---|
| 00065 | 17010346 | OCTUBRE 2016 | 2016-10-25 | ARRENDAMIENTO LOCAL | 0.00 | 0.00 | 46,000.00 |
| Totals on these Vouchers | | ..................................... | | | $0.00 | $0.00 | $46,000.00 |
| Total Requirements for Bank Account  ....... | | | | | $0.00 | $0.00 | $46,000.00 |

---------------------------------------------------------------------------------------------------

CSP

16-137
4034

--------This document is not negotiable--------

# EMPRESAS OMAJEDE, INC

1608 CALLE BORI - OFIC 218
EDIF LA LELECTRONICA
RIO PIEDRAS, PR  00927-6112

Voice:   (787) 766-0872
Fax:      (787) 765-2668

# INVOICE

| | |
|---|---|
| Invoice Number: | CSP OCT16-ADJ |
| Invoice Date: | Nov 1, 2016 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 11/11/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | AUMENTO/DIFERENCIA NO COBRADA A RENTA DE OCTUBRE 2016<br>Nueva Renta:        66,666.66<br>Menos Facturado:   46,000.00<br>.....Nueva renta ($25.00 el pie cuadrado) luego del vencimiento del contrato #2011-000009, el 31 de agosto de 2016. (referirse al 2ndo parrafo de la 3ra pagina del contrato vencido):<br><br>"Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza." | | 20,666.66 |

| | |
|---|---|
| Subtotal | 20,666.66 |
| Sales Tax | |
| Total Invoice Amount | 20,666.66 |
| Payment/Credit Applied | |
| TOTAL | 20,666.66 |

Lcdo. Antonio Betancourt
Presidente

# EMPRESAS OMAJEDE, INC.

1608 CALLE BORI - OFIC 218
EDIF LA LELECTRONICA
RIO PIEDRAS, PR  00927-6112

**INVOICE**

| | |
|---|---|
| Invoice Number: | CSP OCT16-ADJ |
| Invoice Date: | Oct 1, 2016 |
| Page: | 1 |

Voice:  (787) 766-0872
Fax:     (787) 765-2668

**Bill To:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

**Ship to:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| Comision-CSP | | | C.O.D. | |
| Sales Rep ID | Shipping Method | | Ship Date | Due Date |
| | | | | 10/1/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | AUMENTO/DIFERENCIA NO COBRADA A RENTA DE OCTUBRE 2016 | | 20,666.66 |
| | | Nueva Renta:        66,666.66 | | |
| | | Menos Facturado:    46,000.00 | | |
| | | .....Nueva renta ($25.00 el pie cuadrado) luego del vencimiento del contrato #2011-000009, el 31 de agosto de 2016. (referirse al 2ndo parrafo de la 3ra pagina del contrato vencido): | | |
| | | "Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza." | | |

| | | |
|---|---|---|
| Subtotal | | 20,666.66 |
| Sales Tax | | |
| Total Invoice Amount | | 20,666.66 |
| Payment/Credit Applied | | |
| **TOTAL** | | **20,666.66** |

Lcdo. Antonio Betancourt
Presidente

NOTA IMPORTANTE:  ESTA FACTURA SUSTITUYE LA ANTERIOR ENTREGADA Y FIRMADA EN 10-14-16

# EMPRESAS OMAJEDE, INC.

1608 CALLE BORI - OFIC 218
EDIF LA LELECTRONICA
RIO PIEDRAS, PR  00927-6112

Voice:  (787) 766-0872
Fax:    (787) 765-2668

# INVOICE

| | |
|---|---|
| Invoice Number: | CSP OCT16 |
| Invoice Date: | Oct 1, 2016 |
| Page: | 1 |

**Bill To:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

**Ship to:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 10/11/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009 - TOTAL DE RENTA $46,000.00 | | 46,000.00 |

| | |
|---|---|
| Subtotal | 46,000.00 |
| Sales Tax | |
| Total Invoice Amount | 46,000.00 |
| Payment/Credit Applied | |
| **TOTAL** | **46,000.00** |

Lcdo. Antonio Betancourt
Presidente

-DIRECT DEPOSIT (EFT) PAYMENT STUB-
Accounts Payable

Page:1.00
Run :2016-10-31
Time:12.06.34



Report ID:      Payment Stub
Model Num:
Payment Cycle: EFT

DEPARTAMENTO DE HACIENDA

| Bank Account: BPPR    98 | Swift Code: 021502011 | EFT Number:00010846 |
|---|---|---|

**EMPRESAS OMAJEDE INC**
Vendor ID:   XXX9044

Payment Date: 2016-10-31

Payment Amount:     $46,000.00

Remit Bank: Banco Popular de Puerto Rico      Code: BPPR
Account Type: 03                              Remit Account XXX5313

| Agency | Voucher # | Invoice # | Invoice Dt | -Description- | *Discount* | *Charges* | *Amount.* |
|---|---|---|---|---|---|---|---|
| 00065 | 17010321 | SEPT/2016 | 2016-10-18 | RENTA LOCAL | 0.00 | 0.00 | 46,000.00 |

Totals on these Vouchers   . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| $0.00 | $0.00 | $46,000.00 |

Total Requirements for Bank Account  . . . . . . .

| | | |
|---|---|---|
| $0.00 | $0.00 | $46,000.00 |

--------------------------------------------------------------------------------------------------------------

*C S P*

*16 - 125*
*3974*

--------This document is not negotiable--------

# EMPRESAS OMAJEDE, INC.

1608 CALLE BORI - OFIC 218
EDIF LA LELECTRONICA
RIO PIEDRAS, PR  00927-6112

Voice: (787) 766-0872
Fax: (787) 765-2668

# ¡NVOICE

| | |
|---|---|
| Invoice Number: | CSP SEP16-ADJ |
| Invoice Date: | Sep 1, 2016 |
| Page: | 1 |

**Bill To:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

**Ship to:**

Comisión de Servicio Público
División de Finanzas
P.O. Box 190870
San Juan, PR  00919-0870

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | C.O.D. | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 9/1/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | AUMENTO/DIFERENCIA NO COBRADA A RENTA DE SEPTIEMBRE 2016 | | 20,666.66 |
| | | Nueva Renta:        66,666.66 | | |
| | | Menos Facturado:    46,000.00 | | |
| | | .....Nueva renta ($25.00 el pie cuadrado) luego del vencimiento del contrato #2011-000009, el 31 de agosto de 2016. (referirse al 2ndo parrafo de la 3ra pagina del contrato vencido): | | |
| | | "Si a su vencimiento ninguna de las partes ha expresado su intención de rescindir el contrato, se procederá con los trámites de otro contrato de arrendamiento, estableciéndose que la vigencia del contrato será mes por mes con un canon de arrendamiento de veinticinco (25) dólares por pie cuadrado hasta que se otorgue el nuevo contrato o se proceda con la mudanza." | | |

| | | |
|---|---|---|
| Subtotal | | 20,666.66 |
| Sales Tax | | |
| Total Invoice Amount | | 20,666.66 |
| Payment/Credit Applied | | |
| **TOTAL** | | **20,666.66** |

Lcdo. Antonio Betancourt
Presidente

NOTA IMPORTANTE:  ESTA FACTURA SUSTITUYE LA ANTERIOR ENTREGADA Y FIRMADA EN 10-14-16

CERTIFIED TRANSLATION

EXHIBIT 6B

Statement of Account and Invoices

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Page in English, except for terms below:]

GOBIERNO DE PUERTO RICO = GOVERNMENT OF PUERTO RICO
Departamento de Hacienda = Department of the Treasury

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**EMPRESAS OMAJEDE, INC.**
1608 Bori Street - Office 218
La Electrónica Bldg.
San Juan, PR 00927-6112

Voice: (787) 766-0872
Fax: (787) 765-2668

**INVOICE**

Invoice Number: CSP MAY17
Invoice Date: May 1, 2017
Page: 1

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | None | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 5/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENT | AGREEMENT #2011-000009<br>…New rent payment ($25.00 per square foot) following expiration of the agreement on August 31, 2016. (see 2nd paragraph in third page of agreement):<br><br>"If, at the time of its expiration, neither of the parties has expressed its intention to terminate the contract, the process shall be carried out for a new lease agreement, establishing that the effective period of the agreement shall be month to month with a rent payment of twenty-five (25) dollars per square foot until the new agreement is executed or the premises are vacated." | | 66,666.66 |
| | | Subtotal | | 66,666.66 |
| | | Sales Tax | | |
| [signature] | | Total Invoice Amount | | 66,666.66 |
| | | Payment/Credit Applied | | |
| Mr. Antonio Betancourt, Esq.<br>President | | **TOTAL** | | **66,666.66** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Page in English, except for the following terms:]

FACTURA RENTA DE MAYO 2017 = 2017 MAY RENT INVOICE

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Empresas Omajede Inc.**

| | |
|---|---|
| **From:** | Empresas Omajede Inc. <eoinc@zellius.net> |
| **Sent:** | Tuesday, April 18, 2017 5:35 PM |
| **To:** | 'cgvazquez@csp.pr.gov'; Cynthia Z. Zambrana Crespo (CZZambrana@csp.pr.gov) |
| **Subject:** | 2017 MAY RENT INVOICE |
| **Attachments:** | INVOICE_CSP MAY17.pdf |

Good afternoon,

Pursuant to the instructions of Mr. Antonio Betancourt attached is the invoice for the rent payment for the month of May 2017, for the premises in La Electrónica Bldg..

*Lucy Ortiz*
Administration Office
Empresas Omajede, Inc.
La Electrónica Building
1608 Bori Street - Office 218
San Juan, PR 00927
Tel: (787) 753-8792, 766-0872
Fax: (787) 765-2668
email: eoinc@zellius.net

1

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:22-00076-LTS Doc#:6-7 Filed:11/11/22 Entered:11/11/22 17:30:11 Desc: 6B -
Statement of Account and Invoices  Page 6 of 23

**EMPRESAS OMAJEDE, INC.**

1608 Bori Street - Office 218
La Electrónica Bldg.
San Juan, PR 00927-6112

Voice:  (787) 766-0872
Fax:    (787) 765-2668

**INVOICE**

Invoice Number:  CSP APR17
Invoice Date:    Apr 1, 2017
Page:            1

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | None | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 4/1/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENT | AGREEMENT #2011-000009<br>…New rent payment ($25.00 per square foot) following expiration of the agreement on August 31, 2016. (see 2nd paragraph in third page of agreement):<br><br>"If, at the time of its expiration, neither of the parties has expressed its intention to terminate the contract, the process shall be carried out for a new lease agreement, establishing that the effective period of the agreement shall be month to month with a rent payment of twenty-five (25) dollars per square foot until the new agreement is executed or the premises are vacated." | | 66,666.66 |
| [initials]<br>3/15/17 | | | | |

| | | Subtotal | | 66,666.66 |
|---|---|---|---|---|
| | | Sales Tax | | |
| [signature] | | Total Invoice Amount | | 66,666.66 |
| Mr. Antonio Betancourt, Esq. | | Payment/Credit Applied | | |
| President | | **TOTAL** | | **66,666.66** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:17-03283-LTS Doc#:23272-7 Filed:01/18/23 Entered:01/18/23 15:27:18 Desc:
Exhibit ESL G Invoices w/ emails submitting invoices Page 33 of 50

CERTIFIED TRANSLATION

**EMPRESAS OMAJEDE, INC.**
1608 Bori Street - Office 218
La Electrónica Bldg.
San Juan, PR 00927-6112

Voice: (787) 766-0872
Fax: (787) 765-2668

**INVOICE**

Invoice Number: CSP MAR17
Invoice Date: Mar 1, 2017
Page: 1

| Bill To: | Ship To: |
|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 3/1/17 |
| **Quantity** | **Item** | **Description** | | **Unit Price** | **Amount** |
| | RENT | AGREEMENT #2011-000009<br>…New rent payment ($25.00 per square foot) following expiration of the agreement on August 31, 2016. (see 2nd paragraph in third page of agreement):<br><br>"If, at the time of its expiration, neither of the parties has expressed its intention to terminate the contract, the process shall be carried out for a new lease agreement, establishing that the effective period of the agreement shall be month to month with a rent payment of twenty-five (25) dollars per square foot until the new agreement is executed or the premises are vacated." | | | 66,666.66 |
| | | Subtotal | | | 66,666.66 |
| | | Sales Tax | | | |
| [signature] | | Total Invoice Amount | | | 66,666.66 |
| | | Payment/Credit Applied | | | |
| Mr. Antonio Betancourt, Esq.<br>President | | **TOTAL** | | | **66,666.66** |

[initials] *14/Feb/2017*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Page in English, except for the following terms:]

HACIENDA = THE TREASURY
GOBIERNO DE PUERTO RICO = GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE HACIENDA = DEPARTMENT OF THE TREASURY

FEBRERO = FEBRUARY
ARRENDAMIENTO LOCAL = LEASE OF PREMISES

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:22-00076-LTS Doc#:6-7 Filed:11/11/22 Entered:11/11/22 17:30:11 Desc: 6B - Statement of Account and Invoices  Page 9 of 23

**EMPRESAS OMAJEDE, INC.**
1608 Bori Street - Office 218
La Electrónica Bldg.
San Juan, PR 00927-6112

Voice:  (787) 766-0872
Fax:     (787) 765-2668

**INVOICE**

Invoice Number:  CSP FEB17
Invoice Date:     Feb 1, 2017
Page:                 1

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission | | Public Service Commission |
| Finance Division | | Finance Division |
| P.O. Box 190870 | | P.O. Box 190870 |
| San Juan, PR 00919-0870 | | San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 2/1/17 |
| **Quantity** | **Item** | **Description** | | **Unit Price** | **Amount** |
| | RENT | AGREEMENT #2011-000009 …New rent payment ($25.00 per square foot) following expiration of the agreement on August 31, 2016. (see 2nd paragraph in third page of agreement): | | | 66,666.66 |
| | | | | | [initials] *17/Jan/17* |
| | | Subtotal | | | 66,666.66 |
| | | Sales Tax | | | |
| | | Total Invoice Amount | | | 66,666.66 |
| [signature] | | Payment/Credit Applied | | | |
| Mr. Antonio Betancourt, Esq. President | | **TOTAL** | | | **66,666.66** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:17-03283-LTS   Doc#:23272-7   Filed:01/18/23   Entered:01/18/23 15:27:18   Desc:
Exhibit EQ G - Invoices w/ emails submitting invoices   Page 36 of 50

CERTIFIED TRANSLATION

[Translator's note: Page in English, except for the following terms:]

HACIENDA = THE TREASURY
GOBIERNO DE PUERTO RICO = GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE HACIENDA = DEPARTMENT OF THE TREASURY

ENERO = JANUARY
ARRENDAMIENTO LOCAL = LEASE OF PREMISES

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:22-00076-LTS Doc#:6-7 Filed:11/11/22 Entered:11/11/22 17:30:11 Desc: 6B - Statement of Account and Invoices  Page 11 of 23

**EMPRESAS OMAJEDE, INC.**
1608 Bori Street - Office 218
La Electrónica Bldg.
San Juan, PR 00927-6112

**INVOICE**

Invoice Number:  CSP JAN17
Invoice Date:    Jan 1, 2017
Page:            1

Voice:  (787) 766-0872
Fax:    (787) 765-2668

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 1/1/17 |
| **Quantity** | **Item** | **Description** | | **Unit Price** | **Amount** |
| | RENT | AGREEMENT #2011-000009 – TOTAL RENT PAYMENT $66,000.00 (EXPIRED AGREEMENT) | | | 66,666.66 |
| | | Subtotal | | | 66,666.66 |
| | | Sales Tax | | | |
| | | Total Invoice Amount | | | 66,666.66 |
| [signature] | | Payment/Credit Applied | | | |
| Mr. Antonio Betancourt, Esq.<br>President | | **TOTAL** | | | **66,666.66** |

[initials] *20/Dec/2016*

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Page in English, except for the following terms:]

HACIENDA = THE TREASURY
GOBIERNO DE PUERTO RICO = GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE HACIENDA = DEPARTMENT OF THE TREASURY

DICIEMBRE = DECEMBER
ARRENDAMIENTO LOCAL = LEASE OF PREMISES

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**EMPRESAS OMAJEDE, INC.**
1608 Bori Street - Office 218
La Electrónica Bldg.
San Juan, PR 00927-6112

INVOICE
Invoice Number: CSP DEC16
Invoice Date: Dec 1, 2016
Page: 1

Voice: (787) 766-0872
Fax: (787) 765-2668

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission | | Public Service Commission |
| Finance Division | | Finance Division |
| P.O. Box 190870 | | P.O. Box 190870 |
| San Juan, PR 00919-0870 | | San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | Net 10 Days | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 12/1/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENT | AGREEMENT #2011-000009 …New rent payment ($25.00 per square foot) following expiration of the agreement on August 31, 2016. (see 2nd paragraph in third page of agreement): | | 66,666.66 |
| | | [initials] *11/16/16* | | |
| | | Subtotal | | 66,666.66 |
| | | Sales Tax | | |
| [signature] | | Total Invoice Amount | | 66,666.66 |
| | | Payment/Credit Applied | | |
| Mr. Antonio Betancourt, Esq. President | | **TOTAL** | | **66,666.66** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:22-00076-LTS Doc#:6-7 Filed:11/11/22 Entered:11/11/22 17:30:11 Desc: 6B -
Statement of Account and Invoices  Page 14 of 23

**EMPRESAS OMAJEDE, INC.**     COPY     INVOICE
1608 Bori Street - Office 218
La Electrónica Bldg.
San Juan, PR 00927-6112

| | |
|---|---|
| Invoice Number: | CSP 20161129 |
| Invoice Date: | Nov 29, 2016 |
| Page: | 1 |

Voice: (787) 766-0872
Fax:   (787) 765-2668

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | Due on Receipt | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | | | | 11/29/16 |
| Quantity | Item | | Description | Unit Price | Amount |

| Quantity | INVOICE DATE | Description | | Unit Price AMOUNT | Amount |
|---|---|---|---|---|---|
| | | Repairs less than $350 according to Agreement 2011-000009 (see appendices) | | | 4,805.00 |
| **SUPPLIER** | | **INVOICE** | **PAYMENT DATE** | | |
| JM ELECTRICAL (VELEZ) | 9/11/2011 | 2011-89 | | 125.00 | |
| | 10/11/2011 | 2011-88 | 11/23/2011 | 225.00 | |
| EDIAVILLA ELECTRIC | 4/13/2015 | 6524 | 4/23/2015 | 300.00 | |
| WILFREDO PIZARRO | 8/20/2012 | 73177 | 8/28/2012 | 125.00 | |
| | 8/20/2012 | 73178 | 8/28/2012 | 185.00 | |
| | 9/7/2012 | 728558 | 9/7/2012 | 145.00 | [initials] |
| | 3/8/2013 | 73192 | 4/4/2013 | 245.00 | [signature: |
| | 9/9/2013 | 73199 | 9/26/2013 | 145.00 | Angel Rosado] |
| | 10/15/2013 | 52685 | 10/31/2013 | 145.00 | |
| | 10/15/2013 | 52686 | 10/31/2013 | 265.00 | |
| | 2/19/2014 | 728570 | 3/6/2014 | 265.00 | |
| | 4/10/2014 | 728573 | 4/10/2014 | 195.00 | |
| | 8/27/2014 | 52692 | 9/12/2014 | 290.00 | |
| | 10/6/2014 | 728581 | 10/17/2014 | 145.00 | |
| | 12/16/2014 | 728590 | 12/29/2014 | 195.00 | |
| | 5/14/2015 | 344855 | 6/12/2015 | 185.00 | |
| | 5/19/2015 | 344856 | 6/12/2015 | 225.00 | |
| | 5/20/2015 | 344857 | 6/20/2015 | 245.00 | |
| | 6/20/2015 | 344862 | 6/20/2015 | 165.00 | |
| | 6/23/2015 | 344864 | 6/23/2015 | 195.00 | |
| | 9/14/2015 | 344869 | 9/14/2015 | 285.00 | |
| | 9/30/2015 | 344871 | 9/30/2015 | 265.00 | |
| | 1/15/2016 | 344877 | 2/5/2016 | 245.00 | |
| **TOTAL** | | | | **$4,805.00** | |

| | | | |
|---|---|---|---|
| | Subtotal | | 4,805.00 |
| | Sales Tax | | |
| | Total Invoice Amount | | 4,805.00 |
| [signature] | Payment/Credit Applied | | |
| Mr. Antonio Betancourt, Esq.<br>President | **TOTAL** | | **4,805.00** |

[signature] I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Page in English, except for the following terms:]

HACIENDA = THE TREASURY
GOBIERNO DE PUERTO RICO = GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE HACIENDA = DEPARTMENT OF THE TREASURY

ARRENDAMIENTO LOCAL = LEASE OF PREMISES

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:22-00076-LTS Doc#:6-7 Filed:11/11/22 Entered:11/11/22 17:30:11 Desc: 6B - Statement of Account and Invoices  Page 16 of 23

**EMPRESAS OMAJEDE, INC.**
1608 BORI STREET - OFFICE 218
LA ELECTRÓNICA BLDG.
RIO PIEDRAS, PR 00927-6112

Voice:  (787) 766-0872
Fax:    (787) 765-2668

**INVOICE**

Invoice Number:  CSP NOV16
Invoice Date:    Nov 1, 2016
Page:            1

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | Net 10 Days | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 11/11/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENT | AGREEMENT #2011-000009 …New rent payment ($25.00 per square foot) following expiration of the agreement on August 31, 2016. (see 2nd paragraph in third page of agreement):<br><br>"If, at the time of its expiration, neither of the parties has expressed its intention to terminate the contract, the process shall be carried out for a new lease agreement, establishing that the effective period of the agreement shall be month to month with a rent payment of twenty-five (25) dollars per square foot until the new agreement is executed or the premises are vacated." | | 66,666.66 |
| *Juan Santiago of Finance →* | *[initials]*<br>*10/14/16* | | | |
| | | Subtotal | | 66,666.66 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 66,666.66 |
| [signature] | | Payment/Credit Applied | | |
| Mr. Antonio Betancourt, Esq.<br>President | | **TOTAL** | | **66,666.66** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Page in English, except for the following terms:]

HACIENDA = THE TREASURY
GOBIERNO DE PUERTO RICO = GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE HACIENDA = DEPARTMENT OF THE TREASURY

OCTUBRE = OCTOBER
ARRENDAMIENTO LOCAL = LEASE OF PREMISES

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**EMPRESAS OMAJEDE, INC.**
1608 BORI STREET - OFFICE 218
LA ELECTRÓNICA BLDG.
RIO PIEDRAS, PR 00927-6112

Voice: (787) 766-0872
Fax: (787) 765-2668

INVOICE

Invoice Number: CSP OCT16-ADJ
Invoice Date: Nov 1, 2016
Page: 1

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | Net 10 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | | | | 11/11/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENT<br><br><br><br><br><br><br><br>[initials]<br>*10/14/16* | INCREASE/DIFFERENCE NOT COLLECTED IN OCTOBER 2016 RENT PAYMENT<br>New Rent Payment: 66,666.66<br>Minus Amount Invoiced: 46,000.00<br>…New rent payment ($25.00 per square foot) following expiration of agreement #2011-000009 on August 31, 2016. (see 2nd paragraph in 3rd page of expired agreement):<br><br>"If, at the time of its expiration, neither of the parties has expressed its intention to terminate the contract, the process shall be carried out for a new lease agreement, establishing that the effective period of the agreement shall be month to month with a rent payment of twenty-five (25) dollars per square foot until the new agreement is executed or the premises are vacated." | | 20,666.66 |
| | | Subtotal | | 20,666.66 |
| | | Sales Tax | | |
| [signature] | | Total Invoice Amount | | 20,666.66 |
| Mr. Antonio Betancourt, Esq. | | Payment/Credit Applied | | |
| President | | **TOTAL** | | **20,666.66** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:22-00076-LTS Doc#:6-7 Filed:11/11/22 Entered:11/11/22 17:30:11 Desc: 6B -
Statement of Account and Invoices Page 19 of 23

**EMPRESAS OMAJEDE, INC.**
1608 BORI STREET - OFFICE 218
LA ELECTRÓNICA BLDG.
RIO PIEDRAS, PR 00927-6112

Voice: (787) 766-0872
Fax: (787) 765-2668

INVOICE

Invoice Number: CSP OCT16-ADJ
Invoice Date: Oct 1, 2016
Page: 1

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Commission-CSP | | C.O.D. | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 10/1/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENT | INCREASE/DIFFERENCE NOT COLLECTED IN OCTOBER 2016 RENT PAYMENT<br>New Rent Payment: 66,666.66<br>Minus Amount Invoiced: 46,000.00<br>…New rent payment ($25.00 per square foot) following expiration of agreement #2011-000009 on August 31, 2016. (see 2nd paragraph in 3rd page of expired agreement):<br><br>"If, at the time of its expiration, neither of the parties has expressed its intention to terminate the contract, the process shall be carried out for a new lease agreement, establishing that the effective period of the agreement shall be month to month with a rent payment of twenty-five (25) dollars per square foot until the new agreement is executed or the premises are vacated." | | 20,666.66<br><br>*OCT 20 2016*<br><br>[initials]<br><br>*AMARILIS* |
| | | Subtotal | | 20,666.66 |
| | | Sales Tax | | |
| [signature] | | Total Invoice Amount | | 20,666.66 |
| Mr. Antonio Betancourt, Esq. President | | Payment/Credit Applied | | |
| | | **TOTAL** | | **20,666.66** |

IMPORTANT NOTE: THIS INVOICE SUBSTITUTES THE PREVIOUS ONE DELIVERED AND SIGNED ON 10-14-16



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**EMPRESAS OMAJEDE, INC.**
1608 BORI STREET - OFFICE 218
LA ELECTRÓNICA BLDG.
RIO PIEDRAS, PR 00927-6112

Voice:  (787) 766-0872
Fax:    (787) 765-2668

INVOICE

Invoice Number:  CSP OCT16
Invoice Date:    Oct 1, 2016
Page:            1

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission | | Public Service Commission |
| Finance Division | | Finance Division |
| P.O. Box 190870 | | P.O. Box 190870 |
| San Juan, PR 00919-0870 | | San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | Net 10 Days | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 10/11/16 |
| **Quantity** | **Item** | **Description** | | **Unit Price** | **Amount** |
| | RENT | AGREEMENT #2011-000009 - RENT TOTAL $46,000.00 | | | $46,000.00 |
| | | [signature] *19/Sept/16* | | | |
| | | Subtotal | | | 46,000.00 |
| | | Sales Tax | | | |
| | | Total Invoice Amount | | | 46,000.00 |
| [signature] | | Payment/Credit Applied | | | |
| Mr. Antonio Betancourt, Esq. President | | **TOTAL** | | | **46,000.00** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Page in English, except for the following terms:]

HACIENDA = THE TREASURY
GOBIERNO DE PUERTO RICO = GOVERNMENT OF PUERTO RICO

DEPARTAMENTO DE HACIENDA = DEPARTMENT OF THE TREASURY

RENTA LOCAL = LEASE OF PREMISES

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case:22-00076-LTS Doc#:6-7 Filed:11/11/22 Entered:11/11/22 17:30:11 Desc: 6B -
Statement of Account and Invoices  Page 22 of 23

**EMPRESAS OMAJEDE, INC.**                        INVOICE
1608 BORI STREET - OFFICE 218          Invoice Number:  CSP SEP16-ADJ
LA ELECTRÓNICA BLDG.                        Invoice Date:      Sep 1, 2016
RIO PIEDRAS, PR 00927-6112             Page:                 1

Voice:  (787) 766-0872
Fax:     (787) 765-2668

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 | | Public Service Commission<br>Finance Division<br>P.O. Box 190870<br>San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | C.O.D. | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | | | | 9/1/16 |
| **Quantity** | **Item** | **Description** | | **Unit Price** | **Amount** |
| | RENT | INCREASE/DIFFERENCE NOT COLLECTED IN SEPTEMBER 2016 RENT PAYMENT<br>New Rent Payment:       66,666.66<br>Minus Amount Invoiced:  46,000.00<br>…New rent payment ($25.00 per square foot) following expiration of agreement #2011-000009 on August 31, 2016. (see 2nd paragraph in 3rd page of expired agreement):<br><br>"If, at the time of its expiration, neither of the parties has expressed its intention to terminate the contract, the process shall be carried out for a new lease agreement, establishing that the effective period of the agreement shall be month to month with a rent payment of twenty-five (25) dollars per square foot until the new agreement is executed or the premises are vacated." | | | 20,666.66<br><br><br><br><br><br><br>[initials] |
| | | Subtotal | | | 20,666.66 |
| | | Sales Tax | | | |
| [signature] | | Total Invoice Amount | | | 20,666.66 |
| Mr. Antonio Betancourt, Esq.<br>President | | Payment/Credit Applied | | | |
| | | **TOTAL** | | | **20,666.66** |

IMPORTANT NOTE: THIS INVOICE SUBSTITUTES THE PREVIOUS ONE DELIVERED AND SIGNED ON 10-14-16

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**EMPRESAS OMAJEDE, INC.**
1608 BORI STREET - OFFICE 218
LA ELECTRÓNICA BLDG.
RIO PIEDRAS, PR 00927-6112

Voice: (787) 766-0872
Fax: (787) 765-2668

INVOICE

Invoice Number: CSP SEP16
Invoice Date: Sep 1, 2016
Page: 1

| Bill To: | | Ship To: |
|---|---|---|
| Public Service Commission | | Public Service Commission |
| Finance Division | | Finance Division |
| P.O. Box 190870 | | P.O. Box 190870 |
| San Juan, PR 00919-0870 | | San Juan, PR 00919-0870 |

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| Commission-CSP | | | | Net 10 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | | | | 9/11/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENT | AGREEMENT #2011-000009 - RENT TOTAL $46,000.00 | | $46,000.00 |
| | | | [initials] *16/Aug/16* | |

| | | | |
|---|---|---|---|
| | Subtotal | | 46,000.00 |
| | Sales Tax | | |
| | Total Invoice Amount | | 46,000.00 |
| [signature] | Payment/Credit Applied | | |
| Mr. Antonio Betancourt, Esq. President | **TOTAL** | | **46,000.00** |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

# EMPRESAS OMAJEDE, INC.

1608 CALLE BORI - OFIC 218
EDIF LA LELECTRONICA
RIO PIEDRAS, PR  00927-6112

Voice:   (787) 766-0872
Fax:      (787) 765-2668

# INVOICE

| | |
|---|---|
| Invoice Number: | CSP SEP16 |
| Invoice Date: | Sep 1, 2016 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 | Comisión de Servicio Público<br>División de Finanzas<br>P.O. Box 190870<br>San Juan, PR  00919-0870 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Comision-CSP | | Net 10 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | | | 9/11/16 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | RENTA | CONTRATO #2011-000009 - TOTAL DE RENTA $46,000.00 | | 46,000.00 |

JCa
16 Ago -16

| | | |
|---|---|---|
| Subtotal | | 46,000.00 |
| Sales Tax | | |
| Total Invoice Amount | | 46,000.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **46,000.00** |

Lcdo. Antonio Betancourt
Presidente