UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>   Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT

The Court has received and reviewed the *Joint Status Report Pursuant to June 29, 2022 Ruling Denying Cobra Acquisitions LLC's Motion to Lift the Stay Order* (Docket Entry No. 23211 in Case No. 17-3283 and Docket Entry No. 2690 in Case No. 17-4780) (the "Status Report"), filed by the Puerto Rico Electric Power Authority, the Financial Oversight and Management Board for Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Authority, and Cobra Acquisitions LLC (the "Parties").[2]  For substantially the reasons stated on the record at the June 29, 2022 omnibus hearing, the stay that was originally imposed by the *Order Granting Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend All Applicable Deadlines to Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims* (Docket Entry No. 8886 in Case No. 17-3283 and Docket Entry No. 1670 in Case No. 17-4780), will remain in effect.  The Parties are directed to file a further status report addressing (i) the status of any administrative appeals in connection with the November and December DMs regarding the Second Contract, (ii) the status of the Criminal Case, and (iii) a summary of the outstanding unpaid amounts arising from the First and Second Contracts and whether the Government Parties disputes Cobra's entitlement to these amounts, with the Court by **July 31, 2023, at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: January 18, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Status Report.