| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Evertec Inc. | 19-00044 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 11-Aug-22 | Hon. Brian Tester (ret.) | 25-Aug-22 | The parties did not reach a settlement. After further discussions, the Parties determined that further mediation sessions will not be useful. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Creative Educational & Psychological Services, Inc. | 19-00152 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties reached a settlement in principle, are conducting further due diligence and definitive settlement documents, and anticipate some further discussions concerning the final terms of settlement. The Parties do not anticipate additional mediation sessions, nor intend to seek an Order lifting the stay to proceed with litigation | The Parties do not intend to lift the stay, or proceed with litigation at this time, except as necessary to effect a settlement. |
| N. Harris Computer Corporation | 19-00102 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 25-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Law Offices Wolf Popper P.S.C. | 19-00236 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 26-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Defendant committed to providing the Trustee with additional information and due diligence concerning its settlement positions and the Trustee agreed to consider such information in good faith upon receipt in furtherance of the Parties' efforts to resolve this matter amicably. The Parties do not anticipate additional mediation sessions. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Taller de Desarrollo Infantil y Prescolar Chiquirimundi Inc. | 19-00049 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 29-Aug-22 | Hon. Brian Tester (ret.) | 8-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Defendant committed to providing the Trustee with additional information and due diligence concerning its settlement positions and the Trustee agreed to consider such information in good faith upon receipt in furtherance of the Parties' efforts to resolve this matter amicably. The Parties do not anticipate additional mediation sessions. | The Parties do not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Macam S.E. | 19-00255 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 30-Aug-22 | Hon. Brian Tester (ret.) | 8-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee is evaluating the most efficient manner of advancing and/or resolving this matter. |
| Enterprise Services Caribe, LLC | 19-00060 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Sep-22 | Hon. Brian Tester (ret.) | 26-Sep-22 | The Trustee has reached a settlement with the Defendant following mediation. The Parties have executed a settlement agreement. The Trustee has received final payment and has dismissed the vendor. | Dismissed following settlement. |
| Prospero Tire Export, Inc. | 19-00196 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 23-Sep-22 | Hon. Brian Tester (ret.) | 28-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Intervoice Communication of Puerto Rico Inc. | 19-00068 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Sep-22 | Hon. Brian Tester (ret.) | 5-Oct-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Fast Enterprises LLC | 19-00266 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Oct-22 | Hon. Brian Tester (ret.) | 26-Oct-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Trustee anticipates engaging in further work in good faith to make progress on a potential resolution of this litigation. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Apex General Contractors, LLC | 19-00062 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 25-Oct-22 | Hon. Brian Tester (ret.) | 4-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee is evaluating the most efficient manner of advancing and/or resolving this matter. |
| Truenorth Corp. | 19-00160 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Oct-22 | Hon. Brian Tester (ret.) | 4-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| International Surveillance Services Corporation | 19-00202 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 1-Nov-22 | Hon. Brian Tester (ret.) | 10-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee is evaluating the most efficient manner of advancing and/or resolving this matter. |
| Explora Centro Academico Y Terapeutico LLC | 19-00143 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 2-Nov-22 | Christian Alcalá, Esq. | 10-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Facsimile Paper Connection Corp. | 19-00092 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 3-Nov-22 | Hon. Brian Tester (ret.) | 11-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Computer Network Systems Corp. | 19-00150 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 4-Nov-22 | Corali Lopez Castro | 10-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| GF Solutions, Inc. | 19-00063 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 8-Nov-22 | Hon. Melanie L. Cyganowski (ret.) | 18-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee is evaluating the most efficient manner of advancing and/or resolving this matter. |
| S.H.V.P. Motor Corp. | 19-00134 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 10-Nov-22 | Hon. Melanie L. Cyganowski (ret.) | 20-Nov-22 | The Trustee has reached a settlement with the Defendant following mediation. The Parties are in the process of drafting the settlement papers. | The Parties does not intend to lift the stay, or proceed with litigation at this time. |
| Computer Learning Centers, Inc. | 19-00055 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 15-Nov-22 | Hon. Brian Tester (ret.) | 25-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Reyes Contractor Group, Inc. | 19-00220 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 8-Dec-22 | Hon. Brian Tester (ret.) | 18-Dec-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| First Hospital Panamericano, Inc. | 19-00093 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 17-Jan-23 | Hon. Brian Tester (ret.) | 27-Jan-23 | **The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur.** | **The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time.** |
| Manpower | 19-00088 | YES | **Completed**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 18-Jan-23 | Hon. Judith K. Fitzgerald (ret.) | 28-Jan-23 | **The Parties reached a settlement in principle and are in the process of preparing definitive settlement documents** | **The Parties do not intend to lift the stay, or proceed with litigation at this time.** |
| Hospira Puerto Rico, LLC | 19-00186 | YES | **Second Mediation Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Jan-23 | Corali Lopez Castro | 29-Jan-23 | The Parties have agreed to scheudle an additional mediation conference to further resolve each Party's position. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Clinica de Terapias Pediatricas, Inc. | 19-00054 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 23-Jan-23 | Hon. Brian Tester (ret.) | 2-Feb-22 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Citibank, N.A. | 19-00265 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 30-Jan-23 | Hon. Melanie L. Cyganowski (ret.) | 9-Feb-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Professional Consulting Psychoeducational Services | 19-00188 | YES | **Scheduled.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 31-Jan-23 | Hon. Brian Tester (ret.) | 10-Feb-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Merck Sharp & Dohme (I.A.) LLC | 19-00276 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 2-Feb-23 | Hon. Melanie L. Cyganowski (ret.) | 12-Feb-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Caribe Grolier, Inc. | 19-00051 | YES | **Second Mediation Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 3-Feb-23 | Hon. Melanie L. Cyganowski (ret.) | 13-Feb-23 | The Parties have agreed to scheudle an additional mediation conference to further resolve each Party's position. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Community Cornerstones, Inc. | 19-00043 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 6-Feb-23 | Hon. Brian Tester (ret.) | 16-Feb-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Junior Bus Line, Inc. | 19-00229 | YES | **Scheduled.** **The Parties have selected a date, but the vendor is in the process of selecting a mediator.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | **15-Feb-23** | **Vendor is in the process of selecting a mediator** | **25-Feb-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Netwave Equipment Corp. | 19-00253 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 21-Feb-23 | Hon. Brian Tester (ret.) | 3-Mar-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| E. Cardona & Asociados, Inc. | 19-00056 | YES | Scheduled. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. Parties will file a notice of mediation upon receipt of final engagement from Mediator. | 22-Feb-23 | Ricardo Kilpatrick, Esq. | 3-Mar-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| St. James Security Services, LLC | 19-00145 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-Feb-23 | Hon. Brian Tester (ret.) | 6-Mar-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| GM Security Technologies, Inc. | 19-00273 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-Feb-23 | Hon. Brian Tester (ret.) | 6-Mar-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Bristol-Myers Squibb Puerto Rico, Inc. | 19-00042 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Feb-23 | Hon. Brian Tester (ret.) | 10-Mar-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Puerto Rico Telephone Company, Inc. | 19-00127 | YES | **Scheduled**. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | **14-Mar-23** | Hon. Brian Tester (ret.) | **24-Mar-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Ambassador Veterans Services of Puerto Rico L.L.C. | 19-00048 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | **16-Mar-23** | **Hon. Brian Tester (ret.)** | **26-Mar-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Xerox Corporation | 19-00218 | YES | **Scheduled**. The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. **This vendor is in the process of retaining new counsel.** | **23-Mar-23** | **Hon. Brian Tester (ret.)** | **31-Mar-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Sesco Technology Solutions, LLC | 19-00162 | YES | **Scheduled**. **Parties have selected a Date and are in the process of selecting a mediator.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant | **31-Mar-23** | **Vendor is in the process of selecting a mediator** | **11-Apr-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Centro de Desarrollo Academico, Inc. | 19-00053 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | **17-Apr-23** | **Hon. Brian Tester (ret.)** | **27-Apr-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Total Petroleum Puerto Rico Corp. | 19-00114 | YES | **Scheduled**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. **Parties rescheduled the mediation originally set for January 13, 2023.** | **18-Apr-23** | Hon. Brian Tester (ret.) | **28-Apr-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Rodriguez-Parissi & Co., C.S.P. | 19-00155 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | **19-Apr-23** | **Hon. Brian Tester (ret.)** | **29-Apr-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Jose Santiago, Inc. | 19-00075 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | **20-Apr-23** | **Hon. Brian Tester (ret.)** | **30-Apr-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Trinity Metal Roof & Steel Structure Corp. | 19-00187 | YES | **Scheduled.** **The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant.** **Parties will file a notice of mediation upon receipt of final engagement from Mediator.** | **21-Apr-23** | **Hon. Brian Tester (ret.)** | **1-May-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Didacticos, Inc. | 19-00161 | YES | **Scheduled.** The Trustee anticipates distributing to Defendant, in advance of mediation, a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. **This vendor is in the process of retaining new counsel.** | **28-Apr-23** | **Hon. Brian Tester (ret.)** | **8-May-23** | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Seguros Colon, Inc. | 19-00130 | YES | **Dismissed** | **Dismissed** | | | | **Dismissed** |
| Hewlett Packard Puerto Rico, BV LLC | 19-00183 | YES | Dismissed | Dismissed | | | | Dismissed |
| Ricardo Estrada Maisonet | 19-00227 | YES | **Dismissed** | **Dismissed** | | | | **Dismissed** |
| Rocket Learning, LLC | 19-00232 | YES | **Dismissed** | **Dismissed** | | | | **Dismissed** |
| Rocket Teacher Training, LLC | 19-00235 | YES | **Dismissed** | **Dismissed** | | | | **Dismissed** |
| Rosso Group, Inc. | 19-00239 | YES | This vendor has indicated that it will not mediate nor will it defend against those claims asserted by the Trustee. | | | | | The Trustee anticipates having to lift the stay to seek a default judgment. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Quest Diagnostics of Puerto Rico, Inc. | 19-00440 | YES | **Rescheduling**. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. **Parties rescheduled the mediation originally set for January 10, 2023 in order to finalize settlement.** | | Corali Lopez Castro | | The Trustee has reached abroad agreement concerning settlement with the Defendant prior to mediation. The Parties are in the process of documenting the settlement and will use mediation to further the issues. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Fourth Status Report are emphasized using a red font color.