**EXHIBIT A**[1]

PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person PR/NY **or** CourtSolutions Speaking Line[2] **Choose one option only**. |
| | Name | Jaime Brugueras |
| | Law Firm | Muñoz Benitez Brugueras & Cruz |
| | Email | jbrugue@mbbclawyers.com |
| | Phone Number | 787-751-9040 |
| | Docket Entry No. of Notice of Appearance | 22770 |
| ATTORNEY 2 | Appearance Method | In Person PR/NY **or** CourtSolutions Speaking Line |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name <ul><li>In Person – PR</li><li>In Person – NY</li><li>CourtSolutions Listen Only</li></ul> Law Firm<br>Email<br>Phone Number | |
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to appear by CourtSolutions must also separately register on the CourtSolutions website.