*Departamento de Justicia - Registro de Cabilderos.*

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| The RCL Group LLC. | 2021Q2-00089 | Condado 6; BPAS Trust; Pasarell Enterprises; CEGsoft; Milbank; Cervecera de Puerto Rico; CC1; MCS Healthcare Holdings; Air Master - Valcor; | Raul Candelario Lopez; Adleen Rovira Pena; |
| Reinsertion Opportunity Agency LLC | 2021Q2-00092 | Población Correccional de Puerto Rico; | Yamil López; |
| Reichard & Escalera LLC | 2021Q2-00094 | Monarch Alternative Capital LP; Whitebox Advisors LLC; Medtronic Puerto Rico Operations Co.; Harbor Consulting Engineers, Inc.; FCO Advisors LP; PPG Industries, Inc.; Icon Health & Fitness, Inc.; Hewlett Packard Enterprise; Uber; YMCA of the USA; Aristeia Caputal, LLC; Farmstead Capital Management; Havas Worldwide Puerto Rico; Neda Development; St. Jude Children's Research Hospital; Golden Tree Asset Management LP; Luis Garratón, Inc.; Royal Caribbean Cruises Ltd; Whirlpool Latin America; Expedia Group; Strategic Film & TV Consultants; Walgreens, Inc.; Holland & Hart LLP; Covidien; PRTC; Walmart Puerto Rico; Allied Universal Security; Lilly del Caribe, Inc.; Badillo Saatchi; Arteaga & Arteaga; Droguería Betances; Hospital Bella Vista; Stryker Puerto Rico Ltd; Power Secure; Hospital La Concepción; Site Centers Corp.; Triple Net Holdings LLC; Excel Contractors, Inc.; Suiza Dairy Corp.; R.J. Reynolds Tobacco (CI), Co.; HP International Trading B.V.; Positronic Industries; Elawan Energy, S.A.; Toledo & Co., Inc.; Grupo Unido de Importadores de Automóviles; Pfizer Pharmaceuticals LLC; Envista Forensics; Cheyenne International LLC; Roche Operations LTD; Pepsico, Inc.; City of Hope; Johnson & Johnson; Ricoh Puerto Rico, Inc.; Taconic Capital Advisors LP; Bose McKinney & Evans LLP; Oracle Caribbean PR; Prometric; West Coast Development Corporation; Squire Patton Boggs (US) LLP; United Rentals, Inc.; CSRS, Inc.; Lawful Constitutional Debt Coalition; Dunhill Tobacco of London Limited; The National Catholic Risk Retention Group, Inc.; ADP, LLC; | Grace Santana; Claudia Motta; Antonio Silva; María de Lourdes Martínez; Juan Carlos Méndez; Rafael Escalera; Daniel Salinas; Viviana Currais; Héctor Reichard; Carlos Serrano; Celia Acevedo; Melba Benítez; Alba Joubert; Alfredo Salazar; Fernando Ortiz; Ernesto Zayas; |
| World Professionals Group LLC | 2021Q2-00096 | Hospitales Menonita; Walgreens; GM Holdings; Supermercados Econo Inc; Industria Lechera de Puerto Rico Inc; Franklin Rocafort; Strategic Technology Advisors; South American Restaurants Corp; MetLife Services and Solutions LLC; Fairmont El San Juan Hotel; Sistema de Salud Menonita; CTIA - The Wireless Association; DBR Development Management; ECC Contractors; CC1 Companies LLC; Deloitte Consulting LLP; | Zoraida Buxo; Onix Maldonado; Luis Arroyo; Liz Arroyo; Carlos Lopez; |
| O'Neill & Borges LLC | 2021Q2-00099 | COMMERCIAL EQUIPMENT FINANCE INCOME FUND, INC.; RCPR ACQUISITION HOLDINGS, LLC; Rock Solid Technologies, Inc.; SprintCom, Inc.; TLS MANAGEMENT AND MARKETING SERVICES A/K/A/ TAX LAW SOLUTIONS; MARSH SALDAÑA, INC.; TOTE, LLC; POSADAS DE PUERTO RICO ASSOCIATES, LLC; MANAGEMENT SERVICES INTERNATIONAL; PUERTO RICO CARIBE LESSEE LLC; DRC EMERGENCY SERVICES, INC.; PUMA ENERGY SERVICES (LATAM) LLL; CONDADO WAVE HOTEL; Quality Care Hospice; OPSEC SECURITY, | Jerry Lucas Marrero Cartagena; Juan Antonio Aquino Barrera; Denisse Ortiz Torres; Jose Ramon Cacho Rodríguez; |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| | ✓ | INC.; BOLD HOLDINGS LLC; WESTROCK PUERTO RICO, INC.; OLAY LLC; SAMUEL GLEN; Becton Dickinson and Company (BD); Ameresco; RSH LIQUIDATING TRUST; Simple Health, LLC; Greg Jones Law LLC; EATON CORPORATION; SEAMLESS PUERTO RICO, INC.; Global Tel*Link Corporation; StratAir Puerto Rico LLC; FMC CORPORATION; PRWireless PR, LLC; AT&T of Puerto Rico, Inc.; <u>AES PUERTO RICO, LP</u>; MEDICAL CARD SYSTEM, INC.; <u>SLSCO LTD</u>.; COMMERCIAL EQUIPMENT FINANCE, INC.; Generac Power Systems, Inc.; Providence Insurance; Covington & Burling LLP; CADILLAC UNIFORMS AND LINEN SUPPLY, LLC; MICROSOFT CARIBBEAN, INC.; Mayfield College; Mandeep Dhillon; WKA DEVELOPMENT S.E.; SMT (Puerto Rico) Inc.; Sojitz Corporation of America; Edwards Lifesciences Technologies SARL; LASER PRODUCTS, INC.; PUEBLO INC.; Lord Construction Group Inc.; E-BIKE & KAYAK LLC; Carpenter Marsh Fac Re LLC; HILTON INTERNATIONAL OF PUERTO RICO, INC.; MARS, INC.; Palmas Hospitality Management LLC; LIBRA FUND, LLC; X2 ALTERNATIVE DIVIDEND ALPHA FUND LLC; CASA BLANCA, LLC; MHR FUND MANAGEMENT LLC; PLANET FITNESS; Genasys Inc.; LUXURY HOTELS INTERNATIONAL OF PUERTO RICO, INC. ; Active Capital Reinsurance Ltd.; HOLSUM DE PUERTO RICO, INC.; AXA EQUITABLE LIFE INSURANCE COMPANY; IBD ENERGY LLC; MONY LIFE INSURANCE COMPANY; Surf Performance Media LLC; ESJ HOTEL COMPANY LLC; Esso Standard Oil Company (Puerto Rico); BUCKEYE CARIBBEAN TERMINALS, LLC; NIGHT KAYAK, LLC; West Contract Manufacturing, LLC (West Pharmaceutical, Inc.); EL CONQUISTADOR PARTNERSHIP L.P., S.E.; Delta Health LLC; ROMARK GLOBAL PHARMA, LLC; Plaza Partners Corp.; HMS Ferries, Inc.; SWARM TECHNOLOGIES, INC.; ALTVEST CAPITAL, LLC; EDELCAR, INC.; Touchstone Wireless Latin America, LLC; PR TEXTILE RECYCLING, INC.; HOMEOWNER ASSOCIATION OF AZURE BEACH CONDOMINIUM; CAMPO RICO WAREHOUSE AND DISTRIBUTION CENTER, INC.; HARINAS DEL CARIBE, INC.; CAPSTONE CAPITAL PR, LLC; NOUMA TRADING; THE PHOENIX FUND ADVISOR LLC; PONCE HEALTH SCIENCES UNIVERSITY; SOIL SOLUTIONS, LLC ; Becton Dickson Caribe Ltd.; CPG/GS Island Properties VI, LLC; Roger Morrison; REVELLÍN LLC; Swiss Reinsurance Company LTD; AT&T Mobility of Puerto Rico, Inc.; MAP COMMUNICATIONS, LLC ; American Fidelity International Bermuda Ltd. c/o Eversheds Sutherland (US) LLP; Aragonite Holdings LLC; CEFI CAPITAL, LLC; PALMAS HOSPITALITY HOLDINGS LLC; Continental Casualty Company; JRC CONSOLIDATED, INC.; ATLANTIC TECHNICAL ORGANIZATION, LLC; ROMARK LABORATORIES, L.C.; MARRIOTT P.R. MANAGEMENT CORPORATION; <u>PUMA ENERGY CARIBE, LLC</u>; SENIOR RETIREMENT PLANNERS; AMGEN Manufacturing, Limited; Microsoft Operations Puerto Rico, LLC; <u>New Fortress Energy (NFEnergy)</u>; <u>CELGENE CORPORATION</u>; SOL PUERTO RICO LIMITED; SOJITZ de Puerto Rico Corporation; THE PHOENIX FUND LLC; HILTON WORLDWIDE INTERNATIONAL PUERTO RICO, INC. ; STATION MANAGERS OF PUERTO RICO, INC. ; AFCO AvPorts Management LLC; ALTERNATIVE SOLUTIONS | Ismael Vincenty Medina; Nicole Johanna Berio Dorta; Josue E. Gonzalez Aldarondo; Marta Sofia Ramirez Isern; Edgardo Nieves Quiles; Ivelisse Collazo Rivera; Samuel Rosado Domenech; Rosa M. Lazaro San Miguel; Karla M. Morales Santiago; Astrid E. Velez Rivera; Francisco Rodriguez Figueroa; Carla Garcia Benitez; Gilberto Gutierrez Teissonniere; Natalia Torres Rivera; Javier Vazquez Morales; Alberto O. Nieves Cubero; Rosa M. González Lugo; Odalys Fuentes Cruz; Amaya Iraolagoitia Fernandez; Natalia Vilá Palacios; Ivette Rodriguez Hernández; Rafael A. Hernández Miranda; Beatriz Baldit Castro; Salvador Antonetti Stutts; Cristina Morazzani Jove; Viviana Miranda Ortiz; David Rive Power; Antonio Collazo Bennazar; Alfredo Alvarez |

| Nombre | Número de Registro | Cliente(s) | Personal Autorizado |
|---|---|---|---|
| | | GROUP, LLC; SUPMARINE, LLC; TOYOTA CREDIT DE PUERTO RICO; PROCTER & GAMBLE COMMERCIAL LLC; EHP SAN JUAN SUITES LLC; EBI PATIENT CARE, INC.; DIABETIC SOLUTIONS MEDICAL EQUIPMENT AND PROSTHETICS, CORP.; Liongrove Management LLC; CATALENT PR HUMACAO, INC.; Baxter Healthcare Corporation; PALL LIFE SCIENCES OF PUERTO RICO, INC.; SHELL TRADING (US COMPANY); COSTCO Wholesale Corporation; TELRITE CORPORATION; X-SQUARE CAPITAL LLC; WILLIAMS HOSPITALITY GROUP LLC; ICF International, Inc.; Bard Shannon, Ltd.; | Ibáñez; Jose L. Notario Toll; Michelle Marichal Soderberg; Adriana Capacete Cabassa; |
| Bryanjeziel Corp. | 2021Q2-00102 | Zorima Billing Services; Asociacion de Centros Comerciales Puertorriquenos; J. Saad Nazer; Colegio de Cirujanos Dentistas; Asociacion de Industriales; Creative Developments; Beautiful Smile Dental Office; Disenadores de Sonrisas; Asociacion de Constructores de Puerto Rico; Centro Cardiovascular de Puerto y el Caribe; Sociedad de Ortopedia y Traumatologia - Fundacion SPOT; Fundacion de Trauma; A4G; Recinto de Ciencias Medicas de la UPR; Asociacion de Comerciantes de Materiales de Construccion; Comision Estatal de Elecciones (CEE); Tri Development; Grupo Carmelo; | Jose Alberto Feliciano Ramos; |
| World Professionals Group LLC | 2021Q2-00105 | MetLife Services and Solutions LLC; CC1 Companies LLC; Sistema de Salud Menonita; ECC Contractors; Fairmont El San Juan Hotel; Industria Lechera de Puerto Rico Inc; Walgreens; Franklin Rocafort; Hospitales Menonita; DBR Development Management; Deloitte Consulting LLP; South American Restaurants Corp; Supermercados Econo Inc; CTIA - The Wireless Association; GM Holdings; Strategic Technology Advisors; | Carlos Lopez; Liz Arroyo; Onix Maldonado; Luis Arroyo; |
| Juan Leonardo Negron | 2021Q2-00107 | Merck Sharp & Dohme Corp. & its affiliates; | |
| Exel Joel Lopez Velez | 2021Q2-00110 | Ollas Gas Services Inc.; | |