# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br>(Jointly Administered)<br><br>Re: 23061, 22847, 23035 |

## SECOND SUPPLEMENTAL DECLARATION OF KATHERINE STADLER IN SUPPORT OF TENTH INTERIM AND CONSOLIDATED SEMIANNUAL APPLICATION OF THE FEE EXAMINER AND GODFREY & KAHN, S.C.

I, Katherine Stadler, hereby declare under penalty of perjury:

1. I am a shareholder with Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), a law firm with its principal offices at 833 East Michigan Street in Milwaukee, Wisconsin, and One East Main Street in Madison, Wisconsin, and other offices in Wisconsin and in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Washington, D.C. I am authorized to make this Declaration on behalf of myself, the Fee Examiner Brady C. Williamson, and Godfrey & Kahn.

2. This Declaration supplements the *Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2022 Through September 30, 2022* [Dkt. No. 22847 in Case No. 17-3283] (the "**Tenth Semiannual Fee Application**") and the *Supplemental Declaration of Katherine Stadler in Support of Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C.* [Dkt. No. 23035] (the "**Supplemental Declaration**") based on my personal knowledge. If called to testify, I could and would testify competently to the written statements made in this Declaration.

3. On November 11, 2022, through Puerto Rico co-counsel, I filed the Tenth Semiannual Fee Application, requesting $893,779.30 in fees and $103.90 in expenses incurred for the period April 1, 2022 through September 30, 2022, and $116,526.30 in previously withheld taxes.

4. On December 8, 2022, the Court issued the *Order Concerning Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C.* [Dkt. No. 23026], ordering the Fee Examiner to clarify the basis for the tax refund portion of the Tenth Semiannual Fee Application.

5. On December 9, 2022, I filed the Supplemental Declaration. On December 13, the Court issued the *Order Concerning Responses to the Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey& Kahn, S.C.*

2

[Dkt. No. 23052], ordering responses to the Tenth Semiannual Fee Application and the Supplemental Declaration no later than 5:00 p.m. (Atlantic Standard Time) on December 13, 2022.

6. Also on December 13, 2022, the Fee Examiner filed the *Stipulation to Adjourn the Discrete Matter of Repayment of the Tax Withholdings in Connection with Their Tenth Interim and Consolidated Semiannual Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2022 Through September 2022 [Dkt. No. 22847] Set for Hearing on December 14-15, 2022, Omnibus Hearing* [sic] [Dkt. No. 23059] to allow Hacienda, to evaluate requested refund of tax withholding and to allow the parties to seek a consensual resolution.

7. Finally, on December 13, 2022, the Court entered the *Order Allowing Tenth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C. But Adjourning Only the Tax Withholding Issue* [Dkt. No. 23061].

8. Subsequently, through counsel for AAFAF, Hacienda has informed the Fee Examiner that the taxes had been mistakenly withheld. Hacienda issued a full refund of the mistakenly withheld taxes on December 14, 2022. Godfrey & Kahn, S.C. now holds those funds in trust pending further order of the Court.

9. In light of the above, and unless the Court orders otherwise, the adjourned portion of the Tenth Semiannual Interim Fee Application may be removed from the February 1, 2023 omnibus hearing agenda. Counsel for the Oversight Board has been advised as such.

4

Dated this 19th day of January, 2023.

                          GODFREY & KAHN, S.C.

                          *s/ Katherine Stadler*
                          Katherine Stadler
                          One East Main Street, Suite 500
                          Madison, Wisconsin 53703
                          Telephone: (608) 257-3911
                          Facsimile: (608) 257-0609
                          E-mail: kstadler@gklaw.com

                          *Counsel to the Fee Examiner*

Dated: January 19, 2023.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing declaration with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

    EDGE LEGAL, LLC

    */s/ Eyck O. Lugo*
    Eyck O. Lugo

    252 Ponce de León Avenue
    Citibank Tower, 12th Floor
    San Juan, Puerto Rico 00918
    Telephone: (787) 522-2000
    Facsimile: (787) 522-2010

    *Puerto Rico Counsel for Fee Examiner*

    GODFREY & KAHN, S.C.

    */s/ Katherine Stadler*
    Katherine Stadler, *Admitted Pro Hac Vice*

    One East Main Street, Suite 500
    P.O. Box 2719
    Madison, Wisconsin 53701-2719
    Telephone: (608) 257-3911
    Facsimile: (608) 257-0609
    E-mail:    bwilliam@gklaw.com
                  kstadler@gklaw.com

    *Attorneys for the Fee Examiner*

28416088.2