# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On December 27, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the ADR CW Notice Parties Service List attached hereto as **Exhibit B**.

On December 27, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit C**, to be served via first class mail on Rivera Olmeda, Teodoro (Address ID: 3169869), Bo. Limon Carr 151, KM 8 HM 0 APT 193, Villabla PR 00766.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On December 27, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit D**, to be served via first class mail on Maldonado Vazquez, Cesar a (Address ID: 1706969), Calle 27 SE 942, Reparto Metropolitano, San Juan, PR 00921; Soto Santiago, William, (Address ID: 2837111), Jose Carreras Perez, #254 Calle San José Piso 3 Antiguo Edificio el Mundo Viejo, San Juan, PR 00901; Soto Santiago, William, (Address ID: 3091173), José M. Carreras, #171 Ave. Carlos Chardon, Ste. 301, San Juan, PR 00918.

Dated: January 12, 2023

                                                              */s/ Eladio Perez*
                                                              Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 12, 2023, by Eladio Perez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

                                                                        SRF 66303

**<u>Exhibit A</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: December 27, 2022
Designated Claimant(s):
Address:
Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: January 20, 2023

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth of Puerto Rico's Title III case.  The Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Seventh Notice of Transfer of Claims to Alternative Dispute Resolution* on October 28, 2022 [ECF No. 22717], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] and the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request.**  Debtor requests that you provide the following related to Designated Claim No. **91699**: any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.** <br> YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **<u>REQUESTS FOR INFORMATION AND DOCUMENTS</u>** |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim. You **MUST** send all such information and documentation to Alvarez and Marsal.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY FRIDAY, JANUARY 20, 2023**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>              Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: 27 de diciembre de 2022
Reclamante(s) designado(s):
Dirección:
Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: 20 de enero de 2023**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "Reclamo(s) Designado(s)") en el caso del Título III del Estado Libre Asociado de Puerto Rico.  El Estado Libre Asociado de Puerto Rico (el "Deudor") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésima Séptima Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 28 de octubre de 2022 [ECF Núm. 22717], de conformidad con los procedimientos (los "Procedimientos de RAC") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el día 1 de abril de 2020 [ECF No. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022.  **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

 Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm. **91699** : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| **SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS** |
| |

7

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL VIERNES 20 DE ENERO DE 2023 A LA SIGUIENTE DIRECCIÓN:**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
      [Nombre en letra de molde]

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
      [Nombre en letra de molde]

## Exhibit B

Exhibit B

ADR CW Notice Parties Service List

Served via First Class Mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 3504336 | Acevedo Perez, Migdalia | HC03 Box 33827 | | | Hatillo | PR | 00659 |
| 3140497 | BETANCOURT MERCED, FÉLIX | PO Box 300 | | | Guayama | PR | 00787 |
| 3140503 | BETANCOURT MERCED, FÉLIX | RUBÉN BONILLA MARTÍNEZ | PO Box 2758 | | Guayama | PR | 00785-2758 |
| 2829570 | BORIA DIAZ, LUIS, DIAZ VIZCAINO, GERMINIA Y OTROS | JOSÉ MARTÍNEZ TOLEDO | PO Box 362132 | | San Juan | PR | 00936-2132 |
| 3144902 | Caban-Lopez, Suhail | PO Box 1711 | | | Aguada | PR | 00602 |
| 3043924 | CAMACHO PAGAN, YAHAIRA | GUILLERMO RAMOS LUIÑA | P O BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 3066226 | CAMACHO PAGAN, YAJAIRA | GUILLERMO RAMOS LUIÑA | PO BOX 22763 | | San Juan | PR | 00931-2763 |
| 2995125 | CAMPOS RODRÍGUEZ, CORALY | GUILLERMO RAMOS LUIÑA | P O BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 3259527 | CARRASQUILLO IRIZARRY, IDALIA | 1143 CALLE 56 SE REPARTO METROPOLITANO | | | San Juan | PR | 00921 |
| 3259555 | CARRASQUILLO IRIZARRY, IDALIA | URB LAS LOMAS 770 CALLE 31 SO | | | San Juan | PR | 00921 |
| 3620493 | Chavez Encarnacion, Guillermo | PMB 165 400 Calle Calaf | | | San Juan | PR | 00918-1314 |
| 3059785 | COLON ORTIZ, DIANA | GUILLERMO RAMOS LUIÑA | P O BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 4067555 | Cruz Garcia, Judith | 1043 Teresa Capo Urb. Country Club | | | San Juan | PR | 00924 |
| 2830147 | CRUZ TORRES, PORFIRIA | PABLO LUGO PO BOX 8051 | | | Humacao | PR | 00792-8051 |
| 387861 | ELIEZER SANTANA BAEZ & HENRY FIGUEROA RAMOS | HENRY FIGUEROA RAMOS | 50 CARR. 5 UNIT A-501 EDIF 3-J | INDUSTRIAL LUCHETTI | Bayamon | PR | 00934 |
| 3038788 | FELICIANO GERENA, YAXIVIA | GUILLERMO RAMOS LUIÑA | PO BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 3020026 | FELICIANO TORRES, WILLIVETTE | GUILLERMO RAMOS LUIÑA | PO BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 2435323 | FERRER BERRIOS, JOSE M | HC 72 BOX 3407 | | | Naranjito | PR | 00719 |
| 1664489 | Glorymar Colón-Rosario, personally and on behalf of her minor son, DRC | Francisco J. Vizcarrondo | PO Box 195642 | | San Juan | PR | 00919 |
| 1664613 | Glorymar Colón-Rosario, personally and on behalf of her minor son, DRC | Francisco Javier Vizcarrondo | 268 Ponde de Leon Ave. Suite 1104 | | San Juan | PR | 00918 |
| 3005687 | GONZÁLEZ MARTÍNEZ, THAMARI | 522 AVE. CESAR GONZALEZ | | | San Juan | PR | 00918 |
| 3005701 | GONZÁLEZ MARTÍNEZ, THAMARI | ANTONIO MARRERO | PO BOX 191781 | | San Juan | PR | 00919 |
| 3178421 | Gonzalez Ortiz, Margarita | PO Box 143856 | | | Arecibo | PR | 00614-3856 |
| 3029502 | GUEVARA, JASHIRI VÉLEZ | P O BOX 22763 | UPR STATION | | San Juan | PR | 00931-2763 |
| 3311635 | Irizarry Ramos, Adalberto | PMB 105 PO Box 5004 | | | Yauco | PR | 00698 |
| 3053572 | K.Y.C. A Minor Child (Son of Yahaira Camacho Pagan) | Guillermo Ramos Luina | PO Box 22763 | UPR Station | San Juan | PR | 00931-2763 |
| 3300893 | Madera Martínez, Demetrio | Nivea Enid Torres | 452 Ave. Ponce de León Suite 402 | | San Juan | PR | 00918 |
| 3896642 | Madera Martínez, Demetrio | PO Box 3658 | | | Mayaguez | PR | 00681 |
| 1212120 | MARRERO CANDELARIA, ANTONIO | ANTONIO MARRERO CANDELARIA | ABOGADO 522 AVE CESAR GONZALEZ | | San Juan | PR | 00918 |
| 3037389 | MARRERO CANDELARIA, ANTONIO | PO BOX 191781 | | | San Juan | PR | 00919-1781 |
| 2254377 | MARTINEZ BERRIOS, WILFREDO | HC 3 BOX 11785 | | | Juana Diaz | PR | 00795 |
| 3025418 | Melendez Colon, Diancheriska | Guillermo Ramos Luina | PO Box 22763 | UPR Station | San Juan | PR | 00931-2763 |
| 67543 | MELENDEZ VEGA, DOMINGO | HC 1 BOX 4314 | | | Arroyo | PR | 00714 |
| 3043507 | NAVEDO SANTANA, ERIKA | GUILLERMO RAMOS LUIÑA | PO BOX 22763 | UPR Station | San Juan | PR | 00931-2763 |
| 3531689 | Ortiz Forrodona, Luisa | PMB 105 PO Box 5004 | | | Yauco | PR | 00698 |
| 3169361 | Ortiz Torres, Lorenzo | Urb. San Antonio Calle 1 A-12 | | | Caomo | PR | 00769 |
| 3025026 | Perez Melendez, Lilliam | Guillermo Ramos Luina | PO Box 22763 | UPR Station | San Juan | PR | 00931-2763 |
| 2831938 | QUIÑONES FLORES, ANA L | DELY MAR ROLON GONZALEZ | PMB 200 UU-1 CALLE 39 SANTA JUANITA | | Bayamon | PR | 00959 |
| 3110766 | QUIÑONES FLORES, ANA L | GUILLERMO RAMOS LUIÑA | PO BOX 22763 | UPR Station | San Juan | PR | 00931-2763 |
| 3110768 | QUIÑONES FLORES, ANA L | STEVEN P LAUSEL RECURT | PO BOX 9023951 | | San Juan | PR | 00902-3951 |
| 3048458 | R.R.C. a minor child (son of Yahaira Camacho Pagán) | Despacho Jurídico Ramos Luiña, LLC | Gullermo Ramos Luina | PO Box 22763, UPR Station | San Juan | PR | 00931-2763 |

Exhibit B

ADR CW Notice Parties Service List

Served via First Class Mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 3308286 | Ramirez Doval, Luis A | 1014 Magnolia Urb. Buenaventura | | | Mayaguez | PR | 00682-1253 |
| 4026993 | RIVERA GONZALEZ , CARMEN LYDIA | 1854 BLVD. LUIS A FERRE URB. SAN ANTONIO | | | Ponce | PR | 00728 |
| 4027122 | RIVERA GONZALEZ , CARMEN LYDIA | 710 CARMELO SEGLAR | | | Ponce | PR | 00728 |
| 3030652 | Rivera Medina, Marelyn | Guillermo Ramos Luina | PO Box 22763 | UPR Station | San Juan | PR | 00931-2763 |
| 3518900 | Rivera Quiles, Jose M | RR-2 Box 6041 | | | Toa Alta | PR | 00953 |
| 2098912 | RIVERA RODRIGUEZ, MIGDALIA | HC 3 BOX 21966 | | | Arecibo | PR | 00612 |
| 3043550 | Rivera Ruiz , Ana M. | Guillermo Ramos Luina | PO Box 22763 | UPR Station | San Juan | PR | 00931-2763 |
| 1589847 | RIVERA SOTO, MIKEY | PO BOX 630 | | | Las Piedras | PR | 00771 |
| 1662641 | Rivera, Diana | 207 Domenech Ave. | Suite 106 | | San Juan | PR | 00918 |
| 537259 | RODRIGUEZ CINTRON, HECTOR | PO BOX 1128 | | | Hormigueros | PR | 00660 |
| 3023579 | RODRÍGUEZ GUTIÉRREZ, ANA | GUILLERMO RAMOS LUIÑA | P O BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 3045605 | RODRIGUEZ ORTIZ, CARMEN | GUILLERMO RAMOS LUIÑA | PO BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 2938832 | RODRIGUEZ OTERO, NADIA E | PO BOX 1128 | | | Hormigueros | PR | 00660 |
| 2914058 | Rodriguez Rivera, Luis Modesto | Calle Salvador Brau # 52 | | | Cayey | PR | 00736 |
| 2923930 | Rodriguez Rivera, Luis Modesto | Miguel Angel Serrano Urdaz, Esq. | Serrano Urdaz Law Office | PO Box 1915 | Guayama | PR | 00785 |
| 3245807 | ROMAN ARROYO, SORITZA | GUILLERMO RAMOS LUIÑA | P O BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 3016293 | ROSA CASTRO, GLENDA | GUILLERMO RAMOS LUINA | P O BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 3029574 | Sampayo Ramos, Evelyn A | Pablo Lugo Lebron | PO Box 8051 | | Humacao | PR | 00792-8051 |
| 3488642 | Santiago Soto, Rosa | HC 03 box. 33827 | | | Hatillo | PR | 00659 |
| 260339 | TORRES LEON, LUIS OSVALDO | ROBERTO BOLORIN SANTIAGO APARTADO 2406 | | | Guayama | PR | 00785 |
| 3025410 | VAZQUEZ RODRIGUEZ, CARMEN | GUILLERMO RAMOS LUINA | PO BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 3083580 | VIDAL SANTIAGO, JUAN SEBASTIÁN | LCDO. MOISES ABREU CORDERO | 454 AVE. LUIS MUÑOZ MARIN SOUFFRONT URB. LOS | | Caguas | PR | 00725 |
| 3033786 | Y.C.C. a minor child (daughter of Yahaira Camacho Pagán) | GUILLERMO RAMOS LUIÑA | P O BOX 22763 | UPR STATION | San Juan | PR | 00931-2763 |
| 3154807 | Yulfo-Beltran, Damaris | HC-3 Box 30419 | | | Aguadilla | PR | 00603 |
| 3476269 | Yulfo-Beltran, Damaris | Suhail Caban-Lopez | PO Box 1711 | | Aguada | PR | 00602 |

**Exhibit C**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: December 27, 2022
Designated Claimant(s):
Address:
Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
**RESPONSE DEADLINE: January 20, 2023**

---

**This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Title III case. Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Seventh Notice of Transfer of Claims to Alternative Dispute Resolution* on October 28, 2022 [ECF No. 22717], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] and the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022. **Please review the ADR Procedures carefully. The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below. Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request**.  Debtor requests that you provide the following related to Designated Claim No. **34634**: any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.** <br> YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim. You **MUST** send all such information and documentation to Alvarez and Marsal.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY FRIDAY, JANUARY 20, 2023**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: 27 de diciembre de 2022
Reclamante(s) designado(s):
Dirección:
Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: 20 de enero de 2023**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

---

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

---

      **¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésima Séptima Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 28 de octubre de 2022 [ECF Núm. 22717], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF Núm. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

      Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

      **Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm. **34634**: cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| <u>**SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS**</u> |
| |

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL VIERNES 20 DE ENERO DE 2023 A LA SIGUIENTE DIRECCIÓN:</u>**

Alvarez and Marsal
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma
según sea necesario.]**

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**Exhibit D**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

---

Service Date: December 27, 2022
Designated Claimant(s):
Address:
Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: January 20, 2023

---

**This Information Request <u>only</u> applies to the Designated Claim Number listed above.  You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll</u> <u>free for</u> <u>U.S. and Puerto Rico) or (646) 486-7944 (for international callers),</u> available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Puerto Rico Highway and Transportation Authority's Title III case.  The Puerto Rico Highway and Transportation Authority (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Seventh Notice of Transfer of Claims to Alternative Dispute Resolution* on October 28, 2022 [ECF No. 22717], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

2

**Information Request.**  Debtor requests that you provide the following related to Designated Claim No. **2852** : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.** YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Alvarez and Marsal.*

## RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY FRIDAY, JANUARY 20, 2023

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]


[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

4

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: 27 de diciembre de 2022
Reclamante(s) designado(s):
Dirección:
Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: 20 de enero de 2023**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

---

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales),</u> disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

---

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico.  La Autoridad de Carreteras y Transportación de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésima Séptima Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 28 de octubre de 2022 [ECF Núm. 22717], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm. **2852** : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

---

**Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.**

DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO

**<u>SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS</u>**

---

> *Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL VIERNES 20 DE ENERO DE 2023 A LA SIGUIENTE DIRECCIÓN:</u>**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]