# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Osvaldo L. Sanchez Ramos

Dirección Postal: 416 Plum St.
Aurora IL, 60506

Teléfono de contacto res. (630)891-0665  cel. (939) 350-6420

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 – Ley #89 – Romerazo - Efectiva en 1 de Julio de 1995

#94057 – Ley de Escala Salarial - Pasos, del 6 de Junio de 2008

#96621 – Ley #98 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002
Ley #184 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. 
El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de Julio de 1995

Ley de Escala Salarial – Pasos del 6 de Junio de 2008

Ley #98 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002

Ley #184 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __12__ de __Enero__ de __1987__ hasta el __15__ de __Abril__ de, __2006__. Culmine mi laborar como __servidor publico__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Osvaldo L Sanchez Ramos
Nombre en letra de molde

_____
Firma