**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrado de manera conjunta) |

**NOTIFICACIÓN DE (A) APROBACIÓN
DE UNA ORDEN CONFIRMANDO LA OCTAVA
ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO, Y OTROS DE CONFORMIDAD CON EL
TÍTULO III DE LA LEY PROMESA, (B) LA VIGENCIA DE LA FECHA DE
ENTRADA EN VIGOR, Y LA (C) PRÓRROGA DE LA FECHA LÍMITE DE
PRESENTACIÓN DE RECLAMACIONES ADMINISTRATIVAS A CIERTAS PARTES**

**A LOS ACREEDORES Y OTRAS PARTES INTERESADAS:**

El plazo de presentación de evidencias de la Reclamación de gastos administrativos contra (i) el Estado Libre Asociado de Puerto Rico, (ii) el Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico o (iii) la Autoridad de Edificios Públicos de Puerto

Osvaldo Sanchez

---

[1] Los Deudores de estos Casos del Título III, conjuntamente con los números de casos del Título III de los respectivos Deudores y los cuatro (4) últimos dígitos del número de identificación tributaria federal de cada Deudor, según proceda, son (i) el Estado Libre Asociado de Puerto Rico (Caso de quiebra n° 17-BK-3283- LTS) (cuatro últimos dígitos del número de identificación tributaria federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra n° 17-BK-3284-LTS) (Caso de quiebra n° 17 BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra n° 17-BK-3567-LTS) (Caso de quiebra n° 17 BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra n° 17-BK-3566-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") (Caso de quiebra n° 17-BK-4780-LTS) (Caso de quiebra n° 17- BK-4780-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de quiebra n° 19-BK-5523-LTS) (Caso de quiebra n° 17 BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3801) (los números de casos del Título III están enumerados como números de Casos de quiebra debido a las limitaciones del software).

SRF 64936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING
MODIFIED EIGHTH AMENDED TITLE III PLAN OF ADJUSTMENT OF
THE COMMONWEALTH OF PUERTO RICO, ET AL. PURSUANT TO
TITLE III OF PROMESA, (B) OCCURRENCE OF THE EFFECTIVE DATE, AND (C)
EXTENSION OF ADMINISTRATIVE CLAIM BAR DATE FOR CERTAIN PARTIES**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

> The deadline to file a proof of Administrative Expense Claim against (i) the Commonwealth of Puerto Rico, (ii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, or (iii) the Puerto Rico Public Buildings Authority has been extended to **January 18, 2023 at 4:00 p.m. (Atlantic Standard Time)** for certain parties, as further detailed below. Please review this notice carefully.
>
> **If you are required to file a proof of Administrative Expense Claim and fail to timely do so, you will be forever barred, estopped, and enjoined from asserting such Administrative Expense Claim against the Debtors and their property, and the Debtors and Reorganized**

*Osvaldo Sanchez Reinos.*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Osvaldo L. Sanchez Ramos
416 Plum St.
Aurora, IL 60506

United States Federal Court
for the district of Puerto Rico
140 Av. Carlos E. Chardón,
San Juan, 00918, Puerto Rico

RECEIVED & FILED
CLERK'S OFFICE
JAN 18 2023
US DISTRICT COURT
SAN JUAN, PR

HANDLE WITH CARE