U.S. POSTAGE PAID
FCM LETTER
SABANA SECA, PR
00952
JAN 17, 23
AMOUNT
**$8.09**
R2304Y122297-06

SAN JUAN PR 009
17 JAN 2023 PM 1
RDC 99
00918

UNITED STATES
POSTAL SERVICE®

CERTIFIED MAIL®

7021 0350 0000 9398 2102

United State Court
Clerk's office
150 Ave. Carlos Chardon
Ste 150
San Juan, P.R. 00918-1767

Victor L. Gonzalez
PO Box 13942
San Juan, PR 00908

RETURN RECEIPT
REQUESTED