Hi soy Lu[cesita?] [...] Departamento de Educación. Soy maestra Educ. física Adaptada en el Pueblo de [Rincón?]. Me intresa saber si aun puedo recibir ese dinero de la Ley Anoness. Gracias. Cel. 787-396-6931

## Five Hundred Twenty-Second Omnibus Objection
### Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | RAMOS CHAPARRO, IRACHE R. CARLOS A. CRESPO BADILLO BUFETE CRESPO & SOTO PO BOX 1522 MOCA, PR 00676-1522 | 40903 | Commonwealth of Puerto Rico | Unsecured | $19,000.00* | Commonwealth of Puerto Rico | Unsecured | $19,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $19,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | RAMOS, YADYRA MANFREDY 2905 AVE EMILIO FAGOT PONCE, PR 00716-3613 | 45821 | Commonwealth of Puerto Rico | Unsecured | $7,667.00* | Commonwealth of Puerto Rico | Unsecured | $7,667.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,667.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | RIVERA CUEVAS, LUZ ESTHER PO BOX 185 ANASCO, PR 00610 | 14673 | Commonwealth of Puerto Rico | Unsecured | $230.40* | Commonwealth of Puerto Rico | Unsecured | $230.40 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $230.40 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | RODRIGUEZ SIERRA, CHRISTIAN ALLAN RIVERA FERNÁNDEZ CAPITAL CENTER BUILDING SUITE 401 HATO REY, PR 00918 | 1291 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.