Luz Esther Rivera Caws
P.O. Box 185
Orocco, P.R. 00610

Secretaria (Clerk's Office
Tribunal de Distrito de EU (US District Court)
#150 Avenida Chardon
Edificio Federal (Federal Building)
San Juan (P.R.) 00918