**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On January 12, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA, (B) Occurrence of the Effective Date, and (C) Extension of Administrative Claim Bar Date for Certain Parties [Docket No. 22663]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Notificación de (A) Aprobación de Una Orden Confirmando la Octava Enmienda al Plan de Ajuste del Título III del Estado Libre Asociado de Puerto Rico, y Otros de Conformidad Con el Título III de la Ley Promesa, (B) la Vigencia de la Fecha de Entrada en Vigor, y La (C) Prórroga de la Fecha Límite de Presentación de Reclamaciones Administrativas a Ciertas Partes, a copy of which is attached hereto as **Exhibit B**

Dated: January 20, 2023

                                                                      */s/ Paul Pullo*
                                                                      Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 20, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 66545

# **Exhibit A**

Exhibit A
Supplemental Service List
Served via first class mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 3000143 | ADALBERTO QUILES SANTIAGO, SANTOS CALIXTO RODRIGUEZ, MAGALY GORDILLO & ZORIADA TORRES | ADDRESS ON FILE | | | | | |
| 4118679 | Birriel Fernandez, Wanda | ADDRESS ON FILE | | | | | |
| 4062073 | CARABALLO ORTIZ, MARILYN | ADDRESS ON FILE | | | | | |
| 3034105 | Christopher Cruz-Rodriguez, Maria de Lourdes Rodriguez Ruiz & Natalia Cruz Rodriguez | Landron Vera. LLC | Luis A. Rodriguez Muñoz, Esq. | 1606 Avenida Ponce De Leon, Suite 501 | San Juan | PR | 00909 |
| 3040804 | Collazo Pérez, Benjamin | ADDRESS ON FILE | | | | | |
| 3199156 | CRESPO OCASIO, JANETTE | ADDRESS ON FILE | | | | | |
| 1794031 | DIAZ DIAZ, MARIBEL | ADDRESS ON FILE | | | | | |
| 2898987 | Echevarria Crespo, Roberto | ADDRESS ON FILE | | | | | |
| 2891521 | Edelstein, Hanna | ADDRESS ON FILE | | | | | |
| 3039906 | Emmanuel Fernadnez Jorge and Carmen Lidia Jorge | Landron Vera. LLC | Luis A. Rodriguez Muñoz, Esq. | 1606 Avenida Ponce De Leon, Suite 501 | San Juan | PR | 00909 |
| 4134313 | ESTRONZA MALDONADO, YAMARIS | ADDRESS ON FILE | | | | | |
| 3041757 | Marianne Torres Torres, Juan Lourido Dume y la Sociedad de Ganaciales Compuesto por ambos | Landron Vera. LLC | Luis A. Rodriguez Muñoz, Esq. | 1606 Avenida Ponce De Leon, Suite 501 | San Juan | PR | 00909 |
| 3392339 | Mendez Morales, Yolanda | ADDRESS ON FILE | | | | | |
| 2912513 | Miser, Jimmie L | ADDRESS ON FILE | | | | | |
| 3040212 | Municipality of Arroyo | Landron Vera. LLC | Luis A. Rodriguez Muñoz, Esq. | 1606 Avenida Ponce De Leon, Suite 501 | San Juan | PR | 00909 |
| 2891075 | Nachtman Living Trust Robert and Joan Nachtman TTEES | ADDRESS ON FILE | | | | | |
| 4107812 | PADILLA TORRES, AGNES I | ADDRESS ON FILE | | | | | |
| 3289688 | Pietri Colon, Lorraine | ADDRESS ON FILE | | | | | |
| 2126064 | RAMOS VAZQUEZ, ROSELY | ADDRESS ON FILE | | | | | |
| 151457 | Rivera Delgado, Melba | ADDRESS ON FILE | | | | | |
| 1593701 | ROSADO MOLINA, MIRNA I | ADDRESS ON FILE | | | | | |
| 3915934 | RUIZ ROMAN, JUAN B. | ADDRESS ON FILE | | | | | |
| 3229600 | Sánchez Ortiz, Marilitza | ADDRESS ON FILE | | | | | |
| 3979737 | SANTIAGO ORTIZ , DOMINICA | ADDRESS ON FILE | | | | | |
| 3567448 | Sierra Pascual, Esther | ADDRESS ON FILE | | | | | |
| 2222068 | VILLA TORRES, MIRIAM | ADDRESS ON FILE | | | | | |
| 3437551 | Zayas Pedrosa, Jose E. | ADDRESS ON FILE | | | | | |

# **Exhibit B**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                              Deudores.[1] | PROMESA<br>Título III<br><br>Nº 17 BK 3283-LTS<br><br>(Administrado de manera conjunta) |

**NOTIFICACIÓN DE (A) APROBACIÓN
DE UNA ORDEN CONFIRMANDO LA OCTAVA
ENMIENDA AL PLAN DE AJUSTE DEL TÍTULO III DEL ESTADO LIBRE
ASOCIADO DE PUERTO RICO, Y OTROS DE CONFORMIDAD CON EL
TÍTULO III DE LA LEY PROMESA, (B) LA VIGENCIA DE LA FECHA DE
ENTRADA EN VIGOR, Y LA (C) PRÓRROGA DE LA FECHA LÍMITE DE
PRESENTACIÓN DE RECLAMACIONES ADMINISTRATIVAS A CIERTAS PARTES**

**A LOS ACREEDORES Y OTRAS PARTES INTERESADAS:**

> El plazo de presentación de evidencias de la Reclamación de gastos administrativos contra (i) el Estado Libre Asociado de Puerto Rico, (ii) el Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico o (iii) la Autoridad de Edificios Públicos de Puerto

---

[1] Los Deudores de estos Casos del Título III, conjuntamente con los números de casos del Título III de los respectivos Deudores y los cuatro (4) últimos dígitos del número de identificación tributaria federal de cada Deudor, según proceda, son (i) el Estado Libre Asociado de Puerto Rico (Caso de quiebra nº 17-BK-3283- LTS) (cuatro últimos dígitos del número de identificación tributaria federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra nº 17-BK-3284-LTS) (Caso de quiebra nº 17 BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra nº 17-BK-3567-LTS) (Caso de quiebra nº 17 BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra nº 17-BK-3566-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") (Caso de quiebra nº 17-BK-4780-LTS) (Caso de quiebra nº 17- BK-4780-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de quiebra nº 19-BK-5523-LTS) (Caso de quiebra nº 17 BK 3284-LTS) (últimos cuatro dígitos de la identificación tributaria federal: 3801) (los números de casos del Título III están enumerados como números de Casos de quiebra debido a las limitaciones del software).

> Rico, ha sido prorrogado hasta el **4:00 p.m. (hora estándar del Atlántico)** del **18 de enero de 2023** para ciertas partes, tal como se detalla a continuación. Sírvase leer detenidamente esta notificación.
>
> **Si se le exige presentar una evidencia de Reclamación de gastos administrativos y no la aporta debidamente, quedará definitivamente impedido, excluido y prohibido de alegar dicha Reclamación de gastos administrativos contra los Deudores y sus bienes, y tanto los Deudores como los Deudores reorganizados quedarán exonerados de todo tipo de endeudamiento o responsabilidad con respecto a las citadas reclamaciones.**

1. De conformidad con una orden dictada el 18 de enero de, 2022 [ECF nº 19813] (la "Orden de confirmación"), la *Octava enmienda al Plan de Ajuste conjunto del Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 15 de enero de 2022 [ECF nº 19784] (tal y como pueda haber sido enmendado, modificado o complementado de cualquier otra forma, el "Plan"), fue confirmada por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"). Salvo que en la presente Notificación se estipule una definición distinta, los términos en mayúsculas utilizados, pero no definidos aquí, tendrán los significados adscritos a los mismos en el Plan y en la Orden de confirmación.

2. La Fecha de entrada en vigor del Plan se produjo el 15 de mayo de 2022, y la *Notificación de (A) Aprobación de una orden confirmando la Octava enmienda al Plan de Ajuste del Título III del Estado Libre Asociado de Puerto Rico, y otros de conformidad con el Título III de la Ley PROMESA, y (B) Vigencia de la Fecha de entrada en vigor* [ECF nº 20349] (la "Notificación de la Fecha de entrada en vigor") se registró y se cursó en relación con lo antedicho.

3. Cualquier parte interesada que desee obtener copias de la Orden de confirmación, del Plan y de la documentación afín debe ponerse en contacto con Kroll Restructuring

Administration LLC ("Kroll"),[2] por teléfono llamando al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o bien por correo electrónico escribiendo a puertoricoinfo@ra.kroll.com. Asimismo, podrá ver dichos documentos accediendo a https://cases.ra.kroll.com/puertorico/ o al sitio web del Tribunal, https://www.prd.uscourts.gov/. Tenga en cuenta que se requiere una contraseña y credenciales de inicio de sesión para acceder a los documentos que figuran en el sitio web del Tribunal a través del sistema de Acceso Público a los Registros Electrónicos del Tribunal ("PACER, por sus siglas en inglés") (http://www.pacer.psc.uscourts.gov).

**Prórroga de la Fecha límite para presentar reclamaciones administrativas**

4. De conformidad con la Sección 1.51 y el Artículo III del Plan, así como del apartado preliminar 44 de la Orden de confirmación, la fecha límite aplicable a las partes que planteen Reclamaciones de gastos administrativos contra los Deudores para presentar evidencias de dichas reclamaciones era el 13 de junio de 2022 (la "Fecha límite").

5. La Sección 1.52 del Plan define el concepto "Reclamación de gastos administrativos" como:

> Una Reclamación contra los Deudores o sus Activos, constituyendo un costo o gasto de administración de los Casos del Título III incoados o autorizados a incoar, en la Fecha límite de Reclamaciones administrativas o con anterioridad a la misma, a tenor de las Secciones 503(b) y 507(a)(2) del Código de Quiebras, ***producidas durante el período transcurrido hasta la Fecha de entrada en vigor (inclusive)***, y que de otro modo se ajusten a la legislación vigente de Puerto Rico, incluyendo, entre otros, con sujeción a que se produzca la Fecha de entrada en vigor, con las excepciones previstas en la Sección 3.5 de ese instrumento, Costos de consumación y Derechos de restricción de AAP; aunque en el

---

[2] A partir del 29 de marzo de 2022, Prime Clerk LLC cambió su denominación social por Kroll Restructuring Administration LLC.

bien entendido de que bajo ninguna circunstancia una Reclamación de gastos administrativos podrá incluir una Reclamación de gastos administrativos a la AEP.

(el énfasis es nuestro).

6. A tenor de la *Orden prorrogando la Fecha límite de Reclamaciones administrativas para ciertas partes* [ECF nº 22650] (la "Orden de prórroga"), el plazo de presentación de evidencias, o de solicitudes de pago, de Reclamaciones de gastos administrativos ("Solicitudes de Gastos administrativos") se ha prorrogado hasta las **4:00 p.m. (hora estándar del Atlántico)** del **18 de enero de 2023** (la "Fecha límite prorrogada de Reclamaciones administrativas") si se desea incoar alguna reclamación o causa de acción:

> (A)(1) planteada en un pleito o acción contra el Estado Libre Asociado, la AEP o el SRE, incoado desde y con posterioridad a las respectivas fechas de petición y antes de la Fecha de entrada en vigor, y relacionado con una acción o evento que se haya producido a partir de, y con posterioridad a, las respectivas fechas de petición y antes de la Fecha de entrada en vigor, o bien (2) no sujeto a ningún pleito o acción pendientes, aunque derivado de acciones o eventos que se hayan producido desde o después de las respectivas fechas de petición y antes de la Fecha de entrada en vigor; y
>
> (B) a usted no se le cursó la Notificación de la Fecha de entrada en vigor. Puede consultar una lista completa de las partes a las que se les cursó la Notificación de la Fecha de entrada en vigor en https://cases.ra.kroll.com/puertorico/.
>
> Esta prórroga no será de aplicación a ninguna Reclamación de gastos administrativos (i) planteada en concepto de servicios profesionales prestados a los Deudores en relación con los Casos del Título III, o bien (ii) derivados exclusivamente en relación con los Casos del Título III.

**Excepciones de presentación de peticiones de Gastos administrativos**

7. De conformidad con la Sección 1.51, con el Artículo III del Plan y del apartado preliminar 44 de la Orden de confirmación, no se requerirá la presentación de ninguna evidencia de Reclamación de gastos administrativos en el caso de los siguientes tipos de Reclamaciones:

(a) Reclamaciones incurridas (i) de conformidad con una orden del Tribunal, o bien (ii) con el consentimiento por escrito de las Partes del Gobierno pertinentes, otorgando expresamente dicha Reclamación de gastos administrativos.

(b) Reclamaciones profesionales.

(c) Reclamaciones intergubernamentales.

(d) Reclamaciones de gastos administrativos del IRS para el pago de los impuestos incurridos por cualquiera de los Deudores durante el período a partir de la Fecha de petición del Estado Libre Asociado, la Fecha de petición del SRE o la Fecha de petición de la AEP, según proceda.

(e) Las reclamaciones vinculadas con actuaciones que se hayan producido de manera ordinaria durante el período desde, y con posterioridad a, la fecha de petición del Deudor correspondiente y hasta el 15 de marzo de 2022 (la Fecha de entrada en vigor).

(f) Las reclamaciones sujetas a lo dispuesto por la Orden de conciliación administrativa, incluyendo, entre otras, las "reclamaciones de agravios" vinculadas con cualquier de los acuerdos de negociación colectiva del Deudor.

(g) Las reclamaciones sujetas a una moción pendiente solicitando la asignación de cualesquiera gastos administrativos de conformidad con la Sección 503(b) de la Ley de Quiebras a la fecha de aprobación de la Orden de confirmación.

(h) Reclamaciones de Dominio eminente/Expropiación forzosa inversa.

(i) Reclamaciones de bienes incautados por los Deudores a tenor de la Ley Uniforme de Confiscaciones de 2021, 34 L.P.R.A. 1724 y ss.

(j) Reclamaciones de honorarios y gastos de abogados a tenor de la Ley de Servicios Educativos Integrales para Personas con Impedimentos, 20 U.S.C. 1400 y ss.

(k) Reclamaciones de devolución de impuestos.

(l) Reclamaciones autorizadas de conformidad con la Sección 3077(a) de 32 L.P.R.A., en la medida en que la cuantía de las mismas no supere la limitación legal de $75,000 o $150,000, según proceda.

8. Si es usted parte de un pleito, procedimiento o acción que plantee una reclamación de conformidad con la Sección 3077(a) de 32 L.P.R.A., en la medida en que la cuantía de las mismas no supere la limitación legal de $75,000 o $150,000, los mandatos de la Sección 92.3 del Plan y el apartado preliminar 59 de la Orden de confirmación han sido modificados para permitir que dichos pleitos continúen hasta la sentencia definitiva y su ejecución, incluyendo cualquier apelación. *Véase* Orden de prórroga ¶ 6.

**Cómo presentar una evidencia de reclamación**

9. Todas las peticiones de Gastos administrativos se enviarán como a continuación se indica:

(i) completando la Evidencia de reclamación electrónica en el sitio web del Agente de reclamaciones, en https://cases.ra.kroll.com/puertorico/EPOC-Index, o bien

(ii) si se entrega en mano o se cursa por correo certificado o servicio de mensajería, a la siguiente dirección: Commonwealth of Puerto Rico Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

10. Las peticiones de Gastos administrativos, en la medida en que estén sujetas a la Fecha límite prorrogada de Reclamaciones administrativas, se considerarán puntualmente presentadas solamente si son **efectivamente recibidas** por Kroll hasta las **4:00 p.m. (hora estándar del Atlántico)** del **18 de enero de 2023** (la "Fecha límite administrativa"). Las peticiones de Gastos administrativos **no** deberán enviarse por fax, telecopia o correo electrónico.

**11. Si se le requiere que presente una petición de Gastos administrativos de conformidad con la Sección 1.51 y el Artículo III del Plan, del apartado preliminar 44 de la Orden de confirmación y de la Orden de prórroga, y omite hacerlo hasta la Fecha límite administrativa o hasta la Fecha límite, según proceda, quedará definitivamente impedido,**

**excluido y prohibido de alegar dicha Reclamación de gastos administrativos (y de presentar una petición de Gastos administrativos con respecto a la citada Reclamación) contra los Deudores y sus bienes, y tanto los Deudores como los Deudores reorganizados quedarán exonerados de todo tipo de endeudamiento o responsabilidad con respecto a las citadas reclamaciones.**

12. La Orden de confirmación es una orden integral, definitiva y completa, cuyo objeto es ser concluyente y vinculante para todas las partes interesadas; no se pretende que esté sujeta a un alegato de nulidad ante cualquier otro foro, y solamente podrá ser objetada de conformidad con la normativa vigente del Tribunal, y apelada como está previsto en la Ley PROMESA y otras leyes, reglas y jurisprudencia federales vigentes por (i) los Deudores, (ii) los Deudores reorganizados, (iii) el Estado Libre Asociado y sus instrumentalidades, (iv) cada Entidad que plantee reclamaciones u otros derechos contra el Estado Libre Asociado o cualquiera de sus instrumentalidades, incluyendo tenedores de reclamaciones de bonos y titulares de intereses usufructuarios (tanto directa como indirectamente, y como mandante, agente, contraparte, subrogado, asegurador u otros) con respecto a los bonos emitidos por los Deudores o cualquier agencia del Estado Libre Asociado, o con respecto a cualquier fiduciario, agencia de garantías, síndico concursal, agente fiscal y cualquier banco que perciba o mantenga en depósito fondos vinculados con dichos bonos, y tanto si dicha reclamación u otros derechos de tal entidad está afectada en virtud del Plan como si no —y, de estar afectada tanto si dicha Entidad aceptó el Plan como si no—, (v) cualquier otra entidad, y (vi) cada uno de los respectivos herederos, sucesores, cesionarios, fiduciarios, albaceas, administradores, funcionarios, consejeros, agentes, representantes, apoderados, beneficiarios o tutores de cualquiera de los citados; <u>aunque siempre en el bien entendido</u> de que los compromisos y acuerdos establecidos en el Plan y en la Orden de

confirmación con respecto a la prioridad de los Nuevos Bonos GO y los ICV previstos en la Ley PROMESA, la Constitución del Estado Libre Asociado y otras leyes vigentes no serán vinculantes para ninguna parte interesada (incluyendo cualquier sucesora de la Junta de Supervisión) en un posterior procedimiento del Título III (o cualquier otro procedimiento de insolvencia).

Fecha: 21 de octubre de 2022
       San Juan, Puerto Rico

/s/ Martin J. Bienenstock

Martin J. Bienenstock (admitido *pro hac vice*)
Brian S. Rosen (admitido *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Abogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*

/s/ Hermann D. Bauer

Hermann D. Bauer, Esq.
USDC Nº 215205
**O'NEILL & BORGES LLC**
250 Avenida Muñoz Rivera, Suite 800
San Juan, P.R. 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Coabogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*