UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

    Debtors.[1]

---------------------------------------------------------------------------x

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Jointly Administered)

### ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court on the *Avoidance Actions Trustee's Omnibus Motion to Lift Litigation Stay in Selected Avoidance Actions* (Dkt. No. 23293 in Case No. 17-3283) (the "Omnibus Motion"), as it relates to two (2) of Mediated Actions[2] listed in Appendix I and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Omnibus Motion.

Rosso Action listed in Appendix II. The Court hereby sets the following briefing schedule on the Omnibus Motion:

1. Any oppositions to the Omnibus Motion shall be filed on or before **February 6, 2023**;

2. Any replies to the Omnibus Motion shall be filed on or before **February 13, 2023**;

3. The Court will thereafter take the Omnibus Motion on submission unless the Court orders otherwise.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: January 23, 2023

## APPENDIX I

## MEDIATED ACTIONS

| | |
|---|---|
| 19-00062 | Drivetrain LLC v. Apex General Contractors LLC |
| 19-00063 | Drivetrain LLC v. GF Solutions, INC. |

**APPENDIX II**

**ROSSO ACTION**

| 19-00239 | Drivetrain LLC v. Rosso Group, INC. |
|---|---|

4