**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No.** _____<br><br>(Jointly Administered) |

**ORDER GRANTING URGENT CONSENSUAL
MOTION FOR EXTENSION OF DEADLINES**

Upon the *Urgent Consensual Motion for Extension of Deadlines* [ECF No. _____] (the "Extension Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Extension Motion is in the best interests of the Commonwealth and Movants; and the Court having found that the Commonwealth provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

[2]   Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

reviewed the Extension Motion; and the Court having determined that the factual bases set forth

in the Extension Motion establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.  The Extension Motion is granted as set forth herein.

2.  The deadline to respond to the Motion shall be extended to **February 22, 2023**.

3.  The deadline for Movants to file a reply shall be extended to **March 1, 2023**.

4.  The Court will thereafter take the Motion on submission, unless the Court determines

    that a hearing is necessary.


Dated: _____, 2022


_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE