# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION

To the Honorable United States District Court Judge Laura Taylor Swain:

Now Come, ICPR Junior College (Claim 5130), hereinafter referred to as "ICPR", who claims rent due by the Commonwealth of Puerto Rico, herein represented by its undersigned attorney and states, and prays as follows:

1. In compliance with the January 13, 2023, Order Regarding Procedures for Hearing on February 1-2, 2023, Omnibus Hearing, ICPR submits its Party Exhibit Cover Sheet. Copies of the five (5) exhibits identified in the Cover Sheet are included with this motion.

WHEREFORE, in view of the above, it is respectfully requested that this Honorable Court accept the above stated information as in compliance with the January 13, Order.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on January 24, 2023.

                              s/ JAIME BRUGUERAS
                              USDC 120809
                              MUÑOZ BENITEZ BRUGUERAS & CRUZ
                              P.O. Box 191979
                              San Juan, Puerto Rico 00919-1979
                              Tel. (787) 751-9040
                              Fax (787) 751-0910
                              jbrugue@mbbclawyers.com