<u>**Exhibit B**</u>

**June 3 Termination Notice**

**COMMONWEALTH OF PUERTO RICO**
*OFICINA DE GERENCIA DE PERMISOS*
[PERMIT MANAGEMENT OFFICE]

June 3, 2014

Dr. Olga E. Rivera Velazco
CEO
Instituto Comercial de Puerto Rico, Inc.
PO Box 190394
San Juan, Puerto Rico, 00919-0304

**Ref.: Lease Agreement Number 2014-000011**
**Lease for the premises of the Regional Office in Arecibo**

Dear Dr. Rivera,

On November 22, 2013, the Permits Management Office (OGPe) signed lease agreement number 2014-000011, by means of which it leased out a unit owned by your organization, located at Carr. Núm 2, Km 80.4, in the municipality of Arecibo, Puerto Rico. The term of the lease was five (5) years, commencing on December 1, 2013.

Due to the fiscal circumstances facing the Government of Puerto Rico and following an amendment to the Law that created the Agency, we have been forced to reduce our operating costs. To that end, proposals were requested for the relocation of the Regional Office to a smaller and more cost-effective location.

Clause XV "Termination" of the agreement states that either party can terminate the agreement by giving the other party advance written notice of one hundred and twenty (120) days. Those days will be counted from the date shown in this letter.

In light of the above and in accordance with the provisions of that clause, we hereby give official notice that we will keep the leased unit until October 1, the date on which the 120 days expire. We would like to thank you for allowing us to run our Regional Office in Arecibo from those premises over the last few years.

Kind regards,

[Signature: illegible]
Alberto Lastra Power
CEO

| Centro Gubernamental Roberto Sánchez Vilella<br>Edif. Norte, Piso 13<br>Ave. De Diego, Pda. 22<br>Santurce, PR 00940<br>787-721-8282 | Alberto Lastra Power,<br>Architect<br>CEO | <br>Oficina de Gerencia de Permisos |





ESTADO LIBRE ASOCIADO DE
PUERTO RICO
OFICINA DE GERENCIA DE PERMISOS

3 de junio de 2014

Dra. Olga E. Rivera Velazco
Presidenta / CEO
Instituto Comercial de Puerto Rico, Inc.
PO Box 190394
San Juan, Puerto Rico, 00919-0304

Ref: Contrato Número 2014-000011
Arrendamiento de local Oficina Regional de Arecibo

Estimada doctora Rivera:

El 22 de noviembre de 2013, la Oficina de Gerencia de Permisos (OGPe) formalizó el contrato 2014-000011. Mediante el cual, la OGPe arrendó un local su propiedad ubicado en la Carr. Núm 2, Km 80.4, en el Municipio de Arecibo, Puerto Rico. La vigencia sería por un término de cinco (5) años a partir del 1ro. de diciembre de 2013.

Debido a las circunstancias fiscales que atraviesa el Gobierno de Puerto Rico, así como a la enmienda a la Ley que crea a la Agencia, nos hemos visto en la obligación de reducir gastos operacionales. Por tal razón, se solicitaron propuestas para reubicar la Oficina Regional a un local más pequeño y económico.

En la cláusula XV. "Resolución" del contrato, se establece que ambas partes podrán dar por terminado este contrato, mediante notificación escrita a la otra parte con ciento veinte días (120) de antelación. Los cuales comenzarán a contarse a partir de la fecha de esta comunicación.

Por lo antes expuesto y en cumplimiento con lo estipulado en dicha cláusula, le informamos de forma oficial, que mantendremos el local arrendado hasta el 1 de octubre, fecha en que se cumplen los 120 días. Agradecemos la oportunidad de habernos permitido mantener, durante los pasados años, las facilidades de nuestra Oficina Regional de Arecibo en dicho local.

Cordialmente,

Alberto Lastra Power
Director Ejecutivo

Centro Gubernamental Roberto Sánchez Vilella
Edif. Norte, Piso 13
Ave. De Diego, Pda. 22
Santurce, PR 00940
787-721-8282

Arq. Alberto Lastra Power
Director Ejecutivo

Oficina de Gerencia de Permisos