**Exhibit E**
**Clause 16 of the OGPE-ICPR Lease**

VI. Applicable Law: The validity and interpretation of this agreement shall be subject to the interpretation of the Laws of the Commonwealth of Puerto Rico as well as the applicable federal regulations and shall be interpreted in accordance therewith.