UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------x
:
In re: :
: PROMESA
THE FINANCIAL OVERSIGHT AND : Title III
MANAGEMENT BOARD FOR PUERTO RICO, :
: Case No. 17-BK-3283 (LTS)
as representative of :
: (Jointly Administered)
THE COMMONWEALTH OF PUETO RICO, *et al.*, :
:
Debtors.[1] :
------------------------------------------------------------------------x

## APPLICATION AND ORDER FOR *PRO HAC VICE*

COMES NOW, Pedro A. Jimenez, <u>Applicant</u> herein, and respectfully states:

1. Applicant is an attorney and a member of the law firm of Paul Hastings LLP, with offices at:

| | |
|---:|---|
| Address: | 200 Park Avenue, New York, NY 10166 |
| Email: | pedrojimenez@paulhastings.com |
| Telephone No.: | (212) 318-6790 |
| Fax No.: | (212) 230-7790 |

2. Applicant will sign all pleadings with the name <u>Pedro A. Jimenez</u>.

3. Applicant has been retained as a member of the above-named firm by the Official

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Committee of Unsecured Creditors for all Title III Debtors (other than COFINA and PBA) to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1998, Applicant has been and presently is a member in good standing of the highest court of Florida, where Applicant regularly practices law. Applicant's Florida Bar license number is 153265. Since 2006, Applicant has been and presently is a member in good standing of the highest court of New York, where Applicant regularly practices law. Applicant's New York Bar license number is 4448130.

5. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| United States District Court for the Southern District of Florida | 1998 |
| United States District Court for the Southern District of New York | 2006 |
| United States Court of Appeal for the 2nd Circuit | 2022 |

6. Applicant is a member in good standing of the bars of the bars listed above.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has not filed *pro hac vice* admissions in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with Applicant in this matter is:

| Name: | Juan J. Casillas Ayala |
| --- | --- |
| USDC-PR Bar No.: | 218312 |
| Address: | El Caribe Office Building, 53 Palmeras St., Ste. 1601, San Juan, PR 00901 |

| | | |
|---|---|---|
| | Email: | jcasillas@cstlawpr.com |
| | Telephone No.: | (787) 523-3434 |
| | Fax No.: | (787) 523-3433 |

11. Applicant has read the local rules of this court and will comply with the same.

12. In addition, Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is a attached hereto in the form of a check or money order payable to "Clerk, US District Court".

**WHEREFORE,** Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: January 23, 2023.

_____
Pedro A. Jimenez

**I HEREBY CERTIFY**, pursuant to Local Rule 83(A)(f), that I consent to the designation of local counsel of record for all purposes.

Date: January 23, 2023.

_____
Juan J. Casillas-Ayala, Esq. (USDC-PR 218312)
**CASILLAS, SANTIAGO & TORRES LLC**
Caribe Office Building
53 Palmeras St., Ste. 1601
San Juan, PR 00901
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
*Counsel to the Official Committee of Unsecured Creditors*

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all attorneys and interested parties registered to receive electronic notification on this matter, and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

Date: January 23, 2023.

_____
Pedro A. Jimenez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x
:
In re: :
: PROMESA
THE FINANCIAL OVERSIGHT AND : Title III
MANAGEMENT BOARD FOR PUERTO RICO, :
: Case No. 17-BK-3283 (LTS)
as representative of :
: (Jointly Administered)
THE COMMONWEALTH OF PUETO RICO, *et al.*, :
:
Debtors.[1] :
---------------------------------------------------------------------x

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice* of Michael A. Friedman, orders that:

\_\_\_\_\_ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_\_ The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_ day of _____ 202\_\_ .

_____
HON. LAURA TAYLOR SWAIN
U.S. District Judge

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).