**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                  Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

<u>**CERTIFICATE OF SERVICE**</u>

      I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

      On January 19, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via First Class Mail on the ACR CW Notice Parties Service List attached hereto as **Exhibit B**.

      On January 19, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit C**, to be served via First Class Mail on the ACR ERS Notice Parties Service List attached hereto as **Exhibit D.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On January 19, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit E**, to be served via First Class Mail on the ACR Public Letter Notice Parties Service List attached hereto as **Exhibit F**.

On January 19, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit G**, to be served via First Class Mail on the ACR Tax Notice Parties Service List attached hereto as **Exhibit H**.

Dated: January 23, 2023

/s/ Nicholas Vass
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 23, 2023, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 66676

**<u>Exhibit A</u>**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

19 de enero de 2023

**Re:**   **Reclamación Núm.            - REQUIERE RESPUESTA/ FAVOR COMPLETAR
REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Estado Libre Asociado de Puerto Rico** y registrada(s) por Kroll como Evidencia de Reclamación Núm.            (la "Reclamación").

El            , los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones estan disponibles en la pagina electronica de Kroll: https://cases.ra.kroll.com/puertorico/

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 18 de febrero de 2023 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internanciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

January 19, 2023

**Re: Claim No.                  - RESPONSE REQUIRED**
               **COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                against
**the Commonwealth of Puerto Rico** and logged by Kroll as Proof of Claim No.
(the "Claim").

On                , the Debtors transferred your Claim into the
Administrative Claims Reconciliation ("ACR") process. This means that your
Claim will be resolved using the Commonwealth's existing administrative
processes. Specifically, your claim will be resolved by ERS using the Pension/Retiree
Procedures, as described in the order authorizing the ACR process [Case No. 17-
bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you
have provided. Based on the information you have provided, it appears that your Claim
is only asserting your right to receive your pension and nothing else. It does not appear that
you dispute the amount of the pension payments you are receiving or can expect to
receive upon your retirement. You can determine the pension payment amount
ERS presently expects you will receive by consulting your most recent pension benefit
statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of
your pension or whether you have any independent claim against ERS unrelated to
your right to pension benefits. Please confirm whether or not you dispute the amount of
your pension or have an independent claim unrelated to your pension benefits by
completing the box marked

---

[1] Copies of all pleadings are available on Kroll's website,

https://cases.ra.kroll.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before February 18, 2023 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

### FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO_____**

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

**_____** Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

<div style="border:1px solid black; padding:10px;">

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO _____

\_\_\_\_\_   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No. _____ and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

\_\_\_\_\_   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No. _____ or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____

**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

</div>

3

**<u>Exhibit B</u>**

Exhibit B

ACR CW Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 2899149 | CRUZ RODRIGUEZ, SHEILA | CALLE ISABEL SEGUNDA M-13 | | ARECIBO | PR | 00612 |
| 2733433 | HUERTAS ACEVEDO, BRENDA L | URB COSTA NORTE | 118 CALLE PALMAS | HATILLO | PR | 00659 |
| 2909630 | Lopez Baez, Sonia N | HC 06 Box 4218 | | Coto Laurel, | PR | 00780 |
| 2909630 | Lopez Baez, Sonia N | HC 06 Box 4218 | | Coto Laurel, | PR | 00780 |
| 2094469 | MARCHAND CASTRO, MARISOL | PASEO LAS BRISAS | CALLE IBIZA 67 | SAN JUAN | PR | 00926 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit C</u>**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

19 de enero de 2023

**Re:    Reclamación Núm.            - REQUIERE RESPUESTA/ FAVOR COMPLETAR**
**REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s)
cual(es) fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s)
por Kroll como Evidencia de Reclamación Núm.            (la "Reclamación").

El            , los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés,
o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los
procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En
específico, su Reclamación se resolverá por la Administración de Sistemas de
Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según
descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm.
12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto
con cualquier documentación suplementaria que usted haya proporcionado. Basado en la
información provista por usted, aparenta que su Reclamación solo afirma su derecho a
recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté
impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en
el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la
pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta
de su estado de cuenta de pensión más reciente.

---
[1] Copias de todos los escritos, alegaciones y mociones estan disponibles en la pagina electronica de Kroll:
https://cases.ra.kroll.com/puertorico/

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 18 de febrero 2023 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@ra.kroll.com,, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internanciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

January 19, 2023

**Re: Claim No.              - RESPONSE REQUIRED**
            **COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                against
**The Employees Retirement System** and logged by Kroll as Proof of Claim No.
the "Claim").

On                ,   the   Debtors   transferred   your   Claim   into   the
Administrative Claims Reconciliation ("ACR") process.   This means that your Claim
will   be   resolved   using   the   Commonwealth's   existing   administrative   processes.
Specifically, your claim will be resolved by ERS using the Pension/Retiree Procedures,
as described in the order authorizing the ACR process [Case No. 17-bk-3283, ECF No.
12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that
you have provided.   Based on the information you have provided, it appears that your
Claim is only asserting your right to receive your pension and nothing else.   It does not
appear that you dispute the amount of the pension payments you are receiving or
can expect to receive upon your retirement.   You can determine the pension
payment   amount   ERS presently expects you will receive by consulting your most recent
pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount
of your pension or whether you have any independent claim against ERS unrelated to
your right to pension benefits.   Please confirm whether or not you dispute the amount of
your pension or have an independent claim unrelated to your pension benefits by
completing the box marked

---

[1] Copies of all pleadings are available on Kroll's website,

https://cases.ra.kroll.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.   If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before February 18, 2023 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

### FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO**_____

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

**_____** Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

<u>**INFORMATION REQUEST FORM**</u>

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

<div style="border:1px solid black; padding:10px;">

<u>**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO**</u>  _____

_____   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.            and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

<u>**OR**</u>

_____   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.            or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

</div>

3

**<u>Exhibit D</u>**

Exhibit D

ACR ERS Notice Parties Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 31707 | Candelario Baez, Wanda | Duplex A | Calle Robles Y-23 | Catano | PR | 00962-0000 |
| 5171746 | Candelario Baez, Wanda | Urb Caribe Gardens | I-15 Clorquidea | Caguas | PR | 00725 |
| 2137490 | OCASIO JIMENEZ, WALLACE R | GOLDEN COURT II | 155 ARTERIAL HOSTOS APT 271 | SAN JUAN | PR | 00918-8299 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit E</u>**

**Responda a esta carta el 8 de febrero de 2023 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before February 8, 2023 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

19 de enero de 2023

Re:     Reclamación Núm.                    - <u>REQUIERE RESPUESTA</u>

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con cualquier documento en apoyo a su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico  PRACRprocess@ra.kroll.com; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.** Si tiene alguna pregunta respecto a esta carta, favor enviar un correo electrónico a acr@aafaf.pr.gov.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

787.722.2525        contact@aafaf.pr.gov        aafaf.pr.gov

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

January 19, 2023

**Re:     Claim No.                  - <u>REQUIRES RESPONSE</u>**

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority
("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico
("Government") in the Title III proceedings under PROMESA[1]. You are receiving this
communication because you filed the referenced Proof of Claim ("Claim") in the Title III
Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight
and Management Board ("FOMB") transferred your Claim to the Administrative Claims
Resolution Process ("ACR") in order to resolve the Claim using the existing administrative
procedures in the Government. The purpose of this letter is to notify that the
information provided by you to date is not sufficient for the government entity you work
for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the
attached form along with any supporting documentation in which you describe in detail
the nature of your Claim. In your response, you should include, without limitation: (1)
telephone number where you can be contacted; (2) employee number; (3) social
security number; (4) if your claim is/has been subject of an administrative or judicial
process, provide the case file number; and (5) any document that supports your Claim.
If you have a pending administrative or judicial case, please so indicate. If, to the
contrary, the case is closed, please provide a copy of the final resolution or final
judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  |  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



# GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**Please send the completed form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to  PRACRprocess@ra.kroll.com,** or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim.** Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

 787.722.2525        contact@aafaf.pr.gov        aafaf.pr.gov

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.*                          *Creditor Name:*

| | |
|---|---|
| (1)  Nombre Completo | |
| (2)  Número de teléfono | |
| (3)  Número de empleado | |
| (4)  Agencia para la cual trabaja(ó) y fecha.      Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | |
| (5)  Correo electrónico | |
| (6)  Número de seguro social (últimos cuatro dígitos) | |
| (7)  Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8)  Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

*** Attach any supporting documentation you may have related to your claim. ***

EMPLOYEE RESPONSE LETTER

*Claim No.*                                    *Creditor Name:*

| | |
|---|---|
| (1)  Full Name | |
| (2)  Telephone Number | |
| (3)  Employee Number | |
| (4)  Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5)  Personal Email Address | |
| (6)  Social Security Number (last four digits). | |
| (7)  Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8)  Describe in detail the nature and basis of your Claim.  **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

**<u>Exhibit F</u>**

Exhibit F
ACR Public Letter Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 266791 | ALICEA VIROLA, VANESSA | URB ALTA VISTA | Q 17 CALLE 19 | | PONCE | PR | 00716 |
| 3875418 | Almodovar Rodriguez, Ricardo | Urb. Villa Grillasca 812 Calle Biaggi | | | Ponce | PR | 00717-0568 |
| 3179382 | Arzola Caraballo, Luis E. | HC 2 Box 8168 | | | Guayanilla | PR | 00656-9724 |
| 3597458 | BATIZ RODRIGUEZ, ANGEL M. | URB. JARDINES DEL CARIBE | 31 EE10 | | PONCE | PR | 00728 |
| 3856042 | Berdiel Lopez, Blanca I. | 69-Fco-Piertri. Urb Los Maestros | | | Adjuntas | PR | 00601 |
| 3483369 | Berrocales Moreno, Ivelisse | Box 272 | | | Sabana Grande | PR | 00637 |
| 421870 | BURGOS CRUZ, HILDA M | PO BOX 2180 | | | FAJARDO | PR | 00738-2180 |
| 3088392 | Caceres Morales, Jose A | PO Box 1344 | | | Arroyo | PR | 00714 |
| 1779425 | Caceres Morales, Jose A | PO Box 60 | | | Arroyo | PR | 00714 |
| 3088394 | Caceres Morales, Jose A | Urb.Brisas de Mar casa I-6 Calle Abraham | | | Arroyo | PR | 00714 |
| 346468 | Calzada Millan, Onesimo | Urb Villa Carolina | Bloq 122 20 Calle 63 | | Carolina | PR | 00984 |
| 2003305 | CARDOZA MARTINEZ, JOSE | REPTO MONTELLANO | I18 CALLE A | | CAYEY | PR | 00736-4104 |
| 3700070 | CENTENO ALVARADO, RAFAEL | E38 CALLE 8 | ALTURAS DE PENUELAS III | | PENUELAS | PR | 00624 |
| 3103276 | Chaparro Villanue, Sandra I | URB. Villa De La Pradera | 188 Calle Zorzal | | Rincon | PR | 00677 |
| 1352740 | Colon Font, Wanda I. | HC 03 BOX 6328 | | | Humacao | PR | 00791 |
| 3188305 | Corales Pagan, Ivis A. | 426 Monte Sol Calle Maria E Vazquez | | | Juana Diaz | PR | 00795 |
| 3188255 | Corales Pagan, Ivis A. | PO Box 5 | | | Juana Diaz | PR | 00795 |
| 1239827 | CRESPO PEREZ, EFRAIN | PO BOX 1050 | | | ADJUNTAS | PR | 00601 |
| 4007147 | CRUZ ARCE, EVELYN | HC-3 Box 4664 | | | Adjuntas | PR | 00601 |
| 3083615 | Cruz Rodriguez, Litza M | Calle 44 Blg 2 #55 Urb. Royal | | | Bayamon | PR | 00956 |
| 3173400 | Cruz Rodriguez, Litza M | Departamento de la Familia | Ave. de Diego #124 Urb. la Rivera | | San Juan | PR | 00921 |
| 1323942 | DIAZ AVILES, ORLANDO | HC 3 BOX 11992 | | | COROZAL | PR | 00783 |
| 3138645 | DURAN CABAN, PALACIN | HC 8 BOX 1321 | | | PONCE | PR | 00931-9707 |
| 2305095 | FIGUEROA TORRES, ALEXIS | PO BOX 616 | | | VILLALBA | PR | 00766 |
| 4123026 | FRANCIS DONGLES, BEVERLY | CALLE MANGO #3 | | | CAGUES | PR | 00725 |
| 2862022 | Francisco Toro De Osuna Viviana Velez Perez Comm Prop | 28 Urb Ext. Quintas Santa Maria | | | Mayaguez | PR | 00682 |
| 2940297 | Garcia Morales, Victor R | URB La Planicie | Calle 5 F-21 | | Cayey | PR | 00736 |
| 3969575 | Gonzalez Gonzalez, Norberto | H5 7 Bo: Guayabal | | | Juana Diaz | PR | 00795 |
| 4055893 | Gonzalez Gonzalez, Norberto | HC-05 Box 13577-9515 | | | Juana Diaz | PR | 00795 |
| 3807911 | Gonzalez Quirindongo, Efrain | HC03 Box 11056 | | | Juana Diaz | PR | 00795 |
| 4190911 | Hernandez Cruz, Nelson | Com Caracoles 3 Buzon #1310 | | | Penuelas | PR | 00624 |
| 3083338 | Lebron Flores, Amanlys | Urb. Villa Ana Calle Roberto Mojica D-15 | | | Juncos | PR | 00777 |
| 4056675 | Lera Vega, Lydia E | B-2 Calle 8 Urb. Jardines | | | SANTA ISABEL | PR | 00757 |
| 4069172 | Lira Vega, Lydia Esther | B-2 Calle 8 Urb Jardines | | | Sante Isabel | PR | 00757 |
| 4015936 | Lopez Lopez, Arturo | HC 2 Box 6718 | | | Adjuntas | PR | 00601 |
| 2132375 | LOZA RUIZ, SYLKIA | PO BOX 315 | | | YABUCOA | PR | 00767 |
| 1351329 | Maldonado Marquez, Vilma R | BO Daguao | Box 146 | | Naguabo | PR | 00718 |
| 3844406 | Maldonado Martinez, Nestor C | Urb. Alturas de Penuelas II | Calle 5-E 14 | | Penuelas | PR | 00624 |
| 3740890 | Maldonado Negron, Felix L | Hacienda El Mayoral #12532 | | | Villalba | PR | 00766 |
| 3032528 | MARCIAL TORRES, MARITZA | Agent | Policia de Puerto Rico | Urb. Arroyo del Mar Calle Caribe #127 | Arroyo | PR | 00714 |
| 459730 | MARCIAL TORRES, MARITZA | PO BOX 1418 | | | ARROYO | PR | 00714 |
| 3993591 | MARTINEZ RIVAS, ADA J | PO BOX 772 | | | ARROYO | PR | 00714 |
| 3993699 | MARTINEZ RIVAS, ADA J | URB PORTAL DE ANCENES | CALLE 6 E 11 | | ARROYO | PR | 00714 |
| 3837167 | MARTINEZ TORRES, JOSE MARTIN | 64 ROBUSTIANA HACIENDA JULIANA | | | COTO LAUREL | PR | 00780-2654 |
| 2415322 | MARTY TROCHE, HIRAM L | 48 CALLE SALVADOR BRAU | | | CABO ROJO | PR | 00623 |
| 3776195 | Medina Santiago, Jose Ogaden | B-8 Calle of Mapola | | | Adjuntas | PR | 00601-2408 |
| 4066274 | Medina Toro, Anatilde | Urb. Hamboyanos | 1604 Cale Lilas | | Ponce | PR | 00716-4612 |
| 3052040 | Miranda Ortiz , Ana Delia | Calle 1 A-10 Urbanizacion Quintas de Country Club | | | Carolina | PR | 00982 |
| 3109126 | Miranda Ortiz , Ana Delia | Departamento de la Familia - ADFAN | Avenida De Diego I 1124, Urb. la Riviera | | San Juan | PR | 00921 |
| 3291630 | Montalvo Diaz, Raul | Bo Puerto Plan Carr: 144 | | | Int. Jayuya | PR | 00664 |
| 3141215 | Montalvo Diaz, Raul | PO Box 1156 | | | Jayuya | PR | 00664 |
| 3497590 | Montalvo Velez, Danilo | 45 Calle San Blas | | | Lajas | PR | 00667 |
| 3624762 | MORALES CORDERO, ROBERTO | HC 63 BOX 3450 | | | PATILLAS | PR | 00723-9639 |
| 2889318 | Morales Irizarry, Jose | Carretera 300 K.2.3 | | | Cabo Rojo | PR | 00623 |
| 162312 | Morales Irizarry, Jose | Hc 01 Box 8447 | | | Cabo Rojo | PR | 00623 |
| 4059738 | Morales Ruiz, Maria del C | Apt 533 | | | Patillas | PR | 00723 |
| 4059758 | Morales Ruiz, Maria del C | Urb Valle Alto Calle 5 D2 | | | Patillas | PR | 00723 |
| 3519126 | MORLAES PEREZ, WANDA I. | PO BOX 63 | | | CASTAÑER | PR | 00631 |
| 3653201 | NAZARIO AVILES, LUIS | URB ESTANCIAS DEL RIO | CALLE GUAMANI | #424 | HORMIGUEROS | PR | 00660 |
| 2141396 | NAZARIO TORRES, WILSON | PO BOX 821 | | | LAJAS | PR | 00667 |
| 4042184 | Negron De Jesus, Angel L. | Parcelas Niagarra | Calle Diamante #14 | | Coamo | PR | 00769 |
| 2923239 | NEGRON ROMAN, HECTOR | HC 15 BOX 15954 | | | HUMACAO | PR | 00791 |
| 3404828 | Pagan Pacheco, Anderson | P.O. Box 11218 Fdez. Juneos Slaten | | | San Juan | PR | 00910 |
| 3131251 | Pagan Pacheco, Anderson | PO Box 3169 | Valle Arriba Height | | Carolina | PR | 00984 |

Exhibit F
ACR Public Letter Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 3182552 | Pagan Rios, Juan Carlos | H-C 02 Box 6417 | | | Utuado | PR | 00641 |
| 3598893 | Perez Cruz, Alvin F. | Urb. Hacienda Florida Calle Cruz de Morta 171 | | | Yauco | PR | 00698 |
| 1257313 | PEREZ DE JESUS, GRISEL | URB PASEO DE SANTA BARBARA | 124 PASEO ESMERALDA | | GURABO | PR | 00778 |
| 4091664 | Perez Jimenez, Luis Daniel | Coamo Housing Edif. 1 Apt 4 | | | Coamo | PR | 00769 |
| 4048828 | PLAZA TOLEDO, OMARIS | HC-1 BOX 3605 | | | ADJUNTAS | PR | 00601 |
| 4052236 | Ramirez-Alvarez, Lydia C. | Urb Estancias del golf 798 | | | Ponce | PR | 00730 |
| 4007522 | Rentas Vargas, Edgardo | HC03 Box 12038 | | | Juana Diaz | PR | 00795 |
| 3690454 | Rentas Vargas, Orlando | PMB 137 PO Box 6004 | | | VILLALBA | PR | 00766 |
| 3397863 | Rivas Fernandez, Maria M. | Apdo 141165 | | | Arecibo | PR | 00614-1165 |
| 3223377 | Rivas Fernandez, Maria M. | Apto. 141165 | | | Arecibo | PR | 00614-1165 |
| 3888098 | RIVERA DOMINGUEZ, OSVALDO | HC 03 BOX 10746 | | | JUANA DIAZ | PR | 00795 |
| 2407549 | RIVERA ORTIZ, HAYBED | HC-63 BOX 3614 | | | PATILLAS | PR | 00723 |
| 3025307 | Rivera Valentin, Edda J | P.O. Box 956 | | | Guayama | PR | 00785 |
| 3034295 | Rivera Valentin, Edda J | Policia de Puerto Rico | Urb. Ciudad Universitaria Calle Gaviota K8 | | Guayama | PR | 00784 |
| 3603208 | Roche Rodriguez, Luis F | Carr 512 KM 0.01 Barrio Cayabo | | | Juana Diaz | PR | 00795 |
| 3603272 | Roche Rodriguez, Luis F | HC-03 Box 12634 | | | Juana Diaz | PR | 00795 |
| 537224 | RODRIGUEZ CHAPARRO, MARIA | MSC 784 | PO BOX 5000 | | AGUADA | PR | 00602 |
| 3184184 | RODRIGUEZ GALARZA, CARLOS M | HC- 03 BOX 14242 | | | Yauco | PR | 00698 |
| 3113261 | RODRIGUEZ GALARZA, CARLOS M | HC-03 BOX 1442 | | | YAUCO | PR | 00698 |
| 3472082 | Rodriguez Morales , Riesner Gregorio | Carr 392 KM 0.9 | Cerro Alto | | Lajas | PR | 00667 |
| 3472097 | Rodriguez Morales , Riesner Gregorio | HC 03 Box 17358 | | | Lajas | PR | 00667 |
| 225195 | Rodriguez Rivera, Gimary | BO Daguado | 179 Q | | Naguabo | PR | 00718 |
| 3433202 | Romero Garcia, Mercedes | PO Box 482 | | | Toa Alta | PR | 00954 |
| 2335696 | ROSARIO GOMEZ, DAMARYS | HC 1 BOX 4446 | | | NAGUABO | PR | 00718-9716 |
| 2969234 | Ruiz Rivera, Sharon Enid | Mansiones Del Caribe #28 | | | Humacao | PR | 00791 |
| 3613048 | SANCHEZ GONZALEZ, JOSE R | HC 1 BOX 7701 | | | SAN GERMAN | PR | 00683 |
| 4152683 | SANCHEZ GONZALEZ, JOSE R | PORCELAS MINILLAS #43 | | | SAN GERMAN | PR | 00683 |
| 1265033 | SANTANA SANTANA, IRMA DORIS | URB. BONNEVILLE HEIGHTS | 4 CALLE LAJAS | | CAGUAS | PR | 00727 |
| 3431502 | Santana Vargas, Johnny | 9038 Calle Pascua Bena Ventura | | | Mayaguez | PR | 00680 |
| 3803412 | Santiago Cavoni, Rafael | Estarus de Yauco | | | Yauco | PR | 00698 |
| 3726556 | Santiago Hernandez, Delba I | PO Box 1048 | | | Adjuntas | PR | 00601 |
| 3892177 | SANTIAGO HERNANDEZ, MARIA DELOS A. | PO BOX 1048 | | | ADJUNTAS | PR | 00601 |
| 3179725 | Santiago Rodriguez, Serafin | Jardiros D-8 Calle 6 | | | Santa Isabel | PR | 00757 |
| 3096867 | Santiago Sanchez, Yajaira | Clvenus S.A. 27 Levittville, | | | Levittown | PR | 00949 |
| 3371955 | Santiago Sanchez, Yajaira | Depto. Fam. - ADFAN | Ave. De Diego #124 Urb. La Riviera | | San Juan | PR | 00921 |
| 2617170 | SANTIAGO SANTIAGO, EDGARDO L | HC 04 BOX 12608 | | | YAUCO | PR | 00698 |
| 2903526 | SANTIAGO SANTIAGO, EDGARDO L | HC-04 BOX 12158 | | | YAUCO | PR | 00698 |
| 3179623 | Santos Rodriguez, Jose A | HC 2 Box 5904 | | | Guayanilla | PR | 00656 |
| 3179643 | Santos Rodriguez, Jose A | Res Padre Nazario | Edif-4 Apt 24 | | Guayanilla | PR | 00656 |
| 247044 | SANTOS RODRIGUEZ, MADELINE | RESD. PADRE NAZARIO | EDIF. 12 APT. 93 | | GUAYANILLA | PR | 00656 |
| 564654 | SANTOS RODRIGUEZ, YANIRA | URB. VISTAS DEL PALMAR | CALLE E L-9 | | YAUCO | PR | 00698 |
| 3433111 | Silva Bernier, Jose V. | P.O. Box 1703 | | | Guayama | PR | 00785 |
| 3656392 | Sotomayor Torres, Frank R L | PO Box 1562 | | | Santa Isabel | PR | 00751 |
| 3153159 | Torres Casablanca, Mayra | P O BOX 1460 | | | SAN SEBASTIAN | PR | 00685 |
| 3151806 | TORRES CASABLANCA, MAYRA | PO BOX 1460 | | | SAN SEBASTIAN | PR | 00685 |
| 4132134 | Torres Guadalupe, Jose L. | Barrio Santo Domingo Sector Saballo | Apartado 302 | | Penuelas | PR | 00624 |
| 4072564 | Torres Labry, Maria M. | Aptdo 552 | | | Patillas | PR | 00727 |
| 4137117 | Torres Labry, Maria M. | Buena Vista #613 Calles | | | Camuy | PR | 00714 |
| 2003703 | TORRES VEGA, JOSE D | URB LA VEGA | 204 CALLE PRINCIPAL | | VILLALBA | PR | 00766-1723 |
| 2121912 | VAZQUEZ DIAZ, RICARDO | ST ISIDRA III | CALLE B A 22 | | FAJARDO | PR | 00738 |
| 3078149 | Vazquez Herrera, Danya J. | HC 02 BOX 8525 | | | BAJEDERO | PR | 00616 |
| 3148932 | Vega Rivera, Jesus E | AK-2 Calle 49 | Urb. La Hacienda | | Guayama | PR | 00784 |
| 3151420 | Vega Rivera, Jesus E | Urb La Hacienda Calle 49 | AK 2 | | Guayama | PR | 00784 |
| 4031833 | Vega Serrano, Jose A | Bario Barivas Sector Lima HC-3 Box 13886 | | | Yauco | PR | 00698 |
| 4076758 | Velez Cruz, Daisy | 5231 Romboidal St | | | Ponce | PR | 00731 |
| 4010079 | Velez Guzman, Pedro Luis | 28 Casa 101A Bo Singapor | | | Juana Diaz | PR | 00795 |
| 4010121 | Velez Guzman, Pedro Luis | HC.02 Box 9840 | | | Juana Diaz | PR | 00795 |
| 3238899 | VELEZ RODRIGUEZ, JOHN | HC 3 BOX 33856 | | | HATILLO | PR | 00659 |

**<u>Exhibit G</u>**

**Responda a esta carta el 8 de febrero de 2023 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before Febuary 8, 2023 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

January 19, 2023

**Re:**   **Claim No.**          - <u>REQUIRES RESPONSE</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

---

[1] [1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

# GOBIERNO DE PUERTO RICO
### Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



## GOBIERNO DE PUERTO RICO
Departamento de Hacienda

19 de enero de 2023

**Re:      Reclamación Núm.              - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico <u>PRACRprocess@ra.kroll.com</u>; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

# GOBIERNO DE PUERTO RICO

Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.

Claimant Name:

| (1) | Full Name | |
|-----|-----------|---|
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1)      Nombre completo | |
| (2)      Número de teléfono | |
| (3)      Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)      Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la  Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)      Número de seguro social de individuo/ número de seguro social patronal | |
| (6)      En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)      Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8)      Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |

**<u>Exhibit H</u>**

Exhibit H

ACR Tax Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 5165062 | Ameritrade Clearing, Inc. | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Caridad Muniz Padilla, Esq. | PO Box 70294 | | San Juan | PR | 00936-8294 |
| 5165747 | Ameritrade Clearing, Inc. | P O Box 2226 | | | | Omaha | NE | 68103-2226 |
| 5165058 | Garrido Amadeo, Maria T | Mariangely Gonzalez Tobaja | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | 208 Ponce de Leon Ave., Suite 1600 | | San Juan | PR | 00918 |
| 5166455 | Garrido Amadeo, Maria T | P.O. Box 70294 | | | | San Juan | PR | 00936-8294 |
| 5165224 | Goldman, Mark | Mariangely Gonzalez Tobaja | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | 208 Ponce de Leon Ave., Suite 1600 | | San Juan | PR | 00936-8294 |
| 5167082 | Goldman, Mark | P.O. Box 70294 | | | | San Juan | PR | 00936-8294 |
| 5165245 | Goldman, Rebecca | Mariangely Gonzalez Tobaja | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | 208 Ponce de Leon., Suite 1600 | P.O. Box 70294 | San Juan | PR | 00918 |
| 5166143 | Goldman, Stuart J. | Mariangely Gonzalez Tobaja | Adsunar Muniz Goyco Seda & Perez-Ochoa, PSC | 208 Ponce de Leon Ave., Suite 1600 | | San Juan | PR | 00918 |
| 5167086 | Goldman, Stuart J. | P O Box 70294 | | | | San Juan | PR | 00936-8294 |
| 5165346 | Jose L. Garrido Tobaja and Iraida Amadeo Murga | Mariangely Gonzalez Tobaja | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | 208 Ponce de Leon Ave., Suite 1600 | | San Juan | PR | 00918 |
| 5166352 | Jose L. Garrido Tobaja and Iraida Amadeo Murga | P O Box 70294 | | | | San Juan | PR | 00936-8294 |
| 5165328 | Maprimar Food Corp. | Mariangely Gonzalez Tobaja | Adsuar Muñiz Goyco Seda & Perez-Ochoa, PSC | 208 Ponce de Leon Ave., Suite 1600 | | San Juan | PR | 00918 |
| 5167081 | Maprimar Food Corp. | P.O. Box 70294 | | | | San Juan | PR | 00936-8294 |
| 5165905 | William J. Murray Marital Trust | Mariangely Gonzalez Tobaja | Adsuar Muñiz Goyco Seda & Perez-Ochoa, PSC | 208 Ponce de Leon Ave., Suite 1600 | | San Juan | PR | 00918 |
| 5167101 | William J. Murray Marital Trust | P.O. Box 70294 | | | | San Juan | PR | 00936-8294 |