UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :
                                                             :    PROMESA
THE FINANCIAL OVERSIGHT AND                                  :
MANAGEMENT BOARD FOR PUERTO RICO,                            :    Title III
                                                             :
     as representative of                                    :    Case No. 17-BK-3283-LTS
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :
et al.,                                                      :    (Jointly Administered)
                                                             :
                                                             :
        Debtors.*                                            :    Court Filing Relates Only to PREPA
                                                             :
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :    Title III
     as representative of                                    :
                                                             :    Case No. 17-4780-LTS
PUERTO RICO ELECTRIC POWER                                   :
AUTHORITY (PREPA),                                           :
                                                             :
                                                             :
        Debtor.                                              :
------------------------------------------------------------ x
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :
MANAGEMENT BOARD FOR PUERTO RICO,                            :    Adv. Proc. No. 19-391-LTS
                                                             :
        Plaintiff/Counterclaim-Defendant,                    :
                                                             :
```

---

\* The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

| | |
|---|---|
| PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA, | : : : : : : : : : : : : |
| Intervenor-Plaintiffs, | : : |
| -v- | : : |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, | : : : |
| Defendant/Counterclaim-Plaintiff, | : : |
| THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC., | : : : : : : : |
| Intervenor-Defendants/Counterclaim-Plaintiffs. | : : |

-------------------------------------------------------- x

**INFORMATIVE MOTION OF FUEL LINE LENDERS
REGARDING FEBRUARY 1, 2023 OMNIBUS HEARING
<u>AND ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT</u>**

Pursuant to the Court's *Order Regarding Procedures for February 1-2, 2023 Omnibus Hearing* (Dkt. No. 23253 in Case No. 17-3283) and *Order Regarding Oral Argument on Motions for Summary Judgment* (Dkt. No. 23254 in Case No. 17-3283), the Fuel Line Lenders respectfully state as follows:

2

1.  Richard G. Mason and Emil A. Kleinhaus of Wachtell, Lipton, Rosen & Katz will appear in-person in San Juan, and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent they impact the interests of the Fuel Line Lenders in these Title III cases.

2.  Emil A. Kleinhaus will seek to be heard with respect to the Motions for Summary Judgment (as defined in Dkt. No. 23254 in Case No. 17-3283), and reserves the right to respond to any statements made by any party in connection with the Motions for Summary Judgment to extent they impact the interests of the Fuel Line Lenders in these Title III cases.

Dated: January 25, 2023

Respectfully submitted,

/s/ Nayuan Zouairabani
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225
Email: nzt@mcvpr.com

/s/ Richard G. Mason
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted (*pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
    arwolf@wlrk.com
    eakleinhaus@wlrk.com
    akherring@wlrk.com
    mhcassel@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

3

**EXHIBIT A**
**PARTY APPEARANCE SHEET**

| Name of Party | | Fuel Line Lenders |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – PR |
| | Name | Richard G. Mason |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | rgmason@wlrk.com |
| | Phone Number | 212-403-1252 |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 |
| ATTORNEY 2 | Appearance Method | In Person – PR |
| | Name | Emil A. Kleinhaus |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | eakleinhaus@wlrk.com |
| | Phone Number | 212-403-1332 |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 |
| ADDITIONAL ATTORNEY OBSERVATION 1 | Appearance Method | In Person – PR |
| | Name | Michael H. Cassel |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | mhcassel@wlrk.com |
| | Phone Number | 212-403-1047 |
| ADDITIONAL ATTORNEY OBSERVATION 2 | Appearance Method | In Person – NY |
| | Name | Amy R. Wolf |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | arwolf@wlrk.com |
| | Phone Number | 212-403-1245 |
| ADDITIONAL ATTORNEY OBSERVATION 3 | Appearance Method | In Person – NY |
| | Name | Stephanie A. Marshak |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | samarshak@wlrk.com |
| | Phone Number | 212-403-1001 |
| **Note:** Pursuant to the Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party in interest shall be limited to 2 attorneys at any given time. | | |