## **EXHIBIT A**

# EXHIBIT A

PARTY APPEARANCE SHEET

| NAME OF PARTY | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | **In-Person: San Juan Courthouse** |
| | Name | **Mark C. Ellenberg** |
| | Law Firm | Cadwalader, Wickersham & Taft LLP |
| | Email | mark.ellenberg@cwt.com |
| | Phone Number | (202) 862 2238 |
| | Docket Entry No. of Notice Of Appearance | ECF No. 138 |
| ATTORNEY 2 | Appearance Method | **In-Person: San Juan Courthouse** |
| | Name | **William J. Natbony** |
| | Law Firm | Cadwalader, Wickersham & Taft LLP |
| | Email | bill.natbony@cwt.com |
| | Phone Number | (212) 504 6351 |
| | Docket Entry No. of Notice Of Appearance | ECF No. 3676 |
| ATTORNEY 3 | Appearance Method | **In-Person: San Juan Courthouse** |
| | Name | **Thomas J. Curtin** |
| | Law Firm | Cadwalader, Wickersham & Taft LLP |
| | Email | Thomas.curtin@cwt.com |
| | Phone Number | (212) 504 6063 |
| | Docket Entry No. of Notice Of Appearance | ECF No. 141 |