**Exhibit A**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to ERS and HTA. |

**ORDER GRANTING FOUR HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO CROSS-DEBTOR DUPLICATE CLAIMS**

Upon the *Four Hundred Eighty-Sixth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Cross-Debtor Duplicate Claims* [ECF No. 21736] ("Four Hundred Eighty-Sixth Omnibus Objection")[2] filed by the Employees Retirement

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Eighty-Sixth Omnibus Objection.

System of the Government of the Commonwealth of Puerto Rico ("ERS") and the Puerto Rico Highways and Transportation Authority ("HTA," and together with ERS, the "Debtors"), dated August 5, 2022, for entry of an order disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Four Hundred Eighty-Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Eighty-Sixth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Four Hundred Eighty-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims filed against the Debtors identified in the column titled "Claims to Be Disallowed" in Exhibit A to the Four Hundred Eighty-Sixth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of claims asserted against the Commonwealth of Puerto Rico (the "Commonwealth"), for which the asserted liability would lie, if at all, against the Commonwealth, not ERS or HTA; and the Court having determined that the relief sought in the Four Hundred Eighty-Sixth Omnibus Objection is in the best interest of the Debtors and their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Eighty-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Four Hundred Eighty-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 21736 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED

Dated: _____

> _____
> Honorable Judge Laura Taylor Swain
> United States District Judge

# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Eighty-Sixth Omnibus Objection**

Four Hundred Eighty-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALBETORIO DIAZ, MARIA E<br>COOP. JARD. DE SAN IGNACIO<br>APT.1812-1<br>SAN JUAN, PR 00927 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34661 | $331.38* | ALBETORIO DIAZ, MARIA E<br>COOP. JARD. DE SAN IGNACIO<br>APT.1812-1<br>SAN JUAN, PR 00927 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 55356 | $331.38* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 2 | ALERS NIEVES, LUIS A<br>3413 CALLE MELODIA<br>ISABELA, PR 00662-5303 | 04/02/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5597 | $48,910.00* | ALLERS-NIEVES, LUIS ANTONIO<br>CALLE MELODIA 3413<br>ISABELA, PR 00662 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 43128 | $20,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 | BARRETO REYES, ANA M.<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63054 | Undetermined* | BARRETO REYES, ANA M<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 62651 | $125,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 4 | COLON TORRES, NEYSHA<br>URB EL COMANDANTE<br>872 CALLE MARIA GIUSTI<br>SAN JUAN, PR 00924 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 121773 | $16,800.00* | COLON TORRES, NEYSHA M<br>URB. EL COMANDANTE<br>872 CALLE MARIA GIUSTI<br>SAN JUAN, PR 00924 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 139753 | $16,800.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Four Hundred Eighty-Sixth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CRUZ GUZMAN, TEODORO<br>URB VILLA MADRID<br>G-IO CALLE 9<br>COAMO, PR 00769 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28289 | $300,000.00* | CRUZ GUZMAN, TEODORO<br>URB VILLA MADRID<br>G-IO CALLE 9<br>COAMO, PR 00769 | 06/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 47402 | $300,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DIAZ RODRIGUEZ, GABRIEL<br>COND TORRE ALTA PH 1<br>URUGUAY ST 274<br>SAN JUAN, PR 00917 | 06/06/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 32940 | Undetermined* | DIAZ RODRIGUEZ, GABRIEL<br>274 URUGUAY ST.<br>COND TORRE ALTA PH 1<br>SAN JUAN, PR 00917 | 06/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 31772 | Undetermined* |

Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority.

Surviving Claim # 31772 is on Omni 433 Claims To Be Reclassified from Commonwealth to HTA

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | LUNA DE JESUS, MIGUEL A<br>500 AVE NORFE APT. 1405<br>VISTA DE MONTECASINO<br>TOA ALTA, PR 00953 | 03/07/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2194 | $29,350.00* | LUNA DE JESUS, MIGUEL A<br>500 AVE. NORFE APT. 1405<br>VISTA DE MONTE CASINO<br>TOA ALTA, PR 00953 | 03/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 1858 | $19,350.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

2

## Four Hundred Eighty-Sixth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | MENDEZ GONZALEZ, ANGEL C/O MARVIN DIAZ FERRER COND VICK CENTER STE C202 867 AVE MUÑOZ RIVERA SAN JUAN, PR 00925 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90489 | $467,437.03* | MENDEZ GONZALEZ, ANGEL C/O MARVIN DIAZ FERRER COND VICK CENTERSTE C202 867 AVE. MUNOZ RIVERA SAN JUAN, PR 00925 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 86454 | $467,437.03* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | NAZARIO ACOSTA, RICARDO AVE. TITO CASTRO 609 SUITE 102 PMB-416 PONCE, PR 00716 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40049 | $75,889.24* | NAZARIO ACOSTA, RICARDO AVE. TITO CASTRO 609 SUITE 102 PMB-416 PONCE, PR 00716 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 27691 | $1,521,855.11 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | SÁNCHEZ ORTIZ, NORMA IRIS EDGARDO SANTIAGO LLORENS 1925 BLVD. LUIS A. FERRÉ URB. SAN ANTONIO PONCE, PR 00728 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28504 | $500,000.00* | SANCHEZ ORTIZ, NORMA IRIS LCDO. EDGARDO SANTIAGO LLORENS 1925 BLV. LUIS A. FERRE SAN ANTONIO PONCE, PR 00728-1815 | 06/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 37151 | $500,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Four Hundred Eighty-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | SUAREZ RAMIREZ, MARIANA<br>BOX 913<br>YAUCO, PR 00698-0913 | 06/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37398 | $20,000.00* | SUÁREZ RAMÍREZ, MARIANA<br>BOX 913<br>YAUCO, PR 00698-0913 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 39191 | $12,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

4