## Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

---

ORDER GRANTING FOUR HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CROSS-DEBTOR DUPLICATE CLAIMS

---

Upon the *Four Hundred Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* (the "Four Hundred Eighty-Seventh Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), dated August 5, 2022, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred Eighty-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Eighty-Seventh Omnibus Objection.

Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Eighty-Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Four Hundred Eighty-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims filed against the Commonwealth identified in the column titled "Claims to Be Disallowed" in <u>Exhibit A</u> to the Four Hundred Eighty-Seventh Omnibus Objection (collectively, the "<u>Claims to Be Disallowed</u>") being duplicative of claims asserted against ERS, PBA, or HTA, for which the asserted liability would lie, if at all, against ERS, PBA, or HTA; and the Court having determined that the relief sought in Four Hundred Eighty-Seventh Omnibus Objection is in the best interest of the Debtor and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Eighty-Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Eighty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

ORDERED that this Order resolves Docket Entry No. 21737 in Case No. 17-3283; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Four Hundred Eighty-Seventh Omnibus Objection**

Four Hundred Eighty-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 AGUILA GEIRING, VICKIE PO BOX 2 GARROCHALES, PR 00652 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 83123 | Undetermined* | AGUILA GEIRING, VICKIE CO NORA MOLINA CRUZ PO BOX 2795 ARECIBO, PR 00613-2795 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70430 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. Surviving Claim # 70430 is on Omni 337 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 2 CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJAGUA FAJARDO, PR 00738 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 137110 | Undetermined* | CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJASUA II FAJARDO, PR 00738 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143774 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 COLON CRUZ, JOSE PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 32443 | $17,500.00* | COLON CRUZ, JOSE A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34877 | $28,000.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 4 COLON OTERO, MYRNA L #9 URB. RAMOS ANTONINI CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179584 | $75,000.00 | COLON OTERO, MYRNA LUZ URB. RAMOS ANTONINI #9 CALLE A CIDRA, PR 00739 | 09/21/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175868 | $75,000.00 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/19/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 72562 | Undetermined* | CRUZ CRUZ, ANA R. LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106617 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 6 | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 106371 | Undetermined* | CRUZ CRUZ, ANA R. LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106617 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 7 | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 71158 | $14,000.00* | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 38449 | $17,500.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 8 | FELICIANO ROSADO, JESUS PERLA DEL SUR 4413 PEDRO CARATINI PONCE, PR 00717 | 07/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 98258 | Undetermined* | FELICIANO ROSADO, JESUS PERLA DEL SUR 4413 PEDRO CARATINI PONCE, PR 00717 | 07/05/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 165443 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | FLORES MIRANDA, EDWIN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 66027 | $14,000.00* | FLORES MIRANDA, EDWIN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 38432 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 10 | LOPEZ HERNANDEZ, MONICA HC 1 BOX 6982 MOCA, PR 00676 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 66682 | $4,100.00 | LOPEZ HERNANDEZ, MONICA HC 1 BOX 6982 MOCA, PR 00676 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 77416 | $25,525.77 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 11 | MARIANI GUEVARA, VIOLETA P.O. BOX 138 PATILLAS, PR 00723 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 137422 | Undetermined* | MARIANI GUEVARA, VIOLETA PO BOX 138 PATILLAS, PR 00723 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 80935 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 12 | MASSA DIEPPA, HILDA CALLE 8 F1-48 CIUDAD MASSO SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 76464 | $75,000.00* | MASSA DIEPPA, HILDA F 1 -48 CALLE 8 CIUDAD MASSO SAN LORENZO, PR 00754 | 07/13/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174126 | $4,897.20 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

|  | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | ORTIZ MIRANDA, MELVYN P.O. BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 123442 | $50,000.00* | ORTIZ MIRANDA, MELVYN F. PO BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 121110 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

|  |  | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | ORTIZ RUIZ, FLOR MARIA VILLAS SAN AGUSTIN P 17 CALLE 10 BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 56739 | $82,000.00 | ORTIZ RUIZ, FLOR MARIA VILLAS SAN AGUSTIN P 17 CALLE 10 BAYAMON, PR 00959 | 06/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37792 | $82,000.00 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

|  |  | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | PEREZ GUILLERMETY, IRMA PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 47094 | $18,000.00* | PEREZ GUILLERMETY, IRMA PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 39520 | $45,000.00* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

|  |  | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 130294 | Undetermined* | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 152436 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 152436 is on Omni 337 Claims To Be Reclassified from ERS to Commonwealth

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | |
| 17 | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 51735 | Undetermined* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37567 | Undetermined* | |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 37567 is on Omni 337 Claims To Be Reclassified from ERS to Commonwealth

| 18 | ROLON ORTEGA, CARMEN M. BO MOSQUITO POLA 6 BZN - 1525 AGUIRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 38583 | Undetermined* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37567 | Undetermined* | |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 37567 is on Omni 337 Claims To Be Reclassified from ERS to Commonwealth

| 19 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34161 | $18,000.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34168 | $34,380.00* | |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| 20 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 66117 | $34,380.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34168 | $34,380.00* | |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| 21 | TORRES, LESLIE M HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 151833-1 | Undetermined* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393-1 | Undetermined* | |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 140140 | Undetermined* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393 | Undetermined* |
| | | | | | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393-1 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 23 VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719 | 03/16/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 3007 | Undetermined* | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719-9607 | 03/16/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 3001 | $70,000.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |