**<u>Exhibit A</u>**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

### ORDER GRANTING FOUR HUNDRED EIGHTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Four Hundred Eighty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 21739] (the "Four Hundred Eighty-Ninth Omnibus Objection")[2] of the Puerto Rico Highways and Transportation Authority ("HTA"), dated August 5, 2022, for entry of an order

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Eighty-Ninth Omnibus Objection.

reclassifying certain claims filed against HTA, as more fully set forth in the Four Hundred Eighty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Eighty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Four Hundred Eighty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Eighty-Ninth Omnibus Objection having improperly identified HTA as obligor, when such claims are properly asserted, if at all, against the Commonwealth of Puerto Rico (the "Commonwealth") as identified in the column titled "Corrected" in Exhibit A to the Four Hundred Eighty-Ninth Omnibus Objection; and the Court having determined that the relief sought in the Four Hundred Eighty-Ninth Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Eighty-Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Eighty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Eighty-Ninth Omnibus Objection (the "Reclassified Claims") are hereby reclassified to be claims asserted against the Title III debtor(s) indicated in the column titled "Corrected" in Exhibit A; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Kroll is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in <u>Exhibit A</u> to the Four Hundred Eighty-Ninth Omnibus Objection from HTA's Title III Case (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808) to the Title III case for the debtor(s) identified in the column titled "Corrected" in <u>Exhibit A</u> to the Four Hundred Eighty-Ninth Omnibus Objection; and it is further

ORDERED that this Order resolves Docket Entry No. 21739 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eighty-Ninth Omnibus Objection**

Four Hundred Eighty-Ninth Omnibus Objection
Exhibit A - Reclassified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CASTILLO MATOS, PEDRO J.<br>C/O: IVETTE LOPEZ SANTIAGO<br>COND. DARLINGTON - OFIC 1103<br>SAN JUAN, PR 00925-2725 | 31903 | Puerto Rico Highways and Transportation Authority | Secured | $599,900.00* | Commonwealth of Puerto Rico | Secured | $599,900.00* |

Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the Debtors' books and records and/or the proof of claim itself or the supporting documentation show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | MATOS, ELIZABETH<br>C/O IVETTE LOPEZ SANTIAGO<br>COND. DARLINGTON - OFIC 1103<br>AVE. MUNOZ RIVERA #1007<br>SAN JUAN, PR 00925-2725 | 25471 | Puerto Rico Highways and Transportation Authority | Secured | $400,100.00* | Commonwealth of Puerto Rico | Secured | $400,100.00* |

Reason: Claimant identifies as obligor Puerto Rico Highways and Transportation Authority, when the Debtors' books and records and/or the proof of claim itself or the supporting documentation show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | TOTAL | | | $1,000,000.00* | TOTAL | | | $1,000,000.00* |

\*Indicates claim contains unliquidated and/or undetermined amounts

1