## Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the<br>Commonwealth and ERS. |

ORDER GRANTING FOUR HUNDRED NINETY-SEVENTH
OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO
AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO TO CLAIMS FILED BY EMPLOYEES OF THE
PUERTO RICO POLICE DEPARTMENT FOR WHICH THE DEBTORS ARE NOT LIABLE

Upon the *Four Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Filed by Employees of the Puerto Rico Police Department for which the Debtors Are Not Liable* [ECF No. 21748] (the "Four Hundred Ninety-Seventh Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), dated August 5, 2022, for entry of an order

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Ninety-Seventh Omnibus Objection.

disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Four Hundred Ninety-Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Ninety-Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Four Hundred Ninety-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Four Hundred Ninety-Seventh Omnibus Objection (collectively, the "Claims to Be Disallowed") having been found to be claims for which the Debtors are not liable because the liabilities asserted therein have already been satisfied and released; and the Court having determined that the relief sought in the Four Hundred Ninety-Seventh Omnibus Objection is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Ninety-Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Ninety-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 21748 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

2

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Four Hundred Ninety-Seventh Omnibus Objection**

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALICEA SEPULVEDA, EDGARDO Z. LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36568 | $12,488.11* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | ARROYO MELENDEZ, FELIX D HC 01 BOX 2158 MAUNABO, PR 00707 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24616 | $103,946.20* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | BAEZ LUCIANO, JORGE L. LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35956 | $22,738.21* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | BAEZ SANTIAGO, HERIBERTO LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35057 | $23,275.33* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | BATISTA RIOS, FELIPE<br>PO BOX 188<br>BAJADERO, PR 00616 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15250 | $80,000.00 |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 6 | BERNIER ROMAN, WILFREDO<br>AY6 CALLE 54<br>GUAYAMA, PR 00784 | 05/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25676 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 7 | BEY SEPULVEDA, CARLOS J.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34598 | $14,323.28* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 8 | BISBAL TORRES, ISRAEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35986 | $9,668.21* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | BRILLON COLON, JOSE A.<br>HC 02 BOX 14770 BO BARRAZAS<br>CAROLINA, PR 00987 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148172 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | BURGOS DEL TORO, BENJAMIN<br>CALLE ZARAGOZA L-11 VILLA ESPAÑA<br>BAYAMON, PR 00961 | 05/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27426 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | CARDONA RAMOS, LUIS A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35621 | $14,233.76* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | CASIANO JIMENEZ, EFRAIN<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44466 | $14,860.40* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | CHEVERE ALFONSO, JAIME<br>ALTS DE BORINQUEN<br>6228 CALLE MAROJO<br>JAYUYA, PR 00664 | 05/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25019 | $165,610.58 |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 14 | CHU FIGUEROA, VICTOR<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29121 | $16,919.37* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 15 | COLON MERCADO, MODESTO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45589 | $14,323.28* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 16 | CONCEPCION RODRIGUEZ, MILTON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35244 | $18,351.70* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | DE LEON TORRES, JUAN LUIS<br>HACIENDA CONCORDIA<br>CALLE MARGARITA 11197<br>SANTA ISABEL, PR 00757 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11459 | $11,592.00 |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 18 | DOMENECH MIRANDA, LUIS R.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38986 | $11,324.34* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 19 | FELICIANO VARELA, ALBERTO<br>BO. CALLEJONES<br>BZN 3829<br>LARES, PR 00669 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28370 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 20 | FERNANDEZ BETANCOUNT, AILEEN<br>HC04 BOX 22123<br>JUANA DIAZ, PR 00795 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128425 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | FIGUEROA LUGO, MIGUEL E.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44508 | $13,517.60* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 22 | FIGUEROA SANTANA, OSVALDO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35662 | $19,067.87* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 23 | FRATICELLI VILANOVA, SERGIO A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34067 | $11,413.86* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 24 | GALARAZ, JUAN R.<br>2610 PALMA DE SIERRA<br>PONCE, PR 00728 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85079 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | GONZALEZ RAMOS, JOEL<br>BORRIO LEGUIZAMO CARRETERA 352 KILOMETRE 3.8<br>MAYAGUEZ, PR 00680 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49042 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 26 | HERNANDEZ AUBRET, JOSE N<br>PARC MAGINAS<br>171 CALLE MAGNOLIA<br>SABANA GRANDE, PR 00637-2119 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30526 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 27 | LEBRON MARTINEZ, JOSE A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29198 | $12,353.83* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 28 | LEON VAZQUEZ, FELIX<br>PO BOX 10, 007 SUITE 133<br>GUAYAMA, PR 00785 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101623 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | LOPEZ VALDES, DIANA M<br>D 73 C/29 URB PARQUE ECUESTRE<br>CAROLINA, PR 00987 | 05/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12674 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 30 | MALAVE TROCHE, ANGEL ALEXIS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32997 | $9,668.21* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 31 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103 PMB 138<br>URB. LAS VISTAS #15<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106911 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 32 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103<br>PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109789 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103 PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110920 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 34 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103<br>PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115810 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 35 | MARTINEZ RIVERA, MIGUEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32965 | $9,668.21* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 36 | MERCADO COLON, CARLOS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35706 | $20,589.71* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | MERCADO CORDERO, PEDRO A. LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32843 | $9,578.69* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 38 | MOJICA RIVERA, ELSTON EXT 18 EXT URB PALMER CABO ROJO, PR 00623-3162 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130749 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 39 | NAZARIO TORRES, JORGE A. URB. BARAMAYA C/AREYDO #852 PONCE, PR 00728 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50645 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 40 | NEGRON VAZQUEZ, WILSON LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35611 | $15,352.77* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | NIEVES ACEVEDO, JAIME<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGÜEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38680 | $21,619.20* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 42 | NIEVES ROSARIO, CELSO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25956 | $11,100.54* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 43 | PAGAN MERCADO, RADAMES<br>URB VILLA DEL CARMEN #4528 AUD CONSTARAC<br>PONCE, PR 00716 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79609 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 44 | PENA- DUMAS, REY  A.<br>PANIS # 243 PMB 1110<br>SAN JUAN, PR 00917 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56342 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | PEREZ CINTRON, GABY<br>CALLE FLAMBOYAN E4<br>URB SAN MARTIN<br>UTUADO, PR 00641 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52600 | $100,843.87* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | PEREZ COLON, JOSE<br>HC 05 BOX 6442<br>AGUAS BUENAS, PR 00703 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115388 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | PEREZ MONTES, JOSE  M<br>CASA #18, CALLE TRINITARIA<br>PARCELAS TOAVACA<br>VILLALBA, PR 00766 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80804 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | RAMOS GUZMAN, DOMINGO<br>RR 2 BOX 7050<br>GUAYAMA, PR 00784-9607 | 03/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1562 | $15,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | RIVERA COLON, ELMER<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49371 | $12,130.03* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | RIVERA VELAZQUEZ, IVETTE<br>PO BOX 861<br>GURABA, PR 00778 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162980 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | RODRIGUEZ GARCIA, MIGUEL A.<br>CALLE GALLARDO #2125 URB. BALDORIOTY<br>PONCE, PR 00728 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45403 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | RODRIGUEZ GARCIA, QUECSIE<br>HC-2, BOX 5654<br>PENUELAS, PR 00624 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64743 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | ROMAN CARRERO, FRANKLYN<br>PO BOX 9356<br>ARECIBO, PR 00613 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47385 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | ROSAS MORENO, WILLIAM<br>HC2 BOX 23411<br>MAYAGUEZ, PR 00680 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69927 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | SANCHEZ PENA, GERMAN L<br>PO BOX 1151<br>SAN SEBASTIAN, PR 00685 | 05/31/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30597 | $82,180.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | SEGUI SERRANO, LUIS A<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56109 | $11,369.10* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | SOLA ORELLANO, JOSE V. URB. VALLE TOLIMA MYRNA VAZQUEZ I 2 CAGUAS, PR 00727 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117459 | $11,301,625.50* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | TIRADO GARCIA, MANUEL 53 C/ NUEVA CATANO, PR 00962 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163431 | $128,087.04 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | TORRES CRUZ, JOSE I. PO BOX 419 YAUCO, PR 00698 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140787 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | TORRES MARTINEZ , EDDIE E URB. SOPRADO CORAZON CALLE ALEGRIA #843 PENUELAS, PR 00624 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78289 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | TORRES REYES, MIGUEL A.<br>3923 ACEROLA URB EXT LAUREL<br>COTO LAUREL, PR 00780 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50312 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | VEGA VEGA, LUIS<br>C/O LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71467 | $12,622.39* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | TOTAL | $12,351,443.19* |
|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts