**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to ERS.** |

**ORDER GRANTING FIVE HUNDRED ELEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CROSS-DEBTOR DUPLICATE CLAIMS**

Upon the *Five Hundred Eleventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [ECF No. 22244] ("Five Hundred Eleventh Omnibus Objection")[2] filed by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS" or the "Debtor"), dated September 16, 2022, for entry of an order disallowing in their

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Eleventh Omnibus Objection.

entirety certain claims filed against the Debtor, as more fully set forth in the Five Hundred Eleventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Eleventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Five Hundred Eleventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims filed against the Debtor identified in the column titled "Claims to Be Disallowed" in Exhibit A to the Five Hundred Eleventh Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of claims asserted against the Puerto Rico Highways and Transportation Authority ("HTA"), for which the asserted liability would lie, if at all, against HTA, not the Debtor; and the Court having determined that the relief sought in the Five Hundred Eleventh Omnibus Objection is in the best interest of the Debtor and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Eleventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

        ORDERED that the Five Hundred Eleventh Omnibus Objection is GRANTED as set forth herein; and it is further

        ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

        ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

        ORDERED that Kroll is authorized and directed to designate as expunged the Claims to Be Disallowed from the official claims register in the Title III cases; and it is further

ORDERED that this Order resolves Docket Entry No. 22244 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Eleventh Omnibus Objection**

## Five Hundred Eleventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | FELICIANO ROSADO, JESUS<br>PERLA DEL SUR 4413<br>PEDRO CARATINI<br>PONCE, PR 00717 | 07/05/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 151583 | Undetermined* | FELICIANO ROSADO, JESUS<br>PERLA DEL SUR 4413<br>PEDRO CARATINI<br>PONCE, PR 00717 | 07/05/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 165443 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

Remaining claim #165443 contained on Exhibit A to the 510th Omnibus Claims Objection for Claims to Be Disallowed.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ROMAN MARTINEZ, NAYDA I.<br>205-11 SANTANA<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105157 | Undetermined* | ROMAN MARTINEZ, NAYDE I<br>205-11 SANTANA<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 123182 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 141650 | Undetermined* | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 138393 | Undetermined* |
| | | | | | | TORRES, LESLIE M.<br>HC 1 BOX 12591<br>PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 138393-1 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

Remaining claim #138393 contained on Exhibit A to the 380th Omnibus Claims Objection for Claims to Be Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts