**Presentment Date**: February 2, 2023
**Objection Deadline**: February 1, 2023 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**This filing relates to the Commonwealth, ERS, and PBA.** |

## NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE FIVE HUNDRED TWELFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO DUPLICATE CLAIMS (ECF NO. 22245)

**PLEASE TAKE NOTICE** that, on January 25, 2023, the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA,"

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and together with the Commonwealth and ERS, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby submit this *Notice of Presentment of Proposed Order Granting the Five Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims* (this "Notice").

**PLEASE TAKE FURTHER NOTICE** that, on September 16, 2022, the Debtors, by and through the Oversight Board, filed the *Five Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims* [ECF No. 22245] (the "Five Hundred Twelfth Omnibus Objection") to the proofs of claim listed on Exhibit A thereto.

**PLEASE TAKE FURTHER NOTICE** that, the Five Hundred Twelfth Omnibus Objection was scheduled for hearing on November 2, 2022.

**PLEASE TAKE FURTHER NOTICE** that, any party against whom the Five Hundred Twelfth Omnibus Objection was served, or any other party to the Debtors' Title III cases who objected to the relief sought therein, was required to file and serve a response to the Five Hundred Twelfth Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico (the "Court") by 4:00 p.m. (Atlantic Standard Time) on October 17, 2022 (the "Response Deadline").

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Exhibit C to the Five Hundred Twelfth Omnibus Objection, if no responses were filed by the Response Deadline, the Five Hundred Twelfth Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to the Five Hundred Twelfth Omnibus Objection, [ECF No. 22245-4, at 4].

**PLEASE TAKE FURTHER NOTICE** that, according to this Court's *Sixteenth Amended Case Management Procedures* [ECF No. 20190-1] (the "Case Management Procedures"), the Court may enter an order granting request for relief without a hearing upon receipt of a certificate of no objection ("CNO", as defined by the Case Management Procedures). *See* Case Management Procedures, Section III, paragraph P.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Case Management Procedures, the undersigned hereby certifies that this Notice is filed not less than forty-eight (48) hours after the expiration of the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that, the undersigned hereby certifies that counsel for the Oversight Board has reviewed, not less than forty-eight (48) hours after expiration of the Response Deadline, (*i*) the docket in the above-captioned case, (*ii*) mailings received by Kroll Restructuring Administration, LLC ("Kroll"), (*iii*) mailings received by the Oversight Board, and (*iv*) mailings received by counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico and forwarded to counsel for the Oversight Board and, to the best of the undersigned's knowledge, no applicable objection, responsive pleading, or request for a hearing with respect to the Five Hundred Twelfth Omnibus Objection has been submitted.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") granting the relief requested in the Five Hundred Twelfth Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Case Management Procedures, "the presentment of a proposed order for administrative relief must be filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before the presentment date," and accordingly, unless a written objection to the Proposed Order is filed with the Court **by 4:00 p.m. (Atlantic Standard Time) on February 1, 2023**, the relief requested in the Five Hundred Twelfth Omnibus Objection shall be deemed unopposed, and the Proposed Order may be entered without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that, copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 25, 2023
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
      brosen@proskauer.com

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority*

5