**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth, ERS, and PBA. |

### ORDER GRANTING FIVE HUNDRED TWELFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO BUILDINGS AUTHORITY TO DUPLICATE CLAIMS

Upon the *Five Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Claims* [ECF No. 22245] (the "Five Hundred Twelfth Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth and ERS, the "Debtors"), dated September 16, 2022, for entry of an order disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Five Hundred Twelfth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Twelfth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Five Hundred Twelfth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the columns titled "Claims to be Disallowed" in Exhibit A to the Five Hundred Twelfth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the columns titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Five Hundred Twelfth Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Twelfth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

        ORDERED that the Five Hundred Twelfth Omnibus Objection is GRANTED as set forth herein; and it is further

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Twelfth Omnibus Objection.

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Kroll is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 22245 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                                                              Honorable Judge Laura Taylor Swain
                                                                              United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Twelfth Omnibus Objection**

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AGRONT MENDEZ, LILIA M<br>26 REPARTO BONET<br>AGUAGA, PR 00602 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23492 | $43,232.30 | AGRONT MENDEZ, LILIA M.<br>REPARTO BONET 26<br>AGUADA, PR 00602 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30654 | $43,232.30 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ARRUFAT MARQUEZ, WILLIAM<br>ALTURAS DED VILLA FONTANA CALLE 22 B18<br>CAROLINA, PR 00985 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 73780 | $45,000.00* | ARRUFAT MARQUEZ, WILLILAMS<br>452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 16089 | $31,449.32* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #73780 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CAMACHO QUINONES, CLARIBEL<br>HC 02 BOX 639<br>YAUCO, PR 00698 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 35676 | $47,250.00* | CAMACHO QUINONES, CLARIBEL<br>HC 02 BOX 639<br>YAUCO, PR 00698 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 56646 | $54,450.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CARDONA MORALES, EUCLIDES<br>REPARTO DURAN<br>6021 CALLE CIPRES<br>ISABELA, PR 00662-3240 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 77102 | $30,000.00* | CARDONA MORALES, EUCLIDES<br>REPTO DURAN<br>6021 CALLE CIPRES<br>ISABELA, PR 00662-3240 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 101136 | $30,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #77102 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims.
Remaining claim #101136 contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CONCEPCION, ANDRES<br>452 AVE. PONCE DE LEON<br>SUITE 514<br>SAN JUAN, PR 00918 | 05/10/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 12935 | $41,679.48* | CONCEPCION OQUENDO, ANDRES<br>JOSE A. MORALES ARROYO<br>452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 12003 | $41,679.48* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DE JESUS RIVERA, ANA I<br># 86 C/E PANEL 19<br>GUAYAMA, PR 00784 | 06/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81877 | Undetermined* | DE JESUS RIVERA, ANA I.<br>#86 C/E PANEL 19<br>GUAYAMA, PR 00784 | 06/26/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 97213 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #81877 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.
Remaining claim #97213 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | EVELYN FELICIANO (GENESIS ROMAN FELICIANO)<br>CALLE ELIAS BARBOSA 40<br>COTO LAUREL, PR 00780 | 06/20/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 48770 | $95,000.00* | ROMÁN FELICIANO, GENESIS<br>C/O EVELYN FELICIANO RODRIGUEZ (MADRE)<br>40 CALLE ELÍAS BARBOSA COTO LAUREL<br>PONCE, PR 00780 | 06/20/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 37832 | $65,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #48770 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | FELICIANO MORALES, ANDRES EDIF C E M 1409 AVE PONCE DE LEON PDA 20 SAN JUAN, PR 00908 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 61629 | Undetermined* | FELICIANO MORALES, ANDRES COLON SANTANA & ASOC. 315 COLL & TOSTE URB. BALDRICH SAN JUAN, PR 00918 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 61246 | $6,115.15* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | LARRIUZ MARRERO, LUIS ZENO GANDIA FRANCISCO JIMENEZ 970 ARECIBO, PR 00612 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 46070 | Undetermined* | LARRIUZ MARRERO, LUIS A FRANCISCO JIMENEZ 970 ZENO GANDIA ARECIBO, PR 00612 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 34934 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10 | MERCADO SOTO, DANIEL HC-61 BOX 37500 AGUADA, PR 00602 | 04/27/20 | 19-BK-05523-LTS Puerto Rico Public Buildings Authority (PBA) | 173993 | $73,800.00* | MERCADO SOTO, DANIEL HC-61 BOX 37500 AGUADA, PR 00602 | 04/27/20 | 19-BK-05523-LTS Puerto Rico Public Buildings Authority (PBA) | 173793 | $73,800.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 11 | ORTIZ PEREZ, DIANA M. URB RIO HONDO I D 39 CALLE RIO CAONILLAS BAYAMON, PR 00961 | 05/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 23420 | $12,000.00* | ORTIZ PEREZ, DIANA M. URB RIO HONDO I D 39 CALLE RIO CAONILLAS BAYAMON, PR 00961 | 05/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 30739 | $12,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | PACHECO RIVERA, MAGDA IVETTE<br>PO BOX 3<br>YAUCO, PR 00698 | 05/16/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 16361 | $25,000.00* | PACHECO RIVERA, MAGDA I<br>PO BOX 3<br>YAUCO, PR 00698-0003 | 05/16/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 19863 | $25,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | PIÑERO DIAZ, JAMES<br>IDALIA N. LEON LANDRAU<br>VILLA DEL REY 4 4 G 18 CALLE 2<br>CAGUAS, PR 00727-6704 | 05/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 21029 | $76,265.00 | PINERO DIAZ, JAMES LCDA. IDALIA N. LEON LANDRAU<br>VILLA DEL REY 4 4 G 18 CALLE 2<br>CAGUAS, PR 00727-6704 | 05/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 21134 | $76,265.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | PLUMEY SOTO, ENID CECILIA<br>URB. LAS BRISAS 130 CALLE 3<br>ARECIBO, PR 00612 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 128204 | $75,000.00* | PLUMEY SOTO, ENID C.<br>URB. LAS BRISAS 130 CALLE 3<br>ARECIBO, PR 00612 | 07/09/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 154214 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 15 | QUINONEZ, ANGEL L<br>PO BOX 13476<br>YAUCO, PR 00698 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 57865 | Undetermined* | QUINONES BAEZ, ANGEL LUIS<br>452 AVENIDA PONCEDE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 13429 | $33,964.39* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | RODRIGUEZ FELICIANO, WILLIAM 257 TARC DEL VALLE CIDRA, PR 00739 | 05/21/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 17370 | Undetermined* | RODRIGUEZ FELICIANO, WILLIAM 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 13900 | $33,162.58* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | ROMAN MIRANDA, HERIBERTO URB. IRLANDA HEIGHTS FK 47 CALLE SIRIO BAYAMON, PR 00956 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 63287 | $48,000.00* | ROMAN MIRANDA, HERIBERTO 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 13917 | $33,047.56* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.
Claim #63287 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | ROSADO, JOHANY ROSARIO C/JOSE Y. MENDEZ FG-22 6TA SECC. LEVITTOWN TOA BAJA, PR 00949 | 02/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 490 | $56,970.24 | ROSARIO ROSADO, JOHANY C/O JOSE Y. MENDEZ FG-22 6TA SECC. LEVITTOWN TOA BAJA, PR 00949 | 04/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9501 | $56,970.24 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | SANTANA BAEZ, ELIEZER 50 CARRETERA 5 UNIT ANEXO 501 EDIFICIO 3-J INDUSTRIAL LUCHETI BAYAMON, PR 00961-7403 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 14973 | $75,000.00* | SANTANA BAEZ, ELIEZER PRO SE ELIEZER SANTANA BÁEZ 50 CARR. 5 UNIDAD ANEXO 501 EDIF. 3 J INDUSTRIAL LUCHETTI BAYAMÓN, PR 00961-7403 | 03/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 4245 | $75,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | VAZQUEZ SALOME, CARMEN HC-01 BOX 3404 VILLALBA, PR 00766 | 10/08/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 176473 | $1,200.00* | VASQUEZ SALOME, CARMEN M HC-01 BOX 3404 VILLALBA, PR 00766 | 03/10/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 173498 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts