# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| as representative of <br> THE COMMONWEALTH OF PUERTO RICO, et al. | |
| Debtors | |

## MOTION SUBMUTTING CERTIFIED TRANSLATIONS

TO THE HONORABLE COURT:

COMES NOW, North Sight Communications, Inc. ("NSCI"), through its undersigned counsel, and very respectfully states and requests:

1. On January 18, 2023, NSCI filed a motion for allowance and payment of post-petition administrative expense claim (the "Motion"), along with its two (2) exhibits. See *ECF No. 23269, 23269-1, and 23269-2*. On that same day, NSCI filed a motion requesting leave to file the exhibits to its Motion in the Spanish language and twenty (20) days, to wit, until February 7, 2023, to provide the Court with certified translations of the exhibits to the English language. See *ECF No. 23270*.

2. On January 19, 2023, the Court entered an order granting NSCI until February 7, 2023, to file certified translations of the exhibits to its Motion to the English language. See *ECF No. 23281*.

3. Attached to this motion, NSCI is filing certified translations to the English language of the exhibits to its Motion.

**WHEREFORE**, NSCI respectfully requests that the Honorable Court take notice of the above and deem NSCI in compliance with the Order of January 19, 2023 (*ECF No. 23281*).

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notice of said filing to all ECF participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on January 25, 2023.

CORRETJER, L.L.C.
625 Ponce de León Ave.
San Juan, PR 00917
Tel. (787) 751-4618
Fax (787) 759-6503

*s/ Rafael H. Ramírez Polanco*
Rafael H. Ramírez Polanco
USDC-PR #301114
rhr@corretjerlaw.com