Model se 744
1 JUL 99

| | |
|---|---|
| Original: | Supplier or GSA |
| 1st Copy: | ACC |
| 2nd Copy: | Agency |
| 3rd Copy: | ACC-Inf. Rec. & Insp. |
| 4th Copy: | Agency-Inf. Rec.& Insp. |
| 5th Copy: | ASG Inf. Rec. & Insp. |

PRIFAS

**COMMONWEALTH OF PUERTO RICO**
General Services Administration
Agency

PO Box 195568 San Juan PR 00919-5568
Address

## OBLIGATION AND PURCHASE ORDER

**Request No.** 20-193-DSP-PPR

[X] Purchases and Supplies
[ ] Transportation Area
[ ] Printing
[ ] Art
[ ] Warehouse

### DOCUMENT IDENTIFICATION:

| Agen | Purchase Order Number | Date | Total Amount | Supplier Code |
|---|---|---|---|---|
| 0400000 | 2130440307 | 28-Oct-20 | $1,347,500.00 | 660395496 |

Options for Dispatch Processing: O Fax   O Telephone   O Mail
Delivery Date: 2 to 4 weeks

**Inventory Agency Number**

| Supplier Agency | | | |
|---|---|---|---|
| SE | IG | FUND | AGEN |

### SUPPLIER

Name of Supplier: **NORTH SIGHT COMMUNICATIONS, INC.**
Address: PO BOX 51148
Toa Baja PR 00950

**DELIVER TO:**
Agency: Puerto Rico Police Bureau
Address: Communications Division
601 F.D. Roosevelt Ave, Headquarters
Hato Rey, PR 00936-8166
Delivery Method:

**INVOICE TO:**
Agency: Puerto Rico Police Bureau
Address: PO Box 70166
San Juan, PR00936-8166
Shipment Terms:

### ARTICLES (if more space needed, use another sheet)

| LN | Acct. | Fund | Org. | Prog. | Asig | Current Year | Federal Cont. | Description | Catalogue Number | Contract Number | Units | Price per Unit | Total Price | Type of Property | Unit Number | Quantity Dispatched |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | E5250 | 252 | 040000 | | 782 | 2019 | | Dual-Band portable radios antenna, two batteries, microphone charge holder (Belt Clip) with Brand: Motorola Model: APX/700/800 Model / 2.5 3 year Warranty<br><br>In compliance with Specifications UEA-20-099 | | | 500 | $2,695.00 | $1,347,500.00 | | | |

20-193-DSP-PPR

Subtotal $1,347,500.00

### For Agency or GSA Use

I request dispatch of the articles or services indicated and certify that this order has been issued pursuant to the applicable laws and regulations.

[Signature]
**Juan P. Figueroa Colón**
**Purchasing Agent or Cert. Official**   759-7676
28-Oct-20
Date                                        Telephone

I certify the existence of funds for payment of the Purchase order requested.

[Signature]
Signature     Date     Telephone

### Department of the Treasury or GSA

Approved by:

[Signature]
Signature **Evelyn Melia Muñiz**
10/28/2020   Director of Acquisitions Program   759-7676
Date         Title                               Telephone

### For GSA Use

Dispatched by:

Signature
Title
Date                Telephone

Preservation Period: Six years or intervention by the Comptroller, whichever comes first.



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*24/JANUARY/2023 ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*