UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF PRO SE FILINGS RECEIVED BY THE COURT IN RELATION TO DOCKET ENTRY NO. 23009
AND DOCKET ENTRY NO. 23078

    The attached pro se filings have been received by the Court during the period of December 20, 2022 to January 19, 2023 for filing in the above-captioned case in relation to the *Notice of Filing of (A) Revised Proposed Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures and (B) Supplemental Documentation* (Docket Entry No. 23009 in Case No. 17-3283), and to the *Notice*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Notice of Pro Se Filings Received by the Court in Relation to Docket Entry No. 23009 and Docket Entry No. 23078
January 25, 2023

*of Filing of Revised Proposed Order Authorizing Amendment to the Alternative Dispute Resolution Procedures* (Docket Entry No. 23078 in Case No. 17-3283). This Notice has been posted to draw the attention of the Financial Oversight and Management Board for Puerto Rico to these filings. The Court does not intend to take further action with respect to these filings.

1. Enoelia Sánchez Rivera
2. Roberto Claudio Vázquez
3. Nilsa M. Soliván Ortiz
4. Sandra E. Rivera

Dated: January 25, 2023

2