**LIBRE ASOCIADO. SI INDICA AMBOS CONSENTIMIENTOS PARA ARBITRAJE VINCULANTE Y CONSENTIMIENTO PARA LIQUIDAR SU RECLAMO ANTES DE LOS TRIBUNALES DEL ESTADO LIBRE ASOCIADO, SERA DEMANDADO A HABER ELEGIDO EL ARBITRAJE VINCULANTE**.

Los detalles sobre la liquidación ante de los tribunales del Estado Libre Asociado se establecen en la Sección [___] de los Procedimientos de ADR.]

**Sección I: Oferta de Acuerdo.** [Deudor] le ofrece un reclamo [general no prioritario sin garantía/gasto administrativo] no garantizado permitido por la cantidad de [$___] contra [Deudor] en plena satisfacción de su(s) Reclamo(s) Designado(s), que deberá satisfacer de acuerdo con cualquier plan de ajuste de deudas confirmado e implementado en [Deudor] Caso del Título III.

Las únicas respuestas permitidas ("Respuestas Permitidas") a la Oferta de Acuerdo son (a) la aceptación de la Oferta de Acuerdo o (b) el rechazo de la Oferta de Acuerdo junto con una contraoferta (una "Contraoferta"). La información sobre las contraofertas está disponible en la Sección ___ de los Procedimientos de ADR.

**Seleccione su Respuesta Permitida en el cuadro a continuación. DEBE RESPONDER A LA OFERTA DE ACUERDO.**

---

**RESPUESTA A LA OFERTA DE ACUERDO**

__✓__ **Yo/nosotros aceptamos los términos de la Oferta de Acuerdo.**

**O**

_____ **Yo/nosotros rechazamos la Oferta de Acuerdo.**

**O**

_____ **Yo/nosotros rechazamos la Oferta de Acuerdo. Sin embargo, aceptaré/aceptaremos un reclamo [general no prioritario sin garantía/gasto administrativo] contra [Deudor] por una cantidad de $___ en total satisfacción del (de los) Reclamo(s) Designado(s), para ser satisfecho de acuerdo con cualquier plan de ajuste de deudas confirmado e implementado en el [Deudor] Caso del Título III.**

---

LA SECCIÓN [___] DE LOS PROCEDIMIENTOS DE ADR ESTABLECE LAS RESTRICCIONES A LAS OFERTAS. SU CONTRAOFERTA NO PUEDE INCLUIR DESCONOCIDO, NO LIQUIDADO O SIMILAR CANTIDADES Y NO PUEDEN SUPERAR LA CANTIDAD O MEJORAR LA PRIORIDAD ESTABLECIDA EN SU MÁS RECIENTE PRESENTADO O ENMENDADA PRUEBA DE RECLAMO. NO PUEDE ENMENDAR SU PRUEBA DE RECLAMO SOLO AL PROPÓSITO DE PROPONER UNA CONTRA OFERTA

9

RECLAMO(S) DESIG[NA]DO(S) AVANZARÁN A LA FASE DE EVALUACIÓN Y MEDIACIÓN DE LOS [PR]OCEDIMIENTOS DE ADR, SEGÚN SE ESTABLECE EN LA SECCIÓN [__] DE LO[S P]ROCEDIMIENTOS DE ADR. SI NO PARTICIPA OPORTUNAMENTE [EN] EL PROCESO DE EVALUACIÓN Y MEDIACIÓN, CUAL INCLUYE, PERO NO [SE] LIMITA A, NO ENVIAR OPORUNAMENTE UNA DECLARACIÓN DE M[E]DIACIÓN O, NO RESPONDER OPORTUNAMENTE A UN CORREO ELECTRÓN[IC]O O MENSAJE TELEFÓNICO DEL MEDIADOR, DICHA FALLA CONSTITUIRÁ INCL[UM]PLIMENTO DE LOS PROCEDIMIENTOS DE ADR, Y EL DEUDOR ESTÁ AUT[ORI]ZADO A RETIRAR LA RECLAMACIÓN DEL PROCESO DE ADR Y OPONERSE A [L]A RECLAMACIÓN, LO CUAL PUEDE RESULTAR EN EL RECHAZO Y ELIMIN[ACI]ÓN DE LA RECLAMACIÓN ASOCIADA EN SU TOTALIDAD O EN PARTE.

**Arbitraje Vinc[ula]nte o Litigios en Tribunales del Estado Libre Asociado.** TAMBIÉN DEBE IND[IC]AR SI ACEPTA **UN ARBITRAJE VINCULANTE** DE SU(S) RECLAMO(S) DESIG[NA]DO(S). **TENGA EN CUENTA QUE, SI ELIGE PARTICIPAR EN ARBITRAJE VIN[CU]LANTE, TENDRÁS QUE PAGAR EL 50% DEL COSTO POR LOS SERVICIOS DE[L Á]RBITRO.** Si elige participar en arbitraje vinculante, tendrás que pagar [$__] por los se[rvic]ios del Árbitro.

El (los) Deudo[r(es)] [no han/ han] dado su consentimiento para presentar su(s) Reclamo(s) Designado[s] mencionado anteriormente a un arbitraje vinculante. EN LA SECCIÓN II A CONT[INU]ACIÓN, POR FAVOR COMPLETE LA CAJA PARA INDICAR SI ACEPTA O NO ACEP[TA] **UN ARBITRAJE VINCULANTE.** *SI NO COMPLETA LA CAJA A CONTINUACIÓN, [SERÁ] CONSIDERADO QUE USTED HA RECHAZADO UN ARBITRAJE VINCUL[AN]TE RESPECTO A SU RECLAMO DESIGNADO.* TENGA EN CUENTA QUE UNA [VE]Z QUE HAYA CONSENTIDO EN PARTICIPAR EN **UN JUICIO ACELERADO**, SU C[ON]SENTIMIENTO A **UN JUICIO ACELERADO NO PUEDE RETIRARSE POSTE[RI]ORMENTE.** Tenga en cuenta que un arbitraje vinculante solo tendrá lugar si todas las partes[, in]cluido [Deudor], acuerdan someter la disputa a un arbitraje vinculante.

Además, si pre[viam]ente ha dado su consentimiento por escrito, ya sea antes o después de que se presentó el caso [del] Título III [del Deudor], al arbitraje vinculante como un medio para resolver su(s) reclamo([s) c]ontra [Deudor], cualquier intento de optar por no participar en el arbitraje vinculante en [resp]uesta a este aviso será ineficaz.

Los detalles so[bre] el proceso de arbitraje se establecen en la Sección [__] de los Procedimientos de AD[R.]

[El (los) Deudo[r(es)] consentirá(n) en liquidar su reclamo ante los tribunales del Estado Libre Asociado, sujeto [a la]s restricciones establecidas en los Procedimientos de ADR. Si no elige participar en un a[rbit]raje vinculante, puede optar por liquidar su reclamo ante de los tribunales del Estado [Libre] Asociado. Si desea liquidar su reclamo ante los tribunales del Estado Libre Asociado, debe i[ndi]carlo en la Sección II de este formulario.

SI YA HAZ C[ON]SENTIDO EN EL ARBITRAJE VINCULANTE, TAMBIÉN NO PUEDE ELEGIR LI[QUI]DAR SU RECLAMO ANTES DEL TRIBUNAL DEL ESTADO

8

DE UNA MAYOR CANTIDAD O UNA MEJOR PRIORIDAD. SI DEVUELVE ESTE FORMULARIO CON UNA CONTRAOFERTA QUE NO CUMPLE CON LOS TÉRMINOS DE LOS PROCEDIMIENTOS DE ADR SERA CONSIDERADO QUE USTED HA RECHAZADO LA OFERTA DE ACUERDO Y LA LIQUIDACIÓN DE SUS RECLAMOS DESIGNADOS AVANZARA A LA EVALUACIÓN SEGÚN SE ESTABLECE EN LA SECCIÓN [__] DE LOS PROCEDIMIENTOS DE ADR.

**Sección II: Arbitraje Vinculante o Litigios en Tribunales del Estado Libre Asociado.**

---

**A. CONSENTIMIENTO A UN JUICIO ACELERADO**

Indique a continuación si acepta un juicio acelerado con respecto a su(s) Reclamo(s) Designado(s):

__✓__ Yo/nosotros **CONSENTIMOS** a un Arbitraje Vinculante.

**O**

_____ Yo/nosotros **NO CONSENTIMOS** a un Arbitraje Vinculante.

Reconozco que mi/nuestro consentimiento, una vez dado, no se puede retirar.

---

**B. CONSENTIMIENTO PARA LA LIQUIDACIÓN EN EL TRIBUNAL DEL ESTADO LIBRE ASOCIADO**

Indique a continuación si acepta la liquidación ante los tribunales del Estado Libre Asociado con respecto al (los) Reclamo(s) Designado(s):

_____ Yo/nosotros **CONSENTIMOS** la liquidación ante los tribunales del Estado Libre Asociado.

**O**

_____ Yo/nosotros **NO CONSENTIMOS** la liquidación ante los tribunales del Estado Libre Asociado.

---

[Firma del Designado Represéntate Autorizado del Reclamante]

Por: *Roberto Claudio Vázquez*

[Nombre impreso]

10

DE UNA MAYOR CANTIDAD O UNA MEJOR PRIORIDAD, SI DEVUELVE ESTE FORMULARIO CON UNA CONTRAOFERTA QUE NO CUMPLE CON LOS TÉRMINOS ANTERIORES, EL RECLAMADOR SERÁ CONSIDERADO QUE NO HA REALIZADO UNA CONTRAOFERTA DE ACUERDO Y LA LIQUIDACIÓN DE LOS RECLAMOS DESIGNADOS ESTARÁ SUJETA A LA EVALUACIÓN SEGÚN SE ESTABLECE EN LA SECCIÓN II A CONTINUACIÓN. [DOCUMENTOS DE ADR.]

[Firma del Designado Represéntate
Autorizado del Reclamante]

Por: _R Claudio_____

[Nombre impreso]

**Sección II. Arbitraje Vinculante o Litigios en Tribunales del Estado Libre Asociado.**

**A. CONSENTIMIENTO A UN JUICIO ACELERA**

Indique a continuación si acepta un juicio acelerado con respecto a su(s) reclamo(s) Designado(s):

____ Yo/nosotros CONSENTIMOS a un Arbitraje Vinculante.

____ Yo/nosotros NO CONSENTIMOS a un Arbitraje Vinculante. Reconozco que mi/nuestro consentimiento, una vez dado, no se puede revocar.

**B. CONSENTIMIENTO PARA LA LIQUIDACIÓN EN EL TRIBUNAL DEL ESTADO LIBRE ASOCIADO**

Indique a continuación si acepta la liquidación ante los tribunales del Estado Libre Asociado con respecto al (los) Reclamo(s) Designado(s):

____ Yo/nosotros CONSENTIMOS la liquidación ante los tribunales del Estado Libre Asociado.

____ Yo/nosotros NO CONSENTIMOS la liquidación ante los tribunales del Estado Libre Asociado.

11

Roberto Claudio Vazquez
Urb. Atenas Calle J. Tirado Garcia C-19
Manati, P.R. 00674

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918