**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　　　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

### ORDER GRANTING FOUR HUNDRED NINETY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO PARTIALLY SATISFIED AND PARTIALLY NO LIABILITY CLAIMS

Upon the *Four Hundred Ninety-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims* [ECF No. 21749] (the "Four Hundred Ninety-Sixth Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), dated August 5, 2022, for entry of an order

---

[1]　The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2]　Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Ninety-Sixth Omnibus Objection.

disallowing in their entirety certain claims filed against the Debtor, as more fully set forth in the Four Hundred Ninety-Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Ninety-Sixth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Ninety-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Ninety-Sixth Omnibus Objection (collectively, the "Partially Satisfied and Partially No Liability Claims") have been satisfied in part and assert, in part, liabilities that failed to comply with the applicable rules for filing a proof of claim; and the Court having determined that the relief sought in the Four Hundred Ninety-Sixth Omnibus Objection is in the best interest of the Debtor, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Ninety-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Four Hundred Ninety-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Partially Satisfied and Partially No Liability Claims are hereby reduced and disallowed, such that the Partially Satisfied and Partially No Liability Claims shall now only be considered claims asserting the amount set forth in the column titled "Remaining Claim" in Exhibit A to the Four Hundred Ninety-Sixth Omnibus Objection, respectively; and it is further

ORDERED that the Debtors' rights to object the remaining portions of these claims, as set forth in the column titled "Remaining Claim" in <u>Exhibit A</u> to the Four Hundred Ninety-Sixth Omnibus Objection, is reserved; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged and reduce the amount asserted in the Partially Satisfied and Partially No Liability Claims by the disallowed portions (i.e., reducing the amount of the claims to the amounts set forth in the column titled "Remaining Claim" in <u>Exhibit A</u> to the Four Hundred Ninety-Sixth Omnibus Objection) from the official claims register in the Title III Case; and it is further

ORDERED that this Order resolves Docket Entry No. 21749 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Ninety-Sixth Omnibus Objection**

Four Hundred Ninety-Sixth Omnibus Objection

Exhibit A - Modified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AKM MFG INC. 418 CALLE ASTE 1 SAN JUAN, PR 00920-2005 | 44619 | Commonwealth of Puerto Rico | Unsecured | $41,061.62* | Commonwealth of Puerto Rico | Unsecured | $8,790.03* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $32,271.59 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. The Claimant shall retain the non-modified portion of the claim. Additionally, Claim was filed as partially unliquidated, modified amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BPA OFFICE SUPPLIES INC PO BOX 10611 PONCE, PR 00732 | 25556 | Commonwealth of Puerto Rico | Unsecured | $302,042.54 | Commonwealth of Puerto Rico | Unsecured | $240,131.43 |

Reason: Invoices totaling $61,911.11 were paid via ACH/checks 00113418, 00116939, 00116940, 00116941, 00116942, 00116943, 00116944, 00116945, 00116946, 00116947, 00116948, 00121027, 00121903, 00123067, 00124076, 00128810, 00129709, 00147400, 00150275, 00150902, 00151282, 00154403, 00202796, 00007604, and 00253854 on 04/19/2017, 05/01/2017, 05/16/2017, 05/18/2017, 05/31/2017, 06/05/2017, 06/20/2017, 06/28/2017, 07/18/2017, 08/10/2017, 08/24/2017, 08/30/2017, 11/13/2017, 09/12/2018, 09/14/2018, and 10/01/2019. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | C E & L FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR 00960 | 11882 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $54.60* |

Reason: Claim does not assert a stated value, however the support provided in the POC totals $1,596.00 of which the Debtors show all but $54.60 was paid on 05/29/2018 via checks 00212714, 00212715, 00212716, 00212717, 00212718, 00212719, and 00212720. The Claimant shall retain the non-modified portion of the claim. Additionally, Claim was filed as partially unliquidated, modified amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CAMERA MUNDI INC PO BOX 6840 CAGUAS, PR 00726-6840 | 168163 | Commonwealth of Puerto Rico | Unsecured | $1,738,496.35 | Commonwealth of Puerto Rico | Unsecured | $1,638,612.96 |

Reason: Invoices totaling $99,883.39 were paid via ACHs/checks 00237726, 00230957, 00460881, 00241166, 00484947, 00482887, 00007954, 00010826, 00122751, 00120387, 00521136, 00529651, 00524391, 00012293, 00107201, 00583320, 00537986, 00052271, 00666018, 00426667, 00648387, 00202218, 00011059, 00046303, 00126745, 00116882, 00117607, 00117614, 00361175, 00001118, 00173947, 00002641, 00442995, 00202721, 00010316, 00451242, 00514221, 00497756, 00009870, 00011930, 00258365, 00638341, 00026646, 00076762, 00070627, and 00360705 between 2007 and 2019. The Claimant shall retain the non-modified portion of the claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Ninety-Sixth Omnibus Objection
Exhibit A - Modified Claims

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 27647 | Commonwealth of Puerto Rico | Unsecured | $1,033.10 | Commonwealth of Puerto Rico | Unsecured | $883.10 |

Reason: Invoices totaling $150.00 were paid via checks 00046891 and 00046893 on 07/30/2018. The Claimant shall retain the non-modified portion of the claim.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28070 | Commonwealth of Puerto Rico | Unsecured | $1,678.11 | Commonwealth of Puerto Rico | Unsecured | $1,223.11 |

Reason: Invoices totaling $455.00 were paid via EFTs 70087, 74410, 78384, 79813, and 79814 on 03/27/2018, 04/23/2018, 05/16/2018, and 05/23/2018.  The Claimant shall retain the non-modified portion of the claim.

| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28096 | Commonwealth of Puerto Rico | Unsecured | $15,881.26 | Commonwealth of Puerto Rico | Unsecured | $14,658.91 |
|---|---|---|---|---|---|---|---|---|

Reason: Invoices totaling $1,222.35 were paid via checks 00040185, 00040186, 00040187, 00040188, 00041215, and 00042896 on 04/18/2018, 04/30/2018, and 05/31/2018.  The Claimant shall retain the non-modified portion of the claim.

| 8 | CONSOLIDATED WASTE SERVICES<br>P.O. BOX 1322<br>GURABO, PR 00778 | 28103 | Commonwealth of Puerto Rico | Unsecured | $3,838.13 | Commonwealth of Puerto Rico | Unsecured | $2,515.00 |
|---|---|---|---|---|---|---|---|---|

Reason: Invoices totaling $1,323.13 were paid via EFTs 00080103, 00080272, 00080273, 00080274, 00080275, 00080276, and 00080277 on 05/23/2018.  The Claimant shall retain the non-modified portion of the claim.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Four Hundred Ninety-Sixth Omnibus Objection
Exhibit A - Modified Claims

|   | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28115 | Commonwealth of Puerto Rico | Unsecured | $2,332.70 | Commonwealth of Puerto Rico | Unsecured | $1,152.72 |

Reason: Invoices totaling $1,179.98 were paid via EFTs 39993, 42906, 46896, 49511, 52302, 56951, 59283, 59286, 64074, 68802, 69793, 69994, 71734, 72055, 72057, 74695, 87142, 87143, 87144, 87145, 87146, and 98175 on 03/26/2018, 06/20/2017, 07/10/2017, 08/02/2017, 08/24/2017, 10/ 11/2017, 12/07/2017, 12/27/2017, 02/07/2018, 03/19/2018, 03/26/2018, 04/09/2018, 04/24/2018, 06/27/2018, and 09/06/2018.  The Claimant shall retain the non-modified portion of the claim.

| 10 | GARCIA DAVILA, HUMBERTO<br>PO BOX 361716<br>SAN JUAN, PR 00936 | 138933 | Commonwealth of Puerto Rico | Unsecured | $2,462.50 | Commonwealth of Puerto Rico | Unsecured | $1,150.00 |

Reason: Invoices totaling $1,312.50 were paid via checks 188738 and 222990 on 01/25/2018 and 07/05/2018.  The Claimant shall retain the non-modified portion of the claim.

| 11 | GERMAN TORRES BERRIOS & ASSOCIADOS<br>HC 04 BOX 5775<br>BARRANQUITAS, PR 00794-9609 | 48747 | Commonwealth of Puerto Rico | 503(b)(9) | $15,178.00 | Commonwealth of Puerto Rico | Unsecured | $3,900.00 |

Reason: Invoices totaling $11,278.00 were paid via EFTs 11100112, 11100044, 11100064, and 11100152 on 07/18/2016, 02/28/2017, 04/20/2017, and 09/19/2017.  The Claimant shall retain the non-modified portion of the claim.

| 12 | GONZALEZ DIAZ, WILLIAN<br>PO BOX 534<br>SALINAS, PR 00751 | 3077 | Commonwealth of Puerto Rico | Unsecured | $21,600.00* | Commonwealth of Puerto Rico | Unsecured | $8,100.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $13,500.00 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors.  The Claimant shall retain the non-modified portion of the claim.  Additionally, Claim was filed as partially unliquidated, modified amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Four Hundred Ninety-Sixth Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | LIBERTY CABLEVISION OF PUERTO RICO LLC<br>C/O ORLANDO FERNANDEZ, ESQ.<br>#27 CALLE GONZALEZ GIUSTI STE 300<br>GUAYNABO, PR 00968-3076 | 17316 | Commonwealth of Puerto Rico | Unsecured | $1,767.37 | Commonwealth of Puerto Rico | Unsecured | $535.90 |

Reason: Invoice totaling $1,231.47 was paid via EFT 33640 on 05/17/2017. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 | PONCE MEDICAL SCHOOL FOUNDATION INC<br>PO BOX 7004<br>PONCE, PR 00732-7004 | 19257 | Commonwealth of Puerto Rico | Unsecured | $9,182.76 | Commonwealth of Puerto Rico | Unsecured | $98.44 |

Reason: Invoices totaling $4,145.67 were paid via checks 51477, 51479, 112412, 116436, 120162, and 124103 on 06/20/2017, 02/21/2019, 03/21/2019, 04/30/2019, and 05/30/2019. For liabilities totaling $4,938.65, the claimant fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and University of Puerto Rico which is not part of the Title III proceedings. The Claimant shall retain the non-modified portion of the claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | QUEST DIAGNOSTICS OF PUERTO RICO, INC.<br>CAPARRA GALLERY<br>CALLE ORTEGON #107<br>LOCAL 105<br>GUAYNABO, PR 00966 | 94933 | Commonwealth of Puerto Rico | Unsecured | $2,349.14 | Commonwealth of Puerto Rico | Unsecured | $706.87 |

Reason: Invoices totaling $1,642.27 were paid via checks 75978, 75979, 75980, 75987, 82274, 96372, 96374, and 96382 on 03/26/2018, 05/18/2018, and 09/18/2018. The Claimant shall retain the non-modified portion of the claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Sixth Omnibus Objection

Exhibit A - Modified Claims

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | RIVERA SIACA, LUIS A.<br>CHARLES A CUPRILL P.S.C.<br>LAW OFFICES<br>356 FORALEZA STREET  2 FLOOR<br>SAN JUAN, PR 00901 | 48953 | Commonwealth of Puerto Rico | Unsecured | $483,109.37 | Commonwealth of Puerto Rico | Unsecured | $55,531.24 |

Reason: Invoices totaling $427,578.13 were paid via ACHs/checks 00033392, 00259654, 00035704, 00261257, and 00036001 on 12/23/2019, 02/06/2020, and 02/10/2020.  The Claimant shall retain the non-modified portion of the claim.

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | SUR MED MEDICAL CENTER CORP<br>PO BOX 1162<br>8 CALLE COLON PACHECO<br>SALINAS, PR 00751 | 41863 | Commonwealth of Puerto Rico | Unsecured | $97,016.06 | Commonwealth of Puerto Rico | Unsecured | $6,573.00 |

Reason: Invoices totaling $90,443.06 were paid via EFTs 00096628, 00096660, 00096661, 00096662, 00096663, 00096664, 00096665, and 00096666 on 08/29/2018.  The Claimant shall retain the non-modified portion of the claim.

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | YABUCOA DEVELOPMENT, S.E<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 25519 | Commonwealth of Puerto Rico | Unsecured | $74,097.42 | Commonwealth of Puerto Rico | Unsecured | $47,945.49 |

Reason: Invoices totaling $26,151.93 were paid via EFT 00095237 on 09/14/2018.  The Claimant shall retain the non-modified portion of the claim.

*Indicates claim contains unliquidated and/or undetermined amounts