**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>   as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>   Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

ORDER GRANTING FIVE HUNDRED SIXTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH IS NOT LIABLE

Upon the *Five Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is Not Liable* [ECF No. 22253] (the "Five Hundred Sixteenth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated September 16, 2022, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Five Hundred Sixteenth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Sixteenth Omnibus Objection and to grant the relief requested therein

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Five Hundred Sixteenth Omnibus Objection.

pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Five Hundred Sixteenth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the claims identified in the column titled "Claims to be Disallowed" in <u>Exhibit A</u> to the Five Hundred Sixteenth Omnibus Objection (collectively, the "<u>Claims to Be Disallowed</u>") having been found to be claims for which the Commonwealth is not liable; and the Court having determined that the relief sought in the Five Hundred Sixteenth Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Sixteenth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Five Hundred Sixteenth Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

      ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims registry in the Title III Cases; and it is further

      ORDERED that this Order resolves Docket Entry No. 22253 in Case No. 17-3283; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

      SO ORDERED.

Dated: _____

                                      _____
                                      Honorable Judge Laura Taylor Swain
                                      United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Sixteenth Omnibus Objection**

Five Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BIOIMAGENES MEDICAS<br>BIOPLAZA BUILDING<br>2638 HOSTOS AVE., SUITE 101<br>CARR #2 KM. 150.3<br>BO. ALGARROBO<br>MAYAGÜEZ, PR 00682 | 05/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24807 | $47,230.91 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18172 | $15,601.90 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23226 | $25.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CARLOS FLORES CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11075 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

\*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22556 | $24,965.97 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30912 | $446.16 |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $246.16 in the agency's system. Additionally, invoice totaling $200.00 was paid via EFT 00089334 on 07/05/2018.

| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50208 | $2,876.95 |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoices 0000165861, 0000165863, 0000165864, 0000165865, 0000165866, 0000165867, 0000326958, 0000334693, 0000334694, 0000335713, and 0000340206 in the agency's system. Claim #50208 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

| 8 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10764 | $2,032.80 |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Five Hundred Sixteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10765 | $14,009.18 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9442 | $51,559.26 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $35,114.26 in the agency's system. Additionally, invoice totaling $16,445.00 was paid via check 2473 on 06/26/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DJ AIR GROUP CORP<br>PO BOX 10403<br>SAN JUAN, PR 00922 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29793 | $51,946.50 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices and purchase orders. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with the invoice or purchase order totaling $1,132.50 in the agency's system. Additionally, invoices totaling $26,730.00 were paid via check 83309 on 05/24/2018. The remaining liabilities totaling $24,084.00 are duplicative to claim 173934.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DUST CONTROL SERVICES OF P.R. INC.<br>PO BOX 362048<br>SAN JUAN, PR 00936-2048 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111557 | $2,556.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $1,470.00 in the agency's system. Additionally, invoices totaling $1,086.00 were paid via checks 00186556, 00187609, 00194543, 00195798, 00197876, 00198824, 00202196, 00202872, 00204175, 00204979, and 00238607 on 03/19/2009, 04/17/2009, 07/23/2009, 08/20/2009, 10/09/2009, 10/29/2009, 01/22/2010, 01/28/2010, 02/12/2010, 02/25/2010, and 11/03/2011.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | DUST CONTROL SERVICES OF P.R., INC.<br>P. O. BOX 362048<br>SAN JUAN, PR 00936-2048 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137438 | $25.25 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GREATAMERICA FINANCIAL SERVICES CORPORATION<br>ATTN: PEGGY UPTON<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | 02/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 501 | $29,800.30* |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | LANDFILL TECHNOLOGIES OF FAJARDO<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27807 | $2,168.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices totaling $1,628.00 in the agency's system.  Additionally, invoice totaling $540.00 was paid via check 00135659 on 04/06/2017.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | MILLER & CHEVALIER CHARTERED<br>900 16TH ST NW<br>WASHINGTON, DC 20006-2901 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22059 | $154,508.75 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices.  Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.  Claim #22059 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | NATIONAL ASSOCIATION OF STATE BUDGET OFFICERS<br>444 N. CAPITOL ST. NW<br>WASHINGTON, DC 20001 | 05/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11506 | $5,600.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17379 | $6,000.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9021 | $16,200.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | QUEST DIAGNOSTICS OF PUERTO RICO, INC.<br>CAPARRA GALLERY CALLE ORTEGON #107 LOCAL 105<br>GAUYNABO, PR 00966 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86557 | $63.20 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | RAMOS PIZARRO, ERIEL E<br>URB LA ALAMEDA<br>800 ESMERALDA STREET<br>SAN JUAN, PR 00926-5818 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20539 | $7,980.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 152644 | $1,782.30 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154213 | $1,120.80 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154522 | $8,699.45 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

Five Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | RODRIGUEZ RODRIGUEZ, FELIX<br>CITY OFFICE SUPPLIES<br>PO BOX 1669<br>BAYAMON, PR 00960 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154950 | $3,181.08 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoices. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |
| 26 | TRAFON GROUP, INC.<br>JUAN R. RIVERA FONT<br>27 GONZALEZ GIUSTI<br>SUITE 602<br>GUAYNABO, PR 00968 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49492 | $949.24 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice. Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with this invoice in the agency's system. | | | | | |
| | | | | | TOTAL | $451,329.00* |

*Indicates claim contains unliquidated and/or undetermined amounts