UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THE ELEVENTH
URGENT CONSENSUAL MOTION FOR
EXTENSION OF DEADLINES AND ADJOURNMENT OF HEARING

Upon the *Eleventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing* (Docket Entry No. 23344 in Case No. 17-3283, Docket Entry No. 1398 in Case No. 17-3566, and Docket Entry No. 351 in Case No. 19-5523) (the "Eleventh Extension Motion");[2] and the Court having found that the relief requested in the Eleventh Extension Motion is in the best interests of the Oversight Board and Ramhil; and the Court having found that the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Eleventh Extension Motion.

Oversight Board provided adequate and appropriate notice of the Eleventh Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Eleventh Extension Motion; and the Court having determined that the factual bases set forth in the Eleventh Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Eleventh Extension Motion is granted as set forth herein.

2. Replies to the Ramhil Objection, if any, must be filed by **March 8, 2023**, at **4:00 p.m. (Atlantic Standard Time)**.

3. The Ramhil Objection will be heard at the March 15, 2023 omnibus hearing.

4. This Order resolves Docket Entry No. 23344 in Case No. 17-3283, Docket Entry No. 1398 in Case No. 17-3566, and Docket Entry No. 351 in Case No. 19-5523.

SO ORDERED.

Dated: January 25, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge