**Exhibit A**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**ORDER GRANTING FIVE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO SUBSEQUENTLY AMENDED CLAIMS**

Upon the *Five Hundred Thirty-Third Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims* [ECF No. 22264] (the "Five Hundred Thirty-Third Omnibus Objection")[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated September 16, 2022, for entry of an order disallowing in their entirety certain claims filed against PREPA, as more fully set forth in the Five Hundred Thirty-Third

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Thirty-Third Omnibus Objection.

Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider

the Five Hundred Thirty-Third Omnibus Objection and to grant the relief requested therein

pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section

307(a); and due and proper notice of the Five Hundred Thirty-Third Omnibus Objection having

been provided to those parties identified therein, and no other or further notice being required; and

each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the

Five Hundred Thirty-Third Omnibus Objection (collectively, the "Claims to Be Disallowed")

having been amended and superseded by the subsequently filed proofs of claim identified in the

column titled "Remaining Amended Claims" in Exhibit A (collectively, the "Remaining Amended

Claims"); and the Court having determined that the relief sought in the Five Hundred Thirty-Third

Omnibus Objection is in the best interest of PREPA and its creditors, and all the parties in interest;

and the Court having determined that the legal and factual bases set forth in the Five Hundred

Thirty-Third Omnibus Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the Five Hundred Thirty-Third Omnibus Objection is GRANTED

as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their

entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Amended Claims is

reserved; and it is further

ORDERED that Kroll is authorized and directed to delete the Claims to Be

Disallowed from the official claims register in the Title III Cases; and it is further

2

ORDERED that this Order resolves Docket Entry No. 22264 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

**EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Thirty-Third Omnibus Objection**

FIVE HUNDRED THIRTY-THIRD OMNIBUS OBJECTION
Exhibit A – Subsequently Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MEMBERS OF SUCESION YESMIN GALIB MARÍA E VICÉNS 9140 CALLE MARINA SUITE 801 PONCE, PR 00717 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 11497 | $53,706.38 | MEMBERS OF SUCESION YESNMIN GALIB MARIA E. VICENS 1218 AVE HOSTOS, SUITE 117 PONCE, PR 00717 | 3/10/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179742 | $117,990.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | VALDIVIESO, JORGE LUCAS P MARÍA E VICÉNS 9140 CALLE MARINA SUITE 801 PONCE, PR 00717 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 11790 | $53,706.38 | VALDIVIESO, JORGE LUCAS P MARIA E. VICENS 1218 AVE HOSTOS, SUITE 117 PONCE, PR 00717 | 3/10/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179741 | $117,990.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts.