**Exhibit A**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　Debtors.[1] | PROMESA<br>Title III<br>No. 17-BK-3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**ORDER GRANTING FIVE HUNDRED FORTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNLIQUIDATED CLAIMS**

Upon the *Five Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unliquidated Claims* (the "Five Hundred Forty-Fifth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth" or the "Objecting Debtor"), dated October 28, 2022, for entry of an order liquidating certain claims filed against the Objecting Debtor, as more fully set forth in the Five Hundred Forty-Fifth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Forty-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Forty-Fifth Omnibus Objection.

1

Fifth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Five Hundred Forty-Fifth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in **Exhibit A** to the Five Hundred Forty-Fifth Omnibus Objection (the "Unliquidated Claims") should be liquidated and allowed; and the Court having determined that the relief sought in the Five Hundred Forty-Fifth Omnibus Objection is in the best interest of the Objecting Debtor, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Forty-Fifth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Five Hundred Forty-Fifth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Unliquidated Claims are liquidated and allowed in the amounts identified in the columns titled "Modified and Allowed" in **Exhibit A** to the Five Hundred Forty-Fifth Omnibus Objection; and it is further

ORDERED that Kroll, is authorized and directed to designate the Unliquidated Claims as liquidated on the official claims registry in the Title III cases; and it is further

ORDERED that this Order resolves Docket Entry No. 22749 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                        _____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Forty-Fifth Omnibus Objection**

Five Hundred Forty-Fifth Omnibus Objection

Exhibit A - Claims to Be Liquidated and Allowed

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ENEIDA LUZ AYALA CARTAGENA V DEPARTMENTO DE EDUCACION LCDO HERIBERTO QUINONES URBANIZACION SABANERA CAMINO DE LOS JARDINES 392 CIDRA, PR 00739 | 46248 | Commonwealth of Puerto Rico | Unsecured | $5,025.00* | Commonwealth of Puerto Rico | Unsecured | $5,025.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,025.00 for the Claim, such amount fully liquidates the Claim.

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | MARIANNE TORRES TORRES, JUAN LOURIDO DUME Y LA SOCIEDAD DE GANANCIALES COMPUESTO POR AMBOS LANDRON VERA. LLC LUIS A. RODRIGUEZ MUÑOZ, ESQ. 1606 AVENIDA PONCE DE LEON, SUITE 501 SAN JUAN, PR 00909 | 24593 | Commonwealth of Puerto Rico | Unsecured | $16,000.00* | Commonwealth of Puerto Rico | Unsecured | $16,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $16,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | TOTAL | | $21,025.00* | TOTAL | | $21,025.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

1