**<u>EXHIBIT A</u>**

EXHIBIT A

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ADORNO GONZALEZ, LYNNOT | 19728 | f | Litigation Claims | 17-CV-01770 |
| ADORNO OTERO, EMILIO | 163835 | f | Litigation Claims | 17-CV-01770 |
| AIKEN UNIFORMS, INC. | 8451 | d | Litigation Claims | EPE-2012-0244 |
| ALBERTY MARRERO, SOCORRO | 51972 | f | Litigation Claims | 17-CV-02385 |
| ALEJANDRO SOLIS LOPES & BRENDA FELICIANO | 16489 | f | Litigation Claims | 16-1819 (JAG) |
| ALONSO, REYNALDO | 43276 | d | Litigation Claims | ADP-2015-0125 |
| ALTURET, LUCIAN | 63836 | d | Litigation Claims | NSCI-2017-00517 |

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| AMBERT MARTINEZ, JENNIFER | 19570 | f | Litigation Claims | 17-CV-01770 |
| ANGULO MILLAN, SAMUEL | 11789 | d | Litigation Claims | DDP-2016-0339 |
| APONTE RAMOS, HEIDI | 10159 | e | Litigation Claims | E2CI-2014-0295 |
| APONTE VAZQUEZ, MADELINE | 57273 | d | Litigation Claims | EDP-2004-0067 |
| ARAYA RAMIREZ, EVA | 23148 | f | Litigation Claims | 2014-1619 |
| ARROYO MOLINA, FELIX | 52627 | f | Litigation Claims | 17-CV-02385 |
| ASOCIACIÓN DE OPERADORES DE MÁQUINAS DE ENTRETENIMIENTO DE ADULTOS DEL OESTE, INC. | 11289 | d | Litigation Claims | 11-1219 |
| AULI FLORES, LUIS G | 19721 | f | Litigation Claims | 17-CV-01770 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| AYALA, DORIS RIVERA | 38722 | d | Litigation Claims | 1998-01-1356 |
| BAUZA, JANICE MARCHAND | 21568 | f | Litigation Claims | 17-CV-01770 |
| BAYON CORREA, IRVING | 15020 | f | Litigation Claims | 17-CV-01770 |
| BENABE & ASOCIADOS, LLC | 5409 | e | Litigation Claims | E2CI-2012-00639 |
| BETANCOURT ALICEA, JOSE | 19542 | f | Litigation Claims | 17-CV-01770 |
| BONES DIAZ, EDWIN F | 12719 | d | Litigation Claims | GDP-2017-0102 |
| BONET SILVA, ALEX OMAR | 30378 | d | Litigation Claims | 2014-07-0080 |
| BONILLA CARABALLO, JOSE R. | 21112 | f | Litigation Claims | 17-CV-01770 |
| BORRERO, IVONNE | 17536 | f | Litigation Claims | 17-CV-01770 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CALDERON LEBRON, EDGAR | 21109 | f | Litigation Claims | 17-CV-01770 |
| CAMACHO PAGAN, YAHAIRA | 28417 | d | Litigation Claims | GDP-2012-0079 |
| CANCEL DIARZA, MARILYN | 8776 | d | Litigation Claims | KDP-2016-0399 |
| CANDIDA TAPIA RIOS POR SI Y EN REPRESENTACION DE MRT | 8306 | d | Litigation Claims | DPE-2017-0226 |
| CANO RODRIGUEZ, ROBERTO | 88388 | d | Litigation Claims | KLRA-2014-01302 |
| CARDONA JIMENEZ, LUIS E. | 70893 | e | Litigation Claims | CC-2018-0089 |
| CARRASQUILLO, HECTOR VELEZ | 37876 | f | Litigation Claims | 18-CV-1081 USDC-PR |
| CARRASQUILLO, JAVIER WALKER | 24479 | f | Litigation Claims | 17-CV-01770 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CHRISTOPHER CRUZ-RODRIGUEZ, MARIA DE LOURDES RODRIGUEZ RUIZ & NATALIA CRUZ RODRIGUEZ | 20332 | f | Litigation Claims | 2012-1189 |
| CLAUDIO LLOPIZ, OMAR J. | 21122 | f | Litigation Claims | 17-CV-01770 |
| COLON AVILES, DAVID | 51971 | e | Litigation Claims | NSCI2012-139 |
| COLON COATES, NANCY | 9427 | d | Litigation Claims | SJ-2018-CV-00906 |
| COLON GONZALEZ, CARLOS | 9379 | d | Litigation Claims | SJ-2018-CV-00906 |
| COLON ORTIZ, ROSA | 38387 | d | Litigation Claims | EDP-2014-0033 |
| COLON-GONZALEZ, JUAN IVAN | 88591 | f | Litigation Claims | 17-1162 |
| CONCEPCION OSORIO, MIRIAM A | 89911 | f | Litigation Claims | KPE-2011-3267 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CONSTRUCCIONES JOSE CARRO, S.E. | 22683 | f | Litigation Claims | KAC-2012-0583; KAC-2014-0639; KAC-2014-0640; KAC-2014-0641; KLAN-2017-00356 |
| CORPORACION DE SERVICIOS INTEGRALES DE SALUD DEL AREA DE BARRANQUITAS, COMERIO,COROZAL, NARANJITO Y OROCOVIS, INC. | 30144 | f | Litigation Claims | DDP-2005-0132; DDP-2005-0133 |
| CORRALIZA RODRIGUEZ, CARMEN L | 84542 | e | Litigation Claims | 2016-002 |
| CORREA GUERRA, MARIA | 11573 | d | Litigation Claims | DDP-2018-0115 |
| CORREA GUERRA, MARIA | 13508 | d | Litigation Claims | DDP-2018-0115 |
| CORREA-VALES, JUAN J. | 23136 | d | Litigation Claims | CL-RET-00-12-929 |
| CORTES, ANA MISLAN | 18241 | e | Litigation Claims | DDP-2014-0354 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CRUZ ALVERIO, CARLOS | 14079 | f | Litigation Claims | 11-1219 |
| CRUZ BERRIOS, JOSE JULIAN | 144721 | f | Litigation Claims | 2014-1232 |
| CRUZ CARRASQUILLO, SATURNO | 21111 | f | Litigation Claims | 17-CV-01770 |
| CRUZ DIAZ, WANDA | 21296 | f | Litigation Claims | 17-CV-01770 |
| CRUZ DONES, JUAN | 17159 | f | Litigation Claims | 17-CV-01770 |
| CRUZ GUZMAN, TEODORO | 47402 | d | Litigation Claims | 2016-0186 |
| CRUZ SANCHEZ, JOSE | 122702 | d | Litigation Claims | 17-CV-1585 |
| CRYSTAL Y OTROS, ROMERO CRUZ | 43795 | f | Litigation Claims | DDP-2015-0676 |
| DAVID CRUZ / WANDA MIRANDA AND CONJUGAL | 36099 | f | Litigation Claims | 14-1016 (PG) |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| PARTNERSHIP CRUZ-MIRANDA | | | | |
| DÁVILA ARZUAGA, BENITO | 16141 | d | Litigation Claims | JDP-2017-0042 |
| DAVILA SUAREZ, RAFAEL E | 17687 | e | Litigation Claims | DDP-2017-0560 |
| DAVILA SUAREZ, RAFAEL E | 18825 | e | Litigation Claims | DDP-2017-0560 |
| DE JESUS SILVA, ERICK J | 13305 | e | Litigation Claims | E2CI-2014-0885 |
| DE LOURDES RODRIGUEZ, MARIA | 112904 | d | Litigation Claims | EAC-12011-0394 |
| DE PEDRO GONZALEZ, REBECCA | 21195 | f | Litigation Claims | 17-CV-01770 |
| DELGADO PEREZ, DIEGO | 16401 | d | Litigation Claims | EDP-2010-0037 |
| DELGADO SEGUI, MIGDALIA | 10253 | d | Litigation Claims | 2017-CV-1555 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| DELGADO SEGUI, MIGDALIA | 11796 | d | Litigation Claims | SJ-2017-CV-1555 |
| DEMETER INTERNATIONAL INC. | 9742 | f | Litigation Claims | DAC-2011-0685 |
| DIAZ REYES, SARAI | 19723 | f | Litigation Claims | 17-CV-01770 |
| DÍAZ TORRES, ROSALINA | 8121 | d | Litigation Claims | DDP-2015-0312 |
| DOMINGUEZ CABEZUDO, JOAN | 12055 | d | Litigation Claims | EDP-2013-0017 |
| E ROJAS PUCCINI, SUCN BERTA | 75959 | f | Litigation Claims | B3CI-2006-00181 |
| E.V.R., MENOR | 14135 | d | Litigation Claims | DDP-2016-0614 |
| ESPINOSA, JOSE | 19567 | f | Litigation Claims | 17-CV-01770 |
| ESTERRICH LOMBAY, GABRIEL | 11571 | e | Litigation Claims | KPE-2017-0110 |

9

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| EVELIO ALEJANDRO RIVERA, JANNETE ORTIZ SAAVEDRA, BY THEMSELVES AND REPRESENTING HIS SON E.A.O | 19622 | e | Litigation Claims | FDP-2014-0049 |
| FALCON COLON, LUZ ELIA Y ELIA LUZ FALCON COLON | 8011 | d | Litigation Claims | DDP-2016-0574 |
| FALCON FONTANEZ, SANDRA | 39590 | d | Litigation Claims | NSCI2012-139 |
| FERNÁNDEZ MUNDO, DARNES | 53609 | d | Litigation Claims | 2011-03-3187 |
| FIGUEROA BERRIOS, ANGEL  F. | 14876 | d | Litigation Claims | B3CI-2014-00220 |
| FIGUEROA RUIZ, NATALIO | 34355 | d | Litigation Claims | GDP-2006-0181 |
| FIGUEROA SERRANO, JOSHUA | 21118 | f | Litigation Claims | 17-CV-01770 |
| FRIAS, RAMONA  C | 17351 | d | Litigation Claims | SJ-2018-CV-00369 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| FUENTES RODRIGUEZ, FERNANDO | 21354 | f | Litigation Claims | 17-CV-01770 |
| GALARZA RODRIGUEZ, OMAR | 114291 | d | Litigation Claims | EAC-12011-0394 |
| GARCIA PERALES, DAMARIS | 52966 | f | Litigation Claims | 18-CV-1081 USDC-PR |
| GARCIA TORRES, JOSE A. | 28272 | d | Litigation Claims | EDP-2017-0312 |
| GARCIA VELEZ, HECTOR J. | 135714 | d | Litigation Claims | 17-CV-1585 |
| GERENA, JULISA | 137370 | d | Litigation Claims | 17-CV-1585 |
| GERONIMO PEREZ, MARIA | 12031 | d | Litigation Claims | FDP-2016-0238 |
| GONZALEZ GERENA, MIGUEL A. | 21239 | f | Litigation Claims | 17-CV-01770 |
| GONZALEZ LEDESMA, ANA | 21269 | f | Litigation Claims | 17-CV-01770 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| GONZALEZ LOPEZ, BELKYS | 37983 | f | Litigation Claims | 2014-1149 |
| GONZALEZ PLUGUEZ, HECTOR | 9489 | d | Litigation Claims | CFDP-2017-0001 |
| GONZALEZ SOTOMAYOR, MARIA | 11866 | d | Litigation Claims | JDP-2013-0132 |
| GONZALEZ, IVELISSE | 19808 | f | Litigation Claims | 17-CV-01770 |
| GONZALEZ, JOSE | 137818 | d | Litigation Claims | 17-CV-1585 |
| GRIFFITH FIGUEROA, ALLAN A. | 19555 | f | Litigation Claims | 17-CV-01770 |
| GUADALUPE DE LA MATTA, SAVITRI | 10093 | f | Litigation Claims | CV-01423 |
| GUERRERO RIVERA, JESSICA | 21000 | d | Litigation Claims | 2008-04-0932 |
| GUTIERREZ GOMEZ, SERGIO E. | 12420 | d | Litigation Claims | EDP-2017-0285 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| GUZMAN OLMEDA, CHRISTIAN | 6069 | e | Litigation Claims | DAC-2017-0118 |
| HANCE RODRIGUEZ, , ELIZABETH | 2782 | d | Litigation Claims | KDP-2011-0440 |
| HERNANDEZ DIAZ, GENESIS | 21398 | f | Litigation Claims | 17-CV-01770 |
| HERNANDEZ ECHEVESTRE, RICARDO | 11444 | e | Litigation Claims | 11-1219 |
| HERNANDEZ RESTO, CARLOS | 20932 | f | Litigation Claims | 17-CV-01770 |
| HERNANDEZ RIVERA, JOSE A. | 131462 | d | Litigation Claims | 17-CV-1585 |
| ILARROTA GONZALES, AIDA J. | 13327 | d | Litigation Claims | DDP-2017-0397 |
| IMMOBILIARIA UNIBON, INC. | 29013 | f | Litigation Claims | CAC-2011-3674 |
| IRIZARRY BENEJAM, JULIO | 10148 | d | Litigation Claims | KDP-2016-0133 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| IRIZARRY CALDERÓN, YAZMIN MILAGROS Y OTROS | 5664 | f | Litigation Claims | E2CI-2012-00639 |
| IRIZARRY OTANO, LIZANDRA | 3991 | d | Litigation Claims | LIZANDRA IRIZARRY OTANO V. DEPARTAMENTO DE JUSTICIA |
| IRIZARRY PARIS, JORGE | 21560 | f | Litigation Claims | 17-CV-01770 |
| ISMAEL RIVERA GRAU POR SI Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE GANANCIALES | 33011 | e | Litigation Claims | KDP-2016-0913 |
| IZQUIERDO SAN MIGUEL LAW OFFICES | 32039 | e | Litigation Claims | ISCI-2016-01045 |
| J.A.G.T., MINOR, REPRESENTED BY HIS MOTHER MADELINE TORRES CARTAGENA | 9630 | d | Litigation Claims | EDP-2015-0220 |
| JIMENEZ BRACERO, MARGARITA | 41675 | f | Litigation Claims | 17-CV-02385 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| JIMENEZ RESTO, EDWIN | 20408 | f | Litigation Claims | 17-CV-01770 |
| JORGE R. POZAS NET. | 12821 | d | Litigation Claims | KCO-2016-0015 |
| JOSE L. QUIÑONES VILLANUEVA V . ELA DE PR | 14819 | f | Litigation Claims | GDP-2015-0154 |
| JOSE NATAL DE LEON POR SI Y EN REPRESENTACION DE JNP | 8790 | d | Litigation Claims | KPE-2012-0531 |
| JUDYSAN ARCE CINTRON Y OTROS | 19182 | d | Litigation Claims | GPE-2017-0058 |
| JULIO ANGEL RODRIGUEZ ALGARIN Y OTROS | 14108 | d | Litigation Claims | EDP-2017-0282 |
| KATHERINE FIGUEROA AND GUY SANCHEZ | 179114 | f | Litigation Claims | 16-2349 |
| KETSY PAGAN MERCADO POR SI Y EN REPRESENTACION DE OCP | 7324 | d | Litigation Claims | EDP-2017-0118 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| LANDAN ARROYO, JIMMY ORLANDO Y OTROS | 9942 | d | Litigation Claims | FDP-2016-0058 |
| LASTRA RIVERA, MARY | 20359 | f | Litigation Claims | 17-CV-01770 |
| LEBRÓN FIGUEROA, NYDIA | 13055 | d | Litigation Claims | HSCI-2017-00187 |
| LEBRÓN SANTIAGO, JOSÉ CARLOS | 8519 | d | Litigation Claims | DPE-2017-0209 |
| LEDESMA ALBORS, OSCAR | 21514 | f | Litigation Claims | 17-CV-01770 |
| LEON COSME, RUBEN | 13410 | d | Litigation Claims | JDP-2013-0132 |
| LEON RENTA, JEAN | 17970 | f | Litigation Claims | 17-CV-01770 |
| LEYVA ROMERO, RAFAEL | 52947 | f | Litigation Claims | 18-CV-1081 USDC-PR |
| LINFERNAL CRUZ, ELLIS | 11268 | e | Litigation Claims | 11-1219 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| LLOPIZ BURGOS, WANDA | 53010 | f | Litigation Claims | 17-CV-02385 |
| LOPEZ , MARTHA RIVERA | 38538 | f | Litigation Claims | 17-CV-02385 |
| LOPEZ MORA, RAFAEL R. | 11704 | d | Litigation Claims | N3CI2016-00280 |
| LOPEZ PAGAN, RAFAEL ANGEL | 14057 | d | Litigation Claims | B3CI-2014-00438 |
| LOPEZ PENA, DAVID & RIVERA, CARMEN | 8307 | d | Litigation Claims | KDP-2016-0106 |
| LÓPEZ ROLÓN, CARMEN ALICIA | 51316 | f | Litigation Claims | G2CI2016-0071 |
| LOPEZ, ARIADNA | 17953 | f | Litigation Claims | 17-CV-01770 |
| LOURDES MORALES REYES POR SI Y COMO MIEMBRO DE LA SOCIEDAD LEGAL DE GANANCIALES | 34516 | e | Litigation Claims | KDP-2016-0913 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| LOYOLA MERCADO, ANGEL I. | 11123 | d | Litigation Claims | KDP-2016-0133 |
| LUCELLYS SANTOS CINTRON Y OTROS | 7381 | d | Litigation Claims | KPE-2011-0766 |
| LUCENA SOTO, DIONISIO | 106792 | f | Litigation Claims | ADP-2017-0014 |
| LUCIANO RIVERA, ALEXANDER & JESSICA ORTIZ DIAZ | 22544 | f | Litigation Claims | ALEXANDER LUCIANO RIVERA, JESSICA ORTIZ DIAZ v. ESTADO LIBRE ASOCIADO DE PUERTO RICO Y ADMINISTRACION DE TRIBUNALES |
| LUZ RIVERA, NERY | 23938 | f | Litigation Claims | 17-CV-01770 |
| MANGUAL MOJICA, JOSE B | 114289 | d | Litigation Claims | EAC-12011-0394 |
| MANGUAL RODRIGUEZ, YAJAIRA | 114290 | d | Litigation Claims | EAC-12011-0394 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MARIA DE LOURDES RUIZ RAMIREZ POR SI Y EN REPRESENTACION DE LSR Y OTROS | 8090 | d | Litigation Claims | KPE-12-4161 |
| MARIA ORTIZ, ELSA | 8281 | d | Litigation Claims | B3CI-2014-00340 |
| MARIBEL JIMENEZ ROHENA POR SI Y EN REPRESENTACION DE YAAJ | 8711 | d | Litigation Claims | FPE-2017-0174 |
| MARQUEZ SANCHEZ Y OTROS, CARMELO | 46251 | f | Litigation Claims | FDP-2017-0046 |
| MARRERO ARCHILLA, RICHARD | 13127 | d | Litigation Claims | DDP-2017-0397 |
| MARTINEZ GONZALEZ, DELIA M. | 17068 | f | Litigation Claims | DDP-2015-0066 |
| MARTINEZ-ECHEVARRIA, EDUARDO H | 10500 | e | Litigation Claims | 17-1524 |
| MATEO RODRIGUEZ, JOSE | 41063 | d | Litigation Claims | GDP-2016-0038 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MATOS RODRIGUEZ, JOSE | 8810 | d | Litigation Claims | DDP-2016-0133 |
| MATOS, EFRAIN | 28624 | e | Litigation Claims | 2016-3147 |
| MAYSONET GARCIA, CRISTOBAL | 22725 | f | Litigation Claims | 17-CV-01770 |
| MEDINA , AMNERIS | 134473 | d | Litigation Claims | 17-CV-1585 |
| MEDINA, MIGUEL A. | 152899 | d | Litigation Claims | 17-CV-1585 |
| MELENDEZ ROSARIO, ANA | 11187 | d | Litigation Claims | EDP-2017-0173 |
| MERCED PEREZ, JUAN | 31304 | d | Litigation Claims | AGRON VALENTIN VS. AEP |
| MERYLINE PACHECO LÓPEZ EN REPRESENTACIÓN DE BFP | 8088 | d | Litigation Claims | DPE-2017-0276 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MONSERRATE FLECHA, ANA I. | 38351 | d | Litigation Claims | HSCI-2017-00029 |
| MORALES DÍAZ, NANCY | 12064 | d | Litigation Claims | EDP-2010-0037 |
| MORALES LOPEZ, DIANA IRIS | 14725 | e | Litigation Claims | DIANA IRIS MORALES LOPEZ v. MUNICIPIO DE NARANJITO; ESTADO LIBRE ASOCIADO DE PUERTO RICO |
| MORALES, AUGUSTO | 39 | d | Litigation Claims | AUGUSTO MORALES TOLLADO vs. ROBERTO SANCHEZ RAMOS |
| MORALES, ROBERTO FELICIANO | 188 | d | Litigation Claims | KDP-2013-1298; KDP-2014-0460 |
| MORALES, WANDA | 15537 | f | Litigation Claims | 17-CV-01770 |
| MOREYMA RODRIGUEZ, CINTHIA | 29826 | d | Litigation Claims | DAC-2015-1471 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MPJ AUTO CORP. | 2126 | f | Litigation Claims | ISCI-2009-00606 |
| MULERO RODRIGUEZ, JENNIFER L | 11968 | d | Litigation Claims | FDP-2015-0023 |
| MUNOZ OLAN, OLIVER | 27439 | f | Litigation Claims | ISCI-2016-01045 |
| MUNOZ, MELISSA | 27442 | d | Litigation Claims | ISCI-2016-01045 |
| MYERS, DOROTHY | 22727 | f | Litigation Claims | 17-CV-01770 |
| MYRIAM BETANCOURT LOPEZ, ET ALS. | 141265 | f | Litigation Claims | FDP-2013-0423 |
| NARVAEZ CARRION, JOSE | 22728 | f | Litigation Claims | 17-CV-01770 |
| LAO RODRIGUEZ, JOSE LUIS | 14620 | c | Litigation Claims | GDP-2009-0078 |
| AMARO CORA, BRISEIDA | 13225 | c | Litigation Claims | GDP-2009-0078 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| NEGRON DIAZ, JONUEL | 163756 | f | Litigation Claims | 17-CV-01770 |
| NIEVES RUIZ, WENDY | 79174 | d | Litigation Claims | DDP-2009-0113; DDP-2010-0594 |
| OCASIO MATOS, BARBARA | 52161 | f | Litigation Claims | 17-CV-02385 |
| OLIVERO ALVARAZ, RUTH | 22726 | f | Litigation Claims | 17-CV-01770 |
| OLIVERO ASTACIO, IVONNE | 26681 | f | Litigation Claims | DDP-2009-0762 |
| O'NEILL OYOLA, LEIDA | 100864 | e | Litigation Claims | 17-CV-2311 |
| ONELIA LOPEZ SANTOS POR SI Y EN REPRESENTACION DE JNL | 8089 | d | Litigation Claims | DPE-2017-0226 |
| ONTANO ROSARIO, JOSE | 22768 | f | Litigation Claims | 17-CV-01770 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ORTIZ LEGRAND, LUIS GABRIEL | 4773 | f | Litigation Claims | DDP-2011-0799 |
| ORTIZ MEDINA, ANITZA | 52441 | f | Litigation Claims | 17-CV-02385 |
| ORTIZ MELENDEZ, ALEJANDRA | 21387 | f | Litigation Claims | 17-CV-01770 |
| ORTIZ MENDEZ, OLGA | 11428 | d | Litigation Claims | JDP-2015-0572 |
| ORTIZ VERAS, MARGARITA | 12953 | d | Litigation Claims | SJ-2017-CV-03000 |
| OSORIO PIZARRO, NEIDA | 28926 | d | Litigation Claims | FCC-1201-40171 |
| OTERO AMEZAGA, CESAR | 24598 | d | Litigation Claims | CDP-2013-0250 |
| OTERO, ADY PAZ | 20833 | f | Litigation Claims | 17-CV-01770 |
| PADILLA VELEZ, ANIBAL | 37951 | f | Litigation Claims | ISCI-2010-01599 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| PAGAN BEAUCHAMP, MARIA  DESIREE | 101777 | e | Litigation Claims | KDP-2016-0562 |
| PAGAN, GILBERTO | 22734 | f | Litigation Claims | 17-CV-01770 |
| PAGAN, OMAR PADRO | 21588 | f | Litigation Claims | 17-CV-01770 |
| PALACIO CAMACHO, WILFRIDO | 22753 | f | Litigation Claims | 17-CV-01770 |
| PANIAGUA BENÍTEZ, YARITZA | 8413 | d | Litigation Claims | KDP-2016-1466 |
| PANTOJAS, ADALBERTO | 52423 | f | Litigation Claims | 18-CV-1081 USDC-PR |
| PAREDES SANCHEZ, KEVIN J | 23071 | f | Litigation Claims | 17-CV-01770 |
| PASTRANA ORTIZ, PEDRO | 51228 | d | Litigation Claims | 2011-03-3190 |
| PAZ OTERO, ADY | 39733 | f | Litigation Claims | 17-CV-01770 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| PELLOT ORIZ, YESENIA | 13349 | d | Litigation Claims | DDP-2018-0116 |
| PENA BETANCES, CHRISTIAN | 9263 | d | Litigation Claims | KDP-2016-0895 |
| PEÑA MEDINA, WANDA | 34435 | d | Litigation Claims | ISCI-2014-00605 |
| PEREZ CANCHANY, YOLANDA | 76570 | d | Litigation Claims | ISC201000629 |
| PEREZ MARCO, JONATAN | 84857 | d | Litigation Claims | ISC201000629 |
| PEREZ RIVERA, JAVIER | 18 | d | Litigation Claims | CDP-2016-0070 |
| PEREZ TORRES, SANDRA | 34469 | a | Litigation Claims | 2016-3147 |
| PEREZ, WILLIAM | 179235 | d | Litigation Claims | 17-CV-1585 |
| PIZARRO PENALOZA, ISAAC | 33634 | d | Litigation Claims | FCC-1201-40171 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| PIZARRO-CORREA, LUZ | 57 | d | Litigation Claims | 3:16-CV-2598 |
| PJ ENTERTAINMENT, INC. | 11432 | d | Litigation Claims | 11-1219 |
| POU MARTINEZ, ANTONIO CAYETANO | 101733 | e | Litigation Claims | KDP-2016-0562 |
| PROFESSION CONSULTING INTERNATIONAL GROUP, INC.AL | 9557 | f | Litigation Claims | KAC-2009-1207 |
| PROFESSIONAL CONSULTING INTERNATIONAL GROUP INC | 10517 | f | Litigation Claims | KAC-2009-1207 |
| QUESADA MORIS, ALFREDO | 10246 | d | Litigation Claims | KDP-2016-0133 |
| QUIÑONES BENITEZ, RAUL | 19321 | d | Litigation Claims | DDP-2016-0528 |
| QUINONES FLORES, ANA | 24294 | d | Litigation Claims | GDP-2012-0079 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| QUINONES PIMENTEL, CATHERINE | 23312 | f | Litigation Claims | 17-CV-01770 |
| RAMIREZ Y OTROS , ANGEL | 17497 | f | Litigation Claims | DDP-2011-0867 |
| RAMOS LOZADA, NEFTALI | 23814 | f | Litigation Claims | 17-CV-01770 |
| RAMOS MUNDO, NELSON | 43509 | f | Litigation Claims | 18-CV-1081 USDC-PR |
| RAMOS REYES, YARITZA | 9514 | d | Litigation Claims | 2016-0191 |
| RAMOS VAZQUEZ, NOELIA | 52923 | f | Litigation Claims | 17-CV-02385 |
| RAMOS VICENTE, AGUSTIN | 32414 | d | Litigation Claims | DDP-2011-0823 |
| RESTO ALTURET, BRAYAN | 76284 | d | Litigation Claims | NSCI-2017-00517 |
| RESTO PEREZ, NICOLAS | 111999 | d | Litigation Claims | NSCI-2017-00517 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| REYES PEREZ, ARNALDO | 19688 | f | Litigation Claims | 17-CV-01770 |
| RICARDO'S ENTERTAINMENT, CORP. | 11255 | d | Litigation Claims | 11-1219 |
| RIO CONSTRUCTION CORP. | 50780 | e | Litigation Claims | KAC-2014-0411 |
| RIOS VARGAS, ELISA | 82027 | d | Litigation Claims | CAC-2016-0350 |
| RIVAS SANTIAGO, YAITZA | 52347 | f | Litigation Claims | 18-CV-1081 USDC-PR |
| RIVERA COLON, NESTOR | 179755 | f | Litigation Claims | EDP-2017-0334 |
| RIVERA CORRALIZA, PABLO JAVIER | 15565 | e | Litigation Claims | 11-1219 |
| RIVERA FALU, AUGUSTO | 24033 | f | Litigation Claims | 17-CV-01770 |
| RIVERA GONZALEZ, FELIX | 23961 | f | Litigation Claims | 17-CV-01770 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RIVERA GONZALEZ, LUIS | 23975 | f | Litigation Claims | 17-CV-01770 |
| RIVERA GONZALEZ, PRISCILLA | 23983 | f | Litigation Claims | 17-CV-01770 |
| RIVERA LOPEZ, COSME LUIS | 11442 | f | Litigation Claims | 16-3178 |
| RIVERA ORTIZ, DIEGO | 24244 | f | Litigation Claims | 17-CV-01770 |
| RIVERA PERCY, VICTOR  T | 29003 | f | Litigation Claims | 2016-3107 |
| RIVERA RIOS, IVAN | 23891 | f | Litigation Claims | 17-CV-01770 |
| RIVERA ROSADO, BETSAIDA | 11288 | d | Litigation Claims | DDP-2016-0614 |
| RIVERON MUÑOZ, RAMON | 24332 | f | Litigation Claims | 17-CV-01770 |
| RODRIGUEZ CEDENO, JOSE M | 6296 | d | Litigation Claims | JDP-2013-0111 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RODRIGUEZ CONCEPCION , JOSE | 24280 | f | Litigation Claims | 17-CV-01770 |
| RODRIGUEZ HERNANDEZ, RUTH N. | 10504 | d | Litigation Claims | DDP-2017-0566 |
| RODRIGUEZ HERNANDEZ, RUTH N. | 39200 | d | Litigation Claims | DDP-2017-0566 |
| RODRIGUEZ MARTE, YOLANDA | 28949 | e | Litigation Claims | FDP-2013-0333 |
| RODRIGUEZ MARTINEZ, JESSICA | 27153 | f | Litigation Claims | HSCI-2016-00726 |
| RODRIGUEZ MATOS, OLGA | 8722 | d | Litigation Claims | KDP-2016-0964 |
| RODRIGUEZ MATOS, OLGA | 8797 | d | Litigation Claims | KDP-2016-0964 |
| RODRIGUEZ MEJIA, FELIX A. | 8654 | d | Litigation Claims | SJ-2018-CV-00451 |
| RODRIGUEZ MELENDEZ, JOSE M. | 2535 | d | Litigation Claims | 2010-07-0033 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RODRIGUEZ RODRIGUEZ, JOSEPH | 23932 | f | Litigation Claims | 17-CV-01770 |
| RODRIGUEZ SAURE, JUAN | 23914 | f | Litigation Claims | 17-CV-01770 |
| RODRIGUEZ VEGA, JAMIE | 11417 | f | Litigation Claims | 11-1219 |
| ROQUE FELIX, CYNTHIA | 54382 | d | Litigation Claims | NSCI-2013-00787 |
| ROSA CASTRO, GLENDA | 28804 | d | Litigation Claims | GDP-2012-0079 |
| ROSADO CHARON, MONSERRATE | 8297 | d | Litigation Claims | ISCI-2016-00773 |
| ROSADO GONZALEZ, ROSA A. | 13116 | d | Litigation Claims | EDP-2017-0205 |
| RUIZ GUADARRAMA, ARNOLD D | 12256 | f | Litigation Claims | KLRA-2012-00816 2012-05-2042 |
| RUIZ MORALES, MARIA T. | 147169 | d | Litigation Claims | 2008-07-0035; 2008-12-0558; 2012-10-0398 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SALUD INTEGRAL EN LA MONTAÑA | 174289 | f | Litigation Claims | DDP-2005-0133 |
| SANCHEZ BRETON, MAYRA | 19529 | d | Litigation Claims | EDP-2014-0247 |
| SANCHEZ ORTIZ, NORMA IRIS | 37151 | d | Litigation Claims | 2016-03-1001 |
| SANCHEZ SOLDEVILLA, MARIA | 38603 | f | Litigation Claims | 17-CV-02385 |
| SANCHEZ, RAUL | 20344 | f | Litigation Claims | 17-CV-01770 |
| SANCHEZ-RODRIGUEZ, FRANCISCO | 74066 | f | Litigation Claims | GPE-2017-0087; JPE-2013-0737 |
| SANDRA I. PÉREZ MUÑOZ, ROBERTO RODRÍGUEZ, POR SÍ Y EN PREPARACIÓN DE IRP | 8631 | d | Litigation Claims | KPE-2010-4179 |
| SANTAELLA, LUIS | 20063 | f | Litigation Claims | 17-CV-01770 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SANTIAGO ALBALADEJO, MANUEL | 7149 | f | Litigation Claims | DDP-2014-0107 |
| SANTIAGO MARTINEZ, GIANCARLO | 163685 | f | Litigation Claims | 17-CV-01770 |
| SANTIAGO RIVERA, FRANCES | 4745 | d | Litigation Claims | B2CI-2007-01105 |
| SANTIAGO RODRIGUEZ, PABLO | 24454 | f | Litigation Claims | 17-CV-01770 |
| SANTIAGO TORRES, JEAN | 24057 | f | Litigation Claims | 17-CV-01770 |
| SANTIAGO, JOSUE TORRES | 12478 | d | Litigation Claims | 15-CV-1840 (JAG) |
| SANTOS FIGUEROA, CARLOS | 39273 | f | Litigation Claims | 17-CV-01770 |
| SANTOS OLIVERAS, ELBA | 17929 | d | Litigation Claims | B4CI-2016-00316 |
| SINDICATO DE BOMBERAS UNIDOS DE PR | 134823 | e | Litigation Claims | AQ-15-0354 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SINDICATO DE BOMBEROS UNIDOS DE PUERTO RICO | 43097 | d | Litigation Claims | AQ-11-205 |
| SOCIEDAD LEGAL DE BIENES GANANCIALES (COMPUESTA POR NANCY COLON COATES Y CARLOS COLON GONZALEZ) | 9378 | d | Litigation Claims | SJ-2018-CV-00906 |
| SOLA MARTI, ANTONIO | 23980 | f | Litigation Claims | 17-CV-01770 |
| SOTO CALDERON, JUDITH | 53011 | f | Litigation Claims | 17-CV-02385 |
| SOTO RAMOS, EMMANUEL | 24124 | f | Litigation Claims | 17-CV-01770 |
| SUCN. CARLOS ALBERTO LOPATEGUI ESTARELLAS | 13430 | f | Litigation Claims | NSCI-2001-00650 |
| TORO MORALES, MIGUEL A. | 27052 | d | Litigation Claims | ADP-2016-0106 |
| TORRES CARTAGENA, MADELINE | 10248 | d | Litigation Claims | EDP-2015-0220 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| TORRES MARRERO, ALTAGRACIA | 21826 | f | Litigation Claims | 17-CV-01770 |
| TORRES MARTINEZ, ISALI | 24463 | f | Litigation Claims | 17-CV-01770 |
| TORRES ORTEGA, CAMILLE | 14091 | d | Litigation Claims | ABCI2015-01042 |
| TORRES RIVERA, LIDO JUAN | 12176 | c | Litigation Claims | DDP-2017-0397 |
| TORRES RIVERA, OLGA | 11791 | d | Litigation Claims | CDP-2016-0122 |
| TORRES ROSARIO, CARLOS | 49 | d | Litigation Claims | CARLOS TORRES ROSARIO V. DEPARTAMENTO DE EDUCACION |
| TORRES SOTO, MYRIAM | 23958 | f | Litigation Claims | 17-CV-01770 |
| TORRES VELAZQUEZ, WANDA | 14450 | d | Litigation Claims | KLRA-2017-00329 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| TORRES, NELSON | 21700 | f | Litigation Claims | 17-CV-01770 |
| TRANSCORE ATLANTIC, INC | 22724 | d | Litigation Claims | DPE-2015-0524 |
| TREVINO ORTIZ, WANDA | 32167 | d | Litigation Claims | VP-2015-3572; VP-2015-3573; VP-2015-3574 |
| UNIVERSIDAD CENTRAL DEL CARIBE, INC. | 164 | f | Litigation Claims | KAC-2004-7269 |
| VALENTIN-COLLAZO, ENID | 24773 | e | Litigation Claims | 17-2106 |
| VARGAS CARRASQUILLO, LIZ | 24525 | e | Litigation Claims | 17-1435 (JAG) |
| VARGAS FELICIANO, EDGARDO | 11317 | d | Litigation Claims | DDP-2016-0614 |
| VAZQUEZ ROJAS, RAMON L. | 173055 | f | Litigation Claims | B3CI-2006-00181 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| VÁZQUEZ ROJAS, RAMÓN L. | 173056 | f | Litigation Claims | B3CI-2006-00181 |
| VAZQUEZ, FRANCES | 24006 | f | Litigation Claims | 17-CV-01770 |
| VEGA LOPEZ, RAQUEL | 23308 | f | Litigation Claims | 17-CV-01770 |
| VEGA VILLALBA, CHRISTIAN | 24075 | f | Litigation Claims | 17-CV-01770 |
| VELA CALO, KASSANDRA | 24505 | f | Litigation Claims | 17-CV-01770 |
| VICENTI LATORRE, WANDA | 24001 | f | Litigation Claims | 17-CV-01770 |
| WASHINGTON DEL VALLE, GIARA | 20298 | f | Litigation Claims | 17-CV-01770 |
| YAKIMA ROBLES LEÓN, POR SI Y EN REPRESENATCIÓN DE SU HIJO BJRL | 19579 | d | Litigation Claims | KPE-2005-3426 |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |