UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

ORDER EXTENDING MEDIATION TERMINATION DATE

The Court has received and reviewed the *Mediation Team's Third Notice and Report* (Docket Entry No. 23306 in Case No. 17-3283 and Docket Entry No. 3159 in Case No. 17-4780) (the "Notice and Request"), filed by the Honorable Shelley C. Chapman (ret.) and the Honorable Brendan L. Shannon, as well as the responses filed with respect to the Notice and Request.[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Court has reviewed the *Response of the Financial Oversight and Management Board to Mediation Team's Request to Extend Mediation Termination Date* (Docket Entry No.

Through the Notice and Request, the Mediation Team requests an extension of the Termination Date[3] for the Mediation through April 28, 2023. (Notice and Request ¶ 2.) The Court having found the Mediation Team provided adequate and appropriate notice of the Notice and Request under the circumstances and that no other or further notice is required; and the Court having found good and sufficient cause exists for granting the relief set forth herein; it is hereby ordered that:

1. The relief sought by the Notice and Request is granted as set forth herein.

2. The Court extends the Termination Date through **April 28, 2023**.

3. The Termination Date may be further extended only upon this Court's approval after notice of such additional proposed extension to parties in interest; provided, however, that the Termination Date may be extended by the Mediation Team for purposes of its involvement in any secondary or drafting items.

4. This Order will take immediate effect and be enforceable upon its entry.

5. The Court retains jurisdiction to hear and determine all matters arising from implementation of this Order.

6. This Order resolves Docket Entry No. 23306 in Case No. 17-3283 and Docket Entry No. 3159 in Case No. 17-4780.

SO ORDERED.

Dated: January 26, 2023

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

3164 in Case No. 17-4780) and the *Response of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. to the Mediation Team's Third Notice and Report [ECF No. 3159]* (Docket Entry No. 23390 in Case No. 17-3283 and Docket Entry No. 3165 in Case No. 17-4780).

[3] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Notice and Request.