# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., | PROMESA <br><br> Título III <br><br> Núm. 17 BK 3283- LTS <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES NOW** attorney Carlos A. Ruiz Rodriguez, and in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 10001(5), appears herein as attorney for *Mr. Eric Romero de León* and respectfully requests, as creditor and/or third party in interest in the above captioned case, to be included in its Master Address List and that all notices and documents filed in this case be mailed to the attention of the undersigned.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, this 27th day of January 2023.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notification of such filing to all system's participants, including the U.S. Trustee's Office.

**/s/ CARLOS ALBERTO RUIZ, ESQ.**
USDC-PR 210009
Attorney for Creditor(s)
**LCDO. CARLOS ABLERTO RUIZ CSP**
P.O. Box 1298
Caguas, PR 00726-1298
Phone: (787) 286-9775/ Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com