In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Thirteenth - Sixteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | ***Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)*** | | | | | | | |
| | *Financial Advisor to FOMB* | | | | | | | |
| 1 | **Ernst & Young LLP [Dkt. No. 21098]** | 6/1/2021 - 9/30/2021 | $ 9,039,848.45 | $ 57,553.31 | $ 40,270.76 | $ 10,980.89 | $ 8,982,295.14 | $ 29,289.87 |
| | *Consultant to FOMB - Commonwealth* | | | | | | | |
| 2-a | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 21181]** | 6/1/2021 - 9/30/2021 | $ 5,670,000.00 | $ - | $ - | $ - | $ 5,670,000.00 | $ - |
| | *Consultant to FOMB - HTA* | | | | | | | |
| 2-b | **McKinsey & Company Puerto Rico Consulting, Inc. [17-3567 Dkt. No. 1221]** | 6/1/2021 - 9/30/2021 | $ 1,240,000.00 | $ - | $ - | $ - | $ 1,240,000.00 | $ - |
| | *Consultant to FOMB - PREPA* | | | | | | | |
| 2-c | **McKinsey & Company Puerto Rico Consulting, Inc. [17-4780 Dkt. No. 2844]** | 6/1/2021 - 9/30/2021 | $ 1,306,100.00 | $ - | $ - | $ - | $ 1,306,100.00 | $ - |
| | ***Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)*** | | | | | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Title III Expert Support* | | | | | | | |
| 3-a | **Brattle Group, Inc., The [Dkt. No. 21871]** | 10/1/2021 - 1/31/2022 | $ 219,185.50 | $ - | $ - | $ - | $ 219,185.50 | $ - |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Commonwealth* | | | | | | | |
| 3-b | **Brattle Group, Inc., The [Dkt. No. 21873]** | 10/1/2021 - 1/31/2022 | $ 57,415.37 | $ - | $ - | $ - | $ 57,415.37 | $ - |
| | *Consultant to FOMB* | | | | | | | |
| 4-a | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 21182]** | 10/1/2021 - 1/31/2022 | $ 5,322,500.00 | $ - | $ - | $ - | $ 5,322,500.00 | $ - |
| | *Consultant to FOMB - HTA* | | | | | | | |
| 4-b | **McKinsey & Company Puerto Rico Consulting, Inc. [17-3567 Dkt. No. 1222]** | 10/1/2021 - 1/31/2022 | $ 1,185,000.00 | $ - | $ - | $ - | $ 1,185,000.00 | $ - |
| | *Consultant to FOMB - PREPA* | | | | | | | |
| 4-c | **McKinsey & Company Puerto Rico Consulting, Inc. [17-4780 Dkt. No. 2845]** | 10/1/2021 - 1/31/2022 | $ 1,661,050.00 | $ - | $ - | $ - | $ 1,661,050.00 | $ - |
| | ***Fifteenth Interim Fee Period (February 1, 2022 - May 31, 2022)*** | | | | | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Assessment of House Bill 3* | | | | | | | |
| 5-a | **Brattle Group, Inc., The [Dkt. No. 21872]** | 10/1/2021 - 3/15/2022 | $ 78,778.80 | $ - | $ - | $ - | $ 78,778.80 | $ - |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - HTA - Toll Fare Analysis* | | | | | | | |
| 5-b | **Brattle Group, Inc., The [Dkt. No. 22646 and 17-3567 Dkt. No. 1421]** | 2/1/2022 - 5/31/2022 | $ 429,915.50 | $ 5,000.00 | $ 69.65 | $ - | $ 424,915.50 | $ 69.65 |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - PREPA - PREPA Mediation/Consulting* | | | | | | | |
| 5-c | **Brattle Group, Inc., The [Dkt. No. 22647 and 17-4780 Dkt. No. 3051]** | 2/1/2022 - 5/31/2022 | $ 173,215.00 | $ - | $ - | $ - | $ 173,215.00 | $ - |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 6 | **Continental PLLC [Dkt. No. 22713]** | 2/1/2022 - 5/31/2022 | $ 199,393.20 | $ 648.82 | $ 63.96 | $ - | $ 198,744.38 | $ 63.96 |
| | *Consultant to FOMB - Commonwealth* | | | | | | | |
| 7-a | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 21546]** | 2/1/2022 - 3/15/2022 | $ 1,560,000.00 | $ - | $ - | $ - | $ 1,560,000.00 | $ - |
| | *Consultant to FOMB - HTA* | | | | | | | |
| 7-b | **McKinsey & Company Puerto Rico Consulting, Inc. [17-3567 Dkt. No. 1464]** | 2/1/2022 - 6/30/2022 | $ 1,550,000.00 | $ - | $ - | $ - | $ 1,550,000.00 | $ - |
| | *Consultant to FOMB - PREPA* | | | | | | | |
| 7-c | **McKinsey & Company Puerto Rico Consulting, Inc. [17-4780 Dkt. No. 3152]** | 2/1/2022 - 6/30/2022 | $ 3,700,000.00 | $ - | $ - | $ - | $ 3,700,000.00 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Thirteenth - Sixteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Sixteenth Interim Fee Period (June 1, 2022 - September 30, 2022)* | | | | | | | | |
| | *Advisor to the FOMB - HTA* | | | | | | | | |
| 8 | Alvarez & Marsal North America, LLC [Dkt. No. 22885 and 17-3567 Dkt. No. 1442] | 6/1/2022 - 9/30/2022 | $ 175,752.36 | $ - | $ 1,935.89 | $ 189.42 | | $ 175,752.36 | $ 1,746.47 |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | | |
| 9 | Bennazar, Garcia & Milan, C.S.P. [Dkt. No. 22908] | 6/1/2022 - 9/30/2022 | $ 89,800.00 | $ 250.00 | $ 702.93 | $ - | | $ 89,550.00 | $ 702.93 |
| | *Puerto Rico Conflicts Counsel to the FOMB acting through Special Claims Committee - PREPA* | | | | | | | | |
| 10 | Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 3077] | 6/1/2022 - 9/30/2022 | $ 11,745.00 | $ - | $ 900.00 | $ - | | $ 11,745.00 | $ 900.00 |
| | *Puerto Rico Conflicts Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 11 | Casillas, Santiago & Torres [Dkt. No. 22873] | 6/1/2022 - 9/30/2022 | $ 190,412.50 | $ - | $ 976.30 | $ - | | $ 190,412.50 | $ 976.30 |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 12 | Continental PLLC [Dkt. No. 22875] | 6/1/2022 - 9/30/2022 | $ 218,556.80 | $ 711.18 | $ 1,813.58 | $ - | | $ 217,845.62 | $ 1,813.58 |
| | *Financial Advisor to FOMB acting through Special Claims Committee - PREPA* | | | | | | | | |
| 13 | DGC, a division of PKF O'Connor Davies, LLP [17-4780 Dkt. No. 3079] | 6/1/2022 - 9/30/2022 | $ 112,012.50 | $ - | $ - | $ - | | $ 112,012.50 | $ - |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | | |
| 14 | FTI Consulting, Inc. [Dkt. No. 22868] | 6/1/2022 - 9/30/2022 | $ 53,572.00 | $ 2,284.89 | $ - | $ - | | $ 51,287.11 | $ - |
| | *Special Litigation Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 15 | Genovese Joblove & Battista, P.A. [Dkt. No. 22880] | 1/1/2022 - 7/31/2022 | $ 117,740.40 | $ - | $ 11,922.93 | $ 539.10 | | $ 117,740.40 | $ 11,383.83 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | | |
| 16 | Jenner & Block LLP [Dkt. No. 22892] | 6/1/2022 - 9/30/2022 | $ 126,558.20 | $ 10,964.18 | $ 6,994.75 | $ - | | $ 115,594.02 | $ 6,994.75 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 17 | Kroma Advertising, Inc. [Dkt. No. 22877] | 4/16/2022 - 8/15/2022 | $ 20,000.00 | $ - | $ - | $ - | | $ 20,000.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 18 | London Economics International LLC [Dkt. No. 22876] | 6/1/2022 - 9/30/2022 | $ 424,305.00 | $ 2,735.50 | $ 7,934.50 | $ - | | $ 421,569.50 | $ 7,934.50 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | | |
| 19 | Marchand ICS Group [Dkt. No. 22946] | 6/1/2022 - 9/30/2022 | $ 26,265.00 | $ - | $ 92.13 | $ - | | $ 26,265.00 | $ 92.13 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 20 | Paul Hastings LLP [Dkt. No. 22879] | 6/1/2022 - 9/30/2022 | $ 1,145,246.50 | $ 70,240.31 | $ 7,356.79 | $ - | FN1 | $ 1,075,006.19 | $ 7,356.79 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 21 | Zolfo Cooper, LLC [Dkt. No. 22874] | 6/1/2022 - 9/30/2022 | $ 170,417.00 | $ 94.86 | $ - | $ - | FN2 | $ 170,322.14 | $ - |

**FN1** - The Fee Examiner recommends that, for the sixteenth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $38,712.66, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $1,106,533.84 (i.e., $1,145,246.50 minus the aforementioned credit of $38,712.66).

**FN2** - The Fee Examiner recommends that the foregoing stipulated fee reductions be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.