In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Debtors' Consultant* | | | | | | | |
| 1 | **Deloitte Consulting LLP [Dkt. No. 22895]** | 8/1/2018 - 1/31/2019 | $ 2,291,428.68 | $ - | $ 263,327.78 | $ - | $ 2,291,428.68 | $ 263,327.78 |
| | *Financial Advisor to Debtors* | | | | | | | |
| 2 | **Deloitte Financial Advisory Services LLP [Dkt. No. 22894]** | 5/3/2017 - 11/30/2019 | $ 23,924,332.83 | $ - | $ 1,269,767.31 | $ - | $ 23,924,332.83 | $ 1,269,767.31 |

28442036.1

as of 1/25/2023