## Exhibit B

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the<br>Commonwealth**.** |

### ORDER GRANTING FIVE HUNDRED SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNRESPONSIVE ACR CLAIMS

Upon the *Five Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Unresponsive ACR Claims* [ECF No. 21763] (the "Five Hundred Seventh Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), dated August 5, 2022, for entry of an order disallowing in their entirety certain claims filed against the Debtor, as more fully set forth in the Five Hundred Seventh Omnibus

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Seventh Omnibus Objection.

Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five

Hundred Seventh Omnibus Objection and to grant the relief requested therein pursuant to

PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and

due and proper notice of the Five Hundred Seventh Omnibus Objection having been provided to

those parties identified therein, and no other or further notice being required; and each of the

claimants associated with the claims identified in Exhibit A to the Five Hundred Seventh Omnibus

Objection (the "Claims to Be Disallowed") having not responded to requests, issued by the Debtor

in accordance with the ACR Order, seeking to obtain information necessary to resolve the Claims

to Be Disallowed; and the Court having determined that the relief sought in the Five Hundred

Seventh Omnibus Objection is in the best interests of the Debtor, its creditors, and all parties in

interest; and the Court having determined that the legal and factual bases set forth in the Five

Hundred Seventh Omnibus Objection establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Five Hundred Seventh Omnibus Objection is GRANTED as

set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their

entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be

Disallowed as expunged on the official claims registry in the Title III Case; and it is further

ORDERED that this Order resolves Docket Entry No. 21763 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

2

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge