## **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Fifty-Ninth Omnibus Objection**

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ABRIL LEON, WANDA I<br>PO BOX 764<br>GUAYNABO, PR 00970-0764 | 06/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 84128 | $55,460.65 | ABRIL LEON, WANDA I.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10440 | $47,656.42 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #84128 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| 2 | AGOSTO MALDONADO, NILDA A<br>CALLE 523 BLAQUE QE 20<br>COUNTRY CLUB<br>CAROLINA, PR 00982 | 05/31/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 58605 | Undetermined* | AGOSTO MALDONADO, NILDA A<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9421 | $94,736.96 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #58605 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| 3 | ALLERS-NIEVES, LUIS ANTONIO<br>CALLE MELODIA 3413<br>ISABELA, PR 00662 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 43128 | $20,000.00* | NIEVES, LUIS ALERS<br>BO BEJUCO<br>3413 CALLE MELODIA<br>ISABELA, PR 00662-5302 | 03/14/18 | 17 BK 03566-LTS<br>Commonwealth of Puerto Rico | 2849 | $48,910.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 | ARZUAGA ROSA, PAULA<br>PO BOX 1283 PMB 133<br>SAN LORENZO, PR 00754-1283 | 05/09/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14629 | $32,916.00 | ARZUAGA ROSA, PAULA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10887 | $48,493.63 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #14629 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| 5 | CABALLERO MAYSONET, MYRNA R.<br>RR 1 BOX 11646<br>MANATI, PR 00674-9714 | 05/30/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 94679 | $40,000.00* | CABALLERO MAYSONET, MYRNA R.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10695 | $85,849.53 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #94679 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| 6 | CABEZA HERNANDEZ, ANGEL<br>CALLE 17 W-14<br>SAN SOUCI<br>BAYAMON, PR 00957 | 05/17/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17166 | Undetermined* | CABEZA HERNANDEZ, ANGEL L<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 04/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9213 | $36,889.57 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #17166 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Fifty-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | CARDONA SANTANA, GAMALIEL<br>VILLA LINARES<br>K2 CALLE 16<br>VEGA ALTA, PR 00692-6630 | 06/13/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64911 | $10,000.00* | CARDONA SANTANA, GAMALIER<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10685 | $100,110.76 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #64911 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CARRILLO FIGUEROA, ELIZABETH<br>B-1 CALLE 3 VILLA NUEVA<br>CAGUAS, PR 00727-6960 | 05/21/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 22631 | $7,459.36 | CARRILLO FIGUEROA, ELIZABETH<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10364 | $36,745.65 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #22631 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CARRION CEDENO, MARGARITA<br>P.O. BOX 515<br>GURABO, PR 00778 | 05/18/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21684 | Undetermined* | CARRION CEDENO, MARGARITA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11131 | $82,205.67 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #21684 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | CHEVERE FRAGUADA, ZORAIDA<br>JARD DE COUNTRY CLUB<br>R1 CALLE 12<br>CAROLINA, PR 00983-1759 | 05/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 20773 | $35,000.00* | CHEVERE FRASUADA, ZORAIDA<br>CALLE 12 R-1<br>JARDINES DE COUNTRY CLUB<br>CAROLINA, PR 00983 | 05/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 24315 | $35,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #20773 also contained on Exhibit A to the 337th Omnibus Claims Objection and the 345th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | DIAZ MEDINA, LOURDES T<br>URB VILLA CAROLINA<br>389 CALLE 34<br>CAROLINA, PR 00985 | 05/21/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42683 | Undetermined* | DIAZ MEDINA, LOURDES T.<br>URB. VILLA CAROLINA<br>38-9 CALLE 34<br>CAROLINA, PR 00985 | 05/21/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 35306 | $56,022.64* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #42683 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | DIAZ RAMOS, JOSE<br>URB SANTA JUANA 2<br>A26 CALLE 3<br>CAGUAS, PR 00725-2008 | 04/27/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8362 | $35,643.80 | DIAZ RAMOS, JOSE G<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11329 | $80,318.55 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #8362 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | FERNANDEZ HERNANDEZ, ISIDRO PO BOX 453 AGUAS BUENAS, PR 00703-0453 | 05/22/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25213 | Undetermined* | FERNANDEZ HERNANDEZ, ISIDRO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10706 | $64,864.08 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #25213 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | FIGUEROA RESTO, IRAIDA 45 ANDROMEDAS URB LOS ANGELES CAROLINA, PR 00979 | 05/23/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 19238 | $78,000.00* | FIGUEROA RESTO, IRAIDA 45 CALLE ANDROMEDAS URB LOS ANGELES CAROLINA, PR 00979-1746 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 45016 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #19238 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | HERNANDEZ MENDOZA, ZORAIDA STA JUANITA AS 4 CALLE 28 BAYAMON, PR 00956 | 05/18/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28066 | Undetermined* | HERNANDEZ MENDOZA, ZORAIDA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10020 | $50,929.69 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #28066 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | MARTINEZ SANCHEZ, ANA I<br>URB RIO HONDO 2<br>AL22 CALLE RIO LAJAS<br>BAYAMON, PR 00961-3241 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34427 | $39,000.00* | MARTINEZ SANCHEZ, ANA L<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11259 | $57,456.36 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #34427 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | MATIAS NIEVES, LAURA<br>URB SABANERA<br>120 CAMINO DE LAS TRINITARIAS<br>CIDRA, PR 00739-9470 | 05/18/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17276 | $216,918.81 | MATIAS NIEVES, LAURA E<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10853 | $164,182.19 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #17276 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | MERCED DIAZ, ANA M<br>URB. SANTA JUANA 2<br>B20 CALLE 4<br>CAGUAS, PR 00725 | 05/04/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12816 | Undetermined* | MERCED DIAZ, ANA M.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11120 | $60,727.11 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #12816 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | MONTANEZ PARRILLA, YOLANDA URB. BAIROA PARK 2K-24 CALLE CELESTINO SOLA CAGUAS, PR 00727-1819 | 05/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31651 | $24,791.00 | MONTANEZ PARRILLA, YOLANDA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 12146 | $95,101.15 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #31651 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | MUNDO RODRIGUEZ, FAUSTO URB IDAMARIS GDNS N7 CALLE WILLIAM SANTIAGO CAGUAS, PR 00727-5706 | 04/26/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9100 | $14,737.50 | MUNDO RODRIGUEZ, FAUSTO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10998 | $75,384.67 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #9100 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | NAVEDO CONCEPCION, ANA GLORIA CALLE AGUILA C3, LA ALTAGRACIA TOA BAJA, PR 00949 | 05/23/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25494 | $60,000.00* | NAVEDO CONCEPCION, ANA GLORIA CALLE AGUILA C3, LA ALTAGRACIA TOA BAJA, PR 00949 | 05/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 48603 | $80,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #25494 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

7

## Five Hundred Fifty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 | OQUENDO GONZALEZ, NILDA<br>P O BOX 580<br>CAROLINA, PR 00986 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 139500 | Undetermined* | OQUENDO GONZALEZ, NILDA<br>PO BOX 580<br>CAROLINA, PR 00986 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 146120 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 23 | OQUENDO ISALES, LOURDES<br>CALLE 2 BOX 233<br>VILLAS DORADAS G22<br>CANOVANAS, PR 00729 | 05/21/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 28071 | Undetermined* | OQUENDO ISALES, LOURDES<br>CALLE 2 BOX 233,<br>VILLAS DORADOS<br>CANOVANAS, PR 00729 | 05/21/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 25802 | Undetermined* |
| | Reason: Underlying litigation liabilities asserted on the Claim to be Disallowed are duplicative of the underlying litigation liabilities asserted on Remaining Claim. | | | | | | | | | |
| 24 | PASTOR FLORES, ARTURO E.<br>URB VEREDAS<br>318 CAMINO DE LAS TRINITARIAS<br>GURABO, PR 00778-9686 | 05/23/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31302 | Undetermined* | PASTOR FLORES, ARTURO<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11272 | $61,905.03 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Claim #31302 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |
| 25 | REYES RODRIGUEZ, OSVALDO<br>JDNS DE CAPARRA<br>D 1 CALLE 1<br>BAYAMON, PR 00959 | 05/09/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12767 | $73,808.00 | REYES RODRIGUEZ, OSVALDO<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11293 | $165,405.73 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Claim #12767 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

8

## Five Hundred Fifty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26 | RIVERA MARTINEZ, BETZAIDA<br>PARQ LAS AMERICAS<br>B3 CALLE B<br>GURABO, PR 00778-2733 | 05/03/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13157 | Undetermined* | RIVERA MARTINEZ, BETZAIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11274 | $104,747.82 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #13157 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | RIVERA MARTINEZ, BETZAIDA<br>PARQ LAS AMERICAS<br>B3 CALLE B<br>GURABO, PR 00778-2733 | 05/07/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167752 | Undetermined* | RIVERA MARTINEZ, BETZAIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11274 | $104,747.82 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #167752 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | RIVERA MORALES, EVELYN<br>HC-03<br>BOX 15568<br>AGUAS BUENAS, PR 00703 | 05/03/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11348 | $120,294.93 | RAMOS GOMEZ, JOSE C<br>HC-03 15568<br>AGUAS BUENAS, PR 00703 | 05/03/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10690 | $120,294.93* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

## Five Hundred Fifty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | RIVERA RIVERA, YOLANDA<br>COND PASEO LAS CUMBRES<br>345 CARR 850 APT 117<br>TRUJILLO ALTO, PR 00976-3434 | 05/07/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10792 | Undetermined* | RIVERA RIVERA, YOLANDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10898 | $96,785.35 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #10792 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ FUENTES, NILDA<br>ALTURAS DE RIO GRANDE<br>K481 CALLE 10<br>RIO GRANDE, PR 00745-3334 | 05/21/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29278 | $17,277.43* | RODRIGUEZ FUENTES, NILDA E<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 12009 | $19,513.20 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #29278 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | ROSARIO RIVERA, CARMEN HAYDEE<br>URB ELEONOR ROOSEVELT 413<br>CALLE ENRIQUE AMADEO<br>HATO REY, PR 00918 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143354 | $50,000.00* | CARMEN HAYDEE ROSARIO RIVERA (VIUDA DE MIGUEL A. ZAYAS ALVAREZ)<br>413 CALLE ENRIQ. AMADEO<br>SAN JUAN, PR 00918 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 122011 | $50,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #143354 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Fifty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 32 | SANCHEZ CABEZUDO, CARMEN A VILLA BLANCA V38 CALLE CRISOLITA CAGUAS, PR 00725-1915 | 04/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11804 | $35,040.00 | SANCHEZ CABEZUDO, CARMEN A IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 12789 | $132,735.52 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #11804 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | SANCHEZ SANCHEZ, MARIA N. PO BOX 8054 CAGUAS, PR 00726 | 06/01/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 58586 | Undetermined* | SANCHEZ SANCHEZ, MARIA N IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11995 | $111,430.40 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #58586 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | SANTIAGO DIAZ, EVELYN MARIA ELENA SANTIAGO DIAZ VILLA FONTANA VIA 3 2LR621 CAROLINA, PR 00983 | 05/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39906 | $45,000.00 | SANTIAGO DIAZ, EVELYN IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9327 | $60,783.06 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #39906 also contained on Exhibit A to the 337th Omnibus Claims Objection and the 345th Omnibus Claims Objection for Claims to Be Reclassified.

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 | SKYTEC INC 500 ROAD 869 SUITE 501 CANTANO, PR 00962-2011 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 20238 | $68,611.25 | SKYTEC INC. 500 ROAD 869, SUITE 501 CATANO, PR 00962-2011 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 22115 | $68,611.25 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36 | TORRES ROSARIO, LOURDES PMB 170 RR 5 BOX 4999 BAYAMON, PR 00956 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32233 | Undetermined* | TORRES ROSARIO, LOURDES IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11977 | $26,580.57 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.
Claim #32233 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37 | TRICOCHE JESUS, LUZ N. URB RIO GRANDE EST 10810 CALLE PRINCESA DIANA RIO GRANDE, PR 00745-5222 | 05/08/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13143 | Undetermined* | TRICOCHE DE JESUS, LUZ N. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9201 | $50,701.59 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.
Claim #13143 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 38 | VELEZ BONILLA, ROSA<br>VILLA BLANCA<br>15 CALLE JASPE<br>CAGUAS, PR 00725-1924 | 05/24/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27602 | $60,000.00* | VELEZ BONILLA, ROSA ENEIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 12232 | $107,162.94 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #27602 also contained on Exhibit A to the 337th Omnibus Claims Objection and the 345th Omnibus Claims Objection for Claims to Be Reclassified.

| 39 | VERGE HERNANDEZ, ENRIQUE<br>URB. VILLA CAROLINA CALLE 166-2 CALLE 419<br>CAROLINA, PR 00985 | 05/21/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 17708 | Undetermined* | VERGE HERNANDEZ, ENRIQUE<br>VILLA CAROLINA 4TA EXT<br>2 BLOQ 166 CALLE 419<br>CAROLINA, PR 00985 | 05/21/18 | 17 BK 03566-LTS<br>Commonwealth of Puerto Rico | 17745 | Undetermined* |

Reason: Underlying litigation liabilities asserted on the Claim to be Disallowed are duplicative of the underlying litigation liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts