# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima quincuagésima novena objeción global**

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ABRIL LEON, WANDA I<br>PO BOX 764<br>GUAYNABO, PR 00970-0764 | 06/22/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 84128 | $55,460.65 | ABRIL LEON, WANDA I.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 10440 | $47,656.42 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 84128 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 2 | AGOSTO MALDONADO , NILDA A<br>CALLE 523 BLAQUE QE 20<br>COUNTRY CLUB<br>CAROLINA, PR 00982 | 05/31/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 58605 | Indeterminado* | AGOSTO MALDONADO, NILDA A<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 9421 | $94,736.96 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 58605 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 3 | ALLERS-NIEVES, LUIS ANTONIO<br>CALLE MELODIA 3413<br>ISABELA, PR 00662 | 05/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 43128 | $20,000.00* | NIEVES, LUIS ALERS<br>BO BEJUCO<br>3413 CALLE MELODIA<br>ISABELA, PR 00662-5302 | 03/14/18 | 17 BK 03566-LTS<br>El Estado Libre Asociado de Puerto Rico | 2849 | $48,910.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 4 | ARZUAGA ROSA, PAULA<br>PO BOX 1283 PMB 133<br>SAN LORENZO, PR 00754-1283 | 05/09/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 14629 | $32,916.00 | ARZUAGA ROSA, PAULA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 10887 | $48,493.63 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 14629 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 5 | CABALLERO MAYSONET, MYRNA R.<br>RR 1 BOX 11646<br>MANATI, PR 00674-9714 | 05/30/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 94679 | $40,000.00* | CABALLERO MAYSONET, MYRNA R.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 10695 | $85,849.53 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 94679 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 6 | CABEZA HERNANDEZ, ANGEL<br>CALLE 17 W-14<br>SAN SOUCI<br>BAYAMON, PR 00957 | 05/17/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17166 | Indeterminado* | CABEZA HERNANDEZ, ANGEL L<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 04/27/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 9213 | $36,889.57 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 17166 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 7 | CARDONA SANTANA, GAMALIEL VILLA LINARES K2 CALLE 16 VEGA ALTA, PR 00692-6630 | 06/13/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 64911 | $10,000.00* | CARDONA SANTANA, GAMALIER IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10685 | $100,110.76 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 64911 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CARRILLO FIGUEROA, ELIZABETH B-1 CALLE 3 VILLA NUEVA CAGUAS, PR 00727-6960 | 05/21/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 22631 | $7,459.36 | CARRILLO FIGUEROA, ELIZABETH IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10364 | $36,745.65 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 22631 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CARRION CEDENO, MARGARITA P.O. BOX 515 GURABO, PR 00778 | 05/18/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 21684 | Indeterminado* | CARRION CEDENO, MARGARITA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11131 | $82,205.67 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 21684 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 10 | CHEVERE FRAGUADA, ZORAIDA JARD DE COUNTRY CLUB R1 CALLE 12 CAROLINA, PR 00983-1759 | 05/22/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 20773 | $35,000.00* | CHEVERE FRASUADA, ZORAIDA CALLE 12 R-1 JARDINES DE COUNTRY CLUB CAROLINA, PR 00983 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 24315 | $35,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 20773 también incluido en el Anexo A de la Objeción Global 337 y la Objeción Global 345 por Reclamos para Reclasificar

| 11 | DIAZ MEDINA, LOURDES T URB VILLA CAROLINA 389 CALLE 34 CAROLINA, PR 00985 | 05/21/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 42683 | Indeterminado* | DIAZ MEDINA, LOURDES T. URB. VILLA CAROLINA 38-9 CALLE 34 CAROLINA, PR 00985 | 05/21/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 35306 | $56,022.64* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 42683 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 12 | DIAZ RAMOS, JOSE URB SANTA JUANA 2 A26 CALLE 3 CAGUAS, PR 00725-2008 | 04/27/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 8362 | $35,643.80 | DIAZ RAMOS, JOSE G IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11329 | $80,318.55 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 8362 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | FERNANDEZ HERNANDEZ, ISIDRO PO BOX 453 AGUAS BUENAS, PR 00703-0453 | 05/22/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25213 | Indeterminado* | FERNANDEZ HERNANDEZ, ISIDRO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10706 | $64,864.08 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 25213 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | FIGUEROA RESTO, IRAIDA 45 ANDROMEDAS URB LOS ANGELES CAROLINA, PR 00979 | 05/23/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 19238 | $78,000.00* | FIGUEROA RESTO, IRAIDA 45 CALLE ANDROMEDAS URB LOS ANGELES CAROLINA, PR 00979-1746 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 45016 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 19238 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | HERNANDEZ MENDOZA, ZORAIDA STA JUANITA AS 4 CALLE 28 BAYAMON, PR 00956 | 05/18/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28066 | Indeterminado* | HERNANDEZ MENDOZA, ZORAIDA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10020 | $50,929.69 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 28066 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | MARTINEZ SANCHEZ, ANA I URB RIO HONDO 2 AL22 CALLE RIO LAJAS BAYAMON, PR 00961-3241 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 34427 | $39,000.00* | MARTINEZ SANCHEZ, ANA L IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11259 | $57,456.36 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 34427 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | MATIAS NIEVES, LAURA URB SABANERA 120 CAMINO DE LAS TRINITARIAS CIDRA, PR 00739-9470 | 05/18/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17276 | $216,918.81 | MATIAS NIEVES, LAURA E IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10853 | $164,182.19 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 17276 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | MERCED DIAZ, ANA M URB. SANTA JUANA 2 B20 CALLE 4 CAGUAS, PR 00725 | 05/04/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12816 | Indeterminado* | MERCED DIAZ, ANA M. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11120 | $60,727.11 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 12816 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 19 | MONTANEZ PARRILLA, YOLANDA URB. BAIROA PARK 2K-24 CALLE CELESTINO SOLA CAGUAS, PR 00727-1819 | 05/25/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31651 | $24,791.00 | MONTANEZ PARRILLA, YOLANDA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 12146 | $95,101.15 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 31651 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 20 | MUNDO RODRIGUEZ, FAUSTO URB IDAMARIS GDNS N7 CALLE WILLIAM SANTIAGO CAGUAS, PR 00727-5706 | 04/26/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9100 | $14,737.50 | MUNDO RODRIGUEZ, FAUSTO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10998 | $75,384.67 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 9100 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 21 | NAVEDO CONCEPCION, ANA GLORIA CALLE AGUILA C3, LA ALTAGRACIA TOA BAJA, PR 00949 | 05/23/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25494 | $60,000.00* | NAVEDO CONCEPCION, ANA GLORIA CALLE AGUILA C3, LA ALTAGRACIA TOA BAJA, PR 00949 | 05/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 48603 | $80,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 25494 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 22 | OQUENDO GONZALEZ, NILDA<br>P O BOX 580<br>CAROLINA, PR 00986 | 06/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 139500 | Indeterminado* | OQUENDO GONZALEZ, NILDA<br>PO BOX 580<br>CAROLINA, PR 00986 | 06/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 146120 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 23 | OQUENDO ISALES, LOURDES<br>CALLE 2 BOX 233<br>VILLAS DORADAS G22<br>CANOVANAS, PR 00729 | 05/21/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 28071 | Indeterminado* | OQUENDO ISALES, LOURDES<br>CALLE 2 BOX 233,<br>VILLAS DORADOS<br>CANOVANAS, PR 00729 | 05/21/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 25802 | Indeterminado* |
| | Base para: Las obligaciones subyacentes del litigio que se invocan en el Reclamo para Desestimar son un duplicado de las obligaciones subyacentes del litigio invocadas en el Reclamo Restante. | | | | | | | | | |
| 24 | PASTOR FLORES, ARTURO E.<br>URB VEREDAS<br>318 CAMINO DE LAS TRINITARIAS<br>GURABO, PR 00778-9686 | 05/23/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31302 | Indeterminado* | PASTOR FLORES, ARTURO<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 11272 | $61,905.03 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.<br>Reclamo n.º 31302 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar | | | | | | | | | |
| 25 | REYES RODRIGUEZ, OSVALDO<br>JDNS DE CAPARRA<br>D 1 CALLE 1<br>BAYAMON, PR 00959 | 05/09/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12767 | $73,808.00 | REYES RODRIGUEZ, OSVALDO<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 11293 | $165,405.73 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.<br>Reclamo n.º 12767 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 26 | RIVERA MARTINEZ, BETZAIDA<br>PARQ LAS AMERICAS<br>B3 CALLE B<br>GURABO, PR 00778-2733 | 05/03/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13157 | Indeterminado* | RIVERA MARTINEZ, BETZAIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 11274 | $104,747.82 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 13157 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | RIVERA MARTINEZ, BETZAIDA<br>PARQ LAS AMERICAS<br>B3 CALLE B<br>GURABO, PR 00778-2733 | 05/07/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 167752 | Indeterminado* | RIVERA MARTINEZ, BETZAIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 11274 | $104,747.82 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 167752 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | RIVERA MORALES, EVELYN<br>HC-03<br>BOX 15568<br>AGUAS BUENAS, PR 00703 | 05/03/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 11348 | $120,294.93 | RAMOS GOMEZ, JOSE C<br>HC-03 15568<br>AGUAS BUENAS, PR 00703 | 05/03/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 10690 | $120,294.93* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 29 | RIVERA RIVERA, YOLANDA COND PASEO LAS CUMBRES 345 CARR 850 APT 117 TRUJILLO ALTO, PR 00976-3434 | 05/07/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 10792 | Indeterminado* | RIVERA RIVERA, YOLANDA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10898 | $96,785.35 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 10792 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ FUENTES, NILDA ALTURAS DE RIO GRANDE K481 CALLE 10 RIO GRANDE, PR 00745-3334 | 05/21/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29278 | $17,277.43* | RODRIGUEZ FUENTES, NILDA E IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 12009 | $19,513.20 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 29278 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | ROSARIO RIVERA, CARMEN HAYDEE URB ELEONOR ROOSEVELT 413 CALLE ENRIQUE AMADEO HATO REY, PR 00918 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 143354 | $50,000.00* | CARMEN HAYDEE ROSARIO RIVERA (VIUDA DE MIGUEL A. ZAYAS ALVAREZ) 413 CALLE ENRIQ. AMADEO SAN JUAN, PR 00918 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 122011 | $50,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 143354 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 32 | SANCHEZ CABEZUDO, CARMEN A<br>VILLA BLANCA V38 CALLE CRISOLITA<br>CAGUAS, PR 00725-1915 | 04/28/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11804 | $35,040.00 | SANCHEZ CABEZUDO, CARMEN A<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 12789 | $132,735.52 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 11804 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | SANCHEZ SANCHEZ, MARIA N.<br>PO BOX 8054<br>CAGUAS, PR 00726 | 06/01/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 58586 | Indeterminado* | SANCHEZ SANCHEZ, MARIA N<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 11995 | $111,430.40 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 58586 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | SANTIAGO DIAZ, EVELYN<br>MARIA ELENA SANTIAGO DIAZ<br>VILLA FONTANA VIA 3 2LR621<br>CAROLINA, PR 00983 | 05/25/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 39906 | $45,000.00 | SANTIAGO DIAZ, EVELYN<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 9327 | $60,783.06 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 39906 también incluido en el Anexo A de la Objeción Global 337 y la Objeción Global 345 por Reclamos para Reclasificar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 35 | SKYTEC INC<br>500 ROAD 869<br>SUITE 501<br>CANTANO, PR<br>00962-2011 | 05/24/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 20238 | $68,611.25 | SKYTEC INC.<br>500 ROAD 869, SUITE 501<br>CATANO, PR<br>00962-2011 | 05/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 22115 | $68,611.25 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 36 | TORRES ROSARIO, LOURDES<br>PMB 170<br>RR 5 BOX 4999<br>BAYAMON, PR 00956 | 05/29/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32233 | Indeterminado* | TORRES ROSARIO, LOURDES<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 11977 | $26,580.57 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 32233 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 37 | TRICOCHE JESUS, LUZ N.<br>URB RIO GRANDE EST<br>10810 CALLE PRINCESA DIANA<br>RIO GRANDE, PR 00745-5222 | 05/08/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 13143 | Indeterminado* | TRICOCHE DE JESUS, LUZ N.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 9201 | $50,701.59 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 13143 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Quincuagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

|  | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 38 | VELEZ BONILLA, ROSA<br>VILLA BLANCA<br>15 CALLE JASPE<br>CAGUAS, PR 00725-1924 | 05/24/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27602 | $60,000.00* | VELEZ BONILLA, ROSA ENEIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 12232 | $107,162.94 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 27602 también incluido en el Anexo A de la Objeción Global 337 y la Objeción Global 345 por Reclamos para Reclasificar

| 39 | VERGE HERNANDEZ, ENRIQUE<br>URB. VILLA CAROLINA CALLE 166-2 CALLE 419<br>CAROLINA, PR 00985 | 05/21/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 17708 | Indeterminado* | VERGE HERNANDEZ, ENRIQUE<br>VILLA CAROLINA 4TA EXT<br>2 BLOQ 166 CALLE 419<br>CAROLINA, PR 00985 | 05/21/18 | 17 BK 03566-LTS<br>El Estado Libre Asociado de Puerto Rico | 17745 | Indeterminado* |

Base para: Las obligaciones subyacentes del litigio que se invocan en el Reclamo para Desestimar son un duplicado de las obligaciones subyacentes del litigio invocadas en el Reclamo Restante.

* Indica que la reclamación contiene montos por liquidar o indeterminados