# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima sexagésima objeción global**

## Quingentésima Sexagésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALICEA, JENNIFER<br>PO BOX 363901<br>SAN JUAN, PR 00936-3901 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19589 | $139,968.58 |
| | Base para: La información proporcionada establece que el reclamo se relaciona con el caso SJ2020CV06210, de la que el acreedor desistió el 25/2/2022. | | | | | |
| 2 | BATISTA SERRANO, ENID M.<br>HC-01 BOX 1070-M<br>ARECIBO, PR 00612 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 126174 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número SJ-2017-CV-00542, pero se emitió un fallo que retira al demandante del caso. Por tal motivo, no existen otros fundamentos para invocar una obligación.<br>Reclamo n.º 126174 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar | | | | | |
| 3 | CAPPA DELGADO, NANCY<br>P.O. BOX 336433<br>PONCE, PR 00733-6433 | 06/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74612 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número SJ-2017-CV-00542, pero se emitió un fallo que retira al demandante del caso. Por tal motivo, no existen otros fundamentos para invocar una obligación. | | | | | |
| 4 | COLON MALDONADO, CARMEN G<br>CALLE 3 H-3 FOREST HILL<br>BAYAMON, PR 00959 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80160 | $3,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2003-4295, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Sexagésima Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD<br>SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20364 | $1,500.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número ISCI-2015-1067, pero el demandante lo ha retirado y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD, SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24242 | $8,038.90 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos, pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación. | | | | | |
| 7 | DAT@ACCESS COMUNICATIONS INC.<br>HÉCTOR FIGUEROA-VINCENTY<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34656 | $63,000.00 |
| | Base para: Se pagaron una o más facturas por un total de $15,750.00 a través de la transferencia electrónica 00048329, el 14/8/2017. Asimismo, la evidencia de reclamo pretende invocar obligaciones vinculadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo de obligaciones por $47,250.00 contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido de obligaciones contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | GUZMAN CORTES, CARMEN<br>BO MORA GUERRERO<br>BUZON 289 CALLE 7<br>ISABELA, PR 00662 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115088 | $2,400.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2003-4295, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | LOPEZ RIVERA, MARIA DEL C.<br>APARTADO 957<br>VILLALBA, PR 00766 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 94315 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número SJ-2017-CV-00542, pero se emitió un fallo que retira al demandante del caso. Por tal motivo, no existen otros fundamentos para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MENDEZ PEREZ, GEORGINA<br>URB COLINAS<br>G 4 CALLE 6<br>YAUCO, PR 00698 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 150864 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2003-4295, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | ORTIZ ORTIZ, MARGARITA R<br>RR 2 BOX 7104<br>GUAYAMA, PR 00784 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 147932 | $12,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número SJ-2017-CV-00542, pero se emitió un fallo que retira al demandante del caso. Por tal motivo, no existen otros fundamentos para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | PEREZ RODRIGUEZ, MARIBEL<br>PUEBLO NUEVO C # 22<br>YAUCO, PR 00698 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 81136 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2003-4295, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación.

Quingentésima Sexagésima Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | PEREZ TORRES, ELIZABETH<br>URB. SANTA ELEANA 2<br>B-16 CALLE ORIQUIDEA<br>GUAYANILLA, PR 00656 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 93765 | $10,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2003-4295, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 14 | ROBLES RODRIGUEZ, CARLOS LUIS<br>BO LOS CROABAS CARR 987<br>HC67 BOX 21591<br>FAJARDO, PR 00738 | 09/20/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170820 | $13,800.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2003-00282, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 15 | ROBLES RODRIGUEZ, RODOLFO<br>HC 67 BOX 21591<br>BO LAS CROABAS CARR 987<br>FAJARDO, PR 00738-9499 | 09/20/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170834 | $16,200.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2003-00282, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 16 | RODRIGUEZ LEON, RUTH I<br>6602 DOREL STREET<br>PHILADELPHIA, PA 19142 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 73329 | $11,498.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número SJ-2017-CV-00542, pero se emitió un fallo que retira al demandante del caso. Por tal motivo, no existen otros fundamentos para invocar una obligación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | RODRIGUEZ RAMOS, ISMAEL<br>6 NOBLEZA V. ESPERANZA<br>CAGUAS, PR 00727 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 63539 | $8,594.09* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número SJ-2017-CV-00542, pero se emitió un fallo que retira al demandante del caso. Por tal motivo, no existen otros fundamentos para invocar una obligación. | | | | | |
| 18 | ROSADO MORALES, AYMEE DEL C.<br>YADIRA ADORNO DELGADO<br>1605 AVE. PONCE DE LEON STE 600<br>SAN JUAN, PR 00909 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46213 | $1,350,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número FBCI-2010-01417, pero este fue desestimado y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 19 | TOLEDO TORRES, JULYSBETTE D.<br>PO BOX 1989<br>HATILLO, PR 00659 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 65152 | $1,500.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número KAC-2003-4295, pero este se desestimó y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 20 | TORRES ROSADO, JULIO<br>PO BOX 100   43 CIDRA, PUERTO RICO 00739<br>CIDRA, PR 00739 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 54400 | $12,375.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número SJ-2017-CV-00542, pero se emitió un fallo que retira al demandante del caso. Por tal motivo, no existen otros fundamentos para invocar una obligación. | | | | | |
| 21 | URBINA REYES, GLORIMAR<br>URB L'ANTIGUA CALLE 4 VIA PARIS LH-105<br>TRUJILLO ALTO, PR 00976 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18424 | $61,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundándose en un proceso de arbitraje contra el Estado Libre Asociado sobre salarios o pensiones acumulados pero impagos, pero el caso administrativo está cerrado y la resolución no indicaba que se adeudara ningún importe. Además, la Evidencia de Reclamo invoca una obligación fundada en un reembolso/devolución de impuestos. Según los registros del Departamento del Tesoro, el reembolso o devolución se efectuó en su totalidad. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Objeción Global
## Anexo A: Reclamos para Desestimar

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| | | | | TOTAL | $1,714,874.57* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

6