# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima sexagésima segunda objeción global**

## Quingentésima Sexagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANDUJAR NIEVES, VIVIAN E<br>P.O. BOX 330-306 ATOCHA STATION<br>PONCE, PR 00733-0306 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 105256 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a litigios pendientes; sin embargo, ni esta ni la documentación de respaldo proporcionaron información suficiente como para que los Deudores comprendan si adeudan o no alguna obligación. Los Deudores han realizado muchos intentos para ponerse en contacto con el demandante por correo electrónico, correo postal y teléfono, pero el demandante no ha respondido a sus solicitudes o bien la respuesta sigue sin brindar información suficiente como para que los Deudores comprendan si se adeuda o no alguna obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DELGADO RODRIGUEZ, LUZ<br>HC 01 BOX 6558<br>LAS PIEDRAS, PR 00771 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42272 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a litigios pendientes; sin embargo, ni esta ni la documentación de respaldo proporcionaron información suficiente como para que los Deudores comprendan si adeudan o no alguna obligación. Los Deudores han realizado muchos intentos para ponerse en contacto con el demandante por correo electrónico, correo postal y teléfono, pero el demandante no ha respondido a sus solicitudes o bien la respuesta sigue sin brindar información suficiente como para que los Deudores comprendan si se adeuda o no alguna obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | PAGAN, EAST J.<br>URB. ISLAZUL<br>3323 CALLE BELIZE<br>ISABELA, PR 00662 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82761 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a litigios pendientes; sin embargo, ni esta ni la documentación de respaldo proporcionaron información suficiente como para que los Deudores comprendan si adeudan o no alguna obligación. Los Deudores han realizado muchos intentos para ponerse en contacto con el demandante por correo electrónico, correo postal y teléfono, pero el demandante no ha respondido a sus solicitudes o bien la respuesta sigue sin brindar información suficiente como para que los Deudores comprendan si se adeuda o no alguna obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | RAMOS SOTO, DAVID<br>16 ARISTIDES MAISONAVE<br>MOCA, PR 00676 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68979 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a litigios pendientes; sin embargo, ni esta ni la documentación de respaldo proporcionaron información suficiente como para que los Deudores comprendan si adeudan o no alguna obligación. Los Deudores han realizado muchos intentos para ponerse en contacto con el demandante por correo electrónico, correo postal y teléfono, pero el demandante no ha respondido a sus solicitudes o bien la respuesta sigue sin brindar información suficiente como para que los Deudores comprendan si se adeuda o no alguna obligación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | RIVERA CRUZ, JOHANNA<br>URB. PATIOS DE REXUILLE<br>PC 4 CALLE 21 A<br>BAYAMON, PR 00957 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49599 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a litigios pendientes; sin embargo, ni esta ni la documentación de respaldo proporcionaron información suficiente como para que los Deudores comprendan si adeudan o no alguna obligación. Los Deudores han realizado muchos intentos para ponerse en contacto con el demandante por correo electrónico, correo postal y teléfono, pero el demandante no ha respondido a sus solicitudes o bien la respuesta sigue sin brindar información suficiente como para que los Deudores comprendan si se adeuda o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | RIVERA QUINONES, EILEEN JANET<br>PO BOX 560244<br>GUAYANILLA, PR 00656 | 05/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13733 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a litigios pendientes; sin embargo, ni esta ni la documentación de respaldo proporcionaron información suficiente como para que los Deudores comprendan si adeudan o no alguna obligación. Los Deudores han realizado muchos intentos para ponerse en contacto con el demandante por correo electrónico, correo postal y teléfono, pero el demandante no ha respondido a sus solicitudes o bien la respuesta sigue sin brindar información suficiente como para que los Deudores comprendan si se adeuda o no alguna obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | SANTIAGO CINTRON, IRMA<br>HC 1 BOX 5280<br>JUANA DIAZ, PR 00795 | 06/08/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49364 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a litigios pendientes; sin embargo, ni esta ni la documentación de respaldo proporcionaron información suficiente como para que los Deudores comprendan si adeudan o no alguna obligación. Los Deudores han realizado muchos intentos para ponerse en contacto con el demandante por correo electrónico, correo postal y teléfono, pero el demandante no ha respondido a sus solicitudes o bien la respuesta sigue sin brindar información suficiente como para que los Deudores comprendan si se adeuda o no alguna obligación.

| | | | | | TOTAL | Indeterminado* |
|---|---|---|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados