# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Sixty-Third Omnibus Objection**

Five Hundred Sixty-Third Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANAYA VEGA, FRANCISCO<br>LCDO. IVAN MONTALVO<br>CALLE B D-1<br>URB. REPARTO MONTELLANO<br>CAYEY, PR 00736 | 2841 | Commonwealth of Puerto Rico | Unsecured | $10,500.00* | Commonwealth of Puerto Rico | Unsecured | $10,500.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,500.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 2 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROADE SUITE 420<br>LAKE WORTH, FL 33467 | 103366 | Commonwealth of Puerto Rico | Unsecured | $13,909.45* | Commonwealth of Puerto Rico | Unsecured | $13,909.45 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $13,909.45 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 3 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 21013 | Commonwealth of Puerto Rico | Unsecured | $457.69* | Commonwealth of Puerto Rico | Unsecured | $457.69 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $457.69 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixty-Third Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 25632 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD, SUITE 420<br>LAKE WORTH, FL 33467 | 88557 | Commonwealth of Puerto Rico | Unsecured | $504.98* | Commonwealth of Puerto Rico | Unsecured | $504.98 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $504.98 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | CRUZ LÓPEZ, JOSÉ ANTONIO<br>ALICE AGOSTO HERNANDEZ<br>PMB 333 BOX 607071<br>BAYAMÓN, PR 00960-7071 | 139959 | Commonwealth of Puerto Rico | Unsecured | $5,800.00* | Commonwealth of Puerto Rico | Unsecured | $5,800.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,800.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixty-Third Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | ESQUILIN CRUZ, ANTONIO C/O LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 82039 | Commonwealth of Puerto Rico | Unsecured | $8,000.00* | Commonwealth of Puerto Rico | Unsecured | $8,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $8,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | ESQUILIN GARCIA, ANTONIO JOSE LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 162421 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | ESQUILIN GARCIA, SADI LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 83108 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | ESQUILLIN GARCIA, CARLOS IVAN LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 83307 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixty-Third Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | LOAITZA ANAIS ESQUILIN GARCIA Y OTROS<br>LUIS LUGO EMMANUELLI<br>PO BOX 34<br>FAJARDO, PR 00738 | 76008 | Commonwealth of Puerto Rico | Unsecured | $51,000.00* | Commonwealth of Puerto Rico | Unsecured | $51,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $51,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 12 | ORTIZ GARCIA, PEDRO A<br>LUIS R. LUGO EMANUELLI<br>PO BOX 34<br>FAJARDO, PR 00738 | 76548 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts