## **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima sexagésima tercera objeción global**

Quingentésima Sexagésima Tercera Objeción Global

Anexo A: Reclamos No Liquidados

|   | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ANAYA VEGA, FRANCISCO<br>LCDO. IVAN MONTALVO<br>CALLE B D-1<br>URB. REPARTO MONTELLANO<br>CAYEY, PR 00736 | 2841 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,500.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,500.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $10,500.00 para el Reclamo, monto que liquida por completo el Reclamo.

|   | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROADE SUITE 420<br>LAKE WORTH, FL 33467 | 103366 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,909.45* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,909.45 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $13,909.45 para el Reclamo, monto que liquida por completo el Reclamo.

|   | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 21013 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $457.69* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $457.69 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $457.69 para el Reclamo, monto que liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Sexagésima Tercera Objeción Global

Anexo A: Reclamos No Liquidados

| | | | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD SUITE 420<br>LAKE WORTH, FL 33467 | 25632 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $5,000.00 para el Reclamo, monto que liquida por completo el Reclamo. | | | | | | | |
| 5 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD, SUITE 420<br>LAKE WORTH, FL 33467 | 88557 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $504.98* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $504.98 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $504.98 para el Reclamo, monto que liquida por completo el Reclamo. | | | | | | | |
| 6 | CRUZ LÓPEZ, JOSÉ ANTONIO<br>ALICE AGOSTO HERNANDEZ<br>PMB 333 BOX 607071<br>BAYAMÓN, PR 00960-7071 | 139959 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,800.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,800.00 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $5,800.00 para el Reclamo, monto que liquida por completo el Reclamo. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Sexagésima Tercera Objeción Global

Anexo A: Reclamos No Liquidados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | ESQUILIN CRUZ, ANTONIO C/O LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 82039 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $8,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | ESQUILIN GARCIA, ANTONIO JOSE LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 162421 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $1,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | ESQUILIN GARCIA, SADI LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 83108 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $1,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | ESQUILLIN GARCIA, CARLOS IVAN LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 83307 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $1,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Sexagésima Tercera Objeción Global

Anexo A: Reclamos No Liquidados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | LOAITZA ANAIS ESQUILIN GARCIA Y OTROS<br>LUIS LUGO EMMANUELLI<br>PO BOX 34<br>FAJARDO, PR 00738 | 76008 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $51,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | ORTIZ GARCIA, PEDRO A<br>LUIS R. LUGO EMANUELLI<br>PO BOX 34<br>FAJARDO, PR 00738 | 76548 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $1,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados