**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM
ALTERNATIVE DISPUTE RESOLUTION**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

To the Honorable United States District Judge Laura Taylor Swain:

1. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"). On December 20, 2022, this Court entered the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113] (the "Amended ADR Order"). The Amended ADR Order authorizes the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve general unsecured claims using the procedures approved by the court in the Amended ADR Order [ECF No. 23113-1] (the "ADR Procedures").

2. In accordance with the terms and conditions of the Amended ADR Order, the Debtors have filed twenty-nine notices transferring claims (collectively, the "ADR Designated Claims") into the ADR Procedures (as defined in the Amended ADR Order), and have transferred over 1,300 claims into the ADR Procedures.

3. Following the transfer of claims, as a result of either additional information received from the claimants, or the claimants' failure to respond to the Debtors' information requests, the Debtors have determined that certain ADR Designated Claims will be most efficiently resolved through omnibus objections. Accordingly, the Debtors hereby remove from the ADR Procedures the claims identified on **Exhibit A** hereto.

Dated: January 27, 2023
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

**EXHIBIT A**

Exhibit A

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 105256 | ANDUJAR NIEVES, VIVIAN E | Commonwealth of Puerto Rico | $ - |
| 80160 | COLON MALDONADO, CARMEN G | Commonwealth of Puerto Rico | $ 3,000.00 |
| 42272 | DELGADO RODRIGUEZ, LUZ | Commonwealth of Puerto Rico | $ - |
| 150864 | MENDEZ PEREZ, GEORGINA | Commonwealth of Puerto Rico | $ - |
| 82761 | PAGAN, EAST J. | Commonwealth of Puerto Rico | $ - |
| 68979 | RAMOS SOTO, DAVID | Commonwealth of Puerto Rico | $ - |
| 49599 | RIVERA CRUZ, JOHANNA | Commonwealth of Puerto Rico | $ - |
| 13733 | RIVERA QUINONES, EILEEN JANET | Commonwealth of Puerto Rico | $ - |
| 49364 | SANTIAGO CINTRON, IRMA | Commonwealth of Puerto Rico | $ - |
| 54400 | TORRES ROSADO, JULIO | Commonwealth of Puerto Rico | $ 12,375.00 |
| 18424 | URBINA REYES, GLORIMAR | Commonwealth of Puerto Rico | $ 61,000.00 |