**EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Sixty-First Omnibus Objection**

Five Hundred Sixty-First Omnibus Objection

Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AIREKO CONSTRUCTION LLC<br>FERNANDO E. AGRAIT<br>EDIFICIO CENTRO DE SEGUROS<br>701 AVENIDA PONCE DE LEON<br>SAN JUAN, PR 00907 | 07/01/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174166 | $969,292.22 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALVARADO NOA, ALBERTO<br>PASEO RAFAEL QUINONES CORCHADO 880<br>ISABELA, PR 00662 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45463 | $12,600.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CMP & ASSOC, LLC<br>PMB 249<br>100 PLAZA PRADERA STE 20<br>TOA BAJA, PR 00949 | 05/14/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173952 | $2,740.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CONCEPCION PENA, NORMA I.<br>URB. BARALT<br>G19 CALLE PRINCIPAL<br>HORMIGUEROS, PR 00738-3774 | 07/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 157312 | $30,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Sixty-First Omnibus Objection

Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | FRESENIUS MEDICAL CARE<br>MCCONNELL VALDES LLC<br>C/O ANTONIO A. ARIAS<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30574 | $128,854.38 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | GARCIA RIVERA, CECILIA<br>PO BOX 13071<br>SAN JUAN, PR 00908 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36451 | $60,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GENERAL MANAGEMENT AND ARCHITECTURAL AND ENGINEERING CONSULTANTS GMAEC<br>C/O AECOM, ATTN: ROBERT ORLIN<br>605 THIRD AVE<br>NEW YORK, NY 10158 | 05/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 20893 | $2,961,416.13 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixty-First Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | LEON CALVERT, JOSE RAMON<br>ERASMO RODRIGUEZ<br>PO BOX 1468<br>GUAYAMA, PR 00785 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86668 | $13,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MORAN ORTIZ, PABLO L<br>PO BOX 1245<br>HORMIGUEROS, PR 00660 | 04/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8727 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | PANTOJA MARRERO, JAVIER<br>RAMIRO MARTINEZ #8<br>PARCELAS AMADEO<br>VEGA BAJA, PR 00693 | 06/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 55302 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors.

Claim #55302 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | THE UNITECH ENGINEERING GROUP, S.E<br>URB. SABANERA, 40 CAMINO DE LA CASCADA<br>CIDRA, PR 00739 | 07/29/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174357 | $2,513,241.46 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors.

| | | | | | TOTAL | $6.691.644.19* |

*Indicates claim contains unliquidated and/or undetermined amounts