# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima sexagésima primera objeción global**

## Quingentésima Sexagésima Primera Objeción Global

### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AIREKO CONSTRUCTION LLC<br>FERNANDO E. AGRAIT<br>EDIFICIO CENTRO DE SEGUROS<br>701 AVENIDA PONCE DE LEON<br>SAN JUAN, PR 00907 | 07/01/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174166 | $969,292.22 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALVARADO NOA, ALBERTO<br>PASEO RAFAEL QUINONES CORCHADO 880<br>ISABELA, PR 00662 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45463 | $12,600.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CMP & ASSOC, LLC<br>PMB 249<br>100 PLAZA PRADERA STE 20<br>TOA BAJA, PR 00949 | 05/14/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173952 | $2,740.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CONCEPCION PENA, NORMA I.<br>URB. BARALT<br>G19 CALLE PRINCIPAL<br>HORMIGUEROS, PR 00738-3774 | 07/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 157312 | $30,000.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Primera Objeción Global

### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | FRESENIUS MEDICAL CARE<br>MCCONNELL VALDES LLC<br>C/O ANTONIO A. ARIAS<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30574 | $128,854.38 |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 6 | GARCIA RIVERA, CECILIA<br>PO BOX 13071<br>SAN JUAN, PR 00908 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36451 | $60,000.00 |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 7 | GENERAL MANAGEMENT AND ARCHITECTURAL AND ENGINEERING CONSULTANTS GMAEC<br>C/O AECOM, ATTN: ROBERT ORLIN<br>605 THIRD AVE<br>NEW YORK, NY 10158 | 05/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 20893 | $2,961,416.13 |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Sexagésima Primera Objeción Global

Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | LEON CALVERT , JOSE RAMON<br>ERASMO RODRIGUEZ<br>PO BOX 1468<br>GUAYAMA, PR 00785 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86668 | $13,500.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MORAN ORTIZ, PABLO L<br>PO BOX 1245<br>HORMIGUEROS, PR 00660 | 04/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8727 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | PANTOJA MARRERO, JAVIER<br>RAMIRO MARTINEZ #8<br>PARCELAS AMADEO<br>VEGA BAJA, PR 00693 | 06/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 55302 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III.

Reclamo n.º 55302 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | THE UNITECH ENGINEERING GROUP, S.E<br>URB. SABANERA, 40 CAMINO DE LA CASCADA<br>CIDRA, PR 00739 | 07/29/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174357 | $2,513,241.46 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III.

| | | | | | TOTAL | $6.691.644,19* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados