## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Sixty-Fourth Omnibus Objection**

Five Hundred Sixty-Fourth Omnibus Objection

Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED | | | REDUCED AND ALLOWED | | |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BIO NUCLEAR OF PR INC PO BOX 190639 SAN JUAN, PR 00919-0639 | 27254 | Commonwealth of Puerto Rico | Unsecured | $35,821.10 | Commonwealth of Puerto Rico | Unsecured | $35,354.26 |

Reason: Invoice(s) totaling $466.84 were paid via check 00052154 on 06/27/2017. The Claimant shall retain the non-modified portion of the claim.

| 2 | CARIBBEAN CITY BUILDERS INC. PO BOX 2399 TOA BAJA, PR 00951 | 26628 | Commonwealth of Puerto Rico | Unsecured | $157,472.22 | Commonwealth of Puerto Rico | Unsecured | $24,631.84 |
|---|---|---|---|---|---|---|---|---|

Reason: Proof of Claim asserts invoices totaling $157,472.22.  The agency's records show a credit in the amount of $132,840.38 has been applied, which resulted from the agency making excess payments from June 2015 - February 2016 to the asserted liabilities. The Claimant shall retain the non-modified portion of the claim.

| 3 | COMPREHENSIVE HEALTH SERVICE INC. PO BOX 367067 SAN JUAN, PR 00936-7067 | 47246 | Commonwealth of Puerto Rico | Unsecured | $627,923.67 | Commonwealth of Puerto Rico | Unsecured | $8,807.75 |
|---|---|---|---|---|---|---|---|---|

Reason: Invoice(s) totaling $619,115.92 were paid via checks 83725, 83726, 83727, 83728, 90317, 90318, 90319, 90320, 92233, 92234, 92235, 92236, 95819, 95820, 95823, and 96765 between 05/30/2018 and 09/18/2018. The Claimant shall retain the non-modified portion of the claim.

| 4 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 21614 | Commonwealth of Puerto Rico | Unsecured | $17,852.12 | Commonwealth of Puerto Rico | Unsecured | $1,308.78 |
|---|---|---|---|---|---|---|---|---|

Reason: Invoice(s) totaling $16,543.34 were paid via checks 012332, 012401, and 012410 on 05/21/2018, 06/07/2018, and 06/12/2018. The Claimant shall retain the non-modified portion of the claim.

1

Five Hundred Sixty-Fourth Omnibus Objection

Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED | | | REDUCED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | GONZALEZ COLON, MARIA D<br>15 CALLE RAMON FLORES<br>AIBONITO, PR 00705 | 18623 | Commonwealth of Puerto Rico | Unsecured | $45,900.00 | Commonwealth of Puerto Rico | Unsecured | $765.00 |

Reason: Invoice(s) totaling $7,650.00 were paid via EFTs 197867, 201684, 201685, 201686, 201687, 201688, 273122, 273123, 273124, and 273166 between 07/17/2020 and 05/17/2021. Additionally proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $37,485.00  fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | GONZALEZ FIGUEROA, MONICA<br>P O BOX 3874<br>AGUADILLA, PR 00605 | 61403 | Commonwealth of Puerto Rico | Unsecured | $29,004.00 | Commonwealth of Puerto Rico | Unsecured | $16,200.00 |

Reason: Proof of Claim purports to assert $29,004.00 in liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for liabilities totaling $12,804.00 against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | INTEGRATED BUILDING SOLUTIONS TECHNICAL GROUP CORP.<br>PO BOX 6857<br>CAGUAS, PR 00726-6857 | 82390 | Commonwealth of Puerto Rico | Unsecured | $277,048.08 | Commonwealth of Puerto Rico | Unsecured | $51,414.90 |

Reason: Invoice(s) totaling $225,633.18 were paid via checks 00114272, 00240269, 00073758, 00054933, 00048084, 00049829, and 00056132 on 03/08/2019, 04/17/2013, 03/13/2018, 07/24/2017, 05/23/2017, 05/30/2017, and 08/03/2017. The Claimant shall retain the non-modified portion of the claim.

Five Hundred Sixty-Fourth Omnibus Objection

Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | SANTOS OFFICE SUPPLY,INC. ATTN: XIOMARA SANTOS PRESIDENTE 55 CALLE ANTONIO R BARCELO CIDRA, PR 00739-3464 | 53697 | Commonwealth of Puerto Rico | Unsecured | $106,300.90 | Commonwealth of Puerto Rico | Unsecured | $15,560.35 |

Reason: Proof of Claim purports to assert $90,543.04 in liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. Invoice(s) totaling $197.51 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation show liability between Claimant and University of Puerto Rico, which is not part of the Title III proceedings. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | SES PEST CONTROL & SERV DBA R. SOLIVAN GONZALEZ URB REX MANOR A 16 CALLE 3 GUAYAMA, PR 00784 | 173899 | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $9,999.98 | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $4,999.99 |

Reason: Proof of Claim purports to assert $9,999.98 in liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for liabilities totaling $4,999.98 against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | THERAPY SOUTIONS LLC 452 AVE. PONCE DE LEON SUITE 515 SAN JUAN, PR 00918 | 23702 | Commonwealth of Puerto Rico | Unsecured | $76,053.63 | Commonwealth of Puerto Rico | Unsecured | $59,688.63 |

Reason: Invoice(s) totaling $16,365.00 were paid via checks 00600509, 00620266, and 0052470 on 07/09/2015, 08/27/2015, and 07/06/2016. The Claimant shall retain the non-modified portion of the claim.

Five Hundred Sixty-Fourth Omnibus Objection

Exhibit A - Claims to Be Reduced and Allowed

| | | | ASSERTED | | | REDUCED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 11 | UNIVERSAL CARE CORPORATION PO BOX 1051 SABANA SECA, PR 00952-1051 | 19242 | Commonwealth of Puerto Rico | Unsecured | $71,481.34 | Commonwealth of Puerto Rico | Unsecured | $52,365.13 |

Reason: Invoice(s) totaling $1,731.00 were paid via Checks between 05/24/2018 and 01/10/2019.  Additionally proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $2,876.21 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. The Claimant shall retain the non-modified portion of the claim.

Claim #19242 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.