# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima sexagésima cuarta objeción global**

Quingentésima Sexagésima Cuarta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | BIO NUCLEAR OF PR INC<br>PO BOX 190639<br>SAN JUAN, PR 00919-0639 | 27254 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,821.10 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,354.26 |

Base para: Se pagaron una o más facturas que ascienden a $466.84 mediante el cheque identificado con el número 00052154, el 27/6/2017.   El Demandante retendrá la porción no modificada del reclamo.

| 2 | CARIBBEAN CITY BUILDERS INC.<br>PO BOX 2399<br>TOA BAJA, PR 00951 | 26628 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $157,472.22 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $24,631.84 |

Base para: La Evidencia de Reclamo invoca facturas que ascienden a un total de $157,472.22. En los registros de la agencia figura un crédito por $132,840.38 que se aplicó debido a que la agencia efectuó pagos en exceso entre junio de 2015 y febrero de 2016 por obligaciones invocadas. El Demandante retendrá la porción no modificada del reclamo.

| 3 | COMPREHENSIVE HEALTH SERVICE INC.<br>PO BOX 367067<br>SAN JUAN, PR 00936-7067 | 47246 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $627,923.67 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,807.75 |

Base para: Se pagaron una o más facturas que totalizan $619,115.92 mediante los cheques identificados con los números 83725, 83726, 83727, 83728, 90317, 90318, 90319, 90320, 92233, 92234, 92235, 92236, 95819, 95820, 95823 y 96765, entre los días 30/5/2018 y 18/9/2018. El Demandante retendrá la porción no modificada del reclamo.

| 4 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 21614 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,852.12 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,308.78 |

Base para: Se pagaron una o más facturas por un total de $16,543.34 mediante los cheques identificados con los números 012332, 012401 y 012410, los días 21/5/2018, 7/6/2018 y 12/6/2018. El Demandante retendrá la porción no modificada del reclamo.

Quingentésima Sexagésima Cuarta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | GONZALEZ COLON, MARIA D<br>15 CALLE RAMON FLORES<br>AIBONITO, PR 00705 | 18623 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,900.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $765.00 |

Base para: Se pagaron una o más facturas por un total de $7,650.00 mediante las transferencias electrónicas identificadas con los números 197867, 201684, 201685, 201686, 201687, 201688, 273122, 273123, 273124 y 273166, entre los días 17/7/2020 y 17/5/2021. Asimismo, la evidencia de reclamo pretende invocar obligaciones vinculadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo de obligaciones por $37,485.00 contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido de obligaciones contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores al amparo del Título III. El Demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | GONZALEZ FIGUEROA, MONICA<br>P O BOX 3874<br>AGUADILLA, PR 00605 | 61403 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $29,004.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $16,200.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones por $29,004.00 asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo de obligaciones contra el Estado Libre Asociado de Puerto Rico que ascienden a $12,804.00, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra dicho estado o contra cualquiera de los otros deudores al amparo del Título III. El Demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | INTEGRATED BUILDING SOLUTIONS TECHNICAL GROUP CORP.<br>PO BOX 6857<br>CAGUAS, PR 00726-6857 | 82390 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $277,048.08 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,414.90 |

Base para: Se pagaron una o más facturas por un total de $225,633.18 mediante los cheques 00114272, 00240269, 00073758, 00054933, 00048084, 00049829 y 00056132, los días 8/3/2019, 17/4/2013, 13/3/2018, 24/7/2017, 23/5/2017, 30/5/2017 y 3/8/2017. El Demandante retendrá la porción no modificada del reclamo.

Quingentésima Sexagésima Cuarta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 8 | SANTOS OFFICE SUPPLY,INC. ATTN: XIOMARA SANTOS PRESIDENTE 55 CALLE ANTONIO R BARCELO CIDRA, PR 00739-3464 | 53697 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $106,300.90 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,560.35 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones por $90,543.04 asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra dicho estado o contra cualquiera de los otros deudores al amparo del Título III. Las facturas que ascienden en total a $197.51 no proporcionan un fundamento para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. El Demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9 | SES PEST CONTROL & SERV DBA R. SOLIVAN GONZALEZ URB REX MANOR A 16 CALLE 3 GUAYAMA, PR 00784 | 173899 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $9,999.98 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $4,999.99 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones por $9,999.98 asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo de obligaciones por $4,999.98 contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III. El Demandante retendrá la porción no modificada del reclamo.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10 | THERAPY SOUTIONS LLC 452 AVE. PONCE DE LEON SUITE 515 SAN JUAN, PR 00918 | 23702 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $76,053.63 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $59,688.63 |

Base para: Se pagaron una o más facturas por un total de $16,365.00 mediante los cheques identificados con los números 00600509, 00620266 y 0052470, los días 9/7/2015, 27/8/2015 y 6/7/2016. El Demandante retendrá la porción no modificada del reclamo.

Quingentésima Sexagésima Cuarta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 11 | UNIVERSAL CARE CORPORATION PO BOX 1051 SABANA SECA, PR 00952-1051 | 19242 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $71,481.34 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $52,365.13 |

Base para: Se pagaron, además, facturas por un total de $1,731.00 mediante cheques fechados el 24/5/2018 y el 10/1/2019. Asimismo, la evidencia de reclamo pretende invocar obligaciones vinculadas al Estado Libre Asociado de Puerto Rico, pero no se proporciona documentación de respaldo suficiente como para invocar obligaciones por $2,876.21 contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores al amparo del Título III. El Demandante retendrá la porción no modificada del reclamo.

Reclamo n.º 19242 incluido también en el Anexo A de la Objeción Global 391 por Reclamos Modificados