

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE GERENCIA DE PERMISOS
SANTURCE, PUERTO RICO

NÚM. CONTRALOR: 2014-000011

---------------CONTRATO POR SERVICIOS DE ARRENDAMIENTO DE LOCAL---------------

-----------------------------------------COMPARECEN-----------------------------------------

**DE LA PRIMERA PARTE:** LA OFICINA DE GERENCIA DE PERMISOS, (OGPE) agencia estatal creada en virtud de la Ley Núm. 161 de 1 de diciembre de 2009, según enmendada, conocida como "Ley para la reforma de Permisos de Puerto Rico", en adelante denominada el "Arrendatario", representada por su Director Ejecutivo, Alberto Lastra Power, mayor de edad, soltero, arquitecto y vecino de San Juan, Puerto Rico en adelante el "Director Ejecutivo".-----------------------------------------

**DE LA SEGUNDA PARTE:** INSTITUTO COMERCIAL DE PUERTO RICO, INC. DBA ICPR JUNIOR COLLEGE, registro número 37485, una corporación doméstica con fines de lucro bajo las leyes de Puerto Rico, en adelante denominado el "Arrendador" representada en este acto por su Presidenta/CEO, DRA. OLGA E. RIVERA VELAZCO, mayor de edad, soltera y vecina de Bayamón en adelante denominada la "Presidenta"—

-----------------------------------------EXPONEN-----------------------------------------

**PRIMERO:** El Director Ejecutivo de la Oficina de Gerencia de Permisos, en virtud de las facultades que le confiere el Artículo 2.3 de la Ley Núm. 161 de 1 de diciembre de 2009 puede celebrar convenios o acuerdos necesarios y convenientes a los fines de alcanzar los objetivos de la agencia, con organismos del gobierno estatal, federal y municipal, con otros departamentos, agencias o instrumentalidades del Gobierno de Puerto Rico y con instituciones particulares. -----------------------------------------

**SEGUNDO:** El INSTITUTO COMERCIAL DE PUERTO RICO, INC. es dueña y titular de un local de 13,182 pies cuadrados ubicado en la carretera Núm. 2, Km 80.4 al lado este del ICPR Junior College en Arecibo, Puerto Rico. En dicho local ubica la Oficina Regional del Arrendatario, además de la Oficina Regional de la Oficina del Inspector General de Permisos (OIGPe). Es interés del Arrendatario arrendar por un término de

2

cinco (5) años al ICPR dicho local.

**TERCERO:** Las partes declaran tener la capacidad legal necesaria para esta transacción y por tal consecuencia acuerdan; a tales efectos, llevar las formalidades legales de este contrato de bajo las siguientes cláusulas y condiciones:

---------- TÉRMINOS Y CONDICIONES ----------

I. **NATURALEZA DEL SERVICIO**

----A. El Arrendador cede en calidad de arrendamiento al Arrendatario la propiedad que se describe a continuación

--------1). Construcción: En acero y hormigón armado pre-fabricado.

--------2). Área: Del solar 5,894 metros cuadrados, del local 13,182 pies cuadrados.

--------3). Localización: Edificio de una planta localizado en la carretera número 2 Km. 80.4 al lado este del ICPR Junior College, Arecibo, Puerto Rico.

----B. El Arrendador queda obligado en todo momento a efectuar los arreglos y reparaciones para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos los servicios, equipos y accesorios dentro de las normas de seguridad establecidas o que se establezcan.

----C. Los siguientes servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:

--------1). 73 estacionamientos (56 espacios exterior y 17 en el sótano del edificio). Un estacionamiento rotulado para el (la) Gerente de la Oficina Regional. La periferia del edificio tendrá una verja de protección en alambre eslabonado y muros en algunas secciones, de acuerdo al permiso de construcción.

--------2). Agua

--------3). Aire Acondicionado

--------4). Instalación Eléctrica

--------5). Limpieza

----D. El Arrendador se compromete a:

--------1). Mantener los pisos nivelados y pulidos.

--------2). Instalar los herrajes, cristales y puertas que sean necesario para mantener el funcionamiento del edificio

3

---------3). Proveer dos (2) baños uno para damas y otro para caballeros, empleados del Arrendatario. Además, los baños para uso público estarán localizados en las áreas públicas del edificio. Todos los baños estarán preparados para personas con impedimentos. Se proveerán inodoros, lavamanos, espejos, papeleras, divisiones, toalleras y zafacón en cada baño. ----------

---------4). Proveer, remplazar e instalar de todas las lámparas, tubos y cualquier otra iluminación interna que sea necesaria. No incluye tubería. ----------

---------5). Proveer e instalar los plafones acústicos.----------

---------6). Mantener pintadas la paredes interiores.----------

---------7). Proveer dos (2) fuentes de agua fría, una en el área general de baños para uso de los empleados y otra en el área de espera para uso del público.----------

---------8). Proveer servicios de limpieza ("Janitor") diariamente al espacio arrendado, así como al exterior del edificio, durante horas laborables, conforme al Plan de Trabajo que se describen en la cláusula II. Además, suplirá materiales y equipo de limpieza que sean necesarios.----------

---------9). Mantener un "counter" en el Área de Radicaciones, en el Área del Recaudador y de los representantes de Servicio al Cliente conforme los planos del edificio. ----------

---------10). Proveer las luces de emergencia.----------

---------11). Proveer rótulos de entrada y salida de las puertas.----------

---------12). Proveer los rótulos de no fumar ----------

---------13). Proveer el acondicionador de aire central y mantenimiento del mismo. El sistema tendrá que estar debidamente balanceado. ----------

---------14). Proveer un cuarto cerrado con dos paneles de madera comprimida ("Plywood") de tamaño 4"x 8" con aire acondicionado, un enchufe y "breaker" de 110 ó 220 VAC dedicado para el equipo telefónico y el equipo de computadoras.----------

---------15). Proveer almacén para materiales.----------

-----E. Las mejoras que se realicen al local se harán conforme a las especificaciones del Arrendatario y autorizadas por éste.----------

-----F. De ocurrir un incendio u otra catástrofe que no sea causada por el Arrendatario y que no permita a éste continuar utilizando el local arrendado o sus predios, el

4

Arrendatario podrá dar por terminado el presente contrato desde el momento de que no pueda hacer uso estas facilidades. El Arrendatario será responsable del pago de arrendamiento sólo hasta el momento en que ocurrió el incendio o catástrofe.

-----G. El Arrendador revelará de responsabilidad al Arrendatario por cualquier causa de acción de daños y perjuicios que surja de la utilización de las facilidades del local.

-----H. El Arrendador mantendrá la propiedad limpia, en buen estado de funcionamiento de la iluminación, aire acondicionado y los sistemas de plomería.

-----I. El Arrendador certifica que durante la vigencia de este contrato, no se ubicarán en el referido edificio, oficinas de profesionales que reciban o presten servicios de El Arrendatario.

-----J. Ninguna de las partes ha contratado corredor de bienes raíces para esta transacción y se relevan mutuamente del pago de comisiones de arrendamiento a corredores.

-----K. El Arrendador tiene conocimiento, previo a la formalización de este contrato, sobre la intención del Arrendatario en negociar en algún momento durante la vigencia de este contrato, la cantidad de pies cuadrados a ser utilizados por la OGPe y la OIGPe así como la vigencia de este contrato. Para esto las partes podrán acordar el formalizar una enmienda a este contrato.

II. MANTENIMIENTO AL EDIFICIO

-----A. El Arrendador proveerá servicios de mantenimiento diariamente para el espacio arrendado, áreas públicas, entradas y cualquier área común, proveerá además, el suplir y remplazar los materiales de limpieza.

-----B. La limpieza deberá efectuarse en las horas laborables del arrendatario. El Arrendador deberá mantener el área, interior y exterior, limpios y deberá proveer (suplir) los materiales y equipos de limpieza. A continuación los servicios que serán suplidos:



-----1). Diariamente:

---------- a). Suplir jabón de mano, papel toalla y sanitario en los baños.

---------- b). Vaciar todos los drones de basura.

---------- c). Barrer y limpiar las entradas al edificio, pasillos, escaleras, corredores vestíbulos.

5

----------- d). Barrer y mapear los pisos.----------

----------- e). Limpiar las fuentes de agua ----------

----------- f). Barrer, mapear y limpiar los baños ----------

----------- g). Limpiar todos los accesorios del baño y reponer los materiales de uso del baño.----------

----------- h). Disponer de toda la basura generada dentro y fuera del edificio que sea producto de la operación normal de la oficina, no se incluyen desperdicios no usuales (ej. Mudanzas, etc.) ----------

----------- i). Limpiar todas las superficies horizontales que están visibles y que requieran limpieza----------

----------- j). Mapear los pisos en los corredores principales, entradas y vestíbulo.----------

----------- k). Limpiar las escaleras ----------

----------- l). Barrer áreas de estacionamiento avenidas, áreas de carga y descarga ----------

------2). Cada dos semanas ----------

----------- a). Brillar los pisos de los pasillos secundarios, entradas y vestíbulos.----------

----------- b). Mapear y brillar los pisos de las áreas de oficina ----------

----------- c). Barrer los espacios para almacenaje ----------

----------- d). Limpiar todas las superficies de las paredes que estén 70" desde el piso hacia arriba. ----------

------3). Mensualmente ----------

----------- a). Limpieza de filtros de aire acondicionado ----------

----------- b). Mantenimiento preventivo a las unidades de acondicionadores de aire.

------4). Cada dos meses ----------

----------- a). Limpiar con esponja los receptáculos para basura de los baños, accesorios, puertas, divisiones de baños, espejos, ventanas.----------

------5). Cada seis meses ----------

----------- a). Lavar todos los interiores y exteriores de las ventanas y de todas las superficies de cristal ----------

-----------b). Aplicar brillo a los pisos de los baños. ----------

-----------c). Limpiar con detalles los pasillos principales y cualquier área de transito

6

asiduo.--

----6). Anualmente --

---------- a). Limpiar y lavar todas las "venetian blinds" y cada seis meses después de lavarlas y quitarles el polvo. --

---------- b). Pasar la aspiradora o desempolvar todas las superficies del edificio que estén 70" sobre el nivel del piso, incluyendo los accesorios de lámparas e iluminación.--

---------- c). Limpiar con detalle los pisos en las oficinas y los pasillos y vestíbulos secundarios. --

---------- d). Limpiar las laterías, balcones, aleros y techos --

---------- e). Pruebas del equipo de incendios --

---------- f). Mantenimiento de extintores de incendio (según sea requerido por ley). --

----7). Según Requerido --

---------- a). Mantener las plantas y jardines de las entradas de los pasillos exteriores y lo que se encuentran en las áreas de estacionamiento del edificio. --

---------- b). Proveer inicialmente, los materiales y accesorios, instalarlos y reponer las bombillas, tubos de luz, "Ballast", "Starters". --

---------- c). Proveer servicio de exterminación de sabandijas --

**III. COMPENSACIÓN:** --

-----A. El contrato será efectivo desde el **1 de diciembre de 2013 hasta el 30 de noviembre de 2018,** siempre y cuando el Arrendatario tenga los fondos asignados y disponibles para dicho concepto. Ninguna prestación o contraprestación objeto de este contrato podrá exigirse hasta tanto el mismo se haya presentado para registro en la Oficina del Contralor de Puerto Rico a tenor con lo dispuesto en la Ley Núm. 18 del 30 de octubre de 1975, según enmendada.--

-----B. El Arrendatario pagará a la cantidad máxima de **un millón cuatrocientos veinte mil trescientos sesenta dólares con ochenta centavos ($1,420,360.80),** pagaderos en sesenta (60) mensualidades de veintitrés mil seiscientos setenta y dos dólares con sesenta y ocho centavos. ($23,672.68). Este pago se dividirá de la siguiente manera: ----

-----1). Costo de la renta anual: $17.64 x 13,182 pies cuadrados = $232,530.48, el canon mensual será de $19,377.54.--

7

------2). Costo de mantenimiento: $3.91 x 13,182 pies cuadrados = $51,541.62, el pago mensual será de $4,295.14.------

------3). Los pagos se efectuarán de las cifra de cuenta número 245-2730000-0000-081-2011.------

------C. Del Arrendador ofrecer servicios que no estén estipulados en este contrato, y/o concluido el periodo de vigencia este contrato, sin que las partes hayan formalizado una enmienda para incluirlas, o se haya aprobado una requisición para realizar las tareas, se entenderá que dichos servicios constituyen <u>aportaciones voluntarias y gratuitas</u> que realizó el Arrendador a favor de El Arrendatario, por lo cual las mismas <u>no</u> podrán ser facturados para pago.------

------D. El Arrendador se compromete con el Arrendatario a enviar las facturas mensuales dentro de diez (10) días a partir de la fecha de prestados los servicios. Las facturas deben ser presentadas en <u>original y dos copias</u> y debidamente certificadas en **tinta azul** por El Arrendador según la Orden Ejecutiva 2001-73 del 29 de noviembre de 2001. **De no cumplir con este requerimiento o los establecidos en el inciso E, El Arrendatario devolverá las facturas sin ser trabajadas.**------

------E. En las facturas se especificará lo siguiente: ------

------1). El número de contrato------

------2). Número que identifique la factura (**de lo contrario el Arrendatario le asignará uno**)------

------3). La Oficina Regional y el canon de arrendamiento mensual.------

------4). Costo de arrendamiento total para el mes facturado------

------5). Párrafo en el cual se certificará lo siguiente:------

-----*"Bajo pena de nulidad absoluta certifico que ningún servidor público (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios han sido realizados (los servicios prestados) y no han sido*

8

*pagados".*----------------------------------------------------------------------------------

-----F. Las facturas serán dirigidas a la Oficina de Gerencia de Permisos, P.O. Box 41179, San Juan, Puerto Rico 00940-1179.------------------------------------------

-----G. Las facturas deberán ser certificadas por el (la) Director(a) de la Oficina de Servicio al Cliente, Secretaria y Enlace JP, o por un funcionario(a) autorizado por éste, el cual pasará juicio sobre la calidad de los servicios prestados y su relación con los términos y condiciones de este contrato. ----------------------------------------------

-----H. El término máximo para efectuar el pago a los proveedores cuando no existe un requerimiento de pago es de cuarenta (40) días laborables; vente (20) días para las agencias tramitar los documentos de pago y otros veinte (20) días para que el Secretario o Pagador efectúe el pago, según sea el caso. ---------------------------------------

----- I. La última factura deberá estar acompañada del formulario SC-6096 sobre Certificación de Deuda del Departamento de Hacienda. De surgir de dicha certificación existencia de alguna deuda a esa fecha, El Arrendatario procederá a realizar la retención correspondiente. ----------------------------------------------------------

-----J. El Arrendador retendrá el 7% que dispone la Sección 1143(g) de la Ley de Contribuciones sobre Ingresos de 1994, según enmendada, de conformidad con los reglamentos aprobados por el Secretario de Hacienda, de todos los pagos a efectuarse a la CORPORACIÓN por sus servicios prestados durante la vigencia de este contrato. Del Arrendador interesar que el Arrendatario no le retenga el por ciento establecido en la Sección de la Ley antes mencionada, deberá presentar ante la Oficina de Finanzas de la OGPe una Certificación del Relevo de Retención Total o Parcial, la cual esté vigente, emitida a su favor por el Departamento de Hacienda correspondiente al año natural en curso. Al Arrendatario no se le efectuarán retenciones ni descuentos de sus honorarios para el pago del Seguro Social Federal. El Arrendatario es responsable de rendir sus planillas y pagar las aportaciones correspondientes al Seguro Social Federal y al Negociado de Contribución sobre Ingresos del Departamento de Hacienda por cualquier cantidad tributable como resultado de los ingresos devengados bajo este contrato. El Arrendatario notificará al Negociado de Contribución sobre Ingresos los pagos y reembolsos que sean efectuados al Arrendador. El Arrendador se obliga, como

9

condición necesaria a este contrato, a presentar las certificaciones, relevos y documentos que acrediten su situación contributiva, que sean requeridos por el Arrendatario o su representante autorizado.----

----K. Conforme la Carta Circular 1300-10-12 del 14 de diciembre de 2011 el Arrendador autoriza al Departamento de Hacienda a depositar electrónicamente toda suma que adeude a este suplidor en una cuenta bancaria. De no poder realizarse los pagos electrónicamente, los pagos deberán ser enviados a: ICPR Junior College, P.O. Box 190304, San Juan, Puerto Rico, 00919-0304.----

**IV. BENEFICIOS MARGINALES:** El Arrendador no tendrá derecho a ninguno de los beneficios marginales que se conceden a los empleados gubernamentales.----

**V. ÉTICA GUBERNAMENTAL:** El Arrendador a tenor con el Artículo 3.3 de la Ley Núm. 12 del 24 de julio de 1985, conocida como Ley de Ética Gubernamental del Estado Libre Asociado de Puerto Rico, hace constar que ningún funcionario o empleado del Arrendatario, o ningún miembro de la unidad familiar de éstos tiene interés pecuniario, directa o indirectamente con este contrato y ningún funcionario o empleado de la Rama Ejecutiva, tiene algún interés en las ganancias o beneficios producto de este contrato. Asimismo, el Arrendatario hace constar que conforme a la información disponible al momento de otorgar este contrato, lo señalado por el Arrendador es correcto.----

**VI. CLAUSULA SOBRE CÓDIGO DE ÉTICA PARA CONTRATISTAS:** ----

El Arrendador se compromete a cumplir con las disposiciones de la Ley Núm.84 de 18 de junio de 2002, mediante la cual se establece el Código de Ética para contratistas, suplidores y Solicitantes de Incentivos Económicos de las Agencias Ejecutivas del Estado Libre Asociado de Puerto Rico. ----



**VII. LITIGIOS:** El Arrendador se compromete que no tiene litigios en proceso contra alguna instrumentalidad gubernamental. ----

**VIII. CONFLICTOS DE INTERESES:** ----

El Arrendador reconoce que en el descargo de su función profesional tiene un deber de lealtad completa hacia el Arrendatario, lo que incluye la representación de clientes que tengan o pudieran tener intereses encontrados con la parte contratante. Este deber, además, incluye la obligación continua de divulgar al Arrendatario todas las

10

circunstancias de sus relaciones con clientes y terceras personas y cualquier interés que pudiere influir en El Arrendatario al momento de otorgar el contrato o durante su vigencia. El Arrendador presenta intereses encontrados cuando, en beneficio de un cliente es su deber promover aquellos a que debe oponerse en cumplimiento de sus obligaciones para con otro cliente anterior, actual o potencia. Representa intereses en conflicto, además, cuando su conducta es descrita como tal en las normas de éticas reconocidas a su profesión, o en las leyes y reglamentos del Estado Libre Asociado de Puerto Rico. --------
En contrato con sociedades o firmas constituirá una violación de esta prohibición en el que alguno de sus directores, asociados o empleados incurra en la conducta aquí descrita. El Arrendador evitará aún la apariencia de la existencia de intereses encontrados. -------------------------------

El Arrendador reconoce el poder de fiscalización del (la) Director(a) Ejecutivo(a) de la OGPe en relación al cumplimiento de prohibiciones aquí contenidas. De entender el (la) Director(a) Ejecutivo(a) que existen o han surgidos intereses adversos para con él Arrendatario, le notificará por escritos sus hallazgos y su intención de resolver el contrato en el término de ciento veinte (120) días. Dentro de dicho término El Arrendador podrá solicitar una reunión al (la) Director(a) Ejecutivo(a) para exponer sus argumentos a dicha determinación de conflicto, la cual será concedida en todo caso. De no solicitarse dicha reunión en el término mencionado o de no solucionarse satisfactoriamente la controversia durante la reunión concedida, este contrato quedará resuelto. ---------------

IX. CERTIFICACIONES: -----------------------------------------

-----A. CLAUSULA DE EXONERACIÓN DE DELITO: -------------------------



El Arrendador y el Arrendatario certifican que ninguno de sus directores y funcionarios ejecutivos han sido convictos ni se han declarado culpable en el foro estatal o federal o en cualquier otra jurisdicción de los Estados Unidos de América de aquellos delitos constitutivos de fraude, malversación o apropiación ilegal de fondos públicos con término de diez (10) años en corrección por delitos graves y cinco (5) años en delitos menos graves. Dichos delitos son los siguientes:-----------------------------------

--------1). Apropiación ilegal agravada, en todas sus modalidades-----------------------
--------2). Extorsión-----------------------------------------------------

11

--------3). Fraude en las construcciones--------

--------4) Fraude en la ejecución de obras de construcción--------

--------5). Fraude en la entrega de casos--------

--------6). Intervención indebida en los procesos de contratación de subastas o en las operaciones del Gobierno--------

--------7). Soborno en todas sus modalidades--------

--------8). Soborno agravado--------

--------9). Oferta de soborno--------

--------10). Influencia indebida--------

--------11). Delito contra fondos públicos--------

--------12). Preparación de escritos falsos--------

--------13). Presentación de escritos falsos--------

--------14). Falsificación de documentos--------

--------15). Posesión y traspaso de documentos falsificados--------

La convicción de los directores o funcionarios ejecutivos por cualquiera de los delitos conllevará la rescisión automática del contrato y la devolución de los pagos efectuados por servicios hasta el momento.--------

-----B. PERSONAL: El Arrendador certifica que posee o reclutará el personal necesario para ejercer la tarea contratada. Dicho personal debe estar debidamente cualificado y autorizado por leyes federales o estatales para ejercer la labor.--------

-----C. CERTIFICACIÓN DE AUSENCIA DE CONFLICTOS DE INTERESES: --------

El Arrendador certifica que: --------



--------1). Ningún(a) servidor(a) público(a) de esta agencia ejecutiva tiene interés pecuniario en este contrato, compra o transacción comercial, y tampoco ha tenido en los últimos 4 años, directa o indirectamente interés pecuniario en este negocio.--------

--------2. Ningún(a) servidor(a) público(a) de esta agencia ejecutiva me solicitó o aceptó, directa o indirectamente, para él (ella), para algún miembro de su unidad familiar o para cualquier persona, regalos, gratificaciones, favores, servicios, donativos, prestamos o cualquier otra cosa de valor monetario.--------

--------3. Ningún(a) servidor(a) público(a) me solicitó bien alguno de valor económico,

12

vinculado a esta transacción, de persona alguna de entidad como pago por realizar los deberes y responsabilidades de su empleo.----

--------4. Ningún(a) servidor(a) público(a) me solicitó, directa o indirectamente, para él (ella), para algún, miembro de su unidad familiar, ni para cualquier otra persona, negocio o entidad, bien alguno de valor económico, incluyendo regalos, prestamos, promesas, favores o servicios a cambio de que la actuación de dicho servidor(a) público(a) esté influenciada a favor mío o de mi entidad.----

--------5. No tengo relación de parentesco, dentro del cuarto grado de consanguinidad y segundo por afinidad, con ningún(a) servidor(a) público(a) que tenga facultad para influenciar participar en las decisiones institucionales de esta agencia ejecutiva.----

En caso que el Arrendador entendiera que no viene obligada a presentar alguna(s) de las certificaciones antes mencionadas, deberá presentar una certificación notarial, exponiendo las razones para tal acción.----

Expresamente el Arrendador reconoce que, de no ser correctas en todo o en parte las anteriores certificaciones, esto será causa suficiente para que el Arrendatario pueda dejar sin efecto el mismo. El Arrendador tendrá que reintegrar al Arrendatario toda suma de dinero recibida bajo este contrato.----

----D. INCOMPATIBILIDAD CON OTROS CONTRATOS: El Arrendador certifica que la naturaleza de aquellos contratos formalizados o que pudiera formalizar con otras dependencias gubernamentales del Estado Libre Asociado de Puerto Rico, no están en conflicto con los servicios a prestar a el Arrendatario. Además, se compromete a no aceptarlo durante la vigencia de este contrato. Si cualquiera de las partes tuviera razones para creer que la aceptación por parte del Arrendador de determinado contrato pudiera estar en conflicto con el presente contrato, lo notificará inmediatamente a la otra parte para tomar medidas necesarias para salvaguardar los mejores intereses de las partes. ----

X. INCUMPLIMIENTO DE CONTRATO: ----

De no cumplir el Arrendador con lo estipulado en este contrato dentro del término de su vigencia, el Arrendatario podrá designar a otra para realizar o completar los mismos. Además, el Arrendador no estará libre de responsabilidad por los daños y perjuicios que

13

pueda ocasionar al Arrendatario al no cumplir con lo estipulado y recibirá una compensación justa y razonable por los servicios realizados a la fecha de la notificación sobre tal incumplimiento.

**XI. CLAUSULA DE RELEVO DE RESPONSABILIDAD**

Ambas partes mutua y voluntariamente por medio de este contrato se descargan y liberan de toda responsabilidad civil contractual o penal por cualquier daño o lesión, muerte, perjuicio natural, moral o económico, derivado de estas actividades.

**XII. ENMIENDAS:** El (la) Director(a) Ejecutivo(a) podrá, con el acuerdo del Arrendador y durante la vigencia del presente contrato, incorporar por escrito las enmiendas que estime necesarias al presente contrato *motu propio* o a solicitud del Arrendador. El (la) Director(a) Ejecutivo(a) podrá aceptar la enmienda propuesta por el Arrendador, proponer una nueva enmienda o denegar la enmienda propuesta por el Arrendador. En caso de que AMBAS PARTES aprueben los cambios o adiciones propuestas, los mismos serán efectuados mediante enmienda al presente contrato. En caso de realizarse enmiendas o adiciones al presente contrato, las mismas deberán estar firmadas por ambas partes.

**XIII. CANCELACIÓN:** Cualquiera de las partes podrá cancelar este contrato mediante notificación escrita a la otra parte con ciento veinte (120) días de antelación, cuando la otra parte contratada haya incurrido en negligencia o violado las condiciones del contrato.

**XIV. NULIDAD:** Todas las cláusulas y condiciones de este contrato son independientes y separadas entre sí, por lo que si cualquier parte de este contrato fuese invalidada, tal decisión no afectará la validez de las demás cláusulas, las cuales se reputarán vigentes.

**XV. RESOLUCIÓN:** Ambas partes podrán dar por terminado este contrato, mediante notificación escrita a la otra parte, con ciento veinte días (120) antes de antelación.

**XVI. LEY APLICABLE:** La validez e interpretación del presente contrato estará sujeto a la interpretación de las Leyes del Estado Libre Asociado de Puerto Rico así como de la reglamentación federal aplicable y será interpretado de acuerdo a las mismas.

----------Leído este contrato por cada uno de los otorgantes, éstos expresan su conformidad con todas las cláusulas, estipulaciones y condiciones consignadas en el

14

mismo, ratificándolo con su firma e iniciales en el margen izquierdo de cada hoja del contrato. ----------

**EN TESTIMONIO DE LO CUAL,** ambas partes formalizan el presente contrato, en San Juan, Puerto Rico, hoy NOV 2 3 2013

**ARRENDADOR**

INSTITUTO COMERCIAL DE PUERTO RICO, INC. DBA ICPR JUNIOR COLLEGE

Olga Rivera Velazco
Presidenta/CEO

Seguro Social Patronal
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

**ARRENDATARIO**

OFICINA DE GERENCIA DE PERMISOS, (OGPE)

Alberto Lastra Power
Director Ejecutivo

Seguro Social Patronal
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