

# ICPR JUNIOR COLLEGE
SS 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

558 MUÑOZ RIVERA
PO BOX 190304
SAN JUAN, PR 00919-0304
(787) 753-6335
(787) 622-3416



**Date:** 11/6/2014

**Invoice #** 200-882

**Bill To:**
O.G.P.E.
CENTRO GUBERNAMENTAL MINILLAS
EDIFICIO NORTE, PISO 16
SAN JUAN, PR

**Ship To:**
O.G.P.
CENTRO GUBERNAMENTAL MINILLAS
EDIFICIO NORTE, PISO 16
SAN JUAN, PR

| Qty | Stock # | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | | RENTA CENTRO DE SERVICIO DE ESPACIO DE ARECIBO ( October 2014) | $19,377.54 | $19,377.54 |
| 1 | | MANTENIMIENTO | $4,295.14 | $4,295.14 |

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Administración de Reglamentos y Permisos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados.

***CERTIFICO QUE ESTA FACTURA ES CORRECTA***
***Y QUE NO HA SIDO PAGADA.***

Arelis Díaz Rivera
Comptroller

| | |
|---|---|
| Subtotal | $23,672.68 |
| Shipping | |
| Subtotal | $23,672.68 |
| Sales tax rate | |
| Sales tax on purchase | |
| **Total** | **$23,672.68** |

Make all checks payable to ICPR JUNIOR COLLEGE
If you have any questions concerning this Invoice, please contact: Arelis Díaz

Thank you for your business!