I, Ramón A. Negrón, of legal age, married, President of the Board of Directors of ICPR Junior College, and a resident of San Juan, Puerto Rico, hereby declare, under penalty of perjury pursuant to 28 USC §1746, as follows:

1. That my name and personal circumstances are as above stated.

2. That I am the President of the Board of Directors of ICPR Junior College and also charged with the responsibility of overseeing its operations in a day-to-day basis.

3. That I have read the Motion Submitting Creditor's Opposition to Debtor's Objection "Five Hundred Fourteenth," dated December 20, 2022, and declare that every fact therein stated is true and correct.

4. That I was personally involved in the contractual relation between ICPR and OGPE and participated in the negotiations leading to the lease agreement, and also in the closing of the contract when it was terminated by OGPE in June 2014.

5. That OGPE cancelled the contract effective October 1, 2014, meaning that once the month began, the rent was due for the whole month. OGPE eventually vacated the leased premises during the last week of the month of October 2014. This was all done within the time frame of the contract, which was originally schedule to end on November 30, 2018.

6. ICPR sent OGPE the corresponding invoice for the rent due for the month of October 2014, but it was never paid. Subsequent collection efforts, by mail and phone calls were never answered.

In witness thereof, I, Ramón A. Negrón declare that the statements made above are true and correct to the best of my knowledge.

_____
Ramón A. Negrón
President of the Board of Directors
ICPR Junior College