IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　　　　　　　　　Plaintiff/ Counterclaim-Defendant,<br><br>PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,<br><br>　　　　　　　　　　Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>　　　　　　　　　　Defendant/ Counterclaim-Plaintiff,<br><br>THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,<br><br>　　　　　　　　　　Intervenor-Defendants/ Counterclaim-Plaintiffs. | PROMESA Title III<br><br>Adv. Proc. No. 19-391-LTS |

**AMENDED INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE FEBRUARY 1-2, 2023 OMNIBUS HEARING**

- 2 -

The Ad Hoc Group of PREPA Bondholders (the "**Ad Hoc Group**") submits this amended informative motion in response to the Court's *Order Regarding Procedures for Hearing on February 1-2, 2023 Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the February 1-2, 2023 omnibus hearing (the "**Hearing**").

1. Thomas Moers Mayer, Amy Caton and Matthew M. Madden of Kramer Levin Naftalis & Frankel LLP will appear on behalf of the Ad Hoc Group at the Hearing.

2. Mr. Mayer, Ms. Caton and Mr. Madden intend to participate in the Hearing in person in Puerto Rico and address the following matters:

   a. Status Report to be filed by the Oversight Board;

   b. Status Report to be filed by AAFAF; and

   c. Oral Arguments related to the Summary Judgement Motions and related briefing in *Fin. Oversight & Mgmt. Bd. for Puerto Rico v. U.S. Bank NA, as Trustee*, Adv. Pro. No. 19-391-LTS.[2]

3. Mr. Mayer, Ms. Caton and Mr. Madden do not intend to speak on behalf of the Ad Hoc Group on other matters but reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Ad Hoc Group.

---

[2] See *Order Regarding Oral Argument on Motions for Summary Judgment* [ECF No. 119 in Case No. 19-00391-LTS]. Time allocations and order of speakers for oral argument on the Motions will be outlined in the Agenda to be submitted by Debtors' counsel in accordance with Paragraph 7 of the Hearing Procedures Order. Capitalized terms used in this Informative Motion but not defined herein shall have the meanings ascribed to them in the Hearing Procedures Order.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today January 30, 2023.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Alice J. Byowitz*<br>AMY CATON\*<br>THOMAS MOERS MAYER\*<br>MATTHEW M. MADDEN\*<br>ALICE J. BYOWITZ\*<br>Email: acaton@kramerlevin.com<br>       tmayer@kramerlevin.com<br>       mmadden@kramerlevin.com<br>       abyowitz@kramerlevin.com<br><br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |

## EXHIBIT A
## PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person - PR |
| | Name | Thomas Moers Mayer |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | tmayer@kramerlevin.com |
| | Phone Number | (212) 715-9169 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 2 | Appearance Method | In Person - PR |
| | Name | Amy Caton |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | acaton@kramerlevin.com |
| | Phone Number | (212) 715-7772 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 3 | Appearance Method | In Person - PR |
| | Name | Matthew M. Madden |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | mmadden@kramerlevin.com |
| | Phone Number | (202) 775-4529 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• In Person – PR<br>• In Person – NY<br>• CourtSolutions Listen Only<br>Law Firm<br>Email<br>Phone Number | Shikha Garg<br>In Person - PR<br>Kramer Levin Naftalis & Frankel LLP<br>sgarg@kramerlevin.com<br>(202) 471-3995<br><br>Manuel Fernández Bared<br>In Person - PR<br>Toro Colón Mullet, P.S.C.<br>mfb@tcm.law<br>(787) 751-8999<br><br>Linette Figueroa Torres<br>In Person - PR<br>Toro Colón Mullet, P.S.C.<br>lft@tcm.law<br>(787) 751-8999 |

- 6 -

|  |  | Nayda I. Pérez Román<br>In Person - PR<br>Toro Colón Mullet, P.S.C.<br>nperez@tcm.law<br>(787) 751-8999 |
|---|---|---|
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. |||