# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Adv. Proc. No. 19-00391-LTS |
| as representative of | PROMESA Title III |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Plaintiff/ Counterclaim-Defendant, | |
| PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA, | |
| Plaintiff-Intervenors, | |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, | |
| Defendant/ Counterclaim-Plaintiff, | |
| THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC., | |
| Defendant-Intervenors/ Counterclaim-Plaintiffs. | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Adv. Proc. No. 19-00391-LTS |
| as a representative of | PROMESA Title III |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Movant, | |

v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,

                Defendant/
                Counterclaim-
                Plaintiff,

THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,

                Defendant-Intervenors/
                Counterclaim-Plaintiffs.

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, AS TITLE III REPRESENTATIVE OF THE PUERTO RICO ELECTRIC POWER AUTHORITY REGARDING EXHIBITS AND DEMONSTRATIVES IN CONNECTION WITH THE HEARING ON THE MOTIONS <u>FOR SUMMARY JUDGMENT</u>**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as Title III representative of Puerto Rico Electric Power Authority ("PREPA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), respectfully submits this informative motion regarding exhibits and demonstratives in connection with the February 1, 2023 Hearing on the Summary Judgment Motions[2] pursuant to paragraph 8 of the Court's January 12, 2023 *Order Regarding Procedures for Hearing on February 1-2, 2023, Omnibus Hearing* [Case No. 17-3283, ECF No. 23253].

1. Below is a list of exhibits and demonstratives the Oversight Board may rely on at the February 1, 2023 Hearing on the Summary Judgment Motions. The Oversight Board continues to rely on the entirety of their written submissions on the Summary Judgment Motions, including all demonstratives and exhibits attached thereto, and reserves the right to modify this exhibit list and refer to any exhibit or demonstrative identified in any other parties' informative motion pursuant to paragraph 8 of the Court's January 12, 2023 *Order Regarding Procedures for Hearing on February 1-2, 2023, Omnibus Hearing*.

| Name of Party | The Financial Oversight and Management Board for Puerto Rico |
|---|---|
| Does the Party intend to offer evidence? | Yes |
| Docket Entry No. for Party Exhibit List | N/A |

---

[2] The "Summary Judgment Motions" are the: (1) *Notice of Motion and Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, for Summary Judgment Pursuant to Bankruptcy Rule 7056* (Case No. 19-ap-391, ECF No. 62); and (2) *Memorandum in Support of Defendant/Counterclaim-Plaintiff's and Intervenor-Defendants/Counterclaim-Plaintiffs' Motion for Summary Judgment Against Plaintiffs/Counterclaim-Defendants* (Case No. 19-ap-391, ECF No. 62).

| **Oversight Board Ex. / Demonstrative** | **Description** | **ECF Location**[3] | **Pending Request to Seal?** |
|---|---|---|---|
| PREPA Demonstrative No. 1 | Form of Bond Excerpted from Joint Conformed Trust Agreement (ECF No. 118-1 at 7-12) (highlighting added) | N/A | No |
| PREPA Demonstrative No. 2 | Words of Agreement Clause Excerpted from Joint Conformed Trust Agreement (ECF No. 118-1 at 16) (highlighting added) | N/A | No |
| PREPA Demonstrative No. 3 | Portions of Section 507 Excerpted from Joint Conformed Trust Agreement (ECF No. 118-1 at 78) (highlighting added) | N/A | No |
| PREPA Demonstrative No. 4 | Portions of Sections 503, 505-512 Excerpted from Joint Conformed Trust Agreement (ECF No. 118-1 at 70, 74, 79, 81, 83-85) (highlighting added) | N/A | No |
| PREPA Demonstrative No. 5 | Section 701 Excerpted from Joint Conformed Trust Agreement (ECF No. 118-1 at 93) (highlighting added) | N/A | No |
| PREPA Demonstrative No. 6 | Portions of Sections 804-805 Excerpted from Joint Conformed Trust Agreement (ECF No. 118-1 at 107-108) (highlighting added) | N/A | No |
| PREPA Demonstrative No. 7 | Opinions of Counsel Excerpted from Official Statement filed by PREPA on August 16, 2013, in connection with PREPA's Issuance of Power Revenue Bonds, Series 2013A (ECF No. 66-22 at 226-229) (highlighting added) | N/A | No |
| PREPA Demonstrative No. 8 | Specimen Bond for the Power Revenue Bonds, Series 2013A (ECF No. 66-23) (highlighting added) | N/A | No |
| PREPA Ex. 1 | Joint Conformed Trust Agreement | 118-1 | No |
| PREPA Ex. 2 | Official Statement filed by PREPA on August 16, 2013, in connection with PREPA's Issuance of Power Revenue Bonds, Series 2013A | 66-22 | No |

---

[3] All docket references in this table refer to those in Adv. Proc. No. 19-00391-LTS.

2

| Oversight Board Ex. / Demonstrative | Description | ECF Location[3] | Pending Request to Seal? |
|---|---|---|---|
| PREPA Ex. 3 | Specimen Bond for the Power Revenue Bonds, Series 2013A | 66-23 | No |
| PREPA Ex. 4 | Financing Statements Naming PREPA as the Debtor (using both PREPA's English name and Spanish name) | 65-2 & 65-3 | No |
| PREPA Ex. 5 | Declaration of Nelson Morales in Respect of Motion of the Puerto Rico Electric Power Authority, by and Through the Financial Oversight and Management Board for Puerto Rico, for Summary Judgment Pursuant to Bankruptcy Rule 7056 | 66 | No |

2. The demonstratives and exhibits listed above are attached in the following volumes:

   **Volume I:** PREPA Demonstrative Nos. 1-8

   **Volume II:** PREPA Exhibits Nos. 1-3

   **Volume III.A:** PREPA Exhibit No. 4A

   **Volume III.B:** PREPA Exhibit No. 4B

   **Volume IV:** PREPA Exhibit No. 5

[*Remainder of Page Intentionally Left Blank*]

3

Dated: January 30, 2023
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Jeff W. Levitan
Michael T. Mervis
Daniel S. Desatnik
Elliot R. Stevens
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Steven O. Weise
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193

Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551

William D. Dalsen
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899

Mee Rina Kim
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue N.W.
Suite 600 South

4

Washington, DC 20004
Tel: (202) 416-6800
Fax: (202) 416-6899

Jared M. DuBosar
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145

*Attorneys for the Financial
Oversight and Management Board
as sole Title III representative for PREPA*


 */s/ Luis F. del Valle-Emmanuelli*

Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax. N/A
dvelawoffices@gmail.com

Of Counsel for A&S Legal Studio, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel (787) 751-6764/763-0565
Fax (787) 763-8260

*Co-Attorney for the Financial
Oversight and Management Board
as Representative for PREPA*

5