TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,**<br>como representante del<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO** y otros,<br><br>Deudores.[1] | **PROMEDA**<br>**Título III**<br><br>Núm. 17-BK-3283-LTS<br><br>(Administrado de manera conjunta) |
| En el asunto de:<br><br>**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,**<br>como representante del<br><br>**LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO**<br><br>Deudor. | **PROMEDA**<br>**Título III**<br><br>Núm. 17-BK-4780-LTS<br><br>(Administrado de manera conjunta) |

## MOCIÓN PARA INFORMAR
## MOTION TO REPORT

**AL HONORABLE TRIBUNAL:**
**TO THE HONORABLE COURT:**

    Comparece el Sr. Nelson Lasalle Arocho, quien muy respetuosamente Expone, Alega y Solicita:
    Mr. Nelson Lasalle Arocho appears, who very respectfully Exposes, Alleges and Requests:

1. Mi nombre es Nelson Lasalle y mi dirección postal es: HC 9 BOX 10715 Aguadilla, P. R. 00603.

*My name is Nelson Lasalle and my mailing address is: HC 9 BOX 10715 Aguadilla, P. R. 00603.*

2. Intereso tener conocimiento y ser considerado en todo lo relacionado al caso de epígrafe.
   *I am interested in having knowledge and being considered in everything related to the case in question.*

3. Intereso conocer si siendo acreedor se puede pagar por el deudor de mi reclamación.
   *I am interested in knowing if, being a creditor, the debtor of my claim can be paid.*

4. Como ex – empleado intereso que se me dé prioridad al momento de pagarme lo adeudado.
   *As a former employee, I want to be given priority when paying what is owed.*

5. No puedo objetar por desconocer la Declaración de divulgación.
   *I Cannot Object Due to Ignorance of the Disclosure Statement.*

6. No obstante, intereso mantener mi reclamación en el caso.
   *However, I want to keep my claim in the case.*

**POR TODO LO CUAL,** respetuosamente solicito de este Honorable Tribunal tome conocimiento de lo aquí expresado, con cualquier otro pronunciamiento que en derecho proceda.
**FOR ALL WHICH**, I respectfully request that this Honorable Tribunal take cognizance of what is expressed here, with any other pronouncement that may be legally applicable.

En Aguadilla, Puerto Rico, hoy día 25 de enero de 2023.
In Aguadilla, Puerto Rico, today January 25, 2023

**NELSON LASALLE AROCHO**
HC 9 BOX 10715
AGUADILLA, P. R. 00603
CEL (787) 221-3750
atleta1166@yahoo.es