U.S. POSTAGE PAID
FCM LETTER
MOCA, PR
00676
JAN 26, 23
AMOUNT
$8.37
R2305P151631-02

00918

RDC 99

NELSON LASALLE AROCHO
HC 9 BOX 10715
AGUADILLA PR 00603-9311

TRIBUNAL DISTRITO ESTADOS UNIDOS
SECRETARIA
150 AVENIDA CARLOS CHARDON SUITE
150
SAN JUAN PR 00918-1767

RETURN RECEIPT
REQUESTED

7202 0410 0000 1474 2787