# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>(Jointly Administered) |

### NOTICE OF DISTRIBUTION OF
### SETTLEMENT OFFER NOTICE TO UNINSURED BONDHOLDERS

**PLEASE TAKE NOTICE** that, on December 16, 2022, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA") in this Title III case pursuant to section 315(b) of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), filed the *Title III Plan of Adjustment for the Puerto Rico Electric Power Authority* [Case No. 17-bk-1480, ECF No. 3110] (as it may be further amended, modified, or supplemented from time to time, the "Plan")[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meaning given to them in the Plan.

1

and a corresponding *Disclosure Statement for Title III Plan of Adjustment for the Puerto Rico Electric Power Authority* (as it may be further amended, modified, or supplemented from time to time, the "Disclosure Statement") [Case No. 17-bk-1480, ECF No. 3111].

**PLEASE TAKE FURTHER NOTICE** that the Plan sets forth, in Article IV, the provisions for the treatment of Settling Bondholders.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Plan, a Settling Bondholder is defined as a Holder of Uninsured PREPA Revenue Bond Claims that is not a Monoline Insurer that submits to the Solicitation Agent by the Settlement Offer Deadline an Election of Settlement Class Signature Page, thereby becoming party to a settlement agreement with respect to, among other things, the terms of the Plan's treatment of such signatory's PREPA Revenue Bond Claims and the signatory's covenants and agreements with respect to the Oversight Board's efforts to confirm the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on January 27, 2023, the Oversight Board distributed, through The Depository Trust Company ("DTC"), to each holder of Uninsured PREPA Revenue Bonds, that certain *Notice to Holders of Uninsured Bonds of PREPA Regarding Opportunity for Uninsured Bondholders to Become Party to Settlement Agreement*, attached hereto as **Schedule 1** (the "Settlement Offer Notice"), pursuant to which each such holder may become a Settling Bondholder as described in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Settlement Offer Notice, the deadline by which a holder of Uninsured PREPA Revenue Bonds must return their Election of Settlement Class Signature Page via DTC to the Solicitation Agent to bind the signatory and the Oversight Board to the terms of the Settlement Agreement attached as **Exhibit B** to the Settlement

Offer Notice is February 24, 2023 at 5:00 p.m. (Eastern Standard Time) (the "Offer Deadline").[3]

**PLEASE TAKE FURTHER NOTICE** that the Settlement Offer Notice can be accessed on the Solicitation Agent's website for the PREPA Title III case at https://cases.ra.kroll.com/puertorico/Home-DocketInfo.

DATED: January 30, 2023

/s/ Paul V. Possinger
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Daniel S. Desatnik
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
　　　　ppossinger@proskauer.com
　　　　ebarak@proskauer.com
　　　　ddesatnik@proskauer.com

*Attorneys for the Financial
Oversight and Management Board
as representative for PREPA*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

*Co-Attorney for the Financial Oversight
and Management Board as representative
for PREPA*

---

[3] The Offer Deadline is also the Settlement Offer Deadline as defined in the Plan; any future Plans and Disclosure Statements filed by the Oversight Board shall reflect that the Settlement Offer Deadline is February 24, 2023 at 5:00 p.m (Eastern Standard Time).

3

**Schedule 1**

**Settlement Offer Notice**