# EXHIBIT A

## 90-Day Transfers to Defendants

| Date | Payment Amount |
|---|---|
| 2/8/2017 | $441,124 |
| 2/8/2017 | $400 |
| 2/14/2017 | $442,726 |
| 2/14/2017 | $449,143 |
| 2/21/2017 | $443,567 |
| 2/21/2017 | $448,332 |
| 2/28/2017 | $442,663 |
| 2/28/2017 | $29,490 |
| 3/7/2017 | $441,325 |
| 3/7/2017 | $29,480 |
| 3/7/2017 | $3,332 |
| 3/7/2017 | $6,618 |
| 3/14/2017 | $441,146 |
| 3/14/2017 | $10,782 |
| 3/28/2017 | $8,616 |
| 3/28/2017 | $440,388 |
| 3/28/2017 | $20,863 |
| 3/28/2017 | $11,047 |
| 4/5/2017 | $435,530 |
| 4/5/2017 | $5,944 |
| 4/12/2017 | $443,324 |
| 4/19/2017 | $6,250 |
| 4/19/2017 | $9,858 |
| 4/26/2017 | $441,281 |