# EXHIBIT B

## Transfers to Defendants

| Date | Payment Amount |
|---|---|
| 1/16/2014 | $491,088 |
| 1/16/2014 | $29,480 |
| 1/16/2014 | $29,480 |
| 1/16/2014 | $29,480 |
| 1/27/2014 | $488,213 |
| 1/27/2014 | $128,432 |
| 2/14/2014 | $433,087 |
| 2/25/2014 | $488,477 |
| 2/25/2014 | $487,859 |
| 3/11/2014 | $484,637 |
| 3/11/2014 | $29,480 |
| 3/17/2014 | $488,162 |
| 3/19/2014 | $488,898 |
| 3/19/2014 | $29,480 |
| 3/21/2014 | $549,948 |
| 3/31/2014 | $29,480 |
| 4/4/2014 | $484,420 |
| 4/11/2014 | $484,523 |
| 4/23/2014 | $485,633 |
| 4/30/2014 | $485,603 |
| 5/9/2014 | $488,374 |
| 5/9/2014 | $10,882 |
| 5/15/2014 | $490,456 |
| 5/22/2014 | $53,294 |
| 5/22/2014 | $29,480 |
| 5/22/2014 | $17,295 |
| 5/22/2014 | $12,185 |
| 6/3/2014 | $29,480 |
| 6/10/2014 | $492,071 |
| 6/10/2014 | $491,415 |
| 6/10/2014 | $491,193 |
| 6/10/2014 | $490,499 |
| 6/12/2014 | $491,562 |
| 6/17/2014 | $492,008 |
| 6/19/2014 | $494,640 |
| 6/25/2014 | $493,200 |
| 7/3/2014 | $488,991 |
| 7/3/2014 | $4,553 |
| 7/15/2014 | $7,356 |
| 7/18/2014 | $491,730 |

| Date | Amount |
|---|---:|
| 7/18/2014 | $489,442 |
| 7/23/2014 | $487,103 |
| 7/31/2014 | $490,205 |
| 8/6/2014 | $488,477 |
| 8/14/2014 | $487,043 |
| 8/21/2014 | $486,416 |
| 8/29/2014 | $486,653 |
| 9/5/2014 | $493,637 |
| 9/22/2014 | $492,447 |
| 9/22/2014 | $489,300 |
| 9/29/2014 | $1,894 |
| 9/29/2014 | $1,384 |
| 9/29/2014 | $488,912 |
| 9/29/2014 | $487,816 |
| 9/29/2014 | $326,404 |
| 9/29/2014 | $280,720 |
| 9/29/2014 | $211,655 |
| 9/29/2014 | $164,162 |
| 9/29/2014 | $29,480 |
| 9/29/2014 | $29,480 |
| 9/29/2014 | $29,480 |
| 9/29/2014 | $24,927 |
| 9/29/2014 | $6,397 |
| 9/29/2014 | $368 |
| 9/29/2014 | $3,089 |
| 10/9/2014 | $486,696 |
| 10/14/2014 | $10,986 |
| 10/21/2014 | $489,285 |
| 10/21/2014 | $488,834 |
| 10/28/2014 | $488,455 |
| 11/6/2014 | $490,500 |
| 11/6/2014 | $489,022 |
| 11/6/2014 | $29,480 |
| 12/9/2014 | $493,516 |
| 12/22/2014 | $3,875 |
| 12/26/2014 | $491,969 |
| 12/26/2014 | $490,864 |
| 1/13/2015 | $493,370 |
| 1/13/2015 | $491,893 |
| 1/13/2015 | $29,480 |
| 1/13/2015 | $4,656 |
| 2/11/2015 | $10,043 |
| 2/11/2015 | $3,148 |
| 2/17/2015 | $318,190 |
| 2/17/2015 | $29,480 |

| Date | Amount |
|---|---|
| 2/23/2015 | $491,943 |
| 3/2/2015 | $490,555 |
| 3/10/2015 | $448,934 |
| 3/10/2015 | $317,879 |
| 3/16/2015 | $214,124 |
| 3/20/2015 | $384,039 |
| 3/24/2015 | $385,121 |
| 3/25/2015 | $371,022 |
| 3/30/2015 | $431,639 |
| 4/1/2015 | $275,316 |
| 4/1/2015 | $172,429 |
| 4/1/2015 | $117,075 |
| 4/1/2015 | $60,864 |
| 4/1/2015 | $56,940 |
| 4/1/2015 | $45,214 |
| 4/1/2015 | $31,795 |
| 4/1/2015 | $29,480 |
| 4/1/2015 | $29,480 |
| 4/1/2015 | $29,480 |
| 4/1/2015 | $6,570 |
| 4/1/2015 | $6,475 |
| 4/1/2015 | $6,265 |
| 4/1/2015 | $5,490 |
| 4/1/2015 | $4,553 |
| 4/1/2015 | $4,514 |
| 4/13/2015 | $492,600 |
| 4/13/2015 | $490,968 |
| 4/20/2015 | $489,501 |
| 4/23/2015 | $489,741 |
| 4/29/2015 | $488,646 |
| 5/6/2015 | $3,819 |
| 5/8/2015 | $488,159 |
| 5/11/2015 | $4,413 |
| 5/18/2015 | $487,608 |
| 5/18/2015 | $104,546 |
| 5/22/2015 | $107,282 |
| 5/22/2015 | $120,095 |
| 5/28/2015 | $176 |
| 5/28/2015 | $3,500 |
| 5/28/2015 | $7,831 |
| 6/10/2015 | $1,017 |
| 6/17/2015 | $29,480 |
| 6/22/2015 | $492,260 |
| 6/29/2015 | $491,739 |
| 6/30/2015 | $490,382 |

| Date | Amount |
|---:|---:|
| 7/8/2015 | $491,772 |
| 7/8/2015 | $29,480 |
| 7/14/2015 | $492,714 |
| 7/14/2015 | $492,468 |
| 7/20/2015 | $491,990 |
| 7/27/2015 | $491,522 |
| 7/27/2015 | $491,553 |
| 8/3/2015 | $491,464 |
| 8/3/2015 | $491,517 |
| 8/19/2015 | $491,310 |
| 8/19/2015 | $1,483 |
| 8/19/2015 | $1,484 |
| 8/25/2015 | $491,335 |
| 8/25/2015 | $306 |
| 8/25/2015 | $5,708 |
| 9/8/2015 | $489,585 |
| 9/14/2015 | $492,090 |
| 9/18/2015 | $491,712 |
| 9/18/2015 | $492,758 |
| 9/23/2015 | $491,088 |
| 9/25/2015 | $492,092 |
| 9/25/2015 | $8,642 |
| 10/21/2015 | $29,480 |
| 10/21/2015 | $29,480 |
| 10/21/2015 | $29,480 |
| 11/17/2015 | $487,596 |
| 11/19/2015 | $490,153 |
| 11/30/2015 | $490,990 |
| 12/4/2015 | $29,480 |
| 12/4/2015 | $351,178 |
| 12/7/2015 | $487,227 |
| 12/29/2015 | $140,796 |
| 1/5/2016 | $12,905 |
| 1/11/2016 | $486,904 |
| 1/11/2016 | $487,180 |
| 1/22/2016 | $486,935 |
| 1/22/2016 | $486,484 |
| 1/22/2016 | $484,406 |
| 1/22/2016 | $1,781 |
| 1/22/2016 | $488,288 |
| 1/26/2016 | $485,294 |
| 1/26/2016 | $485,657 |
| 1/26/2016 | $483,848 |
| 2/1/2016 | $483,238 |
| 2/3/2016 | $481,242 |

| Date | Amount |
|---|---|
| 2/3/2016 | $1,944 |
| 2/5/2016 | $481,960 |
| 2/8/2016 | $480,445 |
| 2/16/2016 | $5,018 |
| 2/16/2016 | $472,574 |
| 2/19/2016 | $29,480 |
| 2/19/2016 | $29,480 |
| 2/19/2016 | $29,480 |
| 2/19/2016 | $476,364 |
| 2/29/2016 | $479,452 |
| 2/29/2016 | $9,412 |
| 2/29/2016 | $8,895 |
| 3/8/2016 | $480,865 |
| 3/14/2016 | $481,623 |
| 3/18/2016 | $480,256 |
| 4/5/2016 | $210,192 |
| 4/7/2016 | $465,971 |
| 4/7/2016 | $469,088 |
| 4/28/2016 | $466,708 |
| 4/28/2016 | $254,496 |
| 4/28/2016 | $467,544 |
| 4/28/2016 | $469,481 |
| 5/4/2016 | $2,701 |
| 5/4/2016 | $466,085 |
| 5/4/2016 | $466,271 |
| 5/4/2016 | $8,442 |
| 5/4/2016 | $1,566 |
| 5/4/2016 | $414 |
| 5/4/2016 | $764 |
| 5/4/2016 | $4,473 |
| 5/4/2016 | $600 |
| 5/4/2016 | $25 |
| 5/11/2016 | $3,167 |
| 5/11/2016 | $475 |
| 5/11/2016 | $465,026 |
| 5/11/2016 | $29,480 |
| 5/11/2016 | $29,480 |
| 5/11/2016 | $29,480 |
| 5/11/2016 | $27,421 |
| 5/11/2016 | $27,421 |
| 5/11/2016 | $27,421 |
| 5/11/2016 | $24,762 |
| 5/11/2016 | $7,108 |
| 5/11/2016 | $27,421 |
| 5/18/2016 | $27,271 |

| Date | Amount |
|---|---|
| 5/18/2016 | $23,434 |
| 6/8/2016 | $25,324 |
| 6/8/2016 | $53,089 |
| 6/8/2016 | $34,011 |
| 6/8/2016 | $42,635 |
| 6/8/2016 | $325,056 |
| 6/8/2016 | $46,842 |
| 6/8/2016 | $432 |
| 6/15/2016 | $464,259 |
| 6/15/2016 | $463,152 |
| 6/15/2016 | $467,143 |
| 6/15/2016 | $464,744 |
| 6/15/2016 | $462,009 |
| 6/15/2016 | $463,005 |
| 6/15/2016 | $801 |
| 6/22/2016 | $464,183 |
| 6/22/2016 | $29,480 |
| 6/22/2016 | $29,480 |
| 7/6/2016 | $466,583 |
| 7/15/2016 | $469,426 |
| 7/22/2016 | $463,470 |
| 7/26/2016 | $466,367 |
| 8/4/2016 | $29,480 |
| 8/4/2016 | $460,375 |
| 8/11/2016 | $29,480 |
| 8/11/2016 | $461,599 |
| 8/17/2016 | $461,053 |
| 8/24/2016 | $457,280 |
| 8/31/2016 | $457,044 |
| 9/6/2016 | $29,480 |
| 9/7/2016 | $457,693 |
| 9/16/2016 | $455,494 |
| 9/16/2016 | $6,624 |
| 9/22/2016 | $459,446 |
| 9/22/2016 | $6,578 |
| 9/22/2016 | $7,506 |
| 9/22/2016 | $4,233 |
| 9/22/2016 | $5,402 |
| 9/22/2016 | $5,326 |
| 9/28/2016 | $458,537 |
| 10/7/2016 | $10,434 |
| 10/7/2016 | $15,563 |
| 10/7/2016 | $15,159 |
| 10/7/2016 | $455,906 |
| 10/18/2016 | $453,711 |

| Date | Amount |
|---|---|
| 10/18/2016 | $4,044 |
| 10/18/2016 | $3,932 |
| 10/26/2016 | $453,271 |
| 10/28/2016 | $456,928 |
| 11/1/2016 | $7,095 |
| 11/1/2016 | $7,428 |
| 11/1/2016 | $5,942 |
| 11/1/2016 | $3,563 |
| 11/23/2016 | $29,480 |
| 11/23/2016 | $29,480 |
| 11/23/2016 | $5,932 |
| 11/23/2016 | $29,480 |
| 11/23/2016 | $457,019 |
| 11/30/2016 | $452,834 |
| 11/30/2016 | $451,689 |
| 11/30/2016 | $453,470 |
| 12/2/2016 | $457,192 |
| 12/2/2016 | $457,722 |
| 12/15/2016 | $457,542 |
| 12/15/2016 | $454,803 |
| 12/21/2016 | $457,741 |
| 12/28/2016 | $455,531 |
| 12/28/2016 | $5,697 |
| 12/28/2016 | $13,929 |
| 1/4/2017 | $455,063 |
| 1/19/2017 | $453,346 |
| 1/19/2017 | $453,623 |
| 1/19/2017 | $453,050 |
| 1/25/2017 | $453,251 |
| 2/1/2017 | $450,365 |
| 2/8/2017 | $441,124 |
| 2/8/2017 | $400 |
| 2/14/2017 | $442,726 |
| 2/14/2017 | $449,143 |
| 2/21/2017 | $443,567 |
| 2/21/2017 | $448,332 |
| 2/28/2017 | $442,663 |
| 2/28/2017 | $29,490 |
| 3/7/2017 | $441,325 |
| 3/7/2017 | $29,480 |
| 3/7/2017 | $3,332 |
| 3/7/2017 | $6,618 |
| 3/14/2017 | $441,146 |
| 3/14/2017 | $10,782 |
| 3/28/2017 | $8,616 |

| Date | Amount |
|---|---|
| 3/28/2017 | $440,388 |
| 3/28/2017 | $20,863 |
| 3/28/2017 | $11,047 |
| 4/5/2017 | $435,530 |
| 4/5/2017 | $5,944 |
| 4/12/2017 | $443,324 |
| 4/19/2017 | $6,250 |
| 4/19/2017 | $9,858 |
| 4/26/2017 | $441,281 |