DPR MODIFIED PROMESA B2500A (Form 2500A) (12/22)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

In re  Commonwealth or Puerto Rico, et al.  )  Case No. 3:17-BK-3283 (LTS)
            Debtor                          )
                                            )  Chapter PROMESA Title III
DRIVETRAIN LLC                              )
                                            )  Re: 3:17-BK-3283 (LTS)
            Plaintiff(s)                    )
                                            )
            v.                              )  Adv. Proc. No. _____
TRINITY SERVICES I, LLC;                    )
TRINITY SERVICES GROUP, INC.                )
            Defendant(s)                    )

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** TRINITY SERVICES I, LLC: Agustin Stahl, Carr. 174 A-10, Bayamon, Puerto Rico, 00956

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Arrastia, Esq. and Jesus M. Suarez, Esq.: Continental PLLC, 255 Alhambra Cir., Ste. 640, Coral Gables, FL 33134; jarrastia@continentalpllc.com, jsuarez@continentalpllc.com

Juan J. Casillas, Esq. and Luis F. Llach, Esq.: Casillas, Santiago & Torres LLC, El Caribe Office Bldg., 53 Palmeras St., Ste. 1601, San Juan, PR 00901; jcasillas@cstlawpr.com, lllach@cstlawpr.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

AGNES L. FERRER AUFFANT, ESQ.
ACTING CLERK OF COURT

Date: 01/30/2023                        _____
                                        Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (12/22)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name:     _____

Business Address:     _____

_____