**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON FEBRUARY 1-2, 2023, AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, February 1, 2023**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., and continue, if necessary, **Thursday, February 2, 2023**, beginning at 9:30 a.m. **(Atlantic Standard Time)** |
| | Honorable Laura Taylor Swain, United States District Judge |
| | Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **Courtroom 3**[2] United States District Court for the District of Puerto Rico **Federal Building 150 Carlos Chardón Street, San Juan, PR 00918-1767** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should check the notice board in the lobby of the **San Juan** courthouse on the morning of the hearing to confirm the courtroom location.

**Video Teleconference**:   The hearing will be conducted simultaneously by **video teleconference in Courtroom 17C[3]** of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.**

Attorney Participation:   Pursuant to the *Order Regarding Procedures for Hearing on February 1-2, 2023, Omnibus Hearing* [Case No. 17-3283, ECF No. 23253] attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III proceedings and **intend to participate as speakers** in the proceedings or **observe the Hearing in person** (in the San Juan Courthouse or the New York Courthouse) or **through the CourtSolutions platform** must file an Informative Motion in accordance with paragraph 6 of the Procedures Order. Persons present in the well of either courtroom will be required to wear KN-95 or KF-94 masks except when speaking. Observers in the San Juan Courthouse and New York Courthouse are encouraged to wear masks. The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press:   Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted.

Members of the public and press who wish **to view (but not participate in)** the proceedings through a live video feed may do so by appearing in person at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, or the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

---

[3] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

## I.  STATUS REPORTS

1.  **Report from the Oversight Board.**

    Description:  Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims, and (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters.

    Speakers:  Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2.  **Report from AAFAF.**

    Description:  Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written Status Report prior to the hearing.  AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic and of infrastructure restoration activity.

    Speakers:  Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II.  CONTESTED MATTERS

1.  **Debtors' Motion for Claim Objection Deadline Extension.** Debtors' Motion for an Order Further Extending the Deadline to File Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 23234]**

    Description:  Commonwealth, ERS and PBA's motion for an order extending the deadline to file objections to proofs of claim filed against the Debtors.

    Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
        A.  Response of Official Committee of Unsecured Creditors to Debtors' Motion for Order Further Extending Deadline to File Objection to Proofs of Claim **[Case No. 17-3283, ECF No. 23263]**

Reply, Joinder & Statement Deadlines:  January 24, 2023 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 25, 2023 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  Debtors' Reply to Response of Official Committee of Unsecured Creditors to Debtors' Motion for Order Further Extending Deadline to File Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 23346]**

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  14 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
    A.  Movants:
        1.  **FOMB**: Brian S. Rosen, 5 minutes
    B.  Responding Parties:
        1.  **UCC**: Luc A. Despins, 7 minutes
    C.  Movants:
        1.  **FOMB**: Brian S. Rosen, 2 minutes

2.  **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  November 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Opposition to Debtor's Omnibus Objection "Five Hundred Fourteenth" (Substantive), filed by ICPR Junior College **[Case No. 17-3283, ECF No. 22770]**

    B.  Motion Submitting Creditor's Opposition to Debtor's Objection "Five Hundred Fourteenth" (Substantive) **[Case No. 17-3283, ECF No. 23429]**

Reply, Joinder & Statement Deadlines Deadline:  November 21, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response Filed by the ICPR Junior

College [ECF No. 22770] to the Five Hundred Fourteenth Omnibus Objection (Substantive) to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 22897]**

Related Documents:
   A. Order Regarding Defective Pleading **[Case No. 17-3283, ECF No. 22648]**

   B. Order Adjourning the Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for Which the Debtors Are Not Liable as to Proof Of Claim No. 5130 **[Case No. 17-3283, ECF No. 23071]**

   C. Informative Motion, filed by ICPR Junior College **[Case No. 17-3283, ECF No. 23313]**

Status:  This matter is going forward.

Estimated Time Required:  16 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
   A. Movants:
      1. **FOMB**: Javier F. Sosa, 5 minutes
   B. Objecting Parties:
      1. **ICPR Junior College**: Jaime Brugueras, 8 minutes
   C. Movants:
      1. **FOMB**: Javier F. Sosa, 3 minutes

## III.   **ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT [Adv. Case No. 19-391]**

**Oral Argument on Motions for Summary Judgment.**  Pursuant to the Court's Order **[Adv. Case No. 19-391, ECF No. 119]**, the matters detailed below in sections III.1 and III.2 of this Agenda shall be heard together at the omnibus hearing.

Estimated Time Required:  180 minutes.

Order and Number of Speakers  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument (including time that may be reserved for rebuttal):
   A. Movants: (61 minutes)
      1. **FOMB**: Martin J. Bienenstock, 30 minutes
      2. **UCC**: Pedro Jimenez, 20 minutes
      3. **AAFAF**: Peter Friedman, 7 minutes
      4. **Fuel Line Lenders**: Emil A. Kleinhaus, 4 minutes

B. <u>Defendants</u>: (60 minutes)
  1. **Ad Hoc Group of PREPA Bondholders**: Thomas Moers Mayer or Matthew Madden, 25 minutes
  2. **Syncora**: Susheel Kirpalani, 15 minutes
  3. **Assured**: Mark Ellenberg, 15 minutes
  4. **U.S. Bank**: Clark Whitmore, 5 minutes
C. <u>Movants</u>: (29 minutes)
  1. **FOMB**: Martin J. Bienenstock, 15 minutes
  2. **UCC**: Pedro Jimenez, 10 minutes
  3. **AAFAF**: Peter Friedman, 3 minutes
  4. **Fuel Line Lenders**: Emil A. Kleinhaus, 1 minute
D. <u>Defendants</u>: (30 minutes)[4]
  1. **Ad Hoc Group of PREPA Bondholders**: Thomas Moers Mayer or Matthew Madden, 15 minutes
  2. **Syncora**: Susheel Kirpalani, 7.5 minutes
  3. **Assured**: Mark Ellenberg, 7.5 minutes

**<u>Documents Related to All Motions for Summary Judgment:</u>**

A. Order (A) Granting in Part and Denying in Part Urgent Motion of Financial Oversight and Management Board for Order (i) Establishing Schedule to Continue Negotiations During Litigation of Gating Issues Pursuant to Litigation Schedule and (ii) Granting Related Relief and (B) Staying Certain Motions Filed by PREPA Bondholders **[Adv. Case No. 19-391, ECF No. 22]**

B. Defendants/Counterclaim-Plaintiffs' Urgent Motion for Leave for the Parties to Move for Summary Judgment on Counts I and II of the Counterclaim Complaint **[Adv. Case No. 19-391, ECF No. 48]**

C. Order **[Adv. Case No. 19-391, ECF No. 59]**

D. Order Concerning PREPA Trust Agreement **[Adv. Case No. 19-391, ECF No. 115]**

E. Joint Informative Motion Submitting Conformed Trust Agreement in Response to January 5, 2023 Order Concerning PREPA Trust Agreement [ECF No. 115] **[Adv. Case No. 19-391, ECF No. 118]**

F. Order Regarding Oral Argument on Motions for Summary Judgment **[Adv. Case No. 19-391, ECF No. 119]**

1. **<u>FOMB Motion for Summary Judgment.</u>** Notice of Motion and Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, for Summary Judgment Pursuant to Bankruptcy Rule 7056 **[Adv. Case No. 19-391, ECF No. 62]**

<u>Objection Deadline</u>: November 18, 2022.

---

[4] Defendants may seek to reallocate their total allotted rebuttal time based on the preceding arguments and the Court's questions.

<u>Responses</u>:
A.  Memorandum in Response to the Financial Oversight and Management Board of Puerto Rico's Motion for Summary Judgment and Intervenor-Plaintiffs' Supplemental Briefs **[Adv. Case No. 19-391, ECF No. 91]**

B.  Response and Opposition of Fuel Line Lenders to Defendants/Counterclaim-Plaintiffs' Motion for Summary Judgment, filed by Cortland Capital Market Services LLC **[Adv. Case No. 19-391, ECF No. 93]**

<u>Reply, Joinder & Statement Deadlines</u>: December 13, 2022.

<u>Replies, Joinders & Statements</u>:
A.  Reply of the Financial Oversight and Management Board of Puerto, as Title III Representative of the Puerto Rico Electric Power Authority, in Support of Summary Judgment Motion [ECF No. 63] **[Adv. Case No. 19-391, ECF No. 104]**

<u>Related Documents</u>:
A.  Memorandum of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, in Support of Motion Pursuant to Bankruptcy Rule 7056 for Summary Judgment **[Adv. Case No. 19-391, ECF No. 63]**

B.  The Financial Oversight and Management Board for Puerto Rico's, as Title III Representative of the Puerto Rico Electric Power Authority, Statement of Undisputed Material Facts in Support of Motion Pursuant to Bankruptcy Rule 7056 for Summary Judgment **[Adv. Case No. 19-391, ECF No. 64]**

C.  Declaration of Margaret A. Dale in Respect of the Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 of the Financial Oversight and Management Board of Puerto Rico as Title III Representative of the Puerto Rico Electric Power Authority **[Adv. Case No. 19-391, ECF No. 65]**

D.  Declaration of Nelson Morales in Respect of the Motion for Summary Judgment Pursuant to Bankruptcy Rule 7056 of the Financial Oversight and Management Board of Puerto Rico as Title III Representative of the Puerto Rico Electric Power Authority **[Adv. Case No. 19-391, ECF No. 66]**

E.  SREAEE's Memorandum in Support of the Notice of Motion and Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, for Motion Pursuant to Bankruptcy Rule 7056 for Summary Judgment **[Adv. Case No. 19-391, ECF No. 74]**

F.  UTIER's Joinder to SREAEE'S Memorandum in Support of the Notice of Motion and Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, for Motion

Pursuant to Bankruptcy Rule 7056 for Summary Judgment **[Adv. Case No. 19-391, ECF No. 75]**

G.  Supplemental Brief and Joinder of Intervenor-Plaintiff Official Committee of Unsecured Creditors in Support of Oversight Board's Motion for Summary Judgment **[Adv. Case No. 19-391, ECF No. 76]**

H.  Joinder of the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Motion for Summary Judgment of the Financial Oversight and Management Board for Puerto Rico **[Adv. Case No. 19-391, ECF No. 77]**

I.  Joinder of the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Reply of the Financial Oversight and Management Board for Puerto in Support of Summary Judgment Motion [ECF No. 63] **[Adv. Case No. 19-391, ECF No. 110]**

J.  Supplemental Brief and Joinder of Intervenor-Plaintiff Official Committee of Unsecured Creditors' in Support of Reply of Financial Oversight and Management Board of Puerto Rico, as Title III Representative of Puerto Rico Electric Power Authority, in Support of Summary Judgment Motion [ECF No. 63] **[Adv. Case No. 19-391, ECF No. 111]**

K.  Informative Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority Regarding Exhibits and Demonstratives in Connection with the Hearing on the Motions for Summary Judgment **[Adv. Case No. 19-391, ECF No. 131]**

Status:  This matter is going forward.

2.  **Defendants/Counterclaim-Plaintiffs' Motion for Summary Judgment.**[5] Memorandum in Support of Defendant/Counterclaim-Plaintiff's and Intervenor-Defendants/ Counterclaim-Plaintiffs' Motion for Summary Judgment Against Plaintiffs/Counterclaim-Defendants **[Adv. Case No. 19-391, ECF No. 67]**

Objection Deadline: November 18, 2022.

Responses:
A.  Response of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Summary Judgment Motion of Defendant-Counterclaim Plaintiff [ECF No. 67] **[Adv. Case No. 19-391, ECF No. 89]**

B.  Response of the Financial Oversight and Management Board for Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Defendant/Counterclaim-Plaintiff's and Intervenor-Defendants/Counterclaim-

---

[5]  Filed by Defendant/Counterclaim-Plaintiff U.S. Bank National Association, as Trustee, and Intervenor-Defendants/Counterclaim-Plaintiffs the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee, Inc..

Plaintiffs' Statement of Undisputed Material Facts in Support if Their Motion for Summary Judgment **[Adv. Case No. 19-391, ECF No. 90]**

C. Objection of the Financial Oversight and Management Board for Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Defendants' Fed. R. Civ. P. 56(d) Application **[Adv. Case No. 19-391, ECF No. 97]**

Reply, Joinder & Statement Deadlines: December 13, 2022.

Replies, Joinders & Statements:
A. Defendants' Response to Objection of the Financial Oversight and Management Board for Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Defendants' Fed. R. Civ. P. 56(d) Application **[Adv. Case No. 19-391, ECF No. 101]**

B. Reply in Support of Defendant/Counterclaim-Plaintiff's and Intervenor-Defendants/Counterclaim-Plaintiffs' Motion for Summary Judgment Against Plaintiffs/Counterclaim-Defendants **[Adv. Case No. 19-391, ECF No. 105]**

Related Documents:
A. Defendant/Counterclaim-Plaintiff's and Intervenor-Defendants/Counterclaim-Plaintiffs' Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment **[Adv. Case No. 19-391, ECF No. 67-1]**

B. Declaration of Matthew M. Madden **[Adv. Case No. 19-391, ECF No. 67-2–17]**

C. Joinder of the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Financial Oversight and Management Board for Puerto Rico's Responses to (i) Summary Judgment Motion of Defendant-Counterclaim Plaintiff, and to (ii) Defendant/Counterclaim-Plaintiffs' and Intervenor-Defendants/Counterclaim-Plaintiffs' Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment **[Adv. Case No. 19-391, ECF No. 92]**

D. Supplemental Brief and Joinder of Intervenor-Plaintiff Official Committee of Unsecured Creditors' in Support of Response of Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Summary Judgment Motion of Defendant-Counterclaim Plaintiff [Adv. Proc. Docket No. 67] **[Adv. Case No. 19-391, ECF No. 94]**

E. Notice of Motion and Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Exclude Expert Declaration of Robert A. Lamb **[Adv. Case No. 19-391, ECF No. 106]**

F. Memorandum of Law in Support of the Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico

Electric Power Authority, to Exclude Expert Declaration of Robert A. Lamb **[Adv. Case No. 19-391, ECF No. 107]**

G.   Objection by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association, as Trustee to the Motion of the Financial Oversight and Management Board of Puerto Rico to Exclude the Expert Declaration of Robert A. Lamb **[Adv. Case No. 19-391, ECF No. 114]**

H.   Reply of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, in Support of Motion to Exclude Expert Declaration of Robert A. Lamb **[Adv. Case No. 19-391, ECF No. 117]**

I.   Informative Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association, Regarding Exhibits and Demonstratives for February 1-2, 2023 Omnibus Hearing **[Adv. Case No. 19-391, ECF Nos. 128-129]**

Status:  This matter is going forward.

## IV.   **ADJOURNED MATTERS**

1.   **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service.**   Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.   United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines:  December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.   COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

<u>Related Documents</u>:

A.  Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

B.  Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

C.  Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

D.  Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

E.  Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

X. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21708; Case No. 17-3284, ECF No. 776]**

Y. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22088; Case No. 17-3284, ECF No. 778]**

Z. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22644; Case No. 17-3284, ECF No. 780]**

AA. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22923; Case No. 17-3284, ECF No. 784]**

BB. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 23286; Case No. 17-3284, ECF No. 789]**

Status:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

Estimated Time Required:  N/A.

2. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.**  Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description:  Hearing on the portion of PREPA's motion for an order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline:  February 27, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines:  March 7, 2023 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and March 8, 2023 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. None.

Related Documents:
  A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

  B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

  C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

  D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

  E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

  F. Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

  G. Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

  H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating

Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I.   Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J.   Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K.   Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L.   Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M.  Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

Estimated Time Required:  N/A.

3.   **Community Health Foundation's Administrative Claim Motion.**  Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

Objection Deadline:  May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

15

    A. Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

Reply, Joinder & Statement Deadlines:  September 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. Reply to Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22400]**

Related Documents:
    A. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

    B. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

    C. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

    D. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

    E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

    F. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

    G. Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

    H. Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

    I. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

    J. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

    K. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20556]**

    L. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20568]**

M. Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 21006]**

N. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21110]**

O. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21116]**

P. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21456]**

Q. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21461]**

R. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21750]**

S. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21782]**

T. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22084]**

U. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22093]**

V. Urgent Motion for Extension of Deadline **[Case No. 17-3283, ECF No. 22347]**

W. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 22357]**

X. Order Setting Deadline for a Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22682]**

Y. Joint Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22736]**

Z. Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22932]**

AA. Order Adjourning Hearing Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22952]**

BB. Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 23389]**

CC. Order Adjourning Hearing Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 23398]**

Status:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

Estimated Time Required:  N/A.

4. **Ramhil Developers Inc.'s Objection to Cure Amount.**  Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:  Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply, Joinder & Statement Deadlines:  March 8, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

    B.  Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

    C.  Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

    D.  Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

    E.  Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

    F.  Urgent Motion Submitting Eleven (11) Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure

Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

G. Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

H. Motion Submitting Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 20186]**

I. Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J. Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K. Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L. Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M. Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N. Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O. Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P. Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Q. Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22172]**

R. Order Granting the Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22179]**

S. Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22681]**

T. Order Granting the Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22688]**

U.  Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22958]**

V.  Order Granting the Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22962]**

W.  Eleventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 23344]**

X.  Order Granting the Eleventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 23360]**

Status:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

Estimated Time Required:  N/A.

5.  **Evertec's Administrative Expense Claim Motion.**  Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 21187]**

Description:  Evertec Group, LLC's motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  February 10, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  February 17, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

F. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

G. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

H. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

I. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

J. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

K. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

L. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

M. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

N. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23240]**

O. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23241]**

Status:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

Estimated Time Required:  N/A.

6. **Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion.**  Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 **[Case No. 17-3283, ECF No. 21191]**

Description:  Ricoh Puerto Rico, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  February 10, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. None.

Reply, Joinder & Statement Deadlines:  February 17, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A. None.

Related Documents:
 A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

 B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

 C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

 D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

 E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

 F. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

 G. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

 H. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

 I. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

 J. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

 K. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

 L. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

 M. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

 N. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23240]**

 O. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23241]**

Status:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

Estimated Time Required:  N/A.

7. **COSEY's Administrative Expense Claim Motion.**  Cosey's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21209]**

Description:  Corporacion de Servicios Eductativos de Yabucoa, Inc.'s ("COSEY") motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  February 10, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  February 17, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  COSEY's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21346]**

    D.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    E.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

    F.  COSEY's Motion for Extension of T[i]me to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21466]**

    G.  Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21467]**

    H.  COSEY's Motion Submitting Certified English Translation of Exhibits at Docket No. 21209 **[Case No. 17-3283, ECF No. 21480]**

I. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

J. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

K. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

L. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

M. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

N. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

O. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

P. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

Q. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

R. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

S. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23240]**

T. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23241]**

Status:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

Estimated Time Required:  N/A.

8. **Blanca Iris Marrero's Administrative Expense Claim Motion.**  Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21192]**

Description:  Blanca Iris Marrero's motion for an order allowing payment of her administrative expense claim.

Objection Deadline:  August 26, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. Debtors' Objection to Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21931]**

<u>Reply, Joinder & Statement Deadlines</u>: February 10, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. None.

<u>Related Documents</u>:
    A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F. Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22060]**

    G. Order Granting Plaintiff Blanca Iris Marrero's Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22064]**

    H. Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22289]**

    I. Order Granting Plaintiff Blanca Iris Marrero's Second Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22307]**

    J. Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22568]**

K.  Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22573]**

L.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22673]**

M.  Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22679]**

N.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22823]**

O.  Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22832]**

P.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22900]**

Q.  Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 22904]**

R.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 23114]**

S.  Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 23136]**

T.  Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 23280]**

U.  Order Granting Plaintiff Blanca Iris Marrero's Further Consented Motion for Extension of Time to File Reply or Otherwise Inform Agreement with Debtors **[Case No. 17-3283, ECF No. 23283]**

Status:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

Estimated Time Required:  N/A.

9. **Four Hundred Eighty-Eighth Omnibus Objection to Claims.** Four Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Deficient Claims **[Case No. 17-3283, ECF No. 21738]**

Objection Deadline:  February 10, 2023.

Responses:
    A.   None.

Reply, Joinder & Statement Deadlines:  February 24, 2023.

Replies, Joinders & Statements:
    A.   None.

Related Documents:
    A.   Urgent Consensual Motion for Extension of Deadline to Reply to Debtor's Objection to Claim and to Reschedule Hearing Date **[Case No. 17-3283, ECF No. 22055]**

    B.   Order Granting Urgent Consensual Motion for Extension of Deadline to Reply to Debtor's Objection to Claim and to Reschedule Hearing Date **[Case No. 17-3283, ECF No. 22072]**

    C.   Urgent Consensual Motion for a Second Extension to Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22411]**

    D.   Order Granting Urgent Consensual Motion for a Second Extension to Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22414]**

    E.   Urgent Consensual Motion for a Third Extension to Respond to Objection to Claim ECF No. 21738 **[Case No. 17-3283, ECF No. 22813]**

    F.   Order Granting Urgent Consensual Motion for Extension of Deadlines to Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22841]**

    G.   Urgent Consensual Motion for a Fourth Extension to Respond to Objection to Claim ECF No. 21738 **[Case No. 17-3283, ECF No. 22981]**

    H.   Order Granting Urgent Consensual Motion for Extension of Deadlines to Respond to Debtor's Objection to Claim **[Case No. 17-3283, ECF No. 22988]**

    I.   Urgent Consensual Motion for a Fifth Extension to Respond to Objection to Claim ECF No. 21738 **[Case No. 17-3283, ECF No. 23301]**

    J.   Order Granting Urgent Consensual Motion for a Fifth Extension to Respond to Claim Objection **[Case No. 17-3283, ECF No. 23349]**

27

<u>Status</u>:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

<u>Estimated Time Required</u>:  N/A.

10. **<u>Five Hundred Thirty-First Omnibus Objection to Claims.</u>** Five Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims **[Case No. 17-3283, ECF No. 22265]**

<u>Objection Deadline</u>:  October 31, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Response in Opposition to PREPA's "Five Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims," filed by O'Neill Security & Consultant Services, Inc. **[Case No. 17-3283, ECF No. 22758]**

<u>Reply, Joinder & Statement Deadlines</u>:  March 8, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  Urgent Consented Motion for Extension of Deadlines to File Response to Omnibus Objection **[Case No. 17-3283, ECF No. 22613]**

    B.  Order Granting Urgent Consented Motion for Extension of Deadlines to File Response to Omnibus Objection **[Case No. 17-3283, ECF No. 22625]**

    C.  Motion for Leave to Amend Proof of Claim Number 28744, filed by O'Neill Security & Consultant Services, Inc. **[Case No. 17-3283, ECF No. 22757]**

    D.  Order Scheduling Briefing of Motion for Leave to Amend Proof of Claim Number 28744 **[Case No. 17-3283, ECF No. 22761]**

    E.  Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the December 14, 2022 Omnibus Hearing to the February 1, 2023 Omnibus Hearing **[Case No. 17-3283, ECF No. 23038]**

<u>Status</u>:  This matter has been adjourned to the March 15, 2023 omnibus hearing.

<u>Estimated Time Required</u>:  N/A.

11. **<u>Debtors' Omnibus Objections to Claims.</u>**

<u>Related Documents</u>:

A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the February 1, 2023 Omnibus Hearing to the March 15, 2023 Omnibus Hearing **[Case No. 17-3283, ECF No. 23407]** (the "Notice of Adjournment")

The following omnibus objections to claims were scheduled for hearing at the February 1, 2023, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Five Hundred Fifty-Second [ECF No. 23095]; Five Hundred Fifty-Fourth [ECF No. 23096]; Five Hundred Fifty-Fifth [ECF No. 23090]; Five Hundred Fifty-Sixth [ECF No. 23092]; and Five Hundred Fifty-Eighth [ECF No. 23093];

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the February 1, 2023 omnibus hearing to the March 15, 2023, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three-Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 177404); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim Nos. 160874 and 6009); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; 175538; 173086; and 170231); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 177215; 176671; 178015; 179150; 177243; 177761; 177513; 177932; 177092; 177099; 178210; and 178025); Four Hundred Sixth [ECF No. 19555] (Claim No. 16103); Four Hundred Twelfth [ECF No. 19559] (Claim Nos. 176447; 176498; 177629; and 176450); Four Hundred Fourteenth [ECF No. 20040] (Claim Nos. 179649 and 179662); Four Hundred Twenty-Fifth [ECF No. 20051] (Claim No. 17048); Four Hundred Thirty-Second [ECF No. 20487] (Claim Nos. 15774; 128175; and 162758); Four Hundred Thirty-Seventh [ECF No. 20495] (Claim Nos. 140270; 135965; 136952; 140056; 140676; and 60624); Four Hundred Thirty-Ninth [ECF No. 20497] (Claim Nos. 179635 and 31525); Four Hundred Forty-First [ECF No. 20499] (Claim No. 134043); Four Hundred Forty-Third [ECF No. 20501] (Claim Nos. 151713; 9891; 125306; 104914; 90011; and 80168); Four Hundred Forty-Eighth [ECF No. 20504] (Claim No. 17433); Four Hundred Fifty-Third [ECF No. 20784] (Claim Nos. 31895 and 84345-1); Four Hundred Fifty-Fourth [ECF No. 20785] (Claim No. 44390); Four Hundred Sixtieth [ECF No. 20791] (Claim No. 147357); Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and 173831); Four Hundred Seventy-Fifth [ECF No. 21426] (Claim Nos. 122217-2 and 169996); Four Hundred Seventy-Sixth [ECF No. 21428] (Claim No. 67535); Four Hundred Seventy-Seventh [ECF No. 21424] (Claim Nos. 20921; 37185; 42321; 24859; 33847; 27117; 18206; 34951; 29971; 17669; 92700; 34658; 29349; 34686; 19418; 23291; 34655; 24827; 47736; 34640; 13766; 24635; 48297; 20243; 26894; 42779; 29170; 58891; 31782; 42816; 18995; 51644; 17690; 35688; 34664; 44113; 53674;

25680; 39857; 32560; 19652; 36234; 17017; 20427; 31773; 34728; 27275; 37181; 26851; 37182; 41040; 35134; 28301; 34926; 26137; 61196; 29412; 40197; 28855; 37184; 20309; 33583; 35209; 20925; 39221; 42317; 32420; 36839; 30920; 14050; 42492; 44060; 37249; 19897; 20970; 34602; 30819; 26127; and 25273); Four Hundred Eighty-Fourth [ECF No. 21733] (Claim Nos. 128497 and 104126); Four Hundred Eighty-Fifth [ECF No. 21734] (Claim Nos. 75326 and 84203); Four Hundred Eighty-Eighth [ECF No. 21738] (Claim Nos. 115471 and 17818); Five Hundred Fourteenth [ECF No. 22251] (Claim Nos. 18312; 18345; 24826; 26149; 26848; 28933; and 29276;); Five Hundred Eighteenth [ECF No. 22246] (Claim No. 12237); Five Hundred Nineteenth [ECF No. 22254] (Claim No. 70324); Five Hundred Twenty-Second [ECF No. 22257] (Claim No. 14673); Five Hundred Thirty-First [ECF No. 22265] (Claim No. 28744); Five Hundred Thirty-Seventh [ECF No. 22740] (Claim No. 7743); and Five Hundred Thirty-Eighth [ECF No. 22741] (Claim No. 16333); Five Hundred Fifty-Third [ECF No. 23089] (Claim. 263); and Five Hundred Fifty-Seventh [ECF No. 23092] (Claim Nos. 152871 and 111964).

Estimated Time Required:  N/A.


[*Remainder of Page Intentionally Left Blank*]

Dated: January 30, 2023
       San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit A**

**Order Regarding Procedures for
February 1-2, 2023, Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

<u>ORDER REGARDING PROCEDURES FOR HEARING ON FEBRUARY 1-2, 2023, OMNIBUS HEARING</u>

    The Court will conduct an omnibus hearing in San Juan, Puerto Rico, on certain

motions in the above-captioned cases and related adversary proceedings (the "Hearing")

beginning at **9:30 a.m. (Atlantic Standard Time) (8:30 a.m. Eastern Standard Time)** on

**February 1, 2023**.  The Hearing will be conducted on **February 1, 2023**, from **9:30 a.m.** to

**12:50 p.m. (Atlantic Standard Time)**, resume from **2:10 p.m.** to **5:00 p.m. (Atlantic Standard

Time)**, and continue, if necessary, on **February 2, 2023,** beginning at **9:30 a.m. (Atlantic**

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481);
(ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

**Standard Time)**.  The Court will conduct the Hearing in Courtroom 3 of the United States

District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San

Juan, Puerto Rico 00918-1767 (the "San Juan Courthouse").  The Hearing shall be governed by

the following procedures.

### Registration for In-Person Attendance; CourtSolutions Participation, and Listen-In Facilities for Attorneys, Members of the Public and Press

1.      **In-Person Participation**.  Judge Swain will be present in the San Juan

Courtroom.  **All attorneys who are scheduled to participate in a matter scheduled to be**

**heard at the Hearing are expected to appear in person (either in the San Juan Courthouse**

**or in Courtroom 17C of the United States District Court for the Southern District of New**

**York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007**

**(the "New York Courthouse"))**.  Counsel who are not scheduled to present argument or

examine witnesses have the following options to access the Hearing: (i) observe in person in the

San Juan Courthouse; (ii) observe a video feed of the Hearing in person in the New York

Courthouse; or (iii) register for a speaking line and/or listen-only CourtSolutions access line.

Persons present in the well of either courtroom will be required to wear KN-95 or KF-94 masks

except when speaking.  Observers in the San Juan Courthouse and New York Courthouse are

encouraged to wear masks.  **Counsel who have entered their appearance in the Title III**

**proceedings and intend to participate in or observe the Hearing in person (in the San Juan**

**Courthouse or the New York Courthouse) or through the CourtSolutions platform must**

**file an informative motion**, as set forth in paragraph 6 below.  Informative motions are due **no**

**later than January 25, 2023**, at **12:00 p.m. (Atlantic Standard Time)**.

2.      **CourtSolutions Registration**.  Counsel who have entered an appearance

in the Title III proceedings have the option to register for a live participation line or listen-only

line.  Such counsel must register individually with CourtSolutions at www.court-solutions.com

no later than **January 25, 2023**, at **12:00 p.m. (Atlantic Standard Time)** and pay the fee

established by CourtSolutions.[2]

3.     **Listen-Only Public Access to the Hearing**.  Members of the public,

press, and attorneys may **listen to but not participate in** the Hearing by dialing (888) 363-4749,

and, when prompted, entering the access code (7214978) and security code (7533) for listen-only

access.  This telephonic access line for the press and the general public will be in listen-only

mode at all times.  Recording and retransmission of the proceedings by any means

are prohibited.

4.     **Live Video Feed of the Hearing**.  Members of the public and press who

wish to **view but not participate in** the Hearing may do so by appearing in person at the San

Juan Courthouse or the New York Courthouse.

5.     **Press Room**.  A live video feed of the proceedings will be available for

viewing in the press rooms in the San Juan Courthouse.  Members of the press should contact

presscredentials@prd.uscourts.gov (San Juan) regarding viewing facilities and space availability.

Members of the press may also view the proceedings in the New York Courthouse or dial into

the listen-only line.

**Party Informative Motion and Exhibit List Procedures**

6.     **Party Informative Motion and Party Appearance Cover Sheet**.  In

accordance with paragraph 1, a Party must file an informative motion by **January 25, 2023, at**

**1:00 p.m. (Atlantic Standard Time)**.  Each Informative Motion must be accompanied by a

---

[2]     Counsel who intend to participate by CourtSolutions are advised that filing an informative motion in accordance with paragraph 6 does not relieve the attorney of the obligation to separately register on www.court-solutions.com.

Party Appearance Cover Sheet.  Counsel may select one method of appearance for each attorney
appearing at the Hearing.  Thereafter, counsel must file an Amended Party Appearance Cover
Sheet to change the method of appearance.

7. **Agenda**.  An agenda outlining the matters to be addressed and the
projected timetable for the Hearing shall be filed by Debtors' counsel by **January 30, 2023**, in
accordance with the Sixteenth Amended Case Management Procedures.  (<u>See</u> Docket Entry
No. 20190-1 § III.M.)  The agenda shall also include (a) the names of the individuals who intend
to appear and speak on behalf of each relevant party in connection with each motion or report,
(b) the order in which the parties to the relevant motion shall present argument, and (c) time
allocations for each party.  Debtors' counsel shall file a revised agenda on **January 31, 2023**, if
circumstances have changed or if requested to do so by the Court.  Debtors' counsel shall email a
proposed agenda, including preliminary time allocations, to the Court by **January 27, 2023, at
12:00 p.m. (Atlantic Standard Time)**.

8. **Exhibits or Demonstratives**.  To the extent that a Party intends to rely on
exhibits and/or demonstratives at the Hearing, the party shall file a separate informative motion
using the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00
p.m. (Atlantic Standard Time) on January 30, 2023**.  The informative motion must include (i)
the Exhibit Cover Sheet and (ii) each exhibit and/or demonstrative as a separate, text searchable
attachment.  The naming convention of each exhibit must adhere to the specifications indicated
on the Exhibit Cover Sheet.

9. **Status Reports**.  To further promote transparency and public access to
accurate and current information, the Oversight Board and AAFAF shall file written status
reports by **5:00 p.m. (Atlantic Standard Time) on January 31, 2023**.  The Oversight Board's

report shall address (a) the general status and activities of the Oversight Board, (b) the general
status of relations among the Oversight Board and the Commonwealth and federal governments,
(c) the status of and progress made in the reconciliation and resolution of claims, including the
anticipated timing and volume of objections to claims, and (d) the general status of the ADR and
ACR processes, including the anticipated number of matters to be directed into the ADR process
and anticipated timetable for initiation of ADR procedures with respect to such matters.  AAFAF
shall provide a general status report on its status and activities, including an overview of the
Commonwealth's ongoing response to the COVID-19 pandemic and of infrastructure restoration
activity.  At the Hearing, the Court will ask counsel to the Oversight Board and AAFAF to
respond to questions and comments, if any, related to their respective status reports.

      10.    **Electronic Device Policy in San Juan**.  Counsel with Puerto Rico bar
credentials are permitted to bring electronic devices into the San Juan Courthouse.  Counsel
authorized to appear Pro Hac Vice in the Title III proceedings shall present (i) a paper or hard
copy of the order granting Pro Hac Vice admission, and (ii) a current government-issued photo
identification.[3]  Devices may not be used for communications purposes in the courtroom and no
recording or transmission of the proceedings is permitted.

      11.    **Electronic Device Policy in New York**. Counsel with New York bar
credentials are permitted to bring one cellular telephone into the New York courthouse in
accordance with the Fifth Amended Standing Order M10-468.[4]  Counsel seeking to bring

---

[3]    The electronic devices policy for the United States District Court for the District of
Puerto Rico is available at https://promesa.prd.uscourts.gov/electronic-devices-policies.

[4]    The Fifth Amended Standing Order is available at
https://nysd.uscourts.gov/sites/default/files/2022-
04/20mc316%205th%20amd%20standing%20order.pdf.

additional electronic devices into the New York Courtroom for the Hearing must complete the

Electronic Device General Purpose Form available on the Court's website at

https://www.nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose and

submit the completed form to the following address: swaindprcorresp@nysd.uscourts.gov by

**January 27, 2023,** at **12:00 p.m. (Atlantic Standard time)**.  Such requests must be compliant

with S.D.N.Y. Standing Order M10-468.  The Court directs counsel's attention to the technical

and device usage restrictions detailed in the Fifth Amended Standing Order.  Devices may not be

used for communications purposes in the courtroom and no recording or transmission of the

proceedings is permitted.


    SO ORDERED.

Dated: January 13, 2023

           /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          United States District Judge