UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION ADDING CERTIFIED
TRANSLATION OF RESOLUTION OF THE COURT OF FIRST INSTANCE

    The Court has considered the *Motion Adding Certified Translation of Resolution of the Court of First Instance* (Docket Entry No. 23213 in Case No. 17-3283, the "Motion"), filed by Sucesión Mandry Mercado (the "Movant") and, with no opposition having been filed and with good cause shown to grant the requested relief, it is hereby directed (i) that the resolution of the Court of First Instance and its certified translation to the English language, attached to the Motion and docketed as Docket Entry No. 23213-1 in Case No. 17-3283, be attached to Proof of Claim No. 179550 in Case No. 17-3283, and (ii) that Proof of Claim No. 179550 be deemed amended by adding thereto the costs granted by the Court of First Instance in the amount of $20,522.24.

    This Order resolves Docket Entry No. 23213 in Case No. 17-3283.

    SO ORDERED.

Dated: January 31, 2023

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).