IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                      Plaintiff/ Counterclaim-Defendant,<br><br>PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,<br><br>                      Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>                      Defendant/ Counterclaim-Plaintiff,<br><br>THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,<br><br>                      Intervenor-Defendants/ Counterclaim-Plaintiffs. | PROMESA Title III<br><br>Adv. Proc. No. 19-391-LTS |

**INFORMATIVE MOTION SUBMITTING AMENDED PARTY EXHIBIT COVER SHEET FOR THE FEBRUARY 1-2, 2023 OMNIBUS HEARING**

The Ad Hoc Group of PREPA Bondholders (the "**Ad Hoc Group**") respectfully submits this informative motion in response to the Court's *Order Regarding Procedures for Hearing on February 1-2, 2023 Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard and to use exhibits and/or demonstratives at the February 1-2, 2023 omnibus hearing (the "**Hearing**").

1. Attached to this motion is the Ad Hoc Group's Party Appearance Sheet as filed with the *Amended Informative Motion and Notice of Request to be Heard at the February 1-2, 2023 Omnibus Hearing* at Dkt. 130.

2. Attached to this motion is the Exhibit Cover Sheet provided by the Court as filed with the *Informative Motion by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association, Regarding Exhibits and Demonstratives for February 1-2, 2023 Omnibus Hearing* at Dkt. 128, amended to incorporate the docket entry number for each exhibit and/or demonstrative.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today January 31, 2023.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Alice J. Byowitz*<br>AMY CATON\*<br>THOMAS MOERS MAYER\*<br>MATTHEW M. MADDEN\*<br>ALICE J. BYOWITZ\*<br>Email: acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>mmadden@kramerlevin.com<br>abyowitz@kramerlevin.com<br><br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |

- 5 -

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TA**[cut off] **LLP** |
|---|---|
| By: */s/ Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR No. 204,809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR No. 203,114 <br> Diana Pérez-Seda <br> USDC–PR No. 232,014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Tel.: (787) 756-1400 <br> Fax: (787) 756-1401 <br> E-mail: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com | By: /s/ William J. Natbony <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> Casey J. Servais* <br> William J.Natbony* <br> Thomas J. Curtin* <br> 200 Liberty Street <br> New York, New York 10281 <br> Tel.: (212) 504-6000 <br> Fax: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> casey.servais@cwt.com <br> bill.natbony@cwt.com <br> thomas.curtin@cwt.com |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *Admitted Pro Hac Vice <br><br> Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp* |

- 6 -

| | |
|---|---|
| **REICHARD & ESCALERA, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Rafael Escalara*<br>Rafael Escalara<br>USDC-PR No. 122,609 | By: */s/ Susheel Kirpalani*<br>Susheel Kirpalani*<br>Daniel Salinas<br>USDC-PR No. 224,006 |
| */s/ Sylvia M. Arizmendi*<br>Sylvia M. Arizmendi<br>USDC-PR No. 210,714 | Eric Kay*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603<br>Tel.: (212) 849-7000 |
| */s/ Carlos R. Rivera-Ortiz*<br>Carlos R. Rivera-Ortiz<br>USDC–PR No. 303,409<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Tel.: (787) 777-8888<br>Fax: (787) 765-4225<br>E-mail: escalara@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com | Fax: (212) 849-7100<br>Email: susheelkirpalani@quinnemanuel.com<br>danielsalias@quinnemanuel.com<br>erickay@quinnemanuel.com<br><br>*\* Admitted Pro Hac Vice*<br><br>*Counsel for Syncora Guarantee, Inc* |
| *Counsel for Syncora Guarantee, Inc* | |

- 7 -

| | |
|---|---|
| **RIVERA, TULLA & FERRER LLC** | **MASLON LLP** |
| */s/ Eric A. Tulla* | */s/ Clark T. Whitmore* |
| Eric A. Tulla | Clark T. Whitmore* |
| USDC-DPR No. 118313 | Michael C. McCarthy* |
| Email: etulla@riveratulla.com | John Duffey* |
| | Jason M. Reed* |
| Rivera Tulla & Ferrer Building | 90 South Seventh Street, Suite 330 |
| 50 Quisqueya Street | Minneapolis, MN 55402 |
| San Juan, PR 00917-1212 | Tel.: (612) 672-8200 |
| Tel: (787)753-0438 | Fax: (612) 672-8397 |
| Fax: (787)767-5784 | Email: clark.whitmore@maslon.com |
| | mike.mccarthy@maslon.com |
| *Counsel for U.S. Bank National Association,* | john.duffey@maslon.com |
| *in its Capacity as Trustee* | jason.reed@maslon.com |
| | |
| | *\* Admitted Pro Hac Vice* |
| | |
| | *Counsel for U.S. Bank National Association, in its Capacity as Trustee* |

**EXHIBIT A**
<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person - PR |
| | Name | Thomas Moers Mayer |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | tmayer@kramerlevin.com |
| | Phone Number | (212) 715-9169 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 2 | Appearance Method | In Person - PR |
| | Name | Amy Caton |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | acaton@kramerlevin.com |
| | Phone Number | (212) 715-7772 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 3 | Appearance Method | In Person - PR |
| | Name | Matthew M. Madden |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | mmadden@kramerlevin.com |
| | Phone Number | (202) 775-4529 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• In Person – PR<br>• In Person – NY<br>• CourtSolutions Listen Only<br>Law Firm<br>Email<br>Phone Number | Shikha Garg<br>In Person - PR<br>Kramer Levin Naftalis & Frankel LLP<br>sgarg@kramerlevin.com<br>(202) 471-3995<br><br>Ralph C. Mayrell<br>In Person - PR<br>Kramer Levin Naftalis & Frankel LLP<br>rmayrell@kramerlevin.com<br>(202) 775-4528<br><br>Manuel Fernández Bared<br>In Person - PR<br>Toro Colón Mullet, P.S.C.<br>mfb@tcm.law<br>(787) 751-8999 |

- 9 -

| | | |
|---|---|---|
| | | Linette Figueroa Torres<br>In Person - PR<br>Toro Colón Mullet, P.S.C.<br>lft@tcm.law<br>(787) 751-8999<br><br>Nayda I. Pérez Román<br>In Person - PR<br>Toro Colón Mullet, P.S.C.<br>nperez@tcm.law<br>(787) 751-8999 |
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

## EXHIBIT B

PARTY EXHIBIT COVER SHEET

| Name of Party: Defendants | | |
|---|---|---|
| Does the Party intend to offer evidence? Yes | | |
| Docket Entry No. for Party Exhibit List - 128 | | |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| Defendants' Ex. 1 | 128-1 | No. |
| Defendants' Ex. 2 | 128-2 | No. |
| Defendants' Ex. 3 | 128-3 | No. |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |