## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

### INFORMATIVE MOTION REGARDING
### NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
### APPEARANCE AT FEBRUARY 1–2, 2023 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Robert Berezin and Gabriel Morgan from Weil, Gotshal

& Manges LLP will appear on behalf of National Public Finance Guarantee Corporation

("National") at the February 1–2, 2023 omnibus hearing in Courtroom 17C of the United States

District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500

Pearl Street, New York, New York 10007, on certain motions in the above-captioned cases and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

related adversary proceedings (the "Hearing").  National's legal representatives reserve the right to be heard on any matter raised by any party at the hearing related to the Title III cases, any adversary proceeding pending in the Title III cases, or the interests of National.  National's Amended Party Appearance Cover Sheet is attached hereto as **Exhibit A**.

National's legal representatives reserve the right to be heard on any matter concerning:

(i) *Notice of Motion and Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, for Summary Judgment Pursuant to Bankruptcy Rule 7056* (ECF No. 63 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(ii) *Memorandum in support of Defendant/Counterclaim-Plaintiff's and Intervenor-Defendants/Counterclaim-Plaintiffs' Motion for Summary Judgment against Plaintiffs/Counterclaim-Defendants* (ECF No. 67 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(iii) *Response of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Summary Judgment Motion of Defendant-Counterclaim Plaintiff* (ECF No. 89 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(iv) *Memorandum in Response to the Financial Oversight and Management Board of Puerto Rico's Motion for Summary Judgment and Intervenor-Plaintiffs' Supplemental Briefs* (ECF No. 91 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(v) *Declaration of William J. Natbony pursuant to Fed. R. Civ. P. 56(d) in support of Defendants/Counterclaim-Plaintiffs' Opposition to the Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, for Summary Judgment Pursuant to Bankruptcy Rule 7056* (ECF No. 91-2 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(vi) *Objection of the Financial Oversight and Management Board for Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Defendants' Fed. R. Civ. P. 56(d) Application* (ECF No. 97 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(vii) *Defendants' Response to Objection of the Financial Oversight and Management Board for Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, to Defendants' Fed. R. Civ. P. 56(d) Application* (ECF No. 101 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(viii)  *Reply of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of the Puerto Rico Electric Power Authority, in Support of Summary Judgment Motion* (ECF No. 104 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(ix)  *Reply in support of Defendant/Counterclaim Plaintiff's and Intervenor-Defendants/Counterclaim-Plaintiffs' Motion for Summary Judgment against Plaintiffs/Counterclaim-Defendants* (ECF No. 105 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(x)  *Memorandum of Law in support of the Motion of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of Puerto Rico Electric Power Authority, to Exclude Expert Declaration of Robert A. Lamb* (ECF No. 107 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(xi)  *Objection by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association, as Trustee to the Motion of the Financial Oversight and Management Board of Puerto Rico to Exclude the Expert Declaration of Robert A. Lamb* (ECF No. 114 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing;

(xii)  *Reply of the Financial Oversight and Management Board of Puerto Rico, as Title III Representative of Puerto Rico Electric Power Authority, in support of Motion to Exclude Expert Declaration of Robert A. Lamb* (ECF No. 117 in Case No. 19-00391 (LTS)), and any other responses or filings related to the foregoing; and

(xiii)  any other matters scheduled for the hearing or raised by any party at the hearing related to the Title III cases or any adversary proceeding pending in the Title III cases or in the interests of National.

**RESPECTFULLY SUBMITTED**, this 31st day of January, 2023.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be notified via electronic mail to all case participants.

*[Remainder of this page intentionally left blank]*

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**

By:   */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
(USDC-PR No. 206314)
Luis Oliver-Fraticelli
(USDC-PR No. 209204)
Alexandra Casellas-Cabrera
(USDC-PR No. 301010)
PO BOX 70294
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile:  787.756.9010
Email:  epo@amgprlaw.com
         loliver@amgprlaw.com
         acasellas@amgprlaw.com


*Attorneys for National Public Finance*
*Guarantee Corporation*

**WEIL, GOTSHAL & MANGES LLP**


By:   */s/ Robert Berezin*
Matthew S. Barr*
Jonathan Polkes*
Robert Berezin*
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Email: matt.barr@weil.com
         jonathan.polkes@weil.com
         robert.berezin@weil.com

Gabriel A. Morgan*
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: gabriel.morgan@weil.com

*\* Admitted Pro Hac Vice*

*Attorneys for National Public Finance*
*Guarantee Corporation*

**EXHIBIT A**

AMENDED PARTY APPEARANCE COVER SHEET

| Name of Party | | National Public Finance Guarantee Corporation |
|---|---|---|
| Attorney 1 | Appearance Method | In Person - NY |
| | Name | Robert Berezin |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | robert.berezin@weil.com |
| | Phone Number | (212) 310-8000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 18829 |
| Attorney 2 | Appearance Method | CourtSolutions Speaking Line |
| | Name | Gabriel Morgan |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | gabriel.morgan@weil.com |
| | Phone Number | (212) 310-8000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 18829 |
| Additional Attorney Observation | Name<br>• CourtSolutions Listen Only | Austin Crabtree |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | austin.crabtree@weil.com |
| | Phone Number | (212) 310-8000 |