UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN re:<br><br>THE Financial Oversight and Management Board for PUERTO RICO,<br><br>as representative of<br><br>The Commonwealth of PuERTo RICO et al...<br><br>DEbTors | PROMESA<br><br>Title III<br><br>NO. 17 BK 3283-LTS<br><br>(Jointly Administered) |

MOTION Under the PROMISE LAW; ON REQUEST for Authorization For The Continuation of Claim Procedures against The debtors of the case in question.

To the Honorable Court:

Appear Mr. Josue' Torres Santiago, how the petitioner, in his own right, pauperis and very respectfully Exposes, Alleges and requests:

1-) THat against the debtors in the case in question, the petitioner sustains a claim for violation of his civil Rights before the court. Superior, room of Ponce, P.R., Case Number JDP-2016-0067 this was paralyzed due to the PROMISE LAW or Bankruptcy Law of the debtors to the epigraph case.

2-) That at the beginning of the year 2022, through the News media, the petitioner learned that in the case under the heading the debtors, the commonwealth of Puerto Rico entered into a stage of agreements to begin paying its creditors.

3-) That the claim against the debtors of the epigraph case is a violation of civil rights and that it has the merits of Law and justice; that at the time of the

P-1

Suspension of the case, procedure summons subpoena.

Therefore, The petitioner very respectfully Request and Request, that is Honor conclude the authorization of case NO JDP-2016-0067 E.L.A de Puerto Rico to the reparation of damages by the debtors.

For all of which, the Honorable Tribunal is very respectfully requested and begged, that after the rigorous procedures, conclude this motion with admissibility with any other pronouncement that is appropriate in law and Justice.

Respectfully submitted in Ponce Puerto Rico Today January 4, 2023

Josué Torres Santiago
Inst. Correccional Ponce-1000
3-L-212
3699 Ponce by Pass
Ponce, P.R., 00728-1500