Josué Torres Santiago
Inst. Correccional Ponce - 1000
3-L-212
3699 Ponce by Pass
Ponce, P.R., 00728-1500

SAN JUAN PR 009
27 JAN 2023 PM 2 L

FOREVER / USA

CLERK'S OFFICE
United States District Court
Room 150 Federal BLDG
San Juan, P.R., 00918-1767