# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning Session:
Set: 9:30 AM (AST)
Started: 9:32 AM (AST)
Ended: 12:45 PM (AST)

Afternoon Session:
Set: 2:10 PM (AST)
Started: 2:12 PM (AST)
Ended: 3:17 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE:   February 1, 2023
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker (SDNY)

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*., Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| The Financial Oversight & Management Board for Puerto Rico, *et al*.,<br>Plaintiffs<br><br>*v.*<br><br>U.S. Bank National Association, *et al*., Defendants. | 3:19-AP-00391 (LTS)<br><br>Re: 3:17-BK-4780 (LTS) |

3:17-BK-3283 (LTS) / 3:19-AP-00391 (LTS)
Page 2
Omnibus Hearing – February 1, 2023

**Case called for Omnibus Hearing.**[1]

I. **STATUS REPORTS**
   1. Status Report of Financial Oversight and Management Board [Case No. 17-3283, ECF No. 23445]
   2. Status Report of Puerto Rico Fiscal Agency and Financial Advisory Authority [Case No. 17-3283, ECF No. 23447]

II. **CONTESTED MATTERS**
   1. Debtors' Motion for Claim Objection Deadline Extension. [Case No. 17-3283, ECF No. 23234]
      i. Motion granted.
      ii. Debtors to submit a proposed order.
   2. Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]
      i. Matter was taken under advisement.

III. **ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT [Adv. Case No. 19-391]**
   1. FOMB Motion for Summary Judgment. [Adv. Case No. 19-391, ECF No. 62]
   2. Defendants/Counterclaim-Plaintiffs' Motion for Summary Judgment. [Adv. Case No. 19-391, ECF No. 67]

   Both motions were taken under advisement.

IV. **ADJOURNED MATTERS**
   1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]
   2. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]
   3. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]
   4. Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17-3283, ECF No. 19807]

---

[1] Agenda filed at Docket Entry No. 23440 in 3:17-BK-3283 (LTS).

3:17-BK-3283 (LTS) / 3:19-AP-00391 (LTS)
Page 3
Omnibus Hearing – February 1, 2023

5. Evertec's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21187]
6. Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21191]
7. COSEY's Administrative Expense Claim Motion. Cosey's Motion for Allowance and Payment of Administrative Expense Claim [Case No. 17-3283, ECF No. 21209]
8. Blanca Iris Marrero's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21192]
9. Four Hundred Eighty-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 21195]
10. Five Hundred Thirty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22265]
11. Debtors' Omnibus Objections to Claims.
    i. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the February 1, 2023 Omnibus Hearing to the March 15, 2023 Omnibus Hearing [Case No. 17-3283, ECF No. 23407]

**NEXT SCHEDULED HEARING:**

PREPA Disclosure Statement Hearing set for February 28, 2023, at 9:30 AM (AST) before Judge Laura Taylor Swain.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator