UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING IN PART THE URGENT MOTION BY O'NEILL & BORGES LLC SEEKING AN EXTENSION OF THE DEADLINE TO RESPOND TO MOTION TO DISQUALIFY THE LAW FIRM O'NEILL & BORGES, LLC FOR UNRESOLVABLE CONFLICTS OF INTEREST INCURRED IN VIOLATION OF THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT OF 2021, 48 U.S.C. 2101 ET SEQ.

        The Court has received and reviewed the *Urgent Motion by O'Neill & Borges LLC Seeking an Extension of the Deadline to Respond to Motion to Disqualify the Law Firm O'Neill & Borges, LLC for Unresolvable Conflicts of Interest Incurred in Violation of the Puerto Rico Recovery Accuracy in Disclosures Act of 2021, 48 U.S.C. 2101 et seq.* (Docket Entry No. 23454 in Case No. 17-3283)[2] (the "Extension Motion"), filed by O'Neill & Borges LLC ("O&B").

        The Extension Motion represents that R&D Master[3] does not consent to the proposed extension of the briefing deadlines applicable to the Motion to Disqualify, and R&D Master has filed an objection to the Extension Motion. (See Docket Entry No. 23458.) Accordingly, the Extension Motion is granted only in part, and the deadline for O&B to file its

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All docket entry references herein are to the docket of Case No. 17-3283.

[3]     Capitalized terms used but not defined herein have the meaning given to them in the Extension Motion.

response to the Motion to Disqualify is hereby extended to **5:00 p.m. (Atlantic Standard Time)** on **February 16, 2023**. R&D Master must file its reply in support of the Disqualification Motion by **5:00 p.m. (Atlantic Standard Time)** on **February 23, 2023**.

This Order resolves Docket Entry No. 23454 in Case No. 17-3283.

SO ORDERED.

Dated: February 2, 2023

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge