# EXHIBIT 1

[handwritten text in *italics*]

# REPLY TO OMNIBUS OBJECTION

[stamp:] RECEIVED & FILED
2022 JAN 18 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

I. CONTACT INFORMATION

Name: *Arnaldo Torres Escobar*

Mailing Address: *Urb. Fairview*
*1919 Fco. Zuñiga st.*
*San Juan P. R. 00926*

Contact Home Phone _____     Cell *787 - 579 - 5508*

II. Caption

A. Secretary (Clerk's Office)
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rica 00918-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Docket Number: 17 BK 3283 - LTS.

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762- Act #89 - Romerazo - Effective July 1, 1995

   #94057 - June 6, 2008 Pay Scale Act – Step Increases

   #96621 - Act #96 (2002) by Dr. Pedro Rosello - effective July 2002
       Act #184 (2004) by Ms. Sila Calderón - effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act 80 Romerazo - Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act #96 (2002) by Dr. Pedro Rosallo - effective July 2002

   Act #184 (2004) by Ms. Sila M. Calderón effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IV. Supporting Documentation

Enclosed are documents evidencing years of service with Puerto Rico Telephone Company, Ponce, Puerto Rico from *January 27, 1992* to *through the present* of ___.  I completed my employment as _____ at Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. I am filing a claim under the applicable laws covering these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent earthquake emergency and COVID-19 in Puerto Rico, responses are being sent out on this date. If you need additional information or documents, please contact the undersigned.

*Arnaldo Torres Escobar*
_____
Printed name

[Signature]
_____ *12 January 2022*
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

My objection is for the following reason:

The Puerto Rico Telephone Company belonged to the Commonwealth of Puerto Rico until 1999 when the incumbent governor of the party in power sold it. Therefore, I do NOT agree with the dismissal of my claim, my claim is based on money owed for increases under some laws that were signed during the period that the PRTC belonged to the Government of PR (Commonwealth of Puerto Rico). This is the basis of my claim. Thank you for your attention in this matter.

Signature: [Signature]

Claim Number

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Logo]
**Claro**

HUMAN RESOURCES

EMPLOYEE COMPENSATION AND BENEFITS DEPARTMENT

RECORDS SECTION

**EMPLOYMENT CERTIFICATION**

| | | | |
|---|---|---|---|
| Name of Employee | : ARNALDO TORRES ESCOBAR | | |
| Social Security Number | : XXX-XX- 2280 | | |
| Employee Number | : 0015012 | | |
| Job | : INST/REP TABLES/SE II | | |
| Date of Entry | : 01/27/1992 | | |
| Department | : CORPORATE SERVICES | | |
| Salary | : $39,312.00 | ANNUAL | |
| Employee Status: | : REGULAR | Workday: | FULL |
| Payroll Status | : NON-EXEMPT | | |
| Car Allowance YTD | : $0.00 | | |

Christmas Bonus 2021: $2,200.00 The Christmas Bonus percentage approved for this year is 6.0%. Up to a maximum of $2,200.00

This certification has an official embossed seal that confirms as correct the information obtained from the employee's personnel records. In Guaynabo, Puerto Rico on **January 12, 2022**.

[Signature]
SUPERVISOR / EMPLOYEE RECORDS
OR HIS/HER REPRESENTATIVE

[illegible stamp]

Telephone: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11211**

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 19830 - Claim Nos. 174947, 178347**

Signed this 23rd of January 2023



Verify at www.atanet.org/verify

_____
Andreea I. Boscor

