# EXHIBIT 3

# REPLY TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: <u>Myra Morales Martínez (claim id 175005)</u>

Mailing Address

<u>Mansion del Norte</u>
<u>Camino de Bustamante NF – 27</u>
<u>Toa Baja, Puerto Rico</u>
<u>       00949</u>

[stamp:] RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2022 JAN 24  PM [illeg.]:37

Contact Home Phone <u>787-486-9942</u>     Cell <u>787-202-3220</u>

**II. Caption**

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Docket Number: 17 BK 03283 - LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762- Act #89 - Romerazo - Effective July 1, 1995

   #94057 - June 6, 2008 Pay Scale Act – Step Increases

   #96621 - Act #96 (2002) by Dr. Pedro Rosello - effective July 2002

   Act #164 (2004) by Ms. Sila Calderón - effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

III. The Court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

Act #89 Romerazo - Effective July 1, 1995

June 6, 2008 Pay Scale Act – Step Increases

Act #96 (2002) by Dr. Pedro Rosello - effective July 2002

Act #164 (2004) by Ms. Sila M. Calderón effective January 2004

IV. Supporting Documentation

Enclosed are documents evidencing years of service with the Puerto Rico Telephone Company, Capara, Puerto Rico from *August* 15, *1987* to the *Present* ___ of ____ of ____ I completed my work as a *Communications Systems Analyst III* with the Puerto Rico Telephone Company, Caparra, Puerto Rico, Commonwealth of Puerto Rico. I am filing a claim under the applicable laws covering these years of service.

Enclosed are documents in support of this claim.

Due to the recent earthquake emergency and COVID-19 in Puerto Rico, responses are being sent on this date. If you need additional information or documents, please contact the undersigned.

*Myra Morales Martínez*
Printed name

[Signature]
_____
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

My objection is for the following reason:

The Puerto Rico Telephone Company belonged to the Commonwealth of Puerto Rico until 1999 when the incumbent governor of the party in power sold it. Therefore, I do NOT agree with the dismissal of my claim. My claim is based on the money owed for increases under some laws that were signed during the period that PRTC belonged to the Government of PR (Commonwealth of Puerto Rico). This is the basis of my claim.

Thank you for your attention in this matter.


Name: _Myra Morales Martínez (175005)_

Signature: _[Signature]_

Claim number _17 BK 03283 LTS_
2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Myra Morales
Mansion del Norte
Bustamante NF-27
Toa Baja PR 00949.

Case:17-03283-LTS Doc#:19889-1 Filed:01/24/22 Entered:01/25/22 15:21:02 Desc:
Envelope Page 1 of 1

SAN JUAN PR 009
18 JAN 2022 PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 19889 - Claim No. 175005**

Signed this 23rd of January 2023



_____
Andreea I. Boscor

