# EXHIBIT 4

# RESPONSE TO OMNIBUS OBJECTION

## I. CONTACT INFORMATION

Name:  *Doris Cintrón González*

Mailing Address   *Urb. Vista Alegre 1956, Fortuna*
*Ponce, P.R. 00717*

Contact Home Phone:  *(787) 843-8443*     Cell  *(939) 243-9922*

[stamp:] RECEIVED & FILED
2022 JUN 6 PM 3:18
CLERK'S OFFICE
[illegible]

## II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
            Act 164 (2004) of Ms. Sila Calderón – effective January 2004

## III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act 89 *Romerazo* – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents demonstrating the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the _23rd_ of _May_ of _1988_ through the ____ of _present_ of _____. I ended my career as a _Frame Worker_ at the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of educational service.

Enclosed are documents as evidence for this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


_Doris Cintrón González_
Printed name


[signature]
Signature


*PS:  I wish to hereby express that I do not agree with my claim being dismissed, due to the fact that it is based on money that is owed based on a pay raise under laws that were enacted during the time that PRT was an agency of the government of P.R. As such, it was a government agency until 1999. Personally, when I started working at PRT in 1988, I had a recommendation from the mayor at that time, Mr. Wilo Morales, while a private agency does not request this recommendation.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 21122**

Signed this 18th of January 2023

_____

Andreea I. Boscor

