# EXHIBIT 5

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: _Mayra Ivelisse Villanueva Correa_

Mailing Address    _261 Brisas del Caribe Ponce, P.R. 00728-5312_

Contact Home Phone: _(787) 841-5465_    Cell _(787) 532-1965_

[stamp:] RECEIVED & FILED 2022 JUN 6 PM 3:10 CLERK'S OFFICE US DISTRICT COURT

**II. Caption**

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
           Act 164 (2004) of Ms. Sila Calderón – effective January 2004

**III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:**

   Act 89 *Romerazo* – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents demonstrating the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the _16th_ of _March_ of _1987_ through the ___ of _present_ of _____. I ended my career as a _____ with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of educational service.

Enclosed are documents as evidence for this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


_Mayra Villanueva Correa_
Printed name


[signature]
Signature


*PS:  I wish to hereby express that I do not agree with my claim being dismissed, due to the fact that it is based on money that is owed from a pay raise under laws that were enacted during the time that PRT Company was an agency of the government of P.R. As such, it was a government agency until 1999. For me personally, when I started working at PRTC in 1987, I had a recommendation from assembly member Mr. José Esteban Martínez at that time, while no recommendations are requested at a private agency.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Mayra Villanueva
261 Brisas del Caribe
Ponce P.R 00728-5312

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan P.R 00918-1767

RECEIVED & FILED
2022 JUN -6 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT [COURT]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 21123**

Signed this 18th of January 2023

_____

Andreea I. Boscor

