# EXHIBIT 6

# RESPONSE TO OMNIBUS OBJECTION

## I. CONTACT INFORMATION

Name: _Reynaldo Vega Vargas_

Mailing Address: _P.O. Box 812_
_Juana Díaz, Puerto Rico_
_00795_

Contact Home Phone:   -     Cell _787-223-5670_

[stamp:] RECEIVED & FILED
2022 JUL 7 PM 1:35
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

## II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
   Act 164 (2004) of Ms. Sila Calderón – effective January 2004

## III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act 89 *Romerazo* – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents demonstrating the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the ___ of *March* of *1987* through the ___ of *present* of _____. I ended my career as a  *Splicer 3*                                             with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents as evidence for this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

*Reynaldo Vega Vargas*
Printed name


[signature]      *8-15-2020*
Signature


PS:     *The basis of my claim is money owed for pay raises under laws that were enacted during my years of service when the PRTC was an agency of the government of Puerto Rico. As* [initials] *such, I do not agree with my claim being dismissed.*

[initials in margin:] R.V.V.

*Sincerely, Reynaldo Vega Vargas*

*Note: I am sending these documents now because the letter arrived late.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



HUMAN RESOURCES
DEPARTMENT OF EMPLOYEE COMPENSATION AND BENEFITS
RECORDS SECTION

## CERTIFICATION OF EMPLOYMENT

| | | |
|---|---|---|
| Employee's Name | : **REYNALDO VEGA VARGAS** | |
| Employee Number | : **0009643** | |
| Position | : **SPLICER II** | |
| Hire Date | : **03/09/1987** | |
| Department | : **I/S FIELD OPERATIONS DIV - PONCE** | |
| Salary | : **$43,264.00** | ANNUAL |
| Employee Status | : **REGULAR** | Shift: **FULL-TIME** |
| Payroll Status | : **NON-EXEMPT** | |
| Car Allowance YTD: | : **$0.00** | |

This certification has a raised official seal which confirms as correct the information obtained from the employee's personnel records. In Guaynabo, Puerto Rico on **August 10, 2020**

[signature]

SUPERVISOR/EMPLOYEE RECORDS
OR THEIR REPRESENTATIVE

Telephone: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 21465**

Signed this 18th of January 2023

_____

Andreea I. Boscor

