# EXHIBIT 7

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: _Marta E. Santos Santiago_

Mailing Address   _Urb. Jardines del Caribe 5ta Sec_
_Calle Rombadal # 5282 Ponce PR 00728_

Contact Home Phone: _(787) 943-7668_   Cell _787-943-7668_

**II. Caption**

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
         Act 164 (2004) of Ms. Sila Calderón – effective January 2004

**III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:**

   Act 89 *Romerazo* – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents demonstrating the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the  14th   of September of 1987 through the  1st   of January of 2022. I ended my career as a _____ with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of educational service.

Enclosed are documents as evidence for this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


_Marta E. Santos Santiago_
Printed name


[signature]
Signature


*PS: I hereby wish to express that I do not agree with my claim being dismissed. My claim is based on money owed from a pay raise under laws that were enacted during the time that PRT was an agency of the government of PR. Until 1999, we were a government agency. Personally, I began in 1987 with a recommendation from the mayor at the time, Ana Goyco. At present, recommendations are not requested because it is a private company.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



HUMAN RESOURCES
DEPARTMENT OF EMPLOYEE COMPENSATION AND BENEFITS
RECORDS SECTION

## CERTIFICATION OF EMPLOYMENT

| | | |
|---|---|---|
| Employee's Name | : **MARTA E. SANTOS** | |
| Social Security Number | : **XXX-XX-6996** | |
| Employee Number | : **0008656** | |
| Position | : **OPERATOR DELIVERY OC II** | |
| Hire Date | : **09/14/1987** | |
| Department | : **I/S FIELD OPERATIONS DIV - PONCE** | |
| Salary | : **$38,896.00** | ANNUAL |
| Employee Status | : **REGULAR** | Shift: **FULL-TIME** |
| Payroll Status | : **NON-EXEMPT** | |
| Car Allowance YTD: | : **$0.00** | |

This certification has a raised official seal which confirms as correct the information obtained from the employee's personnel records. In Guaynabo, Puerto Rico on **July 16, 2020**

[signature]

SUPERVISOR/EMPLOYEE RECORDS
OR THEIR REPRESENTATIVE

Telephone: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 21686**

Signed this 18th of January 2023

_____

Andreea I. Boscor

