# EXHIBIT 8

# RESPONSE TO OMNIBUS OBJECTION

## I. CONTACT INFORMATION

Name: _Zulma I. Fare Santiago_

Mailing Address   _PO Box 81_
                  _Mercedita PR 00715-0081_

Contact Home Phone: _(787) 402-9685_   Cell _(787) 374-6855 (husband)_
                    _(787) 284-2004_

## II. Caption

A. Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection relating to request for amounts unpaid by the Commonwealth of Puerto Rico:

Proofs of claim numbers:

#49762 – Act 89 – *Romerazo* – Effective July 1, 1995

#94057 – June 6, 2008 Pay Scale Act – Step Increases

#96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
         Act 164 (2004) of Ms. Sila Calderón – effective January 2004

## III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

Act 89 *Romerazo* – Effective July 1, 1995

June 6, 2008 Pay Scale Act – Step Increases

Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila Calderón – effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents demonstrating years of service with the Puerto Rico Telephone Company, ~~Ponce~~ Caguas, Puerto Rico, from the <u>16th</u> of <u>December</u> of <u>1987</u> through the ____ of <u>present</u> of ____. I ended my career as a _____ at the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of educational service.

Enclosed are documents as evidence for this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


<u>Zulma I. Fare Santiago</u>
Printed name


[signature]
Signature


> PS: I hereby wish to express that I do not agree with my claim being dismissed, due to the fact that it is based on money owed for a pay raise under laws that were enacted during the time that PRT was an agency of the government of PR, and so was government-run until 1999.
>
> In my own case, when I began working at PRT in 1987, I was recommended by: <u>Mrs. Lila Mayoral</u>, wife of Rafael Hernández Colón at that time, who served as governor until 1993, while in private companies no such recommendation was required.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

# CERTIFICATION

## ZULMA FARE SANTIAGO
## XXX-XX-3505

For the abovenamed employee, we certify the following:

- She joined PRT/Claro effective 12/25/1987.
- At present she works as a regular active employee.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Thursday, July 23, 2020.

[signature]

Victor Morales Santos
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

NOTE

INSTRUCTIONS FOR DELIVERY BY MAIL

1. MAKE THREE SETS OF COPIES OF THE DOCUMENTS TOGETHER WITH YOUR LETTER OF RETIREMENT (INDICATING START AND END DATE)
2. SEND IN MANILLA ENVELOPE TO THESE ADDRESSES
   - Counsel for the Oversight Board
     Proskauer Rose LLP
     Eleven Times Square                *Coyn*
     New York, NY 10036-8399
     A/A: Martin J Bienenstock
     Brain [sic] S. Rosen

   - Counsel for the Creditors' Committee
     Paul Hasting LLP
     200 Park Avenue
     New York, NY 10166
     A/A: Luc A. Despins
     James Bliss
     James Worthington
     G. Alexander Bongartz

   - Clerk's Office
     United States District Court
     Room 150 Federal Building
     San Juan, PR 00918-1767

*Email*

*to gonzalez3@claropr.com*

*Letter of start and end of employment*

*Employee #*

*[illegible] #*

*Last 4 digits of SS*

*Mailing address*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Zulma I. Fare
P.O. Box 81
Mercedita PR 00715-0081

SAN JUAN PR 009
13 DEC 2022 PM 1 L

HAPPY HOLIDAYS

Secretaria
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

00918$9999

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 23118**

Signed this 18th of January 2023

_____

Andreea I. Boscor

