# EXHIBIT 9

[Handwritten text in *italics*]

[stamp:] RECEIVED & FILED
2022 JAN 18 PM 5:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## REPLY TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name: *Evelyn Vásquez Rivera*

Mailing Address: *PO Box 3349*

*Bayamon PR 00958*

Contact Home Phone _____     Cell *787 - 376 - 7787*

II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rica 00916-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Docket Number: 17 BK 3283 - LTS.

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762- Act #89 - Romerazo - Effective July 1, 1995

   #94057 - June 6, 2008 Pay Scale Act – Step Increases

   #96621 - Law #96 (2002) by Dr. Pedro Rosello - effective July 2002
       Law #164 (2004) by Ms. Sila Calderón - effective January 2004

III. court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act *89* Romerazo - Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act #96 (2002) by Dr. Pedro Rosallo - effective July 2002

   Act #184 (2004) by Ms. Sila M. Calderón effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*IV. Supporting Documentation*

Enclosed are documents evidencing years of service with Puerto Rico Telephone Company, Ponce, Puerto Rico from <u>APRIL 1</u>, <u>1987</u> to _____ of ___ <u>through the present</u> of ___. I completed my work as _____ at Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. I am filing a claim under the applicable laws covering these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent earthquake emergency and COVID-19 in Puerto Rico, responses are being sent out on this date. If you need additional information or documents, please contact the undersigned.

*Evelyn Vasquéz Rivera*
_____
Printed name

[Signature]
_____
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

My objection is for the following reason:

The Puerto Rico Telephone Company belonged to the Commonwealth of Puerto Rico until 1999 when the incumbent governor of the party in power sold it. Therefore, I do NOT agree with the dismissal of my claim, my claim is based on money owed for increases under some laws that were signed during the period that the PRTC belonged to the Government of PR (Commonwealth of Puerto Rico). This is the basis of my claim. Thank you for your attention in this matter.

Signature: [Signature]
Claim number: *178351*

*Case# 17 BK 03283 - LTS*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Logo]
**Claro**

HUMAN RESOURCES

EMPLOYEE COMPENSATION AND BENEFITS DEPARTMENT

RECORDS SECTION

## EMPLOYMENT CERTIFICATION

| | |
|---|---|
| Employee Name | : EVELYN VAZQUEZ RIVERA |
| Social Security Number | : XXX-XX- 0478 |
| Employee Number | : 0009127 |
| Position | : ACCOUNTANT II |
| Date of Entry | : 04/01/1987 |
| Department | : COMPTROLLER'S OFFICE |
| Salary | : $42,838.90    ANNUAL |
| Employee Status: | : REGULAR    Workday: FULL |
| Payroll Status | : NON-EXEMPT |
| Car Allowance YTD | : $0.00 |

This certification has an official embossed seal that confirms as correct the information obtained from the employee's personnel records. In Guaynabo, Puerto Rico on **January 12, 2022.**

[Signature]
SUPERVISOR / EMPLOYEE RECORDS
OR HIS/HER REPRESENTATIVE

**Telephone: (787) 706-6355, 706-6342**
**Email: certificacion_empleo@claropr.com**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 19822 - Claim No. 178351**

Signed this 23rd of January 2023



Verify at www.atanet.org/verify

_____
Andreea I. Boscor

