# EXHIBIT 10

[handwritten text in *italics*]

## REPLY TO OMNIBUS OBJECTION

[stamp:] RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2022 JAN 21 PM [illeg.]:59

I. CONTACT INFORMATION

Name: *Nidya P. Marquez Rivera*

Mailing Address: *Urb. Vega Dorada*
*61 Palma Coco Plumosa Vega Alta P. R. 00692*

Contact Home Phone _____    Cell *787 - 689 - 4964*

Claim #   *175 731*
          *178 327*

II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rica 00918-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Docket Number: 17 BK 3283 - LTS.

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762- Act #89 - Romerazo - Effective July 1, 1995

   #94057 - June 6, 2008 Pay Scale Act – Step Increases

   #96621 - Act #96 (2002) by Dr. Pedro Rosello - effective July 2002
            Act #164 (2004) by Ms. Sila Calderón - effective January 2004

III. The Court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act 89 Romerazo - Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act #96 (2002) by Dr. Pedro Rosallo - effective July 2002

   Act #184 (2004) by Ms. Sila M. Calderón effective January 2004

           *1/18/2022*
           *Nidya P. Marquez*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*IV. Supporting Documentation*

Enclosed are documents evidencing years of service with the Puerto Rico Telephone Company, San Juan, Puerto Rico from <u>*January 27, 1992*</u>, to January 27, 1992, <u>*to the present*</u> of ___.  I completed my employment as a <u>*Business Services Representative*</u> with Puerto Rico Telephone Company, *San Juan*, Puerto Rico, Commonwealth of Puerto Rico. I am filing a claim under the applicable laws covering these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent earthquake emergency and COVID-19 in Puerto Rico, responses are being sent out on this date. If you need additional information or documents, please contact the undersigned.

*Nidya P. Marquez Rivera*
Printed name

[Signature]
_____  1/18/2022
Signature

*PS The Puerto Rico Telephone Company is an agency because it belonged to the Commonwealth until 1999 when the incumbent governor sold it, and it became private.*

*My claim is based on money owed for increases under some laws that were signed during the period when the P.R.T.C. belonged to the Government of the Commonwealth of Puerto Rico.*

                                               *Respectfully*
                                                                  *[Signature]*
                                                                  *1/18/2022*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Logo]
**Claro**

HUMAN RESOURCES

EMPLOYEE COMPENSATION AND BENEFITS DEPARTMENT

RECORDS SECTION

### EMPLOYMENT CERTIFICATION

| | |
|---|---|
| Name of Employee | **: Nidya P. Marquez Rivera** |
| Social Security Number | : **XXX-XX- 4482** |
| Employee Number | : **0013512** |
| Job | **: REP SERV III-COMPANY SALES** |
| Date of Entry | **: 01/27/1992** |
| Department | **: DIV-SER CLIENT (BCC)** |
| Salary | **: $39,000.00**       ANNUAL |
| Employee Status: | **: REGULAR**       Workday**:**       **FULL** |
| Payroll Status | **: NON-EXEMPT** |
| Car Allowance YTD | **: $0.00** |

Christmas Bonus **2020 : $2,236.41** The Christmas Bonus percentage approved for this year is **6.0%. Up to a maximum of $2,500.00**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Nidya P. [illegible]
URB. Vega Dorada
61 Palma Coco Plumosa
Vega Alta P.R. 00692

SAN JUAN PR 009
20 JAN 2022 PM 2 L

Clerks office
United States District Court
150th Federal Building Room 150
San Juan P.R. 00918-1767

00918$9999

Certified to be a correct and true translation from the source text in Spanish to the target language English.
23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 19880 - Claim Nos. 175731, 178327**

Signed this 23rd of January 2023



_____

Andreea I. Boscor