# EXHIBIT 11

[handwritten text in *italics*]

REPLY TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name:  *Carmen D. Valdéz Peralta*
Mailing Address*:*  *P O Box 193604*
                   *San Juan, P. R. 00919-3604*

Contact Home Phone  *787-982-2471*           Cell *787-314-9566*

[stamp:] RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2022 JAN 21  PM [*illeg.*]:59

II. Caption

A.  Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B.  Commonwealth of Puerto Rico, et al. (Debtors)

C.  Docket Number: 17 BK 3283 - LTS

D.  Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   *#49762*- Act #89 - Romerazo - Effective July 1, 1995

   *#94057* - June 6, 2008 Pay Scale Act – Step Increases

   *#96621* - Act #96 (2002) by Dr. Pedro Rosello - effective July 2002
              Act #164 (2004) by Ms. Sila Calderón - effective January 2004

III. The Court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act #89 - Romerazo - Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act #96 (2002) by Dr. Pedro Rosello - effective July 2002

   Act #164 (2004) by Ms. Sila M. Calderón effective January 2004

1                                         [initial]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IV. Supporting Documentation

Enclosed are documents evidencing the years of service with Puerto Rico Telephone Company, Capara, Puerto Rico from <u>April 23</u>, <u>1984</u>, to <u>February 28, 2019</u>.  I completed my work as an <u>Administrative Assistant</u> with the Puerto Rico Telephone Company, Caparra, Puerto Rico, Commonwealth of Puerto Rico. I am filling a claim under the applicable laws covering these years of service.

Enclosed are documents in support of this claim.

Due to the recent earthquake emergency and COVID-19 in Puerto Rico, responses are being sent out on this date. If you need additional information or documents, please contact the undersigned.

<u>Carmen D. Peralta</u>
Printed name

[Signature]
_____
Signature

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

My objection is for the following reason:

The Puerto Rico Telephone Company belonged to the Commonwealth of Puerto Rico until 1999 when the incumbent governor of the party in power sold it. Therefore, I do NOT agree with the dismissal of my claim. My claim is based on the money owed for increases under some laws that were signed during the period that PRTC belonged to the Government of PR (Commonwealth of Puerto Rico). This is the basis of my claim.

Thank you for your attention in this matter.

Name: Carmen D. Valdez Peralta

Signature: [Signature]

Claim number 17 BK 03283 LTS

3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo]

October 14, 2021

**TO WHOM IT MAY CONCERN**

We certify that **Mrs. Carmen D Valdez Peralta** retired effective March 1, 2019 from "Puerto Rico Telephone Company Consolidated Retirement Plan for Salaried and Hourly Employees." Mrs. Valdez Peralta receives a pension of **$1,127.64** per month for life.

We are issuing this certification at the request of Mrs. Valdez Peralta.

Sincerely yours,

[Signature]
**Karen Quintero Vélez**
Administration Manager
Pension Plans

emms

Human Resources Department
Pension Division
P.O. Box 360998 San Juan, P.R. 00936-0998

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 19881 - Claim Nos. 174966, 176527, 178636**

Signed this 23rd of January 2023



_____
Andreea I. Boscor

