# EXHIBIT 12

[handwritten text in *italics*]

# REPLY TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name: *Wilfred Negrón Pérez*

Postal Address*: Urb. Villa Fontana Via 68 3-P-N11*
*Carolina, P. R. 00983*

Contact Home Phone   *787-768-5404*         Cell *787-391-4544*

II. CAPTION

A.  Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B.  Commonwealth of Puerto Rico, et al. (Debtors)

C.  Docket Number: 17 BK 3283 - LTS

D.  Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

Proof of claim numbers:

#49762- Act #89 - Romerazo - Effective July 1, 1995

#94067 - June 6, 2008 Pay Scale Act – Step Increases

#96621 - Act #96 (2002) by Dr. Pedro Rosello - effective July 2002
            Act #164 (2004) by Ms. Sila Calderón - effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

III. The Court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

    Act #89 Romerazo - Effective July 1, 1995

    June 6, 2008 Pay Scale Act – Step Increases

    Act #96 (2002) by Dr. Pedro Rosello - effective July 2002

    Act #164 (2004) by Ms. Sila M. Calderón effective January 2004

IV. Supporting Documentation

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Puerto Rico from *October 8*, *1990* to the present: *January 17*, 2022. Therefore, the claim is based on the applicable laws that cover these years of service working with the Puerto Rico Telephone Company (Commonwealth).

Enclosed are documents in support of this claim.

Due to the recent earthquake emergency and COVID-19 in Puerto Rico, responses are being sent out on this date. If you need additional information, please contact the undersigned.

*Wilfred Negrón Pérez*
Printed name

[Signature]
_____
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Logo]

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

CERTIFICATION

WILFRED NEGRON PEREZ
XXX-XX-7805 SEG SOC

For the above-referenced employee we certify the following:

> Joined PRT/Claro effective 10/08/1990.

> He is currently working as an active regular employee.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico on Monday, September 14, 2020.

[Signature]
Julie C. Cordero Rios
Compensation Officer
Compensation and Record

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 19885 – Claim No. 176280**

Signed this 23rd of January 2023



_____
Andreea I. Boscor

