# EXHIBIT 13

Case:17-03283-LTS Doc#:19894 Filed:01/24/22 Entered:01/25/22 16:02:54 Desc: Main Document Page 1 of 2

[handwritten text in *italics*]

# REPLY TO OMNIBUS OBJECTION

[illegible stamp]

I. CONTACT INFORMATION

Name: *Elizabeth Marquez Riviera*

Mailing Address: *2450 SW 38th Ave. #101*
*Ocala, Florida, 34474*

Contact Home Phone *N/A* Cell *787-613-6018*

II. Caption

A. Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Docket Number: 17 BK 3283 - LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

Proof of claim numbers:

#49762- Act #89 - Romerazo - Effective July 1, 1995

#94057 June 6, 2008 Pay Scale Act – Step Increases

#96621 - Act #96 (2002) by Dr. Pedro Roselló - effective July 2002
Act #164 (2004) by Ms. Sila M. Calderón effective January 2004

III. The Court should not declare the Omnibus Objection, due to the fact that they are monies owed through the approval by the government of the Commonwealth of Puerto Rico of the following laws:

Act *89* Romerazo - Effective July 1, 1995

June 6, 2008 Pay Scale Act – Step Increases

Act #96 (2002) by Dr. Pedro Rosello - effective July 2002

Act #184 (2004) by Ms. Sila M. Calderón effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IV. Supporting Documentation

Enclosed are documents evidencing the years of service with Puerto Rico Telephone Company, Ponce, Puerto Rico from *February 1*, *1988*, through *June 30*, 2017. I completed my employment with Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. I am filing a claim under the applicable laws covering these years of ~~educational~~ service.

Enclosed are documents as evidence for this claim.

Due to the recent earthquake emergency and COVID-19 in Puerto Rico, responses are being sent out on this date. If you need additional information or documents, please contact the undersigned.

*Elizabeth Marquez* Riviera
Printed name

[Signature]
_______________________
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




September 14, 2020

**TO WHOM IT MAY CONCERN**

We certify that **Mrs. Elizabeth Márquez Rivera** retired effective July 1st, 2017.

Mrs. Márquez receives a monthly pension of $1,905.49 up to December 31, 2028 as a participant under the Puerto Rico Telephone Company Consolidated Retirement Plan for Salaried and Hourly Employees.

Effective January 1st, 2029, at age 62, and in agreement with pension option selected, the monthly benefit will be reduced to $941.49 for life.

This information was released with the authorization of Mrs. Márquez.

Cordially,

Karen Quintero
Manager of Pension Plans Administration
787-706-6393

Human Resources Department
Pensions Division
PO Box 360998 San Juan, PR 00936-0998

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 19894 - Claim No. 176465**

Signed this 23rd of January 2023




______________________
Andreea I. Boscor

