# EXHIBIT 17

REPLY TO OMNIBUS OBJECTION

I.  Contact information

Name: _Osvaldo L. Sanchez Ramos_

Address: _416 Plum St._
_Aurora IL 60506_

Contact Home Phone _(630) 891-0665_      Cell _(939) 350-6420_

II.  Caption

A.  Clerk's Office
United States District Court
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

B.  Commonwealth of Puerto Rico, et al. (Debtors)

C.  Docket Number: 17 BK 3283-LTS

D.  Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

Proof of claim numbers:

#49762 - Act #89 - Romerazo - Effective July 1, *1995*

#94057 - June 6, 2008 Pay Scale Act – Step Increases

#96621 -   Act #96 (2002) by Dr. Pedro Roselló - effective July 2002
Act #164 (2004) by Ms. Sila M. Calderón effective January 2004

III.  The Court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

Act 89 Romerazo - Effective July 1, 1995

June 6, 2008 Pay Scale Act – Step Increases

Act #96 (2002) by Dr. Pedro Roselló - effective July 2002

Act #164 (2004) by Ms. Sila M. Calderón effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



IV. Supporting Documentation

Enclosed are documents evidencing years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico from *January 12, 1987* through *April 15, 2006*. I completed my work as a *public servant* with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. I am filing a claim under the applicable laws covering these years of service ~~in education~~.

Enclosed are documents in support of this claim.

Due to the recent emergency situation because of the earthquake and Covid-19 in Puerto Rico, responses are being sent on this date. If you need additional information or documentation please contact the undersigned,

Osvaldo L. Sanchez Ramos
Printed name

[Signature]
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:23296-1 Filed:01/18/23 Entered:01/20/23 14:20:30 Desc: Exhibits and Envelope Page 1 of 3

[The text in Spanish on this page is followed by the same text in English on the following page.]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SRF 64936

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

*RECEIVED & FILED CLERK'S OFFICE JAN 18 2023 US DISTRICT COURT SAN JUAN, PR*

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING
## MODIFIED EIGHTH AMENDED TITLE III PLAN OF ADJUSTMENT OF
## THE COMMONWEALTH OF PUERTO RICO, ET AL. PURSUANT TO
## TITLE III OF PROMESA, (B) OCCURRENCE OF THE EFFECTIVE DATE, AND (C)
## EXTENSION OF ADMINISTRATIVE CLAIM BAR DATE FOR CERTAIN PARTIES

**TO CREDITORS AND OTHER PARTIES IN INTEREST:**

The deadline to file a proof of Administrative Expense Claim against (i) the Commonwealth of Puerto Rico, (ii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, or (iii) the Puerto Rico Public Buildings Authority has been extended to **January 18, 2023 at 4:00 p.m. (Atlantic Standard Time)** for certain parties, as further detailed below. Please review this notice carefully.

**If you are required to file a proof of Administrative Expense Claim and fail to timely do so, you will be forever barred, estopped, and enjoined from asserting such Administrative Expense Claim against the Debtors and their property, and the Debtors and Reorganized**

*Osvaldo Sanchez Reeves.*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF No 23296 Claim No 176287**

Signed this 23rd of January 2023



_____

Andreea I. Boscor

