**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

--------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
     as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
     Debtors. :
--------------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
     as representative of : Case No. 17-BK-4780 (LTS)
:
PUERTO RICO ELECTRIC POWER AUTHORITY, *et al.*, :
:
     Debtors. :
--------------------------------------------------------------------------- x

**UNOPPOSED URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO OMNIBUS OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) DISCLOSURE STATEMENT FOR TITLE III PLAN OF ADJUSTMENT OF <u>PUERTO RICO ELECTRIC POWER AUTHORITY AND (II) RELATED MOTIONS</u>**

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors (the "Committee"),[1] hereby files this urgent motion (the "Urgent Motion"), requesting entry of an order, substantially in the form attached hereto as **Exhibit A**, allowing the Committee to exceed the thirty-five (35) page limit set forth in the *Sixteenth Amended Notice, Case Management and Administrative Procedures* (Docket No. 20190-1 in Case No 17-3283) (the "Case Management Procedures") with respect to the *Omnibus Objection of Official Committee of Unsecured Creditors to (I) Disclosure Statement for Title III Plan of Adjustment of Puerto Rico Electric Power Authority and (II) Related Motions* (the "Objection"). In support of this Urgent Motion, the Committee respectfully states as follows:

## JURISDICTION AND VENUE

1. The United States District Court for the District of Puerto Rico has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA. Venue is proper pursuant to section 307(a) of PROMESA.

## RELIEF REQUESTED

2. The Committee respectfully requests that it be allowed to exceed the page limit for memoranda of law in support of objections by fifteen (15) pages and to file the Objection of no more than fifty (50) pages, exclusive of the cover page, tables of contents and authorities, signature pages, exhibits, and certificate of service.

---

[1] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

**BASIS FOR RELIEF REQUESTED**

3. Pursuant to paragraph I.E of the Case Management Procedures, memoranda of law in support of objections are limited to thirty-five (35) pages unless "prior permission has been granted" to exceed that limit.

4. The Committee respectfully submits that there is good cause to exceed that limit under these circumstances. The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed (a) a disclosure statement [Docket No. 23097] (the "Disclosure Statement"), together with (b) a solicitation procedures motion [Docket No. 23099] (the "Solicitation Procedures Motion"), and (c) a motion seeking approval of confirmation discovery procedures [Docket No. 23100] (the "Confirmation Discovery Motion"). Since filing these motions, the Oversight Board has also filed the *Notice of Filing of Load Forecast and Best Interest Test Report for PREPA* [Docket No. 23412], including the *Load Forecast and Illustrative Cash Flow for New Bonds*, attached thereto as Exhibit A, and the *Best Interest Test* attached thereto as Exhibit B. The Committee believes that given the large volume of materials and the broad scope of relief sought by the Oversight Board—relief that affects the rights of the unsecured creditors in a variety of ways—it is impossible to adequately respond to the relief sought in the Solicitation Procedures Motion (including the adequacy of the Disclosure Statement) and the Confirmation Discovery Motion within the 35-page limit under the Case Management Procedures.

5. Indeed, in the interest of efficiency and to minimize duplication, the Committee intends to submit a single objection to the adequacy of the Disclosure Statements and both the Solicitation Procedures Motion and the Confirmation Discovery Motion—rather than filing multiple separate objections.

6. Accordingly, the Committee respectfully requests authorization to file the Objection of no more than fifty (50) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and certificate of service. The Committee submits that this request is reasonable and appropriate in light of the circumstances described above.

7. Pursuant to Section I.H. of the Case Management Procedures, undersigned counsel certifies that it has engaged in reasonable, good-faith communications with counsel to other interested parties. Moreover, in accordance with Local Bankruptcy Rule 9013-1(a)(2), undersigned counsel certifies that counsel has carefully examined the matter and concluded that there is a true need for expedited consideration of the Urgent Motion, and that the Committee has not created the urgency through lack of due diligence on its part. Counsel to the Committee conferred with counsel for the Oversight Board regarding this Urgent Motion. ***Counsel for the Oversight Board has advised counsel for the Committee that the Oversight Board does <u>not</u> object to the relief requested in this Urgent Motion.***

## **NO PRIOR REQUEST**

8. No prior request for the relief requested herein has been made by the Committee to this or to any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Committee respectfully requests that this Court enter an order substantially in the form attached hereto as **Exhibit A** granting the relief requested herein, and granting such other relief as this Court deems just and proper.

| | |
|---|---|
| Dated: February 2, 2023 | By: /s/ Luc A. Despins |

PAUL HASTINGS LLP
Luc A. Despins, Esq. (*Pro Hac Vice*)
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
G. Alexander Bongartz, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors*

– and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors*