## **Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  : Title III
                                                                   :
        as representative of                                       : Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO, et al.,                           : (Jointly Administered)
                                                                   :
        Debtors.                                                   :
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  : Title III
                                                                   :
        as representative of                                       : Case No. 17-BK-4780 (LTS)
                                                                   :
PUERTO RICO ELECTRIC POWER AUTHORITY, et al.,                      :
                                                                   :
        Debtors.                                                   :
------------------------------------------------------------------ x
```

**ORDER GRANTING UNOPPOSED URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO OMNIBUS OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) DISCLOSURE STATEMENT FOR TITLE III PLAN OF ADJUSTMENT OF PUERTO RICO ELECTRIC POWER AUTHORITY AND (II) <u>RELATED MOTIONS</u>**

Upon consideration of the *Unopposed Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limit with Respect to Omnibus Objection of Official Committee of Unsecured Creditors to (I) Disclosure Statement for Title III Plan of Adjustment of*

*Puerto Rico Electric Power Authority and (II) Related Motions* (the "Urgent Motion"),[1] seeking leave to exceed the thirty-five (35) page limit for memoranda of law in support of objections set by the Case Management Procedures, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest, and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Committee may exceed the 35-page per-objection page limit set in the Case Management Procedures by filing the Objection of no more than fifty (50) pages, exclusive of the cover page, table of contents, table of authorities, signature page, exhibits, and the certificate of service.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

Dated: February ____, 2023

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.