UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER GRANTING UNOPPOSED URGENT MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS FOR LEAVE TO FILE A COMBINED OMNIBUS OBJECTION (1) THE MOTION FOR APPROVAL OF THE DISCLOSURE STATEMENT AND RELATED SOLICITATION AND VOTING PROCEDURES [ECF NOS. 3113], (2) AND THE MOTION FOR A CONFIRMATION SCHEDULE AND PROCEDURES [ECF NO. 3114], AND FOR THAT OMNIBUS OBJECTION TO EXCEED THE PAGE LIMIT FOR OBJECTIONS ESTABLISHED IN THE SIXTEENTH AMENDED CASE MANAGEMENT PROCEDURES

Upon consideration of the *Unopposed Urgent Motion of the Ad Hoc Group of PREPA Bondholders for Leave to File a Combined Omnibus Objection to (1) the Motion for Approval of the Disclosure Statement and Related Solicitation and Voting Procedures [ECF Nos. 3113], (2) and the Motion for a Confirmation Schedule and Procedures [ECF No. 3114], and for That Omnibus Objection to Exceed the Page Limit for Objections Established in the Sixteenth Amended Case Management Procedures* (Docket Entry No. 23469 in Case No. 17-3283 and Docket Entry No. 3180 in Case No. 17-4780) (the "Urgent Motion"),[2] the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to Section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to Section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of this Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1.  The Urgent Motion it GRANTED as set forth herein.

2.  The Ad Hoc Group may submit a single omnibus objection to the Oversight Board's Approval Motion [ECF No. 3113] and Confirmation Scheduling Motion [ECF No. 3114], and the Ad Hoc Group may exceed the thirty-five (35) page limit set forth in the Case Management

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.

Procedures by filing an omnibus objection of no more than fifty (50) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, and the certificate of service.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

4. This Order resolves Docket Entry No. 23469 in Case No. 17-3283 and Docket Entry No. 3180 in Case No. 17-4780.

SO ORDERED

Dated: February 3, 2023

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
United States District Judge