**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

Case No. 17-BK-3283- LTS

(Jointly Administered)

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of (A) Entry of Order Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority and (B) Occurrence of the Effective Date [Docket No. 22999]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: January 31, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 31, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

# **Exhibit A**

# Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 1706882 | BENJAMIN COLLAZO PEREZ | ADDRESS ON FILE | | | | |
| 2803535 | DURHAM GEO SLOPE INDICATO | 12123 HARBOUR REACH DRIVE SUITE 106 | | MUKILTEO | WA | 98275 |
| 2864245 | Evans, John V | ADDRESS ON FILE | | | | |
| 2941938 | Hutchinson, Shockey, Erley & Co. | Attention: Operations | 222 W. Adams Street, Suite 1700 | Chicago | IL | 60606 |
| 1656845 | Jenner & Block LLP | Attn: Robert Gordon & Richard Levin | 919 Third Ave | New York | NY | 10022-3908 |
| 2806500 | JOSE ROMAN GARCIA | 6253 PARK ROAD | | EAU CLAIRE | MI | 04911 |
| 1707478 | JOSE VAZQUEZ SANABRIA | ADDRESS ON FILE | | | | |
| 2813380 | LANDRON VERA LLC | 1606 AVE PONCE DE LEON | 501 BOGOCIRIN | SAN JUAN | PR | 00909 |
| 2813392 | LCDO DICKSON ORTIZ | PO BOX 6455 LOIZA STATION | | SANTURCE | PR | 00914 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)