## **EXHIBIT A**

**Exhibit A: Proposed Language for Disclosure Statement**

1. <u>Summary of Swap Claims</u>: PREPA is currently a party to two interest rate swaps, with JPMorgan Chase Bank N.A. and UBS AG as counterparties, with notional amounts of $169.53 million and $83.34 million respectively. Both swaps mature on July 1, 2029. Given that swap payments are calculated periodically, the estimated amount of such payments (including termination damages) is not presently ascertainable.

2. <u>Language Concerning Potential Settlement of Swap Claims (Disclosure Statement p. 258)</u>: The Holder of Assured Insured Interest Rate Swaps Claims shall be entitled to settle claims, rights, and remedies against PREPA arising under the swap agreements and applicable law (including, without limitation, claims arising under the Bankruptcy Code safe harbor provisions).