# EXHIBIT E

# Analysis Group Presentation on Share of Wallet Analysis

# Error 1: McKinsey's "Median Monthly Household Income" Forecast Does Not Incorporate the Most Recent Data



**Median Monthly Household Income Forecast**

McKinsey's income forecast is based on median HH income from the 2019 Census Data, which underestimates *actual* 2021 median HH income by 9.0%

Actual 2021 Median HH Income: $22,237

Actual 2019 Median HH Income: $20,474

9.0% Diff.

$24,117
$21,936
$20,226

There is no need to forecast an income number that is knowable

— McKinsey Median Annual HH Income Forecast
— Updated Median Annual HH Income Forecast

**Sources:**
[1] McKinsey Backup File "4.17.9.16_20221206 SOW_Risk_Mediation.xlsx" received December 6, 2022.
[2] 2021 PRCS, available at https://data.census.gov/table?q=Insurance,+Utilities,+and+Other+Fees&g=0400000US72&tid=ACSST1Y2021.S2503

# McKinsey's SOW Calculation Incorrectly Compares Average Household Consumption and Median Household Income

- Electricity SOW = Monthly Electricity Bill divided by Monthly Income



- It is incorrect to mix averages and medians when calculating SOW
  - Average consumption is inflated by the higher electricity consumption of households earning more than the median level of income
  - A household earning a median income consumes less electricity than households in higher income cohorts

PRELIMINARY DRAFT 12/12/2022

Case:17-03283-LTS Doc#:23481-5 Filed:02/03/23 Entered:02/03/23 17:03:03 Desc: Exhibit Page 5 of 12

# McKinsey's Analysis of Consumption by Cohort Illustrates that Monthly Consumption Increases with Income



| Category | Income Tax Range | | PRCS Load |
|---|---|---|---|
| | Lo | Hi | Monthly |
| Subsidized | 0 | 10,000 | 331 |
| Subsidized | 10,001 | 20,000 | 401 |
| Not Subsidized | 10,001 | 20,000 | 401 |
| Not Subsidized | 20,001 | 30,000 | 453 |
| Not Subsidized | 30,001 | 40,000 | 489 |
| Not Subsidized | 40,001 | 50,000 | 544 |
| Not Subsidized | 50,001 | 60,000 | 594 |
| Not Subsidized | 60,001 | 70,000 | 629 |
| Not Subsidized | 70,001 | 80,000 | 686 |
| Not Subsidized | 80,001 | 90,000 | 702 |
| Not Subsidized | 90,001 | 100,000 | 717 |
| Not Subsidized | 100,001 | 250,000 | 810 |
| Not Subsidized | 250,001 | 500,000 | 978 |

**Note:**
[1] McKinsey's "PRCS Load" is defined by "Average consumption is per PRCS data."
**Source:**
[1] "Residential Customer Analysis.xlsx."

# Correction of McKinsey Error 2



**McKinsey SOW Methodology**

McKinsey uses the *Average* Consumption of *Unsubsidized* Households…

…and divides by the *Median* Household Income of *All* Households…

kWh: Household Electricity Consumption
$$: Household Income
🟧 Subsidized Households
🟩 Illustration of Value used by McKinsey

**Correction for Error 2**

Corrected SOW calculation uses *Median* Consumption of *All* Households…

…and divides by the *Median* Household Income of *All* Households…

kWh: Household Electricity Consumption
$$: Household Income
🟧 Subsidized Households
🟦 Illustration of Corrected Value

# Error 2: McKinsey's SOW Calculation Incorrectly Uses an "Average Monthly Bill," Which Overstates Electricity Consumption of the Median Income Earning Household



2024 forecasted Electricity Consumption of the Median Income Earning Household is 27% less than the McKinsey's 2024 Average Monthly Electricity Consumption of All Unsubsidized Customers

- Average Monthly Consumption of All Unsubsidized Customers (Used in the McKinsey SOW Analysis): 485 kWh
- Median Household Monthly Consumption of Households Earning Median Income of $24,117: 381 kWh

**Note:**
[1] Median Household Monthly Consumption for Full Population from 2021 Census Data is escalated from 2021 to 2024 using the growth in residential load per customer from the PREPA 2022 Fiscal Plan.

**Sources:**
[1] "4.17.9.16_20221206 SOW_Risk_Mediation.xlsx" received December 6, 2022.
[2] U.S. Census Bureau, 2021 Puerto Rico Community Survey.
[3] PREPA 2022 Fiscal Plan.

# The Corrected Forecasted SOW for the Median Household is Always Below Six Percent Under both FOMB's and Bondholders' Proposals



- Correcting for McKinsey's Errors 1 and 2, SOW under both of the FOMB and Bondholders' Proposals are **below the FOMB's 6% threshold from 2024 onwards**.
  - The differences between the two proposals in terms of SOW ranges from 0% in 2024 to 0.19% in 2040.

**Note:**
[1] Median Household Monthly Consumption for Full Population from 2021 Census Data is escalated from 2021 to 2024 using the growth in residential load per customer from the PREPA 2022 Fiscal Plan.
**Sources:**
[1] "4.17.9.16_20221206 SOW_Risk_Mediation.xlsx" received December 6, 2022.
[2] U.S. Census Bureau, 2021 Puerto Rico Community Survey.
[3] PREPA 2022 Fiscal Plan.

# Analysis Group Presentation on Share of Wallet Analysis



# Total Subsidy Needed to Bring the SOW to 6% for the Median Unsubsidized Household Earning $10k-$20k Annual Income

|  | 2024 | 2025 | 2026 | 2027 | 2028 | … | 2040 |
|---|---|---|---|---|---|---|---|
| **Under FOMB Proposal** | $11.4 M | $2.8 M | $0.0 M | $0.0 M | $0.0 M | … | $0.0 M |
| **Under Bondholders Proposal** | $11.4 M | $3.5 M | $0.0 M | $2.3 M | $0.0 M | … | $0.0 M |
| **Under No Debt Service Charge** | $0.0 M | $0.0 M | $0.0 M | $0.0 M | $0.0 M | … | $0.0 M |
| **Incremental difference between FOMB and Bondholders Proposals** | $0.0 M | $0.8 M | $0.0 M | $2.3 M | $0.0 M | … | $0.0 M |

Note:
The total subsidy under each proposal is calculated as the amount per year required to bring the median unsubsidized household with annual income between $10k-$20k to a 6% SOW, multiplied by the total number of unsubsidized households within the same income cohort.

Sources:
[1] U.S. Census Bureau, 2021 Puerto Rico Community Survey.
[2] PREPA 2022 Fiscal Plan.
[3] Residential Customers_vSHARED.xlsx

## Electricity Consumption Distribution of the Unsubsidized Group within the 10-20k Income Cohort

