**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

**MOTION SUBMITTING ADDITIONAL EXHIBITS TO OMNIBUS OBJECTIONS OF THE AD HOC GROUP OF PREPA BONDHOLDERS TO THE DISCLOSURE STATEMENT FOR THE TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY [ECF NO. 3111], AND RELATED PROCEDURAL MOTIONS RELATED TO THE DISCLOSURE STATEMENT AND PLAN CONFIRMATION [ECF NOS. 3113,**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Ad Hoc Group of PREPA Bondholders, respectfully submits additional exhibits to its objections to the Disclosure Statement for the Title III Plan of Adjustment of the Puerto Rico Electric Power Authority, ECF No. 3111; the motion seeking approval of the Disclosure Statement and addressing procedural matters related to the Disclosure Statement, ECF No. 3113; and the motion seeking to establish a confirmation schedule and procedures, ECF No. 3114, submitted by the Financial Oversight and Management Board for Puerto Rico.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Dated: San Juan, Puerto Rico
February 3, 2023

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| /s/ Manuel Fernández-Bared | /s/ Amy Caton |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| P.O. Box 195383 | Alice J. Byowitz* |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel. (212) 715-9000 |
| E-mail: mfb@tcm.law | Fax (212) 715-8000 |
| | Email: acaton@kramerlevin.com |
| /s/ Linette Figueroa-Torres | tmayer@kramerlevin.com |
| Linette Figueroa-Torres | abyowitz@kramerlevin.com |
| USDC-PR No. 227,104 | |
| E-mail: lft@tcm.law | Gary A. Orseck* |
| | Matthew M. Madden* |
| /s/ Nayda Perez-Roman | 2000 K Street NW, 4th Floor |
| Nayda Perez-Roman | Washington, DC 20006 |
| USDC–PR No. 300,208 | Tel: (202) 775-4500 |
| E-mail: nperez@tcm.law | Fax: (202) 775-4510 |
| | Email: gorseck@kramerlevin.com |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | mmadden@kramerlevin.com |
| | *Admitted Pro Hac Vice* |

1

*Counsel for the Ad Hoc Group of PREPA Bondholders*

2