# EXHIBIT 2

Case:17-03283-LTS    Doc#:23483-2    Filed:02/03/23    Entered:02/03/23 17:38:41    Desc:
Exhibit    Page 2 of 5

# THE BOND BUYER

Leaders | Research | Events | Podcasts | Webinars and Whitepapers | Daily Report

PUERTO RICO

# Puerto Rico's December revenues 28% ahead of projections

By **Robert Slavin**    January 31, 2023, 4:24 p.m. EST    1 Min Read

Puerto Rico's general fund net revenues were 28% above projections in December and 14% higher than those of December 2021.

Through the first six months of the fiscal year, net revenues came in 14% ahead of projections and 3% ahead of July to December 2021, according to the Puerto Rico Department of the Treasury.

Net revenues for December were $1.411 billion and $5.422 billion for the fiscal first half.

# THE BOND BUYER



*Fotolia*

In December the categories with the biggest revenues were corporate income taxes with $467 million, the sales and use tax with $292 million, and individual income tax with $270 million.

### Bitvore for Munis: Make better decisions faster with AI powered solutions

Gain early warnings on material changes in muni obligors. Bitvore analyzes unstructured data from 60k+ unique sources of data and extracts valuable risk,...

**PARTNER INSIGHTS FROM BITVORE**

For the month, the categories that exceeded Puerto Rico Oversight Board projections the most were corporate income taxes, $179.4 million above estimates, and individual income taxes which were $77

# THE BOND BUYER

ADVERTISING



In the fiscal year's first six months, the revenue categories with the largest collections were corporate income taxes ($1.239 billion), individual income taxes ($1.184 billion), the sales and use tax ($1.065 billion), and the foreign corporate excise tax ($575 million).

During that period, the categories that exceeded projections the most were corporate income taxes ($322 million), individual income taxes ($207 million), and taxes on non-residents ($96 million). The only two categories that significantly exceeded collections from the first half of fiscal 2022 were corporate income ($172 million) and individual income ($160 million).

December was the last month for the foreign corporate excise, or Law 154, tax. It was replaced by the Act 52 tax. In the fiscal year's first six months, the Law 154 tax accounted for 9.6% of gross revenues.

Robert Slavin Caribbean Reporter, The Bond Buyer



REPRINT

# THE BOND BUYER

PUERTO RICO   COMMONWEALTH OF PUERTO RICO   PUERTO RICO PUBLIC BUILDINGS AUTHORITY
PUERTO RICO INFRASTRUCTURE FINANCIAL AUTHORITY
PUERTO RICO SALES TAX FINANCING CORP (COFINA)   PROMESA   PUBLIC FINANCE