# EXHIBIT 5



# Financial Oversight and Management Board for Puerto Rico

## MEDIA RELEASE

**Oversight Board Reaches Agreement with Bond Insurers over PREPA Restructuring**
*Syncora and National to Support Restructuring Agreement, Increases Certainty of PREPA's Transformation*

*San Juan, PR – September 9, 2019 –* The Financial Oversight and Management Board for Puerto Rico today announced that, together with the Puerto Rico Fiscal Agency and Financial Advisory Authority (FAFAA) and the Puerto Rico Electric Power Authority (PREPA), it reached an agreement with bond insurers Syncora Guarantee Inc. and National Public Finance Guarantee Corp. to join the Definitive Restructuring Support Agreement (RSA) with certain PREPA bondholders and Assured Guaranty Corp. reached earlier this year.

The addition of Syncora and National to the RSA provides significant certainty to the restructuring not only of PREPA's bonds, but to the transformation of PREPA to a modern, efficient power utility able to deliver clean, reliable and affordable energy to the people and businesses of Puerto Rico. The agreement with the bond insurers does not change the economic terms of the RSA. The RSA has now been joined by holders of approximately 90% of uninsured bonds and all PREPA bond insurers.

About the Oversight Board

The Financial Oversight and Management Board for Puerto Rico was created under the bipartisan Puerto Rico Oversight, Management and Economic Stability Act (PROMESA) of 2016. The purpose of the Oversight Board is to provide a method for Puerto Rico to achieve fiscal responsibility and access to the capital markets.

Website: www.oversightboard.pr.gov

###

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@oversightboard.pr.gov

Contact:

Edward Zayas
edward.zayas@promesa.gov
787-641-0001

Matthias Rieker
matthias.rieker@promesa.gov
787-641-0001

Forculus Strategic Communications
José Luis Cedeño
jcedeno@forculuspr.com
787-400-9245