# EXHIBIT 10

AAFAF
INVESTOR PRESENTATION
CLOSING A CHAPTER
BEGINNING A NEW ERA
PUERTO RICO
FISCAL AGENCY
& FINANCIAL ADVISORY
AUTHORITY

# DISCLAIMER

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico, its instrumentalities and agencies (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government, the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties. The Government has had to rely upon preliminary information and unaudited financials. As such, AAFAF and the Government have made certain assumptions that may materially change once those financial statements are fully audited. The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party. The Parties do not undertake any duty to update the information contained herein.

This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein. Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various legal, financial, social, economic, environmental, governmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government, but also by Financial Oversight and Management Board for Puerto Rico and other third-party entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document.

Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision. By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations. This document may contain capitalized terms that are not defined herein or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should refer questions to AAFAF should clarification be required.

This document does not constitute an offer to sell or the solicitation of an offer to buy or restructure any security, nor does it constitute an offer or commitment to lend, syndicate or arrange a financing, underwrite or purchase or act as an agent or advisor or in any other capacity with respect to any transaction, or commit capital, or to participate in any trading strategies, and does not constitute legal, regulatory, accounting or tax advice to the recipient.

 

# TABLE OF CONTENTS

| | |
|---|---|
| *Executive Summary – Timeline* | 4 |
| *Commonwealth Plan of Adjustment ("CWPOA")* | 6 |
| *Completed Debt Restructurings* | 12 |
| *Debt Restructurings in Progress* | 15 |
| *Fiscal Achievements* | 20 |
| *Federal Funds* | 24 |
| *Puerto Rico is Positioned for Economic Growth* | 29 |
| *Conclusion* | 34 |

Case:17-03283-LTS Doc#:23482-10 Filed:02/03/23 Entered:02/03/23 17:38:41 Desc: Exhibit Page 5 of 37

FISCAL AGENCY
& FINANCIAL ADVISORY

# Executive Summary – Timeline

Past
Future
Hurricanes
Hurricanes María and Irma inflicted unprecedented damage on Puerto Rico and its infrastructure.
Fall 2017
Earthquakes
Puerto Rico suffered the most serious earthquakes in recent memory.
January 2020
COVID-19
Puerto Rico's economics situation exacerbated by the COVID-19 pandemic, causing a reevaluation of February 2020 PSA.
March 2020
Eighth Amended Plan of Adjustment
Confirmation of the Commonwealth Plan of Adjustment to exit Title III.
January 18, 2022
March 2022
Targeted Date to Restructure HTA
Mid 2022
Summer 2017
Title III – The Oversight Board files for Title III protection for the Commonwealth, COFINA, HTA, ERS, and PREPA.
Summer 2019
Governance Transition
February 2020
Plan of Adjustment
The Oversight Board files the first amended plan of adjustment.
January 2021
Governance Transition
March 15, 2022
CWPOA Effective Date – CWPOA targeted effective date.
End 2022
Targeted Date to Restructure PREPA




# Largest & Most Complex Municipal Bankruptcy in U.S. History

**~$74B**
PUBLIC DEBT OF PR GOVERNMENT & RELATED ENTITIES

**$555M** Puerto Rico Housing Finance Authority

**$4.7B** Government Development Bank for Puerto Rico

**$4.6B** Puerto Rico Aqueduct & Sewer Authority

**$17B** Puerto Rico Sales Tax Financing Corporation

**$13.7B** Commonwealth of Puerto Rico General Obligation Bonds

**$2.5B** Puerto Rico Infrastructure Financing Authority

**$529M** Puerto Rico Convention Center District Authority

**$5.8B** Puerto Rico Highways & Transportation Authority

**$4,671M** Puerto Rico Public Buildings Authority

**$1.7B** Puerto Rico Public Finance Corporation

**$3.2B** Employee Retirement System

**$200M** Puerto Rico Industrial Development Company

**$280M** Puerto Rico Ports Authority

**$90M** Puerto Rico Tourism Development Fund

**$395M** University of Puerto Rico

**$9B** Puerto Rico Electric Power Authority

Completed Debt Restructurings & Performing Credits

Resolved as Part of Commonwealth Plan of Adjustment



CLOSING A CHAPTER - BEGINNING A NEW ERA

# COMMONWEALTH PLAN OF ADJUSTMENT ("CWPOA")




FISCAL AGENCY
& FINANCIAL ADVISORY

# Puerto Rico is on Sound Fiscal Footing

**On January 18, 2022, Judge Swain confirmed the Commonwealth Modified 8th Amended Joint Plan of Adjustment, which marks a historic step in exiting Title III and concluding the largest restructuring of municipal debt in U.S. history.**

**Reduction in Debt ($ in billions)[1, 2]**

34
~78%
Reduction
7.4
Pre-POA (a)
Post-POA (b)

**Key Points**

- Reduction of total debt service, including COFINA, from ~$90 billion to ~$34 billion, a 62% decrease
- Current Interest Maximum Annual Debt Service of $1.15 billion[3]
- Reduction in debt service as a percentage of Own Source Revenues ("OSR") of ~25 cents pre-restructuring to approximately 6.5 cents in FY2022 after effectiveness of CWPOA[3, 4]
- Includes Contingent Value Instruments ("CVI") based upon sharing of outperformance of 5.5% Sales and Use Tax Collections ("5.5% SUT") and General Fund Rum Tax Collections, both subject to annual and lifetime caps
- Inclusion of CVI allows for a sharing of upside on island between Government and Creditors

Notes: (1) Estimated Pre-POA Commonwealth Claims includes original issue discount. Includes GO and GO Guaranteed, Clawback, MBA, ERS, and other estimated general unsecured claims. (2) Post POA Includes current interest and capital appreciation bonds. Excludes contingent value instrument and new debt at HTA. (3) Debt service includes $1.15 billion in GO and COFINA debt service and excludes: (i) the 5.375% GO CABs and (ii) the 5.000% GO CABs. (4) Own Source Revenues as projected in January 2022 Certified Fiscal Plan divided by that years Maximum Annual Tax-Supported Debt Service.

  



# Debt Service Reduction – Sustainable Debt Service Levels

**The financial restructuring of the Commonwealth has been a complex process, which was preceded by the successful debt restructurings for Government Development Bank and COFINA. The CWPOA ensures Puerto Rico has an affordable and predictable level of debt service.**

Notes: (1) Excludes payments on account of GO Capital Appreciation Bonds. New debt issued as part of the 2021 PSA has a 25-year maximum maturity, after which the only Commonwealth fixed obligation is existing COFINA Senior Lien debt. For the avoidance of doubt, above charts do not include annual CVI payments.




FISCAL AGENCY
& FINANCIAL ADVISORY

# CWPOA – Debt Sustainability

**The Commonwealth is exiting Title III with a sustainable level of debt and debt service moving forward based on percentage of GDP, state personal income, debt per capita and own source revenues.**

Net tax-supported debt, % of GDP

60%
50%
40%
30%
20%
10%
0%
0.4
2.5
5.7
55.1
5.9
Lowest 10 state average
U.S. average
Highest 10 state average
Puerto Rico Pre-POA
Puerto Rico Post-POA

Net tax-supported debt to state personal income, %

120%
100%
80%
60%
40%
20%
0%
0.5
2.8
6.6
102.4
9.4
Lowest 10 state average
U.S. average
Highest 10 state average
Puerto Rico Pre-POA
Puerto Rico Post-POA

Net tax-supported debt per capita, $/person

$20,000
$15,000
$10,000
$5,000
$0
231
1,494
3,890
16,662
2,261
Lowest 10 state average
U.S. average
Highest 10 state average
Puerto Rico Pre-POA
Puerto Rico Post-POA

Debt service, % of own-source revenues[1]

40%
30%
20%
10%
0%
0.9
4.3
8.6
28.1
6.5
Lowest 10 state average
U.S. average
Highest 10 state average
Puerto Rico Pre-POA
Puerto Rico Post-POA

Notes: (1) Own revenues includes all Commonwealth-collected revenues and excludes all federal transfers as included in the January 2022 CFP. (2) "Puerto Rico Post-POA" figures are based on assumptions included in the January 2022 Certified Fiscal and net tax-supported debt which includes new General Obligation debt of ~$7.4 billion, excludes COFINA. Debt service based on $1.15 billion MADS Cap, excludes CABs. Sources: January 2022 Certified Fiscal Plan, Exhibit 31, pg. 74.



# CWPOA – General Obligation Restructured Bonds, Series 2022A

**As part of the Commonwealth Plan of Adjustment, the Commonwealth of Puerto Rico expects to issue approximately $7.5 billion of General Obligation Restructured Bonds, Series 2022A.**

**Series 2022A Bonds – Current Interest Bonds**

| | Term Principal | Mandatory Sinking Fund Amort. | Interest Amount | Total Debt Service | Interest Rate |
|---|---|---|---|---|---|
| 7/1/2022 | | $376,515,000 | $307,767,250 | $684,282,250 | 5.000% |
| 7/1/2023 | $752,950,000 | 376,435,000 | 288,941,500 | 665,376,500 | 5.000% |
| 7/1/2024 | | 375,595,000 | 270,119,750 | 645,714,750 | 5.000% |
| 7/1/2025 | 749,520,000 | 373,925,000 | 251,340,000 | 625,265,000 | 5.000% |
| 7/1/2026 | | 371,355,000 | 232,643,750 | 603,998,750 | 5.000% |
| 7/1/2027 | 739,160,000 | 367,805,000 | 214,076,000 | 581,881,000 | 5.000% |
| 7/1/2028 | | 363,190,000 | 195,685,750 | 558,875,750 | 5.000% |
| 7/1/2029 | 720,620,000 | 357,430,000 | 177,526,250 | 534,956,250 | 5.000% |
| 7/1/2030 | | 350,425,000 | 159,654,750 | 510,079,750 | 5.000% |
| 7/1/2031 | 692,495,000 | 342,070,000 | 142,133,500 | 484,203,500 | 5.000% |
| 7/1/2032 | | 332,265,000 | 125,030,000 | 457,295,000 | 4.000% |
| 7/1/2033 | 649,835,000 | 317,570,000 | 111,739,400 | 429,309,400 | 4.000% |
| 7/1/2034 | | 301,170,000 | 99,036,600 | 400,206,600 | 4.000% |
| 7/1/2035 | 584,115,000 | 282,945,000 | 86,989,800 | 369,934,800 | 4.000% |
| 7/1/2036 | | 262,150,000 | 75,672,000 | 337,822,000 | 4.000% |
| 7/1/2037 | 501,325,000 | 239,175,000 | 65,186,000 | 304,361,000 | 4.000% |
| 7/1/2038 | | 213,890,000 | 55,619,000 | 269,509,000 | 4.000% |
| 7/1/2039 | | 186,135,000 | 47,063,400 | 233,198,400 | 4.000% |
| 7/1/2040 | | 155,745,000 | 39,618,000 | 195,363,000 | 4.000% |
| 7/1/2041 | 681,610,000 | 125,840,000 | 33,388,200 | 159,228,200 | 4.000% |
| 7/1/2042 | | 130,875,000 | 28,354,600 | 159,229,600 | 4.000% |
| 7/1/2043 | | 136,110,000 | 23,119,600 | 159,229,600 | 4.000% |
| 7/1/2044 | | 141,555,000 | 17,675,200 | 159,230,200 | 4.000% |
| 7/1/2045 | | 147,220,000 | 12,013,000 | 159,233,000 | 4.000% |
| 7/1/2046 | 708,865,000 | 153,105,000 | 6,124,200 | 159,229,200 | 4.000% |
| **Total** | **$6,780,495,000** | **$6,780,495,000** | **$3,066,517,500** | **$9,847,012,500** | |

**Series 2022A Bonds – Capital Appreciation Bonds**

| | Initial Accreted Value | Accreted Value at Redemption Date* | Maturity Value** | Interest Rate |
|---|---|---|---|---|
| 7/1/2022 | $ 100,862,061.30 | $105,968,971.50 | $116,970,000.00 | 5.000% |
| 7/1/2023 | 96,003,057.15 | 105,969,766.35 | 111,335,000.00 | 5.000% |
| 7/1/2024†† | 91,376,871.30 | 105,970,000.00 | 105,970,000.00 | 5.000% |
| 7/1/2029 | $98,129,013.00 | $149,997,523.50 | $185,450,000.00 | 5.375% |
| 7/1/2030 | 93,059,851.80 | 149,997,764.30 | 175,870,000.00 | 5.375% |
| 7/1/2031 | 88,252,614.90 | 149,998,089.75 | 166,785,000.00 | 5.375% |
| 7/1/2032 | 83,694,073.80 | 149,998,937.80 | 158,170,000.00 | 5.375% |
| 7/1/2033†† | 79,371,000.00 | 150,000,000.00 | 150,000,000.00 | 5.375% |

* Equals the original principal amount, plus interest accreted to the stated redemption date.
** Equals the total Accreted Value that would be represented by the portion of the capital appreciation term bond being redeemed if it were held to maturity.
†† Stated Maturity.

Full disclosure available on EMMA.



# CWPOA – Contingent Value Instrument

**The Contingent Value Instrument ("CVI") <u>will only pay creditors in the case that actual collections outperform</u> the metrics included in the respective Certified Fiscal Plans used for outperformance measurement. The key terms of the CVI include:**

| | Sales and Use Tax ("SUT") Portion of the CVI | Rum Tax Portion of the Clawback CVI |
|---|---|---|
| Metric to Measure Outperformance | ▪ Outperformance on 5.5% SUT collections above the May 2020 Commonwealth Certified Fiscal Plan Projections | ▪ Outperformance on waterfall general fund rum tax collections above the April 2021 Commonwealth Certified Fiscal Plan Projections |
| Annual Payment | ▪ Lesser of:<br>– 90% of **<u>cumulative</u>** outperformance<br>– 90% of **<u>annual</u>** outperformance<br>– Annual cap of $375 million | ▪ Lesser of:<br>– 40% of **<u>cumulative</u>** outperformance of waterfall general fund rum tax collections above the outperformance metric, starting on July 1, 2021, less payments made to the PRIFA Trust on account of previous Rum Tax CVI annual payments;<br>– 50% of **<u>annual</u>** outperformance of waterfall general fund rum tax collections above the outperformance metric, measured at the conclusion of each fiscal year.<br>– Annual cap of $30 million. |
| Annual Cap | ▪ $375 million | ▪ $30 million |
| Lifetime Cap | ▪ GO CVI: $3.5 billion<br>▪ Clawback CVI: $5.2 billion | ▪ ~$1.3 billion (together with PRIFA CVI payouts from the SUT Outperformance). |
| Cap on Supplemental Cover Over Revenues | ▪ N/A | ▪ Maximum amount of Supplemental Cover Over Revenues of $88 million |
| Term | ▪ GO CVI: 22 years<br>▪ Clawback CVI: 30 years | ▪ 30 years |

Notes: (1) "Supplemental cover over" is the $2.75 incremental rum tax cover over (i.e., above the $10.50 base cover over).

CLOSING A CHAPTER - BEGINNING A NEW ERA

# COMPLETED DEBT RESTRUCTURINGS

# Debt Restructurings – Completed

We have shown the political will to reach consensual deals, having restructured over $23 billion of existing indebtedness through the various mechanisms available under PROMESA, resulting in a ~30% reduction in debt across GDB, PRIFA-PORTS, COFINA and PRASA.




Exhibit Page 15 of 37

FISCAL AGENCY
& FINANCIAL ADVISORY

# Successful Market Issuance – COFINA & GDB

The restructured GDB and COFINA bonds have traded well with market reception post their respective issuances in December 2018 and February 2019, respectively.

3-Year Trading Chart (% of Par)
COFINA, Series 2019A (TE), 95.4
COFINA, Series 2019A (TE), 110.4
COFINA, Series 2019A (TX), 85.3
COFINA, Series 2019A (TX), 98.2
GDB Recovery Authority, 74.4
GDB Recovery Authority, 90.8
Onset of COVID-19
120
100
80
60
40
20
-
2/26/19
4/26/19
6/26/19
8/26/19
10/26/19
12/26/19
2/26/20
4/26/20
6/26/20
8/26/20
10/26/20
12/26/20
2/26/21
4/26/21
6/26/21
8/26/21
10/26/21
12/26/21
COFINA, Series 2019A (TX)
COFINA, Series 2019A (TE)
GDB Recovery Authority

14

CLOSING A CHAPTER - BEGINNING A NEW ERA

# DEBT RESTRUCTURINGS IN PROCESS

FISCAL AGENCY & FINANCIAL ADVISORY

# HTA Plan of Adjustment

The Oversight Board and Government will restructure all legacy obligations at HTA through the Title III process consistent with the framework included in the PSA with Assured, National and other supporting holders. The Government parties have targeted a timeline for the HTA Title III Plan of Adjustment to prior to the end of Fiscal Year 2022.[1]

- **HTA Debt:** HTA Plan of Adjustment will include $1,245 million in new HTA debt.
  - HTA has the option to substitute debt with cash to lessen the long-term debt burden following HTA's Title III exit.
  - Includes the recognition of a net revenue pledge and security interest for the post-reorganization HTA bonds.

Reduction in Debt ($ in billions)2
6.3
~80%
Reduction
1.2
PRE-RESTRUCTURING CLAIM AMT.
POST-RESTRUCTURING CLAIM AMT.

Notes: (1) Timing is uncertain and subject to further changes. (2) Pre-Restructuring claim amount represents Clawback-related claim included as of the Commonwealth Title III petition date.



# PREPA Restructuring

- **PREPA Restructuring:** After the Commonwealth's POA, the priority is negotiating an agreement that will allow PREPA to exit Title III prior to the end of calendar year 2022.[1]
- **Need for the End of PREPA Title III:** It is imperative to exit bankruptcy at the end of calendar year 2022 to comply with the On-Island renewable energy goals, along with focusing on economic development after exiting the last outstanding Title III case.

TERMINATED
PREPA – May 2019 PREPA RSA ($ in billions)2
8.5
~33%
Reduction
5.7
Pre-Restructuring Claim Amt.
Post-Restructuring Claim Amt.

Notes: (1) Timing is uncertain and subject to further changes. (2) Claim amount represents principal outstanding of Power Revenue Bonds and does not include accrued and unpaid interest. Assuming maximum haircut of 32.5%, as contemplated in the May 2019 PREPA RSA.



# Other Credits

**Along with the HTA and PREPA restructuring, the Government and the Oversight Board are focused on resolving other outstanding credits.**

| | |
|---|---|
| **Puerto Rico Industrial Development Company (PRIDCO)** | ▪ A standstill agreement was entered on February 23, 2022 and will expire April 30, 2022. The Government and forbearing holders will holders will continue to negotiate in good faith to reach a resolution. |
| **Puerto Rico Ports Authority (PORTS)** | ▪ The Government is working to resolve outstanding obligations at PORTS and concurrently working on a P3 Project for a concession of the Island's main passenger cruise ship terminals. |
| **University of Puerto Rico (UPR)** | ▪ Currently operating under standstill agreement with the UPR Revenue Bondholders that is set to expire on May 31, 2022. |
| **Debt Recovery Authority (DRA)** | ▪ The Oversight Board entered a stipulation with the DRA to make best efforts to engage with AAFAF to resolve certain credits (CRIM, EDB, PR Housing Finance Authority) and develop plans for resolution of other credits (PORTS, HFA and GDB Retained Loans). |




FISCAL AGENCY
& FINANCIAL ADVISORY

# Sustainable Capital Structure

**The Government has succeeded in restructuring approximately $70 billion in claims to $34 billion in new debt based on consummated restructurings and those to be finalized in the coming months.**

Commonwealth Pre-PROMESA Obligations
($ in billions)1, 2
Commonwealth Post-Plan Obligations
($ in billions)3
$80
$70
$60
$50
$40
$30
$20
$10
$-
$70
Other Clawback Entities - $2
HTA - $6
Commonwealth $26
PREPA - $9
PRASA - $5
GDB - $5
COFINA $18
~51% Reduction
$34
HTA, $1
Commonwealth, $7
PREPA, $6*
PRASA, $5
GDB, $3
COFINA, $12
Pre-PROMESA Claims
2022 Post-CWPOA
COFINA
GDB
PRASA
PREPA
Commonwealth
HTA
Other Clawback Entities

Notes: (1) Clawback claims include ~$2 billion PRIFA and ~$400 million CCDA and MBA. (2) Commonwealth includes GO/PBA claims of ~$19 billion, estimated GUCs of $2.75 billion, other miscellaneous claims of ~$1 billion, and ERS claims of ~$3 billion. (3) PREPA is not yet restructured and the Government of PR has recently terminated the 2019 PREPA RSA..



CLOSING A CHAPTER - BEGINNING A NEW ERA
FISCAL ACHIEVEMENTS
PUERTO RICO
FISCAL AGENCY
& FINANCIAL ADVISORY
AUTHORITY




FISCAL AGENCY
& FINANCIAL ADVISORY

# Operational Restructuring – Expense Reduction

The Government has continued to focus on balanced budgets and reducing General Fund related spending. Since Fiscal Year 2016, the Government has reduced spending by approximately 25% and headcount by 16% (~20k positions).

Actual General Fund Expenses, excluding PayGo ($ in millions)[1, 2]
Payroll & Related
Other Operating Expenses
9,000
8,000
7,000
6,000
5,000
4,000
3,000
2,000
1,000
-
7,990
4,598
3,392
8,186
4,010
4,176
7,074
3,957
3,118
6,349
3,540
2,809
6,029
3,327
2,702
FY2016
FY2017
FY2018
FY2019
FY2020

Notes: (1) Excludes PayGo pension expenses and debt service in FY2016 and FY2017.



FISCAL AGENCY & FINANCIAL ADVISORY AUTHORITY

# Operational Restructuring – Revenue Increase

**The Government has continued to focus on increasing revenues by implementing revenue enhancement measures and improving collections. General Fund revenues were trending in the right direction before the pandemic hit the island.**

Source: Hacienda Website
Notes: SUT does not include COFINA, FAM, or Theater Fund Revenues.



FISCAL AGENCY
& FINANCIAL ADVISORY

# Fiscal Plan – Improvement in Outlook

**The projections included in the January 2022 Certified Fiscal Plan include an improvement in Puerto Rico's financial position driven by a variety of factors including an improved macroeconomic outlook and increased federal Medicaid funding. The 2022 CFP additionally includes the go-forward Debt Service and projected CVI payments, along with contributions to the Pension Reserve Trust Fund.**

Gap / Surplus after Measures and Structural Reforms, $ in millions
Based on the projections in the 2022 CFP, Puerto Rico will have a surplus Post-Pension Trust withdrawals until FY2048.
3,000
2,500
2,000
1,500
1,000
500
-
(500)
(1,000)
(1,500)
FY22
FY23
FY24
FY25
FY26
FY27
FY28
FY29
FY30
FY31
FY32
FY33
FY34
FY35
FY36
FY37
FY38
FY39
FY40
FY41
FY42
FY43
FY44
FY45
FY46
FY47
FY48
FY49
FY50
FY51
Estimated unrestricted surplus after debt service and Pension Trust contributions / withdrawal
Estimated unrestricted gap / surplus

Note: (1) Pension trust achieves 100% funding in the middle of FY38.

23



CLOSING A CHAPTER - BEGINNING A NEW ERA

# FEDERAL FUNDS




# Federal Funds – FEMA and Other Disaster Related Funds

**Puerto Rico has experienced historic and unprecedented disasters since 2017. The impact of Hurricanes Irma and Maria, as well as a magnitude 6.4 earthquake (and its subsequent aftershocks), has resulted in damage to the infrastructure, economy, and community.**

- The Federal Government has allocated over **$68 billion** in order to assist Puerto Rico in its recovery and rebuilding efforts.
- As illustrated below, the Government has rapidly, and transparently, disbursed funds to utilize monies efficiently.





Notes: (1) Does not include $675.9 million in funding related to COVID-19. (2) COR3 Transparency Portal: https://recovery.pr/en

 

# Key Goals & Expectations for 2022

Puerto Rico's key goals and expectations for 2022 involve implementing projects to help those affected by Hurricane María and other natural disasters and continuing to disburse federal funds.

**+2,250 Projects**
(María & Earthquakes)

**+2,000 PW**
Obligations

**+$2.5 Billion**
Disbursed Funds (Federal Share)



FISCAL AGENCY & FINANCIAL ADVISORY AUTHORITY

# Federal Funds – COVID-19 Related Funds to Puerto Rico

**Puerto Rico received substantial federal COVID-19 relief funding, estimated at more than $43.2 billion, to address the broad range of social, economic, and health impacts of COVID-19.**






FISCAL AGENCY
& FINANCIAL ADVISORY

# Effective Deployment of Pandemic Relief Funds

**Puerto Rico's strategic approach to evaluation and execution of its pandemic response ensured the effective and expedient deployment of COVID-19 Relief Funds.**

## KEY PROGRAM ACCOMPLISHMENTS

1. Successfully implemented CRF programs, ranking 17th (top 3%) out of 760 entities in total dollars spent[1]
2. Launched 26 relief programs to distribute CRF funds to impacted populations
3. Announced 33 initial CSFRF programs, across the 4 strategic priorities worth $2.1B
4. Launched a repeatable accountability framework to ensure transparency

## REPRESENTATIVE OUTCOMES

### Public Health Response

**3rd in U.S.**

**Puerto Rico ranks 3rd** among U.S. States, Territories, and Federal Entities for doses of COVID-19 vaccine administered per 100k people[2]

Total Doses Administered Reported to the CDC by State/Territory and for Select Federal Entities per 100,000 of the Total Population

### Economic Development Spotlight: Tourism Impact

- ***Lodging revenue*** *in 2021 was* ***37% higher than 2019*** *and, for the first time ever, surpassed $1 billion*
- *In June 2021, Puerto Rico's* ***travel spending*** *was* ***28% higher than in 2019***
- ***Highest hotel demand since before Hurricane Maria***

Notes: (1) As of September 30, 2021 - Pandemicoversight.gov. (2) Centers for Disease Control and Prevention as of Feb 8, 2022.



CLOSING A CHAPTER - BEGINNING A NEW ERA
PUERTO RICO IS POSITIONED FOR ECONOMIC GROWTH




# Return to Economic Growth

**The Government has a unique opportunity to seize the current moment.**

**End of bankruptcy is at hand** - cloud of uncertainty has been lifted

Government will take **actions to institutionalize financial management best practices** needed to maintain stability

Puerto Rico has **unprecedented support from the federal government to invest in its infrastructure and people**

**Sustainable growth medium term** requires improving competitiveness through structural reform implementation



FISCAL AGENCY
& FINANCIAL ADVISORY

# Return to Economic Growth – Reconstruction

Puerto Rico is focused on its recovery and reconstruction efforts, transitioning from disbursement of Emergency Work Obligated Funds to the Disbursement of Permanent Work Obligated Funds.

Hurricanes
Irma & María
Earthquakes
COVID
General Elections
Transition from Obligation to Architecture & Engineering to Construction Phase
2017
2018
2019
2020
2021
2022
Essential Services Stabilization
Disaster Recovery Planning
Small Projects Development
Emergency PW's (Cat A/B) Development/Execution
Development Permanent Work Projects (Cat C-G)
KEY FOCUS:
Small Projects
Federal Grant Strategy (PREPA, PRDE)
Cat C-G Large Projects
KEY FOCUS:
Federal Grant Strategy (PRASA, Public Housing)
Large & Small Cat C-G
Execute Architecture & Engineering Project Bids for Cat C-G
First Construction Bids & Projects for Cat C-G
Inspection and Obligations of 2020 Earthquake Recovery Funds
MOVING FORWARD:
>2,000 Projects under Construction or Bids, including Federal Accelerated Grant Strategies for Cat C-G
Approval of ALL 404 Hazard Mitigation Projects
Disbursement of Emergency Work Obligated Funds
Disbursement of Permanent Work Obligated Funds



FISCAL AGENCY & FINANCIAL ADVISORY

# Return to Economic Growth – Clear and Measurable Goals

## OUR FOCUS FOR COMPETITIVENESS



# Return to Economic Growth – Puerto Rico Labor Market

**The on-Island labor and economic activity has continued to see a strong recovery since December 2020 with a large pick up in labor participation rate and decreased unemployment.**

| DESCRIPTION | Dec. 2020 | Dec. 2021 |
|---|---|---|
| Unemployment Rate | **10.5%** | **6.6%** |
| *The on-Island labor markets has seen strong improvement with additional progress to be made.* | | |
| Labor Force Participation Rate | **39.9%** | **44.2%** |
| *The labor participation rate on-Island continues to improve year-over-year.* | | |
| Economic Activity Index | **118.0** | **122.5** |
| *Economic activity has increased ~3.8% in the past year as measured by the Puerto Rico EDB Activity Index.* | | |

Source: Puerto Rico Economic Indicators per Economic Development Bank of Puerto Rico as of 2/18/2022.

CLOSING A CHAPTER - BEGINNING A NEW ERA
CONCLUSION

# Concluding Remarks

- We have put our finances in order.

- We are completing the largest and most complex debt restructuring in the U.S. municipal market.

- With the plan confirmation, we are ending our fiscal crisis with a plan that is fair to all stakeholders and sustainable for Puerto Rico.

- Now our focus is on improving government services, prudent financial management, regaining access to the capital markets and economic development.

- Our efforts and resources are concentrated on expanding our tax base through exports, reaching our full potential and increasing economic growth, jumpstarted with investments financed by federal stimulus, and reconstruction funding and complemented by creating the conditions for the private sector to prosper.

**Our future will be prosperous and we count with you to make it happen. And the moment is now.**

SAVE THE DATE

MAY 9-10

PUERTO RICO CONVENTION CENTER