**Estimated Hearing Date:** June 7, 2023, at 9:30 am (AST)
or as otherwise ordered by the Court
**Objection Deadline:** May 23, 2023 at 4:00 p.m. (AST) (for parties other than the Fee Examiner)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## FINAL APPLICATION OF PHOENIX MANAGEMENT SERVICES, LLC AS FINANCIAL ADVISOR TO THE MEDIATION TEAM FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 4, 2017 THROUGH AND INCLUDING JANUARY 21, 2022

| | |
|---|---|
| Name of Applicant: | Phoenix Management Services, LLC |
| Authorized to Provide Professional Services to: | The Mediation Team |
| Date of Retention: | August 21, 2017 (Effective August 4, 2017) [ECF No. 1100] |
| Period for which compensation and reimbursement is sought: | August 4, 2017 through January 21, 2022 |
| Amount of final compensation sought as actual, reasonable, and necessary: | $2,935,747.69 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $84,283.34 |
| Blended rate in this application for all timekeepers: | $542.21 |

This is a ***final*** application.

| | |
|---|---|
| The total time expended for fee application preparation for the Final Period (as defined in the application) is approximately: | 152.10  hours |
| The corresponding compensation requested is approximately: | $47,578.60 |

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

| Date [Docket No.] | Interim Fee Period ("IFP") Covered | Fees & Expenses Approved | | Date and Docket No. of Fee Order | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Date | Docket No. |
| 12/15/2017 [2072] | First IFP 08/04/17 to 10/01/17 | $ 770,482.25 | $ 27,302.45 | 3/7/2018 | [2685] |
| 3/19/2018 [2724] | Second IFP 10/02/17 to 02/04/18 | $ 479,160.35 | $ 20,653.46 | 6/8/2018 | [3279] |
| 7/16/2018 [3523] | Third IFP 02/05/18 to 06/03/18 | $ 408,694.00 | $ 18,668.99 | 11/9/2018 | [4200] |
| 11/27/2018 [4368] | Fourth IFP 06/04/18 to 09/30/18 | $ 240,575.50 | $ 5,249.27 | 3/14/2019 | [5654] |
| 3/18/2019 [5776] | Fifth IFP 10/01/18 to 02/03/19 | $ 132,531.50 | $ - | 6/26/2019 | [7670] |
| 7/15/2019 [7977] | Sixth IFP 02/04/19 to 06/02/19 | $ 90,811.00 | $ 2,343.20 | 10/29/2019 | [9046] |
| 11/14/2019 [9167] | Seventh IFP 06/03/19 to 09/29/19 | $ 193,489.00 | $ 4,890.80 | 3/6/2020 | [12157] |
| 3/16/2020 [12355] | Eighth IFP 09/30/19 to 02/02/20 | $ 204,955.70 | $ 5,175.17 | 7/24/2020 | [13824] |
| 7/13/2020 [13614] | Ninth IFP 02/03/20 to 05/31/20 | $ 58,672.60 | $ - | 10/26/2020 | [14925] |
| 11/16/2020 [15139] | Tenth IFP 06/01/20 to 10/04/20 | $ 49,579.40 | $ - | 3/8/2021 | [15971] |
| 3/12/2021 [16035] | Eleventh IFP 10/05/20 to 01/31/21 | $ 79,905.69 | $ - | 8/3/2021 | [17646] |
| 7/15/2021 [17360] | Twelfth IFP 02/01/21 to 05/30/21 | $ 144,597.80 | $ - | 10/4/2021 | [18371] |
| 11/15/2021 [19209] | Thirteenth IFP 05/31/21 to 10/03/21 | $ 76,473.60 | $ - | 1/28/2022 | [19937-1] |
| 7/1/2022 [21431] | Fourteenth IFP 10/04/21 to 01/21/22 | $ 5,819.30 | $ - | 10/28/2022 | [22727] |
| **Total fees and expenses approved by interim order to date:** | | $ 2,935,747.69 | $ 84,283.34 | | |

3

**Estimated Hearing Date:** June 7, 2023, at 9:30 am (AST)
or as otherwise ordered by the Court
**Objection Deadline:** May 23, 2023 at 4:00 p.m. (AST) (For parties other than the Fee Examiner)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

--------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## FINAL APPLICATION OF PHOENIX MANAGEMENT SERVICES, LLC, FINANCIAL ADVISOR TO THE MEDIATION TEAM, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD AUGUST 4, 2017 THROUGH JANUARY 21, 2022

Phoenix Management Services, LLC ("Phoenix"), Financial Advisor to the Mediation Team appointed in the above-captioned Title III cases (the "Title III Cases"), hereby submits this final application (the "Final Application") for an award of compensation for professional services rendered in the amount of $2,935,747.69 and reimbursement for actual and necessary expenses incurred in connection with such services in the amount of $84,283.34 for the application period from August 4, 2017 through January 21, 2022 (the "Final Period"). Phoenix submits this Final Application pursuant to the Court's

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Order Authorizing the Employment and Payment of Phoenix Management Services, LLC, as Financial Advisor for Mediation Team* (the "Phoenix Retention Order") [ECF No. 1100], which, among other things, (i) authorizes and requires the Debtors to pay Phoenix amounts arising under its engagement, (ii) authorizes Phoenix to perform certain services for the mediation team appointed on June 23, 2017 in the Title III Cases (the "Mediation Team"), (iii) entitles Phoenix to allowance and payment of compensation for its services and expenses as administrative expenses under section 503(b)(1) of Title 11, United States Code (the "Bankruptcy Code"), made applicable by section 301(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] (iv) subjects Phoenix's fees and expenses to review under section 316 of PROMESA, and (v) entitles Phoenix to interim compensation under the procedures set forth in PROMESA section 317, subject to certain exceptions.  Phoenix has also endeavored to comply, to the extent possible, with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules");[3] Rule 2016-1 of the Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules");[4] guidance from Brady Williamson, the Fee Examiner appointed in the Title III Cases and the *Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals (*the "Third Amended Compensation Order") [ECF No. 20546].  In support of the Application, Phoenix submits the Certification of Brian Gleason, attached hereto as **Exhibit A**, and respectfully represents as follows:

### Introduction

1.       Phoenix was retained by the Mediation Team, effective as of August 4, 2017, to

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–224.

[3] All Bankruptcy Rules referenced in this Application are made applicable to these Title III Cases pursuant to section 310 of PROMESA.

[4] The Local Rules are made applicable here by the Court's *Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief* [ECF No. 249].

provide services to the Mediation Team, as directed by the Mediation Team in support of its efforts facilitating the confidential mediation of issues arising in the Title III Cases and related proceedings.

2.  During the Final Period, Phoenix performed a variety of services as directed by the Mediation Team, including reviewing background information regarding the Commonwealth of Puerto Rico (the "Commonwealth") and its instrumentalities, liquidity reports and cash flow forecasts, revised certified fiscal plans, and supporting documentation; engaging in discussions with members of the Mediation Team and parties in interest (including representatives, financial advisors and counsel for parties participating in the mediation); preparing for, organizing, participating in, and spearheading follow-up pertaining to mediation sessions; reviewing, analyzing and preparing information pertaining to the fiscal plans and various other financial matters arising in the Title III Cases and related proceedings.

3.  Consistent with the Phoenix Retention Order, during the Final Period, Phoenix provided the following services (collectively, the "Services"):

(A)  Assisted the Mediation Team with:

- Understanding the fiscal plan(s);

- Understanding the types of consideration that may be offered under plans of adjustment; and

- Identifying capital structures and debt restructuring techniques that could be useful in mediating plans of adjustment;

(B)  Provided other services that the Mediation Team deemed necessary to support facilitative and directive mediation sessions, including:

- Identifying financial and information-related observations made by the parties to identify common ground on assumptions and methodologies, factual consistencies and inconsistencies, disjointed perceptions, and incomplete information; and

- Sharing insights with the Mediators and participants, as appropriate, including reflecting and reframing parties' comments.

4.  Phoenix's work during the Final Period was necessary for, and beneficial to, the

Mediation Team to support its efforts in facilitating settlement negotiations pertaining to the Title III

Cases and related proceedings.

## Jurisdiction

5.     The United States District Court for the District of Puerto Rico (the "Court") has

subject matter jurisdiction over this matter pursuant to PROMESA section 306(a).

6.     Venue is proper in this jurisdiction pursuant to PROMESA section 307(a).

7.     Phoenix makes this Final Application pursuant to the Phoenix Retention Order, which

incorporates PROMESA sections 316 and 317 and sections 105(a) and 503(b) of the Bankruptcy

Code.  Phoenix has also endeavored to comply, to the extent possible, with Bankruptcy Rule 2016,

Local Rule 2016-1, the Third Amended Compensation Order, and guidance from the Fee Examiner.

## Background

8.     On June 30, 2016, the Financial Oversight and Management Board (the "Oversight

Board") was established under PROMESA section 101(b). On August 31, 2016, President Obama

appointed the Oversight's Board's seven voting members.

9.     Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this title is the

representative of the debtor[s]" and "may take any action necessary on behalf of the debtor[s] to

prosecute the cases[s] of the debtor[s], including filing a petition under section 304 of [PROMESA] . . .

or otherwise generally submitting filings in relation to the case[s] with the court".

10.    On May 3, 2017, the Oversight Board filed a voluntary petition for relief for the

Commonwealth under title III of PROMESA.

11.    On May 5, 2017, the Oversight Board filed a voluntary petition for relief for the Puerto

Rico Sales Tax Financing Corporation ("COFINA") under title III of PROMESA.

12.    On May 21, 2017, the Oversight Board filed voluntary petitions for relief for the Puerto

Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System for the

Commonwealth ("ERS") under title III of PROMESA.

13.     On June 29, 2017, the Oversight Board filed a voluntary petition for relief for the Puerto

Rico Electric Power Authority ("PREPA") under title III of PROMESA.

14.     On September 27, 2019, the Oversight Board filed a voluntary petition for relief for the

Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA,

ERS and PREPA, the "Debtors") under Title III of PROMESA.

15.     United States District Judge Laura Taylor Swain has been designated to serve as the

presiding judge in the Title III Cases.  The Title III Cases are administered jointly [ECF Nos. 242, 537,

1417, 8829].

16.     On June 23, 2017, the Court entered an order appointing the Mediation Team to facilitate

confidential settlement negotiations of any and all issues and proceedings arising in the Title III Cases

and related proceedings [ECF No. 430].  On November 11, 2017, the Court entered an order appointing a

new member of the Mediation Team [ECF No. 1849].  The Mediation Team was led by the Honorable

Barbara J. Houser (Ret.) of the United States Bankruptcy Court for the Northern District of Texas.  On

January 19, 2022, the appointment of the Mediation Team was terminated.

**Phoenix's Retention and Fee Request**

17.     On August 4, 2017, the Mediation Team elected to employ Phoenix as its

financial advisor.

18.     On August 13, 2017, the Oversight Board filed an application requesting entry of

an order authorizing, among other things, the employment and payment of Phoenix as the

Mediation Team's financial advisor [ECF No. 1018] (the "Phoenix Retention Application").

19.     On August 21, 2017, the  Court entered the Phoenix Retention Order, a copy of

which is attached hereto as **Exhibit B**.  Pursuant to the Phoenix Retention Order, Phoenix is

entitled to compensation for reasonable, actual, and necessary professional services rendered and

5

reimbursement of expenses incurred in connection with the Title III Cases.

20.     On December 15, 2017, Phoenix filed its First Interim Application for allowance of compensation for services rendered of $774,101.00 and reimbursement of expenses of $28,561.25 for the period August 4, 2017 through October 1, 2017.

21.     On March 7, 2018, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered of $770,482.25 and reimbursement of expenses of $27,302.45 for the period August 4, 2017 through October 1, 2017.

22.     On March 19, 2018, Phoenix filed its Second Interim Application for allowance of compensation for services rendered of $484,698.50 and reimbursement of expenses of $21,225.61 for the period October 2, 2017 through February 4, 2018.

23.     On June 8, 2018, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered of $479,160.35 and reimbursement of expenses of $20,653.46 for the period October 2, 2017 through February 4, 2018.

24.      On July 16, 2018, Phoenix filed its Third Interim Application for allowance of compensation for services rendered of $411,040.50 and reimbursement of expenses of $19,039.99 for the period February 5, 2018 through June 3, 2018.

25.     On November 9, 2018, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered of $408,694.00 and reimbursement of expenses of $18,668.99 for the period February 5, 2018 through June 3, 2018.

26.     On November 27, 2018, Phoenix filed its Fourth Interim Application for allowance of compensation for services rendered of $241,810.50 and reimbursement of expenses of $5,249.27 for the period June 4, 2018 through September 30, 2018.

27.     On March 14, 2019, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered of $240,575.50 and reimbursement of

6

expenses of $5,249.27 for the period June 4, 2018 through September 30, 2018.

28.     On March 18, 2019, Phoenix filed its Fifth Interim Application for allowance of compensation for services rendered of $132,756.50 for the period October 1, 2018 through February 3, 2019.

29.     On June 26, 2019, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $132,531.50 for the period October 1, 2018 through February 3, 2019.

30.     On July 15, 2019, Phoenix filed its Sixth Interim Application for allowance of compensation for services rendered of $91,366.00 and reimbursement of expenses of $2,343.20 for the period February 4, 2019 through June 2, 2019.

31.     On October 29, 2019, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $90,811.00[5] and reimbursement of expenses of $2,343.20 for the period February 4, 2019 through June 2, 2019.

32.     On November 14, 2019, Phoenix filed its Seventh Interim Application for allowance of compensation for services rendered of $193,489.00 and reimbursement of expenses of $4,890.80 for the period June 3, 2019 through September 29, 2019.

33.     On March 6, 2020, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $193,489.00 and reimbursement of expenses of $4,890.80 for the period June 3, 2019 through September 29, 2019.

34.     On March 16, 2020, Phoenix filed its Eighth Interim Application for allowance of compensation for services rendered of $205,735.70 and reimbursement of expenses of $5,175.17

---

[5] By agreement, the Fee Examiner reduced the allowance of compensation for services rendered by Phoenix during the Sixth Interim Period by $555.00.

for the period September 30, 2019 through February 2, 2020.

35.     On July 13, 2020, Phoenix filed its Ninth Interim Application for allowance of compensation for services rendered of $59,047.10 for the period of February 3, 2020 through May 31, 2020.

36.     On July 24, 2020, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $204,955.70[6] and reimbursement of expenses of $5,175.17 for the period September 30, 2019 through February 2, 2020.

37.     On October 26, 2020, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $58,672.60[7] for the period February 3, 2020 through May 31, 2020.

38.     On November 16, 2020, Phoenix filed its Tenth Interim Application for allowance of compensation for services rendered of $49,579.40 for the period of June 1, 2020 through October 4, 2020.

39.     On March 8, 2021, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $49,579.40 for the period of June 1, 2020 through October 4, 2020.

40.     On March 12, 2021, Phoenix filed its Eleventh Interim Application for allowance of compensation for services rendered of $80,368.85 for the period of October 5, 2020 through January 31, 2021.

41.     On July 15th 2021, Phoenix filed its Twelfth Interim Application for allowance of

---

[6] By agreement, the Fee Examiner reduced the allowance of compensation for services rendered by Phoenix during the Eighth Interim Period by $780.00.
[7] By agreement, the Fee Examiner reduced the allowance of compensation for services rendered by Phoenix during the Ninth Interim Period by $374.50.

compensation for services rendered of $145,148.35 for the period February 1, 2021 through May 30, 2021.

42.    On August 3, 2021, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $79,905.69[8] for the period of October 5, 2020 through January 31, 2021.

43.    On October 4, 2021, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $144,597.80[9] for the period February 1, 2021 through May 30, 2021.

44.    On November 15, 2021, Phoenix filed its Thirteenth Interim Application and allowance of compensation for services rendered of $77,674.80 for the period May 31, 2021 through October 3, 2021.

45.    On January 28, 2022, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $76,473.60 for the period May 31, 2021 through October 3, 2021.

46.    On July 1, 2022, Phoenix filed its Fourteenth Interim Application and allowance of compensation for services rendered of $5,819.30 for the period October 4, 2021 through January 21, 2022.

47.    On October 28, 2022, the Court entered an Omnibus Order awarding Phoenix interim allowance of compensation for services rendered in the amount of $5,819.30 for the period October 4, 2021 through January 21, 2022.

48.    Phoenix's fees are based upon hours charged, recorded in tenth of an hour

---

[8] By agreement, the Fee Examiner reduced the allowance of compensation for services rendered by Phoenix during the Eleventh Interim Period by $463.16.

[9] By agreement, the Fee Examiner reduced the allowance of compensation for services rendered by Phoenix during the Twelfth Interim Period by $550.55.

increments, at Phoenix's ordinary and customary hourly rates in effect at the time of its retention,

plus reimbursement of actual, necessary out-of-pocket expenses and other charges incurred by

Phoenix on behalf of the Mediation Team.  Phoenix adjusts its rates annually at the start of each

calendar year.  The rates set forth herein are consistent with rates charged to other clients,

including outside of bankruptcy.

49.     **Exhibit C** to this Application contains a schedule setting forth all Phoenix

professionals and staff who have performed services in the Title III Cases during the Final Period,

the capacity in which each individual is employed by Phoenix, the hourly billing rates charged for

services performed by such individual, and the aggregate number of hours expended in this

engagement and the amount of fees billed.

50.     By this Final Application, Phoenix seeks allowance and compensation in the

amount of $2,935,747.69.  Phoenix has been paid for services performed during the Final Period

as noted above.

51.     This is Phoenix's Final request for compensation in the Title III Cases.  All of the

services for which Phoenix requests compensation were performed at the direction or instruction

of the Mediation Team and for or on behalf of the Mediation Team in connection with the Title III

Cases and related proceedings and in the discharge of Phoenix's professional responsibilities as

Financial Advisor to the Mediation Team.

52.     Phoenix has received no payment and no promises for payment from any source

other than the Debtors for services rendered or to be rendered in connection with matters covered

by this Final Application.

53.     No agreement or understanding exists between Phoenix and any other entity for

the sharing of compensation received or to be received for services rendered in or in connection

with the Title III Cases and related proceedings.

54.     Phoenix has taken reasonable steps to avoid duplication of services by Phoenix's professionals.

### Fees Incurred During the Final Period

55.     During the Final Period, Phoenix provided important professional services to the Mediation Team in connection with the Title III Cases and related proceedings.  Services rendered by each professional and staff member during the Final Period, and a summary of the time incurred by project code, is attached hereto as **Exhibit D**.

56.     The total number of hours expended by Phoenix professionals and staff in performing professional services for the Mediation Team during the Final Period was 5,414.40 hours.  A summary of the hours expended by each professional and staff member can be found in **Exhibit C.**

### Summary of Services Provided During the Final Period

57.     In consultation with the Mediation Team, and later the Fee Examiner, Phoenix established project task code categories (each, a "Task Code") for keeping time records of the work performed for the Mediation Team.  The summary, by Task Code, of the professional services provided by Phoenix during the Final Period can be found in **Exhibit E**.

### Expenses Incurred During the Final Interim Period

58.     Phoenix incurred, and this Final Application seeks reimbursement of, actual, reasonable, and necessary expenses in the amount of $84,283.34. A summary of such expenses incurred by Phoenix during the Final Period, and an itemization of each expense within each category, is attached as **Exhibit F**.

### Compensation Requested

59.     The services for which Phoenix seeks compensation in this Final Application were, at

11

the time provided, necessary for and beneficial to the Mediation Team.  Phoenix performed these services economically, effectively, and efficiently, and they benefited the Mediation Team.  Phoenix submits that the compensation requested is reasonable in light of the nature, extent, and value of such services to the Mediation Team. Accordingly, Phoenix submits the compensation sought in this Final Application is warranted and should be approved.

**(A)       Compensation Under Sections 316 and 317 of PROMESA**

60.       Section 317 of PROMESA authorizes interim compensation of professionals and incorporates the substantive standards of section 316 of PROMESA to govern the Court's award of interim compensation. Section 316 of PROMESA provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered," and "reimbursement for actual, necessary expenses."   48 U.S.C. § 2176(a)(1), (2).  Section 316(c) sets forth the criteria for such an award:

> In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the restructuring field; and
>
> (6) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this subchapter or Title 11.

48 U.S.C. § 2176(c).

12

61.     As analyzed below, Phoenix submits the elements governing awards of compensation under PROMESA justify the allowance requested.

### 1.     The Time and Labor Required

62.     During the Final Period, Phoenix professionals and staff spent 5,414.40 hours providing professional services to the Mediation Team for which Phoenix seeks compensation on an hourly basis. Phoenix coordinated its efforts to prevent duplication of efforts and thereby not spend more time than required. Phoenix required this amount of time to advise the Mediation Team with respect to Fiscal Plan and mediation-related issues.

### 2.     The Rates Charged for Such Services

63.     During the Final Period, Phoenix's hourly billing rates (as last adjusted on February 1, 2021) ranged from $150.00 to $715.00.  Based on the recorded hours expended by Phoenix's professionals and staff, the average hourly billing rate for Phoenix's services was $542.21.

64.     Phoenix's hourly rates are set at a level designed to compensate Phoenix fairly for the work of its professionals and staff and to cover certain fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

65.     The hourly rates and corresponding rate structure that Phoenix charges in these cases are equivalent to the hourly rates and corresponding rate structure that Phoenix charges for similar matters, whether in court or otherwise, regardless of whether a fee application is required.

66.     In accordance with the *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or other Sub-Retained Professionals* [ECF No. 7678], on November 22, 2019, Phoenix filed proposed billing rate increases effective January 6, 2020 as per the table below and with the required written approval from the Mediation Team Leader, Judge

13

Barbara J. Houser.  No response was filed by any party to the proposed rate increases, and Phoenix therefore implemented the rate increases effective January 6, 2020.

### Phoenix Management Services, LLC January 6, 2020 Billing Rate Increases

| | | Pre-January 6, 2020 Hourly Rate | Post-January 6, 2020 Hourly Rate | Percentage Increase |
|---|---|---|---|---|
| Brian Gleason | Senior Managing Director | $ 650.00 | $ 682.50 | 5.00% |
| Michael Jacoby | Senior Managing Director | $ 650.00 | $ 682.50 | 5.00% |
| Joe Nappi | Senior Managing Director | $ 500.00 | $ 525.00 | 5.00% |
| Bayard Hollingsworth | Managing Director | $ 450.00 | $ 472.50 | 5.00% |
| Michael Gaul | Sr. Director | $ 450.00 | $ 472.50 | 5.00% |
| Patrick Bellot | Vice President | $ 350.00 | $ 374.50 | 7.00% |
| Jenna Birkhold | Associate | $ 275.00 | $ 294.25 | 7.00% |
| Sean C. Rieder | Sr. Analyst | $ 190.00 | $ 203.30 | 7.00% |
| Dianne Lomonaco | Vice President | $ 150.00 | $ 157.50 | 5.00% |
| Stacey Miller | Office/Billing Manager | $ 150.00 | $ 160.50 | 7.00% |

67.    In accordance with the *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or other Sub-Retained Professionals* [ECF No. 7678], on January 11, 2021, Phoenix filed a second proposed billing rate increase effective February 1, 2021 as per the table below and with the required written approval from the Mediation Team Leader, Judge Barbara J. Houser.  No response was filed by any party to the proposed rate increases, and Phoenix therefore implemented the rate increases effective February 1, 2021.

### Phoenix Management Services, LLC February 1, 2021 Billing Rate Increases

| | | Pre-February 1, 2021 Hourly Rate | Post-February 1, 2021 Hourly Rate | Percentage Increase |
|---|---|---|---|---|
| Brian Gleason | Senior Managing Director | $ 682.50 | $ 715.00 | 4.76% |
| Michael Jacoby | Senior Managing Director | $ 682.50 | $ 715.00 | 4.76% |
| Joe Nappi | Senior Managing Director | $ 525.00 | $ 551.00 | 4.95% |
| Bayard Hollingsworth | Managing Director | $ 472.50 | $ 495.00 | 4.76% |
| Michael Gaul | Sr. Director | $ 472.50 | $ 495.00 | 4.76% |
| Patrick Bellot | Director | $ 374.50 | $ 390.00 | 4.14% |

14

| Eliana Lopez | Vice President | $ | 374.50 | $ | 374.50 | 0.00% |
| Sean C. Rieder | Sr. Analyst | $ | 203.30 | $ | 213.00 | 4.77% |
| Dianne Lomonaco | Vice President | $ | 157.50 | $ | 165.00 | 4.76% |
| Stacey Miller | Office/Billing Manager | $ | 160.50 | $ | 168.00 | 4.67% |

68.      A calculation of all fees charged in excess of fees that would have been charged had rates remained at the level when each timekeeper first performed work on these cases is as follows:

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation at Starting Rate | | Total Compensation After Rate Increases | | Difference | |
|---|---|---|---|---|---|---|---|---|---|
| Marti Kopacz | Senior Managing Director | $ 695.00 | 1,652.80 | $ | 1,148,696.00 | $ | 1,148,696.00 | $ | - |
| Brian Gleason | Senior Managing Director | $ 650.00 | 1336.80 | $ | 868,920.00 | $ | 892,495.50 | $ | (23,575.50) |
| Michael Jacoby | Senior Managing Director | $ 650.00 | 557.30 | $ | 362,245.00 | $ | 362,297.00 | $ | (52.00) |
| Joe Nappi | Senior Managing Director | $ 500.00 | 22.70 | $ | 11,350.00 | $ | 11,350.00 | $ | - |
| Bayard Hollingsworth | Managing Director | $ 450.00 | 44.90 | $ | 20,205.00 | $ | 20,205.00 | $ | - |
| Michael Gaul | Sr. Director | $ 450.00 | 36.90 | $ | 16,605.00 | $ | 16,605.00 | $ | - |
| Eliana Lopez | Vice President | $ 374.50 | 294.00 | $ | 110,103.00 | $ | 110,103.00 | $ | - |
| Patrick Bellot | Vice President | $ 350.00 | 589.90 | $ | 206,465.00 | $ | 206,536.05 | $ | (71.05) |
| Jenna Birkhold | Associate | $ 275.00 | 489.10 | $ | 134,502.50 | $ | 134,502.50 | $ | - |
| Mark Karagelian | Analyst | $ 225.00 | 49.30 | $ | 11,092.50 | $ | 11,092.50 | $ | - |
| Sean Rieder | Sr. Analyst | $ 190.00 | 227.10 | $ | 43,149.00 | $ | 43,607.85 | $ | (458.85) |
| Bowen Flowers | Analyst | $ 175.00 | 9.50 | $ | 1,662.50 | $ | 1,662.50 | $ | - |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 41.70 | $ | 6,255.00 | $ | 6,800.85 | $ | (545.85) |
| Dianne Lomonaco | Vice President | $ 150.00 | 62.40 | $ | 9,360.00 | $ | 9,407.25 | $ | (47.25) |
| **Reduced for Transition** | | | | $ | (22,595.50) | $ | (22,595.50) | | |
| **Reduced for Fee Examiner Adjustments** | | | | $ | (16,887.81) | $ | (16,887.81) | | |
| **Reduced for Minor Internal Adjustments** | | | | $ | (130.00) | $ | (130.00) | | |
| **TOTALS** | | | 5,414.40 | $ | 2,910,997.19 | $ | 2,935,747.69 | $ | (24,750.50) |

**3.      The Necessity of the Services and the Benefit to the Debtors**

69.      As described herein, the services rendered by Phoenix were necessary to assist the Mediation Team in its efforts to facilitate negotiated settlements in the Title III Cases and related proceedings. All of those services directly benefitted the Mediation Team.

**4.      The Reasonableness of the Time Spent, Based on the Complexity, Importance, Nature of the Issues**

70.      Phoenix was required to absorb a significant amount of information in an extremely

short period of time in order to prepare for mediation sessions and meetings.  Phoenix devoted the appropriate number and level of resources to accomplish the tasks requested by the Mediation Team in the requested timeframe.  The compensation requested is reasonable in light of the requested tasks and the services rendered.

     **5.**     **The Experience, Reputation, and Ability of the Professionals Providing Services**

71.     Phoenix professionals have achieved a high degree of expertise and strong reputations in their fields. Phoenix's professionals have extensive experience, knowledge and resources in the areas of municipal restructurings, financial forecasting, operational and financial turnarounds, and negotiations in complex situations with numerous constituents.

     **6.**     **Customary Compensation**

72.     The work for which Phoenix seeks compensation in this Final Application is of the type and nature for which Phoenix customarily would seek compensation at the rates identified in this Final Application.  In addition, the compensation Phoenix seeks in this Final Application is comparable to the compensation it would have sought for comparable work outside of a chapter 11 case.

73.     Phoenix submits that the compensation requested is reasonable under all the factors considered under sections 316 and 317 of PROMESA and that the factors justify the allowance in full of Phoenix's compensation and reimbursement request.

74.     In view of the foregoing, Phoenix respectfully requests that it be allowed final compensation in the amount of $2,935,747.69 for services rendered during the Final Period.

     **7.**     **Reasonable and Necessary Expenses Incurred in Providing Services to the Mediation Team**

75.     For the Final Period, Phoenix requests reimbursement of $84,283.34 for reasonable and necessary costs and expenses incurred on behalf of the Mediation Team.

76.     Phoenix's normal billing rates do not take these costs and expenses into consideration.

Rather, Phoenix bills each cost and expense to the applicable client.  Phoenix does not include the amortization of the cost of any investment, equipment, or capital outlay in its charges for these services.

77.     Pursuant to Local Rule 2016-1(b)(7), Phoenix seeks reimbursement for air travel limited to the amount spent on coach fare.

78.     Phoenix has made reasonable efforts to minimize its costs and expenses in connection with its representation of the Mediation Team. Each of the costs and expenses Phoenix has incurred in providing professional services to the Mediation Team was necessary, reasonable, and justified under the circumstances to serve the needs of the Mediation Team

79.     All fees and services during the Final Period were rendered and incurred outside of Puerto Rico with exception of one week in February of 2018 for mediation hearings and meetings in San Jaun, Puerto Rico.


### Statement By Phoenix Under ¶ C(5) of the UST Guidelines

80.     This engagement did not involve variations from Phoenix's standard and customary billing rates.

81.     None of the professionals included in this Final Application varied their hourly rate based on the geographic location of the Title III Cases.

82.     The hourly rates specified in the Phoenix Retention Application were effective January 1, 2017. The Phoenix Retention Application provides that Phoenix's scheduled hourly rates are periodically adjusted, generally at the beginning of a calendar year.

83.     In accordance with the *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or other Sub-Retained Professionals* [ECF No. 7678], on November 22, 2019, Phoenix filed proposed billing rate increases effective January 6, 2020 and February 1, 2021, to which no party filed an objection.

## **RESERVATION OF RIGHTS AND NOTICE**

84.      Consistent with the Third Amended Compensation Order, copies of the Final

Application will be provided to the Fee Examiner and Notice Parties.  Notice of the Final Application

will be provided to the Fee Examiner, the Notice Parties, and all parties that have filed a notice of

appearance with the Clerk of this Court, pursuant to Bankruptcy Rule 2002 and applicable provisions of

the Local Rules, and requested such notice.  A copy of this Final Application, along with relevant

supporting data, has also been provided to counsel to the Fee Examiner.

### **No Prior Request**

85.      No prior application for the relief requested by this Final Application has been made

to this or any other court.

86.      WHEREFORE, Phoenix respectfully requests that the Court enter an order: (a)

awarding Phoenix compensation for professional services provided during the Final Period in the

amount of $2,935,747.69; (b) granting reimbursement of actual, reasonable and necessary expenses

incurred in the Final Period in the amount of $84,283.34 and (c) granting such other relief as is

appropriate under the circumstances.


Dated: February 3, 2023                          Respectfully submitted,

                                                 PHOENIX MANAGEMENT SERVICES, LLC

                                                 By:      _____
                                                          Brian Gleason
                                                          110 Commons Court
                                                          Chadds Ford, PA  19317-9716
                                                          Telephone: 484 841-6807
                                                          Email: bgleason@phoenixmanagement.com

18

**Exhibit A**

Certification of Brian Gleason

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors. [1] | |

------------------------------------------------------------x

**VERIFIED CERTIFICATION OF BRIAN GLEASON IN SUPPORT OF THE**
**FINAL APPLICATION OF PHOENIX MANAGEMENT SERVICES, LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS**
**FINANCIAL ADVISORS TO THE MEDIATION TEAM**
**FOR THE PERIOD AUGUST 4, 2017 THROUGH JANUARY 21, 2022**

I, Brian Gleason, have the responsibility for ensuring that the *Final Application of Phoenix Management Services, LLC, for Allowance of Compensation for Services Rendered As Financial Advisors to the Mediation Team From August 4, 2017 through January 21, 2022* (the "Application") complies with the applicable provisions of the Phoenix Retention Order, [2] PROMESA, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Third Amended Compensation Order, and other applicable authorities.  I hereby certify the following:

1.      I am a Senior Managing Director in the firm of Phoenix Management Services, LLC

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747; and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All capitalized terms have the meaning provided in the Application unless otherwise defined herein.

("Phoenix").

2.      I am one of the lead professionals from Phoenix who advised the Mediation Team in connection with the above-captioned Title III Cases and related proceedings. I am authorized to submit this certification in support of the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      I have read the Application. The statements contained in the Application are true and correct according to the best of my knowledge, information, and belief.

4.      To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the Phoenix Retention Order, PROMESA, the Bankruptcy Rules, the Local Rules, and other orders of this Court.

5.      The fees and disbursements sought in the Application are billed at rates Phoenix employs and other Phoenix clients accept in matters of this nature.

6.      None of the professionals seeking compensation varied their hourly rate based on their geographic location.

7.      Phoenix does not make a profit on costs or expenses for which it seeks reimbursement, whether the service is performed by Phoenix in-house or through a third party.

8.      No agreement or understanding exists between Phoenix and any other person for the sharing of compensation to be received in connection with the above cases except as authorized by PROMESA, the Bankruptcy Rules, and the Local Rules.

9.      The Final Fee Application does not request any fees disallowed by the Court on an interim basis, unless the right to do so was explicitly reserved.

10.     The Final Fee Application includes only fees approved by prior interim compensation order, except that:

     a.   Professionals may include actual time and expenses incurred after the Effective Date

(or, in the case of the UCC and OCR, actual time and expenses incurred after the Final Order Date) only for preparing Interim or Final Fee Applications.

b.   All post-Effective Date time and expenses (or, in the case of the UCC and OCR, post-Final Order Date fees and expenses) for the preparation of Interim or Final Fee Applications are supported by complete billing data submitted to the Fee Examiner.

All services for which Phoenix seeks compensation were professional services rendered to the Mediation Team and not on behalf of any other person.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief formed after reasonable inquiry.


Executed on February 3, 2023.


_____
Brian Gleason

**Exhibit B**

Order Authorizing Employment and Payment of Phoenix Management Services, LLC,
as Financial Advisor for Mediation Team [ECF No. 1100]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY
(PREPA),

     Debtor.[2]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 4780-LTS[3]

ORDER AUTHORIZING EMPLOYMENT AND PAYMENT OF
PHOENIX MANAGEMENT SERVICES, LLC, AS FINANCIAL ADVISOR FOR MEDIATION TEAM

Upon the *Application of Oversight Board for Entry of Order Authorizing Employment and*

*Payment of Phoenix Management Services, LLC as Financial Advisor for Mediation Team* (the

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

[3] The PREPA title III case is not jointly administered with the Commonwealth of Puerto Rico, *et al.* title III cases jointly administered under No. 17 BK 3283-LTS. This Application is filed both in the PREPA title III case and the Commonwealth of Puerto Rico, *et al.* title III cases.

"Application");[4] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Application is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Oversight Board provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having reviewed the Application and the Kopacz Declaration and having determined that the legal and factual bases set forth in the Application, including the absence of other costs associated with the Mediation Team's service establish just cause for the relief granted herein; and no objections to the relief requested herein having been asserted; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Debtors are authorized and required to pay Phoenix as financial advisor for the Mediation Team effective *nunc pro tunc* to August 4, 2017, all amounts arising under Phoenix's engagement, and Phoenix is authorized and directed to perform the Services.

3. In connection with performing the Services, Phoenix is authorized to take direction from the Mediation Team.

4. Phoenix shall be entitled to allowance and payment of compensation for professional services rendered and reimbursement of expenses incurred pursuant to the terms of

---

[4]  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

the Application and its engagement as an administrative expense pursuant to Bankruptcy Code

section 503(b)(1), made applicable by PROMESA section 301(a).

5.      Phoenix's fees and expenses shall be subject to review and allowance by the Court

under the procedures and standards applicable to fees and expenses of professional persons under

PROMESA section 316.  Phoenix shall be entitled to seek interim compensation under the

procedures set forth in PROMESA section 317, and shall be subject to any interim compensation

orders entered by the Court, except that any objection to the allocation of Phoenix's fees and

expenses or the reasonableness of those fees and expenses shall be raised in the first instance with

the Mediation Team Leader.[5]

6.      Phoenix will maintain records of time and expenses on a Debtor-specific basis.

Phoenix's allowed fees and expenses shall be paid by, and allocated among, the Commonwealth

and its instrumentalities that are, at the time the fees and expenses are incurred, debtors under title

III of PROMESA.  Under no circumstances shall the Mediation Team or any Mediator be

responsible for payment of Phoenix's fees and expenses.

7.      Phoenix shall be entitled to indemnification and exclusion from subpoena and legal

proceedings in same manner and to the same extent as are the Mediators.

8.      In the event of any inconsistency between this Order and the Application, this Order

shall govern.

9.      Nothing herein is intended to, shall constitute, or shall be deemed to constitute

Debtors' or the Oversight Board's consent, pursuant to PROMESA section 305, to this Court's

interference with (a) any of the political or governmental powers of the Debtors, (b) any of the

---

[5]  In the event no agreement is reached regarding the allocation of Phoenix's fees and expenses or the reasonableness of those fees and expenses, those objections may be filed with the Court in accordance with any interim compensation order entered by the Court.

property or revenues of the Debtors, or (c) the use or enjoyment of the Debtors of any income-producing property.

10.     Notwithstanding any applicability of any Federal Rule of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.     Phoenix, the Mediation Team, and the Oversight Board, as the Debtors' representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Application.

12.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

13.     This Order resolves Docket Entry No. 1018 in Case No. 17-3283 and Docket Entry No. 229 in Case No. 17-4780.

Dated: August 21, 2017

  /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN
United States District Judge

**Exhibit C**

**SUMMARY OF FEES BY PROFESSIONAL**

**Commonwealth of Puerto Rico**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marti Kopacz | Senior Managing Director | $ 695.00 | 1,372.20 | $ 953,679.00 |
| Brian Gleason | Senior Managing Director | $ 715.00 | 230.80 | $ 165,022.00 |
| Brian Gleason | Senior Managing Director | $ 682.50 | 197.00 | $ 134,452.50 |
| Brian Gleason | Senior Managing Director | $ 650.00 | 793.30 | $ 515,645.00 |
| Michael Jacoby | Senior Managing Director | $ 715.00 | 0.80 | $ 572.00 |
| Michael Jacoby | Senior Managing Director | $ 650.00 | 452.80 | $ 294,320.00 |
| Michael Gaul | Sr. Director | $ 450.00 | 36.50 | $ 16,425.00 |
| Eliana Lopez | Vice President | $ 374.50 | 277.20 | $ 103,811.40 |
| Patrick Bellot | Director | $ 374.50 | 2.90 | $ 1,086.05 |
| Patrick Bellot | Vice President | $ 350.00 | 560.50 | $ 196,175.00 |
| Jenna Birkhold | Associate | $ 275.00 | 470.00 | $ 129,250.00 |
| Sean Rieder | Sr. Analyst | $ 203.30 | 34.50 | $ 7,013.85 |
| Sean Rieder | Sr. Analyst | $ 190.00 | 158.90 | $ 30,191.00 |
| Bowen Flowers | Analyst | $ 175.00 | 9.50 | $ 1,662.50 |
| Stacey Miller | Office/Billing Manager | $ 168.00 | 20.70 | $ 3,477.60 |
| Stacey Miller | Office/Billing Manager | $ 160.50 | 16.50 | $ 2,648.25 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 3.20 | $ 480.00 |
| Dianne Lomonaco | Vice President | $ 157.50 | 6.30 | $ 992.25 |
| Dianne Lomonaco | Vice President | $ 150.00 | 56.10 | $ 8,415.00 |
| **Commonwealth Total** | | | | **$ 2,565,318.40** |
| **Reduction for Transition** | | | | **$ (22,595.50)** |
| **Commonwealth Total** | | | **4,699.70** | **$ 2,542,722.90** |

**PREPA**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marti Kopacz | Senior Managing Director | $ 695.00 | 195.10 | $ 135,594.50 |
| Brian Gleason | Senior Managing Director | $ 715.00 | 3.10 | $ 2,216.50 |
| Brian Gleason | Senior Managing Director | $ 650.00 | 9.10 | $ 5,915.00 |
| Michael Jacoby | Senior Managing Director | $ 650.00 | 103.30 | $ 67,145.00 |
| Joe Nappi | Senior Managing Director | $ 500.00 | 22.70 | $ 11,350.00 |
| Patrick Bellot | Director | $ 350.00 | 9.80 | $ 3,430.00 |
| Michael Gaul | Sr. Director | $ 450.00 | 0.40 | $ 180.00 |
| Bayard Hollingsworth | Managing Director | $ 450.00 | 44.90 | $ 20,205.00 |
| Eliana Lopez | Vice President | $ 374.50 | 4.60 | $ 1,722.70 |
| Jenna Birkhold | Associate | $ 275.00 | 3.10 | $ 852.50 |
| Sean Rieder | Sr. Analyst | $ 190.00 | 4.30 | $ 817.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 0.70 | $ 105.00 |
| **PREPA Subtotal** | | | **401.10** | **249,533.20** |

**HTA**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marti Kopacz | Senior Managing Director | $ 695.00 | 68.20 | $ 47,399.00 |
| Brian Gleason | Senior Managing Director | $ 715.00 | 28.90 | $ 20,663.50 |
| Brian Gleason | Senior Managing Director | $ 650.00 | 3.80 | $ 2,470.00 |
| Michael Jacoby | Senior Managing Director | $ 650.00 | 0.40 | $ 260.00 |
| Eliana Lopez | Vice President | $ 374.50 | 11.60 | $ 4,344.20 |
| Jenna Birkhold | Associate | $ 275.00 | 0.20 | $ 55.00 |
| Mark Karagelian | Analyst | $ 225.00 | 49.30 | $ 11,092.50 |
| Sean Rieder | Sr. Analyst | $ 190.00 | 9.70 | $ 1,843.00 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 0.60 | $ 90.00 |
| **HTA Subtotal** | | | **172.70** | **88,217.20** |

**ERS**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marti Kopacz | Senior Managing Director | $ 695.00 | 1.00 | $ 695.00 |
| Brian Gleason | Senior Managing Director | $ 715.00 | 1.40 | $ 1,001.00 |
| Brian Gleason | Senior Managing Director | $ 650.00 | 69.40 | $ 45,110.00 |
| Patrick Bellot | Director | $ 350.00 | 16.70 | $ 5,845.00 |
| Eliana Lopez | Vice President | $ 374.50 | 0.60 | $ 224.70 |

| | | | | |
|---|---|---|---|---|
| Sean Rieder | Sr. Analyst | $ 190.00 | 19.70 | $     3,743.00 |
| **ERS Subtotal** | | | **108.80** | **56,618.70** |

**UPR**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marti Kopacz | Senior Managing Director | $ 695.00 | 16.30 | $    11,328.50 |
| Jenna Birkhold | Associate | $ 275.00 | 15.80 | $     4,345.00 |
| **UPR Subtotal** | | | **32.10** | **15,673.50** |

**TOTALS**

| Professional | Position Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Marti Kopacz | Senior Managing Director | $ 695.00 | 1,652.80 | $ 1,148,696.00 |
| Brian Gleason | Senior Managing Director | $ 715.00 | 264.20 | $   188,903.00 |
| Brian Gleason | Senior Managing Director | $ 682.50 | 197.00 | $   134,452.50 |
| Brian Gleason | Senior Managing Director | $ 650.00 | 875.60 | $   569,140.00 |
| Michael Jacoby | Senior Managing Director | $ 715.00 | 0.80 | $       572.00 |
| Michael Jacoby | Senior Managing Director | $ 650.00 | 556.50 | $   361,725.00 |
| Joe Nappi | Senior Managing Director | $ 500.00 | 22.70 | $    11,350.00 |
| Bayard Hollingsworth | Managing Director | $ 450.00 | 44.90 | $    20,205.00 |
| Michael Gaul | Sr. Director | $ 450.00 | 36.90 | $    16,605.00 |
| Eliana Lopez | Vice President | $ 374.50 | 294.00 | $   110,103.00 |
| Patrick Bellot | Director | $ 374.50 | 2.90 | $     1,086.05 |
| Patrick Bellot | Vice President | $ 350.00 | 587.00 | $   205,450.00 |
| Jenna Birkhold | Associate | $ 275.00 | 489.10 | $   134,502.50 |
| Mark Karagelian | Analyst | $ 225.00 | 49.30 | $    11,092.50 |
| Sean Rieder | Sr. Analyst | $ 203.30 | 34.50 | $     7,013.85 |
| Sean Rieder | Sr. Analyst | $ 190.00 | 192.60 | $    36,594.00 |
| Bowen Flowers | Analyst | $ 175.00 | 9.50 | $     1,662.50 |
| Stacey Miller | Office/Billing Manager | $ 168.00 | 20.70 | $     3,477.60 |
| Stacey Miller | Office/Billing Manager | $ 160.50 | 16.50 | $     2,648.25 |
| Stacey Miller | Office/Billing Manager | $ 150.00 | 4.50 | $       675.00 |
| Dianne Lomonaco | Vice President | $ 157.50 | 6.30 | $       992.25 |
| Dianne Lomonaco | Vice President | $ 150.00 | 56.10 | $     8,415.00 |
| **Reduced for Transition** | | | | $    (22,595.50) |
| **Reduced for Fee Examiner Adjustments** | | | | $    (16,887.81) |
| **Reduced for Minor Internal Adjustments** | | | | $       (130.00) |
| **TOTALS** | | | **5,414.40** | **$ 2,935,747.69** |
| Blended Rate | | $ 542.21 | | |

**Exhibit D**

**SUMMARY OF FEES BY PROJECT CATEGORY**

**Commonwealth of Puerto Rico**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Account Management | 167.4 | $ 35,949.05 |
| Admin - Fee Collection & Income Tax Withholding | 4.3 | $ 2,795.00 |
| Background Information | 208.5 | $ 86,893.50 |
| Billable Travel (hours are reflected at 50% of total) | 133.6 | $ 84,572.00 |
| Fee Applications | 149.6 | $ 46,603.60 |
| Retention Application | 9.5 | $ 6,557.50 |
| Communication - Mediation Team | 168.1 | $ 112,095.40 |
| Communication - Parties in Interest | 268.1 | $ 168,291.00 |
| Communication - Phoenix Team | 295.3 | $ 169,599.75 |
| Deliverables for Mediation Team | 21.1 | $ 10,941.20 |
| Mediation Sessions - Prep/Attend/Follow up | 2,033.2 | $ 1,152,534.75 |
| Meetings & Interviews/Info Gathering - Mediation Team | 14.3 | $ 9,322.45 |
| Meetings & Interviews/Info Gathering - Parties in Interest | 248.6 | $ 155,078.70 |
| Review/Analysis of Documents and Info | 978.1 | $ 524,084.50 |
| **Commonwealth Total** | **4,699.70** | **$ 2,565,318.40** |

**PREPA**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Account Management | 4.60 | $ 952.00 |
| Background Information | 0.60 | $ 390.00 |
| Billable Travel (hours are reflected at 50% of total) | 11.10 | $ 7,350.00 |
| Fee Applications | 1.80 | $ 820.00 |
| Communication - Mediation Team | 11.30 | $ 7,357.50 |
| Communication - Parties in Interest | 91.30 | $ 58,219.55 |
| Communication - Phoenix Team | 13.20 | $ 8,062.50 |
| Deliverables for Mediation Team | 43.40 | $ 24,867.50 |
| Mediation Sessions - Prep/Attend/Follow up | 96.20 | $ 64,376.35 |
| Meetings & Interviews/Info Gathering - Mediation Team | 0.50 | $ 347.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | 19.30 | $ 12,247.80 |
| Review/Analysis of Documents and Info | 107.80 | $ 64,542.50 |
| **PREPA Subtotal** | **401.10** | **$ 249,533.20** |

**ERS**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Account Management | 13.20 | $ 2,508.00 |
| Billable Travel (hours are reflected at 50% of total) | 2.10 | $ 1,365.00 |
| Communication - Mediation Team | 9.40 | $ 6,110.00 |
| Communication - Parties in Interest | 1.00 | $ 650.00 |
| Communication - Phoenix Team | 4.40 | $ 2,200.00 |
| Deliverables for Mediation Team | 9.90 | $ 6,435.00 |
| Mediation Sessions - Prep/Attend/Follow up | 20.20 | $ 8,750.70 |
| Meetings & Interviews/Info Gathering - Parties in Interest | 2.60 | $ 1,690.00 |
| Review/Analysis of Documents and Info | 46.00 | $ 26,910.00 |

| | ERS Subtotal | 108.80 | 56,618.70 |
|---|---|---|---|

**HTA**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Account Management | 9.70 | $ 1,843.00 |
| Billable Travel (hours are reflected at 50% of total) | 3.00 | $ 2,085.00 |
| Fee Applications | 0.70 | $ 155.00 |
| Communication - Mediation Team | 5.40 | $ 2,442.65 |
| Communication - Parties in Interest | 2.70 | $ 1,827.00 |
| Communication - Phoenix Team | 4.20 | $ 2,247.10 |
| Deliverables for Mediation Team | 16.60 | $ 4,004.10 |
| Mediation Sessions - Prep/Attend/Follow up | 77.30 | $ 50,859.65 |
| Meetings & Interviews/Info Gathering - Mediation Team | 2.90 | $ 2,073.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | 3.70 | $ 2,367.15 |
| Review/Analysis of Documents and Info | 46.50 | $ 18,313.05 |
| **HTA Subtotal** | **172.70** | **$ 88,217.20** |

**UPR**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Communication - Mediation Team | 3.80 | $ 1,885.00 |
| Communication - Parties in Interest | 1.20 | $ 834.00 |
| Mediation Sessions - Prep/Attend/Follow up | 13.70 | $ 3,767.50 |
| Review/Analysis of Documents and Info | 13.40 | $ 9,187.00 |
| **HTA Subtotal** | **32.10** | **$ 15,673.50** |

**TOTALS**

| Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|
| Account Management | 194.90 | $ 41,252.05 |
| Admin - Fee Collection and Income Tax Withholding | 4.30 | $ 2,795.00 |
| Background Information | 209.10 | $ 87,283.50 |
| Billable Travel (hours are reflected at 50% of total) | 149.80 | $ 95,372.00 |
| Fee Applications | 152.10 | $ 47,578.60 |
| Retention Application | 9.50 | $ 6,557.50 |
| Communication - Mediation Team | 198.00 | $ 129,890.55 |
| Communication - Parties in Interest | 364.30 | $ 229,821.55 |
| Communication - Phoenix Team | 317.10 | $ 182,109.35 |
| Deliverables for Mediation Team | 91.00 | $ 46,247.80 |
| Mediation Sessions - Prep/Attend/Follow up | 2,240.60 | $ 1,280,288.95 |
| Meetings & Interviews/Info Gathering - Mediation Team | 17.70 | $ 11,743.45 |
| Meetings & Interviews/Info Gathering - Parties in Interest | 274.20 | $ 171,383.65 |
| Review/Analysis of Documents and Info | 1,191.80 | $ 643,037.05 |
| **Reduced for Transition** | | **$ (22,595.50)** |
| **Reduced for Fee Examiner Adjustments** | | **$ (16,887.81)** |
| **Reduced for Minor Internal Adjustments** | | **$ (130.00)** |
| **Totals** | **5,414.40** | **$ 2,935,747.69** |

**Exhibit E**

## LIST OF PROFESSIONALS BY MATTER

### Commonwealth of Puerto Rico

| Matter Description | Professional | Position Title | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|
| Account Management | Brian Gleason | Senior Managing Director | 8.1 | $ 5,265.00 |
| Account Management | Patrick Bellot | Director | 1.9 | $ 665.00 |
| Account Management | Sean Rieder | Sr. Analyst | 157.4 | $ 30,019.05 |
| Admin – Fee Collection & Income Tax Withholding | Michael Jacoby | Senior Managing Director | 4.3 | $ 2,795.00 |
| Background Information | Brian Gleason | Senior Managing Director | 28.2 | $ 18,330.00 |
| Background Information | Jenna Birkhold | Associate | 64.7 | $ 17,792.50 |
| Background Information | Michael Jacoby | Senior Managing Director | 30.0 | $ 19,500.00 |
| Background Information | Marti Kopacz | Senior Managing Director | 3.8 | $ 2,641.00 |
| Background Information | Patrick Bellot | Director | 81.8 | $ 28,630.00 |
| Billable Travel (hours are reflected at 50% of total) | Brian Gleason | Senior Managing Director | 47.5 | $ 30,953.00 |
| Billable Travel (hours are reflected at 50% of total) | Jenna Birkhold | Associate | 7.7 | $ 2,117.50 |
| Billable Travel (hours are reflected at 50% of total) | Michael Jacoby | Senior Managing Director | 21.9 | $ 14,235.00 |
| Billable Travel (hours are reflected at 50% of total) | Marti Kopacz | Senior Managing Director | 50.7 | $ 35,236.50 |
| Billable Travel (hours are reflected at 50% of total) | Patrick Bellot | Director | 5.8 | $ 2,030.00 |
| Fee Applications | Dianne Lomonaco | Vice President | 62.4 | $ 9,407.25 |
| Fee Applications | Michael Jacoby | Senior Managing Director | 41.1 | $ 26,767.00 |
| Fee Applications | Marti Kopacz | Senior Managing Director | 5.3 | $ 3,683.50 |
| Fee Applications | Stacey Miller | Office/Billing Manager | 40.4 | $ 6,605.85 |
| Fee Applications | Patrick Bellot | Director | 0.4 | $ 140.00 |
| Retention Application | Michael Jacoby | Senior Managing Director | 1.0 | $ 650.00 |
| Retention Application | Marti Kopacz | Senior Managing Director | 8.5 | $ 5,907.50 |
| Communication - Mediation Team | Brian Gleason | Senior Managing Director | 80.3 | $ 54,759.25 |
| Communication - Mediation Team | Eliana Lopez | Vice President | 9.7 | $ 3,632.65 |
| Communication - Mediation Team | Jenna Birkhold | Associate | 0.1 | $ 27.50 |
| Communication - Mediation Team | Michael Gaul | Sr. Director | 0.6 | $ 270.00 |
| Communication - Mediation Team | Michael Jacoby | Senior Managing Director | 8.6 | $ 5,590.00 |
| Communication - Mediation Team | Marti Kopacz | Senior Managing Director | 68.8 | $ 47,816.00 |
| Communication - Parties in Interest | Brian Gleason | Senior Managing Director | 95.5 | $ 64,996.75 |
| Communication - Parties in Interest | Eliana Lopez | Vice President | 19.5 | $ 7,302.75 |
| Communication - Parties in Interest | Jenna Birkhold | Associate | 16.4 | $ 4,510.00 |
| Communication - Parties in Interest | Michael Jacoby | Senior Managing Director | 24.7 | $ 16,055.00 |
| Communication - Parties in Interest | Marti Kopacz | Senior Managing Director | 105.7 | $ 73,461.50 |
| Communication - Parties in Interest | Patrick Bellot | Director | 4.8 | $ 1,680.00 |
| Communication - Parties in Interest | Sean Rieder | Sr. Analyst | 1.5 | $ 285.00 |
| Communication - Phoenix Team | Brian Gleason | Senior Managing Director | 96.3 | $ 64,145.25 |
| Communication - Phoenix Team | Eliana Lopez | Vice President | 36.0 | $ 13,482.00 |
| Communication - Phoenix Team | Jenna Birkhold | Associate | 15.9 | $ 4,372.50 |
| Communication - Phoenix Team | Michael Gaul | Sr. Director | 2.9 | $ 1,305.00 |
| Communication - Phoenix Team | Michael Jacoby | Senior Managing Director | 45.3 | $ 29,445.00 |
| Communication - Phoenix Team | Marti Kopacz | Senior Managing Director | 67.0 | $ 46,565.00 |
| Communication - Phoenix Team | Patrick Bellot | Director | 26.4 | $ 9,240.00 |
| Communication - Phoenix Team | Sean Rieder | Sr. Analyst | 5.5 | $ 1,045.00 |
| Deliverables for Mediation Team | Brian Gleason | Senior Managing Director | 4.7 | $ 3,289.00 |
| Deliverables for Mediation Team | Eliana Lopez | Vice President | 9.6 | $ 3,595.20 |
| Deliverables for Mediation Team | Michael Jacoby | Senior Managing Director | 4.9 | $ 3,185.00 |

**Commonwealth of Puerto Rico, con't.**

| Matter Description | Professional | Position Title | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|
| Deliverables for Mediation Team | Marti Kopacz | Senior Managing Director | 0.6 | $ 417.00 |
| Deliverables for Mediation Team | Patrick Bellot | Director | 1.3 | $ 455.00 |
| Mediation Sessions - Prep/Attend/Follow up | Bowen Flowers | Analyst | 0.5 | $ 87.50 |
| Mediation Sessions - Prep/Attend/Follow up | Brian Gleason | Senior Managing Director | 373.9 | $ 246,707.50 |
| Mediation Sessions - Prep/Attend/Follow up | Eliana Lopez | Vice President | 51.6 | $ 19,324.20 |
| Mediation Sessions - Prep/Attend/Follow up | Jenna Birkhold | Associate | 257.1 | $ 70,702.50 |
| Mediation Sessions - Prep/Attend/Follow up | Michael Jacoby | Senior Managing Director | 195.4 | $ 127,010.00 |
| Mediation Sessions - Prep/Attend/Follow up | Marti Kopacz | Senior Managing Director | 824.6 | $ 573,097.00 |
| Mediation Sessions - Prep/Attend/Follow up | Patrick Bellot | Director | 330.1 | $ 115,606.05 |
| Meetings & Interviews/Info Gathering - Mediation Team | Brian Gleason | Senior Managing Director | 8.1 | $ 5,505.50 |
| Meetings & Interviews/Info Gathering - Mediation Team | Eliana Lopez | Vice President | 1.1 | $ 411.95 |
| Meetings & Interviews/Info Gathering - Mediation Team | Michael Jacoby | Senior Managing Director | 3.1 | $ 2,015.00 |
| Meetings & Interviews/Info Gathering - Mediation Team | Marti Kopacz | Senior Managing Director | 2.0 | $ 1,390.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Brian Gleason | Senior Managing Director | 69.7 | $ 45,441.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Eliana Lopez | Vice President | 5.6 | $ 2,097.20 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Jenna Birkhold | Associate | 5.9 | $ 1,622.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Michael Gaul | Sr. Director | 2.8 | $ 1,260.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Michael Jacoby | Senior Managing Director | 60.8 | $ 39,520.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Marti Kopacz | Senior Managing Director | 83.5 | $ 58,032.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Patrick Bellot | Director | 20.3 | $ 7,105.00 |
| Review/Analysis of Documents and Info | Bowen Flowers | Analyst | 9.0 | $ 1,575.00 |
| Review/Analysis of Documents and Info | Brian Gleason | Senior Managing Director | 408.8 | $ 275,726.75 |
| Review/Analysis of Documents and Info | Eliana Lopez | Vice President | 144.1 | $ 53,965.45 |
| Review/Analysis of Documents and Info | Jenna Birkhold | Associate | 102.2 | $ 28,105.00 |
| Review/Analysis of Documents and Info | Michael Gaul | Sr. Director | 30.2 | $ 13,590.00 |
| Review/Analysis of Documents and Info | Michael Jacoby | Senior Managing Director | 12.5 | $ 8,125.00 |
| Review/Analysis of Documents and Info | Marti Kopacz | Senior Managing Director | 151.7 | $ 105,431.50 |
| Review/Analysis of Documents and Info | Patrick Bellot | Director | 90.6 | $ 31,710.00 |
| Review/Analysis of Documents and Info | Sean Rieder | Sr. Analyst | 29.0 | $ 5,855.80 |
| **Commonwealth Total** | | | | $ 2,565,318.40 |
| **Reduced for Transition** | | | | |
| **Commonwealth Total** | | | 4,699.70 | $ 2,565,318.40 |

PREPA

| Matter Description | Professional | Position Title | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|
| Account Management | Bayard Hollingsworth | Managing Director | 0.30 | $ 135.00 |
| Account Management | Sean Rieder | Sr. Analyst | 4.30 | $ 817.00 |
| Background Information | Michael Jacoby | Senior Managing Director | 0.60 | $ 390.00 |
| Billable Travel (hours are reflected at 50% of total) | Michael Jacoby | Senior Managing Director | 8.10 | $ 5,265.00 |
| Billable Travel (hours are reflected at 50% of total) | Marti Kopacz | Senior Managing Director | 3.00 | $ 2,085.00 |
| Fee Applications | Michael Jacoby | Senior Managing Director | 1.10 | $ 715.00 |
| Fee Applications | Stacey Miller | Office/Billing Manager | 0.70 | $ 105.00 |
| Communication - Mediation Team | Eliana Lopez | Vice President | 1.00 | $ 374.50 |
| Communication - Mediation Team | Michael Jacoby | Senior Managing Director | 3.90 | $ 2,535.00 |
| Communication - Mediation Team | Marti Kopacz | Senior Managing Director | 6.40 | $ 4,448.00 |
| Communication - Parties in Interest | Brian Gleason | Senior Managing Director | 7.30 | $ 4,829.50 |
| Communication - Parties in Interest | Bayard Hollingsworth | Managing Director | 1.80 | $ 810.00 |
| Communication - Parties in Interest | Eliana Lopez | Vice President | 0.90 | $ 337.05 |
| Communication - Parties in Interest | Jenna Birkhold | Associate | 2.40 | $ 660.00 |
| Communication - Parties in Interest | Joe Nappi | Senior Managing Director | 7.30 | $ 3,650.00 |
| Communication - Parties in Interest | Michael Gaul | Sr. Director | 0.40 | $ 180.00 |
| Communication - Parties in Interest | Michael Jacoby | Senior Managing Director | 21.60 | $ 14,040.00 |
| Communication - Parties in Interest | Marti Kopacz | Senior Managing Director | 47.40 | $ 32,943.00 |
| Communication - Parties in Interest | Patrick Bellot | Director | 2.20 | $ 770.00 |
| Communication - Phoenix Team | Brian Gleason | Senior Managing Director | 0.80 | $ 520.00 |
| Communication - Phoenix Team | Bayard Hollingsworth | Managing Director | 3.00 | $ 1,350.00 |
| Communication - Phoenix Team | Joe Nappi | Senior Managing Director | 0.70 | $ 350.00 |
| Communication - Phoenix Team | Michael Jacoby | Senior Managing Director | 3.00 | $ 1,950.00 |
| Communication - Phoenix Team | Marti Kopacz | Senior Managing Director | 5.50 | $ 3,822.50 |
| Communication - Phoenix Team | Patrick Bellot | Director | 0.20 | $ 70.00 |
| Deliverables for Mediation Team | Bayard Hollingsworth | Managing Director | 11.50 | $ 5,175.00 |
| Deliverables for Mediation Team | Joe Nappi | Senior Managing Director | 10.40 | $ 5,200.00 |
| Deliverables for Mediation Team | Michael Jacoby | Senior Managing Director | 10.00 | $ 6,500.00 |
| Deliverables for Mediation Team | Marti Kopacz | Senior Managing Director | 11.50 | $ 7,992.50 |
| Mediation Sessions - Prep/Attend/Follow up | Brian Gleason | Senior Managing Director | 0.50 | $ 325.00 |
| Mediation Sessions - Prep/Attend/Follow up | Eliana Lopez | Vice President | 0.30 | $ 112.35 |
| Mediation Sessions - Prep/Attend/Follow up | Jenna Birkhold | Associate | 0.70 | $ 192.50 |
| Mediation Sessions - Prep/Attend/Follow up | Michael Jacoby | Senior Managing Director | 46.00 | $ 29,900.00 |
| Mediation Sessions - Prep/Attend/Follow up | Marti Kopacz | Senior Managing Director | 48.70 | $ 33,846.50 |
| Meetings & Interviews/Info Gathering - Mediation Team | Marti Kopacz | Senior Managing Director | 0.50 | $ 347.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Brian Gleason | Senior Managing Director | 1.70 | $ 1,202.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Bayard Hollingsworth | Managing Director | 1.30 | $ 585.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Eliana Lopez | Vice President | 2.40 | $ 898.80 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Michael Jacoby | Senior Managing Director | 2.20 | $ 1,430.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Marti Kopacz | Senior Managing Director | 11.70 | $ 8,131.50 |
| Review/Analysis of Documents and Info | Brian Gleason | Senior Managing Director | 1.90 | $ 1,254.50 |
| Review/Analysis of Documents and Info | Bayard Hollingsworth | Managing Director | 27.00 | $ 12,150.00 |
| Review/Analysis of Documents and Info | Joe Nappi | Senior Managing Director | 4.30 | $ 2,150.00 |
| Review/Analysis of Documents and Info | Michael Jacoby | Senior Managing Director | 6.80 | $ 4,420.00 |
| Review/Analysis of Documents and Info | Marti Kopacz | Senior Managing Director | 60.40 | $ 41,978.00 |
| Review/Analysis of Documents and Info | Patrick Bellot | Director | 7.40 | $ 2,590.00 |
| **PREPA Subtotal** | | | **401.10** | **$ 249,533.20** |

**ERS**

| Matter Description | Professional | Position Title | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|
| Account Management | Sean Rieder | Sr. Analyst | 13.20 | $ 2,508.00 |
| Billable Travel (hours are reflected at 50% of total) | Brian Gleason | Senior Managing Director | 2.10 | $ 1,365.00 |
| Communication - Mediation Team | Brian Gleason | Senior Managing Director | 9.40 | $ 6,110.00 |
| Communication - Parties in Interest | Brian Gleason | Senior Managing Director | 1.00 | $ 650.00 |
| Communication - Phoenix Team | Brian Gleason | Senior Managing Director | 2.20 | $ 1,430.00 |
| Communication - Phoenix Team | Patrick Bellot | Director | 2.20 | $ 770.00 |
| Deliverables for Mediation Team | Brian Gleason | Senior Managing Director | 9.90 | $ 6,435.00 |
| Mediation Sessions - Prep/Attend/Follow up | Marti Kopacz | Senior Managing Director | 1.00 | $ 695.00 |
| Mediation Sessions - Prep/Attend/Follow up | Brian Gleason | Senior Managing Director | 4.10 | $ 2,756.00 |
| Mediation Sessions - Prep/Attend/Follow up | Patrick Bellot | Director | 14.50 | $ 5,075.00 |
| Mediation Sessions - Prep/Attend/Follow up | Eliana Lopez | Vice President | 0.60 | $ 224.70 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Brian Gleason | Senior Managing Director | 2.60 | $ 1,690.00 |
| Review/Analysis of Documents and Info | Brian Gleason | Senior Managing Director | 39.50 | $ 25,675.00 |
| Review/Analysis of Documents and Info | Sean Rieder | Sr. Analyst | 6.50 | $ 1,235.00 |
| **ERS Subtotal** | | | **108.80** | **56,618.70** |

**HTA**

| Matter Description | Professional | Position Title | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|
| Account Management | Sean Rieder | Sr. Analyst | 9.70 | $ 1,843.00 |
| Billable Travel (hours are reflected at 50% of total) | Marti Kopacz | Senior Managing Director | 3.00 | $ 2,085.00 |
| Fee Applications | Stacey Miller | Office/Billing Manager | 0.60 | $ 90.00 |
| Fee Applications | Michael Jacoby | Senior Managing Director | 0.10 | $ 65.00 |
| Communication - Mediation Team | Brian Gleason | Senior Managing Director | 1.70 | $ 1,176.50 |
| Communication - Mediation Team | Eliana Lopez | Vice President | 0.70 | $ 262.15 |
| Communication - Mediation Team | Mark Karagelian | Analyst | 2.30 | $ 517.50 |
| Communication - Mediation Team | Marti Kopacz | Senior Managing Director | 0.70 | $ 486.50 |
| Communication - Parties in Interest | Brian Gleason | Senior Managing Director | 1.10 | $ 715.00 |
| Communication - Parties in Interest | Marti Kopacz | Senior Managing Director | 1.60 | $ 1,112.00 |
| Communication - Phoenix Team | Brian Gleason | Senior Managing Director | 1.80 | $ 1,287.00 |
| Communication - Phoenix Team | Eliana Lopez | Vice President | 1.80 | $ 674.10 |
| Communication - Phoenix Team | Jenna Birkhold | Associate | 0.20 | $ 55.00 |
| Communication - Phoenix Team | Mark Karagelian | Analyst | 0.10 | $ 22.50 |
| Communication - Phoenix Team | Marti Kopacz | Senior Managing Director | 0.30 | $ 208.50 |
| Deliverables for Mediation Team | Eliana Lopez | Vice President | 1.80 | $ 674.10 |
| Deliverables for Mediation Team | Mark Karagelian | Analyst | 14.80 | $ 3,330.00 |
| Mediation Sessions - Prep/Attend/Follow up | Brian Gleason | Senior Managing Director | 13.20 | $ 9,334.00 |
| Mediation Sessions - Prep/Attend/Follow up | Eliana Lopez | Vice President | 4.70 | $ 1,760.15 |
| Mediation Sessions - Prep/Attend/Follow up | Michael Jacoby | Senior Managing Director | 0.30 | $ 195.00 |
| Mediation Sessions - Prep/Attend/Follow up | Mark Karagelian | Analyst | 3.20 | $ 720.00 |
| Mediation Sessions - Prep/Attend/Follow up | Marti Kopacz | Senior Managing Director | 55.90 | $ 38,850.50 |
| Meetings & Interviews/Info Gathering - Mediation Team | Brian Gleason | Senior Managing Director | 2.90 | $ 2,073.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Brian Gleason | Senior Managing Director | 1.00 | $ 715.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Eliana Lopez | Vice President | 0.70 | $ 262.15 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Marti Kopacz | Senior Managing Director | 2.00 | $ 1,390.00 |
| Review/Analysis of Documents and Info | Brian Gleason | Senior Managing Director | 11.00 | $ 7,832.50 |
| Review/Analysis of Documents and Info | Eliana Lopez | Vice President | 1.90 | $ 711.55 |
| Review/Analysis of Documents and Info | Mark Karagelian | Analyst | 28.90 | $ 6,502.50 |
| Review/Analysis of Documents and Info | Marti Kopacz | Senior Managing Director | 4.70 | $ 3,266.50 |
| **HTA Subtotal** | | | **172.70** | **$ 88,217.20** |

**UPR**

| Matter Description | Professional | Position Title | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|
| Communication - Mediation Team | Marti Kopacz | Senior Managing Director | 2.00 | $ 1,390.00 |
| Communication - Mediation Team | Jenna Birkhold | Associate | 1.80 | $ 495.00 |
| Communication - Parties in Interest | Marti Kopacz | Senior Managing Director | 1.20 | $ 834.00 |
| Mediation Sessions - Prep/Attend/Follow up | Jenna Birkhold | Associate | 13.70 | $ 3,767.50 |
| Review/Analysis of Documents and Info | Marti Kopacz | Senior Managing Director | 0.30 | $ 82.50 |
| Review/Analysis of Documents and Info | Jenna Birkhold | Associate | 13.10 | $ 9,104.50 |
| **HTA Subtotal** | | | **32.10** | **$ 15,673.50** |

**TOTALS**

| Matter Description | Professional | Position Title | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Account Management | Bayard Hollingsworth | Managing Director | 0.30 | $ 135.00 |
| Account Management | Brian Gleason | Senior Managing Director | 8.10 | $ 5,265.00 |
| Account Management | Patrick Bellot | Director | 1.90 | $ 665.00 |
| Account Management | Sean Rieder | Sr. Analyst | 184.60 | $ 35,187.05 |
| Admin - Fee Collection & Income Tax Withholding | Michael Jacoby | Senior Managing Director | 4.30 | $ 2,795.00 |
| Background Information | Brian Gleason | Senior Managing Director | 28.20 | $ 18,330.00 |
| Background Information | Jenna Birkhold | Associate | 64.70 | $ 17,792.50 |
| Background Information | Marti Kopacz | Senior Managing Director | 3.80 | $ 2,641.00 |
| Background Information | Michael Jacoby | Senior Managing Director | 30.60 | $ 19,890.00 |
| Background Information | Patrick Bellot | Director | 81.80 | $ 28,630.00 |
| Billable Travel (hours are reflected at 50% of total) | Brian Gleason | Senior Managing Director | 49.60 | $ 32,318.00 |
| Billable Travel (hours are reflected at 50% of total) | Jenna Birkhold | Associate | 7.70 | $ 2,117.50 |
| Billable Travel (hours are reflected at 50% of total) | Marti Kopacz | Senior Managing Director | 56.70 | $ 39,406.50 |
| Billable Travel (hours are reflected at 50% of total) | Michael Jacoby | Senior Managing Director | 30.00 | $ 19,500.00 |
| Billable Travel (hours are reflected at 50% of total) | Patrick Bellot | Director | 5.80 | $ 2,030.00 |
| Communication - Mediation Team | Brian Gleason | Senior Managing Director | 91.40 | $ 62,045.75 |
| Communication - Mediation Team | Eliana Lopez | Vice President | 11.40 | $ 4,269.30 |
| Communication - Mediation Team | Jenna Birkhold | Associate | 1.90 | $ 522.50 |
| Communication - Mediation Team | Mark Karagelian | Analyst | 2.30 | $ 517.50 |
| Communication - Mediation Team | Marti Kopacz | Senior Managing Director | 77.90 | $ 54,140.50 |
| Communication - Mediation Team | Michael Gaul | Sr. Director | 0.60 | $ 270.00 |
| Communication - Mediation Team | Michael Jacoby | Senior Managing Director | 12.50 | $ 8,125.00 |
| Communication - Parties in Interest | Bayard Hollingsworth | Managing Director | 1.80 | $ 810.00 |
| Communication - Parties in Interest | Brian Gleason | Senior Managing Director | 104.90 | $ 71,191.25 |
| Communication - Parties in Interest | Eliana Lopez | Vice President | 20.40 | $ 7,639.80 |
| Communication - Parties in Interest | Jenna Birkhold | Associate | 18.80 | $ 5,170.00 |
| Communication - Parties in Interest | Joe Nappi | Senior Managing Director | 7.30 | $ 3,650.00 |
| Communication - Parties in Interest | Marti Kopacz | Senior Managing Director | 155.90 | $ 108,350.50 |
| Communication - Parties in Interest | Michael Gaul | Sr. Director | 0.40 | $ 180.00 |
| Communication - Parties in Interest | Michael Jacoby | Senior Managing Director | 46.30 | $ 30,095.00 |
| Communication - Parties in Interest | Patrick Bellot | Director | 7.00 | $ 2,450.00 |
| Communication - Parties in Interest | Sean Rieder | Sr. Analyst | 1.50 | $ 285.00 |
| Communication - Phoenix Team | Bayard Hollingsworth | Managing Director | 3.00 | $ 1,350.00 |
| Communication - Phoenix Team | Brian Gleason | Senior Managing Director | 101.10 | $ 67,382.25 |
| Communication - Phoenix Team | Eliana Lopez | Vice President | 37.80 | $ 14,156.10 |
| Communication - Phoenix Team | Jenna Birkhold | Associate | 16.10 | $ 4,427.50 |

**TOTALS con't.**

| Matter Description | Professional | Position Title | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Communication - Phoenix Team | Joe Nappi | Senior Managing Director | 0.70 | $ 350.00 |
| Communication - Phoenix Team | Mark Karagelian | Analyst | 0.10 | $ 22.50 |
| Communication - Phoenix Team | Marti Kopacz | Senior Managing Director | 72.80 | $ 50,596.00 |
| Communication - Phoenix Team | Michael Gaul | Sr. Director | 2.90 | $ 1,305.00 |
| Communication - Phoenix Team | Michael Jacoby | Senior Managing Director | 48.30 | $ 31,395.00 |
| Communication - Phoenix Team | Patrick Bellot | Director | 28.80 | $ 10,080.00 |
| Communication - Phoenix Team | Sean Rieder | Sr. Analyst | 5.50 | $ 1,045.00 |
| Deliverables for Mediation Team | Bayard Hollingsworth | Managing Director | 11.50 | $ 5,175.00 |
| Deliverables for Mediation Team | Brian Gleason | Senior Managing Director | 14.60 | $ 9,724.00 |
| Deliverables for Mediation Team | Eliana Lopez | Vice President | 11.40 | $ 4,269.30 |
| Deliverables for Mediation Team | Joe Nappi | Senior Managing Director | 10.40 | $ 5,200.00 |
| Deliverables for Mediation Team | Mark Karagelian | Analyst | 14.80 | $ 3,330.00 |
| Deliverables for Mediation Team | Marti Kopacz | Senior Managing Director | 12.10 | $ 8,409.50 |
| Deliverables for Mediation Team | Michael Jacoby | Senior Managing Director | 14.90 | $ 9,685.00 |
| Deliverables for Mediation Team | Patrick Bellot | Director | 1.30 | $ 455.00 |
| Fee Applications | Dianne Lomonaco | Vice President | 62.40 | $ 9,407.25 |
| Fee Applications | Marti Kopacz | Senior Managing Director | 5.30 | $ 3,683.50 |
| Fee Applications | Michael Jacoby | Senior Managing Director | 42.30 | $ 27,547.00 |
| Fee Applications | Patrick Bellot | Director | 0.40 | $ 140.00 |
| Fee Applications | Stacey Miller | Office/Billing Manager | 41.70 | $ 6,800.85 |
| Mediation Sessions - Prep/Attend/Follow up | Bowen Flowers | Analyst | 0.50 | $ 87.50 |
| Mediation Sessions - Prep/Attend/Follow up | Brian Gleason | Senior Managing Director | 391.70 | $ 259,122.50 |
| Mediation Sessions - Prep/Attend/Follow up | Eliana Lopez | Vice President | 57.20 | $ 21,421.40 |
| Mediation Sessions - Prep/Attend/Follow up | Jenna Birkhold | Associate | 271.50 | $ 74,662.50 |
| Mediation Sessions - Prep/Attend/Follow up | Mark Karagelian | Analyst | 3.20 | $ 720.00 |
| Mediation Sessions - Prep/Attend/Follow up | Marti Kopacz | Senior Managing Director | 930.20 | $ 646,489.00 |
| Mediation Sessions - Prep/Attend/Follow up | Michael Jacoby | Senior Managing Director | 241.70 | $ 157,105.00 |
| Mediation Sessions - Prep/Attend/Follow up | Patrick Bellot | Director | 344.60 | $ 120,681.05 |
| Meetings & Interviews/Info Gathering - Mediation Team | Brian Gleason | Senior Managing Director | 11.00 | $ 7,579.00 |
| Meetings & Interviews/Info Gathering - Mediation Team | Eliana Lopez | Vice President | 1.10 | $ 411.95 |
| Meetings & Interviews/Info Gathering - Mediation Team | Marti Kopacz | Senior Managing Director | 2.50 | $ 1,737.50 |
| Meetings & Interviews/Info Gathering - Mediation Team | Michael Jacoby | Senior Managing Director | 3.10 | $ 2,015.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Bayard Hollingsworth | Managing Director | 1.30 | $ 585.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Brian Gleason | Senior Managing Director | 75.00 | $ 49,049.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Eliana Lopez | Vice President | 8.70 | $ 3,258.15 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Jenna Birkhold | Associate | 5.90 | $ 1,622.50 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Marti Kopacz | Senior Managing Director | 97.20 | $ 67,554.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Michael Gaul | Sr. Director | 2.80 | $ 1,260.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Michael Jacoby | Senior Managing Director | 63.00 | $ 40,950.00 |
| Meetings & Interviews/Info Gathering - Parties in Interest | Patrick Bellot | Director | 20.30 | $ 7,105.00 |
| Retention Application | Marti Kopacz | Senior Managing Director | 8.50 | $ 5,907.50 |
| Retention Application | Michael Jacoby | Senior Managing Director | 1.00 | $ 650.00 |
| Review/Analysis of Documents and Info | Bayard Hollingsworth | Managing Director | 27.00 | $ 12,150.00 |
| Review/Analysis of Documents and Info | Bowen Flowers | Analyst | 9.00 | $ 1,575.00 |
| Review/Analysis of Documents and Info | Brian Gleason | Senior Managing Director | 461.20 | $ 310,488.75 |

**TOTALS con't.**

| Matter Description | Professional | Position Title | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Review/Analysis of Documents and Info | Eliana Lopez | Vice President | 146.00 | $ 54,677.00 |
| Review/Analysis of Documents and Info | Jenna Birkhold | Associate | 115.30 | $ 37,209.50 |
| Review/Analysis of Documents and Info | Joe Nappi | Senior Managing Director | 4.30 | $ 2,150.00 |
| Review/Analysis of Documents and Info | Mark Karagelian | Analyst | 28.90 | $ 6,502.50 |
| Review/Analysis of Documents and Info | Marti Kopacz | Senior Managing Director | 217.10 | $ 150,758.50 |
| Review/Analysis of Documents and Info | Michael Gaul | Sr. Director | 30.20 | $ 13,590.00 |
| Review/Analysis of Documents and Info | Michael Jacoby | Senior Managing Director | 19.30 | $ 12,545.00 |
| Review/Analysis of Documents and Info | Patrick Bellot | Director | 98.00 | $ 34,300.00 |
| Review/Analysis of Documents and Info | Sean Rieder | Sr. Analyst | 35.50 | $ 7,090.80 |
| | | **Reduced for Transition** | | $ (22,595.50) |
| | | **Reduced for Fee Examiner Adjustments** | | $ (16,887.81) |
| | | **Reduced for Minor Internal Adjustments** | | $ (130.00) |
| | | **Totals:** | **5,414.40** | **$ 2,935,747.69** |

**Exhibit F**

**SUMMARY OF EXPENSES**

| Expense Category | Commonwealth Amounts | PREPA | HTA | ERS | UPR | Totals |
|---|---|---|---|---|---|---|
| Air & Rail | $ 21,210.95 | $ 1,281.49 | $ 335.00 | $ 122.00 | $ - | $ 22,949.44 |
| Car Rental | $ - | $ 150.00 | $ 75.00 | $ - | $ - | $ 225.00 |
| Courier | $ 1,332.08 | $ - | $ - | $ 12.87 | $ - | $ 1,344.95 |
| Lodging | $ 43,729.05 | $ 1,200.00 | $ 717.82 | $ 564.25 | $ - | $ 46,211.12 |
| Meals | $ 4,228.39 | $ 265.12 | $ 278.47 | $ 16.14 | $ - | $ 4,788.12 |
| Mileage | $ 548.99 | $ 21.80 | $ - | $ - | $ - | $ 570.79 |
| Parking | $ 1,225.50 | $ 132.02 | $ 30.01 | $ - | $ - | $ 1,387.53 |
| Printing | $ 1,645.41 | $ 34.20 | $ - | $ - | $ 14.40 | $ 1,694.01 |
| Taxi | $ 7,231.49 | $ 196.00 | $ 240.28 | $ 109.31 | $ - | $ 7,777.08 |
| Telephone Conference | $ 942.72 | $ 31.08 | $ 9.18 | $ - | $ - | $ 982.98 |
| Tolls | $ 56.69 | $ - | $ - | $ - | $ - | $ 56.69 |
| **Totals** | **$ 82,151.27** | **$ 3,311.71** | **$ 1,685.76** | **$ 824.57** | **$ 14.40** | **$ 87,987.71** |

| | |
|---|---|
| **Reduced for Fee Examiner Adjustments:** | **$ (2,201.95)** |
| **Reduced for Internal Adjustment for Duplicate Expense:** | **$ (1,502.42)** |
| **Total: $** | **84,283.34** |

**Exhibit G**

Proposed Order Approving the Final Application of Phoenix Management Services, LLC, Financial
Advisor to the Mediation Team, For Allowance of Compensation For Services Rendered and
Reimbursement of Expenses Incurred For the Period August 4, 2017 through January 21, 2022

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**ORDER APPROVING THE FINAL**
**APPLICATION OF PHOENIX**
**MANAGEMENT SERVICES, LLC, FINANCIAL ADVISOR TO**
**THE MEDIATION TEAM, FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED**
**FOR THE PERIOD AUGUST 4, 2017 THROUGH JANUARY 21, 2022**

Upon the application (the "Application")[2] of Phoenix Management Services, LLC ("Phoenix"), as financial

advisor to the Mediation Team appointed in the above-captioned title III cases, seeking, pursuant to (a) PROMESA

sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) this

Court's *Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of*

*Expenses of Professionals* [ECF No. 20546], an allowance of compensation for professional services rendered by

Phoenix for the period commencing August 4, 2017 2021 through January 21, 2022 in the amount of **$**

**$2,935,747.69** and for reimbursement of its actual and necessary expenses in the amount of **$84,283.34** incurred

during the Final Period; and, this Court having determined that the legal and factual bases set forth in the Application

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1.      The Application is APPROVED as set forth herein.

2.      Compensation to Phoenix for professional services rendered during the Final Period is allowed in the amount of **$2,935,747.69**.

3.      Reimbursement to Phoenix for expenses incurred during the Final Period is allowed in the amount of **$84,283.34.**

4.      The Debtor is authorized to pay Phoenix all fees allowed pursuant to this Order, including those that were previously held back pursuant to the Third Amended Compensation Order, less any amounts previously paid for such fees under the terms of the Third Amended Compensation Order.

5.      The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.


Dated: _____, 2023
      San Juan, Puerto Rico

      _____
      Honorable Laura Taylor Swain
      United States District Judge