**Hearing Date:** June 7, 2023, at 9:30 am (AST)
or as otherwise ordered by the Court
**Objection Deadline:** May 23, 2023, at 4:00 p.m. (AST) (for parties other than the Fee Examiner)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

### NOTICE OF HEARING ON FINAL APPLICATION OF
### PHOENIX MANAGEMENT SERVICES, LLC, FINANCIAL ADVISOR TO THE
### MEDIATION TEAM, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
### RENDERED FOR THE PERIOD AUGUST 4, 2017 THROUGH JANUARY 21, 2022

**PLEASE TAKE NOTICE** that a hearing on the *Final Application of Phoenix Management Services, LLC, Financial Advisor to the Mediation Team, for Allowance of Compensation for Services Rendered for the Period August 4, 2017 through January 21, 2022* (the "Application"), filed February 6, 2023, will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 (the "Court"), on **June 7, 2023, at 9:30 a.m. (Atlantic Standard Time)** or at such other place and time as ordered by the Court.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747; and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that any response or objection (any "<u>Objection</u>") to the Application by parties other than the Fee Examiner must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, must be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Court's *Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief*, as amended (ECF Nos. 249, 20190) and *Interim Compensation Order, Including the Due Date and Hearing Date for Interim Compensation* (ECF Nos. 1594, 3269, 20564), so as to be filed and received no later than **May 23, 2023** (the "<u>Objection Deadline</u>").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Application is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the case management procedures.

[*Remainder of page left intentionally blank*]

Dated: February 6, 2023					Respectfully submitted,


							*/s/ Hermann D. Bauer*
							Hermann D. Bauer
							USDC No. 215205
							**O'NEILL & BORGES LLC**
							250 Muñoz Rivera Ave., Suite 800
							San Juan, Puerto Rico 00918-1813
							Tel: (787) 764-8181
							Fax: (787) 753-8944

							*s/ Martin J. Bienenstock*

							Martin J. Bienenstock*
							Brian S. Rosen*
							(*Admitted *Pro Hac Vice*)
							**PROSKAUER ROSE LLP**
							Eleven Times Square
							New York, New York 10036
							Tel: (212) 969-3000
							Fax: (212) 969-2900
							*Attorneys for the Financial Oversight and Management Board for Puerto Rico*

3