# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| En el asunto de:<br><br>**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,**<br>como representante del<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO** y otros,<br><br>Deudores.[1] | **PROMESA**<br>**Título III**<br><br>Núm. 17-BK-3283-LTS<br><br>(Administrado de manera conjunta) |
| En el asunto de:<br><br>**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,**<br>como representante del<br><br>**LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO**<br><br>Deudor. | **PROMESA**<br>**Título III**<br><br>Núm. 17-BK-4780-LTS<br><br>(Administrado de manera conjunta) |

## MOCIÓN PARA INFORMAR
## MOTION TO REPORT

**AL HONORABLE TRIBUNAL:**
**TO THE HONORABLE COURT:**

Comparece el Sr. Joaquín Lasalle Lasalle, quien muy respetuosamente Expone, Alega y Solicita:

*Mr. Joaquín Lasalle Lasalle appears, who very respectfully Exposes, Alleges and Requests:*

1. Mi nombre es Joaquín Lasalle Lasalle y mi dirección postal es: HC 9 BOX 10715 Aguadilla, P. R. 00603.
   *My name is Joaquín Lasalle Lasalle and my mailing address is: HC 9 BOX 10715 Aguadilla, P. R. 00603.*

2. Intereso tener conocimiento y ser considerado en todo lo relacionado al caso de epígrafe.
   *I am interested in having knowledge and being considered in everything related to the case in question.*

3. Intereso conocer si siendo acreedor se puede pagar por el deudor de mi reclamación.
   *I am interested in knowing if, being a creditor, the debtor of my claim can be paid.*

4. Como ex – empleado intereso que se me dé prioridad al momento de pagarme lo adeudado.
   *As a former employee, I want to be given priority when paying what is owed.*

5. No puedo objetar por desconocer la Declaración de divulgación.
   *I Cannot Object Due to Ignorance of the Disclosure Statement*

6. No obstante, intereso mantener mi reclamación en el caso.
   *However, I want to keep my claim in the case.*

**POR TODO LO CUAL,** respetuosamente solicito de este Honorable Tribunal tome conocimiento de lo aquí expresado, con cualquier otro pronunciamiento que en derecho proceda.

**FOR ALL WHICH**, *I respectfully request that this Honorable Tribunal take cognizance of what is expressed here, with any other pronouncement that may be legally applicable.*

En Aguadilla, Puerto Rico, hoy día 27 de enero de 2023.
*In Aguadilla, Puerto Rico, today January 27, 2023*

*[signature]*
JOAQUÍN LASALLE LASALLE
HC 9 BOX 10715
AGUADILLA, P. R. 00603
TEL. (787) 882-7059