JOAQUIN LASALLE LASALLE
HC 9 BOX 10715
AGUADILLA PR  00603



U.S. POSTAGE PAID
FCM LETTER
MOCA, PR
00676
JAN 27, 23
AMOUNT
$8.37
R2305P151631-02

RDC 99    00918



7020 3160 0001 3194 7500

TRIBUNAL DISTRITO ESTADOS UNIDOS
SECRETARIA
150 AVENIDA CARLOS CHARDON
SUITE 150
SAN JUAN PR 00918-1767

RETURN RECEIPT REQUESTED