**Exhibit L**

ACTIONS TO BE TRANSFERRED TO AVOIDANCE ACTIONS TRUST

## Actions to be Transferred to the Avoidance Actions Trust[1]

| VENDOR NAME | ADVERSARY PROCEEDING NO. |
|---|---|
| Core Laboratories N.V. d/b/a Saybolt | 19-381 |
| Puerto Nuevo Security Guards, Inc. | 19-384 |

---

[1] The actions to be transferred to the Avoidance Actions Trust include, but are not limited to, the actions listed on this Exhibit.

2