## **Exhibit O**

ESTIMATION OF GENERAL UNSECURED CLAIMS POOL

| # | Category | # of Claims | Asserted Amount | Estimated Value (Low) Claim Amount | Estimated Value (High) Claim Amount |
|---|---|---|---|---|---|
| | **General Unsecured Claims** | | | | |
| 1 | Master Claim - UTIER Damages | 1 | $ 1,205,492,250 | $ - | $ 102,400,000 |
| 2 | Master Claim - UTIER Grievances | 1 | 1,124,524,226 | 124,595,399 | 1,124,524,226 |
| 3 | UITICE Litigation | 1 | 224,900,000 | - | 224,900,000 |
| 4 | UITICE Arbitration Awards | 2 | 5,673,022 | 5,673,022 | 5,673,022 |
| 5 | Master Claim - UEPI | 1 | 3,711,794 | 3,711,794 | 3,711,794 |
| 6 | Litigation | 207 | 585,063,104 | 50,348,324 | 585,063,104 |
| 7 | PPOA | 14 | 2,779,645,677 | 34,063,814 | 2,779,645,677 |
| 8 | Employee | 1,368 | 15,838,596 | 2,595,909 | 15,838,596 |
| 9 | Contract | 1 | 12,074,869 | 12,074,869 | 12,074,869 |
| 10 | Judgment/Settlement | 26 | 6,850,955 | 6,850,955 | 6,850,955 |
| 11 | Trade | 142 | 5,538,878 | 5,538,878 | 5,538,878 |
| 12 | Lease | 12 | 530,128 | 530,128 | 530,128 |
| | **Total General Unsecured Claims** | **1,776** | **$ 5,969,843,500** | **$ 245,983,092** | **$4,866,751,250** |