## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) | This filing relates to PREPA<br>POC 28744<br>PROMESA<br>Title III<br>Case No. 17 BK4780-LTS |

**UNOPPOSED MOTION FOR LEAVE TO AMEND PROOF OF CLAIM NUMBER 28744**

To the Honorable United States District Judge Laura Taylor Swain:

COMES NOW, creditor, **O'Neill Security & Consultant Services, Inc.** (hereinafter "O'Neill"), by and through the undersigned attorney, to respectfully state, and request:

1.      On May 29, 2018, O'Neill filed a proof of claim number 28744 based on a debt owed by PREPA for services rendered by O'Neill for the amount of $1,946.485.38

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

as of July 2, 2017. After the proof of claim was filed, O'Neill received payments from the debtor that reduced the amount owed by PREPA to O'Neill. Therefore, O'Neill requests permission to amend POC to reduce the amount of the original POC from $1,946,485.38 to **$821,578.88**.

2.    The contents of this motion have been discussed with Debtor's attorney, who expressed no objections to our request.

**WHEREFORE,** it is respectfully requested that this Honorable Court grants movant leave to amend its proof of claim number 28744 to correct the reduced claim amount with any other remedy deemed just and proper.

**I HEREBY CERTIFY** that on this date, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsels of record.

**RESPECTFULLY SUBMITTED**.

In Ponce, Puerto Rico, on this 9th day of February 2023.

s/Elías L. Fernández Pérez
ELÍAS L. FERNÁNDEZ PÉREZ
USDC 227404
PO Box 7500
Ponce, P.R. 00732
Tel. (939) 250-0179
Cel. (787) 616-9374
Fax: 1(800) 325-7084
Email: eliaslaureano@gmail.com