UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
                                                                                                                                          :

In re:   :

THE FINANCIAL OVERSIGHT AND   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III

    as representative of   :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)

    Debtors.[1]   :
------------------------------------------------------------------------- x

In re:   :

THE FINANCIAL OVERSIGHT AND   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III

    as representative of   :   Case No. 17-BK-4780 (LTS)

PUERTO RICO ELECTRIC POWER AUTHORITY,   :

    Debtors.   :
------------------------------------------------------------------------- x

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<u>ORDER GRANTING URGENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OMNIBUS REPLY OF THE PUERTO RICO POWER AUTHORITY TO OBJECTIONS TO THE (I) ADEQUACY OF THE DISCLOSURE STATEMENT, (II) RELIEF REQUESTED IN THE DISCLOSURE STATEMENT MOTION, AND (III) RELIEF REQUESTED IN THE CONFIRMATION DISCOVERY PROCEDURES MOTION</u>

Upon consideration of the *Urgent Motion for Leave to Exceed Page Limit for Omnibus Reply of the Puerto Rico Power Authority to Objections to the (I) Adequacy of the Disclosure Statement, (II) Relief Requested in the Disclosure Statement Motion, and (III) Relief Requested in the Confirmation Discovery Procedures Motion* (Docket Entry No. 23511 in Case No. 17-3283 and Docket Entry No. 3202 in Case No. 17-4780) (the "Urgent Motion"),[2] the Court hereby FINDS AND DETERMINES that the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; venue is proper before this Court pursuant to section 307(a) of PROMESA; and the Court having found the Oversight Board provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief set forth herein; it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Oversight Board may file an Omnibus Reply of no more than sixty-five (65) pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, the certificate of service, and exhibits, as well as an exhibit of approximately twenty-six (26) pages providing an explanatory chart summarizing certain Objections and the Oversight Board's response thereto.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

4. This Order resolves Docket Entry No. 23511 in Case No. 17-3283 and Docket Entry No. 3202 in Case No. 17-4780.

SO ORDERED.

Dated: February 10, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge