UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al*., : (Jointly Administered)
:
    Debtors. :
---------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-4780 (LTS)
:
PUERTO RICO ELECTRIC POWER AUTHORITY, *et al*., :
:
    Debtors. :
---------------------------------------------------------------------- x

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN RELIEF SOUGHT IN URGENT MOTION TO FILE SUPPLEMENTAL OBJECTION TO DISCLOSURE STATEMENT FOR FIRST AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY**

To the Honorable United States District Judge Laura Taylor Swain:

    The Official Committee of Unsecured Creditors (the "Committee"),[1] respectfully submits this joinder (the "Joinder") in the relief sought in the *Urgent Motion to File Supplemental Objection to Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto*

---

[1] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

*Rico Electric Power Authority* [Docket No. 3204] (the "<u>Motion</u>").[2] The Committee respectfully states as follows:

1. Because the Amended Disclosure Statement introduces important and material changes to the prior version of the disclosure statement filed on December 16, 2022, the Committee believes that it is appropriate to provide parties in interest with the opportunity to prepare supplemental objections to the Amended Disclosure Statement.

2. The Committee, therefore, joins in the relief sought in the Motion and requests leave to file, by **February 17, 2023 at 3:00 p.m. (Atlantic Standard Time),** a supplemental objection to the Amended Disclosure Statement. As noted in the Motion, the Oversight Board has consented to such relief.

*[Remainder of Page Intentionally Left Blank]*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

| | |
|---|---|
| Dated: February 12, 2023 | By: _/s/ Luc A. Despins_ |
| | PAUL HASTINGS LLP<br>Luc A. Despins, Esq. *(Pro Hac Vice)*<br>G. Alexander Bongartz, Esq. *(Pro Hac Vice)*<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>lucdespins@paulhastings.com<br>alexbongartz@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| | By: _/s/ Juan J. Casillas Ayala_ |
| | CASILLAS, SANTIAGO & TORRES LLC<br>Juan J. Casillas Ayala, Esq. (USDC - PR 218312)<br>Israel Fernández Rodríguez, Esq. (USDC - PR 225004)<br>Juan C. Nieves González, Esq. (USDC - PR 231707)<br>Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075<br>Telephone: (787) 523-3434 Fax: (787) 523-3433<br>jcasillas@cstlawpr.com<br>ifernandez@cstlawpr.com<br>jnieves@cstlawpr.com<br>crernandez@cstlawpr.com<br><br>*Local Counsel to the Official Committee of Unsecured Creditors* |