**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------------x
```
In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

    Debtors.[1]
```
-------------------------------------------------------------------x
```

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Jointly Administered)

## ORDER LIFTING STAY

This matter is before the Court on the *Avoidance Actions Trustee's Omnibus Motion to Lift Litigation Stay in Selected Avoidance Actions* (Dkt. No. 23293 in Case No. 17-3283) (the "Omnibus Motion"), as it relates to the two (2) Mediated Actions[2] listed in Appendix I and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein shall have the meanings given to them in the Omnibus Motion.

Rosso Action listed in Appendix II. Taking note of the lack of objection and finding good cause for the requested relief, the Court hereby ALLOWS the Omnibus Motion as follows:

1. The stay imposed by the *Avoidance Action Procedures* (Dkt. No. 20937 at Appendix II in Case No. 17-3283) (the "Procedures") in the Mediated Actions listed in Appendix I and the Rosso Action listed in Appendix II is lifted.

2. Notwithstanding anything to the contrary in the Procedures, within 21 days of this Order, the Parties shall file a joint scheduling report and proposed order that complies with the Procedures; *provided that*, such joint scheduling report and proposed order shall provide a time by which the Trustee may amend the complaint (or seek to amend the complaint).

This Order resolves Dkt. No. 23293.

SO ORDERED.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge

DATED: February 13, 2023

**APPENDIX I**

**MEDIATED ACTIONS**

| | |
|---|---|
| 19-00062 | Drivetrain LLC v. Apex General Contractors LLC |
| 19-00063 | Drivetrain LLC v. GF Solutions, INC. |

**APPENDIX II**

**ROSSO ACTION**

| 19-00239 | Drivetrain LLC v. Rosso Group, INC. |
|---|---|