UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SCHEDULING BRIEFING CONCERNING UNOPPOSED
MOTION FOR LEAVE TO AMEND PROOF OF CLAIM NUMBER 28744

      The Court has received and reviewed the *Unopposed Motion for Leave to Amend Proof of Claim Number 28744* (Docket Entry No. 23508 in Case No. 17-3283) (the "Motion"), filed by O'Neill Security & Consultant Services, Inc. (the "Movant").

      Responsive papers to the Motion, if any, must be filed by **February 23, 2023, at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **March 2, 2023, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

      SO ORDERED.

Dated: February 13, 2023                                           /s/ Laura Taylor Swain
                                                                                     LAURA TAYLOR SWAIN
                                                                                     United States District Judge

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).