# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                            Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## UTIER'S JOINDER TO RELIEF SOUGHT IN URGENT MOTION TO FILE SUPPLEMENTAL OBJECTION TO DISCLOSURE STATEMENT FOR FIRST AMENDED TITLE III PLAN OF ADJUSTMENT

*[SPACE INTENTIONALLY LEFT BLANK]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**TO THE HONORABLE DISTRICT COURT:**

 **COMES NOW** Unión de Trabajadores de la Industria Eléctrica y Riego, Inc. ("UTIER") duly represented by the undersigned counsel and respectfully states as follows:

1. On December 16, 2022, the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), as representative of the Puerto Rico Electric Power Authority ("PREPA"), filed its *Title III Plan of Adjustment of the Puerto Rico Electric Power Authority*, **[Case No. 17-0480-LTS, Docket No. 3110]**, and its *Disclosure Statement for Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* ("Disclosure Statement"). **[Docket No. 3111]** The deadline to object the Disclosure Statement was February 3, 2023. **[Docket No. 3119]**

2. Nonetheless, on February 9, 2023, the Oversight Board filed the *First Amended Plan of Adjustment of the Puerto Rico Electric Power Authority* ("Plan") **[Docket No. 3200]** and subsequently a *Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* ("Amended Disclosure Statement"). **[Docket No. 3201]**

3. On February 10, 2023, the Ad Hoc Group pf PREPA Bondholders filed an *Urgent Motion to File Supplemental Objection to Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* ("Motion"). **[Docket No. 3204]** As such, UTIER respectfully submits this Joinder to the relief sought in the Motion.

4. As the Amended Disclosure Statement introduces significant changes to its prior iteration, UTIER joins the relief sought in the Motion and requests leave to file a supplemental objection by February 17, 2023, at 3:00pm (AST). As noted in the Motion, the Oversight Board has consented to this relief.

WHEREFORE, in view of the foregoing, UTIER joins the Motion and requests relief in

accordance with this Joinder.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in *First Amended Standing Order.* In Ponce, Puerto Rico, this 13th day of February, 2023.



BUFETE EMMANUELLI, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 1-787-841-1435

*/s/Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez, Esq.
USDC: 214105
rolando@emmanuelli.law


*/s/Jessica E. Méndez-Colberg*
Jessica E. Méndez-Colberg, Esq.
USDC: 302108
jessica@emmanuelli.law

*/s/ Zoé C. Negrón-Comas*
Zoé C. Negrón-Comas, Esq.
USDC: 308702
zoe@emmanuelli.law

*Counsel for UTIER*

3