# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br> Debtors | PROMESA <br><br> Title III <br><br> **Case No. 17 BK 3283-LTS** |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor | PROMESA <br><br> Title III <br><br> Case No. 17 BK 4780-LTS |

## PV PROPERTIES, INC.'S JOINDER TO RELIEF SOUGHT IN URGENT MOTION TO FILE SUPPLEMENTAL OBJECTION TO DISCLOSURE STATEMENT FOR FIRST AMENDED TITLE III PLAN OF ADJUSTMENT

**TO THE HONORABLE COURT:**

COMES NOW PV Properties, Inc. ("PV Properties"), through its undersigned counsel, and respectfully states and requests:

1.    On December 16, 2022, the Financial Oversight and Management Board (the "Oversight Board"), as representative of Puerto Rico Power Authority ("PREPA"), filed its plan of adjustment (the "Plan") and its Disclosure Statement in the captioned case [**ECF No. 23097**].

2.    The Court granted creditors and parties in interest until February 3, 2023, at 5:00 p.m. (AST) to file objections to the approval of the adequacy of PREPA's Disclosure Statement (the "Disclosure Statement") [**ECF No. 23159**].

3.    The deadline to object to the Disclosure Statement was February 3, 2023 [**ECF No. 23159**].

4.      On January 26, 2023, PV Properties timely filed its objection to the Disclosure Statement [**ECF No. 23391**].

5.      However, on February 9, 2023, the Oversight Board filed a First Amended Plan of Adjustment of the Puerto Rico Electric Power Authority (the "Amended Plan") [**ECF No. 23506**] and a Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority (the "Amended Disclosure Statement").

6.      On February 10, 2023, the Ad Hoc Group of PREPA Bondholders filed an *Urgent Motion to File Supplemental Objection to Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* (the "Motion") [**ECF No. 23515**]. As such, PV Properties respectfully submits this Joinder to the relief sought in the Motion.

7.      As the Amended Disclosure Statement introduces significant changes to its prior version, but does not address PV Properties' objection, PV Properties joins the relief sought in the Motion and also requests leave to file a supplemental objection by February 17, 2023, at 3:00 p.m. (AST).

**WHEREFORE**, in view of the foregoing, PV Properties joins the Motion and requests relief in accordance with the Joinder.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico this 14th day of February 2023

| *s*/**Fernando E. Agrait** | *s*/**Charles A. Cuprill-Hernandez** |
|---|---|
| USDC-PR 127212 | USDC-PR 114312 |
| 701 Avenida Ponce de León | Charles A. Cuprill, P.S.C., Law Offices |
| Edificio Centro de Seguros | 356 Fortaleza Street - Second Floor |
| Oficina 414 | San Juan, PR  00901 |
| San Juan, Puerto Rico 00907 | Tel.: 787-977-0515 |
| Tel. 787-725-3390/3391 | Fax: 787-977-0518 |
| Fax: 787-724-0353 | E-mail: cacuprill@cuprill.com |
| E-mail: agraitfe@agraitlawpr.com | |

2