**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## <u>CERTIFICATE OF SERVICE</u>

     I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On February 2, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Five Hundred Fifty-Ninth Omnibus Service List attached hereto as **<u>Exhibit A</u>**:

- Omnibus Objection Notice (Disallow Surviving), customized for each party, a blank copy of which is attached hereto as **<u>Exhibit B</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On February 2, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the (1) Five Hundred Sixtieth Omnibus Service List attached hereto as **Exhibit C**; (2) Five Hundred Sixty-First Omnibus Service List attached hereto as **Exhibit D**; and (3) Five Hundred Sixty-Second Omnibus Service List attached hereto as **Exhibit E**:

- Omnibus Objection Notice (Disallowed), customized for each party, a blank copy of which is attached hereto as **Exhibit F**

On February 2, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Five Hundred Sixty-Third Omnibus Service List attached hereto as **Exhibit G**:

- Omnibus Objection Notice (Modified and Allowed), customized for each party, a blank copy of which is attached hereto as **Exhibit H**

On February 2, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Five Hundred Sixty-Fourth Omnibus Service List attached hereto as **Exhibit I**:

- Omnibus Objection Notice (Reduce and Allow), customized for each party, a blank copy of which is attached hereto as **Exhibit J**


Dated: February 13, 2023

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 13, 2023, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 67050

**Exhibit A**

Exhibit A

Five Hundred Fifty-Ninth Omnibus Service List

Served via first class mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2137837 | ABRIL LEON, WANDA I | PO BOX 764 | | | GUAYNABO | PR | 00970-0764 |
| 3365659 | Agosto Maldonado , Nilda  A | Calle 523 Blaque QE 20 | Country Club | | Carolina | PR | 00982 |
| 3156262 | Allers-Nieves, Luis Antonio | Calle Melodia 3413 | | | Isabela | PR | 00662 |
| 3475245 | Allers-Nieves, Luis Antonio | Suhail Caban-Lopez | PO Box 1711 | | Aguada | PR | 00602 |
| 2231444 | ARZUAGA ROSA, PAULA | PO BOX 1283 PMB 133 | | | SAN LORENZO | PR | 00754-1283 |
| 3850970 | CABALLERO MAYSONET, MYRNA R. | RR 1 BOX 11646 | | | MANATI | PR | 00674-9714 |
| 345141 | CABEZA HERNANDEZ, ANGEL | CALLE 17 W-14 | SAN SOUCI | | BAYAMON | PR | 00957 |
| 1989434 | CARDONA SANTANA, GAMALIEL | VILLA LINARES | K2 CALLE 16 | | VEGA ALTA | PR | 00692-6630 |
| 1923064 | CARRILLO FIGUEROA, ELIZABETH | B-1 CALLE 3 VILLA NUEVA | | | CAGUAS | PR | 00727-6960 |
| 3046791 | Carrion Cedeno, Margarita | P.O. Box 515 | | | Gurabo | PR | 00778 |
| 2989452 | CHEVERE FRAGUADA, ZORAIDA | JARD DE COUNTRY CLUB | R1 CALLE 12 | | CAROLINA | PR | 00983-1759 |
| 3141489 | DIAZ MEDINA, LOURDES  T | URB VILLA CAROLINA | 389 CALLE 34 | | CAROLINA | PR | 00985 |
| 2003826 | DIAZ RAMOS, JOSE | URB SANTA JUANA 2 | A26 CALLE 3 | | CAGUAS | PR | 00725-2008 |
| 1996934 | FERNANDEZ HERNANDEZ, ISIDRO | PO BOX 453 | | | BUENAS | PR | 00703-0453 |
| 1675451 | FIGUEROA RESTO, IRAIDA | 45 ANDROMEDAS | URB LOS ANGELES | | CAROLINA | PR | 00979 |
| 419921 | HERNANDEZ MENDOZA,  ZORAIDA | STA JUANITA | AS 4 | CALLE 28 | BAYAMON | PR | 00956 |
| 3122024 | HERNANDEZ MENDOZA,  ZORAIDA | URB. ROYAL TOWN C/17 X-23 | | | BAYAMON | PR | 00956 |
| 1888831 | MARTINEZ SANCHEZ, ANA I | URB RIO HONDO 2 | AL22 CALLE RIO LAJAS | | BAYAMON | PR | 00961-3241 |
| 2970345 | MATIAS NIEVES, LAURA | URB SABANERA | 120 CAMINO DE LAS TRINITARIAS | | CIDRA | PR | 00739-9470 |
| 2948501 | Merced Diaz, Ana M | Urb. Santa Juana 2 | B20 Calle 4 | | Caguas | PR | 00725 |
| 3137579 | Montanez Parrilla, Yolanda | Urb. Bairoa Park | 2K-24 Calle Celestino Sola | | Caguas | PR | 00727-1819 |
| 1928885 | MUNDO RODRIGUEZ, FAUSTO | URB IDAMARIS GDNS | N7 CALLE WILLIAM SANTIAGO | | CAGUAS | PR | 00727-5706 |
| 3096492 | Navedo Concepcion, Ana Gloria | Calle Aguila C3, La Altagracia | | | Toa Baja | PR | 00949 |
| 2107532 | OQUENDO GONZALEZ, NILDA | P O BOX 580 | | | CAROLINA | PR | 00986 |
| 3118254 | Oquendo Isales, Lourdes | Calle 2 Box 233 Villas Doradas G22 | | | Canovanas | PR | 00729 |
| 1897748 | PASTOR FLORES, ARTURO  E. | URB VEREDAS | 318 CAMINO DE LAS TRINITARIAS | | GURABO | PR | 00778-9686 |
| 2230427 | REYES RODRIGUEZ, OSVALDO | JDNS DE CAPARRA | D 1 CALLE 1 | | BAYAMON | PR | 00959 |
| 1900387 | RIVERA MARTINEZ, BETZAIDA | PARQ LAS AMERICAS | B3 CALLE B | | GURABO | PR | 00778-2733 |
| 1900387 | RIVERA MARTINEZ, BETZAIDA | PARQ LAS AMERICAS | B3 CALLE B | | GURABO | PR | 00778-2733 |
| 307576 | Rivera Morales, Evelyn | HC-03 | Box 15568 | | Aguas Buenas | PR | 00703 |
| 2256073 | RIVERA RIVERA, YOLANDA | COND PASEO LAS CUMBRES | 345 CARR 850 APT 117 | | TRUJILLO ALTO | PR | 00976-3434 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Five Hundred Fifty-Ninth Omnibus Service List

Served via first class mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2226398 | RODRIGUEZ FUENTES, NILDA | ALTURAS DE RIO GRANDE | K481 CALLE 10 | | RIO GRANDE | PR | 00745-3334 |
| 3869289 | Rosario Rivera, Carmen Haydee | Urb Eleonor Roosevelt 413 | Calle Enrique Amadeo | | Hato Rey | PR | 00918 |
| 1904745 | SANCHEZ CABEZUDO, CARMEN A | VILLA BLANCA | V38 CALLE CRISOLITA | | CAGUAS | PR | 00725-1915 |
| 3279716 | SANCHEZ SANCHEZ, MARIA N. | PO BOX 8054 | | | CAGUAS | PR | 00726 |
| 2351474 | SANTIAGO DIAZ, EVELYN | MARIA ELENA SANTIAGO DIAZ | VILLA FONTANA | VIA 3 2LR621 | CAROLINA | PR | 00983 |
| 3479667 | SANTIAGO DIAZ, EVELYN | Urb. Villa Fontana Via 3-2LR621 | | | Carolina | PR | 00983 |
| 2981468 | Skytec Inc | 500 Road 869 | Suite 501 | | Cantano | PR | 00962-2011 |
| 2018918 | Torres Rosario, Lourdes | PMB 170 | RR 5 Box 4999 | | BAYAMON | PR | 00956 |
| 2018918 | Torres Rosario, Lourdes | PMB 170 | RR 5 Box 4999 | | BAYAMON | PR | 00956 |
| 2980052 | TRICOCHE JESUS, LUZ  N. | 1106 CANDLEBERRY CT. | | | FAIRFIELD | CA | 94533 |
| 1789885 | TRICOCHE JESUS, LUZ  N. | URB RIO GRANDE EST | 10810 CALLE PRINCESA DIANA | | RIO GRANDE | PR | 00745-5222 |
| 2243763 | Velez Bonilla, Rosa | VILLA BLANCA | 15 CALLE JASPE | | CAGUAS | PR | 00725-1924 |
| 2965921 | Verge Hernandez, Enrique | Urb. Villa Carolina Calle | 166-2 Calle 419 | | Carolina | PR | 00985 |

**<u>Exhibit B</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | DISALLOWED CLAIM # | DATE FILED | DEBTOR | DISALLOWED ASSERTED CLAIM AMOUNT | SURVIVING CLAIM # | DATE FILED | DEBTOR | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

| Treatment: | Claim to be Disallowed |
|---|---|
| Reason: | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | No. DE RECLAMO DESESTIMADO | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO FORMULADO DESESTIMADO | No. DE RECLAMO SOBREVIVIENTE | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO SOBREVIVIENTE |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

| Tratamiento: | Reclamo a ser desestimado |
|---|---|
| Reason: | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit C</u>**

Exhibit C

Five Hundred Sixtieth Omnibus Service List

Served via first class mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2977261 | Alicea, Jennifer | PO Box 363901 | | | San Juan | PR | 00936-3901 |
| 3958757 | Batista Serrano, Enid M. | HC-01 Box 1070-M | | | Arecibo | PR | 00612 |
| 3410708 | Cappa Delgado, Nancy | P.O. Box 336433 | | | Ponce | PR | 00733-6433 |
| 3588593 | COLON MALDONADO, CARMEN G | 10 FLAMINGO APARTMENTS APT. APT. 6203 | | | BAYAMON | PR | 00959 |
| 3588089 | COLON MALDONADO, CARMEN G | CALLE 3 H-3 FOREST HILL | | | BAYAMON | PR | 00959 |
| 2986284 | Cooperativa De Seguros Multiples de Puerto Rico | Hector E. Valdes Ortiz, Esq. | 8461 Lake Worth Road | Suite 420 | Lake Worth | FL | 33467 |
| 2988454 | Cooperativa de Seguros Multiples de Puerto Rico | Hector E. Valdes Ortiz, Esq. | 8461 Lake Worth Road, Suite 420 | | Lake Worth | FL | 33467 |
| 3058391 | Cooperativa de Seguros Multiples de Puerto Rico | Lisa Lopez, Claim Manager | PO Box 363846 | | San Juan | PR | 00936-3846 |
| 3038512 | Cooperativa de Seguros Multiples de Puerto Rico | Lisa Lopez, Claims Manager | PO Box 363846 | | San Juan | PR | 00936-3846 |
| 3181366 | DAT@ACCESS COMUNICATIONS Inc. | 316 Avenida De La Constitución | | | San Juan | PR | 00901 |
| 3013877 | DAT@ACCESS COMUNICATIONS Inc. | Héctor Figueroa-Vincenty | 310 Calle San Francisco | Suite 32 | San Juan | PR | 00901 |
| 99391 | GUZMAN CORTES, CARMEN | BO MORA GUERRERO | BUZON 289 CALLE 7 | | ISABELA | PR | 00662 |
| 3850022 | Lopez Rivera, Maria del C. | Apartado 957 | | | Villalba | PR | 00766 |
| 4136817 | MENDEZ PEREZ, GEORGINA | G-3 VALLE | URB. COLINAS | | YAUCO | PR | 00698 |
| 4113882 | MENDEZ PEREZ, GEORGINA | URB COLINAS | G 4 CALLE 6 | | YAUCO | PR | 00698 |
| 2746108 | ORTIZ ORTIZ, MARGARITA R | RR 2 BOX 7104 | | | GUAYAMA | PR | 00784 |
| 3614612 | Perez Rodriguez, Maribel | Pueblo Nuevo c # 22 | | | Yauco | PR | 00698 |
| 3833083 | Perez Torres, Elizabeth | Urb. Santa Eleana 2 | B-16 Calle Oriquidea | | Guayanilla | PR | 00656 |
| 4188190 | Robles Rodriguez, Carlos Luis | Bo Los Croabas Carr 987 | HC67 Box 21591 | | Fajardo | PR | 00738 |
| 2241816 | ROBLES RODRIGUEZ, RODOLFO | HC 67 BOX 21591 | BO LAS CROABAS CARR 987 | | FAJARDO | PR | 00738-9499 |
| 3535299 | RODRIGUEZ LEON, RUTH I | 6602 DOREL STREET | | | PHILADELPHIA | PA | 19142 |
| 3425725 | Rodriguez Ramos, Ismael | 6 Nobleza V. Esperanza | | | Caguas | PR | 00727 |
| 2832449 | ROSADO MORALES, AYMEE DEL C. | YADIRA ADORNO DELGADO | 1605 AVE. PONCE DE LEON STE 600 | | SAN JUAN | PR | 00909 |
| 3448646 | Toledo Torres, Julysbette D. | PO BOX 1989 | | | Hatillo | PR | 00659 |
| 3231717 | Torres Rosado, Julio | PO Box 100  43 Cidra, Puerto Rico 00739 | | | Cidra | PR | 00739 |
| 3647664 | Torres Rosado, Julio | PO Box 100 43 | | | Cidra | PR | 00739 |
| 265288 | URBINA REYES, GLORIMAR | URB L'ANTIGUA CALLE 4 VIA PARIS LH-105 | | | TRUJILLO ALTO | PR | 00976 |

**Exhibit D**

Exhibit D

Five Hundred Sixty-First Omnibus Service List

Served via first class mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4244833 | Aireko Construction LLC | Fernando E. Agrait | Edificio Centro de Seguros | 701 Avenida Ponce de Leon | San Juan | PR | 00907 |
| 3275453 | Alvarado Noa, Alberto | Paseo Rafael Quinones Corchado 880 | | | Isabela | PR | 00662 |
| 4220522 | CMP & ASSOC, LLC | PMB 249 | 100 PLAZA PRADERA STE 20 | | TOA BAJA | PR | 00949 |
| 2109283 | CONCEPCION PENA, NORMA I. | URB. BARALT | G19 CALLE PRINCIPAL | | HORMIGUEROS | PR | 00738-3774 |
| 4136901 | CONCEPCION PENA, NORMA I. | URB. BARALT | G-19 AVE. PRINCIPAL | | FAJARDO | PR | 00738 |
| 3166607 | Fresenius Medical Care | c/o Bryan Mello | 920 Winter Street | | Waltham | MA | 02451-1451 |
| 3001611 | Fresenius Medical Care | McConnell Valdes LLC | c/o Antonio A. Arias | PO Box 364225 | San Juan | PR | 00936 |
| 3604716 | GARCIA RIVERA, CECILIA | DUENA/ ADMINISTRADORA - CPA CONSULTOR | 88 CALLE MUNOZ RIVERA | | CIALES | PR | 00638 |
| 3192764 | GARCIA RIVERA, CECILIA | PO BOX 13071 | | | SAN JUAN | PR | 00908 |
| 2985303 | General Management and Architectural and Engineering Consultants | GMAEC | c/o AECOM, Attn: Robert Orlin | 605 Third Ave | New York | NY | 10158 |
| 3550164 | LEON CALVERT , JOSE  RAMON | ERASMO RODRIGUEZ | PO BOX 1468 | | GUAYAMA | PR | 00785 |
| 2924738 | MORAN ORTIZ, PABLO L | Lcda. Tania Serrano Gonzalez | PO Box 7041 | | Caguas | PR | 00726-7041 |
| 1325196 | MORAN ORTIZ, PABLO L | PO BOX 1245 | | | HORMIGUEROS | PR | 00660 |
| 3313294 | PANTOJA MARRERO, JAVIER | RAMIRO MARTINEZ #8 | PARCELAS AMADEO | | VEGA BAJA | PR | 00693 |
| 4249041 | The Unitech Engineering Group, S.E | Urb. Sabanera, 40 Camino de la Cascada | | | Cidra | PR | 00739 |

**Exhibit E**

Exhibit E

Five Hundred Sixty-Second Omnibus Service List

Served via first class mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1810978 | ANDUJAR NIEVES, VIVIAN E | P.O. BOX 330-306 ATOCHA STATION | | | PONCE | PR | 00733-0306 |
| 379326 | DELGADO RODRIGUEZ, LUZ | HC 01 BOX 6558 | | | LAS PIEDRAS | PR | 00771 |
| 3379598 | Pagan, East J. | Urb. Islazul | 3323 Calle Belize | | Isabela | PR | 00662 |
| 3482367 | Ramos Soto, David | 16 Aristides Maisonave | | | Moca | PR | 00676 |
| 3211907 | Rivera Cruz, Johanna | Urb. Patios de Rexuille | PC 4 Calle 21 A | | Bayamon | PR | 00957 |
| 2959465 | Rivera Quinones, Eileen Janet | PO Box 560244 | | | Guayanilla | PR | 00656 |
| 3171008 | SANTIAGO CINTRON, IRMA | HC 1 BOX 5280 | | | JUANA DIAZ | PR | 00795 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit F</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| | | | | |
| Treatment: | **Claim to be Disallowed** | | | |
| Reason: | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| | | | | |
| Tratamiento: | **Reclamo a ser desestimado** | | | |
| Base para: | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit G</u>**

Exhibit G

Five Hundred Sixty-Third Omnibus Service List

Served via first class mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2865812 | ANAYA VEGA, FRANCISCO | D_1 B REPARTO MOITELLANO COIYUY | | | CAYEY | PR | 00736 |
| 2829393 | ANAYA VEGA, FRANCISCO | LCDO. IVAN MONTALVO | CALLE B D-1 | URB. REPARTO MONTELLANO | CAYEY | PR | 00736 |
| 3043291 | Cooperativa de Seguros Multiples de Puerto Rico | Hector E. Valdes Ortiz, Esq. | 8461 Lake Worth Road Suite 420 | | Lake Worth | FL | 33467 |
| 3020490 | Cooperativa de Seguros Multiples de Puerto Rico | Hector E. Valdes Ortiz, Esq. | 8461 Lake Worth Road Suite 420 | | Lake Worth | FL | 33467 |
| 2988454 | Cooperativa de Seguros Multiples de Puerto Rico | Hector E. Valdes Ortiz, Esq. | 8461 Lake Worth Road, Suite 420 | | Lake Worth | FL | 33467 |
| 3609125 | Cooperativa de Seguros Multiples de Puerto Rico | Hector E. valdes Ortiz, Esq. | 8461 Lake Worth Roade Suite 420 | | Lake Worth | FL | 33467 |
| 3058391 | Cooperativa de Seguros Multiples de Puerto Rico | Lisa Lopez, Claim Manager | PO Box 363846 | | San Juan | PR | 00936-3846 |
| 3043361 | Cooperativa de Seguros Multiples de Puerto Rico | Lisa Lopez, Claims Manager | PO Box 363846 | | San Juan | PR | 00936-3846 |
| 3026301 | Cooperativa de Seguros Multiples de Puerto Rico | Lisa Lopez, Claims Manager | PO Box 363846 | | San Juan | PR | 00936-3846 |
| 3609172 | Cooperativa de Seguros Multiples de Puerto Rico | Lisa Lopez, Claims Manager | PO Box 363846 | | San Juan | PR | 00936-3846 |
| 4027609 | Cruz López, José Antonio | Alice Agosto Hernandez | PMB 333 Box 607071 | | Bayamón | PR | 00960-7071 |
| 3479155 | Esquilin Cruz, Antonio | c/o Luis R. Lugo Emanuelli | PO Box 34 | | Fajardo | PR | 00738 |
| 3768768 | Esquilin Cruz, Antonio | Urb. Promise Land 122, Galilea St. | | | Naguabo | PR | 00718 |
| 4134803 | Esquilin Garcia, Antonio Jose | 113 Grande Valencia Dr., Apt 202 | | | Orlando | FL | 32825 |
| 4134801 | Esquilin Garcia, Antonio Jose | Luis R. Lugo Emanuelli | PO Box 34 | | Fajardo | PR | 00738 |
| 3768262 | Esquilin Garcia, Sadi | 113 Grande Valencia Dr., Apt 202 | | | Orlando | FL | 32825 |
| 3552933 | Esquilin Garcia, Sadi | Luis R. Lugo Emanuelli | PO Box 34 | | Fajardo | PR | 00738 |
| 3539494 | ESQUILLIN GARCIA, CARLOS IVAN | BO LOS MACHOS, CALLE 55 NUM. 24 | | | CEIBA | PR | 00735 |
| 3539369 | ESQUILLIN GARCIA, CARLOS IVAN | LUIS R. LUGO EMANUELLI | PO BOX 34 | | FAJARDO | PR | 00738 |
| 126971 | LOAITZA ANAIS ESQUILIN GARCIA Y OTROS | LUIS LUGO EMMANUELLI | PO BOX 34 | | FAJARDO | PR | 00738 |
| 4156849 | LOAITZA ANAIS ESQUILIN GARCIA Y OTROS | URB. PROMISE LAND 122, GALILEA ST. | | | NAGUABO | PR | 00718 |
| 3528635 | Ortiz Garcia, Pedro A | Luis R. Lugo Emanuelli | PO Box 34 | | Fajardo | PR | 00738 |
| 3628410 | Ortiz Garcia, Pedro A | Pedro A. Ortiz Garcia | Urb. Altamira H-13, Oceano St. | | Fajardo | PR | 00738 |

**<u>Exhibit H</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | ASSERTED | | | MODIFIED AND ALLOWED | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
| | | | | | | | |

| Treatment: | Reclassify |
| --- | --- |
| Reason: | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | CLAIM # | INVOCADO | | | MODIFICADO Y PERMITIDO | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
| | | | | | | | |

| Treatment: | Reclasificar |
| --- | --- |
| Reason: | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objección global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**Exhibit I**

Exhibit I

Five Hundred Sixty-Fourth Omnibus Service List

Served via first class mail

| Address ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 3111288 | BIO NUCLEAR OF PR INC | 3 SIMON MADERA AVENUE PARC FALU | JOAQUIN ORTIZ | CFO | SAN JUAN | PR | 00924 |
| 3017603 | BIO NUCLEAR OF PR INC | PO BOX 190639 | | | SAN JUAN | PR | 00919-0639 |
| 3107589 | CARIBBEAN CITY BUILDERS INC. | PO BOX 2399 | | | TOA BAJA | PR | 00951 |
| 48440 | COMPREHENSIVE HEALTH SERVICE INC. | PO BOX 367067 | | | SAN JUAN | PR | 00936-7067 |
| 3471755 | COMPREHENSIVE HEALTH SERVICE INC. | YEYSHA GONZALEZ | 52 ST. OFFICE #3 SE EDF. | 1122 REPARTO METROPOLITANO | SAN JUAN | PR | 00921 |
| 3040966 | Consolidated Waste Services | PO Box 1322 | | | Gurabo | PR | 00778 |
| 1302684 | GONZALEZ COLON, MARIA D | 15 CALLE RAMON FLORES | | | AIBONITO | PR | 00705 |
| 477211 | GONZALEZ FIGUEROA, MONICA | P O BOX 3874 | | | AGUADILLA | PR | 00605 |
| 3262807 | Integrated Building Solutions Technical Group Corp. | PO Box 6857 | | | Caguas | PR | 00726-6857 |
| 3230668 | SANTOS OFFICE SUPPLY,INC. | ATTN: XIOMARA SANTOS | PRESIDENTE | 55 CALLE ANTONIO R BARCELO | CIDRA | PR | 00739-3464 |
| 4220346 | SES PEST CONTROL & SERV DBA R. SOLIVAN GONZALEZ | URB REX MANOR | A 16 CALLE 3 | | GUAYAMA | PR | 00784 |
| 2996511 | Therapy Soutions LLC | 452 Ave. Ponce De Leon | Suite 515 | | San Juan | PR | 00918 |
| 3099883 | Therapy Soutions LLC | 53 Calle Tapia | | | San Juan | PR | 00911 |
| 1658772 | UNIVERSAL CARE CORPORATION | PO BOX 1051 | | | SABANA SECA | PR | 00952-1051 |

**<u>Exhibit J</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | ASSERTED | | | REDUCED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
| | | | | | | | |

| Treatment: | Reclassify |
|---|---|
| Reason: | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | CLAIM # | INVOCADO | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|
| | | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
| | | | | | | | |

| Treatment: | Reclasificar |
|---|---|
| Reason: | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**