# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |

**NOTICE OF WITHDRAWAL OF ATTORNEY AND
REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTE that **Katiuska Bolaños-Lugo,** having previously filed her respective

*Notice of Appearance* (Docket No. 107 in case 17-BK-4780 (LTS)), hereby withdraws her

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

appearance on behalf of the Puerto Rico Electric Power Authority ("PREPA") and requests her removal from the CM/ECF electronic notification service and official service list.

PLEASE TAKE FURTHER NOTE that the law firm of Diaz &Vázquez, among other corresponding law firms and attorneys of record, including Arturo Díaz-Angueira, continue to represent PREPA and hereby request that all notices required in the above-referenced case continue to be served to such attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15th day of February 2023.

*s/ Katiuska Bolaños Lugo*
Katiuska Bolaños Lugo
kbolanos@diazvaz.law
USDC-PR no. 231812

**DÍAZ & VÁZQUEZ LAW FIRM, P.S.C.**
290 Jesús T. Piñero Ave.
Oriental Tower, Suite 803
San Juan, PR 00918
Tel.: (787) 395-7133
Fax. (787) 497-9664