# United States Court of Appeals
## For the First Circuit

No. 20-1657

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FORTHE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

AMBAC ASSURANCE CORPORATION,

Interested Party - Appellant,

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,

Debtors - Appellees,

AUTOPISTAS METROPOLITANAS DE PUERTO RICO, LLC,

Interested Party - Appellee,

**JUDGMENT**

Entered: February 13, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Ricardo Burgos-Vargas
John E. Roberts
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Laura E. Stafford
Daniel Jose Perez-Refojos
Michael Luskin
Stephan E. Hornung
Chad Golder
Julia D. Alonzo
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Steven O. Weise
Maja Zerjal
Ginger D. Anders
William D. Dalsen
Adele M. El-Khouri
Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Brian S. Rosen
Rachel G. Miller Ziegler
Guy Brenner
Gabriel A Miranda-Rivera
Juan Carlos Ramirez-Ortiz
Shiloh Rainwater

Elliot Rainer Stevens
Dietrich L. Snell
Ralph C. Ferrara
Chantel L. Febus
Ann M. Ashton
Raul Castellanos-Malave
Luis Francisco Del-Valle-Emmanuelli
Arturo Diaz-Angueira
Joseph P. Davis III
Katiuska Bolanos-Lugo
Monsita Lecaroz-Arribas
Fernando E. Agrait-Betancourt
Roberto A. Camara-Fuertes
Andrew K. Glenn
Shai Schmidt
Marissa Miller
Olga Lucia Fuentes-Skinner
Monsita Lecaroz-Arribas
Carlos Alberto Ruiz Rodriguez
Clarisa I. Sola-Gomez
Luis E. Pabon-Roca
Alejandro Jose Cepeda-Diaz
Nayuan Zouairabani-Trinidad
Matthew John Williams
James L. Hallowell
Keith R. Martorana
R:\_Orders_FINAL\2020_cases\20-1657_judgment_42b.docx