# United States Court of Appeals
## For the First Circuit

No. 20-1657

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FORTHE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

Debtors

AMBAC ASSURANCE CORPORATION

Interested Party - Appellant

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY

Debtors - Appellees

AUTOPISTAS METROPOLITANAS DE PUERTO RICO, LLC

Interested Party - Appellee

**MANDATE**

Entered: February 13, 2023

      In accordance with the judgment of February 13, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

      By the Court:

      Maria R. Hamilton, Clerk

cc:
Fernando E. Agrait-Betancourt
Julia D. Alonzo
Ginger D. Anders
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Guy Brenner
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Roberto A. Camara-Fuertes
Raul Castellanos-Malave
Alejandro Jose Cepeda-Diaz
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Luis Francisco Del-Valle-Emmanuelli
Arturo Diaz-Angueira
Adele M. El-Khouri
Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Michael A. Firestein
Olga Lucia Fuentes-Skinner
Carla Garcia-Benitez
Andrew K. Glenn
Chad Golder
Michael R. Hackett
James L. Hallowell
Mark David Harris
Stephan E. Hornung
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Michael Luskin

Keith R. Martorana
Rachel G. Miller Ziegler
Marissa Miller
Gabriel A Miranda-Rivera
Timothy W. Mungovan
Luis E. Pabon-Roca
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Kevin J. Perra
Paul V. Possinger
Shiloh Rainwater
Juan Carlos Ramirez-Ortiz
Lary Alan Rappaport
Stephen L. Ratner
John E. Roberts
Jennifer L. Roche
Brian S. Rosen
Carlos Alberto Ruiz Rodriguez
Shai Schmidt
Dietrich L. Snell
Clarisa I. Sola-Gomez
Laura E. Stafford
Elliot Rainer Stevens
Donald B. Verrilli Jr.
Steven O. Weise
Matthew John Williams
Maja Zerjal
Nayuan Zouairabani-Trinidad