UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

                Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING URGENT MOTION FOR EXTENSION OF
DEADLINES REGARDING EMPRESAS OMAJEDE'S MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINSTRATIVE EXPENSE CLAIM

       The Court has received and reviewed the *Urgent Motion for Extension of Deadlines Regarding Empresas Omajede's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 23539 in Case No 17-3283, the "Urgent Motion").[2]   In light of the Oversight Board's representation that it has made diligent efforts to communicate with Empresas Omajede, Inc. ("Empresas") regarding the Urgent Motion and the Oversight Board's representation that it needs additional time to reconcile the facts presented in the Motion, the Court

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

will grant the Urgent Motion as set forth herein.    The Court does not, however, intend to grant further non-consensual extensions with respect to the Motion absent a strong demonstration of cause to do so.

1. The Scheduling Order shall be modified as provided herein.

2. The following briefing schedule shall apply:

    a. The deadline for parties to file responsive papers to the Motion shall be **March 8, 2023, at 5:00 p.m. (Atlantic Standard Time).**

    b. The deadline for Empresas to file a reply to all oppositions and responses shall be **March 15, 2023, at 5:00 p.m. (Atlantic Standard Time).**

3. The Court will thereafter take the Motion on submission.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. This Order resolves Docket Entry No. 23539 in Case No 17-3283.

SO ORDERED:

Dated: February 16, 2023

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
United States District Judge