# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| R&D MASTER ENTERPRISES, INC.; PRO PAVE CORP.; MATRIX TRANSPORT, INC.; JOSÉ A. ROVIRA GONZÁLEZ; MARÍA MAGDALENA DÍAZ-VILA; CONJUGAL LEGAL PARTNERSHIP ROVIRA DÍAZ, *Plaintiffs-Appellants* v. THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; NATALIE JARESKO, in her official capacity as Executive Director of the Financial Oversight and Management Board for Puerto Rico, *Defendants-Appellees* | Case No. 22-1342 ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO, IN CASE NO. 3:21-CV-01317-RAM (HONORABLE RAÚL M. ARIAS-MARXUACH) |

### MOTION REQUESTING LEAVE OF COURT TO FILE (A) NOTICE OF APPEARANCE AND (B) DESIGNATION OF ATTORNEY PRESENTING ORAL ARGUMENT AT THE MARCH 9, 2023 HEARING

To the Honorable Court:

1. In connection with the hearing for oral argument in this case scheduled for Thursday, March 9, 2023, at 9:30 a.m., at the José V. Toledo United States Courthouse in San Juan, Puerto Rico (the "March 9 Hearing"), appears Carlos M. Lamoutte Navas, co-counsel together with Attorney Humberto Guzmán Rodríguez to the named appellants in this case, R&D Master Enterprises, Inc., Pro Pave Corp., Matrix Transport, Inc., José A. Rovira González, María Magdalena Díaz-Vila, and the conjugal legal partnership comprised by them, requesting leave to file (a) Notice of Appearance and (b) Designation of Attorney Presenting Oral Argument, each in the form attached hereto and made to form an integral part hereof.

1

2. With the prior approval of the Honorable Court, Attorney Carlos Lamoutte proposes to conduct oral argument on behalf of the named appellants at the March 9 Hearing.

3. Attorney Humberto Guzmán Rodríguez, co-counsel to the named appellants, also intends to personally appear at the March 9 Hearing.

4. Therefore, the undersigned counsel hereby petitions the Honorable Court to grant this motion as filed, thereby approving: (a) the appearance of Attorney Carlos Lamoutte at the March 9 Hearing for oral argument on behalf the named appellants in accordance with the Notice of Appearance attached hereto and the Designation of Attorney Presenting Oral Argument attached hereto, respectively; and (b) personal attendance at the March 9 Hearing by Attorney Humberto Guzmán Rodríguez.

## Certificate of Service

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this matter.

**RESPECTFULLY SUBMITTED.**

Dated: January 26, 2023
San Juan, Puerto Rico

/s/Carlos M. Lamoutte Navas
CARLOS M. LAMOUTTE NAVAS
U.S.C.A. Bar No. 87414
P.O. Box 9022185
San Juan, Puerto Rico 00902
Telephone: 787-688-6036
cl@carloslamoutte.com

*Counsel to the named appellants,*
*R&D Master Enterprises, Inc.,*
*Pro Pave Corp., Matrix Transport, Inc.,*
*José A. Rovira González,*
*María Magdalena Díaz-Vila, and*
*the Rovira-Díaz conjugal legal partnership*

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1342          Short Title: R&D Master v. FOMB

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
R&D Master Enterprises, Inc. and other appellants listed in Schedule 1 attached hereto _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____          26 - JAN - 2023
Signature                                                              Date

Carlos M. Lamoutte Navas
Name

_____          787-688-6036
Firm Name (if applicable)                    Telephone Number

P.O. Box 9022185                                  787-688-6036
Address                                                    Fax Number

San Juan, Puerto Rico 00902          cl@carloslamoutte.com
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 87414

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 221342

Case Name: R&D Master Enterprises, Inc. et al. v. The Financial Oversight and Management

Date of Argument: Thursday, March 9, 2023, at 9:30 a.m.

Location of Argument: ☐ Boston  ☑ Puerto Rico  ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
R&D Master Enterprises, Inc. and all other named Appellants

Attorney Name: Carlos Lamoutte    First Circuit Bar No.: 87414

Phone Number: 787-688-6036    Fax Number: 787-688-6036

Email: cl@carloslamoutte.com

Check the box that applies:

☐ I have already filed an appearance in this matter.

☑ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____    26 - JAN - 2023
(Signature)    (Date)