# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 89128 | CINTRON SANTIAGO, LEIDA E. | Public Employee | $0.00 |
| 126706 | COTTO COLON, ROSA DEL PILAR | Public Employee & Pension/Retiree | $75,000.00 |
| 139994 | DE ARCE-RAMOS, WILFREDO | Public Employee & Pension/Retiree | $122,693.01 |
| 4256 | ECHEVARRIA CRESPO, ROBERTO | Public Employee & Pension/Retiree | $0.00 |
| 4786 | GARCIA DE QUEVEDO LOPEZ, ANNIE | Public Employee | $18,400.00 |
| 141232 | LOPEZ VELEZ, JULIA M. | Public Employee & Pension/Retiree | $10,000.00 |
| 15149 | MALDONADO RODRIGUEZ, GLORIA H | Public Employee & Pension/Retiree | $12,240.00 |
| 97833 | MORALES CASTELLANO, EVELYN | Public Employee | $6,000.00 |
| 166251 | MORALES CASTELLANO, EVELYN | Public Employee & Pension/Retiree | $21,600.00 |
| 126785 | ORTIZ FELICIANO, EDITH | Public Employee | $0.00 |