UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors, | PROMESA<br><br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780 (LTS) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 et seq., and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Sepulvado, Maldonado & Couret and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby

-1-

enters its appearance in the above-captioned Title III case of the Puerto Rico Electric Power Authority as co-counsel to creditor and party-in-interest Ahimsa Foundation and hereby requests that all motions, pleadings, notices, papers and orders be served upon the undersigned counsel.

**WE HEREBY CERTIFY** that this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: February 17, 2023

Respectfully submitted,

| | |
|---|---|
| SEPULVADO, MALDONADO & COURET<br><br>By: /s/ Elaine M. Maldonado-Matías<br><br>Elaine M. Maldonado-Matías<br>USDC-PR No. 217309<br>Telephone: (787) 765-5656<br>Email: emaldonado@smclawpr.com<br><br>By: /s/ Walter Lebrón-Ramírez<br><br>Walter Lebrón-Ramírez<br>USDC-PR No. 305901<br>Telephone: (787) 765-5656<br>Email: wlebron@smclawpr.com<br><br>304 Ponce de León<br>Suite 990<br>San Juan, PR 00918<br><br>By: /s/ *Lee R. Sepulvado Ramos*<br><br>Lee Sepulvado Ramos<br>USDC-PR No. 211912<br>Telephone: (787) 765-5656<br>Email: lsepulvado@smclawpr.com | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br><br>William W. Kannel (subject to *pro hac vice*)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Facsimile: (617) 542-2241<br>Email: WKannel@mintz.com<br><br>Nathan F. Coco (subject to *pro hac vice*)<br>919 Third Avenue<br>New York, New York 10022<br>Office No.: (713) 234-6477<br>E-mail: NFCoco@mintz.com |