# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Due Date: February 21, 2023, 5:00 p.m. (AST)**

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br><br>Title III<br><br>**Case No. 17 BK 3283-LTS** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br><br>Title III<br><br>Case No. 17 BK 4780-LTS |

## INFORMATIVE MOTION OF PV PROPERTIES, INC. REGARDING APPEARANCE AT FEBRUARY 28, 2023 DISCLOSURE STATEMENT HEARING

**TO THE HONORABLE COURT:**

PV Properties, Inc. ("PV Properties"), by its undersigned counsel, hereby submits this informative motion in response to the Court's *Order Regarding Procedures for February 28, 2023, Disclosure Statement Hearing* [**ECF No. 23525**] (the "Order") setting forth guidelines for parties wishing to be heard at the February 28, 2023 hearing (the "Hearing").

1. PV Properties' Appearance Sheet is attached as **Exhibit A**.

San Juan, Puerto Rico this 17th day of February 2023

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

| *s*/**Fernando E. Agrait** | *s*/**Charles A. Cuprill-Hernandez** |
|---|---|
| USDC-PR 127212 | USDC-PR 114312 |
| 701 Avenida Ponce de León | Charles A. Cuprill, P.S.C., Law Offices |
| Edificio Centro de Seguros | 356 Fortaleza Street - Second Floor |
| Oficina 414 | San Juan, PR 00901 |
| San Juan, Puerto Rico 00907 | Tel.: 787-977-0515 |
| Tel. 787-725-3390/3391 | Fax: 787-977-0518 |
| Fax: 787-724-0353 | E-mail: cacuprill@cuprill.com |
| E-mail: agraitfe@agraitlawpr.com | |

2