UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>, <br><br>    Debtors.[1] | PROMESA <br> Title III <br><br><br><br> Case No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER SCHEDULING RESPONSES TO STATEMENTS FILED BY BONISTAS DEL
PATIO, INC. AND FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

The Court has received and reviewed the *Statement Regarding and Amendment to Motion of Bonistas del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth* (Docket Entry No. 23548 in Case No. 17-3283, the "Bonistas Statement") and the *Statement of the Financial Oversight and Management Board for Puerto Rico in Support of the Statement and Amendment to Motion of Bonistas del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth* (Docket Entry No. 23553 in Case No. 17-3283, the "Oversight Board Statement").

Responses to the Bonistas Statement and the Oversight Board Statement, if any, must be filed by **February 22, 2023, at 5:00 p.m. (Atlantic Standard Time)**. Replies, if any, must be filed by **February 24, 2023, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the *Motion of Bonistas del Patio for Payment of Certain Professional Fees and Expenses by the Commonwealth* (Docket Entry No. 22578 in Case No. 17-3283) (as amended by

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Bonistas Statement) on submission, unless the Court determines that a hearing is necessary.

      SO ORDERED.

Dated: February 17, 2023

                                               /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge