# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING
## NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
## APPEARANCE AT FEBRUARY 28, 2023 DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that Robert Berezin from the New York, New York office of Weil, Gotshal & Manges LLP and/or Gabriel Morgan from the Houston, Texas office of Weil, Gotshal & Manges LLP will appear on behalf of National Public Finance Guarantee Corporation ("National") at the February 28, 2023 Disclosure Statement Hearing, which will be conducted using the audio and video features of the Zoom platform as a virtual courtroom. National's Party Appearance Cover Sheet is attached hereto as **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

National's legal representatives reserve the right to be heard on any matter concerning:

(i) *Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* (ECF No. 3201) (as may be further amended, the "Disclosure Statement");[2]
(ii) *Motion of Puerto Rico Electric Power Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief* (ECF No. 3113) (as may be further amended, the "Disclosure Statement Motion");
(iii) *Motion of Puerto Rico Electric Power Authority for Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 3114) (the "Procedures Motion");
(iv) All related documents; and
(v) any other matters scheduled for the hearing or raised by any party at the hearing related to the Title III cases or any adversary proceeding pending in the Title III cases or in the interests of National.

**RESPECTFULLY SUBMITTED**, this 21 day of February, 2023.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

[*Signature page to follow*]

---

[2] Unless otherwise indicated, ECF numbers referenced in this statement refer to the docket in Case Number 17-04780-LTS.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** <br> PO BOX 70294 <br> San Juan, PR 00936 <br> Telephone: 787.756.9000 <br> Facsimile: 787.756.9010 <br> Email: epo@amgprlaw.com <br> loliver@amgprlaw.com <br> acasellas@amgprlaw.com <br><br> By: */s/ Eric Pérez-Ochoa* <br> Eric Pérez-Ochoa <br> USDC-PR No. 206314 <br><br> */s/ Luis Oliver-Fraticelli* <br> Luis Oliver-Fraticelli <br> USDC-PR No. 209204 <br><br> */s/ Alexandra Casellas-Cabrera* <br> Alexandra Casellas-Cabrera <br> USDC-PR No. 301010 | **WEIL, GOTSHAL & MANGES LLP** <br> Matthew S. Barr (admitted *pro hac vice*) <br> Jonathan Polkes (admitted *pro hac vice*) <br> Robert Berezin (admitted *pro hac vice*) <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Email: matt.barr@weil.com <br> jonathan.polkes@weil.com <br> robert.berezin@weil.com <br><br> Gabriel A. Morgan (admitted *pro hac vice*) <br> 700 Louisiana Street, Suite 1700 <br> Houston, TX 77002 <br> Telephone: (713) 546-5000 <br> Facsimile: (713) 224-9511 <br> Email: gabriel.morgan@weil.com |

EXHIBIT A
PARTY APPEARANCE COVER SHEET

| Name of Party | **National Public Finance Guarantee Corporation** |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | **National** |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | • **Gabriel A. Morgan**<br>• gabriel.morgan@weil.com<br>• Weil, Gotshal & Manges LLP<br>• (713) 546-5000<br>• Notice of Appearance: ECF No. 22190<br>• Zoom Screen Name: National / Morgan, Gabriel / Weil, Gotshal & Manges<br><br>• **Robert Berezin**<br>• robert.berezin@weil.com<br>• Weil, Gotshal & Manges LLP<br>• (212) 310-8000<br>• Notice of Appearance: ECF No. 18829<br>• Zoom Screen Name: National / Berezin, Robert / Weil, Gotshal & Manges |

**Exhibit B**
Party Witness Cover Sheet

| Name of Party | **National Public Finance Guarantee Corporation** | | |
|---|---|---|---|
| Does the Party intend to offer a witness? | No | | |
| Total Number of Witnesses | N/A | | |
| Witness Name | Expert or Fact Witness | Is interpreter required? | Scope of Testimony |
| N/A | N/A | N/A | N/A |

5