# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING FEBRUARY 28, 2023 DISCLOSURE STATEMENT HEARING

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States District Court Judge Laura Taylor Swain:

**PLEASE TAKE NOTICE** that pursuant to the Court's *Order Regarding Procedures for February 28, 2023, Disclosure Statement Hearing* [Case No. 17-4780 (LTS), ECF No. 3212] the PREPA Bond Trustee states as follows:

1. Clark T. Whitmore and Michael C. McCarthy from Maslon LLP, will appear via Zoom on behalf of U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, in connection with the February 28, 2023 Disclosure Statement Hearing (the "**Hearing**") and the Trustee's objection [ECF No. 3187] and supplemental objection [ECF No. 3224].

2. The Trustee's legal representatives reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or any matter potentially impacting the interests of the Trustee at the Hearing.

3. The Trustee's Party Appearance Sheet is attached hereto as **Exhibit A**.

4. The Trustee's Exhibit List Cover Sheet is attached hereto as **Exhibit B.** The Trustee does not intend to offer any exhibits.

**RESPECTFULLY SUBMITTED,** this 21st day of February, 2023

We hereby certify that, on this same date, a true and exact copy of this motion was filed with the Clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

.

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC**<br><br>By: /s *Eric A. Tulla*<br>Eric A. Tulla, USDC-DPR No. 118313<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan, PR 00917-1212<br>Tel: (787)753-0438<br>Fax: (787)767-5784<br>Email: etulla@riveratulla.com | **MASLON LLP**<br><br>By: */s Clark T. Whitmore*<br>Clark T. Whitmore (admitted *pro hac vice*)<br>Michael C. McCarthy (admitted *pro hac vice*)<br>John T. Duffey (admitted *pro hac vice*)<br>Jason M. Reed (admitted *pro hac vice*)<br>90 South Seventh Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone: 612-672-8200<br>Facsimile: 612-642-4800<br>Email:  clark.whitmore@maslon.com<br>         mike.mccarthy@maslon.com<br>         john.duffey@maslon.com<br>         jason.reed@maslon.com<br><br>**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |

3

**EXHIBIT A**
PARTY APPEARANCE COVER SHEET

| Name of Party | | U.S. Bank National Association as PREPA Bond Trustee |
|---|---|---|
| Attorney 1 | Appearance Method | Via Zoom |
| | Name | Clark Whitmore |
| | Law Firm | Maslon LLP |
| | Email | Clark.Whitmore@maslon.com |
| | Phone Number | 612-672-8200 |
| | Docket Entry No. of Notice of Appearance | ECF No. 68 – Case 17-BK-4780 |
| Attorney 2 | Appearance Method | Via Zoom |
| | Name | Michael McCarthy |
| | Law Firm | Maslon LLP |
| | Email | Mike.McCarthy@maslon.com |
| | Phone Number | 612-672-8200 |
| | Docket Entry No. of Notice of Appearance | ECF No. 3044 – Case 17-BK-4780 |

**EXHIBIT B**
EXHIBIT LIST COVER SHEET

n/a