UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors, | PROMESA<br><br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780 (LTS) |

**INFORMATIVE MOTION OF AHIMSA FOUNDATION REGARDING APPEARANCE AT FEBRUARY 28, 2023 DISCLOSURE STATEMENT HEARING**

**TO THE HONORABLE COURT:**

Ahimsa Foundation, by its undersigned counsel, hereby submits this informative motion in response to the Court's *Order Regarding Procedures for February 28, 2023, Disclosure Statement Hearing* [**ECF No. 3212**] (the "Order") setting forth guidelines for parties wishing to be heard at the February 28, 2023, hearing (the "Hearing").

1. Ahimsa Foundation's Appearance Sheet is attached as **Exhibit A**.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

Dated: February 21, 2023

Respectfully submitted,

| SEPULVADO, MALDONADO & COURET<br><br>By: /s/ Elaine M. Maldonado-Matias<br><br>Elaine M. Maldonado-Matias<br>USDC-PR No. 217309<br>Telephone: (787) 765-5656<br>Email: emaldonado@smclawpr.com<br><br>By: /s/ Walter P. Lebrón Ramírez<br><br>Walter P. Lebrón Ramírez<br>USDC-PR No. 305901<br>Telephone: (787) 765-5656<br>Email: wlebron@smclawpr.com<br><br>304 Ponce de León<br>Suite 990<br>San Juan, PR 00918 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br><br>William W. Kannel (subject to *pro hac vice*)<br>One Financial Center<br>Boston, Massachusetts 02111<br>Facsimile: (617) 542-2241<br>Email: WKannel@mintz.com<br><br>Nathan F. Coco (subject to *pro hac vice*)<br>919 Third Avenue<br>New York, New York 10022<br>Office No.: (713) 234-6477<br>E-mail: NFCoco@mintz.com |
|---|---|