**AHIMSA FOUNDATION EXHIBIT A**[1]

<u>PARTY APPEARANCE SHEET</u>

| | |
|---|---|
| Name of Party | Ahimsa Foundation |
| Party Name Abbreviation (For Use with Zoom[2]) | Ahimsa |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Disclosure Statement Hearing Procedures Order, ¶ 7(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Nathan Coco<br>*nfcoco@mintz.com*<br>Mintz Levin<br>212-692-6795<br>[Doc. No. 3227]<br><br>William Kannel<br>*wkannel@mintz.com*<br>Mintz Levin<br>617-542-2241<br>[Doc. No. 3227]<br><br>Elaine M. Maldonado-Matías<br>emaldonado@smclawpr.com<br>Sepulvado, Maldonado & Couret<br>(787) 765-5656<br>[Doc. No. 3235]<br>Elaine Maldonado<br><br>Walter P. Lebrón-Ramírez<br>wlebron@smclawpr.com<br>(787) 765-5656<br>[Doc. No. 3227] |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| **Note:** Pursuant to the Disclosure Statement Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

1      This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

2      <u>See</u> Disclosure Statement Hearing Procedures Order ¶ 7(a).

**EXHIBIT B**[1]

<u>PARTY EXHIBIT COVER SHEET</u>

| Name of Party | N/A |
|---|---|
| Does the Party intend to offer evidence? | N/A |
| Docket Entry No. for Party Exhibit List | N/A |

| Exhibit Identifier[2] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). |
|---|

---

[1] This Party Exhibit Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit B**.

[2] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").