## **Exhibit O**

ESTIMATION OF GENERAL UNSECURED CLAIMS POOL

| # | Category | Asserted Amount | Estimated Value (Low) Claim Amount | Adjusted Estimated Value Claim Amount | Estimated Value (High) Claim Amount |
|---|---|---:|---:|---:|---:|
| | **General Unsecured Claims** | | | | |
| 1 | PPOA | 2,779,645,677 | 65,613,535 | 462,289,328 | 858,965,120 |
| 2 | Master Claim - UTIER Damages | 1,205,492,250 | - | - | - |
| 3 | Master Claim - UTIER Grievances | 1,124,524,226 | 193,879,148 | 229,129,148 | 264,379,148 |
| 4 | Litigation (w/o Vitol) | 543,590,333 | 8,575,646 | 27,244,485 | 45,913,324 |
| 5 | UITICE Litigation | 224,900,000 | - | 11,245,000 | 224,900,000 |
| 6 | Employee | 14,834,448 | 2,595,909 | 8,715,179 | 14,834,448 |
| 7 | Contract | 12,074,869 | 12,074,869 | 12,074,869 | 12,074,869 |
| 8 | Judgment/Settlement | 6,850,955 | 6,850,955 | 6,850,955 | 6,850,955 |
| 9 | UITICE Arbitration Awards | 5,673,022 | 5,673,022 | 5,673,022 | 5,673,022 |
| 10 | Trade | 5,538,878 | 5,538,878 | 5,538,878 | 5,538,878 |
| 11 | Master Claim - UEPI | 3,711,794 | 3,711,794 | 3,711,794 | 3,711,794 |
| 12 | Lease | 530,128 | 530,128 | 530,128 | 530,128 |
| | **Total General Unsecured Claims** | **5,927,366,580** | **305,043,885** | **773,002,786** | **1,443,371,686** |