EXHIBIT A

PARTY APPEARANCE SHEET

| Name of Party | Unión de Trabajadores de la Industria Eléctrica y Riego Inc. |
|---|---|
| Party Name Abbreviation (For Use with Zoom[2]) | UTIER |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Disclosure Statement Hearing Procedures Order, ¶ 7(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Rolando Emmanuelli-Jiménez<br>rolando@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br><br>Jessica E. Méndez-Colberg<br>jessica@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br><br>Zoé C. Negrón-Comas<br>zoe@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666 |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| Note: Pursuant to the Disclosure Statement Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

EXHIBIT A

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica |
| Party Name Abbreviation (For Use with Zoom[2]) | SREAEE |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Disclosure Statement Hearing Procedures Order, ¶ 7(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Rolando Emmanuelli-Jiménez<br>rolando@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br><br>Jessica E. Méndez-Colberg<br>jessica@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br><br>Zoé C. Negrón-Comas<br>zoe@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br><br>Rafael A. Ortiz-Mendoza<br>rafael.ortiz.mendoza@gmail.com<br>Ortiz Mendoza & Farinacci Fernós, LLC<br>787-963-0404 |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| Note: Pursuant to the Disclosure Statement Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |