## **Exhibit A**

*Financial Oversight and Management Board for Puerto Rico's Exhibit and Demonstrative List in Connection with the Disclosure Statement Hearing*

*Financial Oversight and Management Board for Puerto Rico's Exhibit and Demonstrative List in Connection with the Disclosure Statement Hearing*

| Demonstrative/Exhibit No. | Description |
|---|---|
| **Demonstratives** ||
| FOMB Demonstrative No. 1 | Summary of Discovery Deadlines[3] |
| **Exhibits** ||
| FOMB Ex. 1 | Omnibus Reply Chart[4] |
| FOMB Ex. 2 | Supplemental Omnibus Reply Chart[5] |
| FOMB Ex. 3 | Disclosure Statement Information Relating to New Bonds and CVI[6] |

---

[3] FOMB Demonstrative No. 1 reflects a summary of the proposed discovery deadlines in decretal paragraph 34 of the *Motion of Puerto Rico Electric Power Authority for Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 3114 in Case No. 17-4780].

[4] FOMB Ex. 1 is not attached hereto, FOMB Ex. 1 was filed at ECF No. 3206-1 in Case No. 17-4780.

[5] FOMB Ex. 2 is not attached hereto, FOMB Ex. 2 was filed at ECF No. 3246-1 in Case No. 17-4780.

[6] FOMB Ex. 3 is not attached hereto, FOMB Ex. 3 was filed at ECF No. 3246-3 in Case No. 17-4780.