UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS |

**MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS SUBMITTING EXHIBIT LIST IN CONNECTION WITH DISCLOSURE STATEMENT HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Ad Hoc Group of PREPA Bondholders hereby submits this Motion Submitting Exhibit List in Connection with the Disclosure Statement Hearing pursuant to the Order Regarding Procedures for February 28, 2023, Disclosure Statement Hearing (the "**Disclosure Statement Hearing Procedures Order**," ECF No. 3212 in Case No. 17-BK-4780-LTS).

The Ad Hoc Group reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend, and/or supplement this list, for reasons including but not limited to adjournment of the disclosure statement hearing or modification of the Plan or Disclosure Statement.

| Exhibit No. | Description |
|---|---|
| Ad Hoc Group's Ex. 1 | Chart Comparing National's Recovery to Other Bondholders' Recovery |
| Ad Hoc Group's Ex. 2 | Chart Comparing Oversight Board's Positions on Affordability |
| Ad Hoc Group's Ex. 3 | Chart of Creditors' Holdings and Claims |

Dated: San Juan, Puerto Rico
February 21, 2023

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernández-Bared* | */s/ Amy Caton* |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| P.O. Box 195383 | Alice J. Byowitz* |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel.: (212) 715-9100 |
| E-mail: mfb@tcm.law | Fax: (212) 715-8000 |
| | Email: acaton@kramerlevin.com |
| | tmayer@kramerlevin.com |
| | abyowitz@kramerlevin.com |
| */s/ Linette Figueroa-Torres* | |
| Linette Figueroa-Torres | Gary A. Orseck* |
| USDC-PR No. 227,104 | Matthew M. Madden* |
| E-mail: lft@tcm.law | 2000 K Street NW, 4th Floor |
| | Washington DC 20007 |
| */s/ Nayda Perez-Roman* | Tel: (202) 775-4500 |
| Nayda Perez-Roman | Fax: (202) 775-4510 |
| USDC–PR No. 300,208 | Email: gorseck@kramerlevin.com |
| E-mail: nperez@tcm.law | mmadden@kramerlevin.com |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | *Admitted Pro Hac Vice |
| | *Counsel for the Ad Hoc Group of PREPA Bondholders* |