**Ad Hoc Group's Exhibit 2**

Chart Comparing Oversight Board's Positions on Affordability

| Proposal | Amount |
|---|---|
| 2019 RSA (2018-2019) | Over $8 billion for Bondholders |
| FOMB Mediation Offer (Nov. 2022) | $6.073 billion for bondholders; $7.8 billion for all creditors[1] |
| Proposed Plan (Dec. 2022) | No more than $4.411 billion for Bondholders; $5.4 billion for all creditors |
| **First Amended Plan (Feb. 2022)** | **$5.68 billion for all creditors ($280 million increase for National)** |

---

[1] This number can be derived from the publicly available information available here: PREPA FOMB Proposal to Bondholder Group at 6-7 (Nov. 8, 2022); PREPA Bondholder Mediation Presentation at 12, both available at https://emma.msrb.org/P11641653-P11264323-P11690562.pdf.