**Ad Hoc Group's Exhibit 3**

Chart of Creditors' Holdings and Claims

| Claim | Amount | Percentage of Total Claims |
|---|---|---|
| Bondholders[1] | $11.225 billion | 76.48% |
| So-Called "Post-Petition Current Expenses," plus Fuel Line Lenders[2] | $2.592 billion | 17.66% |
| So-Called "Pre-Petition Current Expenses"[3] | $861 million | 5.86% |
| **Total** | $14.678 billion | 100% |

---

[1] *See* ECF No. 3169, Ex. B at 21 ("PREPA Best Interests Test") (sum of PREPA bond principal, interest, and swap claims).

[2] *See id.* (sum of Fuel Line Lender claims, Commonwealth repayment, Cobra claim, LUMA termination fee, LUMA backend transition and demobilization, PUMA Energy claim, and Whitefish Energy claim). If LUMA does not terminate its arrangement with PREPA, these claims would be significantly lower.

[3] *See id.* (sum of Other General Unsecured claims, Vitol claim, Takings claims, and Federal claims).