**EXHIBIT A**

PARTY APPEARANCE SHEET

| Name of Party | | Financial Oversight and Management Board for Puerto Rico |
|---|---|---|
| Party Name Abbreviation (For Use with Zoom) | | FOMB |
| ATTORNEY 1 | Name | Martin J. Bienenstock |
| | Email | mbienenstock@proskauer.com |
| | Law Firm | Proskauer Rose LLP |
| | Phone Number | 212-969-4530 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 90 |
| | Zoom Screen Name | FOMB/ Bienenstock, Martin/ Proskauer Rose LLP |
| ATTORNEY 2 | Name | Ehud Barak |
| | Email | ebarak@proskauer.com |
| | Law Firm | Proskauer Rose LLP |
| | Phone Number | 212-969-4247 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 90 |
| | Zoom Screen Name | FOMB/ Barak, Ehud/ Proskauer Rose LLP |
| ATTORNEY 3 | Name | Paul V. Possinger |
| | Email | ppossinger@proskauer.com |
| | Law Firm | Proskauer Rose LLP |
| | Phone Number | 312-962-3570 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 90 |
| | Zoom Screen Name | FOMB/ Possinger , Paul/ Proskauer Rose LLP |
| ATTORNEY 4 | Name | Margaret A. Dale |
| | Email | mdale@proskauer.com |
| | Law Firm | Proskauer Rose LLP |
| | Phone Number | 212-969-3315 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 2486 |
| | Zoom Screen Name | FOMB/ Dale, Margaret/ Proskauer Rose LLP |
| ATTORNEY 5 | Name | Laura Stafford |
| | Email | lstafford@proskauer.com |
| | Law Firm | Proskauer Rose LLP |
| | Phone Number | 617-526-9714 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 4967 |
| | Zoom Screen Name | FOMB/ Stafford , Laura/ Proskauer Rose LLP |

| ATTORNEY 6 | Name | Steve Y. Ma |
| --- | --- | --- |
| | Email | sma@proskauer.com |
| | Law Firm | Proskauer Rose LLP |
| | Phone Number | 973-681-6327 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 4708 |
| | Zoom Screen Name | FOMB/ Ma, Steve/ Proskauer Rose LLP |