**EXHIBIT B**

PARTY EXHIBIT COVER SHEET

| Name of Party | The Financial Oversight and Management Board for Puerto Rico |
|---|---|
| Does the Party intend to offer evidence? | Yes |
| Docket Entry No. for Party Exhibit List | Docket Entry No. 3251-1 in Case No. 17-BK-4780-LTS |

| Demonstrative or Exhibit Identifier | Description | Docket Entry No. of Demonstrative or Exhibit[1] | Pending Request to Seal? |
|---|---|---|---|
| **Demonstratives** | | | |
| FOMB Demonstrative No. 1 | Summary of Discovery Deadlines | Docket Entry No. 3251-2 | No |
| **Exhibits** | | | |
| FOMB Ex. 1 | Omnibus Reply Chart | Docket Entry No. 3206-1 | No |
| FOMB Ex. 2 | Supplemental Omnibus Reply Chart | Docket Entry No. 3246-1 | No |
| FOMB Ex. 3 | Disclosure Statement Information Relating to New Bonds and CVI | Docket Entry No. 3246-3 | No |

---

[1] All docket references in this column refer to those in Case No. 17-BK-4780-LTS.