# EXHIBIT A (Appearance Sheet)

| | |
|---|---|
| **Party Name** | Hon. Rafael Hernández-Montañez, in his official capacity as Speaker of the Puerto Rico House of Representatives |
| **Abbreviation to be Used in Zoom** | PRHR |
| **Attorney 1** | **Name**: Jorge Martínez-Luciano<br>**Email**: jorge@mlrelaw.com<br>**Law Firm**: ML & RE Law Firm<br>**Telephone Number**: 787-999-2972<br>**Zoom Screen Name**: Lcdo. Jorge Martínez |
| **Attorney 2** | **Name**: Emil Rodríguez-Escudero<br>**Email**: emil@mlrelaw.com<br>**Law Firm**: ML & RE Law Firm<br>**Telephone Number**: 787-999-2972<br>**Zoom Screen Name**: Lcdo. Emil Rodríguez |
| **Note** | Pursuant to the Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party in interest shall be limited to 2 attorneys at any given time. |