**Objections Due:** February 28, 2023 at 4:00 p.m. (AST)
**Hearing Date:** March 15, 2023 at 9:30 a.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>**This Motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and Case No. 17 BK 4780-LTS.** |

## NOTICE OF HEARING AND NOTICE OF FILING OF PREPA'S MOTION FOR ENTRY OF ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM FOR COMPENSATION FOR MOBILIZATION SERVICES UNDER PUERTO RICO THERMAL GENERATION FACILITIES OPERATION AND <u>MANAGEMENT AGREEMENT</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that a hearing on the contemporaneously filed *PREPA's Motion for Entry of Order Allowing Administrative Expense Claim for Compensation for Mobilization Services Under Puerto Rico Thermal Generation Facilities Operation and Management Agreement* (the "Motion") will be held before the Honorable Laura Taylor Swain, United States District Judge, on March 15, 2023 at 9:30 a.m. (AST) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion by any party shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, by submitting a hard copy via mail to the Clerk's Office, United States District Court, Room 150 Federal Building, San Juan, PR 00918-1767 or by hand delivery to the Clerk's Office, United States District Court, 150 Carlos Chardón Avenue, Room 150, San Juan, PR 00918, to the extent applicable, and shall be served in accordance with the Sixteenth Amended Case Management Procedures [ECF No. 20190-1], so as to be so filed and received no later than February 28, 2023 at 4:00 p.m. (AST) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** any response or objection to the Motion by any party must also be served on the entities listed below, so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Sixteenth Amended Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico/ or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

3

Dated: February 21, 2023
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock*
Paul V. Possinger*
Ehud Barak*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Admitted *pro hac vice*

*Attorneys for the Financial Oversight and Management Board, as representative for the Puerto Rico Electric Power Authority*

**O'NEILL & BORGES LLC**

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board, as representative for the Puerto Rico Electric Power Authority*

| | |
|---|---|
| **MARINI PIETRANTONI MUÑIZ LLC** | **O'MELVENY & MYERS LLP** |
| */s/ Luis C. Marini-Biaggi* | */s/ Maria J. DiConza* |
| Luis C. Marini-Biaggi | John J. Rapisardi* |
| USDC-PR No. 222301 | Maria J. DiConza* |
| Carolina Velaz-Rivero | Gabriel L. Olivera |
| USDC-PR No. 300913 | USDC-PR No. 303314 |
| 250 Ponce de León Ave., Suite 900 | 7 Times Square |
| San Juan, Puerto Rico 00918 | New York, New York 10036 |
| Tel: (787) 705-2171 | Tel: (212) 326-2000 |
| Fax: (787) 936-7494 | Fax: (212) 326-2061 |

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

-and-

Peter Friedman*
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

**DÍAZ & VÁZQUEZ LAW FIRM, P.S.C**

-and-

*/s/ Arturo Díaz-Angueira*
Arturo Díaz-Angueira
USDC-PR No. 231812
290 Jesús T. Piñero Ave.
Oriental Tower, Suite 1105
San Juan, PR 00918
Tel.: (787) 395-7133
Fax: (787) 497-9664

Elizabeth L. McKeen*
Ashley M. Pavel*
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

*Attorneys for the Puerto Rico Electric Power Authority*

*Admitted pro hac vice*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Electric Power Authority*

5