## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>              Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered) |

## NOTICE OF FILING SPANISH TRANSLATION OF DISCLOSURE STATEMENT FOR THE FIRST AMENDED TITLE III PLAN OF ADJUSTMENT  OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

**PLEASE TAKE NOTICE** that, on December 16, 2022, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") pursuant to section 315(b) of

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last  Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"),[2] filed the *Disclosure Statement for the Title III  Plan of Adjustment for the Puerto Rico Electric Power Authority* [Case No. 17-4780, ECF No. 3111][3] (the "<u>PREPA Disclosure Statement</u>").

**PLEASE TAKE FURTHER NOTICE** that, on January 20, 2023, the Oversight Board filed a Spanish translation[4] of the PREPA Disclosure Statement, including exhibits (other than Exhibits D and K) to the PREPA Disclosure Statement [ECF No. 3158].

**PLEASE TAKE FURTHER NOTICE** that, on February 9, 2023, the Oversight Board filed the *Disclosure Statement for the First Amended Title III  Plan of Adjustment for the Puerto Rico Electric Power Authority* [ECF No. 3201] (the "<u>Amended PREPA Disclosure Statement</u>").

**PLEASE TAKE FURTHER NOTICE** that a Spanish translation[5] of the Amended PREPA Disclosure Statement, including exhibits to the Amended PREPA Disclosure Statement, is attached hereto as **<u>Exhibit A</u>**.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico/ or by calling +1 (844) 822-9231, and (b) on the Court's website at <u>http://www.prd.uscourts.gov</u>, subject to the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3]   Unless otherwise stated, all ECF Nos. shall refer to the docket in Case No. 17-4780.

[4]   To the extent the Spanish translation of the PREPA Disclosure Statement, including any exhibit thereto, is inconsistent with any part of the English version of the PREPA Disclosure Statement, including any exhibit thereto, the English version of the PREPA Disclosure Statement shall control.

[5]   To the extent the Spanish translation of the Amended PREPA Disclosure Statement, including any exhibit thereto, is inconsistent with any part of the English version of the Amended PREPA Disclosure Statement, including any exhibit thereto, the English version of the Amended PREPA Disclosure Statement shall control.

Dated: February 21, 2023
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Margaret A. Dale
Michael T. Mervis
Daniel S. Desatnik
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
      ppossinger@proskauer.com
      ebarak@proskauer.com
      ddesatnik@proskauer.com

*Attorneys for the Financial
Oversight and Management Board
as representative for PREPA*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com

*Co-Attorney for the Financial Oversight and
Management Board as representative for
PREPA*

3